# EXHIBIT A

Type of Work:     Text

Registration Number / Date:

      TX0007435365 / 2011-10-20

Application Title: ALOHA FROM HELL.

Title:          ALOHA FROM HELL.

Description:     Book, 438 p.

Copyright Claimant:

      Richard Kadrey.

Date of Creation:  2011

Date of Publication:

      2011-10-01

Nation of First Publication:

      United States

Authorship on Application:

      Richard Kadrey; Domicile: United States; Citizenship:

      United States. Authorship: text.

Names:          Kadrey, Richard


==============================================================================
========

Type of Work:     Text

Registration Number / Date:

       TX0008188442 / 2016-04-12

Application Title: THE EVERYTHING BOX.

Title:          THE EVERYTHING BOX.

Description:     Book, 352 p.

Copyright Claimant:

       Richard Kadrey.

Date of Creation:  2016

Date of Publication:

       2016-04-01

Nation of First Publication:

       United States

Authorship on Application:

       Richard Kadrey; Domicile: United States; Citizenship:

       United States. Authorship: text.

Names:          Kadrey, Richard

================================================================
========

Type of Work:      Text

Registration Number / Date:

       TX0007301884 / 2011-01-05

Application Title: Kill the Dead.

Title:            Kill the Dead.

Description:       Book, 434 p.

Copyright Claimant:

       Richard Kadrey.

Date of Creation:  2010

Date of Publication:

       2010-10-01

Nation of First Publication:

       United States

Authorship on Application:

       Richard Kadrey; Domicile: United States; Citizenship:

       United States. Authorship: text.

Names:            Kadrey, Richard


========================================================================
========

Type of Work:      Text

Registration Number / Date:

      TX0008315399 / 2016-07-28

Application Title: THE PERDITION SCORE.

Title:            THE PERDITION SCORE.

Description:      Book 375 p.

Copyright Claimant:

      Richard Kadrey.

Date of Creation:  2016

Date of Publication:

      2016-06-01

Nation of First Publication:

      United States

Authorship on Application:

      Richard Kadrey; Domicile: United States; Citizenship:

      United States. Authorship: text.

Names:          Kadrey, Richard

===================================================================
========

Type of Work:     Text

Registration Number / Date:

      TX0007044052 / 2009-08-25

Application Title: Sandman Slim.

Title:          Sandman Slim.

Description:     Book, 388 p.

Copyright Claimant:

      Richard Kadrey.

Date of Creation:  2009

Date of Publication:

      2009-08-01

Nation of First Publication:

      United States

Authorship on Application:

      Richard Kadrey; Domicile: United States; Citizenship:

      United States. Authorship: text.

Names:          Kadrey, Richard

================================================================
========

Type of Work:     Text

Registration Number / Date:

      TX0008385641 / 2017-03-09

Application Title: THE WRONG DEAD GUY.

Title:          THE WRONG DEAD GUY.

Description:     Book, 420 p.

Copyright Claimant:

      Richard Kadrey.

Date of Creation:  2017

Date of Publication:

      2017-02-01

Nation of First Publication:

      United States

Authorship on Application:

      Richard Kadrey; Domicile: United States; Citizenship:

      United States. Authorship: text.

Names:          Kadrey, Richard

================================================================================

Type of Work:      Text

Registration Number / Date:

      TX0007188321 / 2010-06-02

Application Title: The Bedwetter.

Title:          The Bedwetter.

Description:      Book, 240 p.

Copyright Claimant:

      Sarah Silverman.

Date of Creation:  2010

Date of Publication:

      2010-04-01

Nation of First Publication:

      United States

Authorship on Application:

      Sarah Silverman; Domicile: United States; Citizenship:

      United States. Authorship: text.

Names:        Silverman, Sarah

====================================================================
===

Type of Work:     Text

Registration Number / Date:

      TX0008471412 / 2017-09-05

Application Title: ARARAT.

Title:         ARARAT.

Description:     Book, 305 p.

Copyright Claimant:

      CHRISTOPHER GOLDEN.

Date of Creation:  2016

Date of Publication:

      2017-03-29

Nation of First Publication:

      United States

Authorship on Application:

      CHRISTOPHER GOLDEN; Domicile: not known. Authorship: text.

Names:         GOLDEN, CHRISTOPHER


================================================================================
========

Type of Work:     Text

Registration Number / Date:

     TX0008234899 / 2016-02-23

Application Title: DEAD RINGERS.

Title:          DEAD RINGERS.

Description:     Book, 309 p.

Copyright Claimant:

     CHRISTOPHER GOLDEN.

Date of Creation:  2014

Date of Publication:

     2015-10-15

Nation of First Publication:

     United States

Authorship on Application:

     CHRISTOPHER GOLDEN; Domicile: not known. Authorship: text.

Names:        GOLDEN, CHRISTOPHER

================================================================================

Type of Work:     Text

Registration Number / Date:

      TX0008737109 / 2019-04-05

Application Title: THE PANDORA ROOM.

Title:          THE PANDORA ROOM.

Description:     Book, 307 p.

Copyright Claimant:

      Christopher Golden.

Date of Creation:  2018

Date of Publication:

      2019-04-03

Nation of First Publication:

      United States

Authorship on Application:

      Christopher Golden; Domicile: United States. Authorship:

      text.

Names:          Golden, Christopher

========================================================================
========

Type of Work:     Text

Registration Number / Date:

     TX0007828620 / 2014-01-17

Application Title: SNOWBLIND.

Title:          SNOWBLIND.

Description:     Book, 309 p.

Copyright Claimant:

     CHRISTOPHER GOLDEN.

Date of Creation:  2013

Date of Publication:

     2014-01-02

Nation of First Publication:

     United States

Authorship on Application:

     CHRISTOPHER GOLDEN. Authorship: text.

Names:          GOLDEN, CHRISTOPHER


================================================================================
========