# EXHIBIT B

**Richard Kadrey Books**
Aloha from Hell
The Everything Box
Kill the Dead
The Perdition Score
Sandman Slim
The Wrong Dead Guy

**Sarah Silverman Books**
The Bedwetter

**Christopher Golden Books**
Ararat
Dead Ringers
The Pandora Room
Snowblind