AO 121 (Rev. 06/16)   CAND version 09/21

| TO: | See below for e-filing instructions. | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|---|
| | Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION |
|---|---|
| DOCKET NO.<br>3:23-cv-03417 | DATE FILED<br>7/7/2023 |
| PLAINTIFF<br>Richard Kadrey, an individual; Sarah Silverman, an individual; Christopher Golden, an individual | DEFENDANT<br>Meta Platforms, Inc., a Delaware corporation |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See Exhibit 1 | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

E-FILING INSTRUCTIONS: Please fill out, save and e-file in CM/ECF under Other Filings > Other Documents > Copyright for the appropriate stage of your case:
1) Initiation of action: Attorney e-files Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint;
2) Adding copyright(s): Attorney e-files updated Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint;
3) Termination of action: Court staff completes closing section of Copyright form and e-files.;
4) Appeal: Do not use the Copyright form. Attorney to e-file the appropriate appeal notice.

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| TX0007435365 | ALOHA FROM HELL | Richard Kadrey |
| TX0008188442 | THE EVERYTHING BOX | Richard Kadrey |
| TX0007301884 | Kill the Dead | Richard Kadrey |
| TX0008315399 | THE PERDITION SCORE | Richard Kadrey |
| TX0007044052 | Sandman Slim | Richard Kadrey |
| TX0008385641 | THE WRONG DEAD GUY | Richard Kadrey |
| TX0007188321 | The Bedwetter | Sarah Silverman |
| TX0008471412 | ARARAT | CHRISTOPHER GOLDEN |
| TX0008234899 | DEAD RINGERS | CHRISTOPHER GOLDEN |
| TX0008737109 | THE PANDORA ROOM | Christopher Golden |
| TX0007828620 | SNOWBLIND | CHRISTOPHER GOLDEN |