**FILED**

**JUN 19 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| RICHARD KADREY, *an individual;* SARAH SILVERMAN, *an individual;* CHRISTOPHER GOLDEN, *an individual;* Individual and Representative Plaintiffs, <br><br> v. <br><br> Meta Platforms, Inc., *A Delaware Corporation,* <br><br> Defendant. <br><br> **Mailed to:** <br> **JOSEPH R. SAVERI** <br> Joseph Saveri Law Firm, LLP <br> 601 California Street, Suite 1000 <br> San Francisco, CA 94108 <br> (415) 500-6800; Fax: (415) 395-9940 <br> Email: jsaveri@saverilawfirm.com <br> *Attorneys for Plaintiffs* | Case No. 3:23-cv-03417-SK <br><br> **CLASS ACTION** <br><br> **REQUEST TO EXCLUDE** |

1

REQUEST TO EXCLUDE

1. The name of this proceeding is:

   *Kadrey et al v. Meta Platforms, Inc.*
   Case No. 3:23-cv-03417-SK

2. The Consumer/Class Member to be excluded is identified as:

   Emanuel McCray
   400 W McLoughlin Boulevard Apt 5
   Vancouver WA 98660
   (564) 208-7576
   emanuel.mccray@hotmail.com
   Unique Class Member ID: Unassigned/Unknown

3. Statement:

I, Emanuel McCray, will be pursuing my own complaint, and do not wish to be included among the classes proposed for this case because the action is limited exclusively to U.S. Constitution Article I, Section 8, Clause 8 ("Intellectual Property Clause" ("IP Clause")).

Dated: July 15, 2023

*Emanuel McCray*
EMANUEL MCCRAY

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, *an individual;* <br> SARAH SILVERMAN, *an individual;* <br> CHRISTOPHER GOLDEN, *an individual;* <br> *Individual and Representative Plaintiffs,* <br><br> vs. <br><br> Meta Platforms, Inc., *A Delaware Corporation,* <br><br> Defendant. | Case No. 3:23-cv-03417-SK <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on the 15th day of July 2023, I caused to be mailed a copy of the following document, **REQUEST TO EXCLUDE**, with postage prepaid, to all parties addressed as follows:

> **JOSEPH R. SAVERI**
> Joseph Saveri Law Firm, LLP
> 601 California Street, Suite 1000
> San Francisco, CA 94108
> *Attorneys for Plaintiffs*

*Emanuel McCray*
EMANUEL MCCRAY