



**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

**FROM:** EMANUEL MCCRAY
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660



**TO:**

CLERK OF THE COURT
U.S. District Court
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**RECEIVED**
JUL 19 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA