

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| RICHARD KADREY, *an individual;* <br> SARAH SILVERMAN, *an individual;* <br> CHRISTOPHER GOLDEN, *an individual;* <br> *Individual and Representative Plaintiffs,* <br><br> v. <br><br> Meta Platforms, Inc., *A Delaware Corporation,* <br><br> Defendant. <br><br> **Mailed to:** <br> **JOSEPH R. SAVERI** <br> Joseph Saveri Law Firm, LLP <br> 601 California Street, Suite 1000 <br> San Francisco, CA 94108 <br> (415) 500-6800; Fax: (415) 395-9940 <br> Email: jsaveri@saverilawfirm.com <br> *Attorneys for Plaintiffs* | Case No. 3:23-cv-03417-SK <br><br> **CLASS ACTION** <br><br> **REQUEST TO EXCLUDE** |

1

REQUEST TO EXCLUDE

1. The name of this proceeding is:

   *Kadrey et al v. Meta Platforms, Inc.*
   Case No. 3:23-cv-03417-SK

2. The Consumer/Class Member to be excluded is identified as:

   JERZY GRUCA
   PO BOX 821552
   VANCOUVER, WA 98682-0035
   (360) 721-5492
   jerzygruca@yahoo.com
   Unique Class Member ID: Unassigned/Unknown

3. Statement:

   I, Jerzy Gruca, will be pursuing my own complaint and do not wish to be included among the classes proposed for this case.

Dated: July 15, 2023


*JERZY GRUCA*
Jerzy Gruca

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, *an individual;* SARAH SILVERMAN, *an individual;* CHRISTOPHER GOLDEN, *an individual;* *Individual and Representative Plaintiffs,* vs. Meta Platforms, Inc., *A Delaware Corporation,* Defendant. | Case No. 3:23-cv-03417-SK **CERTIFICATE OF SERVICE** |

I hereby certify that on the 15th day of July 2023, I caused to be mailed a copy of the following document, **REQUEST TO EXCLUDE**, with postage prepaid, to all parties addressed as follows:

**JOSEPH R. SAVERI**
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
*Attorneys for Plaintiffs*

*JERZY GRUCA*
Jerzy Gruca