JERZY GRUCA
PO BOX 821552
VANCOUVER, WA 98682

Case 3:23-cv-03417-VC   Document 8-1   Filed 07/20/23   Page 1 of 1

PORTLAND OR 972

17 JUL 2023 PM 3 L



**CLERK OF THE COURT**
U.S. District Court
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED

JUL 20 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-343210