Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       cyoung@saverilawfirm.com
                       kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:             mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.;<br><br>   Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                                        Defendant. | Case No. 3:23-cv-03417-SK<br><br>**PROOF OF SERVICE OF SUMMONS ON META PLATFORMS, INC.** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-03417

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Meta Platforms, Inc., a Delaware corporation**
was received by me on *(date)* **07/13/2023**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Koy Saechao, Intake Clerk for Registered Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **CSC, 2710 Gateway Oaks Dr. Ste. 150N, Sacramento, CA 95833 @ 2:41 PM** on *(date)* **07/13/2023** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **07/14/2023**

*Server's signature*

**Robert J. Mason, Reg. No. 03-007, Placer Co.**
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHED FOR COMPLETE LIST OF DOCUMENTS SERVED

# ATTACHMENT TO PROOF OF SERVICE
## COMPLETE LIST OF DOCUMENTS SERVED

Re:  Richard Kadrey, et al. v Meta Platforms, Inc., et al.
USDC Northern District of CA Case No.: 3:23-cv-03417

Summons;

Complaint with exhibits A, B;

Standing Order for All Judges of the Northern District of California;

Standing Order for Magistrate Judge Sallie Kim;

Order Setting Initial Case Management Conference and ADR Deadlines;

Standing Order for Patent Cases - Magistrate Judge Sallie Kim;

(Proposed) Summons;

Copy of [3] Report emailed to copyright office;

Case Assigned to Magistrate Judge Sallie Kim;

Report on the Filing or Determination of an Action or Appeal Re: A Copyright;

Civil Cover Sheet;

Notice of a Lawsuit and Request to Waive Service of a Summons;

Waiver of the Service of Summons;

ADR Handbook;

ECF Registration Information; and

Notice of Assignment of Case to a United States Magistrate Judge for Trial