**FILED**

JUL 2 6 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| RICHARD KADREY, *an individual;* SARAH SILVERMAN, *an individual;* CHRISTOPHER GOLDEN, *an individual; Individual and Representative Plaintiffs,*<br><br>v.<br><br>Meta Platforms, Inc., *A Delaware Corporation,*<br><br>Defendant. | Case No. 3:23-cv-03417-SK<br><br>**CLASS ACTION**<br><br>**REQUEST TO EXCLUDE** |

**Mailed to:**
**JOSEPH R. SAVERI**
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
(415) 500-6800; Fax: (415) 395-9940
Email: jsaveri@saverilawfirm.com
*Attorneys for Plaintiffs*

REQUEST TO EXCLUDE

1

1

**FILED**

JUL 2 6 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, *an individual;* | ) Case No. 3:23-cv-03417-SK |
| SARAH SILVERMAN, *an individual;* | ) |
| CHRISTOPHER GOLDEN, *an* | ) |
| *individual;* | ) |
| *Individual and Representative Plaintiffs,* | ) |
| | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| | ) |
| Meta Platforms, Inc., *A Delaware* | ) |
| *Corporation,* | ) |
| | ) |
| Defendant. | ) |
| | ) |

I hereby certify that on the 15th day of July 2023, I caused to be mailed a copy

of the following document, **REQUEST TO EXCLUDE**, with postage prepaid, to

all parties addressed as follows:

**JOSEPH R. SAVERI**
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
*Attorneys for Plaintiffs*

*Cody Philpot*
CODY PHILPOT

1.    The name of this proceeding is:

        *Kadrey et al v. Meta Platforms, Inc.*
        Case No. 3:23-cv-03417-SK

2.    The Consumer/Class Member to be excluded is identified as:

                    Cody Philpot
                    13809 NE 84th Street
                    Vancouver, WA 98682-3022
                    Tel: (971) 282-8853
                    Email: kwikpress.tees@gmail.com
        Unique Class Member ID: Unassigned/Unknown

3.    Statement:

        I, Cody Philpot, will be pursuing my own complaint and do not wish to be

included among the classes proposed for this case.

Dated: July 15, 2023

*Cody Philpot*
Cody Philpot

REQUEST TO EXCLUDE