CODY PHILPOT
13809 NE 84th Street
Vancouver, WA 98682

PORTLAND OR 972

19 JUL 2023 PM 5 L

RECEIVED

JUL 24 2023
Jul 26 2023 Sc

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**CLERK OF THE COURT**
U.S. District Court
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**CORPORATE COUNSEL**

94102-366199

FOREVER
913030707175329
USA

