Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@butericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Richard Kadrey, et al.;<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>Meta Platforms, Inc., a Delaware corporation;<br><br>    Defendant. | Case No. 3:23-cv-03417-VC<br><br>**STIPULATION REGARDING DEFENDANT META PLATFORM, INC.'S DEADLINE TO RESPOND TO COMPLAINT** |

WHEREAS, on July 7, 2023, Plaintiffs Richard Kadrey, Christopher Golden, and Sarah Silverman (collectively, "Plaintiffs") filed a Complaint (ECF No. 1) against Defendant Meta Platforms, Inc. ("Defendant") (the "Action");

WHEREAS, Plaintiffs served a Summons on Defendant in the Action on July 13, 2023;

WHEREAS, Defendant's response to the Complaint in the Action is currently due August 3, 2023;

WHEREAS, Civil Local Rule 6-1 permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the parties have conferred and agreed to an extension of the deadline for Defendant to move or otherwise respond to the Complaint and Plaintiffs' response and Defendant's replies to any such motion;

WHEREAS, an extension of the deadline to respond to the Complaint will not alter the date of any event or deadline already fixed by Court order; and

WHEREAS, the parties have agreed to conduct a Rule 26(f) conference at a mutually agreeable date and time to occur no later than September 22, 2023;

WHEREAS, Defendant does not waive, and expressly reserves, all available defenses.

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court:

    1.    Defendant's deadline to respond to the Complaint is extended to September 18, 2023;

    2.    Plaintiffs and Defendant shall conduct a Rule 26(f) conference at a mutually agreeable date and time to occur no later than September 22, 2023;

    3.    Plaintiffs' opposition to any motion(s) filed by Defendant in response to the Complaint is due on October 18, 2023; and

4.       Defendant's replies to any such motions are due on November 1, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Honorable Vince Chhabria
United States District Judge

Dated: August 2, 2023       By:    */s/ Joseph R. Saveri*
                                                      Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
                czirpoli@saverilawfirm.com
                cyoung@saverilawfirm.com
                kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@butterricklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: August 2, 2023

By:     */s/ Nikki K. Vo*
        Nikki K. Vo

Nikki K. Vo (239543)
**META PLATFORMS, INC.**
1 Hacker Way
Menlo Park, CA 94025
Telephone: +1.650.391.6527
Email: nvo@meta.com

*Counsel for Meta Platforms, Inc.*

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated:  August 2, 2023                     */s/ Joseph R. Saveri*
                                                      Joseph R. Saveri