COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:     (310) 883-6400
Facsimile:     (310) 883-6500

ANGELA L. DUNNING (212047)
(adunning@cooley.com)
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendant
Meta Platforms, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.;<br><br>    Individual and Representative Plaintiffs,<br><br>        v.<br><br>Meta Platforms, Inc., a Delaware corporation;<br><br>        Defendant. | Case No. 3:23-cv-03417-VC<br><br>**DEFENDANT META PLATFORMS, INC.'S RULE 7.1 AND CIV. L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Judge:  Hon. Vince Chhabria<br>Complaint Filed:  July 7, 2023 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Meta Platforms, Inc. states that it has no parent corporation, and that, to its knowledge, no publicly held corporation owns 10% or more of its stock as of March 31, 2023, the date set forth in its 2023 Proxy Statement.

Further, pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named party, the undersigned is not aware of any persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: August 8, 2023                    COOLEY LLP


By: /s/ *Bobby A. Ghajar*
　　　Bobby A. Ghajar
　　　Angela L. Dunning
　　　Mark Weinstein
　　　Judd Lauter
　　　Colette Ghazarian

Attorneys for Defendant
Meta Platforms, Inc.