COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400
Facsimile:     (310) 883-6500

ANGELA L. DUNNING (212047)
(adunning@cooley.com)
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, an individual; SARAH SILVERMAN, an individual; CHRISTOPHER GOLDEN, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>Defendant. | Case No. 3:23-cv-03417-VC<br><br>**DECLARATION OF JUDD D. LAUTER** |

I, Judd Lauter, declare:

1. I am Special Counsel with the law firm Cooley LLP, counsel for Defendant Meta Platforms, Inc. ("Meta") in this matter. I submit this declaration in support of Meta's Motion to Dismiss Plaintiffs' Complaint and attach several exhibits that are the subject of Meta's concurrently filed Request for Consideration of Documents Incorporated by Reference Into the Complaint and for Judicial Notice ("RJN"). I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following.

2. Attached hereto as **Exhibit 1** is a true and correct screenshot of the February 24, 2023 Meta blog post titled, "Introducing LLaMA: A foundational, 65-billion-parameter large language model," located at https://ai.meta.com/blog/large-language-model-llama-meta-ai/ and last accessed by me on September 15, 2023. Plaintiffs reference and quote from Exhibit 1 in Paragraphs 31 and 32 of the Complaint.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the research paper published by Meta titled "LLaMA: Open and Efficient Foundation Language Models," which was last accessed by me on September 15, 2023 at a link provided at the bottom of Exhibit 1, https://arxiv.org/pdf/2302.13971.pdf. Plaintiffs reference and discuss the contents of Exhibit 2 in Paragraphs 21 and 23 of the Complaint.

4. Attached hereto as **Exhibit 3** is a true and correct screenshot of the definition of "remove" from the Merriam-Webster online dictionary located at https://www.merriam-webster.com/dictionary/remove, which was last accessed by me on September 15, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct screenshot of the definition of "omit" from the Merriam-Webster online dictionary located at https://www.merriam-webster.com/dictionary/omit, which was last accessed by me on September 15, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of September, 2023 at San Francisco, California.

/s/     *Judd Lauter*
Judd Lauter