# EXHIBIT 3









3 : to dismiss from office

   the treasurer was *removed* after a year

4 : to get rid of : ELIMINATE sense 1

   *remove* a tumor

5 : to go away

6 : to be capable of being removed

   a bottle cap that *removes* easily

## remove 2 of 2 noun

1 : REMOVAL

   especially : MOVE entry 2 sense 2c

2 a : a distance separating one thing from another

   b : a degree or stage of separation

   at one *remove*



### Legal Definition

## remove verb

re·move  ri-ˈmüv

**removed; removing**

*transitive verb*

: to change the location, position, station, status, or residence of: as

a : to have (an action) transferred from one court to another and especially from a state court to a federal court

→ see also SEPARABLE CONTROVERSY

NOTE: Section 1441 et seq. of title 28 of the U.S. Code allows a defendant who is brought into a state court to remove the action to federal district court when diversity of citizenship exists, when the action involves a claim or right arising under the U.S. Constitution or under laws or treaties of the U.S., or when the defendant is a foreign country or its agency or instrumentality. Civil actions and criminal prosecutions brought against an officer or agency of the U.S. for any act under color of office may also be removed.

b : to dismiss from office

   an independent counsel...may be *removed* from office...only by the personal action of the Attorney General
   – U.S. Code

c : to take away

should his incapacity be *removed* by a judgment of a court
— Louisiana Civil Code

**removability** (-ˌmü-və-ˈbi-lə-tē) *noun*
**removable** *adjective*
  variants *also* **removeable** (-ˈmü-və-bəl)
**removableness** *noun*

## More from Merriam-Webster on *remove*

Nglish: Translation of *remove* for Spanish Speakers
Britannica English: Translation of *remove* for Arabic Speakers

Last Updated: 14 Sep 2023 - Updated example sentences

### Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**



