# EXHIBIT 4





Supporters said the standards include factual information, but critics argue the standards *omit* important parts of history, including the state's role in slavery and the disenfranchisement of Black people and violent attacks against them.
— Deborah Barfield Berry, *USA TODAY*, 8 Sep. 2023

The mod in question adds support for Nvidia's DLSS 3 upscaling technology, which Bethesda *omitted* to include in Starfield in favor of AMD's rival FSR 2.
— Jon Porter, *The Verge*, 5 Sep. 2023

See More ⌄

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'omit.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.



## Word History

### Etymology

Middle English *omitten*, from Latin *omittere*, from *ob-* toward + *mittere* to let go, send — more at OB-

### First Known Use

15th century, in the meaning defined at sense 1

### Time Traveler

**The first known use of *omit* was in the 15th century**

See more words from the same century

## Dictionary Entries Near *omit*

omissive
**omit**
omittance

See More Nearby Entries >

## Cite this Entry

Style  MLA

"Omit." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/omit. Accessed 15 Sep. 202





