1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, an individual; SARAH SILVERMAN, an individual; CHRISTOPHER GOLDEN, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>Defendant. | Case No. 3:23-cv-03417-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S REQUEST FOR CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE INTO THE COMPLAINT AND FOR JUDICIAL NOTICE**<br><br>Trial Date: None<br>Date Action Filed: July 7, 2023 |

Upon consideration of Defendant Meta Platform, Inc.'s ("Meta") Request for Consideration of Documents Incorporated by Reference Into the Complaint and for Judicial Notice ("RJN"), as well as any opposition and reply filed in response thereto, it is hereby ORDERED that the RJN is **GRANTED**.

The Court finds that the publicly available content reflected in Exhibits 1 and 2 to the Declaration of Judd D. Lauter ("Lauter Declaration"), namely, the February 24, 2023 Meta blog post titled "Introducing LLaMA: A foundational, 65-billion-parameter large language model" and the paper titled "LLaMA: Open and Efficient Foundation Language Models," respectively are incorporated by reference in the Complaint and properly considered in ruling on the Meta's Motion to Dismiss Plaintiffs' Complaint ("Motion").

Further, the Court takes judicial notice of Exhibits 3 and 4 to the Lauter Declaration under Federal Rule of Evidence 201(c) in ruling on Meta's Motion.

**IT IS SO ORDERED.**

Dated:

By: _____
Hon. Vince Chhabria
United States District Judge