```
COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400
Facsimile:    (310) 883-6500

ANGELA L. DUNNING (212047)
(adunning@cooley.com)
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
```

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, an individual; SARAH SILVERMAN, an individual; CHRISTOPHER GOLDEN, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>Defendant. | Case No. 3:23-cv-03417-VC<br><br>**NOTICE OF APPEARANCE OF COLETTE GHAZARIAN FOR DEFENDANT META PLATFORMS, INC.**<br><br>Judge:  Hon. Vince Chhabria<br>Complaint Filed:  July 7, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Meta Platforms, Inc. files this Notice of Appearance and hereby notifies the Court and all parties that Colette Ghazarian of the law firm Cooley LLP, Wells Fargo Center, South Tower, 355 South Grand Avenue, Suite 900, Los Angeles, CA 90071-1560, hereby enters her appearance as counsel of record for Meta Platforms, Inc. in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

> Colette Ghazarian
> COOLEY LLP
> Wells Fargo Center, South Tower
> 355 South Grand Avenue, Suite 900
> Los Angeles, CA  90071-1560
> Telephone:   (213) 561-3250
> Facsimile:    (213) 561-3244
> Email:         cghazarian@cooley.com

Dated: September 18, 2023                              COOLEY LLP

By: */s/ Colette Ghazarian*
      Colette Ghazarian

Attorneys for Defendant
Meta Platforms, Inc.