UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, Sarah Silverman, and Christopher Golden,<br><br>     Individual and Representative Plaintiffs,<br><br>v.<br><br>Meta Platforms, Inc.<br>                                                  Defendant. | **Case No. 3:23-cv-03417-VC**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES** |
| Michael Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, and Ayelet Waldman,<br><br>     Individual and Representative Plaintiffs,<br><br>v.<br><br>Meta Platforms, Inc.<br>                                                  Defendant. | **Case No. 3:23-cv-04663-DR**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES** |

Having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, as well as the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to relate the later-filed case, *Chabon, et al. v. Meta Platforms Inc.,* No. 4:23-cv-04663-DR, (N.D. Cal.) to the first-filed case *Kadrey, et al. v. Meta Platforms Inc.,* No. 3:23-cv-03417-VC (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: September ___, 2023

_____
Judge Vince Chhabria
UNITED STATES DISTRICT JUDGE