UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, Sarah Silverman, and Christopher Golden,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>Meta Platforms, Inc.<br>                            Defendant. | **Case No. 3:23-cv-03417-VC**<br><br>**PROOF OF SERVICE** |
| Michael Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, and Ayelet Waldman,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>Meta Platforms, Inc.<br>                            Defendant. | **Case No. 3:23-cv-04663-DR**<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On September 13, 2023, I served the following documents by email upon all persons appearing on the attached Service List:

- **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)**

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2023, at San Francisco, California.

*/s/ Rodney Romasanta*
Rodney Romasanta

## SERVICE LIST

|  | DANIEL J. MULLER, SBN 193396<br>dmuller@venturahersey.com<br>**VENTURA HERSEY & MULLER, LLP**<br>1506 Hamilton Avenue<br>San Jose, California 95125<br>Telephone: (408) 512-3022<br>Facsimile: (408) 512-3023<br>dmuller@venturahersey.com<br><br>*Attorneys for Plaintiffs in Chabon et al. v. Meta Platforms, Inc.* |
|---|---|