COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:     (310) 883-6400
Facsimile:     (310) 883-6500

ANGELA L. DUNNING (212047)
(adunning@cooley.com)
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, an individual; SARAH SILVERMAN, an individual; CHRISTOPHER GOLDEN, an individual, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; <br><br> Defendant. | Case No. 3:23-cv-03417-VC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO NOVEMBER 16, 2023** <br><br> Hon. Vince Chhabria <br><br> Trial Date: None <br> Date Action Filed: July 7, 2023 <br> Current CMC Date: Oct. 20, 2023 |

COOLEY LLP
ATTORNEYS AT LAW

Pursuant to Civil L.R. 7-11 and Paragraph 16 of the Court's Standing Order, Plaintiffs Richard Kadrey, Sarah Silverman, and Christopher Golden (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta" or "Defendant") submit this Stipulation ("Stipulation") to continue the Initial Case Management Conference ("CMC"), currently scheduled for October 20, 2023, to November 16, 2023 to coincide with the hearing on Meta's Motion to Dismiss.  Good cause exists to grant this Stipulation, as discussed below.

1.      Plaintiffs filed the Complaint (Dkt. 1) in this action on July 7, 2023.

2.      The initial CMC is currently scheduled for October 20, 2023 at 10:00 a.m.  (Dkt. 13).

3.      On September 18, 2023, Meta filed a motion to dismiss ("Motion to Dismiss") (Dkt. 23) under Rule 12(b)(6) of the Federal Rules of Civil Procedure directed to all six claims in the Complaint.  The Motion to Dismiss is set for hearing on November 16, 2023 at 10:00 a.m.

4.      On September 12, 2023, another action, *Chabon et al.  v. Meta Platforms Inc.*, No. 4:23-cv-04663-DMR (N.D. Cal.) (the "*Chabon* Action"), was filed against Meta in this Court, asserting identical causes of action and concerning substantially the same parties, transactions, and events at issue as in the instant action.

5.      On September 19, 2023, Plaintiffs filed an unopposed Motion to Relate Case (Dkt. 28) to consider whether the *Chabon* Action and this action should be related ("Related Cases Motion").  The parties are also conferring between themselves and with counsel for the plaintiffs in the *Chabon* Action regarding how best to promote the interests of efficiency and judicial economy in light of the substantial overlap of factual and legal issues in the two cases.

6.      Paragraph 16 of the Court's Standing Order provides that "[i]f the parties wish to continue a case management conference, they must file a stipulation or motion – separate from their joint case management statement – at least 72 hours prior to the conference."

7.      The parties seek to continue the CMC from October 20, 2023 to November 16, 2023, to coincide with the hearing on Meta's Motion to Dismiss.

8.      Good cause exists for this request, as moving the CMC to coincide with that hearing will promote judicial economy and allow the parties to conduct a more productive Rule 26(f) conference with the benefit of the Court's ruling on the Related Cases Motion and additional time

to consult and coordinate with counsel for plaintiffs in the *Chabon* Action as to the most efficient path forward.  No party will be prejudiced by the requested continuance.

9.  The parties have not previously requested that the CMC be continued.

10.  For these reasons, the parties hereby stipulate to and request an order continuing the CMC currently scheduled for October 20, 2023 at 10:00 a.m. to November 16, 2023 at 10:00 a.m., and continuing the parties' attendant obligations under Rule 26 accordingly.

Respectfully submitted,

Dated: September 22, 2023                          COOLEY LLP


By:  */s/ Angela L. Dunning*
Angela L. Dunning
Bobby Ghajar
Mark Weinstein
Judd Lauter
Colette Ghazarian

LEX LUMINA PLLC
Mark A. Lemley

Attorneys for Defendant
META PLATFORMS, INC.


Dated: September 22, 2023                          JOSEPH SAVERI LAW FIRM, LLP


By:  */s/ Joseph R. Saveri*
Joseph R. Saveri
Cadio Zirpoli
Christopher K.L. Young
Kathleen J. McMahon

Matthew Butterick

Attorneys for Plaintiffs
RICHARD KADREY, SARAH
SILVERMAN, and CHISTOPHER
GOLDEN

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

1.      The Initial Case Management Conference, currently scheduled for October 20, 2023 at 10:00 a.m., is hereby continued to November 16, 2023 at 10:00 a.m.; and

2.      All deadlines associated with the parties' obligations under Rule 26 shall be continued accordingly.

Dated:  _____, 2023

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2023

COOLEY LLP

 */s/ Angela Dunning*

*Attorneys for Defendant*
Meta Platforms, Inc.