Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (SBN 243703)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    cyoung@saverilawfirm.com
                    lkessler@saverilawfirm.com
                    kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@buttericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>　　Individual and Representative Plaintiffs,<br><br>　　v.<br><br>Meta Platforms, Inc., a Delaware corporation,<br><br>　　　　　　　　　　　　Defendant. | Case No. 3:23-cv-03417-VC<br><br>**NOTICE OF APPEARANCE OF LOUIS KESSLER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Louis Kessler of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Kessler is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Kessler's contact information is as follows:

> Louis A. Kessler (SBN 243703)
> Joseph Saveri Law Firm, LLP
> 601 California Street, Suite 1000
> San Francisco, CA 94108
> Telephone: 415-500-6800
> Facsimile: 415-395-9940
> Email: lkessler@saverilawfirm.com

Dated: October 3, 2023                          By: */s/ Louis A. Kessler*
                                                Louis A. Kessler

> Joseph R. Saveri (State Bar No. 130064)
> Cadio Zirpoli (State Bar No. 179108)
> Christopher K.L. Young (State Bar No. 318371)
> Louis A. Kessler (SBN 243703)
> Kathleen J. McMahon (State Bar No. 340007)
> **JOSEPH SAVERI LAW FIRM, LLP**
> 601 California Street, Suite 1000
> San Francisco, California 94108
> Telephone:    (415) 500-6800
> Facsimile:    (415) 395-9940
> Email:        jsaveri@saverilawfirm.com
>               czirpoli@saverilawfirm.com
>               cyoung@saverilawfirm.com
>               lkessler@saverilawfirm.com
>               kmcmahon@saverilawfirm.com
>
> Matthew Butterick (State Bar No. 250953)
> 1920 Hillhurst Avenue, #406
> Los Angeles, CA 90027
> Telephone:    (323) 968-2632
> Facsimile:    (415) 395-9940
> Email:        mb@butiericklaw.com
>
> *Counsel for Individual and Representative Plaintiffs and the Proposed Class*