COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400
Facsimile:    (310) 883-6500

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, an individual; SARAH SILVERMAN, an individual; CHRISTOPHER GOLDEN, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>Defendant. | Case No. 3:23-cv-03417-VC<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ANGELA L. DUNNING**<br><br><br>Judge: Hon. Vince Chhabria<br>Date Action Filed: July 7, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Angela L. Dunning is no longer affiliated with Cooley LLP, and as such the firm hereby withdrawals her appearance in the above-captioned matter as counsel for Defendant Meta Platforms, Inc. ("Meta") and further requests that (a) her name be removed from any applicable service list herein, and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to adunning@cooley.com in the above-captioned case. All remaining Cooley LLP attorneys shall continue to receive notices.

Dated: October 16, 2023                              COOLEY LLP

                                                     By: */s/ Bobby Ghajar*
                                                         Bobby Ghajar

                                                     Attorneys for Defendant
                                                     Meta Platforms, Inc.