```
COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657
```

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, an individual; SARAH SILVERMAN, an individual; CHRISTOPHER GOLDEN, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>Defendant. | Case No. 3:23-cv-03417-VC<br><br>**NOTICE OF APPEARANCE OF KATHLEEN R. HARTNETT FOR DEFENDANT META PLATFORMS, INC.**<br><br>Judge:  Hon. Vince Chhabria<br>Complaint Filed:  July 7, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Meta Platforms, Inc. files this Notice of Appearance and hereby notifies the Court and all parties that Kathleen R. Hartnett of the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111, hereby enters her appearance as counsel of record for Meta Platforms, Inc. in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

Kathleen R. Hartnett
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222
Email:       khartnett@cooley.com

Dated: November 1, 2023                    COOLEY LLP

                                           By: /s/ *Kathleen R. Hartnett*
                                               Kathleen R. Hartnett

                                           Attorneys for Defendant
                                           Meta Platforms, Inc.