Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    cyoung@saverilawfirm.com
                    kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:           mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>Meta Platforms, Inc., et al.,<br><br>                            Defendants. | **Case No. 3:23-cv-03417-VC**<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs hereby notify the Court of newly issued authority relevant to their Opposition to Defendant's Motion to Dismiss (ECF No. 23). On November 1, 2023, the Ninth Circuit Court of Appeals reversed a district court's dismissal of an action under the Copyright Act holding that Plaintiff plausibly alleged substantial similarity between the original work and allegedly infringing work. *Hanagami v. Epic Games, Inc.,* No. 22-55890, ___ F.4th ___, 2023 WL 7174242 (9th Cir. Nov. 1, 2023). In pertinent part, the Ninth Circuit found, "it is generally disfavored for copyright claims to be dismissed for lack of substantial similarity at the pleading stage." *Id.* at *10. The Ninth Circuit further held that, "[t]he question in each case is whether the similarity relates to matter that constitutes a substantial portion of plaintiff's work, which is an evaluation [that] must occur in the context of each case, both qualitatively and quantitatively. . . . If the copied portion is deemed significant, then the defendant cannot avoid liability simply because it is short." *Id.* (internal quotation marks omitted) (quoting 4 Nimmer on Copyright § 13.03 (2023)). A true and correct copy of the appellate panel decision is attached hereto as **Exhibit 1.**

Dated: November 6, 2023       By:      /s/Joseph R. Saveri
                                       Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@butterricklaw.com

*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*