COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:   (310) 883-6400
Facsimile:    (310) 883-6500

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657

*Counsel for Defendant Meta Platforms, Inc.*

[additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, an individual; SARAH SILVERMAN, an individual; CHRISTOPHER GOLDEN, an individual,<br><br>    Individual and Representative Plaintiffs,<br><br>        v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                                                        Defendant. | Case No. 3:23-cv-03417-VC<br><br>**Joint Stipulation and [Proposed] Order to Continue Case Management Conference to January 12, 2024**<br><br>Hon. Vince Chhabria<br><br>Trial Date: None<br>Date Action Filed: July 7, 2023<br>Current CMC Date: December 8, 2023 |

Pursuant to Civil L.R. 7-11 and Paragraph 16 of the Court's Standing Order, Plaintiffs Richard Kadrey, Sarah Silverman, and Christopher Golden (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta" or "Defendant") submit this Stipulation ("Stipulation") to continue the Initial Case Management Conference ("CMC"), currently scheduled for December 8, 2023, to January 12, 2024 to permit the parties to address in their joint case management statement and at the CMC Plaintiffs' forthcoming amended complaint, which is due by December 11, 2023, as well as consolidation of *Chabon et al. v. Meta Platforms Inc.*, No. 3:23-cv-04663-DMR (N.D. Cal.) (the "*Chabon* Action"). Good cause exists to grant this Stipulation, as discussed below.

1. Plaintiffs filed the Complaint (ECF No. 1) in this action on July 7, 2023.

2. The initial CMC was previously scheduled for October 20, 2023. (ECF No. 13.)

3. On September 18, 2023, Meta filed a motion to dismiss ("Motion to Dismiss") (ECF No. 23) under Rule 12(b)(6) of the Federal Rules of Civil Procedure directed to all six claims in the Complaint.

4. On September 12, 2023, the *Chabon* Action was filed against Meta in this Court, asserting identical causes of action and concerning substantially the same parties, transactions, and events at issue as in the instant action.

5. On September 19, 2023, Plaintiffs filed an unopposed Motion to Relate Case (ECF No. 28) to consider whether the *Chabon* Action and this action should be related ("Related Cases Motion"). The Related Cases Motion was granted on September 22, 2023. (ECF. No. 28.)

6. On September 22, 2023, the parties stipulated to continuing the CMC to November 16, 2023 to coincide with the hearing on Meta's Motion to Dismiss.

7. On October 6, 2023, the Court granted the parties' stipulation, but opted to instead continue the CMC to December 8, 2023. (ECF No. 33.) The initial CMC is currently scheduled for December 8, 2023 at 10:00 a.m.

8. On November 20, 2023, the Court granted Meta's Motion to Dismiss and permitted Plaintiffs leave to amend certain claims by December 11, 2023. (ECF No. 54.)

9. The parties have in this action and the *Chabon* Action will soon file a stipulation and proposed order to consolidate the *Chabon* Action with this proceeding. The parties in this action have conducted their Rule 26(f) conference of counsel, exchanged initial disclosures, and are in the process of drafting a protective order and ESI protocol applicable to both proceedings.

10. Paragraph 16 of the Court's Standing Order provides that "[i]f the parties wish to continue a case management conference, they must file a stipulation or motion – separate from their joint case management statement – at least 72 hours prior to the conference."

11. The parties seek to continue the CMC from December 8, 2023 to January 12, 2024. This will permit the parties to address Plaintiffs' amended complaint, the *Chabon* Action, and the case management stipulations in a more fulsome manner, both in their joint case management statement and at the CMC.

12. Good cause exists for this request, as moving the CMC will promote judicial economy and allow the parties to conduct a more productive CMC. No party will be prejudiced by the requested continuance.

13. For these reasons, the parties hereby stipulate to and request an order continuing the CMC currently scheduled for December 8, 2023 at 10:00 a.m. to January 12, 2024 at 10:00 a.m., and continuing the parties' attendant obligations to submit a joint case management statement accordingly.

Dated: December 4, 2023                                                    COOLEY LLP

                                                                                                       By: /s/ *Bobby Ghajar*
                                                                                                              Bobby Ghajar
                                                                                                              Mark Weinstein
                                                                                                              Kathleen Hartnett
                                                                                                              Judd Lauter
                                                                                                              Colette Ghazarian

                                                                                                              LEX LUMINA PLLC
                                                                                                              Mark A. Lemley

                                                                                                              Attorneys for Defendant
                                                                                                              META PLATFORMS, INC.

Dated: December 4, 2023					JOSEPH SAVERI LAW FIRM, LLP

							By: /s/ *Joseph R. Saveri*
							Joseph R. Saveri
							Cadio Zirpoli
							Christopher K.L. Young
							Travis Manfredi
							Kathleen J. McMahon

							Matthew Butterick

							Attorneys for Plaintiffs
							RICHARD KADREY, SARAH
							SILVERMAN, and CHISTOPHER
							GOLDEN


**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

1. The Initial Case Management Conference, currently scheduled for December 8, 2023 at 10:00 a.m., is hereby continued to January 12, 2024 at 10:00 a.m.; and

2. Any deadline associated with the parties' obligations to submit a joint case management statement is tolled until January 5, 2024.


Dated: _____, 2023					_____
							Hon. Vince Chhabria
							United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2023

COOLEY LLP

*/s/ Bobby Ghajar*

*Attorneys for Defendant*
Meta Platforms, Inc.