[counsel on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Richard Kadrey, et al., | Case No. 3:23-cv-03417-VC |
|     Individual and Representative Plaintiffs, | **STIPULATION AND [~~PROPOSED~~]** |
|     v. | **ORDER CONSOLIDATING** |
| | **CASES AS MODIFIED** |
| Meta Platforms, Inc., | |
|     Defendant. | Trial Date:    None |
| | Date Action Filed:    July 7, 2023 |
| Michael Chabon, et al., | Case No. 3:23-cv-04663-VC |
|     Individual and Representative Plaintiffs, | **STIPULATION AND [~~PROPOSED~~]** |
|     v. | **ORDER CONSOLIDATING CASES** |
| Meta Platforms, Inc., | Trial Date:    None |
|     Defendant. | Date Action Filed:    September 12, 2023 |

Pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 3-12(a), Plaintiffs Sarah Silverman, Christopher Golden, Richard Kadrey, Michael Chabon, Ta-Nehisi Coates, Junot Diaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson and Defendant Meta Platforms, Inc. jointly request that the above-captioned actions (the "Actions") be consolidated for all pretrial and trial proceedings. The Parties, by and through their undersigned counsel, stipulate as follows:

WHEREAS, on July 7, 2023, Plaintiffs Richard Kadrey, Sarah Silverman, and Christopher Golden (collectively, "Plaintiffs") a filed a Complaint (ECF No. 1) against Defendant Meta Platforms, Inc. ("Meta" or "Defendant") in *Kadrey, et al. v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC (N.D. Cal. July 7, 2023) asserting various claims for relief (the "*Kadrey* Action");

WHEREAS, on September 12, 2023, Plaintiffs Michael Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, and Ayelet Waldman a complaint against Meta in *Chabon, et al. v. Meta Platforms, Inc.*, Case No. 4:23-cv-04663-VC (N.D. Cal. Sept. 12, 2023) asserting the same claims for relief ("*Chabon* Action");

WHEREAS, on September 19, 2023, Plaintiffs filed an Administrative Motion to Consider Whether Cases Should Be Related seeking to relate the *Chabon* Action to the *Kadrey* Action (*Kadrey* Action, ECF No. 28);

WHEREAS, on September 22, 2023, this Court ordered the clerk to relate the later-filed *Chabon* Action to the *Kadrey* Action (*Kadrey* Action, ECF No. 31);

WHEREAS, on October 5, 2023, the Plaintiffs in the *Chabon* action filed a First Amended Complaint adding various named plaintiffs but otherwise making no changes to the claims for relief (*Chabon* Action, ECF No. 16);

WHEREAS, the *Kadrey* Action and the *Chabon* Action both allege putative class action claims regarding LLaMA and assert the same claims for relief against the Defendant;

WHEREAS, Defendant filed a motion to dismiss the operative complaints in the *Kadrey* case, which was heard on November 9, 2023 (ECF No. 37). The Parties stipulated that Defendant's motion shall apply to the operative complaints in *Kadrey* and *Chabon*, with all Plaintiffs submitting a single

opposition (ECF No.18). On November 20, 2023, the Court entered its Order Granting Motion to Dismiss (ECF No. 56);

WHEREAS, the Parties agree that consolidation of the Actions will advance the just and efficient progress of this litigation, reduce case duplication, conserve Court time and resources, avoid the need to contact parties and witnesses for multiple proceedings, and minimize the expenditure of time and money for all Parties involved. *See* Fed. R. Civ. P. 42(a);

WHEREAS, by stipulating to consolidation of the Actions, Defendant does not concede the truth of any of Plaintiffs' allegations or that certification of the putative classes is proper under Federal Rule of Civil Procedure 23 and specifically reserves its right to oppose class certification on all available grounds and waives no rights by agreeing to this consolidation;

WHEREAS, the Parties have conferred and agreed that, going forward, the *Kadrey* Action and the *Chabon* Action shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

**NOW THEREFORE**, the Parties, through their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court,

1.      the *Kadrey* Action and the *Chabon* Action shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a); and

2.      to the extent Plaintiffs amend their Complaint, they will file a consolidated complaint.

Dated: December 5, 2023

By:   /s/ Joseph R. Saveri
          Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:        jsaveri@saverilawfirm.com
                czirpoli@saverilawfirm.com
                cyoung@saverilawfirm.com
                kmcmahon@saverilawfirm.com


Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:   (415) 395-9940
Email:        mb@butoricklaw.com


*Counsel for Plaintiffs and the
Proposed Class in the Kadrey Action*

Dated: December 5, 2023

By:      */s/ Daniel J. Muller*
                Daniel J. Muller

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSYE & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone:      (408) 512-3022
Facsimile:      (408) 512-3023
Email:              dmuller@venturahersey.com

Bryan L. Clobes (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:      (215) 864-2800
Email:              bclobes@caffertyclobes.com

Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:      (312) 782-4880
Email:              asweatman@caffertyclobes.com

*Counsel for Plaintiffs and the
Proposed Class in the Chabon Action*

Dated: December 5, 20233                    By:    _/s/ Bobby Ghajar_____
                                                   Bobby Ghajar


**COOLEY LLP**
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500


MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

**LEX LUMINA PLLC**
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657


*Attorneys for Defendant*
*META PLATFORMS, INC.*

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES

## [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

     1.    The *Kadrey* Action and the *Chabon* Action are consolidated for all purposes under Federal Rule of Civil Procedure 42(a); the lead case will be Kadrey et al v. Meta Platforms, Inc. No. 23-cv-03417; the clerk's office is directed to close Chabon et al v. Meta Platforms Inc. No. 23-cv-04663; and

     2.    To the extent Plaintiffs amend their Complaint, they must file a consolidated complaint.

Dated:     December 7  , 2023                                       _____

                                                  Hon. Vince Chhabria
                                                United States District Judge