Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     cyoung@saverilawfirm.com
                     lkessler@saverilawfirm.com
                     hbenon@saverilawfirm.com
                     kmcmahon@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>Meta Platforms, Inc., a Delaware corporation,<br><br>                                                  Defendant. | Case No. 3:23-cv-03417-VC<br><br>**NOTICE OF APPEARANCE OF HOLDEN BENON** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Holden Benon of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Benon is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Benon's contact information is as follows:

Holden Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: 415-500-6800
Facsimile: 415-395-9940
Email: hbenon@saverilawfirm.com

Dated: December 8, 2023          By:     /s/ Holden Benon
                                         Holden Benon

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               lkessler@saverilawfirm.com
               hbenon@saverilawfirm.com
               kmcmahon@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*