# EXHIBIT A

```
Type of Work:        Text

Registration Number / Date:
                     TX0007435365 / 2011-10-20

Application Title: ALOHA FROM HELL.

Title:               ALOHA FROM HELL.

Description:         Book, 438 p.

Copyright Claimant:
                     Richard Kadrey.

Date of Creation: 2011

Date of Publication:
                     2011-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Richard Kadrey; Domicile: United States; Citizenship:
                        United States. Authorship: text.

Names:               Kadrey, Richard
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008188442 / 2016-04-12

Application Title: THE EVERYTHING BOX.

Title:               THE EVERYTHING BOX.

Description:         Book, 352 p.

Copyright Claimant:
                     Richard Kadrey.

Date of Creation: 2016

Date of Publication:
                     2016-04-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Richard Kadrey; Domicile: United States; Citizenship:
                         United States. Authorship: text.

Names:               Kadrey, Richard
```

```
Type of Work:         Text

Registration Number / Date:
                      TX0007301884 / 2011-01-05

Application Title: Kill the Dead.

Title:                Kill the Dead.

Description:          Book, 434 p.

Copyright Claimant:
                      Richard Kadrey.

Date of Creation:  2010

Date of Publication:
                      2010-10-01

Nation of First Publication:
                      United States

Authorship on Application:
                      Richard Kadrey; Domicile: United States; Citizenship:
                        United States. Authorship: text.

Names:                Kadrey, Richard
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008315399 / 2016-07-28

Application Title: THE PERDITION SCORE.

Title:               THE PERDITION SCORE.

Description:         Book 375 p.

Copyright Claimant:
                     Richard Kadrey.

Date of Creation:  2016

Date of Publication:
                     2016-06-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Richard Kadrey; Domicile: United States; Citizenship:
                        United States. Authorship: text.

Names:               Kadrey, Richard
```

```
Type of Work:          Text

Registration Number / Date:
                       TX0007044052 / 2009-08-25

Application Title: Sandman Slim.

Title:                 Sandman Slim.

Description:           Book, 388 p.

Copyright Claimant:
                       Richard Kadrey.

Date of Creation:  2009

Date of Publication:
                       2009-08-01

Nation of First Publication:
                       United States

Authorship on Application:
                       Richard Kadrey; Domicile: United States; Citizenship:
                          United States. Authorship: text.

Names:                 Kadrey, Richard
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008385641 / 2017-03-09

Application Title: THE WRONG DEAD GUY.

Title:               THE WRONG DEAD GUY.

Description:         Book, 420 p.

Copyright Claimant:
                     Richard Kadrey.

Date of Creation:  2017

Date of Publication:
                     2017-02-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Richard Kadrey; Domicile: United States; Citizenship:
                        United States. Authorship: text.

Names:               Kadrey, Richard
```

```
Type of Work:         Text

Registration Number / Date:
                      TX0007188321 / 2010-06-02

Application Title: The Bedwetter.

Title:                The Bedwetter.

Description:          Book, 240 p.

Copyright Claimant:
                      Sarah Silverman.

Date of Creation: 2010

Date of Publication:
                      2010-04-01

Nation of First Publication:
                      United States

Authorship on Application:
                      Sarah Silverman; Domicile: United States; Citizenship:
                         United States. Authorship: text.

Names:                Silverman, Sarah
```

```
Type of Work:         Text

Registration Number / Date:
                      TX0008471412 / 2017-09-05

Application Title: ARARAT.

Title:                ARARAT.

Description:          Book, 305 p.

Copyright Claimant:
                      CHRISTOPHER GOLDEN.

Date of Creation:  2016

Date of Publication:
                      2017-03-29

Nation of First Publication:
                      United States

Authorship on Application:
                      CHRISTOPHER GOLDEN; Domicile: not known. Authorship: text.

Names:                GOLDEN, CHRISTOPHER
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008234899 / 2016-02-23

Application Title: DEAD RINGERS.

Title:               DEAD RINGERS.

Description:         Book, 309 p.

Copyright Claimant:
                     CHRISTOPHER GOLDEN.

Date of Creation:  2014

Date of Publication:
                     2015-10-15

Nation of First Publication:
                     United States

Authorship on Application:
                     CHRISTOPHER GOLDEN; Domicile: not known. Authorship: text.

Names:               GOLDEN, CHRISTOPHER
```

```
Type of Work:         Text

Registration Number / Date:
                      TX0008737109 / 2019-04-05

Application Title: THE PANDORA ROOM.

Title:                THE PANDORA ROOM.

Description:          Book, 307 p.

Copyright Claimant:
                      Christopher Golden.

Date of Creation:  2018

Date of Publication:
                      2019-04-03

Nation of First Publication:
                      United States

Authorship on Application:
                      Christopher Golden; Domicile: United States. Authorship:
                         text.

Names:                Golden, Christopher
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0007828620 / 2014-01-17

Application Title: SNOWBLIND.

Title:               SNOWBLIND.

Description:         Book, 309 p.

Copyright Claimant:
                     CHRISTOPHER GOLDEN.

Date of Creation:  2013

Date of Publication:
                     2014-01-02

Nation of First Publication:
                     United States

Authorship on Application:
                     CHRISTOPHER GOLDEN. Authorship: text.

Names:               GOLDEN, CHRISTOPHER
```

Type of Work:        Text

Registration Number / Date:
                     TX0005262341 / 2001-01-30

Title:               The amazing adventures of Kavalier & Clay : a novel /
                       Michael Chabon.

Imprint:             New York : Random House,  c2000.

Description:         659 p.

Copyright Claimant:
                     Michael Chabon

Date of Creation:    2000

Date of Publication:
                     2000-09-19

Names:               Chabon, Michael

```
Type of Work:        Text

Registration Number / Date:
                     TX0006158332 / 2004-11-19

Title:               The final solution : a story of detection / Michael Chabon.

Edition:             1st US ed.

Imprint:             New York : Fourth Estate,  c2004.

Description:         131 p.

Copyright Claimant:
                     Michael Chabon

Date of Creation:    2004

Date of Publication:
                     2004-11-01

Basis of Claim:      New Matter: additions & revisions.

Copyright Note:      C.O. correspondence.

Names:               Chabon, Michael
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008443980 / 2017-07-19

Application Title: KINGDOM OF OLIVES AND ASH.

Title:               KINGDOM OF OLIVES AND ASH.

Description:         Book.

Copyright Claimant:
                     Michael Chabon.
                     Ayelet Waldman.

Date of Creation:  2017

Date of Publication:
                     2017-05-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Michael Chabon; Domicile: United States; Citizenship:
                        United States. Authorship: text, Introduction and
                        compilation of existing works.
                     Ayelet Waldman; Domicile: United States; Citizenship:
                        United States. Authorship: text, Introduction and
                        compilation of existing works.

Names:               Chabon, Michael
                     Waldman, Ayelet
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0007060289 / 2009-11-25

Application Title: Manhood for Amateurs.

Title:               Manhood for Amateurs.

Description:         Book, 306 p.

Copyright Claimant:
                     Michael Chabon.

Date of Creation:   2009

Date of Publication:
                     2009-10-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Michael Chabon; Domicile: United States; Citizenship:
                        United States. Authorship: text.

Copyright Note:      Regarding material excluded: copy states essays in this
                        collection were previously published, some in a slightly
                        different form.

Names:               Chabon, Michael
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008371091 / 2016-12-08

Application Title: MOONGLOW.

Title:               MOONGLOW.

Description:         Book, 430 p.

Copyright Claimant:
                     Michael Chabon.

Date of Creation:  2016

Date of Publication:
                     2016-11-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Michael Chabon; Domicile: United States; Citizenship:
                        United States. Authorship: text.

Names:               Chabon, Michael
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0004916177 / 1999-04-29

Title:               Werewolves in their youth : stories / Michael Chabon.

Edition:             1st ed.

Imprint:             New York : Random House,  c1999.

Description:         212 p.

Copyright Claimant:
                     Michael Chabon

Date of Creation:    1998

Date of Publication:
                     1999-01-07

Basis of Claim:      New Matter: compilation of stories.

Variant title:       Werewolves in their youth : stories

Names:               Chabon, Michael
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0006457590 / 2007-08-06

Application Title: THE YIDDISH POLICEMEN'S UNION.

Title:               THE YIDDISH POLICEMEN'S UNION.

Imprint:             New York, NY : Harper Collins Publishers

Description:         Book, 414 p.

Copyright Claimant:
                     Michael  Chabon.

Date of Creation:  2007

Date of Publication:
                     May 01, 2007

Nation of First Publication:
                     United States

Authorship on Application:
                     text: Michael  Chabon; Domicile: United States.

Names:               Chabon, Michael
                     Chabon, Michael
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0007140102 / 2008-06-04

Application Title: THE BEAUTIFUL STRUGGLE.

Title:               THE BEAUTIFUL STRUGGLE.

Description:         Book, 227 p.

Copyright Claimant:
                     Ta-Nehisi Coates.

Date of Creation:  2007

Date of Publication:
                     2008-05-06

Nation of First Publication:
                     United States

Authorship on Application:
                     Ta-Nehisi Coates; Citizenship: United States.

Copyright Note:      Regarding limitation of claim: deposit contains some
                        illustration from another source.

Names:               Coates, Ta-Nehisi
```

```
Type of Work:         Text

Registration Number / Date:
                      TX0008806177 / 2019-10-04

Application Title: THE WATER DANCER   A Novel.

Title:                THE WATER DANCER   A Novel.

Description:          Book, 403 p.

Copyright Claimant:
                      BCP Literary, Inc., Transfer: By written agreement.

Date of Creation: 2019

Date of Publication:
                      2019-09-24

Nation of First Publication:
                      United States

Authorship on Application:
                      Ta-Nehisi Coates; Citizenship: United States. Authorship:
                        text.

Pre-existing Material:
                      Text from other sources.

Basis of Claim:   text.

Rights and Permissions:
                      One World, 1745 Broadway, 5th Floor, New York, NY, 10019,
                        United States

ISBN:                 9780399590597

Names:                Coates, Ta-Nehisi
                      BCP Literary, Inc.
```

Type of Work:        Text

Registration Number / Date:
                     TX0008528330 / 2017-10-20

Application Title: WE WERE EIGHT YEARS IN POWER   An American Tragedy.

Title:               WE WERE EIGHT YEARS IN POWER   An American Tragedy.

Description:         Book, 367 p.

Copyright Claimant:
                     BCP Literary, Inc., Transfer: By written agreement.

Date of Creation: 2017

Date of Publication:
                     2017-10-03

Nation of First Publication:
                     United States

Authorship on Application:
                     Ta-Nehisi Coates; Citizenship: United States. Authorship:
                     Introduction, epilogue, and chapter opening essays
                     excluding text from other sources;.

Pre-existing Material:
                     Text from other sources; essays originally published in THE
                     ATLANTIC.

Basis of Claim:      Introduction, epilogue, and chapter opening essays
                     excluding text from other sources;.

Rights and Permissions:
                     One World, 1745 Broadway, 15th Floor, New York, NY, 10019,
                     United States

ISBN:                9780399590566

Names:               Coates, Ta-Nehisi
                     BCP Literary, Inc.

```
Type of Work:        Text

Registration Number / Date:
                     TX0006915029 / 2007-11-06

Application Title: THE BRIEF WONDROUS LIFE OF OSCAR WAO.

Title:               THE BRIEF WONDROUS LIFE OF OSCAR WAO.

Description:         Book, 339 p.

Copyright Claimant:
                     Junot  Diaz.

Date of Creation:  2006

Date of Publication:
                     2007-09-06

Nation of First Publication:
                     United States

Authorship on Application:
                     Junot  Diaz; Citizenship: United States. Authorship: entire
                        text (excluding portions published as a short story)

Names:               Diaz, Junot
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0004325834 / 1996-08-14

Title:               Drown / Junot Diaz.

Imprint:             New York : Riverhead Books,  1996.

Description:         208 p.

Notes:               Collection of short stories.

Copyright Claimant:
                     Junot Diaz

Date of Creation:  1996

Date of Publication:
                     1996-08-08

Names:               Diaz, Junot
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0005956484 / 2004-05-05

Title:               The confessions of Max Tivoli / Andrew Sean Greer.

Edition:             1st ed.

Imprint:             New York : Farrar, Straus & Giroux,  2004.

Description:         267 p.

Copyright Claimant:
                     Andrew Sean Greer

Date of Creation:    2003

Date of Publication:
                     2004-02-05

Names:               Greer, Andrew Sean
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0005151791 / 2000-02-29

Title:               How it was for me / Andrew Sean Greer.

Edition:             1st ed.

Imprint:             New York : Picador,  2000.

Description:         211 p.

Copyright Claimant:
                     Andrew Sean Greer

Date of Creation:    1999

Date of Publication:
                     2000-02-18

Names:               Greer, Andrew Sean
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008464510 / 2017-08-14

Application Title: Less.

Title:               Less.

Description:         Book, 263 p.

Copyright Claimant:
                     Andrew Sean Greer.

Date of Creation:  2017

Date of Publication:
                     2017-07-18

Nation of First Publication:
                     United States

Authorship on Application:
                     Andrew Sean Greer; Domicile: United States; Citizenship:
                        United States. Authorship: text.

Pre-existing Material:
                     artwork.

Basis of Claim:      text.

ISBN:                9780316316125

Names:               Greer, Andrew Sean
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0005438792 / 2001-09-14

Title:               The path of minor planets / Andrew Sean Greer.

Edition:             1st ed.

Imprint:             New York : Picador USA,  2001.

Description:         273 p.

Copyright Claimant:
                     Andrew Sean Greer

Date of Creation:    2001

Date of Publication:
                     2001-09-05

Names:               Greer, Andrew Sean
```

```
Type of Work:      Dramatic Work and Music; or Choreography

Registration Number / Date:
                   PA0000938173 / 1999-06-14

Title:             Golden child / by David Henry Hwang.

Description:       53 p.

Notes:             Play.

Copyright Claimant:
                   David Henry Hwang

Date of Creation:  1999

Date of Publication:
                   1999-06-10

Names:             Hwang, David Henry
```

```
Type of Work:        Dramatic Work and Music; or Choreography

Registration Number / Date:
                     PA0000396091 / 1988-12-27

Title:               M. Butterfly / by David Henry Hwang.

Imprint:             New York : Dramatists Play Service,  c1988.

Description:         93 p.

Notes:               A play.

Copyright Claimant:
                     David Henry Hwang

Date of Creation:  1988

Date of Publication:
                     1988-12-20

Previous Registration:
                     Prev. reg. 2Nov86, PAu 911-413.

Basis of Claim:    New Matter: "additions and revisions to the text."

Names:               Hwang, David Henry, 1957-
```

```
Type of Work:        Dramatic Work and Music; or Choreography

Registration Number / Date:
                     PA0000818054 / 1996-10-10

Title:               Trying to find Chinatown and Bondage.

Description:         47 p.

Notes:               Two plays.

Copyright Claimant:
                     David Henry Hwang

Date of Creation:    1996

Date of Publication:
                     1996-10-08

Other Title:         Bondage

Names:               Hwang, David Henry
```

Type of Work:        Text

Registration Number / Date:
                     TX0005243503 / 2000-07-14

Title:               Sam, the cat and other stories / Matthew Klam.

Edition:             1st ed.

Imprint:             New York : Random House,  c2000.

Description:         243 p.

Copyright Claimant:
                     Matthew Klam

Date of Creation:  1999

Date of Publication:
                     2000-05-16

Previous Registration:
                     Stories prev. pub.

Basis of Claim:    New Matter: compilation & additions.

Names:               Klam, Matthew

```
Type of Work:        Text

Registration Number / Date:
                     TX0008480316 / 2017-10-12

Application Title: WHO IS RICH?  A Novel.

Title:               WHO IS RICH?  A Novel.

Description:         Book, 321 p.

Copyright Claimant:
                     Matthew Klam.

Date of Creation:  2017

Date of Publication:
                     2017-07-04

Nation of First Publication:
                     United States

Authorship on Application:
                     Matthew Klam; Citizenship: United States. Authorship: text.

Pre-existing Material:
                     Illustrations by John S. Cuneo.

Basis of Claim:    text.

Rights and Permissions:
                     Penguin Random House LLC, 1745 Broadway, 15th Floor, New
                       York, NY, 10019, United States

ISBN:                9780812997989

Names:               Klam, Matthew
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0007843291 / 2014-02-25

Application Title: AFTER I'M GONE.

Title:               AFTER I'M GONE.

Description:         Book, 334 p.

Copyright Claimant:
                     Laura Lippman.

Date of Creation:  2014

Date of Publication:
                     2014-02-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Laura Lippman; Domicile: United States; Citizenship: United
                        States. Authorship: text.

Names:               Lippman, Laura
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0005441059 / 2001-09-14

Title:               In a strange city / Laura Lippman.

Edition:             1st ed.

Imprint:             New York : W. Morrow,  c2001.

Description:         310 p.

Copyright Claimant:
                     Laura Lippman

Date of Creation:    2001

Date of Publication:
                     2001-08-16

Names:               Lippman, Laura
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008771837 / 2019-08-08

Application Title: LADY IN THE LAKE.

Title:               LADY IN THE LAKE.

Description:         Book, 340 p.

Copyright Claimant:
                     Laura Lippman.

Date of Creation:  2019

Date of Publication:
                     2019-07-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Laura Lippman; Domicile: United States; Citizenship: United
                        States. Authorship: text.

Names:               Lippman, Laura
```

```
Type of Work:          Text

Registration Number / Date:
                       TX0008654986 / 2018-03-05

Application Title: SUNBURN.

Title:                 SUNBURN.

Description:           Book, 292 p.

Copyright Claimant:
                       Laura Lippman.

Date of Creation:  2018

Date of Publication:
                       2018-02-01

Nation of First Publication:
                       United States

Authorship on Application:
                       Laura Lippman; Domicile: United States; Citizenship: United
                       States. Authorship: Novel.

Copyright Note:        Regarding basis for registration: A work may be registered
                       with the Single Application only if the following
                       requirements have been met: 1) The registration covers
                       one work; 2) The work must be created by one individual;
                       3) All of the material contained within the work must be
                       created by the same individual; 4) The author and the
                       owner of the work must be the same person, and that
                       person must own all of the rights in the work; 5) The
                       work cannot be a work made for hire.

Names:                 Lippman, Laura
```

```
Type of Work:       Text

Registration Number / Date:
                    TX0006554453 / 2007-04-05

Title:              What the dead know.

Copyright Claimant:
                    Laura Lippman

Date of Creation:   2007

Date of Publication:
                    2007-03-01

Copyright Note:     Cataloged from appl. only.

Names:              Lippman, Laura
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008278638 / 2016-05-12

Application Title: WILDE LAKE.

Title:               WILDE LAKE.

Description:         Book, 352 p.

Copyright Claimant:
                     Laura Lippman.

Date of Creation:  2016

Date of Publication:
                     2016-05-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Laura Lippman; Domicile: United States; Citizenship: United
                        States. Authorship: text.

Names:               Lippman, Laura
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008762468 / 2019-03-22

Application Title: No Visible Bruises: What We Don't Know About Domestic
                     Violence Can Kill Us.

Title:               No Visible Bruises: What We Don't Know About Domestic
                     Violence Can Kill Us.

Description:         Book, 307 p.

Copyright Claimant:
                     Rachel Louise Snyder.

Date of Creation:   2019

Date of Publication:
                     2019-05-07

Nation of First Publication:
                     United States

Authorship on Application:
                     Rachel Louise Snyder; Domicile: United States. Authorship:
                       text.

Pre-existing Material:
                     previously published text.

Basis of Claim:     text.

Rights and Permissions:
                     Callie Garnett, Bloomsbury Press, 1385 Broadway, 5th Floor,
                       New York, NY, 10018, (212) 419-5329,
                       callie.garnett@bloomsbury.com

Copyright Note:     C.O. correspondence.

Names:               Snyder, Rachel Louise
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0006955461 / 2009-05-26

Application Title: BAD MOTHER: A Chronicle of Maternal Crimes, Minor
                     Calamities, and Occasional Moments of Grace.

Title:               BAD MOTHER: A Chronicle of Maternal Crimes, Minor
                     Calamities, and Occasional Moments of Grace.

Description:         Book, 213 p.

Copyright Claimant:
                     Ayelet Waldman.

Date of Creation:  2008

Date of Publication:
                     2009-05-05

Nation of First Publication:
                     United States

Authorship on Application:
                     Ayelet Waldman; Citizenship: United States. Authorship:
                       text, Entire text excluding brief quotes from other
                       sources, prev. published portions, & Readers' Guide.

Pre-existing Material:
                     text, Brief quotes from other sources. Portions of this
                       book were previously published, sometimes in slightly
                       different form, in various journals and collections.
                       Readers' Guide.

Basis of Claim:    text, Entire text excluding brief quotes from other
                       sources, previously published portions, and Readers'
                       Guide.

ISBN:              9780385527934

Names:             Waldman, Ayelet
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0006306572 / 2006-02-07

Title:               Love and other impossible pursuits.

Copyright Claimant:
                     Aylet Waldman

Date of Creation:  2005

Date of Publication:
                     2006-01-31

Copyright Note:   Cataloged from appl. only.

Names:               Waldman, Aylet
```

```
Type of Work:          Text

Registration Number / Date:
                       TX0007922166 / 2014-06-20

Application Title: LOVE AND TREASURE.

Title:                 LOVE AND TREASURE.

Description:           Book, 334 p.

Copyright Claimant:
                       Ayelet Waldman.

Date of Creation: 2013

Date of Publication:
                       2014-04-01

Nation of First Publication:
                       United States

Authorship on Application:
                       Ayelet Waldman; Citizenship: United States. Authorship:
                          text.

Rights and Permissions:
                       Lindsey Ross, Alfred A. Knopf, c/o: Random House LLC, 1745
                          Broadway, 15 fl., New York, NY, 10019, (212) 782-9375,
                          (212) 782-9375

ISBN:                  9780385533546

Names:                 Waldman, Ayelet
```

Type of Work:        Text

Registration Number / Date:
                     TX0008380605 / 2017-02-21

Application Title: A REALLY GOOD DAY: How Microdosing Made a Mega Difference
                     in My Mood, My Marriage, and My Life.

Title:               A REALLY GOOD DAY: How Microdosing Made a Mega Difference
                     in My Mood, My Marriage, and My Life.

Description:         Book, 229 p.

Copyright Claimant:
                     Ayelet Waldman.

Date of Creation:  2016

Date of Publication:
                     2017-01-10

Nation of First Publication:
                     United States

Authorship on Application:
                     Ayelet Waldman; Citizenship: United States. Authorship:
                       text, excluding brief epigraph from other source and
                       some previously published material.

Pre-existing Material:
                     brief epigraph from other source and some previously
                       published material.

Basis of Claim:      text, excluding brief epigraph from other source and some
                       previously published material.

Rights and Permissions:
                     Alfred A. Knopf, c/o Penguin Random House LLC, 1745
                       Broadway, New York, NY, 10019

ISBN:                9780451494092

Names:               Waldman, Ayelet

```
Type of Work:        Text

Registration Number / Date:
                     TX0007055718 / 2008-04-01

Application Title: AFTER TUPAC & D FOSTER.

Title:               AFTER TUPAC & D FOSTER.

Description:         2 Books.

Copyright Claimant:
                     Jacqueline  Woodson.

Date of Creation:  2007

Date of Publication:
                     2008-01-10

Nation of First Publication:
                     United States

Authorship on Application:
                     Jacqueline  Woodson; Citizenship: United States.
                       Authorship: entire text.

Names:               Woodson, Jacqueline
```

```
Type of Work:          Text

Registration Number / Date:
                       TX0008269833 / 2016-08-11

Application Title: Another Brooklyn.

Title:                 Another Brooklyn.

Description:           Book, 175 p.

Copyright Claimant:
                       Jacqueline Woodson.

Date of Creation:  2016

Date of Publication:
                       2016-08-01

Nation of First Publication:
                       United States

Authorship on Application:
                       Jacqueline Woodson; Domicile: United States; Citizenship:
                           United States. Authorship: text.

Names:                 Woodson, Jacqueline
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0006005315 / 2004-07-30

Title:               Behind you / Jacqueline Woodson.

Imprint:             New York : G.P. Putnam's Sons,  c2004.

Description:         118 p.

Copyright Claimant:
                     Jacqueline Woodson

Date of Creation:    2003

Date of Publication:
                     2004-05-24

Names:               Woodson, Jacqueline
```

Type of Work:        Text

Registration Number / Date:
                     TX0007504670 / 2012-03-20

Application Title: BENEATH A METH MOON.

Title:               BENEATH A METH MOON.

Description:         Book, 182 p.

Copyright Claimant:
                     Jacqueline Woodson.

Date of Creation:  2011

Date of Publication:
                     2012-02-02

Nation of First Publication:
                     United States

Authorship on Application:
                     Jacqueline Woodson; Citizenship: United States. Authorship:
                        text.

Rights and Permissions:
                     Jeffery Corrick, Penguin Group (USA) Inc., Permissions
                        Dept., 375 Hudson Street, New York, NY, 10014, United
                        States, (212) 366-2684,
                        jeffery.corrick@us.penguingroup.com

Names:               Woodson, Jacqueline

```
Type of Work:        Text

Registration Number / Date:
                     TX0008741080 / 2019-04-03

Application Title: BROWN GIRL DREAMING.

Title:               BROWN GIRL DREAMING.

Description:         Book, 349 p.

Copyright Claimant:
                     Jaqueline Woodson.

Date of Creation:    2016

Date of Publication:
                     2016-10-11

Nation of First Publication:
                     United States

Authorship on Application:
                     Jacqueline Woodson; Citizenship: United States. Authorship:
                        additional poems.

Previous Registration:
                     2014, TX 7-957-319.

Pre-existing Material:
                     prior edition.

Basis of Claim:      additional poems.

Names:               Woodson, Jacqueline
                     Woodson, Jaqueline
```

```
Type of Work:          Text

Registration Number / Date:
                       TX0006560320 / 2007-05-14

Title:                 Feathers.

Copyright Claimant:
                       Jacqueline Woodson

Date of Creation:  2006

Date of Publication:
                       2007-03-01

Copyright Note:    Cataloged from appl. only.

Names:             Woodson, Jacqueline
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008675581 / 2018-10-02

Application Title: HARBOR ME.

Title:               HARBOR ME.

Description:         Book, 176 p.

Copyright Claimant:
                     Jacqueline Woodson.

Date of Creation: 2017

Date of Publication:
                     2018-08-28

Nation of First Publication:
                     United States

Authorship on Application:
                     Jacqueline Woodson; Citizenship: United States. Authorship:
                     Novel.

Copyright Note:      Regarding basis for registration: A work may be registered
                     with the Single Application only if the following
                     requirements have been met: 1) The registration covers
                     one work; 2) The work must be created by one individual;
                     3) All of the material contained within the work must be
                     created by the same individual; 4) The author and the
                     owner of the work must be the same person, and that
                     person must own all of the rights in the work; 5) The
                     work cannot be a work made for hire.

ISBN:                978-0-399-24653-1

Names:               Woodson, Jacqueline
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0004902328 / 1998-11-30

Title:               If you come softly / Jacqueline Woodson.

Imprint:             New York : G.P. Putnam's Sons, [1998]

Description:         181 p.

Copyright Claimant:
                     Jacqueline Woodson

Date of Creation:    1998

Date of Publication:
                     1998-09-28

Names:               Woodson, Jacqueline
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0005225273 / 2000-06-02

Title:               Miracle's boys / Jacqueline Woodson.

Edition:             1st impression.

Imprint:             New York : G.P. Putnam's,  c2000.

Description:         133 p.

Copyright Claimant:
                     Jacqueline Woodson

Date of Creation:    1999

Date of Publication:
                     2000-04-01

Names:               Woodson, Jacqueline
```

```
Type of Work:          Text

Registration Number / Date:
                       TX0008797859 / 2019-09-18

Application Title: RED AT THE BONE.

Title:                 RED AT THE BONE.

Description:           Book, 196 p.

Copyright Claimant:
                       Jacqueline Woodson.

Date of Creation:  2019

Date of Publication:
                       2019-09-17

Nation of First Publication:
                       United States

Authorship on Application:
                       Jacqueline Woodson; Citizenship: United States. Authorship:
                         text, Excluding lyrics from another source.

Pre-existing Material:
                       Lyrics from another source.

Basis of Claim:    text, Excluding lyrics from another source.

Rights and Permissions:
                       Riverhead Books, c/o Penguin Random House LLC, 1745
                         Broadway, New York, NY, 10019, United States

ISBN:                  9780525535270

Names:                 Woodson, Jacqueline
```