# EXHIBIT 1



**SAN FRANCISCO, CA**

**NEW YORK, NY**

2023

JOSEPH SAVERI
LAW FIRM

**FIRM HISTORY AND BACKGROUND**

The Joseph Saveri Law Firm, LLP is one of the country's most acclaimed and successful boutique firms. It achieves ground-breaking results for plaintiffs in antitrust law, class actions, complex business disputes, securities litigation, consumer protection, intellectual property, and *qui tam*/whistleblower cases, in federal and state courts throughout the United States and across the globe.

**JOSEPH SAVERI**
LAW FIRM

The Firm was founded in 2012 by Joseph Saveri. Since then, it has led several groundbreaking and precedent-setting cases. It has served as lead and co-counsel on diverse cases involving: challenges to price-fixing; monopolization; illegal reverse payments; "pay-for-delay" agreements involving the drugs Cipro, Lidoderm, Restasis, and others; the "no-poach" agreements restricting hiring and recruiting at major corporations. These cases cover a wide range of industries including pharmaceuticals, high-technology, electronics, banking and financial services, transportation, and sports.

The Firm is widely regarded as one of the nation's leading law firms. It has established a track record leading and prosecuting some of the most significant cases across the United Sates. Its attorneys have recovered over $4.7 billion in settlements and successful resolutions for their clients, and the Firm has received many honors, including:

 ★ **Firm Awards** ★





**AMERICAN ANTITRUST INSTITUTE**

In 2023, the Firm was an honoree for "Outstanding Antitrust Litigation Achievement in Private Law Practice" for its success in *In Re Capacitors Antitrust Litigation*. It was similarly an honoree in 2017 for *In re Cipro Cases I and II* and a finalist in 2015 for *In re High-Tech Employee Antitrust Litigation*. In 2022, partner Christopher Young was recognized for "Outstanding Antitrust Litigation Achievement by a Young Lawyer" for work performed on *In re Capacitors Antitrust Litigation*. The awards are part of the American Antitrust Institute's Antitrust Enforcement Awards, which recognize achievements in antitrust litigation by legal practitioners and economists.

**BENCHMARK LITIGATION**

The Firm has been recognized as one of the best in California in the "competition/antitrust" and "dispute resolution" practice areas. Partner Joseph Saveri has been honored in the same field as a "National Practice Area Star" and "Local Litigation Star."

Benchmark Litigation, based in the United Kingdom, New York City, and Hong Kong, researches and ranks law firms and lawyers based on transactional advice. Research is conducted through extensive interviews with litigators, dispute resolution specialists, and their clients to identify the leading litigators and firms. During these interviews, it examines recent casework handled by law firms and asks individual litigators to provide their professional opinions on peers and practitioners within their jurisdiction or practice area. Each annual research process culminates in the publication of law firm rankings, individual lawyer ratings, and firm editorial content.

JOSEPH SAVERI
LAW FIRM



### Firm Awards *Con't*





**Joseph Saveri Law Firm, LLP**





### BEST LAWYERS

Since 2013, the Firm has been annually selected for inclusion in *Best Law Firms*, an annual publication by *Best Lawyers*. It is ranked among the top firms in "Antitrust Law," "Litigation—Antitrust," and "Mass Tort Litigation/Class Actions" nationwide and in San Francisco. Firms included in the *Best Law Firms* list are recognized for professional excellence with persistently impressive ratings from clients and peers. Achieving a tiered ranking signals a unique combination of quality law practice and breadth of legal expertise. To be eligible for a ranking, a firm must have a lawyer selected by *Best Lawyers* to *The Best Lawyers in America*, a publication which recognizes the top five percent of practicing attorneys in the United States. Joseph Saveri and Cadio Zirpoli have been meritoriously selected.

### CHAMBERS AND PARTNERS

Chambers and Partners has ranked The Firm "Band 1" (highest ranking) in its "Antitrust: Mainly Plaintiff—California" category: currently one of only two firms in California to receive this honor. Chambers has also ranked the Firm as one of the top 16 U.S. firms in its "Antitrust: Mainly Plaintiff-Nationwide" category. In 2021, it shortlisted the Firm as an "Outstanding Firm for Pro Bono" for its Diversity & Inclusion Awards: North America 2021.

Firm partner Joseph Saveri is currently ranked "Band 1" attorneys by Chambers in its "Antitrust: Plaintiff—USA—Nationwide" and "Antitrust: Mainly Plaintiff—California" categories. He has been ranked a "Band 1" attorney in these categories since 2014. Chambers reports him as "smart, fair, and zealous in his advocacy," and as a "great lawyer" who is "hard-working and possesses excellent judgment about how to prosecute antitrust and consumer protection cases."

London-based Chambers ranks law firms and individual lawyers in bands from 1-6, with 1 being the best. The qualities on which rankings are assessed include technical legal ability, client service, commercial vision and business understanding, diligence, value for money (cost-effective staffing and organization), depth of team, professional conduct, and other factors important to clients.

### DAILY JOURNAL (CALIFORNIA)

The Firm has been recognized for its growth and leadership by being selected three times as one of the "Top Boutiques in California," a contest that honors the top 20 boutique law firms in California. In 2022, it also received the prestigious CLAY (California Lawyer Attorneys of the Year) award. Joseph Saveri has likewise received several *Daily Journal* "Top in California" individual awards in various categories. And, in 2023, partner Christopher Young was selected for inclusion in its "Top 40 Under 40 Lawyers" award.

The Daily Journal Corporation, a Los Angeles-based publishing and technology company, features interview-based profiles covering judicial philosophy, representative decisions, and recent cases.



### Firm Awards *Con't*











### GLOBAL COMPETITION REVIEW

In 2022, the Firm was shortlisted for two awards by Global Competition Review: Joseph Saveri for "Lawyer of the Year" and *In re Capacitors Antitrust Litigation* for "Litigation of the Year." Also in 2023, in its "GCR 100," GCR selected and featured the Firm as "highly recommended" for its commercial litigation and competition practice. Over the past few years, it has praised Mr. Saveri, Ronnie Seidel Spiegel, and Cadio Zirpoli for taking the reins of a team that "stands out for its diversity." GCR is a leading global provider of competition law, regulation, and enforcement information, combining data, deep market insight, and a user-centric platform to provide their clients with powerful legal solutions. Its unique global coverage gives shape and form to current affairs, providing insight on the direction of trends in competition and how they affect the market.

### LAW360

In 2023, the Firm was selected as one of Law360's Practice Groups of the Year in the competition and class action categories. Joseph Saveri has been selected as a "Titan of the Plaintiffs Bar." Those selected for this award represent the finest work of holding corporations accountable and protecting consumers' rights. Winners are determined by a review and recognition of significant wins scored over the past year, as well as by the awardees' distinguishing qualities and influence in their practice areas. Law360 is a subscription-based daily current awareness tool for attorneys and business leaders at law firms, corporations, and government agencies. It publishes breaking news and analysis

### LAWDRAGON

Joseph Saveri, Ronnie Seidel Spiegel, Cadio Zirpoli, Christopher Young, and David Seidel have collectively received numerous awards from Lawdragon media company, including selections as "500 Leading Lawyers in America," "500 Leading Plaintiff Financial Lawyers in America," "500 Leading Litigators in America," and "500 X – The Next Generation" guide. These guides, first published in 2007, present Lawdragon's recognition of the best of the U.S. bar. Lawdragon, based in New York City, provides free online news and editorial features—including its well-known guides to the nation's leading lawyers—as well as content, marketing, and branding services for lawyers and firms.

### THE LEGAL 500

From 2019-present, the Firm has been one of the select few nationwide recognized for excellence in the United Kingdom-based research and ranking service's "United States Antitrust Civil Litigation/Class Actions: Plaintiff" category. Its attorneys have also received distinguished commendation. The Legal 500 assesses the strengths of law firms in over 150 jurisdictions. Its rankings are based on feedback from 300,000 clients worldwide, detailed submissions from law firms, interviews with leading private practice lawyers, and a team of researchers with unrivaled experience in the legal market.

### MARTINDALE HUBBELL

Two Firm partners have achieved Martindale Hubbell's highest rating—"AV Preeminent." Joseph Saveri has achieved this ranking since 2008 and Cadio Zirpoli for over a decade. Martindale-Hubbell's Peer Review Ratings are an objective indicator of a lawyer's high ethical standards and professional ability. Attorneys receive Peer Review Ratings based on evaluations by other members of the bar and the judiciary in the United States and Canada.



**FIRM HISTORY AND BACKGROUND**







**SUPER LAWYERS**

Several of the Firm's attorneys have been recognized by *Super Lawyers*, part of Thomson Reuters, which rates outstanding lawyers from more than 70 practice areas who have attained a high-degree of peer recognition, professional achievement, and excellence. The *Super Lawyers* list recognizes no more than five percent of attorneys in each state. Joseph Saveri is a "Super Lawyer" (2006-present) and among the "Top 100 Northern California Super Lawyers" (2015-2016, 2019-present). Cadio Zirpoli is a "Super Lawyer" (2010, 2014-present) and among the "Top 100 Northern California Super Lawyers" (2018-present). Ronnie Seidel Spiegel is also a "Super Lawyer" (2023-present). Christopher Young (2021-present) and David Seidel (2023) are "Rising Stars."

**WHO'S WHO LEGAL/GLOBAL COMPETITION REVIEW**

Firm partner Joseph Saveri has been consistently selected as one of the top plaintiff attorneys worldwide in *Who's Who Legal: Competition*, a publication of Who's Who Legal and Global Competition Review. He has been praised as an "extremely effective litigator" who "obtains excellent results in high-profile cases", and who also has the "ability to quickly master facts and counter arguments from opposing counsel and simultaneously adjust his arguments and neutralize their approach." Mr. Saveri has been selected for this honor since 2015. Since 2019, he has been profiled in *Thought Leaders: Competition*, a publication of Who's Who Legal.

Who's Who Legal, a prestigious United Kingdom-based legal ranking service, has identified the foremost legal practitioners and consulting experts in business law based upon comprehensive, independent research. It is dedicated to identifying the world's leading lawyers across multiple practice areas and publishes a series of guides throughout the year. Global Competition Review provides a subscription-based news and resource service (both online and print) and yearly hosts several live events.

JOSEPH SAVERI
L A W   F I R M

# $4.7B+

In settlements and resolutions for our clients

# 100+

Combined Years of Civil Litigation Experience

# 24

Leadership Positions in Cases Nationwide

With 30 years of civil litigation experience, Mr. Saveri has handled cases involving numerous industries, including: banking and financial services, insurance, energy, pharmaceuticals, agricultural products, computer hardware, computer software, manufacturing inputs, travel and transportation, paper products, cosmetics, and consumer electronics. He has established himself as one of the country's top litigators in the antitrust field.

Mr. Saveri has investigated, prosecuted, and successfully resolved numerous antitrust class actions and other complex cases. He has served both as a court-appointed leader of such efforts and as a valued member of the teams operating under the leadership of others. As lead or co-lead counsel in many of these cases, he has taken a personal leadership role in organizing litigation, setting strategy, establishing and directing teams of lawyers, and assigning specific tasks to teams of attorneys in a way that ensures the efficient use of resources and maximizes the talents of the litigation team. Throughout these cases, he has displayed the energy, vision, and commitment that leadership requires, combined with the ability to listen, share, and work cooperatively so that the litigation team operates equitably, efficiently, and without friction.

Mr. Saveri and the Firm serve or have served as lead counsel in many high-profile cases, including most recently *Capacitors, Titanium Dioxide, High-Tech Employees,* and California's *Cipro* litigation. Overall, the Firm's attorneys are accomplished and successful in all phases of litigation and have been awarded by the American Antitrust Institute, Chambers and Partners, Martindale Hubbell, The Legal 500, Benchmark Litigation, Who's Who Legal, *Super Lawyers*, and many other organizations for their distinguished leadership. They lecture and write on many topics, are actively involved in numerous legal organizations, and are multi-lingual and from diverse backgrounds.

The Firm has a strong commitment to pro bono representation. It frequently works with the Northern District of California's Federal Pro Bono Project, which operates in conjunction with the Bar Association of San Francisco's Justice and Diversity Center. The JDC provides pro bono services to underserved San Francisco residents and communities, and the organizations that serve them. Many Firm attorneys participate in this project and have received Court praise for their successful results achieved for their clients.

JOSEPH SAVERI
LAW FIRM

CASE PROFILES

The Firm has been a successful leader in cases covering antitrust, class actions, complex business disputes, consumer protection, and other practice areas, on behalf of national and international consumers, purchasers, and employees across diverse industries.

JOSEPH SAVERI
L A W   F I R M

The Firm handles antitrust cases, class actions, and complex litigation in federal and state courts throughout the United States. Prominent past and current cases in which the Firm or Mr. Saveri serves or has served include:



### IN RE CAPACITORS ANTITRUST LITIGATION
**No. 3:14-cv-03264-JD, 3:17-md-02801-JD (N.D. Cal.)**

The Firm is **sole Lead Counsel** for a class of direct purchasers of capacitors used in electronic devices. Plaintiffs allege that defendants—over twenty corporations and corporate families—formed a cartel and conspired to fix, raise, and stabilize prices in the multi-billion-dollar market for aluminum, tantalum, and film capacitors. The Firm represents the class as plaintiffs in a civil class action. **Settlements totaling $604.55 million were reached over a five-year period**, $165 million of which occurred during a December 2021 trial against the case's remaining defendants and received Final Court approval in 2023. **This settlement amount exceeded calculated single damages of $427 million: a competition law rarity.** In the criminal case, **eight capacitors manufacturers and two individual executives have pleaded guilty and been sentenced** for violating federal antitrust laws.



### IN RE CIPRO CASES I AND II
**J.C.C.P. Nos. 4154, 4220 (San Diego County Sup. Ct.)**

The Firm is **Co-Lead Counsel** for consumers who purchased Cipro, a blockbuster antibiotic drug. Plaintiffs alleged that Bayer Corporation, Barr Laboratories, two other generic drug companies, and other defendants entered into an unlawful agreement to keep a generic version of the drug off the market, which allowed Bayer to sell Cipro at inflated prices. In 2013, the California Superior Court for the County of San Diego approved a **$74 million class action settlement** between Bayer and the class. In 2015, the California Supreme Court reversed the judgment of the Court of Appeal and remanded the case for further proceedings. In that decision, the California Supreme Court ruled in plaintiffs' favor and adopted a "structured" rule of reason as the standard for adjudicating reverse payment antitrust cases. Following remand to the Superior Court, plaintiffs reached a **$100 million settlement** agreement with defendants Hoechst Marion Roussel, The Rugby Group, Inc., and Watson Pharmaceuticals, which the Court approved in 2016. In 2017, on the eve of trial, plaintiffs **settled** with Barr, the sole remaining defendant, **for $225 million**, bringing the **total class recovery to $399 million: a record for this type of case**.

**JOSEPH SAVERI**
LAW FIRM



### IN RE HIGH-TECH EMPLOYEES ANTITRUST LITIGATION
**No. 5:11-cv-02509-LHK (N.D. Cal.)**

The Firm served as **Co-Lead Class Counsel** for a certified class of over 64,000 employees of leading technology companies against their employers for their alleged agreements to restrict recruiting to suppress wages. In this highly publicized case, defendants Google Inc., Apple Inc., Adobe Systems Inc., and Intel Corporation agreed in 2015 to **$415 million in settlements**. Prior to that, Intuit Inc., Lucasfilm, Ltd., and Pixar agreed to **separate settlements totaling $20 million**. The suit, brought by former employees of the companies involved, exposed the practice by major tech industry players which allegedly collaborated to not poach each other's employees. The plaintiff employees argued that such "no-poach" agreements limited their ability to obtain career advancement and restricted their attempts to earn higher salaries. This ground-breaking, landmark case serves as the standard and reference point for virtually all other litigated no-poach cases.



### IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION
**No. 1:10-cv-00318-RDB (D. Md.)**

The Firm served as **Co-Lead Counsel** to a class of direct purchasers of titanium dioxide who alleged that several primary suppliers engaged in an unlawful conspiracy to raise, maintain, or stabilize prices for titanium dioxide in the United States. The Court certified the class. Plaintiffs prepared for trial and achieved a settlement with the final defendant on the last business day before trial. In 2013, a **$163.5 million settlement** was finalized**.**



### IN RE RESTASIS (CYCLOSPORINE OPHTHALMIC EMULSION) ANTITRUST LITIGATION
**No. 1:18-md-02819-NG-LB (E.D.N.Y.)**

The Firm is **Co-Lead Counsel** for end-payor plaintiffs in an antitrust class action filed against Allergan, Inc. for an alleged scheme to delay generic competition to Allergan's blockbuster Restasis drug (used primarily for the treatment of chronic dry eyes). The Firm brought suit on behalf of its client and named class representative, the Self-Insured Schools of California, a Joint Powers Authority providing health benefits to over 300,000 public school district employees and their family members. Plaintiffs allege that Allergan unlawfully extended its monopoly in the market for Restasis through a series of fraudulent and anticompetitive acts. Class certification has been granted. In 2021, the parties reached an agreement on a **$30 million settlement, which received the Court's final approval in 2022**.

JOSEPH SAVERI
LAW FIRM



### IN RE LIDODERM ANTITRUST LITIGATION
#### No. 3:14-md-02521-WHO (N.D. Cal.)

The Firm served as end-payors' **Liaison Counsel** in a class action lawsuit brought by indirect purchasers of Lidoderm against Endo Pharmaceuticals, Teikoku, and Actavis Inc. Plaintiffs claimed that defendants entered into an illegal reverse payment agreement in which Endo provided nearly $100 million worth of branded Lidoderm and additional consideration to Actavis to keep generic lidocaine patches off the market. Plaintiffs alleged that the agreement delayed generic competition and caused plaintiffs to pay higher prices. In 2017, the Court granted plaintiffs' motion to certify a class of Lidoderm end-payors. The **case settled** in early 2018, shortly before trial, **for $105 million.**



### MEIJER V. ABBOTT LABORATORIES
#### Nos. 4:07-cv-5470, 4:07-cv-5702, 4:07-cv-5985 (N.D. Cal.)

Mr. Saveri served as **Liaison Counsel** on behalf of the class of direct purchaser plaintiffs in the Norvir Antitrust Litigation. The case involved claims under Section One and Section Two of the Sherman Act in connection with the sale, marketing, and pricing of the bundled drugs Norvir and Kaletra by Abbott Laboratories. Mr. Saveri participated in all phases of the litigation, including trial. Among other highlights, his work during jury selection of the case resulted in the landmark decision by the Ninth Circuit Court of Appeals in *SmithKline Beecham Corp. v. Abbott Laboratories*, 740 F.3d 471 (9th Cir. 2014), confirming that equal protection prohibits discrimination based on sexual orientation in jury selection and that the Supreme Court's decision in *Batson v. Kentucky*, 476 U.S. 79 (1986), applies in civil cases. Following jury selection, the direct purchasers **settled their claims in full for $52 million**.



### CUNG LE V. ZUFFA, LLC
#### No. 2:15-cv-01045-RFB-BNW (D. Nev.)

The Firm is **Co-Lead Counsel** for professional mixed martial arts (MMA) fighters in a class action against MMA promoter Ultimate Fighting Championship (UFC) and its parent company Zuffa LLC involving up to $5 billion in alleged damages. Plaintiffs allege that the UFC illegally acquired and maintained monopoly power in the market for promoting Professional MMA Bouts and monopsony power in the market for Professional MMA Fighters' Services and used that monopoly and monopsony power to suppress compensation for MMA fighters who fought for the UFC. In 2023, the Court granted class certification. Trial is scheduled for 2024.

JOSEPH SAVERI
L A W   F I R M



### IN RE EPIPEN MARKETING, SALES PRACTICES, AND ANTITRUST LITIGATION
**No. 17-md-02785-DDC-TJJ (D. Kan)**

The Firm is on the **Plaintiffs' Steering Committee** in this multidistrict litigation case alleging that Mylan, Pfizer, and their related companies engaged in federal and state antitrust violations, RICO violations, and violations of state consumer protection laws with regard to the EpiPen autoinjector drug device. Defendants raised their prices by hundreds of percent and forced consumers to buy two EpiPens at a time instead of one in order to maximize their profits. The Court has denied most claims of defendants' motions to dismiss. Class certification was granted in 2020. In 2021, the Court granted final approval of a **$345 million settlement** with Pfizer. A **$264 million settlement** with Mylan (now Viatris Inc.) has been granted preliminary approval.



### HUNTER V. BOOZ ALLEN HAMILTON, INC.
**No. 2:19-cv-00411 (S.D. Ohio)**

The firm serves in a class action alleging defendants Booz Allen Hamilton, Inc., Mission Essential Personnel, LLC, CACI International Inc., CACI Technologies LLC, and CACI Technologies Inc. agreed not to hire one another's skilled professionals working at the Joint Intelligence Operations Center Europe Analytic Center in Molesworth, England (JAC). The firm represents former Mission Essential employees who allege these illegal agreements violated U.S. antitrust law by suppressing compensation and imposing unlawful restrictions on employee mobility for skilled professionals working at JAC. After more than three years of intensive litigation, plaintiffs reached **settlement agreements in September 2021 and September 2022 with defendants worth up to $5.275 million**. In December 2022, the Court granted preliminary settlement approval and appointed the firm **Settlement Class Counsel**. In May 2023, the Court granted final settlement approval.



### IN RE: XYREM (SODIUM OXYBATE) ANTITRUST LITIGATION
**No. 5:20-MD-02966-LHK (N.D. Cal.)**

The Firm represents plaintiff, purchaser Self-Insured Schools of California, in a multi-district litigation antitrust suit in which it serves on the **Plaintiffs' Steering Committee**. Plaintiff and a potential class of other purchasers are insurers, health and welfare plans, and consumers seeking relief from indirectly paying for and/or providing reimbursement for purchases of Xyrem (an oral narcolepsy drug) at supra-competitive prices. Facing the impact of competitive market forces, defendant Jazz (Xyrem manufacturer) allegedly turned to an anticompetitive scheme to delay generic entry and maintain its monopoly. Plaintiffs seek class certification, damages, and other injunctive and equitable relief. In 2021, the Court largely refused Jazz's motion to dismiss.

JOSEPH SAVERI
LAW FIRM



### JONES V. VARSITY BRANDS
**No. 2:20-cv-02892 (W.D. Tenn.)**

The Firm represents a class of competitive cheer families against Varsity Brands, LLC; Varsity Spirit, LLC; Varsity Spirit Fashion & Supplies, LLC; U.S. All Star Federation, Inc.; and other co-conspirators. Plaintiffs allege defendants have abused Varsity's market power to raise, fix, and stabilize the prices charged and associated with competitive cheer. As a result, cheer athletes, together with their parents, friends, and families, have been overcharged by the defendants, who have obtained millions of dollars in supracompetitive illegal profits. In August 2022, the Court denied most of defendants' motions to dismiss. Trial is scheduled for 2024.



### IN RE OPANA ER ANTITRUST LITIGATION
**No. 1:14-cv-10150 (N.D. Ill.)**

The Firm represents plaintiffs in a proposed class action brought by indirect purchasers against brand and generic manufacturers of Opana ER. Plaintiffs allege that defendants Endo Pharmaceuticals Inc. and Impax Laboratories entered an illegal "pay-for-delay" or reverse payment agreement whereby Endo provided Impax over $100 million in cash, as well as other valuable consideration, in exchange for Impax's promise to keep generic versions of Opana ER off the market. Plaintiffs allege that this prevented generic competition and resulted in higher prices. In 2021, the Court granted class certification to direct purchaser plaintiffs and end-payor plaintiffs.



### GIORDANO V. SAKS INCORPORATED
**No. 1:20-cv-00833-MKB-CLP (E.D.N.Y.)**

The Firm is **Interim Co-Lead Class Counsel** in a "no-poach" class action, alleging that defendants Saks Incorporated; Saks & Company LLC; Saks Fifth Avenue LLC; Louis Vuitton USA Inc.; Fendi North America, Inc.; Loro Piana & C. Inc.; Gucci America, Inc.; Prada USA Corp.; and Brunello Cucinelli, USA, Inc. agreed not to hire one another's luxury retail employees. Plaintiffs are former sales professionals who sought employment opportunities with other defendants. Plaintiffs allege the illegal agreements restrain competition for luxury retail employees working for defendants. Plaintiffs seek damages and injunctive relief.

JOSEPH SAVERI
LAW FIRM



### JESSICA ROBINSON V. JACKSON HEWITT, INC. AND TAX SERVICES OF AMERICA, INC.
**No. 2:19-cv-9066 (D. N.J.)**

The Firm is **Interim Co-Lead Counsel** for plaintiffs in an antitrust class action against defendants Jackson Hewitt, Inc. and Tax Services of America, Inc. Plaintiffs are individuals who work or have worked for Jackson Hewitt, a tax preparation services provider and franchisor, and for franchise locations of Jackson Hewitt. From approximately January 2000 through December 2018, defendants and other co-conspirators agreed not to compete for employees and potential employees, including agreements not to solicit, recruit, or hire without prior approval each other's personnel. Plaintiffs seek injunctive relief and recovery of damages arising from defendants' violations of Section 1 of the Sherman Act.



### IN RE JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION
**No. 3:21-cv-00781 (N.D. Cal.), No. 1:21-md—02989-ALTONAGA/Torres (S.D. Fla.)**

The Firm is **Plaintiffs' Co-Lead Counsel** in a suit on behalf of a proposed class of retail investors against Robinhood Markets, Inc. and various brokerages, investment funds, and other co-conspirators who allegedly entered into an illegal scheme designed to shield themselves from massive industry losses they had incurred due to their highly speculative short selling strategies. Plaintiffs allege that they and other retail investors continue to be injured due to a large, overarching conspiracy among defendants to stop them from buying stocks in open and fair public securities markets. Plaintiffs seek damages recovery and injunctive relief. The Firm is Co-Lead Counsel in the antitrust tranche (group) of claims.



### DEMARTINI V. MICROSOFT CORPORATION
**No. 3:22-cv-08991 (N.D. Cal.)**

In January 2022, Microsoft announced plans to acquire Activision Blizzard, Inc., their significant competitor in the video game development, publishing, and distribution markets. If allowed to proceed, this acquisition would stifle market competition, thereby reducing consumer choice, lowering quality and output, increasing prices, and preventing future competition within the video game industry. The Firm and co-counsel have filed suit on behalf of plaintiffs who would be adversely affected by reduced competition in the video game industry as a consequence of the merger. The lawsuit seeks injunctive relief to prohibit the acquisition as a violation of Section 7 of the Clayton Antitrust Act (15 U.S.C. § 18) and to protect consumers from unlawful concentration of power within the video game industry.

JOSEPH SAVERI
LAW FIRM



### ANDERSEN V. STABILITY AI LTD.
**No. 3:23-cv-00201 (N.D. Cal.)**

Defendants Stability AI Ltd.; Stability AI, Inc.; Midjourney, Inc.; and DeviantArt, Inc. have created Stable Diffusion and other products that infringe the rights of artists and other creative individuals under the guise of alleged "artificial intelligence." The Firm and co-counsel represent a class of plaintiffs seeking compensation for damages caused by defendants and an injunction to prevent future harm. The lawsuit alleges direct copyright infringement, vicarious copyright infringement related to forgeries, violations of the Digital Millennium Copyright Act, violation of class members' rights of publicity, breach of contract related to the DeviantArt Terms of Service, and various violations of California's unfair competition laws. If Stable Diffusion and similar products are allowed to continue to operate as they do now, the foreseeable result is they will replace the very artists whose stolen works power these AI products with whom they are competing. The suit seeks to ensure that these products follow the same rules as any other new technology that involves the use of massive amounts of intellectual property.



### J. DOE 1 AND J. DOE 2 V. GITHUB, INC.
### J. DOE 3 AND J. DOE 4 V. GITHUB, INC.
**Nos. 3:22-cv-06823, 3:22-cv-07074 (N.D. Cal.)**

GitHub Copilot, an AI-based coding product made by GitHub in cooperation with OpenAI, appears to profit from the work of open-source programmers by violating the conditions of their open-source licenses. The Firm has filed a class-action lawsuit against GitHub Copilot, its parent, Microsoft, and its AI-technology partner, OpenAI, on behalf of open-source programmers for these potential violations of open-source licenses. This case represents the first major step in the battle against intellectual-property violations in the tech industry arising from artificial-intelligence systems. The suit seeks injunctive relief, statutory damages, and pre-judgment and post-judgment interest.

JOSEPH SAVERI
LAW FIRM



### IN RE DENTAL SUPPLIES ANTITRUST LITIGATION
**No. 1:16-cv-00696-BMC-GRB (E.D.N.Y.)**

The Firm served as a **member of the Plaintiffs' Executive Committee** in a class action of direct purchasers against the primary dental product distributors in the United States. Plaintiffs allege that Patterson Companies, Inc., Henry Schein, Inc., and Benco Dental Supply Company illegally boycotted competitor dental product distributors to maintain and extend their dominant position in the market for dental supplies and equipment. As a result, plaintiffs (and similarly situated dental practices) paid inflated prices for important dental products, including imaging devices, dental chairs, high-tech equipment, sterilization products, and other related materials. **Final judgment and a Court order granting an $80 million settlement** were reached in 2019.



### IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION
**No. 2:16-md-02724-CMR (E.D. Pa.)**

The Firm is on the **Plaintiffs' Steering Committee** for end-payor plaintiffs and its client, the Self-Insured Schools of California, and similarly situated U.S. consumers and insurers, against dozens of generic drug manufacturers in this broad multidistrict litigation. The antitrust suit charges the defendants with conspiring to fix and raise prices for over 30 different generic pharmaceutical drugs, forcing consumers to pay inflated prices for medication to treat a wide variety of illnesses and diseases. In 2019, the Court denied defendants' joint motion to dismiss plaintiffs' overarching conspiracy claims. In 2020, the Court selected two bellwether cases for the private plaintiffs, including the Firm's end-payor plaintiff clients, concerning the drugs Clobetasol and Clomipramine. In 2022, the Court denied most of defendants' efforts to dismiss claims.

JOSEPH SAVERI
L A W   F I R M



### IN RE OUTPATIENT MEDICAL CENTER EMPLOYEE ANTITRUST LITIGATION
#### No. 21-cv-00305 (N.D. Ill.)

As **Interim Co-Lead Counsel**, the Firm represents a potential class of senior-level employees in an antitrust suit filed against defendants Surgical Care Affiliates, LLC; United Health Group; United Surgical Partners Holding Company, Inc.; Tenet Healthcare Corporation; DaVita, Inc.; and other co-conspirators. Plaintiffs allege defendants entered into "no-poach" agreements not to compete for employees in the United States. These agreements allegedly accomplished their purpose by reducing competition for defendants' employees and suppressing defendants' employees' compensation below competitive levels. They also denied their employees' access to job opportunities, restricted their mobility, and deprived them of significant information that they could have used to negotiate for better compensation and employment terms. Plaintiffs seek damages recovery and injunctive relief to prevent defendants from retaining the benefits of their alleged antitrust violations. On September 26, 2022, the Court rejected a joint motion to dismiss filed by defendants DaVita Inc., Surgical Care Affiliates LLC, and Tenet Healthcare Corp. and its subsidiaries, and dismissed UnitedHealth Group from the litigation.



### IN RE JUUL LABS, INC. ANTITRUST LITIGATION
#### 3:20-cv-02345-WHO (N.D. Cal.)

The Firm is **Interim Lead Counsel** for direct purchaser plaintiffs in e-cigarette antitrust lawsuits against Altria Group, Inc. (Altria) and Juul Labs, Inc. (JLI) on behalf of individuals and businesses who purchased JUUL e-cigarette devices directly from JLI. Plaintiffs and the class seek damages recovery for violations of the Sherman and Clayton Acts. The e-cigarette antitrust claims stem from an allegedly anticompetitive agreement between Altria and JLI, whereby Altria agreed to acquire an ownership interest in JLI in exchange for over $12 billion. Altria also allegedly agreed not to compete with JLI and to provide JLI valuable retail shelf space in the e-cigarette market. Through this agreement, JLI was able to maintain its dominance in the e-cigarette market and earn monopoly profits. Altria then shared these profits through its ownership stake in JLI.



### FOND DU LAC BUMPER EXCHANGE INC. V. JUI LI ENTERPRISE COMPANY LTD.
#### No. 2:09-cv-00852-LA (E.D. Wisc.)

The Firm represents a class of auto parts distributors who allege that Taiwanese manufacturers of aftermarket sheet metal auto parts colluded to artificially raise prices and eliminate competition. The Court granted final approval to **settlements by two defendants totaling $25 million** and granted plaintiffs' motion for class certification.

JOSEPH SAVERI
LAW FIRM



### MICROSOFT PRIVATE ANTITRUST LITIGATION

Representing businesses and consumers, Mr. Saveri prosecuted multiple private antitrust cases against Microsoft Corporation in state courts across the country, including Florida, New York, North Carolina, and Tennessee. Plaintiffs alleged that Microsoft engaged in anticompetitive conduct and/or violated state deceptive and unfair business practices statutes to harm competition and monopolize the markets for Intel-compatible, personal computer operating system software, as well as word processing and spreadsheet software. In 2006, the New York Supreme Court granted final approval to a **settlement that made available up to $350 million in benefits** for New York businesses and consumers. In 2004, the Court in the North Carolina action granted final approval to a **settlement valued at over $89 million**, and the Court in the Tennessee action granted final approval to a **$64 million settlement**. In 2003, in the Florida Microsoft litigation, the Court granted final approval to a **$202 million settlement**, one of the largest antitrust settlements in Florida history. Mr. Saveri served as **Co-Lead Counsel** in the New York, North Carolina, and Tennessee cases, and held leadership roles in the Florida case.



### IN RE LUPRON MARKETING AND SALES PRACTICES LITIGATION
**MDL No. 1430 (D. Mass.)**

In 2005, the Court approved a **settlement** of a class action brought by patients, insurance companies, and health and welfare benefit plans that paid for Lupron, a prescription drug used to treat prostate cancer, endometriosis, and precocious puberty. The **settlement requires the defendants** Abbott Laboratories, Takeda Pharmaceutical Company Limited, and TAP Pharmaceuticals **to pay $150 million** to persons or entities that paid for Lupron from January 1, 1985, through March 31, 2005. Plaintiffs charged that the defendants conspired to overstate the drug's average wholesale price, which resulted in plaintiffs paying more for Lupron than they should have paid. Mr. Saveri served as **Co-Lead Plaintiffs' Counsel**.



### IN RE BUSPIRONE ANTITRUST LITIGATION
**MDL No. 1413 (S.D.N.Y.)**

In 2003, Mr. Saveri obtained a **$90 million cash settlement** for individual consumers, consumer organizations, and third-party payors that purchased BuSpar, a drug prescribed to alleviate symptoms of anxiety. Plaintiffs alleged that Bristol-Myers Squibb Co. (BMS), Danbury Pharmacal, Inc., Watson Pharmaceuticals, Inc., and Watson Pharma, Inc. entered into an unlawful agreement in restraint of trade under which BMS paid a potential generic manufacturer of BuSpar to drop its challenge to BMS's patent and refrain from entering the market.

JOSEPH SAVERI
LAW FIRM



## CALIFORNIA VITAMIN CASES
### J.C.C.P. No. 4076 (San Francisco County Sup. Ct.)

Mr. Saveri served as **Co-Liaison Counsel and Co-Chairman of the Plaintiffs' Executive Committee** on behalf of a class of California indirect vitamin purchasers (in every level of the chain of distribution) against vitamin manufacturers alleged to have engaged in price fixing of particular vitamins. In 2002, the Court granted final approval of a **$96 million settlement** with certain vitamin manufacturers. In 2006, the Court granted final approval to over **$8.8 million in additional settlements**.



## PHARMACEUTICAL CASES I, II, AND III
### J.C.C.P. Nos. 2969, 2971, and 2972 (San Francisco County Sup. Ct.)

Mr. Saveri served as **Co-Lead and Co-Liaison Counsel** representing a certified class of indirect purchasers (consumers) on claims against the major pharmaceutical manufacturers for violations of the Cartwright Act and the Unfair Competition Act. The class alleged that defendants unlawfully fixed discriminatory prices on prescription drugs to retail pharmacists in comparison with the prices charged to certain favored purchasers, including HMOs and mail order houses. In 1999, the Court approved a **settlement providing $148 million in free, brand-name prescription drugs** to health agencies that serve California's poor and uninsured. In 2001, the Court approved a **settlement** with the remaining defendants in the case, which provided **an additional $23 million in free, brand-name prescription drugs** to these agencies.



## IN RE BRAND NAME PRESCRIPTION DRUGS
### MDL No. 997 (N.D. Ill.)

Mr. Saveri served as **Class Counsel** for a class of tens of thousands of retail pharmacies against the leading pharmaceutical manufacturers and wholesalers of brand name prescription drugs for alleged price-fixing from 1989 to 1995 in violation of the federal antitrust laws. Class plaintiffs charged that defendants engaged in price discrimination against retail pharmacies by denying those discounts provided to hospitals, health maintenance organizations, and nursing homes. In 1996 and 1998, the Court approved **settlements** with certain manufacturers **totaling $723 million**.



## IN RE TRAVEL AGENCY COMMISSION ANTITRUST LITIGATION
### MDL No. 1058 (D. Minn.)

Mr. Saveri served as **Co-Lead Counsel** for a certified class of U.S. travel agents on claims against the major U.S. air carriers, who allegedly violated the federal antitrust laws by fixing the commissions paid to travel agents. In 1997, the Court approved an **$82 million settlement**.



JOSEPH SAVERI
LAW FIRM

# Judicial Praise for the
# Joseph Saveri Law Firm





"Through my extensive observations of counsel, I am assured that they are well qualified to litigate this class action…. I have no hesitation that these lawyers will 'fairly and adequately represent the interests of the class.'"

**JUDGE NINA GERSHON,**
*In Re Restasis (Cyclosporine Opthalmic Emulsion) Antitrust Litigation,*
**Master File No. 1:17-cv-06684-NG-LB (E.D.N.Y.)**



"The MDL litigation has been hard-fought by both sides, and required an enormous amount of work to collect evidence in the United States and several overseas countries, bring and defend complex motions, and prepare a sprawling case for a jury trial. Class Counsel prosecuted the case with skill and vigor, and achieved strongly positive results. The Court also appreciated the professionalism and spirit of cooperation that Class Counsel brought to the proceedings."

**JUDGE JAMES DONATO,**
*In re Capacitors Antitrust Litigation*, **Master File No. 3:14-cv-03264-JD (N.D. Cal.)**



"Direct Purchaser Plaintiffs' Counsel vigorously and effectively pursued the Direct Purchasers' claims. These efforts included factual investigation, drafting complaints, briefing and arguing motions to dismiss and for summary judgment, reviewing and analyzing documents, interviewing witnesses and taking dozens of depositions in the United States and abroad, negotiating the terms of the settlements, and preparing the settlement documents."

**JUDGE MARIANNE O. BATTANI,**
*In re Automotive Parts Antitrust Litigation/In re Wire Harness Cases,* **Master File No. 12-md-02311 (E.D. Mich.)**





The Joseph Saveri Law Firm invested a great deal of time and effort to investigate and develop the potential claims in this action, and it filed the first complaint in this case as a result. . . . The Joseph Saveri Law Firm also has the support of many of the plaintiffs' counsel, which the Court does find to be a significant factor in the Saveri Firm's favor [for appointment to Interim Lead Class Counsel]."

**JUDGE JAMES DONATO,**
*In re Capacitors Antitrust Litigation,* **Master File No. 3:14-cv-03264-JD (N.D. Cal.)**



As noted by the plaintiffs: 'Since their initial appointment, [the Joseph Saveri Law Firm and other interim co-lead and liaison counsel, and the Plaintiffs' Executive Committee] . . . have devoted substantial time and resources to this case, including complex legal matters on a variety of motions, case management, discovery planning, and extensive meetings and conferrals with defendants regarding ongoing discovery. Moreover, proposed Class Counsel have demonstrated their extensive experience and expertise prosecuting antitrust, class action, and complex civil litigation cases and have successfully litigated antitrust class actions and other similar cases in courts throughout the United States.' Defendants do not object or disagree with the plaintiffs' characterization of their representation. This Court has reviewed the [Federal Rules of Civil Procedure] Rule 23(g)(1) requirements, and concludes that plaintiffs' proposed co-lead counsel are well qualified to represent the class in this case."

**JUDGE RICHARD D. BENNETT,**
*In re Titanium Dioxide Antitrust Litigation,* **Civil Action No. RDB –10–0318, 284 F.R.D. 328 (D. Md. 2012), amended, 962 F. Supp. 2d 840 (D. Md.)**

JOSEPH SAVERI
LAW FIRM

**OUR TEAM**

The Firm's attorneys are well-regarded for their integrity, experience, and success in all phases of litigation. They have received multiple awards from the American Antitrust Institute, Chambers and Partners, Martindale Hubbell, The Legal 500, Who's Who Legal, Lawdragon, and *Super Lawyers*. Partners Joseph Saveri, Ronnie Seidel Spiegel, and Cadio Zirpoli are recognized as three of the country's top lawyers and leaders in federal antitrust and class action litigation.

JOSEPH SAVERI
LAW FIRM

# Joseph R. Saveri



**PRACTICE AREAS**
Antitrust
Class Actions
Complex Business Disputes
Commercial Litigation
Intellectual Property
*Qui Tam* and Whistleblower

**ADMISSIONS**
State of California
US Supreme Court
US Court of Appeals – Federal Circuit
US Court of Appeals – First Circuit
US Court of Appeals – Second Circuit
US Court of Appeals – Fourth Circuit
US Court of Appeals – Fifth Circuit
US Court of Appeals – Seventh Circuit
US Court of Appeals – Eighth Circuit
US Court of Appeals – Ninth Circuit
US Court of Appeals – Eleventh Circuit
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California
US District Court – Southern District of California
US District Court – Northern District of Illinois
US District Court – Eastern District of Michigan
US District Court – Eastern District of Wisconsin

**EDUCATION**
University of Virginia Law School, J.D.
University of California, Berkeley, B.A. History
and Economics (double major), with Honors



Joseph R Saveri



Mr. Saveri began his career performing general litigation work at the San Francisco law firm of McCutchen, Doyle, Brown & Enersen. In 1992, he joined the plaintiffs' firm Lieff Cabraser Heimann & Bernstein (LCHB), where he was the firm's Managing Partner and established its antitrust and intellectual property practice, which was recognized in 2012 as one of the top five practice groups in California. He left LCHB in May 2012 to start his own firm.

Mr. Saveri has performed virtually every aspect of complex and class action litigation, including factual and economic analysis of market conditions and pricing practices, drafting of pleadings, law and motion matters, organizing e-discovery, creating a discovery plan, administering and directing on-line review of documents requiring coordination of dozens of lawyers fluent in English and foreign languages, propounding written discovery, taking and defending percipient and expert witness depositions, organizing the factual record, briefing and arguing summary judgment, and leading trial and appellate work.

From 2010 through 2013, Mr. Saveri was chosen to serve as a Lawyer Representative for the United States District Court for the Northern District of California and the Ninth Circuit Court of Appeals. He has served and serves on several court committees charged with developing rules and programs regarding complex litigation, e-discovery, and a variety of other matters. He was chosen to serve as a member of the Northern District's Civil Rules Advisory Committee from 2009-2012, the committee to establish rules and procedures for expedited trials (which the Court adopted as General Order No. 64, "Expedited Trial Procedures"), and the committee which crafted new e-discovery rules and procedures later adopted by the Court. He is a member of the American Bar Association and the Bar Association of San Francisco.

Mr. Saveri is also a frequent author of articles on antitrust and complex litigation issues, and a lecturer on a variety of matters, including antitrust, complex litigation, class action practice, and discovery. He serves as an author *of California Antitrust and Unfair Competition Law*, the legal treatise published by the State Bar of California's Antitrust and Unfair Competition Section. He is also a member of the Advisory Board of the American Antitrust Institute. In 2019, he was a speaker at the U.S. Department of Justice Antitrust Division's public roundtable to discuss the Antitrust Criminal Penalty Enhancement & Reform Act. Recently, he has spoken before several organizations about the risks of generative artificial intelligence.

Mr. Saveri has received numerous **ACCOLADES** from an array of legal entities, including:

**Benchmark Litigation:** Honored as "National Practice Area Star" and "Local Litigation Star" in competition/antitrust and dispute resolution (2020-present)

**Best Lawyers:** *Best Lawyers in America* (2012-present)

**Chambers and Partners:** Band 1 (top-ranked) attorney for "Antitrust: Plaintiff—USA—Nationwide" and "Antitrust: Mainly Plaintiff—California" (2014-present)



OUR TEAM - ATTORNEYS

*con't* Joseph R. Saveri
























**Daily Journal (California):** CLAY Award—California Lawyer Attorneys of the Year (2016, 2022); Top Plaintiff Lawyers in California (2018-present); Top 100 Lawyers in California (2016, 2018-2019, 2021-present); Top Antitrust Lawyers in California (2020, 2022-present); Leading Commercial Litigators in California (2023); Leading Labor & Employment Lawyers in California (2014)

**Global Competition Review:** Shortlisted for "Lawyer of the Year" (2022)

**Law 360:** Titan of the Plaintiffs Bar (2014)

**Lawdragon:** 500 Leading Lawyers in America (2022-present); 500 Leading Plaintiff Financial Lawyers (2019-present); 500 Leading Litigators in America (2023)

**Legal 500:** Leading Lawyer - "United States Antitrust Civil Litigation/Class Actions: Plaintiff" category (2021-present)

**Martindale-Hubbell:** AV Preeminent rating—Top Rated Lawyers (2008-present)

**National Law Journal:** Trailblazers—Mergers & Acquisitions and Antitrust (2015)

**Super Lawyers:** *Super Lawyers Northern California*—Antitrust Litigation (2006-present); *Super Lawyers* Top 100 Northern California (2015-2016, 2019-present)

**Who's Who Legal:** One of the top plaintiffs' attorneys worldwide via *Who's Who Legal: Competition* (publication of Who's Who Legal and Global Competition Review (2015-present)); profiled in *Thought Leaders: Competition*, a publication of Who's Who Legal (2019-present)

# Ronnie Seidel Spiegel



**PRACTICE AREAS**
Antitrust
Class Action
Consumer Protection
Securities Litigation and Shareholder Disputes

**ADMISSIONS**
State of Pennsylvania
State of Washington
Washington Supreme Court
US District Court – Eastern District of Michigan
US District Court – Eastern District of Pennsylvania
US District Court – Western District of Washington

**EDUCATION**
Temple University Beasley School of Law, J.D. (*Temple Law Review* – Editorial Board)

Boston University, B.A., International Relations










Ms. Spiegel has over two decades of experience litigating and managing all phases of complex antitrust litigation from filing through trial, with a special focus on e-discovery negotiation and case management. She is also a go-to person in the industry regarding translation issues and the use of foreign-language evidence. Her approach to complex case litigation is both substantive and pragmatic. She has a deep understanding of the legal issues and facts involved in her cases, but also strives to set up an efficient framework at the outset of each case so that the case can run smoothly and the best possible result for clients and plaintiff-classes can be achieved.

Ms. Spiegel joined the Firm in 2021 after 16 years of practice at Hagens Berman Sobol Shapiro LLP, where she was a partner since 2013. While there, she focused on representing direct purchasers and end-consumers, and played key roles in some of the largest price-fixing, monopolization, and complex litigation cases in the country. Some of her most notable cases included leadership and management of: *In re DRAM Antitrust Litigation*, *In re SRAM Antitrust Litigation*, *In re Cathode Ray Tube Antitrust Litigation*, *In re TFT-LCD (Flat Panel) Antitrust Litigation*, *In re Automotive Parts Antitrust Litigation*, *In re Containerboard Antitrust Litigation*, *In re McKesson Corp. Shareholder Derivative Litigation*, *In re Apple iPhone Litigation*, and *In re Google Android Litigation*.

Ms. Spiegel also previously worked as an associate at Spector, Roseman & Kodroff, where she helped develop the firm's antitrust practice and managed its North Carolina office. While there, she played a significant role in several landmark cases, including: *In re Brand Name Prescription Drugs Antitrust Litigation*, *In re Vitamins Antitrust Litigation*, *In re NASDAQ Market-Makers Antitrust Litigation*, *In re High Fructose Corn Syrup Antitrust Litigation*, *In re Commercial Tissue Paper Antitrust Litigation*, and *In re Flat Glass Antitrust Litigation*.

Ms. Spiegel has received many accolades during her legal career, including being selected as a Super Lawyer, among The National Trial Lawyers Top 100, and by Lawdragon as one of its 500 Leading Plaintiff Financial Lawyers (2019-present) and 500 Leading Litigators (2023). In 2023, she received *Corporate Counsel's* 2023 Women, Influence & Power in Law Award for Collaborative Leadership.

Ms. Spiegel is a member of the American Bar Association's Antitrust Section, was a member of the Sedona Conference, Working Group 1, and was a member of the drafting team for the Sedona Conference's revised Rule 45 Commentary (published October 2020). She has completed Ladder Down, a networking, mentoring, and executive training program for women leaders in the Seattle legal community. She is also a former Board Member of the MAMAS organization, a resource and networking organization in Seattle for those trying to balance motherhood and a legal career.

Ms. Spiegel has also been a participant in the Antitrust Litigation Forum, where an invitation-only group of 50 the nation's leading plaintiff and defense antitrust litigators gather to speak candidly about current developments in the law, such as the impact of the big tech trials and cases on antitrust practice. She has consistently attended the Forum in recent years and plans to do so in the future.

JOSEPH SAVERI
L A W  F I R M

# Christopher Young



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California
US Court of Appeals – Eleventh Circuit
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California
US District Court – Southern District of California
US District Court – Northern District of Illinois

**EDUCATION**
UCLA School of Law, J.D. (specialization in
International and Comparative Law)

University of Minnesota Law School (first-year
coursework), Dean's List, Dean Distinguished
Scholarship, Richardson Scholarship

UCLA, B.A., Economics and Sociology

**LANGUAGES**
Cantonese (conversational)
French (basic)
German (basic)









Mr. Young specializes in antitrust and class action litigation. He approaches his practice with a diligent and creative attitude while providing clients with high-quality legal representation.

Mr. Young's professional qualifications are exemplified by his invaluable work on the *Capacitors* trial. As a leading associate (the Firm is sole Lead Counsel), he played a vital role in coordinating this massive price-fixing litigation as the Firm litigated summary judgment, tried the case in 2020 for two weeks (before the pandemic caused a mistrial), and then commenced a November-December 2021 retrial. Mr. Young had primary responsibilities for drafting and negotiating pretrial filings such as jury instructions and motions *in limine*, presenting evidence to the jury, and playing critical roles in nearly all other aspects of both trials. He has also been a leader in achieving final approval of settlements taking place from 2020 to date

.
In addition to his duties for the Firm, Mr. Young volunteers for the Federal Pro Bono Project of the Bar Association of San Francisco. In a recent pro bono civil rights matter, he briefed and argued motions for summary judgment which led to a settlement that included significant monetary consideration and nonmonetary consideration that would have been unavailable as relief if the Firm had prevailed at trial. In 2021, he was one of the speakers at a webinar co-sponsored by the Bar Association of San Francisco's Justice and Diversity Center, the Asian Law Alliance, and the U.S. District Court for the Northern District of California: "What Can I Do as a Pro Bono Attorney in the Northern District?"

Before joining the Firm, Mr. Young was a law clerk for Associate Justice Lamar W. Baker of the California Second District Court of Appeal, Division Five. Prior to this, he was a post-bar fellow at the Los Angeles County Public Defender's Office. While attending law school at UCLA, Mr. Young was an Associate Editor of the *UCLA Law Review*.

Mr. Young is a member of the American Bar Association, the Bar Association of San Francisco, and the Los Angeles County Bar Association. He is currently Vice Chair for the American Bar Association Antitrust Section's Trial Practice Division and, also for the ABA, has been a Young Lawyer Representative for the Competition Torts Committee (2021-2022) and Young Lawyer Representative for the Leadership and Diversity Special Operations Team (2020-2021). He chaired a "How I Learned to Love Pretrial Filings" panel discussion at the American Bar Association's 2023 Antitrust Spring Meeting. While an ABA Young Lawyer Representative, in 2022 he was a panelist in the "Career Conversations & Diversity Dialogues" program at the ABA Antitrust Section Spring Meeting aimed towards giving lawyers perspectives in possible career paths.

From 2021-present, Mr. Young has been selected by *Super Lawyers* as a Northern California "Rising Star." In 2022, he was honored as one of the "Rising Stars of the Plaintiffs Bar" in *the National Law Journal's* Elite Trial Lawyer Awards, as one of the "Lawyers on the Fast Track (Under 40)" in the *Recorder's* California Legal Awards, and for an "Outstanding Antitrust Litigation Achievement by a Young Lawyer" by the American Antitrust Institute. In 2023, he was chosen for the California *Daily Journal's* "40 Under 40" list, by Best Lawyers as "One to Watch," and included in Lawdragon's "500 X – The Next Generation" guide.

# Cadio Zirpoli



**PRACTICE AREAS**
Antitrust
Class Action
Commercial Litigation
Complex Business Disputes
Criminal Defense

**ADMISSIONS**
State of California
US Court of Appeals – Ninth Circuit
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California
US District Court – Southern District of California

**EDUCATION**
University of San Francisco School of Law, J.D.,
*cum laude*

University of California, Berkeley, B.A.












Mr. Zirpoli is a distinguished member of the San Francisco legal community, with roots tracing back generations. He has built his career on tenacity and the ability to bring numerous high-profile cases to positive results for his clients.

Mr. Zirpoli's relationships with firm founder Joseph Saveri and partner Ronnie Seidel Spiegel stem from when all were at separate firms and worked on many cases together, sometimes as co-counsel, others in tandem but representing separate classes or clients. In recent years, they converged on the landmark *Capacitors* case. As a result of these successful collaborations, in 2022, Mr. Zirpoli left his former firm, Saveri & Saveri, Inc., to join the firm.

Throughout his legal career, Mr. Zirpoli has specialized in complex civil and class action litigation in both federal and state courts, focusing primarily on antitrust suits. His work covers various industries, including electronics, pharmaceuticals, banking, financial institutions, paper products, agriculture, travel, transportation, insurance, and the protein market. He has played a significant role in resolving some of the largest electronics antitrust cases on record, including *In re DRAM Antitrust Litigation*, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, *In re Optical Disk Drive Products Antitrust Litigation*, and *In re Lithium Ion Batteries Antitrust Litigation*.

At the firm, Mr. Zirpoli plays a key role in developing and coordinating its timely generative AI litigation. These novel, cutting-edge cases are on behalf of classes of artists, coders, and authors who allege their creative work is being illegally appropriated by defendants' artificial intelligence and machine learning technology without consent, credit, compensation, or transparency. These cases have drawn considerable legal and international press attention and have been the subject of a July 2023 Senate Judiciary Committee subcommittee hearing, at which Mr. Zirpoli attended and advised his testifying client.

Prior to and while at the firm, Mr. Zirpoli has been actively involved in prosecuting the "protein" cases: a series of price-fixing investigations, and collusion in the meat industry, such as broiler chickens and pork. He argued and won an appeal before the Ninth Circuit Court of Appeals in *Bozzio v. EMI Grp. Ltd.*, 811 F.3d 1144 (9th Cir. 2016), a breach of contract case raising issues of first impression in the Ninth Circuit. Working full time and attending law school by night, Mr. Zirpoli graduated with honors from the University of San Francisco School of Law. He then joined the San Francisco District Attorney's Office, distinguishing himself by working under a federal grant to prosecute repeat offenders of domestic violence, elder abuse, and child abuse.

Mr. Zirpoli is an AV Preeminent-rated lawyer on Martindale-Hubbell. In 2022, he was honored by the American Antitrust Institute for "Outstanding Antitrust Litigation Achievement in Private Law Practice." for his role in *Cameron v. Apple Inc.*, No. 4;19-cv-03074 (N.D. Cal.), and in 2023 for his role in *In Re Capacitors Antitrust Litigation*. He has been repeatedly, positively rated by *Super Lawyers,* selected as one of Lawdragon's 500 Leading Plaintiff Financial Lawyers (2023) and Leading Litigators (2023), and honored by Best Lawyers as a "Best Lawyer" for 2024.

Mr. Zirpoli serves as a volunteer judge with the YMCA Marin County Youth Court, an alternative to the traditional juvenile justice system.



# Aaron J. Cera



**PRACTICE AREAS**
Antitrust
Class Actions

**ADMISSIONS**
State of California

**EDUCATION**
University of San Francisco School of Law, J.D., *cum laude*

University of San Francisco, B.A., Politics,  Legal Studies, *summa cum laude*

Mr. Cera was sworn in as an attorney and became a member of the California Bar in November 2023. He is a tenacious advocate dedicated to championing the rights of plaintiffs and safeguarding consumers, especially those victimized by violations of antitrust, intellectual property, and securities laws.

Mr. Cera worked as a legal intern with the San Francisco Public Defenders Office during his first-year summer. He then joined the firm as a summer associate and stayed on as a third-year law clerk. His responsibilities spanned the spectrum of litigation, from drafting motions and discovery to preparing clients for depositions, conducting legal research, and drafting legal journal articles.

In law school, Mr. Cera shared his knowledge and expertise as a teaching assistant for advanced torts. Additionally, his role as a notetaker for the Disability Resource Program, involvement with the Hastings Prisoner Outreach Program through letter writing, and membership in the Hastings Plaintiffs Law Association underscored his commitment to positively impact victims of unlawful conduct.

Mr. Cera also served as a student attorney with the Individual Representation Clinic at UC Law - San Francisco, where he represented low-income workers embroiled in a wage and hour dispute before the San Francisco Labor Commission. Through hands-on advocacy, Aaron not only demonstrated his legal acumen but also showcased a commitment to ensuring justice for those often marginalized in the workforce.

Prior to law school, Mr. Cera cut his teeth as a junior paralegal and legal assistant at two San Francisco law firms. His experience organizing and managing case files, researching rules of court and statutes, and collaborating with legal professionals advanced his understanding of the practice of law.

# Travis Manfredi



**PRACTICE AREAS**
Antitrust
Class Actions
Complex Business Disputes
Intellectual Property
Pro Bono

**ADMISSIONS**
State of California
US Court of Appeals – Ninth District
US District Court – Central District of California
US District Court – Northern District of California

**EDUCATION**
University of San Francisco School of Law, J.D.,
*cum laude*

University of California, Santa Cruz, B.A., Science
Fiction Literature





Travis Manfredi (they/any) joined the Firm in 2022 after several years in the plaintiffs' bar working directly with current Firm partner, Cadio Zirpoli, when they were both at Saveri & Saveri, Inc. While there, they and Cadio collaborated with Joseph Saveri Law Firm partners Joseph Saveri and Ronnie Seidel Spiegel on a variety of major antitrust class actions. They worked so closely with Ms. Spiegel at times that she seemed more like a co-worker than co-counsel. Based on these positive, rewarding relationships over the years, Travis jumped at the opportunity to work with the Firm's accomplished team.

Travis has wide legal expertise. They specialize in litigation (federal, state, administrative, and international), particularly in the practice areas of class actions, antitrust, and intellectual property. They have also advised clients on trademark prosecution, privacy, intellectual property licensing, contests /sweepstakes, and advertising matters. At the firm, Travis plays a key role in its timely Generative AI Litigation. These cases have drawn considerable legal and international press attention and have been the subject of a July 2023 Senate Judiciary Committee subcommittee hearing, at which Travis attended and advised their testifying client.

While an associate at Saveri & Saveri, Inc., Travis was a valuable team member on a number of high-profile class actions, including *In re Cathode Ray Tube Antitrust Litigation*, *In re Optical Disk Drive Antitrust Litigation*, *In re Auto Parts Antitrust Litigation*, *In re Lithium-Ion Batteries Antitrust Litigation*, *In re Capacitors Antitrust Litigation*, *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, *In re Apple iPhone Antitrust Litigation*, and *In re Pork Antitrust Litigation*. They obtained favorable results for their clients in both trials and motion hearings and developed key testimony in depositions of high-ranking company officials. They managed all aspects of class award distribution from selection of notice and claims administrators to disbursement of award and attorneys' fees.

Travis also garnered valuable intellectual property, privacy, and other related experience as special counsel at Cobalt LLP, where they litigated trademark and copyright cases, prosecuted trademarks, and advised on privacy advertising and the intricacies of contests and sweepstakes rules. They played a key role in all aspects of domestic and international trademark prosecution, as well as domestic and international trademark enforcement and disputes, including Trademark Trial and Appeal Board administrative proceedings.

Travis has been recognized by *Super Lawyers* as a "Rising Star" from 2018 to the present and by Best Lawyers as "One to Watch" for 2024. They are a member of the American Bar Association and a certified privacy expert for U.S. law (including CIPP/US and CIPM certification).

During law school at the University of San Francisco, Travis was managing editor of the *USF Law Review*, participated in national moot court competitions, and was intimately involved in student government

Travis has become part of the We The Action network, which matches attorneys with progressive organizations to facilitate pro bono services. They were also a board member of the AIDS Legal Referral Panel, which provides direct legal services to HIV positive people as well as connecting those same people with lawyers in its network willing to provide pro bono legal assistance. They are active in several San Francisco-based LGBTQ+ charity activities.



# Kathleen J. McMahon



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California
US Court of Appeals – Ninth District
US District Court – Northern District of California

**EDUCATION**
University of San Francisco School of Law, J.D.

University of Nevada, Reno, B.A., Criminal Justice

Ms. McMahon specializes in antitrust and class action litigation. She approaches her practice with a passionate attitude while providing her clients with high-quality legal representation.

Ms. McMahon has extensive success in antitrust class actions and other areas of law, including tax law with an emphasis in state and local tax compliance, property law, corporate law, personal injury, and criminal defense. She has substantially contributed in all case stages, including case development; factual investigation and drafting of pleadings; discovery; taking and defending depositions; researching, drafting, and orally arguing motions in federal and state court; and arbitration and trial preparation.

At the firm, Ms. McMahon plays a key role in its timely Generative AI Litigation. These novel, cutting-edge cases are on behalf of classes of artists, coders, and authors who allege their creative work is being illegally appropriated by defendants' artificial intelligence and machine learning technology without consent, credit, compensation, or transparency. In particular, her focus has been on Meta's LLaMA large language model product.

Ms. McMahon is heavily involved in the firm's Microsoft acquisition of Activision litigation by assisting in the drafting of pleadings, motions, discovery, and orally arguing motions in court. She also represents consumers in Nestlé bottled water litigation, *Patane v. Nestlé Waters North America, Inc.*, No. 3:17-cv-01381 (JAM) (D. Conn.).

Previously, Ms. McMahon was an associate at Berding Weil, LLP where she represented Homeowners Associations and individuals in construction defect lawsuits. She also worked with partners in advising clients in a general counsel capacity. Before that, she was as an associate at Andersen Tax, LLC in the State and Local Tax (SALT) group, where she worked on projects related to changing high net worth clients' residences, performed nexus studies, and represented clients with "controversy" matters before the Franchise Tax Board, Office of Tax Appeals, and Internal Revenue Service.

While in law school, Ms. McMahon clerked at a plaintiffs-side class action law firm and interned at a criminal defense law firm. She was also an intern for Andersen Tax, LLC in the Private Client Services line, prior to accepting a post-bar associate position in the SALT group. In law school, she was part of the Women's Law Association and Pilipino American Law Society. She works on various civil rights cases.


JOSEPH SAVERI
LAW FIRM

# Itak Moradi



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California
US Court of Appeals – Ninth District
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California

**EDUCATION**
Université Panthéon Assas (Paris II), L.L.M. in European Union Law

University of San Francisco School of Law, J.D.

UCLA, B.A., Gender Studies, English Literature


RATED BY
Super Lawyers

Ms. Moradi joined the firm in 2023. During her legal career, her practice has focused on litigating high-stakes fraud and deceitful business practices. She brings a passion for public advocacy to her work and is a precise and creative litigator.

Ms. Moradi is a former senior associate at Knox Ricksen LLP (Knox) in Walnut Creek. While there for six years, she handled complex, multi-party *qui tams* involving multi-million-dollar fraud and conspiracy actions against health care professionals, attorneys, and other corporate actors. Her responsibilities as senior associate covered the full spectrum of case development and litigation, including presenting trials.

Prior to Knox, Ms. Moradi worked at three Bay Area firms on personal injury, fraud, and class action litigations. While in law school, she was on the board of the Public Interest Law Foundation, and co-authored proposed legislation for the City of San Francisco and a policy report for the California Senate Office of Research.

From 2020-2023, Ms. Moradi has been selected by Super Lawyers as a Northern California Super Lawyer "Rising Star." She is a member of the San Francisco Trial Lawyers Association, Iranian American Bar Association, and Anti-Fraud Alliance, and is a fellow of the Litigation Counsel of America.

Ms. Moradi volunteers as a board member and attorney for the Coalition of Concerned Legal Professionals (CCLP), San Francisco Chapter, and provides free legal services on housing and wage issues for San Francisco and Oakland residents. In 2018, she and CCLP successfully initiated a HUD investigation into 300+ unlawful eviction notices that were ultimately withdrawn.

# Kevin Rayhill



**PRACTICE AREAS**
Antitrust
Class Actions

**ADMISSIONS**
State of California
US Court of Appeals – Ninth District
US District Court – Central District of California
US District Court – Eastern District of California
US District Court – Northern District of California

**EDUCATION**
University of California Hastings College of the
Law, J.D.

Oberlin College, B.A., Religion

Berklee College of Music, Professional Diploma

Mr. Rayhill specializes in antitrust class actions and other complex litigation. He advocates for the rights of workers, taking on some of the biggest employers in professional sports, social media, defense contracting, and luxury retail to fight for competitive wages and safe working conditions. He also fights on behalf of consumers, bringing antitrust claims against manufacturers of pharmaceuticals, laptop computers, car parts, and titanium dioxide, among others. To date, these cases have resulted in settlements exceeding $300 million.

Prior to joining the Firm, Mr. Rayhill worked as a Legal Research Attorney at the Superior Court of San Francisco (Criminal Division). While in law school, he held internships at the California Attorney General's Office (Environment, Land Use, and Natural Resources Division) and the San Francisco City Attorney's Office (Energy and Telecommunications Team), and an externship with Justice Stuart R. Pollak of the California Court of Appeal (First District).

Mr. Rayhill  is a member of the American Bar Association and the Bar Association of San Francisco. His legal writing has been published in the California *Daily Journal*.

# David Seidel



**PRACTICE AREAS**
Antitrust
Class Actions
Consumer Protection

**ADMISSIONS**
State of California
US District Court – Eastern District of California
US District Court – Northern District of California

**EDUCATION**
George Washington University Law School, J.D.,
Highest Honors

Sonoma State University, B.A., Political Science,
Philosophy Minor







Mr. Seidel joined the Firm in 2022, where he focuses on antitrust and consumer protection class actions. He is a litigator at heart with an unwavering commitment to achieving justice for his clients.

Mr. Seidel was previously an associate at a large corporate law firm where he received significant litigation experience and invaluable mentorship in a broad-based practice. He successfully assisted in litigating a wide range of complex disputes in state and federal courts and in arbitration. His diversified workload highlights included:

- defending against class-action claims alleging personal and environmental injuries arising from a natural gas blowout off the coast of Africa
- litigating related jury and bench copyright trials arising from a competitor's improper claimed fair use of the plaintiff's developed scripts and commands from its software
- defending against an FTC antitrust merger-investigation under the Hart-Scott-Rodino Act

Prior to that, Mr. Seidel clerked for the Honorable Judge Jill A. Otake of the United States District Court for the District of Hawaii. While there, he attended and assisted with trial and oral arguments, conducted legal research, and assisted in drafting judicial opinions on motions for summary judgment, motions to dismiss, and various other pre-trial motions.

As a law student at the George Washington University Law School, Mr. Seidel graduated with highest honors and was an executive editor of *The George Washington Law Review*. He participated in mock trial competitions, winning the school's top "Estrella" Mock Trial Competition, along with a classmate, and earning the Best Advocate award. He was also the president of the school's American Constitution Society student chapter and was recognized as an ACS Next Generation Leader. He participated in his school's student government and received the Pro Bono Service Recognition Award for devoting a substantial number of hours to pro bono legal work with several different organizations.

Mr. Seidel remains deeply committed to providing pro bono legal representation on compelling cases to those who cannot afford it. He has represented Guatemalan refugees fleeing violence and persecution in their claims for asylum, successfully petitioned the government for clemency on behalf of a veteran suffering from PTSD due to a service-related incident, and litigated constitutional excessive force claims against four police officers who had wrongfully allowed a police dog to attack a handcuffed criminal suspect.

Mr. Seidel has been selected by *Best Lawyers* as "One to Watch" for 2023-present and named among Lawdragon's "500 X – The Next Generation." In October 2022, he and Joseph Saveri co-authored "Touhy Exposed," published in the California *Daily Journal*. He is a founding member and president of the American Constitution Society, At-Large Lawyer Chapter. He has volunteered for the Association of Business Trial Lawyers, serving on its leadership development committee. He is serving as a Young Lawyer Representative of the Competition Torts Committee of the American Bar Association Antitrust Law Section during the 2022-2023 ABA year. He is a member of the American Bar Association and the Bar Association of San Francisco.



# Elissa A. Buchanan



**PRACTICE AREAS**
Antitrust
Intellectual Property

**ADMISSIONS**
State of California
US District Court – Northern District of California

**EDUCATION**
University of San Francisco School of Law, J.D.

Mills College, B.A., French Studies

**LANGUAGES**
French (conversational reading and speaking)

Ms. Buchanan's legal expertise focuses on antitrust, class actions, intellectual property, and corporate securities and shareholder litigation. She has success in case development, drafting pleadings and motions, managing discovery, conducting legal research, and preparing for depositions and trial. She manages a team of document reviewers tasked with analyzing and organizing extensive e-discovery. Always focused on providing positive outcomes for her clients, she takes pride in conducting litigation efforts that reliably achieve that goal in a timely, cost-effective manner.

Ms. Buchanan works primarily on antitrust drug cases involving pay-for-delay, PBM (pharmacy benefit management or manager) kickbacks, and generic drug company collusion. Also, she has presided in intense discovery efforts in *Jones v. Varsity Brands*, No. 2:20-cv-02892 (W.D. Tenn.), both in helping bring the case to the Firm and coordinating the completion of over 75 depositions in a six-month span.

Ms. Buchanan has taken the lead role in forming the Firm's "Green Team," a group of employees who have organized personnel and implemented policy changes to ensure that the Firm is environmentally responsible. They have successfully achieved the Firm's designation as a Certified Green Business by the San Francisco Green Business Program.

Prior to joining the Firm, Ms. Buchanan worked as an attorney on construction defect litigation and antitrust and personal injury class actions. During law school, she interned at California Lawyers for the Arts, where she worked with clients to find solutions to copyright and trademark issues. She also was a technical editor for the *Journal of Law and Social Justice* and volunteered for Law in Motion, a program that provides opportunities for the law school community to reflect on issues of social justice and access to equal justice through various activities and events.

Ms. Buchanan is a member of the American Bar Association.



**OUR TEAM – STAFF ATTORNEYS**

# Julie Han



**PRACTICE AREAS**
Antitrust
Class Actions

**ADMISSIONS**
State of California

**EDUCATION**
University of the Pacific, McGeorge School of Law, J.D.

San Francisco State University, B.S., Business Administration (concentration in International Business)

Chung-Ang University (Seoul), B.A., Architectural Engineering

**LANGUAGES**
Japanese (professional level)
Korean (native level)

Ms. Han focuses on antitrust and consumer class actions, while representing plaintiffs through each phase of antitrust litigation from pre-trial investigation, discovery, dispositive motions, witness selection and interviews, to trial preparation. She understands the goals that need to be reached beyond the complex disputes over antitrust matters. Focused on serving her clients in the best way possible, she aggressively approaches every issue developed during litigation and effectively tackles it to grant her clients a successful resolution.

Prior to joining the Firm, Ms. Han was a project managing attorney for a major international law firm in the San Francisco Bay Area, where she supervised discovery review teams and assisted the firm's intellectual property litigation.

During law school, as a legal intern at the Office of Legislation and Policy of the California Department of Corporations, Ms. Han reviewed legislation proposals on California finance and mortgage lending law and drafted analysis of the state lending issues.

Ms. Han is a member of the American Bar Association and the Bar Association of San Francisco.



# Christopher J. Hydal



**PRACTICE AREAS**
Antitrust
Class Actions
Consumer Protection

**ADMISSIONS**
State of New York
US Court of Appeals – Second District
US District Court – Eastern District of California
US District Court – Southern District of California
England and Wales – Higher Rights of Audience
(Civil)

**EDUCATION**
BPP University, London, Legal Practice Course,
Distinction

The City Law School, London, Bar Professional
Training Course, Very Competent

Kingston University, London, Postgraduate
Diploma in Law, Commendation

Boston College, B.A., Classics

Mr. Hydal joined the Firm in 2021 and is committed to its mission of achieving socially minded, justice-driven outcomes on behalf of individuals and businesses. He has over a decade of law firm experience and is admitted to practice as an attorney in New York and as a solicitor in England and Wales.

In his current role, Mr. Hydal specializes in antitrust and consumer protection class actions with a focus on discovery-related disputes, deposition strategy, and trial preparation. For example, he played an important, successful role in drafting motions and written discovery filings in Varsity All Star and Scholastic Cheer Market Price-Fixing Litigation and Nestlé Bottled Water Litigation.

Prior to joining the Firm, Mr. Hydal worked in New York as an immigration associate, representing respondents in removal proceedings and litigating federal claims with respect to denied or delayed immigrant visa petitions. Previously, he studied law in London, where he qualified as both a solicitor and barrister. As an associate at a London-based litigation boutique, he acted on behalf of claimants in Employment Tribunal claims for workplace discrimination and harassment, and adult survivors of historical child sex abuse in High Court compensation claims against institutional defendants.

Mr. Hydal is a member of the American Bar Association, New York State Bar Association, New York City Bar Association, and the Inner Temple.



JOSEPH SAVERI
LAW FIRM

# Jacquelyn (Jackie) Lindsey



**PRACTICE AREAS**
Antitrust
Class Actions

**ADMISSIONS**
State of California
US District Court – Northern District of California

**EDUCATION**
University of San Francisco School of Law, J.D.

University of California, Berkeley, American Studies and African American Studies, B.A. (with honors)

Ms. Lindsey joined the Firm in 2022. She is passionate about protecting consumer rights in antitrust and securities litigation and brings a fresh perspective to teamwork and professional collaborations. She does not shy away from difficult or seemingly insurmountable facts and challenges, as she believes there is always a path through to favorable outcomes for her cases.

Ms. Lindsey specializes in managing complex e-discovery and deposition scheduling and contributes innovative approaches to trial preparation to ensure that plaintiffs are confident in her legal counsel. In 2021, she served as project manager of the e-discovery team on the fast-moving Varsity All-Star and Scholastic Cheer Market Price-Fixing Litigation. Among her multifaceted responsibilities, in this case, she reviewed discovery-related documents to determine the best strategy and use of files for depositions. With an eye for efficiency, she organized the Firm's document review team, ensuring that the review was completed correctly and ahead of schedule. This role also relied on her expertise in organizing the plaintiffs' document productions, with the responsibility of applying confidential designations and redactions as needed.

Prior to joining the Firm, Ms. Lindsey ran her own law office for over a decade, where she successfully negotiated settlements for a range of clients. She conducted equal employment law investigations, drafted final agency decisions for various federal government entities, and defended clients at hearings. She has also enjoyed success at a prominent plaintiff's side civil rights firm, where she collaborated with their trial team, representing clients in various high-profile cases. The distinct zeal she brings to the profession has resulted in several multi-million-dollar settlements in the private and public sectors.

Ms. Lindsey has a keen interest in the academics of law and the mechanics in which our judicial system operates. She was an adjunct professor at John F. Kennedy University, teaching legal research, writing, and employment law. She has also served as an adjudicator for the United States Department of Agriculture, where she reviewed pertinent evidence for Title VI and Title VII claims prior to drafting final agency decisions.

Ms. Lindsey continues to nurture her professional development and has earned a certificate in Public Interest Law. She is a member of the Federal EEO and Civil Rights Practitioners and a Dorraine Zief Law Library Scholar. She is a member of the American Bar Association and California Women Lawyers. During law school, she externed for Judges Joyce M. Cram, Joni T. Hiramoto, and John H. Sugiyama of the Contra Costa County Superior Court. She served as an editor for the University of San Francisco School of Law's *Journal of Law and Social Challenges*. In addition, she also externed for the U.S. Attorney's Office's White Collar Crime Unit in Northern California.

Ms. Lindsey is dedicated to addressing injustices both in the business and social sector. She has demonstrated this commitment through mentorship to young minority lawyers through the Charles Houston Bar Association. She is particularly proud to have served as a clerk for The Forgotten International. This non-profit raises funds to provide shelter and education for young women in parts of India and Northern Africa.



# Sean Bockover



**PRACTICE AREAS**
Antitrust
Class Action
Intellectual Property

**ADMISSIONS**
State of California

**EDUCATION**
Indiana University Maurer School of Law, J.D.,
*cum laude*

Cornell-Heidelberg Exchange, Universität
Heidelberg, Germany

Cornell University, B.A., Biology and German
Literature, Dean's List

**LANGUAGES**
German (fluent)
Japanese (basic)

Mr. Bockover specializes in antitrust, class action, and intellectual property. He uses his excellent English and German communication abilities and attention to detail to efficiently process evidence in complex litigation. Then, using analytical skill earned in the sciences, plus tenacity and a thirst for justice honed in public defender work, he turns those insights into action.

For his junior year of college, Mr. Bockover studied at the University of Constance in southwestern Germany, where he became fluent in German. After receiving a B.A. from Cornell University, he returned to Germany for a non-degree year at the University of Heidelberg. After attending the Indiana University Mauerer School of Law (where he was active in the *Indiana Law Journal)* he spent two years as an associate at a boutique Indiana-based firm, practicing mostly criminal law in indigent defense cases. Mr. Bockover then left Indiana for a career in e-discovery (in English and German) in the Bay Area. For more than a dozen years, he has been reviewing documents for top-tier firms, preparing depositions, reviewing contracts, and other tasks in German for intellectual property and commercial law cases and investigations covering pharmaceuticals, semiconductor, co-location, software, and automotive disputes.

Mr. Bockover is a member of the American Bar Association.



# Heather Du



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California
US District Court – Northern District of California

**EDUCATION**
University of San Francisco School of Law, J.D.

University of San Francisco, B.A., Politics, *cum laude*

**LANGUAGES**
Vietnamese (reading and writing)
Cantonese (basic)

Ms. Du specializes in antitrust and class action litigation. She has more than 10 years of e-discovery experience that focuses on complex discovery and document review projects using a variety of e-discovery technologies. She also assists in other aspects litigation, including legal research, interview/deposition preparation, and other analytical assignments to support the Firm in providing the best representation to its clients.

Before joining the Firm, Ms. Du was a contract attorney/document reviewer at several San Francisco top tier law firms, where she reviewed documents in securities, patent litigation, class action, civil investigation, and other related practice areas.

Previously, Ms. Du served as a volunteer attorney for the Volunteer Homeless Advocacy Project (HAP), where she provided limited scope representation at court-mandated settlement conferences and assisted with trial preparation. She assisted individuals and families at the Volunteer Legal Service Program of the Bar Association of San Francisco. She was a law clerk for the Asian Pacific Islander Legal Outreach and performed a clinical internship for the San Francisco-based Eviction Defense Collaborative. She also interned at the San Francisco based Court House Project and HAP.

Ms. Du is a member of the American Bar Association and the Bar Association of San Francisco.



# Nanci Murdock



**PRACTICE AREAS**
Antitrust
Class Action
Complex Business Disputes

**ADMISSIONS**
State of California
State of New York
State of Massachusetts
US Supreme Court
US Court of Appeals – Ninth Circuit
US District Court – Central District of California

**EDUCATION**
Loyola University Law School, J.D., Dean's List

University of Southern California, B.A., English/Humanities

Ms. Murdock specializes in class action, antitrust, and business litigation. She brings her extensive litigation experience to her current position with the Firm where she performs an integral role in analyzing probative documents of clients and participants to identify merits of claims, potential witnesses, and key evidence in complex class actions.

Prior to joining the Firm, Ms. Murdock was a litigator at two major law firms and of counsel at a Los Angeles boutique litigation firm. She has a successful appellate and business litigation background and has crafted winning motions and appeals throughout her career. Her respondents' brief for United States Supreme Court case *Musick, Peeler & Garrett v. Employers Insurance of Wausau*, 508 U.S. 286 (1993), was affirmed in favor of her clients. Another appeal was also affirmed with the California Court of Appeal, which adopted, in entirety, the arguments proffered in her respondent's brief. She won an appeal in a case that had been ongoing for nine years and had been before the California Supreme Court three times. And she had a new trial motion and a judgment notwithstanding the verdict motion granted, overturning a $3.7 million verdict in a case of first impression interpreting a California statute.

Ms. Murdock also has a substantial intellectual property background. As an IP associate, she worked on various copyright matters and won a partial summary judgment in the Ninth Circuit in a "work for hire" case involving a major rock star. She had a temporary restraining order granted in a trademark dispute involving a well-known leisure-wear manufacturer, and successfully opposed a preliminary injunction in a trade secrets/submission of ideas case before the Second Circuit.

While attending law school, Ms. Murdock was named to the Moot Court Team and won both the Moot Court Best Brief Award and the West Publishing Company Award for Outstanding Brief Writing. She thereafter honed her writing skills clerking for Presiding Justice Joan Dempsey Klein of the California Court of Appeal. Although she originally had a one-year clerkship, after seven months she was asked to stay on as senior attorney and became one of the most junior attorneys ever selected for that position.

Prior to attending law school, Ms. Murdock worked in the Mayor's Office of Los Angeles and the City Community Development Department. In those positions she researched and analyzed city ordinances and federal HUD proposals; authored reports for proposed city legislation; and made legislation recommendations to the city council.

Ms. Murdock is a member of the American Bar Association.



# Regan Yamasaki



**PRACTICE AREAS**
Antitrust
Class Action
Complex Business Disputes

**ADMISSIONS**
State of California

**EDUCATION**
Santa Clara University School of Law, J.D.

Claremont McKenna College, B.S., Economics-Accounting

Mr. Yamasaki specializes in antitrust, class action, and complex business disputes. His ongoing pursuit of learning, self-improvement, and solving perplexing challenges led him to the practice of law and guides him to this day.

In his current role with the Firm, Mr. Yamasaki has identified critically important evidence by leveraging metadata to pinpoint pivotal documents otherwise buried in voluminous document productions. This includes key support for class certification and communications between alleged co-conspirators in complex class action cases against major chemical manufacturers accused of price collusion and anti-competitive practices.

Mr. Yamasaki's review experience encompasses a broad spectrum, including patent and securities litigation, antitrust and government investigations, corporate accounting and financial disclosures, product defect litigation, and assorted intellectual property matters.

Before joining the Firm, Mr. Yamasaki was corporate counsel for the Napa, California-based JY Law Firm PC, where he managed work product and law enforcement compliance matters for a well-known international advertising company. He also trained the firm's corporate finance team regarding intellectual property, privacy, and compliance matters.

Prior to his corporate counsel position, Mr. Yamasaki was a successful contract attorney for several prestigious law firms, including Cooley LLP and Morrison & Foerster LLP. Highlights included:

- Co-coordinated review workflow and logistics for a team of over 20 review attorneys
- Employed forensic data analysis tools—including author domain reports, document metadata filters, and concept clusters—to isolate and review substantial volumes of responsive data in an efficient and cost-effective manner
- Supported litigation partners and associates for various needs, including rolling document productions, privilege and redaction logging, deposition preparation, expert discovery, and trial exhibit selection and compilation

Mr. Yamasaki has participated in the Bar Association of San Francisco's Volunteer Legal Services Program.

JOSEPH SAVERI
LAW FIRM

# Latoya R. Liburd



**PRACTICE AREAS**
Antitrust
Consumer Protection

**ADMISSIONS**
Pending

**EDUCATION**
New York Law School, J.D. Honors: Helen and Andrew Dokas Memorial Award for Excellent Achievement, Advocacy Certificate

The George Washington University, Master of Professional Studies, Paralegal Studies, *summa cum laude*

Berkeley College, B.S., Justice Studies, *magna cum laude*. Honors: Jane Secola Memorial Scholarship, Presidential List, Dean's List

Ms. Liburd joined the Firm in 2021 as a post bar law clerk. She was the first employee to work out of the Firm's New York office. She has contributed her knowledge and skills to numerous antitrust and consumer protection cases, and she works diligently to ensure she reaches her most important goal: favorable outcomes for the Firm's clients.

Ms. Liburd has been and continues to be intimately involved on several Firm cases. She assists partners and senior associates with deposition preparation against senior executives and corporate officers from major U.S. corporations. Likewise, she performs legal research related to U.S. antitrust law and consumer protection violations, motions to compel, and other topics. Most extensively, she has conducted document review in the Varsity All-Star and Scholastic Cheer Market Price-Fixing Litigation and Generic Drug Price-Fixing Antitrust Litigation, in which she has identified key deponents and highly relevant documents for depositions, and drafted deposition and exhibit summaries detailing noteworthy testimony gleaned from various deponents.

Previously, Ms. Liburd was a legal extern for Legal Services NYC's education unit, where she drafted due process complaints and multiple appeals concerning violations of EDU Law 3214 (regarding situations under which a student may be suspended), appeared in suspension and special education hearings, and conducted client interviews. Before that, she was a senior litigation paralegal for 10 years at Cotchett, Pitre & McCarthy (New York office), where she conducted research on case law related to antitrust, consumer fraud, securities litigation, and product liability matters. While there, she also performed extensive document review, assisted with deposition preparation, and filed public and sealed pleadings.

While in law school, Ms. Liburd was involved with the New York Law School (NYLS) Intensive Trial Advocacy Program. She was a panelist in the NYLS Student Anticorruption Law and Oversight Symposium and developed oral argument strategy for the NYLS Black Law Students Association's 2018 Frederick Douglass Moot Court Competition.

Ms. Liburd volunteers with Legal Services NYC's education unit to promote education equity for New York City public school students and to ensure that children with special needs receive adequate accommodations through the Department of Education. She has also worked for many years with Law Help New York, a pro bono legal resources and legal referrals organization for low-income New Yorkers who are dealing with housing, family law, and public benefits issues.

JOSEPH SAVERI
LAW FIRM

# Louis A. Kessler



**PRACTICE AREAS**
Antitrust
Class Action

**ADMISSIONS**
State of California
State of Illinois
Court of Appeals – Ninth Circuit
US District Court – Central District of California
US District Court – Northern District of California
US District Court – Southern District of California
US District Court – Eastern District of Illinois
US District Court – Northern District of Illinois
US District Court – Southern District of Illinois

**EDUCATION**
University of Chicago Law School, J.D..

Amherst College, B.A., Physics-Philosophy

Louis A. Kessler joined the firm in 2023 as of counsel. He specializes in complex antitrust and securities fraud class action litigation. His career exemplifies his passion for advocating for consumers, investors, employees and small businesses that have been subject to harmful and illegal business practices.

Mr. Kessler joined the firm from Cera LLP, a San Francisco class action litigation boutique where for over eight years his practice focused on complex securities fraud and antitrust litigation. His responsibilities covered fact research, pleadings, motion practice, complex e-discovery, depositions, expert reports, mediations, settlements, and the evaluation of potential securities fraud cases.

For eight years prior to that position, Mr. Kessler was an associate at top-tier firms in San Francisco and Chicago, where his practice covered complex civil litigation, particularly antitrust, securities fraud, and consumer fraud class actions. During his time at these firms and Cera, he litigated high-profile antitrust cases such as:

- *In re Air Cargo Shipping Services Antitrust Litigation*
- *In re Aluminum Warehousing Antitrust Litigation*
- *In re AOL Time Warner Inc. Securities Litigation*
- *In re DRAM Antitrust Litigation*
- *In re Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation*
- *In re Merrill Lynch Research Reports Securities Litigation*
- *In re RC2 Corp. Toy Lead Paint Products Liability Litigation*
- *In re Rubber Chemicals Antitrust Litigation*
- *In re Salomon Analyst AT&T Litigation*
- *In re Sara Lee Corporation Securities Litigation*
- *In re TFT-LCD (Flat Panel) Antitrust Litigation*
- *In re Tronox, Inc. Securities Litigation*
- *Jon D. Gruber v. Ryan R. Gilbertson, et al. (Dakota Plains Securities Litig.)*
- *Sender v. Franklin Resources Inc.*

Mr. Kessler is a member of the American Bar Association.