# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, Sarah Silverman, Christopher Golden, Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson,<br><br>    *Individual and Representative Plaintiffs*,<br><br>    v.<br><br>Meta Platforms, Inc., a Delaware corporation;<br><br>                                    *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL** |

Before the Court is Plaintiffs' Motion to Appoint Interim Lead Class Counsel. ECF No. 65. After careful consideration of the motion, responses, and the Parties' oral arguments, the Court has determined that Joseph R. Saveri and the Joseph Saveri Law Firm, LLP meets all the requirements set forth in Fed. R. Civ. P. 23(g)(1).

The Court **GRANTS** Plaintiffs' Motion to Appoint Interim Lead Class Counsel and **APPOINTS** Joseph R. Saveri and the Joseph Saveri Law Firm, LLP as Lead Class Counsel in this matter.

**IT IS SO ORDERED,** this \_\_ day of _____, 2024.


Dated _____, 2024

HON. VINCE CHHABRIA
United States District Judge