Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              czirpoli@saverilawfirm.com
              cyoung@saverilawfirm.com
              hbenon@saverilawfirm.com
              kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
Email:      mb@buttericklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone: (215) 864-2800
Email:      bclobes@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Richard Kadrey, Sarah Silverman, Christopher Golden, Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson,<br><br>    *Individual and Representative Plaintiffs*,<br><br>    v.<br><br>Meta Platforms, Inc., a Delaware corporation;<br><br>    *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**JOINT ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

I.   INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs and Meta Platforms, Inc. ("Meta") hereby jointly move the Court to seal narrow portions of Plaintiffs' First Consolidated Amended Complaint ("FCAC"). Meta contends the portions sought to be filed under seal contain information that appear to reveal attorney-client privilege communications by a person unauthorized to do so. Accompanying this Motion is a proposed order and a redacted version of the FCAC for the public record.

II.   ARGUMENT

In the Ninth Circuit, when a party seeks to seal portions of a complaint, the compelling reasons standard is typically used. *See*, *e.g.*, *In re NVIDIA Corp. Derivative Litig.*, C 06-06110 SBA, 2008 WL 1859067, at *3 (N.D. Cal. Apr. 23, 2008); *Ojmar US, LLC v. Sec. People, Inc.*, No. 16-CV-04948-HSG, 2016 WL 6091543, at *2 (N.D. Cal. Oct. 19, 2016); *see also In re ZF-TRW Airbag Control Units Prod. Liab. Litig.*, No. ML1902905JAKFFMX, 2020 WL 13688234, at *3 (C.D. Cal. Sept. 7, 2020) ("Although the Ninth Circuit appears not to have explicitly stated what standard applies to the sealing of a complaint, many courts in this district and elsewhere have found that the compelling reasons standard applies."). This is because complaint is "the root, the foundation, the basis by which a suit arises and must be disposed of." *NVIDIA Corp. Derivative Litig.*, 2008 WL 1859067, at *3.

Compelling reasons "outweigh the public's interest in disclosure and justify sealing court records . . . when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets . . . ." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). The party seeking to seal bears the burden of showing compelling reasons apply. *See id.* at 1178.

Here, Meta contends that several passages in the First Consolidated Amended Complaint (ECF

No. 64) should be filed under seal because it asserts the identified portions contain unauthorized disclosure of information protected by the attorney-client privilege. Plaintiffs disagree and reserve all rights, including the right to challenge the privilege and any waiver. Plaintiffs, however, consent to the maintenance of the FCAC under seal in redacted form until the the Parties are able to fully discuss and resolve their dispute over the issue. The Parties therefore submit this motion in accordance with Local Rule 79-5 to protect the information in the meantime.

### III.   CONCLUSION

The Parties request that the Paragraphs 55, 57, 60-63 of the FCAC be filed under seal. A redacted FCAC showing the narrowly-tailored portions that the Parties request be redacted from public view is filed herewith.

Dated: December 22, 2023        By:     */s/ Joseph R. Saveri*
                                        Joseph R. Saveri

                                Joseph R. Saveri (State Bar No. 130064)
                                Cadio Zirpoli (State Bar No. 179108)
                                Christopher K.L. Young (State Bar No. 318371)
                                Holden Benon (State Bar No. 325847)
                                Kathleen J. McMahon (State Bar No. 340007)
                                **JOSEPH SAVERI LAW FIRM, LLP**
                                601 California Street, Suite 1000
                                San Francisco, California 94108
                                Telephone:    (415) 500-6800
                                Facsimile:    (415) 395-9940
                                Email:        jsaveri@saverilawfirm.com
                                              czirpoli@saverilawfirm.com
                                              cyoung@saverilawfirm.com
                                              hbenon@saverilawfirm.com
                                              kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:      (323) 968-2632
Facsimile:      (415) 395-9940
Email:          mb@buttericklaw.com

Bryan L. Clobes (p*ro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:      215-864-2800
Email:          bclobes@caffertyclobes.com

Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:      312-782-4880
Email:          asweatman@caffertyclobes.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email:     dmuller@venturahersey.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: December 22, 2023 | By: */s/ Bobby Ghajar*<br>Bobby Ghajar (State Bar No. 198719)<br>Colette Ghazarian (State Bar No. 322235)<br>**COOLEY LLP**<br>1333 2nd Street, Suite 400<br>Santa Monica, California 90401<br>Telephone:    (310) 883-6400<br>Facsimile:    (310) 883-6500<br><br>Mark Weinstein  (State Bar No. 193043)<br>Kathleen Hartnett (State Bar No. 314267)<br>Judd Lauter (State Bar No. 290945)<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:    (650) 843-5000<br>Facsimile:    (650) 849-7400<br><br>Mark A. Lemley (State Bar No. 155830)<br>**LEX LUMINA PLLC**<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>Telephone: (646) 898-2055<br>Facsimile: (646) 906-8657<br><br>*Counsel for Defendant* |

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of the foregoing document has been obtained from all other signatories to this document.

Dated: December 22, 2023                           By:      */s/ Joseph R. Saveri*
                                                                          Joseph R. Saveri