**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Richard Kadrey, Sarah Silverman, Christopher Golden, Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson, <br><br> *Individual and Representative Plaintiffs*, <br><br> v. <br><br> Meta Platforms, Inc., a Delaware corporation; <br><br> *Defendant.* | Case No. 3:23-cv-03417-VC <br><br> **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

The Court has considered the Joint Administrative Motion to File Document Under Seal (the "Motion"). The Court finds the identified materials in Paragraphs 55, 57, 60-63 of the First Consolidated Amended Complaint ("FCAC") in the chart below are extremely sensitive Confidential Information or Items, disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means and that the highlighted portions of those paragraphs are narrowly tailored to seal only the sealable material.

The Motion is hereby GRANTED with regard to each of Paragraphs 55, 57, 60-63 and orders that they be redacted in the public filing and maintained under seal.

**IT IS SO ORDERED.**

Dated _____, 2024

HON. VINCE CHHABRIA
United States District Judge