UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, Sarah Silverman, Christopher Golden, Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc., a Delaware corporation;<br><br>*Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

The Court has considered Plaintiffs' Motion to Remove Incorrectly Filed Document (the "Motion"). The Court hereby orders the previously filed First Consolidated Amended Complaint (ECF No. 64) permanently removed from the Court's public docket and ECF system and that the later-filed redacted copy of the First Consolidated Amended Complaint, ECF No. __, shall be treated as the operative document instead.

IT IS SO ORDERED.

Dated _____, 2024

HON. VINCE CHHABRIA
United States District Judge