1   COOLEY LLP
    BOBBY GHAJAR (198719)
2   (bghajar@cooley.com)
    COLETTE GHAZARIAN (322235)
3   (cghazarian@cooley.com)
    1333 2nd Street, Suite 400
4   Santa Monica, California 90401
    Telephone:    (310) 883-6400
5   Facsimile:    (310) 883-6500

6   MARK WEINSTEIN (193043)
    (mweinstein@cooley.com)
7   KATHLEEN HARTNETT (314267)
    (khartnett@cooley.com)
8   JUDD LAUTER (290945)
    (jlauter@cooley.com)
9   3175 Hanover Street
    Palo Alto, CA  94304-1130
10  Telephone:    (650) 843-5000
    Facsimile:    (650) 849-7400

11
    [additional counsel on signature page]
12

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15                **SAN FRANCISCO DIVISION**

16  RICHARD KADREY, SARAH SILVERMAN,        Case No. 3:23-cv-03417-VC
    CHRISTOPHER GOLDEN, MICHAEL
17  CHABON, TA-NEHISI COATES, JUNOT         STIPULATION AND [~~PROPOSED~~] ORDER RE:
    DÍAZ, ANDREW SEAN GREER, DAVID          EXTENSION TO RESPOND TO FIRST
18  HENRY HWANG, MATTHEW KLAM,              CONSOLIDATED AMENDED COMPLAINT
    LAURA LIPPMAN, RACHEL LOUISE
19  SNYDER, AYELET WALDMAN, AND             Hon. Vince Chhabria
    JACQUELINE WOODSON,
20
          Individual and Representative Plaintiffs,
21
          v.                                Trial Date: None
22                                          Date Action Filed: July 7, 2023
    META PLATFORMS, INC., a Delaware
23  corporation;

24                            Defendant.

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta" or "Defendant") submit this Stipulation ("Stipulation") to extend Meta's deadline to respond to the First Consolidated Amended Complaint (ECF No. 64) ("FCAC") by nine (9) days. The current deadline falls on New Year's day, January 1, 2024, and with the extension, the new deadline would be January 10, 2024.  Good cause exists to grant this Stipulation, as discussed below.

1.      Plaintiffs Richard Kadrey, Sarah Silverman, and Christopher Golden filed the original Complaint (ECF No. 1) in this action on July 7, 2023 ("*Kadrey* Complaint").

2.      On September 12, 2023, Plaintiffs Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson filed a separate complaint in *Chabon et al. v. Meta Platforms Inc.*, No. 3:23-cv-04663-DMR (N.D. Cal.) (the "*Chabon* Action"), which concerned substantially the same parties, transactions, and events at issue as in the Original Complaint.

3.      On September 18, 2023, Meta filed a motion to dismiss ("Motion to Dismiss") (ECF No. 23) under Rule 12(b)(6) of the Federal Rules of Civil Procedure directed to all six claims in the *Kadrey* Complaint.

4.      On November 20, 2023, the Court granted Meta's Motion to Dismiss and permitted Plaintiffs leave to amend certain claims within 21 days (i.e., by December 11, 2023) and ordered Meta to respond to any amended complaint within 21 days thereafter (i.e., by January 1, 2024).  (ECF No. 56.)

5.      On December 5, 2023, the parties stipulated to consolidation of the *Chabon* Action with this proceeding (ECF No. 60), which was granted by the Court on December 7, 2023. ECF No. 62.

6.      On December 11, 2023, Plaintiffs filed the FCAC.

7.      Due to holiday travel schedules and office closures, Meta seeks an extension of time to evaluate the FCAC and prepare its response.

8.      Good cause exists for this request, as moving the response deadline will allow Meta and its counsel, many of whom are traveling over the holidays, sufficient time to evaluate and prepare a response to the FCAC.

9.      The new deadline requested will remain in advance of the Parties' January 12, 2024 Case Management Conference, and no party will be prejudiced by the requested continuance.

10.     For the foregoing reasons, the parties hereby stipulate to and agree that, subject to the approval of the Court:

   a.   Meta's deadline to respond to the FCAC is extended to January 10, 2024;

   b.   In the event Meta files a motion in response to the FCAC (in lieu of an answer), the parties agree that Plaintiffs' opposition to any motion filed by Meta in response to the FCAC is due on February 9, 2024 and Meta's reply to any such opposition is due on February 23, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: ____December 29____, 2023                          _____

                                                          HON. VINCE CHHABRIA
                                                          UNITED STATES DISTRICT JUDGE

1    Dated: December 22, 2023               COOLEY LLP

2

3                                By:  */s/ Bobby Ghajar*

                                      Bobby Ghajar

4                                      Mark Weinstein
                                      Kathleen Hartnett

5                                      Judd Lauter
                                      Colette Ghazarian

6                                      LEX LUMINA PLLC

7                                      Mark A. Lemley

8                                      Attorneys for Defendant
                                      META PLATFORMS, INC.

9

10   Dated: December 22, 2023               JOSEPH SAVERI LAW FIRM, LLP

11

12                             By:  */s/ Joseph R. Saveri*

                                        Joseph R. Saveri

13                                      Cadio Zirpoli
                                      Christopher K.L. Young

14                                      Travis Manfredi
                                      Kathleen J. McMahon

15                                      Matthew Butterick

16                                      Attorneys for Plaintiffs

17

18   Dated: December 22, 2023               CAFFERTY CLOBES MERIWETHER &
                                      SPRENGEL LLP

19

20                             By:  */s/ Bryan L. Clobes*

21                                      Bryan L. Clobes

22                                      VENTURA HERSEY & MULLER, LLP
                                      Daniel Jerome Muller

23                                      Attorneys for Plaintiffs

24

25

26

27

28

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)**

2        I hereby attest that I obtained concurrence in the filing of this document from each of the

3   other signatories.  I declare under penalty of perjury that the foregoing is true and correct.

4

5    Dated: December 22, 2023

COOLEY LLP

6
 */s/ Bobby Ghajar*
Bobby Ghajar

7

*Attorneys for Defendant*
8   Meta Platforms, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28