UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>   Individual and Representative Plaintiffs,<br><br>v.<br><br>Meta Platforms, Inc.,<br>                              Defendant. | Lead Case No. 3:23-cv-03417-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |

Having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, its supporting declaration, and the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to relate the later-filed case, *Huckabee, et al. v. Meta Platforms, Inc., et al.*, No. 3:23-cv-06663 (N.D. Cal.) to the first-filed case *Kadrey, et al. v. Meta Platforms, Inc.,* No. 3:23-cv-03417-VC (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Judge Vince Chhabria
UNITED STATES DISTRICT JUDGE