[counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    Individual and Representative Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>                               Defendant. | Lead Case No. 3:23-cv-03417-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE**<br><br>Judge: Hon. Vince Chhabria<br>Date: January 25, 2024<br>Time: 1:30 p.m.<br>Location: Videoconference |

Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. (collectively, the "Parties") jointly stipulate and agree, subject to the Court's approval, to the proposed schedule set forth in the attached **Exhibit A**, which is in the form of a proposed order.

WHEREAS, on January 12, 2024, the Court entered an order ("Order") directing the Parties to file stipulated or competing proposed schedules "which culminate[] in a MSJ hearing in January/February 2025 with a CMC to be scheduled 2-3 weeks after." (ECF No. 74);

WHEREAS, the Court's order also indicates that the case schedule is to be further discussed at the upcoming January 25, 2024 motion hearing.

WHEREAS, the Parties met and conferred, and agreed on the proposed schedule attached herewith.

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree and respectfully request that the Court enter an Order in the form attached hereto as **Exhibit A**, as may be modified and approved by the Court.

# EXHIBIT A: PROPOSED SCHEDULE

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING, IT IS SO ORDERED:**

| Event | Date |
|---|---|
| Document Production Begins | April 1, 2024 |
| Date by which the parties, after good faith efforts, anticipate they will have substantially completed their production of documents in response to discovery that is not subject to any pending dispute | July 1, 2024 |
| Close of Fact Discovery | September 30, 2024 |
| Opening Expert Reports Due | October 11, 2024 |
| Rebuttal Expert Reports Due | November 8, 2024 |
| Reply Expert Reports Due | November 22, 2024 |
| Close of Expert Discovery | December 20, 2024 |
| Opening MSJ/Daubert Briefs Due | January 10, 2025 |
| Opposition MSJ/Daubert Briefs Due | February 7, 2025 |
| Reply MSJ/Daubert Briefs Due | February 21, 2025 |
| Hearing on MSJ | Set by Court |

Date: _____, 2024

_____
VINCE CHHABRIA
United States District Judge

Dated: January 22, 2024                JOSEPH SAVERI LAW FIRM, LLP.

By:      */s/ Joseph R. Saveri*
         Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              czirpoli@saverilawfirm.com
              cyoung@saverilawfirm.com
              hbenon@saverilawfirm.com
              kmcmahon@saverilawfirm.com
              tmanfredi@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
Email:        mb@butericklaw.com

*Counsel for Kadrey Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: January 22, 2024 | CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP |

By:     */s/ Bryan L. Clobes*
        Bryan L. Clobes

Bryan L. Clobes (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:   (215) 864-2800
Email:       bclobes@caffertyclobes.com

Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email:       asweatman@caffertyclobes.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSYE & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone:   (408) 512-3022
Facsimile:    (408) 512-3023
Email:       dmuller@venturahersey.com

*Counsel for Chabon Plaintiffs and the Proposed Class*

Dated: January 22, 2024                    COOLEY LLP

                                           By:    */s/ Bobby Ghajar*
                                                       Bobby Ghajar

**COOLEY LLP**
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

**LEX LUMINA PLLC**
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055
Facsimile: (646) 906-8657

*Attorneys for Defendant*
*META PLATFORMS, INC.*

<u>L.R. 5-1 SIGNATURE ATTESTATION</u>

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated:  January 22, 2024                             By:        */s/ Joseph R. Saveri*
                                                                        Joseph R. Saveri