Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Travis Manfredi (State Bar No. 281779)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       cyoung@saverilawfirm.com
                       hbenon@saverilawfirm.com
                       kmcmahon@saverilawfirm.com
                       tmanfredi@saverilawfirm.com
                       acera@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>   Individual and Representative Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC.,<br><br>                                          Defendant. | Case No. 3:23-cv-03417-VC<br><br>**NOTICE OF APPEARANCE OF AARON CERA** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Aaron Cera of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Cera is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Cera's contact information is as follows:

Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: 415-500-6800
Facsimile: 415-395-9940
Email: acera@saverilawfirm.com

Dated: January 26, 2024            By:     /s/ Aaron Cera
                                               Aaron Cera

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Travis Manfredi (State Bar No. 281779)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
Email:         jsaveri@saverilawfirm.com
                 czirpoli@saverilawfirm.com
                 cyoung@saverilawfirm.com
                 hbenon@saverilawfirm.com
                 kmcmahon@saverilawfirm.com
                 tmanfredi@saverilawfirm.com
                 acera@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*