CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY *et al.*,<br><br>　　Individual and Representative Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Defendant. | Case No. 3:23-cv-03417-VC<br><br>**NOTICE OF APPEARANCE OF ANGELA L. DUNNING FOR DEFENDANT META PLATFORMS, INC.** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Angela L. Dunning of the law firm Cleary Gottlieb Steen & Hamilton LLP, 1841 Page Mill Road, Suite 250, Palo Alto, CA 94304, hereby appears as counsel of record for Meta Platforms, Inc. in this action.  Ms. Dunning is admitted in this District and registered with the Court's CM/ECF system.  Effective immediately, please add Angela Dunning as an attorney to be noticed on all pleadings, discovery, correspondence, and other matters at the following address:

> Angela L. Dunning
> CLEARY GOTTLIEB STEEN & HAMILTON LLP
> 1841 Page Mill Road, Suite 250
> Palo Alto, CA 94304
> Telephone: (650) 815-4131
> Email: adunning@cgsh.com

| | | |
|---|---|---|
| 1 | Dated: February 20, 2024 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 2 | | |
| 3 | | By: */s/ Angela L. Dunning* |
| 4 | |     Angela L. Dunning |
| 5 | | *Counsel for Defendant Meta Platforms, Inc.* |

1