```
 1  Joseph R. Saveri (State Bar No. 130064)
    Cadio Zirpoli (State Bar No. 179108)
 2  Christopher K.L. Young (State Bar No. 318371)
    Holden Benon (State Bar No. 325847)
 3  Kathleen J. McMahon (State Bar No. 340007)
    Aaron Cera (State Bar No. 351163)
 4  JOSEPH SAVERI LAW FIRM, LLP
    601 California Street, Suite 1505
 5  San Francisco, California 94108
    Telephone:     (415) 500-6800
 6  Facsimile:     (415) 395-9940
    Email:         jsaveri@saverilawfirm.com
 7                 czirpoli@saverilawfirm.com
                   cyoung@saverilawfirm.com
 8                 hbenon@saverilawfirm.com
                   kmcmahon@saverilawfirm.com
 9                 acera@saverilawfirm.com

10  Counsel for Individual and Representative
    Plaintiffs and the Proposed Class
11
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al., | Case No. 3:23-cv-03417-VC |
| *Individual and Representative Plaintiff*, | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| v. | |
| META PLATFORMS, INC., | |
| *Defendant.* | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Joseph Saveri Law Firm, LLP, Counsel for Individual and Representative Plaintiffs and the Proposed Class, has changed its address for service of pleadings and notices in the above-captioned case. The new address of the firm is:

601 California Street, Suite 1505
San Francisco, California 94108

The firm's telephone number, fax number, and email addresses remain the same.

Dated: April 5, 2024

Respectfully Submitted,

By:    */s/ Joseph R. Saveri*
      Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
      czirpoli@saverilawfirm.com
      cyoung@saverilawfirm.com
      hbenon@saverilawfirm.com
      kmcmahon@saverilawfirm.com
      acera@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*