# EXHIBIT A

| Date | Time | Sender | Comment | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|
| 11/17/2020 | | Mike Lewis | | Attorney-Client Privilege | Communication with in-house counsel seeking legal advice concerning AI training data |
| 11/18/2020 | 12:44:00 | Luke Zettlemoyer | | Attorney-Client Privilege | Communication from in-house counsel containing legal advice concerning AI training data |
| 11/18/2020 | 13:48:12 | Michael Friedrichs | Hi Luke, This SRT has been assigned to me, I will review the proposed research details and follow up with you shortly with any feedback or questions our team me have. Thanks, Michael | | |
| 12/4/2020 | 16:04:18 | Mike Lewis | | Attorney-Client Privilege | Communication with in-house counsel seeking legal advice concerning AI training data |
| 12/7/2020 | 11:29:00 | Michael Friedrichs | | Attorney-Client Privilege | Communication from in-house counsel providing legal advice concerning AI training data |
| 12/7/2020 | 12:27:08 | Mike Lewis | | Attorney-Client Privilege | Communication with in-house counsel seeking legal advice concerning AI training data |
| 12/7/2020 | 15:05:45 | Mike Lewis | | Attorney-Client Privilege | Communication with in-house counsel seeking legal advice concerning AI training data |
| 12/11/2020 | 18:52:23 | Michael Friedrichs | | Attorney-Client Privilege | Communication from in-house counsel containing legal advice concerning AI training data |
| 12/14/2020 | 6:37:04 | Melissa Alvarez | | Attorney-Client Privilege | Communication from in-house counsel containing legal advice concerning AI training data |
| 12/14/2020 | 10:30:57 | Mike Lewis | Thanks Melissa, I've updated the form. | | |
| 12/17/2020 | 1:15:54 | Michael Friedrichs | | Attorney-Client Privilege | Communication from in-house counsel providing legal advice concerning AI training data |
| 1/15/2021 | 16:23:50 | Tim Dettmers | | Attorney-Client Privilege | Communication with in-house counsel seeking legal advice concerning AI training data |
| 2/3/2021 | 13:29:26 | Genevieve Urban | | Attorney-Client Privilege | Communication from in-house counsel providing legal advice concerning AI training data |
| 2/16/2021 | 7:00:33 | Myle Ott | | Attorney-Client Privilege | Communication with in-house counsel seeking legal advice concerning AI training data |
| 2/17/2021 | 9:59:32 | Genevieve Urban | | Attorney-Client Privilege | Communication from in-house counsel providing legal advice concerning AI training data |
| 2/17/2021 | 10:30:50 | Myle Ott | Hi Genevieve, thanks, that sounds great. Please include me, Mike Lewis, Tim Dettmers and Vittorio Caggiano (Luke Zettlemoyer as optional). | | |
| 2/18/2021 | 16:25:08 | Genevieve Urban | | Attorney-Client Privilege | Communication from in-house counsel providing legal advice concerning AI training data |
| 2/19/2021 | 6:05:07 | Myle Ott | Hi Genevieve, yes, that works for us. Thank you! | | |
| 2/19/2021 | 8:46:39 | Genevieve Urban | | Attorney-Client Privilege | Communication from in-house counsel providing legal advice concerning AI training data |
| 6/28/2021 | 15:49:52 | Madeline Hepler | | Attorney-Client Privilege | Communication from in-house counsel providing legal advice concerning AI training data |
| 6/28/2021 | 18:16:16 | Myle Ott | | Attorney-Client Privilege | Communication with in-house counsel containing legal advice concerning |
| 6/29/2021 | 14:33:20 | Madeline Hepler | | Attorney-Client Privilege | Communication with in-house counsel containing legal advice concerning AI training data |
| 6/29/2021 | 15:40:25 | Jenny Hamlin | | Attorney-Client Privilege | Communication with in-house counsel containing legal advice concerning AI training data |
| 6/30/2021 | 5:52:04 | Myle Ott | Sure, please reassign me and I can uncheck the box… | | |
| 7/1/2021 | 13:52:52 | Melissa Alvarez | Hi @[Myle Ott] - I've reassigned the submission to you. Thanks! | | |
| 7/7/2021 | 10:04:24 | Myle Ott | | Attorney-Client Privilege | Communication with in-house counsel containing legal advice concerning AI training data |