1  Joseph R. Saveri (Bar No. 130064)
   **JOSEPH SAVERI LAW FIRM, LLP**
2  601 California Street, Suite 1505
   San Francisco, California 94108
3  Tel.:    (415) 500-6800
   jsaveri@saverilawfirm.com
4
5  Matthew Butterick (State Bar No. 250953)
   1920 Hillhurst Avenue, #406
6  Los Angeles, CA 90027
   Tel.: (323) 968-2632
7  mb@butcoricklaw.com
8  Bryan L. Clobes (admitted *pro hac vice*)
   **CAFFERTY CLOBES MERIWETHER**
9  **& SPRENGEL LLP**
   205 N. Monroe Street
10 Media, PA 19063
   Tel.: (215) 864-2800
11 bclobes@caffertyclobes.com
12 *Counsel for the Kadrey*
   *Plaintiffs and the Proposed Class*
13
14 *[additional counsel on signature page]*
15
16
17
18
19

David A. Straite (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

*Counsel for the Huckabee Plaintiffs and the*
*Proposed Class*

*[additional counsel on signature page]*

Angela L. Dunning (Bar No. 212047)
**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
1841 Page Mill Rd., Suite 250
Palo Alto, CA 94304
Tel.: (650) 815-4100
adunning@cgsh.com

Bobby A. Ghajar (Bar No. 198719)
**COOLEY LLP**
1333 2nd St., Suite 400
Santa Monica, CA 90401
Tel.: (310) 883-6400
bghajar@cooley.com

*Counsel for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, MICHAEL CHABON, TA-NEHISI COATES, JUNOT DIAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUISE SNYDER, AYELET WALDMAN, and JACQUELINE WOODSON, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:23-cv-03417-VC **STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL AND CONSOLIDATION** |
| Plaintiffs, |  |
| vs. |  |
| META PLATFORMS, INC., |  |
| Defendant. |  |

1

2  MIKE HUCKABEE, THE RELEVATE    )    Case No. 3:23-cv-06663-VC
   GROUP, DAVID KINNAMAN, TSH     )
3  OXENREIDER, LYSA TERKEURST, and )
   JOHN BLASE, Individually and on Behalf of )
4  All Others Similarly Situated,           )
                                            )
5                      Plaintiffs,          )
                                            )
6          vs.                              )
                                            )
7  META PLATFORMS, INC.,                    )
                                            )
8                      Defendant.           )
9  _____

10

11        Plaintiffs Lysa TerKeurst, Richard Kadrey, Sarah Silverman, Christopher Golden, Michael

12  Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam,

13  Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson (collectively,

14  "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta"; together with Plaintiffs, the "Parties"),

15  by and through their respective counsel of record, hereby stipulate as follows.

16        **WHEREAS**, current plaintiff Lysa TerKeurst and former plaintiffs Mike Huckabee, The

17  Relevate Group, David Kinnaman, Tsh Oxenreider, and John Blase (together, the "*Huckabee*

18  Plaintiffs"), on behalf of themselves and all others similarly situated, commenced an action (the

19  "*Huckabee* action") by filing a Complaint on October 17, 2023, in the United States District Court

20  for the Southern District of New York, against Defendants Meta, Bloomberg L.P., Bloomberg

21  Finance, L.P., Microsoft Corporation ("Microsoft"), and The EleutherAI Institute;

22        **WHEREAS,** on December 28, 2023, the United States District Court for the Southern

23  District of New York granted a stipulation to sever and transfer all claims against Meta and

24  Microsoft to the United States District Court for the Northern District of California, in light of a

25  substantially similar action against Meta already pending in this District, *Kadrey v. Meta

26  Platforms, Inc.*, No. 3:23-cv-03417-VC (previously consolidated with *Chabon v. Meta Platforms,

27  Inc.*, No. 3:23-cv-04663, which was filed on September 12, 2023, and consolidated into *Kadrey*

28  on December 7, 2023) (hereinafter, the "*Kadrey* action") (*Kadrey* Dkt. 62);

1    **WHEREAS**, the operative complaint in the *Kadrey* action is the First Consolidated

2    Amended Complaint ("FCAC"), filed on December 11, 2023 (*Kadrey* Dkt. 64);

3        **WHEREAS**, Meta filed its answer to the FCAC on January 10, 2024 (*Kadrey* Dkt. 72);

4        **WHEREAS**, on January 23, 2024, the Court ordered that the *Kadrey* and *Huckabee* actions

5    are related, and both cases are now pending before Judge Chhabria (*Kadrey* Dkt. 86);

6        **WHEREAS**, on January 30, 2024, the Court granted a stipulation voluntarily dismissing

7    without prejudice all claims against Microsoft (*Huckabee* Dkts. 105, 107);

8        **WHEREAS,** on January 25, 2024, this Court held a conference, during which, among

9    other things, the Parties discussed with the Court how to proceed with the *Huckabee* action and

10   whether it should be consolidated with the *Kadrey* action. The *Huckabee* Plaintiffs and Plaintiffs

11   in the *Kadrey* action indicated that they were considering consolidation via a dismissal of the

12   *Huckabee* Action and an amendment to have one of the *Huckabee* Plaintiffs added to the *Kadrey*

13   action.  The Court confirmed that Meta need not respond to the Complaint in the *Huckabee* action;

14       **WHEREAS**, on June 18, 2024, *Huckabee* Plaintiffs Mike Huckabee, The Relevate Group,

15   David Kinnaman, Tsh Oxenreider, and John Blase filed a Notice of Voluntary Dismissal pursuant

16   to Fed. R. Civ. P. 41(a)(1)(A)(i), effectuating their dismissal without prejudice (*Huckabee* Dkt.

17   109);

18       **WHEREAS,** Plaintiffs Michael Chabon and Ayelet Waldman seek to withdraw from the

19   case and dismiss their claims against Meta with prejudice;

20       **WHEREAS**, separately, a dispute has arisen among the Parties over whether certain

21   communications, including those included in redacted form in the FCAC, constitute privileged

22   communications, which dispute the Parties are in the process of briefing and submitting to

23   Magistrate Judge Hixson for resolution (the "Privilege Dispute"), *see Kadrey* Dkt. 103. Resolution

24   of the Privilege Dispute, in turn, will likely inform what allegations Plaintiffs include when filing

25   a Second Consolidated Amended Complaint ("SCAC"); and

26       **WHEREAS**, the Parties have conferred and agreed to deadlines for the filing of the SCAC

27   and Meta's answer to the SCAC following resolution of the Privilege Dispute, as well as to certain

28

1  restrictions on the content of these pleadings and certain prohibitions on further motion practice

2  directed thereto.

3      **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and among the Parties,

4  subject to the approval of the Court, that:

5      1.      The *Huckabee* action shall be consolidated with the *Kadrey* action.

6      2.      Plaintiff Lysa TerKeurst will be added as a named plaintiff in the *Kadrey* action,

7  and Plaintiffs will be permitted to amend the FCAC by filing and serving a SCAC within five (5)

8  court days following resolution of the Privilege Dispute. The SCAC will add the paragraph specific

9  to Ms. TerKeurst from the *Huckabee* complaint (paragraph 23) and make deletions and conforming

10  edits where necessary but otherwise add no material or substantive allegations. Concurrently with

11  filing the SCAC, Plaintiffs will serve Meta with a true and correct redline showing all differences

12  between the FCAC and SCAC as filed.

13      3.      Meta will file and serve its answer within five (5) court days after Plaintiffs file the

14  SCAC, and concurrently serve on Plaintiffs a redline showing all differences between its answers

15  to the FCAC and the SCAC. The answer to the SCAC will address Plaintiffs' new allegations

16  regarding Ms. TerKeurst in the SCAC and make conforming edits where necessary but otherwise

17  remain substantively unchanged.

18      4.      There will be no motion practice directed to the SCAC or the answer to the SCAC

19  pursuant to Fed. R. Civ. P. 12(b)(6), 12(e) or 12(f).

20      5.      Two Plaintiffs in the *Kadrey* action, Michael Chabon and Ayelet Waldman, hereby

21  voluntarily dismiss their claims against Meta with prejudice. Upon their dismissal with prejudice,

22  all outstanding discovery requests previously served upon Chabon and Waldman by Meta will be

23  deemed withdrawn. All parties will bear their own costs and attorneys' fees as to this stipulation

24  and the dismissal contemplated herein.

25      6.      Nothing in this Stipulation will or is intended to otherwise affect the Parties'

26  respective rights, defenses, or objections.

27  ///

28  ///

1  IT IS SO STIPULATED.

2    Dated: June 28, 2024              CLEARY GOTTLIEB STEEN & HAMILTON LLP

3                              By: _/s/ Angela Dunning_____

4                              Angela L. Dunning (Bar No. 212047)
                               1841 Page Mill Rd., Suite 250

5                              Palo Alto, CA 94304
                               Tel. (650) 815-4100

6                              adunning@cgsh.com

7                              COOLEY LLP
                               Bobby A. Ghajar (Bar No. 198719)

8                              1333 2nd St., Suite 400
                               Santa Monica, CA 90401

9                              Tel.: (310) 883-6400
                               bghajar@cooley.com

10

11                              *Counsel for Defendant Meta Platforms, Inc.*

12    Dated:  June 28, 2024             CAFFERTY CLOBES MERIWETHER
                                & SPRENGEL LLP

13

14                              By: _/s/ Alexander Sweatman_____
                                Alexander J. Sweatman (admitted *pro hac vice*)

15                              135 South LaSalle Street, Suite 3210
                                Chicago, IL 60603

16                              Tel.: (312) 782-4880
                                asweatman@caffertyclobes.com

17

18                              Bryan L. Clobes (admitted *pro hac vice*)
                                205 N. Monroe Street

19                              Media, PA 19063
                                Tel.:    (215) 864-2800

20                              bclobes@caffertyclobes.com

21                              JOSEPH SAVERI LAW FIRM, LLP
                                Joseph R. Saveri (Bar No. 130064)

22                              Cadio Zirpoli (Bar No. 179108)
                                Christopher K. L. Young (Bar No. 318371)

23                              Holden Benon (Bar No. 325847)
                                Aaron Cera (Bar No. 351163)

24                              601 California Street, Suite 1505
                                San Francisco, California 94108

25                              Tel.: (415) 500-6800
                                jsaveri@saverilawfirm.com

26                              czirpoli@saverilawfirm.com
                                cyoung@saverilawfirm.com

27                              hbenon@saverilawfirm.com
                                acera@saverilawfirm.com

28

1
2
3
4

Matthew Butterick (Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Tel.: (323) 968-2632
Fax: (415) 395-9940
mb@butterricklaw.com

5

*Counsel for the Kadrey Plaintiffs*

6
7

Dated:  June 28, 2024

DiCELLO LEVITT LLP

8
9
10

By: */s/ David Straite*
David A. Straite (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

11
12
13
14
15

Amy Keller (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
akeller@dicellolevitt.com
julwick@dicellolevitt.com

16
17
18

Brian O'Mara
4747 Executive Drive, Suite 240
San Diego, California 92121
Tel.: (619) 923-3939
bomara@dicellolevitt.com

19

*Counsel for Plaintiff Lysa TerKeurst and the
Huckabee Plaintiffs*

20
21
22

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23
24

Dated: _____, 2024

25
26

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 28, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP

By:   */s/ Alexander Sweatman*
Alexander Sweatman

For the *Kadrey* Action


DiCELLO LEVITT LLP

By:   */s/ David Straite*
David A. Straite (admitted *pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

For the *Huckabee* Action

1

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

2

The filer attests that the other signatories listed, on whose behalf the filing is also submitted,

3

are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

4

5

                CAFFERTY CLOBES MERIWETHER
                & SPRENGEL LLP

6

7

                By:   */s/ Alexander Sweatman*
                Alexander Sweatman

8

                For the *Kadrey* Action

9

10

                DiCELLO LEVITT LLP

11

                By:   */s/ David Straite*
                David A. Straite (admitted *pro hac vice*)

12

                485 Lexington Avenue, Suite 1001
                New York, NY 10017

13

                Tel. (646) 933-1000
                dstraite@dicellolevitt.com

14

15

                For the *Huckabee* Action

16

17

18

19

20

21

22

23

24

25

26

27

28