| | |
|---|---|
| Joseph R. Saveri (Bar No. 130064)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Tel.: (415) 500-6800<br>jsaveri@saverilawfirm.com | David A. Straite (admitted *pro hac vice*)<br>**DiCELLO LEVITT LLP**<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>Tel.: (646) 933-1000<br>dstraite@dicellolevitt.com |
| Matthew Butterick (State Bar No. 250953)<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>Tel.: (323) 968-2632<br>mb@butterricklaw.com | *Counsel for the Huckabee Plaintiffs and the Proposed Class*<br><br>*[additional counsel on signature page]* |
| Bryan L. Clobes (admitted *pro hac vice*)<br>**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**<br>205 N. Monroe Street<br>Media, PA 19063<br>Tel.: (215) 864-2800<br>bclobes@caffertyclobes.com | Angela L. Dunning (Bar No. 212047)<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>1841 Page Mill Rd., Suite 250<br>Palo Alto, CA 94304<br>Tel.: (650) 815-4100<br>adunning@cgsh.com |
| *Counsel for the Kadrey Plaintiffs and the Proposed Class*<br><br>*[additional counsel on signature page]* | Bobby A. Ghajar (Bar No. 198719)<br>**COOLEY LLP**<br>1333 2nd St., Suite 400<br>Santa Monica, CA 90401<br>Tel.: (310) 883-6400<br>bghajar@cooley.com<br><br>*Counsel for Defendant Meta Platforms, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, MICHAEL CHABON, TA-NEHISI COATES, JUNOT DIAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUSIE SNYDER, AYELET WALDMAN, and JACQUELINE WOODSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:23-cv-03417-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL AND CONSOLIDATION** |

1     STIPULATION AND [PROPOSED] ORDER
Nos. 23-cv-06663-VC; 3:23-cv-03417-VC

|   |   |   |
|---|---|---|
| 1 | MIKE HUCKABEE, THE RELEVATE ) | |
| 2 | GROUP, DAVID KINNAMAN, TSH ) OXENREIDER, LYSA TERKEURST, and ) | Case No. 3:23-cv-06663-VC |
| 3 | JOHN BLASE, Individually and on Behalf of ) All Others Similarly Situated, ) | |
| 4 | ) ) | |
| 5 | Plaintiffs, ) ) | |
| 6 | vs. ) ) | |
| 7 | META PLATFORMS, INC., ) ) | |
| 8 | ) Defendant. ) | |

Plaintiffs Lysa TerKeurst, Richard Kadrey, Sarah Silverman, Christopher Golden, Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta"; together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows.

**WHEREAS**, current plaintiff Lysa TerKeurst and former plaintiffs Mike Huckabee, The Relevate Group, David Kinnaman, Tsh Oxenreider, and John Blase (together, the "*Huckabee* Plaintiffs"), on behalf of themselves and all others similarly situated, commenced an action (the "*Huckabee* action") by filing a Complaint on October 17, 2023, in the United States District Court for the Southern District of New York, against Defendants Meta, Bloomberg L.P., Bloomberg Finance, L.P., Microsoft Corporation ("Microsoft"), and The EleutherAI Institute;

**WHEREAS,** on December 28, 2023, the United States District Court for the Southern District of New York granted a stipulation to sever and transfer all claims against Meta and Microsoft to the United States District Court for the Northern District of California, in light of a substantially similar action against Meta already pending in this District, *Kadrey v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC (previously consolidated with *Chabon v. Meta Platforms, Inc.*, No. 3:23-cv-04663, which was filed on September 12, 2023, and consolidated into *Kadrey* on December 7, 2023) (hereinafter, the "*Kadrey* action") (*Kadrey* Dkt. 62);

1     **WHEREAS**, the operative complaint in the *Kadrey* action is the First Consolidated
2 Amended Complaint ("FCAC"), filed on December 11, 2023 (*Kadrey* Dkt. 64);

3     **WHEREAS**, Meta filed its answer to the FCAC on January 10, 2024 (*Kadrey* Dkt. 72);

4     **WHEREAS**, on January 23, 2024, the Court ordered that the *Kadrey* and *Huckabee* actions
5 are related, and both cases are now pending before Judge Chhabria (*Kadrey* Dkt. 86);

6     **WHEREAS**, on January 30, 2024, the Court granted a stipulation voluntarily dismissing
7 without prejudice all claims against Microsoft (*Huckabee* Dkts. 105, 107);

8     **WHEREAS,** on January 25, 2024, this Court held a conference, during which, among
9 other things, the Parties discussed with the Court how to proceed with the *Huckabee* action and
10 whether it should be consolidated with the *Kadrey* action. The *Huckabee* Plaintiffs and Plaintiffs
11 in the *Kadrey* action indicated that they were considering consolidation via a dismissal of the
12 *Huckabee* Action and an amendment to have one of the *Huckabee* Plaintiffs added to the *Kadrey*
13 action. The Court confirmed that Meta need not respond to the Complaint in the *Huckabee* action;

14     **WHEREAS**, on June 18, 2024, *Huckabee* Plaintiffs Mike Huckabee, The Relevate Group,
15 David Kinnaman, Tsh Oxenreider, and John Blase filed a Notice of Voluntary Dismissal pursuant
16 to Fed. R. Civ. P. 41(a)(1)(A)(i), effectuating their dismissal without prejudice (*Huckabee* Dkt.
17 109);

18     **WHEREAS,** Plaintiffs Michael Chabon and Ayelet Waldman seek to withdraw from the
19 case and dismiss their claims against Meta with prejudice;

20     **WHEREAS**, separately, a dispute has arisen among the Parties over whether certain
21 communications, including those included in redacted form in the FCAC, constitute privileged
22 communications, which dispute the Parties are in the process of briefing and submitting to
23 Magistrate Judge Hixson for resolution (the "Privilege Dispute"), *see Kadrey* Dkt. 103. Resolution
24 of the Privilege Dispute, in turn, will likely inform what allegations Plaintiffs include when filing
25 a Second Consolidated Amended Complaint ("SCAC"); and

26     **WHEREAS**, the Parties have conferred and agreed to deadlines for the filing of the SCAC
27 and Meta's answer to the SCAC following resolution of the Privilege Dispute, as well as to certain

28

restrictions on the content of these pleadings and certain prohibitions on further motion practice directed thereto.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and among the Parties, subject to the approval of the Court, that:

1. The *Huckabee* action shall be consolidated with the *Kadrey* action.

2. Plaintiff Lysa TerKeurst will be added as a named plaintiff in the *Kadrey* action, and Plaintiffs will be permitted to amend the FCAC by filing and serving a SCAC within five (5) court days following resolution of the Privilege Dispute. The SCAC will add the paragraph specific to Ms. TerKeurst from the *Huckabee* complaint (paragraph 23) and make deletions and conforming edits where necessary but otherwise add no material or substantive allegations. Concurrently with filing the SCAC, Plaintiffs will serve Meta with a true and correct redline showing all differences between the FCAC and SCAC as filed.

3. Meta will file and serve its answer within five (5) court days after Plaintiffs file the SCAC, and concurrently serve on Plaintiffs a redline showing all differences between its answers to the FCAC and the SCAC. The answer to the SCAC will address Plaintiffs' new allegations regarding Ms. TerKeurst in the SCAC and make conforming edits where necessary but otherwise remain substantively unchanged.

4. There will be no motion practice directed to the SCAC or the answer to the SCAC pursuant to Fed. R. Civ. P. 12(b)(6), 12(e) or 12(f).

5. Two Plaintiffs in the *Kadrey* action, Michael Chabon and Ayelet Waldman, hereby voluntarily dismiss their claims against Meta with prejudice. Upon their dismissal with prejudice, all outstanding discovery requests previously served upon Chabon and Waldman by Meta will be deemed withdrawn. All parties will bear their own costs and attorneys' fees as to this stipulation and the dismissal contemplated herein.

6. Nothing in this Stipulation will or is intended to otherwise affect the Parties' respective rights, defenses, or objections.

///

///

1  IT IS SO STIPULATED.

2  Dated: June 28, 2024            CLEARY GOTTLIEB STEEN & HAMILTON LLP

3                                  By:  /s/ Angela Dunning
4                                  Angela L. Dunning (Bar No. 212047)
                                   1841 Page Mill Rd., Suite 250
5                                  Palo Alto, CA 94304
                                   Tel. (650) 815-4100
6                                  adunning@cgsh.com

7                                  COOLEY LLP
                                   Bobby A. Ghajar (Bar No. 198719)
8                                  1333 2nd St., Suite 400
                                   Santa Monica, CA 90401
9                                  Tel.: (310) 883-6400
                                   bghajar@cooley.com
10
                                   *Counsel for Defendant Meta Platforms, Inc.*
11

12 Dated:  June 28, 2024            CAFFERTY CLOBES MERIWETHER
                                   & SPRENGEL LLP
13

14                                 By:  /s/ Alexander Sweatman
                                   Alexander J. Sweatman (admitted *pro hac vice*)
15                                 135 South LaSalle Street, Suite 3210
                                   Chicago, IL 60603
16                                 Tel.: (312) 782-4880
                                   asweatman@caffertyclobes.com
17
                                   Bryan L. Clobes (admitted *pro hac vice*)
18                                 205 N. Monroe Street
                                   Media, PA 19063
19                                 Tel.:    (215) 864-2800
                                   bclobes@caffertyclobes.com
20

21                                 JOSEPH SAVERI LAW FIRM, LLP
                                   Joseph R. Saveri (Bar No. 130064)
22                                 Cadio Zirpoli (Bar No. 179108)
                                   Christopher K. L. Young (Bar No. 318371)
23                                 Holden Benon (Bar No. 325847)
                                   Aaron Cera (Bar No. 351163)
24                                 601 California Street, Suite 1505
                                   San Francisco, California 94108
25                                 Tel.: (415) 500-6800
                                   jsaveri@saverilawfirm.com
26                                 czirpoli@saverilawfirm.com
                                   cyoung@saverilawfirm.com
27                                 hbenon@saverilawfirm.com
                                   acera@saverilawfirm.com
28

|   |   |
|---|---|
|   | Matthew Butterick (Bar No. 250953)<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>Tel.: (323) 968-2632<br>Fax: (415) 395-9940<br>mb@buttericklaw.com<br><br>*Counsel for the Kadrey Plaintiffs* |
| Dated: June 28, 2024 | DiCELLO LEVITT LLP<br><br>By: /s/ David Straite<br>David A. Straite (admitted *pro hac vice*)<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>Tel. (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>Amy Keller (admitted *pro hac vice*)<br>James A. Ulwick (admitted *pro hac vice*)<br>10 North Dearborn St., Sixth Floor<br>Chicago, Illinois 60602<br>Tel.: (312) 214-7900<br>akeller@dicellolevitt.com<br>julwick@dicellolevitt.com<br><br>Brian O'Mara<br>4747 Executive Drive, Suite 240<br>San Diego, California 92121<br>Tel.: (619) 923-3939<br>bomara@dicellolevitt.com<br><br>*Counsel for Plaintiff Lysa TerKeurst and the Huckabee Plaintiffs* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  July 5  , 2024

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE