Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       cyoung@saverilawfirm.com
                       lkessler@saverilawfirm.com
                       hbenon@saverilawfirm.com
                       acera@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al., *Individual and Representative Plaintiff*, v. META PLATFORMS, INC., *Defendant.* | Case No. 3:23-cv-03417-VC **NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Kathleen J. McMahon is no longer an attorney at the Joseph Saveri Law Firm, LLP and is hereby withdrawn as counsel for Individual and Representative Plaintiffs and the Proposed Class. Kathleen J. McMahon should be removed from the Court's service list with respect to this action. The Joseph Saveri Law Firm, LLP continues to represent the Plaintiffs. All future correspondence and papers in this action should continue to be directed to counsel of record.

Dated:  August 12, 2024                         Respectfully Submitted,

                                                By:      /s/ Joseph R. Saveri
                                                         Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               lkessler@saverilawfirm.com
               hbenon@saverilawfirm.com
               acera@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*