1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED

Aug 14 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

RICHARD KADREY, et al.,

*Individual and Representative Plaintiff,*

v.

META PLATFORMS, INC.,

*Defendant.*

Case No. 3:23-cv-03417-VC (TSH)

**STIPULATED REQUEST AND [PROPOSED]
ORDER FOR IN-PERSON HEARING**

Date: August 22, 2024
Time: ~~10:00 AM~~   9:00 AM
Place: Courtroom E – 15th Floor
Before: Hon. Thomas S. Hixson

1    Pursuant to Civ. L.R. 6-2 and 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher
2    Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-
3    Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz and Lysa TerKeurst ("Plaintiffs"); and
4    Defendant Meta Platforms, Inc. ("Defendant;" together with Plaintiffs, "Parties") by and through their
5    respective counsel stipulate:

6    WHEREAS, on August 1, 2024, the Court set a hearing on the Joint Letter Brief filed by Meta
7    Platforms, Inc. (ECF 105, "Motion") to occur by videoconference on August 16, 2024 (ECF 108);

8    WHEREAS, Plaintiffs believe that an in-person hearing will be useful to the Court because the
9    Motion involves a privilege dispute, one or more of the Parties may seek to reference particular
10   portions of the at-issue documents (all previously submitted to the Court) during the hearing, and doing
11   so in person may assist the Court to review the at-issue documents from the bench while avoiding
12   public disclosure of said documents;

13   WHEREAS, the Parties will not reference any documents at the hearing that have not already
14   been provided to the Court;

15   WHEREAS, separately, Joseph Saveri, lead counsel for several of the Plaintiffs, has a pre-
16   planned vacation this week and is unable to attend the August 16, 2024 hearing;

17   WHEREAS, the Parties have met and conferred, and Defendant does not oppose an in-person
18   hearing on the Motion or moving the hearing to such a date that Mr. Saveri can attend, including by
19   videoconference so long as the videoconference is non-public;

20   WHEREAS, the Parties have determined a mutually-agreeable date based on the Court's
21   ordinary time for Civil Law & Motion hearings to re-set the Motion for an in-person hearing;

22   WHEREAS, the Parties have not previously requested any time modification in addressing this
23   matter, and the requested time modification will not affect the overall case schedule.

24   IT IS HEREBY STIPULATED AND AGREED, by and through Plaintiffs and Defendant, as
25   represented by their undersigned counsel, and subject to the approval of the Court, that the hearing on
26   the Motion previously set for August 16, 2024, by videoconference be re-set for an in-person hearing
27   on August 22, 2024 at 10:00 AM.
28

**[~~PROPOSED~~] ORDER**

The above stipulation of the Parties is hereby approved. PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the hearing on Motion previously set for August 16, 2024, by videoconference is re-set for an in-person hearing on August 22, 2024 at 9:00 AM ~~10:00 AM.~~

Dated: August 14, 2024

_____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| Dated: August 13, 2024 | Respectfully Submitted, |
| | By:    */s/ Joseph R. Saveri* |
| |          Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
        czirpoli@saverilawfirm.com
        cyoung@saverilawfirm.com
        hbenon@saverilawfirm.com
        acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:   (415) 395-9940
Email:   mb@butterickLaw.com

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:   (215) 864-2800
Email:   bclobes@caffertyclobes.com
        asweatman@caffertyclobes.com

Daniel Jerome Muller
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, CA 95125
Telephone:   (408) 512-3022
Facsimile:   (408) 512-3023
Email:   dmuller@venturahersey.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: August 13, 2024 | By:     */s/ Kathleen R. Hartnett*<br>Kathleen R. Hartnett |

Kathleen R. Hartnett
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    (415) 693-2071
Facsimile:    (415) 693-2222
Email:    khartnett@cooley.com

Bobby A. Ghajar
Colette Ani Ghazarian
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:    (310) 883-6400
Facsimile:    (310) 883-6500
Email:    bghajar@cooley.com
    cghazarian@cooley.com

Elizabeth Lee Stameshkin
Judd D. Lauter
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Telephone:    650-843-5000
Facsimile:    650-849-7400
Email:    lstameshkin@cooley.com
    jlauter@cooley.com

Angela Dunning
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone:    (650) 815-4131
Email:    adunning@cgsh.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone:    (646) 898-2055
Facsimile:    (646) 906-8657
Email:    mlemley@lex-lumina.com

*Attorneys for Defendant*
*META PLATFORMS, INC.*

**E-FILING ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: August 13, 2024    Respectfully Submitted,

By: _/s/ Joseph R. Saveri_
Joseph R. Saveri