| | |
|---|---|
| 1 | COOLEY LLP |
| | BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com) |
| | COLETTE GHAZARIAN (322235) |
| 3 | (cghazarian@cooley.com) |
| | 1333 2nd Street, Suite 400 |
| 4 | Santa Monica, California 90401 |
| | Telephone:    (310) 883-6400 |
| 5 | |
| | MARK WEINSTEIN (193043) |
| 6 | (mweinstein@cooley.com) |
| | KATHLEEN HARTNETT (314267) |
| 7 | (khartnett@cooley.com) |
| | JUDD LAUTER (290945) |
| 8 | (jlauter@cooley.com) |
| | ELIZABETH L. STAMESHKIN (260865) |
| 9 | (lstameshkin@cooley.com) |
| | 3175 Hanover Street |
| 10 | Palo Alto, CA  94304-1130 |
| | Telephone:    (650) 843-5000 |
| 11 | |
| | LEX LUMINA PLLC |
| 12 | MARK A. LEMLEY (155830) |
| | (mlemley@lex-lumina.com) |
| 13 | 745 Fifth Avenue, Suite 500 |
| | New York, NY 10151 |
| 14 | Telephone: (646) 898-2055 |
| | |
| 15 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | ANGELA L. DUNNING (212047) |
| 16 | (adunning@cgsh.com) |
| | 1841 Page Mill Road, Suite 250 |
| 17 | Palo Alto, CA 94304 |
| | Telephone: (650) 815-4131 |

*Counsel for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, *et al.*, | Case No. 3:23-cv-03417-VC-TSH |
| Individual and Representative Plaintiffs, | [~~Proposed~~] Order Granting Joint Administrative Motion to File Under Seal Joint Discovery Letter and Exhibits |
| v. | |
| META PLATFORMS, INC., a Delaware corporation; | |
| Defendant. | |

An Administrative Motion to File Under Seal the Joint Discovery Letter and Exhibits has been filed by Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Michael Chabon, Ta-Nehisi Coates, Junot Diaz, Christopher Golden, Richard Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. per Local Rule 79-5.  Having considered the Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| Joint Discovery Letter Brief | • Redacted portions |
| Hartnett Declaration | • Redacted portions |
| Benon Declaration | • Redacted portions |
| Exhibit 6 to Hartnett Declaration | • Entire document |
| Exhibit 7 to Hartnett Declaration | • Entire document |

**IT IS HEREBY ORDERED**.

Dated:  August 15, 2024

HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE