# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Nada Djordjevic

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Nada Djordjevic was duly admitted to practice in said Court on (12/19/2002) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (05/15/2024 )

Thomas G. Bruton , Clerk,

By: Kareisha Rogers
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ KAREISHA ROGERS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
May 15, 2024