# EXHIBIT B

**Richard Kadrey works**
Aloha from Hell
The Everything Box
Kill the Dead
The Perdition Score
Sandman Slim
The Wrong Dead Guy

**Sarah Silverman works**
The Bedwetter

**Christopher Golden works**
Ararat
Dead Ringers
The Pandora Room
Snowblind

**Ta-Nehisi Coates works**
The Beautiful Struggle
The Water Dancer
We Were Eight Years in Power

**Junot Díaz works**
The Brief Wondrous Life of Oscar Wao
Drown

**Andrew Sean Greer works**
The Confessions of Max Tivoli
How It Was For Me
Less
The Path of Minor Planets

**David Henry Hwang works**
Golden Child
M. Butterfly
Trying to Find Chinatown

**Matthew Klam works**
Sam the Cat
Who Is Rich?

**Laura Lippman works**
After I'm Gone
In a Strange City
Lady in the Lake
Sunburn
What the Dead Know
Wilde Lake

**Rachel Louise Snyder works**
No Visible Bruises

**Jacqueline Woodson works**
After Tupac & D Foster
Another Brooklyn
Behind You
Beneath a Meth Moon
Brown Girl Dreaming
Feathers
Harbor Me
If You Come Softly
Miracle's Boys
Red at the Bone

**Lysa TerKeurst works**
Embraced
It's Not Supposed to Be This Way Study Guide
Unglued
Made to Crave Devotional