Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
mb@butterickslaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[additional counsel on signature page]

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:     (215) 864-2800
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com

David A. Straite (*pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Ave., Suite 1000
New York, NY 10017
Telephone: (646) 933-1000
dstraite@dicellolevitt.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISO DIVISION**

| | |
|---|---|
| RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, TA-NEHISI COATES, JUNOT DIAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUSIE SNYDER, JACQUELINE WOODSON, and LYSA TERKEURST,<br><br>        Plaintiffs,<br><br>    vs.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Consol. Case No. 3:23-cv-03417-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CORRECTED SECOND CONSOLIDATED AMENDED COMPLAINT**<br><br>**Fed. R. Civ. P. 15(a)(2)** |

Consolidated Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Jacqueline Woodson and Lysa TerKeurst (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows pursuant to Fed. R. Civ. P. 15(a)(2):

**WHEREAS**, Plaintiffs filed their Second Consolidated Amended Complaint on August 29, 2024 ("SCAC," Dkt. 122 (public redacted); Dkt. 121-2 (sealed)); and

**WHEREAS,** on September 4, 2024, the parties met and conferred via video conference to discuss certain proposed corrections to the SCAC, and were able to reach agreement;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and among the Parties pursuant to Fed. R. Civ. P. 15(a)(2), subject to the approval of the Court, that:

1.      Within one (1) Court day of the Court's approval of this stipulation, Plaintiffs will file a corrected SCAC in the form attached hereto as **EXHIBIT A**.

2.      The clerk will return the sealed version of the SCAC (Dkt. 121-2) to Plaintiffs, who will promptly destroy it.

3.      Meta's obligation to answer the original SCAC (Dkt. 107) is vacated.

4.      Within five (5) Court days of Plaintiffs' filing the corrected SCAC, Meta will file its answer and concurrently serve on Plaintiffs a true and correct redline showing all differences between its answers to the FCAC and corrected SCAC. The answer to the corrected SCAC will address new allegations in the corrected SCAC but otherwise remain substantively unchanged;

5.      There will be no motion practice directed to the corrected SCAC or the answer to the corrected SCAC pursuant to Fed. R. Civ. P. 12(b)(6), 12(e) or 12(f);

6.      This stipulation and the timing of the filing of the corrected SCAC may not be used by the parties to modify the existing case schedule.

7.      Except as specifically provided herein, the Parties reserve all rights and defenses.

IT IS SO STIPULATED.

//
//

Dated: September 5, 2024

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: */s/ Angela L. Dunning*
Angela L. Dunning (212047)
1841 Page Mill Rd., Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4100
adunning@cgsh.com

**COOLEY LLP**
Bobby A. Ghajar
1333 2nd St., Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
bghajar@cooley.com

*Attorneys for Defendant Meta Platforms, Inc.*

Dated: September 5, 2024

**DiCELLO LEVITT LLP**

By: */s/ David A. Straite*
David A. Straite (*pro hac vice*)
485 Lexington Ave., Suite 1000
New York, NY 10017
Telephone: (646) 933-1000
dstraite@dicellolevitt.com

Amy Keller (*pro hac vice*)
James A. Ulwick (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
akeller@dicellolevitt.com
julwick@dicellolevitt.com
ndjordjevic@dicellolevitt.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K. L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com

1  czirpoli@saverilawfirm.com
   cyoung@saverilawfirm.com
2  hbenon@saverilawfirm.com
   acera@saverilawfirm.com
3

4  Matthew Butterick (State Bar No. 250953)
   1920 Hillhurst Avenue, #406
5  Los Angeles, CA 90027
   Telephone:   (323)968-2632
6  Facsimile:    (415) 395-9940
   mb@butericklaw.com
7

8  **CAFFERTY CLOBES MERIWETHER**
   **& SPRENGEL LLP**
9  Bryan L. Clobes (*pro hac vice*)
   Alexander J. Sweatman (*pro hac vice*)
10 135 South LaSalle Street, Suite 3210
   Chicago, IL 60603
11 Telephone:     312-782-4880
   bclobes@caffertyclobes.com
12 asweatman@caffertyclobes.com

13

14

15 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17

18 Dated:_____, 2024                                    _____

19                                                              Hon. Vince Chhabria

20

21

22

23

24

25

26

27

28

4                                            STIPULATION AND [PROPOSED] ORDER

1

**CERTIFICATE OF SERVICE**

2      I hereby certify under penalty of perjury that on September 5, 2024, I authorized the

3 electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will

4 send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List,

5 and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service

6 to the non-CM/ECF participants indicated on the attached Manual Notice List.

7

8                                    */s/ David A. Straite*

9                                    David A. Straite

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28