Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:  (323) 968-2632
Facsimile:  (415) 395-9940
Email:  mb@butticklaw.com

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:  (215) 864-2800
Email:  bclobes@caffertyclobes.com
asweatman@caffertyclobes.com

David A. Straite (*pro hac vice*)
**DICELLO LEVITT LLP**
475 Lexington Avenue, Suite 1001
New York, NY 10017
Telephone:  (646) 933-1000
Email:  dstraite@dicellolevitt.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email:  dmuller@venturahersey.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>*Individual and Representative Plaintiff*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>*Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**DECLARATION OF AARON CERA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

I, Aaron Cera, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an associate of the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs Richard Kadrey, Sarah Silverman and Christopher Golden ("Plaintiffs") in the above-captioned action. I have personal knowledge of the matters stated herein and if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 and Local Rule 6-3 in support of Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Motion for Relief From Nondispositive Pretrial Order Of Magistrate Judge ("Motion").

2. Plaintiffs have reviewed and complied with the Standing Order Motions to Seal before District Judge Vince Chhabria.

3. Plaintiffs have reviewed and complied with Civil Local Rule 79-5.

4. Plaintiffs have filed conditionally under seal portions of the Motion that contain or reference material and information that Meta contends is subject to the attorney-client privilege and protected under the Court's Order of August 22, 2024 (ECF 114).

5. The following chart sets forth details regarding the information Plaintiffs seek to file under seal:

| Redacted Portion | Description of Information | Reason for Sealing |
| --- | --- | --- |
| **Bottom Pg. 1-Top Pg. 2** | Information Meta contends is protected by the attorney-client privilege. | Meta contends is subject to the attorney-client privilege and protected under the Court's Order of August 22, 2024 (ECF 114) |
| **Bottom Pg. 2** | Information Meta contends is protected by the attorney-client privilege. | Meta contends is subject to the attorney-client privilege and protected under the Court's Order of August 22, 2024 (ECF 114) |
| **Bottom Pg. 2** | Information Meta contends is protected by the attorney-client privilege. | Meta contends is subject to the attorney-client privilege and protected under the Court's Order of August 22, 2024 (ECF 114) |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of September 2024 in San Francisco, California.

Dated: September 5, 2024                    By:      /s/ Aaron Cera
                                                         Aaron Cera

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: September 5, 2024                                              */s/ Joseph R. Saveri*
                                                                      Joseph R. Saveri