| | |
|---|---|
| Joseph R. Saveri (State Bar No. 130064)<br>Cadio Zirpoli (State Bar No. 179108)<br>Christopher K.L. Young (State Bar No. 318371)<br>Holden Benon (State Bar No. 325847)<br>Aaron Cera (State Bar No. 351163)<br>Margaux Poueymirou (State Bar No. 356000)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Email: jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>hbenon@saverilawfirm.com<br>acera@saverilawfirm.com<br>mpoueymirou@saverilawfirm.com | Bryan L. Clobes (*pro hac vice*)<br>Alexander J. Sweatman (*pro hac vice anticipated*)<br>**CAFFERTY CLOBES MERIWETHER**<br>**& SPRENGEL LLP**<br>135 South LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>Telephone: (215) 864-2800<br>Email: bclobes@caffertyclobes.com<br>asweatman@caffertyclobes.com<br><br>David A. Straite (*pro hac vice*)<br>**DICELLO LEVITT LLP**<br>475 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>Telephone: (646) 933-1000<br>Email: dstraite@dicellolevitt.com |
| Matthew Butterick (State Bar No. 250953)<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>Telephone: (323) 968-2632<br>Facsimile: (415) 395-9940<br>Email: mb@buttericklaw.com | Daniel J. Muller (State Bar No. 193396)<br>**VENTURA HERSEY & MULLER, LLP**<br>1506 Hamilton Avenue<br>San Jose, California 95125<br>Telephone: (408) 512-3022<br>Facsimile: (408) 512-3023<br>Email: dmuller@venturahersey.com |

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, Sarah Silverman, Christopher Golden, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Jacqueline Woodson, and Lysa TerKeurst,<br><br>    *Individual and Representative Plaintiffs*,<br><br>    v.<br><br>Meta Platforms, Inc., a Delaware corporation;<br><br>                       *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1505, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On September 5, 2024, I served the following documents by email upon all persons appearing on the attached Service List:

- **PLAINTIFFS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE [Fed. R. Civ. P. 72(a); Civ. L.R. 72-2] FILED UNDER SEAL**

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 5, 2024, at San Francisco, California.

*/s/ Rya Fishman*
Rya Fishman

## SERVICE LIST

Bobby A. Ghajar
Colette Ani Ghazarian
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Email: bghajar@cooley.com
      cghazarian@cooley.com

Kathleen R. Hartnett
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Email: khartnett@cooley.com

Judd D. Lauter
Elizabeth Lee Stameshkin
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Email: jlauter@cooley.com
      lstameshkin@cooley.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Email: mlemley@lex-lumina.com

Angela L. Dunning
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road
Palo Alto, CA 94304-1254
Email: adunning@cgsh.com

*Counsel for Defendant
Meta Platforms, Inc.*

Amy Keller
James A. Ulwick
**DICELLO LEVITT LLP**
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Email: akeller@dicellolevitt.com
      julwick@dicellolevitt.com

Brian O. O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Ste 240
San Diego, CA 92121
Email: briano@dicellolevitt.com

*Counsel for Plaintiffs*