**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al., *Individual and Representative Plaintiffs*, v. META PLATFORMS, INC., *Defendant*. | Case No. 3:23-cv-03417-VC **[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO ENLARGE DISCOVERY CUTOFF** |

Before the Court is Plaintiffs' Motion to Enlarge Discovery Cutoff. Upon consideration of Plaintiffs' Motion and supporting papers submitted to the Court in connection therewith, and for good cause shown, the Court modifies the schedule as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Fact Discovery** | | |
| Substantial completion of document productions | July 15, 2024 | N/A |
| Close of fact discovery | September 30, 2024 | January 6, 2024 |
| Deadline to File and Fact Discovery Motions including Motions to Compel | October 7, 2024 | January 15, 2025 |
| **Expert Reports** | | |
| Opening Expert Reports Due | October 11, 2024 | January 17, 2025 |
| Rebuttal Expert Reports Due | November 8, 2024 | February 14, 2025 |
| Reply Expert Reports Due | November 22, 2024 | February 28, 2025 |
| Close of Expert Discovery | December 20, 2024 | March 28, 2025 |
| L/D to File Motions re Expert Discovery | December 27, 2024 | April 4, 2025 |
| **Daubert Motions** | | |
| Opening MSJ/*Daubert* Briefs Due | January 1, 2025 | April 9, 2025 |
| Oppositions to MSJ/*Daubert* Briefs Due | February 7, 2025 | May 16, 2025 |
| Reply MSJ/*Daubert* Briefs due | February 21, 2025 | May 30, 2025 |
| Hearing on MSJ | March 6, 2025 | June 12, 2025 |

**IT IS SO ORDERED**, on this date _____.

_____
The Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE