# EXHIBIT B

| | |
|---|---|
| **From:** | Lauter, Judd |
| **Sent:** | Wednesday, April 24, 2024 8:46 PM |
| **To:** | Joseph Saveri; Cadio Zirpoli; Christopher Young; Holden Benon; Kathleen McMahon; Aaron Cera; Matthew Butterick; Bryan L. Clobes; Alexander Sweatman; lkessler@saverilawfirm.com; briano@dicellolevitt.com |
| **Cc:** | Ghajar, Bobby A.; Stameshkin, Liz; Ghazarian, Colette A; Dunning, Angela L.; Hartnett, Kathleen; Weinstein, Mark; Alvarez, Jessica |
| **Subject:** | Kadrey v. Meta Platforms - Disclosure of Document Custodians Pursuant to ESI Order |

Counsel,

Pursuant to Paragraph 6(a) of the parties' stipulated ESI order (ECF No. 101, the "Order"), Meta discloses the following Document Custodians:

- Sergey Edunov (Director, AI Research)
- Melanie Kambadur (Research Engineering Manager)
- Hugo Touvron (AI Research Scientist)
- Mike Clark (Director of Product Management)

Meta will disclose additional custodians on or before May 10, consistent with the parties' obligations under the Order.

Regards,
Judd

### Judd Lauter
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2915 office
+1 415 693 2222 fax
jlauter@cooley.com

www.cooley.com/people/judd-lauter
www.cooley.com/litigation

Twitter | Facebook | LinkedIn

Learn more about Cooley's Artificial Intelligence capabilities

1