# EXHIBIT C

| | |
|---|---|
| **From:** | Stameshkin, Liz |
| **Sent:** | Friday, May 10, 2024 8:42 PM |
| **To:** | Joseph Saveri; Cadio Zirpoli; Christopher Young; Holden Benon; Kathleen McMahon; Aaron Cera; Matthew Butterick; Bryan L. Clobes; Alexander Sweatman; lkessler@saverilawfirm.com; briano@dicellolevitt.com |
| **Cc:** | Ghajar, Bobby A.; Lauter, Judd; Ghazarian, Colette A; Dunning, Angela L.; Hartnett, Kathleen; Weinstein, Mark; Alvarez, Jessica |
| **Subject:** | Kadrey v. Meta Platforms - Disclosure of Document Custodians Pursuant to ESI Order |

Counsel,

Pursuant to Paragraph 6(a) of the parties' stipulated ESI order (ECF No. 101), Meta discloses the following Document Custodians:

- Ahmad Al-Dahle (VP, GenAI)
- Angela Fan (Research Scientist)
- Josh Ginsberg (VP, Public Affairs Marketing)
- Chaya Nayak (Director, Product Management)
- Joelle Pineau (VP, AI Research)
- Aurelien Rodriguez (Software Engineering Manager, former employee)

Best,

Liz

Elizabeth L. Stameshkin
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5121 office
+1 650 849 7400 fax
+1 626 644 7586 mobile
lstameshkin@cooley.com
Pronouns: she, her, hers

Cooley is committed to racial justice