# EXHIBIT D

| | |
|---|---|
| **From:** | Aaron Cera <aCera@saverilawfirm.com> |
| **Sent:** | Monday, June 3, 2024 3:29 PM |
| **To:** | Ghajar, Bobby A.; Stameshkin, Liz; Ghazarian, Colette A; Dunning, Angela L.; Hartnett, Kathleen; Weinstein, Mark; Alvarez, Jessica; Lauter, Judd |
| **Cc:** | Joseph Saveri; Cadio Zirpoli; Christopher Young; Holden Benon; Elissa A. Buchanan; Margaux Poueymirou; Matthew Butterick; Bryan L. Clobes; Alexander Sweatman; briano@dicellolevitt.com; julwick@dicellolevitt.com; David Straite |
| **Subject:** | Re: Kadrey v. Meta Platforms // Document Custodians |

**[External]**

Counsel,

Pursuant to the parties' stipulated ESI order (ECF No. 101), Plaintiffs disclose the following Document Custodians:

1. Ta-Nehisi Coates (Author of Copyrighted Works)
2. Junot Díaz (Author of Copyrighted Works)
3. Andrew Sean Greer (Author of Copyrighted Works)
4. David Henry Hwang (Author of Copyrighted Works)
5. Matthew Klam (Author of Copyrighted Works)
6. Laura Lippman (Author of Copyrighted Works)
7. Jacqueline Woodson (Author of Copyrighted Works)

Best,
Aaron

**Aaron Cera**
Associate

_____

**JOSEPH SAVERI**
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
**T** 415.500.6800 x909
**F** 415.395.9940

---

**From:** Aaron Cera
**Sent:** Wednesday, April 24, 2024 6:09 PM
**To:** Ghajar, Bobby A. <bghajar@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Hartnett, Kathleen <khartnett@cooley.com>; Weinstein, Mark <mweinstein@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; Lauter, Judd

<jlauter@cooley.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; Matthew Butterick <mb@butterricklaw.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; briano@dicellolevitt.com <briano@dicellolevitt.com>
**Subject:** Kadrey v. Meta Platforms // Document Custodians

Counsel,

Pursuant to the parties' stipulated ESI order (ECF No. 101), Plaintiffs disclose the following Document Custodians:

1. Richard Kadrey (Author of Copyrighted Works)
2. Sarah Silverman (Author of Copyrighted Works)
3. Christopher Golden (Author of Copyrighted Works)


Best,
Aaron


**Aaron Cera**
Associate

_____

JOSEPH SAVERI
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
**T** 415.500.6800 x909
**F** 415.395.9940

2