# **EXHIBIT F**

| | |
|---|---|
| **From:** | Stameshkin, Liz |
| **Sent:** | Friday, August 9, 2024 7:37 PM |
| **To:** | Holden Benon; Ghajar, Bobby A.; Lauter, Judd; Aaron Cera; Alexander Sweatman; Ghazarian, Colette A; Weinstein, Mark; Hartnett, Kathleen; Dunning, Angela L.; Alvarez, Jessica |
| **Cc:** | Joseph Saveri; Cadio Zirpoli; Christopher Young; Elissa A. Buchanan; Ruby Ponce; Matthew Butterick; Bryan L. Clobes; akeller@dicellolevitt.com; Julwick@dicellolevitt.com; David Straite; ndjordjevic@dicellolevitt.com; Mohammed Rathur |
| **Subject:** | RE: Meta: Further Request for Privilege Log |

Hi Holden,

Given the substantial productions made by Meta in this case, we are and have been diligently working on our privilege log.  Meta is happy to agree to a mutual date by which the parties will exchange privilege logs, but believes August 14 is not feasible given the size and scope of Meta's review population.  Meta would propose the parties provide their privilege logs no later than August 30 – which would include logging documents relating to Meta's most recent productions – under the condition that each Plaintiff also agrees that they will provide their privilege logs by that date as well.

Please let us know if this works on your end and for each of your clients.

Best,
Liz

---

**From:** Holden Benon <hbenon@saverilawfirm.com>
**Sent:** Thursday, August 8, 2024 5:16 PM
**To:** Ghajar, Bobby A. <bghajar@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Aaron Cera <aCera@saverilawfirm.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Weinstein, Mark <mweinstein@cooley.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Stameshkin, Liz <lstameshkin@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Matthew Butterick <mb@butericklaw.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; akeller@dicellolevitt.com; Julwick@dicellolevitt.com; David Straite <dstraite@dicellolevitt.com>; ndjordjevic@dicellolevitt.com; Mohammed Rathur <MRathur@caffertyclobes.com>
**Subject:** Meta: Further Request for Privilege Log

**[External]**

Counsel,

As you know, Plaintiffs have requested a privilege log for Meta's productions to-date. We ask that you provide that to us by August 14, which is 30 days after the substantial completion deadline. *See Burlington N. & Santa Fe Ry. Co. v. U.S. Dist. Ct. for Dist. of Mont.*, 408 F.3d 1142, 1149 (9th Cir. 2005).

Thanks,
Holden