# **EXHIBIT G**

| | |
|---|---|
| **From:** | Ruby Ponce <rponce@saverilawfirm.com> |
| **Sent:** | Thursday, August 22, 2024 4:06 PM |
| **To:** | Ghajar, Bobby A.; adunning@cgsh.com; Ghazarian, Colette A; Stameshkin, Liz; Lauter, Judd; Hartnett, Kathleen; Biksa, Liene; Alvarez, Jessica; mlemley@lex-lumina.com; julwick@dicellolevitt.com; akeller@dicellolevitt.com |
| **Cc:** | Margaux Poueymirou; Elissa A. Buchanan; Holden Benon; Aaron Cera; Ashleigh Jensen; Heaven Haile; Rya Fishman; Matthew Butterick; Bryan L. Clobes; Alexander Sweatman; Mohammed Rathur; dmuller@venturahersey.com |
| **Subject:** | Kadrey et al v. Meta Platforms, Inc. Case No. 3:23-cv-03417-VC |
| **Attachments:** | 2024-08-22 Notice of Deposition of Melanie Kambadur.pdf; 2024-08-22 Notice of Deposition of Todor Mihaylov.pdf |

**[External]**

Counsel,

Attached, please find the following attachments regarding the above-noted matter.

- NOTICE OF DEPOSITION OF MELANIE KAMBADUR
- NOTICE OF DEPOSITION OF TODOR MIHAYLOV

Thank you,

**Ruby Ponce**
*Paralegal*



601 California Street, Suite 1505
San Francisco, CA 94108
**T** 415.655.5989
**F** 415.395.9940