# EXHIBIT H

| | |
|---|---|
| **From:** | Rya Fishman <rfishman@saverilawfirm.com> |
| **Sent:** | Friday, August 30, 2024 11:39 AM |
| **To:** | Ghajar, Bobby A.; Ghazarian, Colette A; Hartnett, Kathleen; Lauter, Judd; mlemley@lex-lumina.com; adunning@cgsh.com; Alvarez, Jessica |
| **Cc:** | Aaron Cera; Ashleigh Jensen; Cadio Zirpoli; Christopher Young; Elissa A. Buchanan; Heaven Haile; Holden Benon; Joseph Saveri; Louis Kessler; Margaux Poueymirou; Matthew Butterick; Ruby Ponce; Rya Fishman; Alexander Sweatman; Bryan L. Clobes; dmuller@venturahersey.com; akeller@dicellolevitt.com; julwick@dicellolevitt.com |
| **Subject:** | Case 3:23-cv-03417-VC Kadrey et al v. Meta Platforms - Notice of Deposition |
| **Attachments:** | 2024-08-30 Notice of Deposition of Stella Biderman.pdf |

**[External]**

Counsel,

Please find attached:

- NOTICE OF DEPOSITION OF STELLA BIDERMAN

Thank you,

**Rya Fishman**
Paralegal
_____

JOSEPH SAVERI
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
**T** 415.500.6800 x931
**F** 415.395.9940