# EXHIBIT I

| | |
|---|---|
| **From:** | Ghazarian, Colette A |
| **Sent:** | Friday, August 23, 2024 8:59 PM |
| **To:** | Joseph Saveri; Cadio Zirpoli; Christopher Young; Holden Benon; Kathleen McMahon; Aaron Cera; Matthew Butterick; BClobes@caffertyclobes.com; ASweatman@caffertyclobes.com; David Straite; akeller@dicellolevitt.com; BrianO@dicellolevitt.com |
| **Cc:** | Ghajar, Bobby A.; Weinstein, Mark; Hartnett, Kathleen; Lauter, Judd; Stameshkin, Liz; Dunning, Angela L.; Alvarez, Jessica |
| **Subject:** | Kadrey et al v. Meta Platforms, Inc. Case No. 3:23-cv-03417-VC / Depositions of Plaintiffs |
| **Attachments:** | 2024-08-23 Deft's Notice of Deposition of Junot Diaz.pdf; 2024-08-23 Deft's Notice of Deposition of Laura Lippman.pdf; 2024-08-23 Deft's Notice of Deposition of Lysa Terkeurst.pdf; 2024-08-23 Deft's Notice of Deposition of Matthew Klam.pdf; 2024-08-23 Deft's Notice of Deposition of Sarah Silverman.pdf; 2024-08-23 Deft's Notice of Deposition of Andrew Sean Greer.pdf; 2024-08-23 Deft's Notice of Deposition of Christopher Golden.pdf |

Counsel,

We are writing regarding the depositions of Plaintiffs. Attached are Notices of Deposition of Andrew Sean Greer, Sarah Silverman, Laura Lippman, Matthew Klam, Christopher Golden, Junot Diaz, and Lysa TerKeurst. While we have selected dates for each witness's deposition, if a witness is unavailable on the date noticed for his/her deposition, please let us know as soon as possible and provide alternative dates.

As we were unsure of where Ms. TerKeurst resides, we have noticed her deposition in New York, where Mr. TerKeurst's counsel is located. Please let us know whether Ms. TerKeurst will be made available in New York or, otherwise, where she resides or will be made available.

Similarly, please let us know where Richard Kadrey will be made available to be deposed, as we are also unsure about where he resides.

Thank you,
Colette

Colette Ghazarian
Cooley LLP
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA  90071-1560
+1 213 561 3222 office
+1 213 561 3244 fax
cghazarian@cooley.com

Pronouns: she, her, hers

www.cooley.com

Cooley is committed to racial justice