# EXHIBIT L

| | |
|---|---|
| **From:** | Aaron Cera <aCera@saverilawfirm.com> |
| **Sent:** | Friday, August 30, 2024 1:08 AM |
| **To:** | Ghajar, Bobby A.; Lauter, Judd; Hartnett, Kathleen; adunning@cgsh.com; Ghazarian, Colette A; Stameshkin, Liz; Biksa, Liene; Alvarez, Jessica; mlemley@lex-lumina.com |
| **Cc:** | Joseph Saveri; Cadio Zirpoli; Christopher Young; Holden Benon; Ruby Ponce; Margaux Poueymirou; Elissa A. Buchanan; Ashleigh Jensen; Heaven Haile; Rya Fishman; Matthew Butterick; Bryan L. Clobes; Alexander Sweatman; Mohammed Rathur; dmuller@venturahersey.com; Nada Djordjevic; David Straite; akeller@dicellolevitt.com; julwick@dicellolevitt.com |
| **Subject:** | Re: Kadrey et al. v. Meta: Letter re Depositions and Additional Custodians |

**[External]**

Counsel,

We write to follow up on certain items discussed during today's call.

**Defendant Depos**
Pursuant to N.D. Cal. Civil L.R. 30-1 we would like to schedule a time next week to meet and confer on agreeable dates and locations for the deponents below. Further, we would like to confer on agreeable dates and locations for Ms. Kambadur and Mr. Mihaylov. Below, please find a list of individuals we intend to notice for deposition. Plaintiffs reserve all rights with respect to seeking additional depositions.

Ahmad Al-Dahle
Amrish Acharya
Angela Fan
Aurelien Rodriguez
Arun Rao
Chaya Nayak
Edouard Grave
Eleonora Presani
Eugene Nho
Guillaume Lample
Hugo Touvron
Joelle Pineau
Josh Ginsberg
Lukas Blecher
Luke Zettlemoyer
Mark Zuckerberg
Meta's 30(b)(6) Witnesses
Moya Chen
Nikolay Bashlykov
Nisha Deolaliker
Sergey Edunov
Susan Zhang

1

Tim Dettmers
Xavier Martinet
Yann LeCun

**Plaintiff Depos**
We also write to provide an update on the dates and locations for Plaintiffs Silverman, Golden, and Kadrey. We believe we should have a mutual exchange of proposed dates and times for both parties' deponents.  To that end, we are available next week to meet and confer on dates and times for the noticed depositions. Please provide your availability. Counsel for Plaintiffs Coates, Diaz, Greer, Hwang, Klam, Lippman, Snyder and Woodson will send a separate email addressing deposition notices and following-up on today's meet and confer discussion regarding related issues. Similarly, counsel for Plaintiff TerKeurst has been communicating with you separately, will provide topics for discussion soon, and is waiting for your response on dates to meet and confer, regarding Ms. TerKeurst's deposition.

Best,
Aaron

**Aaron Cera**
Associate

———————————————



601 California Street, Suite 1505
San Francisco, CA 94108
**T** 415.500.6800 x909
**F** 415.395.9940

---

**From:** Lauter, Judd <jlauter@cooley.com>
**Sent:** Monday, August 26, 2024 11:19 PM
**To:** Hartnett, Kathleen <khartnett@cooley.com>; Holden Benon <hbenon@saverilawfirm.com>; Ghajar, Bobby A. <bghajar@cooley.com>; adunning@cgsh.com <adunning@cgsh.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com <mlemley@lex-lumina.com>; julwick@dicellolevitt.com <julwick@dicellolevitt.com>; akeller@dicellolevitt.com <akeller@dicellolevitt.com>
**Cc:** Ruby Ponce <rponce@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Heaven Haile <hhaile@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@buttericklaw.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur <mrathur@caffertyclobes.com>; dmuller@venturahersey.com <dmuller@venturahersey.com>
**Subject:** RE: Kadrey et al. v. Meta: Letter re Depositions and Additional Custodians

External (jlauter@cooley.com)

Report This Email  FAQ  Skout Email Protection

Holden,

Per your email on Sunday, we should schedule our other meet confer during this window as well.  We can address your letter from Thursday at 11, followed by the Friday letter.

Best,
Judd

**Judd Lauter**
Cooley LLP
+1 415 693 2915 office
jlauter@cooley.com

---

**From:** Hartnett, Kathleen <khartnett@cooley.com>
**Sent:** Monday, August 26, 2024 10:57 PM
**To:** Holden Benon <hbenon@saverilawfirm.com>; Ghajar, Bobby A. <bghajar@cooley.com>; adunning@cgsh.com; Ghazarian, Colette A <cghazarian@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; julwick@dicellolevitt.com; akeller@dicellolevitt.com
**Cc:** Ruby Ponce <rponce@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Heaven Haile <hhaile@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@buttericklaw.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur <mrathur@caffertyclobes.com>; dmuller@venturahersey.com
**Subject:** RE: Kadrey et al. v. Meta: Letter re Depositions and Additional Custodians

Holden,

We can do that window on Thursday.  We have two team members in an all-day mediation tomorrow and needed to consult with our client today before responding to you.

Thanks,
Kathleen

---

**From:** Holden Benon <hbenon@saverilawfirm.com>
**Sent:** Monday, August 26, 2024 10:32 PM
**To:** Hartnett, Kathleen <khartnett@cooley.com>; Ghajar, Bobby A. <bghajar@cooley.com>; adunning@cgsh.com; Ghazarian, Colette A <cghazarian@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; julwick@dicellolevitt.com; akeller@dicellolevitt.com
**Cc:** Ruby Ponce <rponce@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Heaven Haile <hhaile@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@buttericklaw.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur <mrathur@caffertyclobes.com>; dmuller@venturahersey.com
**Subject:** RE: Kadrey et al. v. Meta: Letter re Depositions and Additional Custodians

**[External]**

---

Kathleen,

We disagree with your characterization of Plaintiffs' proposals.

We have team members out of office on Wednesday. Is Meta available tomorrow as we requested? We are also available on Thursday between 11am-1pm.

Please let us know.

Thanks,
Holden

---

**From:** Hartnett, Kathleen <khartnett@cooley.com>
**Sent:** Monday, August 26, 2024 9:57 PM
**To:** Holden Benon <hbenon@saverilawfirm.com>; Ghajar, Bobby A. <bghajar@cooley.com>; adunning@cgsh.com; Ghazarian, Colette A <cghazarian@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; julwick@dicellolevitt.com; akeller@dicellolevitt.com
**Cc:** Ruby Ponce <rponce@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Heaven Haile <hhaile@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@buttericklaw.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur <mrathur@caffertyclobes.com>; dmuller@venturahersey.com
**Subject:** RE: Kadrey et al. v. Meta: Letter re Depositions and Additional Custodians

Counsel,

We are reviewing with our client the letter you sent late Friday afternoon proposing radical changes to the discovery process in this case, under which the parties have been operating for months. Please let us know your availability to confer on Wednesday of this week.

Thanks,
Kathleen

### Kathleen R. Hartnett
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2071 office
+1 415 693 2222 fax
+1 202 368 5916 mobile
khartnett@cooley.com
www.cooley.com/people/kathleen-hartnett
Pronouns: she, her, hers

---

**From:** Holden Benon <hbenon@saverilawfirm.com>
**Sent:** Friday, August 23, 2024 4:43 PM
**To:** Ghajar, Bobby A. <bghajar@cooley.com>; adunning@cgsh.com; Ghazarian, Colette A <cghazarian@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Hartnett, Kathleen

4

<khartnett@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; julwick@dicellolevitt.com; akeller@dicellolevitt.com
**Cc:** Ruby Ponce <rponce@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Heaven Haile <hhaile@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@buttericklaw.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur <mrathur@caffertyclobes.com>; dmuller@venturahersey.com
**Subject:** Kadrey et al. v. Meta: Letter re Depositions and Additional Custodians

**[External]**

Bobby:

Please see the enclosed letter.

Best,
Holden

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.