COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                                      Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DEFENDANT META PLATFORMS, INC.'S RESPONSE TO COURT'S DISCOVERY ORDER OF SEPTEMBER 11, 2024 [DKT. 139]** |

Pursuant to the Magistrates Judge's Order on September 11, 2024 (Dkt. 139), Defendant Meta Platforms, Inc. ("Meta") attaches hereto Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Ta-Nehisi Coates, Junot Diaz, Richard Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, and Jacqueline Woodson's (collectively, with Lysa TerKeurst, "Plaintiffs") Amended Responses to Meta's Second Sets of Request for Admissions ("RFAs"), which include responses to RFAs 8-16, 31, 33. Plaintiffs did not serve amended responses to RFAs 18 and 19, and their original responses were included in Exhibit C to the parties' Joint Discovery Letter Brief (Dkt. 136-3). Ms. TerKeurst did not serve amended responses to RFAs 8-16, 31, and 33.

| Exhibit # | Plaintiff | Document Title | Dated |
|---|---|---|---|
| 1. | Richard Kadrey | Plaintiff's Amended Responses to Request for Admissions, Set No. Two. | August 28, 2024 |
| 2. | Sarah Silverman | Plaintiff's Amended Responses to Request for Admissions, Set No. Two. | August 28, 2024 |
| 3. | Christopher Golden | Plaintiff's Amended Responses to Request for Admissions, Set No. Two. | August 28, 2024 |
| 4. | Ta-Nehisi Coates | Plaintiff's Amended Responses to Request for Admissions, Set No. Two. | September 6, 2024 |
| 5. | Junot Diaz | Plaintiff's Amended Responses to Request for Admissions, Set No. Two. | September 6, 2024 |
| 6. | Richard Greer | Plaintiff's Amended Responses to Request for Admissions, Set No. Two. | September 6, 2024 |
| 7. | David Henry Hwang | Plaintiff's Amended Responses to Request for Admissions, Set No. Two. | September 6, 2024 |
| 8. | Matthew Klam | Plaintiff's Amended Responses to Request for Admissions, Set No. Two. | September 6, 2024 |
| 9. | Laura Lippman | Plaintiff's Amended Responses to Request for Admissions, Set No. Two. | September 6, 2024 |

| 10. | Rachel Louise Snyder | Plaintiff's Amended Responses to Request for Admissions, Set No. Two. | September 6, 2024 |
|---|---|---|---|
| 11. | Jacqueline Woodson | Plaintiff's Amended Responses to Request for Admissions, Set No. Two. | September 6, 2024 |

Dated: September 12, 2024                    COOLEY LLP


By:   */s/ Colette Ghazarian*
      Bobby Ghajar
      Mark Weinstein
      Kathleen Hartnett
      Judd Lauter
      Liz Stameshkin
      Colette Ghazarian

      LEX LUMINA PLLC
      Mark A. Lemley

      CLEARY GOTTLIEB STEEN & HAMILTON LLP
      Angela L. Dunning

      Attorneys for Defendant
      META PLATFORMS, INC.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

DEF'S RESPONSE TO COURT'S
ORDER OF SEPTEMBER 11, 2024
3:23-CV-03417-VC