UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., et al.,<br><br>   Defendants. | Case No.  23-cv-03417-VC   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 136 |

   This is a follow-on order to ECF No. 139.  In ECF No. 136, Meta moved to compel further responses to its requests for admission ("RFAs") 8-16, 18-19, 31 and 33.  Meta has now filed the relevant amended RFA responses.  ECF No. 140-1.  From Plaintiffs' section of the joint discovery letter brief, it looks like Plaintiffs Kadrey, Silverman, Golden, Coates, Diaz, Greer, Hwang, Klam, Lippman, Synder and Woodson are standing on their amended responses to RFAs 8-16, 31 and 33.  The Court has reviewed those responses, and they are satisfactory.  Essentially, Kadrey, Silverman and Golden admit all these RFAs except for RFA 16, as to which they disclaim knowledge, but there is nothing implausible about that disclaimer of knowledge.  Coates, Diaz, Greer, Hwang, Klam, Lippman, Snyder and Woodson respond similarly, except that they mostly deny RFA 33.  Since RFA 33 asks what they are "willing" to do, only they can answer that, and the Court has no ability to say they have answered the RFA incorrectly.  These Plaintiffs also say they will amend their responses to RFAs 18 and 19 "shortly."

   Plaintiff TerKeurst looks like she is standing on her responses to RFAs 8-11 and 31.  Her responses to those RFAs are a little wordy, but she ends up admitting them, so the Court thinks she has fairly responded to them.  She says she will "shortly" amend her responses to RFAs 12-16, 18-19 and 33.

Accordingly, Meta's motion to compel as to the RFAs is **GRANTED IN PART** and **DENIED IN PART**.  The Court **ORDERS** Plaintiffs Kadrey, Silverman, Golden, Coates, Diaz, Greer, Hwang, Klam, Lippman, Synder and Woodson to amend their responses to RFAs 18 and 19 by September 19, 2024.  The Court **ORDERS** Plaintiff Terkeurst to amend her responses to RFAs 12-16, 18-19 and 33 by September 19, 2024.

**IT IS SO ORDERED.**

Dated: September 12, 2024

THOMAS S. HIXSON
United States Magistrate Judge

2