# EXHIBIT A

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              czirpoli@saverilawfirm.com
              cyoung@saverilawfirm.com
              tmanfredi@saverilawfirm.com
              hbenon@saverilawfirm.com
              kmcmahon@saverilawfirm.com
              acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
Email:        mb@butterickthelaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:    (215) 864-2800
Email:        bclobes@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., | Lead Case No. 3:23-cv-03417-VC |
| *Individual and Representative Plaintiffs*, | **PLAINTIFF TA-NEHISI COATES'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |
| v. | |
| Meta Platforms, Inc., | |
| *Defendant*. | |

Lead Case No. 3:23-cv-03417-VC

PLAINTIFF TA-NEHISI COATES'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS,
INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

and any other applicable rules or laws. Plaintiff will interpret these instructions as not requiring Plaintiff to perform unreasonable searches, not requiring cumulative or duplicative discovery, and not requiring Plaintiff to exceed the obligations set forth in the applicable rules and laws.

14.     In providing these responses and objections and in producing documents, Plaintiff does not waive any ground on which he may object to the use of any response, objection or document in subsequent proceedings.

15.     Plaintiff's investigation in this Action is ongoing. Plaintiff therefore reserves the right to supplement these responses.

### OBJECTIONS AND RESPONSES TO INDIVIDUAL REQUESTS

### REQUEST FOR PRODUCTION NO. 1:

Complete copies of copyright registrations and deposit material for each of YOUR ASSERTED WORKS.

### RESPONSE TO REQUEST NO. 1:

In addition to and without waiving the general objections set forth above, Plaintiff objects to this Request to the extent that it is vague, ambiguous, and overbroad in nature. Plaintiff objects to this Request to the extent that the term "deposit material" is undefined and ambiguous. Plaintiff further objects to this Request to the extent that it calls for documents subject to the attorney-client privilege, work product doctrine, and/or any other applicable privilege or protection from disclosure. Plaintiff objects to this Request on the grounds that such documents are publicly accessible, are equally available to Defendants, or are already in their possession, custody, or control.

Subject to and without waiving the general and specific objections stated above, Plaintiff will search for and produce relevant and responsive non-privileged copyright registrations within his possession, custody, or control relating to Plaintiff's ASSERTED WORKS.

### REQUEST FOR PRODUCTION NO. 2:

All COMMUNICATIONS between YOU, on the one hand, and the other Plaintiffs or third parties, on the other hand, CONCERNING the ACTION, including but not limited to interviews, statements to the press, and discussions with other authors not a party to the ACTION.

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               tmanfredi@saverilawfirm.com
               hbenon@saverilawfirm.com
               kmcmahon@saverilawfirm.com
               acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
Email:         mb@butterticklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:    (215) 864-2800
Email:         bclobes@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>               *Defendant*. | Lead Case No. 3:23-cv-03417-VC<br><br>**PLAINTIFF JUNOT DÍAZ'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |

Lead Case No. 3:23-cv-03417-VC

PLAINTIFF JUNOT DÍAZ'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST
SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

and any other applicable rules or laws. Plaintiff will interpret these instructions as not requiring Plaintiff to perform unreasonable searches, not requiring cumulative or duplicative discovery, and not requiring Plaintiff to exceed the obligations set forth in the applicable rules and laws.

14.     In providing these responses and objections and in producing documents, Plaintiff does not waive any ground on which he may object to the use of any response, objection or document in subsequent proceedings.

15.     Plaintiff's investigation in this Action is ongoing. Plaintiff therefore reserves the right to supplement these responses.

## OBJECTIONS AND RESPONSES TO INDIVIDUAL REQUESTS

### REQUEST FOR PRODUCTION NO. 1:

Complete copies of copyright registrations and deposit material for each of YOUR ASSERTED WORKS.

### RESPONSE TO REQUEST NO. 1:

In addition to and without waiving the general objections set forth above, Plaintiff objects to this Request to the extent that it is vague, ambiguous, and overbroad in nature. Plaintiff objects to this Request to the extent that the term "deposit material" is undefined and ambiguous. Plaintiff further objects to this Request to the extent that it calls for documents subject to the attorney-client privilege, work product doctrine, and/or any other applicable privilege or protection from disclosure. Plaintiff objects to this Request on the grounds that such documents are publicly accessible, are equally available to Defendants, or are already in their possession, custody, or control.

Subject to and without waiving the general and specific objections stated above, Plaintiff will search for and produce relevant and responsive non-privileged copyright registrations within his possession, custody, or control relating to Plaintiff's ASSERTED WORKS.

### REQUEST FOR PRODUCTION NO. 2:

All COMMUNICATIONS between YOU, on the one hand, and the other Plaintiffs or third parties, on the other hand, CONCERNING the ACTION, including but not limited to interviews, statements to the press, and discussions with other authors not a party to the ACTION.

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K. L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:      jsaveri@saverilawfirm.com
            czirpoli@saverilawfirm.com
            cyoung@saverilawfirm.com
            lkessler@saverilawfirm.com
            hbenon@saverilawfirm.com
            kmcmahon@saverilawfirm.com
            acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
Email:      mb@butricklaw.com

Bryan L. Clobes (pro hac vice)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone: (215) 864-2800
Email:      bclobes@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., <br><br> *Individual and Representative Plaintiffs,* <br><br> v. <br><br> Meta Platforms, Inc., <br><br> *Defendant.* | Lead Case No. 3:23-cv-03417-VC <br> Case No. 4:23-cv-06663 <br><br> **PLAINTIFF CHRISTOPHER GOLDEN′S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |

those set forth in the Federal Rules of Civil Procedure, the Local Rules of this Court, and any other applicable rules or laws. Plaintiff will interpret these instructions as not requiring Plaintiff to perform unreasonable searches, not requiring cumulative or duplicative discovery, and not requiring Plaintiff to exceed the obligations set forth in the applicable rules and laws.

14.     In providing these responses and objections and in producing documents, Plaintiff does not waive any ground on which he may object to the use of any response, objection or document in subsequent proceedings.

15.     Plaintiff's investigation in this Action is ongoing. Plaintiff therefore reserves the right to supplement these responses.

## OBJECTIONS AND RESPONSES TO INDIVIDUAL REQUESTS

**REQUEST FOR PRODUCTION NO. 1:**

Complete copies of copyright registrations and deposit material for each of YOUR ASSERTED WORKS.

**RESPONSE TO REQUEST NO. 1:**

In addition to and without waiving the general objections set forth above, Plaintiff objects to this Request to the extent that it is vague, ambiguous, and overbroad in nature. Plaintiff objects to this Request to the extent that the term "deposit material" is undefined and ambiguous. Plaintiff further objects to this Request to the extent that it calls for documents subject to the attorney-client privilege, work product doctrine, and/or any other applicable privilege or protection from disclosure. Plaintiff objects to this Request on the grounds that such documents are publicly accessible, are equally available to Defendant, or are already in their possession, custody, or control.

Subject to and without waiving the general and specific objections stated above, Plaintiff will search for and produce relevant and responsive non-privileged copyright registrations within his possession, custody, or control relating to Plaintiff's ASSERTED WORKS.

**REQUEST FOR PRODUCTION NO. 2:**

All COMMUNICATIONS between YOU, on the one hand, and the other Plaintiffs or third parties, on the other hand, CONCERNING the ACTION, including but not limited to interviews, statements to the press, and discussions with other authors not a party to the ACTION.

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               tmanfredi@saverilawfirm.com
               hbenon@saverilawfirm.com
               kmcmahon@saverilawfirm.com
               acera@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:   (415) 395-9940
Email:       mb@buttericklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:   (215) 864-2800
Email:       bclobes@caffertyclobes.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>*Defendant*. | Lead Case No. 3:23-cv-03417-VC<br><br>**PLAINTIFF ANDREW SEAN GREER'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |

Lead Case No. 3:23-cv-03417-VC

PLAINTIFF ANDREW SEAN GREER'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

and any other applicable rules or laws. Plaintiff will interpret these instructions as not requiring Plaintiff to perform unreasonable searches, not requiring cumulative or duplicative discovery, and not requiring Plaintiff to exceed the obligations set forth in the applicable rules and laws.

14.     In providing these responses and objections and in producing documents, Plaintiff does not waive any ground on which he may object to the use of any response, objection or document in subsequent proceedings.

15.     Plaintiff's investigation in this Action is ongoing. Plaintiff therefore reserves the right to supplement these responses.

## OBJECTIONS AND RESPONSES TO INDIVIDUAL REQUESTS

**REQUEST FOR PRODUCTION NO. 1:**

Complete copies of copyright registrations and deposit material for each of YOUR ASSERTED WORKS.

**RESPONSE TO REQUEST NO. 1:**

In addition to and without waiving the general objections set forth above, Plaintiff objects to this Request to the extent that it is vague, ambiguous, and overbroad in nature. Plaintiff objects to this Request to the extent that the term "deposit material" is undefined and ambiguous. Plaintiff further objects to this Request to the extent that it calls for documents subject to the attorney-client privilege, work product doctrine, and/or any other applicable privilege or protection from disclosure. Plaintiff objects to this Request on the grounds that such documents are publicly accessible, are equally available to Defendants, or are already in their possession, custody, or control.

Subject to and without waiving the general and specific objections stated above, Plaintiff will search for and produce relevant and responsive non-privileged copyright registrations within his possession, custody, or control relating to Plaintiff's ASSERTED WORKS.

**REQUEST FOR PRODUCTION NO. 2:**

All COMMUNICATIONS between YOU, on the one hand, and the other Plaintiffs or third parties, on the other hand, CONCERNING the ACTION, including but not limited to interviews, statements to the press, and discussions with other authors not a party to the ACTION.

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               tmanfredi@saverilawfirm.com
               hbenon@saverilawfirm.com
               kmcmahon@saverilawfirm.com
               acera@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:   (415) 395-9940
Email:       mb@but50ricklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:   (215) 864-2800
Email:       bclobes@caffertyclobes.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>      *Individual and Representative Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>      *Defendant*. | Lead Case No. 3:23-cv-03417-VC<br><br>**PLAINTIFF DAVID HENRY HWANG'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |

Lead Case No. 3:23-cv-03417-VC

PLAINTIFF DAVID HENRY HWANG'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS,
INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

and any other applicable rules or laws. Plaintiff will interpret these instructions as not requiring Plaintiff to perform unreasonable searches, not requiring cumulative or duplicative discovery, and not requiring Plaintiff to exceed the obligations set forth in the applicable rules and laws.

14.    In providing these responses and objections and in producing documents, Plaintiff does not waive any ground on which he may object to the use of any response, objection or document in subsequent proceedings.

15.    Plaintiff's investigation in this Action is ongoing. Plaintiff therefore reserves the right to supplement these responses.

## OBJECTIONS AND RESPONSES TO INDIVIDUAL REQUESTS

**REQUEST FOR PRODUCTION NO. 1:**

Complete copies of copyright registrations and deposit material for each of YOUR ASSERTED WORKS.

**RESPONSE TO REQUEST NO. 1:**

In addition to and without waiving the general objections set forth above, Plaintiff objects to this Request to the extent that it is vague, ambiguous, and overbroad in nature. Plaintiff objects to this Request to the extent that the term "deposit material" is undefined and ambiguous. Plaintiff further objects to this Request to the extent that it calls for documents subject to the attorney-client privilege, work product doctrine, and/or any other applicable privilege or protection from disclosure. Plaintiff objects to this Request on the grounds that such documents are publicly accessible, are equally available to Defendants, or are already in their possession, custody, or control.

Subject to and without waiving the general and specific objections stated above, Plaintiff will search for and produce relevant and responsive non-privileged copyright registrations within his possession, custody, or control relating to Plaintiff's ASSERTED WORKS.

**REQUEST FOR PRODUCTION NO. 2:**

All COMMUNICATIONS between YOU, on the one hand, and the other Plaintiffs or third parties, on the other hand, CONCERNING the ACTION, including but not limited to interviews, statements to the press, and discussions with other authors not a party to the ACTION.

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K. L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          czirpoli@saverilawfirm.com
          cyoung@saverilawfirm.com
          lkessler@saverilawfirm.com
          hbenon@saverilawfirm.com
          kmcmahon@saverilawfirm.com
          acera@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone:  (323) 968-2632
Facsimile:  (415) 395-9940
Email:      mb@buttericklaw.com

Bryan L. Clobes (pro hac vice)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone: (215) 864-2800
Email:     bclobes@caffertyclobes.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., | Lead Case No. 3:23-cv-03417-VC |
| | Case No. 4:23-cv-06663 |
| *Individual and Representative Plaintiffs*, | |
| | **PLAINTIFF RICHARD KADREY'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |
| v. | |
| Meta Platforms, Inc., | |
| *Defendant*. | |

Lead Case No. 3:23-cv-03417-VC

PLAINTIFF RICHARD KADREY'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS,
INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

1      duplicative discovery, and not requiring Plaintiff to exceed the obligations set forth in the

2      applicable rules and laws.

3  14.  In providing these responses and objections and in producing documents, Plaintiff does not

4      waive any ground on which he may object to the use of any response, objection or document in

5      subsequent proceedings.

6  15.  Plaintiff's investigation in this Action is ongoing. Plaintiff therefore reserves the right to

7      supplement these responses.

8          **OBJECTIONS AND RESPONSES TO INDIVIDUAL REQUESTS**

9  **REQUEST FOR PRODUCTION NO. 1:**

10      Complete copies of copyright registrations and deposit material for each of YOUR ASSERTED

11  WORKS.

12  **RESPONSE TO REQUEST NO. 1:**

13      In addition to and without waiving the general objections set forth above, Plaintiff objects to this

14  Request to the extent that it is vague, ambiguous, and overbroad in nature. Plaintiff objects to this

15  Request to the extent that the term "deposit material" is undefined and ambiguous. Plaintiff further

16  objects to this Request to the extent that it calls for documents subject to the attorney-client privilege,

17  work product doctrine, and/or any other applicable privilege or protection from disclosure. Plaintiff

18  objects to this Request on the grounds that such documents are publicly accessible, are equally available

19  to Defendant, or are already in their possession, custody, or control.

20      Subject to and without waiving the general and specific objections stated above, Plaintiff will

21  search for and produce relevant and responsive non-privileged copyright registrations within his

22  possession, custody, or control relating to Plaintiff's ASSERTED WORKS.

23  **REQUEST FOR PRODUCTION NO. 2:**

24      All COMMUNICATIONS between YOU, on the one hand, and the other Plaintiffs or third

25  parties, on the other hand, CONCERNING the ACTION, including but not limited to interviews,

26  statements to the press, and discussions with other authors not a party to the ACTION.

27

28

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    cyoung@saverilawfirm.com
                    tmanfredi@saverilawfirm.com
                    hbenon@saverilawfirm.com
                    kmcmahon@saverilawfirm.com
                    acera@saverilawfirm.com

*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:           mb@butstericklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:     (215) 864-2800
Email:           bclobes@caffertyclobes.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| Richard Kadrey, et al., | Lead Case No. 3:23-cv-03417-VC |
| *Individual and Representative Plaintiffs*, | **PLAINTIFF MATTHEW KLAM'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |
| v. |  |
| Meta Platforms, Inc., |  |
| *Defendant*. |  |

Lead Case No. 3:23-cv-03417-VC

PLAINTIFF MATTHEW KLAM'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S
FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

14. In providing these responses and objections and in producing documents, Plaintiff does not waive any ground on which he may object to the use of any response, objection or document in subsequent proceedings.

15. Plaintiff's investigation in this Action is ongoing. Plaintiff therefore reserves the right to supplement these responses.

## OBJECTIONS AND RESPONSES TO INDIVIDUAL REQUESTS

### REQUEST FOR PRODUCTION NO. 1:

Complete copies of copyright registrations and deposit material for each of YOUR ASSERTED WORKS.

### RESPONSE TO REQUEST NO. 1:

In addition to and without waiving the general objections set forth above, Plaintiff objects to this Request to the extent that it is vague, ambiguous, and overbroad in nature. Plaintiff objects to this Request to the extent that the term "deposit material" is undefined and ambiguous. Plaintiff further objects to this Request to the extent that it calls for documents subject to the attorney-client privilege, work product doctrine, and/or any other applicable privilege or protection from disclosure. Plaintiff objects to this Request on the grounds that such documents are publicly accessible, are equally available to Defendants, or are already in their possession, custody, or control.

Subject to and without waiving the general and specific objections stated above, Plaintiff will search for and produce relevant and responsive non-privileged copyright registrations within his possession, custody, or control relating to Plaintiff's ASSERTED WORKS.

### REQUEST FOR PRODUCTION NO. 2:

All COMMUNICATIONS between YOU, on the one hand, and the other Plaintiffs or third parties, on the other hand, CONCERNING the ACTION, including but not limited to interviews, statements to the press, and discussions with other authors not a party to the ACTION.

### RESPONSE TO REQUEST NO. 2:

In addition to and without waiving the general objections set forth above, Plaintiff objects to this Request to the extent that it is vague, ambiguous, and overbroad in nature. Plaintiff objects to this Request to the extent that the term "authors" is vague and ambiguous. Plaintiff objects to this Request

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              czirpoli@saverilawfirm.com
              cyoung@saverilawfirm.com
              tmanfredi@saverilawfirm.com
              hbenon@saverilawfirm.com
              kmcmahon@saverilawfirm.com
              acera@saverilawfirm.com

*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
Email:        mb@butterricklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:    (215) 864-2800
Email:        bclobes@caffertyclobes.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., | Lead Case No. 3:23-cv-03417-VC |
| *Individual and Representative Plaintiffs*, | **PLAINTIFF LAURA LIPPMAN'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |
| v. | |
| Meta Platforms, Inc., | |
| *Defendant*. | |

and any other applicable rules or laws. Plaintiff will interpret these instructions as not requiring Plaintiff to perform unreasonable searches, not requiring cumulative or duplicative discovery, and not requiring Plaintiff to exceed the obligations set forth in the applicable rules and laws.

14. In providing these responses and objections and in producing documents, Plaintiff does not waive any ground on which she may object to the use of any response, objection or document in subsequent proceedings.

15. Plaintiff's investigation in this Action is ongoing. Plaintiff therefore reserves the right to supplement these responses.

## OBJECTIONS AND RESPONSES TO INDIVIDUAL REQUESTS

**REQUEST FOR PRODUCTION NO. 1:**

Complete copies of copyright registrations and deposit material for each of YOUR ASSERTED WORKS.

**RESPONSE TO REQUEST NO. 1:**

In addition to and without waiving the general objections set forth above, Plaintiff objects to this Request to the extent that it is vague, ambiguous, and overbroad in nature. Plaintiff objects to this Request to the extent that the term "deposit material" is undefined and ambiguous. Plaintiff further objects to this Request to the extent that it calls for documents subject to the attorney-client privilege, work product doctrine, and/or any other applicable privilege or protection from disclosure. Plaintiff objects to this Request on the grounds that such documents are publicly accessible, are equally available to Defendants, or are already in their possession, custody, or control.

Subject to and without waiving the general and specific objections stated above, Plaintiff will search for and produce relevant and responsive non-privileged copyright registrations within her possession, custody, or control relating to Plaintiff's ASSERTED WORKS.

**REQUEST FOR PRODUCTION NO. 2:**

All COMMUNICATIONS between YOU, on the one hand, and the other Plaintiffs or third parties, on the other hand, CONCERNING the ACTION, including but not limited to interviews, statements to the press, and discussions with other authors not a party to the ACTION.

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K. L. Young (State Bar No. 318371)
Louis A. Kessler (State Bar No. 243703)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           czirpoli@saverilawfirm.com
           cyoung@saverilawfirm.com
           lkessler@saverilawfirm.com
           hbenon@saverilawfirm.com
           kmcmahon@saverilawfirm.com
           acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
Email:    mb@butcoricklaw.com

Bryan L. Clobes (pro hac vice)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone: (215) 864-2800
Email:    bclobes@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>      *Individual and Representative Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>      *Defendant.* | Lead Case No. 3:23-cv-03417-VC<br>Case No. 4:23-cv-06663<br><br>**PLAINTIFF SARAH SILVERMAN'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |

Lead Case No. 3:23-cv-03417-VC

PLAINTIFF SARAH SILVERMAN'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

those set forth in the Federal Rules of Civil Procedure, the Local Rules of this Court, and any other applicable rules or laws. Plaintiff will interpret these instructions as not requiring Plaintiff to perform unreasonable searches, not requiring cumulative or duplicative discovery, and not requiring Plaintiff to exceed the obligations set forth in the applicable rules and laws.

14. In providing these responses and objections and in producing documents, Plaintiff does not waive any ground on which she may object to the use of any response, objection or document in subsequent proceedings.

15. Plaintiff's investigation in this Action is ongoing. Plaintiff therefore reserves the right to supplement these responses.

## OBJECTIONS AND RESPONSES TO INDIVIDUAL REQUESTS

**REQUEST FOR PRODUCTION NO. 1:**

Complete copies of copyright registrations and deposit material for each of YOUR ASSERTED WORKS.

**RESPONSE TO REQUEST NO. 1:**

In addition to and without waiving the general objections set forth above, Plaintiff objects to this Request to the extent that it is vague, ambiguous, and overbroad in nature. Plaintiff objects to this Request to the extent that the term "deposit material" is undefined and ambiguous. Plaintiff further objects to this Request to the extent that it calls for documents subject to the attorney-client privilege, work product doctrine, and/or any other applicable privilege or protection from disclosure. Plaintiff objects to this Request on the grounds that such documents are publicly accessible, are equally available to Defendant, or are already in their possession, custody, or control.

Subject to and without waiving the general and specific objections stated above, Plaintiff will search for and produce relevant and responsive non-privileged copyright registrations within her possession, custody, or control relating to Plaintiff's ASSERTED WORKS.

**REQUEST FOR PRODUCTION NO. 2:**

All COMMUNICATIONS between YOU, on the one hand, and the other Plaintiffs or third parties, on the other hand, CONCERNING the ACTION, including but not limited to interviews, statements to the press, and discussions with other authors not a party to the ACTION.

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                czirpoli@saverilawfirm.com
                cyoung@saverilawfirm.com
                tmanfredi@saverilawfirm.com
                hbenon@saverilawfirm.com
                kmcmahon@saverilawfirm.com
                acera@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:          mb@butericklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:     (215) 864-2800
Email:          bclobes@caffertyclobes.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>            *Individual and Representative Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>                                          *Defendant*. | Lead Case No. 3:23-cv-03417-VC<br><br>**PLAINTIFF RACHEL LOUISE SNYDER'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |

Lead Case No. 3:23-cv-03417-VC

PLAINTIFF RACHEL LOUISE SNYDER'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS,
INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

and any other applicable rules or laws. Plaintiff will interpret these instructions as not requiring Plaintiff to perform unreasonable searches, not requiring cumulative or duplicative discovery, and not requiring Plaintiff to exceed the obligations set forth in the applicable rules and laws.

14. In providing these responses and objections and in producing documents, Plaintiff does not waive any ground on which she may object to the use of any response, objection or document in subsequent proceedings.

15. Plaintiff's investigation in this Action is ongoing. Plaintiff therefore reserves the right to supplement these responses.

## OBJECTIONS AND RESPONSES TO INDIVIDUAL REQUESTS

### REQUEST FOR PRODUCTION NO. 1:

Complete copies of copyright registrations and deposit material for each of YOUR ASSERTED WORKS.

### RESPONSE TO REQUEST NO. 1:

In addition to and without waiving the general objections set forth above, Plaintiff objects to this Request to the extent that it is vague, ambiguous, and overbroad in nature. Plaintiff objects to this Request to the extent that the term "deposit material" is undefined and ambiguous. Plaintiff further objects to this Request to the extent that it calls for documents subject to the attorney-client privilege, work product doctrine, and/or any other applicable privilege or protection from disclosure. Plaintiff objects to this Request on the grounds that such documents are publicly accessible, are equally available to Defendants, or are already in their possession, custody, or control.

Subject to and without waiving the general and specific objections stated above, Plaintiff will search for and produce relevant and responsive non-privileged copyright registrations within her possession, custody, or control relating to Plaintiff's ASSERTED WORKS.

### REQUEST FOR PRODUCTION NO. 2:

All COMMUNICATIONS between YOU, on the one hand, and the other Plaintiffs or third parties, on the other hand, CONCERNING the ACTION, including but not limited to interviews, statements to the press, and discussions with other authors not a party to the ACTION.

David A. Straite (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Ave., Suite 1001
New York, New York 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*

*Counsel for Plaintiffs and the Proposed*
*Class, Additional Counsel Listed Below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, TA-NEHISI COATES, JUNOT DÍAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUISE SNYDER, JACQUELINE WOODSON, AND LYSA TERKEURST, | Case No. 3:23-cv-03417-VC **PLAINTIFF LYSA TERKEURST'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION** |
|     *Individual and Representative Plaintiffs*, | |
|     v. | |
| META PLATFORMS, INC.; | |
|                   *Defendant.* | |

**PROPOUNDING PARTY:  Defendant Meta Platforms, Inc.**

**RESPONDING PARTY:     Lysa TerKeurst**

**SET NUMBER:              One (1)**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Lysa TerKeurst ("Plaintiff") in the above-titled action hereby responds to Defendant Meta Platforms, Inc. ("Defendant" or "Meta") First Set of Requests for Production of Documents (the "Requests"). An agreement by Plaintiff to search for documents does not mean that she has documents in her possession, custody, or control.

1

1    requiring cumulative or duplicative discovery, and not requiring Plaintiff to exceed

2    the obligations set forth in the applicable rules and laws.

3    14.    In providing these responses and objections and in producing documents, Plaintiff

4    does not waive any ground on which she may object to the use of any response, objection or

5    document in subsequent proceedings.

6    15.    Plaintiff's investigation in this Action is ongoing. Plaintiff therefore reserves the

7    right to supplement these responses.

8    **<u>OBJECTIONS AND RESPONSES TO INDIVIDUAL REQUESTS</u>**

9    **<u>REQUEST FOR PRODUCTION NO. 1:</u>**

10   Complete copies of copyright registrations and deposit material for each of YOUR

11   ASSERTED WORKS.

12   **<u>RESPONSE TO REQUEST NO. 1:</u>**

13   In addition to and without waiving the general objections set forth above, Plaintiff objects

14   to this Request to the extent that it is vague, ambiguous, and overbroad in nature. Plaintiff objects

15   to this Request to the extent that the term "deposit material" is undefined and ambiguous. Plaintiff

16   further objects to this Request to the extent that it calls for documents subject to the attorney-client

17   privilege, work product doctrine, and/or any other applicable privilege or protection from

18   disclosure. Plaintiff objects to this Request on the grounds that such documents are publicly

19   accessible, are equally available to Defendants, or are already in their possession, custody, or

20   control.

21   Subject to and without waiving the general and specific objections stated above, Plaintiff

22   will search for and produce relevant and responsive non-privileged copyright registrations within

23   her possession, custody, or control relating to Plaintiff's ASSERTED WORKS.

24

25

26

27                                        5

28

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:    jsaveri@saverilawfirm.com
    czirpoli@saverilawfirm.com
    cyoung@saverilawfirm.com
    tmanfredi@saverilawfirm.com
    hbenon@saverilawfirm.com
    kmcmahon@saverilawfirm.com
    acera@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
Email:    mb@buttericklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:    (215) 864-2800
Email:    bclobes@caffertyclobes.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>　　　　　*Individual and Representative Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>　　　　　　　　　　　　　　*Defendant*. | Lead Case No. 3:23-cv-03417-VC<br><br>**PLAINTIFF JACQUELINE WOODSON'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |

Lead Case No. 3:23-cv-03417-VC

PLAINTIFF JACQUELINE WOODSON'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

and any other applicable rules or laws. Plaintiff will interpret these instructions as not requiring Plaintiff to perform unreasonable searches, not requiring cumulative or duplicative discovery, and not requiring Plaintiff to exceed the obligations set forth in the applicable rules and laws.

14. In providing these responses and objections and in producing documents, Plaintiff does not waive any ground on which she may object to the use of any response, objection or document in subsequent proceedings.

15. Plaintiff's investigation in this Action is ongoing. Plaintiff therefore reserves the right to supplement these responses.

## OBJECTIONS AND RESPONSES TO INDIVIDUAL REQUESTS

### REQUEST FOR PRODUCTION NO. 1:

Complete copies of copyright registrations and deposit material for each of YOUR ASSERTED WORKS.

### RESPONSE TO REQUEST NO. 1:

In addition to and without waiving the general objections set forth above, Plaintiff objects to this Request to the extent that it is vague, ambiguous, and overbroad in nature. Plaintiff objects to this Request to the extent that the term "deposit material" is undefined and ambiguous. Plaintiff further objects to this Request to the extent that it calls for documents subject to the attorney-client privilege, work product doctrine, and/or any other applicable privilege or protection from disclosure. Plaintiff objects to this Request on the grounds that such documents are publicly accessible, are equally available to Defendants, or are already in their possession, custody, or control.

Subject to and without waiving the general and specific objections stated above, Plaintiff will search for and produce relevant and responsive non-privileged copyright registrations within her possession, custody, or control relating to Plaintiff's ASSERTED WORKS.

### REQUEST FOR PRODUCTION NO. 2:

All COMMUNICATIONS between YOU, on the one hand, and the other Plaintiffs or third parties, on the other hand, CONCERNING the ACTION, including but not limited to interviews, statements to the press, and discussions with other authors not a party to the ACTION.