Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               hbenon@saverilawfirm.com
               acera@saverilawfirm.com
               mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@butaricklaw.com

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:     (215) 864-2800
Email:         bclobes@caffertyclobes.com
               asweatman@caffertyclobes.com

David A. Straite (*pro hac vice*)
**DICELLO LEVITT LLP**
475 Lexington Avenue, Suite 1001
New York, NY 10017
Telephone:     (646) 933-1000
Email:         dstraite@dicellolevitt.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email:     dmuller@venturahersey.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>*Individual and Representative Plaintiff,*<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>*Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**DECLARATION OF AARON CERA IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PARTIES' JOINT LETTER BRIEF** |

I, Aaron Cera, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an associate of the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs Richard Kadrey, Sarah Silverman and Christopher Golden ("Plaintiffs") in the above-captioned action. I have personal knowledge of the matters stated herein and if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Administrative Motion to File Under Seal Portions of Parties' Joint Letter Brief ("Letter Brief").

2. Plaintiffs have reviewed and complied with Civil Local Rule 79-5.

3. The Parties have filed under seal Exhibit C of the Letter Brief that contains material and information that Plaintiffs contend is attorney work product.

4. The following chart sets forth details regarding the information Plaintiffs seek to file under seal:

| Redacted Portion | Description of Information | Reason for Sealing |
|---|---|---|
| Entirety of Exhibit C | Plaintiffs' Attorneys' Work Product | Work product documents subject to pending privilege dispute |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of September 2024 in San Francisco, California.


Dated:                                          By:        /s/ Aaron Cera
                                                              Aaron Cera

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated:  September 12, 2024                        */s/ Kathleen Hartnett*
                                                  Kathleen Hartnett