Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butericklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    *Individual and Representative Plaintiff*,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    *Defendant*. | Case No. 3:23-cv-03417-VC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT META PLATFORMS, INC.'S OPPOSITION TO ECF 129** |

Plaintiffs filed a Motion for Extension of Time to Complete Discovery ("Motion"). ECF No. 129. Defendant, Meta Platforms Inc., filed an Opposition to the Motion. ECF No. 137. Since the Motion was filed, there have been numerous factual developments. Many of the points raised in the Opposition are also factually inaccurate. Given these developments, the need to address these inaccuracies, and in light of the importance of this case, Plaintiffs respectfully ask that the Court grant Plaintiffs' Motion for Leave to File a Reply in support of the Motion that is attached hereto as Exhibit A.

Dated: September 13, 2024          By:     /s/ Joseph R. Saveri
                                                Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     cyoung@saverilawfirm.com
                     hbenon@saverilawfirm.com
                     acera@saverilawfirm.com
                     mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@butpericklaw.com

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice forthcoming*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:     (312) 782-4880
Email:             bclobes@caffertyclobes.com
                      asweatman@caffertyclobes.com
                      mrathur@caffertyclobes.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone:     (408) 512-3022
Facsimile:      (408) 512-3023
Email:             dmuller@venturahersey.com

Brian O'Mara
David A. Straite
**DICELLO LEVITT LLP**
4747 Executive Drive, 2nd Floor
San Diego, California 92121
Telephone:     (619) 923-3939
Email:             bomara@dicellolevitt.com
                      dstraite@dicellolevitt.com

Adam J. Levitt
Amy E. Keller
James A. Ulwick
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone:     (312) 214-7900
Email:             alevitt@dicellolevitt.com
                      akeller@dicellolevitt.com
                      julwick@dicellolevitt.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*