Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               hbenon@saverilawfirm.com
               acera@saverilawfirm.com
               mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice forthcoming*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:     (215) 864-2800
Email:         bclobes@caffertyclobes.com
               asweatman@caffertyclobes.com
               mrathur@caffertyclobes.com

David A. Straite (*pro hac vice*)
**DICELLO LEVITT LLP**
475 Lexington Avenue, Suite 1001
New York, NY 10017
Telephone:     (646) 933-1000
Email:         dstraite@dicellolevitt.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile:  (408) 512-3023
Email:         dmuller@venturahersey.com

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>   *Individual and Representative Plaintiff*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>                                    *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT META PLATFORMS, INC.'S OPPOSITION TO ECF 129** |

I, Joseph R. Saveri, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs Richard Kadrey, Sarah Silverman, and Christopher Golden ("Plaintiffs") in the above-captioned action. I have personal knowledge of the matters stated herein and if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 and Local Rule 7-11 in support of Plaintiff's Administrative Motion For Leave to File a Reply to Defendant Meta Platforms, Inc.'s Opposition to ECF 129.

2. The Civil Local Rules for the United States District Court for the Northern District of California permit parties to file an opposition to a motion to enlarge time, but they are silent with respect to reply briefs.

3. Good cause exists to file a reply due numerous recent factual developments since the moving papers were filed, inaccuracies raised in Meta's opposition thereto and in light of the importance of this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of September 2024 in San Francisco, California.

Dated: September 13, 2024       By:    */s/ Joseph R. Saveri*
                                       Joseph R. Saveri