UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>                                            *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT META PLATFORMS, INC.'S OPPOSITION TO ECF 129** |

Before the Court is Plaintiffs' Administrative Motion for Leave to File a Reply to Defendant Meta Platforms, Inc.'s Opposition to ECF 129. Upon consideration of Plaintiffs' administrative motion and supporting papers submitted to the Court in connection thereto, and for good cause shown: Plaintiffs Administrative Motion for Leave to File a Reply is **granted**. The Court will consider Plaintiffs' reply papers in ruling on the underlying motion.

**IT IS SO ORDERED**, on this date _____.

_____
The Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE