# Hartnett, Kathleen

| | |
|---|---|
| **From:** | Hartnett, Kathleen |
| **Sent:** | Friday, September 13, 2024 5:26 PM |
| **To:** | Holden Benon; Stameshkin, Liz; Dunning, Angela L.; Ghajar, Bobby A.; Ghazarian, Colette A; Lauter, Judd; Biksa, Liene; Alvarez, Jessica; mlemley@lex-lumina.com; Weinstein, Mark; Poppell, Cole A |
| **Cc:** | Cadio Zirpoli; Joseph Saveri; Aaron Cera; Margaux Poueymirou; Ashleigh Jensen; Rya Fishman; Matthew Butterick; Nada Djordjevic; James Ulwick; Bryan L. Clobes; Mohammed Rathur; Amy Keller; David Straite; Christopher Young; Ruby Ponce; Alexander Sweatman; Ashleigh Jensen; Heaven Haile; z/Meta-Kadrey |
| **Subject:** | RE: Kadrey v. Meta: 8 Additional Deponents |

Counsel,

We have your email from after 10pm last night asking Meta to provide by Monday deposition dates for various Meta witnesses. Reserving all rights as to the unreasonableness and timing of the request, given our prior correspondence (not repeated here), we are able to provide proposed dates for three of the witnesses:

- Amanda Kallet – September 27 (Cooley NYC)
- Alex Boesenberg – September 27 (Cooley SF)
- Eleanora Presani – September 26 (Cooley NYC)

We are looking into dates for Hugo Touvron and Nikolay Bashlykov. As you know, both are based in Europe and their depositions must proceed accordingly, and at appropriate local times. Preliminarily, we understand that they may be available for deposition in the UK or elsewhere in the EU, likely the week of September 23. We are also looking into dates for Ahmad Al-Dahle.

We reiterate our repeated request for the Rule 30(b)(6) notice, as we of course cannot provide dates for a generic "Rule 30(b)(6)" witness. Among other things, we have informed you that Melanie Kambadur was likely to be a Rule 30(b)(6) witness, and her deposition will take place next week. To the extent we do not receive a notice with sufficient time to prepare her and she otherwise would be our designee, we reserve the right to designate her testimony for Rule 30(b)(6) purposes after her deposition. The same is true for any other witness for whom we do not have sufficient notice of Plaintiffs' Rule 30(b)(6) topics. And of course, we are not waiving Meta's right to object to the topics or sufficiency of the notice once we finally receive it.

Finally, with respect to Mr. Zuckerberg, as reflected in our filing this week, we object to his deposition based on the apex doctrine. We request a meet and confer regarding this issue on Monday, September 16.

Thanks,
Kathleen

### Kathleen R. Hartnett
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2071 office
+1 415 693 2222 fax
+1 202 368 5916 mobile
khartnett@cooley.com
www.cooley.com/people/kathleen-hartnett
Pronouns: she, her, hers

**From:** Holden Benon <hbenon@saverilawfirm.com>
**Sent:** Thursday, September 12, 2024 10:19 PM
**To:** Hartnett, Kathleen <khartnett@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Poppell, Cole A <CPoppell@cooley.com>
**Cc:** Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@butericklaw.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; Amy Keller <akeller@dicellolevitt.com>; David Straite <dstraite@dicellolevitt.com>; Christopher Young <cyoung@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Heaven Haile <hhaile@saverilawfirm.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Subject:** Kadrey v. Meta: 8 Additional Deponents

**[External]**

Counsel,

Consistent with the Court's order, Plaintiffs request dates for the following 8 deponents. Plaintiffs reserve the right to request different dates and/or reschedule depositions pending the outcome of Plaintiffs' motion to enlarge the fact-discovery cut-off:

1. 30(b)(6).
2. Ahmad Al-Dahle.
3. Hugo Touvron.
4. Amanda Kallet.
5. Alex Boesenberg.
6. Nikolay Bashlykov.
7. Eleonora Presani.
8. Mark Zuckerberg.

Please provide dates as soon as possible, and in any event **no later than Monday**. After receipt, we will serve formal notices.

Thank you,
Holden