UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>　Individual and Representative Plaintiffs,<br><br>　v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>　　　　　　　　　　　　Defendant. | Case No. 3:23-cv-03417-VC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE A REPLY (ECF 148) IN SUPPORT OF MOTION TO MODIFY CASE DEADLINES (ECF 129)**<br><br>Discovery Cut-Off: September 30, 2024<br>Date Action Filed: July 7, 2023 |

On September 13, 2024, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Ta-Nehisi Coates, Junot Diaz, Christopher Golden, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Jacqueline Woodson, and Lysa TerKeurst (collectively, "Plaintiffs") filed an Administrative Motion for Leave to File a Reply to Defendant Meta Platforms, Inc.'s Opposition to ECF 129 ("Administrative Motion") (Dkt. 148). Defendant Meta Platforms, Inc. filed an Opposition to the Administrative Motion on September 15, 2024. Upon consideration of the Administrative Motion, the supporting declaration and exhibits, all other papers and briefing submitted in opposition to the Administrative Motion, it is hereby ordered that the Administrative Motion is **DENIED**.

Plaintiffs are not permitted to file a reply in support of their Motion to Enlarge Discovery Cutoff (Dkt. 129) ("Motion").

**IT IS HEREBY ORDERED**.

Dated: _____

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

1

[Proposed] Order re: Plaintiffs'
Admin. Motion to File Reply
3:23-cv-03417-VC