**FILED**

Sep 16 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> [~~Proposed~~] Order Granting Joint Administrative Motion to File Under Seal Exhibits |

An Administrative Motion to File Under Seal the Exhibits has been filed by Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Ta-Nehisi Coates, Junot Diaz, Christopher Golden, Richard Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, and Jacqueline Woodson (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. per Local Rule 79-5.  Having considered the Administrative Motion, and finding good cause, the Court hereby **GRANTS** the Administrative Motion and Orders **SEALED** Exhibit C to the Parties Joint Letter Brief on Meta's Motion to Compel re: Communications with Third Parties Regarding the Discord Posts, Meta's Privileged Information, or Plaintiffs' Claims Against Meta (Dkt. 145):

**IT IS HEREBY ORDERED**.

Dated:  September 16, 2024

HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE