COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
Elizabeth L. Stameshkin (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, | Case No. 3:23-cv-03417-VC-TSH |
| Individual and Representative Plaintiffs, | **DECLARATION OF NIKKI K. VO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT DISCOVERY LETTER BRIEF AND EXHIBITS** |
| v. | |
| META PLATFORMS, INC., a Delaware corporation; | |
| Defendant. | |

I, Nikki K. Vo, hereby declare:

1.      I am a Director and Associate General Counsel for Defendant, Meta Platforms, Inc. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2.      I make this declaration in support of Meta's administrative motion to file under seal the Joint Letter Brief on Meta's Motion for a Protective Order re: Plaintiff's Request to Depose Mark Zuckerberg ("Joint Letter Brief") and Exhibits E–N to the Joint Letter Brief. The motion seeks to have the following partially sealed or entirely sealed:

| Document | Sealing Request |
|---|---|
| Joint Discovery Letter Brief | • Redacted portions |
| Exhibit E to Joint Discovery Letter Brief | • Entire document |
| Exhibit F to Joint Discovery Letter Brief | • Entire document |
| Exhibit G to Joint Discovery Letter Brief | • Entire document |
| Exhibit H to Joint Discovery Letter Brief | • Entire document |
| Exhibit I to Joint Discovery Letter Brief | • Entire document |
| Exhibit J to Joint Discovery Letter | • Entire document |
| Exhibit K to Joint Discovery Letter | • Entire document |
| Exhibit L to Joint Discovery Letter | • Entire document |
| Exhibit M to Joint Discovery Letter | • Entire document |
| Exhibit N to Joint Discovery Letter | • Entire document |

3.      Exhibit E is a highly sensitive confidential document detailing non-public information concerning budget requests for various generative AI initiatives within Meta.  Public disclosure of this information exposes Meta to the risk of competitive harm.

4.      Exhibit F is an excerpt of a highly sensitive confidential discussion of Meta's licensing strategy for Llama and its competitive positioning within the generative AI market. Public disclosure of this information exposes Meta to the risk of competitive harm.

5.      Exhibit G is an excerpt of a document reflecting highly sensitive confidential discussion about Meta's AI strategy with an important business partner of the company.

6.      Exhibit H is an excerpt of a highly sensitive confidential discussion of branding strategy and model training techniques for Llama.

7.      Exhibit I is an excerpt of a highly sensitive confidential discussion concerning the decision-making process for open release of Llama model.

8.      Exhibits J and K are excerpts from a highly sensitive roadmap for objectives of AI research division of Meta and a highly sensitive internal roadmap for personalization of generative AI technology, respectively.

9.      Exhibit L is an excerpt from a highly sensitive internal discussion of Meta's competitive strategy for generative AI models.

10.     Exhibit M is an excerpt from a highly sensitive confidential document reflecting a competitive analysis of generative AI models and questions for internal Meta teams related to the company's business and research objectives for generative AI initiatives.

11.     Exhibit N is an excerpt from a highly sensitive confidential document reflecting Meta generative AI research strategy.

12.     Public disclosure of the information contained in the above-referenced exhibits exposes Meta to the risk of competitive and financial harm, by revealing Meta's non-public business strategies, trade secret information pertaining to its generative AI offerings, and competitive analyses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Oakland, California on this 20th day of September, 2024.

*Nikki K. Vo*

———————————————
Nikki K. Vo

VO DECL. ISO MOTION TO SEAL
3:23-CV-03417-VC-TSH