COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:   (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

FILED

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> [P~~ROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT DISCOVERY LETTER AND EXHIBITS |

A Joint Administrative Motion to File Under Seal the Joint Discovery Letter and Exhibits has been filed by Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Ta-Nehisi Coates, Junot Diaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Jacqueline Woodson, and Lysa TerKeurst (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. per Local Rule 79-5.  Having considered the Joint Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Joint Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| Joint Discovery Letter Brief | • Redacted portions |
| Exhibit E to Joint Discovery Letter Brief | • Entire document |
| Exhibit F to Joint Discovery Letter Brief | • Entire document |
| Exhibit G to Joint Discovery Letter Brief | • Entire document |
| Exhibit H to Joint Discovery Letter Brief | • Entire document |
| Exhibit I to Joint Discovery Letter Brief | • Entire document |
| Exhibit J to Joint Discovery Letter | • Entire document |
| Exhibit K to Joint Discovery Letter | • Entire document |
| Exhibit L to Joint Discovery Letter | • Entire document |
| Exhibit M to Joint Discovery Letter | • Entire document |
| Exhibit N to Joint Discovery Letter | • Entire document |

**IT IS HEREBY ORDERED**.

Dated:  September 24, 2024

HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE