**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice* forthcoming)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@buttericklaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312)-782-4880
bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class. (additional counsel included below)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO VISION**

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No. 3:23-cv-03417-VC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11, 79-5(f), and this Court's Standing Order on Motions to Seal, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with Plaintiffs' Motion to Amend Case Management Schedule (the "Scheduling Motion"). The Scheduling Motion and the Declaration of Maxwell V. Pritt in Support of Plaintiffs' Motion to Amend Case Management Schedule (the "Scheduling Motion Declaration") contain, in various places, summaries or descriptions of material that Defendant Meta Platforms, Inc., has designated as "Confidential" or "Attorneys Eyes Only," as defined in the in the parties' Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (ECF No. 90, the "Protective Order"). Pritt Decl. ¶ 3.

The Protective Order expressly applies to "any information copied or extracted from Protected Material" and "summaries" of Protected Material. ECF No. 90 at 3-4.  Accordingly, Plaintiffs have filed a public version of the Scheduling Motion and the Scheduling Motion Declaration to the docket via ECF redacting references to such extracted information or summaries and will submit unredacted, highlighted versions separately to the Court and to Defendant.

Dated: September 30, 2024

Respectfully submitted,
**BOIES SCHILLER FLEXNER LLP**

_/s/ Maxwell V. Pritt_

| | |
|---|---|
| **JOSEPH SAVERI LAW FIRM, LLP** | David Boies (*pro hac vice*) |
| Joseph R. Saveri (SBN 130064) | 333 Main Street |
| Cadio Zirpoli (SBN 179108) | Armonk, NY 10504 |
| Christopher K.L. Young (SBN 318371) | (914) 749-8200 |
| Holden Benon (SBN 325847) | dboies@bsfllp.com |
| Aaron Cera (SBN 351163) | |
| 601 California Street, Suite 1505 | Maxwell V. Pritt (SBN 253155) |
| San Francisco, California 94108 | Joshua I. Schiller (SBN 330653) |

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
CASE NO. 3:23-cv-03417-VC

| | |
|---|---|
| (415) 500-6800<br>jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>hbenon@saverilawfirm.com<br>acera@saverilawfirm.com | Joshua M. Stein (SBN 298856)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA  94104<br>(415) 293-6800<br>mpritt@bsfllp.com<br>jischiller@bsfllp.com<br>jstein@bsfllp.com |
| Matthew Butterick (SBN 250953)<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>(323) 968-2632<br>mb@buttericklaw.com | Jesse Panuccio (*pro hac vice*)<br>1401 New York Ave, NW<br>Washington, DC  20005<br>(202) 237-2727<br>jpanuccio@bsfllp.com |
| **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**<br>Bryan L. Clobes (*pro hac vice*)<br>135 S. LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>(312)-782-4880<br>bclobes@caffertyclobes.com | David L. Simons (*pro hac vice* forthcoming)<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>(914) 749-8200<br>dsimons@bsfllp.com |
| **DICELLO LEVITT**<br>Amy Keller (*pro hac vice*)<br>(312) 214-7900<br>akeller@dicellolevitt.com<br>10 North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602 | |

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*