# EXHIBIT 1

9/26/2024 Richard Kadrey, et al. v. Meta Platforms, Inc. Eleonora Presani, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al., Individual and Representative Plaintiffs, | Case No. 3:23-cv-03417-VC |
| - against - | |
| META PLATFORMS, Inc., Defendant. | |

* * H I G H L Y C O NF I D E N T I A L * *
* * A T T O R N E Y S' E Y E S O N L Y * *

VIDEO-RECORDED DEPOSITION
OF
ELEONORA PRESANI, Ph.D.
September 26, 2024

Reported Stenographically by:
ANNETTE ARLEQUIN, CCR/CSR, RPR, CRR, RSA

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

www.DigitalEvidenceGroup.com Digital Evidence Group C'rt 2024 202-232-0646

9/26/2024 Richard Kadrey, et al. v. Meta Platforms, Inc. Eleonora Presani, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 10

A. It's 1839 21st Road, Astoria, New York.
Q. Great. Thank you.
Have you had your deposition taken before?
A. No.
Q. And where are you presently employed?
A. At Meta.
Q. And what is your title at Meta?
A. Program manager.
Q. Is there a specific department or division you work for at Meta?
A. Currently?
Q. Yes, currently.
A. I work for the organization called gen AI, for generative AI.
Q. Is there a specific division within the generative AI organization that you work for?
A. I move a little bit around. Mostly in the recent months I've been with the trust and safety.

www.DigitalEvidenceGroup.com Digital Evidence Group C'rt 2024 202-232-0646

services, right?

MS. DUNNING: Object to the form.

A. No, I just mean that they are different from the work that I was doing when I was at FAIR.

Q. So, like, for example, I believe Instagram recently released an influencer-type chatbot.

Were you involved in that program?

A. No, I wasn't.

Q. But would that be the type of work that you would be doing or might be involved in?

MS. DUNNING: Object to the form.

A. I'm not doing that. Yeah.

Q. Now as part of your responsibilities at Meta, is it part of your role to evaluate datasets that Meta is using to develop its generative AI models?

MS. DUNNING: Object to the form.

A. No, it's not.

Q. Do you have any input in the datasets that Meta is using to develop its LLMs?

A. No.

Q. Do you have any approval power over any of the datasets that Meta -- strike that.

Do you have any approval power over which datasets are being used to train LLMs?

MS. DUNNING: Object to the form.

A. No, I don't.

Q. Has anyone ever come to you for approval about the use of any specific datasets for use in any of Meta's LLMs?

A. No.

Q. So generally at what stage of the lifecycle of the development of an LLM do you get involved?

MS. DUNNING: Object to the form.

A. Are you talking now or a different time?

Q. Yeah, let's talk about now.

A. There isn't really a standard. It depends on the project, when usually it's the project leader that requests program manager support.

Case 3:23-cv-03417-VC   Document 190-1   Filed 10/01/24   Page 6 of 13

9/26/2024      Richard Kadrey, et al. v. Meta Platforms, Inc.   Eleonora Presani, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 179

1    had with Mr. Martinet?

2         A.    No, not the only one.

3         Q.    Do you remember approximately how

4    many exchanges you've had with Mr. Martinet?

5         A.    I cannot really say a number, but I

6    think we had sporadic contacts for maybe a couple

7    of months.

8         Q.    ███████████████████████████████

███████████████████████████████████

███  ██  ████████

███  ██  ███████████████████

███  ███████████████

███  ██  ███████████████████

███  ███████████████████████████

███  █████████████

███  ██  ██████████████████

███  ███████████████████████████

███  ███

███  ██  ███████████████████

███  █████████████

███  ██  ███████████████████████

███  ███

9/26/2024 Richard Kadrey, et al. v. Meta Platforms, Inc. Eleonora Presani, Ph.D.
Highly Confidential - Attorneys' Eyes Only
Page 219

much, but it's possible, I guess.

[redacted]

Q. Do you know if any similar discussions about -- strike that.

Do you know if there were any discussions involving you about using the dataset known as Books3 for training any Meta models? That did not involve lawyers?

A. I don't remember, but it's possible.

MS. DUNNING: Counsel, we've been going an hour and a half. If you're going to move on to Books3, I think we may need to take a break.

MR. YOUNG: I actually think I'm about to -- well, I got a couple more

www.DigitalEvidenceGroup.com Digital Evidence Group C'rt 2024 202-232-0646

9/26/2024 Richard Kadrey, et al. v. Meta Platforms, Inc. Eleonora Presani, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 222

were talking about Books3.

Do you remember that?

A. I remember you brought it up, yes.

Q. Do you know what Books3 is?

A. Not specifically.

Q. Do you understand it to be a database?

A. I thought it was a dataset, to be honest.

Q. A dataset that was used to train Meta's models?

MS. DUNNING: Object to the form.

A. I don't know.

Q. Was today the first time you ever heard about Books3?

A. No.

Q. How -- well, never mind.

Let me rephrase that.

Without discussing any communications you may have had with lawyers, how did you first come to know about the dataset known as Books3?

www.DigitalEvidenceGroup.com Digital Evidence Group C'rt 2024 202-232-0646

9/26/2024 Richard Kadrey, et al. v. Meta Platforms, Inc. Eleonora Presani, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 223

MS. DUNNING: Object to the form.

A. I wouldn't say that I got to know about it, but I heard -- I heard that -- it being mentioned in various context, within FAIR especially.

Q. Have you ever examined what is contained in Books3?

A. No.

Q. Do you have an understanding of what is contained in Books3?

A. No.

Q. Have you ever had any discussions with anyone at Meta who is not a lawyer about Books3?

A. I don't remember having conversations specifically about that.

Q. Do you know an individual named Nikolay Bashlykov?

www.DigitalEvidenceGroup.com Digital Evidence Group C'rt 2024 202-232-0646

9/26/2024 Richard Kadrey, et al. v. Meta Platforms, Inc. Eleonora Presani, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 226

we've been discussing, does -- to the best of your understanding, did any of the discussion in this message chain refer to a Llama model?

A. No. That was before Llama was even existing.

MR. YOUNG: Objection to form.

BY MS. DUNNING:

Q. To your understanding, did any of the discussion in Exhibit 38 pertain to Meta AI?

A. Oh, no.

MR. YOUNG: Objection to form.

BY MS. DUNNING:

Q. I'm reading from line 217:12 of the LiveNote.

[redacted]

Do you know whether you have communicated with anyone within Meta about

www.DigitalEvidenceGroup.com Digital Evidence Group C'rt 2024 202-232-0646

Case 3:23-cv-03417-VC   Document 190-1   Filed 10/01/24   Page 11 of 13

9/26/2024     Richard Kadrey, et al. v. Meta Platforms, Inc.   Eleonora Presani, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 227

1     ████████████████████████████████

2           MR. YOUNG:  Objection.  Form.

3     A.    I remember having conversations
4     about it.  I don't remember the medium we used.
5     Q.    Who were those conversations with?
6     A.    With Melanie Kambadur.

[remainder of page redacted]

9/26/2024 Richard Kadrey, et al. v. Meta Platforms, Inc. Eleonora Presani, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 228

I was never involved in any conversation around the training for Llama.

www.DigitalEvidenceGroup.com Digital Evidence Group C'rt 2024 202-232-0646

C E R T I F I C A T E

STATE OF NEW YORK )

: ss.

COUNTY OF NEW YORK )

I, ANNETTE ARLEQUIN, a Notary Public within and for the State of New York, do hereby certify:

That ELEONORA PRESANI, Ph.D., whose deposition is hereinbefore set forth, was duly sworn by me, and that the transcript of such depositions is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of September 2024.

Annette Arlequin

ANNETTE ARLEQUIN, CCR #30XI00145000