# **EXHIBIT 2**

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
Richard Kadrey, et al.,         )
Individual and Representative   )
Plaintiffs,                     )        CASE NO.
                                )        3:23-cv-03417-VC
        -against-               )
                                )
Meta Platforms, Inc.,           )
    Defendant.                  )
_____)

\*\*\* HIGHLY CONFIDENTIAL \*\*\*
ATTORNEYS' EYES ONLY
VIDEO-RECORDED DEPOSITION OF
MELANIE KAMBADUR


Cooley, LLP
55 Hudson Yards
New York, New York  10001


09/17/2024
9:07 a.m. (EDT)


REPORTED BY:  MONIQUE CABRERA


_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 69

 1     ▮     █████████████████████████████
 2     ▮  ████████████████████████████
 3          A.    Yes.
 4          Q.    Who was that person?
 5          A.    Nikolay Bashlykov.
 6          Q.    And he lives in London?
 7          A.    I'm not actually sure where he
 8     lives.  He works from the London office.
 9     ▮     ▮   ████████████████████████
       ▮  ████████████████████
11          A.    No.
       ▮     ▮   ████████████████████████
       ▮  ██████████████████████████████
       ▮  ███████████████████
15                MR. WEINSTEIN:  Object to form.
16          A.    I don't recall.
17     BY MR. YOUNG:
       ▮     ▮   █████████████████████
       ▮  █████████████████████████
       ▮  █████████████████████████
21                Would that be fair to say?
22          A.    I don't know if I would say it that.

Page 70

1    We said he worked on pre-processing the data,
2    that is fair to say.
3         Q.   What is pre-process -- processing?
4    Excuse me.
5         A.   That means transforming the data
6    with a series of steps that make it more suitable
7    for training models.
8         Q.   Does that include removing -- strike
9    that.
10             What kind of steps would be involved
11   in pre-processing?
12        A.   Are you asking specifically for
13   Llama models or more generally?
14        Q.   Yeah, for the whole Llama models.
15        A.   I don't know all the steps.  But for
16   example, we perform various types of
17   de-duplication.  We tokenize the data, which
18   means -- yeah, we tokenize the data.  We chunk
19   the data into spans of text.
20        Q.   Let's talk about de-duplication.  So
21   if the models -- if a model is trained or
22   pre-trained on the same text over and over again,

Page 337

1   CERTIFICATE OF SHORTHAND REPORTER NOTARY PUBLIC

2               I, Monique Cabrera, the officer

3       before whom the foregoing deposition was

4       taken, do hereby certify that the foregoing

5       transcript is a true and correct record of

6       the testimony given; that said testimony was

7       taken by me stenographically and thereafter

8       reduced to typewriting under my direction;

9       and that I am neither counsel for, related

10      to, nor employed by any of the parties to

11      this case and have no interest, financial or

12      otherwise, in its outcome.

13              IN WITNESS WHEREOF, I have hereunto

14      set my hand this 17th day of September, 2024.

15

16

17      *[signature: Monique Cabrera]*

18      _____

19      MONIQUE CABRERA

20      Notary Public in and for the State of New York

21      County of Suffolk

        My Commission No.

22      Expires: 06/12/2026