# **EXHIBIT 3**

Case 3:23-cv-03417-VC   Document 190-3   Filed 10/01/24   Page 2 of 4

9/19/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.    Todor Mihaylov, Ph.D.
         Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

| | |
|---|---|
| IN RE MATTER OF: | ) |
| RICHARD KADREY, et al., | ) |
| Plaintiff, | ) |
|     vs. | ) C.A. NO.: |
| META PLATFORMS, INC., | ) 3:23-cv-03417-VC |
| Defendant. | ) |

_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **

UNDER THE PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF TODOR MIHAYLOV, Ph.D.

Palo Alto, California

Thursday, September 19, 2024

Stenographically Reported by:

HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR

Realtime Systems Administrator

California CSR License #11600

Oregon CSR License #21-0005

Washington License #21009491

Nevada CCR License #980

Texas CSR License #10725

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 190-3   Filed 10/01/24   Page 3 of 4

9/19/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.    Todor Mihaylov, Ph.D.
           Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 21

1  prepare yourself to testify with respect to that
2  topic.
3            THE WITNESS:  Yeah.  So first the topic as
4  a whole is very broad.
5       Q.   (By Ms. Poueymirou)  Um-hum.
6       A.   So if this was the only line, I -- I know
7  about the topic.  I didn't do any particular work
8  for this particular topic, just because it's like
9  a -- for us it's like a day-to-day thing --
10      Q.   Right.
11      A.   -- like ablations in general.  I don't know
12 what you mean actually by the topic, yeah.
13      Q.   Okay.
14      A.   So --
15      Q.   So is it fair to say that what you're
16 saying is ablations is part of your normal
17 day-to-day work so you did not do any unique
18 preparation for giving testimony on that topic?  Is
19 that a fair way to put it?
20      A.   Yes.
21           MR. WEINSTEIN:  You can just answer yes.
22           THE WITNESS:  Yes.

Case 3:23-cv-03417-VC   Document 190-3   Filed 10/01/24   Page 4 of 4

9/19/2024      Richard Kadrey, et al. v. Meta Platforms, Inc.      Todor Mihaylov, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 210

1        I, HEATHER J. BAUTISTA, CSR No. 11600,

2   Certified Shorthand Reporter, certify:

3        That the foregoing proceedings were taken

4   before me at the time and place therein set forth,

5   at which time the witness declared under penalty of

6   perjury; that the testimony of the witness and all

7   objections made at the time of the examination were

8   recorded stenographically by me and were thereafter

9   transcribed under my direction and supervision; that

10   the foregoing is a full, true, and correct

11   transcript of my shorthand notes so taken and of the

12   testimony so given;

13   (XX) Reading and signing was not requested/offered.

14        I further certify that I am not financially

15   interested in the action, and I am not a relative or

16   employee of any attorney of the parties, nor of any

17   of the parties.

18        I declare under penalty of perjury under the

19   laws of California that the foregoing is true and
       correct.     Dated:    September 23, 2024

20

21   _____

22   HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR