# **EXHIBIT 4**

| | |
|---|---|
| Joseph R. Saveri (State Bar No. 130064) | Bryan L. Clobes (*pro hac vice*) |
| Cadio Zirpoli (State Bar No. 179108) | Alexander J. Sweatman (*pro hac vice anticipated*) |
| Christopher K.L. Young (State Bar No. 318371) | **CAFFERTY CLOBES MERIWETHER** |
| Holden Benon (State Bar No. 325847) | **& SPRENGEL LLP** |
| Aaron Cera (State Bar No. 351163) | 135 South LaSalle Street, Suite 3210 |
| Margaux Poueymirou (State Bar No. 356000) | Chicago, IL 60603 |
| **JOSEPH SAVERI LAW FIRM, LLP** | Telephone: (215) 864-2800 |
| 601 California Street, Suite 1505 | Email: bclobes@caffertyclobes.com |
| San Francisco, California 94108 | asweatman@caffertyclobes.com |
| Telephone: (415) 500-6800 | |
| Facsimile: (415) 395-9940 | David A. Straite (*pro hac vice*) |
| Email: jsaveri@saverilawfirm.com | **DICELLO LEVITT LLP** |
| czirpoli@saverilawfirm.com | 475 Lexington Avenue, Suite 1001 |
| cyoung@saverilawfirm.com | New York, NY 10017 |
| hbenon@saverilawfirm.com | Telephone: (646) 933-1000 |
| acera@saverilawfirm.com | Email: dstraite@dicellolevitt.com |
| mpoueymirou@saverilawfirm.com | |

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., | Lead Case No. 3:23-cv-03417-VC |
| | Case No. 4:23-cv-06663 |
| *Individual and Representative Plaintiffs*, | |
| | **NOTICE OF DEPOSITION PURSUANT** |
| v. | **TO FED. R. CIV. P. 30(b)(6) TO META** |
| | **PLATFORMS, INC.** |
| Meta Platforms, Inc., | |
| | Date: September 30, 2024 |
| *Defendant*. | Time: 9:00 a.m., local time |
| | Location: 601 California St Suite 1505, San Francisco, CA 94108 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Meta Platforms, Inc. ("Meta") is hereby directed to designate one or more officers, directors, managing agents, or other persons who consent to testify and are most knowledgeable and competent to testify regarding the following topics and related or supporting facts occurring between January 1, 2016 and the present (the "Relevant Period"):

1. Meta's curation of datasets to train its Large Language Models;
2. Meta's dataset ablation experiments;
3. Meta's copying of the datasets commonly known as "Books3","The Pile", and ▇▇▇▇▇ the individuals who made these copies, the content of these datasets, and Meta's communications with the creators of "Books3" and "The Pile";
4. The specific Meta LLMs trained on datasets that included material sourced from "Books3", "The Pile" ▇▇▇▇▇;
5. Meta's gathering of works, including copyrighted works, from public websites for use as training data, including ▇▇▇▇▇;
6. Meta's knowledge that its LLM datasets included copyrighted material;
7. Reproductions and storage of these datasets;
8. All internal policies, including approval policies, relating to these datasets;
9. Whether Meta still uses these datasets for LLM training purposes, and if not, why it no longer uses these datasets;
10. The contents of the datasets Meta has produced in this case, labeled Meta_Kadrey_Data_001, Meta_Kadrey_Data_002, Meta_Kadrey_Data_003, Meta_Kadrey_Data_004, and Meta_Kadrey_Data_005.
11. Meta's attempts to license textual works from third parties.

The deposition will commence on September 30, 2024, beginning at 9:00 a.m., local time and continuing from day to day thereafter until completed, at the offices of Joseph Saveri Law Firm, LLP, 601 California St. Suite 1505, San Francisco, CA 94108. The deposition will be taken before a notary

public or other officer duly authorized to administer oaths and take testimony and will be recorded by stenographic and videographic means.

| Dated: September 16, 2024 | By: | */s/ Joseph R. Saveri* |
| --- | --- | --- |
| | | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    cyoung@saverilawfirm.com
                    hbenon@saverilawfirm.com
                    acera@saverilawfirm.com
                    mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:    (415) 395-9940
Email:          mb@butterricklaw.com

Bryan L. Clobes (pro hac vice)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:   (215) 864-2800
Email:          bclobes@caffertyclobes.com
                    asweatman@caffertyclobes.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email:  dmuller@venturahersey.com

Seth Haines*
Timothy Hutchinson*
Lisa Geary*
**RMP, LLP**
5519 Hackett Street, Suite 300
Springdale, Arkansas 72762
Telephone: (479) 443-2705
Email: shaines@rmp.law

David A. Straite (*pro hac vice*)
**DICELLO LEVITT LLP**
475 Lexington Avenue, Suite 1001
New York, NY 10017
Telephone: (646) 933-1000
Email: dstraite@dicellolevitt.com
thutchinson@rmp.law
lgeary@rmp.law

Scott Poynter*
**POYNTER LAW GROUP**
407 President Clinton Avenue, Suite 201
Little Rock, Arkansas 72201
Telephone: (501) 812-3943
Email: scott@poynterlawgroup.com

Brian O'Mara
**DiCELLO LEVITT LLP**
4747 Executive Drive, Second Floor
San Diego, California 92121
Telephone: (619) 923-3939
Email: bomara@dicellolevitt.com

David A. Straite (*pro hac vice*)
**DiCELLO LEVITT LLP**
475 Lexington Avenue, Suite 1001
New York, NY 10017
Telephone: (646) 933-1000
Email: dstraite@dicellolevitt.com

Adam J. Levitt
Amy E. Keller*
Nada Djordjevic*
James A. Ulwick*
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Email: alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

---

Lead Case No. 3:23-cv-03417-VC                    3
NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO META PLATFORMS, INC.

## CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1505, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On September 16, 2024, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO META PLATFORMS, INC.**

I declare under penalty of perjury that the foregoing is true and correct. Executed September 16, 2024, at San Francisco, California.

By: _____
Ruby Ponce

# SERVICE LIST

Bobby A. Ghajar
Colette Ani Ghazarian
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Email: bghajar@cooley.com
cghazarian@cooley.com

Kathleen R. Hartnett
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Email: khartnett@cooley.com

Judd D. Lauter
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Email: jlauter@cooley.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Email: mlemley@lex-lumina.com

Angela L. Dunning
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road
Palo Alto, CA 94304-1254
Email: adunning@cgsh.com

*Counsel for Defendant*
*Meta Platforms, Inc.*