# **EXHIBIT B**

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                czirpoli@saverilawfirm.com
                cyoung@saverilawfirm.com
                hbenon@saverilawfirm.com
                kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:          mb@butericklaw.com

*Counsel for Individual and Representative Plaintiffs*
*and the Proposed Class*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, Sarah Silverman, Christopher Golden, Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson, | Case No. 3:23-cv-03417-VC |
| *Individual and Representative Plaintiffs*, | **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT META** |
| v. | |
| Meta Platforms, Inc., a Delaware corporation; | |
| *Defendant.* | |

8.     In responding to these Requests for Production, You are to Include Documents (1) obtained from witnesses who gave information to any governmental agency or investigatory body, including Congress; (2) that constitute, refer or relate to summaries of testimony or other statements in connection with any governmental agency or investigatory body proceeding or investigation, including before Congress; or (3) obtained on Your behalf in preparation for testimony or interviews before any governmental agency or investigatory body, including Congress.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1**

The Training Data for Llama 1.

**REQUEST FOR PRODUCTION NO. 2**

The Training Data for Llama 2.

**REQUEST FOR PRODUCTION NO. 3**

The Training Data for Llama 3.

**REQUEST FOR PRODUCTION NO. 4**

The Training Data comprising the "Books3" dataset referenced in the paper "LLaMA: Open and Efficient Foundation Language Models," and all Documents and Communications Concerning Your selection and assembly of this dataset.

**REQUEST FOR PRODUCTION NO. 5**

The Training Data comprising the "Gutenberg" dataset referenced in the paper "LLaMA: Open and Efficient Foundation Language Models", and all Documents and Communications Concerning Your selection and assembly of this dataset.

**REQUEST FOR PRODUCTION NO. 6**

Documents and Communications to, from, or with Project Gutenberg Concerning Training Data.

**REQUEST FOR PRODUCTION NO. 7**

Documents and Communications to, from, or with Library Genesis (aka LibGen) Concerning Training Data.

1  **REQUEST FOR PRODUCTION NO. 47**

2       All Documents and Communications Concerning the action entitled *Huckabee et al. v. Meta*

3  *Platforms, Inc.*, Case No. 1:23-cv-09152 (S.D.N.Y), Including any Documents and Communications

4  You produce, or have produced, to any parties (or third-parties) in that action.

5  **REQUEST FOR PRODUCTION NO. 48**

6       All Documents You relied on in responding to Plaintiffs' Interrogatory No. 14, served

7  concurrently herewith.

8  **REQUEST FOR PRODUCTION NO. 49**

9       All Documents and Communications Concerning the decision to release the Meta Language

10  Models under what Meta calls an "open source" license.

11  **REQUEST FOR PRODUCTION NO. 50**

12       All Documents and Communications Concerning any individuals or entities who have been

13  given access to, or denied or limited access from, Llama 1 or Llama 2.

14

15  Dated: December 27, 2023

By:   */s/ Joseph R. Saveri*
            Joseph R. Saveri
16
17  Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
18  Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
19  Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
20  601 California Street, Suite 1000
San Francisco, California 94108
21  Telephone:    (415) 500-6800
Facsimile:     (415) 395-9940
22  Email:          jsaveri@saverilawfirm.com
                    czirpoli@saverilawfirm.com
23                    cyoung@saverilawfirm.com
                    hbenon@saverilawfirm.com
24                    kmcmahon@saverilawfirm.com

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:      (323) 968-2632
Facsimile:      (415) 395-9940
Email:          mb@butericklaw.com

Bryan L. Clobes (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel: 215-864-2800
bclobes@caffertyclobes.com

Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
        asweatman@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

## PROOF OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On December 27, 2023, I caused the following documents to be served by email upon all persons appearing on the attached Service List:

- **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT META**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 27, 2023.

_____
Ruby Ponce