# **EXHIBIT C**

| | |
|---|---|
| Joseph R. Saveri (State Bar No. 130064) | Matthew Butterick (State Bar No. 250953) |
| Cadio Zirpoli (State Bar No. 179108) | 1920 Hillhurst Avenue, 406 |
| Christopher K.L. Young (State Bar No. 318371) | Los Angeles, CA 90027 |
| Holden Benon (State Bar No. 325847) | Telephone: (323) 968-2632 |
| Aaron Cera (State Bar No. 351163) | Facsimile:  (415) 395-9940 |
| Margaux Poueymirou (State Bar No. 356000) | Email:      mb@buttericklaw.com |
| **JOSEPH SAVERI LAW FIRM, LLP** | |
| 601 California Street, Suite 1505 | Bryan L. Clobes (pro hac vice) |
| San Francisco, California 94108 | Alexander J. Sweatman (pro hac vice anticipated) |
| Telephone: (415) 500-6800 | **CAFFERTY CLOBES MERIWETHER** |
| Facsimile:  (415) 395-9940 | **& SPRENGEL LLP** |
| Email:      jsaveri@saverilawfirm.com | 135 South LaSalle Street, Suite 3210 |
|            czirpoli@saverilawfirm.com | Chicago, IL 60603 |
|            cyoung@saverilawfirm.com | Telephone: (312) 782-4880 |
|            hbenon@saverilawfirm.com | Email:      bclobes@caffertyclobes.com |
|            acera@saverilawfirm.com |            asweatman@caffertyclobes.com |
|            mpoueymirou@saverilawfirm.com | |

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., | Case No. 3:23-cv-03417-VC |
| *Individual and Representative Plaintiffs*, | **PLAINTIFFS' FOURTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT META** |
| v. | |
| Meta Platforms, Inc., | |
| *Defendant*. | |

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 76**

Documents and Communications Concerning mandatory training titled "Legal" given to former employee Tim Dettmers while employed with Meta before December 2020.

**REQUEST FOR PRODUCTION NO. 77**

Communications Concerning any licensing copyrighted works that were used to train the Meta Language Models.

**REQUEST FOR PRODUCTION NO. 78**

Documents sufficient to show what the term "invite-only" means as used by Defendant in ECF No. 105.

| | | |
|---|---|---|
| Dated: August 29, 2024 | By: | */s/ Joseph R. Saveri* |
| | | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:   jsaveri@saverilawfirm.com
            czirpoli@saverilawfirm.com
            cyoung@saverilawfirm.com
            hbenon@saverilawfirm.com
            acera@saverilawfirm.com
            mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323)968-2632
Facsimile: (415) 395-9940
Email:   mb@buttericklaw.com


Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice anticipated)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email:   bclobes@caffertyclobes.com
            asweatman@caffertyclobes.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email:   dmuller@venturahersey.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1505, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On August 29, 2024, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **PLAINTIFFS' FOURTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT META PLATFORMS, INC.**

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 29, 2024.

*Rya Fishman*
Rya Fishman

**SERVICE LIST**

Bobby A. Ghajar
Colette Ani Ghazarian
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Email: bghajar@cooley.com
      cghazarian@cooley.com

Kathleen R. Hartnett
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Email: khartnett@cooley.com

Judd D. Lauter
Elizabeth Lee Stameshkin
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Email: jlauter@cooley.com
      lstameshkin@cooley.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Email: mlemley@lex-lumina.com

Angela L. Dunning
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road
Palo Alto, CA 94304-1254
Email: adunning@cgsh.com

*Counsel for Defendant
Meta Platforms, Inc.*

Amy Keller
James A. Ulwick
**DICELLO LEVITT LLP**
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Email: akeller@dicellolevitt.com
      julwick@dicellolevitt.com

Brian O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Ste 240
San Diego, CA 92121
Email: briano@dicellolevitt.com

*Counsel for Plaintiffs*