1   COOLEY LLP
    BOBBY GHAJAR (198719)
2   (bghajar@cooley.com)
    COLETTE GHAZARIAN (322235)
3   (cghazarian@cooley.com)
    1333 2nd Street, Suite 400
4   Santa Monica, California 90401
    Telephone:    (310) 883-6400
5
    MARK WEINSTEIN (193043)
6   (mweinstein@cooley.com)
    KATHLEEN HARTNETT (314267)
7   (khartnett@cooley.com)
    JUDD LAUTER (290945)
8   (jlauter@cooley.com)
    Elizabeth L. Stameshkin (260865)
9   (lstameshkin@cooley.com)
    3175 Hanover Street
10  Palo Alto, CA  94304-1130
    Telephone:    (650) 843-5000
11  LEX LUMINA PLLC
    MARK A. LEMLEY (155830)
12  (mlemley@lex-lumina.com)
    745 Fifth Avenue, Suite 500
13  New York, NY 10151
    Telephone: (646) 898-2055
14
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
15  ANGELA L. DUNNING (212047)
    (adunning@cgsh.com)
16  1841 Page Mill Road, Suite 250
    Palo Alto, CA 94304
17  Telephone: (650) 815-4131

    *Counsel for Defendant Meta Platforms, Inc.*
18

19              **UNITED STATES DISTRICT COURT**

20            **NORTHERN DISTRICT OF CALIFORNIA**

21                **SAN FRANCISCO DIVISION**

22  RICHARD KADREY, *et al.*,                    Case No. 3:23-cv-03417-VC-TSH

23      Individual and Representative Plaintiffs,   **DECLARATION OF ELIZABETH STAMESHKIN**

24          v.

25  META PLATFORMS, INC., a Delaware             Trial Date: None
    corporation;                                  Date Action Filed: July 7, 2023
26
27                          Defendant.

28

COOLEY LLP
ATTORNEYS AT LAW

                                    **DECLARATION OF ELIZABETH STAMESHKIN**
                                    **3:23-CV-03417-VC-TSH**

I, Elizabeth Stameshkin, declare:

1.     I am a Special Counsel at the law firm of Cooley LLP and counsel to Meta Platforms, Inc. in the above-referenced matter.  I have personal knowledge of the facts contained in this Declaration and, if called as a witness, could competently testify to them under oath.

2.     I understand that the process of collecting and reviewing documents for responsiveness and privilege was and is time consuming.  The process requires Meta to first collect custodial files and process them for delivery to an e-discovery vendor.  This initial processing is bandwidth constrained by the quantity of materials collected and the volume of Meta's overall e-discovery needs, which are substantial.  Accordingly, this first step alone can take up to one week or longer for a single ESI custodian, even if prioritized at the expense of other tasks by the vendor.

3.     Once that happens, Meta's attorneys must apply search terms to the custodial files followed by a substantive review for responsiveness, and a second level review for privilege.  Once all of that is completed, in most cases, at least an additional 48 hours are required to perform a quality control check and process any responsive, non-privileged documents for production; and at least an additional seven to ten days is necessary to complete a privilege log, depending on the volume of privileged materials redacted or withheld.

4.     It previously took Meta more than eight weeks to collect, review, and produce documents for the 10 custodians it identified, and this did not include privilege logging.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 30th day of September at Palo Alto, CA.


_____*Elizabeth L. Stameshkin*_____
Elizabeth Stameshkin