COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:     (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
Elizabeth L. Stameshkin (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DECLARATION OF MICHELLE WOODHOUSE IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT DISCOVERY LETTER BRIEF AND EXHIBITS** |

I, Michelle Woodhouse, hereby declare:

1. I am an Associate General Counsel for Defendant, Meta Platforms, Inc. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I make this declaration in support of Meta's administrative motion to file under seal the Joint Letter Brief on Meta's Motion to Compel ("Joint Letter Brief") and Exhibits 1, 2, and 4 to the Joint Letter Brief. The motion seeks to have the following partially sealed or entirely sealed:

| Document | Sealing Request |
|---|---|
| Joint Discovery Letter Brief | • Redacted portions |
| Exhibit 1 to Joint Discovery Letter Brief | • Redacted portions |
| Exhibit 2 to Joint Discovery Letter Brief | • Redacted portions |
| Exhibit 4 to Joint Discovery Letter Brief | • Redacted portions |

3. Exhibit 1 comprises excerpts of the deposition transcript of Eleonora Presani, which includes discussion of highly sensitive information regarding Meta's AI development and regarding potential partnerships relating to AI development. Public disclosure of the redacted information exposes Meta to the risk of competitive harm.

4. Exhibit 2 comprises excerpts of the deposition transcript of Melanie Kambadur, which includes discussion of highly sensitive information regarding Meta's AI technical development. Public disclosure of the redacted information exposes Meta to the risk of competitive harm.

5. The Joint Letter Brief contains information quoting and reflecting the contents of Exhibits 1 and 2, as well as the contents of previously sealed ECF Nos. 162-4, 162-5, 162-11, 162-12, 162-13, 162-14 which is discussed in ECF Nos. 161, 161-1, 161-2, and was sealed at ECF No. 172. Public disclosure of the redacted information in the Joint Letter Brief exposes Meta to the risk of competitive harm.

6. Exhibit 4 is Plaintiffs' Rule 30(b)(6) notice, which includes topics that discuss

specific information regarding Meta's AI technical development and potential plans that have not been disclosed to the public. Public disclosure of the redacted information exposes Meta to the risk of competitive harm.

7. Public disclosure of the information contained in the above-referenced exhibits exposes Meta to the risk of competitive and financial harm, by revealing Meta's non-public business strategies, trade secret information pertaining to its generative AI offerings, and competitive analyses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed in San Jose, California on this 30th day of September, 2024.

*/s/ Michelle Woodhouse*
Michelle Woodhouse