**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice* forthcoming)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butterickaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al.*,*<br><br>　*Individual and Representative Plaintiffs*,<br><br>　v.<br><br>META PLATFORMS, INC.,<br>　　　　　　　　　　　　　　　*Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND CASE MANAGEMENT SCHEDULE** |

Before the Court is Plaintiffs' Motion to Amend Case Management Schedule. Upon consideration of Plaintiffs' Motion and supporting papers submitted to the Court in connection therewith, and for good cause shown, the Court modifies the initial case management schedule, Dkt. 87, as follows:

**[Plaintiffs propose this first of two proposed amended schedules if the scope of summary judgment and further discovery *is* limited to fair use.  See Plaintiffs' Mot. to Amend Case Mgmt. Schedule at 1-2.]**

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Fact Discovery** | | |
| Exchange Supplemental Initial Disclosures | N/A | October 7, 2024 |
| Meet/Confer re: Existing Written Discovery/Priv. Logs | N/A | October 9, 2024 |
| Letter Briefs re: Existing Written Discovery/Priv. Logs | N/A | October 11, 2024 |
| Motion for Leave to Amend Complaint | N/A | October 11, 2024 |
| Additional Written Discovery Requests | N/A | October 11, 2024 |
| Identification of Addt'l Document Custodians/Deponents | N/A | October 11, 2024 |
| Letter Briefs re: Addt'l Custodians/Deponents | N/A | October 18, 2024 |
| Responses To Addt'l Discovery (served by 10/11) | N/A | November 4, 2024 |
| Documents/Priv. Logs for Addt'l Discovery (served by 10/11) | N/A | November 7, 2024 |
| Meet/Confer re: Responses to Addt'l Discovery (served by 10/11) | N/A | November 13, 2024 |
| Letter Briefs re: Addt'l Discovery (served by 10/11) | N/A | November 15, 2024 |
| Close of Fact Discovery | September 30, 2024 | December 13, 2024 |

| Expert Reports | | |
|---|---|---|
| Opening Expert Reports Due | October 11, 2024 | December 20, 2024 |
| Rebuttal Expert Reports Due | November 8, 2024 | January 15, 2025 |
| Close of Expert Discovery | December 20, 2024 | January 31, 2025 |
| **Summary Judgment and Daubert Motions** | | |
| Opening MSJ/*Daubert* Briefs Due | January 1, 2025 | February 7, 2025 |
| Opposition to MSJ/*Daubert* Briefs Due | February 7, 2025 | March 7, 2025 |
| Reply MSJ/*Daubert* Briefs Due | February 21, 2025 | March 21, 2025 |
| Motion for Summary Judgment Hearing | March 6, 2025 | March 27, 2025 |

**[Plaintiffs propose this second of two schedules if the scope of summary judgment and further discovery is *not* limited to fair use.  *See* Plaintiffs' Motion to Amend Case Mgmt. Schedule at 2-3.]**

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Fact Discovery** | | |
| Close of Fact Discovery | September 30, 2024 | January 24, 2025 |
| **Expert Reports** | | |
| Opening Expert Reports Due | October 11, 2024 | February 14, 2025 |
| Rebuttal Expert Reports Due | November 8, 2024 | March 7, 2025 |
| Close of Expert Discovery | December 20, 2024 | March 28, 2025 |
| **Summary Judgment and Daubert Motions** | | |
| Opening MSJ/*Daubert* Briefs Due | January 1, 2025 | April 25, 2025 |
| Opposition to MSJ/*Daubert* Briefs Due | February 7, 2025 | May 23, 2025 |

| Reply MSJ/*Daubert* Briefs Due | February 21, 2025 | June 13, 2025 |
|---|---|---|
| Motion for Summary Judgment Hearing | March 6, 2025 | June 26, 2025 |

**IT IS SO ORDERED**, on this date _____.


_____
The Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE