UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER FARNSWORTH,

    Plaintiff,

v.

META PLATFORMS, INC.,

    Defendant.

Case No. 24-cv-06893-AMO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Vince Chhabria for consideration of whether the case is related to *Kadrey et al v. Meta Platforms, Inc.*, Case No. 3:23-cv-03417-VC.

**IT IS SO ORDERED.**

Dated: October 3, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**