| | |
|---|---|
| 1 | COOLEY LLP |
| | BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com) |
| | COLETTE GHAZARIAN (322235) |
| 3 | (cghazarian@cooley.com) |
| | 1333 2nd Street, Suite 400 |
| 4 | Santa Monica, California 90401 |
| | Telephone:    (310) 883-6400 |
| 5 | |
| | MARK WEINSTEIN (193043) |
| 6 | (mweinstein@cooley.com) |
| | KATHLEEN HARTNETT (314267) |
| 7 | (khartnett@cooley.com) |
| | JUDD LAUTER (290945) |
| 8 | (jlauter@cooley.com) |
| | Elizabeth L. Stameshkin (260865) |
| 9 | (lstameshkin@cooley.com) |
| | 3175 Hanover Street |
| 10 | Palo Alto, CA  94304-1130 |
| | Telephone:    (650) 843-5000 |
| 11 | LEX LUMINA PLLC |
| | MARK A. LEMLEY (155830) |
| 12 | (mlemley@lex-lumina.com) |
| | 745 Fifth Avenue, Suite 500 |
| 13 | New York, NY 10151 |
| | Telephone: (646) 898-2055 |
| 14 | |
| | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 15 | ANGELA L. DUNNING (212047) |
| | (adunning@cgsh.com) |
| 16 | 1841 Page Mill Road, Suite 250 |
| | Palo Alto, CA 94304 |
| 17 | Telephone: (650) 815-4131 |
| | *Counsel for Defendant Meta Platforms, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, | Case No. 3:23-cv-03417-VC-TSH |
| Individual and Representative Plaintiffs, | **DECLARATION OF KATHLEEN HARTNETT** |
| v. | |
| META PLATFORMS, INC., a Delaware corporation; | Trial Date: None<br>Date Action Filed: July 7, 2023 |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW

DECLARATION OF KATHLEEN HARTNETT
3:23-CV-03417-VC-TSH

I, Kathleen Hartnett, declare:

1. I am a Partner at the law firm of Cooley LLP and counsel to Meta Platforms, Inc. in the above-referenced matter. I have personal knowledge of the facts contained in this Declaration and, if called as a witness, could competently testify to them under oath.

2. Attached as Exhibit 1 is a true and correct copy of a letter dated September 27, 2024, from myself to Plaintiffs' counsel of record, regarding Plaintiffs' request to modify the Court-ordered case schedule, and Exhibits A and B to this letter.

3. Attached as Exhibit 2 is a true and correct copy of an email dated September 27, 2024, from Maxwell Pritt to Cole Poppell and myself.

4. I understand that Meta has produced source code, including change history and comments, that was used to create the Llama models. This source code was collected earlier this year, after the release of Llama 1 and 2, and after much of the pre-training for Llama 3 had already occurred. Meta made this code available for review on May 10, 2024. Plaintiffs first sought to review this code in August of 2024. I also understand that, as a courtesy, Meta is in the process of supplementing this source code production to account for the time between collection and the present. Plaintiffs raise a number of vague allegations about this code, including that it is a "hodge podge of code and scripts," when Meta in fact produced specific source code repositories retaining the file structure and organization of the repositories used at Meta. Plaintiffs have not met and conferred regarding any concern regarding a "hodge podge" of "code and scripts" or code that relates to what they term "how LLMs handle or filter copyrighted material."

5. I understand that Meta has provided a list of and produced all pretraining and post training data (i.e., data for fine-tuning and alignment) for Llama 1 and Llama 2, much of which was also used for Llama 3. Meta has also supplemented its production with Llama 3 training data relating to books (i.e., the "Libgen" dataset) pursuant to Rule 26. Collection of this training data involves numerous technical hurdles, and the training data used to train these models comprises terabytes of irrelevant data (e.g., data not relating to books). The parties held a meet and confer on August 29, 2024, where they resolved that Meta need not produce additional Llama 3 data beyond the "Libgen" dataset.

6. I understand that there was a typographical error in the September 10, 2024, cover letter accompanying Meta's production of META_KADREY_DATA_005, which completed Meta's production of the Libgen dataset. Plaintiffs referred to META_KADREY_DATA_005 in their Rule 30(b)(6) notice served just six days after Plaintiffs received the hard drive containing META_KADREY_DATA_005.

7. Plaintiffs state in their motion that Meta has not produced "documents that Meta obtained from the totality of shadow libraries and online sources." Dkt. 193 at 4. I understand that Meta performed a search for communications with certain online sources pursuant to Plaintiffs' discovery requests, and, as noted above, has produced relevant data used to train the Llama 1, 2, and 3 models.

8. I understand that Meta has also provided an interrogatory response and non-privileged documents that relate to its mitigation work to prevent training data memorization.

9. I understand that Meta has produced documents relating to the "Libgen" dataset and, as noted above, the Libgen data used to train the Llama 3 model.

10. On September 30, 2024, Meta responded to Plaintiffs' requests for production relating to licensing, including Request for Production No. 77.

11. On September 20, 2024, Plaintiffs informed Meta that they intended to take the deposition of Dr. Yann LeCun in place of Ms. Amanda Kallet (after previously confirming Ms. Kallet's deposition for September 27, 2024).

12. Meta and Plaintiffs' counsel have met and conferred regarding concerns around both parties' privilege logs, and Meta plans to provide an updated privilege log to Plaintiffs on Monday, October 7, 2024.

13. At the time that Plaintiffs filed their motion, Meta had not yet responded to Plaintiffs' Interrogatories regarding fair use and advice of counsel, as those interrogatory responses were due that day, September 30, 2024. Meta timely served its responses on September 30, 2024.

14. I understand that Meta has produced documents responsive to requests for production served by Plaintiffs for financial information relating to the Llama models. Meta has also identified a witness on this topic, Amrish Acharya, Meta's Senior Director of Finance.

15. I understand that Meta has produced non-privileged documents relating to its decision to use the training data at issue in this case, as well as documents related to various mitigation measures. Meta has also identified several witnesses with knowledge of the datasets used by Meta.

16. I understand that Meta has produced technical information and source code relating to its released Llama models.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of October at Oakland, CA.

/s/ *Kathleen Hartnett*
Kathleen Hartnett