1  Elizabeth J. Cabraser (State Bar No. 083151)
   Daniel M. Hutchinson (State Bar No. 239458)
2  Reilly T. Stoler (State Bar No. 310761)
   LIEFF CABRASER HEIMANN &
3  BERNSTEIN, LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
5  ecabraser@lchb.com
   dhutchinson@lchb.com
6  rstoler@lchb.com

7  Rachel Geman (*pro hac vice forthcoming*)
   LIEFF CABRASER HEIMANN &
8  BERNSTEIN, LLP
   250 Hudson Street, 8th Floor
9  New York, New York 10013-1413
   Telephone: (212) 355-9500
10 rgeman@lchb.com

11 Scott J. Sholder (*pro hac vice forthcoming*)
   CeCe M. Cole (*pro hac vice forthcoming*)
12 COWAN DEBAETS ABRAHAMS &
   SHEPPARD LLP
13 60 Broad Street, 30th Floor
   New York, New York 10004
14 Telephone: (212) 974-7474
   ssholder@cdas.com
15 ccole@cdas.com

16 *Attorneys for Plaintiff and the Proposed Class in Farnsworth v. Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.  3:23-cv-03417-VC<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

Pursuant to Civil Local Rules 3-12(b) and 7-11, Plaintiffs in *Farnsworth et al., v. Meta Platforms, Inc.*, 3:24-cv-06893-AMO (N.D. Cal.) ("*Farnsworth*") file this unopposed motion for consideration of whether the *Farnsworth* suit should be related to the above-captioned case, *Kadrey et al., v. Meta Platforms, Inc.*, 3:23-cv-03417-VC (N.D. Cal.) ("*Kadrey*"). This Motion is accompanied by the Declaration of Daniel M. Hutchinson and Exhibit 1 thereto (copy of the complaint filed in *Farnsworth*) ("Hutchinson Decl.").

Civil Local Rule 3-12(b) requires a party to file "an Administrative Motion to Consider Whether Cases Should be Related" whenever "a party . . . believes that" another action "may be []related." Under Local Rule 3-12(b), an action is related to another when: "(1) The allegations concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." On October 3, 2024, the Court in *Farnsworth* issued a Referral to this Court "for consideration of whether the case is related."

The Local Rule 3-12 criteria are met here.

The plaintiffs in the *Kadrey* and *Farnsworth* actions are book authors asserting the same, single claim for copyright infringement, against the same lone defendant, Meta Platforms, Inc. ("Meta"). The infringement claim in each class action arises from the same alleged conduct by Meta. Specifically, plaintiffs in both actions allege that Meta stole a large trove of copyrighted books, including plaintiffs' copyrighted works, and used those books to train a set of large language models ("LLMs") called "Llama." *Compare Farnsworth* Complaint at ¶¶ 3, 10 *et seq.*, 22 *et seq.* with *Kadrey* Complaint at ¶¶ 1, 4-5, 18 *et seq.*; *see, e.g., Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.*, Case No. 14-cv-1130, 2015 WL 4452136, at *12 (N.D. Cal. July 20, 2015) (relating cases involving "substantially the same matter" despite "slightly differing parties" and "a differing underlying FOIA request").

In addition to the substantial similarity of the parties and alleged predicate conduct, the *Kadrey* and *Farnsworth* actions will both likely require an adjudication of Meta's fair use defense. The potential for conflicting rulings on this issue supports relating the cases. *See* L.R. 3-12(b). Moreover, discovery into Meta's alleged infringing conduct and fair use defense will

1  concern almost entirely overlapping evidence regarding—*inter alia*—the technical features of
2  Meta's LLMs, the data used to train the LLMs and the existence of licensing markets for LLM
3  training data. Thus, "to avoid duplication of labor or conflicting results, the two matters should be
4  related." *JaM Cellars, Inc. v. Wine Grp. LLC,* No. 19-CV-01878-HSG, 2020 WL 2322992, at *1
5  (N.D. Cal. May 11, 2020) (relating trademark infringement actions involving overlapping parties
6  "although the underlying products, marks, and some portion of evidence differ").
7      Neither Meta nor counsel for the *Kadrey* plaintiffs oppose relating these cases.[1] *See*
8  Hutchinson Decl. at ¶ 4.
9      For these reasons, the *Farnsworth* plaintiffs respectfully request that the Court enter an
10 order relating *Farnsworth* with *Kadrey* and reassigning *Farnsworth* to this Court.

---

[1] Meta's counsel requested a note clarifying that while they do not oppose relating the cases, they do not agree with all characterizations within this brief.

| | | |
|---|---|---|
| 1 | Dated: October 3, 2024 | Respectfully submitted, |

By:   */s/ Daniel Hutchinson*
       Daniel M. Hutchinson

Elizabeth J. Cabraser (State Bar No. 083151)
Daniel M. Hutchinson (State Bar No. 239458)
Reilly T. Stoler (State Bar No. 310761)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
rstoler@lchb.com

Rachel Geman (*pro hac vice forthcoming*)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com

Scott J. Sholder (*pro hac vice forthcoming*)
CeCe M. Cole (*pro hac vice forthcoming*)
**COWAN DEBAETS ABRAHAMS**
**& SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10004
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly served upon all Counsel of record in:

- *Farnsworth et al., v. Meta Platforms, Inc.*, 3:24-cv-06893-AMO (N.D. Cal.)
- *Kadrey et al., v. Meta Platforms, Inc.*, 3:23-cv-03417-VC (N.D. Cal.)

via electronic service, in accordance with the Federal Rules of Civil Procedure, on October 3, 2024.

/s/Daniel M. Hutchinson