Elizabeth J. Cabraser (State Bar No. 083151)
Daniel M. Hutchinson (State Bar No. 239458)
Reilly T. Stoler (State Bar No. 310761)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
rstoler@lchb.com

Rachel Geman (*pro hac vice forthcoming*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com

Scott J. Sholder (*pro hac vice forthcoming*)
CeCe M. Cole (*pro hac vice forthcoming*)
COWAN DEBAETS ABRAHAMS &
SHEPPARD LLP
60 Broad Street, 30th Floor
New York, New York 10004
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiff and the Proposed Class in Farnsworth v. Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No.  3:23-cv-03417-VC <br><br> **DECLARATION OF DANIEL M. HUTCHINSON IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

3105840.2

DECL. OF DANIEL M. HUTCHINSON ISO ADMIN.
MOTION TO CONSIDER WHETHER CASES SHOULD
BE RELATED
CASE NO. 3:23-CV-03417-VC

I, Daniel M. Hutchinson, declare:

1. I am a partner with the law firm Lieff Cabraser Heimann & Bernstein, LLP, counsel of record for Plaintiffs in *Farnsworth et al., v. Meta Platforms, Inc*., 3:24-cv-06893-AMO (N.D. Cal.) (the "*Farnsworth* Plaintiffs"). I am admitted to practice before this Court and am a member in good standing of the bar of the State of California; the United States District Court for the Central, Northern, and Southern Districts of California; the United States District Court for the Northern District of Illinois; the United States District Court for the Eastern District of Wisconsin; and the U.S. Courts of Appeals for the First, Second, Third, Fourth, Seventh, Ninth, and Eleventh Circuits.

2. Pursuant to Civil Local Rule 7-11, I submit this declaration in support of the *Farnsworth* Plaintiffs' Unopposed Administrative Motion to Consider Whether Cases Should Be Related under Civil Local Rules 3-12 and 7-11 (the "Motion"). If called as a witness, I could and would testify competently to the matters stated herein.

3. Attached as **Exhibit 1** is a true and correct copy of the Complaint filed on October 1, 2024, in *Farnsworth et al., v. Meta Platforms, Inc*., 3:24-cv-06893-AMO (N.D. Cal.). ECF No. 1.

4. Prior to filing this Motion, on October 2, 2024, my firm contacted counsel for all parties in *Kadrey et al., v. Meta Platforms, Inc.,* 3:23-cv-03417-VC (N.D. Cal.) ("*Kadrey*") to inform them that *Farnsworth* Plaintiffs would file this Motion. On October 3, 2024, I sent a copy of the Motion to Defendant Meta Platforms, Inc.'s counsel ("Meta's counsel"). Meta's counsel reviewed the Motion and stated that—while Meta does not agree with the characterizations in the Motion—Meta would not oppose relating the cases. Counsel for Plaintiffs in *Kadrey* do not oppose this Motion.

1  I declare under penalty of perjury that the forgoing is true and correct. Executed in San
2  Francisco, California, this 3rd day of October 2024.

*/s/ Daniel M. Hutchinson*
Daniel M. Hutchinson
(State Bar No. 239458)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dhutchinson@lchb.com

3105840.2 — - 3 - — DECL. OF DANIEL M. HUTCHINSON ISO ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:24-CV-05417