1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No.  3:23-cv-03417-VC <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

1  Having considered the Unopposed Administrative Motion to Consider Whether Cases
2  Should Be Related Under Civil Local Rules 3-12 and 7-11, filed in this case by Plaintiffs in
3  *Farnsworth v. Meta Platforms, Inc.* 3:24-cv-06893-AMO (N.D. Cal.), and all papers filed in
4  support of the motion, and the entire record herein, the Court ORDERS as follows:

5      1.    The Motion is GRANTED.

6      2.    *Farnsworth et al., v. Meta Platforms, Inc.*, 3:24-cv-06893-AMO (N.D. Cal.) and
7  *Kadrey et al., v. Meta Platforms, Inc.*, 3:23-cv-03417-VC (N.D. Cal.) are deemed related as
8  defined in Civil Local Rule 3-12(a).

9      3.    The Clerk shall reassign *Farnsworth et al., v. Meta Platforms, Inc.*, 3:24-cv-
10  06893-AMO (N.D. Cal.) to the undersigned judge for all future purposes.

11  **IT IS SO ORDERED.**

13  Dated: _____, 2024         _____
                                             HON. VINCE CHHABRIA
14                                           United States District Court Judge