# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>*Individual and Representative Plaintiff*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>*Defendant.* | Consolidated Case No. 3:23-cv-03417-VC (TSH)<br><br>**STIPULATION RE: JOINT DISCOVERY BRIEF RE PRIVILEGE LOG ISSUES AND [PROPOSED] ORDER** |

Pursuant to Civ. L.R. 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz and Lysa Terkeurst ("Plaintiffs"); and Defendant Meta Platforms, Inc. ("Defendant;" together with Plaintiffs, "Parties") by and through their respective counsel stipulate:

WHEREAS, on September 25, 2024, the Court held a telephonic discovery conference, where the Court set a deadline for the Parties to file joint discovery briefs regarding issues relating to the parties' respective privilege logs by October 3, 2024;

WHEREAS, the Parties separately continue to meet and confer regarding Plaintiffs' privilege logs, which may obviate some or all of the issues that Meta had intended to put to the Court;

WHEREAS, Meta has agreed to provide an amended privilege log on October 7, 2024, which may obviate some or all of the issues that would have been put to the Court;

WHEREAS, all Parties agree that Plaintiffs reserve their right to challenge the adequacy of Meta's forthcoming privilege log as well as to address any substantive issues with the claims of privilege and/or attorney work product asserted therein;

WHEREAS, all Parties agree that Meta reserves its right to raise disputes regarding Plaintiffs' privilege logs after the conclusion of ongoing meet and confers, as well as to address any substantive issues with the claims of privilege and/or attorney work product asserted therein;

WHEREAS, in light of the foregoing, there is currently no issue ripe for review by the Court on the Parties' respective privilege logs;

WHEREAS, all Parties agree that the current briefing deadline should be vacated and that the Parties will inform the Court if they are unable to informally resolve their current disputes with respect to the privilege logs;

WHEREAS, under the existing case management schedule fact discovery closed on September 30, 2024, with the exception of certain depositions, and, absent court order, the deadline to file motions to compel discovery under the September 30 discovery cut-off is October 7, 2024 (Civil L.R. 37-3);

WHEREAS, the Parties jointly request a 14-day extension of time within which to raise issues with their respective privilege logs until after they have had a reasonable opportunity to meet and confer;

1      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through Plaintiffs and Defendant, as represented by their undersigned counsel, that:

(1) the Parties do not intend to file a joint letter brief regarding their respective privilege log concerns today, October 3, 2024;

(2) the Parties jointly request an extension of the deadline under the Local Rules to raise disputes concerning their responsive privilege logs, including the adequacy of the parties' logs as well as any substantive issues with the claims of attorney-client privilege and attorney work product asserted therein, to October 21, 2024; and

(3) the Parties agree that nothing in this Stipulation shall have the effect of extending any other aspect of the case schedule entered by the Court and that this Stipulation shall not be used as a basis to seek an extension of any other deadlines in the case.

| | |
|---|---|
| Dated: October 3, 2024 | Respectfully Submitted, |
| | By:   */s/ Amy Keller* |
| | Amy Keller |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       cyoung@saverilawfirm.com
                       hbenon@saverilawfirm.com
                       acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@butticklaw.com

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:     (215) 864-2800
Email:            bclobes@caffertyclobes.com
                       asweatman@caffertyclobes.com

Daniel Jerome Muller
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, CA 95125
Telephone:     (408) 512-3022
Facsimile:       (408) 512-3023
Email:             dmuller@venturahersey.com

Amy Keller (*pro hac vice*)
James A. Ulwick (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
**DiCELLO LEVITT LLP**
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
akeller@dicellolevitt.com
julwick@dicellolevitt.com
ndjordjevic@dicellolevitt.com

David A. Straite (*pro hac vice*)
485 Lexington Ave., Suite 1000
New York, NY 10017
Telephone: (646) 933-1000
dstraite@dicellolevitt.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: October 3, 2024 | By:    */s/ Elizabeth L. Stameshkin* <br>         Elizabeth L. Stameshkin |

Bobby A. Ghajar
Colette Ani Ghazarian
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:   (310) 883-6400
Facsimile:    (310) 883-6500
Email:        bghajar@cooley.com
              cghazarian@cooley.com

Mark R. Weinstein
Elizabeth Lee Stameshkin
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Telephone:   650-843-5000
Facsimile:    650-849-7400
Email:        lstameshkin@cooley.com
              jlauter@cooley.com

Kathleen R. Hartnett
Judd D. Lauter
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2071
Facsimile:    (415) 693-2222
Email:        khartnett@cooley.com

Angela Dunning
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone:   (650) 815-4131
Email:        adunning@cgsh.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone:   (646) 898-2055
Facsimile:    (646) 906-8657
Email:        mlemley@lex-lumina.com

*Attorneys for Defendant*
*META PLATFORMS, INC.*

5

Case No. 3:23-cv-03417-VC (TSH)          STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, the Court hereby extends the deadline to raise discovery disputes concerning their responsive privilege logs, including claims of attorney-client privilege and attorney work product, to October 21, 2024.

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Thomas S. Hixson, USMJ