**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice* forthcoming)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Margaux Poueymirou (SBN 356000)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@buttericklaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>*Defendant.* | CASE NO. 3:23-cv-03417-VC<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT META PLATFORMS, INC.'S OPPOSITION TO MOTION TO AMEND CASE MANAGEMENT SCHEDULE** |

I, Maxwell V. Pritt, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner in the San Francisco office of Boies Schiller Flexner, LLP ("BSF"), counsel for Plaintiffs in the above-captioned action. I make this declaration pursuant to 28 U.S.C. § 1746 and Local Rule 6-3 in support of the Reply to Defendant's Opposition to the Motion to Amend the Case Management Schedule.

2. I have personal knowledge of the matters stated herein and, if called upon, I can competently testify thereto.

3. Attached as **Exhibit A** to this Declaration is a true and correct copy of excerpts of Meta's Responses and Objections to Plaintiffs' Second Set of Interrogatories, dated September 30, 2024.

4. Attached as **Exhibit B** to this Declaration is a true and correct copy of excerpts from Meta's Objections and Responses to Plaintiffs' Fourth Set of Requests for Production, dated September 30, 2024.

5. Attached as **Exhibit C** to this Declaration is a true and correct copy of excerpt from Meta's Objections and Responses to Plaintiffs' Corrected Second Set of Requests for Production, dated April 19, 2024.

6. Attached as **Exhibit D** to this Declaration is a true and correct copy of an excerpt of Meta's Responses and Objections to Plaintiffs' First Set of Interrogatories, dated February 23, 2024. Meta supplemented its responses and objections to these interrogatories on August 22, 2024, but did not respond to Interrogatory No. 4 as written and did not identify any agreements as defined in and requested by Interrogatory No 4. Plaintiffs do not attach Meta's supplemental objections and responses here because Meta designated them Confidential and AEO under the Protective Order.

///

///

///

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 4th day of October 2024 in San Francisco, California.

By:    /s/ Maxwell V. Pritt
       Maxwell V. Pritt