**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice* forthcoming)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Margaux Poueymirou (SBN 356000)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@buttoricklaw.com

**CAFFERTY CLOBES MERIWETHER &
 SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al., | CASE NO. 3:23-cv-03417-VC |
| *Individual and Representative Plaintiffs*, | **DECLARATION OF RYA FISHMAN IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT META PLATFORMS, INC.'S OPPOSITION TO MOTION TO AMEND CASE MANAGEMENT SCHEDULE** |
| v. | |
| META PLATFORMS, INC., | |
| *Defendant.* | |

I, Rya Fishman, declare as follows:

1.      I am a paralegal at the Joseph Saveri Law Firm, counsel for Plaintiffs in the above-captioned action.

2.      I have personal knowledge of the matters stated herein and, if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. § 1746 and Local Rule 6-3 in support of Plaintiffs' Reply to Defendant Meta Platforms, Inc.'s Opposition to Motion to Amend Case Management Schedule.

3.      On August 29, 2024, I attended a meet-and-confer videoconference with counsel for Meta Platforms, Inc. in connection with the above-referenced action.  Also in attendance for Plaintiffs' counsel were Holden Benon, Aaron Cera, Matthew Butterick, Alex Sweatman, Mohammed Rathur, and James Ulwick.

4.      Plaintiffs' counsel did not state during the August 29 meet-and-confer that Meta did not need to produce additional Llama 3 data beyond the "Libgen" dataset.  Rather, Plaintiffs' counsel explained that datasets containing copyrighted literary works were Plaintiffs' priority at that time, as opposed to datasets comprising social media commentary.  Plaintiffs' counsel also asked Meta's counsel to describe the universe of what was being withheld, but Meta's counsel was unable to provide a meaningful response during the meet-and-confer.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 4th day of October 2024 in San Francisco, California.

By: _____*/s/ Rya Fishman* _____
            Rya Fishman