Exhibit B

COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>　　Individual and Representative Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>　　　　　　　　　　　　　Defendant. | Case No. 3:23-cv-03417-VC<br><br>**DEFENDANT META PLATFORMS, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FOURTH SET OF REQUESTS FOR PRODUCTION** |

**RESPONSE TO REQUEST NO. 77:**

Meta incorporates by reference its objections and definitions above, including to the term "Meta Language Model." Any electronic communications, including email and documents attached thereto, will only be produced pursuant to and in accordance with the ESI Order.

Meta objects to this Request because, on its face, it does not exclude documents and communications exchanged with or at the direction of Meta's attorneys concerning legal advice or opinions, which are subject to attorney-client privilege and/or attorney work product doctrine. Such documents will not be produced.

Meta objects to this Request as vague and ambiguous as to the phrasing "Communications Concerning licensing copyrighted works," which appears to be missing one or more words. Meta further objects to this Request as vague, ambiguous, and unduly burdensome as to the term "copyrighted works," as Meta is not in a position to know whether any particular work is subject to copyright protection. Meta will construe this Request to seek communications concerning Meta's negotiations of licenses for datasets, if any, that were used to train the Meta Language Models (as construed above).

Meta objects to this Request as overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent that it seeks all communications concerning the subject matter of the Request, including documents with limited, if any, relevance to Plaintiffs' copyright infringement allegations and Meta's defenses thereto.

Subject to and without waiving the foregoing objections, and pursuant to the terms of the Protective Order and ESI Order, Meta has conducted a reasonable search and did not locate communications in its possession, custody, or control concerning the negotiation of licenses for datasets that were used to train the Meta Language Models (as construed above).

**REQUEST FOR PRODUCTION NO. 78:**

Documents sufficient to show what the term "invite-only" means as used by Defendant in ECF No. 105.

**RESPONSE TO REQUEST NO. 78:**

Meta incorporates by reference its objections and definitions above. Any electronic

communications, including emails and documents attached thereto, will only be produced pursuant to and in accordance with the ESI Order.

Meta objects to this Request because, on its face, it does not exclude documents and communications exchanged with or at the direction of Meta's attorneys concerning legal advice or opinions, which are subject to attorney-client privilege and/or attorney work product doctrine. Such documents will not be produced.

Meta objects to this Request on the ground that it seeks information that is not relevant to any party's claims or defenses.

Dated: September 30, 2024                                COOLEY LLP

By: /s/Judd Lauter
Bobby Ghajar
Mark Weinstein
Kathleen Hartnett
Judd Lauter
Liz Stameshkin
Colette Ghazarian

LEX LUMINA PLLC
Mark A. Lemley

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Angela L. Dunning

Attorneys for Defendant
META PLATFORMS, INC.