**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice* forthcoming)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@buttericklaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312)-782-4880
bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class. (additional counsel included below)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO VISION**

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>  *Individual and Representative Plaintiffs*,<br><br> v.<br><br>META PLATFORMS, INC.,<br><br>                                    *Defendant*. | Case No. 3:23-cv-03417-VC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11, 79-5(f), and this Court's Standing Order on Motions to Seal, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with Plaintiffs' Reply to Defendant Meta Platforms, Inc.'s Opposition to Motion to Amend Case Management Schedule (the "Reply"). The Declaration of Jonathan Krein in Support of the Reply to Plaintiffs' Motion to Amend Case Management Schedule (the "Krein Declaration"), and Exhibit A of Holden Benon's Declaration in Support of the Reply to Plaintiffs' Motion to Amend Case Management Schedule (the "Benon Declaration") contain, in various places, summaries or descriptions of material that Defendant Meta Platforms, Inc., designated as "Confidential" or "Attorneys Eyes Only," as defined in the in the parties' Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (ECF No. 90, the "Protective Order").  Pritt Sealing Decl. ¶ 3.

On Friday, October 4, 2024, at 6:14 AM, Margaux Poueymirou of the Joseph Saveri Law Firm LLP, counsel for Plaintiffs, emailed Kathleen Hartnett of Cooley LLP, counsel for Defendant Meta Platforms, Inc., along with Defendant's other counsel of record, for permission to file publicly the information Defendant designated "Confidential" or "Attorneys Eyes Only."  Pritt Sealing Decl. ¶ 4. Ex. A.  Ms. Hartnett responded at 8:47 AM, stating, among other things, "[Y]es, Meta's highly confidential source code and discussion of that source code should be filed under seal."

The Protective Order in this case applies to "any information copied or extracted from Protected Material" and "summaries" of Protected Material, and prohibits Plaintiff from filing any material designated under the Protective Order without written permission from Defendant.  ECF No. 90 at 3-4, 21.  Accordingly, Plaintiffs filed a public version of the Krein Declaration and Exhibit A of the Benon Declaration to the docket via ECF redacting references to such extracted

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
CASE NO. 3:23-cv-03417-VC

1

information or summaries and will submit unredacted, highlighted versions separately to the Court and to Defendant.

Dated: October 4, 2024

Respectfully submitted,
**BOIES SCHILLER FLEXNER LLP**

*/s/ Maxwell V. Pritt*

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butericklaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312)-782-4880
bclobes@caffertyclobes.com

**DICELLO LEVITT**
Amy Keller (*pro hac vice*)
(312) 214-7900
akeller@dicellolevitt.com
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice* forthcoming)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*