# Declaration of Holden Benon Exhibit A Filed Under Seal