**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice* forthcoming)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butericklaw.com

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice forthcoming*)
**CAFFERTY CLOBES MERIWETHER &**
 **SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
(215) 864-2800
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs*
*and the Proposed Class. (additional counsel included below)*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>        *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, the undersigned, am employed by Boies Schiller Flexner, LLP. My business address is 44 Montgomery Street, 41st Floor San Francisco, CA 94104. I am over the age of eighteen and not a party to this action.

On October 4, 2024, I served the following documents by email upon all persons appearing on the attached Service List:

- **DECLARATION OF DR. JONATHAN L. KREIN IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANT META PLATFORMS, INC.'S OPPOSITION TO MOTION TO AMEND CASE MANAGEMENT SCHEDULE**
- **EXHIBIT A OF HOLDEN BENON'S DECLARATION IN SUPPORT OF THE REPLY TO PLAINTIFFS' MOTION TO AMEND CASE MANAGEMENT SCHEDULE**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2024, at San Francisco, California.

*/s/Louis Salazar*
Louis Salazar

## SERVICE LIST

Bobby A. Ghajar
Colette Ani Ghazarian
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Email:   bghajar@cooley.com
          cghazarian@cooley.com

Kathleen R. Hartnett
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Email:    khartnett@cooley.com

Judd D. Lauter
Elizabeth Lee Stameshkin
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Email:    jlauter@cooley.com
          lstameshkin@cooley.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Email:   mlemley@lex-lumina.com

Angela L. Dunning
**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
1841 Page Mill Road
Palo Alto, CA 94304-1254
Email:    adunning@cgsh.com

*Counsel for Defendant Meta Platforms, Inc.*

Amy Keller
James A. Ulwick
**DICELLO LEVITT LLP**
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Email:    akeller@dicellolevitt.com
          julwick@dicellolevitt.com

Brian O. O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Ste 240
San Diego, CA 92121
Email:    briano@dicellolevitt.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Email:    dmuller@venturahersey.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*