UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>META PLATFORMS, INC.,<br><br>   Defendant. | Case No. 23-cv-03417-VC   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 203 |

In ECF No. 203, the parties have filed a stipulation and proposed order, set up for the undersigned's signature, to extend the deadline to raise disputes concerning privilege logs to October 21, 2024. The stipulation is **DENIED** without prejudice to asking Judge Chhabria for this relief. Because the deadline to raise discovery disputes is ordinarily a function of the case schedule (*see* Civil Local Rule 37-3), which Judge Chhabria sets, this request should be directed to him.

**IT IS SO ORDERED.**

Dated: October 4, 2024

THOMAS S. HIXSON
United States Magistrate Judge