UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 23-cv-03417-VC  (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 190 |

In ECF No. 196, the Court denied Plaintiffs' request to add five document custodians "on the ground that it is untimely and incompatible with the existing case schedule." The Court noted, however, that "[i]f the fact discovery cutoff changes in a meaningful way, the Court will *sua sponte* revisit the issue of adding these proposed custodians."

The fact discovery cutoff has now changed in a meaningful way. ECF No. 211 (new fact discovery cutoff is December 13, 2024). On the merits, Plaintiffs have made a good case for the addition of these five custodians. Accordingly, the Court **RECONSIDERS** its prior order and **ORDERS** Meta to add Mark Zuckerberg, Eleonora Presani, Amanda Kallet, Alex Boesenberg, and Nikolay Bashlykov as document custodians.

**IT IS SO ORDERED.**

Dated: October 4, 2024

THOMAS S. HIXSON
United States Magistrate Judge