UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 23-cv-03417-VC   (TSH)<br><br>**DISCOVERY ORDER** |

In ECF No. 146, the Court denied Plaintiffs' request to extend deposition limits but stated it "will *sua sponte* reconsider this discovery order if the close of fact discovery changes." That has now happened. ECF No. 211 (new fact discovery cutoff is December 13, 2024). Accordingly, the Court **RECONSIDERS** its prior order. The Court **ORDERS** the parties to file a joint discovery letter brief, no longer than 10 pages (five pages per side) no later than October 11, 2024, with their proposals for what the deposition limits should be. Among other issues, the parties should discuss whether there should be a numbers or an hours cap; how many depositions each side has taken to date and how many hours they add up to; specific witnesses and topics each side believes are appropriate for deposition; and what is feasible to do by December 13, 2024.

**IT IS SO ORDERED.**

Dated: October 4, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge