```
 1  COOLEY LLP
    BOBBY GHAJAR (198719)
 2  (bghajar@cooley.com)
    COLETTE GHAZARIAN (322235)
 3  (cghazarian@cooley.com)
    1333 2nd Street, Suite 400
 4  Santa Monica, California 90401
    Telephone:    (310) 883-6400
 5
    MARK WEINSTEIN (193043)
 6  (mweinstein@cooley.com)
    KATHLEEN HARTNETT (314267)
 7  (khartnett@cooley.com)
    JUDD LAUTER (290945)
 8  (jlauter@cooley.com)
    Elizabeth L. Stameshkin (260865)
 9  (lstameshkin@cooley.com)
    3175 Hanover Street
10  Palo Alto, CA  94304-1130
    Telephone:    (650) 843-5000
11
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
12  ANGELA L. DUNNING (212047)
    (adunning@cgsh.com)
13  1841 Page Mill Road, Suite 250
    Palo Alto, CA 94304
14  Telephone: (650) 815-4131
```

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **DECLARATION OF KATHLEEN HARTNETT IN SUPPORT OF RESPONSE TO MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 125)** <br><br> Trial Date: None <br> Date Action Filed: July 7, 2023 |

I, Kathleen Hartnett, declare:

1. I am a Partner at the law firm of Cooley LLP and counsel to Meta Platforms, Inc. in the above-referenced matter. I have personal knowledge of the facts contained in this Declaration and, if called as a witness, could competently testify to them under oath.

2. On August 22, 2024, Magistrate Judge Hixson issued a Discovery Order ("Discovery Order"), which found that certain communications between former Meta employee Tim Dettmers and members of EleutherAI that took place on Discord (the "Subject Communications") were privileged and that Meta had not waived the privilege. Judge Hixson further ordered that Plaintiffs cannot use the Subject Communications and must return them to Meta or destroy them.

3. On August 23, 2024, I sent a letter to LinkedIn, enclosing the Discovery Order and requesting that LinkedIn remove content posted by an individual located outside the United States on LinkedIn that attach screenshots of the Subject Communications (the "LinkedIn Content").

4. On September 11, 2024, I received a response from in-house counsel at LinkedIn informing me that her internal team decided not to remove the LinkedIn Content, as the Discovery Order was not directed at LinkedIn and the content does not otherwise violate LinkedIn's content policies. LinkedIn's counsel suggested that Meta contact the individual who posted the content directly to remove the content.

5. Attached hereto as **Exhibit A** is an excerpt from the transcript of the August 22, 2024 hearing before Magistrate Judge Hixson, which immediately preceded the Discovery Order. Relevant portions of the transcript have been highlighted for the Court's ease of reference.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of October 2024 at Oakland, California.

_Kathleen Hartnett_
Kathleen Hartnett

308954591