# EXHIBIT A

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3     Before The Honorable Thomas S. Hixson, Magistrate Judge
 4
 5  KADREY, et al.,              )  No. C 23-03417-VC
                                 )
 6          Plaintiffs,           )
                                 )
 7  vs.                          )
                                 )
 8  META PLATFORMS, INC.,        )
                                 )
 9          Defendant.            )
10  _____)
                                        San Francisco, California
11                                      Thursday, August 22, 2024
12
     TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
13            RECORDING 9:07 - 9:40 = 33 MINUTES
14
    APPEARANCES:
15
    For Plaintiffs:
16                              Joseph Saveri Law Firm, LLP
                                601 California Street
17                              Suite 1000
                                San Francisco, California
18                                94108
                           BY:  JOSEPH R. SAVERI, ESQ.
19                              HOLDEN J. BENON, ESQ.
                                AARON CERA, ESQ.
20
21  For Defendant:
                                Cooley, LLP
22                              1333 2nd Street, Suite 400
                                Santa Monica, California 90401
23                         BY:  BOBBY A. GHAJAR, ESQ.
24            (APPEARANCES CONTINUED ON THE NEXT PAGE.)
25
```

```
                                                                        2
1  For Defendant:
                              Cooley, LLP
2                             3 Embarcadero Center
                              20th Floor
3                             San Francisco, California
                                 94111
4                        BY:  KATHLEEN R. HARTNETT, ESQ.

5  Transcribed by:            Echo Reporting, Inc.
                              Contracted Court Reporter/
6                             Transcriber
                              echoreporting@yahoo.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

19

1        So --
2            THE COURT:  Are the Discord posts still around or
3   are those gone?
4            MS. HARTNETT:  Those, to our understanding, were
5   taken off from public access in August of 2023, we believe
6   by EleutherAI.  So we had never -- Meta never had knowledge
7   of the posts during the period they were available on
8   Discord.
9            THE COURT:  All right.  And I gather from the
10  evidence submitted, Meta asked LinkedIn to take down the
11  post and they declined.  Is that correct?
12           MS. HARTNETT:  We contacted -- this is in my
13  declaration -- we contacted a representative of LinkedIn who
14  informed us that the step would be to go ask the person who
15  had posted it to take it down.
16           THE COURT:  Well, presumably, he is not going to
17  be very helpful, because he intentionally posted it.
18           MS. HARTNETT:  Right.  And so, our understanding
19  is that we'd actually need a court order at this point, or
20  some recognition of the privileged nature of the content, to
21  go back to LinkedIn.  Under their rules, you can ask for
22  objectionable content to be taken down, but not based on a
23  parties say so.  At least that's out understanding.  So
24  that's why we're having this dispute.
25           THE COURT:  I see.

```
                                                                  27
 1                    CERTIFICATE OF TRANSCRIBER
 2
 3        I certify that the foregoing is a true and correct
 4   transcript, to the best of my ability, of the above pages of
 5   the official electronic sound recording provided to me by
 6   the U.S. District Court, Northern District of California, of
 7   the proceedings taken on the date and time previously stated
 8   in the above matter.
 9        I further certify that I am neither counsel for,
10   related to, nor employed by any of the parties to the action
11   in which this hearing was taken; and, further, that I am not
12   financially nor otherwise interested in the outcome of the
13   action.
14
15                        [signature]
16
17              Echo Reporting, Inc., Transcriber
18                  Saturday, August 24, 2024
19
20
21
22
23
24
25
```

*Echo Reporting, Inc.*