**BOIES SCHILLER FLEXNER LLP**
David Boies (pro hac vice)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
 dsimons@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butericklaw.com

**CAFFERTY CLOBES MERIWETHER &**
 **SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312)-782-4880
bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>   v.<br><br>META PLATFORMS, INC.,<br><br>                                             *Defendant.* | CASE NO. 3:23-cv-03417-VC<br><br>**DECLARATION OF JESSE PANUCCIO IN SUPPORT OF PLAINTIFFS' LETTER BRIEFING** |

I, Jesse Panuccio, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner in the Washington, D.C. office of Boies Schiller Flexner, LLP ("BSF"), counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. § 1746 in support of Plaintiffs' Letter Briefing regarding deposition limits.

2. Attached as Exhibit A is a true and correct copy of a transcript of the hearing held in this matter on September 20, 2024.

3. Attached as Exhibit B is a true and correct copy of an article published by Marketplace, dated September 25, 2024, and accessed at the following URL on October 11, 2024: https://www.marketplace.org/2024/09/25/ai-voice-assistant-dame-judi-dench-voice-work/.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 11th day of October 2024 in Washington, D.C.

By:     /s/Jesse Panuccio
            Jesse Panuccio