# EXHIBIT B

 Newsletters   Shows   DONATE

Office Politics     I've Always Wondered …     Election 2024     Adventures in Housing

Dame Judi Dench could be your next AI voice assistant
Marketplace

# Dame Judi Dench could be your next AI voice assistant

Matt Levin | Sep 25, 2024

Heard on:



Judi Dench is among the celebrities who have signed multimillion-dollar contracts with Meta to create AI assistants based on their voices. Tim P. Whitby/Getty Images for BFI

  

Sign up for the Marketplace newsletter to get the day's biggest business stories, our economic analysis, and explainers to help you live smarter, straight to your inbox every weekday evening.

Email address               SUBSCRIBE

Meta, the social media behemoth formerly known as Facebook, thinks it knows how to get you to talk to its artificial intelligence voice assistant: make it sound like Dame Judi Dench.

The Academy Award-winning British actress is one of several celebrities to which Meta has reportedly paid millions of dollars to humanize a new generation of chatbots. Other voices include the comedians Awkwafina and Keegan-Michael Key and wrestler-turned-actor John Cena. But working in the AI arena presents complications for entertainers.

Right now, the relationship between humans and the voice assistant on their phones or nightstands basically takes the form of call and response: Tell me the weather, order me pizza, etc.

Meta wants chats with its AI assistant to be more like actual conversations. And who wouldn't want to talk with Awkwafina?

"Meta enlisted the voices of celebrities to say, you know, hey, if you use these recognizable celebrity voices, does that encourage a different kind of interaction?" said Samantha Wolfe, a tech marketing professor at New York University.

Hosted by Kai Ryssdal

**LATEST EPISODES**

How the 2024 presidential candidates compare on national debt
Oct 11, 2024

The data dogs
Oct 10, 2024

Evaluating the damage
Oct 9, 2024

The phenomenon of famous people voicing tech is nothing new. Think [Arnold Schwarzenegger giving you driving directions on Waze](). But AI could take that business in lucrative new directions.

"I think this is the future. I think this is the next phase of celebrity endorsement-slash-brand partnership," said Matthew Belloni, who covers Hollywood for the media company Puck.

That future, though, might be more fraught than traditional endorsements or voiceover work. It's one thing if Judi Dench is a little late telling you to take a right turn. It's another if her AI voice

spews misinformation or hate speech.

"I imagine there is an out if something goes haywire, if these chatbots start saying things or doing things that is not on brand," Belloni said.

---

**Latest Stories on Marketplace ›**

- What a mostly flat PPI can tell us about where the economy is
- Why did a lithium firm sell for billions when the metal's price is falling?
- How Harris, Trump plans compare on the national debt, and why you should care

---

Also, these AI voice deals come at a time when many in Hollywood consider the technology not only an existential threat, but also unethical.

"All you have is your body and your voice and your choices," said filmmaker and former actress Justine Bateman, who is also the founder of [Credo 23](#), an organization that certifies AI was not used in producing films and series.

"And to just give that away such that it can say anything to anybody — it's just repulsive to me. I would never do that. What else do you have?"

Meta did not respond to a request for comment.

| STORIES YOU MIGHT LIKE

| AI likely to make voice assistants smarter | Artificial intelligence could soon eclipse touch screens | A tour of "emotionally intelligent" AI | Here's why the debate over open source AI matters for us humans | What you need to know about Nvidia and the AI chip arms race | The International Space Station has an AI assistant. No … it's not evil |

There's a lot happening in the world.  Through it all, Marketplace is here for you.

You rely on Marketplace to break down the world's events and tell you how it affects you in a fact-based, approachable way. We rely on your financial support to keep making that possible.

[Your donation today powers the independent journalism that you rely on](#). For just $5/month, you can help sustain Marketplace so we can keep reporting on the things that matter to you.

---

### ALSO INCLUDED IN

Tags in this Story

Ai   AI voice assistant   Hollywood   Meta

#### SHARE THIS STORY

  

### LATEST EPISODES FROM OUR SHOWS

4:20 PM PDT                                                                                         27:44

7:50 AM PDT                                                                                          7:51

3:07 AM PDT                                                              13:19

Oct 10, 2024                                                             19:48

A Warmer World

**As weather disasters intensify, state and local governments are footing more of the recovery bill**

**Why pensions are part of labor discussions again**

**Waffle House, a natural disaster bellwether, closes Florida locations ahead of Hurricane Milton**

**Presidential campaigns are spending big to win a single electoral vote**



About Us                          Careers

Staff                             Support Marketplace

| | |
|---|---|
| For Individuals | For Corporate Sponsors |
| For Foundations | Contact Us |

## Subscribe to Marketplace Newsletters:



NEWSLETTERS

TALK TO US

MARKETPLACE SHOP

© 2024 Minnesota Public Radio. All Rights Reserved. Marketplace is a division of MPR's 501 (c)(3). EIN: 41-0953924

Privacy Policy    Terms of Use