COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
Elizabeth L. Stameshkin (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, | Case No. 3:23-cv-03417-VC-TSH |
| Individual and Representative Plaintiffs, | **DECLARATION OF JUDD LAUTER** |
| v. | |
| META PLATFORMS, INC., a Delaware corporation; | |
| Defendant. | |

I, Judd Lauter, declare:

1. I am a Special Counsel at the law firm of Cooley LLP and counsel to Meta Platforms, Inc. in the above-referenced matter. I have personal knowledge of the facts contained in this Declaration and, if called as a witness, could competently testify to them under oath.

2. Attached hereto as Exhibit A is a true and correct copy of relevant excerpts from the transcript of the deposition of Todor Mihaylov.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' Amended 30(b)(6) Notice, dated October 8, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of October at Melrude, MN.

　　　　　　　　　　　　　　　　　　　　　　/Judd Lauter/　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Judd Lauter