# EXHIBIT A

Case 3:23-cv-03417-VC   Document 229-5   Filed 10/11/24   Page 2 of 5

9/19/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.    Todor Mihaylov, Ph.D.
       Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

IN RE MATTER OF:                         )
RICHARD KADREY, et al.,                  )
Plaintiff,                               )
     vs.                                 ) C.A. NO.:
META PLATFORMS, INC.,                    ) 3:23-cv-03417-VC
Defendant.                               )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **

UNDER THE PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF TODOR MIHAYLOV, Ph.D.

Palo Alto, California

Thursday, September 19, 2024


Stenographically Reported by:

HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR

Realtime Systems Administrator

California CSR License #11600

Oregon CSR License #21-0005

Washington License #21009491

Nevada CCR License #980

Texas CSR License #10725

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

9/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Todor Mihaylov, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 2

1      VIDEOTAPED DEPOSITION of TODOR MIHAYLOV,
2  Ph.D., taken before Heather J. Bautista, CSR No.
3  11600, a Certified Shorthand Reporter for the state
4  of California, with principal office in the county
5  of Santa Clara, commencing on Thursday, September
6  19, 2024, 10:10 a.m., at 3175 Hanover Street, Palo
7  Alto, California 94304.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Case 3:23-cv-03417-VC   Document 229-5   Filed 10/11/24   Page 4 of 5

9/19/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.    Todor Mihaylov, Ph.D.
         Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 90

1      A.    I'm not working -- I'm working on data that
2   is coming from the web.
3      Q.    Does the web include books?
4      A.    I don't know if the data I'm working with
5   includes books.
6      Q.    So are you working, then, on a subset of
7   the Common Crawl?
8      A.    I'm working on web data that comes from
9   HTML.
10     Q.    And would -- would that data not include
11  books?
12     A.    I haven't seen books in HTML data that I
13  have reviewed.
14     Q.    Okay.
15           So when I showed you that e-mail, you
16  thought that LIBU -- LIB probably referred to
17  Library Genesis and we talked about what copyright
18  is.
19           Do you -- do you know whether Library
20  Genesis contains copyrighted material in it?
21           MR. WEINSTEIN:  Same objection.
22           THE WITNESS:  You defined it as books after

Case 3:23-cv-03417-VC   Document 229-5   Filed 10/11/24   Page 5 of 5

9/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Todor Mihaylov, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 210

1          I, HEATHER J. BAUTISTA, CSR No. 11600,

2     Certified Shorthand Reporter, certify:

3          That the foregoing proceedings were taken

4     before me at the time and place therein set forth,

5     at which time the witness declared under penalty of

6     perjury; that the testimony of the witness and all

7     objections made at the time of the examination were

8     recorded stenographically by me and were thereafter

9     transcribed under my direction and supervision; that

10    the foregoing is a full, true, and correct

11    transcript of my shorthand notes so taken and of the

12    testimony so given;

13    (XX) Reading and signing was not requested/offered.

14         I further certify that I am not financially

15    interested in the action, and I am not a relative or

16    employee of any attorney of the parties, nor of any

17    of the parties.

18         I declare under penalty of perjury under the

19    laws of California that the foregoing is true and

      correct.    Dated:   September 23, 2024

20

21                    _____
22                    HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR