# TRANSCRIPT ORDER
Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Meredith Sheils |
| 2a. CONTACT PHONE NUMBER | (202) 350-5209 |
| 3. CONTACT EMAIL ADDRESS | meredith.sheils@lw.com |
| 1b. ATTORNEY NAME (if different) | Andrew Gass |
| 2b. ATTORNEY PHONE NUMBER | (415) 391-0600 |
| 3. ATTORNEY EMAIL ADDRESS | andrew.gass@lw.com |
| 4. MAILING ADDRESS | Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111 |
| 5. CASE NAME | Kadrey, et al v. Meta Platforms, Inc. |
| 6. CASE NUMBER | 3:23-cv-03417-VC |
| 7. COURT REPORTER NAME | Marla Knox |

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis
☑ NON-APPEAL    ☑ CIVIL    CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF | TEXT/ASCII | PAPER | CONDENSED | ECF ACCESS | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/2024 | VC | MTN | | ● | | | | | | | | | ● | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Andrew Gass
12. DATE: 10/07/2024