UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-03417-VC   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 235 |

　　　The "joint status report" at ECF No. 235 is signed only by Plaintiffs' counsel. That doesn't count as a joint status report. The Court ordered "the parties" to file status reports, ECF No. 231, and that includes the Defendant. The Court **ORDERS** the parties to file a joint status report – one that is signed by both sides – today.

　　　**IT IS SO ORDERED.**

Dated: October 22, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge