COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; <br><br>                                    Defendant. | Case No. 3:23-cv-03417-VC <br><br> **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE SCHEDULE** |

Pursuant to the Court's order dated October 4, 2024 (ECF No. 211) and Civ. L.R. 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz and Lysa Terkeurst ("Plaintiffs"); and Defendant Meta Platforms, Inc. ("Defendant;" together with Plaintiffs, "Parties") by and through their respective counsel stipulate to the following:

WHEREAS, on October 4, 2024, the Court set a new fact discovery deadline of December 13, 2024, and a hearing on dispositive motions with respect to the named Plaintiffs' claims for May 1, 2025;

WHEREAS, the Court ordered the Parties to meet and confer and file a stipulation as to surrounding dates;

WHEREAS the Parties met and conferred and agreed upon the following deadlines;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through Plaintiffs and Defendant, as represented by their undersigned counsel, the following schedule is hereby agreed to and proposed to the Court:

| Case Event | Date |
|---|---|
| Meet and Confer re: Existing Written Discovery | October 16, 2024 |
| Serve Additional Written Discovery Requests | October 18, 2024 |
| Exchange Supplemental Initial Disclosures | October 21, 2024 |
| Letter Briefs re: Existing Written Discovery | October 23, 2024 |
| Close of Fact Discovery | December 13, 2024 (Set by the Court) |
| Opening Expert Reports Due | January 10, 2025 |
| Rebuttal Expert Reports Due | February 3, 2025 |

| | |
|---|---|
| Close of Expert Discovery | February 26, 2025 |
| Opening Summary Judgment and *Daubert* Briefs Due | March 7, 2025 |
| Oppositions to Summary Judgment and *Daubert* Briefs Due | April 3, 2025 |
| Replies in Support of Summary Judgment and *Daubert* Briefs Due | April 17, 2025 |
| Hearing on Summary Judgment Motions | May 1, 2025 (Set by the Court) |

| | |
|---|---|
| Dated: October 11, 2024 | Respectfully Submitted, |
| By: */s/ Kathleen R. Hartnett* | By: */s/ David Boies* |
| Bobby A. Ghajar<br>Colette Ani Ghazarian<br>**COOLEY LLP**<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500<br>Email: bghajar@cooley.com<br>cghazarian@cooley.com | David Boies (pro hac vice)<br>David L. Simons (pro hac vice)<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>(914) 749-8200<br>dboies@bsfllp.com<br>dsimons@bsfllp.com |
| Mark R. Weinstein<br>Elizabeth Lee Stameshkin<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: 650-843-5000<br>Facsimile: 650-849-7400<br>Email:  mweinstein@cooley.com<br>Email: lstameshkin@cooley.com | Maxwell V. Pritt (SBN 253155)<br>Joshua I. Schiller (SBN 330653)<br>Joshua M. Stein (SBN 298856)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA  94104<br>(415) 293-6800<br>mpritt@bsfllp.com<br>jischiller@bsfllp.com<br>jstein@bsfllp.com |
| Kathleen R. Hartnett<br>Judd D. Lauter<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2071<br>Facsimile: (415) 693-2222<br>Email: khartnett@cooley.com | Jesse Panuccio (pro hac vice)<br>1401 New York Ave, NW<br>Washington, DC  20005<br>(202) 237-2727<br>jpanuccio@bsfllp.com |
| Angela Dunning<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304-1248<br>Telephone: (650) 815-4131<br>Email: adunning@cgsh.com<br><br>*Attorneys for Defendant*<br><br>*META PLATFORMS, INC.* | Joseph R. Saveri (State Bar No. 130064)<br>Cadio Zirpoli (State Bar No. 179108)<br>Christopher K.L. Young (State Bar No. 318371)<br>Holden Benon (State Bar No. 325847)<br>Aaron Cera (State Bar No. 351163)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Email: jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>hbenon@saverilawfirm.com<br>acera@saverilawfirm.com<br><br>Amy Keller (*pro hac vice*)<br>James A. Ulwick (*pro hac vice*) |

Nada Djordjevic (*pro hac vice*)
**DICELLO LEVITT LLP**
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
akeller@dicellolevitt.com
julwick@dicellolevitt.com
ndjordjevic@dicellolevitt.com

David A. Straite (*pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Ave., Suite 1000
New York, NY 10017
Telephone: (646) 933-1000
dstraite@dicellolevitt.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butericklaw.com

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com
asweatman@caffertyclobes.com

Daniel Jerome Muller
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, CA 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email: dmuller@venturahersey.com
   *Counsel for Individual and Representative
   Plaintiffs and the Proposed Class*

**PROPOSED ORDER**

Pursuant to stipulation of the Parties, **IT IS SO ORDERED.**

DATED: October 24, 2024

_____
HON. VINCE CHHABRIA
United States District Judge