UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD KADREY, et al.,

Plaintiff(s),

v.

META PLATFORMS, INC.,

Defendant(s).

Case No. 3:23-cv-03417-VC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Madeline Hills, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: RICHARD KADREY, et al. in the above-entitled action. My local co-counsel in this case is Brian O'Mara, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 229737.

DiCello Levitt LLP
10 N. Dearborn St, Sixth Floor
Chicago, IL 60602
MY ADDRESS OF RECORD

(312)-214-7900
MY TELEPHONE # OF RECORD

mhills@dicellolevitt.com
MY EMAIL ADDRESS OF RECORD

DiCello Levitt LLP
4747 Executive Drive, Suite 240
San Diego, CA 92121
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(619)-923-3939
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

briano@dicellolevitt.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6345829.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 10/28/2024                                          Madeline Hills
                                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Madeline Hills is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE