UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 23-cv-03417-VC   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 242 |

The Court **ORDERS** the parties to file a joint discovery letter brief addressing every single issue that is outstanding concerning depositions. This includes who Meta's 30(b)(6) designees will be for each topic, the dates for those depositions, any and all objections to Plaintiffs' amended 30(b)(6) topics, Plaintiffs' request to depose Chris Cox, the dates for Alex Boesenberg and Amrish Acharya's depositions, and all other issues that need to be resolved to finalize the scheduling of all remaining depositions. The joint discovery letter brief shall be filed by noon Pacific time on October 31, 2024. The parties shall attach as exhibits any materials that would help the Court understand the disputes. Page limits are suspended for this brief.

The Court observes that for two status reports in a row, the parties have stated that they agree for Mark Zuckerberg's deposition to take place on December 17 "if approved by court." ECF Nos. 237, 242. This requires Judge Chhabria's approval, since it would amend the case schedule, yet the parties have not asked him to approve this. The Court **ORDERS** that Zuckerberg's deposition shall take place on or before the December 13 close of fact discovery unless the parties seek and obtain Judge Chhabria's approval to take that deposition after that date.

**IT IS SO ORDERED.**

Dated: October 29, 2024

THOMAS S. HIXSON
United States Magistrate Judge