# EXHIBIT F

| | |
|---|---|
| **From:** | Lauter, Judd |
| **To:** | Joshua Stein; Stameshkin, Liz; Kathleen Hartnett; Reed Forbush; Maxwell Pritt; Holden Benon; Christopher Young; Aaron Cera; Cadio Zirpoli; Joe Saveri; Margaux Poueymirou; Ashleigh Jensen; Rya Fishman; Matthew Butterick; Nada Djordjevic; James Ulwick; Bryan L. Clobes; Mohammed Rathur; Amy Keller; David Straite; Ruby Ponce; Alexander Sweatman; Heaven Haile; Llama BSF; Josh Schiller; David Boies; Jesse Panuccio |
| **Cc:** | Ghazarian, Colette A; Poppell, Cole A; Dunning, Angela L.; Ghajar, Bobby A.; Alvarez, Jessica; Weinstein, Mark; z/Meta-Kadrey |
| **Subject:** | Re: Kadrey v. Meta - Deposition limit letter/other scheduling issues |
| **Date:** | Tuesday, October 15, 2024 10:29:54 PM |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Counsel:

In advance of our meet and confer regarding existing written discovery, we highlight the below issues for discussion:

**RFPD Responses and Documents**

- **Meta's RFP No. 1** requests, "Complete copies of copyright registrations and deposit material for each of YOUR ASSERTED WORKS."  Plaintiffs have yet to produce copyright registration certificates for a number of the Asserted Works and have produced no deposit copies of their Asserted Works.  There remains an absence of copyright applications for the vast majority of the works.  We note that the Court compelled Plaintiffs to produce such documents within their possession, custody, or control by September 30, 2024.  Order, ECF No. 147.

- **Meta's RFP No. 36** asks Plaintiffs to "Produce all COMMUNICATIONS on any email or social media account YOU identified in response to Interrogatory No. 14 that discuss or relate to Meta, the Action, YOUR claims in the Action, YOUR use of any generative AI product or service, or any license of YOUR ASSERTED WORKS."  While certain Plaintiffs have produced some documents responsive to this request, Plaintiffs only responded requesting to meet and confer regarding the scope of the request. We note that Plaintiff TerKeurst agreed to produce responsive documents "that are not equally accessible to Meta." It is not proper to object to a request for the production of documents on the ground that the requested documents assertedly are equally available to the requesting party. See, e.g., *Smith v. Montoya*, 2021 WL 6618858, at *1 (E.D. Cal. July 21, 2021).

- **Meta's RFP No. 47** requests, "All declarations or affidavits YOU have signed for use in any other copyright infringement, DMCA, or right of publicity litigation, together with any attached exhibits or materials."  Plaintiffs have yet to produce responsive documents and instead requested that the parties meet and confer.  We note this does not apply to Plaintiff TerKeurst, who agreed to produce documents responsive to this request.

- **Meta's RFP No. 49** requests, "DOCUMENTS sufficient to identify each instance in which YOU or YOUR AGENTS provided free copies of any of YOUR ASSERTED WORKS to THIRD PARTIES for purposes of soliciting reviews, commentary, criticism, endorsements, or summaries." Plaintiffs have yet to produce responsive documents and instead requested that the parties meet and confer claiming that the request as written is overbroad. Plaintiffs (or their agents) presumably keep track of promotional activities for their asserted works – including sending free copies of their works for soliciting reviews, commentary, criticism, endorsements, or summaries, so we need to understand the basis of Plaintiffs' objection. We note this does not apply to Plaintiff TerKeurst, who agreed to produce documents responsive to this request.

- **Meta's RFP No. 50** requests, "DOCUMENTS sufficient to identify each literary work, (by title and author) that YOU purchased, acquired, borrowed, referenced, or reviewed for purposes of researching, writing, or editing YOUR ASSERTED WORKS, whether or not such works are identified as reference material in YOUR ASSERTED WORK." Plaintiffs have refused to produce documents responsive to this request. This request is relevant to understanding the scope of Plaintiffs' rights and the first fair use factor. Plaintiffs must produce documents responsive to this request. We note this does not apply to Plaintiff TerKeurst, who agreed to produce documents responsive to this request.

- **Meta's RFP 53** requests, "All DOCUMENTS that any of YOUR testifying experts have relied on or may rely on in forming any opinions in this ACTION." Plaintiffs claim they have no such documents in their possession, custody, or control. Given our understanding that Plaintiffs have retained and are actively working with experts in this action, we find it unlikely that Plaintiffs are in possession of no documents relied on by these experts in forming their opinions. We note this does not apply to Plaintiff TerKeurst, who agreed to produce documents responsive to this request.

- **Meta's RFP No. 57** requests, "ALL DOCUMENTS CONCERNING COMMUNICATIONS between YOU or YOUR counsel or YOUR agent and any other author about the prospect of becoming a named plaintiff in this ACTION or joining this ACTION." Plaintiffs responded that "other than attorney-client privilege material, no responsive material exists." However, this request is clearly asking for communications with authors about the *prospect* of becoming a named plaintiff in this action, which would clearly take place before any attorney client relationship existed. We note that Plaintiff TerKeurst agreed to produce documents responsive to this request, subject to objections, including that the request is overly broad as to "any other author." Please confirm whether Ms. TerKeurst is withholding any documents based on her objections.

As a broader matter, we observe that the method of collection and diligence regarding document collection differed among the various Plaintiffs. For example, counsel for Ms.

TerKeurst used an e-discovery vendor to collect ESI such as text messages and emails. It does not appear that other Plaintiffs have done the same. Conversely, we understand from the depositions of others, such as Mr. Golden, that they merely forwarded emails and documents to counsel; that is, counsel did not access their devices or files and undertake a holistic collection and review, much less a collection of native files.   Given the disparity in the way Plaintiffs undertook document collection, we have concerns over the completeness and subjectivity of the document collection for the Saveri Plaintiffs and, although not all of their depositions have occurred, the Cafferty Clobes Plaintiffs.

**Interrogatory Responses**

- **Meta's Interrogatory Nos. 12 and 13** seek information regarding circumstances in which Plaintiffs have authorized any person to license their works. Plaintiffs have identified written licenses that they produced. To the extent Plaintiffs have provided any such authorizations informally or in writing, Plaintiffs must supplement their responses to reflect these authorizations or state that none exist. Plaintiff TerKeurst responded relying on Rule 33(d), but has not supplemented her response to identify responsive documents, and must do so.

- **Meta's Interrogatory No. 14** seeks information relating to Plaintiffs' email and social media accounts. Plaintiffs have requested to meet and confer regarding the scope of this interrogatory.

- **Meta's Interrogatory No. 15** seeks information relating to Plaintiffs' or their agents' use of generative AI products or services. Plaintiffs have requested to meet and confer regarding the scope of this interrogatory, claiming that the information is unknown to them. Meta is willing to limit the scope this interrogatory to include the use of generative AI by Plaintiffs personally or by their agents at Plaintiffs' direction/under their control or otherwise with their knowledge. Please confirm that Plaintiffs will respond to the interrogatory as narrowed.

- **Meta's Interrogatory No. 18** seeks Plaintiffs' contentions why Meta's alleged use of Plaintiffs' asserted works are not fair use.  Plaintiffs inexplicably refused to provide substantive responses, suggesting that it could not prepare a response as AEO information could not be shared with individual Plaintiffs, and that Meta has the burden of proof on this defense.  Neither of these excuse Plaintiffs' failure to respond to this Interrogatory.

- As a general matter, Plaintiff TerKeurst responded to several Interrogatories relying on Rule 33(d), but has not supplemented her responses to identify any documents. Please confirm Ms. TerKeurst will do so.

As to specific Plaintiffs, we further note the following open issues, which were identified in depositions of the Plaintiffs:

- **Mr. Hwang** (deposed Sep. 16, 2024) – we have yet to receive:
    - communications with the Creative Artists Agency (CAA), though he represented that they were asked to investigate and acquire his copyright filings for this case and that he believed the same were provided to his counsel. Hwang Dep. Tr. 44:15–45:7.
    - Communications with Ms. Waldman and other members of the WhatsApp group message chain, in which this suit was discussed. Hwang Dep. Tr. 205:8–19. Mr. Hwang testified that he was still on the chat thread, yet Cafferty Clobes indicated he no longer has the text. Please explain what happened to the text and efforts made to retrieve it.
    - Documents that comprise the remainder of the messages between Mr. Hwang and Messrs. Lundberg and Wirth (produced in part at Hwang Bates No. 7)
    - We ask for confirmation that Mr. Hwang's production relating to his use of AI products is completed.

- **Mr. Golden** (deposed Sep. 17, 2024) – we have yet to receive:
    - the remainder of the messages between Mr. Golden and Mr. Brom produced in part at Golden Bates No. 2582. Golden Dep. Tr. 52:7–9–22.

- **Mr. Greer** (deposed Sep. 24, 2024) – we have yet to receive:
    - documents sufficient to identify Mr. Greer's initial awareness of alleged infringement. Greer Dep. Tr. 67:5-19.
    - the full version of the ChatGPT prompts and outputs produced in part at Greer Bates Nos. 2–43. Greer Dep. Tr. 189:15-190:20. We note that Mr. Hwang subsequently produced full versions that were not similarly cut off and suggest that Mr. Greer follow the same protocol.
    - the agreement with The New Yorker re: LESS, referenced at Greer Bates No. 165. Greer Dep. Tr. 321:3-20.

- **Ms. Woodson** (deposed Sep. 30, 2024) – we have yet to receive:
    - The text messages between Ms. Woodson and Ms. Waldman related to this case. Woodson Rough Dep. Tr. 48:10-49:15.

- **Ms. Silverman** (deposed Oct. 10, 2024) – we have yet to receive:
    - All documents and communications responsive to Meta's discovery requests that Ms. Silverman failed to search for or produce on the basis that such records were "public facing." Silverman Rough Dep. Tr. 133 *et seq.*
    - Drafts of the manuscript, in native and print form, for *The Bedwetter*. Silverman

> Rough Dep. Tr. 255-56.

We look forward to a collaborative discussion to resolve these issues. Meta reserves all rights, including as to any deficiencies revealed in the course of the depositions that have yet to occur and as to responses to discovery and documents just produced or not yet produced.

Regards,
Judd

### Judd Lauter
Cooley LLP
+1 415 693 2915 office
jlauter@cooley.com

---

**From:** Joshua Stein <jstein@bsfllp.com>
**Sent:** Tuesday, October 15, 2024 5:55 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Hartnett, Kathleen <khartnett@cooley.com>; Reed Forbush <rforbush@BSFLLP.com>; Lauter, Judd <jlauter@cooley.com>; Maxwell Pritt <mpritt@BSFLLP.com>; Holden Benon <hbenon@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joe Saveri <jsaveri@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@buttericklaw.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; Amy Keller <akeller@dicellolevitt.com>; David Straite <dstraite@dicellolevitt.com>; Ruby Ponce <rponce@saverilawfirm.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Heaven Haile <hhaile@saverilawfirm.com>; Llama BSF <Llama_BSF@bsfllp.com>; Josh Schiller <JiSchiller@BSFLLP.com>; David Boies <DBoies@BSFLLP.com>; Jesse Panuccio <jpanuccio@BSFLLP.com>
**Cc:** Ghazarian, Colette A <cghazarian@cooley.com>; Poppell, Cole A <CPoppell@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; Weinstein, Mark <mweinstein@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Subject:** RE: Kadrey v. Meta - Deposition limit letter/other scheduling issues

**[External]**

---

Thank you. We will see you then.

Zoom info is below:

# Join Zoom Meeting

| | |
|---|---|
| One tap mobile: | US: +16468769923,,93646183262#,,,,*592759# or +16469313860,,93646183262#,,,,*592759# |
| Meeting URL: | https://bsfllp.zoom.us/j/93646183262?pwd=nRyDlOuLsihvhISCCMEcoLR2oRIWMR.1 |
| Meeting ID: | 936 4618 3262 |
| Passcode: | 592759 |

### Join by Telephone

For higher quality, dial a number based on your current location.

| | |
|---|---|
| Dial: | +1 646 876 9923 US (New York) |
| | +1 646 931 3860 US |
| | +1 301 715 8592 US (Washington DC) |
| | +1 305 224 1968 US |
| | +1 309 205 3325 US |
| | +1 312 626 6799 US (Chicago) |
| | +1 564 217 2000 US |
| | +1 669 444 9171 US |
| | +1 669 900 6833 US (San Jose) |
| | +1 689 278 1000 US |
| | +1 719 359 4580 US |
| | +1 253 205 0468 US |
| | +1 253 215 8782 US (Tacoma) |
| | +1 346 248 7799 US (Houston) |
| | +1 360 209 5623 US |
| | +1 386 347 5053 US |
| | +1 507 473 4847 US |
| | 877 853 5247 US Toll-free |
| | 888 788 0099 US Toll-free |
| | 833 548 0276 US Toll-free |
| | 833 548 0282 US Toll-free |
| | 833 928 4608 US Toll-free |
| | 833 928 4609 US Toll-free |
| | 833 928 4610 US Toll-free |
| Meeting ID: | 936 4618 3262 |
| Passcode: | 592759 |

International numbers

### Join from an H.323/SIP room system

| | |
|---|---|
| H.323: | 162.255.37.11 (US West) |
| | 162.255.36.11 (US East) |
| | 115.114.131.7 (India Mumbai) |
| | 115.114.115.7 (India Hyderabad) |

|  |  |
|---|---|
|  | 213.19.144.110 (Amsterdam Netherlands) |
|  | 213.244.140.110 (Germany) |
|  | 103.122.166.55 (Australia Sydney) |
|  | 103.122.167.55 (Australia Melbourne) |
|  | 149.137.40.110 (Singapore) |
|  | 64.211.144.160 (Brazil) |
|  | 159.124.132.243 (Mexico) |
|  | 159.124.168.213 (Canada Toronto) |
|  | 65.39.152.160 (Canada Vancouver) |
|  | 207.226.132.110 (Japan Tokyo) |
|  | 149.137.24.110 (Japan Osaka) |
| Meeting ID: | 936 4618 3262 |
| Passcode: | 592759 |
| SIP: | 93646183262@zoomcrc.com |
| Passcode: | 592759 |

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Tuesday, October 15, 2024 3:05 PM
**To:** Joshua Stein <jstein@bsfllp.com>; Kathleen Hartnett <khartnett@cooley.com>; Reed Forbush <rforbush@BSFLLP.com>; Lauter, Judd <jlauter@cooley.com>; Maxwell Pritt <mpritt@BSFLLP.com>; Holden Benon <hbenon@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joe Saveri <jsaveri@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@butchericklaw.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; Amy Keller <akeller@dicellolevitt.com>; David Straite <dstraite@dicellolevitt.com>; Ruby Ponce <rponce@saverilawfirm.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Heaven Haile <hhaile@saverilawfirm.com>; Llama BSF <Llama_BSF@bsfllp.com>; Josh Schiller <JiSchiller@BSFLLP.com>; David Boies <DBoies@BSFLLP.com>; Jesse Panuccio <jpanuccio@BSFLLP.com>
**Cc:** Ghazarian, Colette A <cghazarian@cooley.com>; Poppell, Cole A <CPoppell@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; Weinstein, Mark <mweinstein@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Subject:** RE: Kadrey v. Meta - Deposition limit letter/other scheduling issues

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Josh,

We can do 2 pm on our end.

Best,

Liz

---

**From:** Joshua Stein <jstein@bsfllp.com>
**Sent:** Tuesday, October 15, 2024 12:15 PM
**To:** Hartnett, Kathleen <khartnett@cooley.com>; Reed Forbush <rforbush@BSFLLP.com>; Lauter, Judd <jlauter@cooley.com>; Maxwell Pritt <mpritt@BSFLLP.com>; Holden Benon <hbenon@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joe Saveri <jsaveri@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@butticklaw.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; Amy Keller <akeller@dicellolevitt.com>; David Straite <dstraite@dicellolevitt.com>; Ruby Ponce <rponce@saverilawfirm.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Heaven Haile <hhaile@saverilawfirm.com>; Llama BSF <Llama_BSF@bsfllp.com>; Josh Schiller <JiSchiller@BSFLLP.com>; David Boies <DBoies@BSFLLP.com>; Jesse Panuccio <jpanuccio@BSFLLP.com>
**Cc:** Ghazarian, Colette A <cghazarian@cooley.com>; Poppell, Cole A <CPoppell@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; Weinstein, Mark <mweinstein@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Subject:** RE: Kadrey v. Meta - Deposition limit letter/other scheduling issues

**[External]**

---

Kathleen,
Could you let us know if counsel for Meta is available to meet and confer on our two letters (referenced below at No. 3) tomorrow?
At present, 11am or after 2pm (both Pacific) would work well on our end.
Thank you.
Best,
Josh

---

**From:** Kathleen Hartnett <khartnett@cooley.com>
**Sent:** Thursday, October 10, 2024 3:44 PM
**To:** Reed Forbush <rforbush@BSFLLP.com>; Lauter, Judd <jlauter@cooley.com>; Maxwell Pritt <mpritt@BSFLLP.com>; Holden Benon <hbenon@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joe Saveri <jsaveri@saverilawfirm.com>; Margaux Poueymirou

<mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@buttericklaw.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; Amy Keller <akeller@dicellolevitt.com>; David Straite <dstraite@dicellolevitt.com>; Ruby Ponce <rponce@saverilawfirm.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Heaven Haile <hhaile@saverilawfirm.com>; Llama BSF <Llama_BSF@bsfllp.com>; Josh Schiller <JiSchiller@BSFLLP.com>; David Boies <DBoies@BSFLLP.com>; Jesse Panuccio <jpanuccio@BSFLLP.com>
**Cc:** Ghazarian, Colette A <cghazarian@cooley.com>; Poppell, Cole A <CPoppell@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; Weinstein, Mark <mweinstein@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Subject:** RE: Kadrey v. Meta - Deposition limit letter/other scheduling issues

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Thank you, Reed.  We appreciate the confirmation and will get back to you on (4).

Thanks,
Kathleen

---

**From:** Reed Forbush <rforbush@BSFLLP.com>
**Sent:** Thursday, October 10, 2024 2:38 PM
**To:** Hartnett, Kathleen <khartnett@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Maxwell Pritt <mpritt@BSFLLP.com>; Holden Benon <hbenon@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joe Saveri <jsaveri@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@buttericklaw.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; Amy Keller <akeller@dicellolevitt.com>; David Straite <dstraite@dicellolevitt.com>; Ruby Ponce <rponce@saverilawfirm.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Heaven Haile <hhaile@saverilawfirm.com>; Llama BSF <Llama_BSF@bsfllp.com>; Josh Schiller <JiSchiller@BSFLLP.com>; David Boies <DBoies@BSFLLP.com>; Jesse Panuccio <jpanuccio@BSFLLP.com>
**Cc:** Ghazarian, Colette A <cghazarian@cooley.com>; Poppell, Cole A <CPoppell@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; Weinstein, Mark <mweinstein@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Subject:** RE: Kadrey v. Meta - Deposition limit letter/other scheduling issues

**[External]**

Kathleen - Thank you for your email.

1. Separate emails exchanged today confirm the parties are at an impasse on the deposition limits in your first point. We agree to and will go forward with your proposed briefing schedule for tomorrow (Friday).

2. As to your second point, Plaintiffs agree to the same briefing schedule for Monday with respect to restrictions on Mr. Zuckerberg's deposition.

3. We are available for a 9 am or 10 am pacific start time on Wednesday 10/16 to meet and confer on the two letters.

4. David Simons from my firm sent a proposed case schedule to you just before noon this morning. We will look out for your response.

Best regards,
Reed
646-339-8787

**Reed D. Forbush**
Counsel

**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street
41st Floor
San Francisco, CA 94104
(t) +1 415 293 6815
(m) +1 646 339 8787
rforbush@bsfllp.com
www.bsfllp.com

**From:** Hartnett, Kathleen <khartnett@cooley.com>
**Sent:** Thursday, October 10, 2024 10:50 AM
**To:** Lauter, Judd <jlauter@cooley.com>; Maxwell Pritt <mpritt@BSFLLP.com>; Holden Benon <hbenon@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joe Saveri <jsaveri@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@buttericklaw.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; Amy Keller <akeller@dicellolevitt.com>; David Straite <dstraite@dicellolevitt.com>; Ruby Ponce <rponce@saverilawfirm.com>; Alexander Sweatman

<ASweatman@caffertyclobes.com>; Heaven Haile <hhaile@saverilawfirm.com>; Llama BSF <Llama_BSF@bsfllp.com>; Josh Schiller <JiSchiller@BSFLLP.com>; David Boies <DBoies@BSFLLP.com>; Jesse Panuccio <jpanuccio@BSFLLP.com>
**Cc:** Ghazarian, Colette A <cghazarian@cooley.com>; Poppell, Cole A <CPoppell@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; Weinstein, Mark <mweinstein@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Subject:** RE: Kadrey v. Meta - Deposition limit letter/other scheduling issues

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Counsel,

We write to follow up on several scheduling issues.

*First*, we have not received a response to our October 8 email below regarding the joint letter on deposition limits due to the Court tomorrow, October 11. We asked for Plaintiff's proposal to see if the parties might reach an agreement. Please let us know if Plaintiffs are amenable to a discussion or other exchange of proposals in advance of tomorrow.

Relatedly, we also proposed the following schedule for exchange of our respective portions of the letter:

- Plaintiffs send their portion to Meta at 10am
- Meta provides its portion by 6pm
- Plaintiffs provide further edits along with any supporting exhibits and declarations by 8pm
- Meta provides further revisions, if any, or approval to file by 9pm
- On or before 10:30pm, the parties make best efforts to finalize and file

Please confirm if you agree.

*Second*, following yesterday's meet and confer regarding Mr. Zuckerberg's deposition, the parties appear to be at an impasse. We have provided Mr. Zuckerberg's date of availability, October 25, and Meta intends and expects to produce his custodial documents in advance of that date. We understand that Plaintiffs are declining to take his deposition on that date, and will not limit the duration of his deposition. Accordingly, we will be moving for a protective order.

We had asked to file the joint motion today, as we want to bring this to the Court's attention immediately. Based on your representations during our call about your availability this week, and in order to accommodate the schedule and circumstances of certain of Plaintiffs' counsel, Meta agrees to file our joint dispute letter regarding Mr. Zuckerberg's deposition on Monday, October 14. Meta will provide its portion of a joint discovery letter by 10am on Monday, October 14, and propose that the parties adopt the same briefing schedule to what we've proposed above (i.e., with the parties

making best efforts to finalize and file by 10:30 pm).  We are mindful that both Judge Hixson and Judge Chhabria have urged the parties to address any discovery disputes quickly and, given the October 25 availability, we cannot wait longer than Monday to file.  Please confirm you agree to this schedule.

**Third**, we are in the process of reviewing the two letters sent by Josh Stein yesterday morning.  Given the length of the letters and the numerous issues raised, we will provide substantive responses early next week and meet and are prepared to confer shortly thereafter.  Please let us know your availability for a call next Wednesday or Thursday.

**Fourth**, as you know, the parties are required to meet and confer regarding the scheduling stipulation.  We will share our response to Plaintiffs' proposal shortly under separate cover.

Thanks,
Kathleen

### Kathleen R. Hartnett

Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2071 office
+1 415 693 2222 fax
+1 202 368 5916 mobile
khartnett@cooley.com
www.cooley.com/people/kathleen-hartnett
Pronouns: she, her, hers

---

**From:** Lauter, Judd <jlauter@cooley.com>
**Sent:** Tuesday, October 8, 2024 2:46 PM
**To:** Maxwell Pritt <mpritt@BSFLLP.com>; Holden Benon <hbenon@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Joe Saveri <jsaveri@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@buttericklaw.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; Amy Keller <akeller@dicellolevitt.com>; David Straite <dstraite@dicellolevitt.com>; Ruby Ponce <rponce@saverilawfirm.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Heaven Haile <hhaile@saverilawfirm.com>; Llama BSF <Llama_BSF@bsfllp.com>; Josh Schiller <JiSchiller@BSFLLP.com>; David Boies <DBoies@BSFLLP.com>; Jesse Panuccio <jpanuccio@BSFLLP.com>
**Cc:** Hartnett, Kathleen <khartnett@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Poppell, Cole A <CPoppell@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; Weinstein, Mark <mweinstein@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; z/Meta-Kadrey

<zmetakadrey@cooley.com>
**Subject:** Kadrey v. Meta - Deposition limit letter

Counsel,

As you know, the parties are required to submit a joint letter setting forth our respective deposition limit proposals on Friday.  As Plaintiffs are the ones who sought additional time and discovery, we would like to understand Plaintiffs' proposal to see if the parties might reach agreement.  Please let us know.

As to the timing of the parties' exchange of their respective portions of the joint letter, we suggest that the parties' adopt the same schedule used for Plaintiffs' last motion (i.e. Plaintiffs send their portion to Defendant on 10am on 10/11, Defendant provides its portion by 6pm; Plaintiff provides further edits along with any supporting exhibits and declarations by 8pm; Defendant provides further revisions, if any, or approval to file by 9pm; and on or before 10:30pm, and the parties make best efforts to finalize and file).  Please confirm.

Regards,
Judd

Judd Lauter
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
+1 415 693 2915 office
+1 415 693 2222 fax
jlauter@cooley.com

www.cooley.com/people/judd-lauter
www.cooley.com/litigation

Twitter | Facebook | LinkedIn

Learn more about Cooley's Artificial Intelligence capabilities

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.