# EXHIBIT I

| | |
|---|---|
| **From:** | Reed Forbush |
| **To:** | tshcrd@cand.uscourts.gov |
| **Cc:** | Maxwell Pritt; Kathleen Hartnett; Ghajar, Bobby A.; Morton, Phillip; Dunning, Angela L. |
| **Subject:** | RE: Kadrey v. Meta Platforms 3:23-cv-03417 |
| **Date:** | Tuesday, October 29, 2024 9:39:16 AM |

Good Morning Ms. Maher – Plaintiffs respectfully follow-up to our requests below for a telephonic conference to address discovery issues. I left another voicemail with you this morning.

Best,
Reed
646-339-8787

**From:** Reed Forbush
**Sent:** Friday, October 25, 2024 3:34 PM
**To:** tshcrd@cand.uscourts.gov
**Cc:** Maxwell Pritt <mpritt@BSFLLP.com>; Kathleen Hartnett <khartnett@cooley.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Morton, Phillip <pmorton@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>
**Subject:** RE: Kadrey v. Meta Platforms 3:23-cv-03417

Dear Ms. Maher – Plaintiffs respectfully follow-up to the request below for a telephonic conference. I left a voicemail with you regarding the same this afternoon.

Best,
Reed
646-339-8787

**From:** Reed Forbush
**Sent:** Wednesday, October 23, 2024 9:15 AM
**To:** tshcrd@cand.uscourts.gov
**Cc:** Maxwell Pritt <mpritt@BSFLLP.com>; Kathleen Hartnett <khartnett@cooley.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Morton, Phillip <pmorton@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>
**Subject:** Kadrey v. Meta Platforms 3:23-cv-03417

Good Morning Ms. Maher,

Plaintiffs in the above-captioned matter respectfully request that the Court schedule a telephonic conference with the parties this week to discuss several discovery issues that have arisen. I left a voicemail with you yesterday morning (10/22) requesting the same. Meta does not oppose this request and also may bring issues to the Court's attention. Plaintiffs request that the conference be scheduled for approximately 60 minutes or a length of the Court's choosing. Thank you.

Best regards,
Reed
646-339-8787

**Reed D. Forbush**
Counsel

**BOIES SCHILLER FLEXNER** LLP

44 Montgomery Street
41st Floor
San Francisco, CA 94104
(t) +1 415 293 6815
(m) +1 646 339 8787
rforbush@bsfllp.com
www.bsfllp.com