**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>   *Individual and Representative Plaintiffs*,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>                    *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY STIPULATION AND ORDER RE SCHEDULE** |

Before the Court is Plaintiffs' Administrative Motion to Modify the Stipulation and Order re Schedule. Upon consideration of Plaintiffs' Motion and supporting papers submitted to the Court in connection therewith, and for good cause shown, the Court modifies the case management schedule, Dkt. 238, as follows:

| Case Event | Current Deadline | Amended Deadline |
|---|---|---|
| Letter Briefs re: Existing Written Discovery | 10/23/2024 | 11/06/2024 |

IT IS SO ORDERED, on this date _____.

_____
The Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE