COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
Elizabeth L. Stameshkin (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 898-2055

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                        Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DECLARATION OF MICHELLE WOODHOUSE IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT DISCOVERY LETTER BRIEF AND EXHIBITS** |

I, Michelle Woodhouse, hereby declare:

1. I am Associate General Counsel for Defendant, Meta Platforms, Inc. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I make this declaration in support of Meta's administrative motion to file under seal the Joint Letter Brief on Meta's Motion regarding Outstanding Issues Concerning Depositions ("Joint Letter Brief") and Exhibits A–D, F, V, and Y-CC to the Joint Letter Brief. The motion seeks to have the following partially sealed or entirely sealed:

| Document | Sealing Request |
| --- | --- |
| Joint Discovery Letter Brief | • Redacted portions |
| Exhibit A to Joint Discovery Letter Brief | • Entire document |
| Exhibit B to Joint Discovery Letter Brief | • Entire document |
| Exhibit C to Joint Discovery Letter Brief | • Entire document |
| Exhibit D to Joint Discovery Letter Brief | • Entire document |
| Exhibit F to Joint Discovery Letter Brief | • Entire document |
| Exhibit V to Joint Discovery Letter Brief | • Entire document |
| Exhibit Y to Joint Discovery Letter Brief | • Entire document |
| Exhibit Z to Joint Discovery Letter Brief | • Entire document |
| Exhibit AA to Joint Discovery Letter Brief | • Entire document |
| Exhibit BB to Joint Discovery Letter Brief | • Entire document |
| Exhibit CC to Joint Discovery Letter Brief | • Entire document |

3. Exhibit A (Meta_Kadrey_00048202) is a highly sensitive, confidential discussion between Meta personnel regarding potential, confidential licensing of data for Meta's generative AI models. Public disclosure of this information exposes Meta to the risk of competitive harm.

4. Exhibit B (Meta_Kadrey_00080095) is a highly sensitive, confidential discussion involving senior-level Meta personnel concerning non-public business strategy regarding long term

data acquisition and product strategy for generative AI. Public disclosure of this information exposes Meta to the risk of competitive harm.

5. Exhibit C (Meta_Kadrey_00088838) is a highly sensitive, confidential discussion between Meta personnel regarding technical product development of Meta's generative AI models. Public disclosure of this information exposes Meta to the risk of competitive harm.

6. Exhibit D (Meta_Kadrey_00093951) is a highly sensitive, confidential discussion between senior-level Meta personnel regarding long term product development and strategy relating to Meta's generative AI models. Public disclosure of this information exposes Meta to the risk of competitive harm.

7. Exhibit F (Meta_Kadrey_00044958) is a highly sensitive, confidential internal communications and marketing plan including internal, confidential goals and benchmarks for success for a generative AI model release. Public disclosure of this information exposes Meta to the risk of competitive harm.

8. Exhibit V (Meta_Kadrey_00093962) is a highly sensitive, confidential WhatsApp exchange reflecting confidential internal evaluations of AI model performance and dataset approvals. Public disclosure of this information exposes Meta to the risk of competitive harm.

9. Exhibit Y (Meta_Kadrey_00065244) is a highly sensitive, confidential document disclosing technical information regarding Meta's development of its generative AI models. Public disclosure of this information exposes Meta to the risk of competitive harm.

10. Exhibit Z (Meta_Kadrey_00046267) is a highly sensitive, confidential internal planning documents, which summarizes Meta's various AI development workstreams and internal notes from a wide variety of meetings during the development of Meta's Llama models, ranging from technical issues to the company's business model. Public disclosure of this information exposes Meta to the risk of competitive harm.

11. Exhibit AA (Meta_Kadrey_00063329) is a highly sensitive confidential memo prepared for Meta's Board of Directors summarizing the company's AI development and investment strategy. Public disclosure of this information exposes Meta to the risk of competitive harm.

12. Exhibit BB (Meta_Kadrey_00047103) is a highly sensitive confidential "Gen AI roadmap" which reflects forward-looking company strategy around AI development and strategy around which AI projects to invest company resources in. Public disclosure of this information exposes Meta to the risk of competitive harm.

13. Exhibit CC (Letter regarding Privilege Logs) is a communication from Plaintiffs regarding Meta's privilege logs that includes significant discussion of confidential descriptions of Meta's privilege logs and associated communications. Public disclosure of this information exposes Meta to the risk of competitive harm.

14. The redacted portions of the letter brief describe highly confidential information contained within these sensitive, confidential exhibits, the public disclosure of which would expose Meta to the risk of competitive harm.

15. Public disclosure of the information contained in the above-referenced exhibits exposes Meta to the risk of competitive and financial harm, by revealing Meta's non-public business strategies, financial information, and trade secret information pertaining to its generative AI offerings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed in Menlo Park, California on this 31st day of October, 2024.

*/s/ Michelle Woodhouse*
Michelle Woodhouse