1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                              Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT DISCOVERY LETTER AND EXHIBITS** |

A Joint Administrative Motion to File Under Seal the Joint Discovery Letter and Exhibits has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5. Having considered the Unopposed Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Unopposed Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| Joint Discovery Letter Brief | • Redacted portions |
| Exhibit A to Joint Discovery Letter Brief | • Entire document |
| Exhibit B to Joint Discovery Letter Brief | • Entire document |
| Exhibit C to Joint Discovery Letter Brief | • Entire document |
| Exhibit D to Joint Discovery Letter Brief | • Entire document |
| Exhibit F to Joint Discovery Letter Brief | • Entire document |
| Exhibit V to Joint Discovery Letter Brief | • Entire document |
| Exhibit Y to Joint Discovery Letter Brief | • Entire document |
| Exhibit Z to Joint Discovery Letter Brief | • Entire document |
| Exhibit AA to Joint Discovery Letter Brief | • Entire document |
| Exhibit BB to Joint Discovery Letter Brief | • Entire document |
| Exhibit CC to Joint Discovery Letter Brief | • Entire document |

**IT IS HEREBY ORDERED**.

Dated: _____

_____
HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE