# EXHIBIT A

1  COOLEY LLP
   BOBBY GHAJAR (198719)
2  (bghajar@cooley.com)
   COLETTE GHAZARIAN (322235)
3  (cghazarian@cooley.com)
   1333 2nd Street, Suite 400
4  Santa Monica, California 90401
   Telephone:    (310) 883-6400
5
   MARK WEINSTEIN (193043)
6  (mweinstein@cooley.com)
   KATHLEEN HARTNETT (314267)
7  (khartnett@cooley.com)
   JUDD LAUTER (290945)
8  (jlauter@cooley.com)
   ELIZABETH L. STAMESHKIN (260865)
9  (lstameshkin@cooley.com)
   3175 Hanover Street
10 Palo Alto, CA  94304-1130
   Telephone:    (650) 843-5000
11
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
12 ANGELA L. DUNNING (212047)
   (adunning@cgsh.com)
13 1841 Page Mill Road, Suite 250
   Palo Alto, CA 94304
14 Telephone: (650) 815-4131

15 *Counsel for Defendant Meta Platforms, Inc.*

16              **UNITED STATES DISTRICT COURT**

17             **NORTHERN DISTRICT OF CALIFORNIA**

18                **SAN FRANCISCO DIVISION**

19 RICHARD KADREY, *et al.*,                    Case No. 3:23-cv-03417-VC

20     Individual and Representative Plaintiffs,   **STIPULATION AND [PROPOSED] ORDER RE
                                                   SCHEDULING OF DEPOSITION**
21         v.

22 META PLATFORMS, INC., a Delaware
   corporation;
23
                       Defendant.
24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW

1                                          STIP. AND [PROP] ORDER RE
                                           DEPOSITION
                                           CASE NO. 3:23-CV-03417-VC

1    Pursuant to Civ. L.R. 6-2 and 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher

2    Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang,

3    Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher

4    Farnsworth ("Plaintiffs"); and Defendant Meta Platforms, Inc. ("Defendant") (collectively, the

5    "Parties") by and through their respective counsel stipulate to the following:

6    WHEREAS, the Court entered an Order extending the discovery deadline until December

7    13, 2024.  ECF No. 211.

8    WHEREAS, pursuant to Magistrate Judge Hixson's Order regarding deposition discovery

9    (ECF No. 242), the Parties have scheduled approximately twenty other depositions that will take

10   place across the United States and in Europe over the next seven weeks (Ghajar Decl. ¶ 3);

11   WHEREAS, following an Order from Magistrate Judge Hixson denying Defendant's

12   motion for protective order regarding the deposition of its CEO Mr. Zuckerberg (ECF No. 171),

13   the Parties conferred to find an acceptable date for Mr. Zuckerberg's deposition.  Defendant offered

14   October 25, 2024 as a potential date for Mr. Zuckerberg's deposition, but Plaintiffs were unable to

15   accept that date.  Subsequently, the Parties extensively met and conferred – and to avoid further

16   motion practice regarding that deposition – they ultimately reached an agreement regarding the

17   timing and other parameters of the deposition (Ghajar Decl. ¶ 4);

18   WHEREAS, as part of the negotiated agreement, the Parties agreed to take the deposition

19   of Mr. Zuckerberg on Tuesday, December 17, 2024 – four days after the Court's December 13,

20   2024 fact discovery deadline – to accommodate the schedules of Mr. Zuckerberg and the Parties

21   (*Id*. ¶ 5-6);

22   WHEREAS, that deposition is the only deposition that the Parties have scheduled outside

23   of the December 13, 2024 fact discovery deadline (*Id*. ¶ 7);

24   WHEREAS, the Parties agree that the timing of this deposition a few days after the fact

25   discovery deadline will not impact any subsequent dates in the Scheduling Order, including the

26   deadlines for expert discovery or summary judgment (*Id*. ¶ 8);

27   WHEREAS, there has only been one extension of the fact discovery deadline requested and

28   entered in this case, which was the Court's Order setting the December 13, 2024 fact discovery

1    deadline (*Id.* ¶ 9).

2          NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through

3    Plaintiffs and Defendant, as represented by their undersigned counsel and subject to the approval

4    of the Court, that the deposition of Mr. Zuckerberg may occur on Tuesday, December 17, 2024,

5    after the close of fact discovery, in accordance with the terms agreed to by the Parties.   No other

6    deadlines are modified by this stipulation.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: October 29, 2024

Respectfully Submitted,

By: */s/ DRAFT*

By: */s/ DRAFT*

Bobby A. Ghajar
Colette Ani Ghazarian
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: bghajar@cooley.com
cghazarian@cooley.com

Mark R. Weinstein
Elizabeth Lee Stameshkin
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: mweinstein@cooley.com
Email: lstameshkin@cooley.com

Kathleen R. Hartnett
Judd D. Lauter
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
Facsimile: (415) 693-2222
Email: khartnett@cooley.com

Angela Dunning
**CLEARY  GOTTLIEB  STEEN  &
HAMILTON  LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com

*Attorneys for Defendant*

*META PLATFORMS, INC.*

David Boies (pro hac vice)
David L. Simons (pro hac vice)
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dboies@bsfllp.com
dsimons@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (pro hac vice)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Amy Keller (*pro hac vice*)
James A. Ulwick (*pro hac vice*)

Nada Djordjevic (*pro hac vice*)
**DiCELLO LEVITT LLP**
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
akeller@dicellolevitt.com
julwick@dicellolevitt.com
ndjordjevic@dicellolevitt.com

David A. Straite (*pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Ave., Suite 1000
New York, NY 10017
Telephone: (646) 933-1000
dstraite@dicellolevitt.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butticklaw.com

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com
asweatman@caffertyclobes.com

Daniel Jerome Muller
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, CA 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email: dmuller@venturahersey.com
  *Counsel for Individual and Representative*
  *Plaintiffs and the Proposed Class*

1

### **PROPOSED ORDER**

2
      Pursuant to stipulation of the Parties, **IT IS SO ORDERED.**

3

4

5
DATED: _____

6

7
_____
HON. VINCE CHHABRIA

8
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs concurs in the filing of this document.


/s/      *Kathleen R. Hartnett*