# EXHIBIT H

Meta

🕐 This article is more than **3 months old**

# Meta pulls plug on release of advanced AI model in EU

'Unpredictable' privacy regulations prompt Facebook owner to scrap regional plans for multimodal Llama

Business live – latest updates



📷 Meta's decision on the multimodal Llama model relates to whether it complies with GDPR rules. Illustration: Sopa/LightRocket/Getty

**Dan Milmo** *Global technology editor*

Thu 18 Jul 2024 08.51 EDT

Mark Zuckerberg's Meta will not release an advanced version of its artificial intelligence model in the EU, blaming the decision on the "unpredictable" behaviour of regulators.

The owner of Facebook, Instagram and WhatsApp is preparing to issue its Llama model in multimodal form, meaning it is able to work across text, video, images and audio instead of just one format. Llama is an open source model, allowing it to be freely downloaded and adapted by users.

However, a Meta spokesperson confirmed the model would not be available in the EU. The decision underlines tensions between big tech and Brussels amid a tougher regulatory environment.

"We will release a multimodal Llama model over the coming months – but not in the EU due to the unpredictable nature of the European regulatory environment," the spokesperson said.

Brussels is introducing the EU AI Act, which comes into force next month, while new regulatory requirements are being put in place for big tech firms in the form of the Digital Markets Act (DMA).

However, Meta's decision on the multimodal Llama model relates to whether it complies with GDPR (general data protection regulations). Meta has been ordered to stop training its AI models with posts from Facebook and Instagram users in the EU because of concerns it may violate privacy rules.

Ireland's Data Protection Commission, which oversees Meta's compliance with GDPR, said it was continuing discussions with the company over its model training.

However, Meta is concerned that other EU data watchdogs can intervene in the regulatory process and bring approval to a halt. Text-based versions of Llama are available in the EU and a new text-only version will be released in the EU soon – but those models were not trained on EU Meta user data.

The move follows Apple's announcement last month that it will not roll out some of its new AI features in the EU owing to concerns about complying with the DMA.

**Sign up to This is Europe**

Free weekly newsletter

The most pressing stories and debates for Europeans – from identity to economics to the environment

**Enter your email address**

Sign up

**Privacy Notice:** Newsletters may contain info about charities, online ads, and content funded by outside parties. For more information see our Privacy Policy. We use Google reCaptcha to protect our website and the Google Privacy Policy and Terms of Service apply.

Meta had been planning to use its multimodal Llama model in products such its Ray-Ban smart glasses and on smartphones. The Llama decision was first reported by Axios.

Meta also announced on Wednesday that it had suspended use of generative AI tools in Brazil after the government raised privacy concerns over the use of user data to train models. The company said it had decided to pause use of the tools while it held talks with Brazil's data authority.

**$966,779** of $2,000,000 goal

I hope you appreciated this article. Before you move on, I wanted to ask if you would consider supporting the Guardian's journalism during one of the most consequential news cycles of our lifetimes. As a reader-funded organization, we need your help to raise $2m so we can keep up our momentum.

In the heat of a tumultuous presidential race, there is an urgent need for free, trustworthy, truly independent journalism that foregrounds the stakes of this election for our country and planet.

Yet from Elon Musk to the Murdochs, a small number of billionaire owners have a powerful hold on so much of the information that reaches the public. The Guardian is different. We have no billionaire owner or shareholders to consider. Our journalism is produced to serve the public interest – not profit motives.

Largely because of this independence, we are able to avoid the trap that befalls much US media: the tendency, born of a desire to please all sides, to engage in false equivalence in the name of neutrality. The way we see it, our job is to be truly fair, which means listening to different points of view, but also calling out the lies of powerful people and institutions – and making clear how misinformation and demagoguery can damage democracy.

From threats to election integrity, to the spiraling climate crisis, to complex foreign conflicts, our journalists contextualize, investigate and illuminate the critical stories of our time. As a global news organization with a robust US reporting staff, we're able to provide a fresh, outsider perspective – one so often missing in the American media bubble.

Around the world, readers can access the Guardian's paywall-free journalism because of our unique reader-supported model. That's because of people like you. Our readers keep us independent, beholden to no outside influence and accessible to everyone – whether they can afford to pay for news, or not.

**If you can, please consider supporting us just once, or better yet, support us every month with a little more. Thank you.**

**Betsy Reed**
*Editor, Guardian US*



○ Support $5/month

*Recommended*

● Support $15/month

Unlock **All-access digital** benefits:

✓ Unlimited access to the Guardian app
✓ Unlimited access to our new Feast App
✓ Ad-free reading on all your devices
✓ Exclusive newsletter for supporters, sent every week from the Guardian newsroom
✓ Far fewer asks for support

○ Support once from just $1

Continue →    Remind me on Giving Tuesday    

# More on this story

**Claude AI tool can now carry out jobs such as filling forms and booking trips, says creator**
23 Oct 2024


**Watchdog opens investigation into anti-immigrant posts on Facebook**
17 Oct 2024


**Meta fires staff for 'using free meal vouchers to buy household goods'**
17 Oct 2024


# More from Headlines

**US elections 2024**
**Kamala Harris says Trump's comments on women are 'offensive to everybody'**
24m ago


**Elon Musk**
**Musk's get-out-the-vote workers didn't know they were canvassing for Trump – report**
2h ago


**Spain**
**Spain floods death toll passes 150 as country begins three days of mourning**
2h ago


# Most viewed