# EXHIBIT E

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

| | |
|---|---|
| IN RE MATTER OF: | ) |
| RICHARD KADREY, et al., | ) |
| Plaintiff, | ) |
| vs. | ) C.A. NO.: |
| META PLATFORMS, INC., | ) 3:23-cv-03417-VC |
| Defendant. | ) |

_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **

VIDEOTAPED DEPOSITION OF AHMAD AL-DAHLE

Palo Alto, California

Thursday, October 3, 2024

stenographically Reported by:

HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR

Realtime Systems Administrator

California CSR License #11600

Oregon CSR License #21-0005

Washington License #21009491

Nevada CCR License #980

Texas CSR License #10725

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

1      VIDEOTAPED DEPOSITION of AHMAD AL-DAHLE,

2   taken before Heather J. Bautista, CSR No. 11600, a

3   Certified Shorthand Reporter for the state of

4   California, with principal office in the county of

5   Santa Clara, commencing on Thursday, October 3,

6   2024, 9:35 a.m., at 3175 Hanover Street, Palo Alto,

7   California 94304.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 138

1   instance."

2             MR. GHAJAR:  Opposed.

3        Q.   (By Mr. Young)  Mr. Al-Dahle, are you aware

4   of any members of the generative AI team expressing

5   concerns about using certain datasets because they

6   used, quote, "pirated material" in 2022?

7             MR. GHAJAR:  Objection.  Vague.

8             THE WITNESS:  I'm not aware of such an

9   event.

10            Also, I'll remind you that I took the role

11  in 2023, so I did not have oversight of generative

12  AI in 2022.

13       Q.   (By Mr. Young)  Do you deny that members of

14  the generative AI team have expressed concerns about

15  using certain datasets?

16            MR. GHAJAR:  Objection.  Assumes facts.

17            THE WITNESS:  That's a pretty vague

18  question.  There's a lot of technical complexity

19  where people could have easily expressed concerns,

20  but I'm not personally aware of -- of those

21  examples.

22            MR. YOUNG:  Okay.  I think this might be a

Page 139

1   good time for lunch.  1:06?  Yeah.

2        MR. GHAJAR:  That's fine with me.

3        THE VIDEOGRAPHER:  Okay.  We are off the

4   record at 1:06.

5        (Lunch recess taken 1:06 p.m. to 1:58 p.m.)

6        THE VIDEOGRAPHER:  We are now on the record

7   at 1:58.

8        Q.   (By Mr. Young)  Welcome back, Mr. Al-Dahle.

9        A.   Thank you.

10       Q.   Now, in your role at Meta there are only

11  two individuals above you, right?

12       MR. GHAJAR:  Objection.  Vague.

13       THE WITNESS:  I report to Chris Cox who

14  reports to Mark.

15       Q.   (By Mr. Young)  So there are only two

16  individuals who are -- strike that.

17            So would it be fair to say that you're

18  fairly high up in the organizational structure of

19  Meta?

20       A.   What do you mean by "high up"?

21       Q.   Well, you report to Mr. Cox, who only

22  reports to Mr. Zuckerberg; is that correct?

Page 140

```
 1      A.   That's correct.
 2      Q.   And you have thousands of people who
 3  report -- who report under you; is that right?
 4      A.   No, I don't think I have thousands.  I
 5  don't have the exact number that I have, but I would
 6  estimate it's north of a thousand, but below two.
 7      Q.   Somewhere between 1,000 and 2,000 people?
 8      A.   I think that's -- that's my estimate, yeah.
 9      Q.   Mr. Al-Dahle, do you recall how much money
10  Meta invested in its generative AI projects last
11  year?
12      A.   I don't know that offhand.
13      Q.   Hundreds of millions?
14      A.   Possible.
15      Q.   Mr. Al-Dahle, can you give me a rough
16  overview about your job responsibilities at Meta.
17      A.   Yeah.  I'm what they call a product group
18  lead.  So my responsibility includes the development
19  of the roadmap for generative AI at the company, and
20  the execution.
21      Q.   And are you well-compensated for your work
22  at Meta?
```

1   I, HEATHER J. BAUTISTA, CSR No. 11600,
2   Certified Shorthand Reporter, certify:
3   That the foregoing proceedings were taken
4   before me at the time and place therein set forth,
5   at which time the witness declared under penalty of
6   perjury; that the testimony of the witness and all
7   objections made at the time of the examination were
8   recorded stenographically by me and were thereafter
9   transcribed under my direction and supervision; that
10  the foregoing is a full, true, and correct
11  transcript of my shorthand notes so taken and of the
12  testimony so given;
13  (XX) Reading and signing was not requested/offered.
14  I further certify that I am not financially
15  interested in the action, and I am not a relative or
16  employee of any attorney of the parties, nor of any
17  of the parties.
18  I declare under penalty of perjury under the
    laws of California that the foregoing is true and
19  correct.   Dated:   October 4, 2024
20
21
22
    _____
    HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR