# EXHIBIT H

Search | Free Newsletters    **QUARTZ**    Editions

We may earn a commission from links on this page

HOME    LATEST    BUSINESS NEWS    MONEY & MARKETS    TECH & INNOVATION    A.I.    LIFESTY

**TECH & INNOVATION**

# Meta profits surge 35% as the AI spending spree continues

The tech giant and Facebook parent said it will ramp up AI and infrastructure spending next year

By **Rocio Fabbro** Published Yesterday | Updated Yesterday



Photo: Fabrice Coffrini (Getty Images)

**In This Story**

META **-4.14%**   GOOGL **-0.43%**   MSFT **-5.70%**   BAC **-0.86%**

Facebook parent Meta Platforms (META **-4.14%** ▼) saw its profits surge 35% in the third quarter, as it looks to show investors that its multi-billion dollar investments into artificial intelligence are bearing fruit.

**Suggested Reading**

Trump Media stock sinks 15% as pre-election losses deepen

Microsoft can't build data centers fast enough to meet AI demand

Starbucks is turning to old fashioned TV ads to turn things around

**Watch: Bitcoin's rise is predicting a Donald Trump election victory, strategist says**

**Suggested Reading**

Trump Media stock sinks 15% as pre-election losses deepen

Microsoft can't build data centers fast enough to meet AI demand

Starbucks is turning to old fashioned TV ads to turn things around

# Bitcoin's rise is predicting a Donald Trump election victory, strategist says

Meta saw $15.69 billion in net income last quarter, or $6.03 per share, up from $11.58 billion in the same quarter last year, the company reported after the markets closed on Wednesday. Wall Street had expected $13.49 billion in profit, or $5.21 per share, according to estimates compiled by FactSet.

ADVERTISEMENT

**RELATED CONTENT**

> **Meta earnings are coming this week. Wall Street expects big growth**

> **Mark Zuckerberg and Jensen Huang see a future where everyone has an AI assistant**

RELATED CONTENT

> **Meta earnings are coming this week. Wall Street expects big growth**

> **Mark Zuckerberg and Jensen Huang see a future where everyone has an AI assistant**

Revenue came in at $40.59 billion, up 19% from $34.15 billion a year ago and surpassing Wall Street's estimated $40.19 billion for the quarter.

ADVERTISEMENT

"We had a good quarter driven by AI progress across our apps and business," said Mark Zuckerberg, Meta founder and CEO. "We also have strong momentum with Meta AI, Llama adoption, and AI-powered glasses."

ADVERTISEMENT

Shares of Meta were down 3% in after hours trading.

The company said it expects fourth-quarter total revenue to be in the range of $45-48 billion. It lowered its full-year expense expectations to $96-98 billion, and raised capital expenditure estimates to $38-40 billion. Meta expects "significant capital expenditures growth in 2025" and "significant acceleration in infrastructure expense growth next year."

ADVERTISEMENT



Analysts have said this this big spending is being driven in large part by burgeoning AI costs, including data centers, chips, and research and development.

Zuckerberg showed the impact of some of those investments at the company's annual Connect conference in September. Zuckerberg said Meta AI is on track to become the most-used AI assistant in the world by the end of this year, with almost 500 million monthly active users as of today. Meta added the AI assistant to its popular social media platforms, including Instagram and Facebook, in April.

ADVERTISEMENT

At the event, Zuckerberg also announced Llama 3.2, Meta's first open-source, multimodal large language model (LLM). The CEO said that the AI industry has reached an inflection point and that Llama has become "something of an industry standard."

This enthusiasm has fueled a strong year for the company, with shares up more than 70% year-to-date.

ADVERTISEMENT

Meta is also reportedly building its own search engine to supply answers to its chatbot, in an effort to reduce its reliance on Google (GOOGL -0.43% ▼) and Microsoft (MSFT -5.70% ▼), according to The Information. Bank of America (BAC -0.86% ▼) said in an Oct. 28 note that this would be "consistent with Meta's long-term goal to reduce dependence on competitor platforms & technology," and that it expects an announcement on new AI and search capabilities in Meta's third-quarter earnings call.

Bank of America analysts added, however, that Meta's search engine would "be at a data and web scraping disadvantage" compared to Google due to a "limited number of Meta AI users."

## 📬 Sign up for the Daily Brief

Our free, fast, and fun briefing on the global economy, delivered every weekday morning.

Enter email address

U.S. Privacy

**Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack**
This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.
**Coupon Code Finder** | Sponsored

**Get Ultimate Speed**
Our fastest plans yet and ask how to get a Prepaid Card with a qualifying Internet package
**Comcast Business** | Sponsored
Learn more

**Seniors, Here's How to Travel First-Class for Economy Prices**
This simple trick can save seniors hundreds, but most people are ignoring it.
**Online Shopping Tools** | Sponsored

**Seniors Can Now Fly Business Class For the Price Of Economy**
Americans, you'll want to check this out ASAP
**Coupon Code Finder** | Sponsored

**Nvidia's New Rival (Hint: It's Not AMZN)**
Will This Make the World's First Trillionaire?
**Motley Fool** | Sponsored