# EXHIBIT I

| | |
|---|---|
| **From:** | David Simons |
| **To:** | Lauter, Judd; Dunning, Angela L.; Kathleen Hartnett; mlemley@lex-lumina.com; Ghajar, Bobby A.; Ghazarian, Colette A |
| **Cc:** | Jesse Panuccio; Poppell, Cole A; Biksa, Liene; Weinstein, Mark; Stameshkin, Liz; Alvarez, Jessica; Holden Benon; Christopher Young; Aaron Cera; Cadio Zirpoli; Joe Saveri; Margaux Poueymirou; Ashleigh Jensen; Rya Fishman; Matthew Butterick; Nada Djordjevic; James Ulwick; Bryan L. Clobes; Mohammed Rathur; Amy Keller; David Straite; Ruby Ponce; Alexander Sweatman; Heaven Haile; Llama BSF; Josh Schiller; David Boies; Maxwell Pritt; z/Meta-Kadrey |
| **Subject:** | Kadrey v. Meta - Amended Notice of 30(b)(6) Deposition: |
| **Date:** | Tuesday, October 8, 2024 5:14:46 PM |
| **Attachments:** | 2024-10-08 Amended Notice of 30b6 Depo.pdf |

Counsel,

Please find attached an amended notice of a 30(b)(6) deposition for Meta Platforms, Inc. We are happy to discuss scheduling at your earliest convenience given Judge Hixson's order regarding the amount of time Plaintiffs will have, which will necessitate multiple deposition days. If you anticipate lodging any objections to the amended notice, please let us know promptly so we can begin the meet and confer process. Thanks.

Best,
David

| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (*pro hac vice*)<br>David L. Simons (*pro hac vice*)<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>(914) 749-8200<br>dboies@bsfllp.com<br>dsimons@bsfllp.com<br><br>Maxwell V. Pritt (SBN 253155)<br>Joshua I. Schiller (SBN 330653)<br>Joshua M. Stein (SBN 298856)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>(415) 293-6800<br>mpritt@bsfllp.com<br>jischiller@bsfllp.com<br>jstein@bsfllp.com<br><br>Jesse Panuccio (*pro hac vice*)<br>1401 New York Ave, NW<br>Washington, DC 20005<br>(202) 237-2727<br>jpanuccio@bsfllp.com | **JOSEPH SAVERI LAW FIRM, LLP**<br>Joseph R. Saveri (SBN 130064)<br>Cadio Zirpoli (SBN 179108)<br>Christopher K.L. Young (SBN 318371)<br>Holden Benon (SBN 325847)<br>Aaron Cera (SBN 351163)<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>(415) 500-6800<br>jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>hbenon@saverilawfirm.com<br>acera@saverilawfirm.com<br><br>Matthew Butterick (SBN 250953)<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>(323) 968-2632<br>mb@butaricklaw.com<br><br>**CAFFERTY CLOBES MERIWETHER &<br> SPRENGEL LLP**<br>Bryan L. Clobes (*pro hac vice*)<br>135 S. LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>(312)-782-4880<br>bclobes@caffertyclobes.com |

*Counsel for Individual and Representative Plaintiffs and the Proposed Class. Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO VISION**

| | |
|---|---|
| RICHARD KADREY,<br><br>   Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>   Defendant. | Lead Case No. 3:23-cv-03417-VC<br>Case No. 4:23-cv-06663<br><br>**AMENDED NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO META PLATFORMS, INC.**<br><br>Date:       October 31, 2024<br>Time:      9:00 a.m., local time<br>Location: 44 Montgomery Street, 41st Floor<br>                San Francisco, CA 94104 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Meta Platforms, Inc. ("Meta") is hereby directed to designate one or more officers, directors, managing agents, or other persons who consent to testify and are most knowledgeable and competent to testify regarding the following topics and related or supporting facts occurring between January 1, 2016 and the present (the "Relevant Period"):

1. Meta's access to, identification of, assembly, processing, and/or curation of datasets to train its Large Language Models, including Meta's gathering of works, including copyrighted works, from websites for potential use and/or use as data for training, testing, validating, and/or benchmarking, including but not limited to "shadow library" websites like Z-Lib, Library Genesis ("LibGen"), Bibliotik, and Anna's Archive.

2. Meta's access, copying, reproduction and/or use of the datasets, including the datasets commonly known as "Books3" (or "b3g"), "The Pile," "LibGen,", and the "Fair Use Library"; the individuals who accessed or made these copies or reproductions; the storage of these copies or reproductions; the content of these datasets; and Meta's communications with the creators of and/or individuals who control or maintain these datasets.

3. The Meta LLMs trained on material and/or datasets obtained and/or accessed from public websites, including any material sourced from "Books3," "The Pile," and "Library Genesis," and including how Meta trains subsequent versions of its LLMs using earlier versions, whether Meta may or does remove training data from LLMs, and whether Meta still accesses or otherwise uses these datasets for LLM training purposes, or if not, why it no longer accesses or uses these datasets.

4. Meta's knowledge that its LLM training datasets included copyrighted material, including any discussions or deliberations regarding the same; any discussions,

1  deliberations, or efforts to mitigate potential copyright infringement relating to
2  Meta's LLMs; and any steps Meta has taken to train or otherwise program its LLMs
3  not to output infringing material.

4  5. Meta's policies and procedures regarding its adherence to any laws or regulations,
5  including the EU AI Act, that require transparency around the datasets used to train
6  AI models, require authorization from rightsholders for the use of the text and data
7  in training AI models, and require disclosure of the use of any copyrighted
8  materials to train an AI model.

9  6. All internal policies, including approval policies, relating to Meta's access and/or
10  use of datasets, including the "Books3," "The Pile," and "LibGen" datasets, for any
11  purpose relating to the development of Meta's AI technology.

12  7. The origin and contents of the datasets Meta has produced in this case, labeled
13  Meta_Kadrey_Data_001, Meta_Kadrey_Data_002, Meta_Kadrey_Data_003,
14  Meta_Kadrey_Data_004, and Meta_Kadrey_Data_005, including who identified
15  and compiled each dataset produced, and how each dataset produced has been used
16  by Meta in training each of its LLMs from Llama 1 through any Llama version
17  currently in development, including whether Meta accessed, obtained and/or
18  sourced the datasets at multiple points in time and, if so, when and for what
19  purpose.

20  8. Meta's communications including discussions, deliberations, and negotiations
21  concerning each and every dataset regardless of the source, type, or potential use
22  that may or could have been used in training generative AI products (whether or
23  not related only to Meta products) or for use in any other Meta AI product, other
24  than generative AI, including but not limited to, all such discussions referenced in
25  the April 6, 2024 *New York Times* article, "How Tech Giants Cut Corners to
26  Harvest Data for A.I." or the September 25, 2024 *The Verge* article and interview,
27  "Why Mark Zuckerberg thinks AR glasses will replace your phone." Some

examples that are obvious may include actual or potential licensing deals related to Meta's AI assistant, or actual or potential licensing deals related to Meta's AI instant video generator, regardless of whether they resulted in actual licensing deals. This topic includes all communications related to these discussions, deliberations, negotiations and or attempts by Meta or other generative AI companies that may have been discussed by Meta that did not result in an executed licensing agreement with a third party.

9. Financial information about the Llama models' actual and expected revenue and profit impacts, including Meta's understanding of the actual and expected financial impact its AI technology will have on Meta's various commercial product lines, including Facebook, Instagram, Facebook Reels, and WhatsApp.

10. The source code provided to Plaintiffs for review, including who compiled the source code; what the source code consists of; any source code repositories used by Meta's LLMs not captured by the production to date; the dates the source code was created; how recently the source code has been updated; what LLM models the source code covers; how the source code is organized; what models are used within each version of Llama and what each of these models do; whether any Llama model uses or incorporates different tools, including for web research, and if so, what these tools do; differentiations between the model production system on the web versus what Meta has shared in its public repositories; source code pertaining to Meta's efforts to train its models to identify copyrighted material; whether there are any pull requests or commits from certain date ranges that are not included in the source code; whether the source code produced to date includes or omits production or application code; and any of the issues raised in the October 4, 2024 Declaration of Dr. Jonathan Krein.

11. Meta's process for identifying and collecting documents in response to Plaintiffs' RFPs, including data sources reviewed, non-custodial files reviewed, search terms

used, date ranges applied, metadata collection and capabilities concerning what metadata may be collected, and Meta's policies and practices relating to labeling internal documents "attorney-client privileged" or the equivalent.

12. The factual bases and any other supporting analysis for Meta's October 30, 2023 submission to the U.S. Copyright Office contending that its use of copyrighted material to train its LLMs is either non-infringing or otherwise constitutes "fair use."

13. Meta's current or future intention to carry out the guidance from Meta's CEO, Mark Zuckerberg, that if content creators do not want their content used to train Meta's LLMs, then Meta will stop training its LLMs on their content.  This topic includes the means and methods by which Meta would stop training its LLMs on certain creators' content, how creators would opt-out, as well as any analysis Meta has done regarding the effects an opt-out system would have on its LLMs, including their efficacy.

| | | |
|---|---|---|
| 1 | Dated: October 8, 2024 | |
| 2 | | By: /s/ David L. Simons |
| 3 | | **BOIES SCHILLER FLEXNER LLP**<br>David Boies (*pro hac vice*) |
| 4 | | David L. Simons (*pro hac vice*)<br>55 Hudson Yards, 20th Floor |
| 5 | | New York, NY 10001<br>(914) 749-8200 |
| 6 | | dboies@bsfllp.com<br>dsimons@bsfllp.com |
| 7 | | Maxwell V. Pritt (SBN 253155) |
| 8 | | Joshua I. Schiller (SBN 330653)<br>Joshua M. Stein (SBN 298856) |
| 9 | | 44 Montgomery Street, 41st Floor<br>San Francisco, CA  94104 |
| 10 | | (415) 293-6800<br>mpritt@bsfllp.com |
| 11 | | jischiller@bsfllp.com<br>jstein@bsfllp.com |
| 12 | | Jesse Panuccio (*pro hac vice*) |
| 13 | | 1401 New York Ave, NW<br>Washington, DC  20005 |
| 14 | | (202) 237-2727<br>jpanuccio@bsfllp.com |
| 15 | | Joseph R. Saveri (State Bar No. 130064) Cadio Zirpoli (State Bar No. 179108) |
| 16 | | Christopher K.L. Young (State Bar No. 318371)<br>Holden Benon (State Bar No. 325847) |
| 17 | | Aaron Cera (State Bar No. 351163)<br>Margaux Poueymirou (State Bar No. 356000) |
| 18 | | **JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505 San |
| 19 | | Francisco,     California     94108<br>Telephone:     (415) 500-6800 |
| 20 | | Facsimile:     (415) 395-9940<br>Email:          jsaveri@saverilawfirm.com |
| 21 | | czirpoli@saverilawfirm.com<br>cyoung@saverilawfirm.com |
| 22 | | hbenon@saverilawfirm.com<br>acera@saverilawfirm.com |
| 23 | | mpoueymirou@saverilawfirm.com |
| 24 | | Matthew Butterick (State Bar No. 250953) 1920 Hillhurst Avenue, #406 |
| 25 | | Los Angeles, CA 90027<br>Telephone:     (323) 968-2632 |
| 26 | | Facsimile:     (415) 395-9940<br>Email:          mb@butterick003law.com |
| 27 | | |
| 28 | | |

Bryan L. Clobes (pro hac vice) **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com
asweatman@caffertyclobes.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue San
Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email: dmuller@venturahersey.com

Seth Haines*
Timothy Hutchinson*
Lisa Geary*
**RMP, LLP**
5519 Hackett Street, Suite 300
Springdale, Arkansas 72762
Telephone: (479) 443-2705
Email: shaines@rmp.law

David A. Straite (*pro hac vice*)
**DICELLO LEVITT LLP**
475 Lexington Avenue, Suite 1001
New York, NY 10017
Telephone: (646) 933-1000
Email: dstraite@dicellolevitt.com
thutchinson@rmp.law
lgeary@rmp.law

Scott Poynter*
**POYNTER LAW GROUP**
407 President Clinton Avenue, Suite 201
Little Rock, Arkansas 72201
Telephone: (501) 812-3943
Email: scott@poynterlawgroup.com

Brian O'Mara
**DiCELLO LEVITT LLP**
4747 Executive Drive, Second Floor
San Diego, California 92121
Telephone: (619) 923-3939
Email: bomara@dicellolevitt.com

---

NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6) TO META PLATFORMS, INC.
LEAD CASE NO. 3:23-cv-03417-VC

7

| | |
|---|---|
| 1 | David A. Straite (*pro hac vice*) |
| 2 | **DiCELLO LEVITT LLP** |
|   | 475 Lexington Avenue, Suite 1001 |
| 3 | New York, NY 10017 |
|   | Telephone:   (646) 933-1000 |
| 4 | Email:        dstraite@dicellolevitt.com |

Adam J. Levitt
Amy E. Keller*
Nada Djordjevic*
James A. Ulwick*
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone:   (312) 214-7900
Email:        alevitt@dicellolevitt.com
               akeller@dicellolevitt.com
               ndjordjevic@dicellolevitt.com
               julwick@dicellolevitt.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

---

**NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6) TO META PLATFORMS, INC.**
LEAD CASE NO. 3:23-cv-03417-VC

8

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by Boies Schiller Flexner LLP. My business address is 55 Hudson Yards, New York, NY 10001. I am over the age of eighteen and not a party to this action.

On October 8, 2024, I caused the following documents to be served by email upon the parties listed on the attached Service List:

**AMENDED NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO META PLATFORMS, INC.**

I declare under penalty of perjury that the foregoing is true and correct. Executed September 16, 2024, at New York, New York.

By:  /s/ David L. Simons

**SERVICE LIST**

Bobby A. Ghajar
Colette Ani Ghazarian
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Email: bghajar@cooley.com
cghazarian@cooley.com

Kathleen R. Hartnett
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Email: khartnett@cooley.com

Judd D. Lauter
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Email: jlauter@cooley.com

Mark Alan Lemley
LEX LUMINA PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
Email: mlemley@lex-lumina.com

Angela L. Dunning
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
1841 Page Mill Road
Palo Alto, CA 94304-1254
Email: adunning@cgsh.com

*Counsel for Defendant
Meta Platforms, Inc.*