# EXHIBIT O



Menu

META / TECH / ARTIFICIAL INTELLIGENCE

# Meta won't release its multimodal Llama AI model in the EU / Meta says the European regulatory environment is too 'unpredictable.'

By **Jess Weatherbed**, a news writer focused on creative industries, computing, and internet culture. Jess started her career at TechRadar, covering news and hardware reviews.

Jul 18, 2024, 5:07 AM PDT

     |   21 Comments (21 New)



Illustration by Nick Barclay / The Verge

Meta says it won't be launching its upcoming multimodal AI model — capable of handling video, audio, images, and text — in the European Union, citing regulatory concerns. The decision will prevent European companies from using the multimodal model, despite it being released under an open license.

"We will release a multimodal Llama model over the coming months, but not in the EU due to the unpredictable nature of the European regulatory environment," Meta spokesperson Kate McLaughlin said to *The Verge*.

Just last week, the EU finalized compliance deadlines for AI companies under its strict new AI Act. Tech companies operating in the EU will generally have until August 2026 to comply with rules around copyright, transparency, and AI uses like predictive policing.

Meta's decision follows a similar move by Apple, which recently said it would likely exclude the EU from its Apple Intelligence rollout due to concerns surrounding the Digital Markets Act. Meta has also halted plans to release its AI assistant in the EU and paused its generative AI tools in Brazil — both due to concerns raised about data protection compliance.

## A text-only version of Meta's Llama 3 model will still reportedly launch in the EU

Meta says its multimodal AI models will be utilized in products like the Meta Ray-Ban smart glasses. According to *Axios*, Meta's EU snub will also extend to future multimodal AI model releases but excludes a larger, text-only version of the Llama 3 model that Meta says *will* be available for EU customers.

That still leaves a difficult situation for companies outside the EU who were hoping to provide products and services that use these models, as they'll be prevented from offering them in one of the world's largest economic markets.

The EU hasn't commented on Meta's decision at the time of writing. Apple's decision to potentially restrict its AI deployment was blasted by the EU's competition commissioner, Margrethe Vestager.

🗨 **21 COMMENTS (21 NEW)**

---

**FEATURED VIDEOS FROM THE VERGE**

**The future of AI might look a lot like Twitter | The Vergecast**

00:00                                                                                                                   52:52

More from **Tech**

**Lilium strikes sales deal with Saudi Arabia for up to 100 eVTOL aircraft**

**The best last-minute Prime Day deals you can still grab**

**Dyson unmasks its super customizable OnTrac headphones**

**Here are 80 Prime Day deals you can still nab for $50 or less**

## SPONSORED CONTENT

**Go beyond the model.**
Inflection AI
Read more

**Your Legal Community**
American Bar Assoc...
Learn more

**.ai domain names are now available with...**
GoDaddy



**Here Are 29 of the Coolest Gifts for This...**
Consumerbags
Shop Now

**The Most Realistic Game of 2024**
Plarium
Play Now



**Neurologists Baffled by This Revolutionary...**
Barefoot Vitality

---

DO NOT SELL OR SHARE MY PERSONAL DATA  /  TERMS OF USE  /  PRIVACY NOTICE  /  COOKIE POLICY  /  LICENSING FAQ  /  ACCESSIBILITY  /  PLATFORM STATUS  /  HOW WE RATE AND REVIEW PRODUCTS

CONTACT  /  TIP US  /  COMMUNITY GUIDELINES  /  ABOUT  /  ETHICS STATEMENT

THE VERGE IS A VOX MEDIA NETWORK

ADVERTISE WITH US / JOBS @ VOX MEDIA

© 2024 VOX MEDIA, LLC. ALL RIGHTS RESERVED