# EXHIBIT Q

  



A message from Blossom Philanthropy

Free courses help health care providers na Medicaid, improving patient care. Learn ho

Oct 29, 2024 - Technology

# Meta, OSI tussle over definition of open source AI



Ina Fried



Illustration: Lindsey Bailey/Axios

Meta took issue with a new definition of open source AI that would require model creators to detail their sources of training data, among

other rules, to meet the standard.

**Why it matters:** Meta makes its Llama models freely available for others to use, but doesn't provide full disclosure of all of the elements that go into them.

**Driving the news:** The Open Source Initiative Monday published its definition of what constitutes a truly open source AI model, outlining four characteristics that it says should apply to AI just as they do to software in order to be considered open source.

The organization says people should be able to:

- Use the system for any purpose, without needing permission;

- Study how the system works and see its components;

- Modify the system for any purpose and without restrictions;

- Freely share the system, again with or without restriction and for any purpose.

**The other side:** Meta, for its part, said it disagrees with the OSI's definition.

- "There is no single open source AI definition, and defining it is a challenge because previous open source definitions do not encompass the complexities of today's rapidly advancing AI models," a spokesperson told The Verge, adding that the company will continue to work with the OSI and other industry groups.

**Between the lines:** The OSI can't stop anyone else from calling its product "open source," but its new definition gives ammo to advocates of fuller disclosure of the weights and data that differentiate one model from another.

**Go deeper:** "Open" software needs an AI rethink

*Editor's note: This story has been corrected with the name of the Open Source Initiative.*





**Want more stories like this?**
Sign up for Axios Crypto

Enter your email address

Subscribe

 A message from Blossom Philanthropy

# Bridging the Medicaid knowledge gap in healthcare



Blossom Philanthropy offers free, in-depth courses that empower health care providers to navigate complex Medicaid policies effectively.

**The results:**

- Enhanced care for Medicaid patients.
- Reduced health disparities.
- Healthier and more resilient communities.

Help us make a difference.

# Go deeper

**Megan Morrone**
Feb 15, 2024 - Technology

## "Open" software needs an AI rethink



Illustration: Sarah Grillo/Axios

While nearly everyone in the AI world claims to be "open" in some way, the software industry's current method of making open products doesn't fit the way AI is actually built.

**Why it matters:** Open approaches could speed up innovation, as advocates believe, or magnify some risks, as critics fear — but the people and companies creating today's most advanced AI models don't even agree on what "open" AI means.

Go deeper (2 min. read) →

Ryan Heath
Jun 26, 2023 - Technology

# AI's next battle: open or closed



Illustration: Aïda Amer/Axios

**Open-source AI models,** which let anyone view and manipulate the code, are growing in popularity as startups and giants alike race to compete with market leader ChatGPT.

**Why it matters:** The White House and some experts fear open-source models could aid risky uses — especially synthetic biology, which could create the next pandemic. But those sounding the alarms may be too late.

Go deeper (3 min. read) ⟶



Ryan Heath
Dec 5, 2023 - Technology

## Open source AI fights back



Illustration: Shoshana Gordon/Axios

A new global alliance for AI open source development launched Dec. 5, firing shots at the makers of closed AI models (OpenAI, Google and Anthropic) which have dominated much of 2023's AI conversation, and who the alliance believes are creating distractions from immediate AI risks.

**Why it matters:** More than 50 organizations — under leadership from Meta and IBM — have signed up to the AI Alliance including Intel, Oracle, Dell, AMD, Sony, Hugging Face and Stability AI.

Go deeper (2 min. read) ⟶

  

Smarter, faster on what matters.

Explore Axios Newsletters

| | | |
|---|---|---|
| About Axios | Newsletters | Privacy policy |
| Advertise with us | Axios Live | Terms of use |
| Careers | Axios Entertainment | Your Privacy Choices |
| Contact us | Axios HQ | |

Copyright Axios Media, 2024