# EXHIBIT FF

Home  /  NewsNet Archive  /  NewsNet Issue 1017

# Copyright Office Issues Notice of Inquiry on Copyright and Artificial Intelligence

Issue No. 1017 - August 30, 2023



Today, the U.S. Copyright Office issued a notice of inquiry (NOI) in the *Federal Register* on copyright and artificial intelligence (AI). The Office is undertaking a study of the copyright law and policy issues raised by generative AI and is assessing whether legislative or regulatory steps are warranted. The Office will use the record it assembles to advise Congress; inform its regulatory work; and offer information and resources to the public, courts, and other government entities considering these issues.

The NOI seeks factual information and views on a number of copyright issues raised by recent advances in generative AI. These issues include the use of copyrighted works to train AI models, the appropriate levels of transparency and disclosure with respect to the use of copyrighted works, the legal status of AI-generated outputs, and the appropriate treatment of AI-generated outputs that mimic personal attributes of human artists.

The NOI is an integral next step for the Office's AI initiative, which was launched in early 2023. So far this year, the Office has held four public listening sessions and two webinars. This NOI builds on the feedback and questions the Office has received so far and seeks public input from the broadest audience to date in the initiative.

"We launched this initiative at the beginning of the year to focus on the increasingly complex issues raised by generative AI. This NOI and the public comments we will receive represent a critical next step," said Shira Perlmutter, Register of Copyrights and Director of the U.S. Copyright Office. "We look forward to continuing to examine these issues of vital importance to the evolution of technology and the future of human creativity."

Initial written comments are due by 11:59 p.m. eastern time on Wednesday, October 18, 2023. Reply comments are due by 11:59 p.m. eastern time on Wednesday, November 15, 2023. Instructions for submitting comments are available on the Office's website. Commenters may choose which and how many questions to respond to in the NOI.

For more general information about the Copyright Office's AI initiative, please visit our website.

**About**
Overview
Leadership
History and Education
Continuous Development
Small Claims
Annual Reports
Strategic Plans
IT Reports

**News**
Federal Register Notices
NewsNet
Events
Press/Media Information

**Opportunities**
Academic Partnerships
Internships
Careers
Kaminstein Program
Ringer Fellowship

**Help**
Frequently Asked Questions
Online Registration Help
Tutorials
Password Help
Preguntas Frecuentes

**Contact**
Contact Forms
Visitor Information
Addresses

**Sitemap**

.gov
**U.S. Copyright Office**
101 Independence Ave. S.E.
Washington, D.C.
20559-6000
(202) 707-3000 or
1 (877) 476-0778 (toll-free)

Blog  |  Take Our Survey