# EXHIBIT KK

CNN Business

Subscribe    Sign in

Apple debuted AI on the iPhone today. Here's what to look out for

5,732.04 1.40% ▼
18,184.39 2.28% ▼



...bs re... just might dispr... right-wing cons... theories

Trump's former... to join the Fede... Reserve has proposed a rad... solution to solv... inflation

Business / Tech

# Meta is bringing the voices of Judi Dench, John Cena and Keegan-Michael Key to its AI chatbot

By Clare Duffy, CNN

4 minute read · Updated 3:26 PM EDT, Wed September 25, 2024

5 comments



Judi Dench, left, John Cena and Keegan-Michael Key. Meta has partnered with the actors to incorporate their voices into its AI chatbot. Getty Images/AFP

RELATED

Apple debuted AI on the iPhone today. Here's what to look out for

**New York (CNN)** — Facebook and Instagram users will now be able to talk to voices that sound like John Cena and Judi Dench. They won't be the real actors, though, but an artificial intelligence chatbot.

Parent company Meta (META) announced Wednesday that it is adding voice conversations and celebrity voices to its artificial intelligence chatbot, Meta AI. Now, instead of simply messaging with the chatbot, users can have real-time conversations and can choose from a selection of computer-generated or celebrity voices.

Advertisement

The company partnered with Cena and Dench, as well as actors Kristen Bell, Awkwafina and Keegan-Michael Key, to train the chatbot to replicate their voices.

The update comes as Meta seeks to help its AI chatbot — which users can chat with on Facebook, Instagram, WhatsApp and Threads — keep pace with competitors' products, including ChatGPT, which is rolling out its own advanced voice mode. Meta CEO Mark Zuckerberg said Meta AI is on track to be "the most used AI assistant in the world" by the end of this year, likely helped by the more than 3 billion people who use the company's apps each day, although it's not clear how Meta is measuring use of the chatbot and how frequently people engage with the tool.

Rival OpenAI came under fire earlier this year when it showed off its own real-time voice mode feature for ChatGPT because of a demo voice that sounded remarkably like actor Scarlett Johansson, who said she had been asked to participate in the project but declined. OpenAI denied that the voice, dubbed Sky, was based on Johansson, but paused its use anyway. Unlike that debacle, Meta appears to have formed formal partnerships with the actors whose voices were used to train its tool.



**RELATED ARTICLE**
Social media platforms are using what you create for artificial intelligence. Here's how to opt out

Zuckerberg announced the new voice mode during his keynote speech at the company's annual Meta Connect conference, where he also shared other AI advancements, a new, cheaper version of Meta's Quest headsets and updates to the company's line of augmented reality RayBan glasses.

RELATED

Apple debuted AI on the iPhone today. Here's what to look out for



Advertisement

Among the other notable announcements: Meta will now let social media influencers make AI versions of themselves. Previously, influencers could train AI to have text conversations with their followers; now, followers will be able to have full, quasi-video calls with the AI versions of influencers who use the tool.

Meta's AI technology will also auto-translate and dub foreign language Reels (Meta's short-form videos) for viewers. So, if you speak English but a Reel comes across your feed that was originally created in, say, Spanish, it will appear in your feed as if it were made in English, complete with edits to the speaker's mouth to make the dubbing look natural.

| Mortgage | Personal Loans | Credit Cards |
|---|---|---|

| Loan Type | Rate | APR |
|---|---|---|
| 30-yr fixed | 5.50% | 5.55% |
| 15-yr fixed | 4.99% | 5.10% |
| 5/1 ARM | 5.50% | 7.00% |
| **Loan Amount** | **APR** | **Payment** |
| $225,000 (5/1 ARM) | 7.00% | ¤1,277.53/mo |
|  | - | - |

Calculate Payment

💬 What do you think?
Join 5 others in the comments

[ View Comments ]

And you might start seeing more AI-generated content in your Facebook and Instagram feeds. Meta says it will start to generate and share AI-generated images to users' feeds based on their "interests or current trends," a

feature it's calling "imagined for you." (It's not clear whether users will be able to opt out of this if they'd prefer to see only content from their real, human friends.)

**RELATED**

Apple debuted AI on the iPhone today. Here's what to look out for 

Advertisement

Meta's AR glasses are getting live, AI-enabled translation, too. A user can have a conversation with someone speaking in a foreign language and, within seconds, hear the translation to their own language in their ear, Zuckerberg said.

Zuckerberg also previewed "Orion," a prototype for a more advanced pair of techy glasses that would essentially put the power of an AR headset — like Meta Quest or Apple's Vision Pro — into a pair of mostly normal-looking (if a bit bulky) glasses.

But there's a big difference between the Orion and headsets like the Quest or Vision Pro. With existing AR headsets, users are looking at a screen that uses a camera to display emails or photos superimposed on the users' surroundings, a technology known as "passthrough." But the Orion lenses are actually see-through and use holograms to make it look as though your email inbox or text messages or even a live, 3D rendering of a friend are floating in space next to you.

Zuckerberg called them "the most advanced glasses the world has ever seen," but they aren't available for consumers to purchase just yet. The chief executive said Meta will continue to experiment on the glasses internally and make them available to select third-party developers to build software for them ahead of an eventual consumer version.

5 comments

PAID PARTNER CONTENT                                                        Dianomi



**Amazon's Worst Nightmare: Thousands Canceling Prime for This Hack**
sponsored by Online Shopping Tools

**RELATED**

Apple debuted AI on the iPhone today. Here's what to look 

Choose Your Vehicle: A Closer Look at Private Market Fund Structures
sponsored by Goldman Sachs Asset Management

**RELATED**

Apple debuted AI on the iPhone today. Here's what to look out for 

adchoices Sponsored

**MORE FROM CNN**

 Apple debuted AI on the iPhone today. Here's what to look out for

 The Meta Quest 3 is still the best VR headset you can buy

 Every iPhone, Mac and iPad getting Apple Intelligence features

**CNN BUSINESS VIDEOS**

 Economics professor: Facts keep interfering with Trump's

RELATED

Apple debuted AI on the iPhone today. Here's what to look out for



...with Trump's talking points about the economy
◉ 2:09



Mom describes dark exchange son had with bot
◉ 4:23



WaPo's TikTok creator parodies Jeff Bezos in video
◉ 1:32



Brian Stelter on what is creating controversy around Bezos' op-ed
◉ 2:42

Find more

Search CNN...

Sign in

Live TV

Listen

Watch 

RELATED

Apple debuted AI on the iPhone today. Here's what to look out for 

2024 Elections

US

World

Politics

Business

Markets

Health

Entertainment

Tech

Style

Travel

Sports

Watch

Listen

CNN Underscored

Science

Climate

Weather

Ukraine-Russia War

Israel-Hamas War

About CNN

Business

FOLLOW CNN BUSINESS

   

Most stock quote data provided by BATS. US market indices are shown in real time, except for the S&P 500 which is refreshed every two minutes. All times are ET. Factset: FactSet Research Systems Inc. All rights reserved. Chicago Mercantile: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN.

Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices Copyright S&P Dow Jones Indices LLC and/or its affiliates. Fair value provided by Copp Clark Limited.

**RELATED**

**Apple debuted AI on the iPhone today. Here's what to look out for**

Terms of Use    Privacy Policy    Do Not Sell Or Share My Personal Information    Ad Choices    Accessibility & CC    About

Newsletters    Transcripts    Help Center

© 2024 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.