COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:   (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone:   (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                               Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DECLARATION OF KATHLEEN HARTNETT IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY STIPULATION AND ORDER RE SCHEDULE**<br><br>Discovery Cut-Off:  December 13, 2024<br>Date Action Filed:   July 7, 2023 |

I, Kathleen Hartnett, declare as follows:

1. I am a partner at the law firm of Cooley LLP and am counsel to Defendant Meta Platforms, Inc. ("Meta") in the above-captioned case. I have personal knowledge of the facts contained in this Declaration and, if called upon as a witness, could competently testify to them under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email exchange between Maxwell Pritt, counsel for Plaintiffs, and Kathleen Hartnett, counsel for Meta, dated October 29, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email sent by Reed Forbush, counsel for Plaintiffs, to Ms. Rose Maher, Calendar Clerk and Courtroom Deputy for Magistrate Judge Hixson, dated October 23, 2024.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Discovery Standing Order for Magistrate Judge Thomas S. Hixson, downloaded from https://www.cand.uscourts.gov/wp-content/uploads/2023/03/TSH-Discovery-Standing-Order.pdf on November 1, 2024.

5. Attached hereto as Exhibit 4 is a true and correct copy of an Order in *Cleveland v. Ludwig Inst. For Cancer Rsch. Ltd.*, Case No. 19-cv-02141-JM-JLB, 2022 WL 959598 (S.D. Cal. March 30, 2022), with highlighting added to pertinent portions of the Order.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email chain between counsel including an email dated October 29, 2024, from Alexander Sweatman to Judd Lauter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of November 2024 at Oakland, California.

*/s/ Kathleen Hartnett*
Kathleen Hartnett