# EXHIBIT 2

| | |
|---|---|
| **From:** | Reed Forbush <rforbush@BSFLLP.com> |
| **Sent:** | Wednesday, October 23, 2024 9:15 AM |
| **To:** | tshcrd@cand.uscourts.gov |
| **Cc:** | Maxwell Pritt; Hartnett, Kathleen; Ghajar, Bobby A.; Morton, Phillip; Dunning, Angela L. |
| **Subject:** | Kadrey v. Meta Platforms 3:23-cv-03417 |

**[External]**

Good Morning Ms. Maher,

Plaintiffs in the above-captioned matter respectfully request that the Court schedule a telephonic conference with the parties this week to discuss several discovery issues that have arisen. I left a voicemail with you yesterday morning (10/22) requesting the same. Meta does not oppose this request and also may bring issues to the Court's attention. Plaintiffs request that the conference be scheduled for approximately 60 minutes or a length of the Court's choosing. Thank you.

Best regards,
Reed
646-339-8787

**Reed D. Forbush**
Counsel

**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street
41st Floor
San Francisco, CA 94104
(t) +1 415 293 6815
(m) +1 646 339 8787
rforbush@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]