UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 23-cv-03417-VC   (TSH)<br><br>**DISCOVERY ORDER** |

The Court **ORDERS** the parties to stop emailing or calling the undersigned's Courtroom Deputy. The parties shall raise all discovery disputes by filing a joint discovery letter brief.

**IT IS SO ORDERED.**

Dated: November 5, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge