UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-03417-VC   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 256 |

The Court has reviewed the parties' joint status report at ECF No. 256. The Court **ORDERS** Plaintiffs to depose Chris Cox on November 26. The Court **ORDERS** Plaintiffs to depose Mike Clark in his capacity as a 30(b)(6) witness on the evening of November 13 and during the day of November 14.

**IT IS SO ORDERED.**

Dated: November 6, 2024

　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge