**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>                        *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE EXCESS PAGES AND ESTABLISH BRIEFING SCHEDULE** |

Before the Court is Plaintiffs' Administrative Motion to File Excess Pages and to Establish Privilege Briefing Schedule. The Court hereby orders as follows:

(1) Plaintiffs' request to submit up to 10 pages of letter briefing, plus accompanying exhibits of any type, is GRANTED.

(2) The parties shall adhere to the following joint letter briefing schedule:

| Case Event | Deadline | Page Limits |
|---|---|---|
| Plaintiffs' Opening Letter Brief | 11/08/2024 | Up to 10 pages |
| Meta's Response Letter Brief | 11/14/2024 | Up to 10 pages |
| Plaintiffs' Reply Letter Brief | 11/18, 2024, 9 A.M. P.T. | Up to 5 pages |

IT IS SO ORDERED, on this date _____.

_____
The Honorable Thomas Hixson
UNITED STATES MAGISTRATE JUDGE