**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>   *Individual and Representative Plaintiffs*,<br><br> v.<br><br>META PLATFORMS, INC.,<br><br>                          *Defendant.* | CASE NO. 3:23-cv-03417-VC<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Maxwell V. Pritt, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner in the San Francisco, California office of Boies Schiller Flexner, LLP ("BSF"), interim lead counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 and Local Rule 6-3 in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion to Consider").

2. The Motion to Consider is filed in connection with Plaintiffs' Privilege Letter Briefing (the "Privilege Brief").

3. The Privilege Brief contains, in various places, summaries or descriptions of material that Defendant Meta Platforms, Inc., has designated as "Confidential" or "Attorneys Eyes Only," as defined in the in the parties' Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information, and/or Trade Secrets (ECF No. 90, the "Protective Order"). Plaintiffs are filing exhibits in support of the Privilege Brief that contain information designated by Meta as "Confidential" or "Attorneys' Eyes Only."

4. The Protective Order expressly applies to material designated as "Confidential" or "Attorneys' Eyes Only—i.e., Protected Material—and "any information copied or extracted from Protected Material" and "summaries" of Protected Material. ECF No. 90 at 3–4.

5. Plaintiffs assert no confidentiality of their own over these documents. Nevertheless, Plaintiffs are filing the following documents temporarily under seal due to Meta's Protected Material designations.

| Documents Sought to be Sealed | Portions to be Filed Under Seal | Basis for Sealing Portion of Document |
|---|---|---|
| Privilege Motion | Portions highlighted in yellow | Refers to material Meta designated as Protected Material |
| Pritt Decl. Ex. A | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. B | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. C | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. D | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. E | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. F | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. H | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. I | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. J | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. K | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. L | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. M | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. N | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. O | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. P | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. Q | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. R | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. S | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. T | Entirety | Meta designated as Protected Material |
| Pritt Decl. Ex. U | Entirety | Meta designated as Protected Material |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of November 2024 in Kentfield, California.

By:  /s/ Maxwell V. Pritt
     Maxwell V. Pritt