UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                              Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DECLARATION OF MICHELLE WOODHOUSE IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT DISCOVERY LETTER BRIEF** |

I, Michelle Woodhouse, hereby declare:

1. I am Associate General Counsel for Defendant, Meta Platforms, Inc. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I make this declaration in support of Meta's administrative motion to file under seal unredacted portions of the Parties' Joint Letter Brief regarding Motion to Enforce and for Order Re: Post-October 18 Discovery ("Joint Letter Brief").

3. The redacted portion of the Joint Letter Brief discloses sensitive non-public information designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. The information, which appears in a single sentence, reflects Meta's highly sensitive business plans concerning Meta's efforts to obtain training data for its Llama models. Public disclosure of this information exposes Meta to the risk of competitive harm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed in San Jose, California on this 8th day of November, 2024.

Michelle Woodhouse