1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>  Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT DISCOVERY LETTER BRIEF** |

A Joint Administrative Motion to File Under Seal the Joint Discovery Letter regarding a Motion to Enforce and for Order Re: Post-October 18 Discovery has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5.  Having considered the Unopposed Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Unopposed Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| Joint Letter Brief | • Redacted portions |

**IT IS HEREBY ORDERED**.

Dated: _____

_____
HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE