# Exhibit F

Email Correspondence re: Dettmers and Chen Subpoenas – Oct. 25-26, 2024

# Ghazarian, Colette A

| | |
|---|---|
| **From:** | Morton, Phillip |
| **Sent:** | Saturday, October 26, 2024 9:08 PM |
| **To:** | Ariana Delucchi |
| **Cc:** | z/Meta-Kadrey; adunning@cgsh.com; Ghajar, Bobby A.; Hartnett, Kathleen; Daniel M. Hutchinson; Rachel Geman; Reilly T. Stoler; Betsy A. Sugar; Scott Sholder; CeCe Cole; mpritt@bsfllp.com; czirpoli@saverilawfirm.com; BClobes@caffertyclobes.com; akeller@dicellolevitt.com; hbenon@saverilawfirm.com; jischiller@bsfllp.com |
| **Subject:** | Re: Service: Kadrey et al v. Meta Platforms, Inc. - Subpoenas |

Counsel-

We are in receipt of the notices of subpoenas provided at the link below. Without waiver of any rights or objections, we will accept service of the subpoenas to Ms. Chen and Mr. Dettmers. We reserve all rights and objections regarding each of the subpoenas we received notice of yesterday.

Regards,
Phil

> On Oct 25, 2024, at 5:30 PM, Delucchi, Ariana <adelucchi@lchb.com> wrote:
>
> **[External]**
>
> ---
>
> Counsel,
>
> At the link below, please find subpoenas for service.
>
> https://lchb.sharefile.com/public/share/web-see95fda359ad4b57bfe27da9e5a50def
>
> Regards,
>
> <image001.gif>   **Ariana Delucchi**
> Senior Paralegal
> adelucchi@lchb.com
> t 415.956.1000
> f 415.956.1008
>
> Lieff Cabraser Heimann & Bernstein, LLP
> 275 Battery Street, 29th Floor
> San Francisco, CA 94111-3339
> www.lieffcabraser.com
>
> This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

1