**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, | Case No. 3:23-cv-03417-VC |
| Individual and Representative Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE OMNIBUS DISCOVERY LETTER BRIEF** |
| v. | |
| META PLATFORMS, INC., a Delaware corporation; | |
| Defendant. | |

Pursuant to Civ. L.R. 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher Farnsworth ("Plaintiffs"); and Defendant Meta Platforms, Inc. ("Defendant") (collectively, the "Parties") by and through their respective counsel stipulate to the following:

WHEREAS, the Court entered an Order extending the deadline for raising issues regarding existing written discovery to November 8, 2024, Dkt. No. 258; and

WHEREAS, Plaintiffs seek to raise five discovery issues, each consisting of a five-page joint letter brief.  Plaintiffs identified and briefed those five issues in a 12.5 page discovery brief that Plaintiffs provided to Defendant on November 6 ("Five Disputed Issues");

WHEREAS, without waiver of its objections or rights (including with respect to the propriety of splitting discovery issues into separate briefs and the timing of Plaintiffs' letter briefing), and only with respect to the Five Disputed Issues, Defendant does not oppose filing a single combined letter brief in this instance instead of five separate ones; and

WHEREAS, for purposes of administrative efficiency, the parties agree to file one omnibus discovery letter brief addressing the Five Disputed Issues ("Omnibus Discovery Brief") instead of filing five separate discovery letter briefs;

WHEREAS, to assist with the orderly exchange and finalization of the Omnibus Discovery Brief, the parties have agreed that rather than revising portions of their respective briefs after exchanging them, each side shall be permitted to put in a "Further Response" – not to exceed .5 pages for each of the Five Disputed Issues (i.e. 2.5 additional pages, total, per side).  The total length of the Omnibus Discovery Brief shall not exceed 30 pages.

IT IS HEREBY STIPULATED AND AGREED, by and through Plaintiffs and Defendant, that the parties shall file the Omnibus Discovery Brief totaling 30 pages (12.5 pages plus a 2.5 page "Further Response" per side), along with accompanying exhibits, on November 8, 2024.

1
2
Dated: November 8, 2024                          Respectfully Submitted,

3
By: */s/ Bobby Ghajar*                           By: */s/ Maxwell V. Pritt*

4
Bobby A. Ghajar                                  David Boies (pro hac vice)
Colette Ani Ghazarian                            David L. Simons (pro hac vice)
5
**COOLEY LLP**                                   **BOIES SCHILLER FLEXNER LLP**
6
1333 2nd Street, Suite 400                       55 Hudson Yards, 20th Floor
Santa Monica, CA 90401                           New York, NY 10001
7
Telephone: (310) 883-6400                        (914) 749-8200
Facsimile: (310) 883-6500                         dboies@bsfllp.com
8
Email: bghajar@cooley.com                        dsimons@bsfllp.com
cghazarian@cooley.com
9
                                                 Maxwell V. Pritt (SBN 253155)
10
Mark R. Weinstein                                Joshua I. Schiller (SBN 330653)
Elizabeth Lee Stameshkin                         Joshua M. Stein (SBN 298856)
11
**COOLEY LLP**                                   44 Montgomery Street, 41st Floor
3175 Hanover Street                              San Francisco, CA  94104
12
Palo Alto, CA 94304                              (415) 293-6800
Telephone: 650-843-5000                          mpritt@bsfllp.com
13
Facsimile: 650-849-7400                          jischiller@bsfllp.com
Email:  mweinstein@cooley.com                    jstein@bsfllp.com
14
Email: lstameshkin@cooley.com
15
                                                 Jesse Panuccio (pro hac vice)
Kathleen R. Hartnett                             1401 New York Ave, NW
16
Judd D. Lauter                                   Washington, DC  20005
**COOLEY LLP**                                   (202) 237-2727
17
3 Embarcadero Center, 20th Floor                 jpanuccio@bsfllp.com
San Francisco, CA 94111-4004
18
Telephone: (415) 693-2071                        Joseph R. Saveri (State Bar No. 130064)
Facsimile: (415) 693-2222                        Cadio Zirpoli (State Bar No. 179108)
19
Email: khartnett@cooley.com                      Christopher K.L. Young (State Bar No. 318371)
                                                 Holden Benon (State Bar No. 325847)
20
Angela Dunning                                   Aaron Cera (State Bar No. 351163)
21
**CLEARY GOTTLIEB STEEN &**                      **JOSEPH SAVERI LAW FIRM, LLP**
**HAMILTON LLP**                                 601 California Street, Suite 1505
22
1841 Page Mill Road, Suite 250                   San Francisco, California 94108
23
Palo Alto, CA 94304-1248                         Telephone: (415) 500-6800
Telephone: (650) 815-4131                        Facsimile: (415) 395-9940
24
Email: adunning@cgsh.com                         Email: jsaveri@saverilawfirm.com
                                                 czirpoli@saverilawfirm.com
25
*Attorneys for Defendant*                        cyoung@saverilawfirm.com
                                                 hbenon@saverilawfirm.com
26
*META PLATFORMS, INC.*                           acera@saverilawfirm.com
27
                                                 Amy Keller (*pro hac vice*)
28
                                                 James A. Ulwick (*pro hac vice*)

Nada Djordjevic (*pro hac vice*)
**DiCELLO LEVITT LLP**
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
akeller@dicellolevitt.com
julwick@dicellolevitt.com
ndjordjevic@dicellolevitt.com

David A. Straite (*pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Ave., Suite 1000
New York, NY 10017
Telephone: (646) 933-1000
dstraite@dicellolevitt.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butterricklaw.com

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com
asweatman@caffertyclobes.com

Daniel Jerome Muller
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, CA 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email: dmuller@venturahersey.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

1

## **PROPOSED ORDER**

2          Pursuant to stipulation of the Parties, **IT IS SO ORDERED.**  The Parties shall be permitted

3    to file one omnibus discovery letter brief covering the Five Disputed Issues (as defined in the

4    Stipulation) with 15 pages per side in accordance with the Stipulation, along with accompanying

5    exhibits, on November 8, 2024.

6

7

8    DATED: _____

9

10                                          _____
                                               HON. THOMAS S. HIXSON
11                                             United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ECF ATTESTATION**

2

Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs concurs in the

3

filing of this document.

4

5

/s/      *Maxwell V. Pritt*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIP. AND [PROP] ORDER RE**
**OMNIBUS DISCOVERY LETTER BRIEF**
**CASE NO. 3:23-CV-03417-VC**