UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **DECLARATION OF MICHELLE WOODHOUSE IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT DISCOVERY LETTER BRIEF AND EXHIBITS** |

I, Michelle Woodhouse, hereby declare:

1. I am Associate General Counsel for Defendant, Meta Platforms, Inc. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I make this declaration in support of Meta's administrative motion to file under seal the Parties' Omnibus briefing Re: Existing Written Discovery ("Joint Letter Brief"), Exhibits B and D to the Declaration of Maxwell V. Pritt ("Pritt Declaration"), and Exhibit 6 to the Joint Letter Brief. The motion seeks to have the following partially sealed or entirely sealed:

| Document | Sealing Request |
| --- | --- |
| Joint Letter Brief | • Redacted portions |
| Exhibit B to Pritt Declaration | • Redacted portions |
| Exhibit D to Pritt Declaration ("Krein Declaration") | • Redacted portions |
| Exhibit 6 to Joint Letter Brief | • Redacted Portions |

3. Exhibit B to the Pritt Declaration and Exhibit 6 to the Joint Letter Brief consists of excerpts of Meta's responses to Plaintiffs' Interrogatories, which contain highly confidential information regarding Meta's Llama models, including highly sensitive technical information, such as the datasets used to train Meta's Llama models, which have not been publicly released. Public disclosure of this information exposes Meta to the risk of competitive harm.

4. The Krein Declaration contains detailed discussion of Meta's a highly sensitive, confidential source code for its Llama models. Public disclosure of the redacted information in the Krien Declaration exposes Meta to the risk of competitive harm.

5. The redacted portions of the Joint Letter Brief describe highly confidential information contained within these sensitive, confidential exhibits and declaration, the public disclosure of which would expose Meta to the risk of competitive harm.

6. Public disclosure of the information contained in the above-referenced materials exposes Meta to the risk of competitive harm by revealing Meta's non-public business strategies, technical information, and trade secret information pertaining to its generative AI offerings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed in San Jose, California on this 8th day of November, 2024.

*/s/ Michelle Woodhouse*
Michelle Woodhouse

310548502