1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT DISCOVERY LETTER AND EXHIBITS** |

A Joint Administrative Motion to File Under Seal the Joint Discovery Letter and Exhibits has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5.  Having considered the Unopposed Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Unopposed Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| Joint Letter Brief | • Redacted portions |
| Exhibit B to Declaration of Maxwell V. Pritt ("Pritt Declaration") | • Redacted portions |
| Exhibit D to Pritt Declaration ("Krein Declaration") | • Redacted portions |
| Exhibit 6 to Joint Letter Brief | • Redacted portions |

**IT IS HEREBY ORDERED**.

Dated: _____

_____
HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE

310548700