**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al., *Individual and Representative Plaintiffs*, v. META PLATFORMS, INC., *Defendant.* | Case No. 3:23-cv-03417-VC **DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF PLAINTIFFS' OMNIBUS BRIEFING RE: EXISTING WRITTEN DISCOVERY** |

I, Maxwell V. Pritt, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner in the San Francisco, California office of Boies Schiller Flexner, LLP ("BSF"), counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. § 1746 and Local Rule 6-3 in support of Plaintiffs' Omnibus Briefing re: Existing Written Discovery Disputes.

2. Attached as **Exhibit A** is a true and correct copy of email exchanges between Plaintiffs' and Defendants' counsel on September 19 and 20, 2024.

3. Attached as **Exhibit B** are true and correct copies of excerpts of Plaintiffs' interrogatories and Meta's responses, as referenced in the joint brief.

4. Attached as **Exhibit C** are true and correct copies of excerpts of Plaintiffs' requests for production and Meta's responses, as referenced in the joint brief.

5. Attached as **Exhibit D** is a true and correct copy of the declaration of Jonathan Krein, PhD, dated November 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 8th day of November, 2024, in San Francisco, California.

By:     _/s/ Maxwell V. Pritt_
        Maxwell V. Pritt

---

**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF PLAINTIFFS' OMNIBUS BRIEFING RE: EXISTING WRITTEN DISCOVERY**

CASE NO. 3:23-cv-03417-VC