# EXHIBIT A

## Jay Schuffenhauer

| | |
|---|---|
| **From:** | Aaron Cera <aCera@saverilawfirm.com> |
| **Sent:** | Friday, September 20, 2024 11:19 AM |
| **To:** | Stameshkin, Liz; Holden Benon; Ghazarian, Colette A; Lauter, Judd; Ghajar, Bobby A.; adunning@cgsh.com; Kathleen Hartnett; Biksa, Liene; Alvarez, Jessica; mlemley@lex-lumina.com |
| **Cc:** | Joe Saveri; Cadio Zirpoli; Christopher Young; James Ulwick; Amy Keller; Ruby Ponce; Margaux Poueymirou; Elissa A. Buchanan; Ashleigh Jensen; Heaven Haile; Rya Fishman; Matthew Butterick; Bryan L. Clobes; Alexander Sweatman; Mohammed Rathur; dmuller@venturahersey.com; Nada Djordjevic; David Straite |
| **Subject:** | Re: Kadrey v. Meta: Disclosure of Data Sources |

Counsel,

Pardon the double email.

Meta's list of ESI sources also does not include Meta's Manifold (appears to be an internal file-storage similar to S3), which is referenced in Meta produced documents including on a reproduced document Bates labeled Meta_Kadrey_00065314.00010.

Please confirm that you have conducted or will be conducting a search for responsive information of Meta's Manifold.

Thank you.

Best,
Aaron


**Aaron Cera**
Associate

_____



601 California Street, Suite 1505
San Francisco, CA 94108
**T** 415.500.6800 x909
**F** 415.395.9940

---

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Friday, September 20, 2024 6:49 AM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Holden Benon <hbenon@saverilawfirm.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Ghajar, Bobby A. <bghajar@cooley.com>; adunning@cgsh.com <adunning@cgsh.com>; Hartnett, Kathleen <khartnett@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com <mlemley@lex-lumina.com>

**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; julwick@dicellolevitt.com <julwick@dicellolevitt.com>; akeller@dicellolevitt.com <akeller@dicellolevitt.com>; Ruby Ponce <rponce@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Heaven Haile <hhaile@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@butericklaw.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur <mrathur@caffertyclobes.com>; dmuller@venturahersey.com <dmuller@venturahersey.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; David Straite <dstraite@dicellolevitt.com>
**Subject:** Re: Kadrey v. Meta: Disclosure of Data Sources

Counsel,

Thanks for providing this information.

We note that this list does not include Text Messages or WhatsApp Messages. We believe Meta had a duty to preserve this material and search it for responsive material. Fed. R. Civ. P. 34.

Please confirm that you have conducted or will be conducting a search for text messages and WhatsApp messages. Thank you.

Best,
Aaron

**Aaron Cera**
Associate

_____

**JOSEPH SAVERI**
**L A W   F I R M**

601 California Street, Suite 1505
San Francisco, CA 94108
**T** 415.500.6800 x909
**F** 415.395.9940

---

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Thursday, September 19, 2024 6:00 PM
**To:** Holden Benon <hbenon@saverilawfirm.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Ghajar, Bobby A. <bghajar@cooley.com>; adunning@cgsh.com <adunning@cgsh.com>; Hartnett, Kathleen <khartnett@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com <mlemley@lex-lumina.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Christopher Young <cyoung@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; julwick@dicellolevitt.com <julwick@dicellolevitt.com>; akeller@dicellolevitt.com <akeller@dicellolevitt.com>; Ruby Ponce <rponce@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Elissa A. Buchanan <EABuchanan@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Heaven Haile <hhaile@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@butericklaw.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur

<mrathur@caffertyclobes.com>; dmuller@venturahersey.com <dmuller@venturahersey.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; David Straite <dstraite@dicellolevitt.com>
**Subject:** RE: Kadrey v. Meta: Disclosure of Data Sources

---

External (lstameshkin@cooley.com)

Report This Email  FAQ  Skout Email Protection

---

Counsel,

Further to Plaintiffs' request, Meta identifies the following data sources within its possession, custody or control that have been searched and/or collected from to identify potentially responsive or relevant documents or ESI:

- Email
- Workplace Chat
- Contracts
- Google Suite
- Workplace Groups
- Workplace Posts
- Workplace Notes
- Cooley LLP email
- Clearly Gottlieb email
- Public Meta websites (e.g., research.facebook.com, ai.meta.com)
- Research Reviews
- Single Review Tool (SRT)
- GitHub
- Research Super Cluster (RSC)
- S3 (AWS servers)

Best,

Liz

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.