1  COOLEY LLP
   BOBBY GHAJAR (198719)
2  (bghajar@cooley.com)
   COLETTE GHAZARIAN (322235)
3  (cghazarian@cooley.com)
   1333 2nd Street, Suite 400
4  Santa Monica, California 90401
   Telephone:   (310) 883-6400
5
   MARK WEINSTEIN (193043)
6  (mweinstein@cooley.com)
   KATHLEEN HARTNETT (314267)
7  (khartnett@cooley.com)
   JUDD LAUTER (290945)
8  (jlauter@cooley.com)
   ELIZABETH L. STAMESHKIN (260865)
9  (lstameshkin@cooley.com)
   3175 Hanover Street
10 Palo Alto, CA  94304-1130
   Telephone:   (650) 843-5000

11 CLEARY GOTTLIEB STEEN & HAMILTON LLP
   ANGELA L. DUNNING (212047)
12 (adunning@cgsh.com)
   1841 Page Mill Road, Suite 250
13 Palo Alto, CA 94304
   Telephone:    (650) 815-4131
14

15 *Counsel for Defendant Meta Platforms, Inc.*

16 **UNITED STATES DISTRICT COURT**

17 **NORTHERN DISTRICT OF CALIFORNIA**

18 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                                        Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DECLARATION OF JUDD LAUTER**<br><br>Discovery Cut-Off:  December 13, 2024<br>Date Action Filed:   July 7, 2023 |

COOLEY LLP
ATTORNEYS AT LAW

**DECLARATION OF JUDD LAUTER.**
**3:23-CV-03417-VC-TSH**

I, Judd Lauter, declare as follows:

1. I am a Special Counsel at the law firm of Cooley LLP and am counsel to Defendant Meta Platforms, Inc. ("Meta") in the above-captioned case. I have personal knowledge of the facts contained in this Declaration and, if called upon as a witness, could competently testify to them under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email sent by me to counsel for Plaintiffs on October 21, 2024.

3. Attached hereto as Exhibit 2 is a true and correct copy of Meta's responses and objections to Plaintiffs First Set of Requests for Production.

4. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' First Set of Requests for Production.

5. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiffs' Fifth Set of Requests for Production.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email from my colleague Liz Stameshkin to counsel for Plaintiffs dated November 5

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Meta's responses to Plaintiffs' first set of Interrogatory responses.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of November 2024 at Berkeley, California

                                        */s/ Judd Lauter*
                                        Judd Lauter