**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>*Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT; [~~PROPOSED~~] ORDER AS MODIFIED** |

Plaintiffs respectfully request that an order be granted to remove ECF No. 262 from the ECF docket on the grounds that it was incorrectly filed publicly rather than under seal. This document, e-filed on Friday, November 8, 2024, inadvertently omitted redactions of information designated as "Confidential" and "Highly Confidential" under the Protective Order in this proceeding. Dkt. No. 90. This document was intended to have been filed in redacted form on the public docket.

Plaintiffs' counsel was alerted to the error by Meta's counsel on Saturday, November 9, 2024. Plaintiffs' counsel immediately notified the Court's Civil Case Docketing & Docket Correction, as well as the ECF Help Desk, of this filing error and requested that the document be temporarily locked from the public docket. Plaintiffs' counsel continued to follow up with the Court and ECF regarding this matter on Sunday, November 10, and on Monday, November 11. On the morning of Tuesday, November 12, Plaintiffs received confirmation that ECF No. 262 has been temporarily locked.

Plaintiffs respectfully move the Court to remove ECF No. 262 permanently from the Court's public docket and ECF. Plaintiffs will promptly refile a redacted public version of this docket entry. Plaintiffs will also refile the unredacted version of this document under seal pursuant to Local Rule 79-5.

Dated: November 12, 2024

By:   /s/ Maxwell V. Pritt
      Maxwell V. Pritt

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class*

## [PROPOSED] ORDER

The Court has now considered Plaintiffs' Motion to Remove Incorrectly Filed Document, ECF No. 262. Having considered the moving papers before it and finding good cause, The Court hereby grants the Motion and orders that ECF No. 262 remains locked.

IT IS SO ORDERED.

Dated November 12, 2024.

*IT IS SO ORDERED AS MODIFIED*
*Judge Vince Chhabria*

_____
The Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE