COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
TERESA MICHAUD (296329)
(tmichaud@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:   (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

[*Full Listing on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>*Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**JOINT STATUS REPORT PER ECF NO. 231** |

Pursuant to the Court's Order, ECF No. 231, the parties respectfully submit this status report.

**Meta's witnesses**

| Deponent | Relevant Date |
|---|---|
| *Depositions Taken* | |
| 1. Melanie Kambadur | Completed |
| 2. Ahmad Al-Dahle | Completed |
| 3. Eleonora Presani | Completed |
| 4. Todor Mihaylov | Completed |
| 5. Chaya Nayak | Completed |
| 6. Joelle Pineau | Completed |
| 7. Sergey Edunov | Completed |
| *Depositions Scheduled* | |
| 8. Amanda Kallet | Nov. 14 |
| 9. Mike Clark | Nov. 13 and Nov. 14 (as per Court Order) |
| 10. Angela Fan | Nov. 15 |
| 11. Alex Boesenberg | Nov. 18 |
| 12. Yann LeCun | Nov. 21 |
| 13. Amrish Acharya | Nov. 21 |
| 14. Logan Kerr | Nov. 26 |
| 15. Chris Cox | Nov. 26 |
| 16. Hugo Touvron | Dec. 3 |
| 17. Sy Choudhury | Dec. 5 |
| 18. Thomas Scialom | Dec. 5 |
| 19. Nikolay Bashlykov | Dec. 6 |
| 20. Eugene Nho | Dec. 6 |
| 21. Sean Bell | Dec. 11 |
| 22. Steven Roller | Dec. 11 |
| 23. Arun Rao | Dec. 13 |
| 24. Mark Zuckerberg | Dec. 17 (The parties are attempting to work out an agreement to submit a stipulation to Judge Chhabria to permit this deposition to go forward on December 17 as per the parties' agreement. If no agreement is reached, Meta will shortly file a motion to enforce the parties' agreement with Judge Chhabria to permit the |

|  | deposition to go forward on December 17. |
|---|---|
| 25. Meta's 30(b)(6) Deposition | Meta has offered its 30(b)(6) designees for deposition on the same date as their respective 30(b)(1) depositions. |
| *Depositions To Be Scheduled* | |
| 26. Susan Zhang | Meta provided Plaintiffs with Ms. Zhang's last known email, mailing address and phone number on November 5, 2024. Plaintiffs report that Ms. Zhang is not currently at the address Meta provided, but may return on or around November 21, 2024. |

**Plaintiffs' witnesses**

| **Deponent** | **Relevant Date** |
|---|---|
| *Depositions Taken* | |
| 1.  David Henry Hwang | Completed |
| 2.  Christopher Golden | Completed |
| 3.  Laura Lippman | Completed |
| 4.  Lysa TerKeurst | Completed |
| 5.  Andrew Greer | Completed |
| 6.  Richard Kadrey | Completed |
| 7.  Jacqueline Woodson | Completed |
| 8.  Sarah Silverman | Completed |
| *Depositions Scheduled* | |
| 9.  Junot Díaz | Nov. 20 |
| 10. Ta-Nehisi Coates | Nov. 21 |
| 11. Christopher Farnsworth | Dec. 4 |
| 12. Matthew Klam | Dec. 10 |
| 13. Rachel Louise Snyder | Dec. 11 |

Dated: November 12, 2024

By: */s/ Phillip Morton*

Bobby A. Ghajar
Colette A. Ghazarian
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  bghajar@cooley.com
           cghazarian@cooley.com

Mark R. Weinstein
Elizabeth L. Stameshkin
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile:  (650) 849-7400
Email:  mweinstein@cooley.com
           lstameshkin@cooley.com

Kathleen R. Hartnett
Judd D. Lauter
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2071
Facsimile:  (415) 693-2222
Email:  khartnett@cooley.com
           jlauter@cooley.com

Phillip Morton
**COOLEY LLP**
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile:  (202) 842-7899
Email:  pmorton@cooley.com

By: */s/ Maxwell V. Pritt*

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

*Attorneys for Plaintiffs*

Angela L. Dunning
**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4121
Facsimile:  (650) 849-7400
Email:  adunning@cgsh.com

*Attorneys for Defendant Meta Platforms, Inc.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Phillip Morton, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November, 2024, at Washington, DC.

By"  /s/ Phillip Morton