# EXHIBIT B

# Hartnett, Kathleen

| | |
|---|---|
| **From:** | Stacey MacKinnon <smackinnon@dicellolevitt.com> |
| **Sent:** | Monday, September 30, 2024 8:46 PM |
| **To:** | Ghajar, Bobby A.; adunning@cgsh.com; Ghazarian, Colette A; Stameshkin, Liz; Lauter, Judd; Hartnett, Kathleen; Biksa, Liene; Alvarez, Jessica; mlemley@lex-lumina.com |
| **Cc:** | Amy Keller; David Straite; Nada Djordjevic; James Ulwick; Gordon Bergstresser; jsaveri@saverilawfirm.com; czirpoli@saverilawfirm.com; cyoung@saverilawfirm.com; Lkessler@saverilawfirm.com; mpoueymirou@saverilawfirm.com; EABuchanan@saverilawfirm.com; hbenon@saverilawfirm.com; aCera@saverilawfirm.com; ajensen@saverilawfirm.com; hhaile@saverilawfirm.com; rfishman@saverilawfirm.com; mb@buttericklaw.com; BClobes@caffertyclobes.com; ASweatman@caffertyclobes.com; mrathur@caffertyclobes.com; dmuller@venturahersey.com |
| **Subject:** | Kadrey v. Meta -- TerKeurst PROD010 |
| **Attachments:** | Kadrey v. Meta - Lysa TerKeurst Privilege Log.xlsx |

**[External]**

Counsel,

You will be receiving an Everlaw link to access the following document production:

TerKeurst PROD010
TerKeurst010387 – TerKeurst010499
Password: mgeAzvlEJ7D4

The privilege log for the TerKeurst productions is attached.

This production represents the completion of the production of documents from Plaintiff Lysa TerKeurst.

Thank you,
Stacey



Stacey MacKinnon
**DICELLO LEVITT**

485 Lexington Avenue
10th Floor, Suite 1001
New York, New York 10017

646.933.1000

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.