# EXHIBIT E

## Hartnett, Kathleen

| | |
|---|---|
| **From:** | Stameshkin, Liz |
| **Sent:** | Monday, October 7, 2024 10:30 PM |
| **To:** | Amy Keller; Dunning, Angela L.; David Straite |
| **Cc:** | Maxwell Pritt; Hartnett, Kathleen; Ghajar, Bobby A.; Ghazarian, Colette A; Lauter, Judd; Biksa, Liene; Alvarez, Jessica; mlemley@lex-lumina.com; Weinstein, Mark; Blankenship, Samuel; Gonzalez, Juan Pablo; z/Meta-Kadrey; C-Counsel Llama; Madeline Hills |
| **Subject:** | RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log |
| **Attachments:** | 2024-10-07 Highly Confidential - Attorneys Eyes Only - Meta Amended and Supplemental Privilege Log - Non-Email.xlsx; 2024-10-07 Highly Confidential - Attorneys Eyes Only - Meta Amended and Supplemental Privilege Log - Email.xlsx |

Counsel,

Please find attached Meta's Amended and Supplemental Privilege Logs.  For ease of review, we have split these into a log for email and attachments (including non-privileged family members for reference), and a log for non-email documents.  Please note that these contain Highly Confidential – Attorneys' Eyes Only information (as noted in their file names).  We note that the information provided in these privilege logs, including any additional information provided by Meta as part of the parties' ongoing meet and confer, is not a waiver of any privilege or work product claim.

Best,

Liz

---

**From:** Amy Keller <akeller@dicellolevitt.com>
**Sent:** Friday, October 4, 2024 3:16 PM
**To:** Amy Keller <akeller@dicellolevitt.com>; Stameshkin, Liz <lstameshkin@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; David Straite <dstraite@dicellolevitt.com>
**Cc:** Maxwell Pritt <mpritt@BSFLLP.com>; Hartnett, Kathleen <khartnett@cooley.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>; C-Counsel Llama <llama_cocounsel@bsfllp.com>; Madeline Hills <mhills@dicellolevitt.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**[External]**

Liz,

I jumped the gun on the last email and believe that Judge Chhabria's ruling obviates the need to file the stipulation today.  I look forward to our continued meet and confer discussions.

Thanks,

Amy



Amy Keller
**DICELLO LEVITT**
312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Amy Keller <akeller@dicellolevitt.com>
**Sent:** Friday, October 4, 2024 4:08 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; David Straite <dstraite@dicellolevitt.com>
**Cc:** Maxwell Pritt <mpritt@BSFLLP.com>; Hartnett, Kathleen <khartnett@cooley.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>; C-Counsel Llama <llama_cocounsel@bsfllp.com>; Madeline Hills <mhills@dicellolevitt.com>
**Subject:** Re: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

Good afternoon, Liz.

Please confirm that you are submitting the proposed stipulation for Judge Chhabira's consideration concerning the privilege log.

I am available at 734-812-3176 in the event you need to discuss.

Thank you,

Amy



Amy Keller
**DICELLO LEVITT**
312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

**From:** Amy Keller
**Sent:** Thursday, October 3, 2024 11:41 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; David Straite <dstraite@dicellolevitt.com>
**Cc:** Maxwell Pritt <mpritt@bsfllp.com>; Hartnett, Kathleen <khartnett@cooley.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com <mlemley@lex-lumina.com>; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>; C-Counsel Llama <llama_cocounsel@bsfllp.com>; Madeline Hills <mhills@dicellolevitt.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

Mine is fine for our side.  Thank you.

Amy



Amy Keller

**DICELLO LEVITT**

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Thursday, October 3, 2024 11:36 PM
**To:** Amy Keller <akeller@dicellolevitt.com>; Dunning, Angela L. <adunning@cgsh.com>; David Straite <dstraite@dicellolevitt.com>
**Cc:** Maxwell Pritt <mpritt@bsfllp.com>; Hartnett, Kathleen <khartnett@cooley.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>; C-Counsel Llama <llama_cocounsel@bsfllp.com>; Madeline Hills <mhills@dicellolevitt.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

Thanks Amy.  What signature should we use?

---

**From:** Amy Keller <akeller@dicellolevitt.com>
**Sent:** Thursday, October 3, 2024 9:28 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; David Straite <dstraite@dicellolevitt.com>
**Cc:** Maxwell Pritt <mpritt@bsfllp.com>; Hartnett, Kathleen <khartnett@cooley.com>; Ghajar, Bobby A.

<[bghajar@cooley.com](mailto:bghajar@cooley.com)>; Ghazarian, Colette A <[cghazarian@cooley.com](mailto:cghazarian@cooley.com)>; Lauter, Judd <[jlauter@cooley.com](mailto:jlauter@cooley.com)>; Biksa, Liene <[lbiksa@cooley.com](mailto:lbiksa@cooley.com)>; Alvarez, Jessica <[jalvarezlopez@cooley.com](mailto:jalvarezlopez@cooley.com)>; [mlemley@lex-lumina.com](mailto:mlemley@lex-lumina.com); Weinstein, Mark <[mweinstein@cooley.com](mailto:mweinstein@cooley.com)>; Blankenship, Samuel <[sblankenship@cgsh.com](mailto:sblankenship@cgsh.com)>; Gonzalez, Juan Pablo <[jgonzalez@cooley.com](mailto:jgonzalez@cooley.com)>; z/Meta-Kadrey <[zmetakadrey@cooley.com](mailto:zmetakadrey@cooley.com)>; C-Counsel Llama <[llama_cocounsel@bsfllp.com](mailto:llama_cocounsel@bsfllp.com)>; Madeline Hills <[mhills@dicellolevitt.com](mailto:mhills@dicellolevitt.com)>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**[External]**

Liz,

These revisions are fine, and you have our approval to file (please confirm you're filing).

As for the joint discovery brief, we would be agreeable to exchanging portions one business day in advance.

Thanks so much,

Amy

 Amy Keller
**DICELLO LEVITT**
312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Stameshkin, Liz <[lstameshkin@cooley.com](mailto:lstameshkin@cooley.com)>
**Sent:** Thursday, October 3, 2024 10:50 PM
**To:** Dunning, Angela L. <[adunning@cgsh.com](mailto:adunning@cgsh.com)>; David Straite <[dstraite@dicellolevitt.com](mailto:dstraite@dicellolevitt.com)>
**Cc:** Maxwell Pritt <[mpritt@bsfllp.com](mailto:mpritt@bsfllp.com)>; Amy Keller <[akeller@dicellolevitt.com](mailto:akeller@dicellolevitt.com)>; Hartnett, Kathleen <[khartnett@cooley.com](mailto:khartnett@cooley.com)>; Ghajar, Bobby A. <[bghajar@cooley.com](mailto:bghajar@cooley.com)>; Ghazarian, Colette A <[cghazarian@cooley.com](mailto:cghazarian@cooley.com)>; Lauter, Judd <[jlauter@cooley.com](mailto:jlauter@cooley.com)>; Biksa, Liene <[lbiksa@cooley.com](mailto:lbiksa@cooley.com)>; Alvarez, Jessica <[jalvarezlopez@cooley.com](mailto:jalvarezlopez@cooley.com)>; [mlemley@lex-lumina.com](mailto:mlemley@lex-lumina.com); Weinstein, Mark <[mweinstein@cooley.com](mailto:mweinstein@cooley.com)>; Blankenship, Samuel <[sblankenship@cgsh.com](mailto:sblankenship@cgsh.com)>; Gonzalez, Juan Pablo <[jgonzalez@cooley.com](mailto:jgonzalez@cooley.com)>; z/Meta-Kadrey <[zmetakadrey@cooley.com](mailto:zmetakadrey@cooley.com)>; C-Counsel Llama <[llama_cocounsel@bsfllp.com](mailto:llama_cocounsel@bsfllp.com)>; Madeline Hills <[mhills@dicellolevitt.com](mailto:mhills@dicellolevitt.com)>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

Hi David,

We have a few additional edits, attached. We also would propose that the parties agree that, to the extent either side intends to file a joint discovery brief regarding privilege logs, we provide our portion of the joint statement at least 2 business days prior to the intended filing date. Please confirm this works for Plaintiffs.

Best,

Liz

**From:** Dunning, Angela L. <adunning@cgsh.com>
**Sent:** Thursday, October 3, 2024 8:32 PM
**To:** David Straite <dstraite@dicellolevitt.com>
**Cc:** Stameshkin, Liz <lstameshkin@cooley.com>; Maxwell Pritt <mpritt@bsfllp.com>; Amy Keller <akeller@dicellolevitt.com>; Hartnett, Kathleen <khartnett@cooley.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>; C-Counsel Llama <llama_cocounsel@bsfllp.com>; Madeline Hills <mhills@dicellolevitt.com>
**Subject:** Re: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**[External]**

David, thanks for your patience.  We'll get back to you as soon as we can.

Sent from my iPhone

> On Oct 3, 2024, at 8:23 PM, David Straite <dstraite@dicellolevitt.com> wrote:

> Hi Liz,

> just checking in on the priv log stip, given the late hour.

> <image001.jpg>   David A. Straite, CIPP/US
>
>               **DICELLO LEVITT LLP**
>
>               646.933.1000 ext 505

> <image002.jpg>

**From:** David Straite
**Sent:** Thursday, October 3, 2024 8:56 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Maxwell Pritt <mpritt@BSFLLP.com>; Amy Keller <akeller@dicellolevitt.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Cc:** Llama C-Counsel <llama_cocounsel@bsfllp.com>; Madeline Hills <mhills@dicellolevitt.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

Liz,

Attached is the revised draft stip and proposed order re: priv logs.

Best,

David


<u>&lt;image001.jpg&gt;</u>    David A. Straite, CIPP/US

**DICELLO LEVITT LLP**

646.933.1000 ext 505


&lt;image002.jpg&gt;

---

**From:** Stameshkin, Liz &lt;<u>lstameshkin@cooley.com</u>&gt;
**Sent:** Thursday, October 3, 2024 5:50 PM
**To:** Maxwell Pritt &lt;<u>mpritt@BSFLLP.com</u>&gt;; David Straite &lt;<u>dstraite@dicellolevitt.com</u>&gt;; Amy Keller &lt;<u>akeller@dicellolevitt.com</u>&gt;; Hartnett, Kathleen &lt;<u>khartnett@cooley.com</u>&gt;; Dunning, Angela L. &lt;<u>adunning@cgsh.com</u>&gt;; Ghajar, Bobby A. &lt;<u>bghajar@cooley.com</u>&gt;; Ghazarian, Colette A &lt;<u>cghazarian@cooley.com</u>&gt;; Lauter, Judd &lt;<u>jlauter@cooley.com</u>&gt;; Biksa, Liene &lt;<u>lbiksa@cooley.com</u>&gt;; Alvarez, Jessica &lt;<u>jalvarezlopez@cooley.com</u>&gt;; <u>mlemley@lex-lumina.com</u>; Weinstein, Mark &lt;<u>mweinstein@cooley.com</u>&gt;; Blankenship, Samuel &lt;<u>sblankenship@cgsh.com</u>&gt;; Gonzalez, Juan Pablo &lt;<u>jgonzalez@cooley.com</u>&gt;; z/Meta-Kadrey &lt;<u>zmetakadrey@cooley.com</u>&gt;
**Cc:** Llama C-Counsel &lt;<u>llama_ccounsel@bsfllp.com</u>&gt;; Madeline Hills &lt;<u>mhills@dicellolevitt.com</u>&gt;
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

Hi Max,

Assuming this is directed at our draft stipulation, we don't have any issue adding in a place for the Court to sign off, if you want to propose some edits.

Best,

Liz

---

**From:** Maxwell Pritt &lt;<u>mpritt@BSFLLP.com</u>&gt;
**Sent:** Thursday, October 3, 2024 2:26 PM
**To:** David Straite &lt;<u>dstraite@dicellolevitt.com</u>&gt;; Stameshkin, Liz &lt;<u>lstameshkin@cooley.com</u>&gt;; Amy Keller &lt;<u>akeller@dicellolevitt.com</u>&gt;; Hartnett, Kathleen &lt;<u>khartnett@cooley.com</u>&gt;; Dunning, Angela L. &lt;<u>adunning@cgsh.com</u>&gt;; Ghajar, Bobby A. &lt;<u>bghajar@cooley.com</u>&gt;; Ghazarian, Colette A &lt;<u>cghazarian@cooley.com</u>&gt;; Lauter, Judd &lt;<u>jlauter@cooley.com</u>&gt;; Biksa, Liene &lt;<u>lbiksa@cooley.com</u>&gt;; Alvarez, Jessica &lt;<u>jalvarezlopez@cooley.com</u>&gt;; <u>mlemley@lex-lumina.com</u>; Weinstein, Mark &lt;<u>mweinstein@cooley.com</u>&gt;; Blankenship, Samuel &lt;<u>sblankenship@cgsh.com</u>&gt;; Gonzalez, Juan Pablo &lt;<u>jgonzalez@cooley.com</u>&gt;; z/Meta-Kadrey &lt;<u>zmetakadrey@cooley.com</u>&gt;
**Cc:** Llama C-Counsel &lt;<u>llama_ccounsel@bsfllp.com</u>&gt;; Madeline Hills &lt;<u>mhills@dicellolevitt.com</u>&gt;
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**[External]**

This isn't what was discussed as it doesn't have the court sign off on extending the deadline to raise issues with the adequacy of the log after we receive it on Monday or to raise substantive issues with any privilege claims if the log is adequate.

---

**From:** David Straite <dstraite@dicellolevitt.com>
**Sent:** Thursday, October 3, 2024 1:47 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Amy Keller <akeller@dicellolevitt.com>; Kathleen Hartnett <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Cc:** Llama C-Counsel <llama_cocounsel@bsfllp.com>; Madeline Hills <mhills@dicellolevitt.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**CAUTION**: **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hi Liz, Amy might be out of pocket temporarily, but Madeline Hills and I at DiCello Levitt are on standby to assist if needed.

Best,

David

<image001.jpg>    David A. Straite, CIPP/US

                                 **DICELLO LEVITT LLP**

                                 646.933.1000 ext 505

<image002.jpg>

---

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Thursday, October 3, 2024 4:44 PM
**To:** Amy Keller <akeller@dicellolevitt.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Cc:** llama_cocounsel@bsfllp.com
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Amy,

Yes we are – should have a draft to you shortly and a response on your email as well.

Best,

Liz

**From:** Amy Keller <akeller@dicellolevitt.com>
**Sent:** Thursday, October 3, 2024 1:42 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Cc:** llama_cocounsel@bsfllp.com
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**[External]**

Liz,

I want to make sure you received the below email, because I don't see a response in my inbox.  Can you confirm that your side is preparing a stipulation?

<image003.jpg>    Amy Keller

**DICELLO LEVITT**

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

**From:** Amy Keller
**Sent:** Wednesday, October 2, 2024 8:45 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; khartnett@cooley.com; Dunning, Angela L. <adunning@cgsh.com>; bghajar@cooley.com; cghazarian@cooley.com; jlauter@cooley.com; Biksa, Liene <lbiksa@cooley.com>; jalvarezlopez@cooley.com; mlemley@lex-lumina.com; mweinstein@cooley.com; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>

**Cc:** llama_cocounsel@bsfllp.com
**Subject:** FW: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

Liz,

Thank you for your response. While reserving our ability to challenge the log if the changes do not help us understand or assess the privilege or work product assertions, we will wait to receive your log as part of our ongoing meet and confer process. Since the Magistrate Judge ordered us to submit briefing on the issue tomorrow, do you have a stipulation we can file to inform the judge that we have agreed to extend briefing deadlines on the issue?

Two more issues. First, I know that you have received a number of questions from our team regarding certain redactions to documents. Based upon our flagging of those documents, can you confirm that Meta is also performing a review of the remaining redactions as you are putting together the renewed privilege log to ensure that they are properly made?

Second, upon reviewing the correspondence related to Plaintiffs' privilege logs, it appears that the disputes have been resolved. If I am misunderstanding where the parties stand, please let me know.

Thanks,

Amy


Amy Keller

**DICELLO LEVITT**

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Wednesday, October 2, 2024 1:26 PM
**To:** Amy Keller <akeller@dicellolevitt.com>; Holden Benon <hbenon@saverilawfirm.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Cc:** llama_cocounsel@bsfllp.com; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log


**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Amy,

We appreciate your desire to save resources with respect to our updating of Meta's privilege log. As we previously represented, however, we are already working on an updated log, including our updated redactions and other edits designed to address your concerns. This updated log would replace the original log. It would be confusing and wasteful to present an outdated log to the Court for any analysis. If, after providing the updated log, you have questions or a basis to challenge Meta's assertion of privilege, we can confer and discuss how best to raise the issue with the Court. We are on schedule to provide our updated log by this coming Monday. In the meantime, we look forward to your team's response as to the privilege log issues we raised (noting that Holden responded on behalf of the three Saveri Plaintiffs to indicate that no further revised log was forthcoming).

Best,

Liz

---

**From:** Amy Keller <akeller@dicellolevitt.com>
**Sent:** Tuesday, October 1, 2024 4:08 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Holden Benon <hbenon@saverilawfirm.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Cc:** llama_cocounsel@bsfllp.com; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**[External]**

Liz,

Thank you for the response.

In reviewing Meta's position, it's become clear to me that perhaps another path forward might be more efficient and save Meta additional resources that it would have used to update its current privilege log. I'm especially concerned that, without seeing the proposed log, we may not be further along in understanding Meta's privilege assertions than we are now.





I believe this path forward will potentially save a lot of time and resources for both parties. I'm happy to discuss on a call or hear whatever thoughts you may have.

Thanks,

Amy

<u>&lt;image003.jpg&gt;</u>     Amy Keller

**DICELLO LEVITT**

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Stameshkin, Liz <<u>lstameshkin@cooley.com</u>>
**Sent:** Tuesday, October 1, 2024 1:37 AM
**To:** Amy Keller <<u>akeller@dicellolevitt.com</u>>; Nada Djordjevic <<u>ndjordjevic@dicellolevitt.com</u>>; Holden Benon <<u>hbenon@saverilawfirm.com</u>>; Hartnett, Kathleen <<u>khartnett@cooley.com</u>>; Dunning, Angela L. <<u>adunning@cgsh.com</u>>; Ghajar, Bobby A. <<u>bghajar@cooley.com</u>>; Ghazarian, Colette A <<u>cghazarian@cooley.com</u>>; Lauter, Judd <<u>jlauter@cooley.com</u>>; Biksa, Liene <<u>lbiksa@cooley.com</u>>; Alvarez, Jessica <<u>jalvarezlopez@cooley.com</u>>; <u>mlemley@lex-lumina.com</u>; Weinstein, Mark <<u>mweinstein@cooley.com</u>>; Blankenship, Samuel <<u>sblankenship@cgsh.com</u>>; Gonzalez, Juan Pablo <<u>jgonzalez@cooley.com</u>>; z/Meta-Kadrey <<u>zmetakadrey@cooley.com</u>>
**Cc:** Joseph Saveri <<u>jsaveri@saverilawfirm.com</u>>; Cadio Zirpoli <<u>czirpoli@saverilawfirm.com</u>>; Aaron Cera <<u>aCera@saverilawfirm.com</u>>; Margaux Poueymirou <<u>mpoueymirou@saverilawfirm.com</u>>; Ashleigh Jensen <<u>ajensen@saverilawfirm.com</u>>; Rya Fishman <<u>rfishman@saverilawfirm.com</u>>; Matthew Butterick <<u>mb@but;tericklaw.com</u>>; James Ulwick <<u>Julwick@dicellolevitt.com</u>>; Bryan L. Clobes <<u>BClobes@caffertyclobes.com</u>>; Alexander Sweatman <<u>ASweatman@caffertyclobes.com</u>>; Mohammed Rathur <<u>MRathur@caffertyclobes.com</u>>; <u>dmuller@venturahersey.com</u>; David Straite <<u>dstraite@dicellolevitt.com</u>>; Christopher Young <<u>cyoung@saverilawfirm.com</u>>; Ruby Ponce <<u>rponce@saverilawfirm.com</u>>; <u>Llama_BSF@bsfllp.com</u>; Kadrey AI <<u>Kadrey_AI@dicellolevitt.com</u>>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

Hi Amy,

Please see attached.

Best,

Liz

---

**From:** Amy Keller <akeller@dicellolevitt.com>
**Sent:** Monday, September 30, 2024 3:23 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; Holden Benon <hbenon@saverilawfirm.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@buttericklaw.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; dmuller@venturahersey.com; David Straite <dstraite@dicellolevitt.com>; Christopher Young <cyoung@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Llama_BSF@bsfllp.com; Kadrey AI <Kadrey_AI@dicellolevitt.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**[External]**

---

Thanks, Liz.  Confirming that we agree.

Amy Keller

**DICELLO LEVITT**

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Monday, September 30, 2024 4:39 PM
**To:** Amy Keller <akeller@dicellolevitt.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; Holden Benon <hbenon@saverilawfirm.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo

<jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Aaron Cera
<aCera@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh
Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick
<mb@butterticklaw.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes
<BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed
Rathur <MRathur@caffertyclobes.com>; dmuller@venturahersey.com; David Straite
<dstraite@dicellolevitt.com>; Christopher Young <cyoung@saverilawfirm.com>; Ruby Ponce
<rponce@saverilawfirm.com>; Llama_BSF@bsfllp.com; Kadrey AI <Kadrey_AI@dicellolevitt.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

Hi Amy,

Yes, when we re-produce our privilege log (as will be discussed in greater detail in our forthcoming
letter), we can agree to do so in excel format, assuming that Plaintiffs are willing to do the same for
their logs.

Best,

Liz

---

**From:** Amy Keller <akeller@dicellolevitt.com>
**Sent:** Monday, September 30, 2024 12:09 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>;
Holden Benon <hbenon@saverilawfirm.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning,
Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A
<cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>;
Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark
<mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo
<jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Aaron Cera
<aCera@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh
Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick
<mb@butterticklaw.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes
<BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed
Rathur <MRathur@caffertyclobes.com>; dmuller@venturahersey.com; David Straite
<dstraite@dicellolevitt.com>; Christopher Young <cyoung@saverilawfirm.com>; Ruby Ponce
<rponce@saverilawfirm.com>; Llama_BSF@bsfllp.com; Kadrey AI <Kadrey_AI@dicellolevitt.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**[External]**

Liz,

We are looking forward to Meta's response to our letter and meet and confer from last week
concerning Meta's privilege log.  This email also confirms that, pursuant to that discussion, Meta
will be producing its log in .xls format.  If I'm mistaken, please let me know.

Thank you,

Amy

 Amy Keller

**DICELLO LEVITT**

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Saturday, September 28, 2024 12:11 AM
**To:** Amy Keller <akeller@dicellolevitt.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; Holden Benon <hbenon@saverilawfirm.com> Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@buttoricklaw.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; dmuller@venturahersey.com; David Straite <dstraite@dicellolevitt.com>; Christopher Young <cyoung@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>; Llama_BSF@bsfllp.com
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

Counsel,

Further to our representations during our meet and confer earlier this week and below, ███████████
████████████████████████████████████████████

Best,

Liz

---

**From:** Stameshkin, Liz
**Sent:** Tuesday, September 24, 2024 9:36 PM
**To:** Amy Keller <akeller@dicellolevitt.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; Holden Benon <hbenon@saverilawfirm.com> Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>; Gonzalez, Juan Pablo <jgonzalez@cooley.com>

**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@butticklaw.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; dmuller@venturahersey.com; David Straite <dstraite@dicellolevitt.com>; Christopher Young <cyoung@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log


Hi Amy,

Thanks for the productive call today. ███████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

With respect to responding to your letter, we can commit to providing a response Monday, September 30, ████████████████████████████████████

Best,

Liz

---

**From:** Amy Keller <akeller@dicellolevitt.com>
**Sent:** Tuesday, September 24, 2024 3:37 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; Holden Benon <hbenon@saverilawfirm.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@butticklaw.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; dmuller@venturahersey.com; David Straite <dstraite@dicellolevitt.com>; Christopher Young <cyoung@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**[External]**

Liz,

One remaining issue that we did not cover today. ████████████████████████████
████████████████████████████████████████████████████████████████████

I'm hoping that you can confirm.  Thank you.

<image003.jpg>    Amy Keller

**DICELLO LEVITT**

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Monday, September 23, 2024 10:24 PM
**To:** Amy Keller <akeller@dicellolevitt.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; Holden Benon <hbenon@saverilawfirm.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@butericklaw.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; dmuller@venturahersey.com; David Straite <dstraite@dicellolevitt.com>; Christopher Young <cyoung@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

Thanks Amy.  During our call tomorrow, we would also like to discuss Plaintiffs' position regarding hours for witnesses who are being offered for both Rule 30(b)(6) and Rule 30(b)(1) depositions.

Best,

Liz

---

**From:** Amy Keller <akeller@dicellolevitt.com>
**Sent:** Monday, September 23, 2024 10:15 AM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Nada Djordjevic <ndjordjevic@dicellolevitt.com>; Holden Benon <hbenon@saverilawfirm.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@butericklaw.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes

<[BClobes@caffertyclobes.com](mailto:BClobes@caffertyclobes.com)>; Alexander Sweatman <[ASweatman@caffertyclobes.com](mailto:ASweatman@caffertyclobes.com)>; Mohammed Rathur <[MRathur@caffertyclobes.com](mailto:MRathur@caffertyclobes.com)>; [dmuller@venturahersey.com](mailto:dmuller@venturahersey.com); David Straite <[dstraite@dicellolevitt.com](mailto:dstraite@dicellolevitt.com)>; Christopher Young <[cyoung@saverilawfirm.com](mailto:cyoung@saverilawfirm.com)>; Ruby Ponce <[rponce@saverilawfirm.com](mailto:rponce@saverilawfirm.com)>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**[External]**

Good afternoon to those in CDT and EDT.  And good morning to those who are west of us.

Tomorrow at 10 am PDT, 12 am CDT, 1 pm EDT works on our end.

We'll circulate conference information shortly.

 Amy Keller

**DICELLO LEVITT**

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Stameshkin, Liz <[lstameshkin@cooley.com](mailto:lstameshkin@cooley.com)>
**Sent:** Sunday, September 22, 2024 5:38 PM
**To:** Nada Djordjevic <[ndjordjevic@dicellolevitt.com](mailto:ndjordjevic@dicellolevitt.com)>; Holden Benon <[hbenon@saverilawfirm.com](mailto:hbenon@saverilawfirm.com)>; Hartnett, Kathleen <[khartnett@cooley.com](mailto:khartnett@cooley.com)>; Dunning, Angela L. <[adunning@cgsh.com](mailto:adunning@cgsh.com)>; Ghajar, Bobby A. <[bghajar@cooley.com](mailto:bghajar@cooley.com)>; Ghazarian, Colette A <[cghazarian@cooley.com](mailto:cghazarian@cooley.com)>; Lauter, Judd <[jlauter@cooley.com](mailto:jlauter@cooley.com)>; Biksa, Liene <[lbiksa@cooley.com](mailto:lbiksa@cooley.com)>; Alvarez, Jessica <[jalvarezlopez@cooley.com](mailto:jalvarezlopez@cooley.com)>; [mlemley@lex-lumina.com](mailto:mlemley@lex-lumina.com); Weinstein, Mark <[mweinstein@cooley.com](mailto:mweinstein@cooley.com)>; Blankenship, Samuel <[sblankenship@cgsh.com](mailto:sblankenship@cgsh.com)>
**Cc:** Joseph Saveri <[jsaveri@saverilawfirm.com](mailto:jsaveri@saverilawfirm.com)>; Cadio Zirpoli <[czirpoli@saverilawfirm.com](mailto:czirpoli@saverilawfirm.com)>; Aaron Cera <[aCera@saverilawfirm.com](mailto:aCera@saverilawfirm.com)>; Margaux Poueymirou <[mpoueymirou@saverilawfirm.com](mailto:mpoueymirou@saverilawfirm.com)>; Ashleigh Jensen <[ajensen@saverilawfirm.com](mailto:ajensen@saverilawfirm.com)>; Rya Fishman <[rfishman@saverilawfirm.com](mailto:rfishman@saverilawfirm.com)>; Matthew Butterick <[mb@butterickllaw.com](mailto:mb@butterickllaw.com)>; James Ulwick <[Julwick@dicellolevitt.com](mailto:Julwick@dicellolevitt.com)>; Bryan L. Clobes <[BClobes@caffertyclobes.com](mailto:BClobes@caffertyclobes.com)>; Alexander Sweatman <[ASweatman@caffertyclobes.com](mailto:ASweatman@caffertyclobes.com)>; Mohammed Rathur <[MRathur@caffertyclobes.com](mailto:MRathur@caffertyclobes.com)>; [dmuller@venturahersey.com](mailto:dmuller@venturahersey.com); Amy Keller <[akeller@dicellolevitt.com](mailto:akeller@dicellolevitt.com)>; David Straite <[dstraite@dicellolevitt.com](mailto:dstraite@dicellolevitt.com)>; Christopher Young <[cyoung@saverilawfirm.com](mailto:cyoung@saverilawfirm.com)>; Ruby Ponce <[rponce@saverilawfirm.com](mailto:rponce@saverilawfirm.com)>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

Nada,

We were unsure if you still were seeking to meet and confer, as your co-counsel requested relief from the Court on these issues prior to such conference (in direct contravention of the Court's standing order on discovery, and failing to note to the Court that we had offered to meet and confer early this week).

That said, we of course remain willing to meet and confer and are available to do so at 10 am on Tuesday.  Please circulate a dial in.

Best,

Liz

---

**From:** Nada Djordjevic <ndjordjevic@dicellolevitt.com>
**Sent:** Sunday, September 22, 2024 12:34 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Holden Benon <hbenon@saverilawfirm.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@butaricklaw.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; dmuller@venturahersey.com; Amy Keller <akeller@dicellolevitt.com>; David Straite <dstraite@dicellolevitt.com>; Christopher Young <cyoung@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Subject:** Re: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**[External]**

Liz,

Meta promised to send counsel availability for an M&C this weekend.  It is now Sunday afternoon.  Please provide your availability Monday September 23 or Tuesday September 24 to meet and confer on the deficiencies in Meta's privilege log.

Thanks.

Nada

On Sep 20, 2024, at 6:09 PM, Nada Djordjevic <ndjordjevic@dicellolevitt.com> wrote:

Liz,

We appreciate Meta's promise to take Plaintiffs' concerns seriously and to review our deficiency letter in good faith, particularly given the remainder of your email below.

Meta is well aware of the requirements for a privilege log under Federal Rule of Civil Procedure 26 and Ninth Circuit law.  If Meta thought it needed relief from those requirements, that is a conversation Meta should have had with Plaintiffs months ago;

rather than producing a seriously deficient privilege log and then trying to excuse its actions after the fact.

This is also not a tit for tat situation where Meta can excuse the deficiencies in its own privilege log by pointing to Meta's alleged concerns with Plaintiffs' privilege logs.



Since Meta was unwilling to meet and confer today, please provide Meta's availability on Monday September 23 or Tuesday September 24 to meet and confer on the deficiencies identified in our September 18, 2024 letter. We look forward to discussing all of the issues raised in the letter with Meta further.

Sincerely,

Nada

<image001.jpg>    Nada Djordjevic

**DICELLO LEVITT**

312.214.7900

This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

---

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Friday, September 20, 2024 12:10 AM
**To:** Nada Djordjevic <ndjordjevic@dicellolevitt.com>; Holden Benon <hbenon@saverilawfirm.com>; Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd <jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>; mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel <sblankenship@cgsh.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Aaron Cera <aCera@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick <mb@butiericklaw.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes <BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed Rathur <mrathur@caffertyclobes.com>; dmuller@venturahersey.com; Amy Keller

<akeller@dicellolevitt.com>; David Straite <dstraite@dicellolevitt.com>; Christopher Young
<cyoung@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Subject:** RE: Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

Counsel,

We were surprised to receive your lengthy letter regarding Meta's privilege log.  Among other things, given the subject matter, ███████████████████████████████████████
██████████████████████████████████████████████████████

Moreover, all but two Plaintiffs have failed to provide any privilege log whatsoever in this case. ██
███████████████████████████████████████████████████████
████████████████████████████████████████████

We also refer you to the ND Cal ESI Guidelines, which encourage the parties to discuss "[w]hether the parties can agree upon alternative ways to identify documents withheld on the grounds of privilege or work product to reduce the burdens of such identification." ███████████████████
██████████████████████████████████████████████████████████
█████████████████████

Meta takes your concerns seriously and is reviewing your letter in good faith and will respond in due course.  Requesting a meet and confer within 36 hours of this letter, however, is unreasonable.  We can agree to meet and confer early next week and will plan to send you our availability for that call this weekend, once our team's travel for this week has concluded.

Best,

Li z

**From:** Nada Djordjevic <ndjordjevic@dicellolevitt.com>
**Sent:** Wednesday, September 18, 2024 5:51 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Holden Benon <hbenon@saverilawfirm.com>;
Hartnett, Kathleen <khartnett@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Ghajar, Bobby
A. <bghajar@cooley.com>; Ghazarian, Colette A <cghazarian@cooley.com>; Lauter, Judd
<jlauter@cooley.com>; Biksa, Liene <lbiksa@cooley.com>; Alvarez, Jessica <jalvarezlopez@cooley.com>;
mlemley@lex-lumina.com; Weinstein, Mark <mweinstein@cooley.com>; Blankenship, Samuel
<sblankenship@cgsh.com>
**Cc:** Joseph Saveri <jsaveri@saverilawfirm.com>; Cadio Zirpoli <czirpoli@saverilawfirm.com>; Aaron Cera
<aCera@saverilawfirm.com>; Margaux Poueymirou <mpoueymirou@saverilawfirm.com>; Ashleigh
Jensen <ajensen@saverilawfirm.com>; Rya Fishman <rfishman@saverilawfirm.com>; Matthew Butterick
<mb@but4ricklaw.com>; James Ulwick <Julwick@dicellolevitt.com>; Bryan L. Clobes
<BClobes@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Mohammed
Rathur <mrathur@caffertyclobes.com>; dmuller@venturahersey.com; Amy Keller
<akeller@dicellolevitt.com>; David Straite <dstraite@dicellolevitt.com>; Christopher Young
<cyoung@saverilawfirm.com>; Ruby Ponce <rponce@saverilawfirm.com>
**Subject:** Kadrey v. Meta: Further Deficiencies in Meta's Privilege Log

**[External]**

Counsel,

Please see the attached correspondence regarding additional deficiencies Plaintiffs have discovered in Meta's privilege log.

Plaintiffs are available Friday September 20, 2024 from 12-4 pm Pacific to meet and confer with Meta on the issues raised in the letter.  Please confirm Meta's availability during that time period.

Sincerely,

Nada


<image001.jpg>    Nada Djordjevic

**DICELLO LEVITT**

312.214.7900


This transmission may contain privileged and confidential information meant for the intended recipient only. If you have received this email in error, please notify the sender and permanently delete this email and any attachments.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities. Our external privacy statement is available at:
https://www.clearygottlieb.com/footer/privacy-statement

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]