COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; <br><br>                                         Defendant. | Case No. 3:23-cv-03417-VC <br><br> S<small>TIPULATION AND</small> [P<small>ROPOSED</small>] O<small>RDER RE</small> S<small>CHEDULING OF</small> D<small>EPOSITION</small> |

1  Pursuant to Civ. L.R. 6-2 and 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher Farnsworth ("Plaintiffs"); and Defendant Meta Platforms, Inc. ("Defendant") (collectively, the "Parties") by and through their respective counsel stipulate to the following:

WHEREAS, the Court entered an Order extending the discovery deadline until December 13, 2024, ECF No. 211;

WHEREAS, to accommodate the schedule of Meta CEO Mark Zuckerberg and avoid submitting a scheduling dispute to the Court for resolution, the Parties agreed to seek leave of Court to take Mr. Zuckerberg's deposition on Tuesday, December 17, 2024—four days after the Court's December 13, 2024 fact discovery deadline;

WHEREAS, there has only been one extension of the fact discovery deadline requested and entered in this case, which was the Court's Order setting the December 13, 2024 fact discovery deadline, ECF No. 211;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through Plaintiffs and Defendant, as represented by their undersigned counsel and subject to the approval of the Court, that the deposition of Mr. Zuckerberg may occur on Tuesday, December 17, 2024, after the close of fact discovery. No other deadlines are modified by this stipulation.

| | |
|---|---|
| Dated: November 12, 2024 | Respectfully Submitted, |
| By: /s/ Bobby Ghajar | By: /s/ Maxwell V. Pritt |
| Bobby A. Ghajar<br>Colette Ani Ghazarian<br>**COOLEY LLP**<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500<br>Email: bghajar@cooley.com<br>cghazarian@cooley.com | David Boies (pro hac vice)<br>David L. Simons (pro hac vice)<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>(914) 749-8200<br>dboies@bsfllp.com<br>dsimons@bsfllp.com |
| Mark R. Weinstein<br>Elizabeth Lee Stameshkin<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: 650-843-5000<br>Facsimile: 650-849-7400<br>Email: mweinstein@cooley.com<br>Email: lstameshkin@cooley.com | Maxwell V. Pritt (SBN 253155)<br>Joshua I. Schiller (SBN 330653)<br>Joshua M. Stein (SBN 298856)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA  94104<br>(415) 293-6800<br>mpritt@bsfllp.com<br>jischiller@bsfllp.com<br>jstein@bsfllp.com |
| Kathleen R. Hartnett<br>Judd D. Lauter<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2071<br>Facsimile: (415) 693-2222<br>Email: khartnett@cooley.com | Jesse Panuccio (pro hac vice)<br>1401 New York Ave, NW<br>Washington, DC  20005<br>(202) 237-2727<br>jpanuccio@bsfllp.com |
| Angela Dunning<br>**CLEARY GOTTLIEB STEEN & HAMILTON  LLP**<br>1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304-1248<br>Telephone: (650) 815-4131<br>Email: adunning@cgsh.com | Joseph R. Saveri (State Bar No. 130064)<br>Cadio Zirpoli (State Bar No. 179108)<br>Christopher K.L. Young (State Bar No. 318371)<br>Holden Benon (State Bar No. 325847)<br>Aaron Cera (State Bar No. 351163)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Email: jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>hbenon@saverilawfirm.com<br>acera@saverilawfirm.com |
| *Attorneys for Defendant*<br>*META PLATFORMS, INC.* | |

Amy Keller (*pro hac vice*)
James A. Ulwick (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
**DiCELLO LEVITT LLP**
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
akeller@dicellolevitt.com
julwick@dicellolevitt.com
ndjordjevic@dicellolevitt.com

David A. Straite (*pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Ave., Suite 1000
New York, NY 10017
Telephone: (646) 933-1000
dstraite@dicellolevitt.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com
asweatman@caffertyclobes.com

Daniel Jerome Muller
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, CA 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email: dmuller@venturahersey.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**~~PROPOSED~~ ORDER**

Pursuant to stipulation of the Parties, **IT IS SO ORDERED.**

DATED:  November 13, 2024

_____
HON. VINCE CHHABRIA
United States District Judge