```
 1  COOLEY LLP
    BOBBY GHAJAR (198719)
 2  (bghajar@cooley.com)
    TERESA MICHAUD (296329)
 3  (tmichaud@cooley.com)
    COLETTE GHAZARIAN (322235)
 4  (cghazarian@cooley.com)
    1333 2nd Street, Suite 400
 5  Santa Monica, California 90401
    Telephone:    (310) 883-6400
 6
    MARK WEINSTEIN (193043)
 7  (mweinstein@cooley.com)
    KATHLEEN HARTNETT (314267)
 8  (khartnett@cooley.com)
    JUDD LAUTER (290945)
 9  (jlauter@cooley.com)
    ELIZABETH L. STAMESHKIN (260865)
10  (lstameshkin@cooley.com)
    3175 Hanover Street
11  Palo Alto, CA  94304-1130
    Telephone:    (650) 843-5000
12
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
13  ANGELA L. DUNNING (212047)
    (adunning@cgsh.com)
14  1841 Page Mill Road, Suite 250
    Palo Alto, CA 94304
15  Telephone: (650) 815-4131
```

*Counsel for Defendant Meta Platforms, Inc.*

*[Full Listing on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al., | Case No. 3:23-cv-03417-VC |
| Individual and Representative Plaintiffs, | **JOINT REPORT REGARDING REIMBURSEMENT OF FEES PURSUANT TO COURT ORDER (DOC. 258)** |
| v. | |
| META PLATFORMS, INC., a Delaware corporation; | |
| Defendant. | Discovery Cut-Off: December 13, 2024<br>Trial Date: None<br>Date Action Filed: July 7, 2023 |

Pursuant to the Court's Order (Doc. 258), Defendant Meta Platforms, Inc. ("Meta") and Plaintiffs met and conferred regarding reimbursement of Meta's attorneys' fees incurred in opposing Plaintiffs "Administrative Motion to Modify Stipulation and Order re Schedule, Dkt. 238 by extending the deadline for Letter Briefs re: Existing Written Discovery from October 23, 2024, to November 6, 2024".

The parties have agreed to the following compromise: Plaintiffs will reimburse Meta $23,000 in attorneys fees. Payment will be made to Meta's counsel within a reasonable time. The Parties are working to confirm a date by which payment will be rendered and anticipate resolving this matter forthwith. Meta reserves all rights to seek relief from the Court if payment is not made promptly.

Dated: November 13, 2024

BOIES SCHILLER FLEXNER LLP

*/s/ Maxwell V. Pritt*

David Boies (pro hac vice)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (pro hac vice)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (pro hac vice)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

ATTORNEYS FOR PLAINTIFFS

| | | |
|---|---|---|
| 1 | Dated: November 13, 2024 | COOLEY LLP |
| 2 | | */s/ Bobby Ghajar* |
| 3 | | Bobby Ghajar |
| 4 | | Mark Weinstein<br>Kathleen Hartnett |
| 5 | | Teresa Michaud<br>Phillip Morton |
| 6 | | Judd Lauter<br>Liz Stameshkin |
| 7 | | Matthew Brigham<br>Colette Ghazarian |
| 8 | | Juan Pablo Gonzalez<br>Cole A. Poppell |
| 9 | | LEX LUMINA PLLC |
| 10 | | Mark A. Lemley |
| 11 | | CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP |
| 12 | | Angela L. Dunning |
| 13 | | Attorneys for Defendant<br>META PLATFORMS, INC. |

*Full Defendant's Counsel List*

COOLEY LLP
PHILLIP MORTON *(pro hac vice)*
(pmorton@cooley.com)
COLE A. POPPELL (pro hac vice)
(cpoppell@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   (202) 842-7800

COOLEY LLP
MATTHEW BRIGHAM (191428)
(mbrigham@cooley.com)
JUAN PABLO GONZALEZ (334470)
(jgonzalez@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone:   (646) 898-2055

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs concurs in the filing of this document.

　　　　　　　　　　　　　　　　　/s/ *Bobby Ghajar*
　　　　　　　　　　　　　　　　Bobby Ghajar