**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, *et al.*, | Case No. 3:23-cv-03417-VC |
| Individual and Representative Plaintiffs, | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE OMNIBUS DISCOVERY LETTER BRIEF** |
| v. | |
| META PLATFORMS, INC., a Delaware corporation; | |
| Defendant. | |

Pursuant to Civ. L.R. 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher Farnsworth ("Plaintiffs"); and Defendant Meta Platforms, Inc. ("Defendant") (collectively, the "Parties") by and through their respective counsel stipulate to the following:

WHEREAS, the Court entered an Order extending the deadline for raising issues regarding existing written discovery to November 8, 2024, Dkt. No. 258; and

WHEREAS, Plaintiffs seek to raise five discovery issues, each consisting of a five-page joint letter brief. Plaintiffs identified and briefed those five issues in a 12.5 page discovery brief that Plaintiffs provided to Defendant on November 6 ("Five Disputed Issues");

WHEREAS, without waiver of its objections or rights (including with respect to the propriety of splitting discovery issues into separate briefs and the timing of Plaintiffs' letter briefing), and only with respect to the Five Disputed Issues, Defendant does not oppose filing a single combined letter brief in this instance instead of five separate ones; and

WHEREAS, for purposes of administrative efficiency, the parties agree to file one omnibus discovery letter brief addressing the Five Disputed Issues ("Omnibus Discovery Brief") instead of filing five separate discovery letter briefs;

WHEREAS, to assist with the orderly exchange and finalization of the Omnibus Discovery Brief, the parties have agreed that rather than revising portions of their respective briefs after exchanging them, each side shall be permitted to put in a "Further Response" – not to exceed .5 pages for each of the Five Disputed Issues (i.e. 2.5 additional pages, total, per side). The total length of the Omnibus Discovery Brief shall not exceed 30 pages.

IT IS HEREBY STIPULATED AND AGREED, by and through Plaintiffs and Defendant, that the parties shall file the Omnibus Discovery Brief totaling 30 pages (12.5 pages plus a 2.5 page "Further Response" per side), along with accompanying exhibits, on November 8, 2024.

| | |
|---|---|
| Dated: November 8, 2024 | Respectfully Submitted, |
| By: */s/ Bobby Ghajar* | By: */s/ Maxwell V. Pritt* |
| Bobby A. Ghajar<br>Colette Ani Ghazarian<br>**COOLEY LLP**<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500<br>Email: bghajar@cooley.com<br>cghazarian@cooley.com | David Boies (pro hac vice)<br>David L. Simons (pro hac vice)<br>**BOIES SCHILLER FLEXNER LLP**<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>(914) 749-8200<br>dboies@bsfllp.com<br>dsimons@bsfllp.com |
| Mark R. Weinstein<br>Elizabeth Lee Stameshkin<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: 650-843-5000<br>Facsimile: 650-849-7400<br>Email: mweinstein@cooley.com<br>Email: lstameshkin@cooley.com | Maxwell V. Pritt (SBN 253155)<br>Joshua I. Schiller (SBN 330653)<br>Joshua M. Stein (SBN 298856)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>(415) 293-6800<br>mpritt@bsfllp.com<br>jischiller@bsfllp.com<br>jstein@bsfllp.com |
| Kathleen R. Hartnett<br>Judd D. Lauter<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2071<br>Facsimile: (415) 693-2222<br>Email: khartnett@cooley.com | Jesse Panuccio (pro hac vice)<br>1401 New York Ave, NW<br>Washington, DC 20005<br>(202) 237-2727<br>jpanuccio@bsfllp.com |
| Angela Dunning<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304-1248<br>Telephone: (650) 815-4131<br>Email: adunning@cgsh.com<br><br>*Attorneys for Defendant*<br><br>*META PLATFORMS, INC.* | Joseph R. Saveri (State Bar No. 130064)<br>Cadio Zirpoli (State Bar No. 179108)<br>Christopher K.L. Young (State Bar No. 318371)<br>Holden Benon (State Bar No. 325847)<br>Aaron Cera (State Bar No. 351163)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Email: jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>hbenon@saverilawfirm.com<br>acera@saverilawfirm.com |
| | Amy Keller (*pro hac vice*)<br>James A. Ulwick (*pro hac vice*) |

Nada Djordjevic (*pro hac vice*)
**DiCELLO LEVITT LLP**
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
akeller@dicellolevitt.com
julwick@dicellolevitt.com
ndjordjevic@dicellolevitt.com

David A. Straite (*pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Ave., Suite 1000
New York, NY 10017
Telephone: (646) 933-1000
dstraite@dicellolevitt.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com
asweatman@caffertyclobes.com

Daniel Jerome Muller
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, CA 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email: dmuller@venturahersey.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**~~PROPOSED~~ ORDER**

Pursuant to stipulation of the Parties, **IT IS SO ORDERED.** The Parties shall be permitted to file one omnibus discovery letter brief covering the Five Disputed Issues (as defined in the Stipulation) with 15 pages per side in accordance with the Stipulation, along with accompanying exhibits, on November 8, 2024.

DATED: November 15, 2024

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs concurs in the filing of this document.

/s/     Maxwell V. Pritt