Elizabeth J. Cabraser (State Bar No. 083151)
Daniel M. Hutchinson (State Bar No. 239458)
Reilly T. Stoler (State Bar No. 310761)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
rstoler@lchb.com

Rachel Geman (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>*Individual and Representative Plaintiff,*<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.  3:23-cv-03417-VC<br><br>**PROOF OF SERVICE OF DISCOVERY ORDER** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>PROOF OF SERVICE</u>**

I, the undersigned, am employed by the Lieff Cabraser Heimann & Bernstein, LLP. My business address is 275 Battery Street, 29th Floor, San Francisco, California 94111-3339. I am over the age of eighteen and not a party to this action.

On November 15, 2024, I caused the following documents to be served by U.S. Mail upon the parties listed on the attached Service List. A copy of this Proof of Service of Discovery Order will be filed today on the court docket and thereby be served via ECF on all counsel of record in this case.

- **DISCOVERY ORDER**

I declare under penalty of perjury that the foregoing is true and correct. Executed November 15, 2024, at San Francisco, California.

*/s/ Bobby Gomez*
Bobby Gomez

PROOF OF SERVICE OF DISCOVERY ORDER
CASE NO.  3:23-CV-03417-VC

|    |                                                                                              |                                                                                    |
|----|----------------------------------------------------------------------------------------------|------------------------------------------------------------------------------------|
| 1  | **SERVICE LIST**                                                                             |                                                                                    |
| 2  | Hachette Book Group, Inc.<br>28 Liberty Street                                                | Theater Communications Group, Inc.<br>520 8th Ave, 20th floor                       |
| 3  | New York, NY 10005                                                                            | New York, NY 10018                                                                 |
| 4  | News Corporation<br>c/o The Corporation Trust Company                                         | Reuters News & Media, Inc.<br>c/o Corporation Service Company                       |
| 5  | Corporation Trust Center<br>1209 Orange St                                                    | 80 State Street<br>Albany, NY, 12207                                                |
| 6  | Wilmington, DE 19801                                                                          |                                                                                    |
| 7  | Macmillian Publishers, Inc.<br>c/o United States Corporation Company                          | Moya Chen<br>c/o Cooley LLP<br>3175 Hanover Street                                  |
| 8  | 251 Little Falls Drive<br>Wilmington, DE 19808                                                | Palo Alto, CA 94304                                                                 |
| 9  |                                                                                              |                                                                                    |
| 10 | Penguin Random House, LLC<br>c/o Illinois Corporation Service Company<br>801 Adlai Stevenson Drive | Tim Dettmers<br>c/o Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304 |
| 11 | Springfield, IL 62703-4261                                                                    |                                                                                    |
| 12 | Simon & Schuster International LLC<br>c/o Corporation Service Company                          | Elisa Garcia Anzano<br>3583 Sacramento Street<br>San Francisco, CA 94118-1846      |
| 13 | 251 Little Falls Drive<br>Wilmington, DE 19808                                                |                                                                                    |
| 14 |                                                                                              |                                                                                    |
| 15 | Springer Nature Academic Publishing, Inc.<br>c/o Corporation Service Company<br>80 State Street |                                                                                  |
| 16 | Albany, NY 12207-2543                                                                         |                                                                                    |
| 17 | Springer Nature America, Inc.<br>c/o Corporation Service Company                              |                                                                                    |
| 18 | 80 State Street<br>Albany, NY 12207-2543                                                      |                                                                                    |
| 19 |                                                                                              |                                                                                    |
| 20 | John Wiley & Sons, Inc.<br>c/o CT Corporation<br>28 Liberty Street                           |                                                                                    |
| 21 | New York, NY 10005                                                                            |                                                                                    |
| 22 | Bloomsbury Publishing<br>1385 Broadway, Floor 5                                               |                                                                                    |
| 23 | New York, NY 10018                                                                            |                                                                                    |
| 24 | OpenAI, Inc.<br>c/o Corporations Service Company                                              |                                                                                    |
| 25 | 2710 Gateway Oaks Drive<br>Sacramento, CA 95883                                               |                                                                                    |
| 26 |                                                                                              |                                                                                    |
| 27 | Dramatist's Play Service, Inc.<br>440 Park Avenue South, 11th Floor<br>New York, NY 10016    |                                                                                    |
| 28 | 3134406.1                                                                                     |                                                                                    |

PROOF OF SERVICE OF DISCOVERY ORDER
CASE NO. 3:23-CV-03417-VC