1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                              Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DECLARATION OF NIKKI VO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT TO JOINT DISCOVERY LETTER BRIEF** |

18
19
20
21
22
23
24
25
26
27
28

I, Nikki Vo, hereby declare:

1. I am Director and Associate General Counsel for Defendant, Meta Platforms, Inc. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I make this declaration in support of Meta's administrative motion to file under seal portions of Exhibit A to the Parties' Joint Discovery Letter regarding Meta's Responses to Plaintiffs' First and Second Sets of Requests for Admission ("Joint Letter Brief"). The motion seeks to have the following partially sealed:

| Document | Sealing Request |
| --- | --- |
| Exhibit A to Joint Letter Brief | • Redacted portions |

3. The redacted portions of Exhibit A to the Joint Letter Brief are responses to Plaintiffs' Requests for Admission that Meta had designated "CONFIDENTIAL" under the Protective Order in this case. The redacted responses refer to highly sensitive, non-public information concerning Meta's business practices surrounding its Llama models and the datasets used to train the Llama models.

4. Public disclosure of the information contained in the above-referenced materials exposes Meta to the risk of financial and competitive harm by revealing Meta's non-public business strategies, technical information, and trade secret information pertaining to its generative AI offerings. Meta takes steps to carefully protect the confidentiality of information of this sort.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed in Palo Alto, California on this 26th day of November, 2024.

Nikki Vo