# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br>　　Individual and Representative Plaintiffs, <br><br>　　v. <br><br>META PLATFORMS, INC., a Delaware corporation; <br><br>　　　　　　　　　　　　　　Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT TO JOINT DISCOVERY LETTER** |

An Unopposed Administrative Motion to File Under Seal an exhibit to the Parties' Joint Discovery Letter has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5. Having considered the Unopposed Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Unopposed Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| Exhibit A to Joint Letter Brief | • Redacted portions |

**IT IS HEREBY ORDERED**.

Dated: _____

_____
HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE