UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DECLARATION OF NIKKI VO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT DISCOVERY LETTER BRIEF** |

I, Nikki Vo, hereby declare:

1. I am Director and Associate General Counsel for Defendant, Meta Platforms, Inc. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I make this declaration in support of Meta's administrative motion to file under seal portions of the Parties' Joint Discovery Letter regarding Meta's Responses to Plaintiffs' First and Second Sets of Requests for Production ("Joint Letter Brief"). The motion seeks to have the following partially sealed:

| Document | Sealing Request |
|---|---|
| Joint Letter Brief | • Redacted portions |

3. Although Meta disagrees with Plaintiffs' characterizations of Meta's actions, the redacted portions of the Joint Letter Brief nevertheless refer to highly sensitive, confidential information concerning Meta's non-public business strategies in developing its Llama models. This information was taken from deposition testimony of Meta's witnesses and documents produced by Meta that were marked "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order in this case.

4. Public disclosure of the redacted information in the Joint Letter Brief exposes Meta to the risk of competitive harm. Meta takes steps to carefully protect the confidentiality of information of this sort.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed in Palo Alto, California on this 26th day of November, 2024.

_/s/ Nikki Vo_
Nikki Vo

311335374