**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>   *Individual and Representative Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>         *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**DECLARATION OF JOSHUA M. STEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED CONSOLIDATED COMPLAINT** |

I, Joshua M. Stein, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner in the San Francisco, California office of Boies Schiller Flexner, LLP ("BSF"), interim lead counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. § 1746 and Local Rule 6-3 in support of Plaintiffs' Motion for Leave to File Third Amended Consolidated Complaint.

2. Attached as Exhibit 1 is a true and correct copy of a document produced by Meta with a bates number of Meta_Kadrey_00128273.

3. Attached as Exhibit 2 is a true and correct copy of a document produced by Meta with a bates number of Meta_Kadrey_00101613.

4. Attached as Exhibit 3 are selected transcript excerpts from the September 19, 2024 deposition of Todor Mihaylov.

5. Attached as Exhibit 4 is a true and correct copy of a document produced by Meta with a bates number of Meta_Kadrey_00000078.

6. Attached as Exhibit 5 are selected transcript excerpts from the November 20, 2024 Rule 30(b)(6) deposition of Michael Clark.

7. Attached as Exhibit 6 are selected transcript excerpts from the November 13, 2024 Rule 30(b)(1) deposition of Michael Clark.

8. Attached as Exhibit 7 is a true and correct copy of a document produced by Meta with a bates number of Meta_Kadrey_ 00089791.

9. Attached as Exhibit 8 is a true and correct copy of a document produced by Meta with a bates number of Meta_Kadrey_00048149.

10. Attached as Exhibit 9 is a true and correct copy of a document produced by Meta with a bates number of Meta_Kadrey_00101679.

11. Attached as Appendix A is Plaintiffs' proposed Third Amended Consolidated Complaint.

12.     Attached as Appendix B is a redline comparing Plaintiffs' proposed Third Amended Consolidated Complaint against the operative Second Amended Consolidated Complaint, Dkt. No. 133.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 27th day of November 2024 in San Francisco, California.

By:     */s/ Joshua M. Stein*
                Joshua M. Stein