# APPENDIX A

## Proposed Amended Complaint

# Filed Under Seal