# APPENDIX B

## Redline of Proposed Amended Complaint

# Filed Under Seal