UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 23-cv-03417-VC (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 302 |

The Court has reviewed the parties' status report at ECF No. 302. If Plaintiffs want to depose David Esiobu in place of Susan Zhang, they may do so, and the Court **ORDERS** Meta to make him available for deposition on or before the close of fact discovery. Meta's request to depose Daniel Sterling or his holding company is not untimely. Meta is entitled to depose him or it, assuming Meta is able to serve the deposition subpoena. The Court **ORDERS** Plaintiffs' counsel to promptly notify Meta if they come to represent Mr. Sterling or his holding company.

**IT IS SO ORDERED.**

Dated: December 3, 2024

THOMAS S. HIXSON
United States Magistrate Judge