UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD KADREY, et al.,

    Plaintiffs,

v.

META PLATFORMS, INC.,

    Defendant.

Case No. 23-cv-03417-VC (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 246

With respect to the motion to seal at ECF No. 246, the Court **GRANTS** the motion to seal as to Exhibits A-D, F, V, Y, Z, AA and BB. For the joint discovery letter brief, the Court **GRANTS** the motion to seal as to the redaction on page 26 but **DENIES** it as to the redaction on page 7. The Court **ORDERS** the parties to refile that brief without the redaction on page 7. The Court **DENIES** the motion to seal as to Exhibit CC. If there is something in particular in Exhibit CC that merits sealing, the Court is willing to consider that, but sealing the whole document is unwarranted. Accordingly, the Court **ORDERS** Meta either to file a narrowly tailored motion to seal portions of Exhibit CC no later than December 11, 2024, or to file the whole exhibit in the public record by that date.

**IT IS SO ORDERED.**

Dated: December 4, 2024

THOMAS S. HIXSON
United States Magistrate Judge