UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD KADREY, et al.,

    Plaintiffs,

v.

META PLATFORMS, INC.,

    Defendant.

Case No. 23-cv-03417-VC   (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 260

With respect to the motion to seal at ECF No. 260, the motion is **GRANTED** as to the privilege brief and Exhibits H-V.  The motion is **GRANTED IN PART** as to Exhibits A and B; Meta's redactions in ECF Nos. 282-1 and 282-2 are acceptable.  The motion is **DENIED** as to Exhibits C-F.  The Court is willing to consider a narrowly tailored motion to seal portions of those exhibits, but filing them entirely under seal is unjustified.  Accordingly, the Court **ORDERS** Meta either to file a narrowly tailored motion to seal portions of Exhibits C-F by December 11, 2024, or to file the entirety of those exhibits in the public record.

    **IT IS SO ORDERED.**

Dated: December 4, 2024

THOMAS S. HIXSON
United States Magistrate Judge