# EXHIBIT B

Case 3:23-cv-03417-VC   Document 308-2   Filed 12/04/24   Page 2 of 6

11/21/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
IN RE MATTER OF:                   )
RICHARD KADREY, et al.,            )
Plaintiff,                         )
   vs.                             ) C.A. NO.:
META PLATFORMS, INC.,              ) 3:23-cv-03417-VC
Defendant.                         )
_____)

VIDEOTAPED DEPOSITION OF YANN LeCUN, Ph.D.
Palo Alto, California
Thursday, November 21, 2024
** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **
UNDER THE PROTECTIVE ORDER

Stenographically Reported by:
HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
Realtime Systems Administrator
California CSR License #11600
Oregon CSR License #21-0005
Washington License #21009491
Nevada CCR License #980
Texas CSR License #10725

_____

DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 308-2   Filed 12/04/24   Page 3 of 6

11/21/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 177

1  strategy?                                              14:31:17

2      A.   I have no idea.                               14:31:18

3           (Stenographer clarification.)                 14:31:26

4      Q.   (By Ms. Geman)  Rather, do you know in what   14:31:26

5  form the -- the training data is used when -- when     14:31:29

6  portions of it are used for the memorization           14:31:34

7  limitation strategy?                                   14:31:38

8      A.   It's the same format that is used during      14:31:40

9  training and I really don't know.  I mean, my guess    14:31:43

10 is that it's just plain text for a lot of those        14:31:45

11 things.                                                14:31:48

12     Q.   Are you familiar with the phenomenon where    14:31:54

13 LLaMA will, in response to a prompt, output            14:31:57

14 copyright-protected text and then it essentially       14:32:03

15 disappears?                                            14:32:06

16     A.   Disappears?                                   14:32:08

17     Q.   Goes off, like it no longer shows up on       14:32:08

18 the -- on the output.                                  14:32:11

19          MR. WEINSTEIN:  Object to form.               14:32:14

20     Q.   (By Ms. Geman)  Sort of like Snapchat?        14:32:15

21     A.   I don't understand the scenario.              14:32:19

22     Q.   That somebody does a prompt and says, you     14:32:23

Case 3:23-cv-03417-VC   Document 308-2   Filed 12/04/24   Page 4 of 6

11/21/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.        Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 178

| | | |
|---|---|---|
| 1 | know, give me a -- the first three paragraphs of X. | 14:32:26 |
| 2 | A.   Uh-huh. | 14:32:33 |
| 3 | Q.   And then LLaMA spits out the first three | 14:32:33 |
| 4 | paragraphs of X, but then it takes it back. | 14:32:36 |
| 5 | A.   Oh, I see. | 14:32:39 |
| 6 |      This -- this could occur, I believe, | 14:32:42 |
| 7 | because -- because there are systems that are put in | 14:32:47 |
| 8 | place that check whether the continuous output of | 14:32:57 |
| 9 | the LLM either is toxic or inappropriate or | 14:33:04 |
| 10 | infringes copyright and then takes down the text if | 14:33:10 |
| 11 | it does.  And that's done, of course, after the text | 14:33:14 |
| 12 | is generated, but the possibility after the text has | 14:33:17 |
| 13 | been shown to the user for a short time. | 14:33:27 |
| 14 | Q.   Do you know what that systems [sic] are | 14:33:33 |
| 15 | called? | 14:33:35 |
| 16 | A.   No. | 14:33:36 |
| 17 | Q.   And do you know if they're put in place | 14:33:37 |
| 18 | after validation of the model? | 14:33:40 |
| 19 |      MR. WEINSTEIN:  Object to form. | 14:33:45 |
| 20 | Q.   (By Ms. Geman)  Or let me rephrase the | 14:33:46 |
| 21 | question. | 14:33:48 |
| 22 |      At what -- at what stage are those systems | 14:33:48 |

Case 3:23-cv-03417-VC   Document 308-2   Filed 12/04/24   Page 5 of 6

11/21/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 179

1   that check continuous output put in place?                    14:33:51

2            MR. WEINSTEIN:  Object to form.                      14:33:57

3            THE WITNESS:  Well, they're part of --               14:33:58

4   okay.                                                         14:34:00

5            So you have the LLM parts of the system;             14:34:00

6   right?  So the system like Meta AI or any chatbot is          14:34:03

7   a complex system of multiple modules in interaction.          14:34:09

8   One of them is the LLM and you can use the LLM to             14:34:14

9   produce either a single text or multiple text using           14:34:18

10  the temperature adjustment.                                   14:34:22

11           You can also change the prompts so you can           14:34:24

12  add a hidden-system prompt to the user prompt to              14:34:27

13  bias the system towards generating certain types of           14:34:32

14  outputs.  Okay.                                               14:34:36

15           So then the system generates multiple                14:34:36

16  outputs and then you can run those through systems            14:34:39

17  that are downstream that checks whether those                 14:34:42

18  outputs are correct or incorrect, toxic or                    14:34:44

19  non-toxic, you know, copyrighted material or not,             14:34:48

20  and it's -- it's possible that this check takes a             14:34:52

21  while and is expensive which is why you let the               14:34:58

22  system produce the text to the user and then after            14:35:01

Case 3:23-cv-03417-VC   Document 308-2   Filed 12/04/24   Page 6 of 6

11/21/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 180

| | | |
|---|---|---|
| 1 | the copyright check, for example, has been done, you | 14:35:04 |
| 2 | take down and suppress the output | 14:35:07 |
| 3 | Q. (By Ms. Geman) So could that check only | 14:35:12 |
| 4 | kind of jump in if -- even after multiple pages of a | 14:35:13 |
| 5 | copyright-protected text has shown up? | 14:35:18 |
| 6 | A. No, it doesn't take that long. | 14:35:20 |
| 7 | Q. How long does it take? | 14:35:22 |
| 8 | A. I don't know, but -- but it's on the order | 14:35:23 |
| 9 | of seconds. | 14:35:26 |
| 10 | Q. Okay. | 14:35:27 |
| 11 | And what is -- what is the name of that -- | 14:35:27 |
| 12 | I mean, I asked generally the name of the system. | 14:35:29 |
| 13 | Do you know particularly the name of -- of the | 14:35:32 |
| 14 | system that checks once the output has been | 14:35:36 |
| 15 | released? | 14:35:39 |
| 16 | A. No, I don't know. | 14:35:40 |
| 17 | Q. And how -- how does that -- that system | 14:35:40 |
| 18 | determine whether the output is copyright protected? | 14:35:46 |
| 19 | MR. WEINSTEIN: Calls for speculation. | 14:35:51 |
| 20 | THE WITNESS: So checking copyright is | 14:35:55 |
| 21 | something that Meta has done on its services for a | 14:35:56 |
| 22 | very long time. Because people post copyrighted | 14:36:02 |