# EXHIBIT A

Plaintiffs request the Court conduct an *in camera* review of the following sampling of redacted business documents and communications:

| | | |
|---|---|---|
| Meta_Kadrey_00146477 | Meta_Kadrey_00146519 | Meta_Kadrey_00146524 |
| Meta_Kadrey_00146534 | Meta_Kadrey_00146557 | Meta_Kadrey_00146583 |
| Meta_Kadrey_00152812 | Meta_Kadrey_00152994 | Meta_Kadrey_00153393 |
| Meta_Kadrey_00153722 | Meta_Kadrey_00153799 | Meta_Kadrey_00154472 |
| Meta_Kadrey_00154479 | Meta_Kadrey_00154661 | Meta_Kadrey_00154729 |
| Meta_Kadrey_00155464 | Meta_Kadrey_00155715 | Meta_Kadrey_00156178 |
| Meta_Kadrey_00156292 | | |