UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                              Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. 301]** |

An Administrative Motion to Consider Whether Another Party's Material Should Be Sealed has been filed by Plaintiffs per Local Rule 79-5(f). Having considered the Administrative Motion, and Meta's response thereto, and finding good cause for the motion, the Court hereby **GRANTS** the Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| Plaintiffs' Notice of Motion and Motion for Leave to Amend Consolidated Complaint ("Motion") (Dkt. 300) | • Redacted Portions in Exhibit A to Declaration of Nikki Vo ("Vo Declaration) |
| Exhibit 1 to the Declaration of Joshua M. Stein ("Stein Declaration") (Dkt. 300-2) | • Entire document |
| Exhibit 2 to Stein Declaration (Dkt. 300-3) | • Entire document |
| Exhibit 3 to Stein Declaration (Dkt. 300-4) | • Entire document |
| Exhibit 5 to Stein Declaration (Dkt. 300-6) | • Entire document |
| Exhibit 6 to Stein Declaration (Dkt. 300-7) | • Entire document |
| Exhibit 7 to Stein Declaration (Dkt. 300-8) | • Entire document |
| Exhibit 8 to Stein Declaration (Dkt. 300-9) | • Entire document |
| Exhibit 9 to Stein Declaration (Dkt. 300-10) | • Entire document |
| Appendix A to Stein Declaration (Dkt. 300-11) | • Redacted portions in Exhibit B to Vo Declaration |
| Appendix B to Stein Declaration (Dkt. 300-12) | • Redacted portions in Exhibit C to Vo Declaration |

**IT IS HEREBY ORDERED**.

Dated: _____

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE