UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                                    Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**[Proposed] Order Granting Unopposed Administrative Motion to File Under Seal Joint Discovery Letter Briefs (Dkts. 308 & 309)** |

An Unopposed Administrative Motion to File Under Seal a portions of the Parties' Joint Discovery Letters has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5. Having considered the Unopposed Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Unopposed Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| RFP Joint Letter Brief (Dkt. 308) | • Redacted portions |
| Privilege Letter Brief (Dkt. 309) | • Redacted portions |

**IT IS HEREBY ORDERED**.

Dated: _____

HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE