UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　　Defendant. | Case No. 23-cv-03417-VC   (TSH)<br><br>**ORDER RE MOTION TO SEAL**<br><br>Re: Dkt. No. 274 |

With respect to the motion to seal at ECF No. 274, the Court **GRANTS** the motion as to Exhibits C, D, F and H.  The Court **DENIES** the motion as to Exhibit E and **ORDERS** Meta to file Exhibit E in the public record.  The Court **DENIES** the motion as to Exhibit I.  The Court would be willing to consider a narrowly tailored motion to seal portions of Exhibit I, but sealing the entirety of the document is unwarranted.  The Court **ORDERS** Meta either to file a narrowly tailored motion to seal portions of Exhibit I by December 12, 2024, or to file the entire exhibit in the public record by that date.

**IT IS SO ORDERED.**

Dated: December 5, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge