1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11   RICHARD KADREY, *et al.*,                 Case No. 3:23-cv-03417-VC-TSH

12        Individual and Representative Plaintiffs,    **[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT TO JOINT DISCOVERY LETTER**

13        v.

14   META PLATFORMS, INC., a Delaware
     corporation;

15

16                                    Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

An Unopposed Administrative Motion to File Under Seal an exhibit to the Parties' Joint Discovery Letter has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5.  Having considered the Unopposed Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Unopposed Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| Exhibit A to Joint Letter Brief | • Redacted portions |

**IT IS HEREBY ORDERED**.

Dated:  December 6, 2024

HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE MOTION TO SEAL
3:23-CV-03417-VC-TSH