1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                              Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**[Proposed] Order Granting Unopposed Administrative Motion to File Under Seal Joint Discovery Letter and Exhibits** |

A Joint Administrative Motion to File Under Seal the Joint Discovery Letter and Exhibits has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5. Having considered the Unopposed Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Unopposed Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
| --- | --- |
| Joint Letter Brief | • Redacted portions |
| Exhibit B to Declaration of Maxwell V. Pritt ("Pritt Declaration") | • Redacted portions |
| Exhibit D to Pritt Declaration ("Krein Declaration") | • Redacted portions |
| Exhibit 6 to Joint Letter Brief | • Redacted portions |

**IT IS HEREBY ORDERED**.

Dated:   December 6, 2024

HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE

310548700