UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>  Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] Order Granting Unopposed Administrative Motion to File Under Seal Joint Discovery Letter |

[P̶R̶O̶P̶O̶S̶E̶D̶] Order re Motion to Seal
3:23-cv-03417-VC-TSH

1   A Unopposed Administrative Motion to File Under Seal the Parties' Joint Discovery Letter has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5. Having considered the Unopposed Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Unopposed Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| Joint Letter Brief | • Redacted portions |

**IT IS HEREBY ORDERED**.

Dated:  December 6, 2024

HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE