1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  RICHARD KADREY, *et al.*, | Case No. 3:23-cv-03417-VC-TSH |
| 12     Individual and Representative Plaintiffs, | [PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT DISCOVERY LETTER BRIEF AND EXHIBITS |
| 13         v. | |
| 14  META PLATFORMS, INC., a Delaware corporation; | |
| 15                       Defendant. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

An Unopposed Administrative Motion to File Under Seal portions of documents relating to the Parties' Joint Discovery Letter has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5.  Having considered the Unopposed Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Unopposed Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
| --- | --- |
| Joint Letter Brief | • Redacted portions |
| Exhibit A to Joint Letter Brief | • Redacted portions |
| Exhibit B to Joint Letter Brief | • Redacted portions |

**IT IS HEREBY ORDERED**.

Dated:  _____

HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE