# DECLARATION OF TERESA MICHAUD

## ENTIRE DOCUMENT FILED UNDER SEAL