# EXHIBIT 1

ENTIRE DOCUMENT
FILED UNDER SEAL