# EXHIBIT 2

ENTIRE DOCUMENT
FILED UNDER SEAL