COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
TERESA MICHAUD (296329)
(tmichaud@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*[Full Listing on Signature Page]*

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br>Individual and Representative Plaintiffs, <br><br>v. <br><br>META PLATFORMS, INC., a Delaware corporation; <br><br>Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE META'S OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL PRIVILEGE LETTER** |

Pursuant to Civil Local Rule 79-5(f), Defendant Meta Platforms, Inc. ("Meta") respectfully submits this Administrative Motion To Consider Whether Another Party's Material Should Be Sealed Re Meta's Opposition To Plaintiffs' Supplemental Privilege Letter ("Meta's Letter Brief") and associated materials.

The following chart lists the documents that consist of or describe Plaintiffs' privilege logs produced in this litigation. As the privilege logs describe and refer to Plaintiffs' privileged communications, the documents below may include information that Plaintiffs believe is confidential.

| Document | Sealing Request |
| --- | --- |
| Michaud Declaration | • Entire document |
| Exhibit 1 (the JSLF Privilege Log) | • Entire document |
| Exhibit 2 (the CCMS Privilege Log) | • Entire document |

A [Proposed] Order is filed concurrently herewith.

Meta is provisionally filing these materials under seal out of an abundance of caution based on the potential confidentiality of the information contained in Plaintiffs' privilege logs. Accordingly, Meta has filed a public version of Meta's Letter Brief to the docket via ECF. Meta has also filed under seal unredacted versions of the Michaud Declaration, Exhibit 1 (the JSLF Privilege Log), and Exhibit 2 (the CCMS Privilege Log).

| | | |
|---|---|---|
| 1 | Dated: December 10, 2024 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/Teresa Michaud* |
| 4 | | Bobby Ghajar<br>Philip Morton |
| 5 | | Mark Weinstein<br>Kathleen Hartnett |
| 6 | | Matthew Brigham<br>Judd Lauter |
| 7 | | Teresa Michaud<br>Liz Stameshkin |
| 8 | | Colette Ghazarian<br>Juan Pablo Gonzalez<br>Cole Poppell |
| 9 | | |
| 10 | | LEX LUMINA PLLC<br>Mark A. Lemley |
| 11 | | CLEARY GOTTLIEB STEEN & |
| 12 | | HAMILTON LLP<br>Angela L. Dunning |
| 13 | | Attorneys for Defendant |
| 14 | | META PLATFORMS, INC. |
| 15 | *Full Counsel List* | |
| 16 | COOLEY LLP | |
| 17 | PHILLIP MORTON *(pro hac vice)*<br>(pmorton@cooley.com) | |
| 18 | COLE A. POPPELL (pro hac vice)<br>(cpoppell@cooley.com) | |
| 19 | 1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400 | |
| 20 | Telephone:    (202) 842-7800 | |
| 21 | COOLEY LLP | |
| 22 | MATTHEW BRIGHAM (191428)<br>(mbrigham@cooley.com) | |
| 23 | JUAN PABLO GONZALEZ (334470)<br>(jgonzalez@cooley.com) | |
| 24 | 3175 Hanover Street<br>Palo Alto, CA  94304-1130 | |
| 25 | Telephone:    (650) 843-5000 | |
| 26 | LEX LUMINA PLLC<br>MARK A. LEMLEY (155830) | |
| 27 | (mlemley@lex-lumina.com)<br>745 Fifth Avenue, Suite 500 | |
| 28 | New York, NY 10151<br>Telephone:    (646) 898-2055 | |