UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                                Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE META'S OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL PRIVILEGE LETTER** |

An Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Re Meta's Opposition to Plaintiffs' Supplemental Privilege Letter ("Meta's Letter Brief") has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5(f).  Having considered the Administrative Motion, the Court hereby provisionally **GRANTS** the Administrative Motion and Orders **SEALED** the following subject to Plaintiffs' forthcoming statement justifying confidentiality:

| Document | Sealing Request |
|---|---|
| Michaud Declaration | • Entire document |
| Exhibit 1 (the JSLF Privilege Log) | • Entire document |
| Exhibit 2 (the CCMS Privilege Log) | • Entire document |

**IT IS HEREBY ORDERED**.

Dated: _____

_____
HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE