UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-03417-VC   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 323 |

　　　The Court has reviewed the parties' joint status report at ECF No. 323. With respect to Sy Choudhury's deposition and Meta's 30(b)(6) deposition, the Court **ORDERS** the parties to file one or more joint discovery letter briefs no later than noon Pacific time on December 12, 2024. The parties shall attach any exhibits that will help the Court to understand the disputes.

　　　**IT IS SO ORDERED.**

Dated: December 11, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge