UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>　Individual and Representative Plaintiffs,<br><br>　v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>　Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DECLARATION OF KYANNA SABANOGLU IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL OPPOSITION TO MOTION FOR LEAVE TO FILE THIRD AMENDED CONSOLIDATED COMPLAINT AND SUPPORTING EVIDENCE** |

I, Kyanna Sabanoglu, hereby declare:

1. I am Associate General Counsel, IP Litigation for Defendant, Meta Platforms, Inc. ("Meta"). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I make this declaration in support of Defendant's Administrative Motion to File Under Seal Opposition to Motion for Leave to File Third Amended Consolidated Complaint and Supporting Evidence ("Motion"). The Motion seeks to have the following documents entirely or partially sealed:

| Document | Sealing Request |
| --- | --- |
| Meta's Opposition to Motion for Leave to File Third Amended Consolidated Complaint ("Opposition") | • Redacted portions |
| Declaration of Kathleen Hartnett In Support of Opposition ("Hartnett Declaration") | • Redacted Portions |
| Exhibit A to Hartnett Declaration | • Entire document |
| Exhibit B To Hartnett Declaration | • Entire document |
| Exhibit C to Hartnett Declaration | • Entire document |
| Exhibit D to Hartnett Declaration | • Entire document |
| Exhibit E to Hartnett Declaration | • Entire document |
| Exhibit F to Hartnett Declaration | • Entire document |
| Exhibit G to Hartnett Declaration | • Entire document |
| Exhibit H to Hartnett Declaration | • Entire document |

3. Exhibit A and B to the Hartnett Declaration, which are different versions of the same document, is a highly sensitive internal document with detailed technical discussion concerning one of the datasets used to train Meta's generative AI models, including discussion of its implementation and use in developing those models. The document was designated "Highly Confidential – Attorneys Eyes Only" under the Stipulated Protective Order. Public disclosure of

1  the information in this document exposes Meta to the risk of competitive harm.

2    4. Exhibit C to the Hartnett Declaration is an excerpt of the transcript of the deposition of Meta employee Todor Mihaylov, which has been designated "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order. The excerpt includes discussion of the document that comprises Exhibits A and B to the Hartnett Declaration, discussed above. Public disclosure of the information in this excerpt exposes Meta to the risk of competitive harm.

  5. Exhibit D to the Hartnett Declaration is an excerpt of transcript of the deposition of Meta employee Melanie Kambadur which has been designated "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order. The excerpt includes discussion of confidential information concerning the data used to train its Llama models as well as Meta's highly sensitive internal processes for training those models. Public disclosure of the information in this excerpt exposes Meta to the risk of competitive harm.

  6. Exhibit E to the Hartnett Declaration is an excerpt of the transcript of the deposition of Meta employee Ahmad Al-Dahle, which has been designated "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order. The excerpt includes discussion of Meta's highly sensitive business processes and procedures for training and developing Meta's generative AI models. The discussion also refers to and involves a document produced by Meta that was designated "Highly Confidential – Attorneys' Eyes Only." Public disclosure of the information in this excerpt exposes Meta to the risk of competitive harm.

  7. Exhibit F to the Hartnett Declaration is a highly confidential internal document with analysis of datasets used to train Meta's generative AI models. The document and the comments contained therein reflect Meta's internal decision-making as to development of its AI models and include technical details regarding Meta's processes in developing those models. This document was designated "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order. Public disclosure of the information in this document exposes Meta to the risk of competitive harm.

  8. Exhibits G and H to the Hartnett Declaration are highly confidential internal documents describing Meta's internal processing of data for training its generative AI models. The

documents include highly sensitive technical details regarding its data processing methods and were designated "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order. Public disclosure of the information in these documents exposes Meta to the risk of competitive harm.

9. The redacted portions of Meta's Opposition and the Hartnett Declaration reflect, refer to, and discuss the information contained in the highly confidential documents above as well as documents attached to the Declaration of Joshua M. Stein, which Meta has also sought to seal (Dkts. 301-2–10). To the extent portions of the materials Meta seeks to seal include non-confidential background information, sealing of such information within the context of Meta's Opposition is necessary to maintain the confidentiality of Meta's protected information, as the discussion necessarily implies conduct by Meta which is highly sensitive, non-public, and which Meta has taken steps to keep confidential. As such, public disclosure of the information in those redacted portions exposes Meta to the risk of competitive harm.

10. Public disclosure of the information contained in the above-referenced materials exposes Meta to the risk of competitive harm by revealing Meta's non-public business strategies, trade secret information, technical data pertaining to the development of its generative AI offerings. For this reason, Meta takes steps to carefully protect the confidentiality of this sort of information

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed in New York, New York on this 11th day of December, 2024.

*Kyanna Sabanoglu*
Kyanna Sabanoglu

311837378