UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL OPPOSITION TO MOTION FOR LEAVE TO FILE THIRD AMENDED CONSOLIDATED COMPLAINT AND SUPPORTING EVIDENCE** |

An Administrative Motion to File Under Seal Meta's Opposition to Motion for Leave to File Third Amended Consolidated Complaint and Supporting Evidence ("Administrative Motion") has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5. Having considered the Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| Meta's Opposition to Motion for Leave to File Third Amended Consolidated Complaint ("Opposition") | • Redacted portions |
| Declaration of Kathleen Hartnett In Support of Opposition ("Hartnett Declaration") | • Redacted Portions |
| Exhibit A to Hartnett Declaration | • Entire document |
| Exhibit B To Hartnett Declaration | • Entire document |
| Exhibit C to Hartnett Declaration | • Entire document |
| Exhibit D to Hartnett Declaration | • Entire document |
| Exhibit E to Hartnett Declaration | • Entire document |
| Exhibit F to Hartnett Declaration | • Entire document |
| Exhibit G to Hartnett Declaration | • Entire document |
| Exhibit H to Hartnett Declaration | • Entire document |

**IT IS HEREBY ORDERED**.

Dated: _____

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE