COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
TERESA MICHAUD (296329)
(tmichaud@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:     (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:     (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, California 94304
Telephone: (650) 815-4131

*[Full Listing on Signature Page]*

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DEFENDANT META PLATFORMS, INC.'S RESPONSE TO COURT'S DISCOVERY ORDER OF DECEMBER 4, 2024 [DKT. 305]** |

Pursuant to the Magistrates Judge's Order on December 4, 2024 (Dkt. 305), Defendant Meta Platforms, Inc. ("Meta") hereby submits as the attached **Exhibit 1** an unredacted copy of Exhibit C (Dkt. 260-5) to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed on November 8, 2024 (Dkt. 260).

Further, Meta hereby submits as the attached exhibits below revised copies of Exhibits D-F to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed on November 8, 2024 (Dkt. 260) with narrowly tailored redactions:

- **Exhibit 2**: a revised copy of Exhibit D (Dkt. 260-6)
- **Exhibit 3**: a revised copy of Exhibit E (Dkt. 260-7)
- **Exhibit 4**: a revised copy of Exhibit F (Dkt. 260-8)

Meta respectfully submits that good cause exists for the submission of the identified portions of these documents under seal for the reasons set forth in its earlier-filed Declaration of Michelle Woodhouse (Dkt. 282) in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed on November 8, 2024 (Dkt. 260). Meta respectfully requests that the Court order sealed the redacted portions of revised Exhibits D-F.

[*Signature page follows.*]

Dated: December 11, 2024

COOLEY LLP

By: _/s/ Cole A. Poppell_
Bobby Ghajar
Philip Morton
Mark Weinstein
Kathleen Hartnett
Teresa Michaud
Matthew Brigham
Judd Lauter
Liz Stameshkin
Colette Ghazarian
Juan Pablo Gonzalez
Cole A. Poppell

LEX LUMINA PLLC
Mark A. Lemley

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Angela L. Dunning

Attorneys for Defendant
META PLATFORMS, INC.

*Full Counsel List*

COOLEY LLP
PHILLIP MORTON (*pro hac vice*)
(pmorton@cooley.com)
COLE A. POPPELL (*pro hac vice*)
(cpoppell@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   (202) 842-7800

COOLEY LLP
MATTHEW BRIGHAM (191428)
(mbrigham@cooley.com)
JUAN PABLO GONZALEZ (334470)
(jgonzalez@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

DEF'S META'S RESPONSE TO COURT'S
ORDER OF DECEMBER 4, 2024 [DKT 305]
3:23-CV-03417-VC