```
COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
TERESA MICHAUD (296329)
(tmichaud@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131
```

*Counsel for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DECLARATION OF KATHLEEN HARTNETT IN SUPPORT OF META'S OPPOSITION TO PLAINTIFFS' LETTER BRIEF REGARDING THE DEPOSITION OF SY CHOUDHURY** |

I, Kathleen Hartnett, hereby declare:

1. I am a Partner at Cooley LLP and am a member in good standing of the state bars of California, New York, and the District of Columbia. I am outside counsel for Meta Platforms, Inc. ("Meta") in this litigation.

2. The contents of this declaration are based on my personal knowledge and if called as a witness, would testify to the matters contained herein.

3. I defended the deposition of Mr. Sy Choudhury in his 30(b)(1) and 30(b)(6) capacities. During the 30(b)(1) portion of Mr. Choudhury's deposition, Plaintiffs' counsel introduced Exhibit 862 which was a document entitled "LLaMA – A New Industry Platform," with the Bates label Meta_Kadrey_00093499-00093513.00016. When counsel turned to page 00093506 of the Exhibit 862, I immediately requested that the document be clawed back. Plaintiffs' counsel stopped questioning on that portion of the document, and I allowed Plaintiffs' counsel to continue his questioning on the other, non-privileged portions of the document.

4. After the deposition, I investigated the circumstances of the production of Exhibit 862. I determined that upon initial review of the document, the redaction of this portion of the document was inadvertently missed in Meta's privilege review. Additional versions of this document were produced, and because the redaction was missed in that first version of the document, the inadvertent error was replicated across the other four versions of the document that were produced.

5. Meta did not intentionally produce this information. The deposition of Mr. Choudhury was the first use of any version of the document marked Exhibit 862 in a deposition or in any other context in this matter, and I, as Meta's counsel, immediately clawed it back.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Oakland, California on this 12th day of December, 2024.

/s/ Kathleen Hartnett
Kathleen Hartnett