COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
TERESA MICHAUD (296329)
(tmichaud@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **DECLARATION OF MORVARID METANAT IN SUPPORT OF META'S OPPOSITION TO PLAINTIFFS' LETTER BRIEF REGARDING THE DEPOSITION OF SY CHOUDHURY** |

METANAT DECL.
3:23-CV-03417-VC-TSH

I, Morvarid Metanat, hereby declare:

1. I am Director and Associate General Counsel, Artificial Intelligence Product at Meta Platforms, Inc. ("Meta") I am a member in good standing of the state bar of California.

2. The contents of this declaration are based on my personal knowledge and if called as a witness, would testify to the matters contained herein.

3. In my role as Director and Associate General Counsel, Artificial Intelligence Product at Meta, I provide legal advice to the product and engineering groups regarding artificial intelligence (AI) products and technology.

4. In or around the first week of April, 2023, I participated in a privileged meeting with Mr. Marc Shedroff and other persons in leadership regarding ███████████████. During that same week, I participated in another privileged meeting with Mr. Shedroff and Mr. Sy Choudhury regarding ███████████████. During both meetings, I provided legal advice regarding the legal risks of ███████████████. In or around the first week of April, 2023, the decision was made to ███████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Diego, California on this 12th day of December, 2024.

_____
Morvarid Metanat