# Exhibit E

Case 3:23-cv-03417-VC   Document 335-5   Filed 12/12/24   Page 2 of 5

11/13/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Patrick Clark 30(b)(6), Vol I & Vol II
Highly Confidential

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,            )
                                   )
Individual and Representative      )  Lead Case No.
Plaintiffs,                        )
                                   )  3:23-cv-03417-VC
    v.                             )
                                   )
Meta Platforms, Inc.,              )
                                   )
Defendant.                         )
_____)

** H I G H L Y  C O N F I D E N T I A L **

30(b)(6) VIDEOTAPED DEPOSITION OF
META PLATFORMS, INC.
BY: MICHAEL PATRICK CLARK
Denver, Colorado
VOLUMES I AND II
Wednesday, November 13, 2024
Thursday, November 14, 2024

Reported stenographically by:
Michelle Kirkpatrick, RDR-CRR-CRC-CRI, FCRR

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 335-5   Filed 12/12/24   Page 3 of 5

11/13/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                Highly Confidential

Page 9

```
 1                    EXAMINATION

 2   BY MS. POUEYMIROU:

 3       Q    Good evening, Mr. Clark.

 4       A    Good evening.

 5       Q    So you have spent many hours today giving

 6   testimony in your personal capacity.

 7       A    Yes.

 8       Q    Do you understand what that means?

 9       A    I do.

10       Q    And so this evening we'll start as the

11   corporate designee of Meta.

12            What does that mean to you?

13            MS. HARTNETT:  Object to the form.

14       A    It means to me that I'm going to represent

15   responses to a specific set of topics and topics

16   that, unlike my personal recollection, took time to

17   actually prepare and get information to be able to

18   respond on behalf of the company.

19   BY MS. POUEYMIROU:

20       Q    And with respect to the preparation, did

21   you review the deposition notice of the topics that

22   you've been offered for?
```

Case 3:23-cv-03417-VC   Document 335-5   Filed 12/12/24   Page 4 of 5

11/13/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.         Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                Highly Confidential

Page 10

```
 1      A    I did.
 2      Q    And you guys prepared a binder today of
 3   documents that you reviewed in preparation for these
 4   topics?
 5      A    Yes.
 6      Q    Were these documents that you chose or
 7   that your lawyers chose?
 8      A    Most of the documents were documents that
 9   the lawyers chose.
10      Q    Okay.  And how did you review the -- did
11   you review all of these documents in preparation?
12      A    I did walk through and look at each and
13   every one of the documents and then also spoke to
14   some individuals to get more clarification on
15   questions about some of the topics.
16      Q    And who did you speak with?
17      A    I spoke with Nikolay Bashlykov,
18   Sara Chugh, Lauren Cohen, Brooks Cutter, Angela Fan,
19   Ahuva Goldstand, Nick Grudin, Shaun Lindsay,
20   Steve Satterfield, and Xiaolan Wang.
21      Q    And do you understand the Llama models at
22   issue in this case -- which Llama models are at
```

Case 3:23-cv-03417-VC   Document 335-5   Filed 12/12/24   Page 5 of 5

11/13/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                  Highly Confidential

Page 200

1        STENOGRAPHIC REPORTER'S CERTIFICATE

2                  I, Michelle Kirkpatrick, a Registered

3    Diplomate Reporter, Federal Certified Realtime

4    Reporter, do hereby certify that previous to the

5    commencement of the examination, the deponent was duly

6    sworn by me to testify to the truth.

7                  I further certify that this deposition

8    was taken in shorthand by me at the time and place

9    herein set forth and was thereafter reduced to

10   typewritten form, and the foregoing constitutes a true

11   and correct transcript.

12                 I further certify that I am not related

13   to, employed by, nor of counsel for any of the parties

14   or attorneys herein nor otherwise interested in the

15   outcome of this action.

16                 IN WITNESS WHEREOF, I have hereunto set

17   my hand this 18th day of November, 2024.

18

19

20              MICHELLE KIRKPATRICK

                RDR-CRR-CRC-CRI, FCRR

21              Registered Diplomate Reporter

22              Federal Certified Realtime Reporter