# EXHIBIT C

**Meta Documents Containing Mitigation-Related Redactions**

1. Meta_Kadrey_00045976
2. Meta_Kadrey_00046203 & Meta_Kadrey_00089223 (duplicate)
3. Meta_Kadrey_00051427
4. Meta_Kadrey_00063146
5. Meta_Kadrey_00078920
6. Meta_Kadrey_00079376
7. Meta_Kadrey_00079412
8. Meta_Kadrey_00080165
9. Meta_Kadrey_00080639
10. Meta_Kadrey_00081102
11. Meta_Kadrey_00081688
12. Meta_Kadrey_00089110 & Meta_Kadrey_00092688 (duplicate)
13. Meta_Kadrey_00092365
14. Meta_Kadrey_00093797
15. Meta_Kadrey_00094549 & Meta_Kadrey_00098720 (duplicate)
16. Meta_Kadrey_00094035
17. Meta_Kadrey_00094096
18. Meta_Kadrey_00094247
19. Meta_Kadrey_00094313
20. Meta_Kadrey_00094740
21. Meta_Kadrey_00096759
22. Meta_Kadrey_00153393