**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                              Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT LETTER BRIEFS (DKTS. 334, 335, & 336)** |

An Unopposed Administrative Motion to File Under Seal Portions of the Joint Letter Brief Regarding Mitigation Privilege ("Privilege Joint Letter Brief"), the Joint Letter Brief Regarding Sy Choudhury's Deposition ("Choudhury Joint Letter Brief"), and the Joint Letter Brief Regarding 30(b)(6) Preparation ("30(b)(6) Joint Letter Brief") (collectively, the "Joint Letter Briefs") and supporting evidence has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5. Having considered the Unopposed Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Unopposed Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| **Choudhury Joint Letter Brief (Dkt. 334)** | • **Redacted portions** |
| Exhibit A to the Choudhury Joint Letter Brief (Dkt. 334-1) | • Entire document |
| Exhibit B to the Choudhury Joint Letter Brief (Dkt. 334-2) | • Entire document |
| Exhibit 1 to the Choudhury Joint Letter Brief (Dkt. 334-4) | • Entire document |
| Exhibit 2 to the Choudhury Joint Letter Brief (Dkt. 334-5) | • Entire document |
| Exhibit 3 to the Choudhury Joint Letter Brief (Dkt. 334-6) | • Entire document |
| Declaration of Sy Choudhury In Support of Choudhury Joint Letter Brief ("Choudhury Declaration") (Dkt. 334-8) | • Redacted portions |
| Declaration of Mo Metanat In Support of Choudhury Joint Letter Brief ("Metanat Declaration") (Dkt. 334-9) | • Redacted portions |
| | |
| **30(b)(6) Joint Letter Brief (Dkt. 335)** | • **Redacted portions** |
| Exhibit A to 30(b)(6) Joint Letter Brief (Dkt. 335-1) | • Entire document |
| Exhibit B to 30(b)(6) Joint Letter Brief (Dkt. 335-2) | • Entire document |
| Exhibit C to 30(b)(6) Joint Letter Brief (Dkt. 335-3) | • Entire document |
| Exhibit F to 30(b)(6) Joint Letter Brief (Dkt. 335-6) | • Entire document |
| Exhibit H to 30(b)(6) Joint Letter Brief (Dkt. 335-8) | • Entire document |
| Exhibit I to 30(b)(6) Joint Letter Brief (Dkt. 335-9) | • Entire document |

| | |
|---|---|
| **Privilege Joint Letter Brief (Dkt. 336)** | • **Redacted portions** |
| Exhibit A to Privilege Joint Letter Brief (Dkt. 336-1) | • Redacted portions |
| Exhibit B to Privilege Joint Letter Brief (Dkt. 336-2) | • Entire document |
| Exhibit D to Privilege Joint Letter Brief (Dkt. 336-4) | • Entire document |
| Exhibit E to Privilege Joint Letter Brief (Dkt. 336-5) | • Entire document |

**IT IS HEREBY ORDERED**.

Dated: _____

HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE