UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-03417-VC   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 334, 335, 336 |

For any documents over which Plaintiffs challenge Meta's invocation of attorney-client privilege in ECF Nos. 334, 335 and 336, the Court **ORDERS** Meta to submit those documents to TSHpo@cand.uscourts.gov no later than December 16, 2024 for *in camera* review. For documents that were redacted because of privilege, Meta must submit both the redacted and the unredacted versions.

**IT IS SO ORDERED.**

Dated: December 16, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge