**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>            *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**PLAINTIFFS' OPPOSITION TO META'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Plaintiffs respectfully submit this opposition to Defendant Meta Platforms, Inc.'s Administrative Motion to File Under Seal, Dkt. 328. In opposing Plaintiffs' Motion for Leave to File Third Amended Consolidated Complaint, Meta continues its pattern of sealing all references to the methods Meta used for downloading[1] and distributing pirated works from third-party datasets, as well as all references to the specific datasets that Meta used.

Meta apparently has developed a list of "prohibited words" that it seeks to seal and redact every time such words are used in briefing. *E.g.*, Dkt. 335 (extensively redacting a discovery letter brief because one of the prohibited words is its primary subject). The mere utterance of these prohibited words does not implicate any commercially sensitive Meta business information, nor are the words trade secrets. Meta may be uncomfortable with their public use, but it is settled law that the "mere fact that the production of records may lead to a litigant's embarrassment" is not sufficient to warrant sealing. *E.g.*, *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). And this Court "almost always denies motions to seal because they are almost always without merit." Standing Order at ¶ 29; *see also* Judge Hixson Standing Order at 2 ("The parties are reminded that court proceedings are presumptively public."). In this case, the Court has already directed the parties to "avoid any unnecessary redactions" where "there is no conceivable reason that any of the redacted portions . . . would need to be sealed." Dkt. 192.

The public has the right to learn how Meta acquired the copyrighted works used to train the Llama Models. Plaintiffs are not asking Meta to divulge its source code or the specifics of its Llama training methods. Instead, Plaintiffs simply ask that Meta refrain from sealing generalized references to the third-party datasets it used and the methods it employed to download the works

---

[1] To avoid needing to seal *this* two-page opposition, Plaintiffs use the general word "downloading" as a euphemism for the similar word that Meta always tries to seal. *See* Dkt. 329 at 2 (redacting that word).

at issue. Meta defends this case by arguing that these same datasets are "publicly available" sources of text works, Dkt. 329 at 13, and there is no basis to seal their names. Further, the downloading processes that Meta uses are widely known in the industry. *See* Dkt. No. 335 at nn. 1-2 (Meta redacting citations to public law journal articles simply because they mention these processes).

As this case has progressed, Meta's censorship of embarrassing (but not commercially sensitive) information has, if anything, increased. Without judicial intervention, the forthcoming summary judgment and class certification briefing will effectively be hidden from the public. Plaintiffs thus request that the Court (1) partially deny Meta's Administrative Motion to File Under Seal, and (2) direct Meta to refrain from sealing the main body of its briefs with the exception of any excerpts that directly quote case documents designated pursuant to the Protective Order, and for which Meta can make the requisite showing in accordance with this Court's Standing Order.

at issue. Meta defends this case by arguing that these same datasets are "publicly available" sources of text works, Dkt. 329 at 13, and there is no basis to seal their names. Further, the downloading processes that Meta uses are widely known in the industry. *See* Dkt. No. 335 at nn. 1-2 (Meta redacting citations to public law journal articles simply because they mention these processes).

As this case has progressed, Meta's censorship of embarrassing (but not commercially sensitive) information has, if anything, increased. Without judicial intervention, the forthcoming summary judgment and class certification briefing will effectively be hidden from the public. Plaintiffs thus request that the Court (1) partially deny Meta's Administrative Motion to File Under Seal, and (2) direct Meta to refrain from sealing the main body of its briefs with the exception of any excerpts that directly quote case documents designated pursuant to the Protective Order, and for which Meta can make the requisite showing in accordance with this Court's Standing Order.

Dated: December 16, 2024

By:  /s/ *Joshua M. Stein*
         Joshua M. Stein

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
rstoler@lchb.com

Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013-1413
(212) 355-9500
rgeman@lchb.com

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727

**JOSEPH SAVERI LAW FIRM LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Margaux Poueymirou (SBN 356000)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
mpoueymirou@saverilawfirm.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
James Ulwick (*pro hac vice*)
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

David Straite (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
dsraite@dicellolevitt.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632

jpanuccio@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class.*

mb@buttericklaw.com

**COWAN DEBAETS ABRAMS & SHEPPARD LLP**
Scott J. Sholder (*pro hac vice*)
CeCe M. Cole
60 Broad Street, 30th Floor
New York, NY 10004
(212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*