UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 23-cv-03417-VC (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 309 |

For any documents over which Plaintiffs challenge Meta's invocation of attorney-client privilege in ECF No. 309 (including the parties' supplemental filings concerning that dispute), the Court **ORDERS** Meta to submit those documents to TSHpo@cand.uscourts.gov no later than December 18, 2024 for in camera review. Meta must submit both the redacted and unredacted versions.

**IT IS SO ORDERED.**

Dated: December 17, 2024

THOMAS S. HIXSON
United States Magistrate Judge