UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>  Defendant. | Case No. 23-cv-03417-VC   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 334, 335, 336 |

In ECF No. 341, the Court ordered Meta to submit certain documents for *in camera* review. However, the Court is not able to access any of the documents Meta submitted. The Court **ORDERS** Meta to submit those documents for *in camera* review by delivering a thumb drive to the Clerk's Office with the documents on them no later than December 19, 2024. The Court assumes the thumb drive will be password protected, and **ORDERS** Meta to submit the password to TSHpo@cand.uscourts.gov.

  **IT IS SO ORDERED.**

Dated: December 17, 2024

THOMAS S. HIXSON
United States Magistrate Judge