# EXHIBIT H

COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*[Full Listing on Signature Page]*

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>Individual and Representative<br><br>              Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>              Defendant. | Case No. 3:23-cv-03417-VC<br><br>**DEFENDANT META PLATFORMS, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION** |

1    subject matter of the Request, including documents and communications with limited, if any,

2    relevance to Plaintiffs' copyright infringement allegations and Meta's defenses thereto.

3         Meta objects to this Request to the extent it seeks information that is not relevant to any

4    party's claims or defenses, and on the ground that it presumes that a "decision" was made to include

5    this language.

6         Subject to and without waiving the foregoing objections, and pursuant to the terms of the

7    Protective Order and ESI Order, Meta will conduct a reasonable search for and produce non-

8    privileged, responsive documents in its possession, custody, or control, if any, concerning Meta's

9    decision, if any, to describe Llama 2 training data as "publicly available" in the Llama 2 Paper.

10   **REQUEST FOR PRODUCTION NO. 81:**

11        All Documents and Communications related to the decision to use Shadow Datasets for

12   training Llama Models.

13   **RESPONSE TO REQUEST NO. 81:**

14        Meta incorporates by reference its objections and definitions above, including to the term

15   Shadow Datasets.  Any electronic communications, including emails and documents attached

16   thereto, will only be produced pursuant to and in accordance with the ESI Order.

17        Meta objects to this Request because, on its face, it does not exclude documents and

18   communications exchanged with or at the direction of Meta's attorneys concerning legal advice or

19   opinions, which are subject to attorney-client privilege and/or attorney work product

20   doctrine.  Such documents will not be produced.

21        Meta objects to this Request as overbroad, unduly burdensome, and disproportionate to the

22   needs of the case to the extent that it seeks all documents and communications concerning the

23   subject matter of the Request, including documents and communications with limited, if any,

24   relevance to Plaintiffs' copyright infringement allegations and Meta's defenses thereto, in particular

25   to the extent it concerns datasets that do not include Plaintiffs' asserted works.

26        Meta objects to this Request to the extent it seeks information that is not relevant to any

27   party's claims or defenses.

28        Meta objects to this Request to the extent that Meta has already searched for and provided

1    documents responsive to this Request, which overlaps with prior Requests.

2        Subject to and without waiving the foregoing objections, and pursuant to the terms of the

3    Protective Order and ESI Order, Meta will conduct a reasonable search for and produce non-

4    privileged, responsive documents in its possession, custody, or control concerning Meta's decision

5    to use data from Third Party Datasets (as construed above) to train the Llama Models (as construed

6    above).

7    **REQUEST FOR PRODUCTION NO. 82:**

8        All Documents and Communications related to the role of EleutherAI in the acquisition and

9    use of Books3.

10   **RESPONSE TO REQUEST NO. 82:**

11       Meta incorporates by reference its objections and definitions above, including to the term

12   EleutherAI.  Any electronic communications, including emails and documents attached thereto,

13   will only be produced pursuant to and in accordance with the ESI Order.

14       Meta objects to this Request because, on its face, it does not exclude documents and

15   communications exchanged with or at the direction of Meta's attorneys concerning legal advice or

16   opinions, which are subject to attorney-client privilege and/or attorney work product

17   doctrine.  Such documents will not be produced.

18       Meta objects to this Request as vague and ambiguous as to the terms "role" and "acquisition

19   and use," as it fails to identify with specificity the scope of what the Request is referring to,

20   including what constitutes a "role" or the "acquisition and use" of Books3, and fails to specify

21   whose "acquisition and use" of Books3 is at issue.  Meta construes this Request as seeking

22   documents related to EleutherAI's involvement, if any, in Meta's use of Books3 to train the Llama

23   Models (as construed above).

24       Meta objects to this Request as overbroad, unduly burdensome, and disproportionate to the

25   needs of the case to the extent that it seeks all documents and communications concerning the

26   subject matter of the Request, including documents and communications with limited, if any,

27   relevance to Plaintiffs' copyright infringement allegations and Meta's defenses thereto.

28       Meta objects to this Request to the extent it seeks information that is not relevant to any

1    Meta objects to this Request as vague, ambiguous, and indefinite as to "copyrighted

2  material," as the Request does not identify any and Meta is not in a position to know whether any

3  particular work is subject to copyright protection. Meta construes this Request as seeking

4  documents concerning Meta's training data memorization mitigations for the Llama Models (as

5  construed above).

6    Meta objects to this Request as overbroad, unduly burdensome, and disproportionate to the

7  needs of the case to the extent that it seeks all documents and communications, including source

8  code, concerning the subject matter of the Request, including documents and communications with

9  limited, if any, relevance to Plaintiffs' copyright infringement allegations and Meta's defenses

10  thereto.

11    Meta objects to this Request to the extent it seeks information that is not relevant to any

12  party's claims or defenses.

13    Meta objects to this Request as duplicative of other Requests, including Request No. 116.

14    Meta objects to this Request to the extent that Meta has already searched for and produced

15  documents responsive to this Request, which overlaps with prior Requests.

16    Subject to and without waiving the foregoing objections, and pursuant to the terms of the

17  Protective Order and ESI Order, Meta will conduct a reasonable search for and produce non-

18  privileged, responsive documents in its possession, custody, or control, if any, sufficient to show

19  Meta's training data memorization mitigations for the Llama Models (as construed above).

20  **REQUEST FOR PRODUCTION NO. 119:**

21    All Documents and Communications, including source code, relating to the processing of

22  copyrighted material used in training Llama Models, including storage and deletion of copyrighted

23  material.

24  **RESPONSE TO REQUEST NO. 119:**

25    Meta incorporates by reference its objections and definitions above. Any electronic

26  communications, including emails and documents attached thereto, will only be produced pursuant

27  to and in accordance with the ESI Order.

28    Meta objects to this Request because, on its face, it does not exclude documents and

COOLEY LLP
ATTORNEYS AT LAW

45

META'S OBJ & RESPS TO
PLTF'S FIFTH SET OF RFPS
3:23-CV-03417-VC

1   communications exchanged with or at the direction of Meta's attorneys concerning legal advice or

2   opinions, which are subject to attorney-client privilege and/or attorney work product

3   doctrine.  Such documents will not be produced.

4         Meta objects to this Request as vague, ambiguous, and indefinite as to "copyrighted

5   material," as the Request does not identify any and Meta is not in a position to know whether any

6   particular training data is protected by copyright.  Meta also objects to this Request on the ground

7   that it presupposes that there are documents related to the processing, storage, and deletion of

8   copyrighted material separate and apart from other training data.

9         Meta objects to this Request as duplicative of other Requests.

10         Meta objects to this Request as overbroad, unduly burdensome, and disproportionate to the

11   needs of the case to the extent that it seeks all documents and communications concerning the

12   subject matter of the Request, including documents and communications, including source code,

13   with limited, if any, relevance to Plaintiffs' copyright infringement allegations and Meta's defenses

14   thereto.

15         Meta objects to this Request to the extent it seeks information that is not relevant to any

16   party's claims or defenses.

17         Meta objects to this Request as duplicative of other Requests, including Request Nos. 116

18   and 118.

19         Meta is willing to meet and confer with Plaintiffs regarding the appropriate scope, if any of

20   this Request.

21   **REQUEST FOR PRODUCTION NO. 120:**

22         All Documents and Communications, including source code, relating to actual or

23   contemplated source code changes within Llama Models, including source code "commits" and

24   "pull requests."

25   **RESPONSE TO REQUEST NO. 120:**

26         Meta incorporates by reference its objections and definitions above.  Any electronic

27   communications, including emails and documents attached thereto, will only be produced pursuant

28   to and in accordance with the ESI Order.