**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice* forthcoming)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.*,*<br><br>   *Individual and Representative Plaintiffs*,<br><br> v.<br><br>META PLATFORMS, INC.,<br>                                              *Defendant*. | Case No. 3:23-cv-03417-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

An Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Re: Reply in Support of Plaintiffs' Motion for Leave to Amend has been filed by Plaintiffs per Local Rule 79-5(f). Having considered the Administrative Motion, the Court hereby provisionally GRANTS the Administrative Motion and Orders SEALED the following subject to Meta's' forthcoming statement justifying confidentiality:

| Documents Sought to be Sealed | Portions to be Filed Under Seal |
|---|---|
| Reply Brief | Portions highlighted in yellow |
| Stein Decl. Ex. A | Entire document |
| Stein Decl. Ex. B | Entire document |
| Stein Decl. Ex. C | Entire document |
| Stein Decl. Ex. D | Entire document |
| Stein Decl. Ex. E | Entire document |
| Stein Decl. Ex. F | Entire document |
| Stein Decl. Ex. G | Entire document |

**IT IS HEREBY ORDERED.**

Dated: _____          _____
                                        HON. VINCE CHHABRIA
                                        UNITED STATES DISTRICT JUDGE