# EXHIBIT F

**Exhibit F**

|  |  | Pages Produced by Plaintiffs | | | Docs Produced by Plaintiffs | | |
|---|---|---|---|---|---|---|---|
| Plaintiff | Dep. Date | Total Pages | Pages Post-Depo | Percent Post-Depo | Total Docs | Docs Post-Depo | Percent Post-Depo |
| *Hwang* | 9/16/24 | 1084 | 721 | 66.50% | 232 | 110 | 47.40% |
| *Golden* | 9/17/24 | 16930 | 14752 | 87.10% | 305 | 265 | 86.90% |
| *Lippman* | 9/17/24 | 5030 | 464 | 9.20% | 142 | 86 | 60.60% |
| *TerKeurst* | 9/23/24 | 26509 | 21310 | 80.40% | 5072 | 3657 | 72.10% |
| *Greer* | 9/24/24 | 592 | 388 | 65.50% | 122 | 39 | 32% |
| *Kadrey* | 9/25/24 | 4781 | 3962 | 82.90% | 500 | 199 | 39.80% |
| *Woodson* | 9/30/24 | 1813 | 534 | 29.50% | 266 | 88 | 33.10% |
| *Silverman* | 10/10/24 | 1402 | 1295 | 92.40% | 259 | 227 | 87.70% |
| *Diaz* | 11/20/24 | 654 | 323 | 49.40% | 86 | 60 | 69.80% |
| *Coates* | 11/21/24 | 781 | 241 | 30.90% | 113 | 47 | 41.60% |
| *Farnsworth* | 12/4/24 | 62220 | 43 | 0.07% | 1449 | 7 | 0.48% |
| *Klam* | 12/10/24 | 353 | 0 | 0 | 143 | 0 | 0 |
| *Snyder* | 12/11/24 | 473 | 19 | 4% | 101 | 18 | 17.80% |