# EXHIBIT A

Kadrey v. Meta Platforms, Inc
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc
Third Privilege Log (email) - December 13, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | | 11/17/2023 22:06 | Email Chain seeking and containing legal advice concerning regulatory and contract issues | Attorney Client | | | | Privileged - Withhold | EMAIL | StandAlone Document |
| 14 | | | | | | | | | 2/6/2024 23:04 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | | | | Privileged - Withhold | EMAIL | StandAlone Document |
| 15 | | | | | | | | | 1/3/2024 23:44 | Email Chain seeking and containing legal advice concerning copyright issues | Attorney Client;Work Product | | | | Privileged - Withhold | EMAIL | StandAlone Document |
| 16 | Meta_Kadrey_00217915 | Meta_Kadrey_00217915 | | | | | | | 1/5/2024 3:31 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | EMAIL | StandAlone Document |
| 21 | | | | | | | | | 12/19/2023 19:53 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | | | | Privileged - Withhold | EMAIL | StandAlone Document |
| 34 | Meta_Kadrey_00218170 | Meta_Kadrey_00218170 | | | | | | | 10/19/2022 16:09 | Chat reflecting legal advice concerning copyright and data privacy issues | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | WP Chats | StandAlone Document |
| 69 | | | | | | | | | 9/9/2023 3:44 | Email providing information for the purpose of facilitating legal advice concerning copyright issues | Attorney Client | | | | Privileged - Withhold | EMAIL | Parent |
| 111 | | | | | | | | | 1/8/2024 16:16 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | | | | Privileged - Withhold | EMAIL | StandAlone Document |
| 133 | Meta_Kadrey_00231279 | Meta_Kadrey_00231277 | | | | | | | 12/8/2022 0:31 | Image reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Withhold | WP Chats | Attachment |
| 151 | | | | | | | | | 12/28/2023 15:46 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | | | | Privileged - Withhold | EMAIL | StandAlone Document |
| 152 | | | | | | | | | 12/28/2023 16:30 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | | | | Privileged - Withhold | EMAIL | StandAlone Document |
| 153 | Meta_Kadrey_00209314 | Meta_Kadrey_00209314 | | | | | | | 1/4/2024 8:01 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | EMAIL | StandAlone Document |

Kadrey v Meta Platforms, Inc
Case No 3 23-cv-03417-VC

Meta Platforms, Inc
Third Privilege Log (email) - December 13, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 154 | Meta_Kadrey_00209323 | Meta_Kadrey_00209323 | | | | | | | 1/4/2024 15 28 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | | | | Privileged - Redact | EMAIL | StandAlone Document |
| 270 | | | | | | | | | 10/20/2022 17 16 | Email requesting information for the purpose of facilitating legal advice and containing legal advice concerning copyright issues | Attorney Client | | | | Privileged - Withhold | EMAIL | StandAlone Document |
| 654 | | | | | | | | | 10/4/2022 22 10 | Document seeking and reflecting legal advice concerning copyright issues | Attorney Client | | | | Privileged - Withhold | EMAIL | StandAlone Document |
| 655 | | | | | | | | | 10/4/2022 0 02 | Email seeking and reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Withhold | EMAIL | Parent |
| 656 | | | | | | | | | 10/4/2022 0 02 | Document seeking and reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Withhold | EMAIL | Attachment |
| 814 | | | | | | | | | 4/5/2023 16 31 | Email Chain seeking and containing legal advice concerning copyright issues | Attorney Client | External Legal Counsel | | | Privileged - Withhold | EMAIL | Parent |
| 816 | | | | | | | | | 4/5/2023 19 00 | Email Chain seeking and containing legal advice concerning copyright issues | Attorney Client | External Legal Counsel | | | Privileged - Withhold | EMAIL | Parent |
| 836 | Meta_Kadrey_00155044 | Meta_Kadrey_00155044 | | | | | | | 7/19/2024 1 54 | Chat reflecting legal advice concerning copyright and contract issues | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | EMAIL | StandAlone Document |
| 1010 | Meta_Kadrey_00155714 | Meta_Kadrey_00155714 | | | | | | | 4/5/2023 23 07 | Chat seeking and reflecting legal advice concerning copyright and contract issues | Attorney Client | | | | Privileged - Redact | WP Chats | StandAlone Document |
| 1239 | Meta_Kadrey_00204208 | Meta_Kadrey_00204208 | | | | | | | 4/24/2023 17 00 | Calendar/Meeting Invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | EMAIL | StandAlone Document |

Kadrey v. Meta Platforms, Inc
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc
Third Privilege Log (email) - December 13, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1240 | Meta_Kadrey_00204210 | Meta_Kadrey_00204210 | | | | | | | 4/24/2023 17 00 | Calendar/Meeting invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | EMAIL | StandAlone Document |
| 1241 | Meta_Kadrey_00204212 | Meta_Kadrey_00204212 | | | | | | | 4/24/2023 17 00 | Calendar/Meeting invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | EMAIL | StandAlone Document |
| 1242 | Meta_Kadrey_00204214 | Meta_Kadrey_00204214 | | | | | | | 4/24/2023 17 00 | Calendar/Meeting invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | EMAIL | StandAlone Document |
| 1243 | Meta_Kadrey_00204216 | Meta_Kadrey_00204216 | | | | | | | 4/24/2023 17 00 | Calendar/Meeting invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | EMAIL | StandAlone Document |
| 1246 | | | | | | | | | 9/11/2023 15 11 | Email Chain providing information for the purpose of facilitating legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand | | | Privileged - Withhold | EMAIL | Parent |
| 1251 | Meta_Kadrey_00204218 | Meta_Kadrey_00204218 | | | | | | | 11/21/2023 21 56 | Document reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | EMAIL | StandAlone Document |
| 1252 | Meta_Kadrey_00204223 | Meta_Kadrey_00204223 | | | | | | | 4/21/2023 17 03 | Chat seeking legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | WP Chats | StandAlone Document |
| 1256 | Meta_Kadrey_00204235 | Meta_Kadrey_00204235 | | | | | | | 1/5/2024 16 54 | Chat reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | WP Chats | StandAlone Document |
| 1344 | | | | | | | | | 12/19/2023 19 57 | Document reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Withhold | EMAIL | StandAlone Document |
| 1364 | | | | | | | | | 12/19/2023 19 57 | Document reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Withhold | EMAIL | StandAlone Document |
| 1373 | Meta_Kadrey_00211852 | Meta_Kadrey_00211852 | | | | | | | 1/5/2024 15 16 | Chat reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | WP Chats | StandAlone Document |

Case 3:23-cv-03417-VC    Document 355-1    Filed 12/20/24    Page 5 of 7

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc.
Third Privilege Log (non-email) - December 13, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | Custodians | Author/From | Date | Privilege Description | Privilege Type | Legal Source | Filename | Withhold/Redact | Data Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | Meta Platforms, Inc | | 11/20/2024 | Document providing legal advice concerning copyright and data privacy issues | Attorney Client | ███ | ███ | Privileged - Withhold | GSUITE |
| 87 | | Meta Platforms, Inc | | 11/20/2024 | Document seeking and reflecting legal advice concerning copyright and data privacy issues | Attorney Client | ███ | ███ | Privileged - Withhold | GSUITE |
| 88 | | Meta Platforms, Inc | | 11/20/2024 | Document seeking and reflecting legal advice concerning copyright and data privacy issues | Attorney Client | ███ | ███ | Privileged - Withhold | GSUITE |
| 104 | Meta_Kadrey_00218543 | ███ | ███ | 1/24/2023 | Document seeking and containing legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | ███ | Privileged - Redact | GSUITE |
| 146 | | ███ | ███ | 6/5/2024 | Spreadsheet seeking and containing legal advice concerning product development, copyright, and data privacy issues | Attorney Client | MPI In-House Legal Counsel | ███ | Privileged - Withhold | GSUITE |
| 147 | | ███ | ███ | 6/5/2024 | Spreadsheet seeking and containing legal advice concerning product development, copyright, and data privacy issues | Attorney Client | MPI In-House Legal Counsel | ███ | Privileged - Withhold | GSUITE |

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Case 3:23-cv-03417-VC   Document 355-1   Filed 12/20/24   Page 6 of 7
Meta Platforms, Inc.
Third Privilege Log (non-email) - December 13, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | Custodians | Author/From | Date | Privilege Description | Privilege Type | Legal Source | Filename | Withhold/Redact | Data Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 163 | | Meta Platforms, Inc | | 4/30/2024 | Document providing legal advice concerning product development | Attorney Client | ███ | ███ | Privileged - Withhold | Google Workspace |
| 186 | | ███ | ███ | 4/11/2023 | Document seeking legal advice concerning copyright issues | Attorney Client | ███ | ███ | Privileged - Withhold | GSUITE |
| 187 | | ███ | ███ | 4/11/2023 | Document seeking legal advice concerning copyright issues | Attorney Client | ███ | ███ | Privileged - Withhold | GSUITE |
| 295 | Meta_Kadrey_00207827 | ███ | ███ | 5/9/2023 | Document seeking and reflecting legal advice concerning copyright and contract issues | Attorney Client | MPI In-House Legal Counsel | ███ | Privileged - Redact | OneDrive |
| 320 | Meta_Kadrey_00208832 | ███ | ███ | 3/31/2023 | Document seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | ███ | Privileged - Redact | GSUITE |
| 321 | Meta_Kadrey_00212263 | Meta Platforms, Inc | ███ | 3/31/2023 | Document seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | ███ | Privileged - Redact | GSUITE |

Kadrey v. Meta Platforms, Inc
Case No. 3:23-cv-03417-VC
Meta Platforms, Inc
Fourth Privilege Log - December 16, 2024
Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | Beg Attach | Custodians | Author/From | To | CC | BCC | Legal Source | Date | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Meta_Kadrey_00232034 | Meta_Kadrey_00232034 | | | | | | MPI In-House Legal Counsel | 2/16/2024 | Chat reflecting legal advice concerning copyright and contract issues | Attorney Client |
| 8 | Meta_Kadrey_00088019 | Meta_Kadrey_00088019 | | | | | | MPI In-House Legal Counsel | 5/23/2024 | Document seeking and reflecting legal advice concerning copyright and data privacy issues | Attorney Client |
| 56 | Meta_Kadrey_00093954 | Meta_Kadrey_00093954 | | | | | | MPI In-House Legal Counsel | 2/24/2023 | Chat reflecting legal advice concerning copyright, data privacy, and safety issues | Attorney Client |
| 5 | Meta_Kadrey_00146533 | Meta_Kadrey_00146533 | | | | | | MPI In-House Legal Counsel | 7/24/2023 | Chat reflecting legal advice concerning copyright and contract issues | Attorney Client |

| Email Subject | Filename | Withhold/Redact/Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|
| | | Privileged - Redact | WhatsApp | Standalone |
| | | Privileged - Redact | GSUITE | Parent |
| | | Privileged - Redact | WhatsApp | Standalone |
| | | Privileged - Withhold | WhatsApp | Standalone |