# EXHIBIT D

| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>David Boies (*pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200<br>dboies@bsfllp.com<br><br>Maxwell V. Pritt (SBN 253155)<br>Joshua I. Schiller (SBN 330653)<br>Joshua M. Stein (SBN 298856)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>(415) 293-6800<br>mpritt@bsfllp.com<br>jischiller@bsfllp.com<br>jstein@bsfllp.com<br><br>Jesse Panuccio (*pro hac vice*)<br>1401 New York Ave, NW<br>Washington, DC 20005<br>(202) 237-2727<br>jpanuccio@bsfllp.com<br><br>David L. Simons (*pro hac vice*)<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>(914) 749-8200<br>dsimons@bsfllp.com | **JOSEPH SAVERI LAW FIRM, LLP**<br>Joseph R. Saveri (SBN 130064)<br>Cadio Zirpoli (SBN 179108)<br>Christopher K.L. Young (SBN 318371)<br>Holden Benon (SBN 325847)<br>Aaron Cera (SBN 351163)<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>(415) 500-6800<br>jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>hbenon@saverilawfirm.com<br>acera@saverilawfirm.com<br><br>Matthew Butterick (SBN 250953)<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>(323) 968-2632<br>mb@buttericklaw.com<br><br>**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**<br>Bryan L. Clobes (*pro hac vice*)<br>135 S. LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>(312)-782-4880<br>bclobes@caffertyclobes.com |

*Counsel for Individual and Representative Plaintiffs and the Proposed Class. (additional counsel included below)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>*Defendant*. | Case No. 3:23-cv-03417-VC<br><br>**PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT META** |

Case No. 3:22-cv-03223-AMO

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 79**

All Documents and Communications related to the decision to describe the Books3 database as "publicly available" in the Llama 1 Paper.

**REQUEST FOR PRODUCTION NO. 80**

All Documents and Communications related to the decision to describe the Books3 database as "publicly available" in the Llama 2 Paper.

**REQUEST FOR PRODUCTION NO. 81**

All Documents and Communications related to the decision to use Shadow Datasets for training Llama Models.

**REQUEST FOR PRODUCTION NO. 82**

All Documents and Communications related to the role of EleutherAI in the acquisition and use of Books3.

**REQUEST FOR PRODUCTION NO. 83**

All Documents and Communications related to the role of The Eye in the distribution of Books3.

**REQUEST FOR PRODUCTION NO. 84**

All Documents and Communications related to the role of Hugging Face in the distribution of Books3.

**REQUEST FOR PRODUCTION NO. 85**

All Documents and Communications related to the decision to use Torrent Systems to acquire data for training Llama Models.

**REQUEST FOR PRODUCTION NO. 86**

All Documents and Communications related to the decision to use books for long-range context modeling research.

**REQUEST FOR PRODUCTION NO. 87**

All Documents and Communications related to the decision to use books for coherent storytelling in the training of Llama Models.

**REQUEST FOR PRODUCTION NO. 129**

Documents sufficient to identify all individuals, currently or formerly employed by Meta, including their roles and titles, who work or worked on Meta's AI research and development projects, including Llama models, and/or on Meta's licensing efforts with respect to AI training data.

**REQUEST FOR PRODUCTION NO. 130**

All Documents and Communications, including discussions, deliberations, or negotiations related to any actual, proposed, or contemplated licensing agreements (even if never written or executed) for AI training data, including any actual, proposed, or contemplated terms, conditions, and consideration.

Dated: October 9, 2024                    By:    /s/ David L. Simons

| | |
|---|---|
| **JOSEPH SAVERI LAW FIRM, LLP** | **BOIES SCHILLER FLEXNER LLP** |
| Joseph R. Saveri (SBN 130064) | David Boies (*pro hac vice*) |
| Cadio Zirpoli (SBN 179108) | 333 Main Street |
| Christopher K.L. Young (SBN 318371) | Armonk, NY 10504 |
| Holden Benon (SBN 325847) | (914) 749-8200 |
| Aaron Cera (SBN 351163) | dboies@bsfllp.com |
| 601 California Street, Suite 1505 | |
| San Francisco, California 94108 | Maxwell V. Pritt (SBN 253155) |
| (415) 500-6800 | Joshua I. Schiller (SBN 330653) |
| jsaveri@saverilawfirm.com | Joshua M. Stein (SBN 298856) |
| czirpoli@saverilawfirm.com | 44 Montgomery Street, 41st Floor |
| cyoung@saverilawfirm.com | San Francisco, CA 94104 |
| hbenon@saverilawfirm.com | (415) 293-6800 |
| acera@saverilawfirm.com | mpritt@bsfllp.com |
| | jischiller@bsfllp.com |
| Matthew Butterick (SBN 250953) | jstein@bsfllp.com |
| 1920 Hillhurst Avenue, #406 | |
| Los Angeles, CA 90027 | Jesse Panuccio (*pro hac vice*) |
| (323) 968-2632 | 1401 New York Ave, NW |
| mb@butericklaw.com | Washington, DC 20005 |

Case No. 3:23-cv-03417-VC            17
PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT META

|   |   |
|---|---|
| **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** | (202) 237-2727 |
| Bryan L. Clobes (*pro hac vice*) | jpanuccio@bsfllp.com |
| 135 S. LaSalle Street, Suite 3210 | |
| Chicago, IL 60603 | David L. Simons (*pro hac vice*) |
| (312)-782-4880 | 55 Hudson Yards, 20th Floor |
| bclobes@caffertyclobes.com | New York, NY 10001 |
|  | (914) 749-8200 |
|  | dsimons@bsfllp.com |

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
James Ulwick (*pro hac vice*)
(312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

David Straite (*pro hac vice*)
(646) 933-1000
dsraite@dicellolevitt.com
485 Lexington Avenue
Suite 1001
New York, New York 10017

## CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Boies Schiller Flexner LLP. My business address is 55 Hudson Yards, New York, NY 10001. I am over the age of eighteen and not a party to this action.

On October 9, 2024, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT META**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2024.

*/s/ David L. Simons*

# SERVICE LIST

Bobby A. Ghajar
Colette Ani Ghazarian
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Email: bghajar@cooley.com
    cghazarian@cooley.com

Kathleen R. Hartnett
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Email: khartnett@cooley.com

Judd D. Lauter
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Email: jlauter@cooley.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Email: mlemley@lex-lumina.com

Angela L. Dunning
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road
Palo Alto, CA 94304-1254
Email: adunning@cgsh.com

*Counsel for Defendant Meta Platforms, Inc.*