# EXHIBIT E

| | |
|---|---|
| **From:** | Maxwell Pritt <mpritt@BSFLLP.com> |
| **Sent:** | Tuesday, November 26, 2024 14:05 |
| **To:** | Lauter, Judd; Llama C-Counsel |
| **Cc:** | z/Meta-Kadrey; Dunning, Angela L. |
| **Subject:** | RE: Kadrey v. Meta - Meet and confer follow-up |

**[External]**

Counsel,

Following up on yesterday's 2 PM PT M&C, Plaintiffs agree the following issues are moot in light of the responses/compromises in Judd's 1:55 PM email from yesterday (11/25):

- Plaintiffs' ROGs 19, 20, 22
- Plaintiffs' RFAs 44 and 98
- Plaintiffs' RFPs 120 and 134

Separately, as confirmed on yesterday's M&C, the parties are at an impasse on the following issues:

- Plaintiffs' RFPs 118-119
- Plaintiffs' RFPs 121-122

Plaintiffs do intend to brief RFPs 118-119 and 121-122. We note that Meta maintains its refusal to produce documents and communications responsive to RFP 119 despite our offered compromise so we will move in full on that RFP. We also note that Meta has not clarified its intended scope of its limitation on RFP 118 to "sufficient to show Meta's training data memorization mitigations for the Llama Models (as construed above)"—please let us know if Meta is excluding both Llamas 4 and 5, and if Meta excluding documents and communications concerning Meta's stripping or removing of copyright management information from copyrighted material.

Our plan is to send a draft letter brief at 3 PM PT next Monday for Wednesday turnaround and filing. Thank you.

Best,
Max

**From:** Lauter, Judd <jlauter@cooley.com>
**Sent:** Monday, November 25, 2024 1:55 PM
**To:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>
**Subject:** Kadrey v. Meta - Meet and confer follow-up

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Counsel,

In advance of today's meet and confer, Meta has set forth its responses to the unresolved issues detailed below. Except as to RFPs 121 and 122, we believe these issues are now moot. We look forward to your confirmation of the same.

Regards,

Judd

| Issue / ROG | Response / Compromise |
|---|---|
| **ROG 17** | Meta will amend its response to this Interrogatory to read as follows:<br><br>Subject to and without waiving the foregoing objections, Meta responds as follows: Meta is not relying on the advice of counsel defense. |
| **ROG 19** | Meta will amend its response to provide a high-level explanation of the identified documents and what they show regarding Meta's revenue from its partnerships. |
| **ROG 20** | Meta will provide a description of its agreements with Amazon, Google, and Microsoft, in addition to producing copies of those agreements. |
| **ROG 22** | In light of Meta's agreement to amend the foregoing responses, we understand that Plaintiffs will drop their demands as to this Interrogatory. |


| Issue / RFAs | Response / Compromise |
|---|---|
| Disputed Definitions (of "Dataset" and Llama Models") | Meta will not construe "Llama Models" to encompass Llama "5." However, Meta is prepared to construe "Llama Models" to include Llama 4, and "Datasets" to include web-scraped data. This will not change Meta's RFA responses, except as to RFA 15 because, as relevant to that RFA, Llama 4 remains in development. |
| **RFA No. 44** | We understanding that in light of Meta's compromise on the foregoing interrogatories and RFA No. 98, Plaintiffs will drop their demands as to this RFA. |
| **RFA No. 98** | Plaintiffs clarified during a call last week that Meta can construe this RFA to read "Admit that you used books data included in Books3 to train one or more of your large language models. With this clarification Meta will amend its response to RFA 98. |


| Issue / RFPs | Response / Compromise |
|---|---|
| | |

| | |
|---|---|
| **RFP No. 120** | Meta has produced all commits and pull requests for the repositories provided to date.  Meta will produce these commits and pull requests in text format independent of the source code computer. |
| **RFPs 121 and 122:** Plaintiffs are willing to narrow requests to:<br><br>- The production and application code underlying the https://www.meta.ai/ chatbot, including all code that encompasses, supports, and integrates the models into meta.ai.<br>- The components of Facebook and Instagram that "incorporat[e] already-trained Llama models," including the portions of code that encompass, support, and integrate those models into Facebook and Instagram.<br>- any of the source code repositories mentioned in Appendix A to Dr. Jonathan Krein's November 6, 2024 declaration that are relevant to these RFPs. | Meta has produced the source code repositories mentioned by Dr. Krein.  However, Meta disagrees that the additional code requested is relevant or proportional. |
| **RFP 134** (seeks documents concerning the "value of books") | Plaintiffs clarified that by "value of books" they mean both the rationale for using books as training data and financial cost associated with licensing,  With that clarification, Meta has, in response to this and other Requests, conducted a reasonable search for documents responsive to this Request.  Accordingly, there does not appear to be a dispute concerning RFP 134. |

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]