UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT LETTER BRIEFS AND SUPPORTING EVIDENCE (DKTS. 352–357)** |

An Administrative Motion to File Under Seal portions of joint letter briefs regarding (1) Meta's responses to Plaintiffs' Requests for Admission ("RFA Joint Letter Brief"), (2) the crime-fraud exception ("Crime-Fraud Joint Letter Brief"), (3) Meta's responses to Plaintiffs' Requests for Production ("RFP Joint Letter Brief"), (4) privilege log issues relating business advice ("Business Advice Joint Letter Brief"), (5) additional deposition time ("Deposition Joint Letter Brief"), and (6) Meta's responses to Plaintiffs' Interrogatories ("ROG Join Letter Brief") (collectively, the "Joint Letter Briefs") and certain supporting evidence submitted with the Joint Letter Brief has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5. Having considered the Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
| --- | --- |
| **RFA Joint Letter Brief (Dkt. 352)** | • **Redacted portions** |
| Exhibit A to the RFA Joint Letter Brief (Dkt. 352-1) | • Redacted portions |
| | |
| **Crime-Fraud Joint Letter Brief (Dkt. 355)** | • **Redacted portions** |
| Exhibit A to Crime-Fraud Joint Letter Brief (Dkt. 355-1) | • Redacted portions |
| Exhibit B to Crime-Fraud Joint Letter Brief (Dkt. 355-2) | • Entire document |
| | |
| **RFP Joint Letter Brief (Dkt. 356)** | • **Redacted portions** |
| Exhibit B to RFP Joint Letter Brief (Dkt. 356-2) | • Entire document |
| Exhibit C to RFP Joint Letter Brief (Dkt. 356-3) | • Entire document |
| | |
| **Business Advice Joint Letter Brief (Dkt. 353)** | • **Redacted portions** |
| Exhibit A to Business Advice Joint Letter Brief (Dkt. 353-1) | • Redacted portions |
| Exhibit B to Business Advice Joint Letter Brief (Dkt. 353-2) | • Redacted portions |
| | |
| **Deposition Joint Letter Brief** (Dkt. 354) | • **Redacted Portions** |

| | |
|---|---|
| Exhibit A to Deposition Joint Letter Brief (Dkt. 354-1) | • Entire document |
| Exhibit B to Deposition Joint Letter Brief (Dkt. 354-2) | • Entire document |
| Exhibit C to Deposition Joint Letter Brief (Dkt. 354-3) | • Entire document |
| Exhibit E to Deposition Joint Letter Brief (Dkt. 354-5) | • Redacted Portions |
| | |
| **ROG Joint Letter Brief (Dkt. 357)** | • **Redacted portions** |
| Exhibit A to ROG Joint Letter Brief (Dkt. 357-1) | • Redacted portions |
| Exhibit D to ROG Joint Letter Brief (Dkt. 357-1) | • Redacted portions |

**IT IS HEREBY ORDERED**.

Dated: _____

_____
HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE