1
2
3
4
5
6
7
8
9
10
11
12
13
14

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                                    Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SUPPLEMENTAL JOINT LETTER BRIEF AND SUPPORTING EVIDENCE** |

An Administrative Motion to File Under Seal portions of the parties' Supplemental Joint Letter Brief regarding Meta's response to Plaintiffs' Request for Production No. 118 ("Joint Letter Brief") and supporting evidence submitted with the Joint Letter Brief has been filed by Defendant Meta Platforms, Inc. per Local Rule 79-5.  Having considered the Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
| --- | --- |
| Joint Letter Brief | - Redacted portions |
| Exhibit A to Joint Letter Brief | - Entire document |
| Exhibit B to Joint Letter Brief | - Entire document |
| Exhibit C to Joint Letter Brief | - Redacted portions |

**IT IS HEREBY ORDERED**.

Dated: _____

HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE