COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
TERESA MICHAUD (296329)
(tmichaud@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, California 94304
Telephone: (650) 815-4131

*[Full Listing on Signature Page]*

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DEFENDANT META PLATFORMS, INC.'S RESPONSE TO COURT'S DISCOVERY ORDER OF DECEMBER 20, 2024 [DKT. 315]** |

Pursuant to the Magistrate Judge's Sealed Order on December 20, 2024 (Dkt. 315) ("Order"), Defendant Meta Platforms, Inc. ("Meta") hereby submits as the attached **Exhibit 1** a redacted copy of the Order to be filed publicly. Meta respectfully submits that good cause exists for the submission of the identified portions of this document under seal for the reasons set forth in its earlier-filed Declaration of Nikki Vo (Dkt. 311-1) in support of Meta's Administrative Motion to File Under Seal Dkts. 308 and 309 (Dkt 311), Declaration of Kyanna Sabanoglu (Dkt. 322-1) in support of Meta's Administrative Motion to File Under Seal Dkt. 321, and Declaration of Kyanna Sabanoglu (Dkt. 338-1) in support of Meta's Administrative Motion to File Under Seal Dkts. 334, 335, and 336 (Dkt. 338). Meta respectfully requests that the Court file a public version of the Order with Meta's proposed redactions as shown in Exhibit 1.

*[Signature on following page]*

| | | |
|---|---|---|
| 1 | Dated: December 26, 2024 | COOLEY LLP |
| 2 | | |
| 3 | | By:  /s/ Colette Ghazarian |
| | | Bobby Ghajar |
| 4 | | Philip Morton |
| | | Mark Weinstein |
| 5 | | Kathleen Hartnett |
| | | Teresa Michaud |
| 6 | | Matthew Brigham |
| | | Judd Lauter |
| 7 | | Liz Stameshkin |
| | | Colette Ghazarian |
| 8 | | Juan Pablo Gonzalez |
| | *Full Counsel List* | Cole A. Poppell |
| 9 | | |
| | | LEX LUMINA PLLC |
| 10 | COOLEY LLP | Mark A. Lemley |
| | PHILLIP MORTON *(pro hac vice)* | |
| 11 | (pmorton@cooley.com) | CLEARY GOTTLIEB STEEN & |
| | COLE A. POPPELL *(pro hac vice)* | HAMILTON LLP |
| 12 | (cpoppell@cooley.com) | Angela L. Dunning |
| | 1299 Pennsylvania Avenue, NW, Suite 700 | |
| 13 | Washington, DC 20004-2400 | Attorneys for Defendant |
| | Telephone:    (202) 842-7800 | META PLATFORMS, INC. |
| 14 | | |
| | COOLEY LLP | |
| 15 | MATTHEW BRIGHAM (191428) | |
| | (mbrigham@cooley.com) | |
| 16 | JUAN PABLO GONZALEZ (334470) | |
| | (jgonzalez@cooley.com) | |
| 17 | 3175 Hanover Street | |
| | Palo Alto, California 94304-1130 | |
| 18 | Telephone:    (650) 843-5000 | |