| | |
|---|---|
| 1 | COOLEY LLP |
| | BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com) |
| | TERESA MICHAUD (296329) |
| 3 | (tmichaud@cooley.com) |
| | COLETTE GHAZARIAN (322235) |
| 4 | (cghazarian@cooley.com) |
| | 1333 2nd Street, Suite 400 |
| 5 | Santa Monica, California 90401 |
| | Telephone:    (310) 883-6400 |
| 6 | |
| | MARK WEINSTEIN (193043) |
| 7 | (mweinstein@cooley.com) |
| | KATHLEEN HARTNETT (314267) |
| 8 | (khartnett@cooley.com) |
| | JUDD LAUTER (290945) |
| 9 | (jlauter@cooley.com) |
| | ELIZABETH L. STAMESHKIN (260865) |
| 10 | (lstameshkin@cooley.com) |
| | 3175 Hanover Street |
| 11 | Palo Alto, CA  94304-1130 |
| | Telephone:    (650) 843-5000 |
| 12 | |
| | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 13 | ANGELA L. DUNNING (212047) |
| | (adunning@cgsh.com) |
| 14 | 1841 Page Mill Road, Suite 250 |
| | Palo Alto, CA 94304 |
| 15 | Telephone:    (650) 815-4131 |
| 16 | *Counsel for Defendant Meta Platforms, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, *et al.*, | Case No. 3:23-cv-03417-VC-TSH |
| Individual and Representative Plaintiffs, | **DECLARATION OF JUDD LAUTER** |
| v. | |
| META PLATFORMS, INC., a Delaware corporation; | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW

DECLARATION OF J. LAUTER
3:23-CV-03417-VC-TSH

I, Judd Lauter, declare as follows:

1. I am a Special Counsel at the law firm of Cooley LLP and am counsel to Defendant Meta Platforms, Inc. ("Meta") in the above-captioned case. I have personal knowledge of the facts contained in this Declaration and, if called upon as a witness, could competently testify to them under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the November 13 and 14, 2024 30(b)(6) deposition of Michael Clark.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the index pages for the 30(b)(6) depositions transcripts of Michael Clark. These excerpts demonstrate that mitigations were discussed extensively during his many hours of on the record, and very few privilege objections were made.

4. Based on our review of notes and emails, neither "seeding" nor any similar concept was raised by Plaintiffs in the context of Meta's 30(b)(6) topics or testimony until counsel questioned Mr. Clark about seeding on November 19.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of January 2025 at Berkeley, California

/s/ Judd Lauter
Judd Lauter

313130810