# EXHIBIT 2

Case 3:23-cv-03417-VC   Document 375-3   Filed 01/08/25   Page 2 of 11

11/13/2024                    Richard Kadrey, et al. v. Meta Platforms, Inc.                    Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                             Highly Confidential

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,            )
                                   )
Individual and Representative      )   Lead Case No.
Plaintiffs,                        )
                                   )   3:23-cv-03417-VC
    v.                             )
                                   )
Meta Platforms, Inc.,              )
                                   )
Defendant.                         )
_____)

** H I G H L Y  C O N F I D E N T I A L **

30(b)(6) VIDEOTAPED DEPOSITION OF

META PLATFORMS, INC.

BY: MICHAEL PATRICK CLARK

Denver, Colorado

VOLUMES I AND II

Wednesday, November 13, 2024

Thursday, November 14, 2024

Reported stenographically by:

Michelle Kirkpatrick, RDR-CRR-CRC-CRI, FCRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 375-3   Filed 01/08/25   Page 3 of 11

11/13/2024                    Richard Kadrey, et al. v. Meta Platforms, Inc.          Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                             Highly Confidential

Page 14

123:15 124:3,4
125:17,18
126:9 127:7,13
134:5,7 136:15
145:7,8 148:4
157:8 158:9,18
158:19 159:6,6
159:15,16,18
159:20 167:1,7
170:4
**mathematical**
34:22
**matter** 7:9 37:7
141:12 145:12
146:5 156:5
201:11
**matters** 156:6
**mean** 9:12 17:15
19:3 35:7 47:4
55:7 58:17
83:8,19 84:3
93:16 110:1
113:22 122:1
126:3 164:7
166:21,22
171:12 173:21
175:10 183:4,5
**meaning** 14:21
42:7 59:14
171:20 179:4
**meanings** 60:5
**means** 9:8,14
48:14 181:10
183:7,12
**meant** 154:12
**measure** 54:22
**measurement**
28:19,19 33:2
39:11
**measuring** 27:16
53:10
**mechanisms**
146:19
**meet** 102:22
**meet-and-conf...**
149:9
**meeting** 11:15

**Melanie** 4:20
19:12,15 154:2
154:4,5,6,7,9
154:20
**Melanie's** 19:14
**memo** 50:8
**memorialized**
90:11,12 97:16
**memorization**
26:14 27:12,17
28:4,8 31:19
52:15,21 53:10
54:22 60:10
63:2,5,9 68:7
164:2,7,21
**memorized**
51:12 52:8
**memorizing**
67:8
**memory** 23:3
78:10 125:9
**mentioned** 79:22
111:16
**merely** 55:21
**merged** 97:8
**Meta** 1:6,11 2:2
2:4 3:20 4:2
7:8,10 8:11,14
9:11 11:5
12:17 13:5
14:22 16:6
21:2 26:17
28:22 29:7
30:6,21 31:18
32:11 33:12,21
37:6,8 38:9,11
42:16 44:14
45:12 47:2,20
48:3 56:14,14
57:20 58:8
59:1,10,10,20
62:17 63:13,19
63:21 64:7
65:6,13 66:1
66:15,18 67:15
67:17,20 68:11
68:12 69:16

70:17 71:3,7
71:12 72:6,8
73:1 74:17
75:8 76:18
78:22 82:1
84:5 86:5
87:16,17 88:19
89:11 90:7,21
90:22 91:8,8
91:10 94:1
96:11 104:2,14
108:11,21
110:19 111:5
114:14 117:9
117:11 118:16
119:11 120:10
121:8,16
122:19,19
123:11 124:1,1
124:6,7,9
125:15,16
126:20 127:5
127:11,19,19
128:10 129:7
130:1,16,19
132:14,15
133:16 134:6
136:14,18,19
136:22 137:4,6
138:10,16
139:4,11,19
140:17 141:3
142:9,10
143:20 144:9
144:20 145:8
145:15 146:12
146:14,17,18
146:22 148:7
153:8 162:3
165:15 170:11
170:22 171:2
172:10 173:8
177:5,9 181:6
181:17 182:6
184:17 190:13
191:4 192:3,7
201:6 202:7

203:8
**Meta's** 39:17
42:10 43:4
44:3,12 45:10
46:16,22 48:13
48:20 50:2,12
53:13 55:2
64:4,21 71:18
93:13 114:7
121:22 143:1
145:6,19 148:4
158:17 159:18
168:6 189:14
190:3,21
**Meta_Kadrey...**
6:2,12
**Meta_Kadrey...**
4:22 5:2 77:22
**Meta_Kadrey...**
5:19
**Meta_Kadrey...**
132:3
**Meta_Kadrey...**
5:9,11
**Meta_Kadrey...**
5:17
**metadata** 5:3,12
5:20 6:3 17:1
54:2 69:18
77:11 131:18
143:20 161:5,7
161:11 174:16
174:17 175:10
**MetaGen** 12:13
**Metanat** 105:11
**method** 56:7,12
118:7
**methods** 54:8
**metric** 28:19
**metrics** 164:2,12
165:6
**Michael** 1:12 2:3
2:4 4:3 8:20
38:16 201:1,8
202:8 203:9
**Michelle** 1:19
2:9 7:20 37:18

200:2,20
**middle** 124:21
**Mihaylov** 5:6
132:9 133:2
**Mike** 4:15
**Millán** 3:2 8:8
45:4
**mind** 72:21
77:17 161:5
**minutes** 189:15
195:18
**mirrored** 64:16
**mischaracteri...**
104:5
**mischaracteri...**
104:21
**misplaced** 13:19
**mission** 168:2,3
168:4,6,8,15
**misstates** 60:19
119:17 159:22
**misunderstood**
149:18
**misused** 32:16
**mitigate** 33:14
50:11 52:16,17
52:18 140:17
148:18 149:11
**mitigated** 90:15
**mitigating** 33:22
67:17
**mitigation** 29:3
30:11 33:16
43:12 45:15
47:15 50:17
63:21 64:6,8
64:22 65:8
70:20 108:12
111:19 123:18
130:7 131:5
134:10 139:12
139:22 140:5
140:20 141:9
143:8 145:19
146:9 148:16
160:2 192:5
195:13

Case 3:23-cv-03417-VC   Document 375-3   Filed 01/08/25   Page 4 of 11

11/13/2024                    Richard Kadrey, et al. v. Meta Platforms, Inc.                Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                          Highly Confidential

Page 15

**mitigations** 11:19 25:20,22 26:2,5,16 28:22 29:7,18 29:20,21 30:8 30:18 31:1,15 31:22 32:2,4 33:2,18 39:11 43:19 46:5 50:10 52:21,22 53:7,9 62:20 62:20 63:13 64:10,11,15,15 65:13,16 67:21 83:13,15 84:19 89:2 90:14 98:6 102:21 103:1 105:14 105:14,21 108:4 109:4,11 109:12 131:7 137:9,11,13 138:8 139:1,6 139:7 142:14 142:16,19 148:16,19 159:11 166:11 185:6 192:1,19 193:14
**mix** 14:10 34:18 61:2 172:18 188:13 195:15
**mixes** 109:22
**Mo** 105:11
**model** 28:5,10 31:7,11 32:16 32:19 34:20 39:6 42:22 43:3 44:10 45:9 46:12 51:22 52:4 53:1 54:14,17 54:20 61:1,6 62:1,21 65:14 68:5 100:1 140:7 147:10 148:8 156:11

170:9 190:8 191:6
**model's** 156:9
**modeling** 188:5 188:17 189:1 189:10
**models** 10:21,22 11:5 15:14 19:8 47:2 51:18 68:2 93:14 94:1 104:11 145:21 147:12,13 187:22 190:4 190:18
**modified** 88:10
**moment** 31:5 81:5 82:9 112:7
**Montgomery** 3:3
**months** 101:22
**morning** 38:21 38:22 92:10
**move** 54:12 59:15 94:14 95:2 153:3
**moved** 195:9
**moving** 58:18 106:10
**mpoueymirou...** 3:12
**multi-page** 5:7 6:10
**multiple** 16:17 28:22 52:10 60:5 61:8,15 61:18 71:8 73:9 102:8 105:5 146:18 157:21

---

**N**

**N** 1:8,8 3:2
**name** 7:18 8:2 16:2 20:6,9 21:3,5,7 37:16

37:22 69:20,21 74:1,2 75:18 76:3,15,16 78:7 80:1 101:16 114:6 114:17 124:13 141:17 178:3 202:8 203:9
**named** 106:5 154:21 178:3
**names** 18:14 66:8 71:10 72:15 73:16 74:6,9 75:2,17 75:19 80:11,18 109:17
**Nashville** 3:8
**native** 136:7
**nature** 22:16 23:14 31:14 44:4 64:13 121:3
**Nayak** 60:2
**necessarily** 17:15 135:19 158:14 178:6 187:7
**need** 11:19 41:11 60:8 82:3 98:7 100:5 117:16 123:1 138:6,20 149:4 150:3 157:8,18 158:10 159:11 161:10 162:19 166:1,8 169:19 172:1 177:10 184:12
**needed** 29:20,21 54:19 90:14 95:3 101:21,21 103:2 105:15 116:16 185:16 192:19
**needing** 117:4
**needs** 96:20

**net** 181:3
**never** 92:17 140:12
**new** 12:7,9 49:6 49:18 79:2,3,6 79:7 96:20,20 98:22 99:5 100:18 103:8 103:12 114:1 161:13 192:8 193:12 195:1 196:12 197:3
**nice** 168:1
**Nick** 10:19
**night** 33:9,9 39:2
**Nikki** 3:19 8:15 38:10 92:14 93:2
**Nikolay** 10:17 22:13 110:11 129:19 132:5 186:21
**Nikolay's** 117:3
**nine** 162:12 184:18
**no-crawling** 113:18
**Nodded** 107:9 127:8 144:8 148:6 156:15
**nonconsumpti...** 41:20
**nonexploitive** 49:16
**nonfiction** 188:14
**noninfringing** 49:10,19 50:3 50:14,17 51:5 51:6 52:12,13
**nonuser** 30:3
**normal** 120:10
**North** 3:7
**Northern** 1:1 7:11 37:9
**NOTARY** 202:22

**note** 45:3,19 81:13 82:3,6 133:6,7 151:17 181:5 198:7
**notebook** 132:16 132:22 133:10
**noted** 202:15
**notes** 132:18,20 197:20
**notice** 2:1 4:12 9:21 40:7,8 45:19 49:3 122:3 148:12
**noticing** 201:15
**notification** 132:10
**noting** 181:5 201:15
**November** 1:15 1:16 2:6,7 7:1 7:16 37:1,14 194:20 200:17 201:7,7 202:9 202:9 203:10 203:10
**number** 7:6,12 14:20 16:9 28:11 37:4,11 67:22,22 76:21 81:9 95:10 112:9 128:1 155:12 175:3
**numbers** 66:9
**NW** 1:21 202:2 203:2

---

**O**

**O** 1:8
**O-l-e-n-a** 18:13
**object** 9:13 26:18 27:22 29:2,10 30:9 31:2,21 34:2 43:5 45:17 46:19 48:1,15 50:4 59:4 62:4 62:22 63:16

Case 3:23-cv-03417-VC   Document 375-3   Filed 01/08/25   Page 5 of 11

11/13/2024                Richard Kadrey, et al. v. Meta Platforms, Inc.            Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                        Highly Confidential

Page 19

**premise** 70:2
**preparation**
  4:16 9:20 10:3
  10:11 55:17
  77:6 78:3
  92:11,12
  106:16 109:2
  118:21 124:11
  129:6 153:16
  163:6,18
  168:12 169:2
  184:16
**prepare** 9:17
  13:3 14:7
  18:19 76:5,7
  160:12 163:5
  169:10,12
**prepared** 10:2
  11:1,2 43:10
  43:13,21
  149:10,12
  150:21 153:16
  163:4 169:3,11
  182:9
**preparing** 23:15
  55:14 85:15
  153:15 169:4
**Presani** 125:2,4
  126:6,8,11
  150:22 152:20
  153:20 157:6
  157:22 158:4
  161:4 162:2,3
  162:5 163:21
  165:4,14
  166:21 167:6
  167:13 169:21
  171:3 172:2,6
  174:6 175:20
  181:12,19
**Presani's** 170:12
  184:17
**present** 3:19
  139:20
**presented** 131:5
**presently** 18:8
  121:10 137:1

**press** 170:3
**Presser** 188:12
  188:12
**presumably**
  171:12
**presume** 174:6
**presuppose**
  183:13
**Pretraining** 4:18
**pretty** 156:16
  157:6
**prevent** 33:13
  50:18 51:5
  62:21 63:6
  65:8
**prevented** 71:1
**preventing** 32:6
  52:15 63:8
**prevention**
  52:11
**previous** 200:4
**previously** 6:4,7
  152:6
**primarily** 23:9
  85:2 119:19
**primary** 102:9
  102:21 105:10
  180:6 189:11
**principles** 11:18
  140:8 159:17
**printed** 77:13
**printout** 152:11
**prior** 21:9 81:7
  88:20,22
  103:19 104:1
  105:15 106:14
  106:15 107:21
  107:21 110:15
  126:16 130:17
  147:12,13
  156:20 158:12
  162:3 167:17
  181:6,13 182:6
  192:21 196:18
  197:9
**priority** 101:20
**privacy** 11:6,16

  11:21 12:2,10
  15:21,22,22
  16:1,2,3,6,8,9
  16:14,15,19
  17:10,11,17
  18:1 27:17
  29:14,15 32:14
  33:18 53:1,7,9
  78:18,18,22
  79:5,6,8 94:6,6
  94:11,18,18
  96:18 97:3
  98:3,5 99:2,11
  99:20,21
  102:14 105:8
  137:14 138:18
  172:22 173:16
  194:5,21
**private** 32:3,13
  33:19 53:2
  64:2 65:14
  68:8 146:19
  188:11 194:5
**probably** 13:5
**problem** 44:1
  164:21
**Procedure**
  201:16
**proceedings**
  13:18 20:5
  78:13 125:11
  150:14 176:8
**process** 14:14
  15:11 16:6,8
  32:22 34:8,9
  35:2,5 39:9
  48:10 53:17,21
  54:10,11,13,13
  55:1,18 58:6,9
  58:18 75:7
  80:12 83:17
  85:13 89:1
  96:19,21 99:2
  99:16,17,22
  101:8 103:4,8
  103:16,17,19
  103:20,21

  104:7,10 105:1
  105:3,4,4
  106:6,8,10
  107:21,22
  108:2 109:3,10
  118:4 129:16
  129:17 130:6
  131:1,4 137:6
  137:9 138:5
  139:6,9 159:9
  172:9,15,18
  173:1,14 183:8
  183:18 184:7
  185:7 191:9
  192:8,18 193:6
  193:22 194:6,7
  194:18 195:4,5
  195:21 196:12
  196:14
**processed** 28:15
  58:15 185:21
**processes** 16:14
  83:15 98:2
  99:16 138:20
  138:22 139:5
  172:12
**processing** 22:21
  55:12 58:10,13
  81:7 84:13,18
  129:8 145:21
  164:4 165:12
  179:19 180:7
  181:6,10,18
  182:7 183:7
  187:7,13
  192:21 193:1
**produce** 52:4
**produced**
  136:19
**product** 14:19
  16:3,19 18:6
  50:13,16 79:2
  81:3 90:17
  94:20 97:20
  98:4,18,19
  99:19 101:9
  102:10,21

  105:10 137:15
  172:20 173:15
**production**
  156:11 183:20
**productions**
  100:18
**products** 12:13
  12:15 41:17
  100:2
**program** 78:18
  78:22 79:4
  94:6,18 99:2
  99:12 138:16
**prohibit** 28:7
  41:19
**project** 4:20
  89:8 97:22
  114:6 190:15
**projects** 12:12
**prone** 62:2
**pronounce** 80:1
**property** 83:9
**proportion**
  181:2
**propose** 101:10
**proposed** 98:6
  149:13
**proposing**
  147:15
**protected** 46:4
**protections**
  97:12
**protocol** 117:1
**protocols** 116:13
  116:13,20
  120:19
**provenance**
  142:5 143:10
  145:10
**provide** 93:19
  97:3 98:20
**provided** 96:21
  105:13 146:12
  146:14,18,18
  192:19
**providing**
  147:15

Case 3:23-cv-03417-VC   Document 375-3   Filed 01/08/25   Page 6 of 11

11/20/2024          Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                                Highly Confidential - Attorneys' Eyes Only

Page 204

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, ET AL.,                     )
    INDIVIDUAL AND REPRESENTATIVE           )
                         PLAINTIFFS,        ) LEAD CASE NO.
              v.                            ) 3:23-cv-03417-VC
META PLATFORMS, INC.,                       )
                         DEFENDANT.         )
_____ )


* * * H I G H L Y  C O N F I D E N T I A L * * *
* * * A T T O R N E Y S '  E Y E S  O N L Y * * *


VIDEO-RECORDED 30(B)(6) DEPOSITION OF

MICHAEL CLARK

VOLUME III

WEDNESDAY, NOVEMBER 20, 2024

SAN FRANCISCO, CALIFORNIA

9:38 A.M. PST


REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 375-3   Filed 01/08/25   Page 7 of 11

11/20/2024                                              Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                                                                   Highly Confidential - Attorneys' Eyes Only

Page 19

307:9,12,18
316:9
**Mihaylov** 405:3
**Mike** 311:22
**Millennium**
   339:7
**million** 276:14
   400:7
**millions** 359:22
**mind** 329:6
   330:15 335:16
   348:16 403:13
   424:16
**mindful** 251:20
   309:19
**mine** 282:4
   449:2 450:3
**minimize** 350:13
**minimized** 351:8
**minimizing**
   351:17 352:5,5
**minute** 307:20
   329:10
**minutes** 306:6
   306:11,16
   309:17 387:15
   441:19,21
**mirror** 276:12
   276:20 400:5
**mischaracteri...**
   381:2
**missed** 391:13
**missing** 411:5
**misspelled** 411:6
**misstates** 278:14
   297:3 319:19
**misunderstan...**
   348:4
**mitigate** 435:9
**mitigated**
   419:17
**mitigating**
   437:16
**mitigation**
   216:10,11
   217:4,9 249:13

251:14,15
271:15 279:11
286:17 318:4
342:21 385:4
417:1 419:10
419:12 425:5,9
425:10,22
428:14 439:2
444:6
**mitigations**
215:10 216:1,3
216:22 217:13
217:13,15,17
238:10 241:21
249:3,4 250:6
250:15,21
251:1,3,7,11
251:17,19
252:1,2,8
253:2,5 254:19
255:8,15
256:10,11
257:4 258:5
259:6,18,22
261:7 262:3
267:2 284:9
333:19 342:10
378:11,14
407:14,16
408:20 412:11
413:20 414:4
417:6 418:11
425:17 426:1
427:6,8,15,17
430:13,13
431:20,21
432:16,17
434:16,19,20
436:9 439:14
439:15,22
440:4,10,21
441:2,8,9,13
444:1,3,4,5,20
444:21 454:16
454:17 456:1
459:22

**mix** 248:19
   263:3 270:10
   270:14 277:4
   318:8,9,20
   319:4,10,17
   320:12 322:14
   325:8 336:14
   337:8,14,22
   386:21
**mixed** 387:1
**mixes** 326:11
   327:3
**MME** 208:4
   443:2
**MMLU** 384:6
   384:16 385:19
   387:2 456:11
**Moby** 408:16,17
   409:1 411:19
**Mockingbird**
   422:10 424:5
   451:18,19
   452:7 453:16
**model** 218:12
   225:18 242:12
   242:13 243:14
   253:12 258:5
   258:11 265:6,7
   265:8,10,16
   266:17 267:8
   267:19 271:21
   271:22 272:3,4
   272:12,13,19
   272:20,21
   273:1,8,10,19
   274:1,6,9,10
   274:11 284:2,4
   284:7 289:3,5
   295:8 297:21
   298:7 299:10
   299:13,20,22
   300:10,15,17
   301:17 313:18
   313:22 314:6
   318:6 324:10
   324:16 327:5

334:20 382:2
385:5,21 386:9
386:18 389:15
389:16 390:5,6
390:6 391:9,10
391:10,17,21
409:9 410:7
413:4 414:1,5
414:8,20 415:1
416:16,19,21
426:6,10,11,12
426:13,14,16
426:20,22
427:1,2,3
429:1 432:1,5
432:8,13 434:1
434:4,6,9
435:2 436:1,2
438:18 440:6
440:14 441:3
443:20 445:10
447:11 451:17
452:1,11 453:8
453:10,13,19
453:22 454:7,9
455:3,13 456:6
459:5 460:6,7
**model's** 391:22
   412:22
**modeling** 267:6
**models** 265:3,5
   265:19 274:18
   318:7 321:21
   327:2 337:18
   342:20 343:1
   370:15,20
   371:1,3 405:15
   443:16 445:3
**modified** 350:3
   413:2
**module** 306:19
**moment** 229:16
   265:20 328:20
   329:6 330:1
   335:17 338:20
   423:9

**money** 401:22
**MONTGOM...**
   205:2,10
**Mook** 205:21
   209:17
**morning** 209:4
   210:22 211:1
   260:18,19
   309:15 420:17
   421:4
**move** 380:15
**moving** 407:8
**mpoueymirou...**
   205:8
**MPV** 208:4
**multiple** 276:15
   361:10 374:15
   400:8,9 401:8
   403:18 405:5
   405:21 406:5
   418:4 434:3
   459:16
**multistep** 392:4
**MZ** 416:1,3

―――――――
          **N**
―――――――
**n** 204:9,9,10,10
   206:1 285:18
   285:18,18,18
   450:13 451:6
   453:1
**N-a-r-a-n-g**
   312:3
**n.'** 285:20
**name** 209:17
   210:2 212:12
   212:19 218:13
   223:14,15
   226:17 303:14
   323:6 407:3
   422:9 463:8
   464:9
**named** 338:16
   406:18 461:5
   461:10
**names** 259:3
   303:5 422:5

Case 3:23-cv-03417-VC   Document 375-3   Filed 01/08/25   Page 8 of 11

11/20/2024                 Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                                      Highly Confidential - Attorneys' Eyes Only

Page 24

367:11 368:11
369:2,9 370:2
370:18 371:5
372:3,14 373:1
373:11,21
374:3,6 375:1
375:13,21
377:16 378:16
379:4,15
380:16 381:17
382:8,19,22
383:4,16 384:8
387:11,20
388:3,6 389:19
391:1,14 392:7
393:13 394:10
394:20 396:8
396:14,17
398:1,7 401:21
402:6,16 403:1
403:7,15
404:17 405:1
405:12,19
406:9,15 408:6
409:10 410:3
410:15 411:1
411:13 412:5
413:3 414:3
415:7,10,15
417:13,15,18
417:21 418:15
419:1,21 421:1
422:8,16,21
425:12,19
426:8 429:3,14
430:5 431:1,9
431:18 433:4
435:1 436:14
437:13 438:1
439:1 440:9,13
440:19 441:16
441:20 442:7
442:12,16
444:13 445:1
445:12 446:12
446:16 448:5

449:11 450:11
451:1,15
452:12 453:6
454:18 457:13
457:19 458:3
460:9
**PPM** 214:16
**practice** 326:22
**pre-trained**
  274:5
**predate** 398:9
**predates** 392:3
**predict** 426:17
**predicted**
  451:11 454:6
**predicting** 436:3
**prediction** 390:5
  390:17
**predictive**
  454:11
**predicts** 452:2
**preferably**
  373:18
**prep** 206:9
  282:9
**preparation**
  211:11 239:3
  239:11,13
  264:19 272:7
  312:8,17
  328:18 406:19
**prepare** 211:19
  246:5 326:8
  351:21
**prepared** 222:13
  238:12 247:5
  369:4 370:21
  394:5,21
**preparing**
  246:14 247:13
  284:12
**Presani** 221:17
  224:17 237:20
  394:12
**presence** 213:12
  213:18 214:2

395:8
**present** 205:20
  364:20
**presented**
  282:10
**Presser** 338:16
**presume** 243:22
**presuppose**
  234:1
**pretrained**
  273:19 274:11
  416:12,17
  417:2,16 423:8
  426:10,11,12
  426:13
**pretraining**
  218:3 240:15
  241:11,14,22
  242:2,4,9,10
  242:11 243:4,6
  243:21 249:9
  249:18 250:8
  250:13,20
  253:4,5,7,15
  254:2,5 256:17
  258:5,11,21
  259:5 261:20
  262:10,12,19
  263:3,18
  264:20 266:3
  267:11 268:3,6
  269:20 270:1,2
  270:12 273:19
  273:21,22
  274:18 275:19
  284:13 341:8
  384:11 385:6
  385:14 410:8
  416:14 418:14
  419:18 427:17
  429:17 432:16
  433:15,20
  436:1 438:17
  444:4 455:16
  455:21 460:2
**prevalence**

429:19
**prevent** 229:11
  408:21 439:3
  444:20
**prevented**
  235:13
**previous** 315:10
  321:16 336:9
  443:22
**primarily**
  447:13 449:19
**primary** 238:8
  238:13
**PRINTOUT**
  206:22
**prior** 218:12
  224:11,15
  225:4,9,14,16
  225:22 230:6
  241:22 244:22
  248:18,21
  250:13 256:3
  299:6 368:2,21
  377:22 392:5
  414:22 416:9
  419:10 420:21
  421:19 428:12
  456:14,22
  461:5
**priority** 325:21
  376:22
**privacy** 214:16
  214:18 236:2,3
  337:17 378:4
  378:14 399:9
  399:12 433:1
  439:16,22
  441:1,2,7
  444:21
**private** 439:17
  441:4
**privilege** 268:12
  350:20 431:14
**privileged**
  251:19 367:20
  367:21

**probably** 241:5
  241:13 292:11
  331:4 389:9
  413:10 457:14
**problem** 287:17
  317:13 362:11
  364:7
**problems** 314:6
  314:19 317:2
**Procedure**
  462:16
**proceed** 370:7
  372:1
**proceedings**
  461:13
**process** 219:1,2
  221:12 225:13
  225:17 229:15
  233:8 244:10
  248:9,12
  254:20 256:1,7
  256:16 257:18
  258:3,8,9,15
  259:7 262:17
  265:14 267:1
  270:11 280:22
  322:21 327:14
  345:20 356:5
  376:21 377:14
  378:1 380:5
  381:3,8 387:8
  399:17,19
  405:22 407:16
  408:1,2,5
  424:22 438:10
  438:16 439:5
  459:14 460:3
**processed**
  224:20 225:10
  270:21 279:17
  294:13 366:9
  376:7
**processes** 245:22
  257:14 399:11
**processing** 224:2
  247:22 272:18

Case 3:23-cv-03417-VC   Document 375-3   Filed 01/08/25   Page 9 of 11

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____

RICHARD KADRY, et al,           )     CASE NO.
                                )     3:23-cv-03417-VC
              Plaintiff,        )
     -against-                  )
META PLATFORMS, INC.            )
              Defendant.        )
_____)

***HIGHLY CONFIDENTIAL***

***UNDER THE PROTECTIVE ORDER***

VIDEO-RECORDED DEPOSITION OF

MICHAEL CLARK 30(B)(6)

Zoom Video Conferencing

12/19/2024

3:06 p.m. (MST)

REPORTED BY:  MONIQUE CABRERA

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 375-3   Filed 01/08/25   Page 10 of 11

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 5

**LLM's** 39:9
**LLP** 3:4,9 59:2
**Logan** 50:3,10,19 50:21 51:11
**logic** 16:16 40:19 41:18
**longer** 7:22 35:18
**look** 8:20 24:6 32:17 35:13,16 53:2
**looks** 57:4
**loop** 46:4
**lot** 31:5
**low** 32:9
**lower** 26:11
**lowest** 32:13

**M**

**M** 1:21 60:2 61:2
**M-E-L-A-N-I-E** 50:11
**Madian** 50:4
**making** 8:13,14 40:10 44:7 46:21 56:19
**Malik** 50:5
**management** 43:18
**manager** 9:7,13 16:1 18:4 33:10 50:3
**managers** 20:3
**manifest** 40:4
**March** 8:22 28:20
**marked** 6:20
**marks** 57:20
**Marte** 3:21 5:2
**match** 24:14 25:7 30:5 33:4 34:4 34:9 35:20 36:3 36:3 46:15 48:4 48:6,7
**matched** 29:5 30:21
**matches** 24:19

35:15
**matching** 24:13
**material** 20:21 20:22 44:18
**math** 40:18 41:17
**matter** 5:6 59:11
**matters** 37:11
**mean** 20:10 21:7 40:5 52:16
**means** 7:13 8:4 54:21
**meant** 51:12 54:6
**measurable** 35:2
**measure** 25:4 35:17 39:11
**measured** 34:9 34:10
**measurement** 30:19 31:12 41:12 46:20 47:6
**measures** 45:15 57:4
**measuring** 26:8 29:22 30:10 41:15
**mechanism** 24:16
**Mehdad** 50:6
**Melanie** 50:5,11 51:6,9
**memorization** 7:10 9:15,19 13:17,22 14:2,3 14:6,10,12,13 14:21 15:7 25:5 26:6,8,17 30:1 30:10,20 31:12 31:14,20,21 32:2,3,9,12,14 32:16,21 33:6 33:11,13,14,17 33:19 34:1,1,5 34:7,13,13 35:11,11,14,17 36:9,15,20 37:2

37:3 38:5,12,13 38:19 39:7,9,19 40:4,5,21 41:2 41:11,20 42:7 42:11,20 43:4 45:15,21 46:3 57:3,4
**mention** 48:12 53:15
**mentioned** 31:15
**mentions** 47:12 47:22 48:17 49:11
**merely** 55:21
**Meta** 1:5 3:7,22 5:7,19,20 9:22 10:11,13 11:1 13:16 18:9,10 18:11,13 19:18 20:13 23:22 25:14 31:22 33:5 34:20 37:2 38:5,9 43:6,16 45:15 47:13,20 57:4 59:6 60:7 61:8
**Meta's** 10:1 12:2 13:2 14:20 19:16 21:4 31:18 33:16,18 36:7,22 37:6 38:3,13 42:5
**Meta_Kadrey_...** 4:11 6:19
**Meta_Kadrey_...** 4:12 6:20
**method** 47:21 49:4,5,9
**methods** 26:14 26:15,21 27:3
**Michael** 1:10 2:4 4:4 5:8,22 6:7 59:1,8 60:8 61:9
**Michelle** 3:22 5:21

**middle** 19:10
**Mike** 4:9 6:16,17 53:11,13
**mind** 23:11
**mischaracteriz...** 31:17
**mitigate** 16:8
**mitigated** 17:14 18:15 19:20
**mitigation** 9:10 22:20 23:14,15 25:20,21 26:6 27:2,12,13 29:13,20 40:5 43:19 47:15
**mitigations** 4:10 6:19 9:4 15:12 15:20 16:3,9,22 18:2,5 19:18 21:4 25:1,11,14 26:19 27:1 30:8 30:14 31:6 33:9 39:12,17,20 42:6,11,15,22 43:3,8,16 44:1 45:15 51:5 53:5 54:3,8 55:18,19 55:20 56:22
**mix** 16:11 27:11 50:2
**model** 14:2,13,17 16:18 17:3,3 19:1 20:20 24:15,20 25:3 26:18 30:1,3 31:8 32:7 35:4 35:14 36:10 37:14,14,17 40:10,10,12,12 40:18,19,19 41:17 45:4,4,12 46:13 54:16 56:20
**model's** 34:7 36:4,9 39:11
**models** 20:17

21:5 24:6,7,8 27:15 32:10,11 38:10 41:16 53:19
**modified** 26:13
**moment** 31:1 55:13
**Monique** 1:19 2:6 5:14 58:3 58:19
**Montgomery** 3:5
**move** 17:5
**Moya** 50:6
**MST** 1:12 2:2 57:22
**multiple** 39:15 56:22

**N**

**N** 3:1 4:1
**n-gram** 29:15,16
**name** 5:2 6:6 60:8 61:9
**naturally** 26:17
**near** 47:11,21 48:15,16 49:4 49:21
**necessarily** 10:11
**need** 11:16 16:21 31:1 37:13 39:1 39:2,3
**needed** 17:3 19:2 20:7,20
**neither** 58:10
**never** 54:18
**new** 2:7 6:2 40:9 41:4,6,16 42:1 58:20
**noise** 45:10
**NORTHERN** 1:1
**Notary** 2:6 6:1 58:2,20 60:22
**note** 32:20
**noted** 57:22 60:15
**notes** 55:16

Case 3:23-cv-03417-VC   Document 375-3   Filed 01/08/25   Page 11 of 11

12/19/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 6

**noticing** 59:16
**noting** 59:16
**number** 4:11
  6:16,18,19 7:4
  15:11 16:6
  21:12 25:19
  27:9 29:7 47:9
  49:14,17,18
**numbers** 26:11
  35:18
**NW** 1:21 60:2
  61:2

─────── **O** ───────

**oath** 5:15 37:22
**object** 10:4,16
  13:3,18 15:1
  17:20 18:17
  32:1 33:20,21
  37:4 38:16 42:8
  43:9,20 45:18
**objection** 8:14
  11:4 12:5,12,20
  19:21 34:22
  36:16 40:7 44:8
  46:9 48:18
  49:12 52:7,14
  53:16 54:12
  55:10,11 56:10
  56:11
**objectionable**
  24:10
**objections** 8:13
**Objects** 17:17
**occasions** 25:12
**office** 59:12,17
**officer** 58:3
**Oguz** 50:5
**Oh** 31:3
**Okay** 8:19 9:22
  10:9 15:10,15
  19:6,14 21:14
  21:16 22:5,12
  23:14 25:16
  47:18,19
**once** 14:8 15:21

24:15 28:19
  30:6 32:2 33:7
  33:12 34:6
  35:21
**ones** 41:2
**ongoing** 25:4
**open** 24:16
**operating** 37:18
**operationalized**
  55:20 56:20
**opposed** 26:22
**optimized** 27:3
**option** 59:14,15
**orbitz** 27:22 28:6
  28:15
**order** 1:8 4:17
  17:2,7 18:20
  20:16 23:9
  34:12 37:12,21
  38:22 46:1
  57:15,18
**origin** 15:22
**original** 46:6
  59:15
**originally** 37:18
  42:12
**originated** 31:7
**outcome** 58:13
**output** 24:8
  30:11 36:4,10
  37:8 39:2 46:2
**outputs** 35:5
**outputted** 42:18
**outputting** 35:15
  46:5
**overlap** 29:16
  48:5
**overlapped** 31:11
**owner** 22:20

─────── **P** ───────

**P** 3:1,1
**p.m** 1:12 2:2 5:5
  57:20,22
**package** 23:4
**page** 4:3,8,15 7:7

15:12 32:18
  59:16 60:6
  61:11
**pages** 60:12
**paragraph** 36:13
  36:14 38:11
  39:22 45:8
**parameters**
  37:16 39:5
**parentheses** 26:4
**parsing** 45:3
**part** 36:7 43:7
  48:2,14 49:19
  53:13 54:6,10
  55:7,8 56:7
**particular** 8:5
  29:17 44:4
**parties** 5:9 58:11
**pass** 26:2,9,12
  30:19
**patch** 23:4
**people** 28:22
  52:18
**percent** 34:4
  35:20 36:3 42:6
  42:17 43:2
**perfect** 47:11,21
  48:16,17 49:5
  49:11,21
**perform** 40:18
  40:19,20 41:17
  41:17
**performance**
  45:4
**period** 59:16
**perplexity** 33:1
**perspective** 24:3
  25:3,4 27:12
  29:21 30:9,12
  45:3 57:5
**phenomenon**
  39:8
**PHONE** 3:6,10
**phrase** 14:11
  32:22 34:3 35:1
  35:8 44:14

**phrases** 24:4,13
  24:14 34:11
  35:4,18
**phrasing** 8:5
**pick** 46:22
**picking** 47:3
**pieces** 10:10
**pirated** 31:4
**place** 25:2 32:8
  39:12,20 43:3
**Plaintiff** 1:3
**plaintiffs** 3:3
  5:17
**planning** 40:20
**Platforms** 1:5 3:7
  5:7,19 59:6
  60:7 61:8
**please** 5:12 7:12
  11:13,18,20
  53:14 59:10,15
  59:15,17
**point** 8:22 13:2
  40:13 48:21
  52:3 54:9
**points** 36:1
**policy** 16:15
**policy-wise** 10:12
**poor** 45:3
**poorly** 14:8 28:1
**portions** 27:16
**position** 9:21
  12:2 13:2,11
  14:20 19:16
  20:4 21:3,4
  31:19 33:16
  36:8 37:7 38:3
  55:2 57:5
**possible** 10:17
  12:8 13:13 17:1
  18:20 20:6,8,10
  24:15,18 28:9
  43:4 49:21
  54:21
**possibly** 23:4
**potential** 16:3
  18:2 30:1 32:14

33:9,9 46:2
**potentially** 14:16
  24:20
**prejudice** 8:12
**premark** 6:15
**preparation** 50:9
**prepare** 44:12
**PRESENT** 3:20
**president** 14:14
  32:6
**pretraining** 25:2
  27:21 30:9
**prevent** 23:19
  24:5,11 39:13
  43:3
**preventing** 31:8
  42:6
**prior** 28:14,20
  44:11,12 45:20
**privacy** 9:1 15:4
  16:15 31:7 51:4
  51:8 52:2 53:6
  53:21 54:7
  55:17
**private** 14:4 31:9
  42:13,14
**privilege** 8:3,13
  8:14
**privileged** 7:16
  7:22 8:16 52:5
**problem** 34:18
**Procedure** 59:17
**process** 23:18
  25:2,22 28:11
  37:17 41:14
  45:21 46:4,4,11
  46:20 47:2,5
**processed** 29:3
**processing** 28:8
**product** 9:2,7,13
  16:1 18:4 20:2
  33:10 50:2
**prompt** 26:21
**property** 23:7
**propose** 9:14
**protective** 1:8