# EXHIBIT 2

Case 3:23-cv-03417-VC   Document 379-3   Filed 01/08/25   Page 2 of 11

11/13/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Patrick Clark 30(b)(6), Vol I & Vol II
Highly Confidential

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHAR KADREY, et   al.,            )
                                     )
Individual and Representative        )   Lead Case No.
Plaintiffs,                          )
                                     )   3:23-cv-03417-VC
     v.                              )
                                     )
Meta Platforms, Inc.,                )
                                     )
Defendant.                           )
_____)

\*\* H I G H L Y   C O N F I D E N T I A L \*\*

30(b)(6) VIDEOTAPED DEPOSITION OF

META PLATFORMS, INC.

BY: MICHAEL PATRICK CLARK

Denver, Colorado

VOLUMES I AND II

Wednesday, November 13, 2024

Thursday, November 14, 2024

Reported stenographically by:

Michelle Kirkpatrick, RDR-CRR-CRC-CRI, FCRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 379-3   Filed 01/08/25   Page 3 of 11

11/13/2024                Richard Kadrey, et al. v. Meta Platforms, Inc.        Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                       Highly Confidential

Page 14

123:15 124:3,4
125:17,18
126:9 127:7,13
134:5,7 136:15
145:7,8 148:4
157:8 158:9,18
158:19 159:6,6
159:15,16,18
159:20 167:1,7
170:4
**mathematical**
34:22
**matter** 7:9 37:7
141:12 145:12
146:5 156:5
201:11
**matters** 156:6
**mean** 9:12 17:15
19:3 35:7 47:4
55:7 58:17
83:8,19 84:3
93:16 110:1
113:22 122:1
126:3 164:7
166:21,22
171:12 173:21
175:10 183:4,5
**meaning** 14:21
42:7 59:14
171:20 179:4
**meanings** 60:5
**means** 9:8,14
48:14 181:10
183:7,12
**meant** 154:12
**measure** 54:22
**measurement**
28:19,19 33:2
39:11
**measuring** 27:16
53:10
**mechanisms**
146:19
**meet** 102:22
**meet-and-conf...**
149:9
**meeting** 11:15

**Melanie** 4:20
19:12,15 154:2
154:4,5,6,7,9
154:20
**Melanie's** 19:14
**memo** 50:8
**memorialized**
90:11,12 97:16
**memorization**
26:14 27:12,17
28:4,8 31:19
52:15,21 53:10
54:22 60:10
63:2,5,9 68:7
164:2,7,21
**memorized**
51:12 52:8
**memorizing**
67:8
**memory** 23:3
78:10 125:9
**mentioned** 79:22
111:16
**merely** 55:21
**merged** 97:8
**Meta** 1:6,11 2:2
2:4 3:20 4:2
7:8,10 8:11,14
9:11 11:5
12:17 13:5
14:22 16:6
21:2 26:17
28:22 29:7
30:6,21 31:18
32:11 33:12,21
37:6,8 38:9,11
42:16 44:14
45:12 47:2,20
48:3 56:14,14
57:20 58:8
59:1,10,10,20
62:17 63:13,19
63:21 64:7
65:6,13 66:1
66:15,18 67:15
67:17,20 68:11
68:12 69:16

70:17 71:3,7
71:12 72:6,8
73:1 74:17
75:8 76:18
78:22 82:1
84:5 86:5
87:16,17 88:19
89:11 90:7,21
90:22 91:8,8
91:10 94:1
96:11 104:2,14
108:11,21
110:19 111:5
114:14 117:9
117:11 118:16
119:11 120:10
121:8,16
122:19,19
123:11 124:1,1
124:6,7,9
125:15,16
126:20 127:5
127:11,19,19
128:10 129:7
130:1,16,19
132:14,15
133:16 134:6
136:14,18,19
136:22 137:4,6
138:10,16
139:4,11,19
140:17 141:3
142:9,10
143:20 144:9
144:20 145:8
145:15 146:12
146:14,17,18
146:22 148:7
153:8 162:3
165:15 170:11
170:22 171:2
172:10 173:8
177:5,9 181:6
181:17 182:6
184:17 190:13
191:4 192:3,7
201:6 202:7

203:8
**Meta's** 39:17
42:10 43:4
44:3,12 45:10
46:16,22 48:13
48:20 50:2,12
53:13 55:2
64:4,21 71:18
93:13 114:7
121:22 143:1
145:6,19 148:4
158:17 159:18
168:6 189:14
190:3,21
**Meta_Kadrey...**
6:2,12
**Meta_Kadrey...**
4:22 5:2 77:22
**Meta_Kadrey...**
5:19
**Meta_Kadrey...**
132:3
**Meta_Kadrey...**
5:9,11
**Meta_Kadrey...**
5:17
**metadata** 5:3,12
5:20 6:3 17:1
54:2 69:18
77:11 131:18
143:20 161:5,7
161:11 174:16
174:17 175:10
**MetaGen** 12:13
**Metanat** 105:11
**method** 56:7,12
118:7
**methods** 54:8
**metric** 28:19
**metrics** 164:2,12
165:6
**Michael** 1:12 2:3
2:4 4:3 8:20
38:16 201:1,8
202:8 203:9
**Michelle** 1:19
2:9 7:20 37:18

200:2,20
**middle** 124:21
**Mihaylov** 5:6
132:9 133:2
**Mike** 4:15
**Millán** 3:2 8:8
45:4
**mind** 72:21
77:17 161:5
**minutes** 189:15
195:18
**mirrored** 64:16
**mischaracteri...**
104:5
**mischaracteri...**
104:21
**misplaced** 13:19
**mission** 168:2,3
168:4,6,8,15
**misstates** 60:19
119:17 159:22
**misunderstood**
149:18
**misused** 32:16
**mitigate** 33:14
50:11 52:16,17
52:18 140:17
148:18 149:11
**mitigated** 90:15
**mitigating** 33:22
67:17
**mitigation** 29:3
30:11 33:16
43:12 45:15
47:15 50:17
63:21 64:6,8
64:22 65:8
70:20 108:12
111:19 123:18
130:7 131:5
134:10 139:12
139:22 140:5
140:20 141:9
143:8 145:19
146:9 148:16
160:2 192:5
195:13

Case 3:23-cv-03417-VC   Document 379-3   Filed 01/08/25   Page 4 of 11

11/13/2024                Richard Kadrey, et al. v. Meta Platforms, Inc.          Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                         Highly Confidential

Page 15

**mitigations**
  11:19 25:20,22
  26:2,5,16
  28:22 29:7,18
  29:20,21 30:8
  30:18 31:1,15
  31:22 32:2,4
  33:2,18 39:11
  43:19 46:5
  50:10 52:21,22
  53:7,9 62:20
  62:20 63:13
  64:10,11,15,15
  65:13,16 67:21
  83:13,15 84:19
  89:2 90:14
  98:6 102:21
  103:1 105:14
  105:14,21
  108:4 109:4,11
  109:12 131:7
  137:9,11,13
  138:8 139:1,6
  139:7 142:14
  142:16,19
  148:16,19
  159:11 166:11
  185:6 192:1,19
  193:14
**mix** 14:10 34:18
  61:2 172:18
  188:13 195:15
**mixes** 109:22
**Mo** 105:11
**model** 28:5,10
  31:7,11 32:16
  32:19 34:20
  39:6 42:22
  43:3 44:10
  45:9 46:12
  51:22 52:4
  53:1 54:14,17
  54:20 61:1,6
  62:1,21 65:14
  68:5 100:1
  140:7 147:10
  148:8 156:11

  170:9 190:8
  191:6
**model's** 156:9
**modeling** 188:5
  188:17 189:1
  189:10
**models** 10:21,22
  11:5 15:14
  19:8 47:2
  51:18 68:2
  93:14 94:1
  104:11 145:21
  147:12,13
  187:22 190:4
  190:18
**modified** 88:10
**moment** 31:5
  81:5 82:9
  112:7
**Montgomery**
  3:3
**months** 101:22
**morning** 38:21
  38:22 92:10
**move** 54:12
  59:15 94:14
  95:2 153:3
**moved** 195:9
**moving** 58:18
  106:10
**mpoueymirou...**
  3:12
**multi-page** 5:7
  6:10
**multiple** 16:17
  28:22 52:10
  60:5 61:8,15
  61:18 71:8
  73:9 102:8
  105:5 146:18
  157:21

_____
**N**

**N** 1:8,8 3:2
**name** 7:18 8:2
  16:2 20:6,9
  21:3,5,7 37:16

  37:22 69:20,21
  74:1,2 75:18
  76:3,15,16
  78:7 80:1
  101:16 114:6
  114:17 124:13
  141:17 178:3
  202:8 203:9
**named** 106:5
  154:21 178:3
**names** 18:14
  66:8 71:10
  72:15 73:16
  74:6,9 75:2,17
  75:19 80:11,18
  109:17
**Nashville** 3:8
**native** 136:7
**nature** 22:16
  23:14 31:14
  44:4 64:13
  121:3
**Nayak** 60:2
**necessarily**
  17:15 135:19
  158:14 178:6
  187:7
**need** 11:19
  41:11 60:8
  82:3 98:7
  100:5 117:16
  123:1 138:6,20
  149:4 150:3
  157:8,18
  158:10 159:11
  161:10 162:19
  166:1,8 169:19
  172:1 177:10
  184:12
**needed** 29:20,21
  54:19 90:14
  95:3 101:21,21
  103:2 105:15
  116:16 185:16
  192:19
**needing** 117:4
**needs** 96:20

**net** 181:3
**never** 92:17
  140:12
**new** 12:7,9 49:6
  49:18 79:2,3,6
  79:7 96:20,20
  98:22 99:5
  100:18 103:8
  103:12 114:1
  161:13 192:8
  193:12 195:1
  196:12 197:3
**nice** 168:1
**Nick** 10:19
**night** 33:9,9 39:2
**Nikki** 3:19 8:15
  38:10 92:14
  93:2
**Nikolay** 10:17
  22:13 110:11
  129:19 132:5
  186:21
**Nikolay's** 117:3
**nine** 162:12
  184:18
**no-crawling**
  113:18
**Nodded** 107:9
  127:8 144:8
  148:6 156:15
**nonconsumpti...**
  41:20
**nonexploitive**
  49:16
**nonfiction**
  188:14
**noninfringing**
  49:10,19 50:3
  50:14,17 51:5
  51:6 52:12,13
**nonuser** 30:3
**normal** 120:10
**North** 3:7
**Northern** 1:1
  7:11 37:9
**NOTARY**
  202:22

**note** 45:3,19
  81:13 82:3,6
  133:6,7 151:17
  181:5 198:7
**notebook** 132:16
  132:22 133:10
**noted** 202:15
**notes** 132:18,20
  197:20
**notice** 2:1 4:12
  9:21 40:7,8
  45:19 49:3
  122:3 148:12
**noticing** 201:15
**notification**
  132:10
**noting** 181:5
  201:15
**November** 1:15
  1:16 2:6,7 7:1
  7:16 37:1,14
  194:20 200:17
  201:7,7 202:9
  202:9 203:10
  203:10
**number** 7:6,12
  14:20 16:9
  28:11 37:4,11
  67:22,22 76:21
  81:9 95:10
  112:9 128:1
  155:12 175:3
**numbers** 66:9
**NW** 1:21 202:2
  203:2

_____
**O**

**O** 1:8
**O-l-e-n-a** 18:13
**object** 9:13
  26:18 27:22
  29:2,10 30:9
  31:2,21 34:2
  43:5 45:17
  46:19 48:1,15
  50:4 59:4 62:4
  62:22 63:16

Case 3:23-cv-03417-VC   Document 379-3   Filed 01/08/25   Page 5 of 11

11/13/2024                      Richard Kadrey, et al. v. Meta Platforms, Inc.              Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                              Highly Confidential

Page 19

| | | | | |
|---|---|---|---|---|
| **premise** 70:2 | **press** 170:3 | 11:21 12:2,10 | 104:7,10 105:1 | 105:10 137:15 |
| **preparation** | **Presser** 188:12 | 15:21,22,22 | 105:3,4,4 | 172:20 173:15 |
| 4:16 9:20 10:3 | 188:12 | 16:1,2,3,6,8,9 | 106:6,8,10 | **production** |
| 10:11 55:17 | **presumably** | 16:14,15,19 | 107:21,22 | 156:11 183:20 |
| 77:6 78:3 | 171:12 | 17:10,11,17 | 108:2 109:3,10 | **productions** |
| 92:11,12 | **presume** 174:6 | 18:1 27:17 | 118:4 129:16 | 100:18 |
| 106:16 109:2 | **presuppose** | 29:14,15 32:14 | 129:17 130:6 | **products** 12:13 |
| 118:21 124:11 | 183:13 | 33:18 53:1,7,9 | 131:1,4 137:6 | 12:15 41:17 |
| 129:6 153:16 | **Pretraining** 4:18 | 78:18,18,22 | 137:9 138:5 | 100:2 |
| 163:6,18 | **pretty** 156:16 | 79:5,6,8 94:6,6 | 139:6,9 159:9 | **program** 78:18 |
| 168:12 169:2 | 157:6 | 94:11,18,18 | 172:9,15,18 | 78:22 79:4 |
| 184:16 | **prevent** 33:13 | 96:18 97:3 | 173:1,14 183:8 | 94:6,18 99:2 |
| **prepare** 9:17 | 50:18 51:5 | 98:3,5 99:2,11 | 183:18 184:7 | 99:12 138:16 |
| 13:3 14:7 | 62:21 63:6 | 99:20,21 | 185:7 191:9 | **prohibit** 28:7 |
| 18:19 76:5,7 | 65:8 | 102:14 105:8 | 192:8,18 193:6 | 41:19 |
| 160:12 163:5 | **prevented** 71:1 | 137:14 138:18 | 193:22 194:6,7 | **project** 4:20 |
| 169:10,12 | **preventing** 32:6 | 172:22 173:16 | 194:18 195:4,5 | 89:8 97:22 |
| **prepared** 10:2 | 52:15 63:8 | 194:5,21 | 195:21 196:12 | 114:6 190:15 |
| 11:1,2 43:10 | **prevention** | **private** 32:3,13 | 196:14 | **projects** 12:12 |
| 43:13,21 | 52:11 | 33:19 53:2 | **processed** 28:15 | **prone** 62:2 |
| 149:10,12 | **previous** 200:4 | 64:2 65:14 | 58:15 185:21 | **pronounce** 80:1 |
| 150:21 153:16 | **previously** 6:4,7 | 68:8 146:19 | **processes** 16:14 | **property** 83:9 |
| 163:4 169:3,11 | 152:6 | 188:11 194:5 | 83:15 98:2 | **proportion** |
| 182:9 | **primarily** 23:9 | **probably** 13:5 | 99:16 138:20 | 181:2 |
| **preparing** 23:15 | 85:2 119:19 | **problem** 44:1 | 138:22 139:5 | **propose** 101:10 |
| 55:14 85:15 | **primary** 102:9 | 164:21 | 172:12 | **proposed** 98:6 |
| 153:15 169:4 | 102:21 105:10 | **Procedure** | **processing** 22:21 | 149:13 |
| **Presani** 125:2,4 | 180:6 189:11 | 201:16 | 55:12 58:10,13 | **proposing** |
| 126:6,8,11 | **principles** 11:18 | **proceedings** | 81:7 84:13,18 | 147:15 |
| 150:22 152:20 | 140:8 159:17 | 13:18 20:5 | 129:8 145:21 | **protected** 46:4 |
| 153:20 157:6 | **printed** 77:13 | 78:13 125:11 | 164:4 165:12 | **protections** |
| 157:22 158:4 | **printout** 152:11 | 150:14 176:8 | 179:19 180:7 | 97:12 |
| 161:4 162:2,3 | **prior** 21:9 81:7 | **process** 14:14 | 181:6,10,18 | **protocol** 117:1 |
| 162:5 163:21 | 88:20,22 | 15:11 16:6,8 | 182:7 183:7 | **protocols** 116:13 |
| 165:4,14 | 103:19 104:1 | 32:22 34:8,9 | 187:7,13 | 116:13,20 |
| 166:21 167:6 | 105:15 106:14 | 35:2,5 39:9 | 192:21 193:1 | 120:19 |
| 167:13 169:21 | 106:15 107:21 | 48:10 53:17,21 | **produce** 52:4 | **provenance** |
| 171:3 172:2,6 | 107:21 110:15 | 54:10,11,13,13 | **produced** | 142:5 143:10 |
| 174:6 175:20 | 126:16 130:17 | 55:1,18 58:6,9 | 136:19 | 145:10 |
| 181:12,19 | 147:12,13 | 58:18 75:7 | **product** 14:19 | **provide** 93:19 |
| **Presani's** 170:12 | 156:20 158:12 | 80:12 83:17 | 16:3,19 18:6 | 97:3 98:20 |
| 184:17 | 162:3 167:17 | 85:13 89:1 | 50:13,16 79:2 | **provided** 96:21 |
| **present** 3:19 | 181:6,13 182:6 | 96:19,21 99:2 | 81:3 90:17 | 105:13 146:12 |
| 139:20 | 192:21 196:18 | 99:16,17,22 | 94:20 97:20 | 146:14,18,18 |
| **presented** 131:5 | 197:9 | 101:8 103:4,8 | 98:4,18,19 | 192:19 |
| **presently** 18:8 | **priority** 101:20 | 103:16,17,19 | 99:19 101:9 | **providing** |
| 121:10 137:1 | **privacy** 11:6,16 | 103:20,21 | 102:10,21 | 147:15 |

Case 3:23-cv-03417-VC   Document 379-3   Filed 01/08/25   Page 6 of 11

11/20/2024        Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                          Highly Confidential - Attorneys' Eyes Only

Page 204

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, ET AL.,                    )
    INDIVIDUAL AND REPRESENTATIVE          )
                            PLAINTIFFS,    ) LEAD CASE NO.
                    v.                     ) 3:23-cv-03417-VC
META PLATFORMS, INC.,                      )
                            DEFENDANT.     )
_____)


* * * HIGHLY CONFIDENTIAL * * *
* * * ATTORNEYS' EYES ONLY * * *


VIDEO-RECORDED 30(B)(6) DEPOSITION OF

MICHAEL CLARK

VOLUME III

WEDNESDAY, NOVEMBER 20, 2024

SAN FRANCISCO, CALIFORNIA

9:38 A.M. PST


REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 379-3   Filed 01/08/25   Page 7 of 11

11/20/2024                    Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                              Highly Confidential - Attorneys' Eyes Only

Page 19

| | | | | |
|---|---|---|---|---|
| 307:9,12,18 | 251:14,15 | mix 248:19 | 334:20 382:2 | money 401:22 |
| 316:9 | 271:15 279:11 | 263:3 270:10 | 385:5,21 386:9 | MONTGOM... |
| Mihaylov 405:3 | 286:17 318:4 | 270:14 277:4 | 386:18 389:15 | 205:2,10 |
| Mike 311:22 | 342:21 385:4 | 318:8,9,20 | 389:16 390:5,6 | Mook 205:21 |
| Millennium | 417:1 419:10 | 319:4,10,17 | 390:6 391:9,10 | 209:17 |
| 339:7 | 419:12 425:5,9 | 320:12 322:14 | 391:10,17,21 | morning 209:4 |
| million 276:14 | 425:10,22 | 325:8 336:14 | 409:9 410:7 | 210:22 211:1 |
| 400:7 | 428:14 439:2 | 337:8,14,22 | 413:4 414:1,5 | 260:18,19 |
| millions 359:22 | 444:6 | 386:21 | 414:8,20 415:1 | 309:15 420:17 |
| mind 329:6 | mitigations | mixed 387:1 | 416:16,19,21 | 421:4 |
| 330:15 335:16 | 215:10 216:1,3 | mixes 326:11 | 426:6,10,11,12 | move 380:15 |
| 348:16 403:13 | 216:22 217:13 | 327:3 | 426:13,14,16 | moving 407:8 |
| 424:16 | 217:13,15,17 | MME 208:4 | 426:20,22 | mpoueymirou... |
| mindful 251:20 | 238:10 241:21 | 443:2 | 427:1,2,3 | 205:8 |
| 309:19 | 249:3,4 250:6 | MMLU 384:6 | 429:1 432:1,5 | MPV 208:4 |
| mine 282:4 | 250:15,21 | 384:16 385:19 | 432:8,13 434:1 | multiple 276:15 |
| 449:2 450:3 | 251:1,3,7,11 | 387:2 456:11 | 434:4,6,9 | 361:10 374:15 |
| minimize 350:13 | 251:17,19 | Moby 408:16,17 | 435:2 436:1,2 | 400:8,9 401:8 |
| minimized 351:8 | 252:1,2,8 | 409:1 411:19 | 438:18 440:6 | 403:18 405:5 |
| minimizing | 253:2,5 254:19 | Mockingbird | 440:14 441:3 | 405:21 406:5 |
| 351:17 352:5,5 | 255:8,15 | 422:10 424:5 | 443:20 445:10 | 418:4 434:3 |
| minute 307:20 | 256:10,11 | 451:18,19 | 447:11 451:17 | 459:16 |
| 329:10 | 257:4 258:5 | 452:7 453:16 | 452:1,11 453:8 | multistep 392:4 |
| minutes 306:6 | 259:6,18,22 | model 218:12 | 453:10,13,19 | MZ 416:1,3 |
| 306:11,16 | 261:7 262:3 | 225:18 242:12 | 453:22 454:7,9 | |
| 309:17 387:15 | 267:2 284:9 | 242:13 243:14 | 455:3,13 456:6 | N |
| 441:19,21 | 333:19 342:10 | 253:12 258:5 | 459:5 460:6,7 | n 204:9,9,10,10 |
| mirror 276:12 | 378:11,14 | 258:11 265:6,7 | model's 391:22 | 206:1 285:18 |
| 276:20 400:5 | 407:14,16 | 265:8,10,16 | 412:22 | 285:18,18,18 |
| mischaracteri... | 408:20 412:11 | 266:17 267:8 | modeling 267:6 | 450:13 451:6 |
| 381:2 | 413:20 414:4 | 267:19 271:21 | models 265:3,5 | 453:1 |
| missed 391:13 | 417:6 418:11 | 271:22 272:3,4 | 265:19 274:18 | N-a-r-a-n-g |
| missing 411:5 | 425:17 426:1 | 272:12,13,19 | 318:7 321:21 | 312:3 |
| misspelled 411:6 | 427:6,8,15,17 | 272:20,21 | 327:2 337:18 | n.' 285:20 |
| misstates 278:14 | 430:13,13 | 273:1,8,10,19 | 342:20 343:1 | name 209:17 |
| 297:3 319:19 | 431:20,21 | 274:1,6,9,10 | 370:15,20 | 210:2 212:12 |
| misunderstan... | 432:16,17 | 274:11 284:2,4 | 371:1,3 405:15 | 212:19 218:13 |
| 348:4 | 434:16,19,20 | 284:7 289:3,5 | 443:16 445:3 | 223:14,15 |
| mitigate 435:9 | 436:9 439:14 | 295:8 297:21 | modified 350:3 | 226:17 303:14 |
| mitigated | 439:15,22 | 298:7 299:10 | 413:2 | 323:6 407:3 |
| 419:17 | 440:4,10,21 | 299:13,20,22 | module 306:19 | 422:9 463:8 |
| mitigating | 441:2,8,9,13 | 300:10,15,17 | moment 229:16 | 464:9 |
| 437:16 | 444:1,3,4,5,20 | 301:17 313:18 | 265:20 328:20 | named 338:16 |
| mitigation | 444:21 454:16 | 313:22 314:6 | 329:6 330:1 | 406:18 461:5 |
| 216:10,11 | 454:17 456:1 | 318:6 324:10 | 335:17 338:20 | 461:10 |
| 217:4,9 249:13 | 459:22 | 324:16 327:5 | 423:9 | names 259:3 |
| | | | | 303:5 422:5 |

Case 3:23-cv-03417-VC   Document 379-3   Filed 01/08/25   Page 8 of 11

11/20/2024                Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                                       Highly Confidential - Attorneys' Eyes Only

Page 24

367:11 368:11
369:2,9 370:2
370:18 371:5
372:3,14 373:1
373:11,21
374:3,6 375:1
375:13,21
377:16 378:16
379:4,15
380:16 381:17
382:8,19,22
383:4,16 384:8
387:11,20
388:3,6 389:19
391:1,14 392:7
393:13 394:10
394:20 396:8
396:14,17
398:1,7 401:21
402:6,16 403:1
403:7,15
404:17 405:1
405:12,19
406:9,15 408:6
409:10 410:3
410:15 411:1
411:13 412:5
413:3 414:3
415:7,10,15
417:13,15,18
417:21 418:15
419:1,21 421:1
422:8,16,21
425:12,19
426:8 429:3,14
430:5 431:1,9
431:18 433:4
435:1 436:14
437:13 438:1
439:1 440:9,13
440:19 441:16
441:20 442:7
442:12,16
444:13 445:1
445:12 446:12
446:16 448:5

449:11 450:11
451:1,15
452:12 453:6
454:18 457:13
457:19 458:3
460:9
**PPM** 214:16
**practice** 326:22
**pre-trained**
    274:5
**predate** 398:9
**predates** 392:3
**predict** 426:17
**predicted**
    451:11 454:6
**predicting** 436:3
**prediction** 390:5
    390:17
**predictive**
    454:11
**predicts** 452:2
**preferably**
    373:18
**prep** 206:9
    282:9
**preparation**
    211:11 239:3
    239:11,13
    264:19 272:7
    312:8,17
    328:18 406:19
**prepare** 211:19
    246:5 326:8
    351:21
**prepared** 222:13
    238:12 247:5
    369:4 370:21
    394:5,21
**preparing**
    246:14 247:13
    284:12
**Presani** 221:17
    224:17 237:20
    394:12
**presence** 213:12
    213:18 214:2

395:8
**present** 205:20
    364:20
**presented**
    282:10
**Presser** 338:16
**presume** 243:22
**presuppose**
    234:1
**pretrained**
    273:19 274:11
    416:12,17
    417:2,16 423:8
    426:10,11,12
    426:13
**pretraining**
    218:3 240:15
    241:11,14,22
    242:2,4,9,10
    242:11 243:4,6
    243:21 249:9
    249:18 250:8
    250:13,20
    253:4,5,7,15
    254:2,5 256:17
    258:5,11,21
    259:5 261:20
    262:10,12,19
    263:3,18
    264:20 266:3
    267:11 268:3,6
    269:20 270:1,2
    270:12 273:19
    273:21,22
    274:18 275:19
    284:13 341:8
    384:11 385:6
    385:14 410:8
    416:14 418:14
    419:18 427:17
    429:17 432:16
    433:15,20
    436:1 438:17
    444:4 455:16
    455:21 460:2
**prevalence**

429:19
**prevent** 229:11
    408:21 439:3
    444:20
**prevented**
    235:13
**previous** 315:10
    321:16 336:9
    443:22
**primarily**
    447:13 449:19
**primary** 238:8
    238:13
**PRINTOUT**
    206:22
**prior** 218:12
    224:11,15
    225:4,9,14,16
    225:22 230:6
    241:22 244:22
    248:18,21
    250:13 256:3
    299:6 368:2,21
    377:22 392:5
    414:22 416:9
    419:10 420:21
    421:19 428:12
    456:14,22
    461:5
**priority** 325:21
    376:22
**privacy** 214:16
    214:18 236:2,3
    337:17 378:4
    378:14 399:9
    399:12 433:1
    439:16,22
    441:1,2,7
    444:21
**private** 439:17
    441:4
**privilege** 268:12
    350:20 431:14
**privileged**
    251:19 367:20
    367:21

**probably** 241:5
    241:13 292:11
    331:4 389:9
    413:10 457:14
**problem** 287:17
    317:13 362:11
    364:7
**problems** 314:6
    314:19 317:2
**Procedure**
    462:16
**proceed** 370:7
    372:1
**proceedings**
    461:13
**process** 219:1,2
    221:12 225:13
    225:17 229:15
    233:8 244:10
    248:9,12
    254:20 256:1,7
    256:16 257:18
    258:3,8,9,15
    259:7 262:17
    265:14 267:1
    270:11 280:22
    322:21 327:14
    345:20 356:5
    376:21 377:14
    378:1 380:5
    381:3,8 387:8
    399:17,19
    405:22 407:16
    408:1,2,5
    424:22 438:10
    438:16 439:5
    459:14 460:3
**processed**
    224:20 225:10
    270:21 279:17
    294:13 366:9
    376:7
**processes** 245:22
    257:14 399:11
**processing** 224:2
    247:22 272:18

Case 3:23-cv-03417-VC   Document 379-3   Filed 01/08/25   Page 9 of 11

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____

RICHARD KADRY, et al,        )    CASE NO.
                             )    3:23-cv-03417-VC
            Plaintiff,       )
   -against-                 )
META PLATFORMS, INC.         )
            Defendant.       )
_____)

***HIGHLY CONFIDENTIAL***

***UNDER THE PROTECTIVE ORDER***


VIDEO-RECORDED DEPOSITION OF

MICHAEL CLARK 30(B)(6)

Zoom Video Conferencing

12/19/2024

3:06 p.m. (MST)




REPORTED BY:  MONIQUE CABRERA

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 379-3   Filed 01/08/25   Page 10 of 11

12/19/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 5

**LLM's** 39:9
**LLP** 3:4,9 59:2
**Logan** 50:3,10,19
  50:21 51:11
**logic** 16:16 40:19
  41:18
**longer** 7:22 35:18
**look** 8:20 24:6
  32:17 35:13,16
  53:2
**looks** 57:4
**loop** 46:4
**lot** 31:5
**low** 32:9
**lower** 26:11
**lowest** 32:13

---
**M**

**M** 1:21 60:2 61:2
**M-E-L-A-N-I-E**
  50:11
**Madian** 50:4
**making** 8:13,14
  40:10 44:7
  46:21 56:19
**Malik** 50:5
**management**
  43:18
**manager** 9:7,13
  16:1 18:4 33:10
  50:3
**managers** 20:3
**manifest** 40:4
**March** 8:22
  28:20
**marked** 6:20
**marks** 57:20
**Marte** 3:21 5:2
**match** 24:14 25:7
  30:5 33:4 34:4
  34:9 35:20 36:3
  36:3 46:15 48:4
  48:6,7
**matched** 29:5
  30:21
**matches** 24:19

  35:15
**matching** 24:13
**material** 20:21
  20:22 44:18
**math** 40:18 41:17
**matter** 5:6 59:11
**matters** 37:11
**mean** 20:10 21:7
  40:5 52:16
**means** 7:13 8:4
  54:21
**meant** 51:12 54:6
**measurable** 35:2
**measure** 25:4
  35:17 39:11
**measured** 34:9
  34:10
**measurement**
  30:19 31:12
  41:12 46:20
  47:6
**measures** 45:15
  57:4
**measuring** 26:8
  29:22 30:10
  41:15
**mechanism**
  24:16
**Mehdad** 50:6
**Melanie** 50:5,11
  51:6,9
**memorization**
  7:10 9:15,19
  13:17,22 14:2,3
  14:6,10,12,13
  14:21 15:7 25:5
  26:6,8,17 30:1
  30:10,20 31:12
  31:14,20,21
  32:2,3,9,12,14
  32:16,21 33:6
  33:11,13,14,17
  33:19 34:1,1,5
  34:7,13,13
  35:11,11,14,17
  36:9,15,20 37:2

  37:3 38:5,12,13
  38:19 39:7,9,19
  40:4,5,21 41:2
  41:11,20 42:7
  42:11,20 43:4
  45:15,21 46:3
  57:3,4
**mention** 48:12
  53:15
**mentioned** 31:15
**mentions** 47:12
  47:22 48:17
  49:11
**merely** 55:21
**Meta** 1:5 3:7,22
  5:7,19,20 9:22
  10:11,13 11:1
  13:16 18:9,10
  18:11,13 19:18
  20:13 23:22
  25:14 31:22
  33:5 34:20 37:2
  38:5,9 43:6,16
  45:15 47:13,20
  57:4 59:6 60:7
  61:8
**Meta's** 10:1 12:2
  13:2 14:20
  19:16 21:4
  31:18 33:16,18
  36:7,22 37:6
  38:3,13 42:5
**Meta_Kadrey_...**
  4:11 6:19
**Meta_Kadrey_...**
  4:12 6:20
**method** 47:21
  49:4,5,9
**methods** 26:14
  26:15,21 27:3
**Michael** 1:10 2:4
  4:4 5:8,22 6:7
  59:1,8 60:8
  61:9
**Michelle** 3:22
  5:21

**middle** 19:10
**Mike** 4:9 6:16,17
  53:11,13
**mind** 23:11
**mischaracteriz...**
  31:17
**mitigate** 16:8
**mitigated** 17:14
  18:15 19:20
**mitigation** 9:10
  22:20 23:14,15
  25:20,21 26:6
  27:2,12,13
  29:13,20 40:5
  43:19 47:15
**mitigations** 4:10
  6:19 9:4 15:12
  15:20 16:3,9,22
  18:2,5 19:18
  21:4 25:1,11,14
  26:19 27:1 30:8
  30:14 31:6 33:9
  39:12,17,20
  42:6,11,15,22
  43:3,8,16 44:1
  45:15 51:5 53:5
  54:3,8 55:18,19
  55:20 56:22
**mix** 16:11 27:11
  50:2
**model** 14:2,13,17
  16:18 17:3,3
  19:1 20:20
  24:15,20 25:3
  26:18 30:1,3
  31:8 32:7 35:4
  35:14 36:10
  37:14,14,17
  40:10,10,12,12
  40:18,19,19
  41:17 45:4,4,12
  46:13 54:16
  56:20
**model's** 34:7
  36:4,9 39:11
**models** 20:17

  21:5 24:6,7,8
  27:15 32:10,11
  38:10 41:16
  53:19
**modified** 26:13
**moment** 31:1
  55:13
**Monique** 1:19
  2:6 5:14 58:3
  58:19
**Montgomery** 3:5
**move** 17:5
**Moya** 50:6
**MST** 1:12 2:2
  57:22
**multiple** 39:15
  56:22

---
**N**

**N** 3:1 4:1
**n-gram** 29:15,16
**name** 5:2 6:6
  60:8 61:9
**naturally** 26:17
**near** 47:11,21
  48:15,16 49:4
  49:21
**necessarily** 10:11
**need** 11:16 16:21
  31:1 37:13 39:1
  39:2,3
**needed** 17:3 19:2
  20:7,20
**neither** 58:10
**never** 54:18
**new** 2:7 6:2 40:9
  41:4,6,16 42:1
  58:20
**noise** 45:10
**NORTHERN** 1:1
**Notary** 2:6 6:1
  58:2,20 60:22
**note** 32:20
**noted** 57:22
  60:15
**notes** 55:16

Case 3:23-cv-03417-VC   Document 379-3   Filed 01/08/25   Page 11 of 11

12/19/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.        Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 6

**noticing** 59:16
**noting** 59:16
**number** 4:11
  6:16,18,19 7:4
  15:11 16:6
  21:12 25:19
  27:9 29:7 47:9
  49:14,17,18
**numbers** 26:11
  35:18
**NW** 1:21 60:2
  61:2

**O**
**oath** 5:15 37:22
**object** 10:4,16
  13:3,18 15:1
  17:20 18:17
  32:1 33:20,21
  37:4 38:16 42:8
  43:9,20 45:18
**objection** 8:14
  11:4 12:5,12,20
  19:21 34:22
  36:16 40:7 44:8
  46:9 48:18
  49:12 52:7,14
  53:16 54:12
  55:10,11 56:10
  56:11
**objectionable**
  24:10
**objections** 8:13
**Objects** 17:17
**occasions** 25:12
**office** 59:12,17
**officer** 58:3
**Oguz** 50:5
**Oh** 31:3
**Okay** 8:19 9:22
  10:9 15:10,15
  19:6,14 21:14
  21:16 22:5,12
  23:14 25:16
  47:18,19
**once** 14:8 15:21

  24:15 28:19
  30:6 32:2 33:7
  33:12 34:6
  35:21
**ones** 41:2
**ongoing** 25:4
**open** 24:16
**operating** 37:18
**operationalized**
  55:20 56:20
**opposed** 26:22
**optimized** 27:3
**option** 59:14,15
**orbitz** 27:22 28:6
  28:15
**order** 1:8 4:17
  17:2,7 18:20
  20:16 23:9
  34:12 37:12,21
  38:22 46:1
  57:15,18
**origin** 15:22
**original** 46:6
  59:15
**originally** 37:18
  42:12
**originated** 31:7
**outcome** 58:13
**output** 24:8
  30:11 36:4,10
  37:8 39:2 46:2
**outputs** 35:5
**outputted** 42:18
**outputting** 35:15
  46:5
**overlap** 29:16
  48:5
**overlapped** 31:11
**owner** 22:20

**P**
**P** 3:1,1
**p.m** 1:12 2:2 5:5
  57:20,22
**package** 23:4
**page** 4:3,8,15 7:7

  15:12 32:18
  59:16 60:6
  61:11
**pages** 60:12
**paragraph** 36:13
  36:14 38:11
  39:22 45:8
**parameters**
  37:16 39:5
**parentheses** 26:4
**parsing** 45:3
**part** 36:7 43:7
  48:2,14 49:19
  53:13 54:6,10
  55:7,8 56:7
**particular** 8:5
  29:17 44:4
**parties** 5:9 58:11
**pass** 26:2,9,12
  30:19
**patch** 23:4
**people** 28:22
  52:18
**percent** 34:4
  35:20 36:3 42:6
  42:17 43:2
**perfect** 47:11,21
  48:16,17 49:5
  49:11,21
**perform** 40:18
  40:19,20 41:17
  41:17
**performance**
  45:4
**period** 59:16
**perplexity** 33:1
**perspective** 24:3
  25:3,4 27:12
  29:21 30:9,12
  45:3 57:5
**phenomenon**
  39:8
**PHONE** 3:6,10
**phrase** 14:11
  32:22 34:3 35:1
  35:8 44:14

**phrases** 24:4,13
  24:14 34:11
  35:4,18
**phrasing** 8:5
**pick** 46:22
**picking** 47:3
**pieces** 10:10
**pirated** 31:4
**place** 25:2 32:8
  39:12,20 43:3
**Plaintiff** 1:3
**plaintiffs** 3:3
  5:17
**planning** 40:20
**Platforms** 1:5 3:7
  5:7,19 59:6
  60:7 61:8
**please** 5:12 7:12
  11:13,18,20
  53:14 59:10,15
  59:15,17
**point** 8:22 13:2
  40:13 48:21
  52:3 54:9
**points** 36:1
**policy** 16:15
**policy-wise** 10:12
**poor** 45:3
**poorly** 14:8 28:1
**portions** 27:16
**position** 9:21
  12:2 13:2,11
  14:20 19:16
  20:4 21:3,4
  31:19 33:16
  36:8 37:7 38:3
  55:2 57:5
**possible** 10:17
  12:8 13:13 17:1
  18:20 20:6,8,10
  24:15,18 28:9
  43:4 49:21
  54:21
**possibly** 23:4
**potential** 16:3
  18:2 30:1 32:14

  33:9,9 46:2
**potentially** 14:16
  24:20
**prejudice** 8:12
**premark** 6:15
**preparation** 50:9
**prepare** 44:12
**PRESENT** 3:20
**president** 14:14
  32:6
**pretraining** 25:2
  27:21 30:9
**prevent** 23:19
  24:5,11 39:13
  43:3
**preventing** 31:8
  42:6
**prior** 28:14,20
  44:11,12 45:20
**privacy** 9:1 15:4
  16:15 31:7 51:4
  51:8 52:2 53:6
  53:21 54:7
  55:17
**private** 14:4 31:9
  42:13,14
**privilege** 8:3,13
  8:14
**privileged** 7:16
  7:22 8:16 52:5
**problem** 34:18
**Procedure** 59:17
**process** 23:18
  25:2,22 28:11
  37:17 41:14
  45:21 46:4,4,11
  46:20 47:2,5
**processed** 29:3
**processing** 28:8
**product** 9:2,7,13
  16:1 18:4 20:2
  33:10 50:2
**prompt** 26:21
**property** 23:7
**propose** 9:14
**protective** 1:8