UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-03417-VC (TSH)<br><br>**ORDER RE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 311, 320, 322, 326, 338, 358, 362 |

　　　　Pending before the Court are several motions to seal that were filed in connection with discovery disputes. ECF Nos. 311, 320, 322, 326, 338, 358, 362. The Court denies all of these motions without prejudice. Meta shall either file all of the material at issue in the public record, or it shall refile narrowly tailored motions to seal, within 14 days. In so doing, Meta shall comply with the guidance provided by Judge Chhabria in ECF No. 373.

　　　　**IT IS SO ORDERED.**

Dated: January 9, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge