UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD KADREY, et al.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 23-cv-03417-VC   (TSH)

**ORDER RE REQUEST FOR REDACTIONS**

Re: Dkt. No. 364

In ECF No. 351, the Court filed a discovery order under seal. The Court stated that it planned to file a public version of the order and gave the parties seven days to file any proposed redactions. Meta has filed proposed redactions at ECF No. 364. The Court is concerned, however, that Meta's proposed redactions are excessive or entirely unwarranted. The Court orders Meta to file either narrowly tailored proposed redactions, or a statement that it does not seek any redactions, by January 13, 2025. In so doing, Meta shall follow the guidance provided by Judge Chhabria in ECF No. 373.

**IT IS SO ORDERED.**

Dated: January 9, 2025

THOMAS S. HIXSON
United States Magistrate Judge