UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **DECLARATION OF NIKKI VO IN SUPPORT OF DEFENDANT META PLATFORM INC.'S MOTION TO SEAL RE: ORDER OF JANUARY 8, 2025 [DKT. 373]** |

I, Nikki Vo, hereby declare:

1. I am a Director & Associate General Counsel for Defendant, Meta Platforms, Inc. ("Meta"). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I make this declaration in support of Defendant Meta Platform Inc.'s Motion to Seal re: Order of January 8, 2025 [Dkt. 373] ("Motion to Seal"), considering and in accordance with the Court's guidance.

3. *First*, regarding materials filed in connection with Plaintiffs' Motion for Leave to File a Third Consolidated Amended Complaint ("Plaintiffs' Motion") (unredacted materials sealed at Dkt. 301), the Motion to Seal seeks to have the following documents partially sealed:

| Document | Sealing Request |
|---|---|
| **Vo Ex. A** – Exhibit 1 to Declaration of Joshua M. Stein ISO Plaintiffs' Motion ("Stein Motion Declaration") (Dkt. 301-3) | Redacted Highlighted Portions |
| **Vo Ex. B** – Exhibit 2 to Stein Motion Declaration (Dkt. 301-4) | Redacted Highlighted Portions |
| **Vo Ex. C** – Exhibit 7 to Stein Motion Declaration (Dkt. 301-9) | Redacted Highlighted Portions |
| **Vo Ex. D** – Exhibit 8 to Stein Motion Declaration (Dkt. 301-10) | Redacted Highlighted Portions |
| **Vo Ex. E** – Exhibit 9 to Stein Motion Declaration (Dkt. 301-11) | Redacted Highlighted Portions |

4. The limited information requested to be sealed in Dkts. 301-3, 301-9, 301-10, and 301-11 contains hyperlinks or file paths (e.g., links to access Meta's internally stored documents and data), pointing to Meta's confidential and proprietary information and sensitive features of its internal systems, which are maintained as confidential and with restricted access in the ordinary course of its business, and which is not generally known to the public or Meta's competitors. The hyperlinks and file paths have been redacted in a randomized way to avoid disclosure. Such confidential and proprietary information about Meta's infrastructure may increase the risk of cyber security threats or breaches as third parties may seek to gain access to and use the information to

compromise and intrude upon Meta's internal systems and other confidential information.

5. The limited information requested to be sealed in Dkts. 301-3, 301-4, 301-9, 301-10, and 301-11 contains the email addresses for Meta's individual employees, who are not parties to the case. Such information has been redacted to protect the employees' privacy and to avoid the risk of third parties' use of the information for automated or unwanted solicitation or contact.

6. The limited information requested to be sealed in Dkt. 301-9 includes information protected by confidentiality and non-disclosure obligations and agreements between Meta and third parties. Disclosure of such information may put the third parties' confidential information at risk and pose a competitive disadvantage to those parties who obtained promises of confidentiality from Meta and are not parties to this lawsuit.

7. **Second**, regarding materials filed in connection with Meta's Opposition to Plaintiffs' Motion ("Meta's Opposition") (unredacted materials sealed at Dkt. 328), the Motion to Seal seeks to have the following documents entirely or partially sealed:

| Document | Sealing Request |
|---|---|
| **Vo Ex. F** – Exhibit A to Declaration of Kathleen Hartnett ISO Meta's Opposition ("Hartnett Declaration") (Dkt. 328-5) | Redacted Highlighted Portions |
| **Vo Ex. G** – Exhibit B to Hartnett Declaration (Dkt. 328-6) | Redacted Highlighted Portions |
| **Vo Ex. H** – Exhibit F to Hartnett Declaration (Dkt. 328-10) | Redacted Highlighted Portions |
| **Vo Ex. I** – Exhibit G to Hartnett Declaration (Dkt. 328-11) | Redacted Highlighted Portions |
| **Vo Ex. J** – Exhibit H to Hartnett Declaration (Dkt. 328-12) | Redacted Highlighted Portions |

8. The information in Dkts. 328-5 and 328-6 (along with Dkt. 301-9, above), are different versions of the same document, the redacted portions of these documents and those in Dkt. 328-12, comprise information protected by confidentiality and non-disclosure obligations and agreements between Meta and third parties. Disclosure of such information may put the third parties' confidential information at risk and pose a competitive disadvantage to those parties who

obtained promises of confidentiality from Meta and are not parties to this lawsuit.

9. The limited information requested to be sealed in Dkts. 328-5, 328-6, 328-11, and 328-12 contains hyperlinks or file paths (e.g., links to access Meta's internally stored documents and data), pointing to Meta's confidential and proprietary information and sensitive features of its internal systems, which are maintained as confidential and with restricted access in the ordinary course of its business, and which is not generally known to the public or Meta's competitors. The hyperlinks and file paths have been redacted in a randomized way to avoid disclosure. Such confidential and proprietary information about Meta's infrastructure may increase the risk of cyber security threats or breaches as third parties may seek to gain access to and use the information to compromise and intrude upon Meta's internal systems and other confidential information.

10. The limited information requested to be sealed in Dkts. 328-5, 328-6, 328-10, and 328-11 also contains the email addresses for Meta's individual employees, who are not parties to the case. Such information has been redacted to protect the employees' privacy and to avoid the risk of third parties' use of the information for automated or unwanted solicitation or contact.

11. ***Third***, regarding materials filed in connection with Plaintiffs' Reply in support of Plaintiffs' Motion ("Plaintiffs' Reply") (unredacted materials sealed at Dkt. 346), the Motion to Seal seeks to have the following documents entirely or partially sealed:

| Document | Sealing Request |
|---|---|
| **Vo Ex. K** – Exhibit A to the Declaration of Joshua M. Stein ISO Plaintiffs' Reply ("Stein Reply Declaration") (Dkt. 346-2) | Redacted Highlighted Portions |
| **Vo Ex. L** – Exhibit B to Stein Reply Declaration (Dkt. 346-3) | Redacted Highlighted Portions |
| **Vo Ex. M** – Exhibit C to Stein Reply Declaration (Dkt. 346-4) | Redacted Highlighted Portions |
| **Vo Ex. N** – Exhibit D to Stein Reply Declaration (Dkt. 346-5) | Redacted Highlighted Portions |

12. The limited information requested to be sealed in Dkt. 346-3 contains information protected by confidentiality and non-disclosure obligations and agreements between Meta and third parties. Disclosure of such information may put the third parties' confidential information at risk

and pose a competitive disadvantage to those parties who obtained promises of confidentiality from Meta and are not parties to this lawsuit.

13. The limited information requested to be sealed in Dkts. 346-3, and 346-5 contains hyperlinks or file paths (e.g., links to access Meta's internally stored documents and data), pointing to Meta's confidential and proprietary information and sensitive features of its internal systems, which are maintained as confidential and with restricted access in the ordinary course of its business, and which is not generally known to the public or Meta's competitors. The hyperlinks and file paths have been redacted in a randomized way to avoid disclosure. Such confidential and proprietary information about Meta's infrastructure may increase the risk of cyber security threats or breaches as third parties may seek to gain access to and use the information to compromise and intrude upon Meta's internal systems and other confidential information.

14. The limited information requested to be sealed in Dkts. 346-2, 346-3, 346-4 and 346-5 also contains the email addresses and contact information for Meta's individual employees, who are not parties to the case. Such information has been redacted to protect the employees' privacy and to avoid the risk of third parties' use of the information for automated or unwanted solicitation or contact.

*  *  *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed in Oakland, California on this 13th day of January, 2025.

_____
Nikki Vo