UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                               Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**[Proposed] Order Granting Meta Platforms, Inc.'s Sealing Motion in Response to Order re Meta's Sealing Requests [Dkt. 373]** |

Defendant Meta Platforms, Inc. ("Meta") filed a Motion to Seal ("Sealing Motion") in Response to this Court's January 8, 2025 Order Regarding Meta's Sealing Requests, (Dkt. 373), seeking leave to file under seal certain (1) exhibits accompanying Plaintiffs' Motion for Leave to File Third Amended Consolidated Complaint (*see* Dkt. 300 ("Motion for Leave"); Dkt. 301 ("Sealing Motion re Motion for Leave")); (2) exhibits accompanying Meta's Opposition to Plaintiffs' Motion for Leave to File Third Amended Consolidated Complaint (*see* Dkt. 329 ("Opposition"); Dkt. 328 ("Sealing Motion re Opposition")); and (3) exhibits accompanying Plaintiffs' Reply in Support of Plaintiffs' Motion for Leave to File Third Amended Consolidated Complaint (*see* Dkt. 346 ("Reply"); Dkt. 347 ("Sealing Motion re Reply")).

Having considered the Sealing Motion, and finding [**compelling reasons/good cause**] for the motion, the Court hereby **GRANTS** the Sealing Motion and Orders **SEALED** the following:

| **Document** | **Sealing Request** |
|---|---|
| **Exhibits Accompanying Plaintiffs' Motion for Leave** ||
| **Vo Ex. A** – Exhibit 1 to Declaration of Joshua M. Stein ISO Plaintiffs' Motion ("Stein Motion Declaration") (Dkt. 301-3) | • Redacted Highlighted Portions |
| **Vo Ex. B** – Exhibit 2 to Stein Motion Declaration (Dkt. 301-4) | • Redacted Highlighted Portions |
| **Vo Ex. C** – Exhibit 7 to Stein Motion Declaration (Dkt. 301-9) | • Redacted Highlighted Portions |
| **Vo Ex. D** – Exhibit 8 to Stein Motion Declaration (Dkt. 301-10) | • Redacted Highlighted Portions |
| **Vo Ex. E** – Exhibit 9 to Stein Motion Declaration (Dkt. 301-11) | • Redacted Highlighted Portions |
| **Exhibits Accompanying Meta's Opposition** ||
| **Vo Ex. F** – Exhibit A to Declaration of Kathleen Hartnett ISO Meta's Opposition ("Hartnett Declaration") (Dkt. 328-5) | • Redacted Highlighted Portions |
| **Vo Ex. G** – Exhibit B to Hartnett Declaration (Dkt. 328-6) | • Redacted Highlighted Portions |
| **Vo Ex. H** – Exhibit F to Hartnett Declaration (Dkt. 328-10) | • Redacted Highlighted Portions |
| **Vo Ex. I** – Exhibit G to Hartnett Declaration (Dkt. 328-11) | • Redacted Highlighted Portions |

| | |
|---|---|
| **Vo Ex. J** – Exhibit H to Hartnett Declaration (Dkt. 328-12) | • Redacted Highlighted Portions |
| **Exhibits Accompanying Plaintiffs' Reply** | |
| **Vo Ex. K** – Exhibit A to the Declaration of Joshua M. Stein ISO Plaintiffs' Reply ("Stein Reply Declaration") (Dkt. 346-2) | • Redacted Highlighted Portions |
| **Vo Ex. L** – Exhibit B to Stein Reply Declaration (Dkt. 346-3) | • Redacted Highlighted Portions |
| **Vo Ex. M** – Exhibit C to Stein Reply Declaration (Dkt. 346-4) | • Redacted Highlighted Portions |
| **Vo Ex. N** – Exhibit D to Stein Reply Declaration (Dkt. 346-5) | • Redacted Highlighted Portions |

**IT IS HEREBY ORDERED**.

Dated: _____

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE