# Vo Declaration Exhibit B

# Exhibit 2

# Sealed Version

Message

| | |
|---|---|
| From: | Laurens van der Maaten (Google Docs) [comments-noreply@docs.google.com] |
| Sent: | 10/18/2023 2:08:32 AM |
| To: | Nikolay Bashlykov @meta.com] |
| Subject: | Observations on LibGen-SciMag |



New activity in the following document

Observations on LibGen-SciMag

For you
Comments

**Observations**

Shruti Bhosale
• 2:51 PM, Oct 16 (PDT)

cc: ▮▮▮▮@meta.com Laurens had some interesting observations about scimag

Nikolay Bashlykov
• 2:53 AM, Oct 17 (PDT)

Thanks for the comments ▮▮▮▮@meta.com!

1 author reacted with 👍 (Laurens van der Maaten)

Laurens van der Maaten
• 7:00 PM, Oct 17 (PDT)
**New**

Excited to see all the amazing work you and the team have doing on LibGen, ▮▮▮▮@meta.com! The data looks really good :)

ReplyOpen


5 comments

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00101613

> author indexes or whether it is better to try and remove them

**Nikolay Bashlykov**
• 7:07 AM, Oct 17 (PDT)

we didn't remove the authors in Galactica project, but yes we can experiment on that as well

**Laurens van der Maaten**
• 7:01 PM, Oct 17 (PDT)
**New**

Probably also not a p0. Just something I was wondering about.

Reply Open

> some ablations on different ways to encode references

**Nikolay Bashlykov**
• 8:06 AM, Oct 17 (PDT)

Discussed with ▮▮▮▮@meta.com that in Galactica the main focus for this format of the references ([START_REF]) was to have the ability to predict the paper based on the context. Not sure we need this ability for our general purpose model.

I was thinking of removing the references completely, but then you could end up with incomplete sentences like this:
"As [2] suggests, ..." -> "As  suggests". So I decided to leave the references as is for now.

If we have cycles to ablate more that, would be interesting to see the outcomes.

**Laurens van der Maaten**
• 6:59 PM, Oct 17 (PDT)
**New**

Got it, okay. If we've thought about this and made an intentional decision to keep it as-is, that sounds good to me. It would be interesting to do an ablation on this at some point but I agree it is probably not a p0.

Reply Open

> math hasn't been converted to Markdown

**Nikolay Bashlykov**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

• 8:21 AM, Oct 17 (PDT)

I think LaTeX is better for math. But yeah, we can change it if needed



Laurens van der Maaten
• 7:02 PM, Oct 17 (PDT)
**New**

How did we decide what stuff we convert to Markdown and what we keep in LaTeX?

And perhaps more importantly: Are we doing this consistently across all data sources? That kind-of seems important (but I may be wrong!).

ReplyOpen

Acknowledgements sections or can we remove them?



Nikolay Bashlykov
• 8:26 AM, Oct 17 (PDT)

it's usually some good text there, but I don't have strong opinion on that. Unless there is PII data there



Laurens van der Maaten
• 7:03 PM, Oct 17 (PDT)
**New**

It's usually a list of funding agencies, project numbers, and people who proofread the paper, right? Doesn't seem super-valuable but I may be wrong..?

ReplyOpen

remove more copyright



Nikolay Bashlykov
• 3:07 AM, Oct 17 (PDT)

yes, agree, it shouldn't be there. Currently we are removing all the copyright paragraphs from beginning and the end of the paper.
But we can also try to remove any line containing "ISBN", "Copyright", "©", "All rights reserved", ...



Laurens van der Maaten
• 7:01 PM, Oct 17 (PDT)
**New**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

I don't know how easy or hard this is but it seems to me like it should be doable for most papers and give us a nice little boost.

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated items or subscribed to notifications on Observations on LibGen-SciMag. Change what Google sends you. You cannot reply to this email.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    Meta_Kadrey_00101616