# Vo Declaration Exhibit F

# EXHIBIT A

# LibGen dataset: 650B* clean & deduped tokens

POC: Nikolay Bashlykov

TL;DR: We have collected a new **650B*** dataset of high-quality tokens on almost every possible subject from STEM and fiction books to cooking, gardening and historic books.

*using GPT-4 tokenizer

Note: https://fb.workplace.com
Slides: Fair-Use Lib 230713

Description:

- Library Genesis, or LibGen, is a search engine and digital library that provides free access to a vast collection of books, articles, and other scholarly materials. It was established as a response to the limited access and high costs of academic publications, aiming to make knowledge more widely available.
- LibGen's database includes content from a wide range of disciplines, including science, technology, engineering, mathematics (STEM), humanities, and social sciences. The platform offers PDF and EPUB (ZIP archive containing a collection of HTML, CSS, ...) versions of books and articles, often sourced from copyrighted materials without the permission of the copyright holders.
- There are three main collections in LibGen:
  - fiction spans 2.7 million fiction books, 5.6TB
  - sci-tech spans 3.7 million scientific books, 59.4TB
  - sci-mag spans 81 million scientific articles, 80.6TB
  - [TBD] there is also comics, 94.5TB
- Analogues:
  - Sci-Hub: similar to the sci-mag part of LibGen.
  - Z-lib: initially a mirror of LibGen, but then evolved to a separate project. Now claims to have 23M books and 285B articles. Banned multiple times, but seems to be working currently. Worth investigating.

The PDFs are parsed with the NOUGAT library

| LibGen (full DB) | fiction | sci-tech | sci-mag | Total |
|---|---|---|---|---|
| Total documents (#) | 2,693,056 | 3,706,772 | 81,903,411 | |
| Unique documents (author&title) | 1,607,553 | 3,274,071 | 72,624,973 | |
| Language (%) | English: 65% | English: 51% | N/A | |

Meta_Kadrey_00065244

|  | German: 11%<br>French: 6% | Russian 29%<br>German: 5% |  |  |
|---|---|---|---|---|
| Format (%) | Epub: 59%<br>PDF: 11%<br>mobi: 10% | Epub: 16%<br>PDF: 65%<br>djvu: 11% | PDF: ~100% |  |
| Median number of pages per doc (#) | 170 | 258 | 6 |  |
| Extracted EN clean tokens (#) | 110B | 220B | 325B |  |
| Deduped EN tokens (gpt-4 tokenizer) | 70B | 190B | 320B |  |
| Extracted non-EN clean tokens (#) | 55B | 15B | - |  |
| **Extracted ALL clean&deduped tokens (#)** | **125B** | **205B** | **320B** | **650B** |

# II

**SUMMARY TABLE**

| Libgen Part (pdf/epub/mobi) | Total (doc num) | Downloaded (doc num / %) | Parsed (doc num / %) | Location Raw | Location Processed | Location minhash deduped | Cleaned tokens (#) |
|---|---|---|---|---|---|---|---|
| Sci-tech EN | 1,726,719 (454,064 epubs + 1,272,655 pdfs) | 1,695,684 / 98% | 1,496,473 / 88% | ▓fair-use/scitech/ | ▓air-use/scitech/processed/en/20230526/<br>▓air_llm/▓libgen/scitech/scitech_en | ▓minhashdeduped/lib/scitech/20231120/<br>▓fair_llm/d▓libgen/scitech/scitech_en_20231120<br>▓fair_llm_v▓minhashdeduped/lib/scitech-20231120 | 220B -><br>190B deduped |
| Fiction EN | 1,159,720 (1,041,740 epubs + 117,980 pdfs) | 1,138,296 / 98% | 1,042,125 / 92% | ▓fair-use/fiction/ | ▓air-use/fiction/processed/en/20230526/<br>▓air_llm/shuffled/libgen/fiction/fiction_en | **Fiction safe (w/o adult content)**<br>▓minhashdeduped/lib/fiction/20231210/safe<br>**Fiction rest (w adult content)**<br>▓minhashdeduped/lib/fiction/20231210/rest<br>▓/fair_llm_v3▓minhashdeduped/lib/fiction-20231210 | 110B -> 70B deduped |

Meta_Kadrey_00065245

| Libgen Part (pdf/epub/mobi) | Total (doc num) | Downloaded (doc num / %) | Parsed (doc num / %) | Location Raw | Location Processed | Location minhash deduped | Cleaned tokens (#) |
|---|---|---|---|---|---|---|---|
| Sci-mag EN | 81,903,411 (876 chunks both EN and non-EN, but we can parse only EN) | 847 / 96% | 54.7M / 67% | [redacted]fair-use/scimag/ | [redacted]fair-use/scimag/processed/en/20230726 [redacted]/fair_llm[redacted]/libgen/scimag/ | [redacted]minhashdeduped/lib/scimag/20231120/ [redacted]/fair_llm[redacted]/libgen/scimag/scimag_20231120 [redacted]air_llm_v3[redacted]minhashdeduped/lib/s cimag-20231120 | 325B -> 320B deduped |
| Sci-tech non-EN | 130,593 (123,281 epub + 7,312 mobi) | 128,722 / 99% | 118,589 / 92% | [redacted]fair-use/scitech/epub_non_en/ | [redacted]fair-use/scitech/processed/non_en/20231126/ [redacted]/fair_llm[redacted]/libgen/scitech/scitech_non_en_20231126 [redacted]air_llm_v3/[redacted]data_v3/fair-use/scitech/processed/non_en/scitech-20231126 | | 15B |
| Fiction non-EN | 594,348 (545,578 epub + 48,770 mobi) | 586,240 / 99% | 461,246 / 79% | [redacted]fair-use/fiction/epub_non_en | [redacted]fair-use/fiction/processed/non_en/20231126/ [redacted]/fair_llm[redacted]/libgen/fiction/fiction_non_en_20231126 [redacted]fair_llm_v3/data/data_v3/fair-use/fiction/processed/non_en/fiction-20231126 | | 55B |
| Total (gpt-4 tokenizer) | | | | | | | 725B -> 650B deduped |

HIGHLY CONFIDENTIAL - SOURCE CODE

## Updates:

### 26.11.2023

#### Multilingual LibGen v2

Similar cleaning steps were applied to multilingual libgen (fiction and scitech) as well, except for token distribution KL divergence heuristics.

- We did not apply the token distribution outliers heuristics because the top documents returned by high KL divergence do not show clear patterns of repetition or ungrammatical text in multilingual libgen. Part of the reason is that we concatenated all non-English documents together, so the corpus is not homogenous for the tool to be useful. We decided to skip this step for multilingual in the short term, and we can revisit it later when we split the data by language.

- Overall, we removed **1%** and **0.67%** of total characters from fiction and scitech respectively. Impact from specific filters are included below.

|  | Fiction | Scitech |
|---|---|---|
| _____REPETITION_____ | 520 | 242 |
| _____PII_____ | 31770 | 21233 |
| _____Copyright_____ | 52264 | 30304 |
| Excessive new line characters removed | 1097379580 | 202740904 |

- Location (RSC):
  - fiction: ███████fair_llm,████████ibgen/
  - scitech: ████████air_llm/████████ibgen/ ████████████████████
- Examples of filtered data
  - Repetition



Meta_Kadrey_00065247

REPETITION : Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo!
Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo
! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fancu
lo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fan
culo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! F
anculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie!
Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazi
e! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Gra
zie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! G
razie! Fanculo! Grazie! Fanculo! Grazie! Fanculo! Grazie! No, sul serio, fanculo

EPETITION : 一望無際的...蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、
、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、
蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇
、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、蛇、
REPETITION : 一嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、
嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒
汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐
、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、
嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒
汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、嗒汐、

▫ PII

[PII] : mdireto@record.com.br ou (21) 2585-2002.
[PII] : Als Paulo erschöpft und müde nach der immerhin effektiven Zeit mit Annemarie noch ihre E-Mails abrief, um zu sc
hauen, ob weitere Infos vom Prüfungsamt gekommen waren, stolperte sie über eine Mail von Sven3490gmx.de. Ohne Betreff. Aufgeregt klick
te sie sie an.
[PII] : Ihnen, liebe Leserinnen und Leser, danke ich, dass Sie dieses Selfpublishing-Projekt durch den Kauf und das Les
en unterstützt haben und würde mich sehr über Ihre Rückmeldung auf Amazon oder unter kontakt@cappuccino-romane.de freuen. Wenn Sie übe
r Neuerscheinungen unterrichtet werden möchten, schicke

▫ Copyright

Copyright : ISBN 978 90 414 1567 7
Copyright : ISBN 978 90 414 1789 3
Copyright : ISBN 978 90 414 1534 9
Copyright : ISBN 978 90 414 1684 1

For intermediate output (e.g. what's being filtered), check out the following directories:
- Scitech: [redacted]fair_lm/[redacted] ibgen/scitech/[redacted]
- Fiction: [redacted]air_llm/[redacted] ibgen[redacted]

17.11.2023

LibGen v2

There are a few improvements we can make to LibGen after the manual inspection of the datasets:
- Remove documents, highlighted by the Token Distribution tool: Token Distribution of Training Datasets
- Remove excessive new line character "\n\n\n\n":
  · Limit all the new line characters to 1 "\n"

- Remove repetition:
  - Remove lines that contain <8% unique words, but with at least 100 words
- Remove emails (PII data):
  - `email_regex = re.compile(r'\b[A-Za-z0-9._%+-]+@[A-Za-z0-9.-]+\.[A-Za-z]{2,}\b')`
- Remove rows containing copyright in the first and last 25% of the book:
  - Rows containing any of these words: ["ISBN", "Copyright", "©", "All rights reserved", "DOI"]
- [not used] Remove tables of Contents / References / Acknowledgements in the end of the book"
  - Remove all rows after these words if happen in the last 25% of the document: ["Content", "References", "About the author", "Acknowledgements"]
  - Remove rows with "Content" if happen in the first 10% of the document until the first row that has length more than 30 characters
- [TBD] Spit content to Adult/General for LibGen Fiction

Implementation: https://github.com/fairinternal

More details:
- Observations on LibGen-SciMag
- Data Review: libgen-fiction-books

**What was filtered?**
We filtered data inside of the documents as well as full documents (based on the Token Distribution outliers):
- Scitech: **0.85%**
- Scimag: **0.28%**
- Ficton: **1.17%**

- scitech: total number of docs: 1255945 | {'lines_copyright_removed': 2334655, 'newlines_removed': 2957148318, 'lines_pii_removed': 1808248, 'lines_repetition_removed': 190613}
- scimag: total number of docs: 41767181 | {'lines_copyright_removed': 16394972, 'newlines_removed': 4191208457, 'lines_pii_removed': 15212651, 'lines_repetition_removed': 410558}
- fiction: total number of docs: 760057 | {'lines_copyright_removed': 125855, 'newlines_removed': 1695675744, 'lines_pii_removed': 101729, 'lines_repetition_removed': 2448}

**Copyright&PII** (rows removed inside the documents)

Commented [1]: any rationale of why we're doing this? just better knowledge density? I wonder if it could be useful for long-context?

Meta_Kadrey_00065249

II

```
_____Copyright_____: Copyright © Adeline Catherine Anderson, 2009
_____PII_____: Harper loves hearing from readers and if you'd like to drop her a note you can do so via
harperbliss@gmail.com
_____PII_____: Email me at cassandradee.author@gmail.com with questions and comments.
_____PII_____: Did you enjoy this book? We love to hear from our readers. Please email us at readerfeedb
ack@titanemail.com or write to us at Reader Feedback at the above address.
_____PII_____: **readerfeedback@titanemail.com**
_____PII_____: Thank you for reading. If you enjoyed this book, please leave a review . If you'd like to
 send along private feedback or join my ARC team to get free Advanced Review Copies of my books, please email me
 at authorjamieknight@gmail.com
```

```
_____PII_____: e-mail: happywuyuandi@163.com
_____PII_____: e-mail: wnh@mail.nefu.edu.cn
____Copyright____: Mobile GIS; Mobile Agent; Forest intelligent administration system; wireless communication
978-0-7695-4077-1/10 $26.00 \(\copyright\) 2010 IEEE
_____PII_____: This work was supported by the Deanship of Scientific Research (DSR), King Abdulaziz Univ
ersity, Jeddah, Saudi Arabia under Grant 5-135-36-RG.Z. Li and M. Shahidehpour are with the Giavin Center for El
ectricity Innovation, Illinois Institute of Technology, Chicago, IL 60616 USA (e-mail: zhiyi.li@haw
____Copyright___: * [8] Z. Li and M. Shahidehpour, "Bilevel model for analyzing coordinated cyber-physical at
tacks on power systems," _IEEE Trans. Smart Grid_, available online. DOI: 10.1109/TSG.2015.2456107.
```

```
____Copyright____: # COPYRIGHT
____Copyright____: They cannot be sold, shared or given away as it is an infringement on the copyright of this work.
_____PII_____: Her muse, a cross between Jimmy Stewart and Hugh Jackman, brings her stories to life for her readers in a way tha
t has them coming back time and again for more. Her favorite genre is paranormal romance with a great deal of spice. You can visit Kathi
 online and drop her an email if you'd like. She lo
____Copyright____: eBooks are not transferable. They cannot be sold, shared or given away as it is an infringement on the copyright of
this work.
_____PII_____: You weren't happy with the read? Drop me an email to connect@ajsteffort.com.
_____PII_____: Reading, writing, and white-water rafting are the three things she enjoys the most. You can visit her at www.Anit
raMcLeod.com, write to her at alm@AnitraMcLeod.com, or fan her at www.facebook.com/pages/Anitra-Lynn-McLeod
____Copyright____: Copyright 1987 by Dale Brown.
```

**Repetition** (Caused by PDF parsing OCR model halucination. Also rerroved inside the documents)

Meta_Kadrey_00065250

_____REPETITION_____: CZ GORTON,1 M PAJO,1 KA RONLUND,2 DB RUSSELL,1 CS SENDALL2\({}^{\it{1}}\)Sexual Health Se
rvice, Cairns Base Hospital, Cairns, Queensland, Australia \({}^{\it{2}}\)Department of Gastroenterology, Cairns
Base Hospital, Cairns, Queensland, Australia \({}^{\it{3}}\)Exval Health Service, Cairns Base Hospital, Cairns,
Queensland, Australia \({}^{\it{4}}\)Department of Gastroenterology, Cairns Base Hospital, Cairns, Queensland,
Australia \({}^{\it{5}}\)Exval Health Service, Cairns Base Hospital, Cairns, Queensland, Australia \({}^{\it{6}}
\)Exval Health Service, Cairns Base Hospital, Cairns, Queensland, Australia \({}^{\it{7}}\)Exval Health Service,
Cairns Base Hospital, Cairns, Queensland, Australia \({}^{\it{8}}\)Exval Health Service, Cairns Base Hospital,
Cairns, Queensland, Australia \({}^{\it{9}}\)Exval Health Service, Cairns Base Hospital, Cairns, Queensland, Aus
tralia \({}^{\it{10}}\)Exval Health Service, Cairns Base Hospital, Cairns, Queensland, Australia \({}^{\it{11}}\
)Exval Health Service, Cairns Base Hospital, Cairns, Queensland, Australia \({}^{\it{12}}\)Department of Gastroe

_____REPETITION_____: The smell of the fly-a-later doing its wonderful work on those tasty french tries. This s
mell was not always present, but children have been exposed to this small enough that they are able to calides,
just as was too old to get excited conjure it in their entorhinal cortex whencerer they see a McDonald's. The sm
ell itself had been carefully designed and artificially synthesized in a smell and taste (actory on the haden's
been used). This was not always present, but children have been exposed to this small enough that they are able
to calides, just as was too old to get excited conjure it in their entorhinal cortex whencerer they see a McDona
ld's. The smell itself had been carefully designed and artificially synthesized in a smell and taste (actory on
the haden's been used). This was not always present, but children have been used to calides, just as was too old
to get excited conjure it in their entorhinal cortex whencerer they see a McDonald's. The smell itself had been
carefully designed and artificially synthesized in a smell and taste (actory on the haden's been used). This wa
s not always present, but children have been used to calides, just as was too old to get excited conjure it in t
heir entorhinal cortex whencerer they see a McDonald's. The smell itself had been carefully designed and artific
ially synthesized in a smell and taste (actory on the haden's been used). This was not always present, but child
ren have been used to calides, just as was too old to get excited conjure it in their entorhinal cortex whencere
r they see a McDonald's. The smell itself had been carefully designed and artificially synthesized in a smell an

Meta_Kadrey_00065251

```
_____REPETITION_____: The Bitcoin PRACTICE is a very important part of the Bitcoin PRACTICE. The Bitcoin PRACTICE is a very important p
art of the Bitcoin PRACTICE. The Bitcoin PRACTICE is a very important part of the Bitcoin PRACTICE. The Bitcoin PRACTICE is a very impor
tant part of the Bitcoin PRACTICE. The Bitcoin PRACTICE is a very important part of the Bitcoin PRACTICE. The Bitcoin PRACTICE is a very
important part of the Bitcoin PRACTICE. The Bitcoin PRACTICE is a very important part of the Bitcoin PRACTICE. The Bitcoin PRACTICE is
a very important part of the Bitcoin PRACTICE. The Bitcoin PRACTICE is a very important part of the Bitcoin PRACTICE. The Bitcoin PRACTI
CE is a very important part of the Bitcoin PRACTICE. The Bitcoin PRACTICE is a very important part of the Bitcoin PRACTICE. The Bitcoin
PRACTICE is a very important part of the Bitcoin PRACTICE. The Bitcoin PRACTICE is a very important part of the Bitcoin PRACTICE. The Bi
tcoin PRACTICE is a very important part of the Bitcoin PRACTICE. The Bitcoin PRACTICE is a very important part of the Bitcoin PRACTICE.
The Bitcoin PRACTICE is a very important part of the Bitcoin PRACTICE. The Bitcoin PRACTICE is a very important part of the Bitcoin PRAC
TICE. The Bitcoin PRACTICE is a very important part of the Bitcoin PRACTICE. The Bitcoin PRACTICE is a very important part of the Bitcoi
```

**Removed documents** (0.25% outliers based on Token Distribution. Removed full documents):

Meta_Kadrey_00065252

```
_____Removed_____Sonata No. 1 in C Major Op. 1.

Sonata No. 1 in C Major Op. 1.

Sonata No. 1 in C Major Op. 1.

## References

* [1]

Figure 1: _A simple example of a \(p\)-component model._Sonata No. 1 in C Major Op. 1

The small notes may be omitted if necessary.

Sonata No. 1 in C Major Op. 1Sonata No. 1 in C Major Op. 1Sonata No. 1 in C Major Op. 1Sonata No. 1 in C Major O
p. 1.

Sonata No. 1 in C Major Op. 1Sonata No. 2 in F# Minor Op. 2Sonata No. 2 in F# Minor Op. 2Sonata No. 2 in F# Mino
r Op. 2Sonata No. 2 in F# Minor Op. 2Sonata No. 2 in F# Minor Op. 2Sonata No. 2 in F# Minor Op. 2Sonata No. 2 in
 F# Minor Op. 2Sonata No. 2 in F# Minor Op. 2Sonata No. 2 in F# Minor Op. 2Sonata No. 2 in F# Minor Op. 2Sonata
No. 2 in F# Minor Op. 2.

Sonata No. 2 in F# Minor Op. 2.

Sonata No. 2 in F# Minor Op. 2.

Sonata No. 2 in F# Minor Op. 2.

Sonata No. 2 in F# Minor Op. 2Sonata No. 2 in F# Minor Op. 2.

Sonata No. 2 in F# Minor Op. 2.

Sonata No. 2 in F# Minor Op. 2Sonata No. 2 in F# Minor Op. 2
```

Meta_Kadrey_00065253



```
_____Removed_____**Variety, Analogy, and Periodicity in Inductive Logic**

Rudolf Carnap

_Philosophy of Science_, Vol. 30, No. 3. (Jul., 1963), pp. 222-227.

Stable URL:

http://links.jstor.org/sci?sici=0031-8248%28196307%2930%3A3%3C222%3AVAAPII%3E2.0.CO%3B2-6

_Philosophy of Science_ is currently published by The University of Chicago Press.

Your use of the JSTOR archive indicates your acceptance of JSTOR's Terms and Conditions of Use, available at

http://www.jstor.org/about/terms.html. JSTOR's Terms and Conditions of Use provides, in part, that unless you have obtained prior permis
sion, you may not download an entire issue of a journal or multiple copies of articles, and you may use content in the JSTOR archive onl
y for your personal, non-commercial use.

Please contact the publisher regarding any further use of this work. Publisher contact information may be obtained at

http://www.jstor.org/journals/ucpress.html.
```

**More details**
Scitech:      fair_llm          ibgen/
Scimag:       fair_llm          ibgen/
Fiction:      air_llm           bgen/

**Location**
fiction:      ir_llm            bgen/fiction
scitech:      ir_llm            ibgen/scitech
scimag:       ir_llm            ibgen/scimag

**Ablation experiment:**

conda activate          fair_llm/

squeue          -o "%.7i %.6P %.30j %.9u %.2t %.6M %.5D %.12q %R"

# monitor job

```
python -m scripts.monitor_███████ llama2_libgen_v2_256g_run000 --hanging_timeout_min 15
```

Run command

```
python stool.py run_███████ llama2_libgen_v2_256g train.py --sweep sweeps_██████ fair_use_lib/231121_78_llama2_libgen_v2_256g.yaml --mem 480 --ncpu 10 --ngpu 8 --ntasks 256 --nodes 32 --partition learn --anaconda_███████ fair_llm_██████ --qos fair_llm_pretrain --exclude rsclearn[2662] --launch_restart_dependencies 1
```

Restart command

```
python stool.py relaunch_█████ fair_llm_██████ llama2_libgen_v2_256g_ llama2_libgen_v2_256g_run000/2054563 --exclude rsclearn[2662] --launch_restart_dependencies 4
```

Rerun evals

```
DISABLE_EVALS=False EVALS_PREDICTOR="xlformers" python -m scripts.thib.relaunch_evals --run_dir "█████ fair_llm_████ llama2_libgen_v2_256g_ llama2_libgen_v2_256g_run000" --ngpus 8 --batch_size 20 --valid_args default --rebuild
```

Sweeps:

- Run: https://github.com/fairinterna████████████████se_lib/231121_78_llama2_libger_vs_256g_██████
- Baseline: https://github.com/fairinternal█████████████ir_use_lib/231121_78_llama2_libgen_v1_256g_████

Results:

The new mix shows **improvement on most of the benchmarks**. Low result on **mmlu** could be explained by high volatility of this benchmark (for example, on step **40k the result is 26.62**, which is **1.6 points higher** then on step **50k**)

Caveat: we compare the results for step 42.5k, since at the moment we didn't have more GPUs to complete the training. The "7B Llama2 + LibGen-v1" is the most relevant baseline, as the difference is the version of LibGen + Open Web Math.

| Step 42.5k | 7B Llama2 + LibGen v2 + OWM (step 42.5k) | 7B Llama2 Dill (step 42.5k) | 7B Llama2 + Libgen-v1 (step 42k) | Delta vs Llama2 Dill | Delta vs Llama2 Cin + LibGen-v1 |
|---|---|---|---|---|---|
| hellaswag.0_shot.acc_char | 69.85 | 68.79 | 67.65 | 1.06 | 2.20 |
| math.4_shot.1_gen.em | 1.30 | 1.68 | | -0.38 | n/a |
| nq.5_shot.em | 17.65 | 17.40 | 13.38 | 0.25 | 4.27 |
| tqs.5_shot.em | 43.78 | 43.58 | 40.24 | 0.20 | 3.54 |
| piqa.0_shot.acc_char | 76.66 | 76.55 | 75.41 | 0.11 | 1.25 |
| siqa.0_shot.acc_char | 47.03 | 46.21 | 45.80 | 0.82 | 1.23 |
| mmlu.5_shot.macro_avg.acc_char | 24.05 | 24.14 | 25.96 | -0.09 | -1.91 |
| human_eval.0_shot.1_gen.em | 2.44 | 1.83 | 1.83 | 0.61 | 0.61 |

Meta_Kadrey_00065255

| | | | | | |
|---|---|---|---|---|---|
| arc_challenge.0_shot.acc_char | 40.34 | 40.26 | 38.28 | 0.09 | 2.06 |
| ppl.code_py | 4.06 | | 4.44 | n/a | 0.39 |

| Step 50k | 7B Llama2 + LibGen v2 + OWM (step 50k) | 7B Llama2 + Libgen-v1 (step 48k) | 7B Llama2 + Libgen-v1 (step 51k) | Delta vs Llama2 Cin + LibGen-v1 (step 48k) | Delta vs Llama2 Cin + LibGen-v1 (step 51k) |
|---|---|---|---|---|---|
| hellaswag.0_shot.acc_char | 70.35 | 67.64 | 67.95 | 2.72 | 2.40 |
| math.4_shot.1_gen.em | 1.76 | | | | |
| nq.5_shot.em | 18.25 | 15.32 | 15.26 | 2.94 | 2.99 |
| tqs.5_shot.em | 45.50 | 42.35 | 40.61 | 3.15 | 4.89 |
| piqa.0_shot.acc_char | 76.82 | 74.92 | 76.50 | 1.90 | 0.33 |
| siqa.0_shot.acc_char | 47.34 | 47.19 | 46.93 | 0.15 | 0.41 |
| mnlu.5_shot.macro_avg.acc_char | 25.07 | 25.94 | 27.36 | -0.87 | -2.29 |
| human_eval.0_shot.1_gen.em | 2.44 | 2.44 | 2.44 | 0.00 | 0.00 |
| arc_challenge.0_shot.acc_char | 40.52 | 37.88 | 38.71 | 2.83 | 1.80 |
| ppl.code_py | 4.02 | 4.42 | 4.40 | 0.40 | 0.38 |



Locatons:
- 7B Llama2 + LibGen v2 + OWM: ██████████████ air_llm █
- 7B Llama2 Dill RSC ██████████████ az-230913_211008-gpt4tok/az-230913_211008-gpt4tok_run000/eval/0042500 █
- 7B Llama2 Cin + Libgen-v1 ██████████ ikbash/eval_results/torchx-pci_7b_tok_cl100k_512_4m_with_libgen_v1 █

## 14.09.2023

Jacob Xu run mirhash deduplication of scitech, fiction and scimag:

| LibGen Part | Clean tokens | Minhash deduped | % duplicates removed | Location deduped |
|---|---|---|---|---|
| Sci-tech EN | 220B | 190B | 15% | ████████ inhashdeduped/lib/sci tech/ |
| Fiction EN | 110B | 70B | 35% | ████████ inhashdeduped/lib/fic tion/ |

Meta_Kadrey_00065256

| Sci-mag EN | 325B | 320B | 5% | ▮▮▮▮▮ninhashdeduped/lib/sci<br>mag/ |
|---|---|---|---|---|
| **Overall** | 655 | 560B | **15%** | |

## 13.09.2023

Run ablation experiments for Sci-mag.

Wandb: https://fairwardb.org/fairllm▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Targeting 10T datamix with 325B tokens from Sci-mag will make the 1x share of Sci-mag (LibGen papers) to be ~3.3%. To get more signal, we'll assume 2x epochs share in the final datamix, i.e. ~6.5% share. So the ablation experiment would be to have the Dill datamix + LibGen papers **6.5%** (with reducing proportionally CC share): config.



```
python stool.py run ▮▮▮▮ libgen_papers_230913 tra▮▮ --sweep
        fair_use_lib/230913_7B_b4M_256gpu_scimag_6pc▮ --mem 480 --ncpu 10 --
ngpu 8 --ntasks 256 --nodes 32 --partition learn --anaconda
        fair_llm/envi▮▮▮▮▮▮    230802_pt2 --qos fair_llm --launch_restart_dependencies
4
```

```
python stool.py relaunch
        /fair_llm/x/dumps/nb_7B_libgen_papers_230913/▮▮▮ libgen_papers
_230913_▮          --exclude rsclearn[2662] --
launch_restart_dependencies 4
```

## 26.07.2023

Moved processed sci-mag to S3:

▮▮▮▮▮▮▮▮▮▮▮▮▮ fair-use/scimag▮▮▮▮▮▮▮▮▮▮▮▮

## 20.07.2023

Re-run LibGen against a new 2k context length Dill baseline datamix:



```
python stool.py run ▮▮▮▮ libgen_230720 train.py --sweep ▮▮▮▮▮/data_ablations/230616-fair-use-lib/230720_fair_use_lib_en_7B_b4M_256gpu▮ --mem 480 --ncpu 10 --ngpu
8 --ntasks 256 --nodes 32 --partition learn --anaconda ▮▮▮ fair_llm/▮▮▮▮▮▮▮▮   --qos fair_llm --launch_restart_dependencies 2
```

```
python stool.py run ▮▮▮▮   libgen_230720 train.py --sweep
```

**Commented [2]:** Where are we logging results for this? any more details on the experimen'?

**Commented [3]:** the main results are below (04.07.2023). this was for the new baseline, but we recenly changed it to 4k context length, so this run is not relevant (and was stopped).

I will schedule a new run on the new 4k Dill baseline. But we can also use the previous runs (04.07.2023) - they showed positive signals.

**Commented [4]:**

**Commented [5]:**



```
              data_ablations/230615-fair-use-
lib/230720_fair_use_lib_en_7B_b4M_256gpu          -mem 480 --ncpu 10 --ngpu 8
--ntasks 256 --nodes 32 --partition learn --anaconda
                     envs/xlformers_230705 --qos fair_llm --
launch_restart_dependencies 2
```

## 10.07.2023

Re-running evals for mmlu

```
python -m scripts.thib.relaunch_evals --run_dir          fair_llm/xldumps       libgen_230704/nb_7B                       --ngpus 8 --batch_size 20 --
additional_evals "mmlu"
```

Categorisation of the data (performed by chatLLaMA):

**Fiction:**



**Scitech:**

Meta_Kadrey_00065258



04.07.2023

**Ablation experiments results:**

For experiments **Exp 1** (Scitech+Fiction) and **Exp 2** (Fiction only) we've substituted part of CCNET with LibGen to see the relative impact of the library to the baseline datamix. We observe improvements in the number of metrics:

- **+4.5% BoolQ** (+6% for Exp Fiction only)
- **+5.5% SiQA** (+1.1% for Exp Fiction only)
- **+1.2% MMLU**

Next steps:

- Running **Exp4:** substituting both C4&CCNET with 2 epochs of LibGen. Hypothesis is that we can increase the number of epochs for LibGen
- Running **Exp5**: substituting both C4&CCNET with LibGen in similar proportions. This would be a baseline for **Exp4**

HIGHLY CONFIDENTIAL - SOURCE CODE

Meta_Kadrey_00065259



Meta_Kadrey_00065260



rsclearn[1174,1376,1960,2285,2373,2662,2676,2805]

nb_7B_libgen_230704_run001

python stool.py relaunch

fair_llm/xldumps    libgen_230704/nb_7B_libgen_230704/

rsclearn[1174,1376,1960,2285,2373,2662,2676,2805]

## 01.07.2023

Ablation Experiments for LibGen:

- **Exp 1**: Libgen Scitech + Fiction
  - ○ Sweep: https://github.com/fairinternal/    data_ablations/230616-fair-use-lib/230616_fair_use_lib_en_7B_b4M_255gp
  - ○ **Dir exp:**    fair_llm/xldump
- **Exp 2**: Libgen Fiction only
  - ○ Sweep: https://github.com/fairinternal/    lib/230616_fair_use_lib_en_7B_b4M_255gp
  - ○ **Dir exp:**    fair_llm/xldumps/
- **Exp 3**: Libgen vs B3G&Arxiv
  - ○ Sweep: https://github.com/fairinternal/
  - ○ **Dir exp:**    fair_llm/xldumps/nb_7B_libgen_230701/
- **Exp 4**: Libgen x2 epochs Scitech+Fiction
  - ○ Sweep: 230704_fair_use_lib_en_7B_b4M_256gp
  - ○ **Dir exp:**    air_llm/xldumps/nb_7B_libgen_230704/
- **Exp 5**: Libgen vs C4&CCNET
  - ○ Sweep: 230704_fair_use_lib_en_7B_b4M_256gpu.yaml
  - ○ **Dir exp:**    fair_llm/xldumps/nb_7B_libgen_230704/

### Exp 3&5: run command

python stool.py run nb_7B_libgen_230704 train.py --sweep
                230616-fair-use-
lib/230704_fair_use_lib_en_7B_b4M_256gpu    --mem 480 --ncpu 10 --ngpu 8 --ntasks 256 --
nodes 32 --partition learn --anaconda
fair_llm_pretrain --launch_restart_dependencies 2

HIGHLY CONFIDENTIAL - SOURCE CODE

Meta_Kadrey_00065261

30.06.2023

Statistics on OCR parsing failures:

| AVG/doc: | fiction_pdf | scitech_pdf | scimag_pdf |
|---|---|---|---|
| num_pages_per_book | 170 | 258 | 6 |
| num_chars_per_book | 344,488 | 697,960 | 27,793 |
| num_missing_page_fail_per_book | 1.67 page / doc | 11.2 page / doc | 0.58 page / doc |
| num_missing_page_post_per_book | 0.42 page / doc | 14 page / doc | 0.05 page / doc |
| errors_per_char | 1.63E-05 | 7.23E-05 | 4.21E-05 |

- Added parsed scitech_pdf and fiction_pdf with markers to determine the page break:
  - ○ Fiction: ▮▮▮▮ /air_llm/data/shuffled/libgen/fiction▮
  - ○ Scitech: /▮▮▮▮▮▮▮ air_llm/data/shu/fled/libgen/scitech/▮▮▮▮▮▮▮▮▮▮▮
  - ○ Marker: "[MISSING_PAGE_*]":
    - ■ MISSING_PAGE_EMPTY
    - ■ MISSING_PAGE_FAIL
    - ■ MISSING_PAGE_POST

```
ublication includes guidance on how to use and adapt the
CSD indicators to national conditions. Detailed methodolo
gy sheets are published electronically and will be regula
rly updated online.\n\n[MISSING_PAGE_FAIL:480]\n\n[MISSIN
G_PAGE_EMPTY:481]\n\n[MISSING_PAGE_POST]\n\n[MISSING_PAGE
_EMPTY:483]\n\n[MISSING_PAGE_POST]", "source": "24c5db2e3
e08e7d9a2a9e81feebde759.mmd", "lang": "__label__en", "lan
g_score": 0.9252101182937622}
```

MISSING_PAGE_EMPTY: (or almost empty) pages. In that case the model tends to collapse into a repetition very quickly. We are catching them at runtime but not always because communication is difficult there. The ones that get through will be caught by the POST processing in the very most cases

MISSING_PAGE_FAIL: the model will fail unexplainably somewhere in the page and diverge into a loop. It's determined by a heuristic with a constant threshold so there will be some that will be missed by that. These ones are then caught in the POST processing again.

Meta_Kadrey_00065262



**Figure 6:** Examples for repetition detection on logits. Top: Sample with repetition, Bottom: Sample without repetition. Left: Highest logit score for each token in the sequence $\ell(x)$. Center: Sliding window variance of the logits $VarWin_B\ell(x)$, Right: Variance of variance from the position to the end $VarEnd_B\ell(x)$

## 28.06.2023

[Nikolay]

- Relaunching failed ablation jobs (failed b/c of a <u>bug in the xlformers</u>):
  - ○ ▮▮▮▮▮ fair_llm/xldumps/nb_7B_libgen_230625/nb_▮
  - ○ ▮▮▮▮▮ fair_llm/xldumps/nb_7B_libgen_230625/nb_7B▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- W&B dashboard: https://fairwandb.org/fairllm/▮▮▮▮▮▮▮reports/LibGen--▮▮▮▮▮▮

python stool.py relaunch ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮nb_7B_libgen_230701/nb_7B_libgen_230701▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## 19.06.2023

Starting an ablation experiment for 100% of EN scitech/fiction (330B tokens). We substitute 10% from CCNet with Libgen scitech dataset (matching it to the target datasets proportion: 2.3T Total vs 330B fiction/scitech -> scitech/fiction is 15%).

HIGHLY CONFIDENTIAL - SOURCE CODE

Experiments:

- Exp 1: EN: scitech+fiction
    - total dataset: 2.3T tokens
    - scitech&fiction is 330B tokens -> 15%
- Exp 2: EN: fiction
    - total dataset: 2.1T tokens
    - fiction is 110B tokens -> 5%

Dir: ▮▮▮▮▮ fair_llm ▮▮▮▮▮▮▮▮▮▮▮▮

Data:

| Data | Total dataset size (billion tokens) | Baseline (weights/ %) | Exp 1 (weights /%) | Exp 2 (weights /%) | Exp 3 (weights /%) | Exp 4 (weights /%) | Exp 5 (weights / %) | Exp 6 (weights / %) | Epochs (# / 200B) |
|---|---|---|---|---|---|---|---|---|---|
| Stack Exchange | 25 | 1.2 (1.8%) | | | | | | 2.2 | 0.14 |
| B3G (books3 + gutenberg) | 28 | 3 (4.5%) | | 0 | | | | 3.6 | 0.3 |
| Arxiv | 33 | 1.6 (2.4%) | | 0 | | | | 2.8 | 0.15 |
| Github OSS | 271 | 3 (4.5%) | | | | | | 11.6 | 0.03 |
| C4 en | 198 | 10 (15%) | | | | 6 (9%) | 7 (10%) | 7.7 | 0.15 |
| CCNet | 1,416 | 45 (67%) | 35 (52%) | 41.6 (62%) | 39.6 | 29 (43%) | 38 (57%) | 27.4 + 32.8 | E1: 0.07 E2: 0.09 |
| Wikipedia | 33 | 3 (4.5%) | | | | | | 4.3 | 0.27 |
| Exp 1: Libgen Scitech + Fiction (nb_7B_libgen_2 | 330B | - | 10 (15%) sci: 6.6 fic: 3.4 | - | | | | | 0.09 |



Meta_Kadrey_00065264

| 30625_run000) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Exp 2: Libgen Fiction only (nb_7B_libgen_2 30625_run001) | 110B | - | - | 3.4 (5%) | | | | | 0.09 |
| Exp 3: Libgen vs B3G&Arxiv | 330B | | | | 10 (15%) sci: 6.6 fic: 3.4 | | | | 0.09 |
| Exp 4: Libgen x2 Scitech+Fiction (nb_7B_libgen_2 30704_run000) | 30B | | | | | 20 (30%) sci: 13.2 fic:6.8 | | | 2 |
| Exp 5: Libgen vs C4&CCNET (nb_7B_libgen_2 30704_run001) | 30B | | | | | | 10(15%) sci: 6.6 fic: 3.4 | | 1 |
| Exp 6: Libgen - scimag (nb_7B_libgen_p apers_230913_r un000) | | | | | | | | scimag: 6.5 | |
| Total | Exp 1,3,5: 2.3T Exp 2: 2.1T Exp 4: 2.7T | 67 | | | | | | | |

Run command (Exp1&2):

```
python stool.py run nb_7B_libgen_230625 train.py --sweep

lib/230616_fair_use_lib_en_7B_b4M_256gpu.yaml --mem 480 --ncpu 10 --ngpu 8 --ntasks 256 --
nodes 32 --partition learn --anaconda          air_llm
```

Meta_Kadrey_00065265

`fair_lm_pretrain --launch_restart_dependencies 2`

**12-16.06.2023**

[Nikolay]

- Total conversion (download -> cleaned):
  - Scitech: 82% (b/c most of scitech are PDFs)
  - Fiction: 86%
  - Scimag: TBD
- non-EN languages:

| Language (Sci-tech) | Share, % (Sci-tech) | | Language (Fiction) | Share, % (Fiction) |
|---|---|---|---|---|
| Spanish | 23.4% | | French | 23.1% |
| Italian | 16.0% | | German | 22.7% |
| Chinese | 13.3% | | Spanish | 15.0% |
| Portuguese | 11.9% | | Dutch | 10.5% |
| German | 10.5% | | Italian | 8.2% |
| French | 7.4% | | Hungarian | 5.0% |
| Russian | 3.7% | | Portuguese | 3.5% |
| Hungarian | 2.2% | | Chinese | 2.8% |
| Dutch | 1.7% | | Japanese | 2.2% |
| Turkish | 1.1% | | Czech | 1.5% |
| Other | 8.8% | | Other | 5.4% |



Meta_Kadrey_00065266

## 07.06.2023

[Nikolay]
- Added script to convert .mobi to .epub to further parse with epub2markdown script (~60k additional documents, ~10B tokens).
- Converted 7k scitech .mobi to .epub (5% of scitech non-en)

## 06.06.2023

[Nikolay]
Done with the EN Scitech/Fiction part. Now finishing the non-EN Scitech/Fiction and ALL Scimag.
- Sci-tech (non-en):
  - Downloaded 130k (99%) of non-English epub/mobi Sci-tech books and 586k non-English epub/mobi Fiction books
  - We decided to skip the PDFs for row (since it'll be a hard lift to parse them with our current OCR). There are ~1M non-En PDFs, 60% of which are in Russian (which is not our target language), so the remaining is 425k PDF books (~65B additional multi-lang tokens) which we skip.
- Fiction (non-en):

| Libgen Part (non-EN) | Total non-EN (num) | Downloaded (num / %) | Parsed (num / %) | Location Raw | Location Parsed |
|---|---|---|---|---|---|
| Sci-tech EPUBs | 130,593 (123,281 epub + 7,312 mobi) | 128,722 / 99% | 0 / 0% | ▓▓▓▓▓/fair-use/scitech/epub_non_en/ | ▓▓▓▓/fair_llm/data _v2/datasets/books/ ▓▓▓ |
| Fiction EPUBs | 594,348 (545,578 epub + 48,770 mobi) | 586,240 / 99% | 0 / 0% | ▓▓▓▓▓/fair-use/fiction/epub_non_en | ▓▓▓▓/fair_llm/data _v2/datasets/books/ ▓▓▓ |
| Sci-mag All (incl EN) | 81,903,411 (876 chunks) | 690 / 79% | 100 / 11% | ▓▓▓▓▓/fair-use/scimag/ | |

## 05.06.2023

[Nikolay]:
- Sci-mag is 70% downloaded
- Downloaded the remaining 5% of Sci-tech, but all corrupted (unable to parse)
- Parsing multi-lang scitech/fiction PDFs seems to be quite time-consuming - we need to re-train OCR parsing script (no-immediate training data for that), so we'll start with EPUB/MOBI formats for non-English books
- Started loading multi-lang Scitech & Fiction:
  - Fiction (non-en, non-pdf): epub=545,578, mobi=48,770

Meta_Kadrey_00065267

- Scitech (non-en, non-pdf): epub=123,281, mobi=7,312
- Convert Scitech multi-lang EPUBs to markdown to check the quality of conversion (could be used for training the OCR for multi-eng)

[Lukas]:
- We can get additional 8-9% of non-English Sci-tech PDFs (~400k books). But for that we need training data for Spanish, German, Italian, French (optional: Chinese, Portuguese):
  - Check if we have training data on Arxiv

| Libgen Part (EN) | Total EN (num) | Downloaded (num / %) | Parsed (num / %) | Location Raw | Location OCR Parsed | Location Cleaned | Cleaned tokens (#) |
|---|---|---|---|---|---|---|---|
| Sci-tech PDFs | 1,272,655 | 1,241,150 / 98% | 1,104,047 / 89% | ▓▓▓▓▓▓air- use/scitech/pdf_en/ | /large_experiments/fair_llm▓ ▓▓▓fair- use/scitech/pdf_ocr/ | ▓▓▓fair- use/scitech/processed/▓ | 170B |
| Sci-tech EPUBs | 454,064 | 454,534 / 100% | 392,428 / 86% | ▓▓▓fair- use/scitech/epub_en/ | ▓▓▓▓/fair_llm/ | ▓▓▓fair-use/ scitech/processed/ | 50B |
| Fiction PDFs | 117,980 | 106,362/ 90% | 96,981 / 82% | ▓▓▓air- use/fiction/pdf_en/ | ▓▓▓fair_llm▓ ▓▓fair- use/fiction/pdf_ocr/ | ▓▓▓fair- use/fiction/processed/▓ | 10B |
| Fiction EPUBs | 1,041,740 | 1,031,934 / 99% | 946,144 / 91% | ▓▓/fair- use/fiction/epub_en/ | ▓▓▓▓/fair_llm/da ta_v2/▓ | ▓▓▓fair-use/ fiction/processed/ | 100B |
| Sci-mag All | 81,903,411 (876 chunks) | 619 / 70% | 100 / 11% | ▓▓air- use/scimag/ | ▓▓▓fair- use/scimag/pdf_ocr/ | | |

01.06.2023

| Libgen Part (EN) | | Total EN (num) | Downloaded (num / %) | Parsed (num / %) | Location Raw | Location Parsed | Location Cleaned | Cleaned tokens (#) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Meta_Kadrey_00065268

| Libgen Part (EN) | Total EN (num) | Downloaded (num / %) | Parsed (num / %) | Location Raw | Location Parsed | Location Cleaned | Cleaned tokens (#) |
|---|---|---|---|---|---|---|---|
| Sci-tech PDFs | 1,272,655 | 1,165,867 / 92% | 1,103,695 / 96% | ...air- use/scitech/pdf_en/ | ...fair_llm/da ta_v2/datasets/books/ | ...fair- use/scitech/processed/20230 526_pdf_en/ | 170B |
| Sci-tech EPUBs | 454,064 | 454,534 / 100% | 392,423 / 86% | ...air- use/scitech/epub_en/ | ...fair_llm/da ta_v2/datasets/books/data | ...fair-use/ scitech/processed/20230526_ epub_en/ | 50B |
| Fiction PDFs | 117,980 | 105,077/ 89% | 96,981 / 82% | ...air- use/fiction/pdf_en/ | ...fair_llm/da ta_v2/datasets/books/data | ...fair- use/fiction/processed/202305 26_pdf_en/ | 10B |
| Fiction EPUBs | 1,041,740 | 1,022,914 / 98% | 946,144 / 91% | ...air- use/fiction/epub_en/ | ...air_llm/da ta_v2/datasets/books/data | ...air-use/ fiction/processed/20230526_e pub_en/ | 100B |
| Sci-mag All | 81,903,411 (876 chunks) | 451 / 51% | 24 / 3% | ...air- use/scimag | | | |

[Lukas]
- Started with Scimag
- Optimized Nougat OCR inference code for many small documents

30.05.2023

| Libgen Part (EN) | Total EN (num) | Downloaded (num / %) | Parsed (num / %) | Location Raw | Location Parsed | Location Cleaned | Cleaned tokens (#) |
|---|---|---|---|---|---|---|---|
| Sci-tech PDFs | 1,272,655 | 1,165,867 / 92% | 1,066,478 / 91% | ...air- use/scitech/pdf_en/ | ...fair_llm/da ta_v2/datasets/books/data | ...air- use/scitech/processed/20230 526_pdf_en/ | 170B |
| Sci-tech EPUBs | 454,064 | 454,534 / 100% | 392,423 / 86% | ...air- use/scitech/epub_en/ | ...fair_llm/da ta_v2/datasets/books/data | ...fair-use/ scitech/processed/20230526_ epub_en/ | 50B |
| Fiction PDFs | 117,980 | 105,077/ 89% | 96,981 / 82% | ...air- use/fiction/pdf_en/ | ...fair_llm/da ta_v2/datasets/books/data | ...air- use/fiction/processed/202305 26_pdf_en/ | 10B |

HIGHLY CONFIDENTIAL - SOURCE CODE

| Fiction EPUBs | 1,041,740 | 1,022,914 / 98% | 946,144 / 91% | air- use/fiction/epub_en/ | fair_llm/da ta_v2/datasets/books/data/ | air-use/ fiction/processed/20230526_e pub_en/ | 100B |
| Sci-mag All | 81,903,411 (876 chunks) | 435 / 50% | 0 | air- use/scimag | | | |

## 26.05.2023

As of 5pm

| Libgen Part (EN) | Total EN (n.um) | Downloaded (num / %) | Parsed (num / %) | Location Raw | Location Parsed | Location Cleaned | Cleanec tokens (#) |
|---|---|---|---|---|---|---|---|
| Sci-tech PDFs | 1,272,655 | 1,165,867 / 92% | 1,066,478 / 91% | air- use/scitech/pdf_en/ | fair_llm/da ta_v2/datasets/books/data/ | fair- use/scitech/processed/20230 526_pdf_en/ | 170B |
| Sci-tech EPUBs | 454,064 | 454,534 / 100% | 392,423 / 86% | /fair- use/scitech/epub_en/ | fair_llm/da ta_v2/datasets/books/data/ | fair-use/ scitech/processed/20230526_ epub_en/ | 50B |
| Fiction PDFs | 117,980 | 105,077/ 89% | 96,981 / 82% | air- use/fiction/pdf_en/ | fair_llm/da ta_v2/datasets/books/data/ | air- use/fiction/processed/202305 26_pdf_en/ | 10B |
| Fiction EPUBs | 1,041,740 | 1,022,914 / 98% | 946,144 / 91% | fair- use/fiction/epub_en/ | /fair_llm/da ta_v2/datasets/books/data/ | fair-use/ fiction/processed/20230526_e pub_en/ | 100B |
| Sci-mag All | 81,903,411 (876 chunks) | 361 / 41% | 0 | air- use/scimag | | | |

[Peter]
 - Also had memory limitations
 - Finalized book filters:

| Condition | Example of an affected book |
|---|---|

Meta_Kadrey_00065270

| Book line count less than 50 | # Table of Contents |
|---|---|
| | 1. Cover<br>2. Title Page<br>3. You Can Be Brave<br><br>## Guide<br><br>1. Start Content<br># Table of Contents<br><br>1. Cover<br>2. Title Page<br>3. You Can Be Brave<br><br>## Guide<br><br>1. Start Content |
| Non-empty lines have less than 20 characters avg length | # Guide<br><br>1. Cover<br>2. Text<br><br># Page Numbers<br><br>1. 1<br>2. 2<br>3. 3<br>4. 4<br>5. 5<br>6. 6<br>7. 7<br>8. 8<br>9. 9<br>19. 19<br>20. 20<br>21. 21<br>22. 22<br>23. 23<br>24. 24<br>25. 25<br>26. 26 |

Meta_Kadrey_00065271

| | |
|---|---|
| Numeric fraction of characters >10% | 1.2<br>2.3<br>3.4<br>4.5<br>5.6<br>6.7<br>18.17<br>17.18<br>18.19<br>19.20<br>20.21 |
| Line longer than 50k characters | Book without any new lines or formatting, sometimes a parsing issue |
| Language id less than 0.5 for english | Our pdf ocr model is trained on english documents, so there are hallucinations when ocring non-english text. Also we only want english book for now.<br><br>P.- J. HÉRAULT<br>CAL DE TER<br>COLLECTION<br>« ANTICIPATION »<br>ÉDITIONS FLEUVE NOIR<br>6, rue Garantière – PARIS VIe |

- Scimag: [redacted] data/fair-use/scimag

Stat for filtering Fiction_epub:

Total number of books processed: 945531

Metrics for the number of books filtered out:

Meta_Kadrey_00065272

- book_line_count: 4951 books (0.52% of total books)
- book_length: 1928 books (0.20% of total books)
- numeric_fraction: 261 books (0.03% of total books)
- long_line: 3362 books (0.36% of total books)
- non_english: 5602 books (0.59% of total books)

Metrics for the average number of lines removed:
- repeated_lines: 0 lines per book on average
- missing_page_markers: 0 lines per book on average
- removed_boilerplate: 97 lines per book on average
- stripped_lines: 4 lines per book on average

Aggregate Metrics:
- Total number of books removed: 11249
- Percentage of books removed: 1.19%

Downloaded: 1,022,914
After parsing errors and filtering: 946,144 (~5% lost due to not being able to parse epubs, 1% through filtering)



Scitech_pdf_ocr_all:
Total number of books processed: 1060234

Metrics for the number of books filtered out:
- book_line_count: 12422 books (1.17% of total books)
- book_length: 5584 books (0.54% of total books)
- numeric_fraction: 5695 books (0.54% of total books)
- long_line: 70 books (0.01% of total books)
- non_english: 17902 books (1.69% of total books)

Metrics for the average number of lines removed:
- repeated_lines: 0 lines per book on average
- missing_page_markers: 37 lines per book on average
- removed_boilerplate: 65 lines per book on average
- stripped_lines: 1 lines per book on average

Aggregate Metrics:
- Total number of books removed: 27677
- Percentage of books removed: 2.61%

Meta_Kadrey_00065273

## 25.05.2023

[Nikolay] Had memory limitation on fair cluster of (20T) so had to back up everything to s3:

- Fiction: ▮▮▮▮▮ air-use/fiction
- Scitech ▮▮▮▮▮ fair-use/scitech
- Scimag: ▮▮▮▮▮ fair-use/scimag

## 24.05.2023

[Lukas]

- Script to filter SciMag files (script):
  - Checks if file is corrupt
  - Checks if file is PDF
  - Checks if PDF text is english
  → Send to Nougat OCR

As of 5pm

| Libgen Part (EN) | Total EN (num) | Downloaded (num / %) | Parsed (num / %) | Location Raw | Location Parsed | Location Cleaned |
|---|---|---|---|---|---|---|
| Sci-tech PDFs | 1,272,655 | 1,072,286 / 84% | 1,025,070 / 81% | ▮▮▮fair-use/scitech/en_pdf | ▮fair_llm/dat a_v2/datasets/book▮▮▮▮ | |
| Sci-tech EPUBs | 454,064 | 454,534 / 100% | 392,426 / 86% | ▮▮▮fair-use/scitech/en_epub | | |
| Fiction PDFs | 117,980 | 102,118 / 87% | 36,981 / 32% | ▮▮▮fair-use/fiction/en_pdf | ▮fair_llm/dat a_v2/datasets/books/dat▮ | |
| Fiction EPUBs | 1,041,740 | 1,001,538 / 96% | 642,703 / 64% | ▮▮▮fair-use/fiction/en_epub | | |
| Sci-mag All | 81,903,411 | 37,713 / 0% | 0 | ▮▮▮fair-use/scimag | | |

## 23.05.2023

Notes:

Meta_Kadrey_00065274

- Trying to load scimag with the same approach (direct download) as before - doesn't seem to be fast (250k docs / 12h -> 160 days to download the library). Exploring other options to load faster.

As of 5pm

| Libgen Part (EN) | Total EN (num) | Downloaded (num / %) | Parsed (num / %) | Location Raw | Location Parsed |
|---|---|---|---|---|---|
| Sci-tech PDFs | 1,272,655 | 1,179,045 / 93% | 973,340 / 76% | /fair-use/scitech/en_pdf | /fair_llm/data_v2/datasets/books |
| Sci-tech EPUBs | 454,064 | 454,534 / 100% | 392,426 / 86% | /fair-use/scitech/en_epub | data/scitech_ |
| Fiction PDFs | 117,980 | 102,118/ 87% | 69,423 / 59% | /fair-use/fiction/en_pdf | /air_llm/data_v2/datasets/books |
| Fiction EPUBs | 1,041,740 | 1,001,538 / 96% | 642,733 / 64% | /fair-use/fiction/en_epub | data/fiction. |
| Sci-mag All | 81,903,411 | 0 | 0 | /fair-use/scimag | |

## 22.05.2023

Notes:
- On the weekend hit the hard limit of disk utilization on fair cluster: ~24T (in my personal folder nikbash)
- Had to clean the disk (what was possible to clean), so now around ~21T
- With these constraints can't easily load scimag (~80T), so
  - EITHER distribute download across team (we have same IP, so would be throttled by libgen)
  - OR transfer raw files to S3, remove them from fair cluster (need to finish processing first) and load scimag in chunks
  - OR increase the disk space
- The problem with scimag loading is that there is no metadata for it, so we can't pre-filter by language and extension first, so we need to load everything at once (in chunks)
- Started backing up raw data to S3 bucket (to further remove raw data from the fair cluster)
  - Fiction:
    - EPUBs: /fair-use/fiction/epub_en/
    - PDFs: /fair-use/fiction/pdf_en/
  - Scitech:
    - EPUBs: /fair-use/scitech/epub_en/
    - PDFs: /fair-use/scitech/pdf_en/

As of 5pm

| Libgen Part (EN) | Total EN (num) | Downloaded (num / %) | Parsed (num / %) | Location Raw | Location Parsed |
|---|---|---|---|---|---|

| | | | | Location Raw | Location Parsed |
|---|---|---|---|---|---|
| Sci-tech PDFs | 1,272,655 | 1,179,045 / 93% | 904,149 / 71% | fair-use/scitech/en_pdf | fair_llm/data_v2/datasets/books |
| Sci-tech EPUBs | 454,064 | 454,534 / 100% | 392,426 / 86% | fair-use/scitech/en_epub | data/scitech. |
| Fiction PDFs | 117,980 | 102,118/ 87% | 67,192 / 57% | fair-use/fiction/en_pdf | fair_llm/data_v2/datasets/books |
| Fiction EPUBs | 1,041,740 | 1,001,538 / 96% | 642,703 / 64% | air-use/fiction/en_epub | data/fiction. |
| Sci-mag All | 81,903,411 | 0 | 0 | fair-use/scimag | |

## 19.05.2023

Notes:
- The download speed dropped significantly for the remaining 15% of data (probably the data is on the servers with low throughput)
- Planning to start loading Sci-mag on the weekend
- Discussed with Lukas Blecher that we would need to train the Nougat OCR on other languages to be able to parse the non-EN PDFs somewhere around end of June, 23
- Started parsing Fiction PDFs with Nougat OCR
  - The quality of other PDF parsers was not satisfactory (see notes from 18.05.2023)
  - The number of EN PDFs in Fiction is relatively small - 117k, so we need just 1-2 days with 500 GPUs

As of 5pm

| Libgen Part (EN) | Total EN (num) | Downloaded (num / %) | Parsed (num / %) | Location Raw | Location Parsed |
|---|---|---|---|---|---|
| Sci-tech PDFs | 1,272,655 | 1,006,428 / 80% | 822,187 / 65% | fair-use/scitech/en_pdf | fair_llm/data_v2/datasets/books |
| Sci-tech EPUBs | 454,064 | 454,356 / 100% | 392,426 / 86% | fair-use/scitech/en_epub | /data/scitech. |
| Fiction PDFs | 117,980 | 69,554 / 59% | 0 | fair-use/fiction/en_pdf | |
| Fiction EPUBs | 1,041,740 | 780,513 / 78% | 642,703 / 64% | fair-use/fiction/en_epub | data/fiction. |
| Sci-mag All | 81,903,411 | 0 | 0 | fair-use/scimag | |

 Meta_Kadrey_00065276

**18.05.2023**

As of 5pm

| Libgen Part (EN) | Total EN (num) | Downloaded (num / %) | Parsed (num / %) | Location Raw | Location Parsed |
|---|---|---|---|---|---|
| Sci-tech PDFs | 1,272,655 | 1,006,428 / 80% | 645,081 / 51% | ▓▓▓▓fair-use/scitech/en_pdf | ▓▓▓▓air_llm/data_v2/datasets/books |
| Sci-tech EPUBs | 454,064 | 454,292 / 100% | 392,426 / 86% | ▓▓▓▓air-use/scitech/en_epub | ▓▓▓▓data/libgen_epub. ▓▓ |
| Fiction PDFs | 117,980 | 67,274 / 50% | 0 | ▓▓▓▓air-use/fiction/en_pdf | |
| Fiction EPUBs | 1,041,740 | 696,542 / 70% | 642,703 / 64% | ▓▓▓▓fair-use/fiction/en_epub | ▓▓▓▓/data/fiction. ▓▓ |
| Sci-mag All | 81,903,411 | 0 | 0 | ▓▓▓▓air-use/scimag | |

Notes:
- We looked at processing the Fiction PDFs with a non-ocr parser PYPDF2, as it would be much faster. But even with normal novels there are lots of artifact like missing spaces or random spaces within words
- Therefore we decided to also use nougat ocr for all the fiction pdfs

| PYDF2 (with spacing issues) | Nougat OCR |
|---|---|

Meta_Kadrey_00065277

**Chapter 1**

It'sbeen inmypocket theentire time. ...ending menconfort theorigins ofWhich Ihad temporarily forgotten. Iremember itnow, and slowly, I begin to realize I might live.
Pulling itoutofmypocket, Iseehow itreflects thestrange, cim, purple light ofthecoffin like room I've been confined to.Ialmost put myself into atraxxie looking atit...and playing short films inmy head ofnow Imay employ it.The walls ofthis room arecurved and feel liwe skin. Icanfeel avibration thrumming throughout, like adis-iant, powerful, engine. I'mnotsure how long I've been lying here, I'm noteven sure how long I've been awake. Itseems Ijust realized over time Iwas conscious and thinking. After what feels like 20minutes of just staring atthe reflected purple light Iexplore the walls ofthis room, looking foranopening, ahandle, apoff ofairtailing ami'nmot

**Chapter r One: First N ight**

The dungeon door slam med shut be hind her. His eyes glow ed yell "So you're what they've found for me. Yo u can come closer. I'm He was propped up on pillows at the head of a large four— poste room. Her eyes adjuste d to the near—darkne ss. She could just beside the bed, on it s one roasi ed meat... fruit...wine...and be fo the bed dominated the room, so t he man dominated the bed. He w closer. Man acles tightly wrapped his wrists and were attached t to the upper be dposts . Simi lar c hains on t he foot posts dis indicating his feet w ere als o chained to the bed. T he firelig highlightin g a face of predatory male beauty: high cheekbones, straight nos e above a beaut:fully shaped mouth. His long hair shoulders to mid chest. Nake d, dark hone y skin covered his w abdomen. S he had the oddest urge to pull back th e cove r and s her hand to control the impulse.
His gaze ret urned her frank assessment. She knew he would see a share d ancestry. Her da rk hair was pulled back in a loose bra

**For Luther, my purpose.** Chapter 1 It's been in my pocket the entire time. Lending me a comfort the origins of which I had temporarily forgotten...

(garbled duplicate text)

**Chapter One: First Night**

The dungeon door slammed shut behind her. His eyes glowed yellow in the firelight.
"So you're what they've found for me. You can come closer. I'm bound...for now."

He was propped up on pillows at the head of a large four-poster bed that dominated the room. Her eyes adjusted to the near-darkness. She could just barely make out a small table beside the bed, on it some roasted meat...fruit...wine...and before the fire a small rug. As the bed dominated the room, so the man dominated the bed. He was huge. She dared a step closer. Manacles tightly wrapped his wrists and were attached to chains that bound his arms to the upper bedposts. Similar chains on the footposts disappeared under the cover, indicating his feet were also chained to the bed. The firelight flickered over him, highlighting a face of predatory male beauty: high cheekbones, slightly tilted eyes and a long straight nose above a beautifully shaped mouth. His long hair appeared black and trailed over shoulders to mid chest. Naked, dark honey skin covered his well-muscled chest and abdomen. She had the oddest urge to pull back the cover and see what lay beneath and flated her hand to control the impulse.

**17.05.2023**

As of 5pm

| Libgen Part | Total EN (num) | Downloaded (num / %) | Parsed (num / %) | Location Raw | Location Parsed |
|---|---|---|---|---|---|
| Sci-tech PDFs | 1,272,655 | 835,499 / 65% | 645,061 / 51% | ████ lbgen_pdf | ████ fair_llm/data_v2/datasets/books |

Meta_Kadrey_00065278

| Sci-tech EPUBs | 454,064 | 454,292 / 100% | 0 | libgen_epub | data/libgen, |
| Fiction PDFs | 117,980 | 58,071 / 49% | 0 | fiction/fiction_pdf | |
| Fiction EPUBs | 1,041,740 | 627,218 / 60% | 0 | fiction/fiction_epub | |
| Sci-mag All | 81,903,411 | 0 | 0 | | |

## 16.05.2023

[Lukas]
Sci-Tech conversion status (6pm 16.05.2023): (38% done of 1,726,719)
- PDFs (579,620 or 46% of 1,272,655): fair_llm/data_v2/datasets/books
- EPUBs (82,699 or 18% of 454,064):
  data/libgen_

[Nikolay]
Scitech EN download status (6pm 16.05.2023): (95% done of 1,201,994)
Fiction EN download status (6pm 16.05.2023): (55% done of 1,159,720)
- EPUBs (580,899): ction/fiction_epub
- PDFs (55,633): iction/fiction_pdf

Robert Stojnic suggested that we could do an experiment with finetuning 70B model on the sci-tech data to check that it would improve the reasoning capabilities (ideally to match the Galactica):

| Option | GPU hours | Comment |
|---|---|---|
| 70B on 512 GPUs | 362h (15 days) | sci-tech tokens (1 epoch): 200B wps 70B: 300 |
| 70B on 1024 GPUs | 181h (7.5 days) | GPU*hours = 200B/(num_g*wps*3600s) |
| 70B on 2048 GPUs | 90h (3.7 days) | |

## 15.05.2023

[Lukas]
Sci-Tech conversion status (5pm 15.05.2023): (34% done of 1,726,719)

 Meta_Kadrey_00065279

- PDFs (499,404 or 39% of 1,272,655): ▮▮▮▮▮▮ fair_llm/data_v2/datasets/books ▮▮▮▮▮▮
- EPUBs (82,699 or 18% of 454,064):
  ▮▮▮▮▮▮ data/libgen_epub_parsed

SciMag calculation:
  Processing speed: (12.6±10.5) s/batch @ 4 pages per batch
  #pages SciMag: 50%*82M*6=246M pages (assume 50% english)
  Estimated GPU hours: (12.6±10.5)*246M/4/3600= (215±180)k GPUh

[Nikolay]
Instructions to download libgen:
- ▮▮▮▮▮▮ /fair_data/fair_data/projects/fair_use_lib
- in your fair cluster terminal run "screen -S fiction"
- in a new screen window:
  - source activate ▮▮▮▮▮▮
  - ▮▮▮ libgen_direct.py"

Scitech EN download status (12pm 15.05.2023): (95% done of 1,201,994)
- EPUBs (310k):
  - 111,292 on FAIR Cluster: ▮▮▮▮ libgen_epub
  - 199,145 or ▮▮▮
- PDFs (847k):
  - 647,932 on Fair Cluster: ▮▮▮▮ libgen_pdf
  - 199,145 on ▮▮▮
- loaded previously EN PDF/EPUB on fair cluster (~480k) ▮▮▮ fair_llm/data_v2/datasets/books

Fiction EN download status (5pm 15.05.2023): (33% done of 1,159,720)
- EPUBs (338,797): ▮▮▮ fiction/fiction_epub
- PDFs (44,109) : ▮▮▮ fiction/fiction_pdf

Ablation results for Scitech EN PDFs at 50k step (100% complete):
- Overall no red flags observed
- Some improvement on siqa and boolq (but that's within the stdev)
- TB: https://fburl.com ▮▮▮



12.05.2023

[Nikolay]
We have overall cownloaded 1.6M books EN PDFs and EPUBs for Scitech (or 92%). This number however contains ~10% of corrupted file which needs to be re-downloaded later on (or skipped if they are corrupted in the source)
Scitech EN download status (12pm 12.05.2023): 92% done
- EPUBs (305k)
  ○ 111,272 on FAIR Cluster
  ○ 199,145 on RSC

Meta_Kadrey_00065281

- PDFs (810k)
  - ○ 638,350 on Fair Cluster
  - ○ 199,145 on RSC
- loaded previously EN PDF/EPUB on fair cluster (~480k): ▓▓▓▓▓▓▓▓ fair_llm/data_v2/datasets/books

Ablation results at 35k step (70% complete):
- Overall no red flags observed
- Loss seems to flatten out earlier
- TB: https://fburl.com/▓▓▓▓▓

[Lukas]
Scitech EN PDF conversion status (2pm 12.05.2023):
- 350k books finished (52B tokens)
- 390k books ready to process

[Nikolay] ablation results:

Meta_Kadrey_00065282





11.05.2023

[Nikolay]

We will need to reload the corrupted files separately after going through the first round of parsing.

10% of files are corrupted files after initial download, both EPUBs and PDFs.

For EPUBs processing we used Marie-Anne's html2latex.py script (the one used for CC) and performed some post processing on top of it - removing the Copyright section.

Scitech download status (10pm 11.05.2023):

Meta_Kadrey_00065283

- EPUBs (305k)
  - ○ 106,677 on FAIR Cluster
  - ○ 199,145 on RSC
- PDFs (810k)
  - ○ 611,409 on Fair Cluster
  - ○ 199,145 on RSC
- loaded previously EN PDF/EPUB on fair cluster (~480k): ▮▮▮▮▮/fair_llm,▮▮▮ datasets/books

[Lukas]

PDFs:

Improved post-processing to remove all kinds of repeated patterns and more.
- 260k PDF books successfully parsed
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮datasets/books/data/scitech_pdf_ocr_all

[Peter]

EPUBs: prepared a script to postprocess the EPUBs.
- 82k EPUB books parsed
- ▮▮▮▮▮▮▮▮▮libgen_epub_parsed

PDFs:
- ▮▮▮▮▮▮▮▮▮▮datasets/books/data/scitech_pdf_ocr_pet

## 10.05.2023

[Nikolay]

Libgen Scitech PDFs:

Starting an ablation experiment for 10% of scitech (parsed pdfs). We substitute 10% from CCNet with Libgen scitech dataset (matching it to the target datasets proportion: 2T Total vs 200B Libgen Scitech -> 10%).

| Data | Total dataset size (billion tokens) | Baseline (weights/%) | Experiment (weights/%) | Epochs (# / 200B) |
|------|------|------|------|------|
| Stack Exchange | 25 | 1.2 (1.8%) | 1.2 (1.8%) | 0.14 |
| B3G (books3 + gutenberg) | 28 | 3 (4.5%) | 3 (4.5%) | 0.3 |

Meta_Kadrey_00065284

| Arxiv | 33 | 1.6 (2.4%) | 1.6 (2.4%) | 0.15 |
|---|---|---|---|---|
| Github OSS | 271 | 3 (4.5%) | 3 (4.5%) | 0.03 |
| C4 en | 198 | 10 (15%) | 10 (15%) | 0.15 |
| CCNet | 1,416 | 45 (67%) | 38 (57%) | 0.08 |
| Wikipedia | 33 | 3 (4.5%) | 3 (4.5%) | 0.27 |
| Libgen Scitech | 25B (total: ~200B) | - | 7 (10%) | 0.8 |
| Total | 2.2T | 67 | 100% | |

Run (TB: https://fburl.com

- Libgen 10%: nb_7B_libgen_1005_run000
- Baseline: nb_7B_baseline

RSC:/checkpoint/fair_llm/xldumps/nb_7B_libgen_1005/nb_7B_libgen_1005_run000

python ▮▮▮ libgen_1005 train.py --sweep ▮▮▮ libgen_230510_7B_b4M_256gpu.yaml --mem 480 --ncpu 10 --ngpu 8 --ntasks 266 --nodes 32 --partition learn --
anaconda/ ▮▮▮ -qos fair_llm --launch --restart_depencencies 2
Data ▮

- ▮▮▮ libgen_scitech/scitech_10_pct
- 106B chars in total -> 25B tokens

Config: https://www.internalfb.com ▮▮▮

Libgen Scitech EPUBs:

The goal is to apply the same html_to_latex parser from CCNET.

Meta_Kadrey_00065285

html2text parsing (import html2text)

CC html_to_latex parsing (craw.utils.html_to_latex)



074C9882776960402$AAED5688612F4D

HIGHLY CONFIDENTIAL - SOURCE CODE

Meta_Kadrey_00065286

## Summary

Here are the key points we covered in this chapter:

- Facebook, the web, and iOS have three major advantages besides being the most popular game platforms: market acceptance of low-budget games, frictionless connection to social media, and portability to other platforms.
- Facebook has more than 900 million monthly users, about 30-40 percent who play games on the social network. This includes both genders and all the major age demographics.
- About 200 million people play web-based games, with an audience that skews teen/young adult and male. Only 20 percent are based in North America, with most of the audience in Europe and in emerging markets like Latin America, Russia, and Turkey.
- iOS has a total install base of more than 200 million, including 60 million iPads and 110 million monthly game players. About 0.5-6 percent of them (depending on genre) make in-app payments for games.

### Chapter 2

### iOS versus Facebook versus the Web: What's the Right Platform?

### In This Chapter

- Reviewing what works and what doesn't on iOS
- Reviewing what works and what doesn't on Facebook
- Reviewing what works and what doesn't in web games

As you saw in the last chapter, the three platforms that are the focus of this book have a massive user base. But they're all far more cluttered with losers than winners, and there are opportunity costs to investing your game-development resources in one over the others. Apple's submission process for apps can be time-consuming and arduous, for example, not to mention that Apple and Facebook take a 30 percent commission on revenue, placing a substantial barrier on profit. The broader web, although offering more options and markets for publishing games, lacks the concentrated and direct monetization options that iOS and Facebook boast. (In other words, App Store users already have their credit cards registered in the system, while many Facebook gamers already have a bank of virtual currency, both of which make them more likely to spend on your game.) At the same time, some game

genres generally work better on one platform than others, and all else being equal, offer a better opportunity for success. This chapter briefly sketches out the game genres and features that tend to perform well on each platform—and the kinds that usually don't.

### Reviewing What Works and What Doesn't on iOS

0C7955E04686D9FD4CF2C2FA5D1B390C

## Summary

Here are the key points we covered in this chapter: - Facebook, the web, and iOS have three major advantages besides being the most popular game platforms: market acceptance of low-budget games, frictionless connection to social media, and portability to other platforms. - Facebook has more than 900 million monthly users, about 30-60 percent who play games on the social network. This includes both genders and all the major age demographics. - About 200 million people play web-based games, with an audience that skews teen/young adult and male. Only 20 percent are based in North America, with most of the audience in Europe and in emerging markets like Latin America, Russia, and Turkey. - iOS has a total install base of more than 200 million, including 60 million iPads and 110 million monthly game players. About 0.5-5 percent of them (depending on genre) make in-app payments for games.

Chapter 2 iOS versus Facebook versus the Web: What's the Right Platform? In This Chapter - Reviewing what works and what doesn't on iOS - Reviewing what works and what doesn't on Facebook - Reviewing what works and what doesn't in web games As you saw in the last chapter, the three platforms that are the focus of this book have a massive user base. But they're all far more cluttered with losers than winners, and there are opportunity costs to investing your game-development resources in one over the others. Apple's submission process for apps can be time-consuming and arduous, for example, not to mention that Apple and Facebook take a 30 percent commission on revenue, placing a substantial barrier on profit. The broader web, although offering more options and markets for publishing games, lacks the concentrated and direct monetization options that iOS and Facebook boast. (In other words, App Store users already have their credit cards registered in the system, while many Facebook gamers already have a bank of virtual currency, both of which make them more likely to spend on your game.) At the same time, some game genres generally work better on one platform than others, and all else being equal, offer a better opportunity for success. This chapter briefly sketches out the game genres and features that tend to perform well on each platform—and the kinds that usually don't.

### Reviewing What Works and What Doesn't on iOS

Meta_Kadrey_00065287

```
**Table of Contents**                        Table of Contents
                                              Acknowledgments
**Acknowledgments**                           Introduction
                                              || PART I WHAT IT REALLY MEANS TO BE GIFTED ||
**Introduction**                              || CHAPTER 1 | Assumptions About Giftedness ||
                                              || CHAPTER 2 | Talents Versus Troubles ||
**PART I WHAT IT REALLY MEANS TO BE GIFTED**  || CHAPTER 3 | Two Sides of the Same Coin ||
                                              || CHAPTER 4 | Temperament and Gender ||
___                                           || CHAPTER 5 | Twice Blessed ||
                                              || PART II GREAT INFORMATION, BUT NOW WHAT? ||
CHAPTER 1                                      || CHAPTER 6 | Building a Solid Foundation ||
                                              || CHAPTER 7 | Working With the Explosion ||
|                                             || CHAPTER 8 | Temperament and Unique Personality Issues ||
                                              || CHAPTER 9 | Yes, It Really Does Take a Village ||
Assumptions About Giftedness                  || PART III BEING YOUR CHILD'S COACH—SPECIFIC STRATEGIES ||
                                              || CHAPTER 10 | What Makes a Good Coach? ||
CHAPTER 2                                      || CHAPTER 11 | Relationship Issues ||
                                              || CHAPTER 12 | Performance Issues ||
|                                             || CHAPTER 13 | Behavioral Issues ||
Talents Versus Troubles                       Final Thoughts
                                              Recommended Resources
CHAPTER 3                                      References
                                              About the Author
|
                                              images
Two Sides of the Same Coin                    Acknowledgments
                                              I never imagined that my first book would resonate with parents and educators of gifted children to
CHAPTER 4                                      such a large degree. With the new edition, I am thrilled to expand many of the ideas in the original
                                              manuscript and bring in updated research and resources. None of this would be possible with the help
|                                             of the following:
Temperament and Gender                        images To Lacy Compton and the team at Prufrock Press—thank you for your never-ending belief in my
                                              work.
CHAPTER 5

|

Twice Blessed
086018DED0E91FEB464DF69FC55A92B7
```

09.05.2023

[Nikolay]

Decided to go with the direct file upload without using torrents for the following reasons:

- using torrents would entail "seeding" the files - i.e. sharing the content outside, this could be legally not OK
- with the direct file download we can pre-filter the needed format and language of the files - i.e. downloading only EN, PDF and EPUB initially

HIGHLY CONFIDENTIAL - SOURCE CODE
Meta_Kadrey_00065288

- the downside is that this way it is slower and need more engineering to bypass IP throttling and download retries
- we can reload specific MD5 file names, that were corrupted or missing from the initial download (based on Lukas's observations there are 30% of corrupted files in the initial Libgen download)

Currently loading using 2 dev machines and 1 fair cluster. Approximately an additional 10TB of data loaded (1M books out of 1.3M): 75% of EN, PDF or EPUB scitech books.

Raw downloaded data locations:
- ~800k EN books on fair cluster: ███████████████
  - ○ 546k pdfs
  - ○ 80k epubs
  - ○ 8k corrupted files
- ~400k EN books on RSC: ███████████
  - ○ 200k pdfs
  - ○ 200k epubs
- loaded previously EN PDF/EPUB on fair cluster (~480k): ████████████████ datasets/books

Parsed data:
- 10% scitech (pdfs only) ████████████ libgen/scitech_10_pct/

Total numbers (n # of books):
- Libgen: 3.7M
- Libgen (EN & PDF/EPUB): 1.7M | Downloaded 1.3M
- Libgen (EN & PDF): 1.3M -> parsed 13%

Examples of parsed EPUBs (light version of parsing w/o M-A's script):

HIGHLY CONFIDENTIAL - SOURCE CODE





**[Lukas]**

Filtered scitech conversion is 75% done out of the first chunk of 340k EN PDF books (total chunk size of scitech EN PDFs: 1.3M, so we've parsed ~13% of EN PDFs). We pre-selected 340k books (PDF). 34% of the files are corrupted. Finished 167k (uncorrupted) books.

Conversion speed:

- Ideal: 6.8 ± 1.9 PDF / GPU*h
- Actual (b/c of insufficient number of GPUs): 2.2 PDF / GPU*h

Implemented an additional step of post processing to remove repeated reference items.
Combined directory: scitech_pdf_ocr_all

Processed chunks (~10% of scitech):

- ................................books/data/scitech_pdf_ocr_jsonl/chunks

## 05.05.2023

Launched slurm jobs for OCR parsing of the first 15% of Libgen:

- ● scitech_pdf_ocr: first half of parsed files
- ● scitech_pdf_ocr_af: second half of parsed files

Slurm job command

**Commented [6]:** That paints a wrong picture. The speed per GPU is still around 7 books per hour. The number of GPUs is the bottleneck

**Commented [7]:** fair point. can you give a ballpark how much more we need? ▮▮▮▮▮@meta.com was mentioning that we can get 1200 GPUs from the Retina team

**Commented [8]:** As a ball park estimate: we would need ~2k GPUs on FAIR Cluster for 2 weeks starting from ~mid-next week. It's actually similar to what we use now for sci-tech, so we might keep the current strategy of just asking people to help run from their accounts. ▮▮▮▮▮@meta.com ▮▮▮▮▮@meta.com

## 04.05.2023

Plan:

- [Nikolay] check about gpus on fair cluster -> how much we can use: 1k GPUs - DONE
- [Lukas] prepare 3 sample pages of books with formulas, tables and lists original VS parsed with small OCR model - DONE
- [Nikolay] Pre-filter data to only EN (since OCR parsing works best with EN) -> We will pre-filter EN and PDFs only as the OCR script works best with EN. - DONE
- [Lukas][Nikolay] start the pipeline for parsing first 10% of PDFs on fair cluster: use the current dump of PDFs: [redacted]datasets/books - DONE
- [Lukas] add the token to split the sequence (in case the page was skipped due to parsing error) - DONE
- [Nikolay] prepare pipeline for loading remaining data from libgen DONE
- [Nikolay] prepare pipeline for parsing EPUBs
- [Nikolay] -> run ablations for processed PDFs

Fastext classifier for language:

Weights (on FAIR cluster): [redacted]fair_llm/datasets/tools
GitHub Fasttext code:
git clone https://github.com/facebookresearch[redacted]
cd fastText
make
pip install .

Observed OCR parsing artifacts:

- 0ab5ee32e73a2a455e0cc14894462f69.pdf: In References all references are duplicated

[Nikolay] Loaded 3% of the sci-tech libgen library:

- PDFs: 600GB, 66332 files
- EPUBs: 1.5GB, 781

[Lukas] Smaller model metrics are on par with base model now. Retrained with larger training set.
Model speed ~1.8k pages / gpu*hour → 2.2x speed up
[redacted]dataset/scitech/mmd_small2
[Lukas] 2% error rate per page - i.e. pages are not parsed and skipped

Examples of OCR Parsing
Random books from scitech, pages chosen for diversity

| ORIGINAL | PARSED WITH OCR |
| --- | --- |

## 5.3 ASYMPTOTIC SOLUTIONS OF O.D.E.S

### 5.3.1 Motivation and history

The aim of this part of the book is to describe some recent developments* in the algorithmic methods needed for the "solution" of linear differential equations. Note that here "solution" means "solution in series". We shall only consider equations of the form:

$$a_n(x)(y)^{(n)} + a_{n-1}(x)(y)^{(n-1)} + \cdots + a_0(x)y = 0 \qquad (1)$$

where it is always supposed that the $a_i$ are polynomials with complex coefficients (we shall discuss this hypothesis later), with no common factor.

Of course, differential equations such as (1) have been the subject of innumerable studies. Ever since the first papers by Gauss in 1812 and those of Kummer (1834), most great mathematicians have worked on solutions to these equations in **C**. We must mention the papers of Riemann (1857), Weierstrass (1856), Cauchy (1835–1840), before passing on to the fundamental work of Fuchs (1865), Frobenius (1873), Poincaré (1881), Birkhoff (1909), to name only the most important ones. Today these studies have been taken up again by P. Deligne (1976), B. Malgrange (1980) and J.P. Ramis (1981) from the theoretical standpoint.

*Why this interest in equations such as (1) ?*

There are many answers:

1) obvious theoretical interest,
2) enormous practical interest — we quote just a few applications of linear differential equations —
solution by separation of variables of problems with partial derivatives
solution of eigenvalue problems (Sturm-Liouville problems),
generation of numerous special functions etc....

*What can we hope to contribute to such a branch of mathematics?*

* This research is directed by J. Della Dora in the Computer Algebra group of the Laboratory LMC at Grenoble, with the help of A. Barkatou, C. Dicrescenzo, A. Hilali, F. Richard-Jung, E. Tournier, A. Wazner, H. Zejli-Najid. The work is carried out in close collaboration with D. Duval, currently at the University of Limoges, with the University of Strasbourg (J.P. Ramis, J. Thoman), and with the Fourier Institute in Grenoble (B. Malgrange).

## 5.3 Asymptotic Solutions of O.D.E.S

### 5.3.1 Motivation and history

The aim of this part of the book is to describe some recent developments* in the algorithmic methods needed for the "solution" of linear differential equations. Note that here "solution" means "solution in series". We shall only consider equations of the form:
Footnote *: This research is directed by J. Della Dora in the Computer Algebra group of the Laboratory LMC at Grenoble, with the help of A. Barkatou, C. Dicrescenzo, A. Hilali, F. Richard-Jung, E. Tournier, A. Wazner, H. Zejli-Najid. The work is carried out in close collaboration with D. Duval, currently at the University of Limoges, with the University of Strasbourg (J.P. Ramis, J. Thoman), and with the Fourier Institute in Grenoble (B. Malgrange).

$$a_n(x)(y)^{(n)} + a_{n-1}(x)(y)^{(n-1)} + \cdots + a_0(x)y = 0$$

where it is always supposed that the $a_i$ are polynomials with complex coefficients (we shall discuss this hypothesis later), with no common factor.
Of course, differential equations such as (1) have been the subject of innumerable studies. Ever since the first papers by Gauss in 1812 and those of Kummer (1834), most great mathematicians have worked on solutions to these equations in **C**. We must mention the papers of Riemann (1857), Weierstrass (1856), Cauchy (1835-1840), before passing on to the fundamental work of Fuchs (1865), Frobenius (1873), Poincare (1881), Birkhoff (1909), to name only the most important ones. Today these studies have been taken up again by P. Deligne (1976), B. Malgrange (1980) and J.P. Ramis (1981) from the theoretical standpoint.
*Why this interest in equations such as (1)?*
There are many answers:

1. obvious theoretical interest,
2. enormous practical interest – we quote just a few applications of linear differential equations – solution by separation of variables of problems with partial derivatives solution of eigenvalue problems (Sturm-Liouville problems), generation of numerous special functions etc…

*What can we hope to contribute to such a branch of mathematics?*

Note: Footnotes are placed after the paragraph

following relationship holds

$$\lim_{T\to\infty} \frac{1}{T}\int_0^T dt A_c(t) = \langle A \rangle \quad , \tag{54}$$

where

$$A_c(t) = \mathrm{Tr}\left\{\hat{\delta}_c(x_c(t), p_c(t))\hat{A}\right\} \quad . \tag{55}$$

This property may not be possessed by many other approximate methods based on, e.g., mean field or semiclassical approaches. Also, in low dimensional systems, the above property is *not* true for CMD, so to apply CMD to such systems is not consistent with spirit of the method (though perhaps still useful for testing purposes).

On the negative side, the exact time dependent centroid Hamiltonian in Eq. (44) is a constant of motion and the CMD method does not satisfy this condition in general except for quadratic potentials.

## V. SOME APPLICATIONS OF CENTROID MOLECULAR DYNAMICS

There has been extensive development of algorithms for carrying out CMD simulations in realistic systems,[18,27,28] as well as a number of non-trivial applications of the methodology (see, e.g., Ref. 17). In this section, a few illustrative applications will be described. The interested reader is referred to the above citations for more details on CMD algorithms and applications.

### V.1 STUDIES ON SIMPLE SYSTEMS

Tests of CMD on simple one-dimensional systems can be carried out by calculating the symmetrized position correlation function:

$$C_{xx}(t) = \frac{1}{Z}\mathrm{Tr}\left\{e^{-\beta\hat{H}}\left(\hat{x}e^{i\hat{H}t/\hbar}\hat{x}e^{-i\hat{H}t/\hbar} + e^{i\hat{H}t/\hbar}\hat{x}e^{-i\hat{H}t/\hbar}\hat{x}\right)/2\right\} \quad . \tag{56}$$

In the perspective of the centroid time evolution, this correlation function cannot be calculated directly but is obtained through the following relation between the Fourier transforms:

$$\tilde{C}_{xx}(\omega) = \frac{\beta\hbar\omega}{2}\coth\left(\frac{\beta\hbar\omega}{2}\right)\tilde{C}^{*}_{xx}(\omega) \quad , \tag{57}$$

where $\tilde{C}^{*}_{xx}(\omega)$ is the Fourier transform of the Kubo-transformed position correlation function.[15,25] The relationship between the latter function and the exact centroid time correlation function, which is calculated approximately by CMD, was established in Ref. 9 as described earlier.

The centroid distribution function and the effective potential for the CMD simulation can be obtained through the path integral simulation method,[5,6] but

following relationship holds

$$\lim_{T\to\infty} \frac{1}{T}\int_0^T dt A_c(t) = \langle A \rangle \tag{54}$$

where

$$A_c(t) = Tr\left\{\hat{\delta}_c(x_c(t), p_c(t))\hat{A}\right\} . \tag{55}$$

This property may not be possessed by many other approximate methods based on, e.g., mean field or semiclassical approaches. Also, in low dimensional systems, the above property is *not* true for CMD, so to apply CMD to such systems is not consistent with spirit of the method (though perhaps still useful for testing purposes). On the negative side, the exact time dependent centroid Hamiltonian in Eq. (44) is a constant of motion and the CMD method does not satisfy this condition in general except for quadratic potentials.

## 5 Some applications of centroid molecular dynamics

There has been extensive development of algorithms for carrying out CMD simulations in realistic systems [18, 27, 28], as well as a number of non-trivial applications of the methodology (see, e.g., Ref. 17). In this section, a few illustrative applications will be described. The interested reader is referred to the above citations for more details on CMD algorithms and applications.

### Studies on simple systems

Tests of CMD on simple one-dimensional systems can be carried out by calculating the symmetrized position correlation function:

$$C_{xx}(t) = \frac{1}{Z}Tr\left\{e^{-\beta\hat{H}}\left(\hat{\delta}e^{i\hat{H}t/\hbar}\hat{\delta}e^{-i\hat{H}t/\hbar} + e^{i\hat{H}t/\hbar}\hat{\delta}e^{-i\hat{H}t/\hbar}\hat{\delta}\right)/2\right\} . \tag{56}$$

In the perspective of the centroid time evolution, this correlation function cannot be calculated directly but is obtained through the following relation between the Fourier transforms:

$$\tilde{C}_{xx}(\omega) = \frac{\beta\hbar\omega}{2}\coth\left(\frac{\beta\hbar\omega}{2}\right)\tilde{C}^{*}_{xx}(\omega) \tag{57}$$

where $\tilde{C}^{*}_{xx}(\omega)$ is the Fourier transform of the Kubo-transformed position correlation function [15, 25]. The relationship between the latter function and the exact centroid time correlation function, which is calculated approximately by CMD, was established in Ref. 9 as described earlier.
The centroid distribution function and the effective potential for the CMD simulation can be obtained through the path integral simulation method [5, 6], but

Note: In some cases the equation number is added, but not always. We can choose to remove all equation tags.

- internal nodes representing chemical reaction functions,
- internal nodes representing selector functions that select the reaction's first versus the reaction's second (if any) product,
- external points (leaves) representing substances that are consumed and produced by a reaction,
- external points representing enzymes that catalyze a reaction, and
- external points representing numerical constants (reaction rates).

Each program tree in the population is a composition of functions from the problem's function set and terminals from the problem's terminal set.

**Repertoire of Functions**

There are four chemical reaction functions and two selector functions.

The first argument of each chemical reaction (CR) function identifies the enzyme that catalyzes the reaction. The second argument specifies the reaction's rate. In addition, there are two, three, or four arguments specifying the substrate(s) and product(s) of the reaction. Table 5.1 shows the number of substrate(s) and product(s) and overall arity for each of the four chemical reaction functions. The runs in this chapter use a first-order and second-order rate law.

Table 5.1 Four chemical reaction functions

| Function | Substrates | Products | Arity |
|---|---|---|---|
| CR_1_1 | 1 | 1 | 4 |
| CR_1_2 | 1 | 2 | 5 |
| CR_2_1 | 2 | 1 | 5 |
| CR_2_2 | 2 | 2 | 6 |

Each function returns a list composed of the reaction's one or two products. The one-argument FIRST function returns the first of the one or two products produced by the function designated by its argument. The one-argument SECOND function returns the second of the two products (or, the first product, if the reaction produces only one product).

**Repertoire of Terminals**

Some terminals represent substances (input substances, intermediate substances created by reactions, or output substances). Other terminals represent the enzymes that catalyze the chemical reactions. Still other terminals represent numerical constants for the rate of the reactions.

101  Automated Reverse Engineering of Metabolic Pathways by Genetic Programming

- internal nodes representing chemical reaction functions,
- internal nodes representing selector functions that select the reaction's first versus the reaction's second (if any) product,
- external points (leaves) representing substances that are consumed and produced by a reaction,
- external points representing enzymes that catalyze a reaction, and
- external points representing numerical constants (reaction rates).

Each program tree in the population is a composition of functions from the problem's function set and terminals from the problem's terminal set.

**5.1.1 Repertoire of Functions**

There are four chemical reaction functions and two selector functions.

The first argument of each chemical reaction (CR) function identifies the enzyme that catalyzes the reaction. The second argument specifies the reaction's rate. In addition, there are two, three, or four arguments specifying the substrate(s) and product(s) of the reaction. Table 5.1 shows the number of substrate(s) and product(s) and overall arity for each of the four chemical reaction functions. The runs in this chapter use a first-order and second-order rate law.

Each function returns a list composed of the reaction's one or two products. The one-argument FIRST function returns the first of the one or two products produced by the function designated by its argument. The one-argument SECOND function returns the second of the two products (or, the first product, if the reaction produces only one product).

**5.1.2 Repertoire of Terminals**

Some terminals represent substances (input substances, intermediate substances created by reactions, or output substances). Other terminals represent the enzymes that catalyze the chemical reactions. Still other terminals represent numerical constants for the rate of the reactions.



| Function | Substrates | Products | Arity |
|---|---|---|---|
| CR_1_1 | 1 | 1 | 4 |
| CR_1_2 | 1 | 2 | 5 |
| CR_2_1 | 2 | 1 | 5 |
| CR_2_2 | 2 | 2 | 6 |

Table 5.1 : Four chemical reaction functions

Note: Sometimes the model hallucinates subsection numbers (here from the table label) due to training data impurity. We can choose to filter out all section numbering. Also, tables and figure captions will always be placed at the end of the page

02.05.2023

[Lukas] Smaller decoder model has a 2x greater conversion speed. Metrics are slightly worse but parsing samples look similar
PDF parsing samples smaller model: [redacted] dataset/scitech/mmd_small

HIGHLY CONFIDENTIAL - SOURCE CODE

Meta_Kadrey_00065294

## 28.04.2023

[Lukas] Parsed with OCR library 70 books (29,488 pages total), it took 18 hours on 2 GPUs -> 2 books / gpu*hour -> ~800 pages / gpu*hour
- sci-tech: 3,274,071 books * 51% EN * 65% PDFs = 1M books = 260M pages
  260M pages / (500 pages / hour*gpu) = 500k GPU*hours -> so with 1000 GPUs it will take 500 hours (20 days)
  $25 / GPU day -> 1000*20*$25 = $0.5M (VS $16M ██████)
- sci-mag: 72,624,976 articles * 50% EN * 6 pages = 220M pages
  220M pages / (500 pages / hour*gpu) = 440k GPU*hours -> 18 days with 1000 GPUs

PDF parsing samples: /checkpoint/lblecher/dataset/scitech/mmd

## 26.04.2023

There is a sample of downloaded libgen documents on fair cluster (totals taken from here): ████████████ /fair_llm/data_v2/datasets/books
- fiction: 126GB (2% of total 5.6TB)
- scitech: 9.3TB (16% of total 59.4TB)
- scimag: 397GB (0.5% of total 80.6TB)

Fair cluster -> Python Lib torrent (list of magnet links) 50 torrents -> 2 days

Some processed samples from scitech on fair cluster:
████████████ data_v2/datasets/books/data/scitech_pd!/
- scitech processed PDFs: 63GB

## 24.04.2023

Reading metadata from the MySQL dumps: http://libgen.rs/dbdumps/. There are 3 category of content:
- Fiction: fiction.rar ->1,607,593 unique records (title&author)
- Scitech: libgen.rar -> 3,274,071 unique records (title&author)
- Scimag: scimag.sql.gz -> TBD
Findings:
- Each DB dump contains metadata (table: fiction), book description (table: fiction_description) and hashes (table: fiction_hashes)
-
- Hashes table (fiction_hashes) provides the hashes to download files using torrents or IPFS (InterPlanetary File System - file sharing peer-to-peer network):
    - Torrent (using BitTorrent Info Hash: 'btih'): magnet:?xt=urn:btih:YOUR_BT_HASH -> paste this link into qBittorrent or µTorrent, or Transmission.
    - IPFS downloads (using 'ipfs_cid'): https://ipfs.io/ipfs/YOUR_IPFS_CID





Meta_Kadrey_00065295

- Other columns: 'md5', 'crc32', 'edonkey', 'aich', 'sha1', 'tth', 'btih', 'sha256', 'ipfs_cid'
- LibGen is a different project and database from Sci-Hub. The sci-tech section of LibGen focuses on scientific and technical books, while the sci-mag section provides access to scientific and academic journal articles, which is the primary focus of Sci-Hub.

### Fiction

- Tables: fiction, fiction_description, fiction_hashes
- fiction table num_records: 2,693,056
- columns: ['ID', 'MD5', 'Title', 'Author', 'Series', 'Edition', 'Language', 'Year', 'Publisher', 'Identifier', 'GooglebookID', 'ASIN', 'Coverurl', 'Extension', 'Filesize', 'Library', 'Issue', 'Locator', 'Commentary', 'Generic', 'Visible', 'TimeAdded', 'TimeLastModified']
- English: 65% | German: 11% | French: 6%
- Epub: 59% | PDF: 11% | mobi: 10%
- 0.5M books without a year



Meta_Kadrey_00065206



Sci-tech (libgen - main sci-tech collection)

Description: https://wiki.mhut.org/catalog:database
- Tables: updated (main metadata table), updated_edited, description, description_edited, hashes, topics
- updated table num_records: 3,706,772
- English: 51% | Russian 29% | German: 5%
- Epub: 16% | PDF: 65% | djvu: 11%

Meta_Kadrey_00065297



Pages distribution

Meta_Kadrey_00065298





### Sci-mag

- Tables: scimag, publishers, magazines, error_report
- fiction table num_records: 2,693,056
- columns: ['ID', 'MD5', 'Title', 'Author', 'Series', 'Edition', 'Language', 'Year', 'Publisher', 'Identifier', 'GooglebookID', 'ASIN', 'Coverurl', 'Extension', 'Filesize', 'Library', 'Issue', 'Locator', 'Commentary', 'Generic', 'Visible', 'TimeAdded', 'TimeLastModified']
- English: 65% | German: 11% | French: 6%
- Epub: 59% | PDF: 11% | mobi: 10%
- Scientific articles in this dump are before May 2020

Meta_Kadrey_00065299



Pages distribution





21.04.2023

Key takeaways:
- Only 3% of books from [redacted] in epub format are in LibGen (out of 1000 sample).

Data:
- http://libgen.rs/dbdumps/: libgen metadata dumps [loading this 1.1 GB fiction.rar file takes 10 hours ☐ - could use Folx to download in multiple threads]
- http://libgen.rs/scimag/repository_torrent/: torrent files for scimag
- https://phillm.net: some indexer of torrent seeds
- https://ipfs.io/ipfs/bafkreibjbw2czkimwt5q7yeu3wko3a2fuw6q4km7rwo2wweirc6oejmckm: candidat for metadata DB dump

HIGHLY CONFIDENTIAL - SOURCE CODE

Meta_Kadrey_00065301

19.04.2023

We need to come up with a reliable book matching algorithm. There are many books with similar titles (ex. C/C++), so we need to account for authors' matches as well (at least partial authors match). The matching algorithm used checks for the exact Title match and at least one of the authors match.

Results:
- Up to 90% of books are present in LibGen for ▇▇▇▇ and up to 76% for ▇▇▇▇
- The books in LibGen are in djvu/epub/pdf format, so the parsing quality would be worse compared to getting the books from publishers directly. However epub is almost the same as HTML - it's a ZIP archive containing a collection of HTML, CSS. So we can extract text without losing quality from it.
- The books in LibGen often have a previous edition (compared to the ones in ▇▇▇▇▇▇▇)

Caveats:
- Matching algorithm is not perfect as well as the LibGen API (so up to 5% false negatives could be present)
- Sampling from all available titles is not perfect (pseudo random), especially for ▇▇▇▇ The problem is that we don't have the full list of titles for either of the publishers, so we need to scrape their web-pages. For that I sampled random beginning letters and random pages from ▇▇▇▇ but the titles are still clustered around certain alphabetic characters

| Publisher | Method | Match (%) |
|---|---|---|
| ▇▇▇▇ | Titles&Authors from sampled web-scraping | 90% (sample=1000) |
| ▇▇▇▇ | Manual check | 88% (sample=25) |
| ▇▇▇▇ | Titles&Authors from sampled web-scraping | 68% (sample=1000) |
| ▇▇▇▇ | Manual check | 76% (sample=25) |

Code:
- Notebook LibGen VS ▇▇▇▇ VS ▇▇▇▇
- ▇▇▇▇ Web-Scraping
- ▇▇▇▇ Web-Scraping
- Utils for Web-Sc https://www.internalfb.com/ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- Quick Manual Check: LibGen VS ▇▇▇▇ VS ▇▇▇▇ quick manual check

HIGHLY CONFIDENTIAL - SOURCE CODE

Meta_Kadrey_00065302

### 18.04.2023

Motivation: Collect available book titles and authors from ███ and ███

Observations:

1. We don't have a full list of titles for ███ or ███ so the following approaches were used:
    a. Web scrape ███ and ███
       The problem in this approach is that ███ has 300k book titles and each book has it's own page with details that we need. A lot of requests to be made (possible DDOS)
        i.      ███ https://link███.com/books/g/1
        ii.     ███ https://www.███.com/en-us/███search.html/
    b. Use APIs
       Only ███ has APIs for accessing their resources, but it is limited to 100 result per subject. So you first get sample DOI for each category in ███ then request details for these DOI. In total you can get 140 books meta (out of 300k) and 2k articles (which we are less interested).
    c. Manual check on their website and randomly checking 25 books

2. One should be careful with doing too many requests to web-resources - I got blocked by LibGen after 1k requests in a few minutes (after I tired multithreading+multiprocessing together).
    a.

3. LibGen API can be missing results (ex. I can find a title manually, but the API doesn't return anything), most likely the API is using a different database. But this is <5% of cases.

Results:

1. Prepared scripts for web-scraping ███ and ███
2. Prepared scripts for checking the books in LibGen

### Appendix

Links:

- Libgen API: https://pypi.org/project/libgen-api/
- Libgen Search: https://libgen.li
- Sample of documents on fair_cluster: ███ datasets/books
- Some description of the project: https://news.ycombinator.com/item?id=21692841
- Libgen Books Metadata: http://libgen.rs/dbdumps/
- ███ https://link███.com/books/

HIGHLY CONFIDENTIAL - SOURCE CODE
Meta_Kadrey_00065303

- Pearson: https://www█████com/en-us███████earch.html/

Plan:

1. [in parallel] Find out where to get the dump of the datasets (scitech, fiction and scimag):
   a. Taking metadata from here: http://libgen.rs/dbdumps/
      i. SQL search: It seems that they have the database dumps which I assume are behind the API. It would be much faster to create an SQL database (I assume they use mysql or postgres) which we can setup locally. Then querying is fast.
      ii. Embedding/Elastic search: It might make sense to have some embedding search using fastext embeddings. Encode everything ~ 100M records with fastext(title), fastext(author), fastext(abstract??). If presented, it would be relatively cheap to search. Then match the concat(ft_title, ft_author, ft_abstract). BoW with wparse char 3-grams should work too.
   b. Run some high-level stats: share of epub/pdf, share of EN, total count of books, etc...
   c. Decide on where to store the files: aprox. ~120TB * 30% (english & PDF/EPUB) = ~40TB
   d. Load the dataset (we probably need filtered data. English and only PDF+EPUB format). Should we load to Meta's Manifold bucket instead of S3?
2. [in parallel] Compare quality of text extraction from LibGen VS █████
   a. Load samples of pdfs/epubs from the libgen website https://libgen.is/, same samples as from█████
   b. Check % of █████ samples in libgen epub only format
   c. Parse epub with Marie-Anne Lachaux's html script
   d. Parse pdf with Lukas's OCR script, record the speed of parsing to further estimate the GPU requirements
   e. Compare quality VS █████ data (original pdfs)
3. [in parallel] Check what books we have in CC (as per Todor Mihaylov's suggestion)
   a. Check quality/format
   b. Check intersection with █████ titles / LibGen titles (Nikolay Bashlykov to provide code for checking titles using libgen-api)
4. [once data loaded] Filtering & Preprocessing
   a. Filtering rules
   b. Run ablations

To Discuss:

- Can we load libgen data using Meta IP ranges? Or should we use some vpn?
  - ⌐ Redacted - Privilege ⌐ (to check with Marie-Anne and Guillaume)
- Can we load this data to S3? Or use Meta's Manifold solution? You can load data to RSC from Manifold straightaway and ⌐Redacted - Privilege⌐
  ⌐Redacted - Privilege⌐
  - [Mel] ⌐ Redacted - Privilege ⌐. Is there any preference to use manifold from a tech perspective? [Todor] No, because we need to process it on AWS/fairspark.
- Is there any overlap between the big dump of cc pdfs and libgen pdfs?
  - [Mel] asking so we don't duplicate processing/can prioritize a bit. Maybe easy version is hashing

     Meta_Kadrey_00065304

- Don't know yet; can try hashing/comparing titles from metadata
- How clean can we get scientific PDFs? Do we still want to buy ▮▮▮▮ despite the similarity?
- How long will it take for a first pass of data to be ready?
  - Should we include in v3 or is this too not trending to higher quality models based on our ablations and/or do we feel it is too risky to change our data mix?
  - Should we hold 150B training for this?
  - [Nikolay/Peter] May 17th might for the whole set would be tight; common crawl PDFs seem more doable by then. Just the epub may be possible but need tighter estimates on downloading time (possibly bottlenecked on the p2p network)
  - [Mel] Let's try to batch downloading and processing so we can get some of the data in weeks instead of all of the data in months.
- How much of the datastet is Pdfs? What portion can we use pdf extract for vs need to OCR? how many GPUs is it going to take to OCR the parts of the dataset that can't be pdf extracted for how long (good to know this ASAP)? -> TBD
  - [Peter] 3M books, OCR takes 10 seconds per page/20 mins per book => 1M GPU hours, 3 weeks for 3K GPUs.
  - [Todor] estimate above sounds too high; output might be bad quality
- Still to answer: tighter timeline estimation for first batch of data, ▮▮▮▮▮▮ or No, # of GPUs needed when. <span>                                          </span> `Commented [9]: Remaining things to answer`
  - [Nikolay] estimation for the first batch TBD 29.04 -> run ablation on the first chunk by 12 05
  - [Nikolay] ▮▮▮▮▮ I don't think we need to proceed with ▮▮▮▮ at this point:
    - ▮▮▮▮▮▮▮ overlaps with up to 90% of content in LibGen
    - Quality in LibGen seems to be very high (from a sampled check) for the Sci-tech collection (similar to ▮▮▮▮ Epub/PDF: 16%/65%
    - LibGen is at least 6 times as large as ▮▮▮▮ 4M books (sci-tech EN books in PDF&Epub) VS 212k (EN books in ▮▮▮▮ and 32M articles in LibGen VS 3M EN articles in ▮▮▮▮
  - [Nikolay] re GPUs needed: with Lukas's estimates on PDF parsing we would need optimally 2k GPUs for OCR parsing to complete in sci-tech in 10 days. And additional 10 days for sci-mag (with less priority). We would need these resources from :
    - fiction: 0
    - sci-tech: 500k GPU*hours
    - sci-mag: 440k GPU*hours (lower priority)
  - [Nikolay UPD 28.04] we were able to accelerate the OCR parsing by over 2.5x, so the required GPU*hours would be 2.5x less. We are still analyzing the parsing quality tradeoffs, as this is a smaller model.

Meta_Kadrey_00065305

Document1

## Main document changes and comments

| Page 6: Commented [1] | Melanie Kambadur | 10/30/2023 6:58:00 PM |
|---|---|---|

any rationale of why we're doing this? just better knowledge density? i wonder if it could be useful for long-context?

| Page 14: Commented [2] | Melanie Kambadur | 7/31/2023 9:00:00 PM |
|---|---|---|

Where are we logging results for this? any more details on the experiment?

| Page 14: Commented [3] | Nikolay Bashlykov | 8/1/2023 4:02:00 PM |
|---|---|---|

the main results are below (04.07.2023). this was for the new baseline, but we recently changed it to 4k context length, so this run is not relevant (and was stopped).

I will schedule a new run on the new 4k Dill baseline. But we can also use the previous runs (04.07.2023) - they showed positive signals.

| Page 14: Commented [4] |
|---|

| Page 14: Commented [5] |
|---|

| Page 47: Commented [6] | Lukas Blecher | 5/9/2023 1:44:00 PM |
|---|---|---|

That paints a wrong picture. The speed per GPU is still around 7 books per hour. The number of GPUs is the bottleneck

| Page 47: Commented [7] | Nikolay Bashlykov | 5/9/2023 1:50:00 PM |
|---|---|---|

fair point, can you give a ballpark how much more we need? ███████@meta.com was mentioning that we can get 1200 GPUs from the Retina team

| Page 47: Commented [8] | Nikolay Bashlykov | 5/16/2023 5:14:00 PM |
|---|---|---|

As a ball park estimate:
we would need ~2k GPUs on FAIR Cluster for 2 weeks starting from ~mid-next week.
It's actually similar to what we use now for sci-tech, so we might keep the current strategy of just asking people to help run from their accounts.
████████@meta.com, ██████████@meta.com

| Page 62: Commented [9] | Melanie Kambadur | 4/24/2023 6:11:00 PM |
|---|---|---|

Remaining things to answer

## Header and footer changes

## Text Box changes

## Header and footer text box changes

## Footnote changes

## Endnote changes

Meta_Kadrey_00065306

# Intentionally Left Blank

HIGHLY CONFIDENTIAL - SOURCE CODE

# Intentionally Left Blank

HIGHLY CONFIDENTIAL - SOURCE CODE

# Intentionally Left Blank

HIGHLY CONFIDENTIAL - SOURCE CODE

Meta_Kadrey_00065309

# Intentionally Left Blank

HIGHLY CONFIDENTIAL - SOURCE CODE

Meta_Kadrey_00065310

# Intentionally Left Blank

HIGHLY CONFIDENTIAL - SOURCE CODE

# Intentionally Left Blank

HIGHLY CONFIDENTIAL - SOURCE CODE

Meta_Kadrey_00065312

# Intentionally Left Blank

HIGHLY CONFIDENTIAL - SOURCE CODE

Meta_Kadrey_00065313

# Intentionally Left Blank

HIGHLY CONFIDENTIAL - SOURCE CODE

Meta_Kadrey_00065314