# Vo Declaration Exhibit N

# EXHIBIT D

Message

**From:**     Melanie Kambadur [      @meta.com]
**Sent:**     1/5/2024 3:16:05 PM
**To:**       Melanie Kambadur [     @meta.com]; Jelmer Van Der Linde [    @meta.com]
**Subject:**  Message summary [{"otherUserFbId":61553896645943,"threadFbId":null}]

Jelmer Van Der Linde (1/05/2024 02:22:08 PST):

## Redacted - Privilege

Jelmer Van Der Linde (1/05/2024 02:22:31 PST):

# Redacted - Privilege

Jelmer Van Der Linde (1/05/2024 03:06:10 PST):
>According to https://docs.google.com/document             libgen didn't use torrents in the end. | Redacted - Privilege |
| Redacted - Privilege |

Jelmer Van Der Linde (1/05/2024 03:06:48 PST):
>On the other hand, code references using torrents for libgen and the torrent related code is newer than
the direct download one. So that to me does indicate Nikolay did torrent it in the end:
https://github.com/fairinternal/

Jelmer Van Der Linde (1/05/2024 03:15:52 PST):
>nikolay clarified that it was mostly direct download, only the scimag data was torrented

Melanie Kambadur (1/05/2024 06:21:33 PST):

### Redacted - Privilege

Melanie Kambadur (1/05/2024 06:43:58 PST):

## Redacted - Privilege

Jelmer Van Der Linde (1/05/2024 07:16:05 PST):
>Thanks, will do!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY