COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
TERESA MICHAUD (296329)
(tmichaud@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*[Full Listing on Signature Page]*

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DEFENDANT META PLATFORMS, INC.'S RESPONSE TO COURT'S ORDER RE REQUEST FOR REDACTIONS (DKT. 384)** |

Pursuant to this Court's January 9, 2025 Order Re Request for Redactions, (Dkt. 384), Defendant Meta Platforms, Inc. hereby gives notice that it does not seek any redactions to the Court's December 20, 2024 Discovery Order Filed Under Seal, (Dkt. 351).

[*Signature on following page*]

| | | |
|---|---|---|
| 1 | Dated: January 13, 2025 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Juan Pablo Gonzalez* |
| 4 | | Bobby Ghajar<br>Philip Morton<br>Mark Weinstein |
| 5 | | Kathleen Hartnett<br>Matthew Brigham |
| 6 | | Judd Lauter<br>Teresa Michaud |
| 7 | | Liz Stameshkin<br>Colette Ghazarian |
| 8 | | Juan Pablo Gonzalez<br>Cole Poppell |
| 9 | | |
| 10 | | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 11 | | Angela L. Dunning |
| 12 | | Attorneys for Defendant<br>META PLATFORMS, INC. |
| 13 | | |
| 14 | *Full Counsel List* | |
| 15 | COOLEY LLP<br>PHILLIP MORTON *(pro hac vice)* | |
| 16 | (pmorton@cooley.com)<br>COLE A. POPPELL (pro hac vice) | |
| 17 | (cpoppell@cooley.com)<br>1299 Pennsylvania Avenue, NW, Suite 700 | |
| 18 | Washington, DC 20004-2400<br>Telephone:   (202) 842-7800 | |
| 19 | | |
| 20 | COOLEY LLP<br>MATTHEW BRIGHAM (191428) | |
| 21 | (mbrigham@cooley.com)<br>JUAN PABLO GONZALEZ (334470) | |
| 22 | (jgonzalez@cooley.com)<br>3175 Hanover Street | |
| 23 | Palo Alto, CA  94304-1130<br>Telephone:   (650) 843-5000 | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |