# Exhibit 3

Case 3:23-cv-03417-VC   Document 395-4   Filed 01/15/25   Page 2 of 5

9/19/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.    Todor Mihaylov, Ph.D.
              Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

IN RE MATTER OF:                        )
RICHARD KADREY, et al.,                 )
Plaintiff,                              )
    vs.                                 ) C.A. NO.:
META PLATFORMS, INC.,                   ) 3:23-cv-03417-VC
Defendant.                              )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **

UNDER THE PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF TODOR MIHAYLOV, Ph.D.

Palo Alto, California

Thursday, September 19, 2024


Stenographically Reported by:

HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR

Realtime Systems Administrator

California CSR License #11600

Oregon CSR License #21-0005

Washington License #21009491

Nevada CCR License #980

Texas CSR License #10725

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 395-4   Filed 01/15/25   Page 3 of 5

9/19/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Todor Mihaylov, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 130

```
 1          THE WITNESS:  It's -- my guess.  That would
 2   be my guess.
 3       Q.   (By Ms. Poueymirou)  Okay.
 4       A.   I don't know.
 5       Q.   And so what's being removed in the
 6   copyright section?
 7       A.   I don't know.
 8       Q.   Does it look like ISBN numbers?
 9       A.   It says that it might be ISBN numbers.
10       Q.   Okay.
11            When you just jump down to the November
12   17th, 2023, and these are obviously going in maybe
13   reverse chrono, it says, "There are new" --
14            (Stenographer clarification.)
15       Q.   (By Ms. Poueymirou)  "There are few
16   improvements we can make to LibGen after the manual
17   inspection of the data sets," and you go one, two,
18   three, four, the fifth bullet point, "Remove rows
19   containing copyright in the first and last 25
20   percent of the book.  Rows containing any of these
21   words 'ISBN, copyright, copyright signal, all rights
22   reserved, and DOI.'"
```

Case 3:23-cv-03417-VC   Document 395-4   Filed 01/15/25   Page 4 of 5

9/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Todor Mihaylov, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 131

1      What do you take that to mean?
2          MR. WEINSTEIN:  Object to form.
3          THE WITNESS:  So I can only interpret,
4   like, what is written here; that it is removing
5   codes that are containing copyright in the first or
6   the last 20 percent -- 25 percent of the book.
7      Q.   (By Ms. Poueymirou)  Did -- did you ever
8   process data and remove copyright from data when you
9   were preparing data?
10     A.   I personally, no.
11     Q.   Do you know folks that did and, if so, who?
12     A.   Yeah, so it seems that Nikolay did that if
13  he is now the author of the document.
14     Q.   Do you have any idea why Meta would want
15  copyright removed from books?
16     A.   I don't know.
17     Q.   Do you know how copyright would have been
18  removed from books?
19         MR. WEINSTEIN:  Object to form.
20         THE WITNESS:  I mean, I can guess what is
21  written here.
22     Q.   (By Ms. Poueymirou)  Yeah.

Case 3:23-cv-03417-VC   Document 395-4   Filed 01/15/25   Page 5 of 5

9/19/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Todor Mihaylov, Ph.D.
           Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 132

 1            How would it be removed?  Would it be
 2     removed through a script?
 3            MR. WEINSTEIN:  Object to form.
 4            THE WITNESS:  I guess.
 5        Q.  (By Ms. Poueymirou)  Okay.
 6            If you go to the next page, and it says
 7     "Copyright and PII, rows removed inside the
 8     documents."  And then you have this image here.
 9            Is that showing us the rows that were
10     removed from the documents; is that how to read this
11     document?
12            MR. WEINSTEIN:  Object to form.
13            THE WITNESS:  I guess.
14            (Stenographer clarification.)
15            THE WITNESS:  I guess I would read it like
16     this.
17        Q.  (By Ms. Poueymirou)  Okay.
18            If you go to Page 00065258.
19        A.  Which number again?
20        Q.  0065258.
21        A.  Okay.
22        Q.  This page states, "The new mig shows