# Exhibit 5

Case 3:23-cv-03417-VC   Document 395-6   Filed 01/15/25   Page 2 of 9

11/20/2024   Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
Highly Confidential - Attorneys' Eyes Only

Page 204

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, ET AL.,                )
    INDIVIDUAL AND REPRESENTATIVE   )
                     PLAINTIFFS, ) LEAD CASE NO.
             v.                  ) 3:23-cv-03417-VC
META PLATFORMS, INC.,                  )
                      DEFENDANT. )
_____)


\* \* \*  H I G H L Y  C O N F I D E N T I A L  \* \* \*

\* \* \*  A T T O R N E Y S '  E Y E S  O N L Y  \* \* \*


VIDEO-RECORDED 30(B)(6) DEPOSITION OF

MICHAEL CLARK

VOLUME III

WEDNESDAY, NOVEMBER 20, 2024

SAN FRANCISCO, CALIFORNIA

9:38 A.M. PST


REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 395-6   Filed 01/15/25   Page 3 of 9

11/20/2024   Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
Highly Confidential - Attorneys' Eyes Only

Page 314

1        MS. HARTNETT:  Objection to the form.
2        THE WITNESS:  The removal of that data
3   kept there from being additional noise
4   introduced from repetitive phrases and from
5   things that would introduce other noise or
6   problems into the model itself.
7   BY MS. POUEYMIROU:
8      Q.   And would you say that removal of that
9   facilitates training?
10     A.   Removal of that data is one step in the
11  data cleanup phase, which is one of many pieces
12  to facilitate training.
13     Q.   Okay.  So in the opening of this
14  document, you have Sergey Edunov and Melanie
15  Kambadur noted.
16          And what I was hoping you could explain
17  is what is meant by this specific language:  "We
18  need to make sure source metadata does not cause
19  problems in training, stability, performance or
20  leakage of sensitive info.  We have experimental
21  data now showing basically no negative effects
22  for the v1 unhashed source metadata, but since

Case 3:23-cv-03417-VC   Document 395-6   Filed 01/15/25   Page 4 of 9

11/20/2024       Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                         Highly Confidential - Attorneys' Eyes Only

Page 315

1    this is small-scale, noisy evals, it's
2    unfortunately not 100 percent conclusive.
3    Intuitively, adding 5 to 10 percent to token
4    size could be a risk."
5            And this is the sentence in particular
6    I'm interested in:  "Also, unhashed source
7    metadata is not acceptable from an IP-brand
8    safety leakage perspective IMO.  We have to be
9    basically 100 percent confident no one can
10   extract this data, and based on previous
11   memorization work, I do not think we can be."
12           So can you walk me through what they're
13   talking about.
14           MS. HARTNETT:  Object to the form.
15           THE WITNESS:  I was trying to find the
16   exact line.
17           Was that the part from Melanie, or was
18   that the --
19   BY MS. POUEYMIROU:
20       Q.   It looks like -- I mean, it's
21   "Melanie:" and then @sergeyedunov?
22           MS. HARTNETT:  I think she's reading on

Case 3:23-cv-03417-VC   Document 395-6   Filed 01/15/25   Page 5 of 9

11/20/2024            Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                              Highly Confidential - Attorneys' Eyes Only

Page 316

```
 1   the flip side, which is the --
 2           THE WITNESS:  Oh, sorry.
 3           MS. HARTNETT:  No, no, no.  On the
 4   first side, but the sentence that starts on the
 5   flip side.
 6           THE WITNESS:  Thank you.  I was lost
 7   for a second there.
 8           MS. HARTNETT:  Yeah, there's an "also"
 9   sentence there in the middle there.
10           THE WITNESS:  Can I just ask:  Do we
11   have the context before this to know which
12   source metadata was being referred to?
13   BY MS. POUEYMIROU:
14      Q.   No.  We just have this.
15      A.   Okay.
16           Okay.  I asked the question on context
17   around this to know if source metadata referred
18   to dataset or individual elements in datasets or
19   something else, because metadata can be attached
20   to a variety of things.
21           When I -- and so not knowing which one
22   it is referring to specifically, I think the --
```

Case 3:23-cv-03417-VC   Document 395-6   Filed 01/15/25   Page 6 of 9

11/20/2024   Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
Highly Confidential - Attorneys' Eyes Only

Page 348

1   sharing the content outside.  This could be

2   legally not okay."

3       A.   Okay.

4       Q.   So maybe I'm misunderstanding, but I

5   thought you said that Bashlykov said that they

6   did use torrents, and I'm just trying to

7   confirm -- this document suggest that they did a

8   direct file upload -- if that's different than

9   what he testified to.  I'm just trying to

10  understand.

11      A.   Let me read in context the other parts

12  of his notes here.

13           Okay.  Apologize.  I was confused by

14  the page order.

15      Q.   That's okay.

16      A.   Do you mind asking that question once

17  again?

18      Q.   Yeah.  So I believe you've testified

19  that you spoke with Bashlykov and that he said

20  that they downloaded LibGen through torrent.

21           Is that correct?

22      A.   That is correct.

Case 3:23-cv-03417-VC   Document 395-6   Filed 01/15/25   Page 7 of 9

11/20/2024                    Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                                        Highly Confidential - Attorneys' Eyes Only

Page 349

1      Q.   This says, "Decided to go with direct
2   file upload without using torrents for the
3   following reasons:  Using torrents would entail
4   seeding the files, sharing the content outside.
5   This could be legally not okay."
6           So how did Meta obtain and copy LibGen?
7           MS. HARTNETT:  Object to the form.
8           THE WITNESS:  So I spoke with
9   Bashlykov.  We used libtorrent and the torrent
10  protocol for downloading.  We had tried to
11  download a few different ways.  One of them
12  included doing it via direct downloads where
13  there were individually hosted files in
14  different places and saw many issues with that
15  where files wouldn't exist, it was too slow or
16  would error out.
17          Also tried -- well, actually, the other
18  only other option was downloading via torrent,
19  and --
20  BY MS. POUEYMIROU:
21     Q.   And that's what you did?
22     A.   That's what we did.  And the library

Case 3:23-cv-03417-VC   Document 395-6   Filed 01/15/25   Page 8 of 9

11/20/2024                Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                                    Highly Confidential - Attorneys' Eyes Only

Page 350

1   that we used using, LibGen -- sorry --
2   libtorrent for downloading LibGen, Bashlykov
3   modified the config setting so that the smallest
4   amount of seeding possible could occur.
5       Q.   What does that mean?
6       A.   When you use a torrent protocol, part
7   of the configuration on how torrents work is you
8   can only download as long as you offer to
9   participate in the torrent network in some way,
10  and seeding means that you have to open up some
11  amount of sharing of the torrent file while
12  you're downloading.
13      Q.   So why did Meta decide to minimize
14  seeding the files?
15           Is it because it was concerned that
16  that was legally not okay, to quote this
17  document?
18           MS. HARTNETT:  Objection to the form.
19           And to the extent it calls for any
20  attorney-client privilege, please don't reveal
21  that.
22           THE WITNESS:  Yeah, I do not know what

Case 3:23-cv-03417-VC   Document 395-6   Filed 01/15/25   Page 9 of 9

11/20/2024          Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                              Highly Confidential - Attorneys' Eyes Only

Page 351

1   Nikolay means in here by "legally not okay."  I

2   know that legal did provide advice, which I

3   can't share.  I can share what the setting was.

4   BY MS. POUEYMIROU:

5       Q.   Is Bashlykov a lawyer?

6       A.   No.

7       Q.   Okay.  So you ended up using torrent,

8   but you minimized seeding the files?

9       A.   To the lowest possible setting, yes.

10      Q.   Are you familiar with anti-leeching

11  protocol?

12      A.   I've heard the term before.

13         In which context?

14      Q.   In the context of -- with respect to

15  seeding the files.

16         Is there a relationship what Meta was

17  doing by minimizing the seeding of file with

18  leeching?

19      A.   Could you be more specific?

20      Q.   How do you understand anti-leeching?

21      A.   I don't -- I didn't prepare on it

22  today.  I would only know from my just own