# Exhibit 6

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et  al.,           )
                                   )
Individual and Representative      )   Lead Case No.
Plaintiffs,                        )
                                   )   3:23-cv-03417-VC
    v.                             )
                                   )
Meta Platforms, Inc.,              )
                                   )
Defendant.                         )
_____)


** H I G H L Y   C O N F I D E N T I A L **

30(b)(1) VIDEOTAPED DEPOSITION OF

MICHAEL PATRICK CLARK

Denver, Colorado

Wednesday,  November 13, 2024


Reported stenographically by:

Michelle Kirkpatrick, RDR-CRR-CRC-CRI, FCRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 162

| | | | |
|---|---|---|---|
| 1 | Q | Who provided it as a set? | 13:45 |
| 2 | A | Either the National Health Service or | 13:45 |
| 3 | National Institute of Health.  I don't remember | | 13:45 |
| 4 | which one it is, but I remember -- it was one of | | 13:45 |
| 5 | those two that provide -- PubMed is a source of | | 13:45 |
| 6 | these articles. | | 13:45 |
| 7 | Q | And did Meta pay for that access? | 13:46 |
| 8 | A | No.  It's -- those are freely available. | 13:46 |
| 9 | Q | Now, with respect to LibGen, do you | 13:46 |
| 10 | understand that phrase to -- I'm sorry, that dataset | | 13:46 |
| 11 | to include copyrighted materials? | | 13:46 |
| 12 | A | Yes, that is my understanding. | 13:46 |
| 13 | Q | And do you know where LibGen comes from, | 13:46 |
| 14 | geographically speaking? | | 13:46 |
| 15 | | MS. HARTNETT:  Object to the form. | 13:46 |
| 16 | A | LibGen, or Library Genesis, is a publicly | 13:46 |
| 17 | contributed torrent that includes -- that doesn't -- | | 13:46 |
| 18 | like, the -- LibGen doesn't live anywhere | | 13:46 |
| 19 | geographically. | | 13:46 |
| 20 | BY MR. STEIN: | | 13:46 |
| 21 | Q | Do you know if it was created by an | 13:46 |
| 22 | individual or a group? | | 13:46 |

Page 163

1     A    I actually don't.                                        13:46

2     Q    Okay.  And you said "torrent."  What's a                 13:46

3  torrent?                                                         13:46

4     A    A torrent is a way of storing data and                   13:46

5  sharing data in a distributed fashion across the                 13:46

6  internet.                                                        13:47

7     Q    What's the purpose of using a torrent as                 13:47

8  opposed to another method of sharing?                            13:47

9          MS. HARTNETT:  Objection to the form.                    13:47

10    A    A purpose of using torrent is -- it's cost               13:47

11 effective.  It is self-healing, so if one piece of               13:47

12 it goes down, pieces of the whole thing are                      13:47

13 distributed all over.                                            13:47

14         It's why -- it's the same reason that                    13:47

15 Microsoft or Linux distributions share big builds or             13:47

16 the original, like, base distribution via torrent:               13:47

17 It's more cost effective, people can get access to               13:47

18 it; and if people near you have that, it downloads               13:47

19 faster than if it were coming centrally.                         13:47

20         And so it's a way of sharing and storing                 13:47

21 data broadly across the internet.                                13:47

22 BY MR. STEIN:                                                    13:47

Page 164

| | | |
|---|---|---|
| 1 | Q    And with respect to LibGen, would you -- | 13:47 |
| 2 | using your own phrasing of "pirated or stolen | 13:48 |
| 3 | material," do you understand LibGen to contain | 13:48 |
| 4 | pirated or stolen material? | 13:48 |
| 5 | MS. HARTNETT:  Objection to the form. | 13:48 |
| 6 | A    The example that I had mentioned before, | 13:48 |
| 7 | where the engineers showed me they had found an | 13:48 |
| 8 | example that it was pirated and a title and a | 13:48 |
| 9 | language I can't remember, was from LibGen. | 13:48 |
| 10 | And so that answer would be yes. | 13:48 |
| 11 | BY MR. STEIN: | 13:48 |
| 12 | Q    And with respect to the dataset overall, | 13:48 |
| 13 | not just that specific example, is the answer also | 13:48 |
| 14 | yes, that it would -- that you understood it to | 13:48 |
| 15 | contain pirated and stolen material? | 13:48 |
| 16 | MS. HARTNETT:  Objection to the form. | 13:48 |
| 17 | A    That question's -- could you ask that a | 13:48 |
| 18 | little clearer? | 13:48 |
| 19 | Or -- I will answer that the whole set -- | 13:48 |
| 20 | I don't think there's any way to know that that | 13:48 |
| 21 | is -- what I mentioned is I'm aware of one file that | 13:49 |
| 22 | was self-identified as pirated or stolen; and the | 13:49 |