# Exhibit 9

Message

**From:** Xiaolan Wang [█████@meta.com]
**Sent:** 5/14/2024 1:14:15 PM
**To:** Nikolay Bashlykov [█████@meta.com]; Xiaolan Wang [█████@meta.com]
**Subject:** Message summary [{"otherUserFbId":100083037918592,"threadFbId":null}]

Nikolay Bashlykov (5/14/2024 06:13:24 PDT):
>@silent hey Xiaolan! so:
>1) location of the raw data you can find here:
https://docs.google.com/document█████
>2) I think I took the torrent jobs from the libgen webpage: https://libgen.gs/torrents/

Nikolay Bashlykov (5/14/2024 06:14:15 PDT):
>btw, why do you want to re-process the files?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY