**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice* )
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Individual and Representative Plaintiffs*
*and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>*Defendant.* | CASE NO. 3:23-cv-03417-VC<br><br>**DECLARATION OF JOSHUA M. STEIN IN SUPPORT OF PLAINTIFFS' REPLY RE MOTION FOR LEAVE TO FILE THIRD AMENDED CONSOLIDATED COMPLAINT** |

**DECLARATION OF JOSHUA M. STEIN**
CASE NO. 3:23-cv-03417-VC

I, Joshua M. Stein, declare as follows:

I am an attorney duly licensed to practice in the State of California. I am a partner in the San Francisco, California office of Boies Schiller Flexner, LLP ("BSF"), counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 and Local Rule 6-3 in support of Plaintiffs' Reply to Defendant Meta Platform, Inc.'s ("Meta's") Opposition to Plaintiffs' Motion for Leave to File a Third Amended Consolidated Complaint (the "Reply").

1. Attached to this Declaration as Exhibit A is a true and correct copy of a document produced by Meta bearing the Bates range Meta_Kadrey_211699 - Meta_Kadrey_211703.

2. Attached to this Declaration as Exhibit B is a true and correct copy of a document produced by Meta bearing the Bates range Meta_Kadrey_204223 - Meta_Kadrey_204224.

3. Attached to this Declaration as Exhibit C is a true and correct copy of a document produced by Meta bearing the Bates range Meta_Kadrey_204218 - Meta_Kadrey_204222.

4. Attached to this Declaration as Exhibit D is a true and correct copy of a document produced by Meta bearing the Bates Number Meta_Kadrey_211852.

5. Attached to this Declaration as Exhibit E are selected rough transcript excerpts from the December 17, 2024 deposition of Mark Zuckerberg.

6. Attached to this Declaration as Exhibit F are selected transcript excerpts from the September 19, 2024 deposition of Todor Mihaylov.

7. Attached to this Declaration as Exhibit G are selected transcript excerpts from the November 20, 2024 Rule 30(b)(6) deposition of Michael Clark.

8. Attached to this Declaration as Exhibit H are excerpts from Meta's Objections and Responses to Plaintiffs' Fifth Set of Requests for Production.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of December 2024 in San Francisco, California.

By:     */s/ Joshua M. Stein*
      Joshua M. Stein