# EXHIBIT G

Case 3:23-cv-03417-VC   Document 396-8   Filed 01/15/25   Page 2 of 9

11/20/2024   Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
Highly Confidential - Attorneys' Eyes Only

Page 204

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, ET AL.,                )
    INDIVIDUAL AND REPRESENTATIVE      )
                      PLAINTIFFS,      ) LEAD CASE NO.
             v.                        ) 3:23-cv-03417-VC
META PLATFORMS, INC.,                  )
                       DEFENDANT.      )
_____)


* * *  H I G H L Y   C O N F I D E N T I A L  * * *
* * *  A T T O R N E Y S '   E Y E S   O N L Y  * * *


VIDEO-RECORDED 30(B)(6) DEPOSITION OF

MICHAEL CLARK

VOLUME III

WEDNESDAY, NOVEMBER 20, 2024

SAN FRANCISCO, CALIFORNIA

9:38 A.M. PST


REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 396-8   Filed 01/15/25   Page 3 of 9

11/20/2024          Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                              Highly Confidential - Attorneys' Eyes Only

Page 312

1   Hugo Touvron; Soumya, S-o-u-m-y-a, Batra; Todor,

2   T-o-d-o-r, M-i-h-a-y-l-o-v; Sharan Narang,

3   S-h-a-r-a-n, N-a-r-a-n-g; and Thomas Scialom,

4   T-h-o-m-a-s, S-c-i-a-l-o-m.

5       Q.   Okay.  We're going to get into the

6   contents of this document.

7            Did you review this document in

8   preparation?  Are you familiar with it?

9            MS. HARTNETT:  Object to the form.

10           THE WITNESS:  Let me read it real quick

11  just to see if I did.

12           Okay.

13  BY MS. POUEYMIROU:

14      Q.   Okay.

15      A.   I don't remember -- to answer your

16  question, I don't remember seeing this in my

17  preparation.

18      Q.   Okay.  And before this you were talking

19  about a script that Bashlykov made to remove

20  copyright information from LibGen; correct?

21           MS. HARTNETT:  Object to the form.

22           THE WITNESS:  To be specific, the data

Case 3:23-cv-03417-VC   Document 396-8   Filed 01/15/25   Page 4 of 9

11/20/2024          Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                            Highly Confidential - Attorneys' Eyes Only

Page 313

1  that Bashlykov was applying the script was to
2  actual data and not to metadata, which was
3  separate.
4  BY MS. POUEYMIROU:
5     Q.   Okay.
6     A.   It was inside of the training data or
7  proposed training data itself.
8     Q.   And was it inside the data because it
9  was -- because copyright information is inside a
10 book?
11         MS. HARTNETT:  Objection to the form of
12 the question.
13         THE WITNESS:  The data that was removed
14 included the word "copyright," the word
15 "acknowledgments," and matches upon phrases and
16 lines in certain parts of the book that did
17 that.  It was removed because of the technical
18 risk that was introduced to the model by keeping
19 that data in.
20 BY MS. POUEYMIROU:
21    Q.   So the removal of that copyright
22 information facilitated training of the model?

Case 3:23-cv-03417-VC   Document 396-8   Filed 01/15/25   Page 5 of 9

11/20/2024      Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                       Highly Confidential - Attorneys' Eyes Only

Page 314

1        MS. HARTNETT:  Objection to the form.
2        THE WITNESS:  The removal of that data
3   kept there from being additional noise
4   introduced from repetitive phrases and from
5   things that would introduce other noise or
6   problems into the model itself.
7   BY MS. POUEYMIROU:
8        Q.   And would you say that removal of that
9   facilitates training?
10       A.   Removal of that data is one step in the
11  data cleanup phase, which is one of many pieces
12  to facilitate training.
13       Q.   Okay.  So in the opening of this
14  document, you have Sergey Edunov and Melanie
15  Kambadur noted.
16            And what I was hoping you could explain
17  is what is meant by this specific language:  "We
18  need to make sure source metadata does not cause
19  problems in training, stability, performance or
20  leakage of sensitive info.  We have experimental
21  data now showing basically no negative effects
22  for the v1 unhashed source metadata, but since

Case 3:23-cv-03417-VC   Document 396-8   Filed 01/15/25   Page 6 of 9

11/20/2024        Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                          Highly Confidential - Attorneys' Eyes Only

Page 315

 1   this is small-scale, noisy evals, it's
 2   unfortunately not 100 percent conclusive.
 3   Intuitively, adding 5 to 10 percent to token
 4   size could be a risk."
 5           And this is the sentence in particular
 6   I'm interested in:  "Also, unhashed source
 7   metadata is not acceptable from an IP-brand
 8   safety leakage perspective IMO.  We have to be
 9   basically 100 percent confident no one can
10   extract this data, and based on previous
11   memorization work, I do not think we can be."
12           So can you walk me through what they're
13   talking about.
14           MS. HARTNETT:  Object to the form.
15           THE WITNESS:  I was trying to find the
16   exact line.
17           Was that the part from Melanie, or was
18   that the --
19   BY MS. POUEYMIROU:
20      Q.   It looks like -- I mean, it's
21   "Melanie:" and then @sergeyedunov?
22           MS. HARTNETT:  I think she's reading on

Case 3:23-cv-03417-VC   Document 396-8   Filed 01/15/25   Page 7 of 9

11/20/2024          Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                              Highly Confidential - Attorneys' Eyes Only

Page 344

1               (At 1:39 P.M. PST the

2               deposition of MICHAEL CLARK was

3               reconvened.)

4          THE VIDEOGRAPHER: We are now on the

5     record at 1:39.

6

7               EXAMINATION (CONTINUED)

8     BY MS. POUEYMIROU:

9          Q.   Good afternoon, Mr. Clark.

10         A.   Good afternoon.

11         Q.   So I wanted to talk about a different

12    dataset now.

13         A.   Okay.

14         Q.   I mean, we have been talking about it,

15    but LibGen.

16              And so last week we looked at a

17    document that showed it being downloaded October

18    of 2022.

19              And your testimony today is you don't

20    know who did that download -- the initial

21    download of LibGen; is that correct?

22         A.   Just to --

Case 3:23-cv-03417-VC   Document 396-8   Filed 01/15/25   Page 8 of 9

11/20/2024          Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                         Highly Confidential - Attorneys' Eyes Only

Page 349

1    Q.   This says, "Decided to go with direct
2  file upload without using torrents for the
3  following reasons:  Using torrents would entail
4  seeding the files, sharing the content outside.
5  This could be legally not okay."
6         So how did Meta obtain and copy LibGen?
7         MS. HARTNETT:  Object to the form.
8         THE WITNESS:  So I spoke with
9  Bashlykov.  We used libtorrent and the torrent
10 protocol for downloading.  We had tried to
11 download a few different ways.  One of them
12 included doing it via direct downloads where
13 there were individually hosted files in
14 different places and saw many issues with that
15 where files wouldn't exist, it was too slow or
16 would error out.
17        Also tried -- well, actually, the other
18 only other option was downloading via torrent,
19 and --
20 BY MS. POUEYMIROU:
21   Q.   And that's what you did?
22   A.   That's what we did.  And the library

Case 3:23-cv-03417-VC   Document 396-8   Filed 01/15/25   Page 9 of 9

11/20/2024   Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
Highly Confidential - Attorneys' Eyes Only

Page 350

1   that we used using, LibGen -- sorry --
2   libtorrent for downloading LibGen, Bashlykov
3   modified the config setting so that the smallest
4   amount of seeding possible could occur.
5        Q.   What does that mean?
6        A.   When you use a torrent protocol, part
7   of the configuration on how torrents work is you
8   can only download as long as you offer to
9   participate in the torrent network in some way,
10  and seeding means that you have to open up some
11  amount of sharing of the torrent file while
12  you're downloading.
13       Q.   So why did Meta decide to minimize
14  seeding the files?
15            Is it because it was concerned that
16  that was legally not okay, to quote this
17  document?
18            MS. HARTNETT:  Objection to the form.
19            And to the extent it calls for any
20  attorney-client privilege, please don't reveal
21  that.
22            THE WITNESS:  Yeah, I do not know what