# EXHIBIT E

Case 3:23-cv-03417-VC   Document 397-8   Filed 01/15/25   Page 2 of 4

11/20/2024   Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
Highly Confidential - Attorneys' Eyes Only

Page 204

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, ET AL.,                      )
    INDIVIDUAL AND REPRESENTATIVE   )
                           PLAINTIFFS,  ) LEAD CASE NO.
              v.                       ) 3:23-cv-03417-VC
META PLATFORMS, INC.,                        )
                         DEFENDANT.   )
_____)


   * * * H I G H L Y  C O N F I D E N T I A L * * *

   * * * A T T O R N E Y S '  E Y E S  O N L Y * * *


VIDEO-RECORDED 30(B)(6) DEPOSITION OF

MICHAEL CLARK

VOLUME III

WEDNESDAY, NOVEMBER 20, 2024

SAN FRANCISCO, CALIFORNIA

9:38 A.M. PST


REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 397-8   Filed 01/15/25   Page 3 of 4

11/20/2024   Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
Highly Confidential - Attorneys' Eyes Only

Page 349

1   Q.   This says, "Decided to go with direct
2   file upload without using torrents for the
3   following reasons:  Using torrents would entail
4   seeding the files, sharing the content outside.
5   This could be legally not okay."
6        So how did Meta obtain and copy LibGen?
7        MS. HARTNETT:  Object to the form.
8        THE WITNESS:  So I spoke with
9   Bashlykov.  We used libtorrent and the torrent
10  protocol for downloading.  We had tried to
11  download a few different ways.  One of them
12  included doing it via direct downloads where
13  there were individually hosted files in
14  different places and saw many issues with that
15  where files wouldn't exist, it was too slow or
16  would error out.
17       Also tried -- well, actually, the other
18  only other option was downloading via torrent,
19  and --
20  BY MS. POUEYMIROU:
21  Q.   And that's what you did?
22  A.   That's what we did.  And the library

Case 3:23-cv-03417-VC   Document 397-8   Filed 01/15/25   Page 4 of 4

11/20/2024                          Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                                    Highly Confidential - Attorneys' Eyes Only

Page 350

1   that we used using, LibGen -- sorry --
2   libtorrent for downloading LibGen, Bashlykov
3   modified the config setting so that the smallest
4   amount of seeding possible could occur.
5        Q.   What does that mean?
6        A.   When you use a torrent protocol, part
7   of the configuration on how torrents work is you
8   can only download as long as you offer to
9   participate in the torrent network in some way,
10  and seeding means that you have to open up some
11  amount of sharing of the torrent file while
12  you're downloading.
13       Q.   So why did Meta decide to minimize
14  seeding the files?
15            Is it because it was concerned that
16  that was legally not okay, to quote this
17  document?
18            MS. HARTNETT:  Objection to the form.
19            And to the extent it calls for any
20  attorney-client privilege, please don't reveal
21  that.
22            THE WITNESS:  Yeah, I do not know what