**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class. (additional counsel included below)*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO VISION

| | |
|---|---|
| RICHARD KADREY, et al., *Individual and Representative Plaintiffs*, <br> v. <br> META PLATFORMS, INC., <br> *Defendant.* | Case No. 3:23-cv-03417-VC <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Pursuant to Civil Local Rules 7-11, 79-5(f), and this Court's Standing Order on Motions to Seal, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with Plaintiffs' Motion for Relief From Non-Dispositive Pretrial Order. The Motion for Relief contains, in various places, summaries or descriptions of material that Defendant Meta Platforms, Inc. ("Meta"), has designated as "Highly Confidential - Attorneys Eyes Only" as defined in the in the parties' Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (ECF No. 90, the "Protective Order").  Plaintiffs are also filing numerous exhibits in support of the Motion for Relief under seal because they are either designated, or refer to material that is designated, as "Highly Confidential – Attorneys' Eyes Only."

Plaintiffs assert no confidentiality of their own over any of these documents and would prefer to file them publicly, particularly in light of the Court's repeated admonishments about sealing and recent order on Meta's excessive sealing. Dkt. 373. Certain exhibits accompanying Plaintiffs' Motion were recently filed on the public docket in redacted form by Meta. *See* Dkt. 391. For those exhibits, Plaintiffs have used Meta's redacted versions. For all other exhibits that have not been filed previously, Plaintiffs are filing them fully under seal—consistent with Meta's designations. To avoid unnecessary sealing and the burden it places on the Court, Plaintiffs sent Meta all filing materials at 12:08 PM PT today and offered Meta four hours to identify any truly necessary sealing. Meta did not respond until 4:03 PM PT, stating "it was not possible for [Meta] to review and propose redactions" in those four hours, and requested that Plaintiffs file all new material under seal, with Meta's proposed redactions, if any, to follow in seven days per L.R. 79-5(f).

By Plaintiffs' count, Meta designated approximately **97%** of the documents it produced in discovery as "Confidential," "Highly Confidential – Attorneys' Eyes Only," or "Highly

**PLAINTIFFS' ADMIN. MTN. TO CONSIDER SEALING RE: MOTION FOR RELIEF**
CASE NO. 3:23-cv-03417-VC

Confidential – Source Code," and Meta designated every deposition transcript in full as "Highly Confidential – Attorneys' Eyes Only." Plaintiffs thus must continue to incur fees and burden the Court by filing grossly overbroad sealing motions virtually any time they seek to present evidence in a court filing. Plaintiffs respectfully note that many attorney and staff hours have been spent accommodating Meta's blanket confidentiality designations in this case, and that these sealing issues will likely be exacerbated further in the coming months with summary judgment and *Daubert* briefing.

Dated: January 15, 2025

By: /s/ *Maxwell V. Pritt*
  Maxwell V. Pritt

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class.*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Elizabeth J. Cabraser (State Bar No. 083151)
Daniel M. Hutchinson (State Bar No. 239458)
Reilly T. Stoler (State Bar No. 310761)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
rstoler@lchb.com

Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013-1413
(212) 355-9500
rgeman@lchb.com

**JOSEPH SAVERI LAW FIRM LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Margaux Poueymirou (SBN 356000)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
mpoueymirou@saverilawfirm.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
James Ulwick (*pro hac vice*)

10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

David Straite (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
dsraite@dicellolevitt.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butloricklaw.com

**COWAN DEBAETS ABRAMS & SHEPPARD LLP**
Scott J. Sholder (*pro hac vice*)
CeCe M. Cole
60 Broad Street, 30th Floor
New York, NY 10004
(212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class.*