| | |
|---|---|
| 1 | COOLEY LLP |
| | BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com) |
| | TERESA MICHAUD (296329) |
| 3 | (tmichaud@cooley.com) |
| | COLETTE GHAZARIAN (322235) |
| 4 | (cghazarian@cooley.com) |
| | 1333 2nd Street, Suite 400 |
| 5 | Santa Monica, California 90401 |
| | Telephone:    (310) 883-6400 |
| 6 | |
| | MARK WEINSTEIN (193043) |
| 7 | (mweinstein@cooley.com) |
| | KATHLEEN HARTNETT (314267) |
| 8 | (khartnett@cooley.com) |
| | JUDD LAUTER (290945) |
| 9 | (jlauter@cooley.com) |
| | ELIZABETH L. STAMESHKIN (260865) |
| 10 | (lstameshkin@cooley.com) |
| | 3175 Hanover Street |
| 11 | Palo Alto, CA  94304-1130 |
| | Telephone:    (650) 843-5000 |
| 12 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | ANGELA L. DUNNING (212047) |
| 13 | (adunning@cgsh.com) |
| | 1841 Page Mill Road, Suite 250 |
| 14 | Palo Alto, CA 94304 |
| | Telephone: (650) 815-4131 |

*[Full Listing on Signature Page]*

*Counsel for Defendant Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, | Case No. 3:23-cv-03417-VC-TSH |
| Individual and Representative Plaintiffs, | **DECLARATION OF KATHLEEN HARTNETT IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED CONSOLIDATED COMPLAINT** |
| v. | |
| META PLATFORMS, INC., a Delaware corporation; | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW

DECL. OF K. HARTNETT ISO META'S OPP. TO
MTN FOR LEAVE TO FILE AMENDED COMPLAINT
3:23-CV-03417-VC-TSH

I, Kathleen Hartnett, declare:

1. I am a Partner at the law firm of Cooley LLP and counsel to Meta Platforms, Inc. in the above-referenced matter. I have personal knowledge of the facts contained in this Declaration and, if called as a witness, could competently testify to them under oath.

2. The Declaration of Joshua M. Stein ("Stein Declaration") attaches documents that Plaintiffs rely on in support of their Motion to Amend. Working with our discovery team, I confirmed when Meta produced various documents attached to the Stein Declaration. Exhibit 7 to the declaration of Joshua M. Stein ("Stein Declaration") is a document produced by Meta in this litigation beginning with Bates number Meta_Kadrey_00089791 and titled "Libgen dataset: 650B* clean & deduped tokens." This document was produced by Meta on **August 15, 2024**.

3. Another version of the document titled "Libgen dataset: 650B* clean & deduped tokens" was produced by Meta from another Meta source on **July 15, 2024**, beginning with Bates number Meta_Kadrey_00065244. A true and correct copy of this document is attached hereto as **Exhibit A**.

4. That document (Meta_Kadrey_00065244) was also marked as Exhibit 26 during the deposition of Todor Mihaylov (*see* Exhibit D, Tr. at 113:2–3), which Plaintiffs took on September 19, 2024, and was referenced extensively during that deposition. A true and correct copy of the marked exhibit, as used in the Mihaylov deposition, is attached hereto as **Exhibit B**.

5. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt of the transcript of the deposition of Todor Mihaylov, which took place on September 19, 2024.

6. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt of the transcript of the deposition of Melanie Kambadur, which took place on September 17, 2024.

7. Separately, I am aware that the deposition of Eleanora Presani, which Plaintiffs took on September 26, 2024, extensively covered Meta's acquisition and use of the Libgen dataset, with dozens of references to Libgen throughout the deposition, as well as questioning regarding alleged data "piracy."

8. Exhibit 8 to the Stein Declaration is a document beginning with Bates number Meta_Kadrey_00048149, which Meta produced to Plaintiffs on July 15, 2024.

9. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the transcript of the deposition of Ahmad Al-Dahle, which took place on October 3, 2024.

10. On September 16, 2024, Meta produced a document beginning with Bates number Meta_Kadrey_00093346 entitled "Observations on Libgen-SciMag." This document contains the Meta employee comments Meta later produced in freestanding form, which Plaintiffs submitted as Exhibit 2 to the Stein Declaration. A true and correct copy of Meta_Kadrey_00093346 is attached hereto as **Exhibit F**.

11. Meta's September 16, 2024 production included a document entitled "Data Review: libgen-fiction-books" (beginning with Bates number Meta_Kadrey 00093349), which includes a comment stating that "[c]urrently we are removing all the copyright paragraphs from the beginning and end of the document," and a document entitled "Fair-Use Lib: 400B+ New Clean (+325B more to come)" (beginning with Bates number Meta_Kadrey 00093383), which describes the removal of "copyright sections" as part of "General post-processing steps/filtering." True and correct copies of Meta_Kadrey 00093349 and Meta_Kadrey 00093383 are attached hereto as **Exhibit G** and **Exhibit H**, respectively.

12. Attached hereto as **Exhibit I** are true and correct copies of excerpts of Plaintiffs Snyder's, Woods's, and Klam's Amended and Second Amended Responses to Meta's Second Requests for Admissions. The responses and requests relevant to Meta's Opposition have been highlighted for ease of reference.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of December 2024 in Oakland, CA.

/s/ *Kathleen Hartnett*
Kathleen Hartnett

*Full Counsel List*

COOLEY LLP
PHILLIP MORTON *(pro hac vice)*
(pmorton@cooley.com)
COLE A. POPPELL (pro hac vice)
(cpoppell@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800

COOLEY LLP
MATTHEW BRIGHAM (191428)
(mbrigham@cooley.com)
JUAN PABLO GONZALEZ (334470)
(jgonzalez@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

LEX LUMINA PLLC
MARK A. LEMLEY (155830)
(mlemley@lex-lumina.com)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone:    (646) 898-2055

311699081

Cooley LLP
Attorneys at Law

3

Decl. of K. Hartnett iso Meta's Opp. to Mtn
for Leave to File Amended Complaint
3:23-cv-03417-VC-TSH