# EXHIBIT C

Case 3:23-cv-03417-VC   Document 404-4   Filed 01/17/25   Page 2 of 11

9/19/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.    Todor Mihaylov, Ph.D.
          Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

| | |
|---|---|
| IN RE MATTER OF: | ) |
| RICHARD KADREY, et al., | ) |
| Plaintiff, | ) |
|     vs. | ) C.A. NO.: |
| META PLATFORMS, INC., | ) 3:23-cv-03417-VC |
| Defendant. | ) |
|_____| ) |

** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **

UNDER THE PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF TODOR MIHAYLOV, Ph.D.

Palo Alto, California

Thursday, September 19, 2024


Stenographically Reported by:

HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR

Realtime Systems Administrator

California CSR License #11600

Oregon CSR License #21-0005

Washington License #21009491

Nevada CCR License #980

Texas CSR License #10725

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 404-4   Filed 01/17/25   Page 3 of 11

9/19/2024           Richard Kadrey, et al. v. Meta Platforms, Inc.    Todor Mihaylov, Ph.D.
            Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 112

1    A.    Some version of it, some version of it
2    might be used.
3          MS. POUEYMIROU:  Okay.
4          It's 12:30.  I was going to move into a
5    document that's going to take a while, so would you
6    like to break for lunch?
7          MR. WEINSTEIN:  Sure, why not.  Makes
8    sense.
9          MS. POUEYMIROU:  Yeah.
10         THE VIDEOGRAPHER:  Okay.
11         We are off the record at 12:34.
12         (Lunch recess from 12:34 p.m. to 1:22 p.m.)
13         THE VIDEOGRAPHER:  We are now on the record
14   at 1:22.
15   Q.    (By Ms. Poueymirou)  Good afternoon,
16   Mr. Mihaylov.
17         I just want to confirm that during lunch
18   you did not discuss your testimony or documents with
19   counsel?
20   A.    No.
21         MS. POUEYMIROU:  So we're going to turn to
22   a document we'll mark as -- is it Exhibit 26?

Case 3:23-cv-03417-VC   Document 404-4   Filed 01/17/25   Page 4 of 11

9/19/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Todor Mihaylov, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 113

1        MR. CERA:  Yes.
2            (Mihaylov Exhibit 26 was marked for
3    identification.)
4        Q.  (By Ms. Poueymirou)  Are you familiar with
5    this document?
6        A.  I have seen the title of the document, I
7    think, at some point.
8        Q.  Okay.
9            No reason to doubt it was made within the
10   ordinary course of business; it was made at Meta?
11       A.  It was probably made at Meta, yes.
12       Q.  Okay.
13           And the author is?
14       A.  Seems it's Nikolay.
15       Q.  Okay.
16           Why don't you take a little bit of time to
17   familiarize yourself with it.
18       A.  Okay.
19           Is there something in particular --
20       Q.  Yeah.  No, there are -- there a lot of
21   things in particular.  I just wanted you to -- if
22   you needed time to look at it, but we can start.

Case 3:23-cv-03417-VC   Document 404-4   Filed 01/17/25   Page 5 of 11

9/19/2024           Richard Kadrey, et al. v. Meta Platforms, Inc.   Todor Mihaylov, Ph.D.
             Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 114

```
 1            So you said you think you've seen this
 2   document before?
 3       A.   I probably have seen a version of it at
 4   some point.
 5       Q.   Why do you say that?
 6       A.   Because it seems like -- it's, like, a
 7   hundred pages and sometimes you'll get, like, a link
 8   to it --
 9       Q.   Um-hum.
10       A.   -- so this is probably from Google Docs.
11   And it has bookmarks.  And then someone can share a
12   bookmark to a document and you, like, look at some
13   part of it --
14       Q.   Um-hum.
15       A.   -- and I don't know if it's the same
16   document, but maybe I have seen this.
17       Q.   Okay.
18            Your name is actually at the back of it --
19       A.   Okay.
20            Yeah, so --
21       Q.   -- so we can go to those parts.
22       A.   Yeah, sounds good.
```

Case 3:23-cv-03417-VC   Document 404-4   Filed 01/17/25   Page 6 of 11

9/19/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Todor Mihaylov, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 129

```
 1   these, it seems that they are assumed reported parts
 2   of LibGen that being reported as fiction and
 3   SciTech.
 4        Q.   (By Ms. Poueymirou)  Um-hum.
 5        A.   I don't know if someone verified if it has
 6   these.
 7        Q.   Okay.
 8             And then you have this:  Examples of
 9   filtered data and you have the same words that we
10   just looked at --
11        A.   Okay.
12        Q.   -- "repetition, PII, and copyright."
13             Do you see that?  Copyright is on the third
14   page, so --
15        A.   Okay.
16        Q.   -- am I supposed to take from that where it
17   says, "We removed 1 percent and .67 percent of total
18   characters from fiction and SciTech," and then it
19   says, "Repetition, PII, copyright," is -- are we
20   looking at visual representations of what's being
21   removed here?
22             MR. WEINSTEIN:  Object to form.
```

Case 3:23-cv-03417-VC   Document 404-4   Filed 01/17/25   Page 7 of 11

9/19/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.   Todor Mihaylov, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 130

 1           THE WITNESS:  It's -- my guess.  That would
 2     be my guess.
 3        Q.   (By Ms. Poueymirou)  Okay.
 4        A.   I don't know.
 5        Q.   And so what's being removed in the
 6     copyright section?
 7        A.   I don't know.
 8        Q.   Does it look like ISBN numbers?
 9        A.   It says that it might be ISBN numbers.
10        Q.   Okay.
11             When you just jump down to the November
12     17th, 2023, and these are obviously going in maybe
13     reverse chrono, it says, "There are new" --
14             (Stenographer clarification.)
15        Q.   (By Ms. Poueymirou)  "There are few
16     improvements we can make to LibGen after the manual
17     inspection of the data sets," and you go one, two,
18     three, four, the fifth bullet point, "Remove rows
19     containing copyright in the first and last 25
20     percent of the book.  Rows containing any of these
21     words 'ISBN, copyright, copyright signal, all rights
22     reserved, and DOI.'"

Case 3:23-cv-03417-VC   Document 404-4   Filed 01/17/25   Page 8 of 11

9/19/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.   Todor Mihaylov, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 131

 1         What do you take that to mean?
 2         MR. WEINSTEIN:  Object to form.
 3         THE WITNESS:  So I can only interpret,
 4   like, what is written here; that it is removing
 5   codes that are containing copyright in the first or
 6   the last 20 percent -- 25 percent of the book.
 7         Q.  (By Ms. Poueymirou)  Did -- did you ever
 8   process data and remove copyright from data when you
 9   were preparing data?
10         A.  I personally, no.
11         Q.  Do you know folks that did and, if so, who?
12         A.  Yeah, so it seems that Nikolay did that if
13   he is now the author of the document.
14         Q.  Do you have any idea why Meta would want
15   copyright removed from books?
16         A.  I don't know.
17         Q.  Do you know how copyright would have been
18   removed from books?
19         MR. WEINSTEIN:  Object to form.
20         THE WITNESS:  I mean, I can guess what is
21   written here.
22         Q.  (By Ms. Poueymirou)  Yeah.

Case 3:23-cv-03417-VC   Document 404-4   Filed 01/17/25   Page 9 of 11

9/19/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Todor Mihaylov, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 156

1  mentioned, but, like as I said, these are, like, 400
2  pages on different topics.
3      Q.   Yeah.
4           And so when we first started talking about
5  this topic, you said you recognized it; you knew the
6  author; and you're quoted at the bottom on different
7  aspects.  So for anything you don't feel like you
8  understand, you can state that and you have stated
9  it.
10          I asked you about ablations.  They've
11 actually put you forth as the corporate designee on
12 ablations, so I was asking you about ablations that
13 involved LibGen.
14     A.   Yes.
15     Q.   So whatever you don't feel comfortable
16 answering or it's outside of your frame of
17 knowledge, it's fine doing what you're doing which
18 is saying, "I'm not sure."
19     A.   Okay.
20     Q.   So -- so if we were to characterize this
21 document, what was the purpose of -- this is a --
22 this is a long document, as you just stated, that's

Case 3:23-cv-03417-VC  Document 404-4  Filed 01/17/25  Page 10 of 11

9/19/2024           Richard Kadrey, et al. v. Meta Platforms, Inc.   Todor Mihaylov, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 157

1   going through copyright removal of books and scripts
2   that do that and different uses of LibGen.
3        A.   Um-hum.
4        Q.   What is the purpose of this document?
5             MR. WEINSTEIN:  Same objection.
6             THE WITNESS:  So in general when we have a
7   document like this, which has the dates in reverse
8   order --
9        Q.   (By Ms. Poueymirou)  Um-hum.
10       A.   -- it's a logbook of what has been tried on
11  something.  So it seems that -- this seems like a
12  logbook that Nikolay used to discuss things that
13  have been tried.
14       Q.   And do you know which LLaMA this was being
15  tried in relation to?
16       A.   I don't know, actually, which.  I'm not
17  very good with dates.
18            So generally we just work towards the LLaMA
19  family in general and we try things.  If -- if it
20  made it -- if this is before LLaMA 3, it might be
21  for LLaMA 3 and after, like, LLaMA 2.  I don't know.
22       Q.   Okay.

Case 3:23-cv-03417-VC   Document 404-4   Filed 01/17/25   Page 11 of 11

9/19/2024     Richard Kadrey, et al. v. Meta Platforms, Inc.   Todor Mihaylov, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 210

1      I, HEATHER J. BAUTISTA, CSR No. 11600,
2   Certified Shorthand Reporter, certify:
3      That the foregoing proceedings were taken
4   before me at the time and place therein set forth,
5   at which time the witness declared under penalty of
6   perjury; that the testimony of the witness and all
7   objections made at the time of the examination were
8   recorded stenographically by me and were thereafter
9   transcribed under my direction and supervision; that
10  the foregoing is a full, true, and correct
11  transcript of my shorthand notes so taken and of the
12  testimony so given;
13   (XX) Reading and signing was not requested/offered.
14      I further certify that I am not financially
15  interested in the action, and I am not a relative or
16  employee of any attorney of the parties, nor of any
17  of the parties.
18      I declare under penalty of perjury under the
19  laws of California that the foregoing is true and
    correct.   Dated:   September 23, 2024
20
21      _____
22      HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR