# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

Richard Kadrey, et al.,          )

Individual and Representative )

Plaintiffs,                                   )          CASE NO.

                                                    )          3:23-cv-03417-VC

          -against-                         )

                                                    )

Meta Platforms, Inc.,                )

    Defendant.                           )

_____)

\*\*\* HIGHLY CONFIDENTIAL \*\*\*

ATTORNEYS' EYES ONLY

VIDEO-RECORDED DEPOSITION OF

MELANIE KAMBADUR


Cooley, LLP

55 Hudson Yards

New York, New York  10001


09/17/2024

9:07 a.m. (EDT)


REPORTED BY:  MONIQUE CABRERA


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 66

```
 1     with Common Crawl in order to use the Common

 2     Crawl data sources for the purposes of

 3     pre-training?

 4               MR. WEINSTEIN:  Object to form.

 5          A.   I believe there might be a license

 6     attached to Common Crawl.

 7     BY MR. YOUNG:

 8          Q.   What about the works inside the

 9     Common Crawl data sources?  Do you know if there

10     is license attached to those?

11          A.   It's possible for some of them.

12          Q.   Do you know if Common Crawl licensed

13     with any of the works that it scraped in order to

14     include it in the data source?

15               MR. WEINSTEIN:  Object to form.

16          A.   I do not know.

17     BY MR. YOUNG:

18          Q.   Do you know what a shadow library

19     is?

20          A.   I don't recall the term.

21          Q.   Do you know what Library Genesis is?

22          A.   At a high level, yes.
```

Page 67

```
 1          Q.    Is it also known as Libgen?

 2          A.    Yes.

 3          Q.    What do you understand that to be?

 4          A.    A dataset that contains books and

 5     scientific articles.

 6          Q.    Was Libgen used to pre-train any of

 7     the Llama models?

 8          A.    Yes.

 9          Q.    Which ones?

10          A.    I know of it being used for Llama 3.

11     It was not used for Llama 1 and Llama 2.

12          Q.    Llama 3.1 is from the paper.  Is

13     Llama 3 different from Llama 3.1?

14          A.    Llama 3.1, yes, it's different.

15          Q.    Was Libgen used to pre-train the

16     Llama 3 series of models?

17          A.    Yes.

18          Q.    So you mentioned that you had a high

19     level of understanding of what Libgen was.  Do

20     you know specifically what type of media are

21     included in Library Genesis?

22          A.    No, I don't know specifically.
```

Page 68

```
 1            Q.    But you know it contains books?

 2            A.    Yes.

 3            Q.    Do you know if it contains

 4    copyrighted books?

 5            A.    I don't know the specific books on

 6    Libgen.

 7            Q.    Have you ever examined what was in

 8    the Libgen dataset?

 9                  MR. WEINSTEIN:  Object to form.

10            A.    I recall seeing some high level

11    summary statistics.

12    BY MR. YOUNG:

13            Q.    Do you know if there are any books

14    that are written in the last 50 years on Libgen?

15            A.    I believe so.  But, again, I haven't

16    directly seen -- I don't directly recall any

17    books titles.

18            Q.    Was there someone at Meta who was

19    responsible for the implementation of Libgen as

20    pre-training data for the Llama 3 models?

21            A.    What do you mean "the implementation

22    of Libgen"?
```

Page 69

```
 1              Q.    Was someone responsible for curating

 2      Libgen for use as pre-training data?

 3              A.    Yes.

 4              Q.    Who was that person?

 5              A.    Nikolay Bashlykov.

 6              Q.    And he lives in London?

 7              A.    I'm not actually sure where he

 8      lives.  He works from the London office.

 9              Q.    Do you know how Mr. Bashlykov

10      obtained the Libgen dataset?

11              A.    No.

12              Q.    Do you understand Mr. Bashlykov to

13      be the source of the Libgen dataset for Meta's

14      use as pre-training data?

15                    MR. WEINSTEIN:  Object to form.

16              A.    I don't recall.

17      BY MR. YOUNG:

18              Q.    But Mr. Bashlykov had primary

19      responsibility for implementing Libgen or

20      including Libgen into the Llama 3 models.

21                    Would that be fair to say?

22              A.    I don't know if I would say it that.
```

Page 70

 1      We said he worked on pre-processing the data,

 2      that is fair to say.

 3           Q.    What is pre-process -- processing?

 4      Excuse me.

 5           A.    That means transforming the data

 6      with a series of steps that make it more suitable

 7      for training models.

 8           Q.    Does that include removing -- strike

 9      that.

10              What kind of steps would be involved

11      in pre-processing?

12           A.    Are you asking specifically for

13      Llama models or more generally?

14           Q.    Yeah, for the whole Llama models.

15           A.    I don't know all the steps.  But for

16      example, we perform various types of

17      de-duplication.  We tokenize the data, which

18      means -- yeah, we tokenize the data.  We chunk

19      the data into spans of text.

20           Q.    Let's talk about de-duplication.  So

21      if the models -- if a model is trained or

22      pre-trained on the same text over and over again,

Page 71

```
 1     would that affect the model's performance?

 2          A.    It could.

 3          Q.    How could it affect the model's

 4     performance?

 5          A.    It could make the training less

 6     efficient to repeatedly seem -- see the same

 7     data.

 8          Q.    So you want to limit the model's

 9     exposure to common text?

10               Would that be fair to say?

11          A.    What do you mean by "common text"?

12          Q.    For example -- so de-duplication,

13     right, you would want to remove text that appears

14     frequently from the pre-training dataset.

15               Is that -- would that be fair to

16     say?

17          A.    It depends on the text.

18          Q.    So, for example, if you -- you know,

19     you -- you've read books, correct?

20          A.    Yes, I've read books.

21          Q.    Okay.  So you know in the very front

22     of the page, there is the page including all the
```

Page 72

```
 1      copyright information?  For example, "published

 2      by," all the have information.

 3           A.    Yes.

 4           Q.    Would that be the type of

 5      information you would remove before processing?

 6           A.    Potentially.

 7           Q.    Was that information actually

 8      removed for data used to pre-train the Llama

 9      models?

10           A.    I don't recall.

11           Q.    Do you know -- going back to Libgen.

12                 Do you know if it contained fiction

13      books?

14           A.    I believe it did.

15           Q.    How about non-fiction books?

16           A.    Yes, I believe it did.

17           Q.    Are you familiar with the Project

18      Gutenberg?

19           A.    At a very high level, yes.

20           Q.    What do you understand Project

21      Gutenberg to be?

22           A.    A -- I -- I don't know the full
```

Page 315

```
 1                 MR. WEINSTEIN:  Object to form.

 2         A.     Sorry.  Your -- your question is not

 3    matching what Nisha said, so I don't know how to

 4    answer that.

 5    BY MR. YOUNG:

 6         Q.     Okay.  Well, you respond to Nisha,

 7    right, at 14:24:13?

 8         A.     Yes.

 9         Q.     You say:  I feel like that's on the

10    people who distributed the dataset somewhat, no?

11                Right?

12         A.     Yes.

13         Q.     So would -- were you laying blame on

14    the EleutherAI if -- if the Pile contained

15    copyrighted work?

16         A.     I don't know that I would -- yeah.

17    I don't know that I can make that statement.  I

18    don't recall exactly what I meant.

19         Q.     So the "people" -- the "people" in

20    the sentence, do you think that refers to

21    EleutherAI?

22         A.     I suppose.
```

Page 316

```
 1              Q.    And then 14:31:58, do you see that

 2     sentence there beginning with "um"?

 3              A.    Yes.

 4              Q.    Okay.  And then you say:  To be

 5     honest, sometimes we do move to copyright text as

 6     part of the common cleaning because it is -- it

 7     is very repeated across datasets.

 8                    Do you see that?

 9              A.    Yes.

10              Q.    Okay.  Do you recall us test --

11     discussing this very early in this deposition

12     about removing kind of the front pages of the

13     books?

14              A.    I recall discussing this area.

15              Q.    All right.  So does that mean you --

16     you removed copyrighted text as part of

17     pre-processing of pre-training data?

18                    MR. WEINSTEIN:  Object to form.

19              A.    It sounds like, at this point in

20     time, I had an understanding that we at least

21     move it and possibly that we could de-duplicate

22     it.
```

Page 317

```
 1                    MR. YOUNG:  Okay.  I'm done with

 2         this document and I've got one more line of

 3         questioning.  So about -- maybe about an half

 4         hour left.  So I'll leave it to you guys.

 5                    Do you guys want to take a short

 6         break or do you guys want to keep trekking?

 7                    THE WITNESS:  I'm either way.

 8                    MR. WEINSTEIN:  We can proceed, I

 9         think.

10                    MR. YOUNG:  Okay.  Great.

11                    And then we are going to mark as

12         Plaintiffs' 22, a document bearing Bates

13         label Meta Kadrey 00054518.

14                    (Whereupon, Plaintiffs' Exhibit 22,

15         Bates Number Meta Kadrey 00054518, was marked

16         for identification.)

17      BY MR. YOUNG:

18         Q.    So take a couple moments to review

19      the document and let me know when you're ready.

20         A.    I reviewed the document.

21         Q.    All right.  And is Plaintiffs' 22 a

22      Workplace Chat between you and yourself -- you
```

Page 337

```
 1    CERTIFICATE OF SHORTHAND REPORTER NOTARY PUBLIC

 2              I, Monique Cabrera, the officer

 3         before whom the foregoing deposition was

 4         taken, do hereby certify that the foregoing

 5         transcript is a true and correct record of

 6         the testimony given; that said testimony was

 7         taken by me stenographically and thereafter

 8         reduced to typewriting under my direction;

 9         and that I am neither counsel for, related

10         to, nor employed by any of the parties to

11         this case and have no interest, financial or

12         otherwise, in its outcome.

13              IN WITNESS WHEREOF, I have hereunto

14         set my hand this 17th day of September, 2024.

15

16

17

18         _____

19         MONIQUE CABRERA

20         Notary Public in and for the State of New York

21         County of Suffolk

           My Commission No.

22         Expires:  06/12/2026
```