# WOODHOUSE EXHIBIT 1

# ATTACHMENT A

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc.
Privilege Log - December 6, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log | Bates No. | BegAttach | Custodians | Author/From | To | CC | BC | Date | Privilege Description | Privilege | Legal Source | Email Subject | Filename | Withhold/ | Data Type | Family |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Meta_Kadrey_00146534 | Meta_Kadrey_00146534 | Zuckerberg_Mark | | | | | | Chat reflecting legal advice concerning this litigation. | Attorney Client | MPI In-House Legal Counsel | | .txt | Privileged - Redact | WhatsApp | Standalone |
| 2 | Meta_Kadrey_00146557 | Meta_Kadrey_00146557 | Zuckerberg_Mark | | | | | | Chat reflecting legal advice concerning open source policy. | Attorney Client | MPI In-House Legal Counsel | | .txt | Privileged - Redact | WhatsApp | Standalone |
| 3 | Meta_Kadrey_00146583 | Meta_Kadrey_00146583 | Zuckerberg_Mark | | | | | | Chat reflecting legal advice concerning open source policy. | Attorney Client | Jennifer Newstead | | .txt | Privileged - Redact | WhatsApp | Standalone |
| 4 | Meta_Kadrey_00152812 | Meta_Kadrey_00152812 | Al-Dahle, Ahmad; Boesenberg, Alex; Kallet, Amanda | Kelly Michelena <@meta.com> | Ash Jhaveri <@meta.com>; Sy Choudhury <@meta.com>; Marc Shedroff <@meta.com>; Azadeh Yazdan <@meta.com>; Andrew Caples <@meta.com>; Pierre Roux <@meta.com>; Parkin Kent <@meta.com>; Amanda Kallet <@meta.com>; Brian Gamido <@meta.com>; Didem Foss <@meta.com>; Alex Boesenberg | Anja Komlenovic <@meta.com>; Matt Gifford-Tinker <@meta.com>; Nico Clemminck <@meta.com> | | 7/23/2024 1:36 | Email Chain reflecting legal advice concerning legal risks relating to partnership negotiations. | Attorney Client | Beau James; MPI In-House Legal Counsel | [launch update]: Weekly Llama Scaled Ecosystem Team | [launch update]: Weekly Llama Scaled Ecosystem Team | Privileged - Redact | EMAIL | Parent |
| 5 | Meta_Kadrey_00152853 | Meta_Kadrey_00152812 | Al-Dahle, Ahmad; Boesenberg, Alex; Kallet, Amanda | | | | | 7/23/2024 1:37 | | | | | featurestable.png | Not Privileged | EMAIL | Attachment |
| 6 | Meta_Kadrey_00152854 | Meta_Kadrey_00152812 | Al-Dahle, Ahmad; Boesenberg, Alex; Kallet, Amanda | | | | | 7/23/2024 1:37 | | | | | Pricing Table.png | Not Privileged | EMAIL | Attachment |
| 7 | Meta_Kadrey_00152994 | Meta_Kadrey_00152994 | Boesenberg, Alex; Kallet, Amanda | Kelly Michelena <@meta.com> | Allie Feinstein <@meta.com>; Marc Shedroff <@meta.com>; Sy Choudhury <@meta.com>; Azadeh Yazdan <@meta.com>; Andrew Caples <@meta.com>; Pierre Roux <@meta.com>; Parkin Kent <@meta.com>; Amanda Kallet <@meta.com>; Brian Gamido <@meta.com>; Didem Foss <@meta.com>; Alex Boesenberg | Brandon Spence <@meta.com>; Anja Komlenovic <@meta.com>; Matt Gifford-Tinker <@meta.com>; Ricardo Lopez-Barquilla <@meta.com>; Ash Jhaveri <j@meta.com>; Nico Clemminck <@meta.com> | | 5/29/2024 0:28 | Email Chain reflecting legal advice concerning legal risks relating to partnership negotiations. | Attorney Client | Beau James; MPI In-House Legal Counsel | Re: FYI: Weekly Llama Scaled Ecosystem Team Updates | Re: FYI: Weekly Llama Scaled Ecosystem Team Updates | Privileged - Redact | EMAIL | StandAlone Document |

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc.
Privilege Log - December 6, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log | Bates No. | BegAttach | Custodians | Author/From | To | CC | BC | Date | Privilege Description | Privilege | Legal Source | Email Subject | Filename | Withhold/ | Data Type | Family |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Meta_Kadrey_00153393 | Meta_Kadrey_00153393 | Boesenberg, Alex; Kallet, Amanda | ▇@meta.com | Matthias Reso <▇@meta.com>; Didem Foss <▇@meta.com>; Meredith Fleming <▇@meta.com>; Allie Feinstein <▇@meta.com>; Hamid Shojanazeri <▇@meta.com>; Brandon Spence <▇@meta.com>; Manohar Hotchandani <▇@meta.com>; Eissa Jamil <▇@meta.com>; Parkin Kent <▇@meta.com>; Andrew Caples <▇@meta.com>; Beau James <▇@meta.com> | | | 1/29/2024 21:37 | Chat reflecting legal advice concerning legal risks relating to partnership negotiations. | Attorney Client | MPI In-House Legal Counsel | Message summary [{"otherUserFbId":null,"threadFbId":1846497382145349}] | Message summary [{"otherUserFbId":null,"threadFbId":1846497382145349}] | Privileged - Redact | WP Chats | StandAlone Document |
| 9 | Meta_Kadrey_00153799 | Meta_Kadrey_00153799 | Boesenberg, Alex; Kallet, Amanda | ▇@meta.com | James Beldock <▇@meta.com>; Alex Boesenberg <▇@meta.com>; Eugene Nho <▇@meta.com>; Sy Choudhury <▇@meta.com>; Sean Koger <▇@meta.com>; Arun Rao <▇@meta.com>; Amanda Kallet <▇@meta.com>; Shelley Venus <▇@meta.com>; Braden Hancock <▇@meta.com>; Annie Franco <▇@meta.com>; Anna Grosul <▇@meta.com> | | | 7/19/2024 1:34 | Chat reflecting legal advice concerning copyright and contract issues. | Attorney Client | MPI In-House Legal Counsel | Message summary [{"otherUserFbId":null,"threadFbId":26073753172273345}] | Message summary [{"otherUserFbId":null,"threadFbId":26073753172273345}] | Privileged - Redact | WP Chats | StandAlone Document |
| 10 | Meta_Kadrey_00154472 | Meta_Kadrey_00154472 | Kallet, Amanda | Alex Boesenberg <▇@meta.com> | Amanda Kallet <▇@meta.com> | | | 6/6/2023 17:53 | Email requesting legal advice concerning contract issues. | Attorney Client | Beau James | Check out #7 | Check out #7 | Privileged - Redact | EMAIL | StandAlone Document |
| 11 | Meta_Kadrey_00154478 | Meta_Kadrey_00154478 | Kallet, Amanda | Marc Shedroff <▇@meta.com> | Alex Yu <▇@meta.com>; Amanda Kallet <▇@meta.com>; Elisa Garcia Anzano <▇@meta.com>; Azadeh Yazdan <▇@meta.com>; Kelly Michelena <▇@meta.com>; Andrew Caples <▇@meta.com> | | | 6/8/2023 23:24 | Email chain reflecting legal advice concerning copyright, data privacy, and safety issues. | Attorney Client | Jennifer Newstead | FW: [in-person + VC] Open Source follow ups | FW: [in-person + VC] Open Source follow ups | Privileged - Redact | EMAIL | Parent |
| 12 | Meta_Kadrey_00154479 | Meta_Kadrey_00154478 | Kallet, Amanda | | | | | 2/16/2024 22:59 | Document reflecting legal advice concerning copyright, data privacy, and safety issues. | Attorney Client | MPI In-House Legal Counsel | | 6-8 LLaMa Commercial Release Followup.pdf | Privileged - Redact | EMAIL | Attachment |

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc.
Privilege Log - December 6, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log | Bates No. | BegAttach | Custodians | Author/From | To | CC | BC | Date | Privilege Description | Privilege | Legal Source | Email Subject | Filename | Withhold/ | Data Type | Family |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Meta_Kadrey_00 154729 | Meta_Kadrey_00 154729 | Kallet, Amanda | ▮@meta.com | Aayushi Srivastava <▮@meta.com>; Sean Koger <▮r@meta.com>; Didem Foss <▮@meta.com>; Amanda Kallet <▮@meta.com>; Shiyang Chen <▮@meta.com>; Anna Grosul <▮@meta.com>; Kenneth Heafield <▮@meta.com> | | | 6/18/2024 0:01 | Chat reflecting legal advice concerning copyright and contract issues. | Attorney Client | Ahuva Goldstand | Message summary [{"otherUserFbId":null,"threadFbId":7637196399660247}] | Message summary [{"otherUserFbId":null,"threadFbId":7637196399660247}] | Privileged - Redact | WP Chats | StandAlone Document |
| 14 | Meta_Kadrey_00 155464 | Meta_Kadrey_00 155464 | Boesenberg, Alex | Melanie Kambadur (Google Docs) <comments-noreply@docs.google.com> | Alex Boesenberg <▮@meta.com> | | | 3/17/2023 17:20 | Email reflecting legal advice concerning copyright issues. | Attorney Client | MPI In-House Legal Counsel | LLM BD Updates - March 2023 | LLM BD Updates - March 2023 | Privileged - Redact | EMAIL | StandAlone Document |
| 15 | Meta_Kadrey_00 155715 | Meta_Kadrey_00 155715 | Boesenberg, Alex | Alex Boesenberg ▮@meta.com | Alex Boesenberg <▮@meta.com>; Sy Choudhury <▮@meta.com>; Didem Foss <▮@meta.com>; Brian Gamido <▮@meta.com> | | | 3/14/2024 0:59 | Chat reflecting legal advice concerning copyright and contract issues. | Attorney Client | Jennifer Newstead; MPI In-House Legal Counsel | Message summary [{"otherUserFbId":null,"threadFbId":7181940665235086}] | Message summary [{"otherUserFbId":null,"threadFbId":7181940665235086}] | Privileged - Redact | WP Chats | StandAlone Document |
| 16 | Meta_Kadrey_00 156178 | Meta_Kadrey_00 156178 | Marra, Chris | ▮@meta.com | | | | 4/16/2024 19:29 | Document reflecting legal advice concerning legal risks relating to partnership negotiations. | Attorney Client | MPI In-House Legal Counsel | | 3P AI Partner Conversations Summary▮▮.docx | Privileged - Redact | GSUITE | Parent |