UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　Defendant. | Case No. 23-cv-03417-VC<br><br>**ORDER SETTING SCHEDULE FOR MOTIONS ON SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT TESTIMONY**<br><br>Re: Dkt. No. 405 |

The Court sets the following schedule for briefing on motions for summary judgment and motions to exclude expert opinion:

- The plaintiffs' motion for summary judgment is due March 10, 2025.

- Meta's opposition to the plaintiffs' motion for summary judgment, its own motion for summary judgment, and its motions to exclude are due March 24, 2025, in one brief.

- The plaintiffs' reply in support of their motion for summary judgment, their opposition to Meta's motion for summary judgment, their oppositions to Meta's motions to exclude, and their own motions to exclude are due April 7, 2025, in one brief.

- Meta's reply in support of its motion for summary judgment and its oppositions to the plaintiffs' motions to exclude are due April 17, 2025, in one brief.

There will be no replies in support of motions to exclude. The first and fourth briefs are limited to 30 pages, and the second and third briefs are limited to 40 pages.

**IT IS SO ORDERED.**

Dated: January 29, 2025

VINCE CHHABRIA
United States District Judge