# RESPONSE EXHIBIT 1

```
                                                      Page 112
 1   BY ATTORNEY BOIES:
 2       Q.   And when you say "more broadly or later,"
 3   you're talking up to the present time; is that
 4   correct?
 5       A.   Yeah.  After Llama 1 to the present.
 6       Q.   Let me ask you to look at the bottom of
 7   this first page.
 8            And this is for context.  Do you see the
 9   reference to LibGen there?
10       A.   Yes.
11       Q.   I know that you say that you had not heard
12   of LibGen prior to your deposition preparation in
13   any event.
14            But I want -- well, I want you to look at
15   the next page, at the top, where Eleonora Presani
16   writes:
17              [As Read]  I don't think we should use
18           pirated material.
19           Do you see that?
20       A.   Yes.
21       Q.   Even if you'd never heard of LibGen, were
22   you aware of concern being expressed by people at
```

Page 113

```
 1   Meta about using pirated material to train Meta's AI
 2   models?
 3             ATTORNEY GHAJAR:  Objection.  Vague.
 4             THE WITNESS:  No, I don't think I was
 5   aware of this.
 6   BY ATTORNEY BOIES:
 7       Q.   I want to ask not merely whether you are
 8   aware of this particular statement by Eleonora
 9   Presani.  I want to be asking whether you are aware,
10   generally, of any discussions within Meta expressing
11   concern about Meta's use of pirated material to
12   train its AI models?
13             ATTORNEY GHAJAR:  Objection.  Vague.
14             And lacks foundation.
15             THE WITNESS:  Can you repeat it.
16   BY ATTORNEY BOIES:
17       Q.   Are you aware of any discussions within
18   Meta in which Meta employees expressed concern about
19   Meta's use of pirated material to train its AI
20   models?
21             ATTORNEY GHAJAR:  Objection.
22             THE WITNESS:  I'm not --
```