1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11

RICHARD KADREY, *et al.*,                     Case No. 3:23-cv-03417-VC-TSH

12      Individual and Representative Plaintiffs,   **[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING
                                                    DEFENDANT META PLATFORMS, INC.'S
13                                                  ADMINISTRATIVE MOTION TO FILE UNDER
        v.                                          SEAL RE: ORDER OF JANUARY 9, 2025
14                                                  [DKT. 383]**
META PLATFORMS, INC., a Delaware
15      corporation;

16                      Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

In response to this Court's January 9, 2025 Order Regarding Meta's Sealing Requests, (Dkt. 383), Defendant Meta Platforms, Inc. ("Meta") has filed an Administrative Motion to File Under Seal portions of certain documents that were originally filed provisionally under seal in connection with the sealing motions at Dkts. 311, 320, 322, 338, 358, 362.  Having considered the Administrative Motion and the supporting Declaration of Michelle Woodhouse, and finding good cause for the motion, the Court hereby **GRANTS** the Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| **Woodhouse Ex. 1** – Attachment A to Plaintiffs' Supplemental Brief re: Privilege Joint Letter Brief (Dkt. 319-1) | Redacted highlighted portions |
| **Woodhouse Ex. 2** – Joint Discovery Letter Brief re: Search Terms (Dkt. 321) | Redacted highlighted portions |
| **Woodhouse Ex. 3** – Exhibit B to Joint Discovery Letter Brief re: Search Terms (Dkt. 321-2) | Redacted highlighted portions |
| **Woodhouse Ex. 4** – Exhibit 2 to Joint Discovery Letter Brief re: Choudhury Deposition (Dkt. 334-6) | Redacted highlighted portions |
| **Woodhouse Ex. 5** – Exhibit A to Joint Discovery Letter Brief re Privilege Logs (Business Communications) (Dkt. 353-1) | Redacted highlighted portions |
| **Woodhouse Ex. 6** – Exhibit B to Joint Discovery Letter Brief re: Privilege Logs (Business Communications) (Dkt. 353-2) | Redacted highlighted portions |
| **Woodhouse Ex. 7** – Exhibit E to Joint Discovery Letter Brief re: Additional Deposition Time (Dkt. 354-5) | Redacted highlighted portions |
| **Woodhouse Ex. 8** – Exhibit A to Joint Discovery Letter Brief re: Privilege Logs (Crime-Fraud) (Dkt. 355-1) | Redacted highlighted portions |
| **Woodhouse Ex. 9** – Joint Discovery Letter Brief re: Interrogatories (Dkt. 357) | Redacted highlighted portions |
| **Woodhouse Ex. 10** – Exhibit A to Joint Discovery Letter Brief re: Interrogatories (Dkt. 357-1) | Redacted highlighted portions |

**IT IS HEREBY ORDERED**.

Dated:  February 3, 2025

HON. THOMAS HIXSON
UNITED STATES MAGISTRATE JUDGE