# EXHIBIT C

Message

**From:** Laurens van der Maaten [████@meta.com]
**Sent:** 8/23/2023 12:06:03 AM
**To:** Sergey Edunov [████@meta.com]; Laurens van der Maaten [████@meta.com]
**Subject:** Message summary [{"otherUserFbId":100008976019292,"threadFbId":null}]

Sergey Edunov (8/22/2023 08:14:40 PDT):
>safety is the most clownish request

Sergey Edunov (8/22/2023 08:15:06 PDT):
>ton of duplications, large ticket items without any validation

Sergey Edunov (8/22/2023 08:17:23 PDT):
>I doubt we will even be able to spend that

Laurens van der Maaten (8/22/2023 08:17:30 PDT):
>Yeah we can apparently do multilingual safety alignment on a multilingual model that we will not get before December.

Sergey Edunov (8/22/2023 08:17:49 PDT):
>exactly

Laurens van der Maaten (8/22/2023 08:18:13 PDT):
>Also important to keep in mind that the cut-off date is not December 31st but something like December 12th. Let me check with Molly real quick.

Sergey Edunov (8/22/2023 08:19:43 PDT):
>are you in MPK already?

Laurens van der Maaten (8/22/2023 08:19:49 PDT):
>Yes I'm in the office.

Laurens van der Maaten (8/22/2023 08:20:15 PDT):
>Grabbed the desk next to Joe Spisak.

Laurens van der Maaten (8/22/2023 08:20:33 PDT):
>As he's the only person who was here when I got in before 7am :)

Laurens van der Maaten (8/22/2023 08:20:41 PDT):
>(Well and Mano was here but he was in his meeting room.)

Sergey Edunov (8/22/2023 08:20:47 PDT):
>wdyt about Verve? :)

Laurens van der Maaten (8/22/2023 08:21:08 PDT):
>I like Verve but the finetuning meeting starts in 15 minutes.

Laurens van der Maaten (8/22/2023 08:21:19 PDT):
>But we can chat in the microkitchen maybe?

Laurens van der Maaten (8/22/2023 08:38:03 PDT):
>Is Roberta joining GenAI?

Laurens van der Maaten (8/22/2023 08:39:29 PDT):
>Btw... I have a lot of time between 2pm and 5pm if you want to have a longer conversation later today? I have a lot of time tomorrow as well.

Sergey Edunov (8/22/2023 08:40:42 PDT):
>I won't be in the office tomorrow, so let's try today

Laurens van der Maaten (8/22/2023 08:43:22 PDT):
>This guy: https://www.internalfb.co[████]

Laurens van der Maaten (8/22/2023 08:43:34 PDT):
>Okay. Just send me an invite for whatever time works best for you.

Laurens van der Maaten (8/22/2023 11:19:05 PDT):
>Flagged to me offline: Some people on the team have mentioned they think we should spend more on licensing data for pre-training. Things like school/university text books. Any thoughts on that? Melanie was pretty clear that she wasn't planning to license data right now. And it may be less relevant given that we are using libgen..?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              Meta_Kadrey_00209134

Sergey Edunov (8/22/2023 11:26:06 PDT):
>the problem is that people don't realize that if we license once single book, we won't be able to lean into fair use strategy. So we will have to drop all of the libgen and books datasets

Laurens van der Maaten (8/22/2023 11:26:36 PDT):
>Ah interesting. Makes sense!

Sergey Edunov (8/22/2023 11:26:38 PDT):
>there are also many many issues with book licensing

Sergey Edunov (8/22/2023 11:26:47 PDT):
>particularly that publishers don't have the rights

Sergey Edunov (8/22/2023 11:26:57 PDT):
>you have to license books with individual authors

Sergey Edunov (8/22/2023 11:27:03 PDT):
>and thats a shit ton of work

Laurens van der Maaten (8/22/2023 11:27:09 PDT):
>Yeah that doesn't work.

Sergey Edunov (8/22/2023 11:27:51 PDT):
>we can bring it up to Alex Yu again... maybe things have changed over time

Laurens van der Maaten (8/22/2023 14:10:12 PDT):
>Do you have a room or something?

Laurens van der Maaten (8/22/2023 16:39:26 PDT):
>Can I hitch a ride to the restaurant or are you biking?

Sergey Edunov (8/22/2023 16:39:50 PDT):
>oh I actually need to bike home... and pick up my car

Laurens van der Maaten (8/22/2023 16:40:03 PDT):
>Ah okay. I'll hitch a ride with Mano then.

Sergey Edunov (8/22/2023 16:40:16 PDT):
>yeah, sorry...

Laurens van der Maaten (8/22/2023 16:40:31 PDT):
>No worries! It's a great thing that you're biking to work!!

Laurens van der Maaten (8/22/2023 17:04:26 PDT):
>Talked to Shubho. He is mostly skeptical about software-only solutions to storage being able to support the heterogeneous workloads we have with high performance. He thinks Pure is better in that regard due to hardware acceleration. But it's more expensive, so that's the trade-offs KV is considering I suppose.

Laurens van der Maaten (8/22/2023 17:06:03 PDT):
>The "smack" part of our conversation was Shuhbo claiming that Infra like Hammerspace because some buddy of Santosh started that company.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                      Meta_Kadrey_00209135