# EXHIBIT I

Case 3:23-cv-03417-VC   Document 417-12   Filed 02/05/25   Page 2 of 5

12/5/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
                          Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,        )
           Individual and     )
           Representative     )
           Plaintiffs,        )
                              )
  v.                          )   Case No.:
                              )   3:23-cv-03417-VC
META PLATFORMS, INC.,         )
           Defendant.         )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
Videotaped 30(b)(1) deposition of
NIKOLAY BASHLYKOV
Volume I

Thursday, December 5, 2024

London, England
United Kingdom

Reported stenographically by:
Leah M. Willersdorf,
RMR, CRR, FBIVR, ACR, QRR2*, CLR

_____
DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 417-12   Filed 02/05/25   Page 3 of 5

12/5/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
                              Highly Confidential - Attorneys' Eyes Only

Page 130

1  individual or an organization tries to access a
2  website numerous times using the same IP address,
3  correct?
4           MR. WEINSTEIN:  Object to form.
5           THE WITNESS:  I think "distributed" means
6  that it is distributed in terms of IP ranges as well,
7  so...
8  BY MR. YOUNG:
9      Q.   Okay, yes.  I apologize.
10          So is IP throttling a defense mechanism
11 against DDoS?
12          MR. WEINSTEIN:  Object to form.
13          THE WITNESS:  It could be used for
14 different applications.  I -- yeah, I don't know if
15 it's specifically for DDoS attack.
16 BY MR. YOUNG:
17     Q.   Okay.  But you recognize that IP
18 throttling could be an issue in acquiring a large
19 dataset, right?
20     A.   It could be, yes, as I was mentioning
21 here.
22     Q.   Okay.  And it would be a problem because

Case 3:23-cv-03417-VC   Document 417-12   Filed 02/05/25   Page 4 of 5

12/5/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
                        Highly Confidential - Attorneys' Eyes Only

Page 131

1  LibGen would limit the speed at which you would be
2  able to download it, correct?
3        A.    Correct.
4        Q.    Do you recall how you got around IP
5  throttling by LibGen?
6        A.    For which part?  For sci-mag?
7        Q.    Sorry?
8        A.    For which part of LibGen?
9        Q.    For any part of LibGen.
10       A.    So I think this concerns only sci-mag.
11       Q.    Yes.  Well, let's limit it to sci-mag,
12 then.  How did you get around the IP throttling
13 problem for sci-mag?
14       A.    So sci-mag, I think it was downloaded in
15 chunks.
16       Q.    Mmm-hmm.  So did you just direct download
17 it in chunks?
18       A.    What do you mean by "direct download it"?
19       Q.    Is that how you got rid of -- got past
20 IP throttling, by chunking your downloads?
21       A.    So I think sci-mag here was downloaded in
22 chunks through torrent protocol.

Case 3:23-cv-03417-VC   Document 417-12   Filed 02/05/25   Page 5 of 5

12/5/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.  Nikolay Bashlykov, Vol I
                          Highly Confidential - Attorneys' Eyes Only

Page 132

1       Q.   Okay.  And we had talked about torrenting
2   earlier, right?
3       A.   We did.
4       Q.   Okay.  And the issues with seeding, right?
5       A.   We did.
6       Q.   Okay.  So in between April 19 and May 22,
7   2023, the decision was made to begin torrenting parts
8   of LibGen, correct?
9       A.   Only refers to sci-mag.
10      Q.   Okay.  Well, was made with respect to
11  sci-mag at least, right?
12      A.   Yes.
13      Q.   Okay.  Do you know who made that decision?
14      A.   I do not know.  It was probably discussed
15  during the meetings.
16      Q.   Okay.  But you did not unilaterally make
17  the decision to torrent, right?
18      A.   I did not.
19      Q.   Okay.  Did you discuss with your managers
20  whether or not it was okay to begin torrenting parts
21  of LibGen?
22      A.   I think I did.