# EXHIBIT J

## Meta - Second Email Log



| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 293 | Meta_Kadrey_ 00074729 | Meta_Kadrey_ 00074729 | Kambadur, Melanie; Presani, Eleonora; Rodriguez, Aurelien | think they | Aurelien Rodriguez <▓@meta.com>; Eleonora Presani <▓@meta.com>; Faisal Azhar <▓@meta.com>; Guillaume Lample <▓@meta.com>; Lukas Blecher <▓@meta.com>; Melanie Kambadur <▓@meta.com>; Robert Stojnic <▓@meta.com>; Ryan Mark <▓@meta.com>; Susan Zhang <▓@meta.com>; Xavier Martinet <▓@meta.com> | | | 10/19/2022 | Email reflecting legal advice concerning copyright issues. | Attorney Client | Michael Friedrichs; MPI In-House Legal Counsel | Message summary [{"otherUserFbId":null,"threadFbId":4949683241803447}] | Message summary [{"otherUserFbId":null,"threadFbId":4949683241803447}] | Privileged - Redact | WP Chats | StandAlone Document |
| 724 | Meta_Kadrey_ 00054419 | Meta_Kadrey_ 00054419 | Kambadur, Melanie; Touvron, Hugo | ▓@meta.com | Armand Joulin <▓@meta.com>; Hugo Touvron <▓@meta.com>; Melanie Kambadur <▓@meta.com>; Moya Chen <▓@meta.com>; Peter Albert <▓@meta.com> | | | 4/6/2023 | Email reflecting legal advice concerning copyright issues. | Attorney Client | MPI In-House Legal Counsel | Message summary [{"otherUserFbId":null,"threadFbId":9012298628841631}] | Message summary [{"otherUserFbId":null,"threadFbId":9012298628841631}] | Privileged - Redact | WP Chats | StandAlone Document |

## Meta - Second Non-Email Log

| Priv Log No. | Bates No. | Custodians | Author/From | Date | Privilege Description | Privilege Type | Legal Source | Filename | Withhold/Redact | Data Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 313 | Meta_Kadrey_00065244; Meta_Kadrey_00089791; Meta_Kadrey_00088863 | Rodriguez, Aurelien; Touvron, Hugo; Kambadur, Melanie | ▮▮▮@meta.com | 3/26/2024 | Document reflecting legal advice concerning data privacy. | Attorney Client | MPI In-House Legal Counsel | LibGen dataset -lab notebook- ▮▮▮.docx  LibGen dataset -lab notebook- ▮▮▮.docx  LibGen dataset -lab notebook- ▮▮▮.docx | Privileged - Redact | GSUITE |

Kadrey v Meta Platforms, Inc
Case No 3 23-cv-03417-VC
Meta Platforms, Inc
Third Privilege Log (email) - December 13, 2024
Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | Pineau, Joelle | ███@meta.com | Mary Williamson ███@meta.com>; Carolyn Krol ███@meta.com>; Mo Metanat ███@meta.com>; Ernest Hammond ███@meta.com>; Juan Pino ███@meta.com>; Paco Guzmán ███@meta.com>; Safiyyah Saleem ███@meta.com>; Jeff Wang (PM - AI) ███@meta.com> | Carolyn Krol ███@meta.com>; Mo Metanat ███@meta.com>; Ernest Hammond ███@meta.com>; Juan Pino ███@meta.com>; Paco Guzmán ███@meta.com>; Safiyyah Saleem ███@meta.com>; Jeff Wang (PM - AI) ███@meta.com> | | | 11/17/2023 22:06 | Email Chain seeking and containing legal advice concerning regulatory and contract issues | Attorney Client | Carolyn Krol;Ernest Hammond;Mo Metanat | Re: Seamless: Legal Recommendations for Non-Expressive Translation Models (a/c Priv) | Re: Seamless: Legal Recommendations for Non-Expressive Translation Models (a/c Priv) | Privileged - Withhold | EMAIL | StandAlone Document |
| 14 | | | Pineau, Joelle | Joelle Pineau ███@meta.com | Gargi Ghosh ███@meta.com>; Sony Theakanath ███@meta.com>; Luke Zettlemoyer ███@meta.com>; Daniel Li (FAIR) ███@meta.com>; Ahuva Goldstand ███@meta.com>; Ammar Rizvi ███@meta.com>; Elizabeth L. Kendall ███@meta.com>; Maeve Ryan ███@meta.com>; Mo Metanat ███@meta.com>; Mary Williamson ███@meta.com> | Luke Zettlemoyer ███@meta.com>; Daniel Li (FAIR) ███@meta.com>; Ahuva Goldstand ███@meta.com>; Ammar Rizvi ███@meta.com>; Elizabeth L. Kendall ███@meta.com>; Maeve Ryan ███@meta.com>; Mo Metanat ███@meta.com>; Mary Williamson ███@meta.com> | | | 2/6/2024 23:04 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand | Re: [A/C Priv] LibGen Approval for OneLLM | Re: [A/C Priv] LibGen Approval for OneLLM | Privileged - Withhold | EMAIL | StandAlone Document |
| 15 | | | Pineau, Joelle | Mo Metanat ███@meta.com> | Joelle Pineau ███@meta.com> | | | | 1/3/2024 23:44 | Email Chain seeking and containing legal advice concerning copyright issues | Attorney Client;Work Product | Ahuva Goldstand;Mo Metanat | RE: [A/C Priv] LibGen Approval for OneLLM | RE: [A/C Priv] LibGen Approval for OneLLM | Privileged - Withhold | EMAIL | StandAlone Document |
| 16 | Meta_Kadrey_00217915 | Meta_Kadrey_00217915 | Fan, Angela;Kambadur, Melanie;Pineau, Joelle | Gargi Ghosh ███@meta.com> | Mary Williamson ███@meta.com>; Ragavan Srinivasan ███@meta.com>; Sony Theakanath ███@meta.com>; Ammar Rizvi ███@meta.com>; Joelle Pineau ███@meta.com>; Manohar Paluri ███@meta.com>; Angela Fan ███@meta.com>; Melanie Kambadur ███@meta.com>; Chris Moghbel ███@meta.com> | Joelle Pineau ███@meta.com>; Manohar Paluri ███@meta.com>; Angela Fan ███@meta.com>; Melanie Kambadur ███@meta.com>; Chris Moghbel ███@meta.com> | | | 1/5/2024 3:31 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | Re: LibGen dataset for OneLLM team | Re: LibGen dataset for OneLLM team | Privileged - Redact | EMAIL | StandAlone Document |
| 21 | | | Pineau, Joelle | Mo Metanat ███@meta.com> | Joelle Pineau ███@meta.com> | | | | 12/19/2023 19:53 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand;Mo Metanat | FW: [A/C Priv] LibGen Approval for OneLLM | FW: [A/C Priv] LibGen Approval for OneLLM | Privileged - Withhold | EMAIL | StandAlone Document |

Kadrey v Meta Platforms, Inc
Case No 3 23-cv-03417-VC
Meta Platforms, Inc
Third Privilege Log (email) - December 13, 2024
Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | | | Clark, Mike; Kambadur, Melanie | Jort Gemmeke <@meta.com> | Ahuva Goldstand @meta.com>; Mike Clark @meta.com>; Melanie Kambadur @meta.com>; Laurens van der Maaten @meta.com>; James Beldock @meta.com>; Lucas Dahlin @meta.com> | | | | 9/9/2023 3:44 | Email providing information for the purpose of facilitating legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand | libgen mitigation implemention | libgen mitigation implemention | Privileged - Withhold | EMAIL | Parent |
| 111 | | | Clark, Mike | Elizabeth L. Kendall @meta.com> | Olena Ripnick-O'Farrell @meta.com>; Mike Clark @meta.com> | | | | 1/8/2024 16:16 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand | FW: [A/C Priv] LibGen Approval for OneLLM | FW: [A/C Priv] LibGen Approval for OneLLM | Privileged - Withhold | EMAIL | StandAlone Document |
| 133 | Meta_Kadrey_00231279 | Meta_Kadrey_00231277 | Rodriguez, Aurelien | | | | | | 12/8/2022 0:31 | Image reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | | 318214000_703856254740959_6977513137771196781_n.png | Privileged - Withhold | WP Chats | Attachment |
| 151 | | | Fan, Angela | Angela Fan <@meta.com> | Ragavan Srinivasan @meta.com>; Manohar Paluri @meta.com> | | | | 12/28/2023 15:46 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand | Re: [A/C Priv] LibGen Approval for OneLLM | Re: [A/C Priv] LibGen Approval for OneLLM | Privileged - Withhold | EMAIL | StandAlone Document |
| 152 | | | Fan, Angela | Ragavan Srinivasan <@meta.com> | Angela Fan @meta.com>; Manohar Paluri @meta.com> | | | | 12/28/2023 16:30 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand | Fwd: [A/C Priv] LibGen Approval for OneLLM | Fwd: [A/C Priv] LibGen Approval for OneLLM | Privileged - Withhold | EMAIL | StandAlone Document |
| 153 | Meta_Kadrey_00209314 | Meta_Kadrey_00209314 | Fan, Angela | Ragavan Srinivasan @meta.com> | Angela Fan @meta.com>; Manohar Paluri @meta.com> | | | | 1/4/2024 8:01 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | FW: [A/C Priv] LibGen Approval for OneLLM | FW: [A/C Priv] LibGen Approval for OneLLM | Privileged - Redact | EMAIL | StandAlone Document |
| 154 | Meta_Kadrey_00209323 | Meta_Kadrey_00209323 | Fan, Angela | Ragavan Srinivasan @meta.com> | Manohar Paluri @meta.com>; Angela Fan @meta.com> | | | | 1/4/2024 15:28 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand; Olena Ripnick-O'Farrell | Fwd: [A/C Priv] LibGen Approval for OneLLM | Fwd: [A/C Priv] LibGen Approval for OneLLM | Privileged - Redact | EMAIL | StandAlone Document |
| 270 | | | Kambadur, Melanie | Coimbra Jackson (Google Docs) <comments-noreply@docs.google.com> | Melanie Kambadur @meta.com> | | | | 10/20/2022 17:16 | Email requesting information for the purpose of facilitating legal advice and containing legal advice concerning copyright issues | Attorney Client | Coimbra Jackson | Zucchini Training... - as far as I know this is all illegal ... | Zucchini Training... - as far as I know this is all illegal ... | Privileged - Withhold | EMAIL | StandAlone Document |
| 654 | | | Presani, Eleonora | Coimbra Jackson (Google Docs) <comments-noreply@docs.google.com> | Eleonora Presani @meta.com> | | | | 10/4/2022 22:10 | Document seeking and reflecting legal advice concerning copyright issues | Attorney Client | Coimbra Jackson | Zucchini Training... - as far as I know this is all illegal ... | Zucchini Training... - as far as I know this is all illegal ... | Privileged - Withhold | EMAIL | StandAlone Document |
| 655 | | | Presani, Eleonora | Melanie Kambadur (Google Docs) <comments-noreply@docs.google.com> | Eleonora Presani @meta.com>; Mailinator @mailinator.thefacebook.com> | Mailinator @mailinator.thefacebook.com> | | | 10/4/2022 0:02 | Email seeking and reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | Zucchini Training... - as far as I know this is all illegal ... | Zucchini Training... - as far as I know this is all illegal ... | Privileged - Withhold | EMAIL | Parent |
| 656 | | | Presani, Eleonora | Melanie Kambadur (Google Docs) <comments-noreply@docs.google.com> | Eleonora Presani @meta.com> | | | | 10/4/2022 0:02 | Document seeking and reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | Zucchini Training... - as far as I know this is all illegal ... | Zucchini Training... - as far as I know this is all illegal ... | Privileged - Withhold | EMAIL | Attachment |
| 814 | | | Boesenberg, Alex | Beau James @meta.com> | Erin Murray @meta.com>; Sy Choudhury @meta.com>; Alex Boesenberg @meta.com>; Kimya Hoffmann @meta.com>; Ahuva Goldstand @meta.com>; Mo Metanat @meta.com> | Kimya Hoffmann @meta.com>; Ahuva Goldstand @meta.com>; Mo Metanat @meta.com> | | | 4/5/2023 16:31 | Email Chain seeking and containing legal advice concerning copyright issues | Attorney Client | Beau James; Christi Muoneke; External Legal Counsel; Rodrick Shepard | FW: Re: Free eBooks | Project Gutenberg A/C Priv | FW: Re: Free eBooks | Project Gutenberg A/C Priv | Privileged - Withhold | EMAIL | Parent |

Kadrey v. Meta Platforms, Inc
Case No. 3:23-cv-03417-VC
Meta Platforms, Inc
Third Privilege Log (email) - December 13, 2024
Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 816 | | | Boesenberg, Alex | Beau James ▮ @meta.com> | Erin Murray ▮ @meta.com>; Sy Choudhury ▮ @meta.com>; Alex Boesenberg ▮ @meta.com>; Kimya Hoffmann ▮ @meta.com>; Ahuva Goldstand ▮ @meta.com>; Mo Metanat ▮ @meta.com>; Jamie McFarland ▮ @meta.com>; Elisa Garcia Anzano ▮ @meta.com> | Sy Choudhury ▮ @meta.com>; Alex Boesenberg ▮ @meta.com>; Kimya Hoffmann ▮ @meta.com>; Ahuva Goldstand ▮ @meta.com>; Mo Metanat ▮ @meta.com>; Jamie McFarland ▮ @meta.com>; Elisa Garcia Anzano ▮ @meta.com> | | | 4/5/2023 19:00 | Email Chain seeking and containing legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand;Beau James;External Legal Counsel;Kimya Hoffmann;Mo Metanat;Rodrick Shepard | RE: Free eBooks | Project Gutenberg A/C Priv | RE: Free eBooks | Project Gutenberg A/C Priv | Privileged - Withhold | EMAIL | Parent |
| 836 | Meta_Kadrey_00155044 | Meta_Kadrey_00155044 | Boesenberg, Alex | Eugene Nho on Workplace <notification@fbworkmail.com> | Alex Boesenberg ▮ @meta.com> | | | | 7/19/2024 1:54 | Chat reflecting legal advice concerning copyright and contract issues | Attorney Client | MPI In-House Legal Counsel | Eugene sent a message to your group conversation | Eugene sent a message to your group conversation | Privileged - Redact | EMAIL | StandAlone Document |
| 973 | Meta_Kadrey_00155709 | Meta_Kadrey_00155709 | Boesenberg, Alex | ▮ @meta.com | Alex Boesenberg ▮ @meta.com>; Megan Bycel ▮ @meta.com>; Erin Murray ▮ @meta.com>; Elisa Garcia Anzano ▮ @meta.com>; Sy Choudhury ▮ @meta.com>; Alex Yu ▮ @meta.com>; Sarah Faubion ▮ @meta.com>; Andrew Caples ▮ @meta.com>; Beau James ▮ @meta.com>; Scott Sellwood ▮ @meta.com>; Brian Gamido ▮ @meta.com>; Jamie McFarland ▮ @meta.com> | | | | 4/5/2023 2:13 | Chat seeking and reflecting legal advice concerning copyright issues | Attorney Client | Beau James;External Legal Counsel | Message summary [{"otherUserFbId":null,"threadFbId":5845189155592080}] | Message summary [{"otherUserFbId":null,"threadFbId":5845189155592080}] | Privileged - Redact | WP Chats | Parent |
| 982 | Meta_Kadrey_00171374 | Meta_Kadrey_00171374 | Boesenberg, Alex | ▮ @meta.com | Alex Boesenberg ▮ @meta.com>; Megan Bycel ▮ @meta.com>; Erin Murray ▮ @meta.com>; Elisa Garcia Anzano ▮ @meta.com>; Sy Choudhury ▮ @meta.com>; Sarah Faubion ▮ @meta.com>; Scott Sellwood ▮ @meta.com>; Brian Gamido ▮ @meta.com>; Jamie McFarland ▮ @meta.com> | | | | 3/31/2023 20:35 | Chat seeking legal advice concerning copyright and contract issues | Attorney Client | MPI In-House Legal Counsel | Message summary [{"otherUserFbId":null,"threadFbId":5845189155592080}] | Message summary [{"otherUserFbId":null,"threadFbId":5845189155592080}] | Privileged - Redact | WP Chats | Parent |

Kadrey v Meta Platforms, Inc
Case No 3 23-cv-03417-VC
Meta Platforms, Inc
Third Privilege Log (email) - December 13, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1010 | Meta_Kadrey_00155714 | Meta_Kadrey_00155714 | Boesenberg, Alex | ▮@meta.com | Alex Boesenberg ▮@meta.com>; Megan Bycel ▮@meta.com>; Erin Murray ▮@meta.com>; Elisa Garcia Anzano ▮@meta.com>; Sy Choudhury ▮@meta.com>; Alex Yu ▮@meta.com>; Sarah Faubion ▮@meta.com>; Andrew Caples ▮@meta.com>; Beau James ▮@meta.com>; Scott Sellwood ▮@meta.com>; Brian Gamido ▮@meta.com>; Jamie McFarland ▮@meta.com> | | | | 4/5/2023 23:07 | Chat seeking and reflecting legal advice concerning copyright and contract issues | Attorney Client | Beau James | Message summary [{"otherUserFbId":null,"threadFbId":5845189155592080}] | Message summary [{"otherUserFbId":null,"threadFbId":5845189155592080}] | Privileged - Redact | WP Chats | StandAlone Document |
| 1239 | Meta_Kadrey_00204208 | Meta_Kadrey_00204208 | Bashlykov, Nikolay | Nikolay Bashlykov ▮@meta.com> | Todor Mihaylov ▮@meta.com>; Marie-Anne Lachaux ▮@meta.com>; David Esiobu ▮@meta.com>; Melanie Kambadur ▮@meta.com>; [LON0005.04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) ▮@fb.com>; [MPK0021.MZ9] Tamagotchi (Reservable Seats 1 LCD/VC/WB) ▮@fb.com> | | [LON0005.04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) ▮@fb.com>; [MPK0021.MZ9] Tamagotchi (Reservable Seats 1 LCD/VC/WB) ▮@fb.com> | | 4/24/2023 17:00 | Calendar/Meeting Invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | LibGen progress update / next steps | LibGen progress update / next steps | Privileged - Redact | EMAIL | StandAlone Document |
| 1240 | Meta_Kadrey_00204210 | Meta_Kadrey_00204210 | Bashlykov, Nikolay | Nikolay Bashlykov ▮@meta.com> | Todor Mihaylov ▮@meta.com>; Marie-Anne Lachaux ▮@meta.com>; David Esiobu ▮@meta.com>; Melanie Kambadur ▮@meta.com>; [LON0005.04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) ▮@fb.com>; [MPK0021.MZ9] Tamagotchi (Reservable Seats 1 LCD/VC/WB) ▮@fb.com> | | [LON0005.04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) ▮@fb.com>; [MPK0021.MZ9] Tamagotchi (Reservable Seats 1 LCD/VC/WB) ▮@fb.com> | | 4/24/2023 17:00 | Calendar/Meeting Invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | LibGen progress update / next steps | LibGen progress update / next steps | Privileged - Redact | EMAIL | StandAlone Document |

Kadrey v. Meta Platforms, Inc
Case No. 3:23-cv-03417-VC
Meta Platforms, Inc
Third Privilege Log (email) - December 13, 2024
Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1241 | Meta_Kadrey_00204212 | Meta_Kadrey_00204212 | Bashlykov, Nikolay | Nikolay Bashlykov <█@meta.com> | Todor Mihaylov <█@meta.com>; Marie-Anne Lachaux <█@meta.com>; David Esiobu <davides@meta.com>; Melanie Kambadur <█@meta.com>; Peter Albert <█@meta.com>; [LON0005.04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) <█@fb.com>; [MPK0021.MZ9] Tamagotchi (Reservable Seats 1 LCD/VC/WB) <█@fb.com>; [LON0004.07] Egusi soup (Reservable Seats 1 LCD/VC/WB) <█@fb.com> | | [LON0005.04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) <█@fb.com>; [MPK0021.MZ9] Tamagotchi (Reservable Seats 1 LCD/VC/WB) <█@fb.com>; [LON0004.07] Egusi soup (Reservable Seats 1 LCD/VC/WB) <█@fb.com> | | 4/24/2023 17:00 | Calendar/Meeting Invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | LibGen progress update / next steps | LibGen progress update / next steps | Privileged - Redact | EMAIL | StandAlone Document |
| 1242 | Meta_Kadrey_00204214 | Meta_Kadrey_00204214 | Bashlykov, Nikolay | Nikolay Bashlykov <█@meta.com> | Todor Mihaylov <█@meta.com>; Marie-Anne Lachaux <█@meta.com>; David Esiobu <█@meta.com>; Melanie Kambadur <█@meta.com>; Peter Albert <█@meta.com>; Moya Chen <█@meta.com>; [LON0005.04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) <█@fb.com>; [LON0004.07] Egusi soup (Reservable Seats 1 LCD/VC/WB) <█@fb.com>; [MPK0021.MZ9] Tamagotchi (Reservable Seats 1 LCD/VC/WB) <█@fb.com> | | [LON0005.04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) <█@fb.com>; [LON0004.07] Egusi soup (Reservable Seats 1 LCD/VC/WB) <█@fb.com>; [MPK0021.MZ9] Tamagotchi (Reservable Seats 1 LCD/VC/WB) <█@fb.com> | | 4/24/2023 17:00 | Calendar/Meeting Invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | LibGen progress update / next steps | LibGen progress update / next steps | Privileged - Redact | EMAIL | StandAlone Document |
| 1243 | Meta_Kadrey_00204216 | Meta_Kadrey_00204216 | Bashlykov, Nikolay | Nikolay Bashlykov <█@meta.com> | Moya Chen <█@meta.com>; Todor Mihaylov <"todor mihaylov">; Marie-Anne Lachaux <"marie-anne lachaux">; David Esiobu <"david esiobu">; Melanie Kambadur <"melanie kambadur">; Peter Albert <"peter albert"> | | | | 4/24/2023 17:00 | Calendar/Meeting Invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | LibGen progress update / next steps | LibGen progress update / next steps | Privileged - Redact | EMAIL | StandAlone Document |
| 1246 | | | Bashlykov, Nikolay | Jort Gemmeke <█@meta.com> | Nikolay Bashlykov <█@meta.com> | | | | 9/11/2023 15:11 | Email Chain providing information for the purpose of facilitating legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand | Fwd: libgen mitigation implementation | Fwd: libgen mitigation implementation | Privileged - Withhold | EMAIL | Parent |
| 1251 | Meta_Kadrey_00204218 | Meta_Kadrey_00204218 | Bashlykov, Nikolay | Meta via Workplace <notification@fbworkmail.com> | Nikolay Bashlykov <█@meta.com> | | | | 11/21/2023 21:56 | Document reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | Shruti Bhosale tagged you in NextGen Working Group. | Shruti Bhosale tagged you in NextGen Working Group. | Privileged - Redact | EMAIL | StandAlone Document |
| 1252 | Meta_Kadrey_00204223 | Meta_Kadrey_00204223 | Bashlykov, Nikolay | █@meta.com | Nikolay Bashlykov <█@meta.com>; David Esiobu <█@meta.com> | | | | 4/21/2023 17:03 | Chat seeking legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | Message summary [{"otherUserFbId":100070194204264,"threadFbId":null}] | Message summary [{"otherUserFbId":100070194204264,"threadFbId":null}] | Privileged - Redact | WP Chats | StandAlone Document |

Case 3:23-cv-03417-VC    Document 417-13    Filed 02/05/25    Page 9 of 13

Kadrey v. Meta Platforms, Inc
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc
Third Privilege Log (email) - December 13, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1253 | Meta_Kadrey_00204227 | Meta_Kadrey_00204227 | Bashlykov, Nikolay; Kambadur, Melanie | ▇@meta.com | Melanie Kambadur ▇@meta.com>; Nikolay Bashlykov ▇@meta.com> | | | | 4/19/2023 17:50 | Chat reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | Message summary [{"otherUserFbId":100083037918592,"threadFbId":null}] | Message summary [{"otherUserFbId":100083037918592,"threadFbId":null}] | Privileged - Redact | WP Chats | StandAlone Document |
| 1256 | Meta_Kadrey_00204235 | Meta_Kadrey_00204235 | Bashlykov, Nikolay | ▇@meta.com | Nikolay Bashlykov ▇@meta.com>; Jelmer Van Der Linde ▇@meta.com> | | | | 1/5/2024 16:54 | Chat reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | Message summary [{"otherUserFbId":100083037918592,"threadFbId":null}] | Message summary [{"otherUserFbId":100083037918592,"threadFbId":null}] | Privileged - Redact | WP Chats | StandAlone Document |
| 1344 | | | Fan, Angela | Sony Theakanath (via Google Docs) <drive-shares-dm-noreply@google.com> | Angela Fan ▇@meta.com>; Melanie Kambadur ▇@meta.com> | Melanie Kambadur ▇@meta.com> | | | 12/19/2023 19:57 | Document reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | Document shared with you: "[A/C Priv] Request for decision: LibGen Escalation OneLLM" | Document shared with you: "[A/C Priv] Request for decision: LibGen Escalation OneLLM" | Privileged - Withhold | EMAIL | StandAlone Document |
| 1364 | | | Kambadur, Melanie | Sony Theakanath (via Google Docs) <drive-shares-dm-noreply@google.com> | Melanie Kambadur ▇@meta.com>; Angela Fan ▇@meta.com> | Angela Fan ▇@meta.com> | | | 12/19/2023 19:57 | Document reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | Document shared with you: "[A/C Priv] Request for decision: LibGen Escalation OneLLM" | Document shared with you: "[A/C Priv] Request for decision: LibGen Escalation OneLLM" | Privileged - Withhold | EMAIL | StandAlone Document |
| 1373 | Meta_Kadrey_00211852 | Meta_Kadrey_00211852 | Kambadur, Melanie | ▇@meta.com | Melanie Kambadur ▇@meta.com>; Jelmer Van Der Linde ▇@meta.com> | | | | 1/5/2024 15:16 | Chat reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | Message summary [{"otherUserFbId":61553896645943,"threadFbId":null}] | Message summary [{"otherUserFbId":61553896645943,"threadFbId":null}] | Privileged - Redact | WP Chats | StandAlone Document |

Case 3:23-cv-03417-VC   Document 417-13   Filed 02/05/25   Page 10 of 13

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc.
Third Privilege Log (non-email) - December 13, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | Custodians | Author/From | Date | Privilege Description | Privilege Type | Legal Source | Filename | Withhold/Redact | Data Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | Meta Platforms, Inc | | 11/20/2024 | Document providing legal advice concerning copyright and data privacy issues | Attorney Client | Ahuva Goldstand | '-A-C Priv- Report on Memorization for Llama 3.1 405B ▇▇▇ docx | Privileged - Withhold | GSUITE |
| 87 | | Meta Platforms, Inc | | 11/20/2024 | Document seeking and reflecting legal advice concerning copyright and data privacy issues | Attorney Client | Ahuva Goldstand | '-A-C Priv- Report on Memorization for Llama 3.1 70B PT and ▇▇▇ docx | Privileged - Withhold | GSUITE |
| 88 | | Meta Platforms, Inc | | 11/20/2024 | Document seeking and reflecting legal advice concerning copyright and data privacy issues | Attorney Client | Ahuva Goldstand;Lucas Dahlin | '-A-C Priv- Report on Memorization for Llama 3.1 8B PT and ▇▇▇ .docx | Privileged - Withhold | GSUITE |
| 104 | Meta_Kadrey_00218543 | Pineau, Joelle | ▇▇▇@meta.com | 1/24/2023 | Document seeking and containing legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | AI Content Generation (Jan 2023) Re ▇▇▇ .docx | Privileged - Redact | GSUITE |
| 146 | | Edunov, Sergey | Shared drive (unavailable) | 6/5/2024 | Spreadsheet seeking and containing legal advice concerning product development, copyright, and data privacy issues | Attorney Client | MPI In-House Legal Counsel | Central AI Risk- Control Center (a- ▇▇▇ .xlsx | Privileged - Withhold | GSUITE |
| 147 | | Fan, Angela | Shared drive (unavailable) | 6/5/2024 | Spreadsheet seeking and containing legal advice concerning product development, copyright, and data privacy issues | Attorney Client | MPI In-House Legal Counsel | Central AI Risk- Control Center (a-c ▇▇▇ xlsx | Privileged - Withhold | GSUITE |

Case 3:23-cv-03417-VC   Document 417-13   Filed 02/05/25   Page 11 of 13

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC
Meta Platforms, Inc.
Third Privilege Log (non-email) - December 13, 2024
Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | Custodians | Author/From | Date | Privilege Description | Privilege Type | Legal Source | Filename | Withhold/Redact | Data Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 163 | | Meta Platforms, Inc | | 4/30/2024 | Document providing legal advice concerning product development | Attorney Client | Ahuva Goldstand;James Whymark;Lucas Dahlin;Mo Metanat;MPI In-House Legal Counsel;Olena Ripnick-O Farrell;Olena Ripnick-OFarrell;Olena Ripnick-O'Farrell | Copy of [A_C Priv] Proposed IP Mitigations for LLM Chatbot.docx | Privileged - Withhold | Google Workspace |
| 186 | | Kambadur, Melanie | ▇@meta.com | 4/11/2023 | Document seeking legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand;Mo Metanat | Copy of LLM Datasets ▇▇▇.docx | Privileged - Withhold | GSUITE |
| 187 | | Clark, Mike | ▇@meta.com | 4/11/2023 | Document seeking legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand;Mo Metanat | Copy of LLM Datasets ▇▇▇.docx | Privileged - Withhold | GSUITE |
| 260 | Meta_Kadrey_00207830 | Boesenberg, Alex | Alex Boesenberg | 5/9/2023 | Document seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | LLM Notes | Privileged - Redact | OneDrive |
| 295 | Meta_Kadrey_00207827 | Boesenberg, Alex | Alex Boesenberg | 5/9/2023 | Document seeking and reflecting legal advice concerning copyright and contract issues | Attorney Client | MPI In-House Legal Counsel | Notes | Privileged - Redact | OneDrive |
| 296 | Meta_Kadrey_00207833 | Boesenberg, Alex | Alex Boesenberg | 5/9/2023 | Document reflecting legal advice concerning product development and contract issues | Attorney Client | MPI In-House Legal Counsel | Notes | Privileged - Redact | OneDrive |
| 320 | Meta_Kadrey_00208832 | Clark, Mike | ▇@meta.com | 3/31/2023 | Document seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | Recommendations for LLM copy detection and mit▇▇▇.docx | Privileged - Redact | GSUITE |

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Case 3:23-cv-03417-VC    Document 417-13    Filed 02/05/25    Page 12 of 13

Meta Platforms, Inc.
Third Privilege Log (non-email) - December 13, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | Custodians | Author/From | Date | Privilege Description | Privilege Type | Legal Source | Filename | Withhold/Redact | Data Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 321 | Meta_Kadrey_00212263 | Meta Platforms, Inc | ███@meta.com | 3/31/2023 | Document seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | Recommendations for LLM copy detection and mitigation_███████ ███████.docx | Privileged - Redact | GSUITE |

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc.
Fourth Privilege Log - December 16, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | Beg Attach | Custodians | Author/From | To | CC | BCC | Legal Source | Date | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Meta_Kadrey_00232034 | Meta_Kadrey_00232034 | Zuckerberg_Mark | | | | | MPI In-House Legal Counsel | 2/16/2024 | Chat reflecting legal advice concerning copyright and contract issues | Attorney Client |
| 8 | Meta_Kadrey_00088019 | Meta_Kadrey_00088019 | Al-Dahle, Ahmad | ▇@meta.com | | | | MPI In-House Legal Counsel | 5/23/2024 | Document seeking and reflecting legal advice concerning copyright and data privacy issues | Attorney Client |
| 56 | Meta_Kadrey_00093954 | Meta_Kadrey_00093954 | Al-Dahle_Ahmad | | | | | MPI In-House Legal Counsel | 2/24/2023 | Chat reflecting legal advice concerning copyright, data privacy, and safety issues | Attorney Client |
| 5 | Meta_Kadrey_00146533 | Meta_Kadrey_00146533 | Zuckerberg_Mark | | | | | MPI In-House Legal Counsel | 7/24/2023 | Chat reflecting legal advice concerning copyright and contract issues | Attorney Client |

| Email Subject | Filename | Withhold/ Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|
| | ▇.txt | Privileged - Redact | WhatsApp | Standalone |
| NextGen - Data Strategy & Deepdive_▇.docx | | Privileged - Redact | GSUITE | Parent |
| WhatsApp Chat - AI Group ▇.txt | | Privileged - Redact | WhatsApp | Standalone |
| | ▇.txt | Privileged - Withhold | WhatsApp | Standalone |