# EXHIBIT L

Case 3:23-cv-03417-VC   Document 417-15   Filed 02/05/25   Page 2 of 6

9/26/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Eleonora Presani, Ph.D.
                          Highly Confidential - Attorneys' Eyes Only

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,          )     Case No.
Individual and Representative    )
                                 )
          Plaintiffs,            )     3:23-cv-03417-VC
                                 )
     - against -                 )
                                 )
META PLATFORMS, Inc.,            )
                                 )
          Defendant.             )
_____)


* * H I G H L Y   C O N F I D E N T I A L   * *
* * A T T O R N E Y S '   E Y E S   O N L Y   * *


VIDEO-RECORDED DEPOSITION
OF
ELEONORA PRESANI, Ph.D.
September 26, 2024


Reported Stenographically by:
ANNETTE ARLEQUIN, CCR/CSR, RPR, CRR, RSA

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 417-15   Filed 02/05/25   Page 3 of 6

9/26/2024      Richard Kadrey, et al. v. Meta Platforms, Inc.   Eleonora Presani, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 209

1    corners, he's suggesting using LibGen?

2              MS. DUNNING:  Object to the form.

3         A.   I don't know that that is exactly

4    what he means.

5         Q.   Do you have an understanding of what

6    he meant when he says to you, "...cut some

7    corners here and there"?

8              MS. DUNNING:  Same objection.

9         A.   No, my interpretation is just that

10   he was trying to get me to stop.

11        Q.   To stop protesting using LibGen and

12   Sci-Hub?

13             MS. DUNNING:  Object to the form.

14        A.   Yeah, to -- well, I think more

15   generic -- generally, he was trying to say that

16   what, like, I was much more risk-averse than he

17   was.  Risk-averse, like I was trying to avoid

18   risks, and, to me, that was my priority.  And

19   from his perspective, his priority is to develop

20   models as quickly as possible.  So we were having

21   this conversation.

22        Q.   You respond one more time in this

Case 3:23-cv-03417-VC   Document 417-15   Filed 02/05/25   Page 4 of 6

9/26/2024            Richard Kadrey, et al. v. Meta Platforms, Inc.   Eleonora Presani, Ph.D.
                            Highly Confidential - Attorneys' Eyes Only

Page 210

```
 1    message thread, right?
 2           A.    I do.
 3                 MS. DUNNING:  Object to the form.
 4           A.    I do respond again.
 5           Q.    You say, "I agree with all of you
 6    that we should have a risk analysis and I want to
 7    help getting approvals for data," right?
 8           A.    Yes.
 9           Q.    Who gave approvals for the use of
10    data?
11                 MS. DUNNING:  Object to the form.
12           A.    It was not just one person.  The
13    reason -- so what I was referring here is to go
14    through the process of requesting approval, you
15    have to go -- you have an internal review process
16    and there's people assigned to it.
17           Q.    Sitting here today, do you recall
18    some of those people who you had to request
19    approvals from?
20                 MS. DUNNING:  Object to the form.
21           A.    Well, I know that at least one of
22    the people is within our legal department.
```

Case 3:23-cv-03417-VC   Document 417-15   Filed 02/05/25   Page 5 of 6

9/26/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Eleonora Presani, Ph.D.
                         Highly Confidential - Attorneys' Eyes Only

Page 211

1      Q.   Is there anyone who's not in the
2  legal department that you remember?
3      A.   There's a number of approvals for
4  each of these, like, requests that go from
5  communication to legal, but I think the last word
6  is either with legal or -- yeah, I don't know.
7  Legal, I would say.
8      Q.   You go on, right?  So you talk about
9  policy.  Now is policy is a separate department
10 from legal?
11     A.   Yes, and they are also part of the
12 loop of approvals.
13     Q.   Now do you know anyone in policy
14 that would -- you would request approval from?
15     A.   Again, it's not like -- we are not
16 choosing the people that are making the
17 approvals.  You make the request.
18          There is a triage system that
19 assigns one person from each department, so there
20 is one person from legal, one person from policy,
21 one person from, I don't know, comps or whatever
22 is.  There's also research managers, like

Case 3:23-cv-03417-VC   Document 417-15   Filed 02/05/25   Page 6 of 6

9/26/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.   Eleonora Presani, Ph.D.
                 Highly Confidential - Attorneys' Eyes Only

Page 212

 1    leadership within the research group that needed
 2    to check and approve the whole system.
 3              And it's usually very difficult for
 4    researchers to go through the entire process.
 5    That's why I offered to help.
 6         Q.   Would Mr. Al-Dahle make approvals?
 7              MS. DUNNING:  Object to the form.
 8         A.   Sorry, mister who?
 9         Q.   Would Mr. Al-Dahle?
10         A.   That would be rare.  It would be
11    rare to escalate at his level.
12         Q.   So there are individuals below
13    Mr. Al-Dahle who would make approvals?
14              MS. DUNNING:  Object to the form.
15         A.   Yeah, like I said, it's people from
16    different departments.
17              MS. DUNNING:  Counsel, I'm trying
18       not to interrupt your flow, but we have been
19       going for almost an hour and a half.
20              MR. YOUNG:  I'm almost done.
21              MS. DUNNING:  Okay.
22    BY MR. YOUNG: