# EXHIBIT O

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, e al.,            )

Individual and                    )

Representative,                   )

                                  )

          Plaintiffs,             )

                                  )

v.                                )     Case No. 3:23-cv-03417-VC

                                  )

META PLATFORMS, INC.,             )

                                  )

          Defendant.              )

_____)


   ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **


       Videotaped Deposition of CHAYA NAYAK

            San Francisco, California

            Thursday, October 31, 2024


          Reported Stenographically by

    Michael P. Hensley, RDR, CSR No. 14114


_____

            DIGITAL EVIDENCE GROUP

          1730 M Street, NW, Suite 812

            Washington, D.C. 20036

               (202) 232-0646

Page 92

```
 1        Q.   So you determine that, you know -- you

 2   identify the different kinds of data you want.  You

 3   copy it.

 4             Where did you tend to store it?

 5        A.   We store it in a database.

 6        Q.   And where is the database?  Is it local?

 7   Is it in the cloud?

 8             ATTORNEY WEINSTEIN:  Object to form.

 9             THE WITNESS:  I'm unsure.

10   BY ATTORNEY POUEYMIROU:

11        Q.   You are not sure?

12        A.   I'm not sure.

13        Q.   Okay.  And so the -- the copied data is

14   stored, and then what do you do -- you put it on the

15   data tracker; is that right?

16        A.   Correct.

17        Q.   So you make copies of the data before

18   you've received approval for it?

19        A.   Not necessarily.  We have policies that we

20   follow when crawling data, and then we follow those

21   policies as well.

22        Q.   Okay.  So if you're following policies
```

Page 93

```
 1   when crawling data, and you then put it on a data

 2   tracker and receive a disapproval, why would a --

 3   why would that data be disapproved at that point if

 4   you followed policies?  What happens?

 5        A.   It could be that we didn't follow the

 6   policy fully or that there was new guidance from

 7   counsel.

 8        Q.   Okay.  And so the approval -- how long

 9   does the data approval process take?

10        A.   It is iterative; so it -- there's no, you

11   know, set timeline.

12        Q.   Does that create an issue when you're

13   trying to training a model out?

14        A.    It -- it can.  I mean, we are trying to

15   move as fast as possible.

16        Q.   And who -- who works in the data approval

17   process?  Who -- who -- who are some of the folks

18   that you were working with that were part of the

19   approval process?

20        A.   Our legal team, our privacy team, our

21   engineers, and our product team.

22        Q.   Okay.  So now data is approved, and what
```

Page 94

```
 1   happens to the data in this pretraining process?

 2        A.   It is filtered, cleaned, prepared for

 3   model training; and then it moves to model training

 4   to support the model.

 5        Q.   And is the model that you're referring to

 6   here a large language model or is it a precursor

 7   kind of foundation model?

 8        A.   It's a large language model.

 9        Q.   Okay.  And is the -- is the data -- how --

10   what do you have to do to the data to get it to be

11   ingested into this model?

12        A.   Can you rephrase your question.

13        Q.   So I -- I mean, I -- I assume we're not

14   just, like, feeding, you know, paper into a machine;

15   so what are you doing with this data, all of this

16   web data, for example, so that the large language

17   model can ingest it and train on it?

18        A.   It is fed into a tokenizer.

19        Q.   Mm-hmm.

20        A.   So you have lots of data that's, in my

21   guess, is a JSON format.  I'm not positive.  It's a

22   more technical question.  And then it's fed into a
```