# EXHIBIT P

Case 3:23-cv-03417-VC   Document 417-19   Filed 02/05/25   Page 2 of 6

11/18/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Alexander Boesenberg
              Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, ET AL.,                )
    INDIVIDUAL AND REPRESENTATIVE      )
                         PLAINTIFFS,   ) LEAD CASE NO.
            v.                         ) 3:23-cv-03417-VC
META PLATFORMS, INC.,                  )
                         DEFENDANT.    )
_____)


\* \* \*  H I G H L Y  C O N F I D E N T I A L  \* \* \*
\* \* \*  A T T O R N E Y S '  E Y E S  O N L Y  \* \* \*


VIDEO-RECORDED DEPOSITION OF

ALEXANDER BOESENBERG

MONDAY, NOVEMBER 18, 2024

SAN FRANCISCO, CALIFORNIA

9:04 A.M. PST

REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 417-19   Filed 02/05/25   Page 3 of 6

11/18/2024      Richard Kadrey, et al. v. Meta Platforms, Inc.    Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 382

```
 1   BY MR. YOUNG:
 2       Q.   Okay.  Mr. Boesenberg, yes or no:
 3   Would your opinion change -- or does -- would
 4   the fact that there was a news article today
 5   announcing that HarperCollins had entered into a
 6   deal with another AI company, would that change
 7   your opinion one way or the other whether or not
 8   a market existed for books as an AI training
 9   market?
10       A.   You mean --
11            MR. WEINSTEIN:  Object to form.
12            THE WITNESS:  You mean the document we
13   reviewed earlier?
14   BY MR. YOUNG:
15       Q.   Yes.
16       A.   I mean, to be honest, like, that
17   document was very -- I mean, I think very
18   judgmental and biased.
19            I mean, there's a part in there like
20   halfway -- I mean, I'm, like, happy to read it.
21   This part is very biased, No. 1.
22            No. 2, I don't know what the terms of
```

Case 3:23-cv-03417-VC   Document 417-19   Filed 02/05/25   Page 4 of 6

11/18/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 383

1  that agreement are, and so I just have no idea,
2  like, if HarperCollins -- I have no idea if
3  that's -- that potential deal is available to us
4  or not.
5       Q.   Okay.  So on April 7, 2023, you
6  testified that Mr. Choudhury issued a directive
7  to cease negotiation efforts to license -- cease
8  negotiation efforts with third parties to
9  license the materials for training AI data;
10 right?
11      A.   Yes.
12      Q.   Okay.  Do you recall why that directive
13 was issued?
14      A.   Yes.
15           MR. WEINSTEIN:  Caution the witness
16 just -- go ahead.
17 BY MR. YOUNG:
18      Q.   Okay.  Why was that directive issued?
19           MR. WEINSTEIN:  Caution the witness not
20 to reveal --
21           THE WITNESS:  Subject to --
22           MR. WEINSTEIN:  Just a minute.

Case 3:23-cv-03417-VC   Document 417-19   Filed 02/05/25   Page 5 of 6

11/18/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 384

1       Caution the witness not to reveal the
2 content of any --
3       THE WITNESS:  Yeah, I mean --
4       MR. WEINSTEIN:  Let me finish.  I know
5 it's late in the day.
6       Caution the witness not to reveal the
7 content of any communication with counsel.
8       Otherwise, you can answer.
9       THE WITNESS:  Yeah, I mean, I think
10 that there was a discussion between Sy and legal
11 leadership, and there was a conclusion that it
12 didn't make sense for us to further pursue.
13       MR. YOUNG:  I'm going to pass the
14 witness.
15
16                  EXAMINATION
17 BY MR. WEINSTEIN:
18   Q.  I just had one question for you to
19 clarify the record.
20       Earlier you mentioned an acronym PSA.
21       Do you recall that?
22   A.  Yeah.  Professional services agreement.

Case 3:23-cv-03417-VC   Document 417-19   Filed 02/05/25   Page 6 of 6

11/18/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 385

1        MR. WEINSTEIN:  Okay.  That's all I
2   had.  Thank you very much.
3        THE VIDEOGRAPHER:  Okay.  That's it?
4        This is the end of Video 1 of 1 and
5   concludes today's proceedings.  We are now off
6   the record.  The time is 6:08.
7             (Whereupon, at 6:08 P.M. PST
8              the deposition of ALEXANDER
9              BOESENBERG was adjourned.)
10
11
12
13
14
15
16
17
18
19
20
21
22