# EXHIBIT Q

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
Richard Kadrey, et al.,            )
Individual and Representative      )
Plaintiffs,                        )        CASE NO.
                                   )        3:23-cv-03417-VC
        -against-                  )
                                   )
Meta Platforms, Inc.,              )
    Defendant.                     )
_____)

*** HIGHLY CONFIDENTIAL ***
ATTORNEYS' EYES ONLY
VIDEO-RECORDED DEPOSITION OF
MELANIE KAMBADUR

Cooley, LLP
55 Hudson Yards
New York, New York  10001

09/17/2024
9:07 a.m. (EDT)

REPORTED BY:  MONIQUE CABRERA

_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 116

 1            Q.    Now, the next bullet point says
 2     "Higher quality."
 3            A.    Yes.
 4            Q.    Does this mean that for Llama 3,
 5     your goal was to obtain higher quality data for
 6     training -- pre-training Llama 3?
 7            A.    What do you mean by "obtain"?
 8            Q.    Using your own words, to collect or
 9     process.
10            A.    Yes, to collect or process.
11            Q.    What do you mean by "collect or
12     process," by the way?
13            A.    I mean that some of this data we may
14     have already had available and just not put it
15     into the model before or processed it before.
16            Q.    So, for example, there may have been
17     datasets that you were considering using for
18     pre-training that you had not incorporated yet?
19            A.    Yes.
20            Q.    Or processed it.  Excuse me.
21            A.    Either one.
22            Q.    For example, Libgen, is that a

Page 117

1    dataset that Meta had, but had not processed yet?
2         A.    I don't recall when we processed it.
3         Q.    Now, do you recall testifying
4    earlier that Libgen was used to pre-train
5    Llama 3, Llama 3 series of models?
6         A.    Yes.  At least a subset of Libgen
7    was used.
8         Q.    But it wasn't used to pre-train the
9    Llama 2 models or the Llama 1 models, right,
10   according to your testimony today?
11        A.    Yes, that's correct, to my
12   knowledge.
13        Q.    Now, do you remember if Meta had the
14   Libgen dataset before it was processed and
15   including in the Llama 3 models?
16              MR. WEINSTEIN:  Object to form.
17        A.    Of course we had to have the dataset
18   before including it in the model, yes.
19   BY MR. YOUNG:
20        Q.    So that means that there was a
21   decision made to incorporate Libgen, process
22   Libgen as pre-training date for Llama 3, correct?

Page 118

1   A.   Yes.
2   Q.   Do you know who made that decision?
3   A.   I don't think there was a
4   singular -- there was not a singular person.
5   Q.   But a decision was made, correct?
6   A.   To include Libgen into Llama 3?
7   Yes.
8   Q.   Do you remember why that decision
9   was made to include Libgen into Llama 3?
10  A.   As with all of our datasets, we had
11  run some small-scale experiments that indicated
12  it would positively improve our benchmarks on a
13  larger model.  And we had gone through our legal
14  and privacy review procedures.
15  Q.   Did anyone express to you any
16  concern with using the Libgen data source as
17  pre-training material?
18  A.   I recall people asking if it was
19  approved.
20  Q.   Did you express any concern about
21  using the Libgen data source as pre-training
22  material?

Page 119

 1            MR. WEINSTEIN:  Exclude any
 2       communications you may or may not have had
 3       with counsel.
 4            (Reporter clarification.)
 5            MR. WEINSTEIN:  Exclude any
 6       communications you may or may not have had
 7       with counsel.
 8       A.   I don't recall specific
 9   conversations, but it's possible I also discussed
10   making sure that we went through the approval
11   processes.
12   BY MR. YOUNG:
13       Q.   Did you ever discuss with anyone who
14   was not a lawyer any concerns with using Books3
15   as pre-training material for any of the Llama
16   models?
17       A.   It's poss- --
18            MR. WEINSTEIN:  Again, same -- same
19       instruction.  His question's limiting to
20       non-attorneys, but if you are -- in answering
21       the question, if -- you shouldn't repeat
22       anything a lawyer may have told you, even