# EXHIBIT R

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____
IN RE MATTER OF:              )
RICHARD KADREY, et al.,       )
Plaintiff,                    )
    vs.                       ) C.A. NO.:
META PLATFORMS, INC.,         ) 3:23-cv-03417-VC
Defendant.                    )
_____)


** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **


VIDEOTAPED DEPOSITION OF JOELLE PINEAU

Montreal, Quebec, Canada

Wednesday, November 6, 2024


Stenographically Reported by:

ANGELA JANSSEN, CSR,

Commissioner of Oaths

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 54

1         MS. HARTNETT:  Objection to the form.
2         A.    I don't remember the specifics,
3    but Genesis was essentially the precursor to
4    LLaMA.
5              (Stenographer clarifies)
6    BY MR. YOUNG
7         Q.    Did you have any -- scratch that.
8              So when those individuals were
9    working on the theorem proving project, they were
10   doing so under your supervision?
11        MS. HARTNETT:  Objection to the form.
12        A.    Mostly under Antoine's
13   supervision and the late end of the project was
14   under my supervision.
15   BY MR. YOUNG
16        Q.    So would that be approximately
17   second half of 2022 when they went to your
18   supervision?
19        A.    Yeah.  I would say Antoine and I
20   were jointly responsible for the research
21   strategy of the FAIR as a whole, though he was
22   responsible for the direct management of the

Page 55

1   individuals.

2           Q.   Did you have any responsibility

3   over the datasets that those individuals used to

4   train either the theorem proving project?

5           MS. HARTNETT:  Objection to form.

6           A.   I was responsible from a

7   strategic point of view and not necessarily

8   responsible for direct approvals while they were

9   not under my management chain.  And then when

10  they became in my management chain, then I had

11  more oversight.

12  BY MR. YOUNG

13          Q.   Do you recall approximately when

14  in 2022 they became under your management chain?

15          A.   September or October, that time

16  frame.

17          Q.   After September, October 2022,

18  would it be fair to say that any datasets that

19  were to be used to train any of the models at

20  FAIR -- strike that.

21               Would it be fair to say after

22  September or October 2022 when those individuals

Page 56

1  entered your management chain, that you would
2  have the ability to either approve or disapprove
3  of datasets they were considering using for
4  training AI models?
5         MS. HARTNETT:  Objection to form.
6         A.   The approval process for datasets
7  is a little more complicated than that.  It's a
8  shared responsibility between research and
9  privacy team and our legal team.
10 BY MR. YOUNG
11        Q.   But you would have input on
12 whether or not a certain dataset would be
13 approved or disapproved?
14        MS. HARTNETT:  Objection to form.
15        A.   So usually the research director
16 has a point of view on the content of the
17 research project; so whoever is the first line
18 research director is the approver on the research
19 plan.  And the datasets are specified as part of
20 that plan.
21             And so we have a, you know
22 essentially a voice into the approval process,

Page 57

1   but all the deciders need to align so it's not a
2   singular approval.
3   BY MR. YOUNG
4           Q.      Have there been any examples of
5   any datasets that you have expressed concerns
6   about using for AI training during your time at
7   Meta?
8           MS. HARTNETT:  Objection to form.
9           A.      I have definitely asked questions
10  about a number of datasets over time and
11  discussed this with my legal and privacy
12  partners.
13  BY MR. YOUNG
14          Q.      Have you expressed concerns over
15  the use of certain datasets over any of the
16  research scientists or research managers working
17  under your direction at FAIR?
18          MS. HARTNETT:  Objection to form and
19              without saying whether you've had any
20              legal discussions, if there's any
21              conversations involving legal
22              attorney-client communications, please

Page 58

1          exclude them from your answer.
2               A.    It's a regular part of our job to
3     discuss the choice of datasets for the projects.
4     I do it on a weekly basis with several research
5     teams.  Most of these discussions centre around
6     whether the dataset is the right one to prove our
7     scientific hypothesis.
8                     My role is to uphold the bar in
9     terms of the quality of the research.
10    BY MR. YOUNG
11              Q.    Has anyone expressed concerns to
12    you about use of certain datasets for AI
13    training?
14              MS. HARTNETT:  Objection to form.  And
15              also exclude any attorney-client
16              discussions if there were any.
17              A.    What kind of concern?  I mean,
18    yes.  This is something we discuss on a regular
19    basis.
20    BY MR. YOUNG
21              Q.    As anyone ever expressed concerns
22    to you, who's not a lawyer, about using certain