UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 23-cv-03417-VC (TSH)<br><br>**ORDER RE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 383, 414 |

In ECF No. 383 the Court denied without prejudice the motions to seal at ECF Nos. 311, 320, 322, 326, 338, 358 and 362. The Court stated that Meta shall either file all of the material at issue in the public record, or it shall refile narrowly tailored motions to seal, within 14 days. Meta refiled its motion to seal in ECF No. 409, which the Court granted in ECF No. 414. For all of the documents that were filed provisionally under seal in connection with ECF Nos. 311, 320, 322, 326, 338, 358 and 362 that were not included in Meta's motion to seal at ECF No. 409, the Court **ORDERS** the parties to file them in the public record within seven days.

**IT IS SO ORDERED.**

Dated: February 7, 2025

THOMAS S. HIXSON
United States Magistrate Judge