# EXHIBIT 1

1

2
## UNITED STATES DISTRICT COURT

3
## NORTHERN DISTRICT OF CALIFORNIA

4
## SAN FRANCISCO DIVISION

5

6
RICHARD KADREY, et al.,

7
   Individual and Representative Plaintiffs,

Case No. 3:23-cv-03417-VC-TSH

8
      v.

**DECLARATION OF JAMIE BROWN FOR META'S FEB. 12, 2025 LETTER TO THE COURT**

META PLATFORMS, INC., a Delaware

9
corporation,

10
        Defendant.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

I, Jamie Brown, declare under penalty of perjury as follows:

1.    I am a Vice President of Strategic Consulting Services at Lighthouse Document Technologies, doing business as Lighthouse.  I am an attorney and legal consultant, specializing in information law, which includes e-discovery.  I have over 24 years of in-house, government, and law firm experience, which I draw upon to advise clients on various challenges related to the use of information and technology in litigation and investigations, particularly as it evolves.

2.    As set forth more fully below, Lighthouse is considered a leading provider of eDiscovery services.  Meta Platforms, Inc. ("Meta"), the Defendant in the above captioned matter, is a client of Lighthouse.

3.    I submit this declaration at Defendant Meta's request and understand an issue has arisen involving documents inadvertently sequestered (or suppressed) from review and production.  In connection with this issue, I interviewed several members of Lighthouse's team who were and are responsible for various aspects of supporting Meta in connection with this matter.  I am familiar with the facts contained herein and am prepared to competently testify to the extent required.

**Lighthouse Overview**

4.    Lighthouse provides eDiscovery services to companies and their outside counsel.  It has been in business for over 30 years, serving more than 500 global clients across various industries, including technology, life sciences (e.g., pharma, healthcare, biotech) and financial services.  Lighthouse partners with its clients to design, standardize, implement, audit and continuously innovate on eDiscovery service models that adapt to emerging market trends and business requirements.  Lighthouse employs a deep bench of experts that have significant operational experience working in-house at large companies and law firms, which allows Lighthouse to more effectively partner with clients.

1    5.    Lighthouse has extensive experience processing ESI – it leverages a variety of tools

2    and the comprehensive expertise of team members who have extensive credentials to ensure

3    ongoing evolution in the space.  Team members have, on average, twelve years of experience;

4    they also have advanced degrees (e.g., JD, MA, Ph.D.) in pertinent fields such as data science

5    and/or linguistics; and a long list of certifications.  Relativity certifications by number include:

6    Relativity Masters (6); Relativity Experts (13); Relativity Certified Administrator (71); Relativity

7    Analytics Specialist (20); Relativity Infrastructure Specialist (2); Relativity Processing Specialist

8    (12); Relativity Project Management Specialist (9); Relativity Review Management Specialist

9    (57); Relativity Certified Sales Pro (13); RelativityOne Certified Pro (28); RelativityOne Review

10    Pro (17); and Relativity Certified Trainer (3).  The certifications held by Lighthouse's experts

11    reflect their deep knowledge and capability in managing complex data sets, performing analysis

12    and utilizing industry-leading software platforms.  This extensive expertise allows Lighthouse to

13    provide tailored solutions that meet the specific needs of its clients, ensuring that all aspects of

14    ESI processing are handled with the highest level of professionalism and technical proficiency.

15    **Issue Description**

16    6.    Meta uses a messaging application called Workplace Chat ("WPChat") for business

17    communications and collaboration.  In connection with this matter, Meta collected certain

18    WPChat data, which it provided to Lighthouse to process.

19    7.    Data processing involves the use of technology to deduplicate, normalize, extract

20    and organize data to facilitate review by outside counsel for responsiveness (and privilege).  How

21    data gets processed is driven by the specific technology at issue – in this case, WPChat – as well

22    as the workflow and tools used by Lighthouse to perform processing activities.  It is also driven by

23    client specifications typically codified in an ESI Protocol or ESI Order.

24    8.    In this case, Lighthouse uses an industry standard processing tool called Nuix along

25

with a review and analysis tool called Relativity, both of which are third-party "best-in-class" technologies that Lighthouse licenses.[1] Lighthouse builds custom workflows around these tools to ensure data is processed and reviewed efficiently and effectively.

9.    Relativity regularly updates its technology to meet the ever-changing needs of its clients. Approximately 30-35% of these updates require Lighthouse to adjust its processes.

10.    The inadvertent sequestration (also referred to in eDiscovery as "suppression") of certain WPChats stems from a Relativity upgrade Lighthouse implemented on November 9, 2024 that required a change in how WPChats were deduplicated. The term sequestration (in this context) refers to the process of excluding certain data from the review and/or production set - in this case, duplicative content.   To be clear, sequestered messages are not deleted from the database, rather, they are merely removed from the set that is reviewed and ultimately produced given that they are duplicative.

11.    Because of the November 9th upgrade, Lighthouse could no longer use the previous method it was using for WPChat deduplication in this matter. On November 11, 2024, Lighthouse pivoted to a different technical solution for WPChat deduplication. Unfortunately, the process of implementing that solution broke down, resulting in the unintended sequestration of certain messages during the review and production phases of the project.

12.    Note that some of these messages had been reviewed prior to sequestration, some had been produced, and some had not yet been reviewed. On February 6, 2025, I understand that Meta and its counsel were preparing documents for a court-ordered review and, in connection with that process, Lighthouse identified this technical issue for the first time, which it has since

---

[1] Relativity is a third party e-discovery and document review platform widely used by corporations and law firms to manage large amounts of data for collection, review and production during litigation or other legal proceedings. It has been the most commonly used review tool in the industry for more than 15 years.

1   remedied.

2   **WPChat Processing**

3      13.   For each WPChat, a record is created for each chat participant.  These records are

4   identical except for the "From" field, which will vary based upon the participant's name.  This

5   single difference makes deduplication more difficult.[2]  Until the discovery of the technical issue at

6   hand, Lighthouse used Relativity Analytics "Duplicate Spares" technology to deduplicate

7   WPChats.

8      14.   But, on November 9, 2024, Lighthouse implemented Relativity's latest upgrade

9   (2023 Server Upgrade), which rendered the Relativity Analytics "Duplicate Spares" tool

10  inoperative for purposes of deduplicating WPChats.  On November 11, 2024, Lighthouse pivoted

11  to another Relativity Analytics technology called "Textual Near Duplicate" or "TND" analytics

12  coupled with Regular Expression to deduplicate WPChats. These two tools combined served to

13  exclude the "From" field from consideration against otherwise duplicative documents.

14     15.   For background, Relativity's TND analytics is designed to evaluate the textual

15  similarity between documents by examining the content of documents at a detailed level.  This

16  process involves extracting text from documents or leveraging Optical Character Recognition

17  ("OCR") to convert scanned or image-based text into machine-readable content.  The tool then

18  utilizes algorithms to compare various elements, including word usage, sentence structures and

19  overall content patterns, ultimately generating a similarity percentage that reflects how closely the

20  documents resemble one another.  This percentage is variable, but in this case, Lighthouse set the

21  percentage to 100% (which means that the documents are 100% substantively identical other than

22  the "From" field).  By pinpointing documents with high similarity scores, duplicate detection

23

24     [2]  Deduplication is a common industry practice, as it helps streamline review and reduces
       unnecessary costs associated with the process/hosting/review of duplicative data.

25                                                                    **BROWN DECLARATION**
                                                                       3:23-cv-03417-VC-TSH

                                              4

helps minimize redundancy.  This technique is especially valuable when managing large datasets, ensuring consistency in information processing and identifying subtle variations in documents that are otherwise substantively identical.

16.    In this case, Lighthouse implemented Relativity's TND analytics together with Regular Expression to deduplicate WPChats.  Regular Expression is a search method used to identify specific patterns within text.  By applying pattern matching, Regular Expressions enable users to search for particular character sequences.  This approach is used for tasks like data extraction, text validation and executing complex search operations.  When used together, TND analytics and Regular Expression enable Lighthouse to identify chats that are entirely duplicative when the "From" field is excluded from analysis.

**Lighthouse's Technical Application of TND Analytics**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

BROWN DECLARATION
3:23-cv-03417-VC-TSH

**Root Cause and Impact Analysis**

19.    On November 9, 2024, Lighthouse implemented a Relativity-required upgrade that rendered Lighthouse's previous deduplication method (Duplicate Spares) inoperable, requiring it to come up with a new way to deduplicate WPChats.

20.    On November 11, 2024, Lighthouse began using TND analytics coupled with Regular Expression to deduplicate WPChats.  Lighthouse continued to use this technology through the conclusion of fact discovery in this matter.  On February 6, 2025, Meta and its counsel were preparing documents for a court-ordered review and, in connection with that process, Lighthouse identified this technical issue for the first time.

██          ████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

22.    The following is a summary of the factors that contributed to the process

breakdown:

    a.    Although TND analytics appears straightforward, the implementation of the

        technology is complex.  In fact, Relativity's own documentation says this: "While

        textual near duplicate identification is simple to understand, the implementation is

        complex and relies on several optimizations so that results can be delivered in a

        reasonable amount of time."  (https://help.relativity.com/Server2023/Content/

        Relativity/Analytics/Textual_near_duplicate_identification.htm).

    ███████████████████████████████████████

    ███████████████████████████████████████

    ████████████████████████████████████████████

    █████████████

    ████████████████████████████████████████

    ████████████████████████████████████████

    ██████████████████████████

    ████████████████████████████████████████████

    ██████████████████████████████████████

    ████████████████████████████████████████████

    ████████████████████████████████

23.    Of the approximately 18,000 documents inadvertently sequestered within the

Relativity database (*which included a mix of reviewed and unreviewed documents*), approximately

3,200 were previously produced to Plaintiffs; and approximately 3,400 of these documents were

reviewed and maintained solely for the purpose of a null set review under the ESI Order. These documents were deemed non-responsive in the null set review and thus, were not produced.

24.    Of the approximately 11,000 remaining documents, a large portion were previously reviewed prior to the sequestration and deemed non-responsive.

**Lighthouse's Quality Control Methods**

25.    There are three aspects of the Lighthouse's quality control ("QC") methods that are relevant here. The first is █████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████ Here, this phase of the QC process would not have caught the issue explained above.

26.    The second QC involves ████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████████████████

27.    The third QC involves ██████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████████████ ████████████████████████████████████████████████████ ███████████

28.   In addition to the contributing factors described in Paragraph 22, there was also a breakdown in the QC process because ███████████████████████████████ was not apparent to members of the QC team.

29.   Note that, Lighthouse has since modified the search for sequestration to account for all steps described in Paragraph 18. It has tested the results and audited the sequestered documents folder. Finally, it has confirmed no additional documents were inadvertently affected.

I affirm under penalty of perjury of the laws of the State of New York that the foregoing statement is true and correct. Executed on February 12, 2025 in New York, New York.

Jamie Brown