1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                                         Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: BROWN DECLARATION** |

By request of third-party Lighthouse, Defendant Meta Platforms, Inc. ("Meta") has filed an Administrative Motion to File Under Seal requesting that certain portions of the Declaration of Jamie Brown ("Brown Declaration") be sealed. Having considered the Administrative Motion and the supporting Declaration of John Pollard, and finding good cause for the motion, the Court hereby **GRANTS** the Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| **Exhibit 1** to Pollard Declaration | Redacted highlighted portions |

**IT IS HEREBY ORDERED**.

Dated: _____

							  _____
							  HON. VINCE CHHABRIA
							  UNITED STATES DISTRICT JUDGE