# WOODHOUSE EXHIBIT 2

# EXHIBIT B

Message

**From:** Logan Kerr [▇▇▇@meta.com]
**Sent:** 4/6/2023 10:51:59 PM
**To:** Melanie Kambadur [▇▇▇@meta.com]; Logan Kerr [▇▇▇@meta.com]
**Subject:** Message summary [{"otherUserFbId":100064441326328,"threadFbId":null}]

Logan Kerr (4/06/2023 11:27:03 PDT):
>morning!

Logan Kerr (4/06/2023 11:27:44 PDT):
> Redacted

Melanie Kambadur (4/06/2023 11:32:51 PDT):
>ah yes sure happy to chat more

Melanie Kambadur (4/06/2023 11:38:37 PDT):
>i can meet a little late for my time if we need to

Logan Kerr (4/06/2023 11:42:54 PDT):
>I was thinking we could try sharing a deck async for feedbakc

Logan Kerr (4/06/2023 11:42:57 PDT):
>*feedback

Logan Kerr (4/06/2023 11:43:06 PDT):
>Started outlining something here
>https://docs.google.com/presentation/d/▇▇▇

Logan Kerr (4/06/2023 11:43:14 PDT):
>(Feel free to rename)

Logan Kerr (4/06/2023 11:44:10 PDT):
> **Redacted**

Melanie Kambadur (4/06/2023 11:49:01 PDT):
>sounds like there is also some review happpening this week

Logan Kerr (4/06/2023 11:49:19 PDT):
>the MZ one?

Melanie Kambadur (4/06/2023 11:49:23 PDT):
>heard this from the legal/bd side

Melanie Kambadur (4/06/2023 11:49:28 PDT):
>so not sure which one this is

Logan Kerr (4/06/2023 11:49:49 PDT):
>Do you know what it's for?

Logan Kerr (4/06/2023 11:49:55 PDT):
>And who's attending?

Melanie Kambadur (4/06/2023 11:50:16 PDT):
>nope. just know the BD guys were talking about it

Logan Kerr (4/06/2023 11:50:28 PDT):
>Hmm do you mind asking them for more details?

Logan Kerr (4/06/2023 12:10:30 PDT):
>Question: Redacted
> Redacted

Melanie Kambadur (4/06/2023 12:10:46 PDT):

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00088838

>i was left a bit unclear on that

Melanie Kambadur (4/06/2023 12:10:50 PDT):
Redacted

Melanie Kambadur (4/06/2023 12:11:24 PDT):
>so books3:
https://docs.google.com/spreadsheets/ Redacted

Melanie Kambadur (4/06/2023 12:11:47 PDT):
>#shareadoc read

Logan Kerr (4/06/2023 12:11:48 PDT):
>can you give access?

Melanie Kambadur (4/06/2023 12:11:58 PDT):
>is one dataset we're already using in the prod models

Melanie Kambadur (4/06/2023 12:12:04 PDT):
>*pretraining models

Melanie Kambadur (4/06/2023 12:12:21 PDT):
Redacted

Melanie Kambadur (4/06/2023 12:25:14 PDT):
Redacted

Melanie Kambadur (4/06/2023 12:25:26 PDT):
Redacted

Melanie Kambadur (4/06/2023 12:25:48 PDT):
>(ahuva's skip)

Logan Kerr (4/06/2023 13:15:26 PDT):
>got it

Logan Kerr (4/06/2023 13:15:48 PDT):
Redacted

Melanie Kambadur (4/06/2023 14:20:48 PDT):
>ah okay

Melanie Kambadur (4/06/2023 14:20:54 PDT):
Redacted

Melanie Kambadur (4/06/2023 14:21:13 PDT):
Redacted

Melanie Kambadur (4/06/2023 14:21:40 PDT):
>so there is not actually a review scheduled with zuck/cox/ahmad just yet but I think we are all agreeing we need one

Melanie Kambadur (4/06/2023 14:23:51 PDT):
Redacted

Redacted

Melanie Kambadur (4/06/2023 14:24:05 PDT):
Redacted s

Melanie Kambadur (4/06/2023 14:24:11 PDT):
> Redacted

Melanie Kambadur (4/06/2023 14:24:25 PDT):
Redacted

Melanie Kambadur (4/06/2023 14:24:39 PDT):
Redacted

Melanie Kambadur (4/06/2023 14:24:51 PDT):
&gt; Redacted

Melanie Kambadur (4/06/2023 14:25:10 PDT):
Redacted

Melanie Kambadur (4/06/2023 14:25:27 PDT):
Redacted

Melanie Kambadur (4/06/2023 14:25:39 PDT):
&gt;or maybe some combo of you and george?

Melanie Kambadur (4/06/2023 14:25:59 PDT):
Redacted

Logan Kerr (4/06/2023 15:30:12 PDT):
Redacted

Logan Kerr (4/06/2023 15:31:33 PDT):
&gt;Can you give me more context on your model training timeline/plans? I.e. when were you planning on starting to train the model for GA (pre-training, not fine-tuning) and whens the latest that we'd need to get the data for it to end up in the model?

Melanie Kambadur (4/06/2023 15:34:43 PDT):
&gt;wondering if we can share something

Melanie Kambadur (4/06/2023 15:34:49 PDT):
&gt;quicker/dirtier to ahmad first

Melanie Kambadur (4/06/2023 15:35:02 PDT):
&gt;and then get more details /feedback if we need to bump it up a layer or two

Melanie Kambadur (4/06/2023 15:35:47 PDT):
Redacted

Logan Kerr (4/06/2023 15:35:51 PDT):
&gt;Yeah that's what I was hoping

Logan Kerr (4/06/2023 15:36:24 PDT):
&gt;Just wondering whether it would necessarily need to go to Cox/MZ

Melanie Kambadur (4/06/2023 15:36:30 PDT):
&gt;yeah maybe not

Melanie Kambadur (4/06/2023 15:36:42 PDT):
&gt;so let's not make it too fancy just for ahmad

Melanie Kambadur (4/06/2023 15:36:53 PDT):
&gt;he actually said we should just share faster in general

Melanie Kambadur (4/06/2023 15:39:13 PDT):
Redacted

Melanie Kambadur (4/06/2023 15:39:19 PDT):
Redacted

Melanie Kambadur (4/06/2023 15:50:02 PDT):
&gt;k have to head home now

Melanie Kambadur (4/06/2023 15:50:07 PDT):
&gt;but take a look at slide 2

Melanie Kambadur (4/06/2023 15:50:17 PDT):
&gt;i think this is basically what we need to communicate to ahmad

Melanie Kambadur (4/06/2023 15:51:09 PDT):
>and we can try to flesh out a little detail on each bullet and get Ahuva [Redacted]
[Redacted]
[Redacted]

Melanie Kambadur (4/06/2023 15:51:59 PDT):
>then we can include me and moya in the meeting as well, maybe george too, in case ahmad has more technical questions (he had a bunch for me earlier so I suspect he might), but we'll not block on preparing more data

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    Meta_Kadrey_00088841