# WOODHOUSE EXHIBIT 6

# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,        )

                               )

          Individual and       )

          Representative       )

          Plaintiffs,          )

                               )

v.                             )   Case No. 3:23-cv-03417-VC

                               )

META PLATFORMS, INC.,          )

                               )

          Defendant.           )

_____)


** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

Videotaped Deposition of meta Platforms, Inc.

by and through its corporate designee

SY CHOUDHURY

San Francisco, California

Thursday, December 5, 2024


Reported Stenographically by

Michael P. Hensley, RDR, CSR No. 14114

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 17

```
 1        A.    We've had, I'll say, various notable data

 2   points within that.  One of the -- one of the

 3   earlier data points was when we worked for REI

 4   research team for a dataset of -- I think it was

 5   some -- some scientific text as well as visual

 6   imagery from ███████████        for a deal that we did

 7   with -- to support one of the FAIR projects.

 8               I think that was in 2022, late 2022.

 9               In early 2023, this is another data

10   point where we looked at and explored licensing many

11   types of data for LLMs.  This included everything

12   from fiction book data, scientific textbook data,

13   normal textbook data, images, videos.  It was very

14   early days in us exploring what is available in the

15   market and also what our product or engineering team

16   really looked to utilize.

17        Q.    Well, let's just keep going with those

18   data points, then.  And would the next data point be

19   April 7th, 2023, when there was a decision to stop

20   licensing -- the licensing process for acquiring

21   text data for LLMs -- or, sorry, the pause?

22               ATTORNEY HARTNETT:  Object to form.
```

Page 18

```
 1            THE WITNESS:  Yeah.  So in early April

 2   there was a pause on licensing certain categories of

 3   data that included the text data -- some of the text

 4   data categories.

 5   BY ATTORNEY PRITT:

 6        Q.   And what text categories did that include?

 7        A.   That included fiction books, nonfiction

 8   books, and coding.

 9        Q.   Any other categories?

10        A.   No.  Those are the three that we decided

11   to pause on.

12        Q.   And what are the data categories that

13   you -- that Meta decided not to pause on in early

14   April 2023?

15        A.   While we did not have an explicit

16   discussion or decision to not pause, the data

17   categories that -- the other data categories that we

18   were continuing to explore included images, videos,

19   and 3D objects.

20        Q.   And why did Meta decide to pause its

21   licensing process for acquiring fiction books,

22   nonfiction books, and coding data for its LLMs in
```

Page 19

```
 1   early April 2023?

 2            ATTORNEY HARTNETT:  And I would just

 3   object to the extent that you need to respond with

 4   attorney-client privilege, please exclude that from

 5   your answer.  If you can respond without reference

 6   to that, you can answer.

 7            THE WITNESS:  There was a meeting I had

 8   with my boss, Marc Shedroff, and our attorney,

 9   Natascha Parks, and the content of the meeting is

10   under attorney-client privilege.

11            All I can say is that we considered and

12   discussed a variety of factors and agreed that the

13   decision would be to pause on those three

14   categories.

15   BY ATTORNEY PRITT:

16      Q.   Now, were there any business reasons for

17   deciding to pause the licensing process for

18   acquiring fiction books, nonfiction books, and

19   coding data for use in Meta's LLMs, at that time?

20            ATTORNEY HARTNETT:  And I would just have

21   the same objection and instruction.  You can answer

22   if there's a nonprivileged information you can
```

Page 20

```
 1   provide.

 2            THE WITNESS:  There's only privileged

 3   information in that meeting, and so I'm not able to

 4   talk further about that.

 5   BY ATTORNEY PRITT:

 6        Q.   Okay.  So to clarify, it's Meta's

 7   testimony that there were no business reasons for

 8   deciding to pause the licensing process for

 9   acquiring fiction books, nonfiction books, and

10   coding data for use in Meta's LLMs in early

11   April 2023; is that correct?

12            ATTORNEY HARTNETT:  Objection to the form.

13            Misstates his testimony.

14            I -- if you can answer as to whether there

15   are business reasons that don't entail conveying

16   legal advice, you may answer.  If not, I instruct

17   you not to answer.

18            THE WITNESS:  The -- although this is not

19   comprehensive, the coding and textbook categories do

20   not -- do not apply to the one, I'll say, business

21   reason.

22            I'd like to point out that the -- in the
```

Page 21

```
 1   fiction category, we quickly learned from the

 2   business development team that most of the

 3   publishers we were talking to, they themselves were

 4   representing that they did not have, actually, the

 5   rights to license the data to us.  And so it would

 6   take a long time to engage with all their authors.

 7   BY ATTORNEY PRITT:

 8        Q.   So was timing and the ability to obtain

 9   licenses for the use of fiction books to use as data

10   for Meta's LLMs a business reason for why Meta

11   decided to pause it's licensing efforts for those

12   books in early April 2023?

13        A.   It was one of the considerations, yes.

14        Q.   Were there any other business

15   considerations for deciding to pause licensing

16   efforts for fiction books to use as data for Meta's

17   LLMs in early April 2023?

18             ATTORNEY HARTNETT:  And you could answer

19   to the extent it doesn't reveal attorney-client

20   privileged advice.

21        A.   I would say yes in all three of the

22   categories that I've mentioned.  Another business
```

Page 22

 1   reason is the very slow uptake in engagement and

 2   interest from the different content partners that we

 3   had reached out to or tried to reach out to, to

 4   actually engage in a meaningful conversation.

 5            So that was another reason, which has

 6   nothing to do with speed.  It's just volume and

 7   willingness to engage.

 8            There were some that we, of course, had

 9   good productive conversations with, but it was very

10   few.

11       Q.   And which partners that you're referring

12   to were unwilling to engage?

13       A.   We -- we send out slew of emails to --

14   slew of companies:   ███████   and -- I mean there was a

15   whole list.

16            I don't recall the entire list, but I

17   remember we had made a long list from initially

18   scouring the Internet of top publishers, et cetera,

19   and we didn't get contact and feedback from -- from

20   a lot of our cold call outreaches to try to

21   establish contact.

22            There were a few, like ███████, that did,

Page 23

1    you know, engage, but not many.

2        Q.    Are you aware of any other licensing

3    efforts where Meta decided to stop pursuing licenses

4    because it didn't get contact and feedback from cold

5    call outreaches?

6        A.    You know, when we've done or we attempted

7    to do deals in the past for FAIR, where we've not

8    been able to achieve a deal in the same manner.  And

9    so it's -- it does happen.

10            It's not just in this space, but it's work

11   stream by work stream, and it's usually related to a

12   category that -- of companies you're going after.

13       Q.    Sorry.  I don't understand the answer.

14            Are you aware of any other licensing

15   efforts where Meta decided to stop pursuing licenses

16   because it didn't get contact and feedback from cold

17   outreach?

18       A.    I am aware of licensing efforts such, for

19   example, we tried to license 3D worlds from

20   different game engine and game manufacturers for our

21   AI research team.  And in the same way that I'm

22   describing here for fiction and textbook data, we

Page 24

 1   got very little engagement to even have a

 2   conversation.

 3        Q.   And did Meta decide to pause its licensing

 4   efforts for 3D worlds?

 5        A.   Yes.  We decided to pause the efforts

 6   after that.

 7        Q.   And did Meta use an alternative source of

 8   data rather than licensing it?

 9        A.   We decided to -- in that case, we decided

10   to build our own solution.

11        Q.   And when Meta decided to pause its

12   licensing efforts for nonfiction and fiction books

13   and code, did Meta decide to write its own books and

14   code to use as data for its LLMs?

15        A.   I don't know the answer to that.

16   Engineering would know the answer to that.

17        Q.   Are there any business reasons other than

18   the two you have listed for why Meta decided to

19   pause its licensing efforts for nonfiction and

20   fiction books and code in early April 2023?

21        A.   At this time, I can't think of any.

22        Q.   Okay.