# EXHIBIT B

Case 3:23-cv-03417-VC   Document 432-2   Filed 02/14/25   Page 2 of 6

11/21/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.         Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

IN RE MATTER OF:                    )
RICHARD KADREY, et al.,             )
Plaintiff,                          )
     vs.                            ) C.A. NO.:
META PLATFORMS, INC.,               ) 3:23-cv-03417-VC
Defendant.                          )
_____)

VIDEOTAPED DEPOSITION OF YANN LeCUN, Ph.D.

Palo Alto, California

Thursday, November 21, 2024

** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **

UNDER THE PROTECTIVE ORDER

Stenographically Reported by:

HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR

Realtime Systems Administrator

California CSR License #11600

Oregon CSR License #21-0005

Washington License #21009491

Nevada CCR License #980

Texas CSR License #10725

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 432-2   Filed 02/14/25   Page 3 of 6

11/21/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.        Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 177

| | | |
|---|---|---|
| 1 | strategy? | 14:31:17 |
| 2 | A. I have no idea. | 14:31:18 |
| 3 | (Stenographer clarification.) | 14:31:26 |
| 4 | Q. (By Ms. Geman) Rather, do you know in what | 14:31:26 |
| 5 | form the -- the training data is used when -- when | 14:31:29 |
| 6 | portions of it are used for the memorization | 14:31:34 |
| 7 | limitation strategy? | 14:31:38 |
| 8 | A. It's the same format that is used during | 14:31:40 |
| 9 | training and I really don't know. I mean, my guess | 14:31:43 |
| 10 | is that it's just plain text for a lot of those | 14:31:45 |
| 11 | things. | 14:31:48 |
| 12 | Q. Are you familiar with the phenomenon where | 14:31:54 |
| 13 | LLaMA will, in response to a prompt, output | 14:31:57 |
| 14 | copyright-protected text and then it essentially | 14:32:03 |
| 15 | disappears? | 14:32:06 |
| 16 | A. Disappears? | 14:32:08 |
| 17 | Q. Goes off, like it no longer shows up on | 14:32:08 |
| 18 | the -- on the output. | 14:32:11 |
| 19 | MR. WEINSTEIN: Object to form. | 14:32:14 |
| 20 | Q. (By Ms. Geman) Sort of like Snapchat? | 14:32:15 |
| 21 | A. I don't understand the scenario. | 14:32:19 |
| 22 | Q. That somebody does a prompt and says, you | 14:32:23 |

Case 3:23-cv-03417-VC   Document 432-2   Filed 02/14/25   Page 4 of 6

11/21/2024            Richard Kadrey, et al. v. Meta Platforms, Inc.          Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 178

| | | |
|---|---|---|
| 1 | know, give me a -- the first three paragraphs of X. | 14:32:26 |
| 2 | A.   Uh-huh. | 14:32:33 |
| 3 | Q.   And then LLaMA spits out the first three | 14:32:33 |
| 4 | paragraphs of X, but then it takes it back. | 14:32:36 |
| 5 | A.   Oh, I see. | 14:32:39 |
| 6 | This -- this could occur, I believe, | 14:32:42 |
| 7 | because -- because there are systems that are put in | 14:32:47 |
| 8 | place that check whether the continuous output of | 14:32:57 |
| 9 | the LLM either is toxic or inappropriate or | 14:33:04 |
| 10 | infringes copyright and then takes down the text if | 14:33:10 |
| 11 | it does.  And that's done, of course, after the text | 14:33:14 |
| 12 | is generated, but the possibility after the text has | 14:33:17 |
| 13 | been shown to the user for a short time. | 14:33:27 |
| 14 | Q.   Do you know what that systems [sic] are | 14:33:33 |
| 15 | called? | 14:33:35 |
| 16 | A.   No. | 14:33:36 |
| 17 | Q.   And do you know if they're put in place | 14:33:37 |
| 18 | after validation of the model? | 14:33:40 |
| 19 | MR. WEINSTEIN:  Object to form. | 14:33:45 |
| 20 | Q.   (By Ms. Geman)  Or let me rephrase the | 14:33:46 |
| 21 | question. | 14:33:48 |
| 22 | At what -- at what stage are those systems | 14:33:48 |

Case 3:23-cv-03417-VC   Document 432-2   Filed 02/14/25   Page 5 of 6

11/21/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 179

| | | |
|---|---|---|
| 1 | that check continuous output put in place? | 14:33:51 |
| 2 | MR. WEINSTEIN: Object to form. | 14:33:57 |
| 3 | THE WITNESS: Well, they're part of -- | 14:33:58 |
| 4 | okay. | 14:34:00 |
| 5 | So you have the LLM parts of the system; | 14:34:00 |
| 6 | right? So the system like Meta AI or any chatbot is | 14:34:03 |
| 7 | a complex system of multiple modules in interaction. | 14:34:09 |
| 8 | One of them is the LLM and you can use the LLM to | 14:34:14 |
| 9 | produce either a single text or multiple text using | 14:34:18 |
| 10 | the temperature adjustment. | 14:34:22 |
| 11 | You can also change the prompts so you can | 14:34:24 |
| 12 | add a hidden-system prompt to the user prompt to | 14:34:27 |
| 13 | bias the system towards generating certain types of | 14:34:32 |
| 14 | outputs. Okay. | 14:34:36 |
| 15 | So then the system generates multiple | 14:34:36 |
| 16 | outputs and then you can run those through systems | 14:34:39 |
| 17 | that are downstream that checks whether those | 14:34:42 |
| 18 | outputs are correct or incorrect, toxic or | 14:34:44 |
| 19 | non-toxic, you know, copyrighted material or not, | 14:34:48 |
| 20 | and it's -- it's possible that this check takes a | 14:34:52 |
| 21 | while and is expensive which is why you let the | 14:34:58 |
| 22 | system produce the text to the user and then after | 14:35:01 |

Case 3:23-cv-03417-VC   Document 432-2   Filed 02/14/25   Page 6 of 6

11/21/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

```
                                                                    Page 180
 1   the copyright check, for example, has been done, you       14:35:04
 2   take down and suppress the output                           14:35:07
 3        Q.   (By Ms. Geman)  So could that check only          14:35:12
 4   kind of jump in if -- even after multiple pages of a        14:35:13
 5   copyright-protected text has shown up?                      14:35:18
 6        A.   No, it doesn't take that long.                    14:35:20
 7        Q.   How long does it take?                            14:35:22
 8        A.   I don't know, but -- but it's on the order        14:35:23
 9   of seconds.                                                 14:35:26
10        Q.   Okay.                                             14:35:27
11             And what is -- what is the name of that --        14:35:27
12   I mean, I asked generally the name of the system.           14:35:29
13   Do you know particularly the name of -- of the              14:35:32
14   system that checks once the output has been                 14:35:36
15   released?                                                   14:35:39
16        A.   No, I don't know.                                 14:35:40
17        Q.   And how -- how does that -- that system           14:35:40
18   determine whether the output is copyright protected?        14:35:46
19             MR. WEINSTEIN:  Calls for speculation.            14:35:51
20             THE WITNESS:  So checking copyright is            14:35:55
21   something that Meta has done on its services for a          14:35:56
22   very long time.  Because people post copyrighted            14:36:02
```