# ATTACHMENT A

## REDACTED

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc.
Privilege Log - December 6, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log | Bates No. | BegAttach | Custodians | Author/From | To | CC | BC | Date | Privilege Description | Privilege | Legal Source | Email Subject | Filename | Withhold/ | Data Type | Family |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Meta_Kadrey_00 146534 | Meta_Kadrey_00 146534 | Zuckerberg_Mark | | | | | | Chat reflecting legal advice concerning this litigation. | Attorney Client | MPI In-House Legal Counsel | | ▓▓▓▓▓.t xt | Privileged - Redact | WhatsApp | Standalone |
| 2 | Meta_Kadrey_00 146557 | Meta_Kadrey_00 146557 | Zuckerberg_Mark | | | | | | Chat reflecting legal advice concerning open source policy. | Attorney Client | MPI In-House Legal Counsel | Jennifer Newstead | ▓▓▓▓▓ txt | Privileged - Redact | WhatsApp | Standalone |
| 3 | Meta_Kadrey_00 146583 | Meta_Kadrey_00 146583 | Zuckerberg_Mark | | | | | | Chat reflecting legal advice concerning open source policy. | Attorney Client | Jennifer Newstead | | ▓▓▓▓▓ txt | Privileged - Redact | WhatsApp | Standalone |
| 4 | Meta_Kadrey_00 152812 | Meta_Kadrey_00 152812 | Al-Dahle, Ahmad; Boesenberg, Alex; Kallet, Amanda | Kelly Michelena ▓▓@meta.com> | Ash Jhaveri ▓▓@meta.com>; Sy Choudhury - ▓▓@meta.com>; Marc Shedroff ▓▓@meta.com>; Azadeh Yazdan ▓▓@meta.com>; Andrew Caples ▓▓@meta.com>; Pierre Roux ▓▓@meta.com>; Parkin Kent ▓▓@meta.com>; Amanda Kallet ▓▓@meta.com>; Brian Gamido ▓▓@meta.com>; Didem Foss ▓▓@meta.com>; Alex Boesenberg | Anja Komlenovic ▓▓@meta.com>; Matt Gifford-Tinker ▓▓@meta.com>; Nico Clemminck ▓▓@meta.com> | | 7/23/2024 1:36 | Email Chain reflecting legal advice concerning legal risks relating to partnership negotiations. | Attorney Client | Beau James; MPI In-House Legal Counsel | [launch update]: Weekly Llama Scaled Ecosystem Team | [launch update]: Weekly Llama Scaled Ecosystem Team | Privileged - Redact | EMAIL | Parent |
| 5 | Meta_Kadrey_00 152853 | Meta_Kadrey_00 152812 | Al-Dahle, Ahmad; Boesenberg, Alex; Kallet, Amanda | | | | | 7/23/2024 1:37 | | | | | featurestable.png | Not Privileged | EMAIL | Attachment |
| 6 | Meta_Kadrey_00 152854 | Meta_Kadrey_00 152812 | Al-Dahle, Ahmad; Boesenberg, Alex; Kallet, Amanda | | | | | 7/23/2024 1:37 | | | | | Pricing Table.png | Not Privileged | EMAIL | Attachment |
| 7 | Meta_Kadrey_00 152994 | Meta_Kadrey_00 152994 | Boesenberg, Alex; Kallet, Amanda | Kelly Michelena ▓▓@meta.com> | Allie Feinstein ▓▓@meta.com>; Marc Shedroff ▓▓@meta.com>; Sy Choudhury - ▓▓@meta.com>; Azadeh Yazdan ▓▓@meta.com>; Andrew Caples ▓▓@meta.com>; Pierre Roux ▓▓@meta.com>; Parkin Kent ▓▓@meta.com>; Amanda Kallet ▓▓@meta.com>; Brian Gamido ▓▓@meta.com>; Didem Foss ▓▓@meta.com>; Alex Boesenberg | Brandon Spence ▓▓@meta.com>; Anja Komlenovic ▓▓@meta.com>; Matt Gifford-Tinker ▓▓@meta.com>; Ricardo Lopez-Barquilla ▓▓@meta.com>; Ash Jhaveri ▓▓@meta.com>; Nico Clemminck ▓▓@meta.com> | | 5/29/2024 0:28 | Email Chain reflecting legal advice concerning legal risks relating to partnership negotiations. | Attorney Client | Beau James; MPI In-House Legal Counsel | Re: FYI: Weekly Llama Scaled Ecosystem Team Updates | Re: FYI: Weekly Llama Scaled Ecosystem Team Updates | Privileged - Redact | EMAIL | StandAlone Document |

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc.
Privilege Log - December 6, 2024

Highly Confidential
Attorney Eyes Only

| Priv Log | Bates No. | BegAttach | Custodians | Author/From | To | CC | BC | Date | Privilege Description | Privilege | Legal Source | Email Subject | Filename | Withhold/ | Data Type | Family |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Meta_Kadrey_00 153393 | Meta_Kadrey_00 153393 | Boesenberg, Alex; Kallet, Amanda | ▮▮@meta.com | Matthias Reso ▮▮@meta.com>; Didem Foss ▮▮@meta.com>; Meredith Fleming ▮▮@meta.com >; Allie Feinstein ▮▮@meta.com>; Hamid Shojanazeri ▮▮@meta.com>; Brandon Spence ▮▮@meta.com>; Manohar Hotchandani ▮▮@meta.com>; Eissa Jamil ▮▮@meta.com>; Parkin Kent ▮▮@meta.com>; Andrew Caples ▮▮@meta.com>; Beau James ▮▮@meta.com> | | | 1/29/2024 21:37 | Chat reflecting legal advice concerning legal risks relating to partnership negotiations. | Attorney Client | MPI In-House Legal Counsel | Message summary [{"otherUserFbId":null,"thread FbId":1846497382145349}] | Message summary [{"otherUserFbId":null,"thread FbId":1846497382145349}] | Privileged - Redact | WP Chats | StandAlone Document |
| 9 | Meta_Kadrey_00 153799 | Meta_Kadrey_00 153799 | Boesenberg, Alex; Kallet, Amanda | ▮▮@meta.com | James Beldock ▮▮@meta.com>; Alex Boesenberg ▮▮@meta.com >; Eugene Nho ▮▮@meta.com>; Sy Choudhury ▮▮@meta.com>; Sean Koger ▮▮@meta.com>; Arun Rao ▮▮@meta.com>; Amanda Kallet ▮▮@meta.com>; Shelley Venus ▮▮@meta.com>; Braden Hancock ▮▮@meta.com>; Annie Franco ▮▮@meta.com>; Anna Grosul ▮▮@meta.com> | | | 7/19/2024 1:34 | Chat reflecting legal advice concerning copyright and contract issues. | Attorney Client | MPI In-House Legal Counsel | Message summary [{"otherUserFbId":null,"thread FbId":26073753172273345}] | Message summary [{"otherUserFbId":null,"thread FbId":26073753172273345}] | Privileged - Redact | WP Chats | StandAlone Document |
| 10 | Meta_Kadrey_00 154472 | Meta_Kadrey_00 154472 | Kallet, Amanda | Alex Boesenberg ▮▮@meta.com> | Amanda Kallet ▮▮@meta.com> | | | 6/6/2023 17:53 | Email requesting legal advice concerning contract issues. | Attorney Client | Beau James | Check out #7 | Check out #7 | Privileged - Redact | EMAIL | StandAlone Document |
| 11 | Meta_Kadrey_00 154478 | Meta_Kadrey_00 154478 | Kallet, Amanda | Marc Shedroff ▮▮@meta.com> | Alex Yu ▮▮@meta.com>; Amanda Kallet ▮▮@meta.com>; Elisa Garcia Anzano ▮▮@meta.com>; Azadeh Yazdan ▮▮@meta.com>; Kelly Michelena ▮▮@meta.com>; Andrew Caples ▮▮@meta.com> | | | 6/8/2023 23:24 | Email chain reflecting legal advice concerning copyright, data privacy, and safety issues. | Attorney Client | Jennifer Newstead | FW: [in-person + VC] Open Source follow ups | FW: [in-person + VC] Open Source follow ups | Privileged - Redact | EMAIL | Parent |
| 12 | Meta_Kadrey_00 154479 | Meta_Kadrey_00 154478 | Kallet, Amanda | | | | | 2/16/2024 22:59 | Document reflecting legal advice concerning copyright, data privacy, and safety issues. | Attorney Client | MPI In-House Legal Counsel | | 6-8 LLaMa Commercial Release Followup.pdf | Privileged - Redact | EMAIL | Attachment |

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc.
Privilege Log - December 6, 2024

Highly Confidential
Attorney's Eyes Only

| Priv Log | Bates No. | BegAttach | Custodians | Author/From | To | CC | BC | Date | Privilege Description | Privilege | Legal Source | Email Subject | Filename | Withhold/ | Data Type | Family |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Meta_Kadrey_00 154729 | Meta_Kadrey_00 154729 | Kallet, Amanda | ███ @meta.com | Aayushi Srivastava ███ @meta.com>; Sean Kogler ███ r@meta.com>; Didem Foss ███ @meta.com>; Amanda Kallet ███ @meta.com>; Shiyang Chen ███ @meta.com>; Anna Grosul ███ @meta.com>; Kenneth Heafield ███ @meta.com> | | | 6/18/2024 0:01 | Chat reflecting legal advice concerning copyright and contract issues. | Attorney Client | Ahuva Goldstand | Message summary [{"otherUserFbId":null,"thread FbId":7637196399660247}] | Message summary [{"otherUserFbId":null,"thread FbId":7637196399660247}] | Privileged - Redact | WP Chats | StandAlone Document |
| 14 | Meta_Kadrey_00 155464 | Meta_Kadrey_00 155464 | Boesenberg, Alex | Melanie Kambadur (Google Docs) <comments-noreply@docs.google.com> | Alex Boesenberg ███ @meta.com> | | | 3/17/2023 17:20 | Email reflecting legal advice concerning copyright issues. | Attorney Client | MPI In-House Legal Counsel | LLM BD Updates - March 2023 | LLM BD Updates - March 2023 | Privileged - Redact | EMAIL | StandAlone Document |
| 15 | Meta_Kadrey_00 155715 | Meta_Kadrey_00 155715 | Boesenberg, Alex | ███ @meta.com | Alex Boesenberg ███ @meta.com>; Sy Choudhury ███ @meta.com>; Didem Foss ███ @meta.com> | | | 3/14/2024 0:59 | Chat reflecting legal advice concerning copyright and contract issues. | Attorney Client | Jennifer Newstead; MPI In-House Legal Counsel | Message summary [{"otherUserFbId":null,"thread FbId":7181940665235086}] | Message summary [{"otherUserFbId":null,"thread FbId":7181940665235086}] | Privileged - Redact | WP Chats | StandAlone Document |
| 16 | Meta_Kadrey_00 156178 | Meta_Kadrey_00 156178 | Marra, Chris | ███ @meta.com | ███ @meta.com> | | | 4/16/2024 19:29 | Document reflecting legal advice concerning legal risks relating to partnership negotiations. | Attorney Client | MPI In-House Legal Counsel | | 3P AI Partner Conversations Summary ███ .docx | Privileged - Redact | GSUITE | Parent |