# EXHIBIT 2

Case 3:23-cv-03417-VC   Document 436-5   Filed 02/14/25   Page 2 of 7

11/18/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.   Alexander Boesenberg
                         Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, ET AL.,                    )

    INDIVIDUAL AND REPRESENTATIVE      )

                                  PLAINTIFFS, ) LEAD CASE NO.

               v.                           ) 3:23-cv-03417-VC

META PLATFORMS, INC.,                      )

                                  DEFENDANT. )

_____)


 * * * H I G H L Y   C O N F I D E N T I A L * * *

* * * A T T O R N E Y S '   E Y E S   O N L Y * * *


VIDEO-RECORDED DEPOSITION OF

ALEXANDER BOESENBERG

MONDAY, NOVEMBER 18, 2024

SAN FRANCISCO, CALIFORNIA

9:04 A.M. PST

REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 436-5   Filed 02/14/25   Page 3 of 7

11/18/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.   Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 130

```
 1   conversations you may have had with any
 2   attorneys or counsel, have you ever abandoned,
 3   like, negotiating a license deal with a book
 4   publisher because you were concerned that the
 5   publisher may not have had rights to license the
 6   material to you?
 7            MR. WEINSTEIN:  Same instruction.
 8            THE WITNESS:  Because I personally was
 9   concerned that they didn't have the rights?
10   BY MR. YOUNG:
11       Q.   Meta.  If Meta was concerned.
12            MR. WEINSTEIN:  Same instruction.
13            THE WITNESS:  So the answer to that
14   question is no.  But we have abandoned in the
15   past negotiations with book publishers.
16   BY MR. YOUNG:
17       Q.   For the purposes of AI training?
18            And without going into any of the
19   specifics of your conversations with counsel.
20            MR. WEINSTEIN:  Same instruction.
21            THE WITNESS:  I'm getting confused.  I
22   wasn't making that distinction.
```

Case 3:23-cv-03417-VC   Document 436-5   Filed 02/14/25   Page 4 of 7

11/18/2024      Richard Kadrey, et al. v. Meta Platforms, Inc.   Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 131

1          It's not -- so we just decided not
2     to -- we got to a point where we decided we that
3     were no longer going to be in market for a
4     book -- the licensing of books content for AI
5     training.  At least, like, I was asked not to
6     work on that anymore.
7     BY MR. YOUNG:
8          Q.   Do you recall when you received that
9     instruction not to -- instruction not to pursue
10    any further licensing of books for --
11         A.   It was Good Friday 2023.
12         Q.   Can you tell me what the date of Good
13    Friday is?
14         A.   I don't -- I wasn't trying to be crass.
15    The only reason I knew it was Good Friday is my
16    daughters go to a religious school, and I was in
17    Amsterdam because we had flown out so they'd get
18    off -- you know, so they could get off Good
19    Friday, and then the following they'd get the
20    full week off.  So we flew overnight Thursday,
21    and I was told the first day I was in Amsterdam.
22              So I don't remember that exact day, but

Case 3:23-cv-03417-VC   Document 436-5   Filed 02/14/25   Page 5 of 7

11/18/2024       Richard Kadrey, et al. v. Meta Platforms, Inc.   Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 383

1  that agreement are, and so I just have no idea,
2  like, if HarperCollins -- I have no idea if
3  that's -- that potential deal is available to us
4  or not.
5       Q.   Okay.  So on April 7, 2023, you
6  testified that Mr. Choudhury issued a directive
7  to cease negotiation efforts to license -- cease
8  negotiation efforts with third parties to
9  license the materials for training AI data;
10 right?
11      A.   Yes.
12      Q.   Okay.  Do you recall why that directive
13 was issued?
14      A.   Yes.
15           MR. WEINSTEIN:  Caution the witness
16 just -- go ahead.
17 BY MR. YOUNG:
18      Q.   Okay.  Why was that directive issued?
19           MR. WEINSTEIN:  Caution the witness not
20 to reveal --
21           THE WITNESS:  Subject to --
22           MR. WEINSTEIN:  Just a minute.

Case 3:23-cv-03417-VC   Document 436-5   Filed 02/14/25   Page 6 of 7

11/18/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.   Alexander Boesenberg
                       Highly Confidential - Attorneys' Eyes Only

Page 384

1          Caution the witness not to reveal the
2    content of any --
3          THE WITNESS:  Yeah, I mean --
4          MR. WEINSTEIN:  Let me finish.  I know
5    it's late in the day.
6          Caution the witness not to reveal the
7    content of any communication with counsel.
8          Otherwise, you can answer.
9          THE WITNESS:  Yeah, I mean, I think
10   that there was a discussion between Sy and legal
11   leadership, and there was a conclusion that it
12   didn't make sense for us to further pursue.
13         MR. YOUNG:  I'm going to pass the
14   witness.
15
16                    EXAMINATION
17   BY MR. WEINSTEIN:
18     Q.   I just had one question for you to
19   clarify the record.
20         Earlier you mentioned an acronym PSA.
21         Do you recall that?
22     A.   Yeah.  Professional services agreement.

Case 3:23-cv-03417-VC   Document 436-5   Filed 02/14/25   Page 7 of 7

11/18/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.   Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 386

1  STATE OF CALIFORNIA        )
2  COUNTY OF LOS ANGELES      )  SS.
3        I, AUDRA E. CRAMER, CSR No. 9901, in and for the
4  State of California, do hereby certify:
5        That, prior to being examined, the witness named
6  in the foregoing deposition was by me duly sworn to
7  testify the truth, the whole truth and nothing but the
8  truth;
9        That said deposition was taken down by me in
10 shorthand at the time and place therein named, and
11 thereafter reduced to typewriting under my direction,
12 and the same is a true, correct and complete transcript
13 of said proceedings;
14       I further certify that I am not interested in the
15 event of the action.
16       Witness my hand this 21 day of November,
17 2024.
18
19
20
                                Certified Shorthand
21                              Reporter for the
                                State of California
22