1    COOLEY LLP
     BOBBY GHAJAR (198719)
2    (bghajar@cooley.com)
     TERESA MICHAUD (296329)
3    (tmichaud@cooley.com)
     COLETTE GHAZARIAN (322235)
4    (cghazarian@cooley.com)
     1333 2nd Street, Suite 400
5    Santa Monica, California 90401
     Telephone:    (310) 883-6400
6
     MARK WEINSTEIN (193043)
7    (mweinstein@cooley.com)
     KATHLEEN HARTNETT (314267)
8    (khartnett@cooley.com)
     JUDD LAUTER (290945)
9    (jlauter@cooley.com)
     ELIZABETH L. STAMESHKIN (260865)
10   (lstameshkin@cooley.com)
     3175 Hanover Street
11   Palo Alto, CA  94304-1130
     Telephone:    (650) 843-5000
12   CLEARY GOTTLIEB STEEN & HAMILTON LLP
     ANGELA L. DUNNING (212047)
13   (adunning@cgsh.com)
     1841 Page Mill Road, Suite 250
14   Palo Alto, CA 94304
     Telephone: (650) 815-4131
15
16   *Counsel for Defendant Meta Platforms, Inc.*

17                 UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

20   RICHARD KADREY, *et al.*,                    Case No. 3:23-cv-03417-VC-TSH

21       Individual and Representative Plaintiffs,   **DECLARATION OF MORVARID METANAT IN
                                                     SUPPORT OF META'S OPPOSITION TO
22          v.                                       PLAINTIFFS' LETTER BRIEF REGARDING
                                                     THE DEPOSITION OF SY CHOUDHURY**
23   META PLATFORMS, INC., a Delaware
     corporation;
24
                          Defendant.
25

26

27

28

                                                              METANAT DECL.
                                                          3:23-CV-03417-VC-TSH

I, Morvarid Metanat, hereby declare:

1.      I am Director and Associate General Counsel, Artificial Intelligence Product at Meta Platforms, Inc. ("Meta") I am a member in good standing of the state bar of California.

2.      The contents of this declaration are based on my personal knowledge and if called as a witness, would testify to the matters contained herein.

3.      In my role as Director and Associate General Counsel, Artificial Intelligence Product at Meta, I provide legal advice to the product and engineering groups regarding artificial intelligence (AI) products and technology.

4.      In or around the first week of April, 2023, I participated in a privileged meeting with Mr. Marc Shedroff and other persons in leadership regarding whether to pause outreach to publishers. During that same week, I participated in another privileged meeting with Mr. Shedroff and Mr. Sy Choudhury regarding whether to pause outreach to publishers. During both meetings, I provided legal advice regarding the legal risks of whether to pause outreach to publishers. In or around the first week of April, 2023, the decision was made to pause publisher outreach.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Diego, California on this 12th day of December, 2024.

_____

Morvarid Metanat

METANAT DECL.
3:23-CV-03417-VC-TSH