# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,           )
          Individual and          )
          Representative          )
          Plaintiffs,             )
                                  )
  v.                              )   Case No.:
                                  )   3:23-cv-03417-VC
META PLATFORMS, INC.,             )
          Defendant.              )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Videotaped 30(b)(6) deposition of Defendant
META PLATFORMS, INC.,
by and through its corporate designee
NIKOLAY BASHLYKOV
Friday, December 6, 2024

London, England
United Kingdom

Reported stenographically by:
Leah M. Willersdorf,
RMR, CRR, FBIVR, ACR, QRR2*, CLR

_____
DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 437-2   Filed 02/14/25   Page 3 of 10

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 47

1    Q.   So your testimony today as Meta's
2  corporate designee is that for the rest of LibGen, you
3  did not use torrents?
4    A.   Correct.
5    Q.   Is there sci-mag data on these hard
6  drives?
7    A.   There is.
8    Q.   So these hard drives then contain data
9  that Meta acquired through bit torrents; isn't that
10 correct?
11           MR. WEINSTEIN:  Object to form, vague.
12           THE WITNESS:  It was collected using
13 torrents protocol.
14 BY MS. POUEYMIROU:
15   Q.   Okay.  These hard drives then contain data
16 that Meta also seeded; isn't that correct?
17           MR. WEINSTEIN:  Objection to form, outside
18 the scope.
19           MS. POUEYMIROU:  Actually, I want to just
20 clarify something.  In Clark's deposition in
21 Volume III, Kathleen Hartnett said on the record:
22           "With respect to your questioning about

Case 3:23-cv-03417-VC   Document 437-2   Filed 02/14/25   Page 4 of 10

12/6/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.        Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 48

1  seeding, kind of without arguing about whether it's
2  under 1 or 2, Mr. Bashlykov will be the 30(b)(6)
3  witness for Topic 7 and he's prepared to talk about
4  seeding in more detail."
5            So we have a lot of questions about
6  seeding right now.
7            MR. WEINSTEIN:  Okay.  I had neglected --
8  I had forgotten about that point.  I agree she said
9  that.  I do remember that.
10 BY MS. POUEYMIROU:
11     Q.   Were you prepared today to talk about
12 seeding, Mr. Bashlykov?
13           MR. WEINSTEIN:  Don't look at me -- you
14 can answer that question.
15           MR. BYRD:  Well, the record needs to show
16 that he looked at you and you --
17           MR. WEINSTEIN:  I know, but -- well --
18           MR. BYRD:  -- shook your head to answer
19 yes.
20           MR. WEINSTEIN:  The witness --
21           MR. BYRD:  That's what the record --
22           MR. WEINSTEIN:  The witness is not a

Case 3:23-cv-03417-VC   Document 437-2   Filed 02/14/25   Page 5 of 10

12/6/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 49

 1   professional 30(b)(6) witness, so obviously he --

 2          MR. BYRD:  Well, if we are going to swear

 3   you in, we should do that.

 4          MR. WEINSTEIN:  Well, let me ask:  Are you

 5   taking the deposition or is she?

 6          MR. BYRD:  No, but I saw it and think it

 7   should be on the record, that you shook your head.

 8          MR. WEINSTEIN:  Okay.  Why don't you

 9   repeat your question and we'll...

10   BY MS. POUEYMIROU:

11       Q.   So, Mr. Bashlykov, in the dep- -- do you

12   know who Mike Clark is?

13       A.   I do.

14       Q.   Okay.  In Mr. Clark's deposition, when we

15   were discussing seeding in the document we spent about

16   two hours on yesterday, the lawyer for Meta said that

17   you were going to be the witness to talk about it,

18   specifically as a 30(b)(6) witness on behalf of Meta.

19          My question for you is how are you

20   prepared to discuss seeding in this case?

21       A.   Could you specify the term "how"?

22       Q.   I'm asking you what preparation you put to

Case 3:23-cv-03417-VC   Document 437-2   Filed 02/14/25   Page 6 of 10

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 50

1  discuss seeding, given the representations of counsel
2  that you would be the 30(b)(6) witness to provide
3  testimony on this that is binding to Meta?
4      A.   So I refreshed my knowledge of the work
5  I did using the notebook document that is included in
6  this.
7      Q.   And are you talking about tab 8?
8      A.   Correct.
9      Q.   Did you look at any other documents that
10 discuss seeding?
11     A.   I looked into the internal documentation
12 which specifies which ports open on the dev servers.
13     Q.   "... internal documentation which
14 specifies which ports open on the dev servers."
15          What does that mean?
16     A.   So Meta dev servers, they have some
17 firewall protection.  I refreshed my knowledge on what
18 ports are open to the outside or which ones are not.
19     Q.   And what does that mean about "what ports
20 are open to the outside [and] which ones are not"?
21     A.   It means through which ports can the
22 communication with the internet happen.

Case 3:23-cv-03417-VC   Document 437-2   Filed 02/14/25   Page 7 of 10

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 60

1     Q.   So why did you mention port 80 when
2  I asked you about seeding?
3     A.   You asked some information that I was
4  additionally looking when I was preparing, so that was
5  one of the documents that I looked into.
6     Q.   Is Meta currently using torrent for any
7  sourcing of its datasets?
8          MR. WEINSTEIN:  Object to form, outside
9  the scope, calls for speculation.
10         THE WITNESS:  I don't have information to
11 suggest that it is.
12 BY MS. POUEYMIROU:
13    Q.   Okay.  So I am going to go back to your
14 testimony.
15         "Did you look at any other documents that
16 discussed seeding?"
17         And you said:
18         "I looked into internal documentation
19 which specifies which ports open on the dev servers."
20    A.   Correct.
21    Q.   And you said that port 80 "was open to the
22 outside, which means it can communicate with the

Case 3:23-cv-03417-VC   Document 437-2   Filed 02/14/25   Page 8 of 10

12/6/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.     Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 62

 1       A.    That is not correct.
 2       Q.    So you just said:
 3             "It is one of the precautions that
 4   I mentioned initially that prevents or limits
 5   seeding."
 6             You've also testified that Meta took
 7   precautions to limit seeding.  Is it your testimony
 8   that Meta has never seeded before?  Because that's
 9   actually the opposite of what Mike Clark's testified
10   to.
11       A.    Could you repeat the question, please?
12       Q.    Mike Clark testified that Meta has seeded
13   but it tried to minimize the amount that it seeds.
14             I'm asking you, since you've been offered
15   as Meta's corporate deponent on seeding, whether that
16   is your understanding as well?
17       A.    So, as I was mentioning before, I don't
18   have information to prove or disprove that seeding was
19   happening.
20       Q.    So how are you prepared as Meta's
21   corporate deponent on seeding, then?
22             MR. WEINSTEIN:  Object to form, asked and

Case 3:23-cv-03417-VC   Document 437-2   Filed 02/14/25   Page 9 of 10

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 63

```
 1   answered.
 2              THE WITNESS:  So you mentioned I don't
 3   have to answer?
 4   BY MS. POUEYMIROU:
 5       Q.   No, you do.
 6              MR. WEINSTEIN:  No, no.  Unless I instruct
 7   you otherwise, you have to answer a question.
 8              MS. POUEYMIROU:  Yes.
 9              THE WITNESS:  I do.  So as I previously
10   mentioned which documents I have reviewed --
11   BY MS. POUEYMIROU:
12       Q.   Mmm-hmm.
13       A.   -- I believe that that is the information,
14   to the best of my knowledge, that I can present on
15   this kind of part.
16       Q.   What documents did you review that address
17   seeding, other than the document in tab 8?
18       A.   So, yes, as I was saying, I was reviewing
19   the internal documentation about the dev servers.
20       Q.   So the only thing that you reviewed was
21   the document under tab 8 and the internal servers?
22              MR. WEINSTEIN:  Object to form.
```

Case 3:23-cv-03417-VC   Document 437-2   Filed 02/14/25   Page 10 of 10

12/6/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 64

 1              THE WITNESS:  To the best of my knowledge.
 2     BY MS. POUEYMIROU:
 3          Q.   Okay.  Can you define what "seeding" is?
 4          A.   My personal definition is that it is
 5     the process of sharing through the peer-to-peer
 6     network.
 7          Q.   And I'm actually not asking for your
 8     personal definition.  I'm asking for Meta's.
 9               Is that the definition that you give on
10     behalf of Meta?
11          A.   I do.
12          Q.   Okay.  So if you are seeding copyrighted
13     books, does that mean you are sharing or distributing
14     those books in that network?  Is that how you would
15     apply the term "seeding"?
16               MR. WEINSTEIN:  Object to form.
17               THE WITNESS:  So seeding is sharing, like,
18     possibility of sharing parts of the documents.
19     BY MS. POUEYMIROU:
20          Q.   And so if the documents that you're
21     sharing comprise copyrighted material, seeding is the
22     distribution of that material; is that correct?