# EXHIBIT C

Case 3:23-cv-03417-VC   Document 437-3   Filed 02/14/25   Page 2 of 6

12/5/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
                     Highly Confidential - Subject to Protective Order

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,        )
                               )
          Individual and       )
          Representative       )
          Plaintiffs,          )
                               )
v.                             )   Case No. 3:23-cv-03417-VC
                               )
META PLATFORMS, INC.,          )
                               )
          Defendant.           )
_____)

** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **
Videotaped Deposition of meta Platforms, Inc.
by and through its corporate designee
SY CHOUDHURY
San Francisco, California
Thursday, December 5, 2024

Reported Stenographically by
Michael P. Hensley, RDR, CSR No. 14114
_____
DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 437-3   Filed 02/14/25   Page 3 of 6

12/5/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
                       Highly Confidential - Subject to Protective Order

Page 8

1  individual capacity that you would change now that
2  you're testifying on behalf of Meta?
3      A.   No.
4           ATTORNEY HARTNETT:  I would just object to
5  the extent that any of it is beyond the scope of
6  notice.
7           But you can answer.
8  BY ATTORNEY PRITT:
9      Q.   You've been designated as Meta's 30(b)(6)
10 witness regarding efforts to obtain text data for AI
11 training; correct?
12     A.   Third-party text data licensing, correct.
13     Q.   Okay.  Well, let's look at the deposition
14 notice.  It was marked as Exhibit 850 in your
15 individual deposition.
16          If you look at the second page, you'll see
17 a topic 8.
18          Do you see what I'm referring to?
19     A.   Yes.
20     Q.   Can you read that topic?
21     A.   Sure.
22               [As Read]  Meta's efforts to acquire

Case 3:23-cv-03417-VC   Document 437-3   Filed 02/14/25   Page 4 of 6

12/5/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
                   Highly Confidential - Subject to Protective Order

Page 9

```
 1              text data to train the Meta language
 2              models including licensing efforts if any.
 3         Q.   I'll ask for the record, are you prepared
 4    to testify today as to the extent of Meta's efforts
 5    to acquire text data to train the Meta language
 6    models including licensing efforts if any?
 7         A.   Yes.
 8         Q.   I understand that you, in fact, are not
 9    being offered to testify to all of Meta's efforts to
10    acquire text data to train the Meta language models
11    including licensing efforts if any, but I will allow
12    your counsel to clarify if that's true.
13              ATTORNEY HARTNETT:  Yes.  Thank you.
14              Just for the record, we understood, and
15    through our discussions with plaintiffs' counsel and
16    the briefing on this issue, that the scope of this
17    deposition would be concerning commercial outreach
18    including but not limited to licensing regarding
19    acquiring text data for the Meta language models.  I
20    would -- we don't need to belabor the points here.
21    We'll brief them if needed, but -- including through
22    plaintiffs' own briefing of that issue on the
```

Case 3:23-cv-03417-VC   Document 437-3   Filed 02/14/25   Page 5 of 6

12/5/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
                          Highly Confidential - Subject to Protective Order

Page 10

1   30(b)(6) dispute; so today he'll be prepared to
2   testify to that topic.
3           ATTORNEY PRITT:  Yes.  Thank you,
4   Ms. Hartnett.
5           ATTORNEY HARTNETT:  Just -- sorry.  I
6   should just add the topics 1 and 2 we believe cover
7   the landscape of Meta's efforts to acquire text data
8   to train the Meta language models other than
9   commercial outreach including licensing.
10          ATTORNEY PRITT:  Thank you.
11          Just for the record, we disagree and
12  discussed this issue with Ms. Hartnett and will
13  continue to meet and confer with Meta's counsel to
14  see if we can address plaintiffs' concerns with
15  respect to the scope of the topic that the witness
16  is prepared to testify about today.
17          But to confirm, currently the witness is
18  prepared to testify about commercial outreach
19  including but not limited to licensing regarding
20  acquiring text data for the Meta language models; is
21  that correct?
22          ATTORNEY HARTNETT:  Yes.

Case 3:23-cv-03417-VC   Document 437-3   Filed 02/14/25   Page 6 of 6

12/5/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
                  Highly Confidential - Subject to Protective Order

Page 11

1           ATTORNEY PRITT:  Okay.  Thank you.
2           ATTORNEY HARTNETT:  And just to put it on
3    the record, we were not agreeing to any additional
4    30(b)(6) time notwithstanding our -- in light of our
5    dispute, but we can take that up separately.  I just
6    want to put you on notice of that given the limited
7    time remaining.
8           ATTORNEY PRITT:  Okay.  Thank you.
9    BY ATTORNEY PRITT:
10       Q.   So what, Mr. Choudhury, what did you do to
11   prepare to discuss -- sorry.  Strike that.
12            Mr. Choudhury, what did you do to prepare
13   to testify about commercial outreach including but
14   not limited to licensing regarding acquiring text
15   data for the Meta language models?
16       A.   We had a premeeting, two -- roughly two
17   two-hour premeetings to just go over the topics, and
18   that was my preparation.
19       Q.   And who attended those meetings?
20       A.   The -- my two counsels here, Kathleen and
21   Nikki, and myself.
22       Q.   Did anyone else attend those meetings?