# Exhibit G

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Rachel Geman
250 Hudson Street, 8th Floor
New York, NY 10013
(212) 355-9500
rgeman@lchb.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional counsel included below]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>  *Individual and Representative Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>  *Defendant*. | Lead Case No. 3:23-cv-03417-VC<br><br>**NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO META PLATFORMS. INC. & 30(b)1 TO NIKOLAY BASHLYKOV**<br><br>Date: December 6, 2024<br>Time: 9:00 a.m. Local Time<br>Location: Boies Schiller & Flexner LLP<br>        5 New St Square,<br>        London EC4A 3BF, United Kingdom |

|   |   |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil |
| 3 | Procedure, Plaintiffs, by and through their attorneys of record, will take the deposition upon oral |
| 4 | examination of Nikolay Bashlykov on December 6, 2024, beginning at 9:00 a.m. local time at |
| 5 | Boies Schiller & Flexner LLP, 5 New St Square, London EC4A 3BF, United Kingdom, and continuing |
| 6 | as necessary until completed. Said deposition will be taken before an officer qualified to administer |
| 7 | oaths. The deposition will be recorded by stenographic and audiovisual means. |
| 8 | PLEASE TAKE FURTHER NOTICE that, in accordance with Rule 30(b)(6) of the Federal |
| 9 | Rules of Civil Procedure, Meta Platforms, Inc. ("Meta") is hereby directed to designate one or more |
| 10 | officers, directors, managing agents, or other persons who consent to testify and are most |
| 11 | knowledgeable and competent to testify regarding the following topic(s) and related or supporting facts |
| 12 | occurring between January 1, 2016 and the present (the "Relevant Period"): |
| 13 | 1. Topic 7: The origin and contents of the datasets Meta has produced in this case, labeled |
| 14 | Meta_Kadrey_Data_001, Meta_Kadrey_Data_002, Meta_Kadrey_Data_003, Meta_Kadrey_Data_004, |
| 15 | and Meta_Kadrey_Data_005, including who identified and compiled each dataset produced, and how |
| 16 | each dataset produced has been used by Meta in training each of its LLMs from Llama 1 through any |
| 17 | Llama version currently in development, including whether Meta accessed, obtained and/or sourced the |
| 18 | datasets at multiple points in time and, if so, when and for what purpose. |
| 19 | 2. Topic 10: The source code provided to Plaintiffs for review, including who compiled the |
| 20 | source code; what the source code consists of; any source code repositories used by Meta's LLMs not |
| 21 | captured by the production to date; the dates the source code was created; how recently the source code |
| 22 | has been updated; what LLM models the source code covers; how the source code is organized; what |
| 23 | models are used within each version of Llama and what each of these models do; whether any Llama |
| 24 | model uses or incorporates different tools, including for web research, and if so, what these tools do; |
| 25 | differentiations between the model production system on the web versus what Meta has shared in its |
| 26 | public repositories; source code pertaining to Meta's efforts to train its models to identify copyrighted |
| 27 | material; whether there are any pull requests or commits from certain date ranges that are not included |
| 28 | in the source code; whether the source code produced to date includes or omits production or |

1  application code; and any of the issues raised in the October 4, 2024 Declaration of Dr. Jonathan Krein.

2  The Rule 30(b)(6) deposition of Meta Platforms, Inc. on Topics 7 and 10 will commence on December 6, 2024, beginning immediately after the Rule 30(b)(1) deposition of Amrish Acharya has been completed, and will continue from day to day thereafter until completed, at the offices of Boies Schiller & Flexner LLP, 5 New St Square, London EC4A 3BF, United Kingdom. The deposition will be taken before a notary public or other officer duly authorized to administer oaths and take testimony and will be recorded by stenographic and videographic means.

Dated: November 27, 2024     By:     */s/ Christopher K.L. Young*
                                                Christopher K.L. Young

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Margaux Poueymirou (SBN 356000)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
mpoueymirou@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@buttericklaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

|   |   |
|---|---|
| 1 | **DICELLO LEVITT** |
| 2 | David A. Straite (*pro hac vice*) |
|   | 485 Lexington Avenue, Suite 1001 |
| 3 | New York, NY 10017 |
|   | (646) 933-1000 |
| 4 | dstraite@dicellolevitt.com |

Column layout:

**DICELLO LEVITT**
David A. Straite (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, NY 10017
(646) 933-1000
dstraite@dicellolevitt.com

Amy Keller
Nada Djordjevic
James A. Ulwick
Madeline Hills
10 North Dearborn Street, 6th Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com
mhills@dicellolevitt.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Rachel Geman  (*pro hac vice*)
Reilly Stoler
Kenneth S. Byrd
250 Hudson Street, 8th Floor
New York, NY 10013
(212) 355-9500
rgeman@lchb.com
rstoler@lchb.com
kbyrd@lchb.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1505, San Francisco, CA 94108. I am over the age of eighteen and not a party to this action.

On November 27, 2024, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO META PLATFORMS. INC. & 30(b)1 TO NIKOLAY BASHLYKOV**

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 27, 2024.

*/s/ Heaven Y. Haile*
Heaven Y. Haile

# SERVICE LIST

| | |
|---|---|
| Bobby A. Ghajar<br>Colette Ani Ghazarian<br>**COOLEY LLP**<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>Email: bghajar@cooley.com<br>         cghazarian@cooley.com | zmetakadrey@cooley.com<br><br>*Counsel for Defendant*<br>*Meta Platforms, Inc.* |

Kathleen R. Hartnett
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Email: khartnett@cooley.com

Judd D. Lauter
Elizabeth Lee Stameshkin
Juan Pablo Gonzalez
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Email: jlauter@cooley.com
         lstameshkin@cooley.com
         jgonzalez@cooley.com

Cole Augustus Poppell
Phillip Edward Morton
**COOLEY LLP**
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
(202) 776-2317
Fax: (202) 842-7899
Email: cpoppell@cooley.com
         pmorton@cooley.com

Mark Alan Lemley
**LEX LUMINA PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Email: mlemley@lex-lumina.com

Angela L. Dunning
**CLEARY GOTTLIEB STEEN &**
**HAMILTON LLP**
1841 Page Mill Road
Palo Alto, CA 94304-1254
Email: adunning@cgsh.com