# Exhibit H

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,         )
          Individual and        )
          Representative        )
          Plaintiffs,           )
                                )
     v.                         )   Case No.:
                                )   3:23-cv-03417-VC
META PLATFORMS, INC.,           )
          Defendant.            )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
Videotaped 30(b)(1) deposition of
NIKOLAY BASHLYKOV
Volume I

Thursday, December 5, 2024

London, England
United Kingdom

Reported stenographically by:
Leah M. Willersdorf,
RMR, CRR, FBIVR, ACR, QRR2*, CLR

_____

DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC  Document 437-8  Filed 02/14/25  Page 3 of 4

12/5/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.  Nikolay Bashlykov, Vol I
                          Highly Confidential - Attorneys' Eyes Only

Page 132

1      Q.   Okay.  And we had talked about torrenting
2   earlier, right?
3      A.   We did.
4      Q.   Okay.  And the issues with seeding, right?
5      A.   We did.
6      Q.   Okay.  So in between April 19 and May 22,
7   2023, the decision was made to begin torrenting parts
8   of LibGen, correct?
9      A.   Only refers to sci-mag.
10     Q.   Okay.  Well, was made with respect to
11  sci-mag at least, right?
12     A.   Yes.
13     Q.   Okay.  Do you know who made that decision?
14     A.   I do not know.  It was probably discussed
15  during the meetings.
16     Q.   Okay.  But you did not unilaterally make
17  the decision to torrent, right?
18     A.   I did not.
19     Q.   Okay.  Did you discuss with your managers
20  whether or not it was okay to begin torrenting parts
21  of LibGen?
22     A.   I think I did.

Case 3:23-cv-03417-VC   Document 437-8   Filed 02/14/25   Page 4 of 4

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 244

1          CERTIFICATE OF COURT REPORTER

2      I, LEAH M. WILLERSDORF, Registered Merit

3  Reporter, Certified Realtime Reporter, Fellow of the

4  British Institute of Verbatim Reporters, Qualified

5  Realtime Reporter Level 2, and Certified LiveNote

6  Reporter, do hereby certify that:

7      NIKOLAY BASHLYKOV appeared before me on

8  Thursday, December 05, 2024, was sworn by me and was

9  thereupon examined by counsel; that the testimony of

10 said witness was taken by me stenographically; that

11 the foregoing is a true and accurate record to the

12 best of my knowledge, skill and ability; that I am

13 neither a relative nor employee of any party to the

14 action in which this testimony was taken; that I am

15 neither relative nor employee of any attorney or

16 counsel employed by any party thereto; and, further,

17 I am not financially or otherwise interested in the

18 outcome of the action.

19

20

21            LEAH M. WILLERSDORF

         RMR, CRR, FBIVR, ACR, QRR2, CLR

22            (December 08, 2024)