# Exhibit I

Case 3:23-cv-03417-VC   Document 437-9   Filed 02/14/25   Page 2 of 15

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,         )
          Individual and        )
          Representative        )
          Plaintiffs,           )
                                )
   v.                           )   Case No.:
                                )   3:23-cv-03417-VC
META PLATFORMS, INC.,           )
          Defendant.            )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Videotaped 30(b)(6) deposition of Defendant
META PLATFORMS, INC.,
by and through its corporate designee
NIKOLAY BASHLYKOV
Friday, December 6, 2024

London, England
United Kingdom

Reported stenographically by:
Leah M. Willersdorf,
RMR, CRR, FBIVR, ACR, QRR2*, CLR

_____
DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 437-9   Filed 02/14/25   Page 3 of 15

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 18

 1      A.    Yes.

 2      Q.    Okay.

 3            How have you been prepared to testify
 4   today as Meta's corporate deponent?

 5            MR. WEINSTEIN:  She's asking you to
 6   describe generally the process that you undertook to
 7   prepare for this part of your deposition.

 8            THE WITNESS:  So I reviewed documents and
 9   I had a few calls with Meta employees.

10   BY MS. POUEYMIROU:

11      Q.    Who did you speak with?

12      A.    Okay.  Can I consult the names?  You mean
13   Meta employees?

14      Q.    Mmm-hmm.

15      A.    So I spoke to Kevin Leddy.

16      Q.    Kevin what?

17      A.    Kevin Leddy.

18            MR. BYRD:  Can you ask him -- do you have
19   a copy of that?

20            THE WITNESS:  It's actually, yes, in the
21   documents.

22            MR. BYRD:  Where is it?

Case 3:23-cv-03417-VC   Document 437-9   Filed 02/14/25   Page 4 of 15

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 19

```
 1                MR. WEINSTEIN:  It's in tab 2.
 2                MR. BYRD:  Okay.
 3                MS. POUEYMIROU:  You know what, let's
 4      enter this as Exhibit 3 -- I'm sorry, as Exhibit 818
 5      -- or 819.  819.  And this is the 30(b)(6) binder of
 6      exhibits used to prepare you for today's deposition.
 7      BY MS. POUEYMIROU:
 8           Q.   Is that correct, Mr. Bashlykov?
 9           A.   Correct.
10           Q.   Okay.
11                MR. BYRD:  Let's mark it with the
12      exhibit --
13                MS. POUEYMIROU:  Okay.  We'll mark yours
14      as well.
15                MR. WEINSTEIN:  Yeah, they'll put a
16      sticker on it eventually.  Don't worry about it.
17                THE WITNESS:  Okay.
18                (Plaintiffs' Exhibit 819 marked for
19                identification.)
20      BY MS. POUEYMIROU:
21           Q.   Okay.  So where are the names you are
22      referencing?
```

Case 3:23-cv-03417-VC   Document 437-9   Filed 02/14/25   Page 5 of 15

12/6/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.    Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 20

 1        A.    If you go to the second file --
 2        Q.    Mmm-hmm.
 3        A.    -- and then the last page of the second
 4    section.
 5        Q.    Okay.
 6              Okay.  Who else did you speak with?
 7        A.    So Kevin Leddy, as I was saying,
 8    Hugo Touvron and Eryk Helenowski.
 9        Q.    How do you spell Eryk's last name?
10        A.    Should I show you?  Or I can just write it
11    down.
12        Q.    Where is it here?
13              MR. WEINSTEIN:  He actually wrote it in
14    that one --
15              MS. POUEYMIROU:  Oh.
16              MR. WEINSTEIN:  -- so it's in that copy.
17              THE WITNESS:  I can pronounce it letter by
18    letter if you --
19    BY MS. POUEYMIROU:
20        Q.    Sure.
21        A.    H-e-l-e-n-o-w-s-k-i.
22        Q.    And who is he?

Case 3:23-cv-03417-VC   Document 437-9   Filed 02/14/25   Page 6 of 15

12/6/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.    Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 21

1      A.      He's a software engineer.

2      Q.      And why did you speak with him?

3      A.      He's a software engineer who knows about
4   Meta AI code and API code.

5      Q.      Why did you speak to Hugo Touvron?

6      A.      To try to get information about Books3G.

7      Q.      And what is Books3G?

8      A.      It's Books3 and Gutenberg.

9      Q.      And why did you speak to Kevin Leddy?

10     A.      So he pulled all issues and all pull
11  requests of the repositories' source code.

12     Q.      And what are issues and pull requests?

13     A.      It's a terminology in GitHub.  It's part
14  of the source code or modifications of the source
15  code.

16     Q.      But can you explain what an issue is for
17  the camera?

18     A.      The definition of the issue?

19     Q.      The definition of an issue, yes.

20     A.      So the definition of an issue in the
21  code base is when someone points out a certain,
22  necessarily or unnecessarily, change within the code

Case 3:23-cv-03417-VC   Document 437-9   Filed 02/14/25   Page 7 of 15

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 49

1  professional 30(b)(6) witness, so obviously he --

2      MR. BYRD:  Well, if we are going to swear

3  you in, we should do that.

4      MR. WEINSTEIN:  Well, let me ask:  Are you

5  taking the deposition or is she?

6      MR. BYRD:  No, but I saw it and think it

7  should be on the record, that you shook your head.

8      MR. WEINSTEIN:  Okay.  Why don't you

9  repeat your question and we'll...

10 BY MS. POUEYMIROU:

11     Q.  So, Mr. Bashlykov, in the dep- -- do you

12 know who Mike Clark is?

13     A.  I do.

14     Q.  Okay.  In Mr. Clark's deposition, when we

15 were discussing seeding in the document we spent about

16 two hours on yesterday, the lawyer for Meta said that

17 you were going to be the witness to talk about it,

18 specifically as a 30(b)(6) witness on behalf of Meta.

19     My question for you is how are you

20 prepared to discuss seeding in this case?

21     A.  Could you specify the term "how"?

22     Q.  I'm asking you what preparation you put to

Case 3:23-cv-03417-VC   Document 437-9   Filed 02/14/25   Page 8 of 15

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 50

1   discuss seeding, given the representations of counsel
2   that you would be the 30(b)(6) witness to provide
3   testimony on this that is binding to Meta?
4         A.    So I refreshed my knowledge of the work
5   I did using the notebook document that is included in
6   this.
7         Q.    And are you talking about tab 8?
8         A.    Correct.
9         Q.    Did you look at any other documents that
10  discuss seeding?
11        A.    I looked into the internal documentation
12  which specifies which ports open on the dev servers.
13        Q.    "... internal documentation which
14  specifies which ports open on the dev servers."
15              What does that mean?
16        A.    So Meta dev servers, they have some
17  firewall protection.  I refreshed my knowledge on what
18  ports are open to the outside or which ones are not.
19        Q.    And what does that mean about "what ports
20  are open to the outside [and] which ones are not"?
21        A.    It means through which ports can the
22  communication with the internet happen.

Case 3:23-cv-03417-VC   Document 437-9   Filed 02/14/25   Page 9 of 15

12/6/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 53

1  these hard drives contain data that Meta has also
2  seeded.  I want to return to that question.  You said
3  sci-mag was data Meta sourced through bit torrenting;
4  is that correct?
5         A.   I mentioned torrenting.
6         Q.   Torrenting, okay.
7              Is it also fair to say, since sci-mag you
8  have identified in these hard drives, that these hard
9  drives contain data Meta also seeded?
10             MR. WEINSTEIN:  Object to form.
11             THE WITNESS:  Sorry, can you repeat the
12 question?
13 BY MS. POUEYMIROU:
14       Q.   Isn't it true, then, that these hard
15 drives also contain data that Meta also seeded?
16             MR. WEINSTEIN:  Object to form.
17             THE WITNESS:  I don't have grounds to
18 confirm that.
19 BY MS. POUEYMIROU:
20       Q.   Is it possible that they contain data that
21 Meta also seeded?
22             MR. WEINSTEIN:  Object to form.

Case 3:23-cv-03417-VC   Document 437-9   Filed 02/14/25   Page 10 of 15

12/6/2024           Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 54

1          THE WITNESS:  I can only speculate.
2   I don't have, like, metadata which suggests that it
3   would.
4   BY MS. POUEYMIROU:
5        Q.   Okay.  So you were not prepared to answer
6   questions on whether any of the data on these hard
7   drives was also seeded?
8          MR. WEINSTEIN:  Object to form.
9          THE WITNESS:  How does it relate to me
10  being unprepared and the fact that I don't have
11  evidence?
12  BY MS. POUEYMIROU:
13       Q.   Because you were offered as the corporate
14  deponent to testify on behalf of Meta with respect to
15  seeding.
16       A.   Okay.
17       Q.   And you have been offered to testify on
18  behalf of Meta with respect to the sources of the data
19  on these hard drives.
20       A.   Correct.
21       Q.   So we are talking about data on these hard
22  drives and seeding, which are the two topics that you

Case 3:23-cv-03417-VC   Document 437-9   Filed 02/14/25   Page 11 of 15

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 55

1   were supposed to be prepared on, and I'm just

2   confirming whether you were.

3          Is it your testimony that you were not

4   prepared to discuss seeding any of the data on these

5   hard drives?

6          MR. WEINSTEIN:  Object to form,

7   mischaracterizes testimony.

8          THE WITNESS:  I only said that I don't

9   have evidence if any of the data that is on the hard

10  drives was seeded.

11  BY MS. POUEYMIROU:

12     Q.   But it is possible?

13     A.   I don't have evidence for that.

14     Q.   I understand that, but my question is not

15  whether you have evidence; it's whether it is possible

16  that some of this data that you torrented was also

17  seeded?

18          MR. WEINSTEIN:  Object to form.

19          THE WITNESS:  So during -- to the best of

20  my knowledge, during torrenting of sci-mag, there were

21  precautions in place to limit seeding.

22  BY MS. POUEYMIROU:

Case 3:23-cv-03417-VC  Document 437-9  Filed 02/14/25  Page 12 of 15

12/6/2024  Richard Kadrey, et al. v. Meta Platforms, Inc.  Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 150

1        Yeah.  So if you want to use a model in,
2   like, chat format or any other format, that you would
3   use most likely llm_inference code repository.
4            MS. POUEYMIROU:  Okay.  We are nearly out
5   of time.  I wanted to put on the record that -- what
6   we talked about during the break, which is, you know,
7   pursuant to your responses and objections,
8   Mr. Bashlykov was offered to provide testimony on
9   whether Meta downloaded the datasets at multiple
10  points in time, the datasets being those that are
11  contained on the hard drives, which include LibGen and
12  Books3, and was unable to provide any testimony about
13  that, nor was prepared to testify about that issue.
14           He was also -- it was also made clear by
15  Kathleen Hartnett in the Mike Clark deposition that
16  Mr. Bashlykov would be the 30(b)(6) witness prepared
17  to talk about seeding in more detail.  I had several
18  documents today that I had planned to talk with
19  Mr. Bashlykov about that I'm not going to discuss with
20  him because it is clear that he was not prepared to
21  speak on this topic, which I believe was noted by
22  counsel.

Case 3:23-cv-03417-VC   Document 437-9   Filed 02/14/25   Page 13 of 15

12/6/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.    Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 152

1           EXAMINATION ON BEHALF OF DEFENDANT
2    BY MR. WEINSTEIN:
3         Q.   Mr. Bashlykov, the binder that you have
4    today in front of you that contains documents that you
5    reviewed, are there documents in your binder about
6    which you were not asked any questions by opposing
7    counsel?
8         A.   There were.
9         Q.   Okay.  Mr. Bashlykov, were you prepared to
10   testify today about the measures that Meta took to
11   prevent the seeding of sci-mag pursuant to the
12   bit torrent process that you employed?
13        A.   I was.
14             MR. WEINSTEIN:  Okay.  No questions for
15   the witness.
16             I want to also just respond to your point
17   about the -- I believe the witness was properly
18   prepared to testify.  We are not going to respond to
19   your statements about time because, obviously, a lot
20   of your questions were outside the scope of the topics
21   for which he was designated.  I understand you
22   disagree with that, but I do believe a lot of the time

Case 3:23-cv-03417-VC   Document 437-9   Filed 02/14/25   Page 14 of 15

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 153

1  you spent today was talking about topics for which he
2  was not designated and the record does reflect that.
3           MS. POUEYMIROU:  Okay.  I don't have any
4  further questions.
5           MR. MORTON:  Real quick:  We need to make
6  sure that that notebook is marked.  I know we said we
7  would do it.
8           MR. WEINSTEIN:  It is, yeah.
9           MR. MORTON:  What's the time on the
10 record?
11          THE VIDEOGRAPHER:  It's currently 3:16.
12          MR. MORTON:  Okay, thank you.
13          MR. WEINSTEIN:  Thank you.
14          MR. MORTON:  Did you mark the transcript?
15          MR. WEINSTEIN:  I did, but I will do it
16 again.
17          MR. MORTON:  Okay.
18          MR. WEINSTEIN:  Pursuant to the protective
19 order, we will designate the transcript as "Highly
20 Confidential - Attorneys' Eyes Only."  The witness
21 will read and sign.
22          THE VIDEOGRAPHER:  Going off the record.

Case 3:23-cv-03417-VC   Document 437-9   Filed 02/14/25   Page 15 of 15

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 155

1       CERTIFICATE OF COURT REPORTER

2       I, LEAH M. WILLERSDORF, Registered Merit

3   Reporter, Certified Realtime Reporter, Fellow of the

4   British Institute of Verbatim Reporters, Qualified

5   Realtime Reporter Level 2, and Certified LiveNote

6   Reporter, do hereby certify that:

7       NIKOLAY BASHLYKOV appeared before me on Friday,

8   December 06, 2024, was sworn by me and was thereupon

9   examined by counsel; that the testimony of said

10  witness was taken by me stenographically; that the

11  foregoing is a true and accurate record to the best of

12  my knowledge, skill and ability; that I am neither a

13  relative nor employee of any party to the action in

14  which this testimony was taken; that I am neither

15  relative nor employee of any attorney or counsel

16  employed by any party thereto; and, further, I am not

17  financially or otherwise interested in the outcome of

18  the action.

19

20

21       LEAH M. WILLERSDORF

         RMR, CRR, FBIVR, ACR, QRR2, CLR

22           (December 08, 2024)