# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et   al.,           )
                                    )
Individual and Representative       )   Lead Case No.
Plaintiffs,                         )
                                    )   3:23-cv-03417-VC
    v.                              )
                                    )
Meta Platforms, Inc.,               )
                                    )
Defendant.                          )
_____)


\*\* H I G H L Y   C O N F I D E N T I A L \*\*

30(b)(1) VIDEOTAPED DEPOSITION OF

MICHAEL PATRICK CLARK

Denver, Colorado

Wednesday,  November 13, 2024


Reported stenographically by:

Michelle Kirkpatrick, RDR-CRR-CRC-CRI, FCRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 102

| | | |
|---|---|---|
| 1 | something that would -- that there was code to | 11:44 |
| 2 | basically -- you said remove, potentially, if it | 11:44 |
| 3 | mentioned, you know, the source of the content? | 11:44 |
| 4 |     Is that something -- can you be more | 11:44 |
| 5 | specific on what that removal would look like? | 11:44 |
| 6 |     MS. HARTNETT:  Object to the form. | 11:45 |
| 7 |   A  I'm a little confused by that question, so | 11:45 |
| 8 | if you could provide a little more detail. | 11:45 |
| 9 | BY MR. STEIN: | 11:45 |
| 10 |   Q  Sure.  Yeah. | 11:45 |
| 11 |     So I think you mentioned that if the data | 11:45 |
| 12 | was self-identified as pirated, that that could get | 11:45 |
| 13 | removed in the mitigation process. | 11:45 |
| 14 |     What exactly would be removed? | 11:45 |
| 15 |   A  So if the dataset was a series of files | 11:45 |
| 16 | and the file name said "pirated X, Y, Z" or "stolen | 11:45 |
| 17 | X, Y, Z," then the provenance of that data was very, | 11:45 |
| 18 | very clear, and that was pulled out of | 11:45 |
| 19 | pre-processing as one of the early stages. | 11:45 |
| 20 |   Q  Okay.  And in terms of the -- you | 11:45 |
| 21 | mentioned file name. | 11:45 |
| 22 |     Is there anything in the content of, let's | 11:45 |

Page 106

| | | | |
|---|---|---|---|
| 1 | removed, you're talking -- | | 11:48 |
| 2 | A    File. | | 11:48 |
| 3 | Q    -- about a file? | | 11:48 |
| 4 | A    A file. | | 11:48 |
| 5 | Q    Okay.  So a file in a particular dataset | | 11:49 |
| 6 | might get removed because it was self-identified as | | 11:49 |
| 7 | pirated or stolen. | | 11:49 |
| 8 | A    Yes. | | 11:49 |
| 9 | Q    And my question is:  Why would that file | | 11:49 |
| 10 | get removed? | | 11:49 |
| 11 | MS. HARTNETT:  And I would just object to | | 11:49 |
| 12 | the extent that there's any attorney-client- | | 11:49 |
| 13 | privileged information that would be divulged by an | | 11:49 |
| 14 | answer. | | 11:49 |
| 15 | A    Yeah, that mitigation -- the reason for | | 11:49 |
| 16 | that was a part of attorney-client with the IP and | | 11:49 |
| 17 | product counsel teams. | | 11:49 |
| 18 | BY MR. STEIN: | | 11:49 |
| 19 | Q    And were there -- you know, you mentioned | | 11:49 |
| 20 | this example, I think you said was in a foreign | | 11:49 |
| 21 | exchange. | | 11:49 |
| 22 | Can you think of another example of an | | 11:49 |

Page 178

| | | |
|---|---|---|
| 1 | it's -- if it self-identified and it is, then we | 14:01 |
| 2 | know.  I think everything outside of that, we don't | 14:01 |
| 3 | have a technical way of actually knowing where it | 14:01 |
| 4 | originated and how that happened. | 14:02 |
| 5 | I also think that, you know, the whole | 14:02 |
| 6 | process of training data is fully transformational | 14:02 |
| 7 | and well within the boundaries of acting ethically | 14:02 |
| 8 | and following the laws around fair use. | 14:02 |
| 9 | In addition to the mitigations that we did | 14:02 |
| 10 | on top of that to make sure that the model could not | 14:02 |
| 11 | regurgitate or memorize that material, I don't have | 14:02 |
| 12 | any reason to say it shouldn't. | 14:02 |
| 13 | BY MR. STEIN: | 14:02 |
| 14 |    Q    Why is it different from the data that you | 14:02 |
| 15 | did remove that was self-identified as pirated or | 14:02 |
| 16 | stolen?  Why should that matter? | 14:02 |
| 17 |    A    The source of the decision to do that | 14:02 |
| 18 | mitigation was direct advice from counsel. | 14:02 |
| 19 |    Q    And your testimony is, even knowing that a | 14:02 |
| 20 | dataset contained pirated or stolen material, if it | 14:03 |
| 21 | had not self-identified as such, it does not need to | 14:03 |
| 22 | be removed. | 14:03 |