# EXHIBIT D

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

| | |
|---|---|
| IN RE MATTER OF: | ) |
| RICHARD KADREY, et al., | ) |
| Plaintiff, | ) |
| vs. | ) C.A. NO.: |
| META PLATFORMS, INC., | ) 3:23-cv-03417-VC |
| Defendant. | ) |
|_____| ) |

** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **

VIDEOTAPED DEPOSITION OF LOGAN KERR

San Francisco, California

Tuesday, November 26, 2024

Stenographically Reported by:

HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR

Realtime Systems Administrator

California CSR License #11600

Oregon CSR License #21-0005

Washington License #21009491

Nevada CCR License #980

Texas CSR License #10725

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

1   training model when somebody prompted something
2   negative or something that we didn't want to respond
3   to, to not be helpful in that circumstance and
4   instead provides sort of a soft rebuttal to the
5   user.
6       Q.   And was all that data written by people
7   that you had hired?
8       A.   That is my understanding.
9       Q.   And what were some of the prompts that the
10  model was trained not to engage in or, as you put
11  it, to not respond helpfully?
12      A.   I want to be conscious about not revealing
13  conversations with Legal here.  I can give an
14  example, if that's helpful, but I'd rather not.  I
15  don't think I can talk about categories necessarily.
16      Q.   Yeah.  I would -- I would dispute that the
17  final product or even the product that you worked on
18  would be privileged.  I certainly wouldn't want you
19  to reveal any conversations or any substance of
20  conversations with counsel, but unless you're being
21  specifically told by counsel not to tell us these
22  categories, then I'd -- then I'd like for you to