# EXHIBIT E

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,         )
                                )
         Individual and         )
         Representative         )
         Plaintiffs,            )
                                )
v.                              )   Case No. 3:23-cv-03417-VC
                                )
META PLATFORMS, INC.,           )
                                )
         Defendant.             )
_____)


** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Videotaped Deposition of SERGEY EDUNOV

San Francisco, California

Wednesday, November 6, 2024


Reported Stenographically by

Michael P. Hensley, RDR, CSR No. 14114

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 130

```
 1                              ///
 2    BY ATTORNEY STEIN:
 3         Q.   If you turn to the second page --
 4         A.   Mm-hmm.
 5         Q.   -- it mentions that the original Llama was
 6    trained on research datasets that couldn't be used
 7    for commercial purposes.
 8              Do you see that?
 9         A.   Yeah, I see it.
10         Q.   What's your understanding of why these
11    research datasets could not be used for commercial
12    purposes?
13              ATTORNEY MORTON:  Objection.  I caution
14    the witness to the extent that might reveal any
15    attorney-client privileged information.
16              If you can answer to the extent without
17    revealing any information, you may do so.
18              THE WITNESS:  Yeah, so that is based on
19    our recommendation we wrote from our legal team.
20    BY ATTORNEY STEIN:
21         Q.   What datasets was original -- the original
22    Llama trained on?
```