# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

IN RE MATTER OF:              )
RICHARD KADREY, et al.,       )
Plaintiff,                    )
    vs.                       ) C.A. NO.:
META PLATFORMS, INC.,         ) 3:23-cv-03417-VC
Defendant.                    )
_____)


** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **


VIDEOTAPED DEPOSITION OF JOELLE PINEAU

Montreal, Quebec, Canada

Wednesday, November 6, 2024


Stenographically Reported by:

ANGELA JANSSEN, CSR,

Commissioner of Oaths

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 70

1   probably come up with an answer.

2        Q.   Now LLaMA 1 was previously known
3   as Genesis, right?

4        MS. HARTNETT:  Objection to form.

5        A.   We used that name internally for
6   a short period, yes.

7   BY MR. YOUNG

8        Q.   And eventually the decision was
9   made to release the model as LLaMA as opposed to
10  Genesis, right?

11       MS. HARTNETT:  Objection to form.

12       A.   Yes.

13  BY MR. YOUNG

14       Q.   Was it due to association with a
15  crypto platform released by the Winklevoss twins
16  that was undergoing SEC investigation around that
17  time?

18       MS. HARTNETT:  Objection to form.

19       A.   I don't remember that being a
20  deciding factor in the name.

21  BY MR. YOUNG

22       Q.   Okay.

Page 71

 1      A.    LLaMA is just a better name.

 2      Q.    Not everyone at Meta agreed with
 3  you though?

 4      A.    I'm well aware.

 5      Q.    Now, when LLaMA 1 was released,
 6  it was released -- well, before we get to that.

 7            Do you recall when this lawsuit
 8  was first filed against Meta?

 9      MS. HARTNETT:  Objection to form.

10      A.    You mentioned it earlier, but I
11  don't remember exactly.  Summer of 2023?

12  BY MR. YOUNG

13      Q.    Do you know what the term "shadow
14  library" means?

15      A.    No.

16      Q.    Have you ever heard of dataset
17  known as Library Genesis or LibGen?

18      A.    LibGen rings a bell, but I don't
19  know the specifics.

20      Q.    What about Sci-Hub?  Have you
21  heard of a dataset known as Sci-Hub?

22      A.    Sci-Hub, no.

Page 366

1          Q.    Do you recall if Dr. Presani ever
2    expressed concerns about the use of pirated
3    datasets to others in FAIR to train Generative AI
4    models?
5          MS. HARTNETT:   Objection to the form.
6          A.    I don't remember Dr. Presani
7    expressing concerns about the use of specific
8    datasets in training models.
9    BY MR. YOUNG
10         Q.    Do you remember if Dr. Presani
11   ever expressed to you the concerns about using
12   LibGen to train Generative AI models at Meta?
13         MS. HARTNETT:   Objection to the form.
14         A.    I don't remember them expressing
15   concern about that.
16   BY MR. YOUNG
17         Q.    Have you ever used with WhatsApp
18   to discuss details about datasets used to train
19   Generative AI models at Meta?
20         A.    I don't remember using WhatsApp
21   to discuss this with anyone.
22         Q.    Have you ever used WhatsApp to