# EXHIBIT C

```
 1              12/17/2024 - MARK ZUCKERBERG

 2              UNOFFICIAL DRAFT TRANSCRIPT

 3

 4      ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

 5

 6             This draft transcript is unedited and

 7   uncertified.  It may contain untranslated

 8   stenographic symbols, an occasional reporter's note,

 9   a misspelled proper name and/or nonsensical word

10   combinations.  These and any other errors will be

11   corrected in the final transcript.

12             It contains raw output from the court

13   reporter's stenotype machine translated into English

14   by the court reporter's computer, without the

15   benefit of proofreading.  Since this transcript has

16   not been proofread, the court reporter cannot assume

17   responsibility for any errors therein.

18             This draft transcript is intended to

19   assist attorneys in their case preparation and is

20   not to be construed as the final transcript.  It is

21   not to be duplicated or sold to other persons or

22   businesses.  It is not to be read by the witness or

23   quoted in any pleading, or for any other purpose,
```

4    raised to me or -- you know, I would assume that

5    there probably were at other levels of the

6    organization, but perhaps we were able to place the

7    appropriate mitigations such that it never got

8    escalated to me.

9    BY ATTORNEY BOIES:

10        Q.   My only question was whether any issue

11   regarding the use of copyrighted materials in

12   connection with your AI models ever got escalated to

13   you.

14             ATTORNEY GHAJAR:  Same objection.

15             To the extent your answer would refer or

16   relate to privileged communications, I'd caution you

17   not to.

18             THE WITNESS:  Sure.  And my answer's the

19   same, although I'll keep it shorter this time, that

20   I don't remember any specific conversations about

21   that.

22   BY ATTORNEY BOIES:

23        Q.   Do you remember any general conversations

24   about that?

25        A.   No, no.

28

```
1        Q.   You are familiar with a group of works
2    referred to as "Library Genesis" or "LibGen";
3    correct, sir?
4        A.   No.
5        Q.   You've never heard of LibGen?  Is that
6    your testimony?
7        A.   I don't think I had, no.
8             I might have -- it might have come up
9    during prep for the deposition with my lawyers, but
10   I don't think I'd heard of it before then.  And I'm
11   not sure that was an example that came up during
12   prep for this deposition; so I do not remember
13   having heard of that.
14       Q.   What about Books3?  Have you ever heard of
15   Books3?
16       A.   That, I think, came up in the deposition
17   prep, but I don't think I -- when it came up, I
18   don't recall having been aware of it before.
19       Q.   Have you ever -- other than in deposition
20   prep, have you ever been aware of Anna's Archives?
21       A.   No, I don't think so.
22       Q.   How about "z-lit" or "Z Literature"?
23       A.   No.
24       Q.   Have you ever heard of shadow libraries?
25       A.   No.  I don't think I've ever heard that
```

```
 1    term before.
 2         Q.   Have you ever heard of torrents or torrent
 3    or torrenting?
 4         A.   Yes.
 5         Q.   What is your understanding of that?
 6         A.   Basically, people can -- torrent, I think
 7    it's basically an online protocol and system where
 8    people can upload files to a distributed network,
 9    and then other people can download them from the
10    network.
11         Q.   And has Meta ever used that protocol, that
12    torrent protocol, to acquire works used to train
13    Meta's AI models?
14              ATTORNEY GHAJAR:  Objection.  Lacks
15    foundation.  Calls for speculation.  Also vague.
16              THE WITNESS:  I'm not sure.
17    BY ATTORNEY BOIES:
18         Q.   Do you have any information about that at
19    all?
20              ATTORNEY GHAJAR:  Same objection.  Lacks
21    foundation.  Calls for speculation.  Also vague.
```