# EXHIBIT A

# REDACTED

Kadrey v  Meta Platforms, Inc
Case No  3:23-cv-03417-VC

Meta Platforms, Inc
Third Privilege Log (email) - December 13, 2024

Highly Confidential
Attorney's Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | Pineau, Joelle | Mary Williamson @meta com; Carolyn Krol @meta com; Mo Metanat @meta com; Ernest Hammond @meta com; Juan Pino @meta com; Paco Guzmán @meta com; Saffyah Saleem @meta com; Jeff Wang (PM - AI) @meta com | Carolyn Krol @meta com; Mo Metanat @meta com; Ernest Hammond @meta com; Juan Pino @meta com; Paco Guzmán @meta com; Saffyah Saleem @meta com; Jeff Wang (PM - AI) @meta com | | | 11/17/2023 22 06 | Email Chain seeking and containing legal advice concerning regulatory and contract issues | Attorney Client | Carolyn Krol;Ernest Hammond;Mo Metanat | Re  Seamless  Legal Recommendations for Non-Expressive Translation Models (a/c Priv) | Re  Seamless  Legal Recommendations for Non-Expressive Translation Models (a/c Priv) | Privileged - Withhold | EMAIL | StandAlone Document |
| 14 | | | Pineau, Joelle | Joelle Pineau @meta com | Gargi Ghosh @meta com; Sony Theakanath @meta com; Luke Zettlemoyer (FAIR) @meta com; Ahuva Goldstand @meta com; Ammar Rizvi @meta com; Elizabeth L Kandali @meta com; Maeve Ryan @meta com; Mo Metanat @meta com; Mary Williamson @meta com | Luke Zettlemoyer @meta com; Daniel Li (FAIR) @meta com; Ahuva Goldstand @meta com; Ammar Rizvi @meta com; Elizabeth L Kandali @meta com; Maeve Ryan @meta com; Mo Metanat @meta com; Mary Williamson @meta com | | | 2/6/2024 23 04 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand | Re  [A/C Priv] LibGen Approval for OneLLM | Re  [A/C Priv] LibGen Approval for OneLLM | Privileged - Withhold | EMAIL | StandAlone Document |
| 15 | | | Pineau, Joelle | Mo Metanat @meta com | Joelle Pineau @meta com | | | | 1/3/2024 23 44 | Email Chain seeking and containing legal advice concerning copyright issues | Attorney Client;Work Product | Ahuva Goldstand;Mo Metanat | RE  [A/C Priv] LibGen Approval for OneLLM | RE  [A/C Priv] LibGen Approval for OneLLM | Privileged - Withhold | EMAIL | StandAlone Document |
| 16 | Meta_Kadrey_00217915 | Meta_Kadrey_00217915 | Fan, Angela;Kambadur, Melanie;Pineau, Joelle | Gargi Ghosh @meta com | Mary Williamson @meta com; Ragavan Srinivasan @meta com; Sony Theakanath @meta com; Ammar Rizvi @meta com; Joelle Pineau @meta com; Manohar Paluri @meta com; Melanie Kambadur @meta com; Chris Moghbel @meta com | Joelle Pineau @meta com; Manohar Paluri @meta com; Angela Fan @meta com; Melanie Kambadur @meta com; Chris Moghbel @meta com | | | 1/5/2024 3 31 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | Re  LibGen dataset for OneLLM team | Re  LibGen dataset for OneLLM team | Privileged - Redact | EMAIL | StandAlone Document |
| 21 | | | Pineau, Joelle | Mo Metanat @meta com | Joelle Pineau @meta com | | | | 12/19/2023 19 53 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand;Mo Metanat | FW  [A/C Priv] LibGen Approval for OneLLM | FW  [A/C Priv] LibGen Approval for OneLLM | Privileged - Withhold | EMAIL | StandAlone Document |
| 34 | Meta_Kadrey_00218170 | Meta_Kadrey_00218170 | Pineau, Joelle;Presani, Eleonora | Eleonora Presani @meta com; Joelle Pineau @meta com | | | | | 10/19/2022 16 09 | Chat reflecting legal advice concerning copyright and data privacy issues | Attorney Client | MPI In-House Legal Counsel | Message summary ["otherUserPoid" 100021 673387183,"threadFirst" null]] | Message summary ["otherUserPoid" 100021 673387183,"threadFirst" null]] | Privileged - Redact | WP Chats | StandAlone Document |
| 69 | | | Clark, Mike;Kambadur, Melanie | Jort Gemmeke @meta com | Ahuva Goldstand @meta com; Mike Clark @meta com; Melanie Kambadur @meta com; Laurens van der Maaten @meta com; James Beidock @meta com; Lucas Dahlin @meta com | | | | 9/9/2023 3 44 | Email providing information for the purpose of facilitating legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand | libgen mitigation implemention | libgen mitigation implemention | Privileged - Withhold | EMAIL | Parent |
| 111 | | | Clark, Mike | Elizabeth L Kandall @meta com | Olena Ripnick-O'Farrell @meta com; Mike Clark @meta com | | | | 1/8/2024 16 16 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand | FW  [A/C Priv] LibGen Approval for OneLLM | FW  [A/C Priv] LibGen Approval for OneLLM | Privileged - Withhold | EMAIL | StandAlone Document |
| 133 | Meta_Kadrey_00231277 | Meta_Kadrey_00231279 | Rodriguez, Aurelien | | | | | | 12/8/2022 0 31 | Image reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | | 31821400_70385625473 40899_6977513137711 96781_n  png | Privileged - Withhold | WP Chats | Attachment |
| 151 | | | Fan, Angela | Angela Fan @meta com | Ragavan Srinivasan @meta com; Manohar Paluri @meta com | | | | 12/28/2023 16 46 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand | Re  [A/C Priv] LibGen Approval for OneLLM | Re  [A/C Priv] LibGen Approval for OneLLM | Privileged - Withhold | EMAIL | StandAlone Document |
| 152 | | | Fan, Angela | Ragavan Srinivasan @meta com | Angela Fan @meta com; Manohar Paluri @meta com | | | | 12/28/2023 16 30 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand | Fwd  [A/C Priv] LibGen Approval for OneLLM | Fwd  [A/C Priv] LibGen Approval for OneLLM | Privileged - Withhold | EMAIL | StandAlone Document |
| 153 | Meta_Kadrey_00200914 | Meta_Kadrey_00200914 | Fan, Angela | Ragavan Srinivasan @meta com | Angela Fan @meta com; Manohar Paluri @meta com | | | | 1/4/2024 8 01 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | FW  [A/C Priv] LibGen Approval for OneLLM | FW  [A/C Priv] LibGen Approval for OneLLM | Privileged - Redact | EMAIL | StandAlone Document |

Kadrey v Meta Platforms, Inc
Case No 3:23-cv-03417-VC

Meta Platforms, Inc
Third Privilege Log (email) - December 13, 2024

Highly Confidential
Attorney' Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 154 | Meta_Kadrey_00200323 | Meta_Kadrey_00200323 | Fan, Angela | Ragavan Srinivasan @meta com> | Manohar Paluri @meta com>; Angela Fan @meta com> | | | | 1/4/2024 15 28 | Email Chain reflecting legal advice concerning copyright issues | Attorney Client | Ahuve Goldstand;Olena Ripnick-O'Farrell | Fwd [A/C Priv] LibGen Approval for OneLLM | Fwd [A/C Priv] LibGen Approval for OneLLM | Privileged - Redact | EMAIL | StandAlone Document |
| 270 | | | Kambadur, Melanie | Coimbra Jackson (Google Docs) <comments-noreply@docs google com> | Melanie Kambadur @meta com> | | | | 10/20/2022 17 16 | Email requesting information for the purpose of facilitating legal advice and containing legal advice concerning copyright issues | Attorney Client | Coimbra Jackson | Zucchini Training  - as far as I know this is all illegal | Zucchini Training  - as far as I know this is all illegal | Privileged - Withhold | EMAIL | StandAlone Document |
| 654 | | | Presani, Eleonora | Coimbra Jackson (Google Docs) <comments-noreply@docs google com> | Eleonora Presani @meta com> | | | | 10/4/2022 22 10 | Document seeking and reflecting legal advice concerning copyright issues | Attorney Client | Coimbra Jackson | Zucchini Training  - as far as I know this is all illegal | Zucchini Training  - as far as I know this is all illegal | Privileged - Withhold | EMAIL | StandAlone Document |
| 655 | | | Presani, Eleonora | Melanie Kambadur (Google Docs) <comments-noreply@docs google com> | Eleonora Presani @meta com>; @mailinator thefacebook com> | Mailinator thefacebook com> | | | 10/4/2022 0 02 | Email seeking and reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | Zucchini Training  - as far as I know this is all illegal | Zucchini Training  - as far as I know this is all illegal | Privileged - Withhold | EMAIL | Parent |
| 656 | | | Presani, Eleonora | Melanie Kambadur (Google Docs) <comments-noreply@docs google com> | Eleonora Presani @meta com> | | | | 10/4/2022 0 02 | Document seeking and reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | Zucchini Training  - as far as I know this is all illegal | Zucchini Training  - as far as I know this is all illegal | Privileged - Withhold | EMAIL | Attachment |
| 814 | | | Boesenberg, Alex | Beau James meta com> | Erin Murrey @meta com>; Sy Choudhury @meta com>; Alex Boesenberg @meta com>; Kimya Hoffmann @meta com>; Ahuva Goldstand @meta com>; Mo Metanat @meta com> | Kimya Hoffmann @meta com>; Sy Choudhury @meta com>; Ahuva Goldstand @meta com>; Mo Metanat @meta co | | | 4/5/2023 16 31 | Email Chain seeking and containing legal advice concerning copyright issues | Attorney Client | Beau James;Christi Muoneke;External Legal Counsel;Rodrick Shepard | FW Re Free eBooks | Project Gutenberg A/C Priv | FW Re Free eBooks | Project Gutenberg A/C Priv | Privileged - Withhold | EMAIL | Parent |
| 816 | | | Boesenberg, Alex | Beau James @meta com> | Erin Murrey @meta com>; Sy Choudhury @meta com>; Alex Boesenberg @meta com>; Kimya Hoffmann @meta com>; Ahuve Goldstand @meta com>; Mo Metanat @meta com>; Jamie McFarland @meta com>; Elisa Garcia Anzano @meta com> | Sy Choudhury @meta com>; Alex Boesenberg @meta com>; Mo Metanat a com>; Kimya Hoffmann @meta com>; Ahuve Goldstand @meta com>; Mo Metanat @meta.c om>; Jamie McFarland @meta.co m>; Elisa Garcia Anzano @meta com> | | | 4/5/2023 19 00 | Email Chain seeking and containing legal advice concerning copyright issues | Attorney Client | Ahuve Goldstand;Beau James;External Legal Counsel;Kimya Hoffmann;Mo Metanat;Rodrick Shepard | RE Free eBooks | Project Gutenberg A/C Priv | RE Free eBooks | Project Gutenberg A/C Priv | Privileged - Withhold | EMAIL | Parent |
| 836 | Meta_Kadrey_00155044 | Meta_Kadrey_00155044 | Boesenberg, Alex | Eugene Nho on Workplace <notification@fbworkmail com> | Alex Boesenberg @meta com> | | | | 7/19/2024 1 54 | Chat reflecting legal advice concerning copyright and contract issues | Attorney Client | MPI In-House Legal Counsel | Eugene sent a message to your group conversation | Eugene sent a message to your group conversation | Privileged - Redact | EMAIL | StandAlone Document |
| 1010 | Meta_Kadrey_00155714 | Meta_Kadrey_00155714 | Boesenberg, Alex | @meta com> | Alex Boesenberg @meta com>; Magan Bycel @meta com>; Erin Murrey @meta com>; Elisa Garcia Anzano @meta com>; Sy Choudhury @meta com>; Alex Yu @meta com>; Sarah Faulkon @meta com>; Andrew Caples @meta com>; Beau James @meta com>; Scott Sellwood @meta com>; Brian Garnido @meta com>; Jamie McFarland @meta com> | | | | 4/5/2023 23 07 | Chat seeking and reflecting legal advice concerning copyright and contract issues | Attorney Client | Beau James | Message summary [{"otherUserFbId" null,"th readFbId" 58451891555920080}] | Message summary [{"otherUserFbId" null,"th readFbId" 58451891555920080}] | Privileged - Redact | WP Chats | StandAlone Document |
| 1239 | Meta_Kadrey_00204208 | Meta_Kadrey_00204208 | Bashlykov, Nikolay | Nikolay Bashlykov @meta com> | Todor Mihaylov @meta com>; Marie-Anne Lachaux @meta com>; David Esiobu @meta com>; Melanie Kambadur @meta com>; [LON0005 04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) @fb com>; [MFK0021 HZ9] Tamagotchi (Reservable Seats 1 LCD/VC/WB) @fb com> | [LON0005 04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) @fb co m>; [MFK0021 HZ9] Tamagotchi (Reservable Seats 1 LCD/VC/WB) @fb c om> | | | 4/24/2023 17 00 | Calendar/Meeting invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | LibGen progress update / next steps | LibGen progress update / next steps | Privileged - Redact | EMAIL | StandAlone Document |

Kadrey v Meta Platforms, Inc
Case No 3 23-cv-03417-VC

Meta Platforms, Inc
Third Privilege Log (email) - December 13, 2024

Highly Confidential
Attorney Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1240 | Meta_Kadrey_00204210 | Meta_Kadrey_00204210 | Bashlykov, Nikolay | Nikolay Bashlykov <@meta com>; | Todor Mihaylov <@meta com>; Marie-Anne Lachaux <@meta com>; David Esiobu <@meta com>; Melanie Kambadur <@meta com>; [LON0005 04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) @fb com; [MFK0021 M29] Tamagotchi [N (Reservable Seats 1 LCD/VC/WB) @fb com> | | [LON0005 04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) @fb com; [MFK0021 M29] Tamagotchi (Reservable Seats 1 LCD/VC/WB) @fb c om> | | 4/24/2023 17 00 | Calendar/Meeting invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | LibGen progress update / next steps | LibGen progress update / next steps | Privileged - Redact | EMAIL | StandAlone Document |
| 1241 | Meta_Kadrey_00204212 | Meta_Kadrey_00204212 | Bashlykov, Nikolay | Nikolay Bashlykov <@meta com>; | Todor Mihaylov <@meta com>; Marie-Anne Lachaux <@meta com>; David Esiobu <@meta com>; Melanie Kambadur <@meta com>; Peter Albert <@meta com>; [LON0005 04] @fb com>; [MFK0021 M29] Tamagotchi (Reservable Seats 1 LCD/VC/WB) Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) @fb com>; [LON0004 07] Egusi soup (Reservable Seats 1 LCD/VC/WB) @fb com> | | [LON0005 04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) @fb com m>; [MFK0021 M29] Tamagotchi (Reservable Seats 1 LCD/VC/WB) @fb co om>; [LON0004 07] Egusi soup (Reservable Seats 1 LCD/VC/WB) @fb co m> | | 4/24/2023 17 00 | Calendar/Meeting invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | LibGen progress update / next steps | LibGen progress update / next steps | Privileged - Redact | EMAIL | StandAlone Document |
| 1242 | Meta_Kadrey_00204214 | Meta_Kadrey_00204214 | Bashlykov, Nikolay | Nikolay Bashlykov <@meta com>; | Todor Mihaylov <@meta com>; Marie-Anne Lachaux <@meta com>; David Esiobu <@meta com>; Melanie Kambadur <@meta com>; Peter Albert <@meta com>; Moya Chen <@meta com>; [LON0004 04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) @fb com>; [LON0004 07] Egusi soup (Reservable Seats 1 LCD/VC/WB) @fb com>; [MFK0021 M29] Tamagotchi N (Reservable Seats 1 LCD/VC/WB) @fb com> | | [LON0005 04] Chhatrapati Shivaji Maharaj (Reservable Seats 1 LCD/VC/WB) @fb com m>; [LON0004 07] Egusi soup (Reservable Seats 1 LCD/VC/WB) @fb com m>; [MFK0021 M29] Tamagotchi (Reservable Seats 1 LCD/VC/WB) @fb c om> | | 4/24/2023 17 00 | Calendar/Meeting invite seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | LibGen progress update / next steps | LibGen progress update / next steps | Privileged - Redact | EMAIL | StandAlone Document |
| 1243 | Meta_Kadrey_00204216 | Meta_Kadrey_00204216 | Bashlykov, Nikolay | Nikolay Bashlykov <@meta com> | Moya Chen <"todor mihaylov">; Todor Mihaylov <"todor mihaylov">; Marie-Anne Lachaux <"marie-anne lachaux">; David Esiobu <"david esiobu">; Melanie Kambadur <"melanie kambadur">; Peter Albert <"peter albert"> | | | | 4/24/2023 17 00 | LibGen progress update / next steps concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | LibGen progress update / next steps | LibGen progress update / next steps | Privileged - Redact | EMAIL | StandAlone Document |
| 1246 | | | Bashlykov, Nikolay | Jort Gemmeke <@meta com> | Nikolay Bashlykov <@meta com> | | | | 9/11/2023 15 11 | Email Chain providing information for the purpose of facilitating legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand | Fwd libgen mitigation implementation | Fwd libgen mitigation implementation | Privileged - Withhold | EMAIL | Parent |
| 1251 | Meta_Kadrey_00204218 | Meta_Kadrey_00204218 | Bashlykov, Nikolay | Meta via Workplace <notification@fbworkmail com> | Nikolay Bashlykov <meta com> | | | | 11/21/2023 21 56 | Document reflecting legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | Shruti Bhosale tagged you in NextGen Working Group | Shruti Bhosale tagged you in NextGen Working Group | Privileged - Redact | EMAIL | StandAlone Document |
| 1252 | Meta_Kadrey_00204223 | Meta_Kadrey_00204223 | Bashlykov, Nikolay | Nikolay Bashlykov <meta com> | Nikolay Bashlykov <@meta com>; David Esiobu <@meta com> | | | | 4/21/2023 17 03 | Chat seeking legal advice | Attorney Client | MPI In-House Legal Counsel | Message summary ["otherUserFbId" 100070 19420464,"threadFbid" null]] | Message summary ["otherUserFbId" 100070 19420464,"threadFbid" null]] | Privileged - Redact | WP Chats | StandAlone Document |
| 1256 | Meta_Kadrey_00204235 | Meta_Kadrey_00204235 | Bashlykov, Nikolay | @meta com> | Nikolay Bashlykov <@meta com>; Jelmer Van Der Linde | | | | 1/5/2024 16 54 | Chat reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | Message summary ["otherUserFbId" 100083 037918592,"threadFbid" null]] | Message summary ["otherUserFbId" 100083 037918592,"threadFbid" null]] | Privileged - Redact | WP Chats | StandAlone Document |
| 1344 | | | Fan, Angela | Sony Theakanath (via Google Docs) <drive-shares-dm-noreply@google com> | Angela Fan <@meta com>; Melanie Kambadur <@meta com> | Melanie Kambadur <@meta c om> | | | 12/19/2023 19 57 | Document reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | Document shared with you "[A/C Priv] Request for decision LibGen Escalation OneLLM" | Document shared with you "[A/C Priv] Request for decision LibGen Escalation OneLLM" | Privileged - Withhold | EMAIL | StandAlone Document |
| 1364 | | | Kambadur, Melanie | Sony Theakanath (via Google Docs) <drive-shares-dm-noreply@google com> | Melanie Kambadur <@meta com>; Angela Fan <@meta com> | Angela Fan <@meta com> | | | 12/19/2023 19 57 | Document reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | Document shared with you "[A/C Priv] Request for decision LibGen Escalation OneLLM" | Document shared with you "[A/C Priv] Request for decision LibGen Escalation OneLLM" | Privileged - Withhold | EMAIL | StandAlone Document |
| 1373 | Meta_Kadrey_00211852 | Meta_Kadrey_00211852 | Kambadur, Melanie | @meta com> | Melanie Kambadur <@meta com>; Jelmer Van Der Linde <@meta com> | | | | 1/5/2024 15 16 | Chat reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | Message summary ["otherUserFbId" 615538 96645843,"threadFbid" n ull]] | Message summary ["otherUserFbId" 615538 96645843,"threadFbid" n ull]] | Privileged - Redact | WP Chats | StandAlone Document |

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | Custodians | Author/From | Date | Privilege Description | Privilege Type | Legal Source | Filename | Withhold/Redact | Data Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | Meta Platforms, Inc | | 11/20/2024 | Document providing legal advice concerning copyright and data privacy issues | Attorney Client | Ahuva Goldstand | '-A-C Priv- Report on Memorization for Llama 3.1 405B RLHF5 ▇▇▇ .docx | Privileged - Withhold | GSUITE |
| 87 | | Meta Platforms, Inc | | 11/20/2024 | Document seeking and reflecting legal advice concerning copyright and data privacy issues | Attorney Client | Ahuva Goldstand | '-A-C Priv- Report on Memorization for Llama 3.1 70B PT and ▇▇▇ docx | Privileged - Withhold | GSUITE |
| 88 | | Meta Platforms, Inc | | 11/20/2024 | Document seeking and reflecting legal advice concerning copyright and data privacy issues | Attorney Client | Ahuva Goldstand;Lucas Dahlin | '-A-C Priv- Report on Memorization for Llama 3.1 8B PT and ▇▇▇ .docx | Privileged - Withhold | GSUITE |
| 104 | Meta_Kadrey_002185 43 | Pineau, Joelle | ▇▇▇ @meta.com | 1/24/2023 | Document seeking and containing legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | AI Content Generation (Jan 2023) Re ▇▇▇ .docx | Privileged - Redact | GSUITE |
| 146 | | Edunov, Sergey | Shared drive (unavailable) | 6/5/2024 | Spreadsheet seeking and containing legal advice concerning product development, copyright, and data privacy issues | Attorney Client | MPI In-House Legal Counsel | Central AI Risk- Control Center (a- ▇▇▇ .xlsx | Privileged - Withhold | GSUITE |
| 147 | | Fan, Angela | Shared drive (unavailable) | 6/5/2024 | Spreadsheet seeking and containing legal advice concerning product development, copyright, and data privacy issues | Attorney Client | MPI In-House Legal Counsel | Central AI Risk- Control Center (a-c p ▇▇▇ xlsx | Privileged - Withhold | GSUITE |

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Case 3:23-cv-03417-VC     Document 442-1     Filed 02/14/25     Page 6 of 7

Meta Platforms, Inc.
Third Privilege Log (non-email) - December 13, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | Custodians | Author/From | Date | Privilege Description | Privilege Type | Legal Source | Filename | Withhold/Redact | Data Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 163 | | Meta Platforms, Inc | | 4/30/2024 | Document providing legal advice concerning product development | Attorney Client | Ahuva Goldstand;James Whymark;Lucas Dahlin;Mo Metanat;MPI In-House Legal Counsel;Olena Ripnick-O Farrell;Olena Ripnick-OFarrell;Olena Ripnick-O'Farrell | Copy of [A_C Priv] Proposed IP Mitigations for LLM Chatbot.docx | Privileged - Withhold | Google Workspace |
| 186 | | Kambadur, Melanie | ▮▮▮@meta.com | 4/11/2023 | Document seeking legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand;Mo Metanat | Copy of LLM Datasets Considerati▮▮▮ ▮▮▮.docx | Privileged - Withhold | GSUITE |
| 187 | | Clark, Mike | ▮▮▮@meta.com | 4/11/2023 | Document seeking legal advice concerning copyright issues | Attorney Client | Ahuva Goldstand;Mo Metanat | Copy of LLM Datasets Considerations.▮▮▮ ▮▮▮.docx | Privileged - Withhold | GSUITE |
| 295 | Meta_Kadrey_002078 27 | Boesenberg, Alex | Alex Boesenberg | 5/9/2023 | Document seeking and reflecting legal advice concerning copyright and contract issues | Attorney Client | MPI In-House Legal Counsel | Notes | Privileged - Redact | OneDrive |
| 320 | Meta_Kadrey_002088 32 | Clark, Mike | ▮▮▮@meta.com | 3/31/2023 | Document seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | Recommendations for LLM copy detection and miti▮▮▮ ▮▮▮.docx | Privileged - Redact | GSUITE |
| 321 | Meta_Kadrey_002122 63 | Meta Platforms, Inc | ▮▮▮@meta.com | 3/31/2023 | Document seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | Recommendations for LLM copy detection and mitigation.▮▮▮ ▮▮▮.docx | Privileged - Redact | GSUITE |

Meta Platforms, Inc
Fourth Privilege Log - December 16, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | Beg Attach | Custodians | Author/From | To | CC | BCC | Legal Source | Date | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Meta_Kadrey_00232034 | Meta_Kadrey_00232034 | Zuckerberg_Mark | | | | | MPI In-House Legal Counsel | 2/16/2024 | Chat reflecting legal advice concerning copyright and contract issues | Attorney Client |
| 8 | Meta_Kadrey_00068019 | Meta_Kadrey_00068019 | Al-Dahle, Ahmad | ███@meta.com | | | | MPI In-House Legal Counsel | 5/23/2023 | Document seeking and reflecting legal advice concerning copyright and data privacy issues | Attorney Client |
| 56 | Meta_Kadrey_00093954 | Meta_Kadrey_00093954 | Al-Dahle, Ahmad | | | | | MPI In-House Legal Counsel | 2/24/2023 | Chat reflecting legal advice concerning copyright, data privacy, and safety issues | Attorney Client |
| 5 | Meta_Kadrey_00146533 | Meta_Kadrey_00146533 | Zuckerberg_Mark | | | | | MPI In-House Legal Counsel | 7/24/2023 | Chat reflecting legal advice concerning copyright and contract issues | Attorney Client |

| Email Subject | Filename | Withheld/ Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|
| | ████ txt | Privileged - Redact | WhatsApp | Standalone |
| NextGen - Data Strategy & Deepdive████ ████ docs | Privileged - Redact | GSUITE | Parent |
| WhatsApp Chat - AI Group ████ txt | Privileged - Redact | WhatsApp | Standalone |
| | ████ txt | Privileged - Withhold | WhatsApp | Standalone |