# EXHIBIT B

Case 3:23-cv-03417-VC   Document 443-2   Filed 02/14/25   Page 2 of 7

12/6/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.    Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,        )
          Individual and       )
          Representative       )
          Plaintiffs,          )
                               )
  v.                           )   Case No.:
                               )   3:23-cv-03417-VC
META PLATFORMS, INC.,          )
          Defendant.           )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Videotaped 30(b)(6) deposition of Defendant
META PLATFORMS, INC.,
by and through its corporate designee
NIKOLAY BASHLYKOV
Friday, December 6, 2024

London, England
United Kingdom

Reported stenographically by:
Leah M. Willersdorf,
RMR, CRR, FBIVR, ACR, QRR2*, CLR

_____
DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 443-2   Filed 02/14/25   Page 3 of 7

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

```
                                                                  Page 87
 1              You can put that aside.                           14:27:47

 2              (Plaintiffs' Exhibit 822 marked for               14:27:50

 3              identification.)                                  14:27:55

 4              MS. POUEYMIROU:  822.                             14:27:55

 5              THE WITNESS:  Thank you.                          14:27:55

 6              MS. POUEYMIROU:  There you go.                    14:27:55

 7              THE WITNESS:  Thank you.                          14:28:15

 8    BY MS. POUEYMIROU:                                          14:28:15

 9         Q.   I'm actually going to ask you about just          14:28:15

10    the first page.                                             14:28:19

11              Actually, the subject is what, for this?          14:28:27

12         A.   You mean the subject of the --                    14:28:32

13         Q.   Mmm-hmm.                                          14:28:34

14         A.   -- message?  It was "Observations on              14:28:35

15    LibGen-SciMag."                                             14:28:39

16         Q.   And were you the one responsible for              14:28:41

17    downloading sci-mag?                                        14:28:44

18         A.   I was one of the people responsible.              14:28:46

19         Q.   And did you use torrenting?                       14:28:49

20         A.   I did use torrenting.                             14:28:52

21         Q.   Okay.  At the bottom of this page, who is         14:28:57

22    Laurens van der Maaten?                                     14:29:02
```

Case 3:23-cv-03417-VC   Document 443-2   Filed 02/14/25   Page 4 of 7

12/6/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.    Nikolay Bashlykov 30(b)(6)
                      Highly Confidential - Attorneys' Eyes Only

```
                                                                        Page 88
 1         A.    It's one of the colleagues.                            14:29:04

 2         Q.    And your colleague says:                               14:29:06

 3               "Excited to see all the amazing work you                14:29:11

 4   and the team have been doing on LibGen.  The data                  14:29:11

 5   looks really good."                                                14:29:14

 6               What was the amazing work you were doing?              14:29:15

 7               MR. WEINSTEIN:  Object to form, scope.                 14:29:23

 8               MS. POUEYMIROU:  This goes to the use of               14:29:25

 9   LibGen.  I'd like to know how Mr. Bashlykov was using              14:29:27

10   LibGen at this time.                                               14:29:30

11               MR. WEINSTEIN:  Right.  You keep saying                14:29:31

12   that.  You keep leaving out the word "in                           14:29:32

13   training," which is part of the topic.  The topic                  14:29:36

14   does not cover --                                                  14:29:38

15   BY MS. POUEYMIROU:                                                 14:29:38

16         Q.    Mr. Bashlykov, did you use LibGen in                   14:29:38

17   training?                                                          14:29:42

18         A.    Could you specify "training"?                          14:29:45

19         Q.    Yeah, the definition of "training" in the              14:29:48

20   discovery requests is pretraining, post-training,                  14:29:51

21   fine tuning, benchmarking.                                         14:29:57

22               Have you, in your work at Meta, used                   14:29:59
```

Case 3:23-cv-03417-VC   Document 443-2   Filed 02/14/25   Page 5 of 7

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 144

| | | |
|---|---|---|
| 1 | said -- | 16:38:15 |
| 2 | A. Right. | 16:38:16 |
| 3 | Q. -- with respect to the files, are you | 16:38:16 |
| 4 | saying it would contain -- when we did our | 16:38:19 |
| 5 | hypothetical talking about Harry Potter book -- | 16:38:22 |
| 6 | A. Mmm-hmm. | 16:38:25 |
| 7 | Q. -- are you saying it would contain the | 16:38:25 |
| 8 | dataset that would have, you know, all of the books or | 16:38:28 |
| 9 | pages of books, or whatever you did with books as a | 16:38:31 |
| 10 | file, and then it would have the source code, and | 16:38:35 |
| 11 | those two things would be housed together in that | 16:38:37 |
| 12 | repo? | 16:38:44 |
| 13 | MR. WEINSTEIN: Object to form. | 16:38:45 |
| 14 | THE WITNESS: Sorry, that was a very long | 16:38:46 |
| 15 | description. Could you rephrase it? | 16:38:49 |
| 16 | BY MS. POUEYMIROU: | 16:38:52 |
| 17 | Q. Yeah. So I'm saying that when you say | 16:38:52 |
| 18 | that it has files and code, right -- | 16:38:54 |
| 19 | A. Mmm-hmm. | 16:38:56 |
| 20 | Q. -- in the example of generating synthetic | 16:38:57 |
| 21 | data, we used books, and my question is would those -- | 16:39:01 |
| 22 | since you said that that would be stored there in the | 16:39:10 |

Case 3:23-cv-03417-VC   Document 443-2   Filed 02/14/25   Page 6 of 7

12/6/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 145

| | | |
|---|---|---|
| 1 | XLFormers, would your dataset of those books be there, | 16:39:13 |
| 2 | too? | 16:39:17 |
| 3 | A.   So no, the dataset is not in the | 16:39:22 |
| 4 | repository.  In the repository you can only find | 16:39:30 |
| 5 | the -- well, like, I mean, you can find the | 16:39:32 |
| 6 | configuration files for the SFT runs, for example, | 16:39:35 |
| 7 | that were connected to long context post-training, and | 16:39:42 |
| 8 | you can find the algorithm or code that is describing | 16:39:48 |
| 9 | the algorithm for the model training itself. | 16:39:55 |
| 10 | Q.   So where would that dataset you created be | 16:39:57 |
| 11 | housed? | 16:40:02 |
| 12 | A.   So the SFT dataset for long context should | 16:40:02 |
| 13 | be in the same training cluster at Meta, at -- I think | 16:40:09 |
| 14 | it's called, like, warm storage and it's, like, | 16:40:22 |
| 15 | eag-wsf or bci-wsf, so I think it could -- like, it | 16:40:30 |
| 16 | should be -- so, yeah, it's not in the repository, if | 16:40:33 |
| 17 | that was the question. | 16:40:37 |
| 18 | Q.   And so when you say it's in this training | 16:40:38 |
| 19 | cluster, you're saying that -- well, is that also | 16:40:42 |
| 20 | where the work you did with LibGen and LLaMA 2, the | 16:40:46 |
| 21 | ablation studies in that document, is that where the | 16:40:51 |
| 22 | LibGen data would be stored as well, in that training | 16:40:54 |

Case 3:23-cv-03417-VC   Document 443-2   Filed 02/14/25   Page 7 of 7

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 146

| | | |
|---|---|---|
| 1 | cluster? | 16:40:59 |
| 2 | A.   So if you're referring to the document | 16:41:04 |
| 3 | about LibGen, right, that document was about the | 16:41:06 |
| 4 | processing of LibGen.  It didn't include the preparing | 16:41:13 |
| 5 | of SFT data based on that data, and so it does not | 16:41:16 |
| 6 | specify the paths to that data. | 16:41:25 |
| 7 | I think -- but it, like, as I was saying, | 16:41:28 |
| 8 | it is on this -- like, basically, it is on this | 16:41:36 |
| 9 | eag-wsf warm storage within Meta training compute -- | 16:41:47 |
| 10 | cluster. | 16:41:50 |
| 11 | Q.   Okay. | 16:41:50 |
| 12 | What is llm_evaluation?  What is that | 16:41:51 |
| 13 | source code repo? | 16:41:56 |
| 14 | A.   Can I -- so when I did, like, examination, | 16:42:10 |
| 15 | I think the last modification was from 2023, so it's a | 16:42:14 |
| 16 | relatively old repository. | 16:42:17 |
| 17 | Q.   Mmm-hmm. | 16:42:19 |
| 18 | A.   I think it was used for -- I think it was | 16:42:20 |
| 19 | the fork of the -- "fork" meaning, like, copy at that | 16:42:21 |
| 20 | point in time of the Evals repository that you can see | 16:42:27 |
| 21 | below, and it is used for evaluating language models. | 16:42:32 |
| 22 | Q.   And by "evaluating," are you saying like | 16:42:40 |