# EXHIBIT C

Case 3:23-cv-03417-VC   Document 443-3   Filed 02/14/25   Page 2 of 6

11/20/2024   Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
Highly Confidential - Attorneys' Eyes Only

Page 204

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, ET AL.,                      )
   INDIVIDUAL AND REPRESENTATIVE  )
                                PLAINTIFFS, ) LEAD CASE NO.
                   v.                       ) 3:23-cv-03417-VC
META PLATFORMS, INC.,                        )
                                 DEFENDANT. )
_____)


\* \* \*  H I G H L Y   C O N F I D E N T I A L  \* \* \*

\* \* \*  A T T O R N E Y S '   E Y E S   O N L Y  \* \* \*


VIDEO-RECORDED 30(B)(6) DEPOSITION OF

MICHAEL CLARK

VOLUME III

WEDNESDAY, NOVEMBER 20, 2024

SAN FRANCISCO, CALIFORNIA

9:38 A.M. PST


REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 443-3   Filed 02/14/25   Page 3 of 6

11/20/2024   Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
Highly Confidential - Attorneys' Eyes Only

Page 348

1   sharing the content outside.  This could be
2   legally not okay."
3       A.   Okay.
4       Q.   So maybe I'm misunderstanding, but I
5   thought you said that Bashlykov said that they
6   did use torrents, and I'm just trying to
7   confirm -- this document suggest that they did a
8   direct file upload -- if that's different than
9   what he testified to.  I'm just trying to
10  understand.
11      A.   Let me read in context the other parts
12  of his notes here.
13           Okay.  Apologize.  I was confused by
14  the page order.
15      Q.   That's okay.
16      A.   Do you mind asking that question once
17  again?
18      Q.   Yeah.  So I believe you've testified
19  that you spoke with Bashlykov and that he said
20  that they downloaded LibGen through torrent.
21           Is that correct?
22      A.   That is correct.

Case 3:23-cv-03417-VC   Document 443-3   Filed 02/14/25   Page 4 of 6

11/20/2024        Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                           Highly Confidential - Attorneys' Eyes Only

Page 349

1    Q.   This says, "Decided to go with direct
2    file upload without using torrents for the
3    following reasons:  Using torrents would entail
4    seeding the files, sharing the content outside.
5    This could be legally not okay."
6         So how did Meta obtain and copy LibGen?
7         MS. HARTNETT:  Object to the form.
8         THE WITNESS:  So I spoke with
9    Bashlykov.  We used libtorrent and the torrent
10   protocol for downloading.  We had tried to
11   download a few different ways.  One of them
12   included doing it via direct downloads where
13   there were individually hosted files in
14   different places and saw many issues with that
15   where files wouldn't exist, it was too slow or
16   would error out.
17        Also tried -- well, actually, the other
18   only other option was downloading via torrent,
19   and --
20   BY MS. POUEYMIROU:
21   Q.   And that's what you did?
22   A.   That's what we did.  And the library

Case 3:23-cv-03417-VC   Document 443-3   Filed 02/14/25   Page 5 of 6

11/20/2024          Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                                 Highly Confidential - Attorneys' Eyes Only

Page 350

1   that we used using, LibGen -- sorry --
2   libtorrent for downloading LibGen, Bashlykov
3   modified the config setting so that the smallest
4   amount of seeding possible could occur.
5       Q.   What does that mean?
6       A.   When you use a torrent protocol, part
7   of the configuration on how torrents work is you
8   can only download as long as you offer to
9   participate in the torrent network in some way,
10  and seeding means that you have to open up some
11  amount of sharing of the torrent file while
12  you're downloading.
13      Q.   So why did Meta decide to minimize
14  seeding the files?
15           Is it because it was concerned that
16  that was legally not okay, to quote this
17  document?
18           MS. HARTNETT:  Objection to the form.
19           And to the extent it calls for any
20  attorney-client privilege, please don't reveal
21  that.
22           THE WITNESS:  Yeah, I do not know what

Case 3:23-cv-03417-VC   Document 443-3   Filed 02/14/25   Page 6 of 6

11/20/2024   Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
Highly Confidential - Attorneys' Eyes Only

Page 351

1   Nikolay means in here by "legally not okay."  I

2   know that legal did provide advice, which I

3   can't share.  I can share what the setting was.

4   BY MS. POUEYMIROU:

5       Q.   Is Bashlykov a lawyer?

6       A.   No.

7       Q.   Okay.  So you ended up using torrent,

8   but you minimized seeding the files?

9       A.   To the lowest possible setting, yes.

10      Q.   Are you familiar with anti-leeching

11  protocol?

12      A.   I've heard the term before.

13           In which context?

14      Q.   In the context of -- with respect to

15  seeding the files.

16           Is there a relationship what Meta was

17  doing by minimizing the seeding of file with

18  leeching?

19      A.   Could you be more specific?

20      Q.   How do you understand anti-leeching?

21      A.   I don't -- I didn't prepare on it

22  today.  I would only know from my just own