# EXHIBIT D

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@buttericklaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312)-782-4880
bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs*
*and the Proposed Class. (additional counsel included below)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Richard Kadrey, et al., | Case No. 3:23-cv-03417-VC |
| *Individual and Representative Plaintiffs*, | **PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT META** |
| v. | |
| Meta Platforms, Inc., | |
| *Defendant*. | |

1    **REQUESTS FOR PRODUCTION OF DOCUMENTS**

2    **REQUEST FOR PRODUCTION NO. 79**

3    All Documents and Communications related to the decision to describe the Books3 database as

4    "publicly available" in the Llama 1 Paper.

5    **REQUEST FOR PRODUCTION NO. 80**

6    All Documents and Communications related to the decision to describe the Books3 database as

7    "publicly available" in the Llama 2 Paper.

8    **REQUEST FOR PRODUCTION NO. 81**

9    All Documents and Communications related to the decision to use Shadow Datasets for training

10   Llama Models.

11   **REQUEST FOR PRODUCTION NO. 82**

12   All Documents and Communications related to the role of EleutherAI in the acquisition and use of

13   Books3.

14   **REQUEST FOR PRODUCTION NO. 83**

15   All Documents and Communications related to the role of The Eye in the distribution of Books3.

16   **REQUEST FOR PRODUCTION NO. 84**

17   All Documents and Communications related to the role of Hugging Face in the distribution of

18   Books3.

19   **REQUEST FOR PRODUCTION NO. 85**

20   All Documents and Communications related to the decision to use Torrent Systems to acquire data

21   for training Llama Models.

22   **REQUEST FOR PRODUCTION NO. 86**

23   All Documents and Communications related to the decision to use books for long-range context

24   modeling research.

25   **REQUEST FOR PRODUCTION NO. 87**

26   All Documents and Communications related to the decision to use books for coherent storytelling

27   in the training of Llama Models.

28

**REQUEST FOR PRODUCTION NO. 129**

Documents sufficient to identify all individuals, currently or formerly employed by Meta, including their roles and titles, who work or worked on Meta's AI research and development projects, including Llama models, and/or on Meta's licensing efforts with respect to AI training data.

**REQUEST FOR PRODUCTION NO. 130**

All Documents and Communications, including discussions, deliberations, or negotiations related to any actual, proposed, or contemplated licensing agreements (even if never written or executed) for AI training data, including any actual, proposed, or contemplated terms, conditions, and consideration.

Dated: October 9, 2024

By:        */s/ David L. Simons*

| | |
|---|---|
| **JOSEPH SAVERI LAW FIRM, LLP** | **BOIES SCHILLER FLEXNER LLP** |
| Joseph R. Saveri (SBN 130064) | David Boies (*pro hac vice*) |
| Cadio Zirpoli (SBN 179108) | 333 Main Street |
| Christopher K.L. Young (SBN 318371) | Armonk, NY 10504 |
| Holden Benon (SBN 325847) | (914) 749-8200 |
| Aaron Cera (SBN 351163) | dboies@bsfllp.com |
| 601 California Street, Suite 1505 | |
| San Francisco, California 94108 | Maxwell V. Pritt (SBN 253155) |
| (415) 500-6800 | Joshua I. Schiller (SBN 330653) |
| jsaveri@saverilawfirm.com | Joshua M. Stein (SBN 298856) |
| czirpoli@saverilawfirm.com | 44 Montgomery Street, 41st Floor |
| cyoung@saverilawfirm.com | San Francisco, CA  94104 |
| hbenon@saverilawfirm.com | (415) 293-6800 |
| acera@saverilawfirm.com | mpritt@bsfllp.com |
| | jischiller@bsfllp.com |
| Matthew Butterick (SBN 250953) | jstein@bsfllp.com |
| 1920 Hillhurst Avenue, #406 | |
| Los Angeles, CA 90027 | Jesse Panuccio (*pro hac vice*) |
| (323) 968-2632 | 1401 New York Ave, NW |
| mb@butericklaw.com | Washington, DC  20005 |

1

2

**CAFFERTY CLOBES MERIWETHER &**
**SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)

3

135 S. LaSalle Street, Suite 3210
Chicago, IL 60603

4

(312)-782-4880
bclobes@caffertyclobes.com

5

6

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)

7

Nada Djordjevic (*pro hac vice*)
James Ulwick (*pro hac vice*)

8

(312) 214-7900
akeller@dicellolevitt.com

9

ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

10

10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

11

12

David Straite (*pro hac vice*)
(646) 933-1000

13

dsraite@dicellolevitt.com
485 Lexington Avenue

14

Suite 1001
New York, New York 10017

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT META

## **CERTIFICATE OF SERVICE**

I, the undersigned, am employed by the Boies Schiller Flexner LLP. My business address is 55 Hudson Yards, New York, NY 10001. I am over the age of eighteen and not a party to this action.

On October 9, 2024, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT META**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2024.

*/s/ David L. Simons*

PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION TO DEFENDANT META

1

**SERVICE LIST**

2  Bobby A. Ghajar
   Colette Ani Ghazarian
3  **COOLEY LLP**
   1333 2nd Street, Suite 400
4  Santa Monica, CA 90401
   Email: bghajar@cooley.com
5          cghazarian@cooley.com

6

7  Kathleen R. Hartnett
   **COOLEY LLP**
8  3 Embarcadero Center, 20th Floor
   San Francisco, CA 94111-4004
9  Email: khartnett@cooley.com

10 Judd D. Lauter
   **COOLEY LLP**
11 3175 Hanover Street
   Palo Alto, CA 94304
12 Email: jlauter@cooley.com

13 Mark Alan Lemley
   **LEX LUMINA PLLC**
14 745 Fifth Avenue, Suite 500
   New York, NY 10151
15 Email: mlemley@lex-lumina.com

16

17 Angela L. Dunning
   **CLEARY GOTTLIEB STEEN &**
18 **HAMILTON LLP**
   1841 Page Mill Road
19 Palo Alto, CA 94304-1254
   Email: adunning@cgsh.com

20

21 *Counsel for Defendant*
   *Meta Platforms, Inc.*

22

23

24

25

26

27

28