COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
TERESA MICHAUD (296329)
(tmichaud@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone: (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

RICHARD KADREY, *et al.*,

Individual and Representative Plaintiffs,

v.

META PLATFORMS, INC., a Delaware corporation;

Defendant.

Case No. 3:23-cv-03417-VC-TSH

**DECLARATION OF TERESA MICHAUD IN SUPPORT OF META'S OPPOSITION TO PLAINTIFFS' LETTER BRIEF REGARDING PRIVILEGE**

I, Teresa Michaud, hereby declare:

1. I am a Partner at Cooley LLP and am a member in good standing of the state bars of California, New York, and Texas. I am outside counsel for Meta Platforms, Inc. ("Meta") in this litigation.

2. The contents of this declaration are based on my personal knowledge and review of Plaintiffs' privilege logs. If called upon as a witness in this action, I could and would competently testify regarding the facts stated in this Declaration.

3. I submit this Declaration in support of Meta's opposition to Plaintiffs' challenge of Meta's privilege assertions with respect to the content of Plaintiffs' privilege logs in Dkt. 309 and 319.

**<u>Plaintiffs' Privilege Logs</u>**

4. On August 21, 2024, the Plaintiffs represented by Joseph Saveri Law Firm served a privilege log. Ex. 1 (the "JSLF Privilege Log").

5. The JSLF Privilege Log has sixteen entries. *Id*. Every entry has the exact same document description: "E-mail communication with client regarding pending legal proceeding and legal issues related therein." *Id.* An excerpt from the JSLF Privilege Log is copied below:

| Email To | Email From | Email CC | Author | Document Description | Custodian | Privilege Designation |
|---|---|---|---|---|---|---|
| Matthew Butterick <mb@butterícklaw.com>* | Nina Richner <nina@morhaimliterary.com> | Howard Morhaim <hmorhaim@gmail.com> | Nina Richner | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold |
| Pete Donaldson <peterj_d@yahoo.com> | Adam W. Rosen <adamr@arosenlaw.com>* | Christopher Golden <crdg@comcast.net>; Cadio Zirpoli <czirpoli@saverilawfirm.com>*; Howard Morhaim <hmorhaim@gmail.com>; Matthew Butterick <mb@butterícklaw.com>* | Adam W. Rosen | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold |
| Adam W. Rosen <adamr@arosenlaw.com>* | Christopher Golden <crdg@comcast.net> | Howard Morhaim <hmorhaim@gmail.com>; Matthew Butterick <mb@butterícklaw.com>*Cadio Zirpoli <czirpoli@saverilawfirm.com>* | Christopher Golden | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold |

*Id*. (excerpted).

6. On September 20, 2024, the Plaintiffs represented by Cafferty Clobes Meriwether & Sprengel LLP served their privilege log. Ex. 2 (the "CCMS Privilege Log").

7. The CCMS Privilege Log has one hundred and seventy-six entries. *Id*. All but three of the entries have the exact same document description, which includes a typographical error: "Email communication regarding pending legal proceeding and issues related therin." *Id.* An excerpt from the CCMS Privilege Log is copied below:

| Privilege Type (Withheld or redacted for Attorney Client Privilege) | Document Type | To | From | Cc | Author | Custodian | Document Description | Date Sent |
|---|---|---|---|---|---|---|---|---|
| Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 3/21/2024 |
| Withheld for A/C Privilege | Text message | Ayelet Waldman | David Henry Hwang | | David Henry Hwang | David Henry Hwang | Text message reflecting legal advice regarding pending legal proceeding and legal issues related therein. | 3/12/2024 |
| Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com>*, "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Kelly McDonald <KMcDonald@caffertyclobes.com> | David Hwang <fobhwang@gmail.com> | | <fobhwang@gmail.com> | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 3/13/2024 |
| Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | "dhhasst@gmail.com" <dhhasst@gmail.com>, "Bryan L. Clobes"* <BClobes@caffertyclobes.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 8/30/2024 |
| Withheld for A/C Privilege | Email | David Hwang <fobhwang@gmail.com> | "Foley, Carolyn (She/Her/Hers)" *<cfoley@penguinrandomhouse.com> | <ASweatman@caffertyclobes.com>, "Laveglia, Aurora" <alaveglia@penguinrandomhouse.com>, | <cfoley@penguinrandomhouse.com>* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 8/29/2024 |
| Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 5/13/2024 |
| Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 4/16/2024 |
| Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"* <BClobes@caffertyclobes.com>, "DHH Asst" <dhhasst@gmail.com>, "Kelly McDonald" <KMcDonald@caffertyclobes.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 3/12/2024 |
| Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, "Kelly McDonald" <KMcDonald@caffertyclobes.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 4/5/2024 |
| Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com>*, "Bryan L. Clobes"* <BClobes@caffertyclobes.com>, Kelly McDonald | David Hwang <fobhwang@gmail.com> | | <fobhwang@gmail.com> | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 3/13/2024 |
| Withheld for A/C Privilege | Email | "Bryan L. Clobes"*<BClobes@caffertyclobes.com>* | David Hwang <fobhwang@gmail.com> | Alexander Sweatman <ASweatman@caffertyclobes.com>*, Mohammed Rathur*<MRathur@caffertyclobes.com>, "dhhasst@gmail.com" <dhhasst@gmail.com> | <fobhwang@gmail.com> | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 9/10/2024 |
| Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 8/27/2024 |
| Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com>* | David Hwang <fobhwang@gmail.com> | | <fobhwang@gmail.com> | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 8/29/2024 |
| Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"* <BClobes@caffertyclobes.com>, "DHH Asst" <dhhasst@gmail.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 2/8/2024 |
| | | Alexander Sweatman | | | | | | |

*Id*. (excerpted).

8. On September 30, 2024, Lysa TerKeurst served a privilege log. (the "TerKeurst Privilege Log").

9. The TerKeurst Privilege Log has seventeen entries. *Id*. An excerpt from the TerKeurst Privilege Log is copied below:

| Extension | Redacted/Withheld | Privilege Type | Privilege Description |
|---|---|---|---|
| eml | Withheld | Privilege: A/C Privilege | Email from Mark Miller to Lysa and Art TerKeurst regarding assignment of royalties |
| pdf | Withheld | Privilege: A/C Privilege | Attachment to email from Mark Miller to Lysa and Art TerKeurst regarding assignment of royalties |
| bin | Withheld | Privilege: A/C Privilege | Attachment to email from Mark Miller to Lysa and Art TerKeurst regarding assignment of royalties |
| eml | Withheld | Privilege: A/C Privilege | Email from Mark Miller to Lysa and Art TerKeurst regarding assignment of royalties |
| pdf | Withheld | Privilege: A/C Privilege | Attachment to email from Mark Miller to Lysa and Art TerKeurst regarding assignment of royalties |
| bin | Withheld | Privilege: A/C Privilege | Attachment to email from Mark Miller to Lysa and Art TerKeurst regarding assignment of royalties |
| eml | Withheld | Privilege: A/C Privilege | Confidential email between parties sharing a common interest regarding intellectual property protection |
| chat | Redacted | Privilege: A/C Privilege | Confidential text message between an attorney and Lysa TerKeurst regarding protection of copyright |
| chat | Redacted | Privilege: A/C Privilege | Confidential text message between attorney Seth Haines, Lysa TerKeurst and Meredith Brock regarding potential litigation |
| eml | Withheld | Privilege: A/C Privilege | Email from Seth Haines to Lysa TerKeurst regarding published articles related to reports of copyright infringement |
| pdf | Withheld | Privilege: A/C Privilege | Attachment to email from Seth Haines to Lysa TerKeurst regarding published articles related to reports of copyright infringement |
| pdf | Withheld | Privilege: A/C Privilege | Attachment to email from Seth Haines to Lysa TerKeurst regarding published articles related to reports of copyright infringement |
| eml | Withheld | Privilege: A/C Privilege | Email from Lysa TerKeurst to Seth Haines regarding published articles related to reports of copyright infringement |
| eml | Withheld | Privilege: A/C Privilege | Email from Seth HainesKeurst to Lysa TerKeurst regarding publised articles related to reports of copyright infringment |
| eml | Withheld | Privilege: A/C Privilege | Email from Seth Haines to Lysa TerKeurst regarding draft documents for litigation |
| docx | Withheld | Privilege: AWP Privilege | Attachment to email from Seth Haines to Lysa TerKeurst regarding draft documents for litigation |
| chat | Withheld | Privilege: A/C Privilege | Confidential text messages between Lysa TerKeurst and Seth Haines regarding publised articles related to reports of copyright infringement |

*Id*. (excerpted).

10. On October 7, 2024, Sarah Silverman served a privilege log. (the "Silverman Privilege Log").

11. The Silverman Privilege log has three entries. *Id*. Two of the three entries have the following description: "Twitter direct message from Matthew Butterick to Sarah Silverman regarding ChatGPT litigation." *Id*. The remaining entry has the following description: "Email

between Sarah Silverman and Matthew Butterick regarding legal discussion concerning unauthorized use of copyrighted materials." *Id*. An excerpt from the Silverman Privilege Log is copied below:

| Filename | Author | Extension | Privilege Type | Privilege Description |
|---|---|---|---|---|
| ss-mb twitter dm 12.png | Matthew Butterick* | png | Attorney Client Privilege | Twitter direct message from Matthew Butterick to Sarah Silverman regarding ChatGPT litigation. |
| ss-mb twitter dm 22.png | Sarah Silverman | png | Attorney Client Privilege | Twitter direct message from Sarah Silverman to Matthew Butterick regarding ChatGPT litigation. |
| AI case for book authors | Matthew Butterick* | msg | Attorney Client Privilege | Email between Sarah Silverman and Matthew Butterick regarding legal discussion concerning unauthorized use of copyrighted materials. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California on this 10th day of December, 2024.

Teresa Michaud