# EXHIBIT 1

Joseph Saveri Law Firm Plaintiffs' Privilege Log

*Kadrey et al v. Meta Platforms, Inc.*

Case No. 3:23-cv-03417-VC

| Bates/Control # | Produced/Wholly Withheld | Doucment Type | Family Relationship | Document Date | Email To | Email From | Email CC | Author | Document Description | Custodian | Privilege Designation | Privilege Description | Prod Party Plaintiffs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #549.1 | Withheld | Email | Parent | 2/5/2024 | Matthew Butterick <mb@butericklaw.com>* | Nina Richner <nina@morhaimliterary.com> | Howard Morhaim <hmorhaim@gmail.com> | Nina Richner | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| #550.1 | Withheld | Email | Parent | 2/5/2024 | Pete Donaldson <peterj_d@yahoo.com> | Adam W. Rosen <adamr@arosenlaw.com>* | Christopher Golden <crdg@comcast.net>; Cadio Zirpoli <czirpoli@saverilawfirm.com>*; Howard Morhaim <hmorhaim@gmail.com>; Matthew Butterick <mb@butericklaw.com>* | Adam W. Rosen | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| #551.1 | Withheld | Email | Parent | 2/5/2024 | Adam W. Rosen <adamr@arosenlaw.com>* | Christopher Golden <crdg@comcast.net> | Howard Morhaim <hmorhaim@gmail.com>; Matthew Butterick <mb@butericklaw.com>*Cadio Zirpoli <czirpoli@saverilawfirm.com>* | Christopher Golden | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| #552.1 | Withheld | Email | Parent | 2/2/2024 | Matthew Butterick <mb@butericklaw.com>* | Christopher Golden <crdg@comcast.net> | Cadio Zirpoli <czirpoli@saverilawfirm.com>*; Howard Morhaim <hmorhaim@gmail.com>; Matthew Butterick <mb@butericklaw.com>* | Christopher Golden | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| #553.1 | Withheld | Email | Parent | 2/5/2024 | Adam W. Rosen <adamr@arosenlaw.com>* | Pete Donaldson <peterj_d@yahoo.com> | Christopher Golden <crdg@comcast.net>; Matthew Butterick <mb@butericklaw.com>*; Cadio Zirpoli <czirpoli@saverilawfirm.com>*; Howard Morhaim <hmorhaim@gmail.com> | Pete Donaldson | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| #554.1 | Withheld | Email | Parent | 2/5/2024 | Adam W. Rosen <adamr@arosenlaw.com>* | Christopher Golden <crdg@comcast.net> | Howard Morhaim <hmorhaim@gmail.com>; Matthew Butterick <mb@butericklaw.com>*Cadio Zirpoli <czirpoli@saverilawfirm.com>*; Pete Donaldson <peterj_d@yahoo.com> | Christopher Golden | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| #555.1 | Withheld | Email | Parent | 2/5/2024 | Adam W. Rosen <adamr@arosenlaw.com>* | Pete Donaldson <peterj_d@yahoo.com> | Christopher Golden <crdg@comcast.net>; Matthew Butterick <mb@butericklaw.com>*; Cadio Zirpoli <czirpoli@saverilawfirm.com>*; Howard Morhaim <hmorhaim@gmail.com> | Pete Donaldson | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| #556.1 | Withheld | Email | Parent | 2/5/2024 | Matthew Butterick <mb@butericklaw.com>*; Christopher Golden <crdg@comcast.net> | Adam W. Rosen <adamr@arosenlaw.com>* | Cadio Zirpoli <czirpoli@saverilawfirm.com>*; Howard Morhaim <hmorhaim@gmail.com>; Matthew Butterick <mb@butericklaw.com>*; Pete Donaldson <peterj_d@yahoo.com> | Adam W. Rosen | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| #557.1 | Withheld | Email | Parent | 2/5/2024 | Adam W. Rosen <adamr@arosenlaw.com>* | Christopher Golden <crdg@comcast.net> | Matthew Butterick <mb@butericklaw.com>*; Cadio Zirpoli <czirpoli@saverilawfirm.com>*; Howard Morhaim <hmorhaim@gmail.com>; Pete Donaldson <peterj_d@yahoo.com> | Christopher Golden | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| #558.1 | Withheld | Email | Parent | 2/5/2024 | Christopher Golden <crdg@comcast.net> | Adam W. Rosen <adamr@arosenlaw.com>* | Matthew Butterick <mb@butericklaw.com>*; Cadio Zirpoli <czirpoli@saverilawfirm.com>*; Howard Morhaim <hmorhaim@gmail.com>; Pete Donaldson <peterj_d@yahoo.com>; Adam W. Rosen <adamr@arosenlaw.com>* | Adam W. Rosen | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| #566.1 | Withheld | Email | Parent | 2/27/2024 | Christopher Golden <crdg@comcast.net> | Nina Richner <nina@morhaimliterary.com> | Howard Morhaim <hmorhaim@gmail.com>; Matthew Butterick <mb@butericklaw.com>*: | Nina Richner | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| #570.1 | Withheld | Email | Parent | 2/5/2024 | Christopher Golden <crdg@comcast.net> | Adam W. Rosen <adamr@arosenlaw.com>* | Matthew Butterick <mb@butericklaw.com>*; Cadio Zirpoli <czirpoli@saverilawfirm.com>*; Howard Morhaim <hmorhaim@gmail.com>; Pete Donaldson <peterj_d@yahoo.com>; Adam W. Rosen <adamr@arosenlaw.com>* | Adam W. Rosen | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| #572.1 | Withheld | Email | Parent | 2/27/2024 | Christopher Golden <crdg@comcast.net> | Nina Richner <nina@morhaimliterary.com> | Howard Morhaim <hmorhaim@gmail.com>; Matthew Butterick <mb@butericklaw.com>*: | Nina Richner | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| #8084.1 | Withheld | Email | Parent | 5/24/2024 | Matthew Butterick <mb@butericklaw.com>* | Christopher Golden <crdg@comcast.net> | Cadio Zirpoli <czirpoli@saverilawfirm.com>* | Christopher Golden | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Privileged - Withhold | Attorney-Client Privilege | JSLF |
| GOLD002582 | Produced | Email | Parent | 1/6/2024 | Matthew Butterick <mb@butericklaw.com>* | Christopher Golden <crdg@comcast.net> | | Christopher Golden | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Christopher Golden | Redacted - Produced | Attorney-Client Privilege | JSLF |

Joseph Saveri Law Firm Plaintiffs' Privilege Log

*Kadrey et al v. Meta Platforms, Inc.*

Case No. 3:23-cv-03417-VC

| Bates/Control # | Produced/Wholly Withheld | Doucment Type | Family Relationship | Document Date | Email To | Email From | Email CC | Author | Document Description | Custodian | Privilege Designation | Privilege Description | Prod Party Plaintiffs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SILVERMAN000094 | Produced | Email | Parent | 6/4/2024 | Matthew Butterick <mb@buttericklaw.com>* | Sarah Silverman <sarahkategreat@gmail.com> | | Sarah Silverman | E-mail communication with client regarding pending legal proceeding and legal issues related therein. | Sarah Silverman | Redacted - Produced | Attorney-Client Privilege | JSLF |

*Attorney