# EXHIBIT 2

**CCMS Privilege Log**
**Kadrey et al v. Meta Platforms, Inc.**
**Case No. 3:23-cv-03417-VC**

| Orig Begin Bates/Ctrl # | Privilege Type (Withheld or redacted for Attorney Client Privilege) | Document Type | To | From | Cc | Author | Custodian | Document Description | Date Sent |
|---|---|---|---|---|---|---|---|---|---|
| #708241.1 | Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therein | 5/21/2024 |
| #708242.1 #708253.1 | Withheld for A/C Privilege | Text message | Ayelet Waldman | David Henry Hwang | | David Henry Hwang | David Henry Hwang | Text message reflecting legal advice regarding pending legal proceeding and legal issues related therein. | 3/12/2024 |
| #708243.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com>*, "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Kelly McDonald <KMcDonald@caffertyclobes.com> | David Hwang <fobhwang@gmail.com> | | <fobhwang@gmail.com> | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 3/13/2024 |
| #708245.1 | Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | "dhhasst@gmail.com" <dhhasst@gmail.com>, "Bryan L. Clobes"* <BClobes@caffertyclobes.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 8/30/2024 |
| #708246.1 | Withheld for A/C Privilege | Email | David Hwang <fobhwang@gmail.com> | "Foley, Carolyn (She/Her/Hers)"*<cfoley@penguinrandomhouse.com> | <ASweatman@caffertyclobes.com>, "Laveglia, Aurora" <alaveglia@penguinrandomhouse.com>, | <cfoley@penguinrandomhouse.com>* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 8/29/2024 |
| #708247.1 | Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 5/13/2024 |
| #708251.1 | Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 4/16/2024 |
| #708252.1 | Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"* <BClobes@caffertyclobes.com>, "DHH Asst" <dhhasst@gmail.com>, "Kelly McDonald" <KMcDonald@caffertyclobes.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 3/12/2024 |
| #708254.1 | Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, "Kelly McDonald" <KMcDonald@caffertyclobes.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 4/5/2024 |
| #708255.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com>*, "Bryan L. Clobes"* <BClobes@caffertyclobes.com>, Kelly McDonald | David Hwang <fobhwang@gmail.com> | | <fobhwang@gmail.com> | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 3/13/2024 |
| #708257.1 | Withheld for A/C Privilege | Email | "Bryan L. Clobes"*<BClobes@caffertyclobes.com>* | David Hwang <fobhwang@gmail.com> | Alexander Sweatman <ASweatman@caffertyclobes.com>*, Mohammed Rathur*<MRathur@caffertyclobes.com>, "dhhasst@gmail.com" <dhhasst@gmail.com> | <fobhwang@gmail.com> | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 9/10/2024 |
| #708258.1 | Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 8/27/2024 |
| #708259.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com>* | David Hwang <fobhwang@gmail.com> | | <fobhwang@gmail.com> | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 8/29/2024 |
| #708260.1 | Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"* <BClobes@caffertyclobes.com>, "DHH Asst" <dhhasst@gmail.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 2/8/2024 |
| #708262.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com>*, "Bryan L. Clobes*" <BClobes@caffertyclobes.com>, Kelly McDonald <KMcDonald@caffertyclobes.com> | David Hwang <fobhwang@gmail.com> | | <fobhwang@gmail.com> | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 3/13/2024 |
| #708263.1 | Withheld for A/C Privilege | Email | <ASweatman@caffertyclobes.com>*, "Bryan L. Clobes*" <BClobes@caffertyclobes.com>, Kelly McDonald <KMcDonald@caffertyclobes.com> | David Hwang <fobhwang@gmail.com> | | <fobhwang@gmail.com> | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 3/13/2024 |
| #708264.1 | Withheld for A/C Privilege | Email | "DHH Asst" <dhhasst@gmail.com>, "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 8/29/2024 |
| #708265.1 | Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 8/2/2024 |
| #708266.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com>* | David Hwang <fobhwang@gmail.com> | | <fobhwang@gmail.com> | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 8/29/2024 |
| #708267.1 | Withheld for A/C Privilege | Email | "Foley, Carolyn (She/Her/Hers)*<cfoley@penguinrandomhouse.com>, "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | "Laveglia, Aurora" <alaveglia@penguinrandomhouse.com>, "David Berlin"* <dberlin@srda.com>, "Liza Montesano" <lmontesano@srda.com>* | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 8/30/2024 |
| #708268.1 | Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, "Kelly McDonald" <KMcDonald@caffertyclobes.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 3/14/2024 |
| #708269.1 | Withheld for A/C Privilege | Email | "David Hwang" <fobhwang@gmail.com> | "Alexander Sweatman"* | Clobes"*<BClobes@caffertyclobes.com>, "DHH Asst" <dhhasst@gmail.com>, "Kelly McDonald" <KMcDonald@caffertyclobes.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 3/4/2024 |

| Bates | Privilege | Type | From | To | CC | BCC | Custodian | Description | Date |
|---|---|---|---|---|---|---|---|---|---|
| #708271.1 | Withheld for A/C Privilege | Text message | Kelvin Y. | David Henry Hwang | | | David Henry Hwang | Text message communication refelcting legal advice and attorney client communications regarding pending legal proceeding and legal issues related therin. | |
| #708272.1 | Withheld for A/C Privilege | Email | "'David Hwang'" <fobhwang@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 5/22/2024 |
| #708273.1 | Withheld for A/C Privilege | Email | "'David Hwang'" <fobhwang@gmail.com> | "Alexander Sweatman"* | "dhhasst@gmail.com" <dhhasst@gmail.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 9/7/2024 |
| #708275.1 | Withheld for A/C Privilege | Email | "'David Hwang'" <fobhwang@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 8/29/2024 |
| #708284.1 | Withheld for A/C Privilege | Email | Ralph Sevush <rsevush@dramatistsguild.com>* | David Hwang <fobhwang@gmail.com> | | | David Henry Hwang | Email communication regarding pending legal proceeding and legal issues related therin. | 9/6/2023 |
| #708494.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 7/23/2024 |
| #708495.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 6/17/2024 |
| #708496.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Laura Lippman <lauramlippman@gmail.com> | | <lauramlippman@gmail.com> | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 9/4/2024 |
| #708497.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 5/23/2024 |
| #708498.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 8/31/2024 |
| #708499.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Laura Lippman <lauramlippman@gmail.com> | | <lauramlippman@gmail.com> | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 9/5/2024 |
| #708500.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 7/24/2024 |
| #708501.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 8/29/2024 |
| #708502.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 7/24/2024 |
| #708503.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 8/6/2024 |
| #708504.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 8/7/2024 |
| #708505.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 8/30/2024 |
| #708506.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Laura Lippman <lauramlippman@gmail.com> | | <lauramlippman@gmail.com> | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 9/4/2024 |
| #708507.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 2/14/2024 |
| #708508.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 3/7/2024 |
| #708509.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | "Molli" <Molli.simonsen@gmail.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 2/6/2024 |
| #708510.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | <BClobes@caffertyclobes.com> | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 9/8/2024 |
| #708511.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 8/30/2024 |
| #708512.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | <BClobes@caffertyclobes.com> | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 9/8/2024 |
| #708513.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | <BClobes@caffertyclobes.com> | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 9/8/2024 |
| #708514.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Alexander Sweatman"* | "Molli" <Molli.simonsen@gmail.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 2/8/2024 |
| #708551.1 | Withheld for A/C Privilege | Email | "Laura Lippman" <lauramlippman@gmail.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | "Alexander Sweatman"* | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 9/30/2023 |
| #708552.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Laura Lippman <lauramlippman@gmail.com> | | <lauramlippman@gmail.com> | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 9/17/2024 |
| #708553.1 | Withheld for A/C Privilege | Email | Vicky Bijur <vicky@vickybijuragency.com> | Laura Lippman <lauramlippman@gmail.com> | Alexander Sweatman <ASweatman@caffertyclobes.com>, Maj Britt Simonsen <mollisimonsen@gmail.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Claire Oleson <claire@vickybijuragency.com> | <lauramlippman@gmail.com> | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 9/20/2024 |
| LIPPMAN004564 | Redacted for A/C Privilege | Email | lauramlippman@gmail.com | <tayari.jones@gmail.com> | | <tayari.jones@gmail.com> | Laura Lippman | Email communication regarding pending legal proceeding and legal issues related therin. | 9/25/2023 |
| #708556.1 | Withheld for A/C Privilege | Email | "Ta-Nehisi Coates" <markandrews4400@proton.me> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | "Alexander Sweatman"* | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/30/2023 |
| #708557.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | Ta-Nehisi Coates <markandrews4400@proton.me> | | <markandrews4400@proton.me> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/10/2024 |
| #708559.1 | Withheld for A/C Privilege | Email | "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Alexander Sweatman <ASweatman@caffertyclobes.com>, Barbara Blanco <bblanco@peyalex.com>, David Alexander <dalexander@peyalex.com>, "nshaw@delshaw.com"* <nshaw@delshaw.com> | Ta-Nehisi Coates <markandrews4400@proton.me> | "assistants.to.nshaw@DSMTFL.com" <assistants.to.nshaw@DSMTFL.com> | <markandrews4400@proton.me> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/9/2024 |
| #708560.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Octavia Ridout <octavia@maceolyn.com> | Ta-Nehisi Coates <markandrews4400@proton.me> | <octavia@maceolyn.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/19/2024 |
| #708562.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Ta-Nehisi Coates <markandrews4400@proton.me> | Octavia Ridout <octavia@maceolyn.com> | <markandrews4400@proton.me> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 5/31/2024 |
| #708563.1 | Withheld for A/C Privilege | Email | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | Ta-Nehisi Coates <markandrews4400@proton.me> | Alexander Sweatman <ASweatman@caffertyclobes.com>, Octavia Ridout <octavia@maceolyn.com> | <markandrews4400@proton.me> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 2/2/2024 |

| Bates | Privilege | Type | From | To | CC | Email | Custodian | Description | Date |
|---|---|---|---|---|---|---|---|---|---|
| #708564.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com>, "Mrathur@caffertyclobes.com" <Mrathur@caffertyclobes.com> | Ta-Nehisi Coates <markandrews4400@proton.me> | | <markandrews4400@proton.me> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/17/2024 |
| #708567.1 | Withheld for A/C Privilege | Email | Ta-Nehisi Coates <markandrews4400@proton.me>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Alexander Sweatman <ASweatman@caffertyclobes.com>, David Alexander <dalexander@peyalex.com>, "nshaw@delshaw.com" <nshaw@delshaw.com>* | Barbara Blanco <bblanco@peyalex.com> | "assistants.to.nshaw@DSMTFL.com" <assistants.to.nshaw@DSMTFL.com> | <bblanco@peyalex.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/9/2024 |
| #708568.1 | Withheld for A/C Privilege | Email | Ta-Nehisi Coates <markandrews4400@proton.me>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Alexander Sweatman <ASweatman@caffertyclobes.com>, David Alexander <dalexander@peyalex.com>, "nshaw@delshaw.com" <nshaw@delshaw.com>* | Barbara Blanco <bblanco@peyalex.com> | "assistants.to.nshaw@DSMTFL.com" <assistants.to.nshaw@DSMTFL.com> | <bblanco@peyalex.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/9/2024 |
| #708569.1 | Withheld for A/C Privilege | Email | Ta-Nehisi Coates <markandrews4400@proton.me>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Alexander Sweatman <ASweatman@caffertyclobes.com>, David Alexander <dalexander@peyalex.com>, "nshaw@delshaw.com"* <nshaw@delshaw.com> | Barbara Blanco <bblanco@peyalex.com> | "assistants.to.nshaw@DSMTFL.com" <assistants.to.nshaw@DSMTFL.com> | <bblanco@peyalex.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/9/2024 |
| #708570.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Julia Masnik <julia@watkinsloomis.com> | "gloria@watkinsloomis.com" <gloria@watkinsloomis.com>, "julia@watkinsloomis.com" <julia@watkinsloomis.com>, David Alexander <dalexander@peyalex.com>, "assistants.to.nshaw@DSMTFL.com" <assistants.to.nshaw@dsmtfl.com>, Ta-Nehisi Coates <markandrews4400@proton.me>, Mark Mingelgreen <mmingelgreen@peyalex.com>, Mark Weiss <mweiss@peyalex.com>, Alan Karpf <akarpf@peyalex.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Barbara Blanco <bblanco@peyalex.com>, "nshaw@delshaw.com"* <nshaw@delshaw.com>, Octavia Ridout <octavia@maceolyn.com> | <julia@watkinsloomis.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/13/2024 |
| #708571.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Barbara Blanco <bblanco@peyalex.com>, "nshaw@delshaw.com"* <nshaw@delshaw.com>* | David Alexander <dalexander@peyalex.com> | Ta-Nehisi Coates <markandrews4400@proton.me>, "gloria@watkinsloomis.com" <gloria@watkinsloomis.com>, "julia@watkinsloomis.com" <julia@watkinsloomis.com>, Mark Mingelgreen <mmingelgreen@peyalex.com>, "Mark Weiss" <mweiss@peyalex.com>, Alan Karpf <akarpf@peyalex.com> | <dalexander@peyalex.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/10/2024 |
| #708572.1 | Withheld for A/C Privilege | Email | Ta-Nehisi Coates <markandrews4400@proton.me>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Alexander Sweatman <ASweatman@caffertyclobes.com>, David Alexander <dalexander@peyalex.com>, "nshaw@delshaw.com"* <nshaw@delshaw.com>* | Barbara Blanco <bblanco@peyalex.com> | "assistants.to.nshaw@DSMTFL.com" <assistants.to.nshaw@DSMTFL.com> | <bblanco@peyalex.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/9/2024 |
| #708573.1 | Withheld for A/C Privilege | Email | Barbara Blanco <bblanco@peyalex.com>, Ta-Nehisi Coates <markandrews4400@proton.me>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Alexander Sweatman <ASweatman@caffertyclobes.com>, "nshaw@delshaw.com"* <nshaw@delshaw.com> | David Alexander <dalexander@peyalex.com> | "assistants.to.nshaw@DSMTFL.com" <assistants.to.nshaw@DSMTFL.com>, "Mark Mingelgreen" <mmingelgreen@peyalex.com> | <dalexander@peyalex.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/9/2024 |
| #708574.1 | Withheld for A/C Privilege | Email | "julia@watkinsloomis.com" <julia@watkinsloomis.com>, Alexander Sweatman <ASweatman@caffertyclobes.com> | Barbara Blanco <bblanco@peyalex.com> | "gloria@watkinsloomis.com" <gloria@watkinsloomis.com>, David Alexander <dalexander@peyalex.com>, "assistants.to.nshaw@DSMTFL.com" <assistants.to.nshaw@dsmtfl.com>, Ta-Nehisi Coates <markandrews4400@proton.me>, Mark Mingelgreen <mmingelgreen@peyalex.com>, Mark Weiss <mweiss@peyalex.com>, Alan Karpf <akarpf@peyalex.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, "nshaw@delshaw.com"* <nshaw@delshaw.com>, Octavia Ridout <octavia@maceolyn.com> | <bblanco@peyalex.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/13/2024 |
| #708575.1 | Withheld for A/C Privilege | Email | Octavia Ridout <octavia@maceolyn.com> | Mohammed Rathur <MRathur@caffertyclobes.com> | Alexander Sweatman <ASweatman@caffertyclobes.com>, Ta-Nehisi Coates <markandrews4400@proton.me>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | <MRathur@caffertyclobes.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/20/2024 |

| Bates | Status | Type | From | To | CC | BCC | Author | Description | Date |
|---|---|---|---|---|---|---|---|---|---|
| #708576.1 | Withheld for A/C Privilege | Email | Mohammed Rathur <MRathur@caffertyclobes.com> | Octavia Ridout <octavia@maceolyn.com> | Alexander Sweatman <ASweatman@caffertyclobes.com>, Ta-Nehisi Coates <markandrews4400@proton.me>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | <octavia@maceolyn.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/20/2024 |
| #708577.1 | Withheld for A/C Privilege | Email | Octavia Ridout <octavia@maceolyn.com>, Alexander Sweatman <ASweatman@caffertyclobes.com> | Mohammed Rathur <MRathur@caffertyclobes.com> | Ta-Nehisi Coates <markandrews4400@proton.me>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | <MRathur@caffertyclobes.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/20/2024 |
| #708578.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Octavia Ridout <octavia@maceolyn.com> | Ta-Nehisi Coates <markandrews4400@proton.me>, Mohammed Rathur <MRathur@caffertyclobes.com> | <octavia@maceolyn.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/20/2024 |
| #708579.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com>, Octavia Ridout <octavia@maceolyn.com> | Mohammed Rathur <MRathur@caffertyclobes.com> | Ta-Nehisi Coates <markandrews4400@proton.me> | <MRathur@caffertyclobes.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/19/2024 |
| #708582.1 | Withheld for A/C Privilege | Email | Mohammed Rathur <MRathur@caffertyclobes.com> | Octavia Ridout <octavia@maceolyn.com> | Alexander Sweatman <ASweatman@caffertyclobes.com>, Ta-Nehisi Coates <markandrews4400@proton.me>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | <octavia@maceolyn.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/20/2024 |
| #708584.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Octavia Ridout <octavia@maceolyn.com> | Ta-Nehisi Coates <markandrews4400@proton.me> | <octavia@maceolyn.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/4/2024 |
| #708585.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | Ta-Nehisi Coates <markandrews4400@proton.me>, Octavia Ridout <octavia@maceolyn.com> | <BClobes@caffertyclobes.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 8/1/2024 |
| #708586.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Ta-Nehisi Coates <markandrews4400@proton.me> | | <markandrews4400@proton.me> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 8/6/2024 |
| #708587.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Ta-Nehisi Coates <markandrews4400@proton.me> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | <markandrews4400@proton.me> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 8/28/2024 |
| #708589.1 | Withheld for A/C Privilege | Email | Ta-Nehisi Coates <markandrews4400@proton.me> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | Alexander Sweatman <ASweatman@caffertyclobes.com>, Mohammed Rathur <MRathur@caffertyclobes.com> | <BClobes@caffertyclobes.com> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/20/2024 |
| #708592.1 | Withheld for A/C Privilege | Email | "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Alexander Sweatman <ASweatman@caffertyclobes.com>, "Mrathur@caffertyclobes.com" <Mrathur@caffertyclobes.com> | Ta-Nehisi Coates <markandrews4400@proton.me> | | <markandrews4400@proton.me> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/20/2024 |
| #708593.1 | Withheld for A/C Privilege | Email | Alexander Sweatman<ASweatman@caffertyclobes.com> | Ta-Nehisi Coates <markandrews4400@proton.me> | | <markandrews4400@proton.me> | Ta-Nehisi Coates | Email communication regarding pending legal proceeding and legal issues related therin. | 9/17/2024 |
| #708601.1 | Withheld for A/C Privilege | Email | Rachel Snyder <rachel@globalgrit.com>, Ayelet Waldman <ayeletwaldman@gmail.com>, Matthew Klam <mattklam@gmail.com>, David Hwang <fobhwang@gmail.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | Alexander Sweatman <ASweatman@caffertyclobes.com> | <BClobes@caffertyclobes.com> | Matthew Klam | Email communication regarding pending legal proceeding and legal issues related therin. | 9/15/2023 |
| #708602.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Matthew Klam <mattklam@gmail.com> | | <mattklam@gmail.com> | Matthew Klam | Email communication regarding pending legal proceeding and legal issues related therin. | 8/21/2024 |
| #708603.1 | Withheld for A/C Privilege | Email | Rachel Snyder <rachel@globalgrit.com>, Ayelet Waldman <ayeletwaldman@gmail.com>, Matthew Klam <mattklam@gmail.com>, David Hwang <fobhwang@gmail.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | <BClobes@caffertyclobes.com> | Matthew Klam | Email communication regarding pending legal proceeding and legal issues related therin. | 10/3/2023 |
| #708604.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Matthew Klam <mattklam@gmail.com> | | <mattklam@gmail.com> | Matthew Klam | Email communication regarding pending legal proceeding and legal issues related therin. | 2/6/2024 |
| #708607.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Matthew Klam <mattklam@gmail.com> | | <mattklam@gmail.com> | Matthew Klam | Email communication regarding pending legal proceeding and legal issues related therin. | 8/9/2024 |
| #708608.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Matthew Klam <mattklam@gmail.com> | | <mattklam@gmail.com> | Matthew Klam | Email communication regarding pending legal proceeding and legal issues related therin. | 8/28/2024 |
| #708610.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Matthew Klam <mattklam@gmail.com> | | <mattklam@gmail.com> | Matthew Klam | Email communication regarding pending legal proceeding and legal issues related therin. | 9/4/2024 |
| #708611.1 | Withheld for A/C Privilege | Email | '"Matthew Klam"' <mattklam@gmail.com> | "Alexander Sweatman"* | | | Matthew Klam | Email communication regarding pending legal proceeding and legal issues related therin. | 2/13/2024 |
| #708612.1 | Withheld for A/C Privilege | Email | Rachel Louise Snyder <Rachel@globalgrit.com> | Matthew Klam <mattklam@gmail.com> | Alexander Sweatman <ASweatman@caffertyclobes.com>, Ayelet Waldman <ayeletwaldman@gmail.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, David Hwang <fobhwang@gmail.com> | <mattklam@gmail.com> | Matthew Klam | Email communication regarding pending legal proceeding and legal issues related therin. | 9/15/2023 |
| #708613.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Matthew Klam <mattklam@gmail.com> | | <mattklam@gmail.com> | Matthew Klam | Email communication regarding pending legal proceeding and legal issues related therin. | 8/21/2024 |
| #708615.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Matthew Klam <mattklam@gmail.com> | "Foley, Carolyn* (She/Her/Hers)"<cfoley@penguinrandomhouse.com> | <mattklam@gmail.com> | Matthew Klam | Email communication regarding pending legal proceeding and legal issues related therin. | 9/13/2024 |
| #708616.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 9/30/2023 |
| #708617.1 | Withheld for A/C Privilege | Email | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 9/30/2023 |
| #708618.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Mohammed Rathur"*<MRathur@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 9/13/2024 |
| #708620.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 2/14/2024 |
| #708622.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 6/7/2024 |
| #708624.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 6/11/2024 |
| #708625.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 6/17/2024 |
| #708627.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 7/9/2024 |
| #708630.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 8/7/2024 |
| #708632.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 8/19/2024 |
| #708633.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 3/5/2024 |

| Bates | Privilege | Type | From | To | CC | Email Addresses | Custodian | Description | Date |
|---|---|---|---|---|---|---|---|---|---|
| #708634.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 3/7/2024 |
| #708635.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 3/7/2024 |
| #708637.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 2/6/2024 |
| #708638.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 3/12/2024 |
| #708640.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 2/7/2024 |
| #708642.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 2/12/2024 |
| #708643.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 3/7/2024 |
| #708644.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 8/26/2024 |
| #708645.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 8/29/2024 |
| #708646.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 9/4/2024 |
| #708650.1 | Withheld for A/C Privilege | Email | "Andrew Greer" <andrewseangreer@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Andrew Sean Greer | Email communication regarding pending legal proceeding and legal issues related therin. | 9/10/2024 |
| #708651.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 2/9/2024 |
| #708652.1 | Withheld for A/C Privilege | Email | "Junot Diaz" <junot@mit.edu> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 9/30/2023 |
| #708653.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | junot diaz <kidskeyan@gmail.com> | | <kidskeyan@gmail.com> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 6/3/2024 |
| #708655.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 5/31/2024 |
| #708656.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | junot diaz <kidskeyan@gmail.com> | | <kidskeyan@gmail.com> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 6/3/2024 |
| #708657.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 5/21/2024 |
| #708659.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 3/12/2024 |
| #708660.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 3/12/2024 |
| #708662.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 2/13/2024 |
| #708663.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 2/8/2024 |
| #708664.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 2/13/2024 |
| #708665.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 2/6/2024 |
| #708666.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 2/6/2024 |
| #708667.1 | Withheld for A/C Privilege | Email | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | Alexander Sweatman <ASweatman@caffertyclobes.com> | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 2/1/2024 |
| #708668.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 5/31/2024 |
| #708669.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 5/31/2024 |
| #708670.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 8/29/2024 |
| #708671.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 8/29/2024 |
| #708672.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 9/8/2024 |
| #708673.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, Mohammed Rathur <MRathur@caffertyclobes.com> | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 9/10/2024 |
| #708674.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 9/9/2024 |
| #708675.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 9/9/2024 |
| #708677.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 9/9/2024 |
| #708679.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 9/19/2024 |
| #708680.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 8/2/2024 |
| #708681.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 8/9/2024 |
| #708683.1 | Withheld for A/C Privilege | Email | "ASweatman@caffertyclobes.com" <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 3/12/2024 |
| #708684.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | Junot Diaz <junot@mit.edu> | | <junot@mit.edu> | Junot Diaz | Email communication regarding pending legal proceeding and legal issues related therin. | 6/2/2024 |
| #708686.1 | Withheld for A/C Privilege | Email | "J. Woodson" <writerwoodson@gmail.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 9/30/2023 |
| #708687.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | <BClobes@caffertyclobes.com> | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 9/8/2024 |
| #708688.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | <BClobes@caffertyclobes.com> | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 9/8/2024 |
| #708689.1 | Withheld for A/C Privilege | Email | Alexander Sweatman <ASweatman@caffertyclobes.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | <BClobes@caffertyclobes.com> | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 9/8/2024 |
| #708690.1 | Withheld for A/C Privilege | Email | "Jacqueline Woodson" <writerwoodson@gmail.com> | "Alexander Sweatman"* | "Jacqueline Woodson Assistant" <assistant@jacquelinewoodson.com> | "Alexander Sweatman"* | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 5/24/2024 |
| #708691.1 | Withheld for A/C Privilege | Email | "Jacqueline Woodson" <writerwoodson@gmail.com> | "Alexander Sweatman"* | "Jacqueline Woodson Assistant" <assistant@jacquelinewoodson.com> | "Alexander Sweatman"* | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 7/20/2024 |
| #708692.1 | Withheld for A/C Privilege | Email | "Jacqueline Woodson" <writerwoodson@gmail.com> | "Alexander Sweatman"* | "Jacqueline Woodson Assistant" <assistant@jacquelinewoodson.com> | "Alexander Sweatman"* | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 7/19/2024 |
| #708694.1 | Withheld for A/C Privilege | Email | "Jacqueline Woodson" <writerwoodson@gmail.com>, "Jacqueline Woodson Assistant" <assistant@jacquelinewoodson.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com>, "Kelly McDonald" <KMcDonald@caffertyclobes.com> | "Alexander Sweatman"* | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 4/8/2024 |

| Bates/ID | Status | Type | From | To | CC | BCC | Custodian | Description | Date |
|---|---|---|---|---|---|---|---|---|---|
| #708696.1 | Withheld for A/C Privilege | Email | "'J. Woodson'" <writerwoodson@gmail.com> | "Alexander Sweatman"* | "Jacqueline Woodson Assistant" <assistant@jacquelinewoodson.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 3/7/2024 |
| #708697.1 | Withheld for A/C Privilege | Email | "Jacqueline Woodson" <writerwoodson@gmail.com> | "Alexander Sweatman"* | "Jacqueline Woodson Assistant" <assistant@jacquelinewoodson.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 3/6/2024 |
| #708699.1 | Withheld for A/C Privilege | Email | "Jacqueline Woodson" <writerwoodson@gmail.com> | "Alexander Sweatman"* | "Jacqueline Woodson Assistant" <assistant@jacquelinewoodson.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 3/5/2024 |
| #708701.1 | Withheld for A/C Privilege | Email | "'Jacqueline Woodson Assistant'" <assistant@jacquelinewoodson.com> | "Alexander Sweatman"* | "'J. Woodson'" <writerwoodson@gmail.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 2/8/2024 |
| #708702.1 | Withheld for A/C Privilege | Email | "Jacqueline Woodson" <writerwoodson@gmail.com> | "Alexander Sweatman"* | "Jacqueline Woodson Assistant" <assistant@jacquelinewoodson.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 8/6/2024 |
| #708704.1 | Withheld for A/C Privilege | Email | "Jacqueline Woodson" <writerwoodson@gmail.com> | "Alexander Sweatman"* | "Jacqueline Woodson Assistant" <assistant@jacquelinewoodson.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 9/5/2024 |
| #708705.1 | Withheld for A/C Privilege | Email | "Jacqueline Woodson" <writerwoodson@gmail.com> | "Alexander Sweatman"* | "Jacqueline Woodson Assistant" <assistant@jacquelinewoodson.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 8/20/2024 |
| #708706.1 | Withheld for A/C Privilege | Email | "Jacqueline Woodson" <writerwoodson@gmail.com> | "Alexander Sweatman"* | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 9/16/2024 |
| #708709.1 | Withheld for A/C Privilege | Email | "'Jacqueline Woodson Assistant'" <assistant@jacquelinewoodson.com> | "Alexander Sweatman"* | "J. Woodson" <writerwoodson@gmail.com>, "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | "Alexander Sweatman"* | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 2/8/2024 |
| WOODSON001096 | Redacted for A/C Privilege | Email | Ayelet Waldman <ayeletwaldman@gmail.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | Jacqueline Woodson | Email communication regarding pending legal proceeding and legal issues related therin. | 9/15/2023 |
| #708717.1 | Withheld for A/C Privilege | Email | Susan Ramer <sramer@doncongdon.com>, Bryan Clobes <bclobes@caffertyclobes.com>, Alexander Sweatman <ASweatman@caffertyclobes.com> | Rachel Louise Snyder <rachel@globalgrit.com> | | <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 6/10/2024 |
| #708718.1 | Withheld for A/C Privilege | Email | Peter Petre <petreynyc@gmail.com> Mary Rasenberger* <Mrasenberger@authorsguild.org> Rachel Snyder <Rachel@globalgrit.com> | Min Jin Lee <minjin.lee@me.com> | | Min Jin Lee <minjin.lee@me.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 6/13/2024 |
| #708721.1 | Withheld for A/C Privilege | Email | Alexander Sweatman* <ASweatman@caffertyclobes.com> | Rachel Snyder <rachel@globalgrit.com> | | <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 6/13/2024 |
| #708723.1 | Withheld for A/C Privilege | Email | Alexander Sweatman*<ASweatman@caffertyclobes.com> | Rachel Snyder <rachel@globalgrit.com> | | <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 3/13/2024 |
| #708724.1 | Withheld for A/C Privilege | Email | Alexander Sweatman* <ASweatman@caffertyclobes.com> | Rachel Snyder <rachel@globalgrit.com> | "Bryan L. Clobes"* <BClobes@caffertyclobes.com> | <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 3/14/2024 |
| #708725.1 | Withheld for A/C Privilege | Email | Alexander Sweatman* <ASweatman@caffertyclobes.com> | Rachel Louise Snyder <rachel@globalgrit.com> | | <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 9/6/2024 |
| #708726.1 | Withheld for A/C Privilege | Email | Alexander Sweatman* <ASweatman@caffertyclobes.com> | Rachel Snyder <rachel@globalgrit.com> | | <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 6/13/2024 |
| #708727.1 | Withheld for A/C Privilege | Email | Alexander Sweatman* <ASweatman@caffertyclobes.com> | Rachel Snyder <rachel@globalgrit.com> | "Bryan L. Clobes"* <BClobes@caffertyclobes.com> | <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 8/5/2024 |
| #708729.1 | Withheld for A/C Privilege | Email | Alexander Sweatman* <ASweatman@caffertyclobes.com> | Rachel Snyder <rachel@globalgrit.com> | "Bryan L. Clobes"* <BClobes@caffertyclobes.com> | <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 8/1/2024 |
| #708730.1 | Withheld for A/C Privilege | Email | Alexander Sweatman* <ASweatman@caffertyclobes.com> | Rachel Snyder <rachel@globalgrit.com> | "Bryan L. Clobes"*<BClobes@caffertyclobes.com> | <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 8/6/2024 |
| #708732.1 | Withheld for A/C Privilege | Email | Bryan Clobes* <bclobes@caffertyclobes.com>, Alexander Sweatman* <ASweatman@caffertyclobes.com> | Rachel Louise Snyder <Rachel@globalgrit.com> | | <Rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 6/10/2024 |
| #708733.1 | Withheld for A/C Privilege | Email | Alexander Sweatman* <ASweatman@caffertyclobes.com> | Rachel Louise Snyder <rachel@globalgrit.com> | | <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 6/14/2024 |
| #708735.1 | Withheld for A/C Privilege | Email | Alexander Sweatman* <ASweatman@caffertyclobes.com>, Bryan Clobes* <bclobes@caffertyclobes.com> | Rachel Louise Snyder <rachel@globalgrit.com> | | <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 7/31/2024 |
| #708736.1 | Withheld for A/C Privilege | Email | Alexander Sweatman* <ASweatman@caffertyclobes.com>, Bryan Clobes* <bclobes@caffertyclobes.com> | Rachel Louise Snyder <rachel@globalgrit.com> | | <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 7/31/2024 |
| SNYDER000067 | Redacted for A/C Privilege | Email | Emily Eakin <emily.eakin@nytimes.com> | Rachel Louise Snyder <rachel@globalgrit.com> | | Rachel Louise Snyder <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 8/23/2023 |
| SNYDER000064 | Redacted for A/C Privilege | Email | Alexander Sweatman* <ASweatman@caffertyclobes.com> | Rachel Louise Snyder <rachel@globalgrit.com> | | Rachel Louise Snyder <rachel@globalgrit.com> | Rachel Snyder | Email communication regarding pending legal proceeding and legal issues related therin. | 6/13/2024 |
| SNYDER000069-91 | Redacted for A/C Privilege | Text messages | Rachel Llouise Snyder<br>Masha Gessin<br>Jess Bruder<br>Adrian Nicole LeBlanc<br>Sheri Fink | Rachel Llouise Snyder<br>Masha Gessin<br>Jess Bruder<br>Adrian Nicole LeBlanc<br>Sheri Fink | | Rachel Llouise Snyder<br>Masha Gessin<br>Jess Bruder<br>Adrian Nicole LeBlanc<br>Sheri Fink | Rachel Snyder | Text messages reflecting legal advice and attorney client communicationd regarding pending legal proceeding and legal issues related therin. | 8/15/2023-9/04/2023 |

*Attorney