# EXHIBIT A

Case 3:23-cv-03417-VC   Document 446-1   Filed 02/14/25   Page 2 of 5

11/13/2024　　　　　　　　Richard Kadrey, et al. v. Meta Platforms, Inc.　　　　　　Michael Patrick Clark 30(b)(6), Vol I & Vol II
Highly Confidential

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
Individual and Representative　　　)  Lead Case No.
Plaintiffs,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)  3:23-cv-03417-VC
　　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
Meta Platforms, Inc.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
Defendant.　　　　　　　　　　　　　　)
_____)

** H I G H L Y  C O N F I D E N T I A L **

30(b)(6) VIDEOTAPED DEPOSITION OF

META PLATFORMS, INC.

BY: MICHAEL PATRICK CLARK

Denver, Colorado

VOLUMES I AND II

Wednesday, November 13, 2024

Thursday, November 14, 2024

Reported stenographically by:

Michelle Kirkpatrick, RDR-CRR-CRC-CRI, FCRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 446-1   Filed 02/14/25   Page 3 of 5

11/13/2024            Richard Kadrey, et al. v. Meta Platforms, Inc.            Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                    Highly Confidential

Page 53

1    we were doing on privacy to make sure that the model

2    would not regurgitate information about private

3    individuals.

4             We believed that, and it is our position

5    that using copyrighted data for training falls

6    within fair use boundaries; but while we had the

7    mitigations that we had already built for privacy,

8    we applied and made sure that we were doing the same

9    mitigations more broadly, including, in both privacy

10   and IP, measuring the likelihood of memorization or

11   regurgitation or re-identifiability of content.

12      Q    Okay.  And tying that back to your

13   testimony about transformation, is it Meta's

14   position that transformation occurs when the data

15   that is ingested is tokenized?

16      A    It is the combination of the entire

17   process.

18           So it is -- are you --

19      Q    No, I'm waiting for your --

20      A    I thought you were asking something.

21           It's the entire process.  It's -- there's

22   an entire set of data, and then that data is cleaned

Case 3:23-cv-03417-VC   Document 446-1   Filed 02/14/25   Page 4 of 5

11/13/2024              Richard Kadrey, et al. v. Meta Platforms, Inc.              Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                           Highly Confidential

Page 54

1  up.  It has duplicates removed.  It has unneeded

2  characters, repeating characters.  It has metadata.

3  It has other things removed to get down to a base

4  clean, parsed dataset.

5           That parsed dataset then goes through a

6  series of evaluations to find out which combination

7  and what token size, what training passes, which

8  methods, and research that we do at that stage to

9  identify what is best.

10          Once we get through that process, we then

11 go into the full training process.  So we take what

12 were the best results and move into the tokenization

13 process and the weights process and combinations of

14 how the final model, from a pre-trained perspective,

15 works and functions.

16          We then go through an alignment phase to

17 train the model for specific kinds of capabilities

18 based on pre-training and post-training, and then

19 whatever additional fine-tuning is needed for the

20 specific purpose of the model.

21          And the entire life cycle of that is what

22 we measure for memorization and believe that,

Case 3:23-cv-03417-VC   Document 446-1   Filed 02/14/25   Page 5 of 5

11/13/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                    Highly Confidential

Page 55

 1   through that entire process, it is transformative.
 2        Q    Okay.  Is it Meta's position that scraping
 3   data from websites and making copies of that data is
 4   transformative?
 5             MS. HARTNETT:  Objection to the form and
 6   to the extent it calls for a legal conclusion.
 7        A    Can you clarify what you mean by
 8   "scraping"?  That's a broad --
 9   BY MS. POUEYMIROU:
10        Q    So scraping might not be the right term
11   here.  But you described this pipeline, and it
12   seemed to start from the processing of data that's
13   already been copied and create -- a dataset has been
14   made, and now you are preparing it for ingestion.
15             My question is -- and you described -- is
16   it correct to say that you're saying that the
17   preparation of the data that's been copied begins
18   the process of transformation?
19             MS. HARTNETT:  Objection to the form and
20   to the extent it calls for a legal conclusion.
21             MS. POUEYMIROU:  I'm -- I am merely using
22   the language that Mr. Clark is using.