# EXHIBIT B

Case 3:23-cv-03417-VC   Document 446-2   Filed 02/14/25   Page 2 of 11

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,      )
     Individual and      )
     Representative      )
     Plaintiffs,         )
                            )
 v.                         )   Case No.:
                            )   3:23-cv-03417-VC
META PLATFORMS, INC.,        )
     Defendant.          )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Videotaped 30(b)(6) deposition of Defendant
META PLATFORMS, INC.,
by and through its corporate designee
NIKOLAY BASHLYKOV
Friday, December 6, 2024

London, England
United Kingdom

Reported stenographically by:
Leah M. Willersdorf,
RMR, CRR, FBIVR, ACR, QRR2*, CLR

_____
DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 446-2   Filed 02/14/25   Page 3 of 11

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 66

| | | |
|---|---|---|
| 1 | Q.   I believe these datasets were produced as | 13:58:07 |
| 2 | training data for LLaMAs 1 through 3, and it's your | 13:58:11 |
| 3 | testimony that you can't confirm whether that's true? | 13:58:21 |
| 4 |         MR. WEINSTEIN:  Object to form. | 13:58:26 |
| 5 |         THE WITNESS:  What I was saying is that | 13:58:33 |
| 6 | for some, like, there is a term which is called | 13:58:34 |
| 7 | "poking" -- | 13:58:44 |
| 8 | BY MS. POUEYMIROU: | 13:58:44 |
| 9 |    Q.   Mmm-hmm. | 13:58:44 |
| 10 |    A.   -- the data, so I wouldn't exclude that | 13:58:46 |
| 11 | for some of the dataset the poking was less than 1, | 13:58:48 |
| 12 | that is possible. | 13:58:52 |
| 13 |    Q.   Okay.  Was B3G -- what is B3G?  You | 13:58:53 |
| 14 | test -- what is B3G? | 13:59:00 |
| 15 |    A.   In context of these files? | 13:59:02 |
| 16 |    Q.   Mmm-hmm. | 13:59:04 |
| 17 |    A.   It's Books3 Gutenberg. | 13:59:05 |
| 18 |    Q.   And how has Books3 Gutenberg been used for | 13:59:09 |
| 19 | training Meta LLaMA models? | 13:59:15 |
| 20 |    A.   When you're asking how, what specifically | 13:59:20 |
| 21 | are you asking about? | 13:59:23 |
| 22 |    Q.   Has Books3 Gutenberg been used for | 13:59:25 |

Case 3:23-cv-03417-VC   Document 446-2   Filed 02/14/25   Page 4 of 11

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 67

1  pretraining Meta LLaMA models? 13:59:30

2     A.  It was. 13:59:31

3     Q.  Has Books3 Gutenberg been used in 13:59:32

4  post-training of Meta LLaMA models? 13:59:36

5     A.  Parts of it was, yes. 13:59:38

6     Q.  Do you know which parts? 13:59:41

7     A.  It's hard to say, and you can't say 13:59:49

8  document by document, so subset of Books3 was used. 13:59:57

9     Q.  Was Books3 Gutenberg, B3G, used for 14:00:01

10 ablation studies? 14:00:07

11    A.  For some of the ablation studies, parts of 14:00:11

12 Books3G documents were used. 14:00:19

13    Q.  And were those ablation studies in the 14:00:20

14 pretraining part of the life cycle? 14:00:23

15    A.  Yes. 14:00:35

16    Q.  And were they the ablation studies in the 14:00:35

17 post-training part of the life cycle? 14:00:39

18    A.  Yes. 14:00:41

19    Q.  And was B3G used for benchmarking?  Is 14:00:42

20 that the same as ablations? 14:00:48

21    A.  Could you clarify on the benchmarking what 14:00:56

22 do you mean? 14:00:58

Case 3:23-cv-03417-VC   Document 446-2   Filed 02/14/25   Page 5 of 11

12/6/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Nikolay Bashlykov 30(b)(6)
                      Highly Confidential - Attorneys' Eyes Only

                                                                              Page 68

| | | |
|---|---|---|
| 1  | Q.   How do you define "benchmarking"?  It's a | 14:00:59 |
| 2  | term in the documents frequently. | 14:01:03 |
| 3  | A.   Mmm.  So it depends on the context, but | 14:01:08 |
| 4  | most -- I would refer it as measuring performance of | 14:01:11 |
| 5  | the model against certain benchmarks. | 14:01:16 |
| 6  | Q.   Is that like an ablation study -- | 14:01:20 |
| 7  | A.   So ablation study, part of the ablation | 14:01:24 |
| 8  | study is measuring the performance on certain | 14:01:31 |
| 9  | benchmarks, like, for specific ablations. | 14:01:34 |
| 10 | Q.   Okay.  So ablation studies and | 14:01:37 |
| 11 | benchmarking are not always synonymous? | 14:01:45 |
| 12 | A.   They are not. | 14:01:45 |
| 13 | Q.   Okay. | 14:01:46 |
| 14 | Was B3G used to test memorization? | 14:01:52 |
| 15 | MR. WEINSTEIN:  Object to form, outside | 14:01:56 |
| 16 | the scope. | 14:01:57 |
| 17 | MS. POUEYMIROU:  No.  Topic 7 that you've | 14:01:57 |
| 18 | agreed to is the uses of these datasets. | 14:02:00 |
| 19 | MR. WEINSTEIN:  In training the LLaMA | 14:02:02 |
| 20 | models. | 14:02:03 |
| 21 | MS. POUEYMIROU:  Memorization is a part of | 14:02:05 |
| 22 | training. | 14:02:07 |

Case 3:23-cv-03417-VC   Document 446-2   Filed 02/14/25   Page 6 of 11

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 69

| | | |
|---|---|---|
| 1 | MR. WEINSTEIN: I'm not sure I agree with | 14:02:07 |
| 2 | that. Again, not for here. I'll put the objection on | 14:02:08 |
| 3 | the record. The witness can answer to the best of his | 14:02:12 |
| 4 | knowledge. | 14:02:15 |
| 5 | BY MS. POUEYMIROU: | 14:02:15 |
| 6 | Q. Let me actually ask: Is -- well, we'll | 14:02:16 |
| 7 | stick with that question. Has B3G been used for | 14:02:23 |
| 8 | testing memorization? | 14:02:27 |
| 9 | MR. WEINSTEIN: Same objection; outside | 14:02:29 |
| 10 | the scope. | 14:02:40 |
| 11 | THE WITNESS: To the best of my knowledge, | 14:02:40 |
| 12 | some parts or documents of B3G could be used in | 14:02:42 |
| 13 | memorization, like the project which checks. | 14:02:58 |
| 14 | I wouldn't call that memorization and, probably, | 14:03:02 |
| 15 | I don't know, like, the full term that you -- that | 14:03:04 |
| 16 | copies it, but... | 14:03:12 |
| 17 | BY MS. POUEYMIROU: | 14:03:12 |
| 18 | Q. Like the project which checks for | 14:03:12 |
| 19 | memorization; is that what you meant? | 14:03:14 |
| 20 | A. So the -- | 14:03:16 |
| 21 | MR. WEINSTEIN: Same objection; outside | 14:03:17 |
| 22 | the scope. | 14:03:19 |

Case 3:23-cv-03417-VC   Document 446-2   Filed 02/14/25   Page 7 of 11

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 70

| | | |
|---|---|---|
| 1 | You can answer. | 14:03:20 |
| 2 | THE WITNESS: What I'm referring to | 14:03:23 |
| 3 | memorization is the project that was checking if, | 14:03:25 |
| 4 | given a small subsequence of the document, how does | 14:03:30 |
| 5 | the generation of a particular model match or does not | 14:03:34 |
| 6 | match the preceding subsequence, usually limited to | 14:03:42 |
| 7 | 50 tokens or so. | 14:03:48 |
| 8 | BY MS. POUEYMIROU: | 14:03:49 |
| 9 | Q. And to prevent memorization in the model, | 14:03:49 |
| 10 | does that involve training the model? | 14:03:52 |
| 11 | MR. WEINSTEIN: Object to form. | 14:04:01 |
| 12 | THE WITNESS: I don't really understand | 14:04:03 |
| 13 | the question. | 14:04:07 |
| 14 | BY MS. POUEYMIROU: | 14:04:07 |
| 15 | Q. My question is that in order to prevent | 14:04:08 |
| 16 | memorization, does that involve training? Is the | 14:04:11 |
| 17 | model trained to not regurgitate memorized text, or | 14:04:22 |
| 18 | does Meta achieve that in a different way? | 14:04:27 |
| 19 | MR. WEINSTEIN: Object to form, compound. | 14:04:30 |
| 20 | THE WITNESS: I would say that memorize -- | 14:04:42 |
| 21 | like, the project that I'm referring to which measures | 14:04:47 |
| 22 | a specific metric of how many tokens does the model | 14:04:49 |

Case 3:23-cv-03417-VC   Document 446-2   Filed 02/14/25   Page 8 of 11

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 71

1   generate, having the prompt of specific tokens from                14:04:53

2   the document, so that particular project, to prevent,              14:04:58

3   like, or lower or somehow control the number of tokens             14:05:12

4   which the model generates or, like, the matching kind              14:05:19

5   of ratio --                                                        14:05:22

6   BY MS. POUEYMIROU:                                                 14:05:22

7          Q.   Mmm-hmm.                                               14:05:22

8          A.   -- usually is controlled by                            14:05:25

9   limiting/epoching of certain datasets, so it's kind of             14:05:31

10  like it's an opposite of training, it's basically                  14:05:35

11  reducing the amount of times the document is seen by               14:05:40

12  the model during training.                                         14:05:43

13         Q.   Okay.  Has LibGen been used by Meta for                14:05:44

14  pretraining in relation to any of its Meta LLaMA                   14:05:52

15  models?                                                            14:05:57

16         A.   Parts of LibGen were used in pretraining               14:06:01

17  of one of the LLaMA models.                                        14:06:06

18         Q.   Was sci-mag used?                                      14:06:09

19         A.   Parts of sci-mag were used.                            14:06:16

20         Q.   Okay.  Has LibGen been used in the                     14:06:19

21  post-training of any of the Meta LLaMA models?                     14:06:26

22         A.   Parts of LibGen dataset were used as a                 14:06:37

Case 3:23-cv-03417-VC   Document 446-2   Filed 02/14/25   Page 9 of 11

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 72

| | | |
|---|---|---|
| 1 | kind of source files to prepare synthetic datasets | 14:06:42 |
| 2 | in -- for fine tuning. | 14:06:54 |
| 3 | Q. Okay. Is that MMLibU? | 14:06:57 |
| 4 | A. Sorry, what is MMLibU? | 14:07:03 |
| 5 | Q. Well, we'll look at a document. | 14:07:06 |
| 6 | Has LibGen been used -- and when you say | 14:07:08 |
| 7 | "parts," how would we determine which parts?  What | 14:07:11 |
| 8 | would we need to look at? | 14:07:14 |
| 9 | A. So when I was saying "parts," is that not | 14:07:21 |
| 10 | all of the documents in the dataset were used for | 14:07:25 |
| 11 | fine tuning because fine tuning usually requires much | 14:07:36 |
| 12 | less tokens for training. | 14:07:40 |
| 13 | Q. And so where would you -- would Meta then | 14:07:42 |
| 14 | create a smaller subset of LibGen for the purpose of | 14:07:48 |
| 15 | fine tuning? | 14:08:02 |
| 16 | A. So for the purpose of fine tuning, you | 14:08:02 |
| 17 | need to adjust the format of the documents that the | 14:08:05 |
| 18 | model is trained on; so, for that purpose, if the | 14:08:09 |
| 19 | source is LibGen, then -- or parts of LibGen, then | 14:08:14 |
| 20 | these documents would be processed to produce a | 14:08:23 |
| 21 | smaller subset of LibGen -- | 14:08:29 |
| 22 | Q. And would there be source code pertaining | 14:08:33 |

Case 3:23-cv-03417-VC   Document 446-2   Filed 02/14/25   Page 10 of 11

12/6/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Nikolay Bashlykov 30(b)(6)
                   Highly Confidential - Attorneys' Eyes Only

                                                                          Page 73

1    to creating that smaller set?                                        14:08:36

2         A.   There should be in the code base.                          14:08:40

3         Q.   And where would that be stored?  In which                  14:08:45

4    source code repository would that be stored in?                      14:08:48

5         A.   I think -- sorry.  Most likely, it                         14:08:57

6    should be in XLFormers --                                            14:09:01

7         Q.   Okay.                                                      14:09:06

8         A.   -- but I can, yeah, check if that is                       14:09:07

9    needed.                                                              14:09:10

10        Q.   Okay.  Has LibGen been used for ablation                   14:09:10

11   studies?                                                             14:09:21

12             MR. WEINSTEIN:  Object to form.                            14:09:21

13   BY MS. POUEYMIROU:                                                   14:09:21

14        Q.   You can answer.                                            14:09:22

15        A.   Could you specify which ablation studies                   14:09:23

16   or, like, in general?                                                14:09:26

17        Q.   For any ablation studies.  Have you used                   14:09:27

18   LibGen for any ablation studies?                                     14:09:30

19             MR. WEINSTEIN:  Object to form, scope.                     14:09:33

20             You can answer.                                            14:09:35

21             THE WITNESS:  For some of the ablation                     14:09:38

22   studies, LibGen was used, yes.                                       14:09:41

Case 3:23-cv-03417-VC   Document 446-2   Filed 02/14/25   Page 11 of 11

12/6/2024                Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
                         Highly Confidential - Attorneys' Eyes Only

|    |                                                              | Page 74  |
|----|--------------------------------------------------------------|----------|
| 1  | BY MS. POUEYMIROU:                                           | 14:09:43 |
| 2  |     Q.    And were those ablation studies in the            | 14:09:43 |
| 3  | pretraining part of a life cycle?                            | 14:09:45 |
| 4  |     A.    Yes.                                                | 14:10:00 |
| 5  |     Q.    And were there ablation studies using             | 14:10:01 |
| 6  | LibGen in the post-training part of the life cycle?          | 14:10:04 |
| 7  |     A.    Yes.                                                | 14:10:08 |
| 8  |     Q.    Okay.  And has LibGen been used for               | 14:10:08 |
| 9  | benchmarking?                                                | 14:10:11 |
| 10 |     A.    So, again, if you could specify what do           | 14:10:12 |
| 11 | you mean under this?                                         | 14:10:15 |
| 12 |     Q.    Okay.  We'll look at a document.                  | 14:10:16 |
| 13 |           Has LibGen been used to determine whether         | 14:10:19 |
| 14 | to license with different content providers?                 | 14:10:21 |
| 15 |           MR. WEINSTEIN:  Object to form, outside           | 14:10:25 |
| 16 | the scope.                                                   | 14:10:28 |
| 17 |           MS. POUEYMIROU:  It's a use of LibGen.            | 14:10:28 |
| 18 |           MR. WEINSTEIN:  I -- hard to believe you          | 14:10:31 |
| 19 | could have it with a straight face.                          | 14:10:34 |
| 20 |           You can answer that question if you can.          | 14:10:36 |
| 21 |           Object to form, outside the scope.                | 14:10:38 |
| 22 |           THE WITNESS:  I do not know how LibGen was        | 14:10:47 |