# WOODHOUSE EXHIBIT 7

# EXHIBIT F

Message

| | |
|---|---|
| From: | Angela Fan [████@meta.com] |
| Sent: | 4/7/2023 10:42:43 PM |
| To: | Sergey Edunov [████@meta.com]; Melanie Kambadur [████@meta.com]; Angela Fan [████@meta.com] |
| Subject: | Message summary [{"otherUserFbId":null,"threadFbId":5326702437437044}] |
| Attachments: | 340103616_602370695149685_4926562324370900804_n.png; 340082129_724482432707397_7301389077635439670_n.png |

Melanie Kambadur (4/07/2023 05:58:17 PDT):
>I'm not sure if we have anyone; maybe Ruan. I can ask him when he's back. In general, as I've said we do not have a strong inference efficiency research bench. There were a bunch of people interested in this over the last 6 months, but none with much experience in the area. If we want to be stronger/do more here we need to hire.
> "applying existing techniques should be in Han's team" -> this is not as clean a line as it might sound. Just because an efficiency technique is known (say, a paper or two published on it) does not mean it will work well for LLMs, combine well with other techniques, not affect performance of our model in unexpected ways. Is testing all that out research or platform?

Angela Fan (4/07/2023 06:54:36 PDT):
>Not platform! Han reports to Vishy temporarily only

Angela Fan (4/07/2023 06:54:52 PDT):

shared: 340103616_602370695149685_4926562324370900804_n.png

Angela Fan (4/07/2023 06:54:53 PDT):
>It's either research or product but no platform

Angela Fan (4/07/2023 06:55:02 PDT):
>Madian also report to Vishy temporarily

Angela Fan (4/07/2023 06:55:33 PDT):
>Zero promising candidates for LLM product overall EM ☐☐☐

Sergey Edunov (4/07/2023 08:31:06 PDT):
>what a morning lol :)

Angela Fan (4/07/2023 15:16:29 PDT):
>another week, another meeting with Alex Yu on BD (15 minutes this time). He gave good feedback about working with Moya and seems to feel things are going better --- nice work @Melanie!

Angela Fan (4/07/2023 15:16:52 PDT):
>I will probably not meet with him so frequently anymore, next week will do another 15 minute call but otherwise let me know if you need anything but seems things are going solid! yay!

Melanie Kambadur (4/07/2023 15:17:49 PDT):
>lol the funny part is

Melanie Kambadur (4/07/2023 15:18:00 PDT):
>alex y doesn't really work with us much

Angela Fan (4/07/2023 15:18:06 PDT):
>sigh

Melanie Kambadur (4/07/2023 15:18:09 PDT):
>he just keeps escalating stuff to other people

Angela Fan (4/07/2023 15:18:13 PDT):
>Alex B loves you by the way

Melanie Kambadur (4/07/2023 15:18:17 PDT):
>and we mostly work with alex b and sy

Melanie Kambadur (4/07/2023 15:18:27 PDT):
>as well as a couple others of new people

Angela Fan (4/07/2023 15:18:32 PDT):
>I specifically told Alex Y that the feedback from his team is strong

Angela Fan (4/07/2023 15:18:36 PDT):
>and strongly good

Melanie Kambadur (4/07/2023 15:18:37 PDT):
>we have now 2X a week meeetings and about 20 threads lol

Angela Fan (4/07/2023 15:18:41 PDT):
>so I told him he needs to chill a bit

Melanie Kambadur (4/07/2023 15:18:54 PDT):
>moya's and my goal is to always answer their questions at a super rapid speed

Melanie Kambadur (4/07/2023 15:19:03 PDT):
>so that they can never blame us for slowing the process down

Angela Fan (4/07/2023 15:19:09 PDT):
>omg okay thank you so much but if it stresses you out let me know

Melanie Kambadur (4/07/2023 15:19:25 PDT):
>nah it's fine usually the first line BD people are great

Melanie Kambadur (4/07/2023 15:19:36 PDT):
>it's their managers who keep escalating things to execs without context

Melanie Kambadur (4/07/2023 15:19:40 PDT):
>which are frustrating

Melanie Kambadur (4/07/2023 15:19:59 PDT):
>eg. i heard there is something escalated to MZ re: fair use

Melanie Kambadur (4/07/2023 15:20:00 PDT):
>by bd

Melanie Kambadur (4/07/2023 15:20:11 PDT):
>and i was talking with ahuva, Mo, and pms like logan

Melanie Kambadur (4/07/2023 15:20:24 PDT):
>and we are all annoyed by how BD has cut us out of the escalation loops

Angela Fan (4/07/2023 15:22:03 PDT):
>Probably no one is going to like me saying this, but honestly if BD can produce results, they can escalate all they want. The more things that don't involve us --- as long as they produce the results we want --- the better. BUT this is contingent on the strong "produce the results *we want*" which I guess is the big risk

Melanie Kambadur (4/07/2023 15:23:46 PDT):
>yes sure but

Melanie Kambadur (4/07/2023 15:23:56 PDT):
>the problem is they are escalating not just how to get deals done but like

Melanie Kambadur (4/07/2023 15:24:10 PDT):
>whether we can use libgen or what our mitigations for IP should be

Angela Fan (4/07/2023 15:24:19 PDT):
>sounds like legal should be involved

Melanie Kambadur (4/07/2023 15:24:19 PDT):
>and not always including the right people or context

Melanie Kambadur (4/07/2023 15:24:29 PDT):
>they are now but they weren't initially

Melanie Kambadur (4/07/2023 15:24:35 PDT):
>i think it's cleaned up so no action required

Melanie Kambadur (4/07/2023 15:24:42 PDT):
>but it was just a frustrating/confusing mess for a bit

Angela Fan (4/07/2023 15:24:46 PDT):

>yeah :( sih

Angela Fan (4/07/2023 15:24:47 PDT):
>sigh

Melanie Kambadur (4/07/2023 15:25:05 PDT):
>the gist of it is:

Melanie Kambadur (4/07/2023 15:25:23 PDT):

shared: 340082129_724482432707397_7301389077635439670_n.png

Angela Fan (4/07/2023 15:25:42 PDT):
>no worries, trust you 100%

Melanie Kambadur (4/07/2023 15:25:44 PDT):
>anwyays, I think it's getting escalated to zuck so we were told not to push things up through our management chain

Melanie Kambadur (4/07/2023 15:25:56 PDT):
>to avoid more thrash

Angela Fan (4/07/2023 15:25:59 PDT):
>just wanted to make sure i looped back on the evolving feedback to BD

Melanie Kambadur (4/07/2023 15:26:11 PDT):
>thank you for trying to set better comms loops

Melanie Kambadur (4/07/2023 15:26:22 PDT):
>appreciate all the efforts in giving them feedback

Angela Fan (4/07/2023 15:26:25 PDT):
>no worries, just want to hold the line on what is reasonable operation

Angela Fan (4/07/2023 15:26:37 PDT):
>lemme know how that data platform emeting goes btw

Angela Fan (4/07/2023 15:26:55 PDT):
>you gave moya all the context on why we started that? i was going to ping her but forgot

Melanie Kambadur (4/07/2023 15:27:42 PDT):
>yeah she immediately noticed that GAID post even before I did

Melanie Kambadur (4/07/2023 15:28:09 PDT):
>ICs are panicking a little bit about all the org boundary confusion :-/ Louis was also very nervous about RAI scope.

Melanie Kambadur (4/07/2023 15:28:42 PDT):
>trying to help them understand what's going on, focus on research longer term, while trying to still "GSD" in the short term

Angela Fan (4/07/2023 15:42:43 PDT):
>Okay, sounds good. Happy to chat with them if they are concerned and you think it would help, just let me know

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                          Meta_Kadrey_00235352