1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

12

RICHARD KADREY, *et al.*,

13

    Individual and Representative Plaintiffs,

14

v.

15

META PLATFORMS, INC, a Delaware corporation,

16

17

    Defendant.

Case No. 3:23-cv-03417-VC

**STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY DEADLINE**

18

19

    Pursuant to Civ. L.R. 6-2 and 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher

20

Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang,

21

Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher

22

Farnsworth ("Plaintiffs"); and Defendant Meta Platforms, Inc. ("Defendant") (collectively, the

23

"Parties"), by and through their respective counsel, stipulate to the following:

24

    WHEREAS, the expert discovery deadline is presently February 26, 2025, ECF No. 238;

25

    WHEREAS, to accommodate deposition scheduling, medical-related issues, and travel

26

conflicts with certain experts, the Parties agree to seek the Court's leave to extend the expert

27

discovery deadline to Friday, March 7, which is nine days after the current February 26 expert

28

discovery deadline, to allow for the depositions of Ms. Barbera Frederiksen-Cross, Dr. Daniel

Spulber, Dr. Michael Sinkinson, and Dr. Jonathan Krein, as well as the supplemental deposition of Dr. Crista Lopes;

WHEREAS, there have been two prior modifications to the expert discovery schedule, the first being the extension of the expert discovery deadline until February 26, 2025, ECF No. 238, and the second being the Court's accepting a February 10, 2025 deadline for Defendant's rebuttal to the Krein Expert Report, ECF No. 406;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through Plaintiffs and Defendant, as represented by their undersigned counsel and subject to the approval of the Court, that the expert discovery deadline is extended to March 7, 2025. No other deadlines are modified by this stipulation, nor does this stipulation affect the rights of any party to seek relief with respect to other discovery or scheduling issues, including any issues that may be raised at the February 27, 2025 hearing, or any expert discovery or reports.

1    Dated:  February 26, 2025

2                                          Respectfully Submitted,

3    By:  /s/ *Phillip Morton*            By: /s/ *Jay Schuffenhauer*

4    Bobby A. Ghajar                BOIES SCHILLER FLEXNER LLP
Colette Ani Ghazarian           David Boies (*pro hac vice*)

5    COOLEY LLP                 333 Main Street
1333 2nd Street, Suite 400      Armonk, NY 10504

6    Santa Monica, CA 90401        (914) 749-8200
Telephone: (310) 883-6400      dboies@bsfllp.com

7    Facsimile: (310) 883-6500
Email: bghajar@cooley.com      Maxwell V. Pritt (SBN 253155)

8    cghazarian@cooley.com         Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor

9    Mark R. Weinstein             San Francisco, CA  94104
Elizabeth Lee Stameshkin       (415) 293-6800

10   COOLEY LLP                mpritt@bsfllp.com
3175 Hanover Street            jstein@bsfllp.com

11   Palo Alto, CA 94304
Telephone: 650-843-5000       Jesse Panuccio (*pro hac vice*)

12   Facsimile: 650-849-7400        Jay Schuffenhauer (*pro hac vice*)
Email: mweinstein@cooley.com   1401 New York Ave, NW

13   Email: lstameshkin@cooley.com    Washington, DC  20005
(202) 237-2727

14   Kathleen R. Hartnett           jpanuccio@bsfllp.com
Judd D. Lauter                jschuffenhauer@bsfllp.com

15   COOLEY LLP
3 Embarcadero Center, 20th Floor   Joshua I. Schiller (SBN 330653)

16   San Francisco, CA 94111-4004    David L. Simons (*pro hac vice*)
Telephone: (415) 693-2071      55 Hudson Yards, 20th Floor

17   Facsimile: (415) 693-2222       New York, NY 10001
Email: khartnett@cooley.com      (914) 749-8200

18                                         jischiller@bsfllp.com
Phillip Morton                 dsimons@bsfllp.com

19   COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700   Rachel Geman (*pro hac vice*)

20   Washington, DC 20004         rgeman@lchb.com
Telephone: (202) 842-7800      LIEFF CABRASER HEIMANN &

21   Facsimile:  (202) 842-7899      BERNSTEIN, LLP
Email: pmorton@cooley.com       250 Hudson Street, 8th Floor

22                                         New York, NY  10013-1413
Angela Dunning              Telephone:  212.355.9500

23   CLEARY GOTTLIEB STEEN &   Facsimile:  212.355.9592
HAMILTON LLP            Email: rgeman@lchb.com

24   1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248      Elizabeth J. Cabraser, Esq.

25   Telephone: (650) 815-4131      Daniel M. Hutchinson, Esq.
Email: adunning@cgsh.com       Reilly T. Stoler, Esq.
                                       LIEFF CABRASER HEIMANN &

26   *Attorneys for Defendant*       BERNSTEIN, LLP
*META PLATFORMS, INC.*       275 Battery Street, 29th Floor

27                                          San Francisco, CA 94111-3339
Telephone: 415.956.1000

28                                          Email: ecabraser@lchb.com

dhutchinson@lchb.com
rstoler@lchb.com

Kenneth S. Byrd. (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201-2375
Telephone: 615.313.9000
Email: kbyrd@lchb.com
bsugar@lchb.com

Scott J. Sholder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
COWAN DEBAETS ABRAHAMS &
SHEPPARD LLP
60 Broad Street, 30th Floor
New York, New York 10004
Telephone: 212.974.7474
Email: ssholder@cdas.com
ccole@cdas.com

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

STIPULATION AND [PROPOSED] ORDER RE
SCHEDULING OF DEPOSITIONS
CASE NO. 3:23-CV-03417-VC

Amy Keller (pro hac vice)
James A. Ulwick (pro hac vice)
Nada Djordjevic (pro hac vice)
DICELLO LEVITT LLP
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
akeller@dicellolevitt.com
julwick@dicellolevitt.com
ndjordjevic@dicellolevitt.com

David A. Straite (pro hac vice)
DICELLO LEVITT LLP
485 Lexington Ave., Suite 1000
New York, NY 10017
Telephone: (646) 933-1000
dstraite@dicellolevitt.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butaricklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed Rathur (pro hac vice)
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

1

## **<u>PROPOSED ORDER</u>**

2

3      Pursuant to the stipulation of the Parties, **IT IS SO ORDERED.**

4

5

6    DATED:_____          _____

7                                                HON. VINCE CHHABRIA
                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ECF ATTESTATION**

2     Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Defendant concurs in the

3  filing of this document.

4                                         */s/ Jay Schuffenhauer*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
SCHEDULING OF DEPOSITIONS
CASE NO. 3:23-CV-03417-VC