1  Rachel Geman (*pro hac vice*)
   rgeman@lchb.com
2  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   250 Hudson Street, 8th Floor
3  New York, NY 10013-1413
   Telephone: 212.355.9500
4  Facsimile: 212.355.9592
   Email: rgeman@lchb.com
5
   Elizabeth J. Cabraser, Esq.
6  Daniel M. Hutchinson, Esq.
   Reilly T. Stoler, Esq.
7  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
8  San Francisco, CA 94111-3339
   Telephone: 415.956.1000
9  Email: ecabraser@lchb.com
   dhutchinson@lchb.com
10 rstoler@lchb.com

11 Kenneth S. Byrd. (*pro hac vice*)
   Betsy A. Sugar (*pro hac vice*)
12 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   222 2nd Avenue South, Suite 1640
13 Nashville, TN 37201-2375
   Telephone: 615.313.9000
14 Email: kbyrd@lchb.com
   bsugar@lchb.com
15
   Scott J. Sholder (*pro hac vice*)
16 CeCe M. Cole (*pro hac vice*)
   COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
17 60 Broad Street, 30th Floor
   New York, New York 10004
18 Telephone: 212.974.7474
   Email: ssholder@cdas.com
19 ccole@cdas.com

   *Attorneys for Plaintiff Christopher Farnsworth and*
20 *Representative Plaintiffs and the Proposed Class*

21                    **UNITED STATES DISTRICT COURT**

22                    **NORTHERN DISTRICT OF CALIFORNIA**

23                          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 24  RICHARD KADREY, *et al*., | Case No. 3:23-cv-03417-VC |
| 25       Individual and Representative Plaintiffs, | **DECLARATION OF BETSY SUGAR IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY DEADLINE** |
| 26  v. | |
| 27  META PLATFORMS, INC, a Delaware corporation, | |
| 28       Defendant. | |

I, Betsy Sugar, hereby declare:

1. I am an Associate with the law firm Lieff Cabraser Heimann & Bernstein LLP, counsel for Plaintiff Christopher Farnsworth and Representative Plaintiffs and the Proposed Class ("Plaintiffs") in this matter. I submit this declaration in support of the Parties' Stipulation re Expert Discovery Deadline. I declare that the following is true to the best of my knowledge, information and belief, and that if called upon to testify, I could and would testify to the following:

2. Given that both Dr. Daniel Spulber and Dr. Michael Sinkinson are based in Chicago, the Parties agreed it would be most feasible to schedule the depositions on back-to-back days. Dr. Spulber was unavailable in late February due to needing to care for his wife after surgery, and the Parties agreed to take the depositions after the current close of expert discovery during the first week of March.

3. Defendant was unavailable for the date proposed by Plaintiffs for Dr. Jonathan Krein's deposition and requested an alternate date, stating that a date after the close of expert discovery would be acceptable. The Parties agreed to take the deposition after the current close of expert discovery during the first week of March.

4. Dr. Crista Lopes has offered a supplemental report and will make herself available for supplemental deposition as early as possible in light of a surgery she underwent on February 18, 2025.

5. In light of these unavoidable conflicts, the parties agree to modestly extend the expert discovery deadline from February 26, 2025 until March 7, 2025 to afford sufficient time for all expert depositions to occur.

6. The extension of the expert discovery deadline to March 7, 2025 will not impact any subsequent dates in the Scheduling Order, including the deadlines for summary judgment and *Daubert* motions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of February at Nashville, TN.

By: /s/ Betsy Sugar
Betsy Sugar

| | |
|---|---|
| 1 | Rachel Geman (*pro hac vice*) |
| | rgeman@lchb.com |
| 2 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | 250 Hudson Street, 8th Floor |
| 3 | New York, NY 10013-1413 |
| | Telephone: 212.355.9500 |
| 4 | Facsimile: 212.355.9592 |
| | Email: rgeman@lchb.com |
| 5 | |
| | Elizabeth J. Cabraser, Esq. |
| 6 | Daniel M. Hutchinson, Esq. |
| | Reilly T. Stoler, Esq. |
| 7 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| 8 | San Francisco, CA 94111-3339 |
| | Telephone: 415.956.1000 |
| 9 | Email: ecabraser@lchb.com |
| | dhutchinson@lchb.com |
| 10 | rstoler@lchb.com |
| 11 | |
| | Kenneth S. Byrd. (*pro hac vice*) |
| | Betsy A. Sugar (*pro hac vice*) |
| 12 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | 222 2nd Avenue South, Suite 1640 |
| 13 | Nashville, TN 37201-2375 |
| | Telephone: 615.313.9000 |
| 14 | Email: kbyrd@lchb.com |
| | bsugar@lchb.com |
| 15 | |
| | Scott J. Sholder (*pro hac vice*) |
| 16 | CeCe M. Cole (*pro hac vice*) |
| | COWAN DEBAETS ABRAHAMS & SHEPPARD LLP |
| 17 | 60 Broad Street, 30th Floor |
| | New York, New York 10004 |
| 18 | Telephone: 212.974.7474 |
| | Email: ssholder@cdas.com |
| 19 | ccole@cdas.com |
| 20 | *Attorneys for Plaintiff Christopher Farnsworth and Representative Plaintiffs and the Proposed Class* |