UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>  Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC, a Delaware corporation,<br><br>  Defendant. | Case No. 3:23-cv-03417-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY DEADLINE** |

Pursuant to Civ. L.R. 6-2 and 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher Farnsworth ("Plaintiffs"); and Defendant Meta Platforms, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, stipulate to the following:

WHEREAS, the expert discovery deadline is presently February 26, 2025, ECF No. 238;

WHEREAS, to accommodate deposition scheduling, medical-related issues, and travel conflicts with certain experts, the Parties agree to seek the Court's leave to extend the expert discovery deadline to Friday, March 7, which is nine days after the current February 26 expert discovery deadline, to allow for the depositions of Ms. Barbera Frederiksen-Cross, Dr. Daniel

1  Spulber, Dr. Michael Sinkinson, and Dr. Jonathan Krein, as well as the supplemental deposition of
2  Dr. Crista Lopes;

3    WHEREAS, there have been two prior modifications to the expert discovery schedule, the
4  first being the extension of the expert discovery deadline until February 26, 2025, ECF No. 238,
5  and the second being the Court's accepting a February 10, 2025 deadline for Defendant's rebuttal
6  to the Krein Expert Report, ECF No. 406;

7    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through
8  Plaintiffs and Defendant, as represented by their undersigned counsel and subject to the approval
9  of the Court, that the expert discovery deadline is extended to March 7, 2025. No other deadlines
10 are modified by this stipulation, nor does this stipulation affect the rights of any party to seek relief
11 with respect to other discovery or scheduling issues, including any issues that may be raised at the
12 February 27, 2025 hearing, or any expert discovery or reports.

| | | |
|---|---|---|
| 1 | Dated: February 26, 2025 | |
| 2 | | Respectfully Submitted, |
| 3 | By: /s/ *Phillip Morton* | By: /s/ *Jay Schuffenhauer* |
| 4 | Bobby A. Ghajar<br>Colette Ani Ghazarian | BOIES SCHILLER FLEXNER LLP<br>David Boies (*pro hac vice*) |

1  Dated: February 26, 2025

2                                                                                   Respectfully Submitted,

3  By: /s/ *Phillip Morton*                                By: /s/ *Jay Schuffenhauer*

4  Bobby A. Ghajar                                          BOIES SCHILLER FLEXNER LLP
   Colette Ani Ghazarian                                    David Boies (*pro hac vice*)
5  COOLEY LLP                                               333 Main Street
   1333 2nd Street, Suite 400                               Armonk, NY 10504
6  Santa Monica, CA 90401                                   (914) 749-8200
   Telephone: (310) 883-6400                                dboies@bsfllp.com
7  Facsimile: (310) 883-6500
   Email: bghajar@cooley.com                                Maxwell V. Pritt (SBN 253155)
8  cghazarian@cooley.com                                    Joshua M. Stein (SBN 298856)
                                                            44 Montgomery Street, 41st Floor
9  Mark R. Weinstein                                        San Francisco, CA  94104
   Elizabeth Lee Stameshkin                                 (415) 293-6800
10 COOLEY LLP                                               mpritt@bsfllp.com
   3175 Hanover Street                                      jstein@bsfllp.com
11 Palo Alto, CA 94304
   Telephone: 650-843-5000                                  Jesse Panuccio (*pro hac vice*)
12 Facsimile: 650-849-7400                                  Jay Schuffenhauer (*pro hac vice*)
   Email: mweinstein@cooley.com                             1401 New York Ave, NW
13 Email: lstameshkin@cooley.com                            Washington, DC  20005
                                                            (202) 237-2727
14 Kathleen R. Hartnett                                     jpanuccio@bsfllp.com
   Judd D. Lauter                                           jschuffenhauer@bsfllp.com
15 COOLEY LLP
   3 Embarcadero Center, 20th Floor                         Joshua I. Schiller (SBN 330653)
16 San Francisco, CA 94111-4004                             David L. Simons (*pro hac vice*)
   Telephone: (415) 693-2071                                55 Hudson Yards, 20th Floor
17 Facsimile: (415) 693-2222                                New York, NY 10001
   Email: khartnett@cooley.com                              (914) 749-8200
18                                                          jischiller@bsfllp.com
   Phillip Morton                                           dsimons@bsfllp.com
19 COOLEY LLP
   1299 Pennsylvania Avenue, NW, Suite 700                  Rachel Geman (*pro hac vice*)
20 Washington, DC 20004                                     rgeman@lchb.com
   Telephone: (202) 842-7800                                LIEFF CABRASER HEIMANN &
21 Facsimile: (202) 842-7899                                BERNSTEIN, LLP
   Email: pmorton@cooley.com                                250 Hudson Street, 8th Floor
22                                                          New York, NY  10013-1413
   Angela Dunning                                           Telephone: 212.355.9500
23 CLEARY GOTTLIEB STEEN &                                  Facsimile: 212.355.9592
   HAMILTON LLP                                             Email: rgeman@lchb.com
24 1841 Page Mill Road, Suite 250
   Palo Alto, CA 94304-1248                                 Elizabeth J. Cabraser, Esq.
25 Telephone: (650) 815-4131                                Daniel M. Hutchinson, Esq.
   Email: adunning@cgsh.com                                 Reilly T. Stoler, Esq.
26                                                          LIEFF CABRASER HEIMANN &
   *Attorneys for Defendant*                                BERNSTEIN, LLP
27 *META PLATFORMS, INC.*                                   275 Battery Street, 29th Floor
                                                            San Francisco, CA 94111-3339
28                                                          Telephone: 415.956.1000
                                                            Email: ecabraser@lchb.com

STIPULATION AND [PROPOSED] ORDER RE
SCHEDULING OF DEPOSITIONS
CASE NO. 3:23-CV-03417-VC

dhutchinson@lchb.com
rstoler@lchb.com

Kenneth S. Byrd. (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201-2375
Telephone: 615.313.9000
Email: kbyrd@lchb.com
bsugar@lchb.com

Scott J. Sholder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
COWAN DEBAETS ABRAHAMS &
SHEPPARD LLP
60 Broad Street, 30th Floor
New York, New York 10004
Telephone: 212.974.7474
Email: ssholder@cdas.com
ccole@cdas.com

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Amy Keller (pro hac vice)
James A. Ulwick (pro hac vice)
Nada Djordjevic (pro hac vice)
DICELLO LEVITT LLP
10 North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
akeller@dicellolevitt.com
julwick@dicellolevitt.com
ndjordjevic@dicellolevitt.com

David A. Straite (pro hac vice)
DICELLO LEVITT LLP
485 Lexington Ave., Suite 1000
New York, NY 10017
Telephone: (646) 933-1000
dstraite@dicellolevitt.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed Rathur (pro hac vice)
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**~~PROPOSED~~ ORDER**

Pursuant to the stipulation of the Parties, **IT IS SO ORDERED.**

DATED: February 26, 2025

HON. VINCE CHHABRIA
United States District Judge