# APPENDIX A

## SUMMARY OF PLAINTIFFS' COPYRIGHT REGISTRATIONS

**Richard Kadrey.**  Mr. Kadrey is the author of—and owns the copyrights for—six Asserted Works. Ex. 1, Copyright Registrations, at 1-12. He registered each of these Copyrighted Books within five years of their publication and registered the most recent of these Books on March 9, 2017. *Id.*

**Sarah Silverman.**  Ms. Silverman is the author of—and owns the registered copyright for— *The Bedwetter*. Ex. 1, Copyright Registrations, at 13-14. She registered the copyright for this Copyrighted Book on June 2, 2010, within five years of its publication. *Id.*

**Junot Diaz.**  Mr. Diaz is the author of—and owns the registered copyrights for—two Asserted Works. Ex. 1, Copyright Registrations, at 15-18. He registered each of these Copyrighted Books within five years of their publication and registered the most recent of these Books on November 6, 2007. *Id.*

**Andrew Sean Greer.**  Mr. Greer is the author of—and owns the registered copyrights for—four Asserted Works. Ex. 1, Copyright Registrations, at 19-26. He registered each of these Copyrighted Books within five years of their publication and registered the most recent of these Books on August 14, 2017. *Id.*

**David Henry Hwang.**  Mr. Hwang is the author of—and owns the registered copyrights for—three Asserted Works. Ex. 1, Copyright Registrations, at 27-33. He registered each of these Copyrighted Books within five years of their publication and registered the most recent of these Books on June 14, 1999. *Id.*

**Matthew Klam.**  Mr. Klam is the author of—and owns the registered copyrights for—two Asserted Works. Ex. 1, Copyright Registrations, at 34-37. He registered each of these Copyrighted Books within five years of their publication and registered the most recent of these Books on October 12, 2017. *Id*

**Laura Lippman.**  Ms. Lippman is the author of—and owns the registered copyrights for—six Asserted Works. Ex. 1, Copyright Registrations, at 38-50. She registered each of these Copyrighted Books within five years of their publication and registered the most recent of these Books on August 8, 2019. *Id.*

***Rachel Louise Snyder.***  Ms. Snyder is the author of—and owns the registered copyrights for—*No Visible Bruises: We Don't Know About Domestic Violence Can Kill Us*. Ex. 1, Copyright Registrations, at 51-52. Ms. Snyder registered her Copyrighted Book on March 22, 2019, within five years of its publication.

***Jacqueline Woodson***.  Ms. Woodson is the author of—and owns the registered copyrights for—ten Asserted Works. Ex. 1, Copyright Registrations, at 53-69. She registered each of these Copyrighted Books within five years of their publication and registered the most recent of these Books on September 18, 2019. *Id.*

***Lysa TerKeurst.***  Ms. TerKeurst is the author of—and owns the registered copyrights for—three Asserted Works. Ex. 1, Copyright Registrations, at 70-75. She registered each of these Copyrighted Books within five years of their publication and registered the most recent of these Books on April 4, 2018. *Id.*

***Christopher Farnsworth***.  Mr. Farnsworth is the author of—and owns the registered copyrights for—four Asserted Works. Ex. 1, Copyright Registrations, at 76-85. He registered each of these Copyrighted Books within five years of their publication and registered the most recent of these Books on September 5, 2017. *Id.*