# APPENDIX B

## OUTPUTS FROM META.AI



