# EXHIBIT 1

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

TX 7-435-365

**Effective date of
registration:**

October 20, 2011

## Title

| | |
|---|---|
| **Title of Work:** | ALOHA FROM HELL |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2011 | | |
| **Date of 1st Publication:** | October 1, 2011 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■  **Author:** | Richard Kadrey |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |  **Domiciled in:**  United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Richard Kadrey |
| | c/o HarperCollins Publishers 10 East 53rd Street, NY, NY, 10022, United States |

## Certification

| | |
|---|---|
| **Name:** | Michelle Passabile |
| **Date:** | October 19, 2011 |

Page 1 of 1

Confidential

KADREY000820

**Registration #:**  TX0007435365
**Service Request #:**  1-675106287

HarperCollins Publishers LLC
Michelle Passabile
 10 East 53rd Street
NY, NY 10022

Confidential                                                                    KADREY000821

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 7-301-884**

**Effective date of
registration:**

January 5, 2011

## Title

**Title of Work:** Kill the Dead

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 1, 2010        **Nation of 1st Publication:** United States

## Author

■        **Author:** Richard Kadrey

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Richard Kadrey

c/o HarperCollins Publishers 10 East 53rd Street, New York, NY 10022

## Certification

**Name:** Michelle Passabile

**Date:** December 15, 2010

Page 1 of 1

**Registration #:**  TX0007301884
**Service Request #:**  1-534231605

HarperCollins Publishers LLC
Michelle Passabile
10 East 53rd Street
New York, NY 10022

Confidential                                                           KADREY000823

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

TX 7-044-052

**Effective date of
registration:**

August 25, 2009

---

**Title** ────────────────────────────────────

Title of Work: Sandman Slim

**Completion/Publication** ──────────────────

Year of Completion: 2009

Date of 1st Publication: August 1, 2009          Nation of 1st Publication: United States

**Author** ───────────────────────────────────

- Author: Richard Kadrey

Author Created: text

Work made for hire: No

Citizen of: United States          Domiciled in: United States

**Copyright claimant** ───────────────────────

Copyright Claimant: Richard Kadrey

c/o HarperCollins Publishers LLC, 10 E. 53rd Street, New York, NY, 10022,
United States

**Certification** ────────────────────────────

Name: Michelle Gross

Date: August 24, 2009

────────────────────────────────────────────

Page 1 of 1

Confidential                                                    KADREY000824

**Registration Number**

# TX 7-044-052

**Effective date of
registration:**

August 25, 2009

## Title

Title of Work: Sandman Slim

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: August 1, 2009          Nation of 1st Publication: United States

## Author

■        Author: Richard Kadrey

Author Created: text

Work made for hire: No

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Richard Kadrey

c/o HarperCollins Publishers LLC, 10 E. 53rd Street, New York, NY, 10022, United States

## Certification

Name: Michelle Gross

Date: August 24, 2009

Page 1 of 1

Confidential

KADREY000825

Additional Certificate (17 U.S.C. 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-188-442**

**Effective Date of Registration:**
April 12, 2016

## Title

**Title of Work:**  THE EVERYTHING BOX

## Completion/Publication

**Year of Completion:**  2016
**Date of 1st Publication:**  April 01, 2016
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Richard Kadrey
  **Author Created:**  text
  **Citizen of:**  United States
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Richard Kadrey
c/o HarperCollins Publishers, 195 Broadway, New York, NY, 10007, United States

## Certification

**Name:**  Leigh Browne
**Date:**  April 11, 2016

Page 1 of 1

Confidential

KADREY000826

**Registration #:**  TX0008188442
**Service Request #:**  1-3291410833

HarperCollins Publishers
Leigh Browne
195 Broadway
New York, NY 10007

Confidential

KADREY000827

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-315-399**

**Effective Date of Registration:**
July 28, 2016

## Title _____

**Title of Work:** THE PERDITION SCORE

## Completion/Publication _____

**Year of Completion:** 2016
**Date of 1st Publication:** June 01, 2016
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Richard Kadrey
  **Author Created:** text
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Richard Kadrey
c/o HarperCollins Publishers, 195 Broadway, New York, NY, 10007, United
States

## Certification _____

**Name:** Leigh Browne
**Date:** July 27, 2016

Page 1 of 1

**Registration #:**   TX0008315399
**Service Request #:**   1-3857317543

HarperCollins Publishers
Leigh Browne
195 Broadway
New York, NY 10007

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-385-641**

**Effective Date of Registration:**
March 09, 2017

---

### Title

| | |
|---|---|
| **Title of Work:** | THE WRONG DEAD GUY |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | February 01, 2017 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Richard Kadrey |
| **Author Created:** | text |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Richard Kadrey |
| | c/o HarperCollins Publishers, 195 Broadway, New York, NY, 10007, United States |

### Certification

| | |
|---|---|
| **Name:** | Leigh Browne |
| **Date:** | March 07, 2017 |

Page 1 of 1

**Registration #:**   TX0008385641
**Service Request #:**   1-4548594132

HarperCollins Publishers
Leigh Browne
195 Broadway
New York, NY 10007

Confidential

KADREY000831

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

TX 7-188-321

**Effective date of
registration:**

June 2, 2010

---

### Title

**Title of Work:** The Bedwetter

### Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** April 1, 2010      **Nation of 1st Publication:** United States

### Author

■      **Author:** Sarah Silverman

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States      **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Sarah Silverman

c/o HarperCollins Publishers 10 East 53rd Street, NY

### Certification

**Name:** Michelle Passabile

**Date:** May 10, 2010

Page 1 of 1

Confidential      SILVERMAN000106

**Registration #:**    TX0007188321

**Service Request #:**    1-396607821

HarperCollins Publishers LLC
Michelle Passabile
10 East 53rd Street
NY, NY 10022

Confidential

SILVERMAN000107

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 4-325-834

EFFECTIVE DATE OF REGISTRATION

Aug    10    1998
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**

DROWN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**a**

**NAME OF AUTHOR ▼**

Junot Diaz

**Was this contribution to the work a work made for hire?**
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ New York

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☒ Yes ☐ No
Pseudonymous?    ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire text is new

**NOTE**

**b**

**NAME OF AUTHOR ▼**

**Was this contribution to the work a work made for hire?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**Was this contribution to the work a work made for hire?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ August    Day ▶ 8    Year ▶ 1996
United States    ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Junot Diaz
c/o Watkins/Loomis Agency, Inc.
133 East 35th Street
New York, N.Y.    10016

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
24 AUG 1998
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ___ pages

Confidential

DIAZ000325

| EXAMINED BY  $AL$ | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☐ No X If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille or similar tactile symbols; or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a X Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                    **Account Number** ▼

The Putnam Publishing Group          DA 038288

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Theresa Lynch c/o The Putnam Publishing Group
200 Madison Avenue
New York, N.Y.   10016

Area Code and Telephone Number ▶ (212) 951-8457

Be sure to give your daytime phone number ◀

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
X authorized agent of ___ Junot Diaz

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Theresa Lynch                                        date ▶ August 12, 1996

Handwritten signature (X) ▼         *Theresa Lynch*

| MAIL CERTIFICATE TO | | **11** |
|---|---|---|

Certificate will be mailed in window envelope

Name ▼
Theresa Lynch c/o The Putnam Publishing Group

Number/Street/Apartment Number ▼
200 Madison Avenue

City/State/ZIP ▼
New York, N.Y.                    10016

**YOU MUST**
• Complete all necessary spaces
• Sign your application on space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,019

Confidential

DIAZ000326

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number:**

## TX 6-915-029

**Effective date of
registration:**

November 6, 2007

## Title

**Title of Work:** THE BRIEF WONDROUS LIFE OF OSCAR WAO

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** September 6, 2007        **Nation of 1st Publication:** United States

## Author

■
**Author:** Junot Diaz

**Author Created:** entire text (excluding portions published as a short story)

**Work made for hire:** No

**Citizen of:** United States

**Anonymous:** No                                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Junot Diaz

c/o Penguin Group (USA) Inc., 375 Hudson St., New York, NY, 10014

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Benjamin Hojem

**Date:** September 7, 2007

Page 1 of 1

Confidential                                                                              DIAZ000327

-17-

IPN#:

Registration #:    TX0006915029

Service Request #:    1-29430536

Penguin Group (USA) Inc.
Copyrights Department
375 Hudson St.
New York, NY 10014

Confidential                                                                      DIAZ000328

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America




**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-956-484**

*TX5956956484*

**EFFECTIVE DATE OF REGISTRATION**

MAY 5, 2004

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

THE CONFESSIONS OF MAX TIVOLI

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**

Andrew Sean Greer

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ February    Day ▶ 5    Year ▶ 2004
USA ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Andrew Sean Greer
c/o Farrar, Straus and Giroux, LLC
19 Union Square West, New York, NY 10003

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
MAY 0 5 2004
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAY 0 5 2004

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Confidential

GREER000062

| EXAMINED BY | JRP | FORM TX |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▶          **Year of Registration** ▶

**6**
a
**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions
before completing
this space

b
**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**7**
a
**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼
Farrar, Straus and Giroux, LLC                  DA-013366

b
**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Erika Seidman, Copyright Director
Farrar, Straus and Giroux, LLC
19 Union Square West, New York, NY 10003
Area code and daytime telephone number ▶ 212-741-6900          Fax number ▶
Email ▶

**8**
**CERTIFICATION*** I, the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Andrew Sean Greer
Check only one ▶
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Erika Seidman                                    Date ▶ 30 April 2004

Handwritten signature (X) ▼
X _____

**9**
Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Farrar, Straus and Giroux, LLC Attn: Erika Seidman
Number/Street/Apt ▼
19 Union Square West
City/State/ZIP ▼
New York NY 10003

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—300,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/90

**CERTIFICATE OF REGISTRATION**







**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
REGIST

**TX 5-151-791**

*TX0005151791*



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

EFFECTIVE DATE OF REGISTRATION

**29 FEB 2000**

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

HOW IT WAS FOR ME

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2** **NAME OF AUTHOR ▼**

**a** Andrew Sean Greer

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
selection and arrangement of previously published stories and new stories

**NOTE**

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
◀ Year 1999

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Feb.     Day ▶ 18     Year ▶ 2000     Nation
USA

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Andrew Sean Greer
St. Martin's Press, LLC
175 Fifth Avenue, New York, NY 10010-7848

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 2 9 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 2 9 2000
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

Confidential

GREER000167

EXAMINED BY _____     FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
Yes                                    FOR
                                       COPYRIGHT
                                       OFFICE
                                       USE
                                       ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____     Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a   Work as published contains four previously published stories

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b   selection and arrangement of previously published stories and author of new
stories

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼              Account Number ▼

a   St. Martin's Press, LLC     DAO 33871

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

b   Sarah Brock c/o St. Martin's Press, LLC
175 Fifth Avenue, Room 600
New York, NY 10010-7848

Area code and daytime telephone number ▶ 212-674-5151 ext. 606    Fax number ▶ 212-529-0594

Email ▶ sarah.brock@stmartins.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Andrew Sean Greer

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Sarah Brock            Date ▶ 2/24/00

Handwritten signature (X) ▼

X _____

The filing fee of $20.00 is effective through December 31, 1998. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

Mail
certificate
to:

Name ▼
Sarah Brock c/o St. Martin's Press, LLC

Number/Street/Apt ▼
175 Fifth Avenue, Room 600

City/State/ZIP ▼
New York, NY 10010-7848

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

September 1997—300,000    ⊛ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1997-417/750-60,022

Confidential

GREER000168

**CERTIFICATE OF REGISTRATION**



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



**TX 5-438-792**

EFFECTIVE DATE OF REGISTRATION

**SEP 1 4 2001**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

THE PATH OF MINOR PLANETS

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
Andrew Sean Greer

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    [ ] Yes ☒ No
Pseudonymous?    [ ] Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    [ ] Yes [ ] No
Pseudonymous?    [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    [ ] Yes [ ] No
Pseudonymous?    [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ONLY if this work has been published.
2001 ◀Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ September    Day ▶ 5    Year ▶ 2001
USA    ◀ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Andrew Sean Greer
c/o St. Martin's Press. LLC
175 Fifth Avenue, New York, NY 10010-7848

APPLICATION RECEIVED
**SEP 14. 2001**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**SEP 14. 2001**
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of _ pages

Confidential

GREER000188

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

**a.** ☐ This is the first published edition of a work previously registered in unpublished form
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼** _____  **Year of Registration ▼** _____

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** _____

**6**

See instructions
before completing
this space.

**b** **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_____

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**a** **Name ▼**  St. Martin's Press, LLC          **Account Number ▼** DAO 33871

**7**

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  **Name/Address/Apt/City/State/ZIP ▼**
Sarah Brock c/o St. Martin's Press, LLC
175 Fifth Avenue, Room 600
New York, NY 10010-7848
Area code and daytime telephone number ▶ 212-674-5151 ext. 606     Fax number ▶ 212-529-0594
Email ▶ sarah.brock@stmartins.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Andrew Sean Greer

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Sarah Brock

**Date ▶** September 27, 2001

Handwritten signature (X) ▼

X _____ *Sarah Brock* _____

The filing fee of $20.00 is effective through December 31, 1998. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

**Mail
certificate
to:**

**Name ▼**
Sarah Brock c/o St. Martin's Press, LLC
**Number/Street/Apt ▼**
175 Fifth Avenue, Room 600
**City/State/ZIP ▼**
New York, NY 10010-7848

**Certificate
will be
mailed in
window
envelope**

**9**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1997—300,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1997-417/750 60,022

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-464-510**
**Effective Date of Registration:**
August 14, 2017

## Title

| | |
|---|---|
| **Title of Work:** | Less |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | July 18, 2017 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 9780316316125 |

## Author

| | |
|---|---|
| • **Author:** | Andrew Sean Greer |
| **Author Created:** | text |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Andrew Sean Greer |
| | c/o Hachette Book Group, 53 State Street, Boston, MA, 02109, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | artwork |
| **New material included in claim:** | text |

## Certification

| | |
|---|---|
| **Name:** | Gabriella Frick |
| **Date:** | August 10, 2017 |

Page 1 of 1

Confidential
GREER000379



Confidential

GREER000380

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGIST

**PA 938-173**

‖‖‖‖‖‖‖‖ *PA0000938173* ‖‖‖‖‖‖‖

EFFECTIVE DATE OF REGISTRATION

June 14 1999
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

GOLDEN CHILD

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Play

**2**

**a** **NAME OF AUTHOR ▼**
David Henry Hwang

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire play

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 10    Year ▶ 1999
United States ◀ Nation

**4**

**COPYRIGHT CLAIMANTS(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
David Henry Hwang C/O Writers & Artists Agency 19 West 44th St. New York, Ny 10036

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 14 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 14 1999
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of **2** pages

Confidential

HWANG000434

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| □ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

□ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. □ This is the first published edition of a work previously registered in unpublished form.

b. □ This is the first application submitted by this author as copyright claimant.

c. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____  **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

_____

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_____

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼  DRAMATISTS PLAY SERVICE, INC.       **Account Number** ▼  050776

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

E. Speert
Dramatists Play Service, Inc.
440 Park Ave. South
New York, NY 10016

**Area Code and Telephone Number** ▶ 212-683-8960

Be sure to give your daytime phone number ◀

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

□ author

□ other copyright claimant

□ owner of exclusive right(s)

☒ authorized agent of  David Henry Hwang
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Stephen Sultan                                    **Date** ▶ June 10, 1999

Handwritten signature (X) ▼

**8**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**MAIL CERTIFICATE TO**

**Name** ▼  E. Speert; Dramatists Play Service, Inc.

**Number/Street/Apt** ▼  440 Park Ave. South

**City/State/ZIP** ▼  New York, NY 10016

Certificate will be mailed in window envelope

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1995—300,000  ☼ PRINTED ON RECYCLED PAPER      ☼U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/46

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**PA 396 091**

**October 3, 2024**

*Shira Perlmutter*

United States Register of Copyrights and Director

C-731 · 10/2020

# FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA     396 091

| PA | PAU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

1     2 7     88

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

M. BUTTERFLY

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Play

## 2

**NAME OF AUTHOR ▼**

a    David Henry Hwang

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1957    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire play

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

b    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1983 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December   Day ▶ 20   Year ▶ 1988
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

David Henry Hwang
c/o Writers & Artists Agency
70 West 36th Street, Suite 501, NY, NY 10018

APPLICATION RECEIVED
DEC 27 1988
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 27 1988
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

CHECKED BY

☐ CORRESPONDENCE
   Yes
☑ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA   396 091

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☑ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼   PAU 911-413   **Year of Registration** ▼  11/2/86

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

M. BUTTERFLY

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
Additions and revisions to the text

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼  Dramatists Play Service, Inc.   **Account Number** ▼  DA 050776

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Dramatists Play Service, Inc.
440 Park Avenue South
New York, NY 10016

Area Code & Telephone Number ▶ (212) 683-8960

**7**

Be sure to
give your
daytime phone
number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  David Henry Hwang
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Cassia B. Farkas   date ▶ 12/20/88

Handwritten signature (X) ▼ _Cassia B. Farkas_

**8**

**MAIL CERTIFICATE TO**
**Name** ▼  DRAMATISTS PLAY SERVICE, INC.
Number/Street/Apartment Number ▼  440 PARK AVENUE SOUTH
City/State/ZIP ▼  NEW YORK, NEW YORK, 10016

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with this application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

April 1987—200,000

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT

PA 818-054

PAU

EFFECTIVE DATE OF REGISTRATION

10    10    96
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

TRYING TO FIND CHINATOWN and BONDAGE

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Two plays in volume

**2**

**a** NAME OF AUTHOR ▼

David Henry Hwang

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?    ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Both plays in volume

**NOTE**
Under the law, the "author" of a "work made for hire"...

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. 1996 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 8    Year ▶ 1996    United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

David Henry Hwang, c/o Writers & Artists Agency, Inc., 19 West 44th Street Suite 1000, New York, NY 10036

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 10 1996
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 10 1996

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Confidential

HWANG000439

08197527

| EXAMINED BY | [signature] | FORM PA |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼           Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

_____

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                            Account Number ▼
DRAMATISTS PLAY SERVICE, INC                      DA 050776

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
E. Speert
Dramatists Play Service, Inc.
440 Park Avenue South
New York, NY 10016
                                 Area Code and Telephone Number ▶ (212) 683-8960

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  David Henry Hwang
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
          Stephen Sultan                                    date ▶ 10/8/96

☞    Handwritten signature (X) ▼ [signature]

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼
E. Speert; Dramatists Play Service, Inc.
Number/Street/Apartment Number ▼
440 Park Avenue South

Certificate
will be
mailed in
window
envelope

City/State/ZIP ▼
New York, NY 10016

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

January 1995—400,000  ♻ PRINTED ON RECYCLED PAPER                     ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/33

Confidential

HWANG000440

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-480-316

**Effective Date of Registration:**
October 12, 2017

## Title

| | |
|---|---|
| **Title of Work:** | WHO IS RICH?  A Novel |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | July 04, 2017 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 9780812997989 |

## Author

| | |
|---|---|
| **• Author:** | Matthew Klam |
| **Author Created:** | text |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Matthew Klam |
| | c/o The Wylie Agency, LLC, 250 West 57th Street, Suite 2114, New York, NY, 10175, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Illustrations by John S. Cuneo |
| **New material included in claim:** | text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Penguin Random House LLC |
| **Address:** | 1745 Broadway |
| | 15th Floor |
| | New York, NY 10019 United States |

## Certification

Page 1 of 2

Confidential

KLAM000158

**Name:** Deborah Foley
**Date:** October 11, 2017



Confidential

KLAM000159

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

R

TX 5-243-503

EFFECTIVE DATE OF REGISTRATION

Month **JUL 14 2000** Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
SAM THE CAT   AND OTHER STORIES

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼     Number ▼          Issue Date ▼          On Pages ▼

**2**

**a**

**NAME OF AUTHOR ▼**
Matthew Klam

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
   { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Compilation of previously published stories; new text in stories "Issues I Dealt With in Therapy" and "European Wedding"

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
   { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
   { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month May  Day 16  Year 2000
USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Matthew Klam c/o International Creative Management
40 West 57th Street
New York, NY  10019

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 14 2000
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUL 14 2000
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.       • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Confidential

KLAM000160

Confidential

KLAM000161

EXAMINED BY

CHECKED BY

□ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. □ This is the first published edition of a work previously registered in unpublished form.
b. □ This is the first application submitted by this author as copyright claimant.
c. □ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶          **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

All of the stories have been previously published

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previously published stories; new text in the stories "Issues I Dealt With in Therapy" and "European
Wedding"

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼
Random House, Inc.                            59757

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Deborah Foley, Random House, Inc.
299 Park Avenue, 7th Floor
New York, NY  10171

**b**

Area code and daytime telephone number ▶ 212-572-2603                    Fax number ▶ 212-572-6066
Email ▶  dfoley@randomhouse.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                    □ author
                                        Check only one ▶  □ other copyright claimant
                                                    □ owner of exclusive right(s)
of the work identified in this application and that the statements made    ☑ authorized agent of  Random House, Inc.
by me in this application are correct to the best of my knowledge.         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Deborah Foley                                              **Date** ▶ June 29, 2000

Handwritten signature (X) ▼
X ____ Deborah Foley _____

**Certificate**
**will be**
**mailed in**
**window**
**envelope**
**to this**
**address:**

**Name** ▼
Deborah Foley, Random House, Inc.

**Number/Street/Apt** ▼
299 Park Avenue, 7th Floor

**City/State/ZIP** ▼
New York, NY  10171

YOU MUS
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
June 1999—200,000         ⊛ PRINTED ON RECYCLED PAPER         ⊛U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 7-843-291

**Effective date of
registration:**

February 25, 2014

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Title of Work: AFTER I'M GONE

## Completion/Publication ━━━━━━━━━━━━━━━━━━━━━

Year of Completion: 2014

Date of 1st Publication: February 1, 2014        Nation of 1st Publication: United States

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

- Author: Laura Lippman

Author Created: text

Work made for hire: No

Citizen of: United States        Domiciled in: United States

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━━━━━

Copyright Claimant: Laura Lippman

c/o HarperCollins Publishers 10 East 53rd Street, NY, NY, 10022, United
States

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Name: Leigh Stephenson

Date: February 21, 2014

Page 1 of 1

Confidential

LIPPMAN004628

**Registration #:**  TX0007843291
**Service Request #:**  1-1236674001

HarperCollins Publishers LLC
Leigh Stephenson
10 East 53rd St
New York, NY 10022

Confidential

LIPPMAN004629

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-441-059**

*TX 5005441059*

EFFECTIVE DATE OF REGISTRATION

9    14    01
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

IN A STRANGE CITY      0-380-97818-0

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼

Laura Lippman

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶   USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2001 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 16   Year ▶ 2001
USA   ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Laura Lippman
c/o HarperCollin Publishers, Inc.
10 East 53rd Street
New York, NY 10022

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 14 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 14 2001

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
   • See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of   2   pages

Confidential

LIPPMAN004630

EXAMINED BY ⟨signature⟩

CHECKED BY

☐ CORRESPONDENCE
   ☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ **Yes** ☒ **No**    If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give **Previous Registration Number** ▶                          **Year of Registration** ▶

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                          **Account Number** ▼
HarperCollins Publishers, Inc.                         DA064726

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Joanne Fallert
203 W. Passaic Avenue
Bloomfield, NJ 07003

Area Code & Telephone Number ▶   (973) 893-0268                          Fax Number ▶
Email ▶   joanne.fallert@harpercollins.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   HarperCollins Publishers, Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by
me in this application are correct to the best of my knowledge

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date
Joanne Fallert                                          Date ▶   09-12-2001

👉   **Handwritten signature (X) ▼**

X ⟨signature: Joanne Fallert⟩ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
HarperCollins Publishers, Inc.
Number/Street/Apt ▼
10 East 53rd Street
Attn: Ellen Gress
City/State/ZIP ▼
New York, NY 10022

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of
July 1,
1999,
the filing
fee for
Form TX
is $30

\*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-771-837**
**Effective Date of Registration:**
August 08, 2019
**Registration Decision Date:**
September 06, 2019

## Title

Title of Work:　LADY IN THE LAKE

## Completion/Publication

Year of Completion:　2019
Date of 1st Publication:　July 01, 2019
Nation of 1st Publication:　United States

## Author

- **Author:**　Laura Lippman
  **Author Created:**　text
  **Citizen of:**　United States
  **Domiciled in:**　United States

## Copyright Claimant

Copyright Claimant:　Laura Lippman
c/o HarperCollins Publishers, 195 Broadway, New York, NY, 10007, United
States

## Certification

Name:　Robert Smigielski
Date:　August 01, 2019

Page 1 of 1

Confidential
LIPPMAN004632

Registration #:  TX0008771837
Service Request #:  1-7936563727


HarperCollins Publishers
Robert Smigielski
195 Broadway
New York, NY 10007 United States

Confidential

LIPPMAN004633

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-654-986**

**Effective Date of Registration:**
March 05, 2018

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

Title of Work: SUNBURN

## Completion/Publication
_____

Year of Completion: 2018
Date of 1st Publication: February 01, 2018
Nation of 1st Publication: United States

## Author
_____

- Author: Laura Lippman
  Author Created: Novel
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Laura Lippman
c/o HarperCollins Publishers, 195 Broadway, New York, NY, 10007, United
States

## Certification
_____

Name: Leigh Browne, Authorized agent of Author/Owner
Date: February 26, 2018

---

Copyright Office notes: Regarding basis for registration: A work may be registered with the Single
Application only if the following requirements have been met: 1) The
registration covers one work; 2) The work must be created by one individual; 3)

Page 1 of 2

LIPPMAN004634

All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Confidential

LIPPMAN004635

**Registration #:**  TX0008654986
**Service Request #:**  1-6327936911

HarperCollins Publishers
Leigh Browne
195 Broadway
New York, NY 10007 United States

LIPPMAN004636

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6 – 554 – 453**

EFFECTIVE DATE OF REGISTRATION

Apr 5 2007

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**
WHAT THE DEAD KNOW

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2
**a** NAME OF AUTHOR ▼
Laura Lippman

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2007 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 1   Year ▶ 2007
USA ◀ Nation

## 4
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laura Lippman c/o HarperCollins Publishers LLC, 10 East 53rd Street, New York, NY 10022

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED APR 0 5 2007
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED APR 0 5 2007
FUNDS RECEIVED

See instructions before completing this space.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Confidential

LIPPMAN004637

| EXAMINED BY | ✓mA | FORM TX |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼
HarperCollins Publishers LLC                  DA 064 726

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Justyna Lomot
HarperCollins Publishers LLC, 10 East 53rd Street, New York, NY  10022

Area code and daytime telephone number ▶ 212-207-7544        Fax number ▶ 212-207-2796
Email ▶ justyna.lomot@harpercollins.com

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  HarperCollins Publishers LLC
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Justyna Lomot                                        Date ▶ 3/22/07

Handwritten signature (X) ▼
x  Justyna Lomot

**Certificate will be mailed in window envelope to this address:**
Name ▼
HarperCollins Publishers LLC, attn: Justyna Lomot
Number/Street/Apt ▼
10 East 53rd Street
City/State/ZIP ▼
New York, NY  10022

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX  Rev. 07/2006  Print 07/2006—30,000  Printed on recycled paper                    U.S. Government Printing Office: 2004-320-658/60,123

Confidential                                    LIPPMAN004638

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number
**TX 8-278-638**
Effective Date of Registration:
May 12, 2016

---

## Title

Title of Work:   WILDE LAKE

## Completion/Publication

Year of Completion:   2016
Date of 1st Publication:   May 01, 2016
Nation of 1st Publication:   United States

## Author

- Author:   Laura Lippman
  Author Created:   text
  Citizen of:   United States
  Domiciled in:   United States

## Copyright Claimant

Copyright Claimant:   Laura Lippman
c/o HarperCollins Publishers, 195 Broadway, New York, NY, 10007, United States

## Certification

Name:   Leigh Browne
Date:   May 10, 2016

---

Page 1 of 1

Confidential

LIPPMAN004639

**Registration #:**  TX0008278638
**Service Request #:**  1-3396354402

HarperCollins Publishers
Leigh Browne
195 Broadway
New York, NY 10007

Confidential

LIPPMAN004640

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Engle*

United States Register of Copyrights and Director



**Registration Number**

**TX 8-762-468**

**Effective Date of Registration:**
March 22, 2019

## Title

**Title of Work:** No Visible Bruises: What We Don't Know About Domestic Violence Can Kill Us

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 07, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Rachel Louise Snyder
  **Author Created:** text
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Rachel Louise Snyder
1415 Roxanna Rd NW, Washington, D.C., 20012

## Limitation of copyright claim

**Material excluded from this claim:** previously published text

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Bloomsbury Press
**Name:** Callie Garnett
**Email:** callie.garnett@bloomsbury.com
**Telephone:** (212)419-5329
**Address:** 1385 Broadway
5th Floor
New York, NY 10018

Page 1 of 2

Confidential

SNYDER000062

**Registration #:** TX0008762468
**Service Request #:** 1-7530522061



Bloomsbury Press
Callie Garnett
1385 Broadway
5th Floor
New York, NY 10018

SNYDER000063

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-055-718

**Effective date of
registration:**

April 1, 2008

25 Feb 2010

## Title ──────────────────────────────

             **Title of Work:** AFTER TUPAC & D FOSTER

jw

## Completion/ Publication ──────────────────────

        **Year of Completion:** 2007

      **Date of 1st Publication:** January 10, 2008     **Nation of 1st Publication:** United States

## Author ──────────────────────────────

                **Author:** Jacqueline Woodson

       **Author Created:** entire text

     **Work made for hire:** No

         **Citizen of:** United States

       **Anonymous:** No         **Pseudonymous:** No

## Copyright claimant ──────────────────────

     **Copyright Claimant:** Jacqueline Woodson

                 c/o Penguin Group (USA) Inc. 375 Hudson Street, New York, NY, 10014

## Limitation of copyright claim ──────────────

     **Previously registered:** No

## Certification ──────────────────────────

         **Name:** Benjamin Hojem

          **Date:** January 23, 2008

Page 1 of 1

Confidential

WOODSON000985

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-005-315**

*TX6005315*

EFFECTIVE DATE OF REGISTRATION

Month ___7___ Day _30_ Year _04_



---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**
BEHIND YOU

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**
**a**
NAME OF AUTHOR ▼
Jacqueline Woodson

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____ USA ____
{ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
entire text

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
{ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
{ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**
**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2003   ◀ Year

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 5   Day ▶ 24   Year ▶ 2004
USA   ◀ Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Jacqueline Woodson
c/o Penguin Group (USA) Inc.
375 Hudson Street
New York, NY 10014

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
JUL 30 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 30 2004

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Confidential

WOODSON000986

<table>
<tr><td>EXAMINED BY</td><td colspan="2">FORM TX</td></tr>
<tr><td>CHECKED BY</td><td></td><td></td></tr>
<tr><td>☐ CORRESPONDENCE<br>Yes</td><td colspan="2">FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY</td></tr>
</table>

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶                     **Year of Registration** ▶

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a**

**7**

Name ▼                     Account Number ▼

Penguin Group (USA) Inc.                     DA 018074

**b**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Janine O'Brien

same as below

Area Code & Telephone Number ▶ (212) 366-2681               Fax Number ▶ (212) 366-2060

Email ▶ Janine.O'Brien@us.penguingroup.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     Jacqueline Woodson

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Janine O'Brien                     Date ▶ 05-24-2004

Handwritten signature (X) ▼

X _Janine O'Brien_

<table>
<tr><td rowspan="3">Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address:</td><td>Name ▼</td><td rowspan="3">**9**</td></tr>
<tr><td>Number/Street/Apt ▼<br>Penguin Group (USA) Inc.Copyrights Department</td></tr>
<tr><td>City/State/ZIP ▼<br>375 Hudson Street, New York, NY 10014</td></tr>
</table>

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of
July 1,
1999,
the filing
fee for
Form TX
is $30.

MAIL TO
Library of Congress
Copyright Office
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

Confidential

WOODSON000987

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-504-670**

**Effective date of
registration:**

March 20, 2012

ISBN: 978-0-399-25250-1

N. Paulsen

## Title

**Title of Work:** BENEATH A METH MOON

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 2, 2012    **Nation of 1st Publication:** United States

## Author

■    **Author:** Jacqueline Woodson

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Jacqueline Woodson

c/o Penguin Group (USA) Inc., 375 Hudson Street, New York, NY, 10014,
United States

## Rights and Permissions

**Organization Name:** Penguin Group (USA) Inc.

**Name:** Jeffery Corrick

**Email:** jeffery.corrick@us.penguingroup.com    **Telephone:** 212-366-2684

**Address:** Permissions Dept.

375 Hudson Street

New York, NY 10014  United States

## Certification

**Name:** Benjamin Hojem

**Date:** March 19, 2012

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-957-319**

**Effective date of
registration:**

September 16, 2014

---

*Patricia*
*jw*

**Title** ━━ ISBN: 978-0-399-25251-8 ━━━━━━━━━━━━━━━━━━━━━━━━━━

Title of Work: BROWN GIRL DREAMING

## Completion/Publication ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Year of Completion: 2013

Date of 1st Publication: August 28, 2014      Nation of 1st Publication: United States

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

■      Author: Jacqueline Woodson

Author Created: text

Citizen of: United States

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Copyright Claimant: Jacqueline Woodson

c/o Penguin Group (USA), 375 Hudson Street, New York, NY, 10014,
United States

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Name: Alyssa Roibal

Date: September 15, 2014

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Confidential

WOODSON000989

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 6-560-320



EFFECTIVE DATE OF REGISTRATION

May 14 2007
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

FEATHERS

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work** ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**  **a**

NAME OF AUTHOR ▼
Jacqueline Woodson

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**  **a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2006  ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ March    Day ▶ 1    Year ▶ 2007
USA  ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Jacqueline Woodson
c/o Penguin Group (USA) Inc.
375 Hudson St.
New York, NY 10014

TRANSFER  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
MAY 14 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 14 2007
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Confidential

WOODSON000990

EXAMINED BY ☑ _HM_                    FORM TX

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  **6**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **a**  **7**

Name ▼                                          Account Number ▼

Penguin Group (USA) Inc.                         DA 018074

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼  **b**

Benjamin Hojem

same as below

Area Code & Telephone Number ▶ (212) 366-2382              Fax Number ▶ (212) 366-2060

Email ▶ Benjamin.Hojem@us.penguingroup.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Jacqueline Woodson

Check only one ▶

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Benjamin Hojem                                   Date ▶ 04-11-2007

Handwritten signature (X) ▼

X _Benjamin Hojem_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Penguin Group (USA) Inc. - Copyrights Department
Number/Street/Apt ▼
375 Hudson Street
City/State/ZIP ▼
New York, NY 10014

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C.  20559-6000

As of
July 1,
1999,
the filing
fee for
Form TX
is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

Confidential

WOODSON000991

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-675-581

**Effective Date of Registration:**
October 02, 2018

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

### Title _____

Title of Work:  HARBOR ME

### Completion/Publication _____

Year of Completion:  2017
Date of 1st Publication:  August 28, 2018
Nation of 1st Publication:  United States
International Standard Number:  ISBN 978-0-399-24653-1

### Author _____

- Author:  Jacqueline Woodson
  Author Created:  Novel
  Citizen of:  United States

### Copyright Claimant _____

Copyright Claimant:  Jacqueline Woodson
c/o Penguin Random House LLC, 1745 Broadway, New York, NY, 10019,
United States

### Certification _____

Name:  Heather Lewis, Authorized agent of Author/Owner
Date:  October 01, 2018

---

Copyright Office notes:  Regarding basis for registration: A work may be registered with the Single
Application only if the following requirements have been met: 1) The
registration covers one work; 2) The work must be created by one individual; 3)

Page 1 of 2

Confidential

WOODSON000992

All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Confidential

WOODSON000993

-61-

**CERTIFICATE OF REGISTRATION**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*



FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

TX 4-902-328

*TX0004902328*



EFFECTIVE DATE OF REGISTRATION

11 Month  30 Day  98 Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  **TITLE OF THIS WORK ▼**
IF YOU COME SOFTLY    *Putnam jnv*

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**  **NAME OF AUTHOR ▼**
**a**  Jacqueline Woodson

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**  **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1998 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ 9  Day ▶ 28  Year ▶ 1998
USA ◀ Nation

---

**4**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
Jacqueline Woodson
c/o Penguin Putnam Inc.
375 Hudson Street
New York, N.Y.     10014

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
NOV 30 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 30 1998
REMITTANCE NUMBER AND DATE

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____ pages

Confidential

WOODSON000996

| EXAMINED BY | *llu* | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give:  **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**6**

**---space deleted---**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☒ Copies Only          c ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**  Penguin Books USA          **Account Number ▼**  DA 018074

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Theresa Lynch

same as below

Be sure to give your daytime phone number.

Area Code & Telephone Number ▶  (212) 366-2382

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Jacqueline Woodson

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Theresa Lynch          date ▶  10-7-98

**10**

☞ Handwritten signature (X) ▼  *Theresa Lynch*

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

**Name ▼**  Theresa Lynch

**Number/Street/Apartment Number ▼**  Penguin Books USA, Copyrights Department

**City/State/ZIP ▼**  375 Hudson Street, New York, NY  10014

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1998. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

Confidential

WOODSON000997



## CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*




**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-225-273

EFFECTIVE DATE OF REGISTRATION

6 | 2 | 2000
Month | Day | Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK▼

MIRACLE'S BOYS

PREVIOUS OR ALTERNATIVE TITLES▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

---

**2** NAME OF AUTHOR▼

a Jacqueline Woodson

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed▼
entire text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed▼

c NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed▼

---

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1999 ◀Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 4 Day▶ 1 Year▶ 2000
USA ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Jacqueline Woodson
c/o Penguin Putnam Inc.
375 Hudosn Street
New York, NY 10014

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED
JUN 0 2 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 0 2 2000

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE

---

MORE ON BACK
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

Confidential

WOODSON000998

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

| CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No     If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▾

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▾          Year of Registration ▾

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▾

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▾

See instructions before completing this space.

**6**

---

### ---space deleted---

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a** ☐ Copies and Phonorecords     **b** ☐ Copies Only     **c** ☐ Phonorecords Only          See instructions.

**8**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▾          Account Number ▾

Penguin Putnam Inc.          DA 018074

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.     Name/Address/Apt/City/State/ZIP ▾

Janine O'Brien

same as below

Be sure to give your daytime phone number.

Area Code & Telephone Number ▶ (212) 366-2681

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     Jacqueline Woodson

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date ▾** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Janine O'Brien          date ▶ 6-1-0 0

Handwritten signature (X) ▾

Jennie O'Brien

**10**

---

| MAIL<br>CERTIFICATE<br>TO | Name ▾ | YOU MUST<br>• Complete all necessary spaces<br>• Sign your application in space 10 | **11** |
|---|---|---|---|
| | Number/Street/Apartment Number ▾<br>Penguin Putnam Inc., Copyrights Department | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE<br>1. Application form<br>2. Nonrefundable $20 filing fee<br>   in check or money order<br>   payable to *Register of Copyrights* | The Copyright Office<br>has the authority to<br>adjust fees at 5-year<br>intervals, based on<br>changes in the<br>Consumer Price Index.<br>The next adjustment is<br>due in 1996. Please |
| Certificate<br>will be<br>mailed in<br>window<br>envelope | City/State/ZIP ▾<br>375 Hudson Street, New York, NY  10014 | 3. Deposit material<br><br>MAIL TO<br>Register of Copyrights<br>Library of Congress<br>Washington, D.C.  20559 | contact the Copyright<br>Office after July 1995<br>to determine the actual<br>fee schedule. |

*17 U.S.C. § 505(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

This form was electronically produced by Elite Federal Forms, Inc.

Confidential

WOODSON000999

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## TX 8-797-859

**Effective Date of Registration:**
September 18, 2019
**Registration Decision Date:**
November 07, 2019

### Title

Title of Work:   RED AT THE BONE

### Completion/Publication

Year of Completion:   2019
Date of 1st Publication:   September 17, 2019
Nation of 1ˢᵗ Publication:   United States
International Standard Number:   ISBN 9780525535270

### Author

- Author:   Jacqueline Woodson
  Author Created:   text, Excluding lyrics from another source.
  Work made for hire:   No
  Citizen of:   United States

### Copyright Claimant

Copyright Claimant:   Jacqueline Woodson
c/o William Morris Endeavor Entertainment LLC, 11 Madison Avenue, 18th Floor, New York, NY, 10010, United States

### Limitation of copyright claim

Material excluded from this claim:   Lyrics from another source.

New material included in claim:   text, Excluding lyrics from another source.

### Rights and Permissions

Organization Name:   Riverhead Books
Address:   c/o Penguin Random House LLC
1745 Broadway
New York, NY 10019 United States

Page 1 of 2

Confidential

WOODSON001000

**Certification**

**Name:** Anna Scheithauer
**Date:** September 17, 2019

Page 2 of 2

Confidential

WOODSON001001

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-269-833**
**Effective Date of Registration:**
August 11, 2016

## Title

**Title of Work:**   Another Brooklyn

## Completion/Publication

**Year of Completion:**   2016
**Date of 1st Publication:**   August 01, 2016
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Jacqueline Woodson
  **Author Created:**   text
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Jacqueline Woodson
c/o HarperCollins Publishers, 195 Broadway, New York, NY, 10007, United
States

## Certification

**Name:**   Leigh Browne
**Date:**   August 10, 2016

Page 1 of 1

Confidential

WOODSON001330

**Registration #:**  TX0008269833
**Service Request #:**  1-3895640949

HarperCollins Publishers
Leigh Browne
195 Broadway
New York, NY 10007

WOODSON001331

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director



**Registration Number**

## TX 8-685-589

**Effective Date of Registration:**
December 03, 2018

---

## Title
 

**Title of Work:** It's Not Supposed To Be This Way - Study Guide

## Completion/Publication
 

**Year of Completion:** 2018
**Date of 1st Publication:** November 19, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9780310094340

## Author
 

- **Author:** Lysa Terkeurst
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States
**Year Born:** 1969

## Copyright Claimant
 

**Copyright Claimant:** Lysa Terkeurst
Thomas Nelson/Curriculum, P.O. Box 141000, Nashville, TN, 37214, United States

## Rights and Permissions
 

**Organization Name:** HarperCollins Christian Publishing
**Name:** Linda R. Russell
**Email:** linda.russell@harpercollins.com
**Telephone:** (615)902-1188
**Address:** Thomas Nelson Publishing
501 Nelson Place
Nashville, TN 37214 United States

Page 1 of 2

Confidential

TerKeurst003081

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-461-682**

**Effective date of
registration:**

December 8, 2011

## Title

**Title of Work:** Made to Crave Devotional

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 2, 2011    **Nation of 1st Publication:** United States

**International Standard Number:** ISBN    9780310334705

## Author

■    **Author:** Lysa TerKeurst

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1969

## Copyright claimant

**Copyright Claimant:** Lysa TerKeurst

1109 Cuthbertson Road, Waxhaw, NC, 28173, United States

## Limitation of copyright claim

**Material excluded from this claim:** some text from other sources

**New material included in claim:** text

## Certification

**Name:** Carol Waltman

**Date:** December 5, 2011

**Applicant's Tracking Number:** 9780310334705 / 0310334705

Page 1 of 1

**Registration #:**  TX0007461682
**Service Request #:**  1-694292801



The Zondervan Corporation
Carol Waltman
5300 Patterson Ave SE
Grand Rapids, MI 49530  United States

Confidential

TerKeurst003083

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-580-702**

**Effective date of
registration:**

August 9, 2012

## Title

Title of Work: Unglued

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: July 19, 2012          Nation of 1st Publication: United States

International Standard Number: ISBN          9780310332794

## Author

Author: Lysa TerKeurst

Author Created: text

Work made for hire: No

Citizen of: United States          Domiciled in: United States

Year Born: 1969

## Copyright claimant

Copyright Claimant: Lysa TerKeurst

1109 Cuthbertson Road, Waxhaw, NC, 28173, United States

## Limitation of copyright claim

Material excluded from this claim: Some text from other sources

New material included in claim: text

## Certification

Name: Carol Waltman

Date: July 31, 2012

Applicant's Tracking Number: 9780310332794 / 0310332796

Page 1 of 1



Registration #:   TX0007580702
Service Request #:   1-802199732

The Zondervan Corporation
Carol Waltman
5300 Patterson Ave SE
Grand Rapids, MI 49530  United States

TerKeurst003085

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Logle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-564-815

**Effective Date of Registration:**
April 04, 2018

---

### Title

| | |
|---|---|
| **Title of Work:** | Embraced |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | March 26, 2018 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 9781400310296 |

### Author

| | |
|---|---|
| • **Author:** | Lysa TerKeurst |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1969 |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lysa TerKeurst |
| | Thomas Nelson/Gift Books, P.O. Box 141000, Nashville, TN, 37214, United States |

### Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Biblical Text |
| **New material included in claim:** | text |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | HarperCollins Christian Publishing |
| **Name:** | Linda R. Russell |
| **Email:** | linda.russell@harpercollins.com |
| **Telephone:** | (615)902-1188 |

Page 1 of 2

Confidential

TerKeurst003086

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

**TX 8-114-675**

Effective Date of Registration:
August 24, 2015

---

## Title
_____

Title of Work:   THE ETERNAL WORLD

## Completion/Publication
_____

Year of Completion:   2015
Date of 1st Publication:   August 01, 2015
Nation of 1st Publication:   United States

## Author
_____

- Author:   Christopher Farnsworth
  Author Created:   text
  Citizen of:   United States
  Domiciled in:   United States

## Copyright Claimant
_____

Copyright Claimant:   Christopher Farnsworth
c/o HarperCollins Publishers, 195 Broadway, NY, NY, 10007

## Certification
_____

Name:   Leigh Stephenson
Date:   August 03, 2015

Page 1 of 1

CONFIDENTIAL

FARNSWORTH000001

**Registration #:**   TX0008114675
**Service Request #:**   1-2609287359

HarperCollins Publishers
Leigh Stephenson
195 Broadway
New York, NY 10007

CONFIDENTIAL
FARNSWORTH000002

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-433-399

**Effective Date of Registration:**
July 06, 2017

---

## Title
_____

Title of Work: FLASHMOB

## Completion/Publication
_____

Year of Completion: 2017
Date of 1st Publication: June 01, 2017
Nation of 1st Publication: United States

## Author
_____

- Author: Christopher Farnsworth
  Author Created: text
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Christopher Farnsworth
c/o HarperCollins Publishers, 195 Broadway, New York, NY, 10007, United
States

## Certification
_____

Name: Leigh Browne
Date: June 28, 2017

Page 1 of 1

CONFIDENTIAL

FARNSWORTH000003

Registration #:   TX0008433399
Service Request #:   1-5514888061

HarperCollins Publishers
Leigh Browne
195 Broadway
New York, NY 10007

CONFIDENTIAL

FARNSWORTH000004

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 7-187-361

**Effective date of
registration:**

July 16, 2010

---

### Title

| | |
|---|---|
| **Title of Work:** | BLOOD OATH |

### Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | May 18, 2010 | **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| ■ **Author:** | Christopher Farnsworth |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

### Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Christopher Farnsworth |
| | c/o Penguin Group (USA) Inc., 375 Hudson Street, New York, NY, 10014, United States |

### Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Penguin Group (USA) Inc. | | |
| **Name:** | Florence Eichin | | |
| **Email:** | florence.eichin@us.penguingroup.com | **Telephone:** | 212-366-2684 |
| **Address:** | Permissions Dept. | | |
| | 375 Hudson Street | | |
| | New York, NY 10014  United States | | |

### Certification

| | |
|---|---|
| **Name:** | Benjamin Hojem |
| **Date:** | July 15, 2010 |

Page 1 of 2

CONFIDENTIAL

FARNSWORTH000005

Page 2 of 2

CONFIDENTIAL

FARNSWORTH000006

**Registration #:**    TX0007187361

**Service Request #:**    1-391362702

Penguin Group (USA) Inc.--Copyrights Dept.
Benjamin Hojem
375 Hudson Street
New York, NY 10014  United States

CONFIDENTIAL

FARNSWORTH000007

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 7-399-612

**Effective date of
registration:**

July 7, 2011

## Title

| | |
|---|---|
| **Title of Work:** | THE PRESIDENT'S VAMPIRE |
| **Series Title:** | Nathaniel Cade |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | April 28, 2011 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■    **Author:** | Christopher Farnsworth |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Christopher Farnsworth |
| | c/o Penguin Group (USA) Inc., 375 Hudson Street, New York, NY, 10014, United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Penguin Group (USA) Inc. | | |
| **Name:** | Florence  Eichin | | |
| **Email:** | florence.eichin@us.penguingroup.com | **Telephone:** | 212-366-2684 |
| **Address:** | Permissions Dept. | | |
| | 375 Hudson Street | | |
| | New York, NY 10014  United States | | |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Hojem |
| **Date:** | July 6, 2011 |

Page 1 of 2

CONFIDENTIAL

FARNSWORTH000008

Page 2 of 2

CONFIDENTIAL                                    FARNSWORTH000009

**Registration #:**  TX0007399612
**Service Request #:**  1-600566972

Penguin Group (USA) Inc.--Copyrights Dept.
Benjamin Hojem
375 Hudson Street
New York, NY 10014  United States

CONFIDENTIAL

FARNSWORTH000010