# EXHIBIT 4

1    Joseph R. Saveri (State Bar No. 130064)      Matthew Butterick (State Bar No. 250953)
     Cadio Zirpoli (State Bar No. 179108)      1920 Hillhurst Avenue, 406
2    Christopher K.L. Young (State Bar No. 318371)    Los Angeles, CA 90027
     Holden Benon (State Bar No. 325847)      Telephone:  (323) 968-2632
3    Aaron Cera (State Bar No. 351163)      Facsimile:  (415) 395-9940
     Margaux Poueymirou (State Bar No. 356000)    Email:  mb@butterricklaw.com
4    **JOSEPH SAVERI LAW FIRM, LLP**
     601 California Street, Suite 1505      Bryan L. Clobes (pro hac vice)
5    San Francisco, California 94108      Alexander J. Sweatman (pro hac vice anticipated)
     Telephone: (415) 500-6800      **CAFFERTY CLOBES MERIWETHER**
6    Facsimile:  (415) 395-9940      **& SPRENGEL LLP**
     Email:  jsaveri@saverilawfirm.com      135 South LaSalle Street, Suite 3210
7          czirpoli@saverilawfirm.com      Chicago, IL 60603
          cyoung@saverilawfirm.com      Telephone:  (312) 782-4880
8          hbenon@saverilawfirm.com      Email:  bclobes@caffertyclobes.com
          acera@saverilawfirm.com            asweatman@caffertyclobes.com
9          mpoueymirou@saverilawfirm.com

10    *Counsel for Individual and Representative*
     *Plaintiffs and the Proposed Class*

11
     [Additional counsel on signature page]

12

13               **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

               **SAN FRANCISCO DIVISION**
15

16    Richard Kadrey, et al.,             Lead Case No. 3:23-cv-03417-VC
                              Case No. 4:23-cv-06663
17            *Individual and Representative Plaintiffs*,

18    v.                          **PLAINTIFF RICHARD KADREY'S**
                             **AMENDED RESPONSES TO**
19    Meta Platforms, Inc.,           **DEFENDANT META PLATFORMS,**
                             **INC.'S SECOND SET OF REQUESTS FOR**
20                        *Defendant.*    **ADMISSION**

21

22

23

24

25

26

27

**REQUEST FOR ADMISSION NO. 33:**

Admit that for a fee, YOU are willing to allow a THIRD PARTY to use YOUR ASSERTED works for the purpose of training an artificial intelligence large language model.

**AMENDED RESPONSE TO REQUEST NO. 33:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. As narrowed by the parties, Plaintiff will construe "You" and "Your" to include Plaintiff individually, and his agents. Plaintiff further objects to the phrase "for a fee" as vague and ambiguous. Subject to and without waiving the foregoing objections, Plaintiff responds, admit.

Lead Case No. 3:23-cv-03417-VC                    7
PLAINTIFF RICHARD KADREY'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

2

1  Dated: August 28, 2024                    By:      /s/ Joseph R. Saveri
2                                                     Joseph R. Saveri

3                                            Joseph R. Saveri (State Bar No. 130064)
                                             Cadio Zirpoli (State Bar No. 179108)
4                                            Christopher K.L. Young (State Bar No. 318371)
                                             Holden Benon (State Bar No. 325847)
5                                            Aaron Cera (State Bar No. 351163)
                                             Margaux Poueymirou (State Bar No. 356000)
6                                            **JOSEPH SAVERI LAW FIRM, LLP**
                                             601 California Street, Suite 1505
7                                            San Francisco, California 94108
                                             Telephone: (415) 500-6800
8                                            Facsimile:  (415) 395-9940
                                             Email:      jsaveri@saverilawfirm.com
9                                                        czirpoli@saverilawfirm.com
                                                         cyoung@saverilawfirm.com
10                                                       hbenon@saverilawfirm.com
                                                         acera@saverilawfirm.com
11                                                       mpoueymirou@saverilawfirm.com
                                             Matthew Butterick (State Bar No. 250953)
12                                           1920 Hillhurst Avenue, 406
                                             Los Angeles, CA 90027
13                                           Telephone:  (323)968-2632
                                             Facsimile:  (415) 395-9940
14                                           Email:      mb@buttericklaw.com

15
                                             Bryan L. Clobes (pro hac vice)
16                                           Alexander J. Sweatman (*pro hac vice anticipated*)
                                             **CAFFERTY CLOBES MERIWETHER**
17                                           **& SPRENGEL LLP**
                                             135 South LaSalle Street, Suite 3210
18                                           Chicago, IL 60603
                                             Telephone:     (312) 782-4880
19                                           Email:         bclobes@caffertyclobes.com
                                                            asweatman@caffertyclobes.com
20

21                                           Daniel J. Muller (State Bar No. 193396)
                                             **VENTURA HERSEY & MULLER, LLP**
22                                           1506 Hamilton Avenue
                                             San Jose, California 95125
23                                           Telephone: (408) 512-3022
                                             Facsimile:  (408) 512-3023
24                                           Email:      dmuller@venturahersey.com

25                                           *Counsel for Individual and Representative Plaintiffs*
                                             *and the Proposed Class*
26

27

Lead Case No. 3:23-cv-03417-VC                        8
PLAINTIFF RICHARD KADREY'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
            czirpoli@saverilawfirm.com
            cyoung@saverilawfirm.com
            hbenon@saverilawfirm.com
            acera@saverilawfirm.com
            mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email:    mb@butericklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice anticipated)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:    (312) 782-4880
Email:        bclobes@caffertyclobes.com
              asweatman@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., | Lead Case No. 3:23-cv-03417-VC |
| *Individual and Representative Plaintiffs*, | Case No. 4:23-cv-06663 |
| v. | **PLAINTIFF SARAH SILVERMAN'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION** |
| Meta Platforms, Inc., | |
| *Defendant.* | |

**REQUEST FOR ADMISSION NO. 33:**

Admit that for a fee, YOU are willing to allow a THIRD PARTY to use YOUR ASSERTED works for the purpose of training an artificial intelligence large language model.

**AMENDED RESPONSE TO REQUEST NO. 33:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. As narrowed by the parties, Plaintiff will construe "You" and "Your" to include Plaintiff individually, and her agents. Plaintiff further objects to the phrase "for a fee" as vague and ambiguous. Subject to and without waiving the foregoing objections, Plaintiff responds, admit.

1    Dated: August 28, 2024          By:  _____/s/ Joseph R. Saveri_____
2                                          Joseph R. Saveri

3                                     Joseph R. Saveri (State Bar No. 130064)
                                      Cadio Zirpoli (State Bar No. 179108)
4                                     Christopher K.L. Young (State Bar No. 318371)
                                      Holden Benon (State Bar No. 325847)
5                                     Aaron Cera (State Bar No. 351163)
                                      Margaux Poueymirou (State Bar No. 356000)
6                                     **JOSEPH SAVERI LAW FIRM, LLP**
                                      601 California Street, Suite 1505
7                                     San Francisco, California 94108
                                      Telephone: (415) 500-6800
8                                     Facsimile:  (415) 395-9940
                                      Email:      jsaveri@saverilawfirm.com
9                                                 czirpoli@saverilawfirm.com
                                                  cyoung@saverilawfirm.com
10                                                hbenon@saverilawfirm.com
                                                  acera@saverilawfirm.com
11                                                mpoueymirou@saverilawfirm.com
                                      Matthew Butterick (State Bar No. 250953)
12                                    1920 Hillhurst Avenue, 406
                                      Los Angeles, CA 90027
13                                    Telephone:  (323)968-2632
                                      Facsimile:  (415) 395-9940
14                                    Email:      mb@buttericklaw.com

15
                                      Bryan L. Clobes (pro hac vice)
16                                    Alexander J. Sweatman (*pro hac vice anticipated*)
                                      **CAFFERTY CLOBES MERIWETHER**
17                                    **& SPRENGEL LLP**
                                      135 South LaSalle Street, Suite 3210
18                                    Chicago, IL 60603
                                      Telephone:     (312) 782-4880
19                                    Email:         bclobes@caffertyclobes.com
                                                     asweatman@caffertyclobes.com
20

21                                    Daniel J. Muller (State Bar No. 193396)
                                      **VENTURA HERSEY & MULLER, LLP**
22                                    1506 Hamilton Avenue
                                      San Jose, California 95125
23                                    Telephone: (408) 512-3022
                                      Facsimile:  (408) 512-3023
24                                    Email:      dmuller@venturahersey.com

25                                    *Counsel for Individual and Representative Plaintiffs*
                                      *and the Proposed Class*
26

27

Lead Case No. 3:23-cv-03417-VC                    8
PLAINTIFF SARAH SILVERMAN'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          czirpoli@saverilawfirm.com
          cyoung@saverilawfirm.com
          hbenon@saverilawfirm.com
          acera@saverilawfirm.com
           mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email:    mb@butcoricklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice anticipated)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:  (312) 782-4880
Email:      bclobes@caffertyclobes.com
            asweatman@caffertyclobes.com
            mrathur@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Richard Kadrey, et al., <br><br> *Individual and Representative Plaintiffs*, <br><br> v. <br><br> Meta Platforms, Inc., <br><br> *Defendant*. | Lead Case No. 3:23-cv-03417-VC <br> Case No. 4:23-cv-06663 <br><br> **PLAINTIFF JUNOT DIAZ'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION** |

**REQUEST FOR ADMISSION NO. 33:**

Admit that for a fee, YOU are willing to allow a THIRD PARTY to use YOUR ASSERTED works for the purpose of training an artificial intelligence large language model.

**AMENDED RESPONSE TO REQUEST NO. 33:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. As narrowed by the parties, Plaintiff will construe "You" and "Your" to include Plaintiff individually, and his agents. Plaintiff further objects that this Request poses an incomplete hypothetical, preventing Plaintiff from providing a single definitive answer. Subject to and without waiving the foregoing objections, Plaintiff admits only that he may be willing to consider permitting a third party to use his asserted works for the purpose of training an artificial intelligence large language model, under certain circumstances not present in this case. Plaintiff otherwise denies Request No. 33.

Lead Case No. 3:23-cv-03417-VC    7
PLAINTIFF JUNOT DIAZ'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION

8

1    Dated: September 6, 2024                By:      /s/ Bryan L. Clobes
                                                      Bryan L. Clobes
2

3                                            Joseph R. Saveri (State Bar No. 130064)
                                             Cadio Zirpoli (State Bar No. 179108)
4                                            Christopher K.L. Young (State Bar No. 318371)
                                             Holden Benon (State Bar No. 325847)
5                                            Aaron Cera (State Bar No. 351163)
                                             Margaux Poueymirou (State Bar No. 356000)
6                                            **JOSEPH SAVERI LAW FIRM, LLP**
                                             601 California Street, Suite 1505
7                                            San Francisco, California 94108
                                             Telephone: (415) 500-6800
8                                            Facsimile:  (415) 395-9940
                                             Email:       jsaveri@saverilawfirm.com
9                                                         czirpoli@saverilawfirm.com
                                                          cyoung@saverilawfirm.com
10                                                        hbenon@saverilawfirm.com
                                                          acera@saverilawfirm.com
11                                                        mpoueymirou@saverilawfirm.com
                                             Matthew Butterick (State Bar No. 250953)
12                                           1920 Hillhurst Avenue, 406
                                             Los Angeles, CA 90027
13                                           Telephone:  (323)968-2632
                                             Facsimile:  (415) 395-9940
14                                           Email:       mb@butterickaw.com

15
                                             Bryan L. Clobes (pro hac vice)
16                                           Alexander J. Sweatman (*pro hac vice*)
                                             Mohammed A. Rathur (*pro hac vice anticipated*)
17                                           **CAFFERTY CLOBES MERIWETHER
                                             & SPRENGEL LLP**
18                                           135 South LaSalle Street, Suite 3210
                                             Chicago, IL 60603
19                                           Telephone:    (312) 782-4880
                                             Email:        bclobes@caffertyclobes.com
20                                                         asweatman@caffertyclobes.com
                                                           mrathur@caffertyclobes.com
21

22                                           Daniel J. Muller (State Bar No. 193396)
                                             **VENTURA HERSEY & MULLER, LLP**
23                                           1506 Hamilton Avenue
                                             San Jose, California 95125
24                                           Telephone: (408) 512-3022
                                             Facsimile: (408) 512-3023
25                                           Email:       dmuller@venturahersey.com

26                                           *Counsel for Individual and Representative Plaintiffs
                                             and the Proposed Class*
27

---

Lead Case No. 3:23-cv-03417-VC                    8
PLAINTIFF JUNOT DIAZ'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET
OF REQUESTS FOR ADMISSION

9

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          czirpoli@saverilawfirm.com
          cyoung@saverilawfirm.com
          hbenon@saverilawfirm.com
          acera@saverilawfirm.com
           mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email:    mb@butericklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice anticipated)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:    (312) 782-4880
Email:        bclobes@caffertyclobes.com
              asweatman@caffertyclobes.com
              mrathur@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>*Defendant*. | Lead Case No. 3:23-cv-03417-VC<br>Case No. 4:23-cv-06663<br><br>**PLAINTIFF ANDREW SEAN GREER'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION** |

Lead Case No. 3:23-cv-03417-VC

PLAINTIFF ANDREW SEAN GREER'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

10

**REQUEST FOR ADMISSION NO. 33:**

Admit that for a fee, YOU are willing to allow a THIRD PARTY to use YOUR ASSERTED works for the purpose of training an artificial intelligence large language model.

**AMENDED RESPONSE TO REQUEST NO. 33:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. As narrowed by the parties, Plaintiff will construe "You" and "Your" to include Plaintiff individually, and his agents. Plaintiff further objects that this Request poses an incomplete hypothetical, preventing Plaintiff from providing a single definitive answer. Subject to and without waiving the foregoing objections, Plaintiff admits only that he may be willing to consider permitting a third party to use his asserted works for the purpose of training an artificial intelligence large language model, under certain circumstances not present in this case. Plaintiff otherwise denies Request No. 33.

Lead Case No. 3:23-cv-03417-VC                    7
PLAINTIFF ANDREW SEAN GREER'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

11

| | |
|---|---|
| 1 | Dated: September 6, 2024 |
| 2 | |

By: _____/s/ Bryan L. Clobes_____
        Bryan L. Clobes

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:     jsaveri@saverilawfirm.com
            czirpoli@saverilawfirm.com
            cyoung@saverilawfirm.com
            hbenon@saverilawfirm.com
            acera@saverilawfirm.com
            mpoueymirou@saverilawfirm.com
Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone:  (323)968-2632
Facsimile:   (415) 395-9940
Email:      mb@butticklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:    (312) 782-4880
Email:       bclobes@caffertyclobes.com
            asweatman@caffertyclobes.com
            mrathur@caffertyclobes.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email:     dmuller@venturahersey.com

*Counsel for Individual and Representative Plaintiffs*
*and the Proposed Class*

Lead Case No. 3:23-cv-03417-VC         8

PLAINTIFF ANDREW SEAN GREER'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

12

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          czirpoli@saverilawfirm.com
          cyoung@saverilawfirm.com
          hbenon@saverilawfirm.com
          acera@saverilawfirm.com
          mpoueymirou@saverilawfirm.com

*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone:  (323) 968-2632
Facsimile:   (415) 395-9940
Email:    mb@butericklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice anticipated)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:    (312) 782-4880
Email:        bclobes@caffertyclobes.com
              asweatman@caffertyclobes.com
              mrathur@caffertyclobes.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., <br><br> *Individual and Representative Plaintiffs*, <br><br> v. <br><br> Meta Platforms, Inc., <br><br> *Defendant*. | Lead Case No. 3:23-cv-03417-VC <br> Case No. 4:23-cv-06663 <br><br> **PLAINTIFF DAVID HENRY HWANG'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION** |

Lead Case No. 3:23-cv-03417-VC

PLAINTIFF DAVID HENRY HWANG'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

13

**REQUEST FOR ADMISSION NO. 33:**

Admit that for a fee, YOU are willing to allow a THIRD PARTY to use YOUR ASSERTED works for the purpose of training an artificial intelligence large language model.

**AMENDED RESPONSE TO REQUEST NO. 33:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. As narrowed by the parties, Plaintiff will construe "You" and "Your" to include Plaintiff individually, and his agents. Plaintiff further objects that this Request poses an incomplete hypothetical, preventing Plaintiff from providing a single definitive answer. Subject to and without waiving the foregoing objections, Plaintiff admits only that he may be willing to consider permitting a third party to use his asserted works for the purpose of training an artificial intelligence large language model, under certain circumstances not present in this case. Plaintiff otherwise denies Request No. 33.

Lead Case No. 3:23-cv-03417-VC                    7
PLAINTIFF DAVID HENRY HWANG'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

14

Dated: September 6, 2024

By:     */s/ Bryan L. Clobes*
        Bryan L. Clobes

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:      jsaveri@saverilawfirm.com
          czirpoli@saverilawfirm.com
          cyoung@saverilawfirm.com
          hbenon@saverilawfirm.com
          acera@saverilawfirm.com
          mpoueymirou@saverilawfirm.com
Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323)968-2632
Facsimile: (415) 395-9940
Email:      mb@butterticklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:     (312) 782-4880
Email:      bclobes@caffertyclobes.com
          asweatman@caffertyclobes.com
          mrathur@caffertyclobes.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email:      dmuller@venturahersey.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

PLAINTIFF DAVID HENRY HWANG'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          czirpoli@saverilawfirm.com
          cyoung@saverilawfirm.com
          hbenon@saverilawfirm.com
          acera@saverilawfirm.com
          mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone:  (323) 968-2632
Facsimile:  (415) 395-9940
Email:     mb@butticklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice anticipated)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:    (312) 782-4880
Email:      bclobes@caffertyclobes.com
            asweatman@caffertyclobes.com
            mrathur@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., <br><br> *Individual and Representative Plaintiffs*, <br><br> v. <br><br> Meta Platforms, Inc., <br><br> *Defendant*. | Lead Case No. 3:23-cv-03417-VC <br> Case No. 4:23-cv-06663 <br><br> **PLAINTIFF MATTHEW KLAM'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION** |

**REQUEST FOR ADMISSION NO. 33:**

Admit that for a fee, YOU are willing to allow a THIRD PARTY to use YOUR ASSERTED works for the purpose of training an artificial intelligence large language model.

**AMENDED RESPONSE TO REQUEST NO. 33:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. As narrowed by the parties, Plaintiff will construe "You" and "Your" to include Plaintiff individually, and his agents. Plaintiff further objects that this Request poses an incomplete hypothetical, preventing Plaintiff from providing a single definitive answer. Subject to and without waiving the foregoing objections, Plaintiff admits only that he may be willing to consider permitting a third party to use his asserted works for the purpose of training an artificial intelligence large language model, under certain circumstances not present in this case. Plaintiff otherwise denies Request No. 33.

Lead Case No. 3:23-cv-03417-VC                    7
PLAINTIFF MATTHEW KLAM'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

17

| | |
|---|---|
| Dated: September 6, 2024 | By: _____ /s/ Bryan L. Clobes_____ |
| | Bryan L. Clobes |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:     jsaveri@saverilawfirm.com
            czirpoli@saverilawfirm.com
            cyoung@saverilawfirm.com
            hbenon@saverilawfirm.com
            acera@saverilawfirm.com
            mpoueymirou@saverilawfirm.com
Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone:   (323)968-2632
Facsimile:   (415) 395-9940
Email:       mb@butericklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:   (312) 782-4880
Email:       bclobes@caffertyclobes.com
            asweatman@caffertyclobes.com
            mrathur@caffertyclobes.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email:     dmuller@venturahersey.com

*Counsel for Individual and Representative Plaintiffs*
*and the Proposed Class*

---

Lead Case No. 3:23-cv-03417-VC                8

PLAINTIFF MATTHEW KLAM'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:      jsaveri@saverilawfirm.com
            czirpoli@saverilawfirm.com
            cyoung@saverilawfirm.com
            hbenon@saverilawfirm.com
            acera@saverilawfirm.com
            mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone:  (323) 968-2632
Facsimile:  (415) 395-9940
Email:      mb@but100ricklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice anticipated)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:   (312) 782-4880
Email:       bclobes@caffertyclobes.com
             asweatman@caffertyclobes.com
             mrathur@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>*Defendant.* | Lead Case No. 3:23-cv-03417-VC<br>Case No. 4:23-cv-06663<br><br>**PLAINTIFF LAURA LIPPMAN'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION** |

1

**REQUEST FOR ADMISSION NO. 33:**

2

Admit that for a fee, YOU are willing to allow a THIRD PARTY to use YOUR ASSERTED

3

works for the purpose of training an artificial intelligence large language model.

4

**AMENDED RESPONSE TO REQUEST NO. 33:**

5

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for

6

discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it

7

includes any person asked, hired, retained, or contracted to assist Plaintiff. As narrowed by the parties,

8

Plaintiff will construe "You" and "Your" to include Plaintiff individually, and her agents. Plaintiff

9

further objects that this Request poses an incomplete hypothetical, preventing Plaintiff from providing a

10

single definitive answer. Subject to and without waiving the foregoing objections, Plaintiff admits only

11

that she may be willing to consider permitting a third party to use her asserted works for the purpose of

12

training an artificial intelligence large language model, under certain circumstances not present in this

13

case. Plaintiff otherwise denies Request No. 33.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Lead Case No. 3:23-cv-03417-VC                7
PLAINTIFF LAURA LIPPMAN'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

20

1    Dated: September 6, 2024                By:    _____/s/ Bryan L. Clobes_____
2                                                    Bryan L. Clobes

3                                            Joseph R. Saveri (State Bar No. 130064)
                                             Cadio Zirpoli (State Bar No. 179108)
4                                            Christopher K.L. Young (State Bar No. 318371)
                                             Holden Benon (State Bar No. 325847)
5                                            Aaron Cera (State Bar No. 351163)
                                             Margaux Poueymirou (State Bar No. 356000)
6                                            **JOSEPH SAVERI LAW FIRM, LLP**
                                             601 California Street, Suite 1505
7                                            San Francisco, California 94108
                                             Telephone: (415) 500-6800
8                                            Facsimile:  (415) 395-9940
                                             Email:    jsaveri@saverilawfirm.com
9                                                      czirpoli@saverilawfirm.com
                                                       cyoung@saverilawfirm.com
10                                                     hbenon@saverilawfirm.com
                                                       acera@saverilawfirm.com
11                                                     mpoueymirou@saverilawfirm.com
                                             Matthew Butterick (State Bar No. 250953)
12                                           1920 Hillhurst Avenue, 406
                                             Los Angeles, CA 90027
13                                           Telephone:  (323)968-2632
                                             Facsimile:   (415) 395-9940
14                                           Email:    mb@butericklaw.com

15
                                             Bryan L. Clobes (pro hac vice)
16                                           Alexander J. Sweatman (*pro hac vice*)
                                             Mohammed A. Rathur (*pro hac vice anticipated*)
17                                           **CAFFERTY CLOBES MERIWETHER
                                             & SPRENGEL LLP**
18                                           135 South LaSalle Street, Suite 3210
                                             Chicago, IL 60603
19                                           Telephone:    (312) 782-4880
                                             Email:    bclobes@caffertyclobes.com
20                                                     asweatman@caffertyclobes.com
                                                       mrathur@caffertyclobes.com
21

22                                           Daniel J. Muller (State Bar No. 193396)
                                             **VENTURA HERSEY & MULLER, LLP**
23                                           1506 Hamilton Avenue
                                             San Jose, California 95125
24                                           Telephone: (408) 512-3022
                                             Facsimile: (408) 512-3023
25                                           Email:    dmuller@venturahersey.com

26                                           *Counsel for Individual and Representative Plaintiffs
                                             and the Proposed Class*
27

Lead Case No. 3:23-cv-03417-VC              8
PLAINTIFF LAURA LIPPMAN'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

1    Joseph R. Saveri (State Bar No. 130064)     Matthew Butterick (State Bar No. 250953)
     Cadio Zirpoli (State Bar No. 179108)        1920 Hillhurst Avenue, 406

2    Christopher K.L. Young (State Bar No. 318371)   Los Angeles, CA 90027
     Holden Benon (State Bar No. 325847)       Telephone: (323) 968-2632

3    Aaron Cera (State Bar No. 351163)         Facsimile: (415) 395-9940
     Margaux Poueymirou (State Bar No. 356000)    Email:    mb@buttericklaw.com

4    **JOSEPH SAVERI LAW FIRM, LLP**
     601 California Street, Suite 1505         Bryan L. Clobes (pro hac vice)

5    San Francisco, California 94108         Alexander J. Sweatman (pro hac vice)
     Telephone: (415) 500-6800         Mohammed A. Rathur (pro hac vice anticipated)

6    Facsimile: (415) 395-9940         **CAFFERTY CLOBES MERIWETHER**
     Email:    jsaveri@saverilawfirm.com     **& SPRENGEL LLP**

7           czirpoli@saverilawfirm.com     135 South LaSalle Street, Suite 3210
           cyoung@saverilawfirm.com      Chicago, IL 60603

8           hbenon@saverilawfirm.com      Telephone: (312) 782-4880
           acera@saverilawfirm.com         Email:     bclobes@caffertyclobes.com

9            mpoueymirou@saverilawfirm.com         asweatman@caffertyclobes.com
                                  mrathur@caffertyclobes.com

10   *Counsel for Individual and Representative*
     *Plaintiffs and the Proposed Class*

11

     [Additional counsel on signature page]

12

13

14                **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**

15                 **SAN FRANCISCO DIVISION**

16

17   Richard Kadrey, et al.,            Lead Case No. 3:23-cv-03417-VC
                                Case No. 4:23-cv-06663

18          *Individual and Representative Plaintiffs*,
                            **PLAINTIFF RACHEL LOUISE SNYDER'S**

19   v.                             **AMENDED RESPONSES TO DEFENDANT**
                            **META PLATFORMS, INC.'S SECOND SET**

20   Meta Platforms, Inc.,             **OF REQUESTS FOR ADMISSION**

21                     *Defendant.*

22

23

24

25

26

27

   Lead Case No. 3:23-cv-03417-VC

PLAINTIFF RACHEL LOUISE SNYDER'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

1    **REQUEST FOR ADMISSION NO. 33:**

2         Admit that for a fee, YOU are willing to allow a THIRD PARTY to use YOUR ASSERTED

3    works for the purpose of training an artificial intelligence large language model.

4    **AMENDED RESPONSE TO REQUEST NO. 33:**

5         Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for

6    discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it

7    includes any person asked, hired, retained, or contracted to assist Plaintiff. As narrowed by the parties,

8    Plaintiff will construe "You" and "Your" to include Plaintiff individually, and her agents. Plaintiff

9    further objects that this Request poses an incomplete hypothetical, preventing Plaintiff from providing a

10   single definitive answer. Subject to and without waiving the foregoing objections, Plaintiff admits only

11   that she may be willing to consider permitting a third party to use her asserted works for the purpose of

12   training an artificial intelligence large language model, under certain circumstances not present in this

13   case. Plaintiff otherwise denies Request No. 33.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Lead Case No. 3:23-cv-03417-VC                    7
PLAINTIFF RACHEL LOUISE SNYDER'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

23

1   Dated: September 6, 2024                  By:      /s/ Bryan L. Clobes
2                                                      Bryan L. Clobes

3                                            Joseph R. Saveri (State Bar No. 130064)
                                             Cadio Zirpoli (State Bar No. 179108)
4                                            Christopher K.L. Young (State Bar No. 318371)
                                             Holden Benon (State Bar No. 325847)
5                                            Aaron Cera (State Bar No. 351163)
                                             Margaux Poueymirou (State Bar No. 356000)
6                                            **JOSEPH SAVERI LAW FIRM, LLP**
                                             601 California Street, Suite 1505
7                                            San Francisco, California 94108
                                             Telephone: (415) 500-6800
8                                            Facsimile:  (415) 395-9940
                                             Email:      jsaveri@saverilawfirm.com
9                                                        czirpoli@saverilawfirm.com
                                                         cyoung@saverilawfirm.com
10                                                       hbenon@saverilawfirm.com
                                                         acera@saverilawfirm.com
11                                                       mpoueymirou@saverilawfirm.com
                                             Matthew Butterick (State Bar No. 250953)
12                                           1920 Hillhurst Avenue, 406
                                             Los Angeles, CA 90027
13                                           Telephone:  (323)968-2632
                                             Facsimile:  (415) 395-9940
14                                           Email:      mb@buttericklaw.com

15
                                             Bryan L. Clobes (pro hac vice)
16                                           Alexander J. Sweatman (*pro hac vice*)
                                             Mohammed A. Rathur (*pro hac vice anticipated*)
17                                           **CAFFERTY CLOBES MERIWETHER
                                             & SPRENGEL LLP**
18                                           135 South LaSalle Street, Suite 3210
                                             Chicago, IL 60603
19                                           Telephone:    (312) 782-4880
                                             Email:        bclobes@caffertyclobes.com
20                                                         asweatman@caffertyclobes.com
                                                           mrathur@caffertyclobes.com
21

22                                           Daniel J. Muller (State Bar No. 193396)
                                             **VENTURA HERSEY & MULLER, LLP**
23                                           1506 Hamilton Avenue
                                             San Jose, California 95125
24                                           Telephone: (408) 512-3022
                                             Facsimile: (408) 512-3023
25                                           Email:      dmuller@venturahersey.com

26                                           *Counsel for Individual and Representative Plaintiffs
                                             and the Proposed Class*

27

Lead Case No. 3:23-cv-03417-VC                    8
PLAINTIFF RACHEL LOUISE SNYDER'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:     jsaveri@saverilawfirm.com
              czirpoli@saverilawfirm.com
              cyoung@saverilawfirm.com
              hbenon@saverilawfirm.com
              acera@saverilawfirm.com
               mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
Email:     mb@butterricklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice anticipated)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:    (312) 782-4880
Email:        bclobes@caffertyclobes.com
              asweatman@caffertyclobes.com
              mrathur@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>*Defendant*. | Lead Case No. 3:23-cv-03417-VC<br>Case No. 4:23-cv-06663<br><br>**PLAINTIFF JACQUELINE WOODSON'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION** |

Lead Case No. 3:23-cv-03417-VC

PLAINTIFF JACQUELINE WOODSON'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

25

**REQUEST FOR ADMISSION NO. 33:**

Admit that for a fee, YOU are willing to allow a THIRD PARTY to use YOUR ASSERTED works for the purpose of training an artificial intelligence large language model.

**AMENDED RESPONSE TO REQUEST NO. 33:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. As narrowed by the parties, Plaintiff will construe "You" and "Your" to include Plaintiff individually, and her agents. Plaintiff further objects that this Request poses an incomplete hypothetical, preventing Plaintiff from providing a single definitive answer. Subject to and without waiving the foregoing objections, Plaintiff admits only that she may be willing to consider permitting a third party to use her asserted works for the purpose of training an artificial intelligence large language model, under certain circumstances not present in this case. Plaintiff otherwise denies Request No. 33.

Lead Case No. 3:23-cv-03417-VC                    7
PLAINTIFF JACQUELINE WOODSON'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

26

1   Dated: September 6, 2024        By:      */s/ Bryan L. Clobes*

2                                      Bryan L. Clobes

3                                 Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)

4                                 Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)

5                                 Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 356000)

6                                 **JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505

7                                 San Francisco, California 94108
Telephone: (415) 500-6800

8                                 Facsimile: (415) 395-9940
                                Email:      jsaveri@saverilawfirm.com

9                                                czirpoli@saverilawfirm.com

10                                                cyoung@saverilawfirm.com
                                               hbenon@saverilawfirm.com

11                                                acera@saverilawfirm.com
                                               mpoueymirou@saverilawfirm.com
                                Matthew Butterick (State Bar No. 250953)

12                                 1920 Hillhurst Avenue, 406
Los Angeles, CA 90027

13                                 Telephone:   (323)968-2632
Facsimile:   (415) 395-9940

14                                 Email:      mb@buttericklaw.com

15

16                                 Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (*pro hac vice*)

17                                 Mohammed A. Rathur (*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**

18                                 135 South LaSalle Street, Suite 3210
Chicago, IL 60603

19                                 Telephone:     (312) 782-4880
Email:         bclobes@caffertyclobes.com

20                                              asweatman@caffertyclobes.com
                                             mrathur@caffertyclobes.com

21

22                                 Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**

23                                 1506 Hamilton Avenue
San Jose, California 95125

24                                 Telephone: (408) 512-3022
Facsimile: (408) 512-3023

25                                 Email:      dmuller@venturahersey.com

26                                 *Counsel for Individual and Representative Plaintiffs*
*and the Proposed Class*

27

PLAINTIFF JACQUELINE WOODSON'S AMENDED RESPONSES TO DEFENDANT META PLATFORMS, INC.'S
SECOND SET OF REQUESTS FOR ADMISSION

David A. Straite (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Ave., Suite 1001
New York, New York 10017
Tel.: (646) 933-1000
Fax: (646) 494-9648
*dstraite@dicellolevitt.com*

*Counsel for Plaintiffs and the Proposed*
*Class, Additional Counsel Listed Below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, TA-NEHISI COATES, JUNOT DÍAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUISE SNYDER, JACQUELINE WOODSON, AND LYSA TERKEURST, | Case No. 3:23-cv-03417-VC **PLAINTIFF LYSA TERKEURST'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION** |
| *Individual and Representative Plaintiffs*, | |
| v. | |
| META PLATFORMS, INC.; | |
| *Defendant.* | |

Plaintiff Lysa TerKeurst ("Plaintiff") hereby amends her responses to Defendant Meta Platforms, Inc.'s ("Defendant" or "Meta") Second Set of Requests for Admissions (the "Requests" or "RFAs").

**GENERAL OBJECTIONS**

1.      Plaintiff generally objects to Defendant's definitions and instructions to the extent they purport to require Plaintiff to respond in any way beyond what is required by the Federal and local rules.

2.      Plaintiff objects to the Requests to the extent they seek information or materials that are protected from disclosure by attorney-client privilege, the work product doctrine, expert

1

PLAINTIFF LYSA TERKEURST'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT
META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION
No. 3:23-cv-03417-VC

28

limited to the specific claims and defenses raised in this dispute. Plaintiff further objects to this Request because it is hypothetical and is not tied to the facts of the case. *See, e.g., Buchanan v. Chi. Transit Auth.*, 2016 WL 7116591, at *5 (N.D. Ill. Dec. 7, 2016) ("Since requests to admit 'must be connected to the facts of the case, courts do not permit "hypothetical" questions within requests for admission.'"); *Fulhorst v. Un. Techs. Auto., Inc.*, 1997 WL 873548, at *3 (D. Del. Nov. 17, 1997) (denying request "asking Plaintiff to admit to infringement in the context of the hypothetical use of its device"); Fed. R. Civ. P. 36 advisory committee's note to 1946 amendment. There is no way for Plaintiff to know what her licensing opportunities would have been but for Meta's failure to compensate, let alone other LLM developers. Subject to and without waiving the foregoing objections, Plaintiff admits that Plaintiff is currently unaware of any documentary evidence that she has lost a specific licensing opportunity due to the infringement alleged in the COMPLAINT, but denies that her lack of awareness has any bearing on whether any licensing opportunities were lost due to the infringement alleged in the COMPLAINT or whether documentary evidence of the same exists.

**REQUEST FOR ADMISSION NO. 33:**

Admit that for a fee, YOU are willing to allow a THIRD PARTY to use YOUR ASSERTED works for the purpose of training an artificial intelligence large language model.

**RESPONSE TO REQUEST NO. 33:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe the terms "You" and "Your" as referring to Plaintiff Lysa TerKeurst. Plaintiff further objects to the phrase "for a fee" as vague and ambiguous. Plaintiff further objects that Request No. 33 poses an incomplete hypothetical, making a single definitive answer impossible. Subject to and without waiving the foregoing objections, Plaintiff admits only that she may be willing to consider permitting a third party to use her asserted works for the purpose of training an artificial

12

PLAINTIFF LYSA TERKEURST'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT
META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION
No. 3:23-cv-03417-VC

29

1    intelligence large language model, for a fee, under certain circumstances. Plaintiff otherwise denies

2    Request No. 33.

3    **SUPPLEMENTAL RESPONSE TO REQUEST NO. 33:**

4         Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling

5    for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined,

6    it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe

7    the terms "You" and "Your" as referring to Plaintiff Lysa TerKeurst and her agent, Meredith

8    Brock. Plaintiff further objects to the phrase "for a fee" as vague and ambiguous. Plaintiff further

9    objects that Request No. 33 poses an incomplete hypothetical, making a single definitive answer

10   impossible. Subject to and without waiving the foregoing objections, Plaintiff admits only that she

11   may be willing to consider permitting a third party to use her asserted works for the purpose of

12   training an artificial intelligence large language model, for a fee, under certain circumstances.

13   Plaintiff otherwise denies Request No. 33.

14   Dated: September 12, 2024                By: /s/ *James A. Ulwick*

15                                           Amy Keller (admitted *pro hac vice*)
                                             Nada Djordjevic (*pro hac vice* forthcoming)
16                                           James A. Ulwick (admitted *pro hac vice*)
                                             10 North Dearborn St., Sixth Floor
17                                           Chicago, Illinois 60602
                                             Tel.: (312) 214-7900
18                                           Email: akeller@dicellolevitt.com
19                                                   ndjordjevic@dicellolevitt.com
                                                     julwick@dicellolevitt.com
20
                                             David A. Straite (admitted *pro hac vice*)
21                                           485 Lexington Avenue, Suite 1001
                                             New York, NY 10017
22                                           Tel. (646) 933-1000
23                                           Email: dstraite@dicellolevitt.com

24                                           Brian O'Mara
25                                           4747 Executive Drive, Suite 240
                                             San Diego, California 92121
26                                           Tel.: (619) 923-3939
                                             Email: bomara@dicellolevitt.com

27                                                    13

28   ————————————————————————————————————————
     PLAINTIFF LYSA TERKEURST'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT
     META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION
     No. 3:23-cv-03417-VC

1   Rachel Geman (*pro hac vice*)
    rgeman@lchb.com
2   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    250 Hudson Street, 8th Floor
3   New York, NY 10013-1413
    Telephone: 212.355.9500
4   Facsimile: 212.355.9592
    Email: rgeman@lchb.com
5
    Elizabeth J. Cabraser, Esq.
6   Daniel M. Hutchinson, Esq.
    Reilly T. Stoler, Esq.
7   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
8   San Francisco, CA 94111-3339
    Telephone: 415.956.1000
9   Email: ecabraser@lchb.com
    dhutchinson@lchb.com
10  rstoler@lchb.com

11  Kenneth S. Byrd. (*pro hac vice* forthcoming)
    Betsy A. Sugar (*pro hac vice* forthcoming)
12  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    222 2nd Avenue South, Suite 1640
13  Nashville, TN 37201-2375
    Telephone: 615.313.9000
14  Email: kbyrd@lchb.com
    bsugar@lchb.com
15
    Scott J. Sholder (*pro hac vice*)
16  CeCe M. Cole (*pro hac vice*)
    COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
17  60 Broad Street, 30th Floor
    New York, New York 10004
18  Telephone: 212.974.7474
    Email: ssholder@cdas.com
19  ccole@cdas.com

20  Attorneys for Plaintiff
    *Christopher Farnsworth and*
21  *Representative Plaintiffs and the Proposed Class*

22           UNITED STATES DISTRICT COURT

23        NORTHERN DISTRICT OF CALIFORNIA

24             SAN FRANCISCO DIVISION

25

26  RICHARD KADREY, *et al*.,          | Case No. 3:23-cv-03417-VC

27      Individual and Representative   | PLAINTIFF CHRISTOPHER
      Plaintiffs,               | FARNSWORTH'S RESPONSES TO
28                         | DEFENDANT'S FIRST SET OF REQUESTS
                        | FOR ADMISSIONS

3120862.2

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 32**

2       Plaintiff objects to the terms "contributed" and "literary content" are vague and

3   unintelligible.

4       Subject to and without waiving these general and specific objections, will not respond to

5   this Request, as it is unintelligible. If a response is deemed required, Plaintiff denies the Request

6   on this same basis.

7   **REQUEST FOR ADMISSION NO. 33:**

8       Admit that YOU have never offered to license or sell any of YOUR ASSERTED WORKS

9   for use in the training of an artificial intelligence large language model.

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

11      Plaintiff objects that the term "artificial intelligence" is vague and ambiguous. Plaintiff

12  further objects to this Request as duplicative in whole or in part of Requests Nos. 8–11.

13      Subject to and without waiving these general and specific objections, Plaintiff admits that

14  neither Meta nor any other entity gathering training data for generative artificial intelligence has

15  asked to license or purchase any of Plaintiff's Asserted Works, and so, further responding,

16  Plaintiff admits Request for Production No. 33.

17  **REQUEST FOR ADMISSION NO. 34:**

18      Admit that YOUR publisher has the ability, on your behalf, to license YOUR ASSERTED

19  WORKS to THIRD PARTIES.

20  **RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

21      Plaintiff objects to this Request to the extent that Defendant has access to Plaintiff's

22  publishing agreements and can review the publishing agreements for any such terms giving a

23  publisher the ability to licensing Asserted Works to Third Parties.

24      Subject to and without waiving these general and specific objections, Plaintiff thus directs

25  Defendant to the already produced publishing agreements. If a response is deemed required,

26  Plaintiff denies the Request on this same basis.

27  **REQUEST FOR ADMISSION NO. 35:**

28      Admit that for a fee, YOU are willing to allow a THIRD PARTY to use YOUR

1    ASSERTED works for the purpose of training an artificial intelligence large language model.

2    **RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

3    Plaintiff further objects that the term "for a fee" is vague and ambiguous. Plaintiff further

4    objects that this Request poses an incomplete hypothetical, making a single definitive answer

5    impossible.

6    Subject to and without waiving these general and specific objections, Plaintiff admits only

7    that he may be willing to consider permitting a Third Party to use his asserted works for the

8    purpose of training an artificial intelligence large language model, for a fee, under certain

9    circumstances. Plaintiff otherwise denies Request No. 33.

10   **REQUEST FOR ADMISSION NO. 36:**

11   Admit that portions of YOUR book entitled Blood Oath are available to read for free on

12   Google Books.

13   **RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

14   Plaintiff objects to this Request as improper and unduly burdensome because it seeks

15   information beyond the scope of the parties' claims and defenses in this case, and falls outside of

16   allowable discovery under Fed. R. Civ. P. 26(b)(1). Plaintiff further objects to this Request as an

17   improper use of requests for admissions under Federal Rule 36 because it reflects an attempt by

18   Meta to gather evidence regarding a new topic and non-defendant, rather than an effort to narrow

19   the issues for trial. "The goal of Requests for Admission is to eliminate from the trial issues as to

20   which there is no genuine dispute and, therefore, Requests for Admissions are not intended to be

21   used as means of gathering evidence." *Bovarie v. Schwarzenegger*, No. 08CV1661 LAB NLS,

22   2011 WL 719206, at *6 (S.D. Cal. Feb. 22, 2011) (*citing Google Inc. v. American Blind &*

23   *Wallpaper Factory, Inc.*, 2006 WL 2578277 (N.D. Cal. Sept. 6, 2006)). To discover new

24   information, parties must use other methods, like depositions, document requests, or

25   interrogatories. *See, e.g., Republic of Turkey v. Christie's, Inc.*, 326 F.R.D. 394, 399 (S.D.N.Y.

26   2018) (explaining that "[w]hile the basic purpose of discovery is to elicit facts and information

27   and to obtain production of documents, Rule 36 was not designed for this purpose") (quoting 7

28   Moore's Federal Practice § 36.02[1]); *Spectrum Dynamics Med. Ltd. V. Gen. Elec. Co.*,

1  **REQUEST FOR ADMISSION NO. 81:**

2      Admit that you are not aware of any agreements to assign rights in or to YOUR

3  ASSERTED WORK(S) that have not already been produced in this ACTION.

4  **RESPONSE TO REQUEST FOR ADMISSION NO. 81:**

5      Plaintiff objects that the terms "any agreements" and "assign rights in or to" are vague and

6  ambiguous. Plaintiff further objects to this Request as compound and ambiguous, because it

7  includes the disjunctive phrase, "in or to." "[R]equests for admissions should not contain

8  'compound, conjunctive, or disjunctive ... statements.'" *James v. Maguire Corr. Facility*, No. C

9  10-1795 SI PR, 2012 WL 3939343, at *4 (N.D. Cal. Sept. 10, 2012) (*quoting U.S. ex rel. England

10 v. Los Angeles County*, 235 F.R.D. 675, 684 (E.D. Cal. 2006)); *see also King v. Biter*, No.

11 115CV00414LJOSABPC, 2018 WL 339052, at *6 (E.D. Cal. Jan. 9, 2018).

12      Subject to and without waiving these general and specific objections, Plaintiff admits

13 discovery is ongoing. Plaintiff further admits that Plaintiff has produced non-privileged

14 documents in Plaintiff's possession, custody, or control, responsive to Meta's requests for

15 production regarding licensing agreements for Plaintiff's Asserted Works. Plaintiff otherwise

16 denies this Request.

17

18 Dated:      November 18, 2024      Respectfully submitted,

19                      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

20

21                      By: */s/ Rachel Geman*

22                          Rachel Geman

23                      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
24                      250 Hudson Street, 8th Floor
                        New York, NY 10013-1413
25                      Telephone:  212.355.9500
                        Facsimile:  212.355.959
26                      Email: rgeman@lchb.com

27

28

- 53 -

34