# EXHIBIT 89

## FILED UNDER SEAL