# EXHIBIT 96

Author of the Pulitzer Prize–winning
***The Brief Wondrous Life of Oscar Wao***



# Drown

## Junot Díaz

"Stunning . . . A front-line report on the ambivalent
promise of the American Dream."
**—San Francisco Chronicle**

## PRAISE FOR
### Drown

"This stunning collection of stories is an unsentimental glimpse at life among immigrants from the Dominican Republic—and another front-line report on the ambivalent promise of the American Dream. Díaz is writing about more than physical dislocation. There is a price for leaving culture and homeland behind . . . In this cubistic telling, life is marked by relentless machismo, flashes of violence, and severe tests of faith from loved ones. The characters are weighted down by the harshness of their circumstances, yet Díaz gives his young narrators a wry sense of humor."

*—San Francisco Chronicle*

"Spare, tense, powerful . . . Searing snapshots from the rocky, dangerous road that leads his characters to adulthood . . . His stories are so engaging, so compulsively readable, that we have to make ourselves pause to admire his sly lyricism, nervy assurance, and calm command of his craft."                              *—Elle*

"Díaz deserves to be singled out for the distinctiveness and caliber of his voice, and for his ability to sum up a range of cultural and cross-cultural experiences in a few sharp images. . . . These ten finely achieved short stories reveal a writer who will still have something to say after he has used up his own youthful experiences and heartaches."            *—The Philadelphia Inquirer*

*continued . . .*

"Like Raymond Carver, Díaz transfigures disorder and disorientation with a rigorous sense of form . . . [He] wrings the heart with finely calibrated restraint."
— *The New York Times Book Review*

"Riveting . . . [Díaz] captures the bleak peripheral existence of suburban people of color in groundbreaking fashion — his characters never wallow in self-pity."
— *The Village Voice*

"Talent this big will always make noise . . . Díaz has the dispassionate eye of a journalist and the tongue of a poet."                                                    — *Newsweek*

"Graceful and raw and painful and smart . . . The pages turn and all of a sudden you're done and you want more."                                               — *The Boston Globe*

"Ever since Díaz began publishing short stories in venues as prestigious as the *New Yorker*, he has been touted as a major new talent, and his debut collection affirms this claim."                                          — *Booklist*

"The ten tales in this intense debut collection plunge us into the emotional lives of people redefining their American identity . . . The author's compassion glides just below the surface, occasionally emerging in poetic passages of controlled lyricism, lending these stories a lasting resonance."                             — *Publishers Weekly*

PRAISE FOR
**The Brief Wondrous Life of Oscar Wao**

Winner of
The Pulitzer Prize
The National Book Critics Circle Award
The Anisfield-Wolf Book Award
The Jon Sargent, Sr. First Novel Prize
Hurston/Wright Legacy Award for Fiction
A *Time* Magazine #1 Fiction Book of the Year

One of the best books of 2007 according to:
*The New York Times • San Francisco Chronicle •
New York Magazine • Entertainment Weekly • The
Boston Globe • Los Angeles Times • The Washington
Post • People • The Village Voice • Time Out
New York • Salon • Baltimore City Paper • The
Christian Science Monitor •* and more . . .

"An extraordinarily vibrant book that's fueled by
adrenaline-powered prose . . . [Junot Díaz has] written
a book that decisively establishes him as one of con-
temporary fiction's most distinctive and irresistible
new voices."     —Michiko Kakutani, *The New York Times*

"Díaz finds a miraculous balance. He cuts his barn-
burning comic-book plots (escape, ruin, redemption)
with honest, messy realism, and his narrator speaks in
a dazzling hash of Spanish, English, slang, literary
flourishes, and pure virginal dorkiness."

*—New York Magazine*

*continued . . .*

"Genius . . . a story of the American experience that is giddily glorious and hauntingly horrific. And what a voice Yunior has. His narration is a triumph of style and wit, moving along Oscar de León's story with cracking, down-low humor, and at times expertly stunning us with heart-stabbing sentences. That Díaz's novel is also full of ideas, that [the narrator's] brilliant talking rivals the monologues of Roth's Zuckerman— in short, that what he has produced is a kick-ass (and truly, that is the just word for it) work of modern fiction—all make *The Brief Wondrous Life of Oscar Wao* something exceedingly rare: a book in which a new America can recognize itself, but so can everyone else."                    —*San Francisco Chronicle*

"Astoundingly great. . . . Díaz has written . . . in a mongrel argot of his devising, a mixture of straight-up English, Dominican Spanish, and hieratic nerdspeak crowded with references to Tolkien, DC Comics, role-playing games, and classic science fiction . . . In lesser hands *Oscar Wao* would merely have been the saddest book of the year. With Díaz on the mike, it's also the funniest."                    —*Time*

"Superb, deliciously casual and vibrant, shot through with wit and insight. . . . The past and present remain equally in focus, equally immediate, and Díaz's acrobatic prose toggles artfully between realities, keeping us enthralled with all."            —*The Boston Globe*

"Panoramic and yet achingly personal. It's impossible to categorize, which is a good thing. There's the epic novel, the domestic novel, the social novel, the historical novel, and the 'language' novel. People talk about the Great American Novel and the immigrant novel. Pretty reductive. Díaz's novel is a hell of a book. It doesn't care about categories. It's densely populated; it's obsessed with language. It's Dominican and American, not about immigration but diaspora, in which one family's dramas are entwined with a nation's, not about history as information but as dark-force destroyer. Really, it's a love novel. . . . His dazzling wordplay is impressive. But by the end, it is his tenderness and loyalty and melancholy that breaks the heart. That is wondrous in itself."                    —*Los Angeles Times*

"Díaz's writing is unruly, manic, seductive . . . In Díaz's landscape we are all the same, victims of a history and a present that doesn't just bleed together but stew. Often in hilarity. Mostly in heartbreak."          —*Esquire*

"The Dominican Republic [Díaz] portrays in *The Brief Wondrous Life of Oscar Wao* is a wild, beautiful, dangerous, and contradictory place, both hopelessly impoverished and impossibly rich. Not so different, perhaps, from anyone else's ancestral homeland, but Díaz's weirdly wonderful novel illustrates the island's uniquely powerful hold on Dominicans wherever they may wander. Díaz made us wait eleven years for this

*continued* . . .

6

first novel and *boom!*—it's over just like that. It's not a bad gambit, to always leave your audience wanting more. So brief and wondrous, this life of Oscar. Wow."
—*The Washington Post Book World*

"Terrific . . . High-energy . . . It is a joy to read, and every bit as exhilarating to reread."
—*Entertainment Weekly*

"For what is most striking about his writing is his voice, and what is most striking about his voice is the audacity, bounce, and brio of its bilingualism. The energy that drives it is the energy of youth, of the streets, of desire."
—*The Nation*

"Younger writers will find that the bar just got set higher."
—*Newsweek*

"Few books require a 'highly flammable' warning, but *The Brief Wondrous Life of Oscar Wao*, Junot Díaz's long-awaited first novel, will burn its way into your heart and sizzle your senses. Díaz's novel is drenched in the heated rhythms of the real world as much as it is laced with magical realism and classic fantasy stories."
—*USA Today*

"Dark and exuberant . . . this fierce, funny, tragic book is just what a reader would have hoped for in a novel by Junot Díaz."
—*Publishers Weekly*

### PRAISE FOR
### This Is How You Lose Her

Finalist for the 2012 National Book Award
A *Time* Magazine Top 10 Book of 2012
*People* Magazine's #2 Book of 2012

A best or notable book of 2012 according to:
*The New York Times* • *Entertainment Weekly* • NPR •
*Los Angeles Times* • *Newsday* • *The Huffington Post* •
*Slate* • *The Atlantic* • *Financial Times* • *Book Riot* •
*San Francisco Chronicle* • *The Boston Globe* • *The
Kansas City Star* • *The Miami Herald* • Amazon •
Barnes & Noble • The iTunes Bookstore •
and many more . . .

"Junot Díaz writes in an idiom so electrifying and
distinct it's practically an act of aggression, at once
enthralling, even erotic in its assertion of sudden
intimacy. . . . [It is] a syncopated swagger-step between
opacity and transparency, exclusion and inclusion, de-
fiance and desire. . . . His prose style is so irresistible,
so sheerly entertaining, it risks blinding readers to its
larger offerings. Yet he weds form so ideally to content
that instead of blinding us, it becomes the very lens
through which we can see the joy and suffering of the
signature Díaz subject: what it means to belong to a
diaspora, to live out the possibilities and ambiguities of
perpetual insider/outsider status."

—*The New York Times Book Review*

*continued . . .*

8

"Exhibits the potent blend of literary eloquence and street cred that earned him a Pulitzer Prize . . . Díaz's prose is vulgar, brave, and poetic."

—*O, The Oprah Magazine*

"Searing, irresistible new stories . . . It's a harsh world Díaz conjures but one filled also with beauty and humor and buoyed by the stubborn resilience of the human spirit."         —*People*

"These stories . . . are virtuosic, command performances that mine the deceptive, lovelorn hearts of men with the blend of tenderness, comedy, and vulgarity of early Philip Roth."         —*USA Today*

"Impressive . . . comic in its mopiness, charming in its madness, and irresistible in its heartfelt yearning."
—*The Washington Post*

"Manages to be achingly sad and joyful at the same time. Its heart is true, even if Yunior's isn't."    —*Salon*

"[A] propulsive new collection."    —*The Seattle Times*

"In Díaz's magisterial voice, the trials and tribulations of sex-obsessed objectifiers become a revelation."
—*The Boston Globe*

"Scooch over, Nathan Zuckerman. New Jersey has bred a new literary bad boy. . . . *A*."

—*Entertainment Weekly*

"Ribald, streetwise, and stunningly moving—a testament, like most of his work, to the yearning, clumsy ways young men come of age."                —*Vogue*

"The intimacy and immediacy . . . is not just seductive but downright conspiratorial. . . . A heartbreaker."                —*The Daily Beast*

"Nobody does scrappy, sassy, twice-the-speed-of-sound dialogue better than Junot Díaz."
—Maureen Corrigan, NPR

"Junot Díaz has one of the most distinctive and magnetic voices in contemporary fiction: limber, streetwise, caffeinated, and wonderfully eclectic . . . The strongest tales are those fueled by the verbal energy and magpie language that made *Brief Wondrous Life* so memorable and that capture Yunior's efforts to commute between two cultures, Dominican and American, while always remaining an outsider."
—Michiko Kakutani, *The New York Times*

"Look no further for home truths on sex and heartbreak."                —*The Economist*

"Díaz's ability to be both conversational and formal, eloquent and plainspoken, to say brilliant things Trojan-horsed in slang and self-deprecation, has a way of

*continued* . . .

making you put your guard completely down and be
affected in surprising and powerful ways."

*—The Rumpus*

"Vital in the literal sense of the word. Tough, smart,
unflinching, and exposed . . . [Díaz] writes better about
the rapid heartbeat of urban life than pretty much any-
one else." *—The Christian Science Monitor*

"Díaz writes with subtle and sharp brilliance."
*—Minneapolis Star Tribune*

"A beautifully stirring look at ruined relationships and
lost love—and a more than worthy follow-up to
[Díaz's] 2008 Pulitzer winner, *The Brief Wondrous
Life of Oscar Wao*." *—BookPage*

"Díaz continues to dazzle with his dynamite,
street-bruised wit. The bass line of this collection is . . .
thumpingly raw . . . a wild rhythm that makes more
vivid the collection's heart-busted steadiness."

*—The Dallas Morning News*

"Filled with Díaz's signature searing voice, loveable/
despicable characters, and so-true-it-hurts goodness."
*—Flavorwire*

"Searing, sometimes hilarious, and always disarm-
ing . . . Readers will remember why everyone wants to
write like Díaz, bring him home, or both. Raw and
honest, these stories pulsate with raspy ghetto hip-hop
and the subtler yet more vital echo of the human
heart." *—Publishers Weekly* (starred review)

"Díaz's standout fiction remains pinpoint, sinuous, gutsy, and imaginative. . . . Each taut tale of unrequited and betrayed love and family crises is electric with passionate observations and off-the-charts emotional and social intelligence. . . . Fast-paced, unflinching, complexly funny, street-talking tough, perfectly made, and deeply sensitive, Díaz's gripping stories unveil lives shadowed by prejudice and poverty and bereft of reliable love and trust. These are precarious, unappreciated, precious lives in which intimacy is a lost art, masculinity a parody, and kindness, reason, and hope struggle to survive like seedlings in a war zone."

—*Booklist* (starred review)

"Díaz's third book is as stunning as its predecessors. These stories are hard and sad, but in Díaz's hands they also crackle."      —*Library Journal* (starred review)

"Magnificent . . . an exuberant rendering of the driving rhythms and juicy Spanglish vocabulary of immigrant speech . . . sharply observed and morally challenging."
—*Kirkus Reviews*

# JUNOT DÍAZ

# DROWN

Riverhead Books
New York

RIVERHEAD BOOKS
An imprint of Penguin Random House LLC
375 Hudson Street
New York, New York 10014



Copyright © 1996 by Junot Díaz
Penguin supports copyright. Copyright fuels creativity, encourages diverse voices,
promotes free speech, and creates a vibrant culture. Thank you for buying an authorized
edition of this book and for complying with copyright laws by not reproducing, scanning,
or distributing any part of it in any form without permission. You are supporting writers
and allowing Penguin to continue to publish books for every reader.

"Ysrael" and "Fiesta, 1980" first appeared in *Story* magazine  "Drown" and
"How to Date a Browngirl, Blackgirl, Whitegirl, or Halfie" first appeared in
*The New Yorker*  "Boyfriend" first appeared in *Time Out New York*.
"Edison, New Jersey" first appeared in *The Paris Review*.

The Library of Congress has catalogued the Riverhead hardcover edition as follows:

Díaz, Junot
Drown / Junot Díaz.
p. cm.
ISBN 9781573220415
1. Dominican Republic—Social life and customs—Fiction.
2. New Jersey—Social life and customs—Fiction.
3. Dominican Americans—New Jersey—Fiction.   I. Title.
PS3554 I259D76      1996
813'.54—dc20   96-18632   CIP

First Riverhead hardcover edition. August 1996
First Riverhead trade paperback edition: July 1997
Riverhead trade paperback edition ISBN: 9781573226066

Printed in the United States of America
53rd Printing

Book design by Junie Lee

This is a work of fiction. Names, characters, places, and incidents either are the product
of the author's imagination or are used fictitiously, and any resemblance to actual persons,
living or dead, businesses, companies, events, or locales is entirely coincidental.

"Like Raymond Carver, Díaz transfigures disorder and disorientation with a rigorous sense of form. . . . [He] wrings the heart with finely calibrated restraint."

A coming-of-age story of unparalleled power, *Drown* introduced the world to Junot Díaz's exhilarating talents It also introduced an unforgettable narrator—Yunior, the haunted, brilliant young man who tracks his family's precarious journey from the barrios of Santo Domingo to the tenements of industrial New Jersey, and their epic passage from hope to loss to something like love Here is the soulful, unsparing book that made Díaz a literary sensation

"Talent this big will always make noise    Díaz has the dispassionate eye of a journalist and the tongue of a poet "

"Spare, tense, powerful    Searing    [Díaz's] stories are so engaging so compulsively readable, that we have to make ourselves pause to admire his sly lyricism, nervy assurance, and calm command of his craft "

 is the author of the story collections *Drown* and *This Is How You Lose Her*. which was a finalist for the National Book Award  His debut novel, *The Brief Wondrous Life of Oscar Wao*, won the 2008 Pulitzer Prize and the National Book Critics Circle Award  Díaz is the recipient of a MacArthur "Genius" Fellowship and a PEN/Malamud Award. among many other honors. He is currently the fiction editor at *Boston Review* and a professor at the Massachusetts Institute of Technology

$17 00 U S  $23 00 CAN        FICTION
ISBN  978-1-57322-606-6



 an imprint of
Penguin Random House
penguinrandomhouse com

*NEW YORK TIMES* BESTSELLER

# The Brief Wondrous Life

a novel

# Oscar Wao



"An extraordinarily vibrant book that's fueled by adrenaline-powered prose...[Junot Díaz has] written a book that decisively establishes him as one of contemporary fiction's most distinctive and irresistible new voices."

**—Michiko Kakutani, The New York Times**

# Junot Díaz

author of *Drown*

### Praise for *The Brief Wondrous Life of Oscar Wao*

**Winner of**
**The Pulitzer Prize**
**The National Book Critics Circle Award**
**The Anisfield-Wolf Book Award**
**The Jon Sargent, Sr. First Novel Prize**
**A *Time* Magazine #1 Fiction Book of the Year**

"An extraordinarily vibrant book that's fueled by adrenaline-powered prose . . . [Junot Díaz has] written a book that decisively establishes him as one of contemporary fiction's most distinctive and irresistible new voices."    —Michiko Kakutani, *The New York Times*

"Díaz finds a miraculous balance. He cuts his barn-burning comic-book plots (escape, ruin, redemption) with honest, messy realism, and his narrator speaks in a dazzling hash of Spanish, English, slang, literary flourishes, and pure virginal dorkiness."

*—New York Magazine*

"Genius . . . a story of the American experience that is giddily glorious and hauntingly horrific. [*The Brief Wondrous Life of Oscar Wao* is] exceedingly rare: a book in which a new America can recognize itself, but so can everyone else."    *—San Francisco Chronicle*

"Astoundingly great . . . In lesser hands *Oscar Wao* would merely have been the saddest book of the year. With Díaz on the mike, it's also the funniest."    *—Time*

*continued . . .*

17

"Superb, deliciously casual and vibrant, shot through with wit and insight. The great achievement of *The Brief Wondrous Life of Oscar Wao* is Díaz's ability to balance an intimate multigenerational story of familial tragedy. . . . The past and present remain equally in focus, equally immediate, and Díaz's acrobatic prose toggles artfully between realities, keeping us enthralled with all."

—*The Boston Globe*

"Panoramic and yet achingly personal. It's impossible to categorize, which is a good thing. Really, it's a love novel. . . . His dazzling wordplay is impressive. But by the end, it is his tenderness and loyalty and melancholy that breaks the heart. That is wondrous in itself."                              —*Los Angeles Times*

"Díaz's writing is unruly, manic, seductive. . . . In Díaz's landscape we are all the same, victims of a history and a present that doesn't just bleed together but stew. Often in hilarity. Mostly in heartbreak."                                                        —*Esquire*

"Terrific . . . High-energy . . . It is a joy to read, and every bit as exhilarating to reread."                       —*Entertainment Weekly*

"Few books require a 'highly flammable' warning, but *The Brief Wondrous Life of Oscar Wao*, Junot Díaz's long-awaited first novel, will burn its way into your heart and sizzle your senses. Díaz's novel is drenched in the heated rhythms of the real world as much as it is laced with magical realism and classic fantasy stories."       —*USA Today*

# BOOKS BY JUNOT DÍAZ

*Drown*

*This Is How You Lose Her*



# THE BRIEF WONDROUS LIFE

## *of*

# OSCAR WAO

## JUNOT DÍAZ

RIVERHEAD BOOKS
*New York*

RIVERHEAD BOOKS
An imprint of Penguin Random House LLC
375 Hudson Street
New York, New York 10014



Copyright © 2007 by Junot Díaz

Penguin supports copyright  Copyright fuels creativity, encourages diverse voices,
promotes free speech, and creates a vibrant culture  Thank you for buying an authorized
edition of this book and for complying with copyright laws by not reproducing, scanning,
or distributing any part of it in any form without permission. You are supporting writers
and allowing Penguin to continue to publish books for every reader

Portions of this book originally appeared in *The New Yorker*, in somewhat different form

The author gratefully acknowledges permission to reprint lines from *The Schooner "Flight,"*
from *Collected Poems 1948–1984* by Derek Walcott. Copyright © 1986 by Derek Walcott.
Reprinted by permission of Farrar, Straus and Giroux, LLC.

The Library of Congress has catalogued the Riverhead hardcover edition as follows:

Díaz, Junot, date.
The brief wondrous life of Oscar Wao / Junot Díaz.
p       cm.
ISBN 9781594489587
1  Dominican Americans—Fiction    I  Title
PS3554.I259B75       2007        2007017251
813' 54—dc22

First Riverhead hardcover edition· September 2007
First Riverhead trade paperback edition. September 2008
Riverhead trade paperback ISBN· 9781594483295

Printed in the United States of America
34th Printing

Cover design © 2007 Rodrigo Corral
Book design by Stephanie Huntwork

This is a work of fiction  Names, characters, places, and incidents either are the product
of the author's imagination or are used fictitiously, and any resemblance to actual persons,
living or dead, businesses, companies, events, or locales is entirely coincidental

**Winner of the National Book Critics Circle Award for Fiction**
**A *New York Times* Notable Book**
**Winner of the Anisfield-Wolf Book Award**
***Time's* #1 Fiction Book of the Year**
**Winner of the John Sargent, Sr. First Novel Prize**

Oscar is a sweet but disastrously overweight ghetto nerd, a New Jersey romantic who dreams of becoming the Dominican J. R. R. Tolkien and, most of all, of finding love. But Oscar may never get what he wants. Blame the fuku—a curse that has haunted Oscar's family for generations, following them on their epic journey from the Dominican Republic to the United States and back again

"Astoundingly great."

"Genius a story of the American experience that is giddily glorious and hauntingly horrific...That Díaz's novel is also full of ideas, that [the narrator's] brilliant talking rivals the monologues of Roth's Zuckerman—in short, that what he has produced is a kick-ass (and truly, that is the just word for it) work of modern fiction—all make *The Brief Wondrous Life of Oscar Wao* something exceedingly rare: a book in which a new America can recognize itself, but so can everyone else."

"Terrific High-energy...It is a joy to read, and every bit as exhilarating to re-read "

"Superb, deliciously casual and vibrant, shot through with wit and insight The great achievement of *The Brief Wondrous Life of Oscar Wao* is Díaz's ability to balance an intimate, multigenerational story of familial tragedy.. The past and the present remain equally in focus, equally immediate, and Díaz's acrobatic prose toggles artfully between realities, keeping us enthralled with all "

"Panoramic and yet achingly personal It's impossible to categorize, which is a good thing. Díaz's novel is a hell of a book. It doesn't care about categories "

Junot D   is the author of the short story collection Drown, and his fiction has appeared in the *New Yorker*, the *Paris Review*, and *The Best American Short Stories* Born in Santo Domingo, Dominican Republic, and raised in New Jersey, he now lives in New York City and is a professor at MIT



ISBN 978-1-59448-329-5

5 1 7 0 0

9 781594 483295

**$17.00 U.S.**
$23 00 CAN

FICTION
junotdiaz com
penguinrandomhouse com

# BLOOD OATH

CONFIDENTIAL

FARNSWORTH014680

Intentional Blank

CONFIDENTIAL



# BLOOD OATH

CHRISTOPHER FARNSWORTH

G. P. Putnam's Sons
New York

1S
R
1L

0000_1-6_PGI_Blood_Oath.indd   iii                                        9/28/09   12:52:25 PM

CONFIDENTIAL                                                    FARNSWORTH014682





G. P. PUTNAM'S SONS
Publishers Since 1838
Published by the Penguin Group
Penguin Group (USA) Inc., 375 Hudson Street, New York, New York 10014, USA  •
Penguin Group (Canada), 90 Eglinton Avenue East, Suite 700, Toronto, Ontario M4P 2Y3, Canada
(a division of Pearson Penguin Canada Inc.)  •  Penguin Books Ltd, 80 Strand, London
WC2R 0RL, England  •  Penguin Ireland, 25 St Stephen's Green, Dublin 2, Ireland
(a division of Penguin Books Ltd)  •  Penguin Group (Australia), 250 Camberwell Road, Camberwell,
Victoria 3124, Australia (a division of Pearson Australia Group Pty Ltd)  •  Penguin Books India Pvt Ltd,
11 Community Centre, Panchsheel Park, New Delhi–110 017, India  •  Penguin Group (NZ),
67 Apollo Drive, Rosedale, North Shore 0632, New Zealand (a division of Pearson New Zealand Ltd)  •
Penguin Books (South Africa) (Pty) Ltd, 24 Sturdee Avenue, Rosebank, Johannesburg 2196, South Africa

Penguin Books Ltd, Registered Offices: 80 Strand, London WC2R 0RL, England

Copyright © 2009 by Christopher Farnsworth
All rights reserved. No part of this book may be reproduced, scanned, or distributed in any
printed or electronic form without permission. Please do not participate in or encourage piracy
of copyrighted materials in violation of the author's rights. Purchase only authorized editions.
Published simultaneously in Canada

Library of Congress Cataloging-in-Publication Data TK

Printed in the United States of America
1   3   5   7   9   10   8   6   4   2

BOOK DESIGN BY MEIGHAN CAVANAUGH

This is a work of fiction. Names, characters, places, and incidents either are the product of the author's
imagination or are used fictitiously, and any resemblance to actual persons, living or dead,
businesses, companies, events, or locales is entirely coincidental.

While the author has made every effort to provide accurate telephone numbers and Internet addresses
at the time of publication, neither the publisher nor the author assumes any responsibility for errors, or
for changes that occur after publication. Further, the publisher does not have any control over and
does not assume any responsibility for author or third-party websites or their content.

1S
R
1L

CONFIDENTIAL

FARNSWORTH014683

/// Flashmob




CONFIDENTIAL                                                                        FARNSWORTH023232




CONFIDENTIAL                                                                          FARNSWORTH023233



Also by Christopher Farnsworth

*Killfile*

*The Eternal World*

*The Burning Men*

*Red, White, and Blood*

*The President's Vampire*

*Blood Oath*







CONFIDENTIAL

FARNSWORTH023235





# /// Flashmob

## Christopher Farnsworth

WILLIAM MORROW
*An Imprint of HarperCollinsPublishers*

CONFIDENTIAL                                                   FARNSWORTH023236



This is a work of fiction. Names, characters, places, and incidents are products of the author's imagination or are used fictitiously and are not to be construed as real. Any resemblance to actual events, locales, organizations, or persons, living or dead, is entirely coincidental.

FLASHMOB. Copyright © 2017 by Christopher Farnsworth. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information, address HarperCollins Publishers, 195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information, please email the Special Markers Department at SPsales@harpercollins.com.

FIRST EDITION

Designed by Bonni Leon-Berman

Library of Congress Cataloging-in-Publication Data has been applied for.

ISBN 978-0-06-256849-6

17 18 19 20 21  LSC  10 9 8 7 6 5 4 3 2 1

# The President's Vampire

i

CONFIDENTIAL

FARNSWORTH053755

ALSO BY CHRISTOPHER FARNSWORTH

Blood Oath

ii

# The President's Vampire

CHRISTOPHER FARNSWORTH

G.P. PUTNAM'S SONS

New York

iii

CONFIDENTIAL

FARNSWORTH053757

G. P. PUTNAM'S SONS
*Publishers Since 1838*
Published by the Penguin Group
Penguin Group (USA) Inc., 375 Hudson Street, New York, New York 10014, USA
Penguin Group (Canada), 90 Eglinton Avenue East, Suite 700, Toronto, Ontario M4P 2Y3, Canada (a division of Pearson Penguin Canada Inc.)
Penguin Books Ltd, 80 Strand, London WC2R 0RL, England
Penguin Ireland, 25 St Stephen's Green, Dublin 2, Ireland (a division of Penguin Books Ltd)
Penguin Group (Australia), 250 Camberwell Road, Camberwell, Victoria 3124, Australia
(a division of Pearson Australia Group Pty Ltd)
Penguin Books India Pvt Ltd, 11 Community Centre, Panchsheel Park, New Delhi–110 017, India
Penguin Group (NZ), 67 Apollo Drive, Rosedale, North Shore 0632, New Zealand (a division of Pearson New Zealand Ltd)
Penguin Books (South Africa) (Pty) Ltd, 24 Sturdee Avenue, Rosebank, Johannesburg 2196, South Africa

Penguin Books Ltd, Registered Offices: 80 Strand, London WC2R 0RL, England

Copyright © 2011 by Christopher Farnsworth

All rights reserved. No part of this book may be reproduced, scanned, or distributed in any printed or electronic form without permission.
Please do not participate in or encourage piracy of copyrighted materials in violation of the author's rights. Purchase only authorized editions.
Published simultaneously in Canada

Library of Congress Cataloging-in-Publication Data TK

Printed in the United States of America
1 3 5 7 9 10 8 6 4 2 (order to be determined by Design)

Book design by TK

This is a work of fiction. Names, characters, places, and incidents either are the product of the author's imagination or are used fictitiously, and any resemblance to actual persons, living or dead, businesses, companies, events, or locales is entirely coincidental.

While the author has made every effort to provide accurate telephone numbers and Internet addresses at the time of publication, neither the publisher nor the author assumes any responsibility for errors, or for changes that occur after publication. Further, the publisher does not have any control over and does not assume any responsibility for author or third-party websites or their content.

iv





# THE ETERNAL WORLD

## CHRISTOPHER FARNSWORTH

WILLIAM MORROW
*An Imprint of HarperCollins Publishers*


CONFIDENTIAL

FARNSWORTH059298




This book is a work of fiction. References to real people, events, establishments, organizations, or locales are intended only to provide a sense of authenticity, and are used fictitiously. All other characters, and all incidents and dialogue, are drawn from the author's imagination and are not to be construed as real.

THE ETERNAL WORLD. Copyright © 2015 by Christopher Farnsworth. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information address HarperCollins Publishers, 195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information please e-mail the Special Markets Department at SPsales@harpercollins.com.

FIRST EDITION

Designed by Jamie Lynn Kerner
Title page image © by Trucic/Shutterstock, Inc.

Library of Congress Cataloging-in-Publication Data has been applied for.

ISBN 978-0-06-228292-7

15  16  17  18  19   OV/RRD   10  9  8  7  6  5  4  3  2  1



"Greer's descriptive talents are immense."
—*The New York Times Book Review*

# HOW

## IT WAS

### FOR

#### ME



**STORIES**

# ANDREW SEAN
# GREER

Additional Acclaim for *How It Was for Me*

"With wit, compassion, and remarkable dexterity, Andrew Sean Greer's collection explores the eruption of buried truths.... Greer has an ear for dialogue, a surrealist's eye for the telling detail and the ironic epiphany, and a stable of seductive misfits.... Greer is a master storyteller."
          —Abby Pollak, *San Francisco Chronicle Book Review*

"Greer reveals characters in direct but subtle prose.... Each story is polished and assured."
                              —*Publishers Weekly*

"This collection is a miracle of eloquence, strange as a dream, yet bright and inevitable as daybreak—days after you've read it, you'll be desperately pawing the pages, praying there's one you missed. Clean your eyeglasses and clear shelf space for Andrew Sean Greer, because you're going to be reading him for a long time."
          —J. Robert Lennon, author of *The Light of Falling Stars*

"The world of letters became a richer place with the debut this year of Andrew Sean Greer. *How It Was for Me* collects eleven elegant and luminous stories that are as unpredictable as they are wise.... I'm looking for Greer's next book."
                              —Peter Gadol, *LA Weekly*

"These stories by what seems to be an unforgivably young author are so good, so finely written and polished, that one is tempted to paraphrase Sinatra's remark about Sarah Vaughn: 'Every time I hear her sing, I want to cut my throat.'...Be assured that Greer's style, as perfectly realized as it is, is his own. Moreover, it's polished in a remarkably old-fashioned way."
                    —*Frontiers Weekly* (San Francisco Bay Area)

"Greer writes like a dream. Literally. You tumble into his stories and enter worlds at once familiar and strange...and when the light's just right, you think, Fitzgerald. The writing reaches those kind of heights. Greer is a true talent and *How It Was for Me* is a wonderful beginning."
                              —David Gilbert, author of *Remote Feed*

"Greer is a lyrical writer who luxuriates in moments, a purveyor of delicacies and epiphanies...he often accomplishes moments of Chekhovian power and grace. The guy can write."

—Keith Banner, *Lambda Book Report*

"*How It Was for Me* is a luminous collection, elegant and fully human. This is what real talent looks like."

—Deirdre McNamer, author of *My Russian*

"What a find! With this set of immaculately realized stories Andrew Sean Greer emerges full scale, witty, and compassionate, acutely perceptive. His touch is absolutely sure. Read *How It Was for Me* and welcome a profoundly impressive new talent to the American scene."

—William Kittredge, author of *Hole in the Sky. A Memoir*

"In its classical elegance and stylistic richness, Andrew Sean Greer's *How It Was for Me* seems to come from a world where a writer might devote a whole day to composing a single sentence. As with paintings one loves, one savors the light of these stories."

—David Huddle, author of *The Story of a Million Years*

"In this collection, Greer takes a moment, a feeling, or a revelation and weaves a story around it in elegant prose. The result is high art; the stories are a delight."

—T. M. Ormand, *DaKine*

# How It Was for Me

∽

ALSO BY ANDREW SEAN GREER

*The Path of Minor Planets* (forthcoming)



# How It Was for Me

∞

ANDREW SEAN GREER

*Picador · New York*

Seven of the stories in this collection originally appeared in the following publications
*Story*. "How It Was for Me" and "Titipu", *Esquire*  "The Future of the Flynns",
*Ploughshares*, edited by Richard Ford  "Come Live with Me and Be My Love", *The
Paris Review*  "Life Is Over There", *Glimmer Train*  "Four Bites", *Boulevard*
"Cannibal Kings "

HOW IT WAS FOR ME  Copyright © 2000 by Andrew Sean Greer  All rights reserved
Printed in the United States of America  No part of this book may be used or repro-
duced in any manner whatsoever without written permission except in the case of brief
quotations embodied in critical articles or reviews  For information, address Picador
175 Fifth Avenue, New York, N Y  10010

Picador® is a U S  registered trademark and is used by St  Martin's Press under license
from Pan Books Limited

For information on Picador Reading Group Guides, as well as ordering, please
contact the Trade Marketing department at St  Martin's Press
Phone· 1-800-221-7945 extension 763
Fax  212-677-7456
E-mail  trademarketing@stmartins com

Design by Nancy Resnick

Library of Congress Cataloging-in-Publication Data

Greer, Andrew Sean
    How it was for me   stories / Andrew Sean Greer
        p    cm
    ISBN 0-312-24105-4 (hc)
    ISBN 0-312-24126-7 (pbk)
    1. Seattle (Wash.)—Social life and customs—Fiction
I    Title
PS3557 R3987 H69   2000
813' 54—dc21
                                                                                99-056643
    P1

## AN *LA WEEKLY* TOP TEN
## BOOK OF THE YEAR

"Wry and rueful . . . Quirky and languorous,
[Greer's] style beautifully captures his characters'
wistful self-consciousness. . . . His stories are
humane and hopeful in ways that are too rare."
—John Perry, *The San Francisco Chronicle Book Review*



**W**ith a classic storyteller's gift for nuance
and understanding, and a poet's grace for
language, Andrew Sean Greer makes a remarkable
debut with *How It Was for Me.* Focusing on the
lives of eleven people—those who have discov-
ered and been uncovered by the truths of life,
those who have sacrificed, those who have fallen—
Greer fashions a unified, stunning portrait of
America, one with the ultimate force and candor
of testimonial.

"Refreshing and provocative . . . Greer's stories are
self-contained and well crafted. . . . Subtle and poetic "
—Chris Berdik, *The Boston Book Review*

"[An] impressive debut . . . There are very few
flubbed lines in Greer's stark, delicate operettas,
which are as clever as they are gravely real "
—Mark Rozzo, *Los Angeles Times*

"Crystal-like clarity . . . outstanding . . . nuanced
language . . . Greer is a writer worth watching."
—Martin Wilson, *The Austin Chronicle*



Cover design by Sarah K. Delson
Cover photograph by Barnaby Hall Photonica

# PICADOR



ISBN 0-312-24126-7
90000

9 780312 241261

46



"*Less* is the funniest, smartest, and most humane novel I've read since *The Imperfectionists*... Greer writes sentences of arresting lyricism and beauty. His metaphors come at you like fireflies... Like Arthur, Andrew Sean Greer's *Less* is excellent company. It's no less than bedazzling, bewitching, and be-wonderful."



"Hilarious and touching...Greer is both clever and compassionate as he steers Arthur through this rough period in his life."

**One of the Best Books of the Year**
NEW YORK TIMES • WASHINGTON POST • SAN FRANCISCO CHRONICLE

**Long-listed for the Andrew Carnegie Medal for Excellence**

"*Less* is philosophical, poignant, funny, and wise, filled with unexpected turns...Although Greer is gifted and subtle in comic moments, he's just as adept at ruminating on the deeper stuff. His protagonist grapples with aging, loneliness, creativity, grief, self-pity, and more."



"Greer shows he has another powerful weapon in his arsenal: comedy. And who doesn't need a laugh right about now?"

"The most deftly funny romantic comedy I've read in years. If you have a sentimental bone in your body (I have 206), the ending will make you sob little tears of joy."



# PRAISE FOR ANDREW SEAN GREER'S

# LESS

"A really smart, funny book that pulls you up instead of down . . . It's hysterical, and the writing is fantastic."

—Ann Patchett, *PBS NewsHour*

"Greer is an exceptionally lovely writer, capable of mingling humor with sharp poignancy . . . Brilliantly funny . . . Greer's narration, so elegantly laced with wit, cradles the story of a man who loses everything: his lover, his suitcase, his beard, his dignity."

—Ron Charles, *Washington Post*

"A fast and rocketing read with everything I want from a story—moments of high humor, moments of genuine wisdom, sharp insights, and gorgeous images. A wonderful, wonderful book!

—Karen Joy Fowler, author of *We Are All Completely Beside Ourselves*

"*Less* is philosophical, poignant, funny, and wise, filled with unexpected turns . . . Although Greer is gifted and subtle in comic moments, he's just as adept at ruminating on the deeper stuff. His protagonist grapples with aging, loneliness, creativity, grief, self-pity, and more."

—Carmela Ciuraru, *San Francisco Chronicle*

"Dressed in his trademark blue suit, Less adorably butchers the German language, nearly falls in love in Paris, celebrates his birthday in the desert, and, somewhere along the way, discovers something new and fragile about the passing of time, about the coming and going of love, and what it means to be the fool of your own narrative. It's nothing less than wonderful."                              —Cat Acree, *BookPage*

"Marvelously, unexpectedly, endearingly funny. A love story focused on the erroneous belief that the second half of life will pale in comparison to the first. Guess what? It won't!"

—Gary Shteyngart, author of *Super Sad True Love Story*

"Treat yourself to this book. I missed subway stops. I doubled over in laughter. I experienced more pure reading pleasure than I have in ages. It is hilarious, and wise, and abundantly fun."                   —Adam Haslett, author of *Imagine Me Gone*

"The most deftly funny romantic comedy I've read in years. If you have a sentimental bone in your body (I have 206), the ending will make you sob little tears of joy."

—Nell Zink, author of *Mislaid*

"*Less* is perhaps Greer's finest yet . . . A comic yet moving picture of an American abroad . . . *Less* is a wondrous achievement, deserving an even larger audience than Greer's bestselling *The Confessions of Max Tivoli.*"          —Alexander Moran, *Booklist*

"An engaging, funny literary romp."

—Elfrieda Abbe, *Minneapolis Star Tribune*

"Greer, the author of wonderful, heartfelt novels, including *The Confessions of Max Tivoli, The Impossible Lives of Greta Wells,* and *The Story of a Marriage,* shows he has another powerful weapon in his arsenal: comedy. And who doesn't need a laugh right about now?"

—Connie Ogle, *Miami Herald*

"I adore this book. It's funny, piquant, bittersweet, and so achingly observant about the vanity of writers that it made me squirm in recognition. I'll probably read it again very soon."        —Armistead Maupin, author of *Tales of the City*

"Greer writes beautifully ... Entirely successful in the authorial sleights of hand that make the narrator fade into the background—only to have an identity revealed at the end in a wonderful surprise."        —*Publishers Weekly*

"*Less* is the funniest, smartest, and most humane novel I've read since *The Imperfectionists* ... Greer writes sentences of arresting lyricism and beauty. His metaphors come at you like fireflies ... Like Arthur, Andrew Sean Greer's *Less* is excellent company. It's no less than bedazzling, bewitching, and be-wonderful."

—Christopher Buckley, *New York Times Book Review*

"Greer's evocations of the places Arthur visits offer zesty travelogue pleasures."        —Michael Upchurch, *Seattle Times*

"Seasoned novelist Greer clearly knows whereof he speaks and has lived to joke about it ... This is a very funny and occasionally wise book."        —*Kirkus Reviews*

51

"With *Less,* Greer engages with questions of aging, love, and success through a contemporary lens with both wit and keen sensitivity: How do I grow old? What is love? Have I felt it?...Deftly switching between hilarious satire and poignant observation, *Less* captures the cadences of reality—unbearably funny and sad, often at the same time."

—Lauren Sarazen, *Lambda Literary*

"Hilarious and touching...Greer is both clever and compassionate as he steers Arthur through this rough period in his life."                    —James Coan, *Library Journal*

"Greer elevates Less's picaresque journey into a wise and witty novel. This is no *Eat, Pray, Love* story of touristic uplift, but rather a grand travelogue of foibles, humiliations, and self-deprecation, ending in joy and a dollop of self-knowledge."                    —*National Book Review*

LESS

ALSO BY ANDREW SEAN GREER

*The Impossible Lives of Greta Wells*
*The Story of a Marriage*
*The Confessions of Max Tivoli*
*The Path of Minor Planets*
*How It Was for Me*



## a novel

# ANDREW SEAN GREER



BACK BAY BOOKS
LITTLE, BROWN AND COMPANY

New York  Boston  London

55

The author would like to thank the following people David Ross, Lisa Brown, Daniel Handler, Lynn Nesbit, Hannah Davey, Lee Boudreaux, Reagan Arthur, Beatrice Monti della Corte, and Enrico Rotelli Much thanks also to numerous people and places around the world, but most especially to the Santa Maddalena Foundation, Arte Studio Ginestrelle, Art Castle International, the Evens and Odds, and the Dolphin Swimming and Boating Club

The characters and events in this book are fictitious Any similarity to real persons, living or dead, is coincidental and not intended by the author.

Copyright © 2017 by Andrew Sean Greer

Hachette Book Group supports the right to free expression and the value of copyright The purpose of copyright is to encourage writers and artists to produce the creative works that enrich our culture.

The scanning, uploading, and distribution of this book without permission is a theft of the author's intellectual property If you would like permission to use material from the book (other than for review purposes), please contact permissions@hbgusa.com Thank you for your support of the author's rights

Back Bay Books / Little, Brown and Company
Hachette Book Group
1290 Avenue of the Americas, New York, NY 10104
littlebrown com

Originally published in hardcover by Little, Brown and Company, July 2017
First Back Bay Books trade paperback edition, May 2018

Back Bay Books is an imprint of Little, Brown and Company, a division of Hachette Book Group, Inc The Back Bay Books name and logo are trademarks of Hachette Book Group, Inc.

The publisher is not responsible for websites (or their content) that are not owned by the publisher.

The Hachette Speakers Bureau provides a wide range of authors for speaking events. To find out more, go to hachettespeakersbureau.com or call (866) 376-6591.

Illustrations by Lilli Carré

ISBN 978-0-316-31612-5 (hc) / 978-0-316-31613-2 (pb)
LCCN 2016946554

Printing 22, 2022

LSC-C

*Book design by Sean Ford*

Printed in the United States of America

FICTION

A BACK BAY BOOK

# Who says you can't run away from your problems?

ou are a failed novelist about to turn fifty. A wedding invitation arrives in the mail: your boyfriend of the past nine years is engaged to someone else. You can't say yes—it would be too awkward. And you can't say no—it would look like defeat. On your desk are invitations to half-baked literary events around the world.

**QUESTION**: How do you arrange to skip town?

**ANSWER**: You accept them all.

What could possibly go wrong?

Thus begins an around-the-world-in-eighty-days fantasia that will take the novelist Arthur Less to Mexico, Italy, Germany, Morocco, India, and Japan and put thousands of miles between him and the plight he refuses to face.

Welcome to the bestseller embraced by readers everywhere: a love story, a satire of the American abroad, a rumination on time and the human heart. *Less* shows a writer at the peak of his talents raising the curtain on our shared human comedy.



**ANDREW SEAN GREER** is the author of six works of fiction, including the bestseller *The Confessions of Max Tivoli*. He lives in San Francisco.

**andrewgreer.com**

 @agreer    @less_a_novel

ALSO AVAILABLE IN AUDIO AND EBOOK EDITIONS
COVER DESIGN BY JULIANNA LEE
COVER ART BY LEO ESPINOSA
AUTHOR PHOTOGRAPH BY KALIEL ROBERTS
COVER © 2018 HACHETTE BOOK GROUP INC

**"Brilliantly funny...**
Greer is an exceptionally lovely writer, capable of mingling humor with sharp poignancy... His narration, so elegantly laced with wit, cradles the story of a man who loses everything: his lover, his suitcase, his beard, his dignity."
–Ron Charles,
WASHINGTON POST

**"Hilarious**, and wise, and abundantly fun."
–Adam Haslett,
author of IMAGINE ME GONE

**"*Less* is perhaps Greer's finest yet...A comic yet moving picture of an American abroad...A wondrous achievement."**
–Alexander Moran, BOOKLIST

**"Piquantly funny."**
–ENTERTAINMENT WEEKLY

**littlebrown.com**
Twitter @littlebrown
Facebook.com/littlebrownandcompany



$17.99 US / $22.99 CAN
ISBN-13 978-0-316-31613-2

51799

9 780316 316132



THE CONFESSIONS OF

Max Tivoli

NATIONAL BES

ANDREW SEAN GREER

Praise for *The Confessions of Max Tivoli* by Andrew Sean Greer

"Enchanting, in the perfumed, dandified style of disenchantment brought to grandeur by Proust and Nabokov. . . . Max writes, 'Life is short, and full of sorrows, and I loved it.' His poignantly awry existence, set out with such a wealth of verbal flourishes and gilded touches, serves as a heightened version of the strangeness, the muted disharmony, of being human."

—John Updike, *The New Yorker*

"Max may be a monster, but he is a profoundly human one, a creature whose unusual disorder, far from making him a freak to be wondered at, simply magnifies his normal and recognizable emotions, sharpening their poignancy."

—*The New York Times Book Review*

"There's something wonderfully clean and old-fashioned in the way Greer's elegant and graceful style meshes perfectly with the period. He is an agile, inventive storyteller who intelligently examines deep and unsettled feelings about so-called monsters: do they deserve happiness? And aren't we all in some way monsters in matters of the heart?"

—Connie Ogle, *The Miami Herald*

"Heartrending . . . beautifully written . . . this is a rich and mesmerizing fable. Time will not reverse its impact."

—Joe Heim, *People* (four stars, critic's choice)

"[Greer] has an eerie maturity not often found in young novelists. His prose, incantatory but not overheated, idles along with a top-hatted, almost courtly elegance. . . . A fable of surpassing gravity and beauty, *The Confessions of Max Tivoli* returns Andrew Sean Greer to the central concerns of his first novel: how time ravages love, and how love takes its revenge."

—David Kipen, *San Francisco Chronicle*

"*The Confessions of Max Tivoli* leaves its readers in much the same state as its narrator: bewildered by the sheer unlikely strangeness of life and feeling somehow both younger and wiser on that account."

—*The Washington Post*

"[Max] refers to himself as a 'monster,' and indeed he inspires the same strange pity elicited by Dracula or Frankenstein's monster. Racked by their own insatiable desires, these earthly creatures remind us of our own pitiable yearnings. That startling sense of sympathy for Max's bizarre situation is perhaps the novel's greatest accomplishment. It's just the shock we need to fracture old attitudes about age and love."

*— The Christian Science Monitor*

"Heartbreakingly beautiful  .  It is a pleasure simply to follow Mr. Greer's sentences and to explore the turn-of-the-century San Francisco that he conjures "

*—The New York Sun*

"Greer's prose gleams with a persistent inner light. . . . One of the sheer joys of *Max Tivoli* is its meticulous re-creation of a bygone San Francisco. . . . There is a visceral, old-fashioned charm to Greer's rendering of the park, as there is to the novel, which purports to be a memoir."

*—East Bay Express*

"Tender and tragic . . . This book can be summed up with one of its own lines, 'all of a sudden, life was gorgeous broken glass.' A+"

*--On the Town*

"The most distinctive book you can read this year. . . . The writing is beautiful in its Victorian tone, and it has a classical feel to it. . . . Even if he stopped writing now, the story of Max Tivoli would guarantee his reputation as a great writer."

*—Deseret News*

"The best authors of such work, from Shakespeare to Kafka, leave the reader with a greater perspective of his own world after having ventured into that of the writer's. *The Confessions of Max Tivoli*, Andrew Sean Greer's remarkable second novel, is very much a part of the tradition of exceptional supernatural works that function dually as serious literature. . . . Extraordinarily well written."

*—Stop Smiling*

"Greer (*The Path of Minor Planets*) writes marvelously nuanced prose; with its turn-of-the-century lilt and poetic flashes, it is the perfect medium for this weird, mesmerizing, and heartbreaking tale."

—*Publishers Weekly* (starred)

"*The Confessions of Max Tivoli* is that rare delight—a second novel that doesn't just exceed your expectations, it quietly explodes them. Andrew Sean Greer is a delicate and merciless chronicler of the heart, of the painful and hilarious ways in which we blunder through love. His narrative skills are on a par with Ford Maddox Ford, and his limitless imagination seems genuinely his own. . . . *The Confessions of Max Tivoli* is a thing of beauty."

—Neil LaBute, director and screenwriter, *In the Company of Men* and *Your Friends and Neighbors*

"A hugely ambitious and extraordinarily beautiful book . . . The book is ostensibly about love, but really Greer tackles an array of weighty topics with a skill that is always a joy to behold. . . . There will be few, if any, better novels published this year."

—*The List* (five stars)

"*The Confessions of Max Tivoli* unfolds as a mythic, Proustian romance. Greer's achievement is to show how extraordinary creatures like Max may touch us in the most ordinary and moving ways. Despite time warps and cellular impossibilities, *The Confessions of Max Tivoli* is a brilliant story about the simplest of brief encounters, the encounter with life."

—*The Times* (U.K.)

ALSO BY ANDREW SEAN GREER

*The Path of Minor Planets*
*How It Was for Me*

THE CONFESSIONS OF

# MAX TIVOLI



ANDREW SEAN GREER

Picador

Farrar, Straus and Giroux
New York

THE CONFESSIONS OF MAX TIVOLI. Copyright © 2004 by Andrew Sean Greer.
All rights reserved. Printed in the United States of America.
For information, address Picador, 175 Fifth Avenue, New York,
N.Y. 10010.

www.picadorusa.com

Picador® is a U.S. registered trademark and is used by Farrar, Straus and
Giroux under license from Pan Books Limited.

                                                                                 and

For information on Picador Reading Group Guides, as well as ordering,
please contact the Trade Marketing department as St. Martin's Press.
Phone: 1-800-221-7945 extension 763                                 ring,
Fax: 212-677-7456
E-mail: trademarketing@stmartins.com

Designed by Debbie Glasserman

             Library of Congress Cataloging-in-Publication Data
Greer, Andrew Sean.
     The confessions of Max Tivoli / Andrew Sean Greer.
       p. cm.
     ISBN 0-312-42381-0
     EAN 978-0312-42381-0
     1. Triangles (Interpersonal relations)—Fiction.   2. Immortalism—
Fiction.   3. Aging—Fiction   I. Title.
PS3557.R3987C66 2004                                          n—
813'.54—dc21
                                                     2003054737

First published in the United States by Farrar, Straus and Giroux        54737

· F I C T I O N ·

# TODAY SHOW PICK ✦ NATIONAL BESTSELLER

"Enchanting" —John Updike, *The New Yorker* ✦ "Devastating, heartbreaking    an astonishment " —*Esquire* ✦ "★★★★" —*People* ✦ "Quietly dazzling    keenly affecting " —*The New York Times Book Review* ✦ "This year's break-out novel " —*Entertainment Weekly* ✦ "A devastating new writer." —Michael Cunningham ✦ "A fable of surpassing gravity and beauty" —*San Francisco Chronicle* ✦ "One of the most talented writers around." —Michael Chabon ✦ "Elegant and graceful " —*The Miami Herald* ✦ "Brilliantly conceived." —*Los Angeles Times* ✦ "A breathtaking love story    a profound meditation on life " —Salon com ✦ "A writer of great daring and originality." —Peter Carey ✦ "It leaves its readers    both younger and wiser " —*The Washington Post* ✦ "What's most impressive about Greer's work is the emotional intensity    and the deep beauty of his prose " —*The Atlanta Journal Constitution* ✦ "This is the kind of book that makes you laugh out loud, write notes in the margins, and shed tears onto its pages " —Neil LaBute ✦ "Surprisingly and genuinely affecting." —*Library Journal* ✦ "Strikingly original and beautifully told " —*Bookpage* ✦ "Weird and wonderful    . [a] deft new modern master." —Elle com ✦ "[It] strums the heartstrings again and again    positively captivating " —*Booklist* ✦ "Mesmerizing and heartbreaking " —*Publishers Weekly* ✦ "The delights are many    old-fashioned narrative fun in a literary hall of mirrors " —*Kirkus Reviews* ✦ "A mythic, Proustian romance    a brilliant story" —*The Times* (London)

—— ✦✦✦ ——

"We are each the love of someone's life " So begins *The Confessions of Max Tivoli,* a heartbreaking love story with a narrator like no other

Born with the physical appearance of an elderly man, Max grows older mentally like any child, but his body appears to age backward, growing younger every year And yet, his physical curse proves to be a blessing, allowing him to try to win the heart of the same woman three times as at each successive encounter she fails to recognize him, taking him for a stranger, so giving Max another chance at love.

Set against the historical backdrop of San Francisco at the turn of the twentieth century, *The Confessions of Max Tivoli* is a beautiful and daring feat of the imagination, questioning the very nature of love, time, and what it means to be human



**Andrew Sean Greer** is the author of the story collection *How It Was for Me* (Picador) and most recently a novel, *The Path of Minor Planets* (Picador) He lives in San Francisco

COVER DESIGN BY SUSAN MITCHELL    PATH PHOTO BY HELEN KING    PART PHOTO    AUTHOR PHOTO GRAPH BY NANCY  RAMEY

ISBN 9780312423810

READING GROUP GUIDE AVAILABLE AT WWW PICADOR COM

# PICADOR

175 FIFTH AVENUE  NEW YORK  NY  10010
DISTRIBUTED IN CANADA BY H B FENN AND COMPANY LT
PRINTED IN THE UNITED STATES OF AMERICA





THE PATH OF MINOR PLANETS

"One of the wisest, most compassionate novels about smart people's emotional lives to come around in years."
—San Francisco Chronicle Book Review

a novel by

ANDREW SEAN GREER

Acclaim for The Path of the Minor Planets

"Perfectly captures the sensation of coming unprepared upon something wonderful . . . Part of Greer's triumph derives from the book's ingenious structure. . . . Unforgettable . . . Greer has learned Woolf's best lessons well."    —DAVID KIPEN, *San Francisco Chronicle Book Review*

"Each of the book's five sections nearly stands alone as a novella, with beautifully observed details and refreshing economy. . . . [With] seamless prose . . . the novel is both subtle and sublime, an impressive debut."                          —*The Washington Post Book World*

"A carefully plotted, meticulously drawn story."

—*Chicago Tribune*

"Stunning in both its skill and soul . . . It's almost as if Greer were channeling Woolf via Michael Cunningham. . . . This is one novel that doesn't need the adjective 'debut' to qualify its achievement."
                          —RACHEL HOWARD, *The San Francisco Examiner*

"Erudite and deeply moving, *The Path of Minor Planets* brings to mind the work of Alice McDermott and Ethan Canin. A novel of refined, intricate beauty by a writer whom I will always read."
                          —DAVID EBERSHOFF, AUTHOR OF *The Danish Girl*

"A strong vision so consistently gorgeous."        —*Kirkus Reviews*

"A dazzling hybrid of a book, half love story, half scientific adventure, Greer's compelling and original debut explores the rarefied world of astronomers whose professional reliance on reason and objectivity has left them ill-prepared to navigate the dark territories of the human heart."                —JENNY OFFILL, AUTHOR OF *Last Things*

"If more of us looked at the world the way Andrew Sean Greer does, we might be a little less eager to cheapen and destroy it. His vision is clear, his heart true; in his fiction, as in Woolf's, even misery glows with an almost unearthly light."
                          —J. ROBERT LENNON, AUTHOR OF *On the Night Plain*

Also by Andrew Sean Greer

*How It Was for Me*

# The Path of Minor Planets

## Andrew Sean Greer

Picador • New York

THE PATH OF MINOR PLANETS. Copyright © 2001 by Andrew Sean Greer.
All rights reserved. Printed in the United States of America. No part of this book
may be used or reproduced in any manner whatsoever without written permis-
sion except in the case of brief quotations embodied in critical articles or reviews.
For information, address Picador, 175 Fifth Avenue, New York, N.Y. 10010.

www.picadorusa.com

Picador ® is a U.S. registered trademark and is used by St. Martin's Press under
license from Pan Books Limited.

For information on Picador Reading Group Guides, as well as ordering, please
contact the Trade Marketing department at St. Martin's Press.
Phone: 1-800-221-7945 extension 763
Fax: 212-677-7456
E-mail: trademarketing@stmartins.com

Excerpt from the poem "The Different Stars" by W. S. Merwin is from
*The Carrier of Ladders*. Copyright © 1970 by W. S. Merwin. Reprinted by
permission of the Wylie Agency, Inc.

Library of Congress Cataloging-in-Publication Data

Greer, Andrew Sean.
    The path of minor planets : a novel / Andrew Sean Greer.
        p.  cm.
    ISBN 0-312-27556-0 (hc)
    ISBN 0-312-30605-9 (pbk)
    1. Astronomers—Fiction. 2. Friendship—Fiction. 3. Comets—Fiction.
I. Title.

PS3557.R3987 P38  2001
813'.54—dc21                                          2001041818

P1

IN 1965, ON A SMALL ISLAND IN THE SOUTH PACIFIC, A GROUP OF astronomers gathers to witness the passing of a comet, but when a young boy dies during a meteor shower, the lives of the scientists and their loved ones change in subtle yet profound ways. Denise struggles for respect in her professional life; married Eli becomes increasingly attracted to Denise and her quixotic mind; and young Lydia attempts to escape the scientists' long-casting shadows. Andrew Sean Greer's remarkable and sweeping first novel is an exploration of chances taken and lost, of love found and broken, and of time's subtle gravitational pull on the lives of everyday and extraordinary people.

"Greer pinpoints the 'tiny hidden madnesses in ordinary people' with unerring accuracy, and, in prose littered with sparks, makes palpable the longing for the celestial." —*The New Yorker*

"[Greer's] carefully crafted sentences can ring with ethereal beauty, and his metaphors are vivid and creative.... Greer is a writer to watch; he has a literary style that's worth wrapping around his sensitive perspective on the world." —*The Boston Globe*

"Perhaps [no novelist] has blended the worlds of astronomy and romance so stunningly as Andrew Sean Greer.... Startlingly clever phrasing and a careful sensitivity with a wide range of characters... [with] remarkably wise insight into the nature of marriage and friendship." —*Christian Science Monitor*



ANDREW SEAN GREER is also the author of the story collection *How It Was For Me*. His fiction has appeared in such publications as *Esquire, Story, Ploughshares,* and *The Paris Review*. He currently lives in San Francisco, California.

COVER DESIGN BY HENRY SENE YEE & EMILY MAHON
COVER ILLUSTRATION BY PHILIP PASCUZZO
AUTHOR PHOTOGRAPH BY DAVID ROSS

www.picadorusa.com

175 FIFTH AVENUE, NE YORK, N.Y. 10010
DISTRIBUTED IN CANADA BY H.B.FENN AND COMPANY.LTD.
PRINTED ON THE UNITED STATES OF AMERICA



ISBN 9780312306052



# GOLDEN CHILD

## BY DAVID HENRY HWANG

★

★

DRAMATISTS
PLAY SERVICE
INC.



**DRAMATISTS PLAY SERVICE, INC.**

ESTABLISHED BY MEMBERS OF THE

DRAMATISTS GUILD
OF THE AUTHORS LEAGUE OF AMERICA

*for the*

HANDLING OF THE ACTING RIGHTS OF MEMBERS' PLAYS

*and*

THE ENCOURAGEMENT OF THE AMERICAN THEATRE

440 Park Avenue South, New York, NY 10016
www.dramatists.com



# GOLDEN CHILD

## BY DAVID HENRY HWANG

★

DRAMATISTS
PLAY SERVICE
INC.

GOLDEN CHILD
Copyright © 1999, David Henry Hwang

All Rights Reserved

CAUTION: Professionals and amateurs are hereby warned that performance of GOLDEN CHILD is subject to a royalty. It is fully protected under the copyright laws of the United States of America, and of all countries covered by the International Copyright Union (including the Dominion of Canada and the rest of the British Commonwealth), and of all countries covered by the Pan-American Copyright Convention, the Universal Copyright Convention, the Berne Convention, and of all countries with which the United States has reciprocal copyright relations. All rights, including professional/amateur stage rights, motion picture, recitation, lecturing, public reading, radio broadcasting, television, video or sound recording, all other forms of mechanical or electronic reproduction, such as CD-ROM, CD-I, DVD, information storage and retrieval systems and photocopying, and the rights of translation into foreign languages, are strictly reserved Particular emphasis is placed upon the matter of readings, permission for which must be secured from the Author's agent in wiring.

The English language stock and amateur stage performance rights in the United States, its territories, possessions and Canada for GOLDEN CHILD are controlled exclusively by DRAMATISTS PLAY SERVICE, INC., 440 Park Avenue South, New York, NY 10016. No professional or nonprofessional performance of the Play may be given without obtaining in advance the written permission of DRAMATISTS PLAY SERVICE, INC , and paying the requisite fee.

Inquiries concerning all other rights should be addressed to Writers & Artists Agency, 19 West 44th Street, Suite 1000, New York, NY 10036 Attn: William Craver

**SPECIAL NOTE**

Anyone receiving permission to produce GOLDEN CHILD is required to give credit to the Author as sole and exclusive Author of the Play on the title page of all programs distributed in connection with performances of the Play and in all instances in which the title of the Play appears for purposes of advertising, publicizing or otherwise exploiting the Play and/or a production thereof. The name of the Author must appear on a separate line, in which no other name appears, immediately beneath the title and in size of type equal to 50% of the size of the largest, most prominent letter used for the title of the Play No person, firm or entity may receive credit larger or more prominent than that accorded the Author. The following acknowledgment must appear on the title page in all programs distributed in connection with performances of the Play.

GOLDEN CHILD opened on Broadway on April 2, 1998. It was produced by
Benjamin Mordecai, Dori Bernstein, John Kao, Talia Shire Schwartzman
and the
John F Kennedy Center for the Performing Arts
in association with
South Coast Repertory
and
The Joseph Papp Public Theater/New York Shakespeare Festival
and
American Conservatory Theater

Within the rear credits in the back of the program there should be the following credits·

GOLDEN CHILD was commissioned by South Coast Repertory
David Emmes, Producing Artistic Director, Martin Benson, Artistic Director.

Originally produced in New York by The Joseph Papp Public Theater/
New York Shakespeare Festival, George C. Wolfe, Producer;
Associate Producer, The Singapore Repertory Theater.

**SPECIAL NOTE ON SONGS AND RECORDINGS**

For performances of copyrighted songs, arrangements or recordings mentioned in this Play, the permission of the copyright owner(s) must be obtained. Other songs, arrangements or recordings may be substituted provided permission from the copyright owner(s) of such songs, arrangements or recordings is obtained; or songs, arrangements or recordings in the public domain may be substituted.

# GOLDEN CHILD
## by David Henry Hwang

### WINNER OF THE 1996-1997 OBIE AWARD FOR PLAYWRITING

2M, 4W; and 3M or W (flexible casting)

In the winter of 1918, progressive Chinese landowner Eng Tieng-Bin's interest in Westernization and Christianity sets off a power struggle among his three wives, which will determine the future of his daughter, Ahn, Tieng-Bin's favorite, his "Golden Child."

*"There is a quiet though highly theatrical intelligence at work in GOLDEN CHILD ... The play is composed of many ... small moments of grace, which are not often seen on our stages, certainly not on Broadway."*

—**The New York Times**

*"Hwang['s] ... most sophisticated play so far... wonderfully provocative ... "*

—**The New York Post**

*"An engrossing, delightful new play."*

—**New York Newsday**

*"An uncommonly thoughtful, impassioned, and skillfully developed drama. Hwang's CHILD is as personal as it is political, which is a large part of its strength."*

—**San Francisco Examiner**

*"A vivid, moving play in perfect command of its eternal theme of family and change."*

—**The Wall Street Journal**

**Also by David Henry Hwang**
M. BUTTERFLY
THE DANCE AND THE RAILROAD
THE SOUND OF A VOICE
BONDAGE
F.O.B.
FAMILY DEVOTIONS
and many others

ISBN 0-8222-1682-5

90000>

9 780822 216827

**DRAMATISTS PLAY SERVICE, INC.**

TONY AWARD WINNER FOR BEST PLAY



# B U T T E R F L Y



"A brilliant play of ideas . . . a visionary work that bridges the history and culture of two worlds."  —FRANK RICH, *The New York Times*

# D A V I D   H E N R Y   H W A N G



"A MAJOR PLAYWRIGHT . . . One must be grateful
that a play of this ambition has made it to Broadway."
—*New York Times*

"Playwright David Henry Hwang has something to say
and an original, audacious way of saying it."
—*Wall Street Journal*

"A MANY-SPLENDORED THEATRICAL TREASURE.
A THRILLING DRAMA. A SENSATIONAL REAL-
LIFE STORY OF LOVE AND TREACHERY."     —UPI

DAVID HENRY HWANG, the son of first-generation
Chinese Americans, has emerged as one of the brightest
young playwrights of this decade. His first play, *FOB*,
originally staged at Stanford University during his senior year,
was presented in a revised form in 1980 at the New York
Shakespeare Festival's Public Theater. Since then, he has had
numerous plays staged, including the powerful and poignant
*M. Butterfly*, for which he was awarded the 1988 Tony Award
for Best Play, the Outer Critics Circle Drama Award and the
Drama Desk Award for Best New Play. David Henry Hwang
has also collaborated with composer Philip Glass on a science
fiction musical drama entitled *1000 Airplanes on the Roof*.



# M. BUTTERFLY
## by
## David Henry Hwang

with an Afterword by the Playwright



A PLUME BOOK

# *To Ophelia*

PLUME
Published by the Penguin Group
Penguin Group (USA) Inc., 375 Hudson Street,
New York, New York 10014, USA



USA / Canada / UK / Ireland / Australia / New Zealand / India / South Africa / China
Penguin Books Ltd, Registered Offices. 80 Strand, London WC2R 0RL, England
For more information about the Penguin Group visit penguin.com

Published by Plume, a member of Penguin Group (USA) Inc , 1989
*M Butterfly* was previously published, in its entirety, in *American Theatre* magazine

  REGISTERED TRADEMARK—MARCA REGISTRADA

Copyright © David Henry Wang, 1986, 1987, 1988
All rights reserved. All inquiries regarding rights should be addressed to the author's agent, William Craver,
Writers & Artists Agency, 70 West 36th Street, #501, New York, NY 10018. No part of this product may
be reproduced, scanned, or distributed in any printed or electronic form without permission. Please do not
participate in or encourage piracy of copyrighted materials in violation of the author's rights  Purchase
only authorized editions.

Professionals and amateurs are hereby warned that performances of *M  Butterfly* are subject to royalty. It
is fully protected under the copyright laws of the United States of America, and of all countries covered
by the International Copyright Union (including the Dominion of Canada and the rest of the British
Commonwealth), and of all countries covered by the Pan-American Copyright Convention, and of all
countries with which the United States has reciprocal copyright relations  All rights, including professional,
amateur, motion picture, recitation, lecturing, public reading, radio broadcasting, television, video or sound
taping, all other forms of mechanical or electronic reproduction, such as information storage and retrieval
systems and photocopying, and the rights of translation into foreign languages, are strictly reserved.
Particular emphasis is laid upon the question of readings, permission for which must be secured from
the author's agent in writing

LIBRARY OF CONGRESS CATALOGING-IN-PUBLICATION DATA
Hwang, David Henry, 1957–
    M. Butterfly / by David Henry Hwang · with an afterword by the
playwright.
      p.   cm
    ISBN 978-0-452-27259-0
    I  Title.
PS3558.W83M2   1989                                                           88-29040
812' 54—dc19

Printed in the United States of America
51st Printing

Based on a true story that stunned the world, *M. Butterfly* opens in the cramped prison cell where diplomat Rene Gallimard is being held captive by the French government—and by his own illusions. In the darkness of his cell he recalls a time when desire seemed to give him wings. A time when Song Liling, the beautiful Chinese diva, touched him with a love as vivid, as seductive—and as elusive—as a butterfly.

How could he have known, then, that his ideal woman was, in fact, a spy for the Chinese government—and a man disguised as a woman? In a series of flashbacks, the diplomat relives the twenty-year affair from the temptation to the seduction, from its consummation to the scandal that ultimately consumed them both. But in the end, there remains only one truth: Whether or not Gallimard's passion was a flight of fancy, it sparked the most vigorous emotions of his life.

Only in real life could love become so unreal. And only in such a dramatic tour de force do we learn how a fantasy can become a man's mistress—as well as his jailer. *M. Butterfly* is one of the most compelling, explosive, and slyly humorous dramas ever to light the Broadway stage, a work of unrivaled brilliance, illuminating the conflict between men and women, the differences between East and West, racial stereotypes—and the shadows we cast around our most cherished illusions.

penguinrandomhouse.com

A Plume Book
Drama

U.S.  **$16.00**
CAN.  $22.00

ISBN 978-0-452-27259-0





TRYING
TO FIND
CHINATOWN

THE
SELECTED
PLAYS

DAVID HENRY
HWANG

# TRYING
# TO FIND
# CHINATOWN

# TRYING
# TO FIND
# CHINATOWN

## *The Selected Plays*

David Henry Hwang

THEATRE COMMUNICATIONS GROUP

*Trying to Find Chinatown: The Selected Plays of David Henry Hwang* is copyright © 2000 by David Henry Hwang

*Trying to Find Chinatown: The Selected Plays of David Henry Hwang* is published by Theatre Communications Group, Inc., 355 Lexington Ave., New York, NY 10017–6603

All rights reserved. Except for brief passages quoted in newspaper, magazine, radio or television reviews, no part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying or recording, or by an information storage and retrieval system, without permission in writing from the publisher.

    Professionals and amateurs are hereby warned that this material, being fully protected under the Copyright Laws of the United States of America and all other countries of the Berne and Universal Copyright Conventions, is subject to a royalty. All rights including, but not limited to, professional, amateur, recording, motion picture, recitation, lecturing, public reading, radio and television broadcasting, and the rights of translation into foreign languages are expressly reserved. Particular emphasis is placed on the question of readings and all uses of this book by educational institutions, permission for which must be secured from the author's representative: Bill Craver, Writers and Artists Agency, 19 West 44th Street, Suite 1000, New York, NY 10036, (212) 391-1112

*The House of Sleeping Beauties* is adapted from a short story by Yasunari Kawabata, 1961. The biblical quotes within Act II, Scene One, of *The Voyage* are from Ecclesiasticus 43:26, Luke 10:23, Zechariah 9:10 and Isaiah 49:25, respectively; Act II, Scene Two's translations and nautical terms are from Samuel Eliot Morrison's *Admiral of the Ocean Sea*, 1942.

This publication is made possible in part with public funds from the New York State Council on the Arts, a State Agency.

TCG books are exclusively distributed to the book trade by Consortium Book Sales and Distribution, 1045 Westgate Dr., St. Paul, MN 55114.

LIBRARY OF CONGRESS CATALOGING-IN-PUBLICATION DATA

Hwang, David Henry, 1957–
Trying to find Chinatown : the selected plays of David Henry Hwang / by David Henry Hwang — 1st ed
p. cm.
ISBN 978-1-55936-172-9
1. America—Discovery and exploration—Drama. 2. United States—Race relations—Drama. 3. Asian Americans—Drama. 4. Asia—Drama. I. Title.
PS3558.W83 A6        1999
812'.54—dc21        99-044197

Book design and typography by Lisa Govan
Cover photo by Susan Johann
Cover design by Carol Devine Carson

First edition, June 2000
Third Printing, March 2021

Throughout his career, David Henry Hwang has explored the complexities of forging Eastern and Western cultures in a contemporary America. His extraordinary body of work, over the past 20 years, has been marked by a deep desire to reaffirm the common humanity in all of us. This volume collects a generous selection of Mr. Hwang's plays, including *FOB, The Dance and the Railroad, Family Devotions, The Sound of a Voice, The House of Sleeping Beauties, The Voyage, Bondage* and *Trying to Find Chinatown.*

"David Henry Hwang is a true original. A native of Los Angeles, born to immigrant parents, he has one foot on each side of the cultural divide. He knows America—its vernacular, its social landscape, its theatrical traditions. He knows the same about China. In his plays, he manages to mix both of these conflicting cultures until he arrives at a style that is wholly his own. Mr. Hwang's works have the verve of the well-made American stage comedies and yet, with little warning, they bubble over into the mystical rituals of Asian stagecraft. By at once bringing West and East into conflict and unity, this playwright has found the perfect way to dramatize both the pain and humor of the immigrant experience."
—Frank Rich, *New York Times*

"Hwang has the potential to become the first important dramatist of American public life since Arthur Miller, and maybe the best of them all."
—William A. Henry III *Time*

"David Henry Hwang is one of the most intelligent and original voices in the American theatre."                    —*Detroit News*

DAVID HENRY HWANG, the Tony Award-winning playwright of *M. Butterfly,* received a 1997 OBIE Award and 1998 Tony nomination for *Golden Child.* With Stephan Müller, he has written a new adaptation of Ibsen's *Peer Gynt.* His libretti include two works for composer Philip Glass: *1000 Airplanes on the Roof* and *The Voyage;* as well as *The Silver River* with music by Bright Sheng; and with Linda Woolverton and Robert Falls, he also co-authored the book for *Aida,* with music and lyrics by Elton John and Tim Rice. Mr. Hwang has received fellowships from the Rockefeller and Guggenheim foundations, the National Endowment for the Arts, the New York State Council on the Arts and The Pew/TCG National Artists Residency Program.

COVER PHOTOGRAPH BY SUSAN JOHANN/COVER DESIGN BY CAROL DEVINE CARSON

THEATRE COMMUNICATIONS GROUP

ISBN 978-1-55936-172-9
9 781559 361729



Confidential

KADREY002228

A RETURN TICKET TO HELL!

*Aloha from Hell*

"This badass supernatural horror stuff is clearly the material he was born to write. Kadrey has an ungodly (literally) amount of fun with Stark's wryer-than-wry and violenter-than-violent observations and dialog."

—Cory Doctorow

"Richard Kadrey's Sandman Slim series is one of my favorite sets of fantasy books from the last few years. . . ."

—John Scalzi

"I've encountered a lot of fictional characters with bad attitudes and vengeance on their minds, but after finishing up *Aloha from Hell*, the third book in the Sandman Slim series, I've officially moved Stark into a category of his own. . . . I hope Kadrey keeps putting out Sandman Slim books for the next twenty years. They're that much fun to read."

—*Wired*

"Kadrey's prose is raw and gutter-tough, Raymond Chandler meets Lux Interior at the Whisky a Go Go at the end of days."

—*Austin Chronicle*

Confidential

KADREY002229

"Compelling . . . brilliantly metaphoric . . . profane mixture of noir atmospherics, black humor, and nonstop action will please Kadrey's many fans."

—*Publishers Weekly*

"Kadrey's stylized treatment of the ubiquitous urban fantasy genre makes it seem fresh."

—*Kirkus Reviews*

# Aloha from Hell

KADREY002231

BOOKS BY RICHARD KADREY

*Sandman Slim*

*Aloha from Hell*

*Kill the Dead*

` AND COMING SOON

*Devil Said Bang*

Confidential

KADREY002232

# ALOHA FROM HELL

## A SANDMAN SLIM NOVEL

### RICHARD KADREY



HARPER Voyager
*An Imprint of HarperCollinsPublishers*

Confidential

KADREY002233

*To Suzanne S, always inspiring*

Grateful acknowledgment is made to reprint lyrics from "At the Devil's Ball," by Irving Berlin, 1913.

This book is a work of fiction. The characters, incidents, and dialogue are drawn from the author's imagination and are not to be construed as real. Any resemblance to actual events or persons, living or dead, is entirely co-incidental.

ALOHA FROM HELL. Copyright © 2011 by Richard Kadrey. Excerpt from DEVIL SAID BANG copyright © 2012 by Richard Kadrey. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information, address HarperCollins Publishers, 195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information, please e-mail the Special Markets Department at SPsales@harpercollins.com.

A hardcover edition of this book was originally published in 2011 by Harper Voyager, an imprint of HarperCollins Publishers.

FIRST HARPER VOYAGER PAPERBACK EDITION PUBLISHED 2012.

*Designed by Paula Russell Szafranski*

Library of Congress Cataloging-in-Publication Data has been applied for.

ISBN 978-0-06-171433-7

HB 11.07.2023

Confidential

KADREY002234



*New York Times* bestselling author **RICHARD KADREY** has published eight novels, including *Sandman Slim, Kill the Dead, Aloha from Hell, Devil Said Bang, Kill City Blues, Butcher Bird, Dead Set,* and *Metrophage,* and more than fifty stories. He has been immortalized as an action figure, his short story "Goodbye Houston Street, Goodbye" was nominated for a British Science Fiction Association Award, and his novel *Butcher Bird* was nominated for the Prix Elbakin in France. The bestselling and acclaimed writer and photographer lives in San Francisco, California.

AUTHOR PHOTOGRAPH BY ADDICTED IMAGE

KADREY002690



KADREY002692

ENJOY YOUR DAMNATION!

*Kill the Dead*

"Everything a sequel should be; that is, more. . . . There's hardly a moment where you're not chewing your fingernails to the wrist wondering what happens next. . . . Kadrey is a hell of a writer, versatile and seasoned, and these pulpy, dark, ultraviolent novels are his best work yet."
—Cory Doctorow

"If you like your horror stories with a little camp, a little quirkiness and a whole lot of blood and gore then *Kill the Dead: A Sandman Slim Novel* by Richard Kadrey will be right up your alley."
—*Las Vegas Review Journal*

"Don't compare Kadrey's prose with Stephenie Meyer's, or even Joss Whedon's *Buffy the Vampire Slayer.* Those works are mere fluffy soap operas next to Kadrey's writing. Richard Kadrey's imagination is gritty, sleazy, and macabre. . . . *Kill the Dead* is the kind of fiction that will always provoke strong reactions. Readers will either love it or hate it. I love it, because Kadrey's prose is deeply engaging, and he makes me feel that my dark side isn't quite so dark, after all."
—*Seattle Post-Intelligencer*

Confidential

KADREY002693

"James Stark, antihero of 2009's *Sandman Slim,* returns in this gritty, over-the-top tale of supernatural mayhem. . . . Profane, intensely metaphoric language somehow makes self-tortured monster Stark sympathetic and turns a simple story into a powerful noir thriller."

—*Publishers Weekly*

"Hilarious . . . belongs up there with Dresden Files and Felix Castor novels. . . . Some of the best supernatural buddy comedy ever created. It's all a whirl of craziness and pop-culture insanity, and you can pretty much inhale it like candy-scented Freon. . . . And this is that rare sequel that's actually better than the first book (which was plenty great) and manages to take several leaps forward in ways that make the main character seem a lot more fascinating than the first time around."

—io9.com

Confidential

KADREY002694

# KILL THE DEAD

Confidential

KADREY002695

## BOOKS BY RICHARD KADREY

*Sandman Slim*
*Kill the Dead*
*Aloha from Hell*

**AND COMING SOON**

*Devil Said Bang*

Confidential

KADREY002696

# KILL THE DEAD

## RICHARD KADREY



**HARPER Voyager**
*An Imprint of HarperCollins Publishers*

Confidential

KADREY002697

Songs quoted: "Ballad of Thunder Road" by Don Raye and Robert Mitchum © 1958 Universal MCA Music, ASCAP. All rights reserved.

"I'm Waiting for the Man" by Lou Reed © 1967 Oakfield Avenue Music, Ltd. (BMI). Rights for Oakfield Avenue Music, Ltd. (BMI) administered by Spirit One Music (BMI). All rights reserved.

This book is a work of fiction. The characters, incidents, and dialogue are drawn from the author's imagination and are not to be construed as real. Any resemblance to actual events or persons, living or dead, is entirely coincidental.

KILL THE DEAD. Copyright © 2010 by Richard Kadrey. Excerpt from DEVIL SAID BANG copyright © 2012 by Richard Kadrey. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information, address HarperCollins Publishers, 195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information, please e-mail the Special Markets Department at SPsales@harpercollins.com.

A hardcover edition of this book was originally published in 2010 by Eos, an imprint of HarperCollins Publishers.

FIRST HARPER VOYAGER PAPERBACK EDITION PUBLISHED 2012.

Designed by Paula Russell Szafranski

Library of Congress Cataloging-in-Publication Data has been applied for.

ISBN 978-0-06-171434-4

HB 03.09.2023



# LIFE'S A BITCH,
# THEN YOU DIE . . . IF YOU'RE LUCKY

"Think *Get Shorty* meets *Hellraiser.*" —*San Francisco Chronicle*

James Stark, a.k.a. Sandman Slim, crawled out of Hell, took bloody revenge for his girlfriend's murder, and saved the world along the way. After that, what do you do for an encore? You take a lousy job tracking down monsters for money. It's a depressing gig, but it pays for your beer and cigarettes. In L.A., though, things can always get worse.

Like when Lucifer comes to town to supervise his movie biography and drafts Stark as his bodyguard. Sandman Slim has to swim with the human and inhuman sharks of L.A.'s underground power elite. That's before the murders start. And before he runs into the Czech porn star who isn't quite what she seems. Even before all those murdered people start coming back from the dead and join a zombie army that will change our world and Stark's forever.

# DEATH BITES. LIFE IS WORSE. ALL THINGS
# CONSIDERED, HELL'S NOT LOOKING SO BAD.

"If you like your horror stories with a little camp, a little quirkiness and a whole lot of blood and gore then [this book] will be right up your alley." —*Las Vegas Review Journal*

**RESTRICTED**
CONTAINS HELLFIRE, GUNFIRE & ALL
MANNER OF ASS-KICKING ACTION

www.richardkadrey.com

friend **f** facebook.com/richardkadrey and (or) follow **t** @richard_kadrey

Cover designed by Crush Creative (crushed.co.uk)

**HARPER Voyager**
*An Imprint of HarperCollinsPublishers*
www.harpervoyagerbooks.com

Discover great authors,
exclusive offers,
and more at hc.com.

Available from
HarperCollins e-books

FICTION | Fantasy/Urban
USA $17.99
CAN $21.99

ISBN 978-0-06-171434-4

Confidential

KADREY003153



KADREY003155

## RESURRECTION'S A BITCH.
## SO'S THE END OF THE WORLD.

### *Sandman Slim*

"Nicotine and octane in equal parts might come close to the high-energy buzz from Richard Kadrey's *Sandman Slim*. Crisp world building, recognizable and fully realized characters, and a refreshingly unique storytelling style make for an absorbing read. Sandman Slim is my kind of hero."    —Kim Harrison

"The best B movie I've read in at least twenty years. An addictively satisfying, deeply amusing, dirty-ass masterpiece, *Sandman Slim* swerves hell-bent through our culture's impacted gridlock of genres, sideswiping so many, so brilliantly, so constantly, that it's like watching Sergio Leone and Clive Barker codirect from a script by Jim Thompson and S. Clay Wilson: an L.A.-noir spaghetti-western grudge-war apocalypse. . . . Sweet."
—William Gibson

"A sharp-edged urban fantasy, drenched in blood and cynicism, tipping its hat to Sam Peckinpah, Raymond Chandler and the anti-heroes of Hong Kong cinema. Kadrey brings it off through the propulsive force of Stark's in-your-face, first-person, present-tense narration. It's a bravura performance."
—*San Francisco Chronicle*

"Sarcastic, irreverent and ridiculously enjoyable riff on the Urban Fantasy genre. . . . A lot like a mosh pit—rough, exuberant, unpredictable—and a heck of a lot of fun."    —*Miami Herald*

"*Sandman Slim* is one of the best books I have read in a very, very long while. Richard Kadrey is a genius. I read it on the plane ride home and was totally blown away."    —Holly Black

"If Simon R. Green wrote an episode of *Dog the Bounty Hunter*, it would read much like *Sandman Slim*—violent, vivid, nonstop action of the supernatural kind. I couldn't put it down."
—Charlaine Harris

Confidential

KADREY003156

BOOKS BY RICHARD KADREY

*Sandman Slim*

*Kill the Dead*

*Aloha from Hell*

AND COMING SOON

*Devil Said Bang*

Confidential

KADREY003157

# SANDMAN SLIM

### RICHARD KADREY



**HARPER Voyager**
*An Imprint of* HarperCollins Publishers

KADREY003158

"Alice," written by Tom Waits and Kathleen Brennan. Copyright © 2002 by Jalma Music (ASCAP). Used by permission. All rights reserved.

This book is a work of fiction. The characters, incidents, and dialogue are drawn from the author's imagination and are not to be construed as real. Any resemblance to actual events or persons, living or dead, is entirely coincidental.

SANDMAN SLIM. Copyright © 2009 by Richard Kadrey. Excerpt from DEVIL SAID BANG copyright © 2012 by Richard Kadrey. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information, address HarperCollins Publishers, 195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information, please e-mail the Special Markets Department at SPsales@harpercollins.com.

A hardcover edition of this book was originally published in 2010 by Eos, an imprint of HarperCollins Publishers.

FIRST HARPER VOYAGER PAPERBACK EDITION PUBLISHED 2012.

Designed by Paula Russell Szafranski

Library of Congress Cataloging-in-Publication Data has been applied for.

ISBN 978-0-06-171435-1

24 25 26 27 28  LBC  22 21 20 19 18

HB 01.11.2024 1039



## RESURRECTION SUCKS.
## SAVING THE WORLD IS WORSE.

"A sharp-edged urban fantasy, drenched in blood and cynicism, tipping its hat
to Sam Peckinpah, Raymond Chandler and the anti-heroes of Hong Kong cinema.
Kadrey brings it off through the propulsive force of Stark's in-your-face, first-person,
present-tense narration. It's a bravura performance."
—*San Francisco Chronicle*

Life sucks and then you die. Or, if you're James Stark, you spend eleven years in Hell as
a hitman before finally escaping, only to land back in the hell-on-earth that is Los Angeles.

Now Stark's back, and ready for revenge. And absolution, and maybe even love.
But when his first stop saddles him with an abusive talking head,
Stark discovers that the road to absolution and revenge is much longer than you'd
expect, and both Heaven and Hell have their own ideas for his future.

"The most hard-boiled piece of supernatural fiction
I've ever had the pleasure of reading."
—**CORY DOCTOROW**

**R** | **RESTRICTED**
CONTAINS HELLFIRE, GUNFIRE & A.I.I.
MANNER OF ASS-KICKING ACTION

www.richardkadrey.com
friend **f** facebook.com/richardkadrey and (or) follow **t** @richard_kadrey

Cover designed by Crush Creative (crushed.co.uk)

DISCOVER GREAT AUTHORS,
EXCLUSIVE OFFERS,
AND MORE AT HC.COM. | Available from
HarperCollins e-books

**HARPER Voyager**
*An Imprint of* HarperCollins*Publishers*
www.harpervoyagerbooks.com

FICTON
Fantasy/Urban
USA
$19.99
CAN
$24.99

ISBN 978-0-06-171435-1

5 1 9 9 9

9 780061 714351

0914
EAN



PRAISE FOR *The Everything Box*

"A rolling bouncy-house of a caper tale, *The Everything Box* abounds with quick-witted characters, snarky dialogue, and surreal analogies. If you haven't sampled Richard Kadrey's take on fantasy yet, this is a great place to start."

—Christopher Moore, *New York Times* bestselling author
of *Lamb, A Dirty Job,* and *The Serpent of Venice*

"A manic and hilarious Venn diagram of Elmore Leonard, Dave Barry, and the Book of Revelation. The last time the end of the world in a novel was this funny, aliens destroyed Earth to build a hyperspace bypass through it."

—Matt Wallace, author of *Envy of Angels* and *Lustlocked*

"This book has everything I need in a book, and some things I didn't know I needed. I couldn't stop laughing at the freelance poltergeists, inept angels, doomsday devices, mooning werewolves ( . . . mooning werewolf. I just got that), and small-time career criminals in way over their heads. Highly recommended."

—Mur Lafferty, author of *The Shambling Guide to New York*

"[Kadrey's] books are a romp . . . and they go down like cold lager on a hot afternoon."

—NPR Books

"The story is fast-paced, very funny, and exceptionally clever. Kudos to this author!"

—*Suspense Magazine*

"Hilarious, exciting, poignant, romantic, horrifying, and absurd in the very best way."

—New York Journal of Books

"A supernatural comic caper that reads like one of the late Donald Westlake's Dortmunder novels sprinkled with some fairy dust."

—*Kirkus Reviews*

Confidential

KADREY003570

"Kadrey's plot doesn't depend on magic; instead, magic is the broth bringing all manner of delicious ingredients together in this wonderful stew of a story. This unusual urban fantasy is a delight."

*—Publishers Weekly*

"Fans of the Sandman Slim novels as well as newcomers to the author will be thrilled by this fast-paced, smart-mouthed adventure."

*—B&N Sci-Fi & Fantasy Blog*

"[Kadrey] can make Hell funnier than you'd believe. . . . Raymond Chandler meets *Good Omens,* in which multiple doomsday cults, secret government agencies, and crooks of every description compete to retrieve the box, a perfect McGuffin, a Maltese Falcon with the power to destroy all of Creation."

*—BoingBoing*

"Kadrey's simultaneously glib and snide voice [peppers] his story with delightful turns of phrase. . . . *The Everything Box* is a fun read for all of the Kadrey-isms alone."

*—Locus*

"Richard Kadrey's work has often possessed a dark, satirical edge, but in *The Everything Box,* the San Francisco author allows himself to venture far into the realm of the outright silly. . . . Reminiscent of the comic novels of Christopher Moore, Neil Gaiman or Terry Pratchett"

*—San Francisco Chronicle*

"Mr. Kadrey's invention never flags. He always has another joke up his sleeve. Even if the joke is on us and our ability to drag the Heavenly Hosts themselves down to street level, and then corrupt them."

*—Wall Street Journal*

KADREY003571

# THE EVERYTHING BOX



ALSO BY RICHARD KADREY

*Metrophage*

*Dead Set*

**Sandman Slim Novels**

*The Perdition Score*

*Killing Pretty*

*The Getaway God*

*Kill City Blues*

*Devil Said Bang*

*Aloha from Hell*

*Kill the Dead*

*Sandman Slim*

Confidential

KADREY003573



Confidential

KADREY003574



This is a work of fiction. Names, characters, places, and incidents are products of the author's imagination or are used fictitiously and are not to be construed as real. Any resemblance to actual events, locales, organizations, or persons, living or dead, is entirely coincidental.

Harper Voyager and design is a trademark of HCP LLC.

THE EVERYTHING BOX. Copyright © 2016 by Richard Kadrey. Excerpt from *The Wrong Dead Guy* Copyright © 2017 by Richard Kadrey All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information address HarperCollins Publishers, 195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information please e-mail the Special Markets Department at SPsales@harpercollins.com.

A hardcover edition of this book was published in 2016 by Harper Voyager, an imprint of HarperCollins Publishers.

FIRST HARPER VOYAGER PAPERBACK EDITION PUBLISHED 2017.

*Designed by Shannon Nicole Plunkett*

The Library of Congress has catalogued the hardcover edition as follows:

Names: Kadrey, Richard, author.
Title: The everything box : a novel / Richard Kadrey.
Description: First edition. | New York : Harper Voyager, an imprint of
    HarperCollins Publishers, [2016] | Description based on print version
    record and CIP data provided by publisher; resource not viewed.
Identifiers: LCCN 2015044325 (print) | LCCN 2015041562 (ebook) | ISBN
    9780062389565 (ebook) | ISBN 9780062389541 (hardcover)
Subjects: LCSH: Angels——Fiction. | Thieves——Fiction. | End of the
    world--Fiction. | Paranormal fiction. | BISAC: FICTION / Fantasy /
    General. | GSAFD: Fantasy fiction.
Classification: LCC PS3561.A3616 (print) | LCC PS3561.A3616 E94 2016
(ebook)
    | DDC 813/.54——dc23
LC record available at http://lccn.loc.gov/2015044325

ISBN 978-0-06-238955-8 (pbk.)
HB 09.22.2021



"Kadrey's plot doesn't depend on magic; instead, magic is the broth bringing all manner of delicious ingredients together in this wonderful stew of a story. This unusual urban fantasy is a delight." —*Publishers Weekly*

**2000 B.C.**—A beautiful, ambitious angel stands on a mountaintop smiling, because soon the last of humanity who survived the great flood will meet its end, too. And he should know. He's going to play a big part in it. But when he reaches for the instrument of humanity's doom, he can't find it. Looking over the Earth at all that could have been, the majestic angel utters a single word: "Crap."

**2015 A.D.**—Coop, a thief specializing in purloining magic objects, steals and delivers a small box to the mysterious client who engaged his services. Coop doesn't know that his latest job could be the end of him—and the rest of the world—and will propel him into the company of the Department of Peculiar Science, a fearsome enforcement agency that polices the odd and strange. The box isn't just a supernatural heirloom with quaint powers, the Peculiar agents tell him. It's doomsday itself. Or a bomb. Or something. They're not really sure . . . And suddenly, everyone is out to get it.

"A manic and hilarious Venn diagram of Elmore Leonard, Dave Barry, and the Book of Revelation. The last time the end of the world in a novel was *this* funny, aliens destroyed Earth to build a hyperspace bypass through it." —Matt Wallace, author of *Envy of Angels* and *Lustlocked*

*New York Times* bestselling author RICHARD KADREY has published ten novels, including *Sandman Slim, Kill the Dead, Aloha from Hell, Devil Said Bang, Kill City Blues, The Getaway God, Killing Pretty, Butcher Bird*, and *Metrophage*, and more than fifty stories. He has been immortalized as an action figure, his short story "Goodbye Houston Street, Goodbye" was nominated for a British Science Fiction Association Award, and *Butcher Bird* was nominated for the Prix Elbakin in France. A freelance writer and photographer, he lives in San Francisco, California.

www.richardkadrey.com  /richardkadrey  @richard_kadrey  rkadrey

**HARPER Voyager**
*An Imprint of HarperCollinsPublishers*

Cover design by Owen Corrigan
Cover photograph © Paolo74s / Getty Images
Author photograph © Addicted Images

Available from HarperAudio and HarperCollins e-books
DISCOVER GREAT AUTHORS, EXCLUSIVE OFFERS, AND MORE AT HC.COM.
ISBN 978-0-06-238955-8
Fiction/Fantasy  |  USA $16.99 CAN $21.00



KADREY003949

# THE PERDITION SCORE

Confidential

KADREY003950

ALSO BY RICHARD KADREY

*Metrophage*
*Dead Set*

Sandman Slim Novels

*The Perdition Score*
*Killing Pretty*
*The Getaway God*
*Kill City Blues*
*Devil Said Bang*
*Aloha from Hell*
*Kill the Dead*
*Sandman Slim*

Another Coop Heist series

*The Wrong Dead Guy*
*The Everything Box*

Confidential

KADREY003951

# THE PERDITION SCORE

A SANDMAN SLIM NOVEL

# RICHARD KADREY



HARPER Voyager
An Imprint of HarperCollinsPublishers


**HarperCollins**
P U B L I S H E R S

This is a work of fiction. Names, characters, places, and incidents are products of the author's imagination or are used fictitiously and are not to be construed as real. Any resemblance to actual events, locales, organizations, or persons, living or dead, is entirely coincidental.

THE PERDITION SCORE. Copyright © 2016 by Richard Kadrey. Excerpt from THE KILL SOCIETY © 2017 by Richard Kadrey. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information address HarperCollins Publishers, 195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information please e-mail the Special Markets Department at SPsales@harpercollins.com.

Harper Voyager and design is a trademark of HarperCollins Publishers L.L.C.

A hardcover edition of this book was published in 2016 by Harper Voyager, an imprint of HarperCollins Publishers.

FIRST HARPER VOYAGER PAPERBACK EDITION PUBLISHED 2017.

*Designed by Paula Russell Szafranski*

The Library of Congress has catalogued the hardcover edition as follows:

Names: Kadrey, Richard, author.
Title: The perdition score : a Sandman Slim novel / Richard Kadrey.
Description: First edition. | New York, NY : Harper Voyager, an imprint of HarperCollins Publishers, [2016] | Series: Sandman Slim ; 8
Identifiers: | LCCN 2016004146 | ISBN 9780062373267 (hardback)
Subjects: | BISAC: FICTION / Fantasy / Urban Life. | FICTION / Fantasy / Paranormal. | FICTION / Horror. | GSAFD: Fantasy fiction. | Occult fiction. | Mystery fiction.
Classification: LCC PS3561.A3616 P47 2016 | DDC 813/.54—dc23 LC record available at http://lccn.loc.gov/2016004146

ISBN 978-0-06-237327-4 (pbk.)

17 18 19 20 21  OV/RRD  10 9 8 7 6 5 4 3 2 1

Confidential

KADREY003953



SANDMAN SLIM RETURNS IN A STUNNING, HIGH-OCTANE THRILLER FILLED WITH THE INTENSE KICK-ASS ACTION AND INVENTIVE FANTASY THAT ARE THE HALLMARKS OF *NEW YORK TIMES* BESTSELLING AUTHOR RICHARD KADREY

Thomas Abbot, the Augur of the Sub Rosa council, wants James Stark, aka Sandman Slim, to investigate the disappearance of a young boy—and help uncover council members who might be tied to the mysterious Wormwood organization. But Stark's mission changes when he meets a dying angel who gives him a vial of a mysterious dark liquid. Known as black milk, the substance could tip the balance in the ongoing war between loyal and rebel angels over human souls' access to heaven. When one of Stark's closest friends is poisoned with it, Stark and Candy have to go to the only place they might find a cure—Hell.

But standing in their way are the damned souls who, even after death, still work for Wormwood. The secret deal they've struck with the rebel angels will determine the fate of the world and every soul in it. Stark has to find a way to break the stalemate in the angel war, score the Perdition cure, and make it back to L.A. in one piece . . . where an old enemy waits to finish him once and for all.

"Though the book takes Stark to Hell and worse, risks the lives of everyone he loves, and features some of the most epic battles ever written by Richard Kadrey, a master of the form, it's [Stark's] internal struggle that kept me reading right through to the last page." —Cory Doctorow

"Well paced, gritty, cool, funny, and insightful. The dialogue is whip-smart, the characters remain compelling, and Stark continues to evolve in surprising ways." —*Booklist*

Available from HarperAudio and HarperCollins e-books

DISCOVER GREAT AUTHORS, EXCLUSIVE OFFERS, AND MORE AT HC.COM

$18.99 US / $23.99 CAN
ISBN 978-0-06-237327-4
51899

9 780062 373274

**HARPER Voyager**
*An Imprint of HarperCollinsPublishers*

Cover designed by Crush Creative (crushed.co.uk)



## Praise for Richard Kadrey's
## Another Coop Heist Series

"Reading *The Wrong Dead Guy* is like watching a master juggler in action. Every time you think you've got a hang on all the moving pieces, Kadrey throws another one in the mix. . . . A damn good read from a damn good author."                 —Tor.com

"Kadrey's second Coop Heist installment reads like a strange symphony: offbeat and raucous with gleefully twisting conventions and expectations at every turn. But despite the riotous pace and absurdist tone, Kadrey still manages to imbue his characters with depth and sincerity."                 —RT Book Reviews

"Pick up a Kadrey book, and you'll know one thing: the madness has been dialed to 11, and the author hasn't even broken a sweat. . . . Even with plenty of death and destruction on display, [*The Wrong Dead Guy*] is laugh-out-loud funny stuff, as Kadrey proves himself a master of manic, rapid-fire storytelling, hilarious wisecracks, and relentless supernatural lunacy. Who knew the end of the world could be so much fun?"

—B&N Sci-Fi & Fantasy Blog

"*The Wrong Dead Guy* takes the standard awakened ancient mummy story and plants it into an even more outrageous modern-day setting, so that we never know what's really going to happen next. This enjoyable sequel is a quick read that's filled with magic, humor, action, and general preposterousness."

—Geeks of Doom

"*Dead Guy* is a riot. It's just plain dangerous fun—like playing drunk in a bouncy castle or running too fast downhill."

—NPR Books

"Richard Kadrey's work has often possessed a dark, satirical edge, but in *The Everything Box*, the San Francisco author allows himself to venture far into the realm of the outright silly. . . . Reminiscent of the comic novels of Christopher Moore, Neil Gaiman or Terry Pratchett."                    —SAN FRANCISCO CHRONICLE

"A rolling bouncy-house of a caper tale, *The Everything Box* abounds with quick-witted characters, snarky dialogue, and surreal analogies. If you haven't sampled Richard Kadrey's take on fantasy yet, this is a great place to start."

—CHRISTOPHER MOORE, *NEW YORK TIMES* BESTSELLING AUTHOR OF
*LAMB, A DIRTY JOB,* AND *THE SERPENT OF VENICE*

"[Kadrey's] books are a romp . . . and they go down like cold lager on a hot afternoon."    —NPR BOOKS ON *THE EVERYTHING BOX*

"Kadrey's simultaneously glib and snide voice [peppers] his story with delightful turns of phrase. . . . *The Everything Box* is a fun read for all of the Kadrey-isms alone."    —*LOCUS* MAGAZINE

Confidential

KADREY004352

# The Wrong Dead Guy

Confidential

KADREY004353

## Also by Richard Kadrey

*The Everything Box*
*Metrophage*
*Dead Set*

**SANDMAN SLIM NOVELS**

*Killing Pretty*
*The Getaway God*
*Kill City Blues*
*Devil Said Bang*
*Aloha From Hell*
*Kill the Dead*
*Sandman Slim*
*The Perdition Score*
*The Kill Society*

Confidential

KADREY004354

# THE WRONG DEAD GUY

## RICHARD KADREY



**HARPER Voyager**
*An Imprint of* HarperCollins*Publishers*

Confidential

KADREY004355



This is a work of fiction. Names, characters, places, and incidents are products of the author's imagination or are used fictitiously and are not to be construed as real. Any resemblance to actual events, locales, organizations, or persons, living or dead, is entirely coincidental.

Harper Voyager and design is a trademark of HCP LLC.

THE WRONG DEAD GUY. Copyright © 2017 by Richard Kadrey. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information address HarperCollins Publishers, 195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information please e-mail the Special Markets Department at SPsales@harpercollins.com.

A hardcover edition of this book was published in 2017 by Harper Voyager, an imprint of HarperCollins Publishers.

FIRST HARPER VOYAGER PAPERBACK EDITION PUBLISHED 2017.

Designed by Paula Russell Szafranski

Library of Congress Cataloging-in-Publication Data has been applied for.

ISBN 978-0-06-238958-9

17  18  19  20  21    LSC    10  9  8  7  6  5  4  3  2  1

Confidential

KADREY004356



"A goofy, flamboyant, and breathless horror adventure by one of the genre's sharpest creators." —*Kirkus Reviews*

Coop, a master thief sort of gone legit, saved the world from an ancient doomsday device—heroism that earned him a gig working for the Department of Peculiar Science, a fearsome top secret government agency that polices the odd and strange.

Now Woolrich, Coop's boss at the DOPS, has Coop breaking into a traveling antiquities show to steal a sarcophagus containing the mummy of a powerful Egyptian wizard named Harkhuf.

Coop pulls off the heist without a hitch. And it's not his fault that when DOPS opened the sarcophagus they didn't find the mummy they were expecting. Well, it was the right mummy, but it wasn't exactly dead—and now it's escaped. Being a typical boss, Woolrich blames his underling for the screw-up and wants Coop to find the missing Harkhuf and make it right, pronto.

Digging into Harkhuf's history, Coop thinks the mummy is hunting for an ancient magical manuscript that will help him bring his old lover back to life. Which wouldn't be so bad if she wasn't a warrior sorceress hell-bent on conquering the world with her undead armies.

Coop would very much like to run from the oncoming chaos. It's one thing to steal a mummy, but another to have to deal with head-hunting bureaucrats, down-on-their-luck fortune-tellers, undead mailroom clerks, and a rather unimpressed elephant. Unfortunately, there's nowhere to run. If he wants the madness to stop, he's going to have to suck it up and play hero one more time. But if Coop manages to save the world AGAIN, he's definitely going to want a lot of answers.

And a raise.

"Kadrey's second Coop Heist installment reads like a strange symphony: offbeat and raucous with gleefully twisting conventions and expectations at every turn. But despite the riotous pace and absurdist tone, Kadrey still manages to imbue his characters with depth and sincerity." —RT Book Reviews (Top Pick!)



RICHARD KADREY is the *New York Times* bestselling author of the Sandman Slim supernatural noir books. *Sandman Slim* was included in Amazon's "100 Sci-Fi & Fantasy Books to Read in a Lifetime," and is in development as a feature film. Some of Kadrey's other books include *The Everything Box*, *Metrophage*, and *Butcher Bird*. He also writes the Vertigo comic *Lucifer*.

www.richardkadrey.com  /richardkadrey  @Richard_Kadrey

**HARPER Voyager**
*An Imprint of HarperCollinsPublishers*

Cover design and illustration by Owen Corrigan
Cover image © Shutterstock (texture)
Author photograph © Addicted Images



Available from HarperAudio and HarperCollins e-books.

DISCOVER GREAT AUTHORS, EXCLUSIVE OFFERS, AND MORE AT HC.COM.

$14.99 US / $18.50 CAN          1117
ISBN 978-0-06-238958-9
                          51499

9 780062 389589

Fiction/Fantasy/Humorous



"His stories . . . pierce and leap, are always bitingly funny, and are so, so alive. . . . Klam is telling the truth while almost no one else is." —Dave Eggers

SAM the CAT

AND OTHER STORIES

MATTHEW KLAM

AUTHOR OF WHO IS RICH?

*Acclaim for Matthew Klam's*

# SAM THE CAT
## AND OTHER STORIES

A Finalist for the *Los Angeles Times* Book Prize
An *Esquire* Best Book of the Year
A *New York Times* Notable Book
A *Kansas City Star* Book of the Year

"Like the stories of Salinger and Cheever, these will doubtlessly be remembered as a chronicle of their time, place and class. Few short story writers are funnier than Klam. Few are so horribly true."                    —*Esquire*

"The first piece of Matthew Klam's fiction I ever read was so good I almost passed out. . . . I can only compare Matthew's writing to long letters from male best friends—the kind replete with matter-of-fact, naked, sometimes vulgar details about life, love, and women."

—Claudine Ko, *Jane Magazine*

"[A] smart, absorbing collection."

—*The New York Times Book Review*

"A good writer creates characters whose motives and emotions reflect our own dark secrets. A great writer makes us wonder about our life choices; we squirm as if our own lives were the subject of the book. . . . [Klam] has an uncanny knack for crystallizing the truth about relationships."                                   —*USA Today*

"Entertaining and skillfully constructed."

—*The Washington Post*

"Klam's stories are so witty, assured, and damned entertaining. . . . Klam nails what it means to be a heterosexual man in America today."            —*The Austin Chronicle*

"Some silliness is necessary just to get through the hard knocks of life. Klam's writing is fresh. He uses foul language, takes chances and gets into the dirty corners most of us would rather hide with a rug. *Sam the Cat* is his first book. It will earn him fans waiting for more."

—*The Seattle Times*

"Unnervingly dead-on."
— *Publishers Weekly* (starred review)

"Funny, surprising and often fearless, these stories mark a strong debut, and promise better things ahead."
— *The San Diego Union-Tribune*

"Ruthlessly insightful. . . . Klam has a major bead on women." —*Harper's Bazaar*

"The frank sexuality and emotional honesty of these stories originally sparked a debate at *The New Yorker* about whether they were fit to be published in that august magazine. Luckily for us all, wiser heads prevailed. This collection is a treasure." —*The Washington Times*

MATTHEW KLAM

# SAM THE CAT
## AND OTHER STORIES

Matthew Klam is the author of the acclaimed short story collection *Sam the Cat*. He is a recipient of a Guggenheim Fellowship, a PEN/Robert W. Bingham Prize, a Whiting Award, and a National Endowment for the Arts grant. His writing has been featured in publications including *The New Yorker, Harper's Magazine, GQ, The New York Times Magazine, The O. Henry Prize Stories, The Best American Nonrequired Reading,* and *The Ecco Anthology of Contemporary American Short Fiction*.

.

# SAM THE CAT

## AND OTHER STORIES

MATTHEW KLAM

VINTAGE CONTEMPORARIES

VINTAGE BOOKS

A DIVISION OF RANDOM HOUSE, INC.

NEW YORK

THIS BOOK IS FOR LARA COX

FIRST VINTAGE CONTEMPORARIES EDITION, MAY 2001

*Copyright © 2000 by Matthew Klam*

All rights reserved under International and Pan-American Copyright
Conventions. Published in the United States of America by Vintage
Books, a division of Random House, Inc., New York, and simultaneously
in Canada by Random House of Canada Limited, Toronto. Originally
published in hardcover in the United States by
Random House, Inc., New York, in 2000.

Vintage is a registered trademark and Vintage Contemporaries
and colophon are trademarks of Random House, Inc.

This is a work of fiction. The characters and events in it are inventions
of the author and do not depict any real persons or events.

The stories in this work were originally published in *The New Yorker*.
"Issues I Dealt With in Therapy" and "European Wedding"
were published in different form.

The Library of Congress has cataloged the Random House edition as follows:
Klam, Matthew.
Sam the cat and other stories / Matthew Klam.
p. cm.
Includes stories previously published in The New Yorker, 1993–2000
ISBN 0-679-45745-3
1. United States—Social life and customs—20th century—Fiction. 2.
Young adults—United States—Fiction. I. Title.
2. Young adults—United States—Fiction. I. Title.
PS3561.L22 S26    2000
813'.54—dc21    99-052862

**Vintage ISBN: 0-375-72661-6**

*Book design by Fritz Metsch*

www.vintagebooks.com

Printed in the United States of America

*Special thanks to Marcia and to Paul.*

A *New York Times* Notable Book

One of the Best Books of the Year: *Esquire, Kansas City Star*

A Finalist for the Los Angeles Times Book Prize

"[Klam] shows us the kind of authoritative, vocally
limber and devastating writer he can be. . . . [A]
strategically piercing and culturally observant work."
—Lorrie Moore, *The New York Review of Books*

Knowing, perceptive, and wickedly funny, Matthew Klam loves
his characters but spares them nothing: the swaggering wom-
anizer Sam falls in love with a woman across a crowded room
who, upon closer inspection, turns out to be not quite what he
expected; a self-doubting young professional attends the posh
wedding of his successful friend and delivers a disastrous toast;
a man finds that the chicken his girlfriend is preparing for dinner
comes to embody the darkly corrosive element in their relation-
ship. The stories in *Sam the Cat* crackle with humor, intelligence,
and style and add up to an outrageously funny, unforgettable
debut.

"Klam doesn't so much write stories as compose fantastic
variations on a theme. The characters are so true, so
familiar . . . and then there's Klam's writing, a gift."
—*The Philadelphia Inquirer*

"A riveting, honest and unvarnished voice that sounds
like no one else's." —*Los Angeles Times*

"A knockout." —*The Oregonian*



| U.S. $17.00 | Can. $23.00 | Fiction/ Short Stories |

ISBN 978-0-375-72661-3

5 1 7 0 0

9 780375 726613

# WHO IS RICH?



"FUNNY, MADDENING... DEFIANTLY ORIGINAL... KLAM'S PROSE IS SO CLEAN, SO SELF-ASSURED, THAT IT FEELS LIKE A MIRACLE." — THE NEW YORK TIMES

"COMIC, WONDROUS, AND SAD." — THE NEW YORKER

"ALMOST SCARILY ASTUTE." — PEOPLE

"A DAZZLING MEDITATION ON MONOGAMY, PARENTHOOD, EROTIC LIBERATION... FULL OF SOUND AND FURY AND SIGNIFYING PRETTY MUCH EVERYTHING." — THE BOSTON GLOBE



*Matthew*

A NOVEL BY THE
AUTHOR OF
SAM THE CAT

*Klam*

100
NOTABLE BOOKS
The New York Times
Book Review
2017

### PRAISE FOR WHO IS RICH?

"*Who Is Rich?* is a very funny, very frank, and often shocking book about an affair between a man and a woman at an annual writers' conference at a beach town. It is shocking for its intelligent sex scenes and for its Matthew Klam–particular observations and its outrageous humor about the way people behave when they're in crisis. It is a book-long meditation on the nature of a marriage under the stress of children and financial pressures."

—*Vulture*

"By turns fierce, disturbing, and outright hilarious, *Who is Rich?* is much more than a novel of midlife crisis, it's a frank exploration of what it feels like to struggle as an artist and a man. Klam writes like a surgeon, with the sharpest of scalpels, and cuts to the bone."

—Jonathan Tropper

"Crazy brilliant—imagine a satirical, ruthlessly funny Richard Ford or a Philip Roth novel with bite."

—*The National Book Review*

"*Who Is Rich?* is a tantalizing novel—acute and smart and stark, but mostly it's unrelentingly funny about a large number of very inappropriate things. It's one of those rare books: You open it, then you're up all night. I was."

—Richard Ford

"Sometimes, miraculously, a writer manages to breathe some new life into the subject. . . . Matthew Klam, author of *Who Is Rich?,* turns out to be one of those writers. . . . Maybe it's a love story; maybe it's just a lust story, but either way, it's a fine accomplishment. Here's hoping we won't have to wait another seventeen years for the return of this singularly gifted writer."

—*The New York Times*

"*Who Is Rich?* is a gem within the canon of infidelity literature. [Rich Fischer] is a wonderful narrator, lacerating and gentle."

—*The New Yorker*

"I've arrived late at the brilliant bash that is *Who Is Rich?* and there's simply nothing left for me to say, except that I agree with every word my fellow partygoers have beat me to saying."

—Peter Cameron

"Bitingly funny and surprisingly relatable . . . Think John Irving with a side of Maria Semple."

—*PureWow*

"It's amazing to wait so long for a book, and for it to be everything you wanted. The most singular quality of Matthew Klam's writing is how alive it is. I loved every page of this book. It got into my bloodstream—and kind of destroyed me."

—Curtis Sittenfeld

"Matthew Klam's long-awaited second book, *Who Is Rich?,* is one of those novels with the rare power to mesmerize. . . . Klam is writing in the tradition of Updike, Bellow, and Roth, unspooling an unabashedly masculine account of midlife crisis.

But his female characters are never reduced to caricature. He sees in them a distinct but nuanced struggle for selfhood, [Rich's] wife, Robin, haunted by the death of her brother, while [his paramour] Amy contends with a mate who brutalizes her. . . . Klam has brought to life an indelible character, a man painfully alive on the page, cowardly in actions but utterly fearless in confronting hard truths we spend most of our lives evading."

—*The Boston Globe*

"Rich is a hard man to like, but he makes you laugh."

—Scott Simon, NPR

"Twenty-five years ago (it hardly seems possible) I read a story in *The New Yorker* called 'Sam the Cat' that made me laugh so hard I think I actually peed in my pants. Every so often, in the years that followed, a new Klam story would appear, as eagerly anticipated by his discerning fans as Salinger's in the fifties. Then the stories were collected in a book, the book was rightly acclaimed, and a long silence followed. My point? Matthew Klam is back, with a novel that's just about the last word on marriage, the creative life, and the pathos of middle age. Let us celebrate with tears of mirth and gratitude."

—Blake Bailey

"*Who Is Rich?* is the best dirty book of the summer. [It's] the story of an extramarital tangle between a self-lacerating graphic novelist and a one-percenter Connecticut mom. It's both bleak and joyous, creeping between the isolation of a fuckless marriage and the elusive thrill of the affair."

—*Men's Journal*

"With a perceptive eye and biting humor, [Rich] skewers the participants at the conference, 'an open-air looney bin,' including his own students and fellow faculty members. Rich may be a mildly depressed neurotic in the midst of a lengthy midlife crisis, but Klam ensures that he is also a profound, often-hilarious commentator on marriage, child rearing, and artistic endeavors."

—*Booklist*

"The book is hilarious. *Who Is Rich?* is also an important work of fiction, not only for the mastery of narrative techniques, but for the boldness of imagination. Not since Richard Yates's *Revolutionary Road* have I read a novel that delves so provocatively into the often painful machinations of marriage and the complexities of life with small children. Nothing has been withheld or dissembled. Matthew Klam is an original American storyteller of the first rank."

—Philip Schultz

"Love, lust, humor, jealousy . . . [*Who Is Rich?*] is everything a reader could hope for and more."

—*Travel + Leisure*

"Matthew Klam is a brilliant satirist and keen observer of Unequal America, and his new novel takes a hard look at society's extravagant hypocrisies. His work is thrilling and distinctive—and political in a way that is not always noted because it is also so funny. *Who Is Rich?* is long-awaited and first-rate."

—Lorrie Moore

"A sharp satire about art, sex, and money."

—*PopSugar*

"What a thrill to experience the fusion of Matthew Klam's fierce, kinetic prose with the mysteries of fatherhood and domesticity. *Who Is Rich?* is an electric amalgam of frustration and tenderness, wonder and rebellion: a paean to the obliterating power of parental love."

—Jennifer Egan

"Klam's first novel is an irreverent and at times absurdly inappropriate (which makes it all the more hilarious) story that touches on middle-life crises, parental love, and what it means to be an artist."

—*Domino*

"I just finished *Who Is Rich?* and I seriously, deeply love this book."

—Michael Cunningham

"Matthew Klam's *Who Is Rich?* totally reinvigorates the literary cliché of the male midlife crisis."

—*Slate*

"Like many people, I've been eagerly awaiting another book by Matthew Klam—and here it is, and it's a stunner. This, his first novel, is funny, dark, big, and bold. I read it straight through, with great pleasure and awe at all he knows about art, money, family, sex, kids, mortality, and shame. *Who Is Rich?* is not to be missed."

—Meg Wolitzer

"A tale of middle-aged ennui that gets sharper as it gets funnier."

—*Kirkus Reviews*

BY MATTHEW KLAM

*Sam the Cat*
*Who Is Rich?*

# WHO IS RICH?

# WHO IS RICH?

*A Novel*

## Matthew Klam

Drawings by John Cuneo



RANDOM HOUSE

New York

*Who Is Rich?* is a work of fiction. Apart from the well-known actual people, events, and locales that figure in the narrative, all names, characters, places, and incidents are the products of the author's imagination or are used fictitiously. Any resemblance to current events or locales, or to living persons, is entirely coincidental.

2018 Random House Trade Paperback Edition

Copyright © 2017 by Matthew Klam
Drawings copyright © 2017 by John S Cuneo
Q&A between Matthew Klam and Curtis Sittenfeld copyright © 2018 by Penguin Random House LLC

All rights reserved.

Published in the United States by Random House, an imprint and division of Penguin Random House LLC, New York.

RANDOM HOUSE and the HOUSE colophon are registered trademarks of Penguin Random House LLC.

Originally published in hardcover in the United States by Random House, an imprint and division of Penguin Random House LLC, in 2017.

Grateful acknowledgment is made to Aragi, Inc., for permission to reprint an excerpt from "Sea-Level Elegy" from Stag's Leap by Sharon Olds, copyright © 2012 by Sharon Olds. Reprinted by permission of Alfred A. Knopf, an imprint of Penguin Random House LLC and Aragi, Inc.

Library of Congress Cataloging-in-Publication Data
Names: Klam, Matthew, author.
Title: Who is Rich? : a novel / Matthew Klam.
Description: New York · Random House, 2017
Identifiers· LCCN 2016051687| ISBN 9780812987539 (paperback) | ISBN 9780812997996 (ebook)
Subjects: | BISAC: FICTION / Literary | FICTION / Family Life. | FICTION / Satire. | GSAFD: Satire.
Classification: LCC PS3561 L22 W48 2017 | DDC 813/.54—dc23
LC record available at https://lccn loc.gov/2016051687

Printed in the United States of America on acid-free paper

randomhousebooks.com

9 8 7 6 5 4 3 2 1

Book design by Caroline Cunningham

NAMED ONE OF THE BEST BOOKS OF THE YEAR BY
*THE NEW YORK TIMES* AND *THE WASHINGTON POST*

LONGLISTED FOR THE CENTER FOR FICTION FIRST NOVEL PRIZE

"An electric amalgam of frustration and tenderness, wonder and rebellion: a paean to the obliterating power of parental love."

"A contemporary masterpiece." — *SALON*

At a weeklong summer arts conference in a charming New England beachside town, a once-sort-of-famous cartoonist named Rich Fischer is trying not to think about his wife and kids at home, his unfinished book, his uncertain future, his debts and back taxes, or his desire for love and sensual human contact. But, of course, one of this year's attendees is forty-one-year-old painting student Amy O'Donnell: Unhappily married to a brutish Wall Street titan, she's a tall, beautiful zillionaire who is everything Rich despises. Rich and Amy met here a year ago, shared a moment of passion, then spent the winter months sending hot texts back and forth, and now they're back for another summer of artistic self-expression and more. And before the week ends and they have to return to the real world, Rich must decide: Will Amy rescue or destroy him?

"An irresistible comic novel ... In paragraphs that flow like conversation with a witty, troubled friend, [Matthew] Klam captures Rich's squirrelly consciousness, swinging from lust to despair, turning his comic eye on others and then on himself."

"Superb ... Like all great humorists, Klam is a sharp observer and he skewers his targets here with specificity and brio."
— MAUREEN CORRIGAN, *FRESH AIR*

"Libidinous, impulsive, sarcastic, bitter, casually suicidal, and committed to his art ... Rich is a worthy addition to American literature's distinguished line of hapless antiheroes."

### INCLUDES AN EXCLUSIVE CONVERSATION
### WITH CURTIS SITTENFELD



**A RANDOM HOUSE TRADE PAPERBACK**

Cover illustration Liana Finck

Find your next great read, and get the latest on our books and authors Sign up for the Random House newsletter randomhousebooks com

**U.S.A. $17.00** CANADA $23 00



ISBN 978-0-8129-8753-9    FICTION



"In this edge-of-your-seat tale, a man's disappearance has unexpected consequences for the women he's left behind." —*O, The Oprah Magazine*

LAURA LIPPMAN

*new york times* bestseller

# AFTER

L'M GONE

*a novel*

**P.S.** INSIGHTS, INTERVIEWS & MORE...

# After
# I'm
# Gone

## ALSO BY LAURA LIPPMAN

*And When She Was Good*

*The Most Dangerous Thing*

*I'd Know You Anywhere*

*Life Sentences*

*Hardly Knew Her*

*Another Thing to Fall*

*What the Dead Know*

*No Good Deeds*

*To the Power of Three*

*By a Spider's Thread*

*Every Secret Thing*

*The Last Place*

*In a Strange City*

*The Sugar House*

*In Big Trouble*

*Butchers Hill*

*Charm City*

*Baltimore Blues*

# After
# I'm
# Gone

## *Laura Lippman*

*wm*

WILLIAM MORROW
*An Imprint of* HarperCollins*Publishers*

This book is a work of fiction. The characters, incidents, and dialogue are drawn from the author's imagination and are not to be construed as real. Any resemblance to actual events or persons, living or dead, is entirely coincidental.

P.S.™ is a trademark of HarperCollins Publishers.

AFTER I'M GONE. Copyright © 2014 by Laura Lippman. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information address HarperCollins Publishers, 195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information please e-mail the Special Markets Department at SPsales@harpercollins.com.

A hardcover edition of this book was published in 2014 by William Morrow, an imprint of HarperCollins Publishers.

FIRST WILLIAM MORROW PAPERBACK EDITION PUBLISHED 2014.

Book design by Sunil Manchikanti

The Library of Congress has cataloged the hardcover edition as follows:
Lippman, Laura, 1959–
   After I'm gone / Laura Lippman.—First Edition.
      pages    cm.
   ISBN 978-0-06-208339-5
   I. Title.
PS3562.I586A69    2014
813'.54—dc23                                                                          2013018550

ISBN 978-0-06-208341-8 (pbk.)

ISBN 978-0-06-237198-0 (international edition)

14  15  16  17  18    OV/RRD    10  9  8  7  6  5  4  3  2  1

# *DEAD IS DEAD. MISSING IS GONE . . .*

When Felix Brewer vanishes on July 4, 1976, to avoid serving a fifteen-year prison sentence for mail fraud, he leaves behind five devastated women: his sophisticated wife, Bambi, their three lovely daughters, and his devoted young mistress, Julie. Though Bambi has no idea where her husband or his money might be, she suspects his mistress does. When Julie disappears ten years to the day after Felix went on the lam, everyone assumes she's left to join her old lover—until her remains are discovered in a secluded park.

Now, twenty-six years later, Roberto "Sandy" Sanchez, a retired Baltimore detective working cold cases for some extra cash, is investigating her murder. What he discovers is a tangled web of bitterness, jealousy, resentment, greed, and longing, stretching over five decades. And at its center is the enigmatic man who, though long gone, has never been forgotten by the women who loved him.

Felix Brewer left five women behind. Now there are four. Does one of them know the truth?

"Equal parts love story, tragedy and murder mystery, Lippman's latest thriller delivers twist and emotional depth with its tale of a philandering schemer whose long-time mistress turns up dead years after he skipped town."
*ENTERTAINMENT WEEKLY*

Since her debut in 1997, **LAURA LIPPMAN** has been heralded for her thoughtful, timely crime novels set in her beloved hometown of Baltimore. She is the author of twenty works of fiction, including eleven Tess Monaghan mysteries. She lives in Baltimore, New Orleans, and New York City with her family.

Friend 🄵 Facebook.com/LauraLippman
Follow 🄻 @LauraLippman

WILLIAM MORROW
*An Imprint of* HarperCollins*Publishers*
www.harpercollins.com

**P.S.** INSIGHTS, INTERVIEWS & MORE...

Cover design by Mary Schuck
Cover photograph © by Robert Jones/
Arcangel Images
Author photograph © by Jan Cobb



Visit www.AuthorTracker.com for exclusive information on your favorite HarperCollins authors.

Available from HarperAudio, HarperLuxe, and HarperCollins e-books

FICTION



ISBN 978-0-06-208341-8

51499

EAN

9 780062 083418

USA $14.99

0814



LARA LIPP AN

*new york times* ing author

IN A STRANGE

CITY

A Tess Monaghan Novel

# In a
# Strange City

Books by Laura Lippman

*Wilde Lake*
*Hush Hush*
*After I'm Gone*
*And When She Was Good*
*The Most Dangerous Thing*
*I'd Know You Anywhere*
*Life Sentences*
*Hardly Knew Her*
*Another Thing to Fall*
*What the Dead Know*
*No Good Deeds*
*To the Power of Three*
*By a Spider's Thread*
*Every Secret Thing*
*The Last Place*
*In a Strange City*
*The Sugar House*
*In Big Trouble*
*Butchers Hill*
*Charm City*
*Baltimore Blues*

# LAURA LIPPMAN

# In a Strange City

## A TESS MONAGHAN NOVEL

*wm*

WILLIAM MORROW
*An Imprint of* HarperCollins*Publishers*

This book is a work of fiction. The characters, incidents, and dialogue are drawn from the author's imagination and are not to be construed as real. Any resemblance to actual events or persons, living or dead, is entirely coincidental.

P.S.™ is a trademark of HarperCollins Publishers.

IN A STRANGE CITY. Copyright © 2001 by Laura Lippman. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information address HarperCollins Publishers, 195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information please e-mail the Special Markets Department at SPsales@harpercollins.com.

FIRST WILLIAM MORROW PAPERBACK PRINTING: MAY 2016

FIRST HARPER PREMIUM PRINTING: MARCH 2012

FIRST AVON BOOKS MASS MARKET PRINTING: OCTOBER 2002

FIRST WILLIAM MORROW HARDCOVER PRINTING: SEPTEMBER 2001

Library of Congress Cataloging-in-Publication Data has been applied for.

ISBN 978-0-06-240326-1

HB 08.19.2021

*New York Times* bestselling author Laura Lippman's Tess Monaghan must put her PI skills to the ultimate test when she falls into the crosshairs of a psychopath who knows everything about her . . .

For the past fifty years on the birth date of Edgar Allan Poe, a person wearing a cloak has placed three roses and a half bottle of cognac on the writer's gravesite. PI Tess Monaghan has never witnessed the event. But when John P. Kennedy, an eccentric antiques dealer, asks her to uncover the identity of the caped visitor, who he believes has duped him with the sale of an inauthentic antique, Tess decides to hold vigil on the night the cloaked stranger is expected to make an appearance. But the custom takes on a bizarre, fatal twist when *two* cloaked figures arrive. The imitator leaves his tribute and then makes his escape . . . after shooting the first visitor.

Warning bells tell Tess to steer clear of this case. But when roses and cognac appear on her doorstep, Tess's curiosity is piqued. She soon discovers that John P. Kennedy has vanished into thin air and much of what he told her was questionable. Then the identity of the shooting victim comes to light, and all clues seem to point to the possibility he was the target of a hate crime. But Tess isn't convinced. What was his connection to the decades-long Edgar Allan Poe tradition and to the killer? When more cryptic clues are left at her home, Tess realizes that someone is watching her every move . . . someone who's bent on killing again.



"Wonderful. . . . A moving . . . feast of a book."

Since **LAURA LIPPMAN's** debut in 1997, she has been heralded for thoughtful, timely crime novels set in her beloved hometown of Baltimore. Now a perennial *New York Times* bestseller, she lives in Baltimore and New Orleans with her family.

WILDE LAKE

LAURA LIPPMAN

Look for the New Novel from Laura Lippman

lauralippman.net   /lauralippman   @LauraMLippman

Available from HarperCollins e-books

DISCOVER GREAT AUTHORS, EXCLUSIVE OFFERS, AND MORE AT HC.COM.

ISBN 978-0-06-240326-1
0516
5 1 5 9 9
EAN
9 780062 403261

FICTION / MYSTERY   |   USA $15.99 / $19.99 CAN

WILLIAM MORROW
*An Imprint of HarperCollins Publishers*

P.S.
INSIGHTS,
INTERVIEWS
& MORE...



NEW YORK TIMES BESTSELLER

LUCY IN THE LAKE

STREAM ON
tv+

A NOVEL

LAURA LIPPMAN

"She's one of the best novelists around,
period." —WASHINGTON POST



**Praise for *LADY IN THE LAKE***

"Aching, thoughtful, and compulsively readable."
—*Vanity Fair*

"Elegantly written."
—Associated Press

"Demonstrates that Lippman . . . is both a skilled journalist and a masterful novelist."
—*Washington Post*

"[Lippman] seems to only be getting better."
—*Entertainment Weekly*

"Lippman's fans will devour this sophisticated crime novel."
—*Publishers Weekly* (starred review)

"Riveting. . . . A superb character study, a terrific newspaper novel, and a fascinating look at urban life and racial discrimination in the '60s."
—*Booklist* (starred review)

"A stylish, sexy, suspenseful period drama."
—*Kirkus Reviews* (starred review)

"As much a mystery as it is a stylized look at life in 1966 Baltimore. Another must read from Lippman."
—PopSugar

"DON'T MISS THIS NOVEL."
—ANNA QUINDLEN

## Praise for *Lady in the Lake*

"The closest writer America has to Ruth Rendell. . . . What makes this book special, even extraordinary, is that the crossword puzzle aspect is secondary. . . . [*Lady in the Lake*] reflects the gulf which then existed between what women were expected to be and what they aspired to be."                                        —Stephen King

"Don't miss this novel."

—Anna Quindlen, *New York Times* bestselling author

"A cavalcade of narrators—including Cleo's ghost, who wants Maddie to stop poking into her world—and Lippman's expert storytelling bring the city's tensions wondrously to life."          —*People*

"[Lippman] tells a classic mystery through the prism of many characters, all feeling the reverberations of dawning feminism and racial tension in civil-rights-era Baltimore. . . . *Lady in the Lake* is aching, thoughtful, and compulsively readable."          —*Vanity Fair*

"Baltimore in the mid-1960s is the setting of *Lady in the Lake*, the latest novel from the ever impressive Laura Lippman. . . . Lippman's book is revelatory, too, in showing the personal and professional costs to others—friends, loved ones, sources, witnesses—of Maddie's single-minded quest for achievement and recognition."

—*Wall Street Journal*

"Elegantly written, the novel moves with an eye to how people adapt to changes in culture, or maybe how an evolving culture causes shifts in people. . . . Lippman again proves she's a sharp observer of people, with an affinity for shaping complicated people in a refined plot."                                                                                     —Associated Press

"Inspired by the unsolved death of Shirley Parker . . . Lippman's ambitious novel weaves some 20 points of view into a seamless, vivid whole. The novel demonstrates that Lippman, a former *Baltimore Sun* reporter, is both a skilled journalist and a masterful novelist."
                                                                                                    —*Washington Post*

"Lippman's fans will devour this sophisticated crime novel, which captures the era's zeitgeist while painting a striking portrait of unapologetic female ambition."          —*Publishers Weekly* (starred review)

"The story is bigger than the crime, and the crime is bigger than its solution, making Lippman's skill as a mystery novelist work as icing on the cake. The racism, classism, and sexism of 50 years ago wrapped up in a stylish, sexy, suspenseful period drama."
                                                                                          —*Kirkus Reviews* (starred review)

"As much a mystery as it is a stylized look at life in 1966 Baltimore. Another must read from Lippman."                                                     —PopSugar

"Riveting. . . . This is a superb character study, a terrific newspaper novel, and a fascinating look at urban life and racial discrimination in the '60s. . . . Lippman's critical acclaim and sales figures continue to climb, and this genre-crossing thriller will extend her reach still further."                                                    —*Booklist* (starred review)

# LADY IN THE LAKE

ALSO BY LAURA LIPPMAN

*Sunburn*

*Wilde Lake*

*After I'm Gone*

*And When She Was Good*

*The Most Dangerous Thing*

*I'd Know You Anywhere*

*Life Sentences*

*What the Dead Know*

*To the Power of Three*

*Every Secret Thing*

*Hardly Knew Her*

TESS MONAGHAN SERIES

*Baltimore Blues*

*Charm City*

*Butchers Hill*

*In Big Trouble*

*The Sugar House*

*In a Strange City*

*The Last Place*

*By a Spider's Thread*

*No Good Deeds*

*Another Thing to Fall*

*The Girl in the Green Raincoat*

*Hush Hush*



# LADY IN THE LAKE

A NOVEL

# LAURA
# LIPPMAN



WILLIAM MORROW
*An Imprint of* HarperCollins*Publishers*



This is a work of fiction  Names, characters, places, and incidents are products of the author's imagination or are used fictitiously and are not to be construed as real  Any resemblance to actual events, locales, organizations, or persons, living or dead, is entirely coincidental

P.S.™ is a trademark of HarperCollins Publishers

LADY IN THE LAKE  Copyright © 2019 by Laura Lippman. Excerpt from DREAM GIRL © 2021 by Laura Lippman  All rights reserved  Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews  For information, address HarperCollins Publishers, 195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for educational, business, or sales promotional use  For information, please email the Special Markets Department at SPsales@harpercollins com

A hardcover edition of this book was published in 2019 by William Morrow, an imprint of HarperCollins Publishers

FIRST WILLIAM MORROW PAPERBACK EDITION PUBLISHED 2020.

*Designed by Fritz Metsch*

The Library of Congress has catalogued a previous edition as follows

Names  Lippman, Laura, 1959– author
Title  Lady in the lake : a novel / Laura Lippman.
Description  First edition | New York, NY  William Morrow, 2019.
Identifiers. LCCN 2018058807| ISBN 9780062390011 (hardback) | ISBN 0062390015 (hardcover) | ISBN 9780062390028 (paperback)
Subjects | BISAC FICTION / Suspense. | FICTION / Mystery & Detective / Women Sleuths. | FICTION / Mystery & Detective / Historical  | GSAFD  Suspense fiction  | Mystery fiction.
Classification  LCC PS3562.I586 L33 2019 | DDC 813/.54—dc23
LC record available at https //lccn.loc gov/2018058807

ISBN 978-0-06-239002-8 (pbk )

24 25 26 27 28  LBC  11 10 9 8 7

## "The closest writer America has to Ruth Rendell. . . . Extraordinary." —STEPHEN KING

In 1966, Baltimore is a city of secrets that everyone seems to know—everyone, that is, except Madeline "Maddie" Schwartz. Last year, she was a happy, even pampered housewife. This year, she's bolted from her marriage of almost twenty years, determined to make good on her youthful ambitions to live a passionate, meaningful life.

Maddie wants to matter, to leave her mark on a swiftly changing world. Drawing on her own secrets, she helps Baltimore police find a murdered girl—assistance that leads to a job at the city's afternoon newspaper, the *Star*. Working at the newspaper offers Maddie the opportunity to make her name, and she has found just the story to do it: a missing black woman whose body was discovered in the fountain of a city park lake.

Cleo Sherwood was a young woman who liked to have a good time. No one seems to know or care why she was killed except Maddie—and the dead woman herself. Maddie sets out to find the truth about Cleo's death, but Cleo's ghost, privy to this white woman's prying, wants to be left alone.

Maddie's investigation brings her into contact with people who used to be on the periphery of her life—a jewelry store clerk, a waitress, a rising star on the Baltimore Orioles, a patrol cop, a hardened female reporter, a lonely man in a movie theater. But for all her ambition and drive, Maddie fails to see the people right in front of her. Her inability to look beyond her own needs leads to tragedy and turmoil for all sorts of people—including the man who shares her bed, a black police officer who cares for Maddie more than she knows.

## "Revelatory." —WALL STREET JOURNAL



Since                          's debut in 1997, she has been recognized as a distinctive voice in mystery fiction and named one of the "essential" crime writers of the last hundred years. Her books have won most of the major awards in her field and been translated into more than twenty languages. She lives in Baltimore and New Orleans with her family.

lauralippman.com

Available from HarperAudio, HarperLuxe, and HarperCollins e-books

DISCOVER GREAT AUTHORS, EXCLUSIVE OFFERS, AND MORE AT HC.COM.

ISBN 978-0-06-239002-8

0520

*wm* WILLIAM MORROW

Cover design by Elsie Lyons
Cover photographs © Svetoslava Madarova/Arcangel (woman in front), © Hill Street Studios/Getty Images (woman in back)
Author photograph © Leslie Unruh

9  780062  390028

Fiction  |  USA $18.99  CAN $23.99



"Read it."
—GILLIAN FLYNN

"A masterful
mix from a total pro."
—PEOPLE

# SUNBURN

A NOVEL

# LAURA
# LIPPMAN

*NEW YORK TIMES*
BESTSELLING AUTHOR

**P.S.**
INSIGHTS,
INTERVIEWS
& MORE...

"Suspenseful as hell, and she writes like a dream. . . . Lippman's always good, but this is a CUT ABOVE."
—Stephen King

"One of the year's most INTRIGUING mysteries."
—Associated Press

"SPELLBINDING."
—*Wall Street Journal*

"Modern noir at its best."
—*Library Journal* (starred review)

"Plotty, PAGE-TURNING pleasure."
—*Kirkus Reviews* (starred review)

"This is Lippman at her observant, FIERCEST BEST, a force to be reckoned with in crime fiction."
—*Publishers Weekly* (starred review)

"Ingeniously constructed and EXTREMELY SUSPENSEFUL . . . keeps us guessing right up until its final moments."
—*Booklist* (starred review)

"COOL AND TWISTY." —*NEW YORK TIMES BOOK REVIEW*

## Widespread Acclaim for
# *Sunburn*

"A masterful mix from a total pro."                              *—People*

"Cool and twisty."                    *—New York Times Book Review*

"Suspenseful as hell, and she writes like a dream. . . . Lippman's always good, but this is a cut above."                    —Stephen King

"Every time Laura Lippman comes out with a new book, I get chills because I know I am back in the hands of the master. She is simply a brilliant novelist, an unflinching chronicler of life in America right now, and *Sunburn* is her dark, gleaming noir gem. Read it."

   —Gillian Flynn, #1 *New York Times* bestselling author of *Gone Girl*

"Laura Lippman continues to push the envelope of modern crime-writing. *Sunburn,* her take on noir, may be her nerviest novel yet, an unsparing look at how lovers can betray one another."

                    —Harlan Coben, #1 *New York Times* bestselling author

"Modern noir at its best, it will delight old-movie lovers, satisfy suspense readers, and reward Lippman's legion of fans."

                    *—Library Journal* (starred review)

"You can tell how much fun the author had updating the classic noir tropes, and it's contagious. Plotty, page-turning pleasure."

                    *—Kirkus Reviews* (starred review)

"This is Lippman at her observant, fiercest best, a force to be reckoned with in crime fiction."        —*Publishers Weekly* (starred review)

"Ingeniously constructed and extremely suspenseful, the novel keeps us guessing right up until its final moments. Lippman is a popular and dependable writer, and this homage to classic noir showcases a writer at the height of her powers."        —*Booklist* (starred review)

"This corkscrew of a book, with its psychological insights and sensual charisma, proves once again that Ms. Lippman, as a writer, is sui generis."                                                —*Wall Street Journal*

"The ingenious plot evolves into myriad twists that are as believable as they are surprising. . . . *Sunburn* delivers one of the year's most intriguing mysteries."                                —Associated Press

"Fast-paced and unpredictable, *Sunburn* is a smart, sly riff on love in a world of trouble that's puzzling until the very last piece falls into place."                        —Carina Chocano, Oprah.com

# SUNBURN

## ALSO BY LAURA LIPPMAN

*Wilde Lake*

*Hush Hush*

*After I'm Gone*

*And When She Was Good*

*The Girl in the Green Raincoat*

*The Most Dangerous Thing*

*I'd Know You Anywhere*

*Life Sentences*

*Hardly Knew Her*

*Another Thing to Fall*

*What the Dead Know*

*No Good Deeds*

*To the Power of Three*

*By a Spider's Thread*

*Every Secret Thing*

*The Last Place*

*In a Strange City*

*The Sugar House*

*In Big Trouble*

*Butchers Hill*

*Charm City*

*Baltimore Blues*

# SUNBURN

## A NOVEL

# LAURA LIPPMAN

WILLIAM MORROW
*An Imprint of* HarperCollins*Publishers*

This is a work of fiction. Names, characters, places, and incidents are products of the author's imagination or are used fictitiously and are not to be construed as real. Any resemblance to actual events, locales, organizations, or persons, living or dead, is entirely coincidental.

P.S.™ is a trademark of HarperCollins Publishers.

SUNBURN. Copyright © 2018 by Laura Lippman. Excerpt from WILDE LAKE copyright © 2016 by Laura Lippman. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information, address HarperCollins Publishers, 195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information, please e-mail the Special Markets Department at SPsales@harpercollins.com.

A hardcover edition of this book was published in 2018 by William Morrow, an imprint of HarperCollins Publishers.

FIRST WILLIAM MORROW PAPERBACK EDITION PUBLISHED 2018

Library of Congress Cataloging-in-Publication Data has been applied for.

ISBN 978-0-06-238998-5

18  19  20  21  22    RS/LSC    10  9  8  7  6  5  4  3  2  1

### "Extraordinary. . . . Lippman is a natural storyteller at the height of her powers."
—LEE CHILD, #1 *New York Times* bestselling author

*One is playing a long game. But which one?*

They meet at a local tavern in the small town of Belleville, Delaware. Polly is set on heading west. Adam says he's also just passing through. Yet she stays. And he stays— drawn to the mysterious redhead whose quiet stillness both unnerves and excites him Over the course of a punishing summer, Polly and Adam abandon themselves to a steamy, inexorable affair. Still, each holds something back from the other—dangerous even lethal, secrets.

Then someone dies. Was it an accident, or part of a plan? By now, Adam and Polly are so ensnared in each other's lives and lies that neither one knows how to get away—or even if they want to. Is their love strong enough to withstand the truth, or will it ultimately destroy them?

Something—or someone—has to give.
*Which one will it be?*

### "Laura Lippman continues to push the envelope of modern crime-writing." —HARLAN COBEN,
#1 *New York Times* bestselling author

### "Suspenseful as hell." —STEPHEN KING



Since **LAURA LIPPMAN**'s debut, she has won multiple awards and critical acclaim for provocative, timely crime novels se in her beloved hometown of Baltimore. Laura has been nominated for more than fifty awards for crime fiction and won almost twenty including the Edgar. Her books have been translated into more than twenty languages. Now a perennial *New York Times* bestselling author, she lives in Baltimore and New Orleans with her family.



www.lauralippman.net ∎/lauralippman ∎ @LauraMLippman

WILLIAM MORROW
*An Imprint of* HarperCollins*Publishers*



P.S.
INSIGHTS,
INTERVIEWS
& MORE...

Cover design by Elsie Lyons
Cover photographs·
© Masson/Shutterstock (woman),
© Olga Nikonova/Shutterstock (flames)
Author photograph by Leslie Unruh



Available from HarperAudio, HarperLuxe, and HarperCollins e-books
DISCOVER GREAT AUTHORS, EXCLUSIVE OFFERS, AND MORE AT HC.COM.

ISBN 978-0-06-238998-5

9 780062 389985    51699

Thrillers/Suspense  ∎  USA $16 99  CAN $21 00



*NEW YORK TIMES* BESTSELLER

# Laura
# Lippman

AUTHOR OF
*DREAM GIRL*

A NOVEL

# WHAT THE DEAD KNOW

"An intense psychological study of loss, filled with achingly real characters
and deep emotional resonance. . . . Lippman has not only expanded the frontiers of
genre fiction, she has enriched literature as a whole." —CHICAGO SUN-TIMES

# WHAT THE
# DEAD
# KNOW

**Also by Laura Lippman**

HARDLY KNEW HER
ANOTHER THING TO FALL
NO GOOD DEEDS
TO THE POWER OF THREE
BY A SPIDER'S THREAD
EVERY SECRET THING
THE LAST PLACE
IN A STRANGE CITY
THE SUGAR HOUSE
IN BIG TROUBLE
BUTCHERS HILL
CHARM CITY
BALTIMORE BLUES

*Coming Soon in Hardcover*
LIFE SENTENCES

Don't miss the next book by your favorite author.
Sign up now for AuthorTracker by visiting
www.AuthorTracker.com.

# WHAT THE
# DEAD
# KNOW

# LAURA
# LIPPMAN



**AVON**

*An Imprint of* HarperCollins*Publishers*

A hardcover edition of this book was published in March 2007 by William Morrow.

A paperback edition of this book was published in March 2008 by Harper paperbacks.

This book is a work of fiction. The characters, incidents, and dialogue are drawn from the author's imagination and are not to be construed as real. Any resemblance to actual events or persons, living or dead, is entirely coincidental.

WHAT THE DEAD KNOW. Copyright © 2007 by Laura Lippman. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information address HarperCollins Publishers, 10 East 53rd Street, New York, NY 10022.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information please write: Special Markets Department, Harper-Collins Publishers, 10 East 53rd Street, New York, NY 10022.

FIRST AVON PAPERBACK EDITION PUBLISHED 2009.

Designed by Rhea Braunstein

Library of Congress Cataloging-in-Publication Data is available upon request.

ISBN 978-0-06-177135-4

HB 11.04.2022

**One of the most acclaimed and honored writers in the field of crime fiction, Laura Lippman offers readers a gripping tale of deception and delusion, of family wounds and betrayals.**

hirty years ago, the Bethany girls, ages eleven and fifteen, disappeared from a Baltimore shopping mall. They never returned, their bodies were never recovered, and only painful questions remain. Now, in the aftermath of a rush-hour hit-and-run accident, a clearly disoriented woman is claiming to be Heather, the younger Bethany sister. Not a shred of evidence supports her story, and every lead she reluctantly offers takes the police to another dead end—a dying, incoherent man; a razed house; a missing grave. But she definitely knows something about that terrible day—and about the shocking fissures that the tragedy exposed in the foundation of a seemingly solid family.



Since **LAURA LIPPMAN**'s debut in 1997, she has been recognized as a distinctive voice in mystery fiction and named one of the "essential" crime writers of the last 100 years. Her books have won the major awards in her field and have been published in over thirty countries. She lives in Baltimore and New Orleans with her daughter.

www.lauralippman.com    lauralippman

@lauramlippman    lauramlippman

Available from HarperAudio, Harper Large Print, and HarperCollins e-books

DISCOVER GREAT AUTHORS, EXCLUSIVE OFFERS, AND MORE AT HC.COM

WILLIAM MORROW
*An Imprint of* HarperCollins*Publishers*

ISBN 978-0-06-177135-4

5 1 7 9 9

9 780061 771354

EAN

Fiction  |  USA $17.99  $21.99 CAN



*New York Times* **Bestselling Author**

# LAURA
# LIPPMAN

"*Wilde Lake* is a knockout.
You should get right on that."

—Stephen King

# WILDE LAKE

a novel

**P.S.**
INSIGHTS,
INTERVIEWS
& MORE

# WILDE LAKE

## ALSO BY LAURA LIPPMAN

*Hush Hush*
*After I'm Gone*
*And When She Was Good*
*The Most Dangerous Thing*
*I'd Know You Anywhere*
*Life Sentences*
*Hardly Knew Her*
*Another Thing to Fall*
*What the Dead Know*
*No Good Deeds*
*To the Power of Three*
*By a Spider's Thread*
*Every Secret Thing*
*The Last Place*
*In a Strange City*
*The Sugar House*
*In Big Trouble*
*Butchers Hill*
*Charm City*
*Baltimore Blues*



# WILDE LAKE

### A NOVEL

# LAURA LIPPMAN

wm

WILLIAM MORROW
*An Imprint of* HarperCollins*Publishers*

.

# HarperCollins
P U B L I S H E R S

This book is a work of fiction  The characters, incidents, and dialogue are drawn from the author's imagination and are not to be construed as real. Any resemblance to actual events or persons, living or dead, is entirely coincidental.

P.S ™ is a trademark of HarperCollins Publishers

WILDE LAKE  Copyright © 2016 by Laura Lippman. "Five Fires" © 2014 by Laura Lippman. All rights reserved  Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews  For information address HarperCollins Publishers, 195 Broadway, New York, NY 10007

HarperCollins books may be purchased for educational, business, or sales promotional use  For information, please e-mail the Special Markets Department at SPsales@harpercollins com

A hardcover edition of this book was published in 2016 by William Morrow, an imprint of HarperCollins Publishers

FIRST WILLIAM MORROW PAPERBACK EDITION PUBLISHED 2017

*Designed by Jaime Putorti*

Library of Congress Cataloging-in-Publication Data has been applied for

ISBN 978-0-06-208346-3

17  18  19  20  21   OV/RRD   10  9  8  7  6  5  4  3  2  1

**"One of [Lippman's] best . . . and most personal. . . . She's one of today's essential writers, and this, her 20th novel, reminds us why." —*Washington Post***

Luisa "Lu" Brant is the newly elected state's attorney of Howard County, Maryland, a job in which her widower father famously served. Fiercely intelligent and ambitious, she sees an opportunity to burnish her reputation by trying a homeless man accused of beating a woman to death in her home. It's not the kind of case that makes national headlines, but peaceful Howard County doesn't see many homicides.

As Lu prepares for the trial, the case dredges up painful memories, reminding her small but tight-knit family of the night when her brother, AJ, saved his best friend at the cost of another man's life. Only eighteen at the time, AJ was found to have acted in self-defense. Now Lu wonders if the events of 1980 happened as she remembers them. Long discrete memories begin to fit together, revealing connections and secrets that Lu never suspected.

The more she learns about her new case, the more questions arise about the past. Why was her brother's friend attacked? Who was the true victim? Lu discovers that the legal system, the bedrock of her entire life, can no longer provide comfort or even reliable answers. If there is such a thing as the whole truth, Lu realizes—possibly too late—that she would be better off not knowing what it is.

**"A heart-stopping . . . thriller."**
**—*O, The Oprah Magazine***

**"Serious literature that rises to the level of great crime fiction." —*Chicago Tribune***



Since her debut in 1997, **LAURA LIPPMAN** has won multiple awards and critical acclaim for provocative, timely crime novels set in her beloved hometown of Baltimore. Now a perennial *New York Times* bestselling author, she lives in Baltimore and New Orleans with her family.

www.lauralippman.net  /lauralippman  @LauraMLippman

*wm*  WILLIAM MORROW
*An Imprint of* HarperCollins*Publishers*

**P.S.**
INSIGHTS,
INTERVIEWS
& MORE...

Cover design by Owen Corrigan
Cover photograph © Bina Winkler/Millennium Images, UK
Cover image © Shutterstock (background)
Author photograph by Leslie Unruh

Available from HarperAudio, HarperLuxe, and HarperCollins e-books

DISCOVER GREAT AUTHORS, EXCLUSIVE OFFERS, AND MORE AT HC COM.

ISBN 978-0-06-208346-3    0217

5 1 5 9 9

9 780062 083463

Fiction  |  USA $15.99  CAN $19.99



Confidential

SILVERMAN000478

# PRAISE FOR
# *THE BEDWETTER*

"The strange combination of irreverent silliness and un-
diluted earnestness makes *The Bedwetter* more than just
funny business."                            —*Entertainment Weekly*

"It's irreverent, funny, and sometimes winningly serious."
                                                —*Los Angeles Times*

"Often hilarious and occasionally revelatory."
                                                —*New York Times*

"Deftly mixes the spit-take funny stuff with an unsentimen-
tal but enlightened look back at her not-so-charmed life
and career."                                    —*Vanity Fair*

"The risqué comedienne's memoir does not disappoint in the
laughs department. But there are also some surprisingly
poignant moments that give this book real heart."
                                                —*Cosmopolitan*

Confidential

SILVERMAN000479

# THE
# BEDWETTER



**STORIES OF COURAGE, REDEMPTION, AND PEE**

# SARAH SILVERMAN



*itbooks*
AN IMPRINT OF HARPERCOLLINS PUBLISHERS

Confidential

SILVERMAN000480

# *itbooks*

**A few names have been changed so
I don't hurt anyone's feelings or get sued.**

A hardcover edition of this book was published in 2010 by HarperCollins Publishers.

THE BEDWETTER. Copyright © 2010 by Sarah Silverman. All rights reserved. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information, address HarperCollins Pub-lishers, 10 East 53rd Street, New York, NY 10022.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information, please write: Special Markets Department, HarperCollins Pub-lishers, 10 East 53rd Street, New York, NY 10022.

First It Books edition published 2011.

Library of Congress Cataloging-in-Publication Data has been applied for.

ISBN 978-0-06-185645-7

11  12  13  14  15   OV/RRD   10 9 8 7 6 5 4 3 2 1

"Essential, devastating reading." —CHERYL STRAYED,
*THE NEW YORK TIMES BOOK REVIEW*

# NO VISIBLE BRUISES



What We Don't
Know About
Domestic Violence
Can Kill Us



## RACHEL LOUISE SNYDER
WITH A NEW AFTERWORD BY THE AUTHOR

BLOOMSBURY

196

Named a best book of the year by:

*The New York Times Book Review* * *Esquire* * Amazon *
*Kirkus Reviews* * *Library Journal* * *Publishers Weekly* *
*BookPage* * *Economist* * *BookRiot*

A *NEW YORK TIMES* TOP TEN BOOK OF THE YEAR
WINNER OF THE HILLMAN PRIZE FOR BOOK JOURNALISM
WINNER OF THE HELEN BERNSTEIN BOOK AWARD
WINNER OF THE J. ANTHONY LUKAS WORK-IN-PROGRESS AWARD
NATIONAL BOOK CRITICS CIRCLE AWARD FINALIST
LOS ANGELES TIMES BOOK PRIZE FINALIST
KIRKUS PRIZE FINALIST
BOOKTUBE PRIZE FINALIST
AMERICAN BAR ASSOCIATION SILVER GAVEL AWARD FINALIST

"Extraordinary." —*The New York Times*

"Compulsively readable . . . It will save lives."—*The Washington Post*

"Gut-wrenching, required reading." —*Esquire*

"A brilliant work" —*Ms. Magazine*

"An incredible piece of reporting." —*BookRiot*

"Should be required reading for lawmakers."
—*Star Tribune* (Minneapolis-St. Paul)

"A searing examination." —Melissa Jeltsen, *HuffPost*

"Essential, devastating reading." —Cheryl Strayed,
*The New York Times Book Review*

"Exemplary, moving reportage." —*Kirkus Reviews* (starred review)

More Praise for *No Visible Bruises*

"In its scope and seriousness—its palpable desire to spur change—this book invites reflection not only about violence but about writing itself. [Snyder] glides from history to the present day, from scene to analysis, with a relaxed virtuosity that filled me with admiration. —Parul Sehgal, *The New York Times* (Editor's Choice)

"Snyder [goes] both wide and deep . . . Her empathy for the victims is powerful, and infectious. But so is her interest in the perpetrators, some of whom may be able to recover, to change and atone." —*Los Angeles Times*

"Snyder's in-depth reporting and vivid writing imbue the book with drama and tension . . . A welcome addition to the efforts that bring this brutal crime out from behind closed doors and provide hope for the future." —*Los Angeles Review of Books*

"It is the dark matter of violent crime: unseen but everywhere. This investigation into domestic violence in America blends harrowing testimony with persuasive recommendations on how to help victims and perpetrators. A book that manages to be both personal and panoramic, angry and hopeful." —*The Economist*

"Compassionately-reported . . . A vital resource to readers looking to understand a pervasive problem." —*Forward*

"[A] powerful investigation into intimate partner abuse . . . Penetrating and wise, and written in sometimes novelistic prose, Snyder's sobering analysis will reward readers' attention." —*Publishers Weekly* (starred review)

"All of us have a stake in becoming more aware of and responsive to private violence, and this book proves why." —*BookPage* (starred review)

"Snyder's chilling body of evidence shows that domestic abuse is a pervasive epidemic that can and does happen everywhere." —*Booklist*

"We can't afford not to be talking about domestic violence. Snyder argues that it has reached epidemic proportions in the country—it accounts for 15 percent of all violent crimes—with devastating effect." —*The New York Times*

"Snyder returns humanity to the horrifying larger issue . . . Placing domestic violence in relationship to issues of economics, education, employment, the criminal justice system and other, more 'public' types of violence . . . *No Visible Bruises* speaks with urgency about solving a problem that, however invisible, affects us all." —*Shelf Awareness*

"Coldly sobering, Snyder's *No Visible Bruises* will ignite lost empathy and renew our spirit for justice." —*Police News*

"An invaluable study of domestic violence. Even those who are familiar with the topic will learn a great deal from this book . . . Rich with both up-to-date statistics and the words of the survivors themselves, including the parents of the victim, this is both a critical resource and a page turner. This book could save lives." —*Choice*

"Important . . . If this violence we call 'domestic' seems alien to you, something that happens only to an unfortunate few others? This book will teach you how prevalent it is." —*Chicago Tribune*

"Harrowing and deeply affecting . . . A powerful inducement, for agencies and individuals in a position to help victims, to be proactive and vigilant." —*The Lewiston Tribune*

"There is a compelling determination to Snyder's writing as well as to her suggestion that if we tell these stories enough, that if we find the right way to tell them, then maybe someday we won't have to tell them anymore." —*Ploughshares*

"*No Visible Bruises* is a seminal and breathtaking account of why home is the most dangerous place to be a woman. Through brilliant insights and myth-busting research, compelling storytelling, and a passionate focus on truth-telling, Rachel Louise Snyder places domestic violence exactly where it should be, smack in the center of everything. A tour de force." —V (formerly Eve Ensler), author of *The Vagina Monologues*, *The Apology*, and *Reckoning*

"A fair and balanced telling of an unfair and unbalanced crisis in American family life. Snyder writes with stark lucidity and great compassion, and tells stories of utmost urgency with considerable narrative skill." —Andrew Solomon, National Book Award–winning, bestselling author of *The Noonday Demon*, *Far from the Tree*, and *Far and Away*

"I cannot imagine how Rachel Louise Snyder had the strength to write this book—it's like the journal of a war correspondent . . . *No Visible Bruises* is a keening for the battered and a shout of outrage for the lost, a case for the higher awareness that could make us better humans." —Ted Conover, author of *Newjack*, and director of NYU's Arthur L. Carter Journalism Institute

"*No Visible Bruises* snapped open my eyes to the direct link between patriarchal entitlement and violence against women, between the way men are

raised to the way women are treated . . Snyder's is an indispensable, important book." —Carina Chocano, author of *You Play the Girl*

"Snyder's singular achievement is that she illuminates the dark corners of this specter as a way to understand it and thus eliminate it." —J. Anthony Lukas Prize, Judges' Citation for *No Visible Bruises*

"I'm reading the book *No Visible Bruises* which points out that between 2,000 and 2,006 more American women died from domestic homicide than American soldiers died on the battlefield. It is shocking that across the world the most dangerous place for women today is the home . . If there is a fight in this life, it must be for freedoms and rights. And if we have our freedom, we must fight for others who don't." —Angelina Jolie

"A book that, genuinely, I feel is sorely needed." —Trevor Noah

"Required reading for every young man and boy in the world." —Terry Crews

"This was a phenomenal book, empathetic, complex, deeply reported, urgent" —Sarah Menkedick

"I wish @RLSWrites's masterpiece *No Visible Bruises* had been published when I was reporting Dr. Elana Fric's murder. It shows that domestic violence, what she calls 'intimate partner terrorism,' does not discriminate by class or culture. Home is the most dangerous place, everywhere" —Michael Lista

"@RLSWrites's book should be required reading for everyone who covers this type of violence." —Andrea González-Ramírez

"*No Visible Bruises* was one of the best books I read all year." —Shoshana Walter

"[*No Visible Bruises*] changed everything." —Jacquelyn Campbell, professor, the Anna D. Wolfe Chair in the Johns Hopkins School of Nursing, and a national leader in research and advocacy in the field of domestic and intimate partner violence (IPV)

# NO VISIBLE BRUISES

`

.

BY THE SAME AUTHOR

*What We've Lost Is Nothing: A Novel*

*Fugitive Denim: A Moving Story of People and Pants*
*in the Borderless World of Global Trade*

# NO VISIBLE BRUISES

What We Don't
Know About
Domestic Violence
Can Kill Us

**RACHEL LOUISE SNYDER**

B L O O M S B U R Y   P U B L I S H I N G

NEW YORK • LONDON • OXFORD • NEW DELHI • SYDNEY

BLOOMSBURY PUBLISHING
Bloomsbury Publishing Inc.
1385 Broadway, New York, NY 10018, USA

BLOOMSBURY, BLOOMSBURY PUBLISHING, and the Diana logo are
trademarks of Bloomsbury Publishing Plc

First published in the United States 2019
This paperback edition published 2020
Copyright © Rachel Louise Snyder, 2019

Certain portions from this book first appeared in the *New Yorker* in
slightly different form

This is a work of nonfiction. However, the author has changed the names and redacted
identifying characteristics of certain people to protect their privacy

All rights reserved No part of this publication may be reproduced or transmitted in
any form or by any means, electronic or mechanical, including photocopying,
recording, or any information storage or retrieval system, without prior
permission in writing from the publishers

Bloomsbury Publishing Plc does not have any control over, or responsibility for,
any third-party websites referred to or in this book All internet addresses given in this
book were correct at the time of going to press The author and publisher regret any
inconvenience caused if addresses have changed or sites have ceased to exist,
but can accept no responsibility for any such changes

ISBN HB 978-1-63557-097-7, PB 978-1-63557-098-4, eBook 978-1-63557-099-1

LIBRARY OF CONGRESS CATALOGING-IN-PUBLICATION DATA

Names Snyder, Rachel Louise, author
Title. No visible bruises what we don't know about domestic violence
can kill us / Rachel Louise Snyder
Description· New York, NY Bloomsbury Publishing Inc , 2019 |
Includes bibliographical references and index
Identifiers LCCN 2018053597 | ISBN 9781635570977 (hardback) |
ISBN 9781635570991 (ebook)
Subjects· LCSH Family violence—United States |
Victims of family violence—United States.
Classification LCC HV6626 2 S59 2019 | DDC 362 82/920973—dc23
LC record available at https.//lccn loc gov/2018053597
6 8 10 9 7 5

Typeset by Westchester Publishing Services
Printed and bound in the U S A by Berryville Graphics Inc , Berryville, Virginia

To find out more about our authors and books visit www bloomsbury com
and sign up for our newsletters

Bloomsbury books may be purchased for business or promotional use For
information on bulk purchases please contact Macmillan Corporate and
Premium Sales Department at specialmarkets@macmillan com

**VIOLENCE INSIDE THE HOME IS NOT A PRIVATE MATTER**; it's a public epidemic, and yet it remains locked in silence, even as its tendrils reach unseen into so many of our most pressing concerns, from mass shootings to mass incarceration to #MeToo.

Award-winning journalist Rachel Louise Snyder urgently discredits the common myths by immersing us in the true stories of victims, perpetrators, survivors, law enforcement, and reform movements from across the country. Gripping, rigorous, and bent on real change, *No Visible Bruises* explores the roots of private violence, its far-reaching consequences for society, and what it will take to truly address it.

<div align="center">

"Gut-wrenching, required reading."
*—ESQUIRE*

"Terrifying, courageous reportage from our internal war zone."
**—ANDREW SOLOMON**

"Extraordinary . . . This is a writer using every tool at her disposal
to make this story come alive, to make it matter."
**—PARUL SEHGAL, *THE NEW YORK TIMES* (EDITORS' CHOICE)**

</div>



**RACHEL LOUISE SNYDER**'s work has appeared in the *New Yorker*, the *New York Times Magazine*, the *Washington Post*, the *New Republic*, the *Atlantic*, and elsewhere. She is the author of *Fugitive Denim* and the novel *What We've Lost Is Nothing*. A 2020–2021 Guggenheim Fellow, Snyder is a professor of creative writing and journalism at American University. She lives in Washington, D.C.
Follow her on Twitter at @RLSWrites

COVER DESIGN  KATYA MEZHIBOVSKAYA
COVER PHOTOGRAPH  NOJUSTICE/GETTY IMAGES
AUTHOR PHOTOGRAPH  DON RUTLEDGE



READING GROUP GUIDE ONLINE
WWW BLOOMSBURY COM

U S  $18 00/CAN  $24 00

ISBN 978 1 63557-098-4



www bloomsbury com



# Embraced

## 100 DEVOTIONS

*to Know God Is*

*Holding You Close*

Lysa TerKeurst



THOMAS NELSON
*Since 1798*

© 2018 Lysa TerKeurst

All rights reserved. No portion of this book may be reproduced, stored in a retrieval system, or transmitted in any form or by any means—electronic, mechanical, photocopy, recording, scanning, or other—except for brief quotations in critical reviews or articles, without the prior written permission of the publisher.

Published in Nashville, Tennessee, by Thomas Nelson. Thomas Nelson is a registered trademark of HarperCollins Christian Publishing, Inc.

Thomas Nelson titles may be purchased in bulk for educational, business, fund-raising, or sales promotional use. For information, please e-mail SpecialMarkets@ThomasNelson.com.

Unless otherwise noted, Scripture quotations are taken from the Holy Bible, New International Version®, NIV®. Copyright © 1973, 1978, 1984, 2011 by Biblica, Inc.® Used by permission of Zondervan. All rights reserved worldwide. www.zondervan. The "NIV" and "New International Version" are trademarks registered in the United States Patent and Trademark Office by Biblica, Inc.®

Scripture quotations marked ESV are from the ESV® Bible (The Holy Bible, English Standard Version®). Copyright © 2001 by Crossway, a publishing ministry of Good News Publishers. Used by permission. All rights reserved.

Scripture quotations marked HCSB are from the Holman Christian Standard Bible®. Copyright © 1999, 2000, 2002, 2003, 2009 by Holman Bible Publishers. Used by permission. HCSB® is a federally registered trademark of Holman Bible Publishers.

Scripture quotations marked NASB are from the New American Standard Bible®, Copyright © 1960, 1962, 1963, 1968, 1971, 1972, 1973, 1975, 1977, 1995 by The Lockman Foundation. Used by permission. (www.Lockman.org)

Scripture quotations marked NKJV are from the New King James Version®. © 1982 by Thomas Nelson. Used by permission. All rights reserved.

Scripture quotations marked NLT are from the *Holy Bible*, New Living Translation. © 1996, 2004, 2007, 2013, 2015 by Tyndale House Foundation. Used by permission of Tyndale House Publishers, Inc., Carol Stream, Illinois 60188. All rights reserved.

Scripture quotations marked THE VOICE are from The Voice™. © 2012 by Ecclesia Bible Society. Used by permission. All rights reserved. Note: Italics in quotations from The Voice are used to "indicate words not directly tied to the dynamic translation of the original language" but that "bring out the nuance of the original, assist in completing ideas, and . . . provide readers with information that would have been obvious to the original audience" (*The Voice*, preface).

Any Internet addresses, phone numbers, or company or product information printed in this book are offered as a resource and are not intended in any way to be or to imply an endorsement by Thomas Nelson, nor does Thomas Nelson vouch for the existence, content, or services of these sites, phone numbers, companies, or products beyond the life of this book.

ISBN 978-1-4003-1030-2 (eBook)

**Library of Congress Cataloging-in-Publication Data**

ISBN 978-1-4003-1029-6 (HC)

*Printed in China*

18 19 20 21 22  DSC  10 9 8 7 6 5 4 3 2 1

# MADE TO
# CRAVE
## Devotional

Confidential

TerKeurst010504

## Also by Lysa TerKeurst

*Am I Messing Up My Kids?*

*Becoming More Than a Good Bible Study Girl*

*Becoming More Than a Good Bible Study Girl* video curriculum

*Capture His Heart* (for wives)

*Capture Her Heart* (for husbands)

*Leading Women to the Heart of God*

*Living Life on Purpose*

*Made to Crave*

*Made to Crave* video curriculum

*Made to Crave Action Plan* video curriculum

*Made to Crave for Teens*

*What Happens When Women Say Yes to God*

*What Happens When Women Say Yes to God* video curriculum

*What Happens When Women Walk in Faith*

*Who Holds the Key to Your Heart?*

Confidential

TerKeurst010505

# MADE TO
# CRAVE
## *Devotional*

**60 Days** TO CRAVING GOD, NOT FOOD

## LYSA TERKEURST
*New York Times* Bestselling Author



ZONDERVAN®

ZONDERVAN.com/
AUTHORTRACKER
*follow your favorite authors*

0310334705_MadetoCrave_Dev_sc_cs5.indd   3
9/26/11   3:21 pm

ZONDERVAN

*Made to Crave Devotional*
Copyright © 2011 by Lysa TerKeurst

This title is also available as a Zondervan ebook. Visit www.zondervan.com/ebooks.

This title is also available in a Zondervan audio edition. Visit www.zondervan.fm.

Requests for information should be addressed to:
Zondervan, *Grand Rapids, Michigan 49530*

ISBN 978-0-310-33470-5

All Scripture quotations, unless otherwise indicated, are taken from The Holy Bible, *New International Version®, NIV®.* Copyright © 1973, 1978, 1984, 2011 by Biblica, Inc.™ Used by permission. All rights reserved worldwide. Scripture quotations marked MSG are taken from *The Message.* Copyright © 1993, 1994, 1995, 1996, 2000, 2001, 2002. Used by permission of NavPress Publishing Group. Scripture quotations marked NASB are taken from the *New American Standard Bible.* Copyright © 1960, 1963, 1968, 1971, 1972, 1973, 1975, 1977, 1995 by The Lockman Foundation. Used by permission. Scripture quotations marked NLT are taken from the *Holy Bible, New Living Translation,* copyright © 1996, 2004. Used by permission of Tyndale House Publishers, Inc., Wheaton, Illinois. All rights reserved.

Any Internet addresses (websites, blogs, etc.) and telephone numbers in this book are offered as a resource. They are not intended in any way to be or imply an endorsement by Zondervan, nor does Zondervan vouch for the content of these sites and numbers for the life of this book.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means — electronic, mechanical, photocopy, recording, or any other — except for brief quotations in printed reviews, without the prior permission of the publisher.

Published in association with the literary agency of Fedd & Company, Inc., Post Office Box 341973, Austin, TX 78734.

Cover design: Curt Diepenhorst
Cover photography: Getty Image®
Interior design: Beth Shagene

*Printed in the United States of America*

11 12 13 14 15 16 /DCI/ 22 21 20 19 18 17 16 15 14 13 12 11 10 9 8 7 6 5 4 3 2 1

0310334705_MadetoCrave_Dev_sc_cs5.indd  4        9/26/11  3:21 pm

Confidential

TerKeurst010507

# UNGLUED
## Devotional

Confidential

TerKeurst014757

### Also by Lysa TerKeurst

*Am I Messing Up My Kids?*

*Becoming More Than a Good Bible Study Girl*

*Becoming More Than a Good Bible Study Girl* video curriculum

*Capture His Heart* (for wives)

*Capture Her Heart* (for husbands)

*Leading Women to the Heart of God*

*Living Life on Purpose*

*Made to Crave*

*Made to Crave Devotional*

*Made to Crave for Teens*

*Made to Crave* video curriculum

*Made to Crave Action Plan* video curriculum

*Unglued*

*Unglued* video curriculum

*What Happens When Women Say Yes to God*

*What Happens When Women Say Yes to God* video curriculum

*What Happens When Women Walk in Faith*

*Who Holds the Key to Your Heart?*

Confidential

TerKeurst014758



# UNGLUED
## *Devotional*

60 DAYS OF IMPERFECT PROGRESS



## LYSA TERKEURST

*NEW YORK TIMES BESTSELLING AUTHOR*



**ZONDERVAN**®

ZONDERVAN.com/
AUTHORTRACKER
*follow your favorite authors*

Confidential

TerKeurst014759



ZONDERVAN

*Unglued Devotional*
Copyright © 2012 by Lysa TerKeurst

This title is also available as a Zondervan ebook. Visit www.zondervan.com/ebooks.

This title is also available in a Zondervan audio edition. Visit www.zondervan.fm.

Requests for information should be addressed to:
*Zondervan, Grand Rapids, Michigan 49530*

Library of Congress Cataloging-in-Publication Data

Author LName, First.
    The title of the book : the subtitle, if any / the Author's Name.
      p. cm.
    Includes bibliographical references and index [if applicable].
    ISBN 978-0-310-32032-6
    1. Subject one. 2. Subject two. I. Title.
    AA000.0.A00  2004
    000.00—dc20          200900000

All Scripture quotations, unless otherwise indicated, are taken from The Holy Bible, *New International Version®, NIV®.* Copyright © 1973, 1978, 1984, 2011 by Biblica, Inc.™ Used by permission. All rights reserved worldwide. Scripture quotations marked ESV are taken from *The Holy Bible, English Standard Version,* copyright © 2001 by Crossway Bibles, a division of Good News Publishers. Used by permission. All rights reserved. Scripture quotations marked NASB are taken from the *New American Standard Bible.* Copyright © 1960, 1962, 1963, 1968, 1971, 1972, 1973, 1975, 1977, 1995 by The Lockman Foundation. Used by permission. Scripture quotations marked NLT are taken from the *Holy Bible, New Living Translation,* copyright © 1996, 2004. Used by permission of Tyndale House Publishers, Inc., Wheaton, Illinois. All rights reserved. Scripture quotations marked MSG are taken from *The Message.* Copyright © 1993, 1994, 1995, 1996, 2000, 2001, 2002. Used by permission of NavPress Publishing Group.

Any Internet addresses (websites, blogs, etc.) and telephone numbers in this book are offered as a resource. They are not intended in any way to be or imply an endorsement by Zondervan, nor does Zondervan vouch for the content of these sites and numbers for the life of this book.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means—electronic, mechanical, photocopy, recording, or any other—except for brief quotations in printed reviews, without the prior permission of the publisher.

Published in association with the literary agency of Fedd & Company, Inc., Post Office Box 341973, Austin, TX 78734.

Cover design: Curt Diepenhorst
Cover photography: Helena Inkeri / GettyImages®
Interior design: Beth Shagene

*Printed in the United States of America*

12 13 14 15 16 17 18 /DCI/ 22 21 20 19 18 17 16 15 14 13 12 11 10 9 8 7 6 5 4 3 2 1



9780310320326_Unglued_Dev_1a_sc_int_cs5.indd  4              9/4/12  11:31 am

Confidential

TerKeurst014760



PRAISE FOR

# After Tupac and D Foster

"A slender, note-perfect novel."
—*THE WASHINGTON POST*

"Woodson [has] created moments of humanity that the girls
respond to with whole hearts. They wear innocence like
polished armor, and it shines."
—*THE NEW YORK TIMES BOOK REVIEW*

★ "Will immediately appeal to teens, and the emotions and
high-quality writing make it a book well worth recommending."
—*SCHOOL LIBRARY JOURNAL*, starred review

"The subtlety and depth with which the author conveys
the girls' relationships lend this novel exceptional
vividness and staying power."
—*PUBLISHERS WEEKLY*

"Jacqueline Woodson has written another absorbing story
that all readers—especially those who have felt the loss
of a friendship—will identify with."
—*CHILDREN'S LITERATURE*

"Woodson creates a thought-provoking story about the
importance of acceptance and connections in life."
—*VOICE OF YOUTH ADVOCATES*



$8.99 USA / $11.99 CAN
ISBN 978-0-14-241399-9

# FULL CIRCLE

D Foster showed up a few months before Tupac got shot that first time and left us the summer before he died. By the time her mama came and got her and she took one last walk out of our lives, I felt like we'd grown up and grown old and lived a hundred lives in those few years that we knew her. But we hadn't really. We'd just gone from being eleven to being thirteen. Three girls. Three the Hard Way. In the end, it was just me and Neeka again.

**ALSO BY JACQUELINE WOODSON**

*Behind You*

*Beneath a Meth Moon*

*Between Madison and Palmetto*

*Brown Girl Dreaming*

*The Dear One*

*Feathers*

*From the Notebooks of Melanin Sun*

*Harbor Me*

*The House You Pass on the Way*

*Hush*

*If You Come Softly*

*I Hadn't Meant to Tell You This*

*Last Summer with Maizon*

*Lena*

*Locomotion*

*Maizon at Blue Hill*

*Miracle's Boys*

*Peace, Locomotion*

# After Tupac
## and D Foster

# JACQUELINE WOODSON

## After Tupac and D Foster



PUFFIN BOOKS

PUFFIN BOOKS
An imprint of Penguin Random House LLC, New York



First published in the United States of America by G. P. Putnam's Sons, 2008
Published by Puffin Books, an imprint of Penguin Random House LLC, 2010

Copyright © 2008 by Jacqueline Woodson

Penguin supports copyright. Copyright fuels creativity, encourages diverse voices,
promotes free speech, and creates a vibrant culture. Thank you for buying an authorized
edition of this book and for complying with copyright laws by not reproducing, scanning,
or distributing any part of it in any form without permission. You are supporting writers
and allowing Penguin to continue to publish books for every reader.

Visit us online at penguinrandomhouse.com

THE LIBRARY OF CONGRESS HAS CATALOGED THE G. P. PUTNAM'S SONS EDITION AS FOLLOWS:
Woodson, Jacqueline
After Tupac and D Foster / Jacqueline Woodson
p. cm.
Summary: In the New York City borough of Queens in 1996, three girls bond over
their shared love of Tupac Shakur's music, as together they try to make sense
of the unpredictable world in which they live
ISBN 978-0-399-24654-8 (hc)
[1. Coming of age—Fiction. 2. Friendship—Fiction. 3. Shakur, Tupac, 1971–1996—Fiction.
4. African-Americans—Fiction. 5. Queens (New York, N.Y.)—Fiction.]
I. Title
PZ7.W84945Af 2008
[Fic]—dc22    2007023725

Puffin Books ISBN 9780142413999

Printed in Canada

This is a work of fiction. Names, characters, places, and incidents either
are the product of the author's imagination or are used fictitiously, and
any resemblance to actual persons, living or dead, businesses
companies, events, or locales is entirely coincidental.

26

# D Foster showed up a few months before Tupac got shot that first time.

When D Foster enters Neeka's and her best friend's lives, their world opens up. D's the kind of girl who's been places and attracts attention. Before long the three are inseparable, bonded by a passion for the music of Tupac Shakur. Then, all too soon, D's mom swoops in to reclaim D—and as magically as she appeared, she disappears from their lives. Tupac is gone, too, after another shooting—this time fatal. And the girls are left to ponder how even the briefest connections can touch so deeply. . . .

"Woodson [has] created moments of humanity that the girls respond to with whole hearts. They wear innocence like polished armor, and it shines."
—*THE NEW YORK TIMES BOOK REVIEW*

"A slender, note-perfect novel."
—*THE WASHINGTON POST*

★ "Will immediately appeal to teens, and the emotions and high-quality writing make it a book well worth recommending."
—*SCHOOL LIBRARY JOURNAL*, **starred review**

"The subtlety and depth with which the author conveys the girls' relationships lend this novel exceptional vividness and staying power."
—*PUBLISHERS WEEKLY*

"[An] absorbing story that all readers—especially those who have felt the loss of a friendship—will identify with."
—*CHILDREN'S LITERATURE*

A Newbery Honor Book
A CCBC Choice
An ALA Best Book for Young Adults



**PUFFIN**    Ages 10 up
**Penguin.com/Middle-Grade**

$8.99 USA / $11.99 CAN
ISBN 978-0-14-241399-9

5 0 8 9 9

9 780142 413999

**jacquelinewoodson.com**

Tupac Shakur photo © Chi Modu/diverseimages
Snow angel photo © Tobin Rogers/Alamy
Cover design Theresa Evangelista



"THE NOVEL UNFOLDS AS MEMORY
DOES, IN BURNING FLASHES,
THICK WITH DETAIL."
—NEW YORK TIMES
BOOK REVIEW

or August, running into a long-ago friend sets in motion resonant memories, and transports her to a time and place she thought she had mislaid: 1970s Brooklyn, where friendship was everything.

August, Sylvia, Angela, and Gigi shared confidences as they ambled their neighborhood streets, a place where the girls believed that they were amazingly beautiful, brilliantly talented, with a future that belonged to them.

But beneath the hopeful promise there was another Brooklyn, a dangerous place where grown men reached for innocent girls in dark hallways, where mothers disappeared, where fathers found religion, and where madness was a mere sunset away.

Jacqueline Woodson's *Another Brooklyn* heartbreakingly illuminates the formative period when a child meets adulthood—when precious innocence meets the all-too-real perils of growing up. In prose exquisite and lyrical, sensuous and tender, Woodson breathes life into memories, portraying an indelible friendship that united young lives.

*Another Brooklyn* is an enthralling work of literature from one of our most gifted novelists.

227

PRAISE FOR
*Another Brooklyn*

"Woodson's unsparing story of a girl becoming a woman recalls some of the genre's all-time greats: *A Tree Grows in Brooklyn*, *The Bluest Eye*, and especially, with its darkly poetic language, *The House on Mango Street*."                                        —Sarah Begley, *Time*

"An engrossing novel about friendship, race, the magic of place, and the relentlessness of change."                                        —*People*

"Woodson manages to remember what cannot be documented, to suggest what cannot be said. *Another Brooklyn* is another name for poetry."                                        —*Washington Post*

"Woodson does for young black girls what short story master Alice Munro does for poor rural ones: she imbues their everyday lives with significance."                                        —*Elle*

"In Jacqueline Woodson's soaring choral poem of a novel . . . four young friends . . . navigate the perils of adolescence, mean streets, and haunted memory in 1970s Brooklyn, all while dreaming of escape."                                        —*Vanity Fair*

"*Another Brooklyn* joins the tradition of studying female friendships and the families we create when our own isn't enough, like that of Toni Morrison's *Sula*, Tayari Jones's *Silver Sparrow* and *Zami: A New Spelling of My Name* by Audre Lorde. Woodson uses her expertise at portraying the lives of children to explore the power of memory, death, and friendship."                                        —*Los Angeles Times*

"It is the personal encounters that form the gorgeous center of this intense, moving novel. . . . Structured as short vignettes, each reading more like prose poetry than traditional narrative, the novel unfolds as memory does, in burning flashes, thick with detail . . ."                                        —*New York Times*

"With *Another Brooklyn*, Jacqueline Woodson has delivered a love letter to loss, girlhood, and home. It is a lyrical, haunting exploration of family, memory, and other ties that bind us to one another and the world."                                        —*Boston Globe*

"Woodson writes lyrically about what it means to be a girl in America, and what it means to be black in America. Each sentence is taut with potential energy, but the story never bursts into tragic flames; it stays strong and subtle throughout." **—The Huffington Post**

"Gorgeously written and moving, *Another Brooklyn* is an examination of the complexities of youth and adolescence, loss, friendship, family, race, and religion." **—Jarry Lee, BuzzFeed**

"[E]ntwined coming-of-age narratives—lost mothers, wounded war vets, nodding junkies, menacing streetscapes—are starkly realistic, yet brim with moments of pure poetry." **—*Elle* books feature**

"Fine-cadenced prose . . ." **—*Wall Street Journal***

"The novel's richness defies its slim page count. In her poet's prose, Woodson not only shows us backward-glancing August attempting to stave off growing up and the pains that betray youth, she also wonders how we dream of a life parallel to the one we're living." **—*Booklist* (starred review)**

"Jacqueline Woodson's *Another Brooklyn* is a gauzy, lyrical fever dream of a book." **—*Vox Magazine***

"There are no throwaway sentences in *Another Brooklyn*—each short, poetic line feels carefully loved and polished. The first half of this novel asks urgent questions; the second delivers uneasy, heart-breaking answers. At its core, this book is about fragility, how light shines in the broken places." **—Anisfield-Wolf Book Awards**

"Jacqueline Woodson is a gorgeous writer . . . lyrical prose, really, really beautiful." **—Emma Straub, *New York Times* bestselling author of *Modern Lovers* and *The Vacationers***

"And Sister Jacqueline Woodson comes singing memory. Her words like summer lightning get caught in my throat and I draw her up from southern roots to a Brooklyn of a thousand names, where she and her three 'sisters' learn to navigate a new season. A new herstory. Everywhere I turn, my dear Sister Jacqueline, I hear your words, a wild sea pausing in the wind. And I sing . . ." **—Sister Sonia Sanchez**

"*Another Brooklyn* is another kind of book, another kind of beautiful, a lyrical, hallucinatory, heartbreaking, and powerful novel. Every gorgeous page leads to another revelation, another poignant event or memory. This is an incredible and memorable book."
>—Edwidge Danticat, author of *Claire of the Sea Light*

"*Another Brooklyn* is a sort of fever dream, containing both the hard truths of life and the gentle beauty of memory. The story of a young girl trying to find herself in the midst of so many conflicting influences and desires swallowed me whole. Jacqueline Woodson has such an original vision, such a singular voice. I loved this book."
>—Ann Patchett, *New York Times* bestselling author of
>*This Is the Story of a Happy Marriage* and *State of Wonder*

"In this elegant and moving novel, Jacqueline Woodson explores the beauty and burden of growing up girl in 1970s Brooklyn through the lens of one unforgettable narrator. The guarded hopes and whispered fears that August and her girlfriends share left me thinking about the limits and rewards of friendship well after the novel's end. Full of moments of grief, grace, and wonder, *Another Brooklyn* proves that Jacqueline Woodson is a master storyteller."
>—Angela Flournoy, author of *The Turner House*,
>a finalist for the National Book Award

"Jacqueline Woodson's *Another Brooklyn* is a wonder. With a poet's soul and a poet's eye for image and ear for lyrical language, Woodson delivers a moving meditation on girlhood, love, loss, hurt, friendship, family, faith, longing, and desire. This novel is a love letter to a place, an era, and a group of young women that we've never seen depicted quite this way or this tenderly. Woodson has created an unforgettable, entrancing narrator in August. I'll go anywhere she leads me."
>—Naomi Jackson, author of *The Star Side of Bird Hill*

"Jacqueline Woodson's spare, emphatic novel about young women growing up in 1970s Bushwick brings some of our deepest silences—about danger, loss, and black girls' coming of age—into powerful lyric speech. Another Brooklyn is heartbreaking and restorative, a gorgeous and generous paean to all we must leave behind on the path to becoming ourselves."
>—Tracy K. Smith, Pulitzer Prize–winning author of
>*Life on Mars* and *Ordinary Light*

"A stunning achievement from one of the quietly great masters of our
time."                              *—Kirkus Reviews* (**starred review**)

"Woodson . . . combines grit and beauty in a series of stunning vi-
gnettes, painting a vivid mural of what it was like to grow up
African-American in Brooklyn during the 1970s. . . . Woodson
draws on all the senses to trace the milestones in a woman's life and
how her early experiences shaped her identity."
                        *—Publishers Weekly* (**boxed and starred review**)

"[Woodson's] memoir in verse is a marvel, as it turns deeply felt
remembrances of Woodson's preadolescent life into art. . . . Her
mother cautions her not to write about her family but, happily,
many years later, she has and the result is both elegant and el-
oquent, a haunting book about memory that is itself altogether
memorable."                            *—Booklist* (**starred review**)

"Mesmerizing journey through [Woodson's] early years. . . . Her
perspective on the volatile era in which she grew up is thoughtfully
expressed in powerfully effective verse. . . . With exquisite metaphori-
cal verse Woodson weaves a patchwork of her life experience . . . that
covers readers with a warmth and sensitivity no child should miss.
This should be on every library shelf."
                        *—Library Journal* (**starred review**)

HR 08 07 2023 1019

ALSO BY JACQUELINE WOODSON

MEMOIR

*Brown Girl Dreaming*

YOUNG ADULT & MIDDLE GRADE FICTION

*Last Summer with Maizon*

*The Dear One*

*Maizon at Blue Hill*

*Between Madison and Palmetto*

*I Hadn't Meant to Tell You This*

*From the Notebooks of Melanin Sun*

*The House You Pass on the Way*

*If You Come Softly*

*Lena*

*Miracle's Boys*

*Hush*

*Locomotion*

*Behind You*

*Feathers*

*After Tupac and D Foster*

*Peace, Locomotion*

*Beneath a Meth Moon*



# ANOTHER BROOKLYN

*A Novel*



Jacqueline Woodson



Amistad

*An Imprint of* HarperCollins*Publishers*



A hardcover edition of this book was published in 2016
by Amistad, an imprint of HarperCollins Publishers.

ANOTHER BROOKLYN. Copyright © 2016 by Jacqueline
Woodson. All rights reserved. Printed in the United
States of America. No part of this book may be used
or reproduced in any manner whatsoever without
written permission except in the case of brief
quotations embodied in critical articles and reviews.
For information, address HarperCollins Publishers,
195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for
educational, business, or sales promotional use.
For information, please e-mail the Special Markets
Department at SPsales@harpercollins.com.

FIRST AMISTAD PAPERBACK EDITION PUBLISHED 2017.

Library of Congress Cataloging-in-Publication Data
has been applied for.

ISBN 978-0-06-235999-5

23 24 25 26 27  LBC  20 19 18 17 16

## A *NEW YORK TIMES* NOTABLE BOOK

### *PRAISE FOR*

"*Another Brooklyn* joins the tradition of studying female friendships and the families we create when our own isn't enough, like that of Toni Morrison's *Sula*, Tayari Jones's *Silver Sparrow*, and *Zami: A New Spelling of My Name* by Audre Lorde. Woodson uses her expertise at portraying the lives of children to explore the power of memory, death, and friendship." *—LOS ANGELES TIMES*

"Woodson manages to remember what cannot be documented, to suggest what cannot be said. *Another Brooklyn* is another name for poetry." *—WASHINGTON POST*

"Woodson's unsparing story of a girl becoming a woman recalls some of the genre's all-time greats: *A Tree Grows in Brooklyn*, *The Bluest Eye*, and especially, with its darkly poetic language, *The House on Mango Street*." *—SARAH BEGLEY, TIME*

"Stunning." *—PEOPLE*

"Woodson writes lyrically about what it means to be a girl in America, and what it means to be black in America. Each sentence is taut with potential energy, but the story never bursts into tragic flames; it stays strong and subtle throughout." *—HUFFINGTON POST*

"In Woodson's soaring choral poem of a novel . . . four young friends . . . navigate the perils of adolescence, mean streets, and haunted memory in 1970s Brooklyn, all while dreaming of escape." *—VANITY FAIR*

"With *Another Brooklyn*, Woodson has delivered a love letter to loss, girlhood, and home. It is a lyrical, haunting exploration of family, memory, and other ties that bind us to one another and the world." *—BOSTON GLOBE*

"Gorgeously written and moving." *—JARRY LEE, BUZZFEED*

Discover great authors,
exclusive offers, and more at hc.com.

Fiction

ISBN 978-0-06-235999-5

51699

9 780062 359995

EAN

USA $16.99 / $21.00 CAN

0517



"Poignant, stand-alone sequel to the wrenching romance *If You Come Softly*.... With tenderness and compassion, the author exposes the characters' vulnerabilities and offers the hope that they will emerge and grow from this tragic loss. Although the voices are distinct, a quiet, reflective tone pervades the story.... Readers who savor tough reality stories as much as happy endings will appreciate this thought-provoking, satisfying novel that offers hope but no easy answers."
—*SCHOOL LIBRARY JOURNAL*

"Thought-provoking and heartwarming."
—*ALAN REVIEW*

"Written with Woodson's characteristic focus on telling detail, this is a tender, existential meditation on grief, interior in nature, that will nevertheless touch readers who enjoyed (and wept over) the first."
—*KIRKUS REVIEWS*

"Love and sadness permeate the pages of this brief, beautifully written novel, but there is a feeling of hope at the end."
—*KLIATT*



$8.99 USA / $11.99 CAN
ISBN 978-0-14-241554-2

# You do not die.

Your soul steps out of your body, shakes itself hard because it's been carrying the weight of your heavy skin for fifteen years. Then your soul lifts up and looks down on your body lying there—looks down on the blood running onto concrete, your eyes snapped open like the pages in some kid's forgotten picture book, your chest not moving. Your soul sees this and feels something beyond sadness—feels its whole self whispering further away. It lifts you up—over a world of sadness and anger and fear. Over a world of first kisses and hands touching and some-one you're falling in love with. She's there now. Right there. Look closely. Yeah. That's her. That's my Ellie. . . .

## ALSO BY JACQUELINE WOODSON

*After Tupac and D Foster*

*Beneath a Meth Moon*

*Between Madison and Palmetto*

*Brown Girl Dreaming*

*The Dear One*

*Feathers*

*From the Notebooks of Melanin Sun*

*Harbor Me*

*The House You Pass on the Way*

*Hush*

*If You Come Softly*

*I Hadn't Meant to Tell You This*

*Last Summer with Maizon*

*Lena*

*Locomotion*

*Maizon at Blue Hill*

*Miracle's Boys*

*Peace, Locomotion*

# JACQUELINE
# WOODSON

*Behind You*



PENGUIN BOOKS

PENGUIN BOOKS
An imprint of Penguin Random House LLC, New York



First published in the United States of America by G. P. Putnam's Sons, 2004
Published by Speak, an imprint of Penguin Random House LLC, 2006
Published by Puffin Books, an imprint of Penguin Random House LLC, 2010
Published by Penguin Books, an imprint of Penguin Random House LLC, 2019

Copyright © 2004 by Jacqueline Woodson

Poem on page vii from *All of Us: The Collected Poems* by Raymond Carver,
copyright © 1996 by Tess Gallagher. Introduction copyright © 1996 by Tess Gallagher.
Editor's preface, commentary, and notes copyright © 1996 by William L. Stull.
Used by permission of Alfred A. Knopf, a division of Random House, Inc.

Penguin supports copyright. Copyright fuels creativity, encourages diverse voices,
promotes free speech, and creates a vibrant culture. Thank you for buying an authorized
edition of this book and for complying with copyright laws by not reproducing, scanning,
or distributing any part of it in any form without permission. You are supporting writers
and allowing Penguin to continue to publish books for every reader.

Visit us online at penguinrandomhouse.com

THE LIBRARY OF CONGRESS HAS CATALOGED THE NANCY PAULSEN EDITION AS FOLLOWS:
Woodson, Jacqueline
Behind you / Jacqueline Woodson
p. cm.
Summary: After fifteen-year-old Jeremiah is mistakenly shot by police,
the people who love him struggle to cope with their loss as they recall his life and death,
unaware that Miah is watching over them.
ISBN 9780-399-23988-5 (hc)
[1. Death—Fiction 2. Grief—Fiction 3. Interpersonal relations—Fiction
4. African Americans—Fiction 5. New York (N.Y.)—Fiction.] I. Title
PZ7.W849454Be 2004 [Fic]—dc22 2003023179

Penguin Books ISBN 9780142415542

Printed in the United States of America

This is a work of fiction. Names, characters, places, and incidents either
are the product of the author's imagination or are used fictitiously, and
any resemblance to actual persons, living or dead, businesses,
companies, events, or locales is entirely coincidental.

8



When Miah was shot, it was the end of his and Ellie's love story. But it was the beginning of grief for Ellie and the many people who loved Miah. Now his mother's inconsolable, his friends are lost, and Ellie doesn't know how to move on. And there is Miah, watching all of this—preparing to let go.

This beautiful sequel to Jacqueline Woodson's *If You Come Softly* explores the profound question—how do we go on after losing someone we love?

"Love and sadness permeate the pages of this brief, beautifully written novel, but there is a feeling of hope at the end."

"A tender, existential meditation on grief."

"With tenderness and compassion, the author exposes the characters' vulnerabilities and offers the hope that they will emerge and grow from this tragic loss. . . . [A] thought-provoking, satisfying novel that offers hope but no easy answers."

COVER ART © 2019 BY MARCIA ANNOR
DESIGN BY THERESA EVANGELISTA



**PENGUIN BOOKS**
PenguinTeen.com

$8.99 USA / $11.99 CAN
ISBN 978-0-14-241554-2



5 0 8 9 9

9 780142 415542





BENEATH A
METH
MOON

"Exhilarating... a story told
with heart and hope."
—The Los Angeles Times

JACQUELINE WOODSON

NATIONAL BOOK AWARD–WINNING AUTHOR OF
*BROWN GIRL DREAMING*



★ "An **outstanding** novel that succeeds on every level."
—*SLJ, STARRED REVIEW*

"**Intoxicating**, very artistic and emotive."
—TEENREADS COM

"A **stunning** novel by one of our finest writers."
—GOODREADS COM

"A moving, honest, **hopeful** story."
—*KIRKUS REVIEWS*

"Captivating."
—*VOYA*

"Powerful and **poetic** in its brevity."
—FRENETICREADER COM

"Brutally honest . . . **vivid** . . ."
—SHELFAWARENESS COM

ISBN 978-0-14-242392-9

$9.99 USA / $13.99 CAN

9 780142 423929

5 0 9 9 9

# Caught in the grip

I tried to run but the hurting was back, and the cold was like a wall pushing against me.

*Laurel!*

I stopped—my breath coming heavy—and turned, ready to tell M'Lady and Mama to go to Jackson. *It's dry in Jackson.*

*Laurel, is that you?*

Slowly, Mama faded, and M'Lady turned into my friend Kaylee, shivering on her front porch. I looked around—how had I gotten on her street when Donnersville was in the other direction?

We stared at each other a long time. I could tell she was looking me over, taking in my ragged coat and bloody lips.

*Laurel,* she said, *look at you. Look at yourself! Who did you turn into?!*

ALSO BY
# JACQUELINE WOODSON

*After Tupac and D Foster*

*Behind You*

*Between Madison and Palmetto*

*Brown Girl Dreaming*

*The Dear One*

*Feathers*

*From the Notebooks of Melanin Sun*

*Harbor Me*

*The House You Pass on the Way*

*Hush*

*If You Come Softly*

*I Hadn't Meant to Tell You This*

*Last Summer with Maizon*

*Lena*

*Locomotion*

*Maizon at Blue Hill*

*Miracle's Boys*

*Peace, Locomotion*



# JACQUELINE WOODSON



PENGUIN BOOKS

PENGUIN BOOKS
An imprint of Penguin Random House LLC
375 Hudson Street
New York, New York 10014



First published in the United States of America by Nancy Paulsen Books, 2012
Published by Speak, an imprint of Penguin Random House LLC, 2013

Copyright © 2012 by Jacqueline Woodson

Penguin supports copyright. Copyright fuels creativity, encourages diverse voices,
promotes free speech, and creates a vibrant culture. Thank you for buying an authorized
edition of this book and for complying with copyright laws by not reproducing, scanning,
or distributing any part of it in any form without permission. You are supporting writers
and allowing Penguin to continue to publish books for every reader.

THE LIBRARY OF CONGRESS HAS CATALOGED THE NANCY PAULSEN BOOKS EDITION AS FOLLOWS:
Woodson, Jacqueline.
Beneath a meth moon / Jacqueline Woodson.
p. cm.
Summary: "A young girl uses crystal meth to escape the pain of losing her mother and grandmother
in Hurricane Katrina, and then struggles to get over her addiction"—Provided by publisher.
[1. Methamphetamine—Fiction. 2. Drug abuse—Fiction. 3. Grief—Fiction. 4. Runaways—Fiction.
5. Hurricane Katrina, 2005—Fiction. 6. Iowa—Fiction. 7. Pass Christian (Miss.)—Fiction.] I. Title.
PZ7.W84945Bf 2012  [Fic]—dc23  2011046799

Penguin Books ISBN 978-0-14-242392-9

Printed in the United States of America

This is a work of fiction. Names, characters, places, and incidents either are the product of
the author's imagination or are used fictitiously, and any resemblance to actual persons,
living or dead, businesses, companies, events, or locales is entirely coincidental.

9  10  8

# LOOKING FOR
## COMFORT...

After losing her mother and grandmother to the flood,
Laurel has been trying to find a way to move on. And
for a while it seems as though things are going well.
She's found a new best friend, won a place on the
cheerleading squad, and even caught the eye of one of
the star basketball players.

But despite all this, she is still haunted by her memories.

Then Laurel tries meth, and immediately falls under its
spell. She loves how it makes her feel, how it
makes her forget.

And soon, nothing else matters . . .

"DREAMLIKE."—*Publishers Weekly*

"AFFECTING."—*Booklist*

"INTENSE."—*The Washington Post*



**PENGUIN BOOKS**
PenguinTeen.com

$9.99 USA / $13.99 CAN
ISBN 978-0-14-242392-9

9 780142 423929    5 0 9 9 9

JACQUELINEWOODSON.COM

Photos courtesy of Shutterstock com
Cover design by Matt Beynon



A *New York Times* Bestseller

# brown girl dreaming



# JACQUELINE
# WOODSON

WINNER of the NATIONAL BOOK AWARD
for YOUNG PEOPLE'S LITERATURE

NEWBERY HONOR WINNER

WINNER of the CORETTA SCOTT KING AWARD

WINNER of the NAACP IMAGE AWARD

SIBERT HONOR WINNER



$10.99 USA / $14.99 CAN
ISBN 978-0-14-751582-7

51099

# Additional praise for
# **brown girl dreaming**

"Gorgeous."                                    —*Vanity Fair*

"Radiantly warm . . . Her playful but determined side remains strong amid the many memories and dreams."
                                    —*The Washington Post*

"Moving and resonant . . . captivating."
                                    —*The Wall Street Journal*

"The triumph of *Brown Girl Dreaming* is not just in how well Woodson tells us the story of her life, but in how elegantly she writes words that make us want to hold those carefully crafted poems close, apply them to our lives, reach into the mirror she holds up and make the words and the worlds she explores our own. This is a book full of poems that cry out to be learned by heart. These are poems that will, for years to come, be stored in our bloodstream."    —*The New York Times Book Review*

★ "Mesmerizing journey through [Woodson's] early years . . . Her perspective on the volatile era in which she grew up is thoughtfully expressed in powerfully effective verse . . . Woodson weaves a patchwork of her life experience . . . that covers readers with a warmth and sensitivity no child should miss. This should be on every library shelf."

                                    —*School Library Journal*, starred review

★ "Woodson cherishes her memories and shares them
with a graceful lyricism; her lovingly wrought vignettes
of country and city streets will linger long after the page
is turned. For every dreaming girl (and boy) with a pen-
cil in hand (or keyboard) and a story to share."

*—Kirkus Reviews*, starred review

★ "[Woodson's] memoir in verse is a marvel, as it turns
deeply felt remembrances of Woodson's preadolescent
life into art . . . Her mother cautions her not to write
about her family but, happily, many years later, she has
and the result is both elegant and eloquent, a haunting
book about memory that is itself altogether memorable."

*—Booklist*, starred review

★ "The writer's passion for stories and storytelling
permeates the memoir, explicitly addressed in her
early attempts to write books and implicitly conveyed
through her sharp images and poignant observations
seen through the eyes of a child. Woodson's ability to
listen and glean meaning from what she hears leads to
an astute understanding of her surroundings, friends,
and family."        *—Publishers Weekly*, starred review

★ "A memoir-in-verse so immediate that readers will feel
they are experiencing the author's childhood right along
with her . . . Most notably of all, perhaps, we trace her
development as a nascent writer, from her early, over-
arching love of stories through her struggles to learn to
read through the thrill of her first blank composition

book to her realization that 'words are [her] brilliance.' The poetry here sings: specific, lyrical, and full of imagery. An extraordinary—indeed brilliant—portrait of a writer as a young girl." —*The Horn Book*, starred review

★ "Eager readers and budding writers will particularly see themselves in the young protagonist and recognize her reveling in the luxury of the library and unfettered delight in words . . . A story of the ongoing weaving of a family tapestry, the following of an individual thread through a gorgeous larger fabric, with the tacit implication that we're all traversing such rich landscapes. It will make young readers consider where their own threads are taking them."

—*The Bulletin of the Center for Children's Books*, starred review

★ "A beautifully crafted work."

—*Library Media Connection*, starred review

ALSO BY JACQUELINE WOODSON

*After Tupac and D Foster*

*Behind You*

*Beneath a Meth Moon*

*Between Madison and Palmetto*

*The Dear One*

*Feathers*

*From the Notebooks of Melanin Sun*

*Harbor Me*

*The House You Pass on the Way*

*Hush*

*If You Come Softly*

*I Hadn't Meant to Tell You This*

*Last Summer with Maizon*

*Lena*

*Locomotion*

*Maizon at Blue Hill*

*Miracle's Boys*

*Peace, Locomotion*



# brown girl dreaming

## JACQUELINE WOODSON

Nancy Paulsen Books

NANCY PAULSEN BOOKS
An imprint of Penguin Random House LLC, New York



First published in the United States of America by Nancy Paulsen Books,
an imprint of Penguin Random House LLC, 2014
First paperback edition published 2016

Copyright © 2014 by Jacqueline Woodson
"if", "after", "in the backyard, under the mimosa tree"; "my grandmother at the
window", "how to listen", "two journeys", "brown girl dreaming"
copyright © 2016 by Jacqueline Woodson

"Dreams," and "Poem [2]" from *The Collected Poems of Langston Hughes* by
Langston Hughes, edited by Arnold Rampersad with David Roessel, Associate
Editor, copyright © 1994 by the Estate of Langston Hughes.
Used by permission of Alfred A. Knopf, an imprint of the Knopf Doubleday
Publishing Group, a division of Random House LLC. All rights reserved.
Used by permission of Harold Ober Associates Incorporated.

"Twistin' the Night Away" written by Sam Cooke
Published by ABKCO Music, Inc. Used by permission. All rights reserved.

Penguin supports copyright. Copyright fuels creativity, encourages diverse
voices, promotes free speech, and creates a vibrant culture. Thank you for
buying an authorized edition of this book and for complying with copyright laws
by not reproducing, scanning, or distributing any part of it in any form without
permission. You are supporting writers and allowing Penguin to continue to
publish books for every reader.

Nancy Paulsen Books & colophon
are trademarks of Penguin Random House LLC
Penguin Books & colophon are registered trademarks of Penguin Books Limited.

Visit us online at penguinrandomhouse.com

LIBRARY OF CONGRESS CATALOGING-IN-PUBLICATION DATA IS AVAILABLE.

Printed in the United States of America

ISBN 9780147515827

33rd Printing

Design by Ryan Thomann
Text set in Garth Graphic

The publisher does not have any control over and does not assume any
responsibility for author or third-party websites or their content

**AWARD-WINNING AUTHOR JACQUELINE WOODSON SHARES HER CHILDHOOD GROWING UP AS AN AFRICAN AMERICAN IN THE 1960s AND 1970s.**

Touching and powerful, her story is both accessible and emotionally charged, each line a glimpse into a child's soul as she searches for her place in the world.

"Gorgeous."
—*Vanity Fair*

"A radiantly warm memoir."
—*The Washington Post*

"Moving and resonant…captivating."
—*The Wall Street Journal*

"This is a book full of poems that cry out to be learned by heart. These are poems that will, for years to come, be stored in our bloodstream."
—*The New York Times Book Review*

"A profoundly moving memoir."
—*San Francisco Chronicle*

Contains
SEVEN NEW,
ORIGINAL
POEMS by
THE AUTHOR





PENGUIN BOOKS
Penguin.com/kids

Ages 10 up

$10 99 USA / $14.99 CAN

ISBN 978-0-14-751582-7


9 780147 515827


5 1 0 9 9

jacquelinewoodson···

JACKET ART & DESIGN BY THERESA EVANGELISTA



JACQUELINE
WOODSON
National Book Award–Winning Author of
BROWN GIRL DREAMING

NOVELS BY
# JACQUELINE WOODSON



*After Tupac and D Foster*



*Behind You*



*Beneath a Meth Moon*



*Brown Girl Dreaming*



*The Dear One*



*Feathers*



*From the Notebooks of Melanin Sun*



*The House You Pass on the Way*



*Hush*



*If You Come Softly*



*Lena*



$8.99 USA / $12.50 CAN
ISBN 978-0-14-241550-4





*Locomotion*

*Miracle's Boys*

*Peace, Locomotion*



*feathers*

# JACQUELINE WOODSON



Nancy Paulsen Books

NANCY PAULSEN BOOKS
An imprint of Penguin Random House LLC, New York



First published in the United States of America by G. P. Putnam's Sons,
an imprint of Penguin Random House LLC, 2007
First paperback edition published by Puffin Books, an imprint of Penguin Random House LLC, 2010
This edition published by Nancy Paulsen Books, an imprint of Penguin Random House LLC, 2023

Copyright © 2007 by Jacqueline Woodson
Excerpt from *Brown Girl Dreaming* copyright © 2014 by Jacqueline Woodson
Excerpt from *Peace, Locomotion* copyright © 2009 by Jacqueline Woodson

Penguin supports copyright. Copyright fuels creativity, encourages diverse voices,
promotes free speech, and creates a vibrant culture. Thank you for buying an authorized
edition of this book and for complying with copyright laws by not reproducing, scanning,
or distributing any part of it in any form without permission. You are supporting writers
and allowing Penguin to continue to publish books for every reader.

Nancy Paulsen Books & colophon are trademarks of Penguin Random House LLC.
The Penguin colophon is a registered trademark of Penguin Books Limited.

Visit us online at PenguinRandomHouse.com.

THE LIBRARY OF CONGRESS HAS CATALOGED THE HARDCOVER EDITION AS FOLLOWS
Woodson, Jacqueline
Feathers / Jacqueline Woodson
p. cm.
Summary: When a new, white student nicknamed "The Jesus Boy" joins her sixth grade class
in the winter of 1971, Frannie's growing friendship with him makes her start
to see some things in a new light.
ISBN: 978-0-399-23989-2 (hc)
[1. Race relations—Fiction 2. African Americans—Fiction. 3. Schools—Fiction.
4. Deaf—Fiction. 5. Family life—Fiction. 6 Religion—Fiction ]
I. Title
PZ7.W868Fe 2007
[Fic]—dc22 2006024713

ISBN 9780142415504

31  33  35  37  39  40  38  36  34  32

Printed in the United States of America

This book is a work of fiction. Any references to historical events, real people,
or real places are used fictitiously. Other names, characters, places, and events are products
of the author's imagination, and any resemblance to actual events or places or persons,
living or dead, is entirely coincidental

The publisher does not have any control over and does not assume any
responsibility for author or third-party websites or their content.

# *"Hope is the thing with feathers."*

Though they're reading poems about it in school, Frannie hasn't thought much about hope. Instead, she's worried about her brother, concerned about her best friend's increasing holiness, and feeling fed up with the bullies at school. But then a mysterious new boy comes to school. He seems almost perfect, but maybe he isn't quite what he appears. Through his perspective, though, Frannie and her friends start seeing things in a different way.

★ "Woodson creates in Frannie a strong protagonist who thinks for herself and recognizes the value and meaning of family. The story ends with hope and thoughtfulness while speaking to those adolescents who struggle with race, faith, and prejudice."
—*SCHOOL LIBRARY JOURNAL*, starred review

★ "Woodson's novel skillfully weaves in the music and events surrounding the desegregation to the Vietnam War giving this touching story depth."
—*PUBLISHERS WEEKLY*, starred review



A Newbery Honor Book

$8.99 USA / $12.50 CAN
ISBN 978-0-14-241550-4

9 780142 415504

5 0 8 9 9



National Book Award–winning author of *BROWN GIRL DREAMING*

# JACQUELINE WOODSON

A *NEW YORK TIMES* BESTSELLER

## Harbor Me



# Praise for *Harbor Me*

A *New York Times* Bestseller
An Indie Bestseller
A *Washington Post* Best Book of 2018
A *Time* Best Book of 2018
A *School Library Journal* Best Book of 2018
A *Kirkus Reviews* Best Book of 2018

★ "Woodson celebrates all that is essential and good for humanity—compassion, understanding, security, and freedom—in this touching novel. . . . Woodson's skills as poet and master storyteller shine brightly here as she economically uses language to express emotion and delve into the hearts of her characters. Showing how America's political and social issues affect children on a daily basis, this novel will leave an indelible mark on readers' minds."　　　　　*—Publishers Weekly*, starred review

★ "Woodson delivers a powerful tale of community and mutual growth. . . . The characters ring true as they discuss issues both personal and global. This story, told with exquisite language and clarity of narrative, is both heartbreaking and hopeful. An extraordinary and timely piece of writing."　　　　　*—Kirkus Reviews*, starred review



★ "Woodson deftly alchemizes a sixth-grade classroom into an affecting metaphor for racial, political and socio-economic challenges—enhanced by the transformative power of storytelling. . . . A powerful love letter to effective teachers, unexpected friendship and the healing magic of hearing, recording and sharing words."

*—Shelf Awareness*, starred review

*Ms. Laverne said every day we should ask ourselves, 'If the worst thing in the world happened, would I help protect someone else? Would I let myself be a harbor for someone who needs it?' Then she said, 'I want each of you to say to the other: I will harbor you.'*

*I will harbor you.*

‚

⁂

ALSO BY JACQUELINE WOODSON

*After Tupac and D Foster*

*Before the Ever After*

*Behind You*

*Beneath a Meth Moon*

*Between Madison and Palmetto*

*Brown Girl Dreaming*

*The Dear One*

*Feathers*

*From the Notebooks of Melanin Sun*

*The House You Pass on the Way*

*Hush*

*If You Come Softly*

*I Hadn't Meant to Tell You This*

*Last Summer with Maizon*

*Lena*

*Locomotion*

*Maizon at Blue Hill*

*Miracle's Boys*

*Peace, Locomotion*

# *Harbor Me*

# JACQUELINE WOODSON



NANCY PAULSEN BOOKS
An imprint of Penguin Random House LLC, New York



First published in the United States of America by Nancy Paulsen Books,
an imprint of Penguin Random House LLC, 2018
First paperback edition published by Puffin Books, 2020
This edition published by Nancy Paulsen Books, 2022

Copyright © 2018 by Jacqueline Woodson

Penguin supports copyright. Copyright fuels creativity, encourages diverse voices,
promotes free speech, and creates a vibrant culture. Thank you for buying an authorized
edition of this book and for complying with copyright laws by not reproducing, scanning,
or distributing any part of it in any form without permission. You are supporting writers
and allowing Penguin to continue to publish books for every reader.

Nancy Paulsen Books & colophon are trademarks of Penguin Random House LLC.
Penguin Books & colophon are registered trademarks of Penguin Books Limited.

Visit us online at penguinrandomhouse.com.

THE LIBRARY OF CONGRESS HAS CATALOGED THE HARDCOVER EDITION AS FOLLOWS:
Names: Woodson, Jacqueline, author.
Title: Harbor me / Jacqueline Woodson.
Description: New York, NY: Nancy Paulsen Books, [2018] | Summary: "When six
students are chosen to participate in a weekly talk with no adults allowed, they
discover that when they're together, it's safe to share the hopes and fears they
have to hide from the rest of the world"—Provided by publisher.
Identifiers: LCCN 2018019373 | ISBN 9780399252525 (hardback)
| ISBN 9780525515135 (ebook)
Subjects. | CYAC: Friendship—Fiction. | Family problems—Fiction.
| Schools—Fiction. | African Americans—Fiction. | Hispanic Americans—Fiction.
| BISAC: JUVENILE FICTION / People & Places / United States / African American. |
JUVENILE FICTION / Family / General (see also headings under Social Issues).
| JUVENILE FICTION / Social Issues / Adolescence.
Classification: LCC PZ7.W868 Har 2018 | DDC [Fic]—dc23
LC record available at https://lccn.loc.gov/2018019373

Printed in China

ISBN 9780525515142

Design by Marikka Tamura
Text set in New Century Schoolbook LT Std.

10

This book is a work of fiction. Any references to historical events, real people,
or real places are used fictitiously. Other names, characters, places, and events
are products of the author's imagination, and any resemblance to actual
events or places or persons, living or dead, is entirely coincidental.

The publisher does not have any control over and does not assume any
responsibility for author or third-party websites or their content.

*Six kids. One school year. A Room To Talk . . .*

*Once there were six of us.*
*Once we circled around each other, and listened.*
*Or maybe what matters most is that we were heard.*

★ "This novel will leave an indelible mark on readers' minds."
—*Publishers Weekly*, starred review

★ "Woodson brilliantly shows readers how to find the
connections we all need." —*Booklist*, starred review

★ "An extraordinary and timely piece of writing."
—*Kirkus Reviews*, starred review

★ "Woodson's spare, lyrical, and evocative prose
carries the story seamlessly, weaving in themes of
justice and family, friendship and courage."
—*School Library Journal*, starred review

**PENGUIN BOOKS**
Penguin.com/kids

Ages 10 up

$8.99 USA / $12.49 CAN
ISBN 978-0-525-51514-2




jacquelinewoodson.com

COVER PHOTOGRAPHY © 2018 BY ELISABETH ANSLEY
COVER DESIGN BY THERESA EVANGELISTA



ALSO BY
## JACQUELINE WOODSON

*After Tupac and D Foster*

*Behind You*

*Beneath a Meth Moon*

*Between Madison and Palmetto*

*Brown Girl Dreaming*

*The Dear One*

*Feathers*

*From the Notebooks of Melanin Sun*

*Harbor Me*

*The House You Pass on the Way*

*Hush*

*I Hadn't Meant to Tell You This*

*Last Summer with Maizon*

*Lena*

*Locomotion*

*Maizon at Blue Hill*

*Miracle's Boys*

*Peace, Locomotion*



# At first sight

I couldn't stop looking at him, at his smile and his hair. I had never seen locks up close. His were thick and black and spiraling down over his shoulders. I wanted to touch them, to touch his face. I wanted to hear him say his name again. For a moment we stared at each other, neither of us saying anything. There was something familiar about him, something I had seen before. I blinked, embarrassed suddenly, and turned away from him.

Then Jeremiah rose and I rose.

"Well . . . good-bye. I guess . . . I guess I'll see you around," he said softly, looking at me a moment longer before turning away and heading down the hall, his locks bouncing gently against his shoulders.

"Jeremiah," I whispered to myself as I walked away from him. I could feel his name, settling around me, as though I was walking in a mist of it, of him, of Jeremiah.

# JACQUELINE
# WOODSON

*If You Come Softly*



PENGUIN BOOKS

*For the ones like Jeremiah*

PENGUIN BOOKS
An imprint of Penguin Random House LLC, New York



First published in the United States of America by G P Putnam's Sons, 1998
Published by Puffin Books, an imprint of Penguin Random House LLC, 2000
Published by Speak, an imprint of Penguin Random House LLC, 2010
20th anniversary edition published by Nancy Paulsen Books, 2018
Published by Penguin Books, an imprint of Penguin Random House LLC, 2018

Copyright © 1998 by Jacqueline Woodson

Penguin supports copyright Copyright fuels creativity, encourages diverse voices,
promotes free speech, and creates a vibrant culture Thank you for buying an authorized
edition of this book and for complying with copyright laws by not reproducing, scanning,
or distributing any part of it in any form without permission You are supporting writers
and allowing Penguin to continue to publish books for every reader.

Visit us online at penguinrandomhouse com

The title and poem "If You Come Softly" by Audre Lorde are from
*The Collected Poems of Audre Lorde* published by W W Norton and
reprinted by permission of the Charlotte Sheedy Literary Agency

THE LIBRARY OF CONGRESS HAS CATALOGED THE G P PUTNAM'S SONS EDITION AS FOLLOWS
Woodson, Jacqueline
If you come softly / Jacqueline Woodson
p  cm
Summary  After meeting at their private school in New York, fifteen-year-old Jeremiah,
who is black and whose parents are separated, and Ellie, who is white and whose mother
has twice abandoned her, fall in love and then try to cope with people's reactions
ISBN  978-0-399-23112-4 (hc)
[1 Interracial dating—Fiction 2 Afro Americans—Fiction 3 Family life—Fiction.
4 New York (N Y) —Fiction 5 Schools—Fiction ]
I Title
PZ7 W868If 1998 [Fic]—dc21 97-3312 CIP AC

Penguin Books ISBN 9780142415221

Printed in the United States of America

This is a work of fiction Names, characters, places, and incidents either are the product
of the author's imagination or are used fictitiously, and any resemblance to actual persons,
living or dead, businesses, companies, events, or locales is entirely coincidental

28th Printing



*An unexpected*
*romance*

Jeremiah is black. Ellie is white, and Jewish. Their worlds are so different, but to them, that's not what matters. To them, the only thing that matters is being together. Unfortunately, to others, the only thing that matters is keeping them apart . . .

★ "Once again, Woodson handles delicate, even explosive subject matter with exceptional clarity, subtlety, and depth."
—*PUBLISHERS WEEKLY*, starred review

"This fine author once again shows her gift for penning a novel that will ring true with young adults as it makes subtle comments on social situations."
—*SCHOOL LIBRARY JOURNAL*

"In a meditative interracial love story with a wrenching climactic twist, Woodson offers an appealing pair of teenagers and plenty of intellectual grist."
—*KIRKUS REVIEWS*

"Woodson unerringly limns the delicate intensity and passionate innocence of first love."
—*THE BULLETIN OF THE CENTER FOR CHILDREN'S BOOKS*

"As in all her fiction, Woodson confronts prejudice head-on."
—*BOOKLIST*

AN ALA BEST BOOK FOR YOUNG ADULTS
A *BULLETIN* BLUE RIBBON BOOK



**PENGUIN BOOKS**
PenguinTeen.com

COVER ART © 2018 BY MARCIA ANNOR
DESIGN BY THERESA EVANGELISTA




$9 99 USA / $13 99 CAN
ISBN 978-0-14-241522-1
50999
9 780142 415221





# MIRACLE'S BOYS

National Book Award—winning author of *BROWN GIRL DREAMING*

# JACQUELINE WOODSON

Praise for
# MIRACLE'S BOYS

★ "Readers will be caught up in this searing and gritty story . .
Woodson composes a plot without easy answers, and creates
characters for whom predictable behavior is all but impossible."

—*KIRKUS REVIEWS*, STARRED REVIEW

"Once again, Woodson reveals a keen understanding of the
adolescent psyche. . . Gang violence and urban poverty play an
integral part in this novel, but what readers will remember most
is the brothers' deep-rooted affection for one another. An
intelligently wrought, thought-provoking story."

—*PUBLISHERS WEEKLY*

"A compelling novel about three streetwise New York City brothers
trying to help one another confront their personal demons .
As usual, Woodson's characterizations and dialogue are right on.
The dynamics among the brothers are beautifully rendered. . . .
Readers should find this story of tough, self-sufficient young
men to be powerful and engaging."

—*SCHOOL LIBRARY JOURNAL*

"A story of poverty and grief, of family secrets and brotherly love . . .
The fast-paced narrative is physically immediate, and the dialogue
is alive with anger and heartbreak. . . . The city block in the story is
hard and dangerous—and it is home."

—*BOOKLIST*



US $8.99 / $11.99 CAN
ISBN 978-0-14-241553-5

# Newcharlie

I called him Newcharlie because Rahway hadn't sent the guy I remembered home. This guy standing at the mirror moving his hair around his head was someone—some*thing*—different.

Right after he came home from Rahway, I got up in the middle of the night to look at him. He'd been away for more than two years, and the guy sleeping across from me was a stranger. Some days he'd just sit on that bed with his hands hanging down between his knees. Just staring out the window and looking evil. But when he was asleep, his face spread out—all the frowns and scowls just kind of faded and he looked like Charlie again, ready to care about something, to be happy, or to cry about stray animals.

Newcharlie checked himself out for a moment without saying anything. He's light brown with thick black eyebrows and Mama's nose. He winked at himself, then caught me watching him in the mirror and gave me the finger. I looked away from him without giving him the finger back.

*What changed you, Cha?* I wanted to ask him. *What made you cold?*

## ALSO BY JACQUELINE WOODSON

*After Tupac and D Foster*

*Behind You*

*Beneath a Meth Moon*

*Between Madison and Palmetto*

*Brown Girl Dreaming*

*The Dear One*

*Feathers*

*From the Notebooks of Melanin Sun*

*Harbor Me*

*The House You Pass on the Way*

*Hush*

*If You Come Softly*

*I Hadn't Meant to Tell You This*

*Last Summer with Maizon*

*Lena*

*Locomotion*

*Maizon at Blue Hill*

*Peace, Locomotion*



# JACQUELINE WOODSON

## MIRACLE'S BOYS

PUFFIN BOOKS

PUFFIN BOOKS
An imprint of Penguin Random House LLC
375 Hudson Street
New York, New York 10014



First published in the United States of America by G. P. Putnam's Sons, 2000
Published by Puffin Books, an imprint of Penguin Random House LLC, 2010

Copyright © 2000 by Jacqueline Woodson

Penguin supports copyright. Copyright fuels creativity, encourages diverse voices,
promotes free speech, and creates a vibrant culture. Thank you for buying an authorized
edition of this book and for complying with copyright laws by not reproducing, scanning,
or distributing any part of it in any form without permission. You are supporting writers
and allowing Penguin to continue to publish books for every reader.

THE LIBRARY OF CONGRESS HAS CATALOGED THE G. P. PUTNAM'S SONS EDITION AS FOLLOWS:
Woodson, Jacqueline
Miracle's boys / Jacqueline Woodson
p. cm.
Summary: Twelve-year-old Lafayette's close relationship with his older brother
Charlie changes after Charlie is released from a detention home and blames
Lafayette for the death of their mother.
ISBN 978-0-399-23113-1 (hc)
[1. Brothers—Fiction. 2. Family problems—Fiction. 3. Orphans—Fiction.
4. Racially mixed people—Fiction. 5. School—Fiction.]
I. Title.
PZ7.W868 Mi 2000 [Fic]—dc21 99-040050

Puffin Books ISBN 9780142415535

Printed in the United States of America

This is a work of fiction. Names, characters, places, and incidents
either are the product of the author's imagination or are used fictitiously,
and any resemblance to actual persons, living or dead, businesses,
companies, events, or locales is entirely coincidental.

29 30

CW

# LAFAYETTE LOVES HIS BROTHERS.

Still, he'd do anything to have things go back to the way they used to be—before their parents died, and before his brother Charlie got himself in trouble and turned mean. But things *have* changed, and now all Lafayette can do is wonder: What do you do when one of the few people you can rely on turns on you? And how are you supposed to survive when so much seems to be set against you?

★ "Readers will be caught up in this searing and gritty story. . . . Woodson composes a plot without easy answers."

[illegible]

"Powerful and engaging."

[illegible]

"Gang violence and urban poverty play an integral part in this novel, but what readers will remember most is the brothers' deep-rooted affection for one another. An intelligently wrought, thought-provoking story."

[illegible]

*Winner of the Los Angeles Times Book Prize*
*Winner of the Coretta Scott King Award*
*An ALA Best Book for Young Adults*

**PUFFIN** Ages 10 up
**Penguin.com/YoungReaders**

JACQUELINEWOODSON.COM

US $8.99 / $11.99 CAN
ISBN 978-0-14-241553-5
9 780142 415535 50899

Cover art © Adams Carvalho
Cover design by Maria Fazio

"Profoundly moving."
—THE NEW YORK TIMES
JACQUELINE
WOODSON
NATIONAL BOOK AWARD–WINNING AND
NEW YORK TIMES–BESTSELLING AUTHOR
RED AT
THE BONE

INSTANT *NEW YORK TIMES* BESTSELLER ⋆ *NEW YORK
TIMES* NOTABLE BOOK OF THE YEAR ⋆ ONE OF *O, THE
OPRAH MAGAZINE*'S BEST BOOKS OF 2019 ⋆ FINALIST FOR
THE 2020 LAMBDA LITERARY AWARDS ⋆ LONGLISTED
FOR THE WOMEN'S PRIZE ⋆ LONGLISTED FOR THE ASPEN WORDS
LITERARY PRIZE ⋆ NAACP IMAGE AWARD NOMINEE

"Profoundly moving . . . With its abiding interest in the miracle of everyday love, *Red at the Bone* is a proclamation." —*The New York Times Book Review*

"An exquisite tale of family legacy . . . The power and poetry of Woodson's writing conjures up Toni Morrison." —*People*

"A treasure awaits readers who encounter *Red at the Bone*. . . . A universal American tale of striving, failing, then trying again." —*Time*

"In less than two hundred sparsely filled pages, this book manages to encompass issues of class, education, ambition, racial prejudice, sexual desire and orientation, identity, mother-daughter relationships, parenthood and loss. . . . With *Red at the Bone*, Jacqueline Woodson has indeed risen—even further into the ranks of great literature." —NPR

"Sublime . . . This short novel contains immense empathy for each member of its wide ensemble. Thus, as Woodson covers nearly a century, from the 1921 Tulsa race massacre to 9/11, her grasp of history's weight on individuals— and definitive feel for borough life, past and present—proves to be as emotionally transfixing as ever." —*Entertainment Weekly*

"*Red at the Bone* is a narrative steeped in truth. . . . Thank you, Ms. Woodson, for leading me home." —*The Washington Post*

"Lyrical, dreamy, and brimming with compassion for her characters."
—*Esquire*

"[*Red at the Bone*] subtly explores the ways in which desire can reconfigure our best-laid plans, and its expansive outlook suggests how easily, in African-American life, hard-won privileges can be dissolved." —*The New Yorker*

"Vast emotional depth, rich historical understanding and revelatory pacing . . . Woodson draws the profound magic out of the ordinary. She is unmatched in her ability to evoke emotion." —*San Francisco Chronicle*

"A remarkable, intergenerational harmony of voices. At its center is hope for both individual and hereditary survival " —*USA Today*

"Slender miracle of a novel [that] performs a magic trick with time . . . Woodson skips back and forth between the decades so deftly that it feels like it all happens in a heartbeat " —*Family Circle*

"A spectacular novel that only [a] legend can pull off, one that wrenches us to confront the life-altering and life-pulling and life-subsuming facts of history, of love, of expectations, of status, of parenthood."
—Ibram X. Kendi in *The Atlantic*

"Gorgeous, moving  . . A story of love—romantic and familial—and alienation, grief and triumph, disaster and survival." —*NYLON*

"A true spell of a book, Woodson is one of those rare writers who make you feel like you can do anything, should do anything. The story of family and young love are timeless human stories—but through Woodson's sentences, this novel offers us new ways to think and embody our burning world and, perhaps most mercifully, permission to dream—and to change."
—Ocean Vuong, *New York Times*–bestselling author of
*On Earth We're Briefly Gorgeous*

"To understand the soul of a woman, we must understand the heart of the girl she once was. . . . This poignant tale of choices and their aftermath, history and legacy will resonate with mothers and daughters. There is pain on these pages but hope glimmers between the lines."
—Tayari Jones, bestselling author of
*An American Marriage*, in *O, The Oprah Magazine*

"*Red at the Bone* breaks down the ways in which parenthood changes people for both better and worse and what it means to find your true identity."
—*Parade*

"Woodson's language is as elliptical and dreamy as poetry, but it's always grounded in story and character, like prose. *Red at the Bone* is a family story that is sparked by an unexpected teenage pregnancy, simultaneously unspooling backward and forward in time." —*Vox*

"Jacqueline Woodson deftly touches on race, class, religion, and sexuality in a spare but poignant multigenerational portrait of a Brooklyn family."
—*Business Insider*

"[A]s teenage Melody takes part in a coming-of-age ceremony, the history of her New York family unfurls, and three generations of longing and ambition come into razor-sharp focus." —*Vanity Fair*

"Dazzling . . . Woodson's inimitable style [is] jazzy, melodious, allusive, at times bordering on poetry or music. . . . Miraculously, Woodson manages to use this one particular Brooklyn family as a prism through which she explores profound generational differences in attitudes toward race, class, gender and sexuality." —Associated Press

"A beautifully written examination not just of the bonds of family, but also of how alone one can feel within it. . . . Woodson paints a portrait of people who can barely remember who they once were, yet live with the echoes of their past selves every day. This lyrical novel makes the reader feel like they are present at a moment both they, and the characters, are attempting to unpack together." —*BUST*

"A slim novel with tremendous emotional power." —*Real Simple*

"Jacqueline Woodson's latest novel is a moving portrait of the intergenerational bonds within one family, illuminating the ways individuals navigate their own lives in the context of race, class and history. . . . Woodson delivers a complex saga that weaves intimate and societal traumas into a seamless narrative, highlighting the truly inseparable nature of the two." —*Paste*

"[A] remarkable and moving portrait of a family in a changing Brooklyn....
There's not a single unnecessary word." —Refinery29

"A family portrait that transcends the bounds of time. Woodson, a National
Book Award winner, writes with fluidity, grace and finesse, pulling the plot
tight in the final word." —BBC.com

"Woodson knows how to articulate aches that, for most of us, remain locked
in articulateness—particularly the very human craving for validation. In
her latest, *Red at the Bone*, the National Book Award winner uses this gift to
unpack the ambitions and struggles of three generations of a black family in
Brooklyn. By the slim novel's end, she's painted a poetic mural of their lives."
*—Elle*

"[Jacqueline Woodson's] books combine unique details of her characters'
lives with the sounds, sights and especially music of their surroundings, cre-
ating stories that are both deeply personal and remarkably universal....
[T]his lyrical, lightly told coming-of-age story is bound to satisfy."
*—BookPage*

"[A] beautifully imagined novel . . . Woodson's nuanced voice evokes the
complexities of race, class, religion, and sexuality in fluid prose and a series
of telling details. This is a wise, powerful, and compassionate novel."
*—Publishers Weekly* (starred review)

"Woodson famously nails the adolescent voice. But so, too, she burnishes all
her characters' perspectives.... In Woodson, at the height of her powers,
readers hear the blues: 'beneath that joy, such a sadness.'"
*—Kirkus Reviews* (starred review)

Red
at
the
Bone

*Also by Jacqueline Woodson*

**FICTION**

*Another Brooklyn*
*Autobiography of a Family Photo*

**MEMOIR**

*Brown Girl Dreaming*

**YOUNG ADULT & MIDDLE GRADE FICTION**

*Harbor Me*
*Beneath a Meth Moon*
*Locomotion*
*After Tupac and D Foster*
*Peace, Locomotion*
*Feathers*
*Behind You*
*Hush*
*Miracle's Boys*
*Lena*
*If You Come Softly*
*The House You Pass on the Way*
*From the Notebooks of Melanin Sun*
*I Hadn't Meant to Tell You This*
*Between Madison and Palmetto*
*Maizon at Blue Hill*
*The Dear One*
*Last Summer with Maizon*

# Red
## at
## the
# Bone

*Jacqueline Woodson*

RIVERHEAD BOOKS
New York



Riverhead Books
An imprint of Penguin Random House LLC
penguinrandomhouse.com



Copyright © 2019 by Jacqueline Woodson

Penguin Random House supports copyright. Copyright fuels
creativity, encourages diverse voices, promotes free speech, and creates a
vibrant culture. Thank you for buying an authorized edition of this book
and for complying with copyright laws by not reproducing, scanning, or
distributing any part of it in any form without permission. You are
supporting writers and allowing Penguin Random House
to continue to publish books for every reader.

Excerpt from "Darling Nikki"
Words and Music by Prince
Copyright © 1984 NPG Publishing
All Rights Controlled and Administered by Universal Music Corp.
All Rights Reserved. Used by Permission.
Reprinted by Permission of Hal Leonard LLC

Riverhead and the R colophon are registered trademarks of
Penguin Random House LLC.

Library of Congress has cataloged the
hardcover edition with the LCCN: 2019944103.

First Riverhead hardcover edition. September 2019
First Riverhead trade paperback edition: September 2020
Riverhead trade paperback ISBN: 9780525535287

Printed in the United States of America
7th Printing

BOOK DESIGN BY LUCIA BERNARD

This is a work of fiction. Names, characters, places, and incidents
either are the product of the author's imagination or are used fictitiously,
and any resemblance to actual persons, living or dead, businesses,
companies, events, or locales is entirely coincidental.

An unexpected teenage pregnancy pulls together two families from different social classes. Sixteen years later, it is the evening of that child's coming-of-age ceremony in her grandparents' Brooklyn brownstone. She is surrounded by loved ones and friends, making her entrance to the music of Prince, in a dress originally intended for her mother a generation earlier. Moving backward and forward in time, *Red at the Bone* is the story of these families and how they arrived at this moment and beyond. Jacqueline Woodson movingly considers not just her characters' private hopes and successes, but also the tolls they've paid for striving to overcome expectations and escape the pull of history. Exploring themes of sexual desire and identity, mother-daughter relationships, loss and grief, prejudice, class, education, ambition, and gentrification, *Red at the Bone* is a taut, powerful story of family, love, and legacy.

"With its abiding interest in the miracle of everyday love, *Red at the Bone* is a proclamation."
—*THE NEW YORK TIMES BOOK REVIEW*

"An exquisite tale of family legacy . . . The power and poetry of Woodson's writing conjures up Toni Morrison."
—*PEOPLE*

"Vast emotional depth, rich historical understanding and revelatory pacing . . . Woodson draws profound magic out of the ordinary. She is unmatched in her ability to evoke emotion."
—*SAN FRANCISCO CHRONICLE*



## JACQUELINE WOODSON

is the author of more than two dozen award-winning *New York Times*–bestselling books, including *Another Brooklyn* and the National Book Award–winning *Brown Girl Dreaming*.

**LOOK FOR THE READERS' GUIDE IN THE BACK OF THE BOOK**

$17.00 US    $23.00 CAN          FICTION

ISBN 978-0-525-53528-7



JACQUELINEWOODSON.COM 🐦 📷

JAYA MICELI
Photograph of the author © TIFFANY A. BLOOMFIELD



AN IMPRINT OF
PENGUIN RANDOM HOUSE
PENGUINRANDOMHOUSE.COM