**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class*

(additional counsel included below)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al., <br><br> *Individual and Representative Plaintiffs*, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> *Defendant.* | Case No. 3:23-cv-03417-VC <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Civil Local Rules 7-11, 79-5(f), and this Court's Standing Order on Motions to Seal, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with Plaintiffs' Motion for Partial Summary Judgment. The Motion and accompanying exhibits contain material that Defendant Meta Platforms, Inc. ("Meta"), has designated as "Confidential," "Highly Confidential - Attorneys Eyes Only" and "Highly Confidential – Source Code" as defined in the in the parties' Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (ECF No. 90, the "Protective Order").

| Document | Portions to be Filed Under Seal | Basis for Sealing Portion of Document |
|---|---|---|
| Motion for Partial Summary Judgment | Highlighted Portions | Refers to material designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 2 | Full Document | Designated by Meta as "Confidential" |
| Exhibit 3 | Full Document | Refers to material designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 5 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 6 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 7 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 8 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 9 | Full Document | Designated by Meta as "Confidential" |
| Exhibit 10 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 11 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |

| Exhibit 12 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
|---|---|---|
| Exhibit 13 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 14 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 15 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 16 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 17 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 18 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 19 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 20 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 21 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 22 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 23 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 24 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 25 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 26 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 27 | Full Document | Refers to material designated by Meta as "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Source Code" |

| Exhibit 28 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
|---|---|---|
| Exhibit 29 | Full Document | Refers to material designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 30 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 31 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 32 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 33 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 34 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 35 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 36 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 37 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 38 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 39 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 40 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 41 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 42 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 43 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 44 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |

| Exhibit 45 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 46 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 47 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 48 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 49 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 50 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 51 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 52 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 53 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 54 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 55 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 56 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 57 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 58 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 59 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 60 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 61 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |

| | | |
|---|---|---|
| Exhibit 62 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 63 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 64 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 65 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 66 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 67 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 68 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 69 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 70 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 71 | Full Document | Refers to material designated by Meta as "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Source Code" |
| Exhibit 72 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 73 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 74 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 75 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 76 | Full Document | Refers to material designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 77 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |

| | | |
|---|---|---|
| Exhibit 78 | Full Document | Refers to material designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 79 | Full Document | Refers to material designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 80 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 81 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 82 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 83 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 84 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 85 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 86 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 87 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 88 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 89 | Full Document | Refers to material designated by Meta as "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Source Code" |
| Exhibit 90 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 91 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 92 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 93 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |

| Exhibit 94 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
|---|---|---|
| Exhibit 95 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |

Plaintiffs provisionally file the above-referenced documents under seal subject to Meta's forthcoming sealing motion. Plaintiffs assert no confidentiality of their own over these documents and are prepared to file them publicly.

Dated: March 10, 2025

By: /s/ *Maxwell V. Pritt*
      Maxwell V. Pritt

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
rstoler@lchb.com

Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013-1413
(212) 355-9500
rgeman@lchb.com

Kenneth S. Byrd (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
(615) 313-9000
kbyrd@lchb.com
bsugar@lchb.com

**JOSEPH SAVERI LAW FIRM LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class.*

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
James Ulwick (*pro hac vice*)
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

David Straite (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
dsraite@dicellolevitt.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butterick law.com

**COWAN DEBAETS ABRAMS & SHEPPARD LLP**
Scott J. Sholder (*pro hac vice*)
CeCe M. Cole
60 Broad Street, 30th Floor
New York, NY 10004
(212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*