# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,        )
Individual and Representative  )
Plaintiffs,                    )   CASE NO.
                               )   3:23-cv-03417-
       -against-               )   VC
META PLATFORMS, INC.,          )
              Defendant.       )
_____ )

\*\*\* HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY\*\*\*
VIDEO-RECORDED DEPOSITION OF
CHRIS BAKEWELL
Cooley LLP
55 Hudson Yards
New York, New York 10001
02/21/2025
10:11 a.m. (EST)

REPORTED BY:  AMANDA GORRONO, CLR
CLR NO. 052005-01

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 110

1    get it from Meta?
2              MR. MORTON:  Object to form.
3         A.   To answer the first part of your
4    question, it came to exist by creating an
5    outline, which I created.  And your assumption
6    that I didn't get it from Meta, to answer your
7    second question, is correct.
8    BY MS. GEMAN:
9         Q.   Okay.  So you basically created an
10   outline and then people started filling it in and
11   then you were collectively involved in putting
12   together a final product that is your report; is
13   that correct?
14        A.   Like a super high level, I can agree
15   with that.
16        Q.   Who were the people who worked with
17   you on this report?
18        A.   There were -- there were several.
19   I'll give you the three that I work with the
20   most.  One is a person named Erin Crockett; one
21   is a person named Zach Gray; and another is a
22   person named Mike Herrigel, H-E-R-R-I-G-E-L.

2/21/2025    Richard Kadrey, et al. v. Meta Platforms, Inc.    Chris Bakewell
Highly Confidential - Attorneys' Eyes Only

Page 111

1     Q.   Okay.  And are any of those three
2   individuals PhDs?
3     A.   Yes, Dr. Crockett is.
4     Q.   What is his PhD in, if you know?
5     A.   Well, it's a she.
6     Q.   Oh, E-R-I-N?
7     A.   Yes.
8     Q.   Not A-A-R-O-N?
9     A.   E-R-I-N.
10    Q.   Okay.  What is Dr. Crockett a PhD
11  in?
12    A.   Economics.
13    Q.   And is Zach Gray a male or a female
14  or neither?
15    A.   A male.
16    Q.   Okay.  What is his educational
17  background, if you know?
18    A.   He has a bachelor's degree in
19  economics.
20    Q.   Okay.  And Mike Herrigel?
21    A.   Yes.
22    Q.   What is that person's background?

Page 124

1    A.   It's possible that was among the
2    words that I said.
3        Q.   Okay.  Let's -- please describe for
4    me the -- the interviews.  Were they were with a
5    group of people?  Were they one on one?  Who was
6    there?  How long?  I can break this down with a
7    lot of specific questions, but if you would
8    indulge me by just sort of describing the
9    process, that would save us both some time.
10       A.   How much time would you like me to
11   spend on this?
12       Q.   Just give me a high level of --
13       A.   A high level, I spoke with people as
14   I wrote about in Paragraph 16.
15       Q.   Okay.  How many -- on how many
16   different occasions did you speak with the people
17   listed in Paragraph 16?
18       A.   I spoke with them each once with the
19   exception of Dr. Sinkinson who I spoke with
20   twice.
21       Q.   Okay.  So -- so there were five
22   conversations total?

Page 125

1      A.    You like to count.

2      Q.    I do.

3      A.    One, two, three, four, and I count
4   one twice so that's five.

5      Q.    Okay.  When did these five
6   discussions occur?

7      A.    I would say -- let's talk about
8   Dr. Sinkinson first because I spoke with him
9   twice -- I would say I'm going to give you -- my
10  -- my daughter uses this phrase.  Like, "this is
11  ish," ish discussions.  Like, I'll give you an
12  ish description of my discussion with
13  Dr. Sinkinson.

14          So like a monthish prior to my
15  report and then it being issued, so maybe in
16  early, mid-Januaryish.  And then sometime like
17  leading up to February 3rd the -- I don't
18  remember what day of the week that was but
19  sometime in that weekish.  And then -- oh, go
20  ahead.

21      Q.    So the first time you spoke with
22  Dr. Sinkinson, was that before January 10th?  Was

Page 127

1   sure which one.
2        Q.   Okay.  How long did the first
3   meeting occur?
4        A.   I'm going to give you another ish
5   thing with time, and I'll describe it this way:
6   I remember calls that are less than, like,
7   20 minutes.  I think I'm like most people.  And
8   then I remember calls that are longer than
9   40 minutes.  And most of the time, I'm pleased
10  when it's shorter than 20 minutes and longer than
11  40 minutes I remember and, like, that's a long
12  time.  It was sometime between 20 and 40 minutes
13  with that description.
14       Q.   Okay.  So you, Dr. Sinkinson, and
15  your three colleagues spoke for between 20 and
16  40 minutes in January.
17            Were counsel present?
18       A.   So to answer your first question
19  again, like directionally, and I gave you that
20  because I imagine you might ask me others.  I
21  can't be that accurate with time.  I can just
22  give you my -- the way I get a sense for time.

Page 128

1   So we can keep my answers in that context.
2             And to answer your second question,
3   yes, counsel was present.  They didn't really say
4   anything, but they were present.
5        Q.   Okay.  So they didn't really say
6   anything.
7             So -- so who -- who took notes at
8   that meeting?
9        A.   So our practice is to get
10  information in the report.  I think really
11  anybody could do that the way that our system
12  works.
13       Q.   I see.  So people were actually
14  memorializing in realtime aspects of the
15  discussion.  Were you that person?
16       A.   They may have been.  I don't know.
17  That's what our practice is.
18            I was focused on the contents of --
19  of the answers.  Fortunately, I have got a pretty
20  good memory, so I can follow up and see what's in
21  the report.  And that's really my practice.
22       Q.   Didn't you just say earlier that

Page 130

 1      A.   I was more focused on learning and
 2   listening.
 3      Q.   So, no, you did not personally take
 4   notes?
 5      A.   I don't think that I took notes.
 6      Q.   Okay.
 7      A.   No.  I looked back at the report not
 8   long after the discussions to ensure that they
 9   were consistent.  What was in there was
10   consistent with my memory and added stuff in
11   accordance with my memory.
12      Q.   Okay.  And which of the three others
13   took notes in the sense of writing things down
14   based on what Sinkinson said in the draft?
15           MR. MORTON:  Object to form.
16      A.   I couldn't possibly know that.
17      Q.   Okay.  So sort of everybody had
18   their -- is this directionally correct, everybody
19   had the report open and people were typing or not
20   at their discretion?  It wasn't like somebody was
21   tasked with doing that versus someone else?
22           MR. MORTON:  Object to form.

Page 132

1    would have been some parts in the report that we
2    would have asked about.
3        Q.   You wanted to use his time and your
4    time well, correct?
5        A.   Yes.
6        Q.   Yeah.  And so you prepared for the
7    call?
8        A.   Yes.
9        Q.   Okay.  Did you write out questions
10   or subject matters in advance that you wanted to
11   address?
12       A.   I didn't.
13       Q.   Did your team?
14       A.   I don't know.
15       Q.   Okay.  Did Sinkinson show you any
16   documents during the -- during the meeting?
17       A.   I don't recall anything.  I think
18   you asked me that earlier.
19       Q.   I did.  But I didn't know if the
20   discussion refreshed your recollection.
21       A.   My recollection is the same.
22       Q.   Okay.  And the second interview with

Page 133

1    Sinkinson in early February, can you tell me who
2    attended that one?
3        A.    I think it's similar.
4        Q.    Similar or the same?
5        A.    Well, I didn't take attendance, so
6    all I can do is give you a general answer that
7    would be similar to what I said before, where
8    my -- some combination of my colleagues. And he
9    and I. And as you asked about earlier, the
10    lawyers were present. They didn't really
11    participate.
12        Q.    Okay. And did the lawyers take
13    notes?
14        A.    I have no way of knowing that.
15        Q.    Okay. And if -- I understand you
16    don't remember necessarily if it was two or three
17    or one of the folks that you were talking about
18    before, but it wouldn't have been anybody other
19    than those three, correct?
20        MR. MORTON: Object to form.
21        A.    Those are the ones that I remember.
22    As I said, it's possible that another one of my

Page 134

1   colleagues joined, but I didn't take attendance.
2   And I've really been focused on working with
3   those three individuals.
4        Q.   Okay.  And this -- and the -- do you
5   know which -- excuse me.
6             Do you know which of them took notes
7   about the second meeting?
8        A.   I wouldn't know that either.  Same
9   answer.
10       Q.   Okay.  And do you know if they put
11  the notes directly in the then existing draft of
12  the report or in a separate document?
13            MR. MORTON:  Object to form.
14       A.   I couldn't know.  Our practice is to
15  get the information in the report.
16       Q.   So your supposition is that the
17  notes were put directly into the then existing
18  draft of the report?
19       A.   Or they were -- that was done
20  quickly thereafter.  I don't know.  I don't
21  monitor what people do with that level of
22  specificity.

Page 141

1      Q.    What questions did you ask him?
2      A.    Well, I asked him questions about AI
3    in general and some of the work that he had done
4    in this case.
5      Q.    Was it helpful from your
6    perspective?
7      A.    I thought he was helpful and
8    informative, yes.
9      Q.    Was it helpful in writing your
10    report?
11      A.    To speak with him?
12      Q.    Uh-huh.
13      A.    I thought it was helpful.
14      Q.    What about Sinkinson --
15    Dr. Sinkinson? Sorry.
16      A.    Yeah, I thought it was helpful.
17      Q.    I may have asked this question
18    before. Who -- who took notes during the Ungar
19    interview?
20      A.    I don't know how any of my
21    colleagues would have done things. I just know
22    what our practice is, and that's to get the

Page 142

1    information in the report.  And then I would
2    review it.  I -- because I participated with him
3    directly and asked him questions, I was less
4    concerned about -- I was more focused, I guess is
5    the way to say it, on our interactions with him.
6         Q.    Do you know in that case, was it the
7    scenario where people put the notes directly in
8    the report or put them in a separate document
9    that they quickly thereafter incorporated into
10   the report as it existed at that time?
11             MR. MORTON:  Object to form.
12        A.    I couldn't possibly know, but our
13   practice -- our practice is to get the
14   information directly into the report.  And it's a
15   lot easier to do it today with the collaborative
16   tools.
17   BY MS. GEMAN:
18        Q.    Which tool were you all using?
19        A.    Word.
20        Q.    Was it -- so it wasn't a Google Doc?
21        A.    No.  You can do it in Microsoft
22   Word.

Page 143

1     Q.    Okay.
2     A.    You can have multiple people in a
3   document.
4     Q.    Yeah.
5           Okay.  Who was present at the other
6   interviews that you did?  And when were they?
7     A.    Who was present?  Generally the --
8   with the exception of the person being
9   interviewed, it was the same collection of
10  people.  They would have been in mid-January to
11  early February.
12    Q.    Okay.  So what was the -- what was
13  the next interview that you did?
14    A.    Next after what?
15    Q.    Well, let me ask you this:  When did
16  you interview Amrish Acharya?
17    A.    It would have been in the time frame
18  I just gave you.
19    Q.    When more specifically?  What's your
20  best recollection?
21    A.    I can't give you a specific date
22  from memory.

Page 144

1      Q.   Did counsel actively participate in
2   that interview or was it more they were just
3   there?
4      A.   They didn't -- I don't remember him
5   saying anything.
6      Q.   Okay.  How long was your interview
7   with Mr. Acharya?
8      A.   I'd say with the same constraints,
9   the 20- to 40-minute time frame, just in the way
10  that I think about those times and maybe half an
11  hourish.
12     Q.   Was Ungar's the longest interview?
13     A.   I don't know.  I didn't time them so
14  I could do that comparison.
15     Q.   But you're quite confident all of
16  them were less than an hour?
17     A.   That's my feeling about the time,
18  and I told you how I think about time for calls.
19     Q.   And your records would reflect
20  exactly when the calls were, correct?  There
21  would be invites on Teams and so on?
22     A.   Maybe.

Page 150

1  in?  Maybe we need a break.  But --
2  BY MS. GEMAN:
3      Q.   I'm sorry.
4      A.   -- I can just tell you how Microsoft
5  Word works is we had a document opened.  And I
6  described how the process works.  That's --
7  that's our practice, and I believe that is what
8  people follow.
9      Q.   And when was the interview you did
10 of Mr. Choudhury?
11     A.   It was sometime prior to
12 February 3rd.  I think that it was, I'll say, in
13 the last five to seven days prior to that, so in
14 late January, early February.
15     Q.   Okay.  And who was present?
16     A.   The same group of people.
17     Q.   Did you prepare questions in
18 advance?
19     A.   In my mind, at least I did.
20     Q.   And did the meeting follow the usual
21 practice as you described it, with the
22 note-taking?

Page 151

1          MR. MORTON: Object to form.
2     A.    With the note -- we -- we followed
3  our practices and that's how I sort of thought
4  about the process and my report.
5     Q.    Was that interview with
6  Mr. Choudhury also on Teams?
7     A.    Or Zoom.
8     Q.    Or Zoom.
9     A.    I think so.
10    Q.    Okay. Was the chat function
11 enabled?
12    A.    I don't know if it was enabled or
13 not. I don't recall anything being in there.
14 And that's not something I pay really any
15 attention to.
16    Q.    So it sounds like, if I'm
17 understanding correctly, and you can correct me
18 if I'm not -- that the interviews with the Meta
19 employees -- frankly that all of these other than
20 the first Sinkinson meeting happened pretty close
21 in time to when you submitted the report; is that
22 correct?

Page 325

1  CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2           I, Amanda Gorrono, the officer
3      before whom the foregoing deposition was
4      taken, do hereby certify that the foregoing
5      transcript is a true and correct record of
6      the testimony given; that said testimony was
7      taken by me stenographically and thereafter
8      reduced to typewriting under my direction;
9      and that I am neither counsel for, related
10     to, nor employed by any of the parties to
11     this case and have no interest, financial or
12     otherwise, in its outcome.
13              IN WITNESS WHEREOF, I have hereunto
14     set my hand this 21st day of February, 2025.
15
16
17
18
19     AMANDA GORRONO, CLR
20     CLR NO: 052005 - 01
       Notary Public in and for the State of New York
21     County of Suffolk
       My Commission No. 01G06041701
22     Expires: 01/07/2027