COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
TERESA MICHAUD (296329)
(tmichaud@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>                              Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DECLARATION OF PHILLIP E. MORTON IN SUPPORT OF META'S ADMINISTRATIVE MOTION REQUESTING LEAVE FOR REBUTTAL EXPERT REPORT AND DEPOSITIONS** |

I, Phillip E. Morton, hereby declare:

1. I am a partner at the law firm of Cooley LLP, counsel of record for defendant Meta Platforms, Inc. ("Meta") in the above-captioned case. I have personal knowledge of the facts recited in this declaration and, if called as a witness, could and would testify competently to them.

2. I make this declaration in support of Meta's Administrative Motion Requesting Leave for Rebuttal Expert Report and Depositions.

3. On March 20, 2025, counsel for Meta (Phillip Morton and Angela Dunning) met and conferred via video conference with counsel for Plaintiffs (including Maxwell Pritt, Josh Stein and Margaux Poueymirou) regarding the relief requested in the Motion. A stipulation could not be obtained because Plaintiffs opposed the requested relief, including the proposed declaration and rebuttal report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Washington, District of Columbia on this 21th day of March 2025.

  /s/ Phillip E. Morton
Phillip E. Morton