UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS INC.'S ADMINISTRATIVE MOTION REQUESTING LEAVE FOR REBUTTAL EXPERT REPORT AND DEPOSITIONS** |

Defendant Meta Platforms, Inc. ("Meta") filed a Administrative Motion Requesting Leave for Rebuttal Expert Report and Depositions, per Civil L.R. 7-11.

Having considered the Administrative Motion, and finding good cause for the motion, the Court **ORDERS** as follows:

Defendant Meta's Motion is **GRANTED** and the following rebuttal expert discovery is allowed:

(1) Meta may file a declaration from Meta's expert Barbara Frederiksen-Cross with Meta's March 24, 2025, summary judgment submission, rebutting the Choffnes Report as relevant to Plaintiffs' summary judgment motion;

(2) Meta may serve a rebuttal expert report addressing the full scope of the Choffnes Report from Ms. Frederiksen-Cross by April 4, 2025;

(3) Plaintiffs shall allow Meta to conduct a deposition of Dr. David Choffnes, by April 1, 2025;

(4) Meta shall make Ms. Frederiksen-Cross available for deposition on her April 4, 2025 rebuttal report; and

(5) No further expert discovery, such as a further rebuttal report by Plaintiffs to Ms. Frederiksen-Cross's April 4, 2025 rebuttal report, is permitted.

**IT IS HEREBY ORDERED**.

Dated: _____

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE