**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013-1413
(212) 355-9500
rgeman@lchb.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

(additional counsel included below)

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butiricklaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>                              *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**PLAINTIFFS' OPPOSITION TO META'S DECLARATION IN SUPPORT OF SEALING [DKT. 483]** |

Plaintiffs respectfully submit this opposition to Defendant Meta Platforms, Inc.'s Declaration in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, Dkt. 483. In that declaration, Meta seeks to seal various portions of Plaintiffs' Motion for Partial Summary Judgment, originally filed at Dkt. 472. Meta's request should largely be denied.

Courts in this Circuit apply the "compelling reasons" standard to requests to seal information contained in dispositive filings such as summary judgment motions. *E.g.*, *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Much of the material that Meta seeks to seal is not supported by a "compelling reason." Moreover, the sealed excerpts frequently contain core facts necessary to the public's understanding of this proceeding—far more than merely a set of "tangential[]" information. *See id.* (quoting *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 33 (1984)).

*Page 4:* Meta seeks to redact references to third parties with whom it has entered into commercial agreements concerning Llama, as well as some financial forecasts. The names of the third parties should not be sealed because redacting this information materially impairs the public's understanding of the parties' summary judgment filings. One of the core inquiries in this case regarding fair use is the extent to which Llama is a commercial product. The fact that Meta has entered into agreements with well-known third parties monetizing Llama is more than merely tangential to Plaintiffs' arguments. However, Plaintiffs do not oppose Meta's request to redact the internal financial projections (actual dollar amounts) shown on this page of the Motion.

*Page 8:* Meta seeks to redact references to its AI training data licensing budgets as well as price terms of certain exploratory licenses it executed with third parties. This information should not be sealed. Meta's two-year-old budgeting cannot be commercially sensitive, especially since Meta decided *not* to enter into licensing arrangements at all and instead obtained copyrighted works for free from pirated databases like Library Genesis and Z-Library. Moreover, this data again bears directly on Plaintiffs' claims. Meta will argue under fair use factor 4 that there is no market for licensing books as AI training data. The redacted information regarding Meta's then-

willingness to enter into these exact licensing arrangements is critical to public understanding of these filings. Moreover, the price terms of Meta's prior exploratory book licenses also bear on the extent to which such a licensing market exists, as well as the degree of economic harm suffered by Plaintiffs and the putative class in this case.

*Pages 9, 10, and 16:* Meta once again seeks to redact the names of specific publishers with whom it preliminarily negotiated training data licenses in early 2023. This sealing request should be denied for the same reasons Plaintiffs stated in opposition to Meta's other pending sealing request. *See* Dkt. 480.

Dated: March 24, 2025

By: /s/ *Jay Schuffenhauer*
     Jay Schuffenhauer

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
rstoler@lchb.com

Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013-1413
(212) 355-9500
rgeman@lchb.com

Kenneth S. Byrd (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
(615) 313-9000
kbyrd@lchb.com
bsugar@lchb.com

**JOSEPH SAVERI LAW FIRM LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com

**PLAINTIFFS' OPPOSITION TO META'S SEALING DECLARATION**
CASE NO. 3:23-cv-03417-VC

Aaron Cera (SBN 351163)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butterickslaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
James Ulwick (*pro hac vice*)
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

David Straite (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
dsraite@dicellolevitt.com

**COWAN DEBAETS ABRAMS & SHEPPARD LLP**

dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Scott J. Sholder (*pro hac vice*)
CeCe M. Cole
60 Broad Street, 30th Floor
New York, NY 10004
(212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*