# GHAJAR EXHIBIT 1

# FILED UNDER SEAL