# GHAJAR EXHIBIT 2

# FILED UNDER SEAL