# GHAJAR EXHIBIT 3

1   Bryan L. Clobes (*pro hac vice*)
2   **CAFFERTY CLOBES MERIWETHER
    & SPRENGEL LLP**
3   135 S. LaSalle Street
    Suite 3210
4   Chicago, IL 60603
    Telephone: (312) 782-4880
5   Email:      bclobes@caffertyclobes.com

6   **BOIES SCHILLER FLEXNER LLP**
    David Boies (*pro hac vice*)
7   333 Main Street
    Armonk, NY 10504
8   (914) 749-8200
    dboies@bsfllp.com
9
10  *Counsel for Individual and Representative
    Plaintiffs and the Proposed Class*

11
                    **UNITED STATES DISTRICT COURT**
12                  **NORTHERN DISTRICT OF CALIFORNIA**
13                   **SAN FRANCISCO DIVISION**

14

15   RICHARD KADREY, *et al.*,                Case No. 3:23-cv-03417-VC

16        Individual and Representative        **PLAINTIFF TA-NEHISI COATES'S**
          Plaintiffs,                          **SECOND SUPPLEMENTAL RESPONSES**
17                                             **TO DEFENDANT'S SECOND AND THIRD**
     v.                                        **SETS OF REQUESTS FOR ADMISSIONS**
18
     META PLATFORMS, INC, a Delaware
19   corporation,

20        Defendant.

21

22

23

24

25

26

27

28

1  PROPOUNDING PARTY:  Defendant Meta Platforms, Inc.

2  RESPONDING PARTY:    Plaintiff Ta-Nehisi Coates

3  SET NO.:             One (Requests Nos. 24 [Second Supplemental], 69 And 70

4  [First Supplemental])

5                      **INTRODUCTION**

6      Plaintiff Ta-Nehisi Coates ("Plaintiff") hereby serves his responses and objections to

7  Defendant Meta Platforms, Inc.'s ("Defendant" or "Meta") First Set of Requests for Admissions

8  (the "Requests" or "RFAs").

9           **SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS**

10  **REQUEST FOR ADMISSION NO. 24:**

11      Admit that YOU are personally unaware of any text generated by any of Meta's Llama

12  models that infringes YOUR ASSERTED WORKS.

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

14      Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling

15  for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined,

16  it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe

17  the terms "You" and "Your" as referring to Plaintiff Ta-Nehisi Coates. Plaintiff objects to the

18  phrase "personally unaware" as unintelligible. Plaintiff, in his individual capacity, responds, admit.

19  **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

20      Plaintiff objects that the term "personally unaware" is vague and ambiguous. Plaintiff

21  objects to the extent that responding to this Request requires adopting a legal conclusion. Plaintiff

22  further objects to this Request as an improper subject of a Request for Admission.

23      Subject to and without waiving these objections, Plaintiff DENIES Request No. 24 based

24  on the existence of material from his Asserted Works that purportedly is output from a Meta Large

25  Language Model and has been made publicly available without his permission

26  **REQUEST FOR ADMISSION NO. 69:**

27      Admit that YOU have not granted the publishers of YOUR ASSERTED WORK(S) the

28  right to license the ASSERTED WORK(S) as training data for LLMs.

1    Dated: December 27, 2024              By:      */s/ Bryan L. Clobes*
                                                    Bryan L. Clobes
2

3                                          Bryan L. Clobes (*pro hac vice*)
                                           Alexander J. Sweatman (*pro hac vice*)
4                                          Mohammed A. Rathur (*pro hac vice*)
                                           **CAFFERTY CLOBES MERIWETHER**
5                                          **& SPRENGEL LLP**
                                           135 S. LaSalle Street
6                                          Suite 3210
                                           Chicago, IL 60603
7                                          Telephone: (312) 782-4880
                                           Email:      bclobes@caffertyclobes.com
8                                                      asweatman@caffertyclobes.com
                                                       mrathur@caffertyclobes.com
9

10

11                                         **BOIES SCHILLER FLEXNER LLP**
                                           David Boies (*pro hac vice*)
12                                         333 Main Street
                                           Armonk, NY 10504
13                                         (914) 749-8200
                                           dboies@bsfllp.com
14
                                           *Counsel for Individual and Representative Plaintiffs*
15                                         *and the Proposed Class*

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF TA-NEHISI COATES'S SUPPLEMENTAL
                                                                RESPONSES TO REQUESTS FOR ADMISSION
                                                                No. 3:23-CV-03417-VC

1   Bryan L. Clobes (*pro hac vice*)
2   **CAFFERTY CLOBES MERIWETHER**
    **& SPRENGEL LLP**
3   135 S. LaSalle Street
    Suite 3210
4   Chicago, IL 60603
    Telephone: (312) 782-4880
5   Email:      bclobes@caffertyclobes.com

6   **BOIES SCHILLER FLEXNER LLP**
    David Boies (*pro hac vice*)
7   333 Main Street
    Armonk, NY 10504
8   (914) 749-8200
    dboies@bsfllp.com
9
10  *Counsel for Individual and Representative*
    *Plaintiffs and the Proposed Class*

11

12                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
13                       **SAN FRANCISCO DIVISION**

14

15  RICHARD KADREY, *et al.*,                    Case No. 3:23-cv-03417-VC

16       Individual and Representative          **PLAINTIFF JUNOT DIAZ'S SECOND**
         Plaintiffs,                            **SUPPLEMENTAL RESPONSES TO**
17                                              **DEFENDANT'S SECOND AND THIRD**
    v.                                          **SETS OF REQUESTS FOR ADMISSIONS**
18
    META PLATFORMS, INC, a Delaware
19  corporation,

20       Defendant.

21

22

23

24

25

26

27

28

1  PROPOUNDING PARTY:  **Defendant Meta Platforms, Inc.**

2  RESPONDING PARTY:    **Plaintiff Junot Diaz**

3  SET NO.:                       **One (Requests Nos. 24 [Second Supplemental], 67 And 68**

4  **[First Supplemental])**

5                                  **INTRODUCTION**

6       Plaintiff Junot Diaz ("Plaintiff") hereby serves his responses and objections to Defendant

7  Meta Platforms, Inc.'s ("Defendant" or "Meta") First Set of Requests for Admissions (the

8  "Requests" or "RFAs").

9            **SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS**

10 **REQUEST FOR ADMISSION NO. 24:**

11      Admit that YOU are personally unaware of any text generated by any of Meta's Llama

12 models that infringes YOUR ASSERTED WORKS.

13 **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

14      Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling

15 for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined,

16 it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe

17 the terms "You" and "Your" as referring to Plaintiff Junot Diaz. Plaintiff objects to the phrase

18 "personally unaware" as unintelligible. Plaintiff, in his individual capacity, responds, admit.

19 **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

20      Plaintiff objects that the term "personally unaware" is vague and ambiguous. Plaintiff

21 objects to the extent that responding to this Request requires adopting a legal conclusion. Plaintiff

22 further objects to this Request as an improper subject of a Request for Admission.

23      Subject to and without waiving these objections, Plaintiff DENIES Request No. 24 based

24 on the existence of material from his Asserted Works that purportedly is output from a Meta Large

25 Language Model and has been made publicly available without his permission

26 **REQUEST FOR ADMISSION NO. 67:**

27      Admit that YOU have not granted the publishers of YOUR ASSERTED WORK(S) the

28 right to license the ASSERTED WORK(S) as training data for LLMs.

1

Dated: December 27, 2024                By:        */s/ Bryan L. Clobes*

2                                                      Bryan L. Clobes

3                                            Bryan L. Clobes (*pro hac vice*)
                                             Alexander J. Sweatman (*pro hac vice*)
4                                            Mohammed A. Rathur (*pro hac vice*)
                                             **CAFFERTY CLOBES MERIWETHER**
5                                            **& SPRENGEL LLP**
                                             135 S. LaSalle Street
6                                            Suite 3210
                                             Chicago, IL 60603
7                                            Telephone: (312) 782-4880
                                             Email:        bclobes@caffertyclobes.com
8                                                          asweatman@caffertyclobes.com
9                                                          mrathur@caffertyclobes.com

10

11                                           **BOIES SCHILLER FLEXNER LLP**
                                             David Boies (*pro hac vice*)
12                                           333 Main Street
                                             Armonk, NY 10504
13                                           (914) 749-8200
                                             dboies@bsfllp.com
14
                                             *Counsel for Individual and Representative*
15                                           *Plaintiffs*
                                             *and the Proposed Class*
16

17

18

19

20

21

22

23

24

25

26

27

28

1  Rachel Geman (*pro hac vice*)
   rgeman@lchb.com
2  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   250 Hudson Street, 8th Floor
3  New York, NY 10013-1413
   Telephone: 212.355.9500
4  Email: rgeman@lchb.com

5  Elizabeth J. Cabraser, Esq.
   Daniel M. Hutchinson, Esq.
6  Reilly T. Stoler, Esq.
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
7  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
8  Telephone: 415.956.1000
   Email: ecabraser@lchb.com, dhutchinson@lchb.com,
9  rstoler@lchb.com

10 Kenneth S. Byrd. (*pro hac vice*)
   Betsy A. Sugar (*pro hac vice*)
11 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   222 2nd Avenue South, Suite 1640
12 Nashville, TN 37201-2375
   Telephone: 615.313.9000
13 Email: kbyrd@lchb.com, bsugar@lchb.com

14 Scott J. Sholder (*pro hac vice*)
   CeCe M. Cole (*pro hac vice*)
15 COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
   60 Broad Street, 30th Floor
16 New York, New York 10004
   Telephone: 212.974.7474
17 Email: ssholder@cdas.com, ccole@cdas.com

18 *Attorneys for Plaintiff Christopher Farnsworth and*
   *Representative Plaintiffs and the Proposed Class*

19

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22                    SAN FRANCISCO DIVISION

23 RICHARD KADREY, *et al.*,                    Case No. 3:23-cv-03417-VC

24       Individual and Representative            PLAINTIFF CHRISTOPHER
         Plaintiffs,                              FARNSWORTH'S SECOND
25                                                SUPPLEMENTAL RESPONSES TO
   v.                                             DEFENDANT'S FIRST SET OF REQUESTS
26                                                FOR ADMISSIONS
   META PLATFORMS, INC, a Delaware
27 corporation,

28       Defendant.

1    PROPOUNDING PARTY:    DEFENDANT META PLATFORMS, INC.

2    RESPONDING PARTY:    PLAINTIFF CHRISTOPHER FARNSWORTH

3    SET NO.:    ONE (Requests Nos. 26 [SECOND SUPPLEMENTAL], 74 and 75

4    [FIRST SUPPLEMENTAL])

5                                    **INTRODUCTION**

6         Plaintiff Christopher Farnsworth ("Plaintiff") hereby serves his responses and objections

7    to Defendant Meta Platforms, Inc.'s ("Defendant" or "Meta") First Set of Requests for

8    Admissions (the "Requests" or "RFAs").

9         **SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS**

10   **REQUEST FOR ADMISSION NO. 1:**

11        Admit that YOU are personally unaware of any text generated by any of Meta's Llama

12   models that infringes YOUR ASSERTED WORKS.

13   **RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

14        Plaintiff objects that the term "personally unaware" is vague and ambiguous. Plaintiff

15   objects to the extent that responding to this Request requires adopting a legal conclusion. Plaintiff

16   further objects to this Request as an improper subject of a Request for Admission.

17        Subject to and without waiving these general and specific objections, Plaintiff responds

18   that he will not admit or deny this Request, on the grounds that the information requested is not a

19   proper subject of a Request for Admission. If a response is deemed required, Plaintiff denies the

20   Request on this same basis. Plaintiff agrees to meet and confer on the appropriate vehicle for

21   discovering Plaintiffs' current knowledge or awareness.

22   **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

23        Plaintiff objects that the term "personally unaware" is vague and ambiguous. Plaintiff

24   objects to the extent that responding to this Request requires adopting a legal conclusion. Plaintiff

25   further objects to this Request as an improper subject of a Request for Admission.

26        Subject to and without waiving these general and specific objections, Plaintiff admits

27   Request No. 26.

28

3154910.4

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Plaintiff objects that the term "personally unaware" is vague and ambiguous. Plaintiff objects to the extent that responding to this Request requires adopting a legal conclusion. Plaintiff further objects to this Request as an improper subject of a Request for Admission.

Subject to and without waiving these objections, Plaintiff DENIES Request No. 26 based on the existence of material from his Asserted Works that purportedly is output from a Meta Large Language Model and has been made publicly available without his permission.

**REQUEST FOR ADMISSION NO. 74:**

Admit that YOU have not granted the publishers of YOUR ASSERTED WORK(S) the right to license the ASSERTED WORK(S) as training data for LLMs.

**RESPONSE TO REQUEST FOR ADMISSION NO. 74:**

Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions Nos. 9, 10, and 11. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891, at *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative and duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a) and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014).

Subject to and without waiving these general and specific objections, Plaintiff admits that Plaintiff has entered into licensing agreements with Plaintiff's publisher for the Asserted Works and directs Meta to the terms of such licensing agreements, which speak for themselves.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 74:**

Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions Nos. 9, 10, and 11. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891, at *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative and duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a) and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014). Plaintiff objects to this Request to the extent it calls for a legal conclusion, is overbroad and to the

1          Subject to and without waiving these objections, Plaintiff ADMITS Request No. 75 to the

2    extent that he is the owner of those rights, but Plaintiff DENIES that publishers cannot serve as

3    intermediaries and DENIES any implication that publishers play no role in licensing copyrighted

4    works, including the acquisition of and use of such works in connection with LLMs.

5

6    Dated:      December 27, 2024      Respectfully submitted,

7                        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

8

9                        By: */s/ Rachel Geman*

10                          Rachel Geman

11                       LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

12                       250 Hudson Street, 8th Floor
                         New York, NY 10013-1413

13                       Telephone:  212.355.9500
                         Facsimile:  212.355.959

14                       Email: rgeman@lchb.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          czirpoli@saverilawfirm.com
          cyoung@saverilawfirm.com
          hbenon@saverilawfirm.com
          acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email:    mb@butterricklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice anticipated)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:    (312) 782-4880
Email:    bclobes@caffertyclobes.com
          asweatman@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., | Lead Case No. 3:23-cv-03417-VC |
| | Case No. 4:23-cv-06663 |
| *Individual and Representative Plaintiffs*, | |
| | **PLAINTIFF CHRISTOPHER GOLDEN'S RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION** |
| v. | |
| Meta Platforms, Inc., | |
| *Defendant.* | |

**REQUEST FOR ADMISSION NO. 23:**

Admit that YOU are personally unaware of any documentary evidence demonstrating that any PERSON has read text generated by any of Meta's Llama models as a substitute for reading YOUR ASSERTED WORKS.

**RESPONSE TO REQUEST NO. 23:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe the terms "You" and "Your" as referring to Plaintiff Christopher Golden. Plaintiff also objects to the term "documentary evidence" as being vague and overbroad because it is not limited to the specific claims and defenses raised in this dispute. Plaintiff further objects to the phrase "you are personally unaware" as unintelligible. Plaintiff, in his individual capacity, responds, admit.

**REQUEST FOR ADMISSION NO. 24:**

Admit that YOU are personally unaware of any text generated by any of Meta's Llama models that infringes YOUR ASSERTED WORKS.

**RESPONSE TO REQUEST NO. 24:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe the terms "You" and "Your" as referring to Plaintiff Christopher Golden. Plaintiff objects to the phrase "personally unaware" as unintelligible. Plaintiff, in his individual capacity, responds, admit.

**REQUEST FOR ADMISSION NO. 25:**

Admit that YOU have personally used one of Meta's Llama models.

**RESPONSE TO REQUEST NO. 25:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff objects to the phrase "YOU have personally used" as unintelligible. Plaintiff further objects to this Request as not

terms "You" and "Your" as referring to Plaintiff Christopher Golden. Plaintiff further objects to the phrase "for a fee" as vague and ambiguous. Subject to and without waiving the foregoing objections, Plaintiff responds that after a reasonable inquiry, the information known or that can be readily obtained by him is insufficient to enable him to admit or deny.

Dated: July 22, 2024                    By:      /s/ Joseph R. Saveri
                                                  Joseph R. Saveri

                                        Joseph R. Saveri (State Bar No. 130064)
                                        Cadio Zirpoli (State Bar No. 179108)
                                        Christopher K.L. Young (State Bar No. 318371)
                                        Holden Benon (State Bar No. 325847)
                                        Aaron Cera (State Bar No. 351163)
                                        **JOSEPH SAVERI LAW FIRM, LLP**
                                        601 California Street, Suite 1505
                                        San Francisco, California 94108
                                        Telephone: (415) 500-6800
                                        Facsimile: (415) 395-9940
                                        Email:      jsaveri@saverilawfirm.com
                                                    czirpoli@saverilawfirm.com
                                                    cyoung@saverilawfirm.com
                                                    hbenon@saverilawfirm.com
                                                    acera@saverilawfirm.com

                                        Matthew Butterick (State Bar No. 250953)
                                        1920 Hillhurst Avenue, 406
                                        Los Angeles, CA 90027
                                        Telephone:  (323)968-2632
                                        Facsimile:   (415) 395-9940
                                        Email:       mb@buttericklaw.com

                                        Bryan L. Clobes (pro hac vice)
                                        Alexander J. Sweatman (*pro hac vice anticipated*)
                                        **CAFFERTY CLOBES MERIWETHER
                                        & SPRENGEL LLP**
                                        135 South LaSalle Street, Suite 3210
                                        Chicago, IL 60603
                                        Telephone:   (312) 782-4880
                                        Email:       bclobes@caffertyclobes.com
                                                     asweatman@caffertyclobes.com

PLAINTIFF CHRISTOPHER GOLDEN'S RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND
SET OF REQUESTS FOR ADMISSION

1  Bryan L. Clobes (*pro hac vice*)

2  **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

3  135 S. LaSalle Street
   Suite 3210

4  Chicago, IL 60603
   Telephone: (312) 782-4880

5  Email:      bclobes@caffertyclobes.com

6  **BOIES SCHILLER FLEXNER LLP**

7  David Boies (*pro hac vice*)
   333 Main Street
   Armonk, NY 10504

8  (914) 749-8200
   dboies@bsfllp.com

9

10 *Counsel for Individual and Representative*
   *Plaintiffs and the Proposed Class*

11

12              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**

13              **SAN FRANCISCO DIVISION**

14

15 RICHARD KADREY, *et al.*,                    Case No. 3:23-cv-03417-VC

16      Individual and Representative          **PLAINTIFF ANDREW SEAN GREER'S**
        Plaintiffs,                            **SECOND SUPPLEMENTAL RESPONSES**
17                                             **TO DEFENDANT'S SECOND AND THIRD**
   v.                                          **SETS OF REQUESTS FOR ADMISSIONS**

18
   META PLATFORMS, INC, a Delaware
19 corporation,

20      Defendant.

21

22

23

24

25

26

27

28

1  PROPOUNDING PARTY:  **Defendant Meta Platforms, Inc.**

2  RESPONDING PARTY:    **Plaintiff Andrew Sean Greer**

3  SET NO.:                        **One (Requests Nos. 24 [Second Supplemental], 70 And 71**

4  **[First Supplemental])**

5  <center>**INTRODUCTION**</center>

6      Plaintiff Andrew Sean Greer ("Plaintiff") hereby serves his responses and objections to

7  Defendant Meta Platforms, Inc.'s ("Defendant" or "Meta") First Set of Requests for Admissions

8  (the "Requests" or "RFAs").

9  <center>**SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS**</center>

10  **REQUEST FOR ADMISSION NO. 24:**

11      Admit that YOU are personally unaware of any text generated by any of Meta's Llama

12  models that infringes YOUR ASSERTED WORKS.

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

14      Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling

15  for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined,

16  it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe

17  the terms "You" and "Your" as referring to Plaintiff Andrew Sean Greer. Plaintiff objects to the

18  phrase "personally unaware" as unintelligible. Plaintiff, in his individual capacity, responds, admit.

19  **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

20      Plaintiff objects that the term "personally unaware" is vague and ambiguous. Plaintiff

21  objects to the extent that responding to this Request requires adopting a legal conclusion. Plaintiff

22  further objects to this Request as an improper subject of a Request for Admission.

23      Subject to and without waiving these objections, Plaintiff DENIES Request No. 24 based

24  on the existence of material from his Asserted Works that purportedly is output from a Meta Large

25  Language Model and has been made publicly available without his permission

26  **REQUEST FOR ADMISSION NO. 70:**

27      Admit that YOU have not granted the publishers of YOUR ASSERTED WORK(S) the

28  right to license the ASSERTED WORK(S) as training data for LLMs.

1 Dated: December 27, 2024          By:      */s/ Bryan L. Clobes*
2                                            Bryan L. Clobes

3                                   Bryan L. Clobes (*pro hac vice*)
                                    Alexander J. Sweatman (*pro hac vice*)
4                                   Mohammed A. Rathur (*pro hac vice*)
                                    **CAFFERTY CLOBES MERIWETHER**
5                                   **& SPRENGEL LLP**
                                    135 S. LaSalle Street
6                                   Suite 3210
                                    Chicago, IL 60603
7                                   Telephone: (312) 782-4880
                                    Email:      bclobes@caffertyclobes.com
8                                               asweatman@caffertyclobes.com
9                                               mrathur@caffertyclobes.com
10
11                                  **BOIES SCHILLER FLEXNER LLP**
                                    David Boies (*pro hac vice*)
12                                  333 Main Street
                                    Armonk, NY 10504
13                                  (914) 749-8200
                                    dboies@bsfllp.com
14
                                    *Counsel for Individual and Representative Plaintiffs*
15                                  *and the Proposed Class*
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Bryan L. Clobes (*pro hac vice*)
2  **CAFFERTY CLOBES MERIWETHER**
   **& SPRENGEL LLP**
3  135 S. LaSalle Street
   Suite 3210
4  Chicago, IL 60603
   Telephone: (312) 782-4880
5  Email:      bclobes@caffertyclobes.com

6  **BOIES SCHILLER FLEXNER LLP**
   David Boies (*pro hac vice*)
7  333 Main Street
   Armonk, NY 10504
8  (914) 749-8200
   dboies@bsfllp.com
9
   *Counsel for Individual and Representative*
10 *Plaintiffs and the Proposed Class*

11

12              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
13                **SAN FRANCISCO DIVISION**

14

15  RICHARD KADREY, *et al.*,                    Case No. 3:23-cv-03417-VC

16       Individual and Representative           **PLAINTIFF DAVID HENRY HWANG'S**
         Plaintiffs,                             **SECOND SUPPLEMENTAL RESPONSES**
17                                               **TO DEFENDANT'S SECOND AND THIRD**
    v.                                           **SET OF REQUESTS FOR ADMISSIONS**
18
    META PLATFORMS, INC, a Delaware
19  corporation,

20       Defendant.

21

22

23

24

25

26

27

28

1   PROPOUNDING PARTY:   Defendant Meta Platforms, Inc.

2   RESPONDING PARTY:   Plaintiff David Henry Hwang

3   SET NO.:   One (Requests Nos. 24 [Second Supplemental], 69 And 70

4   [First Supplemental])

5   **INTRODUCTION**

6   Plaintiff David Henry Hwang ("Plaintiff") hereby serves his responses and objections to

7   Defendant Meta Platforms, Inc.'s ("Defendant" or "Meta") First Set of Requests for Admissions

8   (the "Requests" or "RFAs").

9   **SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS**

10  **REQUEST FOR ADMISSION NO. 24:**

11  Admit that YOU are personally unaware of any text generated by any of Meta's Llama

12  models that infringes YOUR ASSERTED WORKS.

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

14  Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling

15  for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined,

16  it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe

17  the terms "You" and "Your" as referring to Plaintiff David Henry Hwang. Plaintiff objects to the

18  phrase "personally unaware" as unintelligible. Plaintiff, in his individual capacity, responds, admit.

19  **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

20  Plaintiff objects that the term "personally unaware" is vague and ambiguous. Plaintiff

21  objects to the extent that responding to this Request requires adopting a legal conclusion. Plaintiff

22  further objects to this Request as an improper subject of a Request for Admission.

23  Subject to and without waiving these objections, Plaintiff DENIES Request No. 24 based

24  on the existence of material from his Asserted Works that purportedly is output from a Meta Large

25  Language Model and has been made publicly available without his permission

26  **REQUEST FOR ADMISSION NO. 69:**

27  Admit that YOU have not granted the publishers of YOUR ASSERTED WORK(S) the

28  right to license the ASSERTED WORK(S) as training data for LLMs.

1    Dated: December 27, 2024                By:      _/s/ Bryan L. Clobes_

2                                                     Bryan L. Clobes

3                                             Bryan L. Clobes (*pro hac vice*)
                                              Alexander J. Sweatman (*pro hac vice*)
4                                             Mohammed A. Rathur (*pro hac vice*)
                                              **CAFFERTY CLOBES MERIWETHER**
5                                             **& SPRENGEL LLP**
                                              135 S. LaSalle Street
6                                             Suite 3210
                                              Chicago, IL 60603
7                                             Telephone: (312) 782-4880
                                              Email:      bclobes@caffertyclobes.com
8                                                         asweatman@caffertyclobes.com
9                                                         mrathur@caffertyclobes.com

10

11                                            **BOIES SCHILLER FLEXNER LLP**
                                              David Boies (*pro hac vice*)
12                                            333 Main Street
                                              Armonk, NY 10504
13                                            (914) 749-8200
                                              dboies@bsfllp.com
14
                                              *Counsel for Individual and Representative Plaintiffs*
15                                            *and the Proposed Class*

16

17

18

19

20

21

22

23

24

25

26

27

28

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          czirpoli@saverilawfirm.com
          cyoung@saverilawfirm.com
          hbenon@saverilawfirm.com
          acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email:    mb@butterricklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice anticipated)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:    (312) 782-4880
Email:        bclobes@caffertyclobes.com
              asweatman@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>*Defendant*. | Lead Case No. 3:23-cv-03417-VC<br>Case No. 4:23-cv-06663<br><br>**PLAINTIFF RICHARD KADREY'S RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION** |

**REQUEST FOR ADMISSION NO. 23:**

Admit that YOU are personally unaware of any documentary evidence demonstrating that any PERSON has read text generated by any of Meta's Llama models as a substitute for reading YOUR ASSERTED WORKS.

**RESPONSE TO REQUEST NO. 23:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe the terms "You" and "Your" as referring to Plaintiff Richard Kadrey. Plaintiff also objects to the term "documentary evidence" as being vague and overbroad because it is not limited to the specific claims and defenses raised in this dispute. Plaintiff further objects to the phrase "you are personally unaware" as unintelligible. Plaintiff, in his individual capacity, responds, admit.

**REQUEST FOR ADMISSION NO. 24:**

Admit that YOU are personally unaware of any text generated by any of Meta's Llama models that infringes YOUR ASSERTED WORKS.

**RESPONSE TO REQUEST NO. 24:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe the terms "You" and "Your" as referring to Plaintiff Richard Kadrey. Plaintiff objects to the phrase "personally unaware" as unintelligible. Plaintiff, in his individual capacity, responds, admit.

**REQUEST FOR ADMISSION NO. 25:**

Admit that YOU have personally used one of Meta's Llama models.

**RESPONSE TO REQUEST NO. 25:**

Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff objects to the phrase "YOU have personally used" as unintelligible. Plaintiff further objects to this Request as not

terms "You" and "Your" as referring to Plaintiff Richard Kadrey. Plaintiff further objects to the

phrase "for a fee" as vague and ambiguous. Subject to and without waiving the foregoing objections,

Plaintiff responds that after a reasonable inquiry, the information known or that can be readily obtained

by him is insufficient to enable him to admit or deny.


Dated: July 22, 2024                        By:        _/s/ Joseph R. Saveri_
                                                       Joseph R. Saveri

                                            Joseph R. Saveri (State Bar No. 130064)
                                            Cadio Zirpoli (State Bar No. 179108)
                                            Christopher K.L. Young (State Bar No. 318371)
                                            Holden Benon (State Bar No. 325847)
                                            Aaron Cera (State Bar No. 351163)
                                            **JOSEPH SAVERI LAW FIRM, LLP**
                                            601 California Street, Suite 1505
                                            San Francisco, California 94108
                                            Telephone: (415) 500-6800
                                            Facsimile: (415) 395-9940
                                            Email:      jsaveri@saverilawfirm.com
                                                        czirpoli@saverilawfirm.com
                                                        cyoung@saverilawfirm.com
                                                        hbenon@saverilawfirm.com
                                                        acera@saverilawfirm.com

                                            Matthew Butterick (State Bar No. 250953)
                                            1920 Hillhurst Avenue, 406
                                            Los Angeles, CA 90027
                                            Telephone:  (323)968-2632
                                            Facsimile:  (415) 395-9940
                                            Email:      mb@buttericklaw.com

                                            Bryan L. Clobes (pro hac vice)
                                            Alexander J. Sweatman (pro hac vice anticipated)
                                            **CAFFERTY CLOBES MERIWETHER**
                                            **& SPRENGEL LLP**
                                            135 South LaSalle Street, Suite 3210
                                            Chicago, IL 60603
                                            Telephone:   (312) 782-4880
                                            Email:       bclobes@caffertyclobes.com
                                                         asweatman@caffertyclobes.com

PLAINTIFF RICHARD KADREY'S RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET
OF REQUESTS FOR ADMISSION

1  Bryan L. Clobes (*pro hac vice*)
2  **CAFFERTY CLOBES MERIWETHER
   & SPRENGEL LLP**
3  135 S. LaSalle Street
   Suite 3210
4  Chicago, IL 60603
   Telephone: (312) 782-4880
5  Email:        bclobes@caffertyclobes.com

6  **BOIES SCHILLER FLEXNER LLP**
   David Boies (*pro hac vice*)
7  333 Main Street
   Armonk, NY 10504
8  (914) 749-8200
   dboies@bsfllp.com
9

10 *Counsel for Individual and Representative
   Plaintiffs and the Proposed Class*

11

12              **UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA**
13                **SAN FRANCISCO DIVISION**

14

15 RICHARD KADREY, *et al.*,                    Case No. 3:23-cv-03417-VC

16        Individual and Representative          **PLAINTIFF MATTHEW KLAM'S
          Plaintiffs,                            SECOND SUPPLEMENTAL RESPONSES**
17                                               **TO DEFENDANT'S SECOND AND THIRD**
   v.                                            **SETS OF REQUESTS FOR ADMISSIONS**
18
   META PLATFORMS, INC, a Delaware
19 corporation,

20        Defendant.

21

22

23

24

25

26

27

28

1 **PROPOUNDING PARTY: Defendant Meta Platforms, Inc.**

2 **RESPONDING PARTY: Plaintiff Matthew Klam**

3 **SET NO.: One (Requests Nos. 24 [Second Supplemental], 67 And 68**

4 **[First Supplemental])**

5          **INTRODUCTION**

6    Plaintiff Matthew Klam ("Plaintiff") hereby serves his responses and objections to

7 Defendant Meta Platforms, Inc.'s ("Defendant" or "Meta") First Set of Requests for Admissions

8 (the "Requests" or "RFAs").

9      **SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS**

10 **REQUEST FOR ADMISSION NO. 24:**

11    Admit that YOU are personally unaware of any text generated by any of Meta's Llama

12 models that infringes YOUR ASSERTED WORKS.

13 **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

14    Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling

15 for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined,

16 it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe

17 the terms "You" and "Your" as referring to Plaintiff Matthew Klam. Plaintiff objects to the phrase

18 "personally unaware" as unintelligible. Plaintiff, in his individual capacity, responds, admit.

19 **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

20    Plaintiff objects that the term "personally unaware" is vague and ambiguous. Plaintiff

21 objects to the extent that responding to this Request requires adopting a legal conclusion. Plaintiff

22 further objects to this Request as an improper subject of a Request for Admission.

23    Subject to and without waiving these objections, Plaintiff DENIES Request No. 24 based

24 on the existence of material from his Asserted Works that purportedly is output from a Meta Large

25 Language Model and has been made publicly available without his permission

26 **REQUEST FOR ADMISSION NO. 67:**

27    Admit that YOU have not granted the publishers of YOUR ASSERTED WORK(S) the

28 right to license the ASSERTED WORK(S) as training data for LLMs.

1    Dated: December 27, 2024            By:    _/s/ Bryan L. Clobes_
2                                               Bryan L. Clobes

3                                        Bryan L. Clobes (*pro hac vice*)
     Alexander J. Sweatman (*pro hac vice*)
4    Mohammed A. Rathur (*pro hac vice*)
     **CAFFERTY CLOBES MERIWETHER**
5    **& SPRENGEL LLP**
     135 S. LaSalle Street
6    Suite 3210
     Chicago, IL 60603
7    Telephone: (312) 782-4880
     Email:    bclobes@caffertyclobes.com
8               asweatman@caffertyclobes.com
9               mrathur@caffertyclobes.com

10
     **BOIES SCHILLER FLEXNER LLP**
11   David Boies (*pro hac vice*)
     333 Main Street
12   Armonk, NY 10504
     (914) 749-8200
13   dboies@bsfllp.com

14   *Counsel for Individual and Representative Plaintiffs*
15   *and the Proposed Class*

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Bryan L. Clobes (*pro hac vice*)
2  **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
3  135 S. LaSalle Street
   Suite 3210
4  Chicago, IL 60603
   Telephone: (312) 782-4880
5  Email:        bclobes@caffertyclobes.com
6  **BOIES SCHILLER FLEXNER LLP**
7  David Boies (*pro hac vice*)
   333 Main Street
8  Armonk, NY 10504
   (914) 749-8200
9  dboies@bsfllp.com
10 *Counsel for Individual and Representative Plaintiffs and the Proposed Class*
11
12           **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
13              **SAN FRANCISCO DIVISION**
14
15  RICHARD KADREY, *et al.*,                    Case No. 3:23-cv-03417-VC
16        Individual and Representative          **PLAINTIFF LAURA LIPPMAN'S**
          Plaintiffs,                            **SECOND SUPPLEMENTAL RESPONSES**
17                                               **TO DEFENDANT'S SECOND AND THIRD**
    v.                                           **SETS OF REQUESTS FOR ADMISSIONS**
18
    META PLATFORMS, INC, a Delaware
19  corporation,
20        Defendant.
21
22
23
24
25
26
27
28

1  PROPOUNDING PARTY:  **Defendant Meta Platforms, Inc.**

2  RESPONDING PARTY:    **Plaintiff Laura Lippman**

3  SET NO.:                      **One (Requests Nos. 24 [Second Supplemental], 75 And 76**

4  **[First Supplemental])**

5  <u>**INTRODUCTION**</u>

6      Plaintiff Laura Lippman ("Plaintiff") hereby serves her responses and objections to

7  Defendant Meta Platforms, Inc.'s ("Defendant" or "Meta") First Set of Requests for Admissions

8  (the "Requests" or "RFAs").

9      <u>**SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS**</u>

10  <u>**REQUEST FOR ADMISSION NO. 24:**</u>

11      Admit that YOU are personally unaware of any text generated by any of Meta's Llama

12  models that infringes YOUR ASSERTED WORKS.

13  <u>**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**</u>

14      Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling

15  for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined,

16  it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe

17  the terms "You" and "Your" as referring to Plaintiff Laura Lippman. Plaintiff objects to the phrase

18  "personally unaware" as unintelligible. Plaintiff, in her individual capacity, responds, admit.

19  <u>**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 24:**</u>

20      Plaintiff objects that the term "personally unaware" is vague and ambiguous. Plaintiff

21  objects to the extent that responding to this Request requires adopting a legal conclusion. Plaintiff

22  further objects to this Request as an improper subject of a Request for Admission.

23      Subject to and without waiving these objections, Plaintiff DENIES Request No. 24 based

24  on the existence of material from her Asserted Works that purportedly is output from a Meta Large

25  Language Model and has been made publicly available without her permission

26  <u>**REQUEST FOR ADMISSION NO. 75:**</u>

27      Admit that YOU have not granted the publishers of YOUR ASSERTED WORK(S) the

28  right to license the ASSERTED WORK(S) as training data for LLMs.

1     Dated: December 27, 2024           By:      */s/ Bryan L. Clobes*

2                                              Bryan L. Clobes

3                               Bryan L. Clobes (*pro hac vice*)

4                               Alexander J. Sweatman (*pro hac vice*)
                                 Mohammed A. Rathur (*pro hac vice*)

5                               **CAFFERTY CLOBES MERIWETHER**
                              **& SPRENGEL LLP**

6                               135 S. LaSalle Street
                              Suite 3210

7                               Chicago, IL 60603
                              Telephone: (312) 782-4880

8                               Email:      bclobes@caffertyclobes.com

9                                          asweatman@caffertyclobes.com
                                         mrathur@caffertyclobes.com

10

11                               **BOIES SCHILLER FLEXNER LLP**
                              David Boies (*pro hac vice*)

12                               333 Main Street
                              Armonk, NY 10504

13                               (914) 749-8200
                              dboies@bsfllp.com

14

15                               *Counsel for Individual and Representative Plaintiffs*
                              *and the Proposed Class*

16

17

18

19

20

21

22

23

24

25

26

27

28

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:   jsaveri@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., | Lead Case No. 3:23-cv-03417-VC<br>Case No. 4:23-cv-06663 |
| *Individual and Representative Plaintiffs*, | **PLAINTIFF SARAH SILVERMAN'S SUPPLEMENTAL RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION** |
| v. | |
| Meta Platforms, Inc., | |
| *Defendant.* | |

PLAINTIFF SARAH SILVERMAN'S SUPPLEMENTAL RESPONSES TO DEFENDANT META PLATFORMS, INC.'S SECOND SET OF REQUESTS FOR ADMISSION

| | |
|---|---|
| PROPOUNDING PARTIES: | **Defendant Meta Platforms, Inc.** |
| RESPONDING PARTIES: | **Plaintiff Sarah Silverman** |
| SET NUMBER: | **Two (2)** |

Plaintiff Sarah Silverman ("Plaintiff") hereby supplements her responses to Defendant Meta Platforms, Inc.'s ("Defendant" or "Meta") Second Set of Requests for Admissions (the "Requests" or "RFAs").

## GENERAL OBJECTIONS

1.    Plaintiff generally objects to Defendant's definitions and instructions to the extent they purport to require Plaintiff to respond in any way beyond what is required by the Federal and local rules.

2.    Plaintiff objects to the Requests to the extent they seek information or materials that are protected from disclosure by attorney-client privilege, the work product doctrine, expert disclosure rules, or other applicable privileges and protections, including communications with Plaintiff's attorneys regarding the Action.

Discovery in this matter is ongoing and Plaintiff reserves the right to amend, modify, or supplement these responses with subsequently discovered responsive information and to introduce and rely upon any such subsequently discovered information in this litigation.

## SUPPLEMENTAL RESPONSES TO INDIVIDUAL REQUESTS

**REQUEST FOR ADMISSION NO. 24:**

Admit that YOU are personally unaware of any text generated by any of Meta's Llama models that infringes YOUR ASSERTED WORKS.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 24:**

Plaintiff objects that the term "personally unaware" is vague and ambiguous. Plaintiff objects to the extent that responding to this Request requires adopting a legal conclusion. Plaintiff further objects to this Request as an improper subject of a Request for Admission.

Subject to and without waiving these objections, Plaintiff DENIES Request No. 24 based on the existence of material from her Asserted Work that purportedly is output from a Meta Large Language Model and has been made publicly available without her permission.

Dated: December 27, 2024

By:      _/s/ Joseph R. Saveri_
　　　　　　　Joseph R. Saveri

**BOIES SCHILLER FLEXNER LLP**

David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Margaux Poueymirou (SBN 35600)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
mpoueymirou@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butancklaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

[*continued on next page*]

PLAINTIFF SARAH SILVERMAN'S SUPPLEMENTAL RESPONSES TO DEFENDANT META PLATFORMS,
INC.'S SECOND SET OF REQUESTS FOR ADMISSION

1  Bryan L. Clobes (*pro hac vice*)
2  **CAFFERTY CLOBES MERIWETHER
   & SPRENGEL LLP**
3  135 S. LaSalle Street
   Suite 3210
4  Chicago, IL 60603
   Telephone: (312) 782-4880
5  Email:      bclobes@caffertyclobes.com

6  **BOIES SCHILLER FLEXNER LLP**
7  David Boies (*pro hac vice*)
   333 Main Street
   Armonk, NY 10504
8  (914) 749-8200
   dboies@bsfllp.com
9
10 *Counsel for Individual and Representative
   Plaintiffs and the Proposed Class*
11
12              **UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
13                 SAN FRANCISCO DIVISION**
14
15  RICHARD KADREY, *et al.*,                    | Case No. 3:23-cv-03417-VC
16       Individual and Representative           | **PLAINTIFF RACHEL LOUISE SNYDER'S
         Plaintiffs,                             | SECOND SUPPLEMENTAL RESPONSES
17                                               | TO DEFENDANT'S SECOND AND THIRD
    v.                                           | SETS OF REQUESTS FOR ADMISSIONS**
18
    META PLATFORMS, INC, a Delaware
19  corporation,
20       Defendant.
21
22
23
24
25
26
27
28

1   PROPOUNDING PARTY:  **Defendant Meta Platforms, Inc.**

2   RESPONDING PARTY:    **Plaintiff Rachel Louise Snyder**

3   SET NO.:                        **One (Requests Nos. 24 [Second Supplemental], 65 And 66**

4   **[First Supplemental])**

5                              **INTRODUCTION**

6           Plaintiff Rachel Louise Snyder ("Plaintiff") hereby serves her responses and objections to

7   Defendant Meta Platforms, Inc.'s ("Defendant" or "Meta") First Set of Requests for Admissions

8   (the "Requests" or "RFAs").

9           **SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS**

10  **REQUEST FOR ADMISSION NO. 24:**

11          Admit that YOU are personally unaware of any text generated by any of Meta's Llama

12  models that infringes YOUR ASSERTED WORKS.

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

14          Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling

15  for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined,

16  it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe

17  the terms "You" and "Your" as referring to Plaintiff Rachel Louise Snyder. Plaintiff objects to the

18  phrase "personally unaware" as unintelligible. Plaintiff, in her individual capacity, responds,

19  admit.

20  **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

21          Plaintiff objects that the term "personally unaware" is vague and ambiguous. Plaintiff

22  objects to the extent that responding to this Request requires adopting a legal conclusion. Plaintiff

23  further objects to this Request as an improper subject of a Request for Admission.

24          Subject to and without waiving these objections, Plaintiff DENIES Request No. 24 based

25  on the existence of material from her Asserted Works that purportedly is output from a Meta Large

26  Language Model and has been made publicly available without her permission

27  **REQUEST FOR ADMISSION NO. 65:**

28          Admit that YOU have not granted the publishers of YOUR ASSERTED WORK(S) the

1   Dated: December 27, 2024                By:        */s/ Bryan L. Clobes*
2                                                      Bryan L. Clobes

3                                           Bryan L. Clobes (*pro hac vice*)
                                            Alexander J. Sweatman (*pro hac vice*)
4                                           Mohammed A. Rathur (*pro hac vice*)
                                            **CAFFERTY CLOBES MERIWETHER**
5                                           **& SPRENGEL LLP**
                                            135 S. LaSalle Street
6                                           Suite 3210
                                            Chicago, IL 60603
7                                           Telephone: (312) 782-4880
                                            Email:        bclobes@caffertyclobes.com
8                                                         asweatman@caffertyclobes.com
9                                                         mrathur@caffertyclobes.com

10

11                                          **BOIES SCHILLER FLEXNER LLP**
                                            David Boies (*pro hac vice*)
12                                          333 Main Street
                                            Armonk, NY 10504
13                                          (914) 749-8200
                                            dboies@bsfllp.com
14
                                            *Counsel for Individual and Representative Plaintiffs*
15                                          *and the Proposed Class*

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF RACHEL LOUISE SNYDER'S SUPPLEMENTAL
                                            RESPONSES TO REQUESTS FOR ADMISSION
                                            No. 3:23-CV-03417-VC

1  Nada Djordjevic (admitted *pro hac vice*)
2  **DICELLO LEVITT LLP**
   10 North Dearborn St., Sixth Floor
3  Chicago, Illinois 60602
   (312) 214-7900
4  ndjordjevic@dicellolevitt.com

5  *Counsel for Plaintiffs and the Proposed*
   *Class, Additional Counsel Listed Below*
6

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10 RICHARD KADREY, *et al.*,              Case No. 3:23-cv-03417-VC

11      Individual and Representative      PLAINTIFF LYSA TERKEURST'S SECOND
        Plaintiffs,                        SUPPLEMENTAL RESPONSES TO
12                                         DEFENDANT'S SECOND AND THIRD
   v.                                      SETS OF REQUESTS FOR ADMISSIONS
13
   META PLATFORMS, INC, a Delaware
14 corporation,

15      Defendant.

16 PROPOUNDING PARTY:   DEFENDANT META PLATFORMS, INC.

17 RESPONDING PARTY:    PLAINTIFF LYSA TERKEURST

18 SET NO.:             ONE (Requests Nos. 24 [SECOND SUPPLEMENTAL], 69 and 70

19 [FIRST SUPPLEMENTAL])

20                          **INTRODUCTION**

21      Plaintiff Lysa TerKeurst ("Plaintiff") hereby serves her responses and objections to

22 Defendant Meta Platforms, Inc.'s ("Defendant" or "Meta") Second and Third Set of Requests for

23 Admissions (the "Requests" or "RFAs").

24      **SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS**

25 **REQUEST FOR ADMISSION NO. 24:**

26      Admit that YOU are personally unaware of any text generated by any of Meta's Llama

27 models that infringes YOUR ASSERTED WORKS.

28

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

2    Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and

3    calling for discovery that is irrelevant and/or disproportional to the needs of the case

4  because, as defined, it includes any person asked, hired, retained, or contracted to assist Plaintiff.

5  Plaintiff will construe the terms "You" and "Your" as referring to Plaintiff Lysa TerKeurst.

6  Plaintiff objects to the phrase "personally unaware" as unintelligible. Subject to and without

7  waiving these objections, Plaintiff denies Request No. 24.

8  **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

9    Plaintiff objects that the term "personally unaware" is vague and ambiguous. Plaintiff

10  objects to the extent that responding to this Request requires adopting a legal conclusion. Plaintiff

11  further objects to this Request as an improper subject of a Request for Admission.

12    Subject to and without waiving these objections, Plaintiff DENIES Request No. 26 based

13  on the existence of material from her Asserted Works that purportedly is output from a Meta

14  Large Language Model and has been made publicly available without her permission.

15  **REQUEST FOR ADMISSION NO. 69:**

16    Admit that YOU have not granted the publishers of YOUR ASSERTED WORK(S) the

17  right to license the ASSERTED WORK(S) as training data for LLMs.

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

19    Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions

20  Numbers 9, 10, and 11. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891,

21  at \*5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative

22  and duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule

23  36(a) and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty.*

24  *of Los Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at \*4 (C.D. Cal. July 14, 2014).

25  Subject to and without waiver of the foregoing objections, Plaintiff admits that Plaintiff has entered

26  into licensing agreements with Plaintiff's publisher for the ASSERTED WORKS and directs Meta

27  to the terms of such licensing agreements, which speak for themselves.

28

1    **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 70:**

2         Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions

3    Nos. 9, 10, 11, and 69. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891,

4    at *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative

5    and duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule

6    36(a) and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty.*

7    *of Los Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014).

8    Plaintiff objects to this Request to the extent it calls for a legal conclusion, is overbroad, and to

9    the extent that it calls for privileged information.

10        Subject to and without waiving these objections, Plaintiff ADMITS Request No. 70 to the

11   extent that she is the owner of those rights, but Plaintiff DENIES that publishers cannot serve as

12   intermediaries and DENIES any implication that publishers play no role in licensing copyrighted

13   works, including the acquisition of and use of such works in connection with LLMs.

14

15   Dated: December 27, 2024                     By: /s/ *James A. Ulwick*
                                                   Amy Keller (admitted *pro hac vice*)
16                                                 Nada Djordjevic (*pro hac vice*)
                                                   James A. Ulwick (*pro hac vice*)
17                                                 Madeline E. Hills (*pro hac vice*)
                                                   DiCello Levitt LLP
18                                                 10 North Dearborn St., Sixth Floor
                                                   Chicago, Illinois 60602
19                                                 Tel.: (312) 214-7900
                                                   Email: akeller@dicellolevitt.com
20                                                     ndjordjevic@dicellolevitt.com
                                                       julwick@dicellolevitt.com
21                                                     mhills@dicellolevitt.com
22
                                                   David A. Straite (admitted *pro hac vice*)
23                                                 485 Lexington Avenue, Suite 1001
                                                   New York, NY 10017
24                                                 Tel. (646) 933-1000
                                                   Email: dstraite@dicellolevitt.com
25

26

27

28

3154910.3                                          PLAINTIFF LYSA TERKEURST'S SUPPLEMENTAL
                                                   RESPONSES TO RFA'S, SET 1
                                                   No. 3:23-CV-03417-VC

1  Bryan L. Clobes (*pro hac vice*)
2  **CAFFERTY CLOBES MERIWETHER
   & SPRENGEL LLP**
3  135 S. LaSalle Street
   Suite 3210
4  Chicago, IL 60603
   Telephone: (312) 782-4880
5  Email:      bclobes@caffertyclobes.com

6  **BOIES SCHILLER FLEXNER LLP**
   David Boies (*pro hac vice*)
7  333 Main Street
   Armonk, NY 10504
8  (914) 749-8200
   dboies@bsfllp.com
9
10 *Counsel for Individual and Representative
   Plaintiffs and the Proposed Class*
11
12               **UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
13               SAN FRANCISCO DIVISION**
14
15 RICHARD KADREY, *et al.*,                Case No. 3:23-cv-03417-VC

16    Individual and Representative        **PLAINTIFF JACQUELINE WOODSON'S
      Plaintiffs,                          SECOND SUPPLEMENTAL RESPONSES
17                                         TO DEFENDANT'S SECOND AND THIRD
   v.                                      SETS OF REQUESTS FOR ADMISSIONS**
18
   META PLATFORMS, INC, a Delaware
19 corporation,

20    Defendant.
21
22
23
24
25
26
27
28

1   PROPOUNDING PARTY: **Defendant Meta Platforms, Inc.**

2   RESPONDING PARTY:   **Plaintiff Jacqueline Woodson**

3   SET NO.:            **One (Requests Nos. 24 [Second Supplemental], 83 And 84**

4   **[First Supplemental])**

5                   **INTRODUCTION**

6       Plaintiff Jacqueline Woodson ("Plaintiff") hereby serves her responses and objections to

7   Defendant Meta Platforms, Inc.'s ("Defendant" or "Meta") First Set of Requests for Admissions

8   (the "Requests" or "RFAs").

9           **SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS**

10  **REQUEST FOR ADMISSION NO. 24:**

11      Admit that YOU are personally unaware of any text generated by any of Meta's Llama

12  models that infringes YOUR ASSERTED WORKS.

13  **RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

14      Plaintiff objects to the defined terms "You" and "Your" as vague and overbroad and calling

15  for discovery that is irrelevant and/or disproportional to the needs of the case because, as defined,

16  it includes any person asked, hired, retained, or contracted to assist Plaintiff. Plaintiff will construe

17  the terms "You" and "Your" as referring to Plaintiff Jacqueline Woodson. Plaintiff objects to the

18  phrase "personally unaware" as unintelligible. Plaintiff, in her individual capacity, responds,

19  admit.

20  **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

21      Plaintiff objects that the term "personally unaware" is vague and ambiguous. Plaintiff

22  objects to the extent that responding to this Request requires adopting a legal conclusion. Plaintiff

23  further objects to this Request as an improper subject of a Request for Admission.

24      Subject to and without waiving these objections, Plaintiff DENIES Request No. 24 based

25  on the existence of material from her Asserted Works that purportedly is output from a Meta Large

26  Language Model and has been made publicly available without her permission

27  **REQUEST FOR ADMISSION NO. 83:**

28      Admit that YOU have not granted the publishers of YOUR ASSERTED WORK(S) the

1   Dated: December 27, 2024                By:      */s/ Bryan L. Clobes*

2                                                    Bryan L. Clobes

3                                           Bryan L. Clobes (*pro hac vice*)
                                            Alexander J. Sweatman (*pro hac vice*)
4                                           Mohammed A. Rathur (*pro hac vice*)
                                            **CAFFERTY CLOBES MERIWETHER**
5                                           **& SPRENGEL LLP**
                                            135 S. LaSalle Street
6                                           Suite 3210
                                            Chicago, IL 60603
7                                           Telephone: (312) 782-4880
                                            Email:      bclobes@caffertyclobes.com
8                                                       asweatman@caffertyclobes.com
9                                                       mrathur@caffertyclobes.com

10

11                                          **BOIES SCHILLER FLEXNER LLP**
                                            David Boies (*pro hac vice*)
12                                          333 Main Street
                                            Armonk, NY 10504
13                                          (914) 749-8200
                                            dboies@bsfllp.com
14
                                            *Counsel for Individual and Representative Plaintiffs*
15                                          *and the Proposed Class*

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF JACQUELINE WOODSON'S SUPPLEMENTAL
RESPONSES TO REQUESTS FOR ADMISSION
No. 3:23-CV-03417-VC