# GHAJAR EXHIBIT 4

# FILED UNDER SEAL