# GHAJAR EXHIBIT 6

# FILED UNDER SEAL