# GHAJAR EXHIBIT 8

# FILED UNDER SEAL