# GHAJAR EXHIBIT 10

# FILED UNDER SEAL