# GHAJAR EXHIBIT 13

# FILED UNDER SEAL