# GHAJAR EXHIBIT 14

# FILED UNDER SEAL