# GHAJAR EXHIBIT 15

# FILED UNDER SEAL