# GHAJAR
# EXHIBIT 17

# FILED UNDER SEAL