# GHAJAR
# EXHIBIT 19

1  Bryan L. Clobes (pro hac vice)
   Alexander J. Sweatman (pro hac vice)
2  Mohammed A. Rathur (pro hac vice)
   **CAFFERTY CLOBES MERIWETHER**
3  **& SPRENGEL LLP**
   135 South LaSalle Street, Suite 3210
4  Chicago, IL 60603
   Telephone: (312) 782-4880
5  Email:      bclobes@caffertyclobes.com
               asweatman@caffertyclobes.com
6              mrathur@caffertyclobes.com

7  *Counsel for Individual and*
   *Representative Plaintiffs and the*
8  *Proposed Class*

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12
   RICHARD KADREY, SARAH SILVERMAN,        Case No. 3:23-cv-03417-VC
13 CHRISTOPHER GOLDEN, TA-NEHISI
   COATES, JUNOT DÍAZ, ANDREW SEAN         **PLAINTIFF TA-NEHISI COATES'S**
14 GREER, DAVID HENRY HWANG,               **RESPONSES AND OBJECTIONS TO**
   MATTHEW KLAM, LAURA LIPPMAN,            **DEFENDANT META PLATFORMS,**
15 RACHEL LOUISE SNYDER, JACQUELINE        **INC.'S THIRD SET OF REQUESTS FOR**
   WOODSON, AND LYSA TERKEURST,            **ADMISSION**
16
17      *Individual and Representative Plaintiffs*,

18           v.

19 META PLATFORMS, INC.;

20                        *Defendant.*

21 **PROPOUNDING PARTY:  Defendant Meta Platforms, Inc.**

22 **RESPONDING PARTY:     TA-NEHISI COATES**

23 **SET NUMBER:            Three (3)**

24
25
26
27                            1
28

Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions Numbers 9, 10, 11, 69, and 70. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891, at *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative and duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a) and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014). Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

**REQUEST FOR ADMISSION 73:**

Admit that YOUR ASSERTED WORK(S) are published.

**RESPONSE TO REQUEST NO. 73:**

Plaintiff admits that Plaintiff's ASSERTED WORKS are published.

**REQUEST FOR ADMISSION 74:**

Admit that YOUR ASSERTED WORK(S) were published before the acts of purported infringement by Meta alleged in the COMPLAINT.

**RESPONSE TO REQUEST NO. 74:**

Plaintiff admits that Plaintiff's ASSERTED WORKS were published prior to Meta's infringement as alleged in the operative complaint, and therefore admits this Request.

**REQUEST FOR ADMISSION 75:**

Admit that not all of the ASSERTED WORK(S) (including those of YOUR co-Plaintiffs) are of the same genre.

**RESPONSE TO REQUEST NO. 75:**

Plaintiff objects to this Request as vague and ambiguous as to the term "genre," as the term is subject to different interpretations.  Subject to and without waiving the foregoing objection, Plaintiff further states that Plaintiff lacks sufficient knowledge or information to respond to this Request regarding the content of the ASSERTED WORKS of any other Plaintiff. Plaintiff therefore lacks sufficient knowledge to either admit or deny this Request.

36

1  **REQUEST FOR ADMISSION 76:**

2  Admit that you are not aware of any agreements to assign rights in or to YOUR ASSERTED

3  WORK(S) that have not already been produced in this ACTION.

4  **RESPONSE TO REQUEST NO. 76:**

5  Plaintiff objects to this Request as vague and ambiguous as to the phrase "any agreements" and

6  "assign rights in or to." Plaintiff further objects to this Request as compound and ambiguous,

7  because it includes the disjunctive phrase, "in or to." "[R]equests for admissions should not contain

8  'compound, conjunctive, or disjunctive ... statements.'" *James v. Maguire Corr. Facility*, No. C

9  10-1795 SI PR, 2012 WL 3939343, at *4 (N.D. Cal. Sept. 10, 2012) (*quoting U.S. ex rel. England*

10 *v. Los Angeles County*, 235 F.R.D. 675, 684 (E.D. Cal. 2006)); *see also King v. Biter*, No.

11 115CV00414LJOSABPC, 2018 WL 339052, at *6 (E.D. Cal. Jan. 9, 2018). Subject to and without

12 waiving the foregoing objections, Plaintiff admits discovery is ongoing. Plaintiff further admits

13 that Plaintiff has produced non-privileged documents in Plaintiff's possession, custody, or control,

14 responsive to Meta's requests for production regarding licensing agreements for Plaintiff's

15 ASSERTED WORKS. Plaintiff otherwise denies this Request.

16

17

18 Dated: November 18, 2024        By: */s/Mohammed A. Rathur*
                                         Mohammed A. Rathur

19
20                                      Bryan L. Clobes (pro hac vice)
                                        Alexander J. Sweatman (pro hac vice)
                                        Mohammed A. Rathur (pro hac vice)
21                                      **CAFFERTY CLOBES MERIWETHER**
                                        **& SPRENGEL LLP**
22                                      135 South LaSalle Street, Suite 3210
                                        Chicago, IL 60603
23                                      Telephone: (312) 782-4880
                                        Email:      bclobes@caffertyclobes.com
24                                                  asweatman@caffertyclobes.com
                                                    mrathur@caffertyclobes.com
25

26                                      *Counsel for Plaintiffs and the Proposed Class*

27                                      37

28

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email:    bclobes@caffertyclobes.com
          asweatman@caffertyclobes.com
          mrathur@caffertyclobes.com
*Counsel for Individual and
Representative Plaintiffs and the
Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, TA-NEHISI COATES, JUNOT DÍAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUISE SNYDER, JACQUELINE WOODSON, AND LYSA TERKEURST, | Case No. 3:23-cv-03417-VC |
| | **PLAINTIFF JUNOT DIAZ'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S THIRD SET OF REQUESTS FOR ADMISSION** |
| *Individual and Representative Plaintiffs*, | |
| v. | |
| META PLATFORMS, INC.; | |
| *Defendant.* | |

**PROPOUNDING PARTY:  Defendant Meta Platforms, Inc.**

**RESPONDING PARTY:     JUNOT DIAZ**

**SET NUMBER:            Three (3)**

1

7, 2016) ("Since requests to admit 'must be connected to the facts of the case, courts do not permit "hypothetical" questions within requests for admission.'"); *Fulhorst v. Un. Techs. Auto., Inc.*, 1997 WL 873548, at *3 (D. Del. Nov. 17, 1997) (denying request "asking Plaintiff to admit to infringement in the context of the hypothetical use of its device"); Fed. R. Civ. P. 36 advisory committee's note to 1946 amendment; *Universal Dyeing & Printing, Inc. v. Zoetop Bus. Co.*, No. CV223741FLARAOX, 2023 WL 9004983, at *21 (C.D. Cal. June 23, 2023) (denying motion to compel where the Request for Admission was a hypothetical not tied to the facts at issue and an affirmative response would not reduce the burden on a jury at trial) (*citing Advantus, Corp. v. Sandpiper of Cal., Inc.*, No.: 19cv1892-CAB (NLS), 2021 Wl 2038318, at *2 (S.D. Cal. May 21, 2021) and *Apple Inc. v. Samsung Elecs. Co.*, No. C 11-cv-1846 LHK (PSG), 2012 WL 952254, at *4 (N.D. Cal. Mar. 20, 2012)). Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

**REQUEST FOR ADMISSION 70:**

Admit that YOU have not granted another PERSON the right to license YOUR ASSERTED WORK(S) as training data for LLMs.

**RESPONSE TO REQUEST NO. 70:**

Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions Numbers 9, 10, 11, 69, and 70. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891, at *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative and duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a) and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014). Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

**REQUEST FOR ADMISSION 71:**

Admit that YOUR ASSERTED WORK(S) are published.

**REQUEST FOR ADMISSION NO. 71:**

34

1   Plaintiff admits that Plaintiff's ASSERTED WORKS are published.

2   **REQUEST FOR ADMISSION 72:**

3   Admit that YOUR ASSERTED WORK(S) were published before the acts of purported

4   infringement by Meta alleged in the COMPLAINT.

5   **RESPONSE TO REQUEST NO. 72:**

6   Plaintiff admits that Plaintiff's ASSERTED WORKS were published prior to Meta's infringement

7   as alleged in the operative complaint, and therefore admits this Request.

8   **REQUEST FOR ADMISSION 73:**

9   Admit that not all of the ASSERTED WORK(S) (including those of YOUR co-Plaintiffs) are of

10  the same genre.

11  **RESPONSE TO REQUEST NO. 73:**

12  Plaintiff objects to this Request as vague and ambiguous as to the term "genre," as the term is

13  subject to different interpretations.   Subject to and without waiving the foregoing objection,

14  Plaintiff further states that Plaintiff lacks sufficient knowledge or information to respond to this

15  Request regarding the content of the ASSERTED WORKS of any other Plaintiff. Plaintiff therefore

16  lacks sufficient knowledge to either admit or deny this Request.

17  **REQUEST FOR ADMISSION 74:**

18  Admit that you are not aware of any agreements to assign rights in or to YOUR ASSERTED

19  WORK(S) that have not already been produced in this ACTION.

20  **RESPONSE TO REQUEST NO. 74:**

21  Plaintiff objects to this Request as vague and ambiguous as to the phrase "any agreements" and

22  "assign rights in or to." Plaintiff further objects to this Request as compound and ambiguous,

23  because it includes the disjunctive phrase, "in or to." "[R]equests for admissions should not contain

24  'compound, conjunctive, or disjunctive ... statements.'" *James v. Maguire Corr. Facility*, No. C

25  10-1795 SI PR, 2012 WL 3939343, at *4 (N.D. Cal. Sept. 10, 2012) (*quoting U.S. ex rel. England

26  v. Los Angeles County*, 235 F.R.D. 675, 684 (E.D. Cal. 2006)); *see also King v. Biter*, No.

27  35

28

115CV00414LJOSABPC, 2018 WL 339052, at *6 (E.D. Cal. Jan. 9, 2018). Subject to and without waiving the foregoing objections, Plaintiff admits discovery is ongoing. Plaintiff further admits that Plaintiff has produced non-privileged documents in Plaintiff's possession, custody, or control, responsive to Meta's requests for production regarding licensing agreements for Plaintiff's ASSERTED WORKS. Plaintiff otherwise denies this Request.

Dated: November 18, 2024

By: */s/Mohammed A. Rathur*
        Mohammed A. Rathur

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email:        bclobes@caffertyclobes.com
                 asweatman@caffertyclobes.com
                 mrathur@caffertyclobes.com

*Counsel for Plaintiffs and the Proposed Class*

36

1   Rachel Geman (*pro hac vice*)
    rgeman@lchb.com
2   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    250 Hudson Street, 8th Floor
3   New York, NY  10013-1413
    Telephone:  212.355.9500
4   Facsimile:  212.355.9592
    Email: rgeman@lchb.com
5
    Elizabeth J. Cabraser, Esq.
6   Daniel M. Hutchinson, Esq.
    Reilly T. Stoler, Esq.
7   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
8   San Francisco, CA 94111-3339
    Telephone: 415.956.1000
9   Email: ecabraser@lchb.com
    dhutchinson@lchb.com
10  rstoler@lchb.com

11  Kenneth S. Byrd. (*pro hac vice* forthcoming)
    Betsy A. Sugar (*pro hac vice* forthcoming)
12  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    222 2nd Avenue South, Suite 1640
13  Nashville, TN 37201-2375
    Telephone: 615.313.9000
14  Email: kbyrd@lchb.com
    bsugar@lchb.com
15
    Scott J. Sholder (*pro hac vice*)
16  CeCe M. Cole (*pro hac vice*)
    COWAN DEBAETS ABRAHAMS & SHEPPARD LLP
17  60 Broad Street, 30th Floor
    New York, New York 10004
18  Telephone: 212.974.7474
    Email: ssholder@cdas.com
19  ccole@cdas.com

20  Attorneys for Plaintiff
    *Christopher Farnsworth and*
21  *Representative Plaintiffs and the Proposed Class*

22              UNITED STATES DISTRICT COURT

23              NORTHERN DISTRICT OF CALIFORNIA

24              SAN FRANCISCO DIVISION

25

26  RICHARD KADREY, *et al*.,                    Case No. 3:23-cv-03417-VC

27       Individual and Representative            PLAINTIFF CHRISTOPHER
         Plaintiffs,                              FARNSWORTH'S RESPONSES TO
28                                                DEFENDANT'S FIRST SET OF REQUESTS
                                                  FOR ADMISSIONS

Nos. 9, 10, 11, 69, and 70. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL

902891, at *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably

cumulative and duplicative of other discovery taken in the case, the requests do not serve the

purpose of Rule 36(a) and are properly subject to objection.") (internal citations omitted); *see also*

*K.C.R. v. Cnty. of Los Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal.

July 14, 2014).

Subject to and without waiving these general and specific objections, Plaintiff admits

Request No. 77.

**REQUEST FOR ADMISSION NO. 78:**

Admit that YOUR ASSERTED WORK(S) are published.

**RESPONSE TO REQUEST FOR ADMISSION NO. 77:**

Plaintiff admits Request No. 78.

**REQUEST FOR ADMISSION NO. 79:**

Admit that YOUR ASSERTED WORK(S) were published before the acts of purported

infringement by Meta alleged in the COMPLAINT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 78:**

Plaintiff admits Request No. 79.

**REQUEST FOR ADMISSION NO. 80:**

Admit that not all of the ASSERTED WORK(S) (including those of YOUR co-Plaintiffs)

are of the same genre.

**RESPONSE TO REQUEST FOR ADMISSION NO. 79:**

Plaintiff objects that the term "genre" is vague and ambiguous, as the term is subject to

different interpretations.

Subject to and without waiving these general and specific objections, Plaintiff further

states that Plaintiff lacks sufficient knowledge or information to respond to this Request regarding

the content of the Asserted Works of any other Plaintiff. Plaintiff therefore lacks sufficient

knowledge to either admit or deny this Request.

1   **REQUEST FOR ADMISSION NO. 81:**

2          Admit that you are not aware of any agreements to assign rights in or to YOUR

3   ASSERTED WORK(S) that have not already been produced in this ACTION.

4   **RESPONSE TO REQUEST FOR ADMISSION NO. 80:**

5          Plaintiff objects that the terms "any agreements" and "assign rights in or to" are vague and

6   ambiguous. Plaintiff further objects to this Request as compound and ambiguous, because it

7   includes the disjunctive phrase, "in or to." "[R]equests for admissions should not contain

8   'compound, conjunctive, or disjunctive ... statements.'" *James v. Maguire Corr. Facility*, No. C

9   10-1795 SI PR, 2012 WL 3939343, at *4 (N.D. Cal. Sept. 10, 2012) (*quoting U.S. ex rel. England*

10  *v. Los Angeles County*, 235 F.R.D. 675, 684 (E.D. Cal. 2006)); *see also King v. Biter*, No.

11  115CV00414LJOSABPC, 2018 WL 339052, at *6 (E.D. Cal. Jan. 9, 2018).

12         Subject to and without waiving these general and specific objections, Plaintiff admits

13  discovery is ongoing. Plaintiff further admits that Plaintiff has produced non-privileged

14  documents in Plaintiff's possession, custody, or control, responsive to Meta's requests for

15  production regarding licensing agreements for Plaintiff's Asserted Works. Plaintiff otherwise

16  denies this Request.

17

18  Dated:         November 18, 2024        Respectfully submitted,

19                                          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

20

21                                          By: */s/ Rachel Geman*
                                                Rachel Geman
22

23                                          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                            250 Hudson Street, 8th Floor
24                                          New York, NY10013-1413
                                            Telephone:  212.355.9500
25                                          Facsimile:  212.355.959
                                            Email: rgeman@lchb.com
26

27

28

- 53 -

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:   jsaveri@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., | Lead Case No. 3:23-cv-03417-VC |
| | Case No. 4:23-cv-06663 |
| *Individual and Representative Plaintiffs,* | |
| | **PLAINTIFF CHRISTOPHER GOLDEN'S** |
| v. | **RESPONSES TO DEFENDANT META** |
| | **PLATFORMS, INC.'S THIRD SET OF** |
| Meta Platforms, Inc., | **REQUESTS FOR ADMISSION** |
| | |
| *Defendant.* | |

PLAINTIFF CHRISTOPHER GOLDEN'S RESPONSES TO DEFENDANT META PLATFORMS, INC.'S THIRD
SET OF REQUESTS FOR ADMISSION

36 advisory committee's note to 1946 amendment; *Universal Dyeing & Printing, Inc. v. Zoetop Bus. Co.*, No. CV-223741-FLA-RAO, 2023 WL 9004983, at *21 (C.D. Cal. June 23, 2023) (denying motion to compel where the Request for Admission was a hypothetical not tied to the facts at issue and an affirmative response would not reduce the burden on a jury at trial) (*citing Advantus, Corp. v. Sandpiper of Cal., Inc.*, No. 19-cv-1892-CAB (NLS), 2021 WL 2038318, at *2 (S.D. Cal. May 21, 2021) and *Apple Inc. v. Samsung Elecs. Co.*, No. C 11-cv-1846 LHK (PSG), 2012 WL 952254, at *4 (N.D. Cal. Mar. 20, 2012)).

Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

## REQUEST FOR ADMISSION NO. 74:

Admit that YOU have not granted another PERSON the right to license YOUR ASSERTED WORK(S) as training data for LLMs.

## RESPONSE TO REQUEST NO. 74:

Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions Numbers 9, 10, 11, 69, and 70. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891, at *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative and duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a) and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014).

Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

## REQUEST FOR ADMISSION NO. 75:

Admit that YOUR ASSERTED WORK(S) are published.

## RESPONSE TO REQUEST NO. 75:

Plaintiff admits that Plaintiff's ASSERTED WORKS are published.

**REQUEST FOR ADMISSION NO. 76:**

Admit that YOUR ASSERTED WORK(S) were published before the acts of purported infringement by Meta alleged in the COMPLAINT.

**RESPONSE TO REQUEST NO. 76:**

Plaintiff admits that Plaintiff's ASSERTED WORKS were published prior to Meta's infringement as alleged in the operative complaint, and therefore admits this Request.

**REQUEST FOR ADMISSION NO. 77:**

Admit that not all of the ASSERTED WORK(S) (including those of YOUR co-Plaintiffs) are of the same genre.

**RESPONSE TO REQUEST NO. 77:**

Plaintiff objects to this Request as vague and ambiguous as to the term "genre," as the term is subject to different interpretations.

Subject to and without waiving the foregoing objection, Plaintiff states that Plaintiff lacks sufficient knowledge or information to respond to this Request regarding the content of the ASSERTED WORKS of any other Plaintiff. Plaintiff therefore lacks sufficient knowledge to admit or deny this Request.

**REQUEST FOR ADMISSION NO. 78:**

Admit that you are not aware of any agreements to assign rights in or to YOUR ASSERTED WORK(S) that have not already been produced in this ACTION.

**RESPONSE TO REQUEST NO. 78:**

Plaintiff objects to this Request as vague and ambiguous as to the phrases "any agreements" and "assign rights in or to." Plaintiff further objects to this Request as compound and ambiguous, because it includes the disjunctive phrase, "in or to." "[R]equests for admissions should not contain 'compound, conjunctive, or disjunctive ... statements.'" *James v. Maguire Corr. Facility*, No. C 10-1795 SI PR, 2012 WL 3939343, at *4 (N.D. Cal. Sept. 10, 2012) (*quoting U.S. ex rel. England v. Los Angeles County*, 235 F.R.D. 675, 684 (E.D. Cal. 2006)); *see also King v. Biter*, No. 1:15-CV-00414-LJO-SAB, 2018 WL 339052, at *6 (E.D. Cal. Jan. 9, 2018).

Dated: November 18, 2024

By: _____/s/ Joseph R. Saveri_____
              Joseph R. Saveri

**BOIES SCHILLER FLEXNER LLP**

David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**

Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Margaux Poueymirou (SBN 35600)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
mpoueymirou@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butericklaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

[*continued on next page*]

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email:      bclobes@caffertyclobes.com
              asweatman@caffertyclobes.com
              mrathur@caffertyclobes.com
*Counsel for Individual and*
*Representative Plaintiffs and the*
*Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, TA-NEHISI COATES, JUNOT DÍAZ, DAVID HENRY HWANG, ANDREW SEAN GREER, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUISE SNYDER, JACQUELINE WOODSON, AND LYSA TERKEURST, | Case No. 3:23-cv-03417-VC **PLAINTIFF ANDREW SEAN GREER'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S THIRD SET OF REQUESTS FOR ADMISSION** |
| *Individual and Representative Plaintiffs,* | |
| v. | |
| META PLATFORMS, INC.; | |
| *Defendant.* | |

**PROPOUNDING PARTY:  Defendant Meta Platforms, Inc.**

**RESPONDING PARTY:      ANDREW SEAN GREER**

**SET NUMBER:               Three (3)**

1

7, 2016) ("Since requests to admit 'must be connected to the facts of the case, courts do not permit "hypothetical" questions within requests for admission.'"); *Fulhorst v. Un. Techs. Auto., Inc.*, 1997 WL 873548, at *3 (D. Del. Nov. 17, 1997) (denying request "asking Plaintiff to admit to infringement in the context of the hypothetical use of its device"); Fed. R. Civ. P. 36 advisory committee's note to 1946 amendment; *Universal Dyeing & Printing, Inc. v. Zoetop Bus. Co.*, No. CV223741FLARAOX, 2023 WL 9004983, at *21 (C.D. Cal. June 23, 2023) (denying motion to compel where the Request for Admission was a hypothetical not tied to the facts at issue and an affirmative response would not reduce the burden on a jury at trial) (*citing Advantus, Corp. v. Sandpiper of Cal., Inc.*, No.: 19cv1892-CAB (NLS), 2021 Wl 2038318, at *2 (S.D. Cal. May 21, 2021) and *Apple Inc. v. Samsung Elecs. Co.*, No. C 11-cv-1846 LHK (PSG), 2012 WL 952254, at *4 (N.D. Cal. Mar. 20, 2012)). Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

**REQUEST FOR ADMISSION 73:**

Admit that YOU have not granted another PERSON the right to license YOUR ASSERTED WORK(S) as training data for LLMs.

**RESPONSE TO REQUEST NO. 73:**

Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions Numbers 9, 10, 11, 69, and 70. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891, at *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative and duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a) and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014). Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

**REQUEST FOR ADMISSION 74:**

Admit that YOUR ASSERTED WORK(S) are published.

**RESPONSE TO REQUEST NO. 74:**

36

1  Plaintiff admits that Plaintiff's ASSERTED WORKS are published.

2  **REQUEST FOR ADMISSION 75:**

3  Admit that YOUR ASSERTED WORK(S) were published before the acts of purported

4  infringement by Meta alleged in the COMPLAINT.

5  **RESPONSE TO REQUEST NO. 75:**

6  Plaintiff admits that Plaintiff's ASSERTED WORKS were published prior to Meta's infringement

7  as alleged in the operative complaint, and therefore admits this Request.

8  **REQUEST FOR ADMISSION 76:**

9  Admit that not all of the ASSERTED WORK(S) (including those of YOUR co-Plaintiffs) are of

10  the same genre.

11  **RESPONSE TO REQUEST NO. 76:**

12  Plaintiff objects to this Request as vague and ambiguous as to the term "genre," as the term is

13  subject to different interpretations.  Subject to and without waiving the foregoing objection,

14  Plaintiff further states that Plaintiff lacks sufficient knowledge or information to respond to this

15  Request regarding the content of the ASSERTED WORKS of any other Plaintiff. Plaintiff therefore

16  lacks sufficient knowledge to either admit or deny this Request.

17  **REQUEST FOR ADMISSION 77:**

18  Admit that you are not aware of any agreements to assign rights in or to YOUR ASSERTED

19  WORK(S) that have not already been produced in this ACTION.

20  **RESPONSE TO REQUEST NO. 77:**

21  Plaintiff objects to this Request as vague and ambiguous as to the phrase "any agreements" and

22  "assign rights in or to." Plaintiff further objects to this Request as compound and ambiguous,

23  because it includes the disjunctive phrase, "in or to." "[R]equests for admissions should not contain

24  'compound, conjunctive, or disjunctive ... statements.'" *James v. Maguire Corr. Facility*, No. C

25  10-1795 SI PR, 2012 WL 3939343, at *4 (N.D. Cal. Sept. 10, 2012) (*quoting U.S. ex rel. England

26  v. Los Angeles County*, 235 F.R.D. 675, 684 (E.D. Cal. 2006)); *see also King v. Biter*, No.

27  37

28

115CV00414LJOSABPC, 2018 WL 339052, at *6 (E.D. Cal. Jan. 9, 2018). Subject to and without waiving the foregoing objections, Plaintiff admits discovery is ongoing. Plaintiff further admits that Plaintiff has produced non-privileged documents in Plaintiff's possession, custody, or control, responsive to Meta's requests for production regarding licensing agreements for Plaintiff's ASSERTED WORKS. Plaintiff otherwise denies this Request.

Dated: November 18, 2024

By: */s/Mohammed A. Rathur*
    Mohammed A. Rathur

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email:    bclobes@caffertyclobes.com
        asweatman@caffertyclobes.com
        mrathur@caffertyclobes.com

*Counsel for Plaintiffs and the Proposed Class*

38

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email:      bclobes@caffertyclobes.com
            asweatman@caffertyclobes.com
            mrathur@caffertyclobes.com
*Counsel for Individual and*
*Representative Plaintiffs and the*
*Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, TA-NEHISI COATES, JUNOT DÍAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUISE SNYDER, JACQUELINE WOODSON, AND LYSA TERKEURST, | Case No. 3:23-cv-03417-VC **PLAINTIFF DAVID HENRY HWANG'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S THIRD SET OF REQUESTS FOR ADMISSION** |
| *Individual and Representative Plaintiffs*, | |
| v. | |
| META PLATFORMS, INC.; | |
| *Defendant.* | |

**PROPOUNDING PARTY:  Defendant Meta Platforms, Inc.**

**RESPONDING PARTY:     DAVID HENRY HWANG**

**SET NUMBER:            Three (3)**

1

1  duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a)

2  and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los*

3  *Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014). Subject

4  to and without waiver of the foregoing objections, Plaintiff admits this Request.

5  **REQUEST FOR ADMISSION 73:**

6  Admit that YOUR ASSERTED WORK(S) are published.

7  **RESPONSE TO REQUEST NO. 73:**

8  Plaintiff admits that Plaintiff's ASSERTED WORKS are published.

9  **REQUEST FOR ADMISSION 74:**

10  Admit that YOUR ASSERTED WORK(S) were published before the acts of purported

11  infringement by Meta alleged in the COMPLAINT.

12  **RESPONSE TO REQUEST NO. 74:**

13  Plaintiff admits that Plaintiff's ASSERTED WORKS were published prior to Meta's infringement

14  as alleged in the operative complaint, and therefore admits this Request.

15  **REQUEST FOR ADMISSION 75:**

16  Admit that not all of the ASSERTED WORK(S) (including those of YOUR co-Plaintiffs) are of

17  the same genre.

18  **RESPONSE TO REQUEST NO. 75:**

19  Plaintiff objects to this Request as vague and ambiguous as to the term "genre," as the term is

20  subject to different interpretations.  Subject to and without waiving the foregoing objection,

21  Plaintiff further states that Plaintiff lacks sufficient knowledge or information to respond to this

22  Request regarding the content of the ASSERTED WORKS of any other Plaintiff.  Plaintiff therefore

23  lacks sufficient knowledge to either admit or deny this Request.

24  **REQUEST FOR ADMISSION 76:**

25  Admit that you are not aware of any agreements to assign rights in or to YOUR ASSERTED

26  WORK(S) that have not already been produced in this ACTION.

27

28

**RESPONSE TO REQUEST NO. 76:**

Plaintiff objects to this Request as vague and ambiguous as to the phrase "any agreements" and "assign rights in or to." Plaintiff further objects to this Request as compound and ambiguous, because it includes the disjunctive phrase, "in or to." "[R]equests for admissions should not contain 'compound, conjunctive, or disjunctive ... statements.'" *James v. Maguire Corr. Facility*, No. C 10-1795 SI PR, 2012 WL 3939343, at *4 (N.D. Cal. Sept. 10, 2012) (*quoting U.S. ex rel. England v. Los Angeles County*, 235 F.R.D. 675, 684 (E.D. Cal. 2006)); *see also King v. Biter*, No. 115CV00414LJOSABPC, 2018 WL 339052, at *6 (E.D. Cal. Jan. 9, 2018). Subject to and without waiving the foregoing objections, Plaintiff admits discovery is ongoing. Plaintiff further admits that Plaintiff has produced non-privileged documents in Plaintiff's possession, custody, or control, responsive to Meta's requests for production regarding licensing agreements for Plaintiff's ASSERTED WORKS. Plaintiff otherwise denies this Request.


Dated: November 18, 2024            By: */s/Mohammed A. Rathur*
                                        Mohammed A. Rathur

                                    Bryan L. Clobes (pro hac vice)
                                    Alexander J. Sweatman (pro hac vice)
                                    Mohammed A. Rathur (pro hac vice)
                                    **CAFFERTY CLOBES MERIWETHER
                                    & SPRENGEL LLP**
                                    135 South LaSalle Street, Suite 3210
                                    Chicago, IL 60603
                                    Telephone: (312) 782-4880
                                    Email:      bclobes@caffertyclobes.com
                                                asweatman@caffertyclobes.com
                                                mrathur@caffertyclobes.com

                                    *Counsel for Plaintiffs and the Proposed Class*

37

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:   jsaveri@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs*
*and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., | Lead Case No. 3:23-cv-03417-VC |
| | Case No. 4:23-cv-06663 |
| *Individual and Representative Plaintiffs*, | |
| | **PLAINTIFF RICHARD KADREY'S** |
| v. | **RESPONSES TO DEFENDANT META** |
| | **PLATFORMS, INC.'S THIRD SET OF** |
| Meta Platforms, Inc., | **REQUESTS FOR ADMISSION** |
| | |
| *Defendant.* | |

PLAINTIFF RICHARD KADREY'S RESPONSES TO DEFENDANT META PLATFORMS, INC.'S THIRD SET OF
REQUESTS FOR ADMISSION

duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a) and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014).

Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

**REQUEST FOR ADMISSION NO. 79:**

Admit that YOUR ASSERTED WORK(S) are published.

**RESPONSE TO REQUEST NO. 79:**

Plaintiff admits that Plaintiff's ASSERTED WORKS are published.

**REQUEST FOR ADMISSION NO. 80:**

Admit that YOUR ASSERTED WORK(S) were published before the acts of purported infringement by Meta alleged in the COMPLAINT.

**RESPONSE TO REQUEST NO. 80:**

Plaintiff admits that Plaintiff's ASSERTED WORKS were published prior to Meta's infringement as alleged in the operative complaint, and therefore admits this Request.

**REQUEST FOR ADMISSION NO. 81:**

Admit that not all of the ASSERTED WORK(S) (including those of YOUR co-Plaintiffs) are of the same genre.

**RESPONSE TO REQUEST NO. 81:**

Plaintiff objects to this Request as vague and ambiguous as to the term "genre," as the term is subject to different interpretations.

Subject to and without waiving the foregoing objection, Plaintiff states that Plaintiff lacks sufficient knowledge or information to respond to this Request regarding the content of the ASSERTED WORKS of any other Plaintiff. Plaintiff therefore lacks sufficient knowledge to admit or deny this Request.

Dated: November 18, 2024

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

By:  ___*/s/ Joseph R. Saveri*___
        Joseph R. Saveri

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Margaux Poueymirou (SBN 35600)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
mpoueymirou@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butcoricklaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

[*continued on next page*]

PLAINTIFF RICHARD KADREY'S RESPONSES TO DEFENDANT META PLATFORMS, INC.'S THIRD SET OF
REQUESTS FOR ADMISSION

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email:      bclobes@caffertyclobes.com
            asweatman@caffertyclobes.com
            mrathur@caffertyclobes.com

*Counsel for Plaintiffs and the Proposed Class,
Additional Counsel Listed Below*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, TA-NEHISI COATES, JUNOT DÍAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUISE SNYDER, JACQUELINE WOODSON, AND LYSA TERKEURST, | Case No. 3:23-cv-03417-VC **PLAINTIFF MATTHEW KLAM'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S THIRD SET OF REQUESTS FOR ADMISSION** |
| *Individual and Representative Plaintiffs,* | |
| v. | |
| META PLATFORMS, INC.; | |
| *Defendant.* | |

**PROPOUNDING PARTY:  Defendant Meta Platforms, Inc.**

**RESPONDING PARTY:      Matthew Klam**

**SET NUMBER:              Three (3)**

1

7, 2016) ("Since requests to admit 'must be connected to the facts of the case, courts do not permit "hypothetical" questions within requests for admission.'"); *Fulhorst v. Un. Techs. Auto., Inc.*, 1997 WL 873548, at *3 (D. Del. Nov. 17, 1997) (denying request "asking Plaintiff to admit to infringement in the context of the hypothetical use of its device"); Fed. R. Civ. P. 36 advisory committee's note to 1946 amendment; *Universal Dyeing & Printing, Inc. v. Zoetop Bus. Co.*, No. CV223741FLARAOX, 2023 WL 9004983, at *21 (C.D. Cal. June 23, 2023) (denying motion to compel where the Request for Admission was a hypothetical not tied to the facts at issue and an affirmative response would not reduce the burden on a jury at trial) (*citing Advantus, Corp. v. Sandpiper of Cal., Inc.*, No.: 19cv1892-CAB (NLS), 2021 Wl 2038318, at *2 (S.D. Cal. May 21, 2021) and *Apple Inc. v. Samsung Elecs. Co.*, No. C 11-cv-1846 LHK (PSG), 2012 WL 952254, at *4 (N.D. Cal. Mar. 20, 2012)). Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

**REQUEST FOR ADMISSION 70:**

Admit that YOU have not granted another PERSON the right to license YOUR ASSERTED WORK(S) as training data for LLMs.

**RESPONSE TO REQUEST NO. 70:**

Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions Numbers 9, 10, 11, 69, and 70. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891, at *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative and duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a) and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014). Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

**REQUEST FOR ADMISSION 71:**

Admit that YOUR ASSERTED WORK(S) are published.

**REQUEST TO REQUEST NO. 71:**

34

1  Plaintiff admits that Plaintiff's ASSERTED WORKS are published.

2  **REQUEST FOR ADMISSION 72:**

3  Admit that YOUR ASSERTED WORK(S) were published before the acts of purported

4  infringement by Meta alleged in the COMPLAINT.

5  **RESPONSE TO REQUEST NO. 72:**

6  Plaintiff admits that Plaintiff's ASSERTED WORKS were published prior to Meta's infringement

7  as alleged in the operative complaint, and therefore admits this Request.

8  **REQUEST FOR ADMISSION 73:**

9  Admit that not all of the ASSERTED WORK(S) (including those of YOUR co-Plaintiffs) are of

10 the same genre.

11 **RESPONSE TO REQUEST NO. 73:**

12 Plaintiff objects to this Request as vague and ambiguous as to the term "genre," as the term is

13 subject to different interpretations.   Subject to and without waiving the foregoing objection,

14 Plaintiff further states that Plaintiff lacks sufficient knowledge or information to respond to this

15 Request regarding the content of the ASSERTED WORKS of any other Plaintiff. Plaintiff therefore

16 lacks sufficient knowledge to either admit or deny this Request.

17 **REQUEST FOR ADMISSION 74:**

18 Admit that you are not aware of any agreements to assign rights in or to YOUR ASSERTED

19 WORK(S) that have not already been produced in this ACTION.

20 **RESPONSE TO REQUEST NO. 74:**

21 Plaintiff objects to this Request as vague and ambiguous as to the phrase "any agreements" and

22 "assign rights in or to." Plaintiff further objects to this Request as compound and ambiguous,

23 because it includes the disjunctive phrase, "in or to." "[R]equests for admissions should not contain

24 'compound, conjunctive, or disjunctive ... statements.'" *James v. Maguire Corr. Facility*, No. C

25 10-1795 SI PR, 2012 WL 3939343, at *4 (N.D. Cal. Sept. 10, 2012) (*quoting U.S. ex rel. England

26 v. Los Angeles County*, 235 F.R.D. 675, 684 (E.D. Cal. 2006)); *see also King v. Biter*, No.

27 35

1

2

3   Dated: November 18, 2024          By: */s/Mohammed A. Rathur*
                                          Mohammed A. Rathur

4                                     Bryan L. Clobes (pro hac vice)
5                                     Alexander J. Sweatman (pro hac vice)
                                      Mohammed A. Rathur (pro hac vice)
6                                     **CAFFERTY CLOBES MERIWETHER
                                      & SPRENGEL LLP**
7                                     135 South LaSalle Street, Suite 3210
                                      Chicago, IL 60603
8                                     Telephone: (312) 782-4880
                                      Email:      bclobes@caffertyclobes.com
9                                                 asweatman@caffertyclobes.com
                                                  mrathur@caffertyclobes.com

10

11                                    *Counsel for Plaintiffs and the Proposed Class
                                      Class*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                          37

28

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email:      bclobes@caffertyclobes.com
            asweatman@caffertyclobes.com
            mrathur@caffertyclobes.com
*Counsel for Individual and
Representative Plaintiffs and the
Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, TA-NEHISI COATES, JUNOT DÍAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUISE SNYDER, JACQUELINE WOODSON, AND LYSA TERKEURST, | Case No. 3:23-cv-03417-VC **PLAINTIFF LAURA LIPPMAN'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S THIRD SET OF REQUESTS FOR ADMISSION** |
| *Individual and Representative Plaintiffs*, | |
| v. | |
| META PLATFORMS, INC.; | |
| *Defendant.* | |

**PROPOUNDING PARTY:  Defendant Meta Platforms, Inc.**

**RESPONDING PARTY:      LAURA LIPPMAN**

**SET NUMBER:            Three (3)**

1

1  **RESPONSE TO REQUEST NO. 78:**

2  Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions Numbers

3  9, 10, 11, 69, and 70. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891, at

4  *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative and

5  duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a)

6  and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los*

7  *Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014). Subject

8  to and without waiver of the foregoing objections, Plaintiff admits this Request.

9  **REQUEST FOR ADMISSION 79:**

10  Admit that YOUR ASSERTED WORK(S) are published.

11  **RESPONSE TO REQUEST NO. 79:**

12  Plaintiff admits that Plaintiff's ASSERTED WORKS are published.

13  **REQUEST FOR ADMISSION 80:**

14  Admit that YOUR ASSERTED WORK(S) were published before the acts of purported

15  infringement by Meta alleged in the COMPLAINT.

16  **RESPONSE TO REQUEST NO. 80:**

17  Plaintiff admits that Plaintiff's ASSERTED WORKS were published prior to Meta's infringement

18  as alleged in the operative complaint, and therefore admits this Request.

19  **REQUEST FOR ADMISSION 81:**

20  Admit that not all of the ASSERTED WORK(S) (including those of YOUR co-Plaintiffs) are of

21  the same genre.

22  **RESPONSE TO REQUEST NO. 81:**

23  Plaintiff objects to this Request as vague and ambiguous as to the term "genre," as the term is

24  subject to different interpretations.  Subject to and without waiving the foregoing objection,

25  Plaintiff further states that Plaintiff lacks sufficient knowledge or information to respond to this

26

27  40

28

1   Request regarding the content of the ASSERTED WORKS of any other Plaintiff. Plaintiff therefore

2   lacks sufficient knowledge to either admit or deny this Request.

3   **REQUEST FOR ADMISSION 82:**

4   Admit that you are not aware of any agreements to assign rights in or to YOUR ASSERTED

5   WORK(S) that have not already been produced in this ACTION.

6   **RESPONSE TO REQUEST NO. 82:**

7   Plaintiff objects to this Request as vague and ambiguous as to the phrase "any agreements" and

8   "assign rights in or to." Plaintiff further objects to this Request as compound and ambiguous,

9   because it includes the disjunctive phrase, "in or to." "[R]equests for admissions should not contain

10  'compound, conjunctive, or disjunctive ... statements.'" *James v. Maguire Corr. Facility*, No. C

11  10-1795 SI PR, 2012 WL 3939343, at *4 (N.D. Cal. Sept. 10, 2012) (*quoting U.S. ex rel. England*

12  *v. Los Angeles County*, 235 F.R.D. 675, 684 (E.D. Cal. 2006)); *see also King v. Biter*, No.

13  115CV00414LJOSABPC, 2018 WL 339052, at *6 (E.D. Cal. Jan. 9, 2018). Subject to and without

14  waiving the foregoing objections, Plaintiff admits discovery is ongoing. Plaintiff further admits

15  that Plaintiff has produced non-privileged documents in Plaintiff's possession, custody, or control,

16  responsive to Meta's requests for production regarding licensing agreements for Plaintiff's

17  ASSERTED WORKS. Plaintiff otherwise denies this Request.

18
    Dated: November 18, 2024                  By: */s/Mohammed A. Rathur*
19                                                 Mohammed A. Rathur

20                                             Bryan L. Clobes (pro hac vice)
21                                             Alexander J. Sweatman (pro hac vice)
                                               Mohammed A. Rathur (pro hac vice)
22                                             **CAFFERTY CLOBES MERIWETHER**
                                               **& SPRENGEL LLP**
23                                             135 South LaSalle Street, Suite 3210
                                               Chicago, IL 60603
24                                             Telephone: (312) 782-4880
                                               Email:     bclobes@caffertyclobes.com
25                                                         asweatman@caffertyclobes.com
                                                           mrathur@caffertyclobes.com
26

27                                        41

28

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:   jsaveri@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| Richard Kadrey, et al.,<br><br>             *Individual and Representative Plaintiffs*,<br><br>v.<br><br>Meta Platforms, Inc.,<br><br>                                    *Defendant.* | Lead Case No. 3:23-cv-03417-VC<br>Case No. 4:23-cv-06663<br><br>**PLAINTIFF SARAH SILVERMAN'S RESPONSES TO DEFENDANT META PLATFORMS, INC.'S THIRD SET OF REQUESTS FOR ADMISSION** |

Plaintiff to admit to infringement in the context of the hypothetical use of its device"); Fed. R. Civ. P. 36 advisory committee's note to 1946 amendment; *Universal Dyeing & Printing, Inc. v. Zoetop Bus. Co.*, No. CV-223741-FLA-RAO, 2023 WL 9004983, at *21 (C.D. Cal. June 23, 2023) (denying motion to compel where the Request for Admission was a hypothetical not tied to the facts at issue and an affirmative response would not reduce the burden on a jury at trial) (*citing Advantus, Corp. v. Sandpiper of Cal., Inc.*, No. 19-cv-1892-CAB (NLS), 2021 WL 2038318, at *2 (S.D. Cal. May 21, 2021) and *Apple Inc. v. Samsung Elecs. Co.*, No. C 11-cv-1846 LHK (PSG), 2012 WL 952254, at *4 (N.D. Cal. Mar. 20, 2012)).

Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

**REQUEST FOR ADMISSION NO. 68:**

Admit that YOU have not granted another PERSON the right to license YOUR ASSERTED WORK(S) as training data for LLMs.

**RESPONSE TO REQUEST NO. 68:**

Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions Numbers 9, 10, 11, 69, and 70. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891, at *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative and duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a) and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014).

Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

**REQUEST FOR ADMISSION NO. 69:**

Admit that YOUR ASSERTED WORK(S) are published.

**RESPONSE TO REQUEST NO. 69:**

Plaintiff admits that Plaintiff's ASSERTED WORK is published.

**REQUEST FOR ADMISSION NO. 70:**

Admit that YOUR ASSERTED WORK(S) were published before the acts of purported infringement by Meta alleged in the COMPLAINT.

**RESPONSE TO REQUEST NO. 70:**

Plaintiff admits that Plaintiff's ASSERTED WORK was published prior to Meta's infringement as alleged in the operative complaint, and therefore admits this Request.

**REQUEST FOR ADMISSION NO. 71:**

Admit that not all of the ASSERTED WORK(S) (including those of YOUR co-Plaintiffs) are of the same genre.

**RESPONSE TO REQUEST NO. 71:**

Plaintiff objects to this Request as vague and ambiguous as to the term "genre," as the term is subject to different interpretations.

Subject to and without waiving the foregoing objection, Plaintiff states that Plaintiff lacks sufficient knowledge or information to respond to this Request regarding the content of the ASSERTED WORKS of any other Plaintiff. Plaintiff therefore lacks sufficient knowledge to admit or deny this Request.

**REQUEST FOR ADMISSION NO. 72:**

Admit that you are not aware of any agreements to assign rights in or to YOUR ASSERTED WORK(S) that have not already been produced in this ACTION.

**RESPONSE TO REQUEST NO. 72:**

Plaintiff objects to this Request as vague and ambiguous as to the phrases "any agreements" and "assign rights in or to." Plaintiff further objects to this Request as compound and ambiguous, because it includes the disjunctive phrase, "in or to." "[R]equests for admissions should not contain 'compound, conjunctive, or disjunctive ... statements.'" *James v. Maguire Corr. Facility*, No. C 10-1795 SI PR, 2012 WL 3939343, at *4 (N.D. Cal. Sept. 10, 2012) (*quoting U.S. ex rel. England v. Los Angeles County*, 235 F.R.D. 675, 684 (E.D. Cal. 2006)); *see also King v. Biter*, No. 1:15-CV-00414-LJO-SAB, 2018 WL 339052, at *6 (E.D. Cal. Jan. 9, 2018).

Dated: November 18, 2024

By:  _/s/ Joseph R. Saveri_
         Joseph R. Saveri

**BOIES SCHILLER FLEXNER LLP**

David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua I. Schiller (SBN 330653)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jischiller@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
Margaux Poueymirou (SBN 35600)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
mpoueymirou@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butericklaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

[*continued on next page*]

PLAINTIFF SARAH SILVERMAN'S RESPONSES TO DEFENDANT META PLATFORMS, INC.'S THIRD SET OF
REQUESTS FOR ADMISSION

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email:      bclobes@caffertyclobes.com
              asweatman@caffertyclobes.com
               mrathur@caffertyclobes.com
*Counsel for Individual and*
*Representative Plaintiffs and the*
*Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, TA-NEHISI COATES, JUNOT DÍAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUISE SNYDER, JACQUELINE WOODSON, AND LYSA TERKEURST, | Case No. 3:23-cv-03417-VC  **PLAINTIFF RACHEL LOUISE SNYDER'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S THIRD SET OF REQUESTS FOR ADMISSION** |

*Individual and Representative Plaintiffs*,

v.

META PLATFORMS, INC.;

*Defendant.*

**PROPOUNDING PARTY:  Defendant Meta Platforms, Inc.**

**RESPONDING PARTY:      RACHEL LOUISE SNYDER**

**SET NUMBER:              Three (3)**

1

affirmative response would not reduce the burden on a jury at trial) (*citing Advantus, Corp. v. Sandpiper of Cal., Inc.*, No.: 19cv1892-CAB (NLS), 2021 Wl 2038318, at *2 (S.D. Cal. May 21, 2021) and *Apple Inc. v. Samsung Elecs. Co.*, No. C 11-cv-1846 LHK (PSG), 2012 WL 952254, at *4 (N.D. Cal. Mar. 20, 2012)). Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

**REQUEST FOR ADMISSION 68:**

Admit that YOU have not granted another PERSON the right to license YOUR ASSERTED WORK(S) as training data for LLMs.

**RESPONSE TO REQUEST NO. 68:**

Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions Numbers 9, 10, 11, 69, and 70. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891, at *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative and duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a) and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014). Subject to and without waiver of the foregoing objections, Plaintiff admits this Request.

**REQUEST FOR ADMISSION 69:**

Admit that YOUR ASSERTED WORK(S) are published.

**RESPONSE TO REQUEST NO. 69:**

Plaintiff admits that Plaintiff's ASSERTED WORKS are published.

**REQUEST FOR ADMISSION 70:**

Admit that YOUR ASSERTED WORK(S) were published before the acts of purported infringement by Meta alleged in the COMPLAINT.

**RESPONSE TO REQUEST NO. 70:**

Plaintiff admits that Plaintiff's ASSERTED WORKS were published prior to Meta's infringement as alleged in the operative complaint, and therefore admits this Request.

33

1

2  Dated: November 18, 2024          By: */s/Mohammed A. Rathur*
                                          Mohammed A. Rathur

3
                                      Bryan L. Clobes (pro hac vice)
4                                     Alexander J. Sweatman (pro hac vice)
                                      Mohammed A. Rathur (pro hac vice)
5                                     **CAFFERTY CLOBES MERIWETHER
                                      & SPRENGEL LLP**
6                                     135 South LaSalle Street, Suite 3210
                                      Chicago, IL 60603
7                                     Telephone: (312) 782-4880
                                      Email:      bclobes@caffertyclobes.com
8                                                 asweatman@caffertyclobes.com
                                                  mrathur@caffertyclobes.com
9

10                                    *Counsel for Plaintiffs and the Proposed Class*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                              35

28

1  Nada Djordjevic (admitted *pro hac vice*)
2  10 North Dearborn St., Sixth Floor
   Chicago, Illinois 60602
   Tel.: (312) 214-7900
3  Email: ndjordjevic@dicellolevitt.com

4  *Counsel for Plaintiffs and the Proposed*
5  *Class, Additional Counsel Listed Below*

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8  RICHARD KADREY, SARAH SILVERMAN,          Case No. 3:23-cv-03417-VC
   CHRISTOPHER GOLDEN, TA-NEHISI
9  COATES, JUNOT DÍAZ, ANDREW SEAN           **PLAINTIFF LYSA TERKEURST'S**
   GREER, DAVID HENRY HWANG,                  **RESPONSES AND OBJECTIONS TO**
10 MATTHEW KLAM, LAURA LIPPMAN,               **DEFENDANT META PLATFORMS,**
11 RACHEL LOUISE SNYDER, JACQUELINE           **INC.'S THIRD SET OF REQUESTS FOR**
   WOODSON, AND LYSA TERKEURST,               **ADMISSION**
12
        *Individual and Representative Plaintiffs,*
13
          v.
14
   META PLATFORMS, INC.;
15
                    *Defendant.*

16 **PROPOUNDING PARTY: Defendant Meta Platforms, Inc.**

17 **RESPONDING PARTY:    Lysa TerKeurst**

18 **SET NUMBER:          Three (3)**

19

20

21

22

23

24

25

26

27                              1

28

1    facts of the case. *See, e.g.*, *Buchanan v. Chi. Transit Auth.*, 2016 WL 7116591, at *5 (N.D. Ill. Dec.

2    7, 2016) ("Since requests to admit 'must be connected to the facts of the case, courts do not permit

3    "hypothetical" questions within requests for admission.'"); *Fulhorst v. Un. Techs. Auto., Inc.*, 1997

4    WL 873548, at *3 (D. Del. Nov. 17, 1997) (denying request "asking Plaintiff to admit to

5    infringement in the context of the hypothetical use of its device"); Fed. R. Civ. P. 36 advisory

6    committee's note to 1946 amendment; *Universal Dyeing & Printing, Inc. v. Zoetop Bus. Co.*, No.

7    CV223741FLARAOX, 2023 WL 9004983, at *21 (C.D. Cal. June 23, 2023) (denying motion to

8    compel where the Request for Admission was a hypothetical not tied to the facts at issue and an

9    affirmative response would not reduce the burden on a jury at trial) (*citing Advantus, Corp. v.*

10   *Sandpiper of Cal., Inc.*, No.: 19cv1892-CAB (NLS), 2021 Wl 2038318, at *2 (S.D. Cal. May 21,

11   2021) and *Apple Inc. v. Samsung Elecs. Co.*, No. C 11-cv-1846 LHK (PSG), 2012 WL 952254, at

12   *4 (N.D. Cal. Mar. 20, 2012)).  Subject to and without waiver of the foregoing objections, Plaintiff

13   admits this Request.

14   **REQUEST FOR ADMISSION 72:**

15   Admit that YOU have not granted another PERSON the right to license YOUR ASSERTED

16   WORK(S) as training data for LLMs.

17   **RESPONSE TO REQUEST NO. 72:**

18   Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions Numbers

19   9, 10, 11, 69, and 70. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891, at

20   *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative and

21   duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a)

22   and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los*

23   *Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014). Subject

24   to and without waiver of the foregoing objections, Plaintiff admits this Request.

25   **REQUEST FOR ADMISSION 73:**

26   Admit that YOUR ASSERTED WORK(S) are published.

27                                             35

28

1    **RESPONSE TO REQUEST NO. 73:**

2    Plaintiff admits that Plaintiff's ASSERTED WORKS are published.

3    **REQUEST FOR ADMISSION 74:**

4    Admit that YOUR ASSERTED WORK(S) were published before the acts of purported

5    infringement by Meta alleged in the COMPLAINT.

6    **RESPONSE TO REQUEST NO. 74:**

7    Plaintiff admits that Plaintiff's ASSERTED WORKS were published prior to Meta's infringement

8    as alleged in the operative COMPLAINT.

9    **REQUEST FOR ADMISSION 75:**

10   Admit that not all of the ASSERTED WORK(S) (including those of YOUR co-Plaintiffs) are of

11   the same genre.

12   **RESPONSE TO REQUEST NO. 75:**

13   Plaintiff objects to this Request as vague and ambiguous as to the term "genre," as the term is

14   subject to different interpretations.   Subject to and without waiving the foregoing objection,

15   Plaintiff further states that Plaintiff lacks sufficient knowledge or information to respond to this

16   Request regarding the content of the ASSERTED WORKS of any other Plaintiff. Plaintiff therefore

17   lacks sufficient knowledge to either admit or deny this Request.

18   **REQUEST FOR ADMISSION 76:**

19   Admit that you are not aware of any agreements to assign rights in or to YOUR ASSERTED

20   WORK(S) that have not already been produced in this ACTION.

21   **RESPONSE TO REQUEST NO. 76:**

22   Plaintiff objects to this Request as vague and ambiguous as to the phrase "any agreements" and

23   "assign rights in or to." Plaintiff further objects to this Request as compound and ambiguous,

24   because it includes the disjunctive phrase, "in or to." "[R]equests for admissions should not contain

25   'compound, conjunctive, or disjunctive ... statements.'" *James v. Maguire Corr. Facility*, No. C

26   10-1795 SI PR, 2012 WL 3939343, at *4 (N.D. Cal. Sept. 10, 2012) (*quoting U.S. ex rel. England*

27                                                    36

28

1  *v. Los Angeles County*, 235 F.R.D. 675, 684 (E.D. Cal. 2006)); *see also King v. Biter*, No.

2  115CV00414LJOSABPC, 2018 WL 339052, at *6 (E.D. Cal. Jan. 9, 2018). Subject to and without

3  waiving the foregoing objections, Plaintiff admits that Plaintiff has produced non-privileged

4  documents in Plaintiff's possession, custody, or control, responsive to Meta's requests for

5  production regarding licensing agreements for Plaintiff's ASSERTED WORKS. Plaintiff

6  otherwise denies this Request.

7

8

9  Dated: November 18, 2024                By: /s/ *James A. Ulwick*
                                               Amy Keller (admitted *pro hac vice*)
10                                             Nada Djordjevic (*pro hac vice* forthcoming)
                                               James A. Ulwick (admitted *pro hac vice*)
11                                             Madeline Hills (admitted *pro hac vice*)
                                               10 North Dearborn St., Sixth Floor
12                                             Chicago, Illinois 60602
                                               Tel.: (312) 214-7900
13                                             Email: akeller@dicellolevitt.com
14                                                     ndjordjevic@dicellolevitt.com
                                                       julwick@dicellolevitt.com
15                                                     mhills@dicellolevitt.com

16                                             David A. Straite (admitted *pro hac vice*)
17                                             485 Lexington Avenue, Suite 1001
                                               New York, NY 10017
18                                             Tel. (646) 933-1000
                                               Email: dstraite@dicellolevitt.com
19
                                               Brian O'Mara
20                                             4747 Executive Drive, Suite 240
21                                             San Diego, California 92121
                                               Tel.: (619) 923-3939
22                                             Email: bomara@dicellolevitt.com

23                                             RMP, LLP
                                               Seth Haines (admitted *pro hac vice*)
24                                             Timothy Hutchinson (admitted *pro hac vice*)
25                                             5519 Hackett St., Suite 300
                                               Springdale, AR 72762
26                                             Telephone: (479) 443-2705
                                               Email: shaines@rmp.law
27                                                 37
28

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed A. Rathur (pro hac vice)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email:       bclobes@caffertyclobes.com
                aswweatman@caffertyclobes.com
                 mrathur@caffertyclobes.com
*Counsel for Individual and
Representative Plaintiffs and the
Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, TA-NEHISI COATES, JUNOT DÍAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUISE SNYDER, JACQUELINE WOODSON, AND LYSA TERKEURST, | Case No. 3:23-cv-03417-VC |
| | **PLAINTIFF JACQUELINE WOODSON'S RESPONSES AND OBJECTIONS TO DEFENDANT META PLATFORMS, INC.'S THIRD SET OF REQUESTS FOR ADMISSION** |
| *Individual and Representative Plaintiffs*, | |
|            v. | |
| META PLATFORMS, INC.; | |
|            *Defendant.* | |

**PROPOUNDING PARTY:  Defendant Meta Platforms, Inc.**

**RESPONDING PARTY:      JACQUELINE WOODSON**

**SET NUMBER:             Three (3)**

1

1  **RESPONSE TO REQUEST NO. 86:**

2  Plaintiff objects to this Request as unreasonably cumulative of Requests for Admissions Numbers

3  9, 10, 11, 69, and 70. *See e.g.*, *Thorpe v. Hearn*, No. 219CV1974KJMKJNP, 2022 WL 902891, at

4  *5 (E.D. Cal. Mar. 28, 2022) ("Where requests for admission … are unreasonably cumulative and

5  duplicative of other discovery taken in the case, the requests do not serve the purpose of Rule 36(a)

6  and are properly subject to objection.") (internal citations omitted); *see also K.C.R. v. Cnty. of Los

7  *Angeles*, No. CV 13-3806 PSG SSX, 2014 WL 3433925, at *4 (C.D. Cal. July 14, 2014). Subject

8  to and without waiver of the foregoing objections, Plaintiff admits this Request.

9  **REQUEST FOR ADMISSION 87:**

10  Admit that YOUR ASSERTED WORK(S) are published.

11  **RESPONSE TO REQUEST NO. 87:**

12  Plaintiff admits that Plaintiff's ASSERTED WORKS are published.

13  **REQUEST FOR ADMISSION 88:**

14  Admit that YOUR ASSERTED WORK(S) were published before the acts of purported

15  infringement by Meta alleged in the COMPLAINT.

16  **RESPONSE TO REQUEST NO. 88:**

17  Plaintiff admits that Plaintiff's ASSERTED WORKS were published prior to Meta's infringement

18  as alleged in the operative complaint, and therefore admits this Request.

19  **REQUEST FOR ADMISSION 89:**

20  Admit that not all of the ASSERTED WORK(S) (including those of YOUR co-Plaintiffs) are of

21  the same genre.

22  **RESPONSE TO REQUEST NO. 89:**

23  Plaintiff objects to this Request as vague and ambiguous as to the term "genre," as the term is

24  subject to different interpretations.   Subject to and without waiving the foregoing objection,

25  Plaintiff further states that Plaintiff lacks sufficient knowledge or information to respond to this

26

27                                         45

28

1  Request regarding the content of the ASSERTED WORKS of any other Plaintiff. Plaintiff therefore

2  lacks sufficient knowledge to either admit or deny this Request.

3  **REQUEST FOR ADMISSION 90:**

4  Admit that you are not aware of any agreements to assign rights in or to YOUR ASSERTED

5  WORK(S) that have not already been produced in this ACTION.

6  **RESPONSE TO REQUEST NO. 90:**

7  Plaintiff objects to this Request as vague and ambiguous as to the phrase "any agreements" and

8  "assign rights in or to." Plaintiff further objects to this Request as compound and ambiguous,

9  because it includes the disjunctive phrase, "in or to." "[R]equests for admissions should not contain

10  'compound, conjunctive, or disjunctive ... statements.'" *James v. Maguire Corr. Facility*, No. C

11  10-1795 SI PR, 2012 WL 3939343, at *4 (N.D. Cal. Sept. 10, 2012) (*quoting U.S. ex rel. England*

12  *v. Los Angeles County*, 235 F.R.D. 675, 684 (E.D. Cal. 2006); *see also King v. Biter*, No.

13  115CV00414LJOSABPC, 2018 WL 339052, at *6 (E.D. Cal. Jan. 9, 2018). Subject to and without

14  waiving the foregoing objections, Plaintiff admits discovery is ongoing. Plaintiff further admits

15  that Plaintiff has produced non-privileged documents in Plaintiff's possession, custody, or control,

16  responsive to Meta's requests for production regarding licensing agreements for Plaintiff's

17  ASSERTED WORKS. Plaintiff otherwise denies this Request.

18

19  Dated: November 18, 2024          By: */s/Mohammed A. Rathur*
                                          Mohammed A. Rathur

20
                                          Bryan L. Clobes (pro hac vice)
21                                        Alexander J. Sweatman (pro hac vice)
                                          Mohammed A. Rathur (pro hac vice)
22                                        **CAFFERTY CLOBES MERIWETHER**
                                          **& SPRENGEL LLP**
23                                        135 South LaSalle Street, Suite 3210
                                          Chicago, IL 60603
24                                        Telephone: (312) 782-4880
                                          Email:     bclobes@caffertyclobes.com
25                                                    asweatman@caffertyclobes.com
                                                      mrathur@caffertyclobes.com
26

27                                             46

28