# GHAJAR EXHIBIT 20

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
    _____
 4
      RICHARD KADREY, et al.,            )
 5                                       )
          Individual and                 )
 6        Representative Plaintiffs,     )
                                         )   3:23-cv-03417-VC
 7        vs.                            )
                                         )
 8    META PLATFORMS, INC., a            )
      Delaware corporation,              )
 9                                       )
                  Defendant.             )
10   _____
11     VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF
12                    EMILY BENDER, Ph.D.
13                 **CONFIDENTIAL TESTIMONY**
         **Page 195 Line 4 through Page 198 Line 4**
14   _____
15
16                        9:20 A.M.
17                    FEBRUARY 25, 2025
18            1215 FOURTH AVENUE, SUITE 1350
19                  SEATTLE, WASHINGTON
20
21
22
23
24   REPORTED BY:   CARLA R. WALLAT, CRR, RPR
25                  WA CCR 2578, OR CSR 16-0443, CA CSR 14423


                                                      Page 1
```

```
1       A.  Uh-huh.                                               03:39PM
2       Q.  And so you agree with Dr. Ungar that the model        03:39PM
3   weights are nonreversible in the sense that they cannot       03:40PM
4   be used to regenerate the specific texts from which           03:40PM
5   they were derived?                                            03:40PM
6       A.  I -- from what I know of the literature, I            03:40PM
7   believe it is not possible to get back the full input         03:40PM
8   training corpus.  There is work by Nicholas Carlini, et       03:40PM
9   al., showing that you can get snippets coming out, but        03:40PM
10  I don't think you can reverse engineer the whole              03:40PM
11  training corpus.                                              03:40PM
12      Q.  Do you know whether Carlini's papers were in          03:40PM
13  reference to large language models or diffusion models?       03:40PM
14      A.  The Carlini paper that I'm thinking of looking        03:40PM
15  at personally identifiable information was looking at         03:40PM
16  large language models, yes.                                   03:40PM
17      Q.  Is that a paper that you reviewed or relied on        03:40PM
18  in preparing your report?                                     03:40PM
19      A.  No.  It's something that I've read in other           03:40PM
20  contexts.                                                     03:40PM
21      Q.  In paragraph 183 [sic] you say, "This lack of         03:41PM
22  reversibility does not negate the importance of               03:41PM
23  original texts to the process of LLM development."            03:41PM
24          Did Dr. Ungar say anywhere in his report that         03:41PM
25  original texts are not important to the process of LLM        03:41PM
```

Page 187

```
 1       A.   So you've just said the model's used to            03:48PM
 2   synthesize text, so what is the model?  The model is a      03:48PM
 3   collection of weights.  Where do the weights come from?     03:48PM
 4   The weights come from processing input text, right?         03:48PM
 5            If you don't have input text, it doesn't           03:48PM
 6   matter how clever the training algorithm, it doesn't        03:48PM
 7   matter how much compute time you use.  If there's no        03:48PM
 8   input text, there's no model.                               03:48PM
 9            And this is -- the connection that I see here     03:48PM
10   is that the outputs are what we care about, supposedly,     03:48PM
11   I mean, I don't, but people do, and in order to get         03:48PM
12   those outputs, you need an algorithm, you need the          03:48PM
13   compute time, you also need the inputs.  And the inputs     03:49PM
14   are what's not so closed.                                   03:49PM
15       Q.   Okay.  And so you are -- I think you are not a    03:49PM
16   lawyer you said?                                            03:49PM
17       A.   Not a lawyer.                                      03:49PM
18       Q.   And not a copyright expert?                        03:49PM
19       A.   Correct.                                           03:49PM
20       Q.   Okay.                                              03:49PM
21       A.   Also not a good copywriter apparently with my      03:49PM
22   typos.                                                      03:49PM
23       Q.   And you're not rendering any opinion that the     03:49PM
24   outputs for -- any output from Llama has ever been          03:49PM
25   substantially similar to the weights or code comprising     03:49PM
```

Page 193

```
1    the model, right?                                              03:49PM
2        A.  So output is text, and weights and code are            03:49PM
3    numerical.  So I wouldn't expect those to be similar.          03:49PM
4        Q.  Okay.  Those are different things?                     03:49PM
5        A.  Different things.  There's a -- there's a              03:49PM
6    dependency between them, but they're different things.         03:49PM
7        Q.  Okay.  What are you being paid in connection           03:49PM
8    with your work on this case?                                   03:49PM
9              MR. HUTCHINSON:  Objection.  Asked and               03:50PM
10   answered.                                                      03:50PM
11             MS. DUNNING:  I haven't asked that                   03:50PM
12   question at all yet.                                           03:50PM
13       A.  My fee for this work is $2,000 an hour.                03:50PM
14       Q.  (BY MS. DUNNING)  Okay.  And so at roughly             03:50PM
15   32 hours, you've spent -- you're expecting to be paid          03:50PM
16   somewhere north of $64,000?                                    03:50PM
17       A.  Correct.                                               03:50PM
18       Q.  How did you determine the rate to charge for           03:50PM
19   the work on this case?                                         03:50PM
20       A.  As it happens, I have a consulting fee posted          03:50PM
21   on my web page and it was posted as $2,000 an hour             03:50PM
22   before I was approached for this case.                         03:50PM
23       Q.  Okay.  So the rate you're charging in this             03:50PM
24   case is consistent with the consulting fee you charge          03:50PM
25   for other work?                                                03:50PM
```

Page 194

```
 1                     REPORTER'S CERTIFICATE
 2          I, CARLA R. WALLAT, CCR, CSR, RPR, CRR, the undersigned
 3     Certified Court Reporter, authorized to administer oaths and
 4     affirmations in and for the states of Washington (2578),
 5     Oregon (16-0443), and California (14423) do hereby certify:
 6          That the sworn testimony and/or proceedings, a
 7     transcript of which is attached, was given before me at the
 8     time and place stated therein; that any and/or all witness(es)
 9     were duly sworn to testify to the truth; that the sworn
10     testimony and/or proceedings were by me stenographically
11     recorded and transcribed under my supervision.  That the
12     foregoing transcript contains a full, true, and accurate
13     record of all the sworn testimony and/or proceedings given and
14     occurring at the time and place stated in the transcript; that
15     a review of which was not requested; that I am in no way
16     related to any party to the matter, nor to any counsel, nor do
17     I have any financial interest in the event of the cause.
18          WITNESS MY HAND AND DIGITAL SIGNATURE this 6th day of
19     March 2025.
20
21
22     [signature: Carla R. Wallat]
23     CARLA R. WALLAT, RPR, CRR
       Washington CCR #2578, Expires 1/5/2026
24     Oregon CSR #16-0443, Expires 9/30/2027
       California CSR #14423, Expires 1/31/2026
25
```