# GHAJAR EXHIBIT 21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   RICHARD KADREY, AN              : CASE NO.
 6   INDIVIDUAL; SARAH SILVERMAN,    : 3:23-cv-03417-VC
 7   AN INDIVIDUAL; CHRISTOPHER      :
 8   GOLDEN, AN INDIVIDUAL,          :
 9          PLAINTIFFS               :
10   VS.                             :
11   META PLATFORMS, INC., A         :
12   DELAWARE CORPORATION,           :
13          DEFENDANT                :
     _____:
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16      VIDEOTAPED DEPOSITION OF JONATHAN KREIN, PH.D.
17               SAN FRANCISCO, CALIFORNIA
18                THURSDAY, MARCH 6, 2025
19
20   REPORTED BY:
21   DEBBIE LEONARD, CSR, RDR, CRR
22   CSR NO. 14350
23   JOB No. 7189213
24
25   PAGES 1 to 113
```

Page 1

```
 1                MR. YOUNG:  Objection.  Form.
 2                THE WITNESS:  So, for example, in paragraph 81,
 3     I discuss deduplication, lay it out there.
 4                So the substance of the opinions that I've
 5     formed with respect to deduplication is around its impact
 6     on the generation of copies.
 7                Exactly what this particular instance of
 8     deduplication was used for by Meta was not something I
 9     was asked to consider.
10     BY MR. WEINSTEIN:
11          Q    Understood.
12                If you could turn to paragraph 97.  You
13     identified as part of your analysis certain Python
14     scripts that would remove certain information from the
15     content in The Pile dataset, correct?
16          A    Could you repeat the question, please?
17          Q    Yes, sir.
18                You identified in paragraph 97 a Python script
19     that removes information from various aspects of the
20     The Pile dataset, correct?
21          A    Yes.
22          Q    Okay.  Now, the Python script that you
23     identified, pile_clean_v0.py, that is not limited to
24     Books3; it also applies to ArXiv, A-R-X-I-V; GitHub; and
25     other portions of Books3, correct?
```

1        A    Correct.
2        Q    Okay.  And then let's go to paragraph 99.  And
3   is this a list of key words that are removed by one of
4   the Python scripts that you analyzed with respect to
5   The Pile?
6        A    So this list of terms refers to paragraph 98 of
7   my report, which discusses a script called
8   pile_clean_v1.py, and it is referring to terms that were
9   used to identify lines or segments of -- of The Pile data
10  to be removed.
11       Q    And you have a list on paragraph 99 of key words
12  that are used for identifying [indiscernible], correct?
13            (Court reporter clarification.)
14  BY MR. WEINSTEIN:
15       Q    Paragraph 99, you have a list of key words for
16  use in identifying material to be removed, correct?
17            MR. YOUNG:  Objection.  Form.
18            THE WITNESS:  So as I just mentioned, the list
19  in paragraph 99 refers to the script in paragraph 98, and
20  these are key words that are for use in identifying
21  material to be removed, yes.
22  BY MR. WEINSTEIN:
23       Q    Okay.  And they include "Published by,"
24  "Produced by," "Copyright," "Cover copyright," "Cover
25  designed by," "Edited by," "Prologue," "PREFACE,"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      "Epilogue," "Acknowledgments," "About the Author,"
 2      "Slashwords [sic] Edition," "All rights reserved," "Title
 3      Page," "Table of Contents," "Introduction," "Cover,"
 4      "Title Page," and again the word "Copyright."
 5              Do you see that?
 6         A    I do see that, with the exception that I believe
 7      you may have said "Slashwords Edition," and it says
 8      "Smashwords Edition."
 9         Q    Thank you.
10              MR. WEINSTEIN:  What's next in order?
11              THE REPORTER:  Number 5.
12              MR. WEINSTEIN:  5.  Thank you.
13              I'd like to mark as Exhibit 5 a copy of a
14      document entitled pile_clean_v1.py.  That's
15      META-KADREY-SC-000625 through 629.
16              (Krein Exhibit 5 marked for identification.)
17      BY MR. WEINSTEIN:
18         Q    Dr. Krein, the court reporter just handed you a
19      document that's called pile_clean_v1.py.  This is one of
20      the source code files that you looked at in connection
21      with your opinions related to The Pile, correct?
22         A    Correct.
23         Q    And this is a Python file, correct?
24         A    Yes.
25         Q    And just humor me for the record.  What does
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1    Python refer to?
2         A    Python is a programming language.
3         Q    If you could turn to the page that begins 000628
4    and look around line 304.
5         A    I'm on page 628.  Well --
6         Q    And you see line 304?
7         A    I do, yes.
8         Q    And that's the main program, correct?
9         A    That's the main entry point.
10        Q    Correct.  So when the script is executed, that's
11   the first part of the code that will get executed,
12   correct?
13        A    No.
14        Q    Okay.  Will it get executed at all?
15        A    Yeah.  To clarify, on the next page, you'll see
16   at line 371, that's where main is called from.  And then
17   at 304, it executes.
18        Q    I see.  So main will then call main, and then
19   the trip will function, right?
20        A    Yeah.
21        Q    Okay.  And do you see where it says "cleaners
22   equals," and there's a list?
23        A    I do, yes.
24        Q    What does that list refer to?
25        A    So my understanding is that these would be parts
```

```
1     of -- parts of The Pile dataset.
2          Q    Are these portions of The Pile dataset for which
3     cleaning operations are performed?
4               MR. YOUNG:  Objection.  Form.
5               THE WITNESS:  So these are portions, as Meta has
6     named them here, of The Pile dataset for which there are,
7     yes, cleaning operations that get performed on any part
8     of the data that's designated under one of these
9     designations here.
10    BY MR. WEINSTEIN:
11         Q    And there are 22 of them, correct,
12    approximately?
13         A    There may be.  I'd have to go through and count.
14         Q    Okay.  And you see that on line 313, it says
15    "Books3"?
16              Do you see that?
17         A    Line 313 refers to "Books3."
18         Q    Okay.  Is that the cleaner that relates to
19    Books3?
20              MR. YOUNG:  Objection.  Form.
21    BY MR. WEINSTEIN:
22         Q    Or it's identifying the cleaner that relates to
23    Books3?
24         A    So that is a text designation that points to the
25    name of a function which is called "book3" at line 63.
```

Page 81

1             When the parameter "Books3" is provided, then it
2      results in the function at 63 being executed.
3         Q    Understood.
4             We can go back to your report now, sir,
5      Exhibit 1.  And if you could turn to paragraph 100, this
6      is another file you identified, a .scala file, that
7      removes data from the Books3 dataset, correct?
8         A    So paragraph 100 of my report:
9      "BooksHeaderCleaner.scala removes copyright information
10     from the Books3 dataset."
11        Q    And just so we know, what is a Scala file?
12        A    It is a type of programming file.
13        Q    And then you have a long list of key words that
14     goes from page 46 to 47 in your report.  Are these key
15     words that are removed from the Books3 dataset when this
16     program is executed?
17        A    So the key words are used to identify segments
18     or lines -- I believe in this case, it's -- it may be
19     lines; I'd have to look back -- but segments of text to
20     be removed from the data.
21        Q    And at the top of page 47, you mention that
22     there are a number of other terms, like the word
23     "facebook" being removed?
24        A    The word "facebook" is one of the terms that is
25     additionally used in filtering lines.

```
 1        Q     And "www.," correct?
 2        A     That also is one of the terms that I've listed
 3   here in paragraph 100.
 4        Q     And "notebook" is another one, correct?
 5        A     "Notebook" as a single word, and "note-book" as
 6   well.
 7        Q     Okay.  Do you know why this script would be
 8   designed to remove the word "facebook" from the original
 9   text?
10              MR. YOUNG:  Objection to form.  Scope.
11              THE WITNESS:  I did not examine that particular
12   question and didn't form any opinion about it.
13   BY MR. WEINSTEIN:
14        Q     Okay.  And then on paragraph 101, you discuss
15   another source code file called BooksFooterCleaner.scala,
16   and you have another list of key words, correct?
17        A     Yes, paragraph 101 does refer to another
18   programming script that also lists a set of key words
19   that are used to identify text.
20        Q     And these include things like "already a
21   subscriber," "thank you for downloading," "thank you for
22   purchasing," among others, correct?
23        A     To the extent that you read those out of this
24   list, then they would, of course, be in the list.
25        Q     Now, when you analyzed -- withdrawn.
```

Page 83

```
 1                   C E R T I F I C A T E
 2
 3          I, Debbie Leonard, Certified Shorthand Reporter
 4   No. 14350 for the State of California, do hereby
 5   certify:
 6          That the foregoing deposition was taken before me
 7   at the time and place therein set forth, at which time
 8   the witness was put under oath by me; that the testimony
 9   of the witness and all objections made at the time of the
10   examination were recorded stenographically by me, were
11   thereafter transcribed by me by means of computer; and
12   that the foregoing is a true record of same.
13          I further certify that I am neither counsel for
14   nor related to any party to said action, nor in any way
15   interested in the outcome thereof.
16          IN WITNESS WHEREOF, I have subscribed my name
17   this 13th day of March, 2025.
18
19
20
21          [signature: Debbie Leonard]
22             Debbie Leonard, CSR, RDR, CRR
23             CSR NO. 14350
24
25
```

Page 109