# GHAJAR
# EXHIBIT 22


# FILED UNDER SEAL