# GHAJAR EXHIBIT 23

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   RICHARD KADREY, et al.,           ) Case No.
     Individual and Representative     ) 3:23-cv-03417-VC
 6                                     )
             Plaintiffs,                )
 7                                     )
             v.                         )
 8                                     )
     META PLATFORMS, INC., a           )
 9   Delaware corporation;             )
                                       )
10           Defendant.                 )
     _____)
11
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14   VIDEO-RECORDED DEPOSITION OF CRISTINA LOPES, PH.D.
15
16              Thursday, February 13, 2025
17                San Francisco, California
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 7173634


                                                    Page 1
```

```
 1              THE COURT REPORTER:  "Predict the next"?
 2              THE WITNESS:  -- the next token.  So
 3    it's -- it's con- -- the -- during training, it's
 4    configured so that the inputs are the sequences of
 5    text.  The outputs are the same sequences of text,        10:03:44
 6    but shifted by one, which gives the next over.
 7              And so the -- the model goes through
 8    several days, maybe weeks of doing that training
 9    and -- until it converges to some acceptable
10    behavior.                                                 10:04:05
11    BY MR. WEINSTEIN:
12        Q.   At the end of a pretraining process, is
13    the result of that something called a base model?
14        A.   That's how it's commonly called, yes.
15        Q.   Okay.  And a base model is a model that          10:04:15
16    has been pretrained but doesn't have any fine-tuning
17    applied to it; correct?
18        A.   Correct.
19        Q.   Okay.  And in order to pretrain a large
20    language model, does that require a large amount of      10:04:31
21    data?
22        A.   Yes.
23        Q.   An enormous amount of data?
24        A.   I mean, it depends on what you want to do
25    with the large language model.  So there's --             10:04:44
```

1   large -- you know, large language models can also be
2   for specific niche applications, like, for example,
3   code or software engineering tasks.
4           So it -- it depends if you -- you -- on
5   the other hand, if you want to train a large                10:04:55
6   language model to be multitasking,
7   multifunctionality, you know, do everything, then
8   you -- you -- you need a lot of data.
9       Q.   All right.
10          Had you ever worked with -- yeah,                    10:05:05
11  withdrawn.
12          Prior to your work on this case, had you
13  ever worked with any of the Meta large language
14  models?
15      A.   No.                                                 10:05:13
16      Q.   Okay.  But obviously since your work in
17  this case you've been working with some of the Llama
18  models; correct?
19      A.   Yes.
20      Q.   Okay.  And you -- you have actually used            10:05:27
21  the Llama 3 7B and 70B models; correct?
22      A.   Yes.
23      Q.   Okay.
24      A.   And 8B.
25      Q.   8B.                                                 10:05:36

Page 21

```
1        Q.   Understood.
2             And that -- that's not just limited to
3    open-source data, that's any kind of text data --
4        A.   Any --
5        Q.   -- correct?                                    10:06:58
6        A.   -- any kind of text data.
7             THE COURT REPORTER:  We need to speak one
8    at a time, please.
9             THE WITNESS:  I'm sorry.
10            MR. WEINSTEIN:  I violated my own rule on      10:07:06
11   that.
12   BY MR. WEINSTEIN:
13       Q.   Have you ever heard the term "overfitting"
14   as it refers to large language models?
15       A.   Yes.                                           10:07:16
16       Q.   What is "overfitting"?
17       A.   It's when the network -- when the neural
18   network starts to learn too much about the data and
19   starts just basically memorizing the data and -- and
20   loses its ability to generalize from it.                10:07:30
21       Q.   Is deduplication of training data an
22   example of a technique that helps prevent
23   overfitting?
24       A.   Yes.
25       Q.   Okay.  What other techniques that --           10:07:43
```

Page 23

```
1    outputs and the obtained outputs.  When that
2    happens, training can end, and the model is deemed
3    ready for use or 'inference.'"  [As read]
4            That's correct; right?
5       A.   Correct.                                      10:25:53
6       Q.   And so just so we're clear, the term
7    "inference," that's a term that you use to describe
8    using the model after it's been at least in the
9    pretraining stage; correct?
10      A.   Correct.                                      10:26:03
11      Q.   Okay.  And then Paragraph 40, you refer to
12   "generalization."  And you say in the middle of the
13   Paragraph, "The value of deep learning models comes
14   from the value of mathematical regression itself:
15   the ability to produce reasonable outputs even when  10:26:27
16   the inputs were not in the training data.  This is
17   called 'generalization.'"
18           Do you see that?
19      A.   Yes.
20      Q.   Is generalization a desired characteristic   10:26:33
21   of a large language model?
22      A.   Yes.
23      Q.   And people who build large language
24   models, they strive to make their models generalized
25   as much as possible; correct?                         10:26:55
```

```
 1             MR. YOUNG:  Objection to form.
 2             THE WITNESS:  I believe so.
 3   BY MR. WEINSTEIN:
 4       Q.   Okay.  And by generalization, we're
 5   referring to the ability of the model to provide        10:27:12
 6   output that is different from the data on which it
 7   was trained; correct?
 8       A.   It's -- it refers to the ability of the
 9   model to produce reasonable outputs on data on which
10   it was not trained.                                     10:27:31
11       Q.   Right.
12            Obviously, it's -- it's not any random
13   data, you want reasonable outputs; right?
14       A.   Yes.
15       Q.   The -- the goal is to provide an output        10:27:39
16   that was not in the original training data; correct?
17       A.   Correct.
18       Q.   Right.
19            You also say that, in Paragraph 40,
20   "Generalization stands on the quality of the            10:27:51
21   training data."
22            Do you see that?
23       A.   Yes.
24       Q.   When you talk about training data quality,
25   that's not necessarily the same thing as the quality    10:28:00
```

```
 1   BY MR. WEINSTEIN:
 2        Q.   So by "high quality," is this referring to
 3   the property of the data, that it's expected to
 4   cause an improvement in the model's performance?
 5        A.   Yes.                                              10:30:43
 6        Q.   Okay.  And then you mentioned Wikipedia.
 7             And I realize you may not have researched
 8   this, but what is the reason that Wikipedia is
 9   regarded as high-quality training data, assuming it
10   is?                                                         10:31:01
11             MR. YOUNG:   Objection.  Form.
12             Go ahead.
13             THE WITNESS:   I can -- I -- I -- I don't
14   know.  I can give an educated guess.  It's because
15   it's highly curated.  It has a lot of eyes on it.           10:31:10
16   The text tends to be very good.  The explanations
17   tend to be very factual.  There's -- references back
18   up the statements in most of the articles.
19             So I would imagine that that's the reason
20   why the LLM developers like Wikipedia so much.              10:31:30
21   BY MR. WEINSTEIN:
22        Q.   And as -- as far as books you mentioned,
23   why, in your opinion, do books provide a high
24   quality of training data?
25        A.   Again, I am trying -- I -- I -- I have --         10:31:42
```

Page 43

```
 1   Common Crawl has 61 trillion tokens.
 2           Do you see that?
 3       A.  Yes.
 4       Q.  You'd agree that not all the tokens in
 5   Common Crawl are human readable text; correct?         10:45:36
 6       A.  I don't know.
 7       Q.  Well, for example, there may be HTML
 8   elements in the web pages that are crawled
 9   [verbatim]; correct?
10       A.  I would imagine, yes.                          10:45:50
11       Q.  There may be nontext media elements;
12   correct?
13       A.  Probably, yes.
14       Q.  URLs?
15       A.  Yes.                                           10:45:58
16       Q.  Metadata?
17       A.  Yes.
18       Q.  Okay.  You reference quality as being an
19   important consideration in training data.
20           Would you agree that's not the only            10:46:18
21   important consideration in terms of training data
22   used for an LLM?
23       A.  Yes.  So -- yeah.
24       Q.  You also need a lot of training data;
25   correct?                                               10:46:33
```

1     A.    That's correct.
2     Q.    And you need a wide diversity of training
3  data; correct?
4     A.    So, as I said, it depends on how you want                10:46:44
5  to use your large language model for; right?
6           So if you're talking about a -- a large
7  language model that wants to do everything, then you
8  want a lot of diversity.  You want to be able to
9  capture everything.
10    Q.    And Llama would be an example of a large               10:46:54
11 language model that would want to do everything?
12          MR. YOUNG:  Objection to form.
13          THE WITNESS:  I believe so.
14 BY MR. WEINSTEIN:
15    Q.    The same would probably apply to ChatGPT;             10:47:06
16 correct?
17    A.    Yeah.
18          MR. YOUNG:  Object to form.
19 BY MR. WEINSTEIN:
20    Q.    If we could turn to Paragraph 87, there's             10:47:15
21 a reference to "Meta downloaded a dataset known as
22 'The Pile.'" [As read]
23          Do you see that?
24    A.    Mm-hmm.  Yes.
25    Q.    Now, I'll represent to you there's another            10:47:36

Page 54

```
 1        Q.   Possibly thousands of times a day; is that
 2   correct?
 3             MR. YOUNG:  Objection to form.
 4             THE WITNESS:  I don't know the number.
 5   BY MR. WEINSTEIN:                                       02:17:30
 6        Q.   Okay.  And so, would you agree with him
 7   that the likely reason that his tests showed a
 8   higher degree of memorization for Embraced was
 9   because of the presence of Bible passages that were
10   otherwise available on the internet?                    02:17:47
11        A.   It's a -- it's a possible explanation,
12   yes.
13        Q.   Okay.  Why don't we turn to Paragraph 91.
14   And this is a looking at some tests that you ran
15   using Llama 3 70B; is that right?                       02:18:37
16        A.   Yes.
17        Q.   And these were tests that were run on a
18   server at UCI?
19        A.   Yes.
20        Q.   Okay.  Using a base model; correct?           02:18:48
21        A.   Correct.
22        Q.   Okay.  And in this experiment, you said
23   that "Counsel provided me with 73 passage drawn from
24   a variety of books, including Asserted Works, to be
25   used as prompts for a completion using the Llama 8B     02:19:06
```

Page 141

| | | |
|---|---|---|
| 1 | and the Llama 3 70B models."  [As read] | |
| 2 | Do you see that? | |
| 3 | A. Yes. | |
| 4 | Q. So your tests were using the same | |
| 5 | technique of providing text from a book and seeing | 02:19:16 |
| 6 | if the model could complete it; correct? | |
| 7 | A. Correct. | |
| 8 | Q. Okay.  So the 73 passages that you were | |
| 9 | provided, they were selected by counsel for you? | |
| 10 | A. Yes. | 02:19:34 |
| 11 | Q. Okay.  And in a footnote, you're citing to | |
| 12 | a -- a couple of LinkedIn posts, it looked like | |
| 13 | from -- from the initials, Louis W. Hunt? | |
| 14 | A. Yes. | |
| 15 | Q. Have you ever spoken to Louis -- | 02:19:54 |
| 16 | A. No. | |
| 17 | Q. -- Hunt? | |
| 18 | A. No. | |
| 19 | Q. Do you know who he is? | |
| 20 | A. No. | 02:20:00 |
| 21 | Q. Okay.  The samples that you were | |
| 22 | provided -- withdrawn. | |
| 23 | The passages that you were provided, were | |
| 24 | they passages that were from Mr. Hunt's work? | |
| 25 | A. Yes, I believe so. | 02:20:18 |

```
1        Q.   Okay.  So Mr. Hunt published a series of
2   examples of passages and showed a certain degree of
3   completion for some of the passages using Llama; is
4   that right?
5        A.   That's right.                              02:20:40
6        Q.   Okay.  And the footnotes show in one case,
7   he had 400 pages of algorithmically generated
8   activity.  The other 131, did you look at any of the
9   other ones that he did other than the 73 that
10  counsel provided to you?                             02:21:01
11       A.   No.
12       Q.   Just the 73, okay.
13       A.   Yes.
14       Q.   What was the -- see if there's a way I can
15  ask this without getting into Rule 26 territory.     02:21:22
16            What was the basis for the selection of
17  the 73 passages to which you were provided?
18            MR. YOUNG:  I'm going to caution the
19  witness to not reveal any discussions she may have
20  had with counsel or any -- reveal any mental         02:21:35
21  impressions she -- of counsel.
22            But to the extent you are able to answer,
23  please do.
24            THE WITNESS:  Okay.  Can you repeat the
25  question.                                            02:21:48
```

Page 143

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   a large language model to be able to repeat part of
 2   input text is a function of how many times the input
 3   text was present in the dataset; correct?
 4        A.   Yes, I understand that.
 5        Q.   So would it be your expectation that when        03:32:44
 6   Llama is able to complete certain passages, that
 7   those passages likely appear multiple times in the
 8   dataset?
 9        A.   Yes.  That's why de-duplication is so
10   important.                                                03:33:02
11        Q.   Now, all these tests that were done to
12   confirm the ability to complete passages, they all
13   involved inputting text from the original work as
14   the prompt; correct?
15        A.   Yes.                                            03:33:19
16        Q.   So to -- in -- in order to run these
17   tests, somebody who created these prompts would have
18   had to have access to the original text; correct?
19        A.   Yes.
20             MR. YOUNG:  Objection to form.                  03:33:31
21   BY MR. WEINSTEIN:
22        Q.   Have you heard the term "adversarial
23   prompt" before?
24        A.   Yes.
25        Q.   What's an adversarial prompt?                   03:33:40
```

Page 179

```
 1        A.   These are prompts that people use to try
 2   to coerce these large language models to misbehave
 3   in some way.
 4        Q.   Understood.
 5             The prompts that were identified for          03:33:53
 6   purposes of these memorization studies in Appendix C
 7   of your report, are those examples of adversarial
 8   prompts?
 9        A.   I don't think so.  I think these are just
10   typical examples of, you know, trying to complete      03:34:07
11   things.  Now, the -- the collection -- if you ask me
12   about the collection, like who collected these
13   prompts, it was not me.  These prompts were given to
14   me.  I -- I don't -- you know, I don't know why,
15   when, what went into the selection of these prompts,   03:34:29
16   as I said before.
17        Q.   Right.  But the per- -- person who put --
18   put together the prompts was trying to get the model
19   to output text from these books; correct?
20             MR. YOUNG:  Objection to form and scope.     03:34:41
21             THE WITNESS:  I -- I think that's what he
22   was trying to do.  I mean, but that's also what all
23   of these memorization experiments are trying to do;
24   right?
25   BY MR. WEINSTEIN:                                      03:34:52
```

1    Q.   Right.  But this type of use of a large
2    language model to complete passages with original
3    text, is that a use you've done in -- is that part
4    of ordinary use of a large language model?
5    A.   No.  This is part of checking the -- you       03:35:09
6    know, the soundness and the -- the behavior of large
7    language models is part of something that -- you
8    know, like red teaming does, for example.  So
9    this --
10            THE COURT REPORTER:  Was the what?          03:35:19
11            THE WITNESS:  Red teaming.  So groups that
12   are, even inside the same development, the same
13   company or maybe in other companies that try to
14   really poke at the system and make it mis- --
15   misbehave so that, you know, measures and           03:35:38
16   mitigations can be taken.
17   BY MR. WEINSTEIN:
18       Q.   And -- and all these tests were run on the
19   base model; correct?
20       A.   Yes.                                        03:35:47
21       Q.   So if there were mitigations in place to
22   try to prevent output that repeats training data as
23   part of post training, those wouldn't have been
24   effective in these experiments; correct?
25            MR. YOUNG:  Form and scope.                 03:36:02

Page 181

```
 1                CERTIFICATE OF REPORTER
 2            I, Hanna Kim, a Certified Shorthand
 3   Reporter, do hereby certify:
 4            That prior to being examined, the witness
 5   in the foregoing proceedings was by me duly sworn to
 6   testify to the truth, the whole truth, and nothing
 7   but the truth;
 8            That said proceedings were taken before me
 9   at the time and place therein set forth and were
10   taken down by me in shorthand and thereafter
11   transcribed into typewriting under my direction and
12   supervision;
13            I further certify that I am neither
14   counsel for, nor related to, any party to said
15   proceedings, not in anywise interested in the
16   outcome thereof.
17            Further, that if the foregoing pertains to
18   the original transcript of a deposition in a federal
19   case, before completion of the proceedings, review
20   of the transcript [X] was [ ] was not requested.
21            In witness whereof, I have hereunto
22   subscribed my name.
23   Dated:  February 28, 2025.
24
                       [signature]
25            Hanna Kim, CLR, CSR No. 13083
```

Page 201