# GHAJAR EXHIBIT 24

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO DIVISION
 4                     _____
 5
         RICHARD KADREY, et al.,     )Volume 2
 6       Individual and              )
         Representative              )
 7                                   )
                  Plaintiffs,        )Case No.
 8                                   )3:23-cv-03417-VC
              vs.                    )
 9                                   )
         META PLATFORMS, INC., a     )
10       Delaware corporation;       )
                                     )
11                Defendant.         )
                                     )
12
13
14
15              REMOTE VIDEOTAPED DEPOSITION
16                          OF
17              CRISTINA VIDEIRA LOPES, Ph.D.
18                  Friday, March 7, 2025
19              Santa Ovaia de Cima, Portugal
20
21
22
23
24
25      Reported by:  B. Suzanne Hull, CSR No. 13495
```

Page 205

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | THE WITNESS:  I'm sorry.  I don't know by | 10:41:43 |
| 2 | heart the United States Constitution. | 10:41:45 |
| 3 | BY MR. WEINSTEIN: | 10:41:45 |
| 4 |    Q.  Okay. | 10:41:47 |
| 5 |    A.  If you tell me that it is, I believe you. | 10:41:49 |
| 6 |    Q.  I understand that.  I mean, I think -- | 10:41:52 |
| 7 | I think your counsel will know it is, and we can get | 10:41:54 |
| 8 | to that. | 10:41:58 |
| 9 | But -- but on the bottom it says Page 394 of | 10:41:58 |
| 10 | 469. | 10:42:01 |
| 11 | Do you see that? | 10:42:02 |
| 12 |    A.  Yes. | 10:42:03 |
| 13 |    Q.  So this is on Page 394 of that book. | 10:42:04 |
| 14 | So, again, you are not offering any opinion | 10:42:11 |
| 15 | that Meta -- withdrawn. | 10:42:14 |
| 16 | ==You are not offering any opinion that Llama== | 10:42:16 |
| 17 | ==is able to reproduce, you know, any significant== | 10:42:19 |
| 18 | ==percentage of these books; correct?== | 10:42:24 |
| 19 | ==   A.  Correct.== | 10:42:26 |
| 20 | MR. WEINSTEIN:  Okay.  Why don't we mark as | 10:42:29 |
| 21 | Exhibit 15 the next one in order.  It is -- it is the | 10:42:32 |
| 22 | same excerpt, but a different item behind it. | 10:42:35 |
| 23 | (Deposition Exhibit Number 15 | 10:42:35 |
| 24 | was marked for identification.) | 10:43:00 |
| 25 | THE WITNESS:  I got it. | 10:43:00 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1          Dated this 7th day of March, 2025, at
2    Bakersfield, California.
3
4
5
6
7
8                    [signature: Suzanne Hull]
9          B. Suzanne Hull, CSR No. 13495
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 251