# GHAJAR EXHIBIT 26

Case 3:23-cv-03417-VC   Document 490-26   Filed 03/24/25   Page 2 of 12

11/21/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Amrish Acharya, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, ET AL.,                )
                                       )
    INDIVIDUAL AND REPRESENTATIVE       )
                      PLAINTIFFS,      ) LEAD CASE NO.
                 v.                    ) 3:23-cv-03417-VC
                                       )
META PLATFORMS, INC.,                  )
                                       )
                      DEFENDANT.       )
_____)


* H I G H L Y   C O N F I D E N T I A L *
* A T T O R N E Y S '  E Y E S   O N L Y *


VIDEO-RECORDED DEPOSITION OF AMRISH ACHARYA

VOLUME I

THURSDAY, NOVEMBER 21, 2024

SAN FRANCISCO, CALIFORNIA

9:29 A.M. PST


REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 490-26   Filed 03/24/25   Page 3 of 12

11/21/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Amrish Acharya, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 9

| | | |
|---|---|---|
| 1 | Q. | Could you spell that for us, please. |
| 2 | A. | Yes.  A-m-r-i-s-h, and then the last |
| 3 | name is A-c-h-a-r-y-a. | |
| 4 | Q. | And what is your home address? |
| 5 | ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| 6 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| 7 | Q. | And are you presently employed? |
| 8 | A. | Yes. |
| 9 | Q. | By whom? |
| 10 | A. | Meta. |
| 11 | Q. | What is your current title? |
| 12 | A. | My title currently is director of |
| 13 | finance. | |
| 14 | Q. | Does anything follow that title, like a |
| 15 | subtitle? | |
| 16 | A. | Senior director of finance. |
| 17 | Q. | Thank you. |
| 18 | | Have you testified before? |
| 19 | A. | I have been deposed before once, yes. |
| 20 | Q. | All right.  Tell me about what case |
| 21 | that deposition was in, please. | |
| 22 | A. | I don't precisely remember the specific |

Case 3:23-cv-03417-VC   Document 490-26   Filed 03/24/25   Page 4 of 12

11/21/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Amrish Acharya, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 31

1    A.   No.  One part of our ads business.  So
2    financial supporting one part of our ads
3    business.
4    Q.   Understood.
5         And which part was that?
6    A.   Ad tech.
7    Q.   And if you could take me from there to
8    your current position and tell me the positions
9    that you've obtained since then, that would
10   be --
11   A.   Sure.  Sure.  So for the two years or
12   so after I joined, I supported this ad tech
13   business, which was one part of our ads
14   business, as I noted.  We called it publisher
15   solutions.
16        After that I started supporting other
17   bets and new revenue initiatives that Meta was
18   launching at the time, which included Messenger
19   and WhatsApp and others bets within Facebook.
20        After that -- so I did that for about
21   three to three and a half years.  After that I
22   was asked to play that role that includes sort

Case 3:23-cv-03417-VC   Document 490-26   Filed 03/24/25   Page 5 of 12

11/21/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Amrish Acharya, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 32

1   of -- includes finance support for these two
2   messaging apps as well as our core feed apps --
3   so that's Facebook and Instagram as well --
4   which is my current role.
5       Q.   And just to back up, you mentioned that
6   you worked on initiatives for new revenue?
7       A.   [Inaudible.]
8       Q.   I'm sorry.  You have to respond
9   verbally --
10      A.   Oh, yes.  You did say that.
11      Q.   -- if you can.
12      A.   Yes.
13      Q.   And how did you generally track those
14  initiatives' performance?
15           MR. MORTON:  Object to form.
16           THE WITNESS:  It was through a
17  combination of revenue milestones as well
18  pre-revenue milestones.
19  BY MR. STEIN:
20      Q.   What are pre-revenue milestones?
21      A.   Have we launched a test product in
22  specific markets to test things out?  Are we

Case 3:23-cv-03417-VC   Document 490-26   Filed 03/24/25   Page 6 of 12

11/21/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Amrish Acharya, Vol I
                            Highly Confidential - Attorneys' Eyes Only

Page 49

1      A.   Not individually, but as part of an
2   overall larger ask, yes.
3      Q.   Okay.  And as part of that ask work,
4   let's call it --
5      A.   Uh-huh.
6      Q.   -- did you review any financials
7   related to LLaMA?
8      A.   No.
9           Sorry.  The only financials I did
10  review was how much our budget was on GenAI.
11  GenAI is the organization at Meta which works
12  and builds Llama.  They also do other things.
13     Q.   And how much was the budget for GenAI?
14     A.   I don't precisely recall.
15     Q.   What was the general range of the
16  budget for general AI?  Generative.  Pardon me.
17     A.   Yeah, so we look at budget in terms of
18  two key items, head count and OpEx -- they're
19  two separate -- and the general range, to my
20  recollection, at the time, which was in Q2 of
21  2024, was about ███████████████████████████ o
22  ███████████ in OpEx for the year 2024 for the

Case 3:23-cv-03417-VC   Document 490-26   Filed 03/24/25   Page 7 of 12

11/21/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Amrish Acharya, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 50

 1   GenAI organization.
 2       Q.   Does that OpEx number include the
 3   amount for the heads?
 4       A.   No.  Separate.
 5       Q.   Okay.  Using your knowledge from your
 6   time at Meta as to how much these heads
 7   generally cost, could you please ballpark about
 8   how much you were spending on heads in this
 9   context.
10            MR. MORTON:  Object to form.
11            THE WITNESS:  It's hard to attribute a
12   precise number, because the cost of a head
13   varies on the location, the level and the
14   function.
15   BY MR. STEIN:
16       Q.   Okay.  Well, using your best estimation
17   of the average here, understanding that it won't
18   be precise, what would you say was cost of those
19   heads?
20            MR. MORTON:  Object to form.
21   BY MR. STEIN:
22       Q.   And a range is fine.

Case 3:23-cv-03417-VC   Document 490-26   Filed 03/24/25   Page 8 of 12

11/21/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Amrish Acharya, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 51

```
 1      A.    Okay.
 2            MR. MORTON:  Object to form.
 3            THE WITNESS:  I would apply a very
 4   rough estimate that would be somewhere in the
 5   range of about a ███████████████ in total cost
 6   allocated to those heads per head.  So that
 7   would be ██████████████████████████████ as a
 8   very rough estimate.
 9   BY MR. STEIN:
10      Q.    And does Meta track how much it's
11   spending on generative AI?
12      A.    Yes.
13      Q.    Does it make that --
14      A.    Sorry.  To clarify, on the generative
15   AI organization.
16      Q.    Correct.
17            Does Meta publish those numbers to the
18   public?
19      A.    No.
20      Q.    Do you know if they've provided those
21   numbers to Plaintiffs in this case?
22            MR. MORTON:  Object to form.
```

Case 3:23-cv-03417-VC   Document 490-26   Filed 03/24/25   Page 9 of 12

11/21/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Amrish Acharya, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 338

1  really depend on the year and our priorities and
2  whether the bets that we're making are long-term
3  bets or short-term bets.
4      Q.   Would there have been or was there any
5  concomitant ▇ percent increase in revenue
6  projections associated with this ballparked
7  ▇ percent increase in budget ask that came in
8  the middle of 2024?
9           MR. MORTON:  Objection.  Form.
10          THE WITNESS:  We did not refresh or
11 conduct a detailed assessment of GenAI-focused
12 or GenAI-only revenue projections in the out
13 years, and in any case our expectation at the
14 time of setting the budget, which was in October
15 of 2023, was that revenue contributions from
16 GenAI would be ▇▇▇▇▇ for the foreseeable
17 future, meaning the next two years.  And, as a
18 result, there was no refresh of the revenue
19 outlook for GenAI.
20 BY MR. STEIN:
21     Q.   Do you recall any discussions at the
22 time, in the middle of this year, 2024, about

Case 3:23-cv-03417-VC   Document 490-26   Filed 03/24/25   Page 10 of 12

11/21/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Amrish Acharya, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 339

1  revenue projections related to generative AI?
2      A.   Yes.
3           MR. MORTON:   Object to the...
4  BY MR. STEIN:
5      Q.   And what were those discussions?
6      A.   So in the second quarter of 2024, which
7  was, you know, through April, May and -- April
8  and May, generally, of this year, we were amidst
9  a long-range planning exercise, as we do every
10 year.  As part of that long-range planning
11 exercise, generative AI was a topic that we
12 built a long-range plan for, and as part of that
13 long-range plan for generative AI, we had
14 revenue -- our, you know, revenue estimates in
15 the long term.
16          MR. STEIN:   Mark this as Exhibit 643.
17               (Whereupon, Exhibit 643 was
18          marked for identification.)
19 BY MR. STEIN:
20     Q.   Do you have Exhibit 643 in front of
21 you, Mr. Acharya?
22     A.   I do.

Case 3:23-cv-03417-VC   Document 490-26   Filed 03/24/25   Page 11 of 12

11/21/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Amrish Acharya, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 340

1      Q.    And is this that long-range plan that
2   you just mentioned?
3      A.    This document speaks to that revenue
4   outlook -- long-range revenue outlook from GenAI
5   to Meta, yes.
6      Q.    And did you prepare this document?
7      A.    I did not prepare this document in
8   full, but I was -- I reviewed and was
9   responsible for some portions of this document.
10     Q.    Who else prepared this document with
11  you?
12     A.    So depending on the specific revenue
13  opportunity, there were different teams that
14  worked on this.  In general, this was a
15  combination of teams across finance, across
16  teams that included GenAI itself, across our
17  monetization team, with significant input from
18  other leaders across the company, including our
19  CFO, Susan Li, our chief products officer, Chris
20  Cox, and our CEO, Mark Zuckerberg.
21     Q.    Do you understand Mark Zuckerberg to
22  have reviewed this document?

Case 3:23-cv-03417-VC   Document 490-26   Filed 03/24/25   Page 12 of 12

11/21/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Amrish Acharya, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 352

1   STATE OF CALIFORNIA        )

2   COUNTY OF LOS ANGELES      )  SS.

3

        I, AUDRA E. CRAMER, CSR No. 9901, in and for the
4   State of California, do hereby certify:

        That, prior to being examined, the witness named
5   in the foregoing deposition was by me duly sworn to

6   testify the truth, the whole truth and nothing but the

7   truth;

8       That said deposition was taken down by me in

9   shorthand at the time and place therein named, and

10  thereafter reduced to typewriting under my direction,

11  and the same is a true, correct and complete transcript

12  of said proceedings;

13      I further certify that I am not interested in the

14  event of the action.

15      Witness my hand this 21st day of November,

16  2024.

17

18

19                                    _____

20                                    Certified Shorthand

21                                    Reporter for the
                                      State of California

22