GHAJAR
EXHIBIT 27

# Meta_Kadrey_00089020

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Meta Platforms, Inc | SEMANTIC |
| **Begin Family** | Meta_Kadrey_00089020 | SEMANTIC |
| **Confidentiality** | HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY | SEMANTIC |
| **Custodian** | Meta Platforms, Inc | SEMANTIC |
| **Date Created** | 06/05/2024 4:30 pm | SEMANTIC |
| **Date Modified** | 06/05/2024 4:30 pm | SEMANTIC |
| **End Family** | Meta_Kadrey_00089027 | SEMANTIC |
| **Extension** | pdf | SEMANTIC |
| **File Path** | \20240730_Kadrey.zip\KAD-0000271\Meta Platforms\Loose Docs | SEMANTIC |
| **Filename** | GenAI LRP Review (May 24) - Google Docs.pdf | SEMANTIC |
| **Primary Date** | 06/05/2024 4:30 pm | DOC_TYPE_ALIAS |
| **Production Volume** | Meta_Kadrey_007 | SEMANTIC |
| **Title** | GenAI LRP Review (May 24) - Google Docs | SEMANTIC |



**LRP Review: GenAI Opportunities**



1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00089020



2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00089023



5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00089025



7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



8

Meta_Kadrey_00089027

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, ET AL.,                          )
                                                 )
          INDIVIDUAL AND REPRESENTATIVE  )
                              PLAINTIFFS, ) LEAD CASE NO.
                    v.                           ) 3:23-cv-03417-VC
                                                 )
META PLATFORMS, INC.,                            )
                                                 )
                              DEFENDANT. )
_____)


     *  H I G H L Y   C O N F I D E N T I A L  *
     *  A T T O R N E Y S '  E Y E S   O N L Y  *


     VIDEO-RECORDED DEPOSITION OF AMRISH ACHARYA
                    VOLUME I
            THURSDAY, NOVEMBER 21, 2024
             SAN FRANCISCO, CALIFORNIA
                  9:29 A.M. PST


     REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

               DIGITAL EVIDENCE GROUP
          1730 M. Street, NW, Suite 812
               Washington, D.C. 20036
                  (202) 232-0646

Page 339

1    revenue projections related to generative AI?

2        A.   Yes.

3             MR. MORTON:   Object to the...

4    BY MR. STEIN:

5        Q.   And what were those discussions?

6        A.   So in the second quarter of 2024, which

7    was, you know, through April, May and -- April

8    and May, generally, of this year, we were amidst

9    a long-range planning exercise, as we do every

10   year.  As part of that long-range planning

11   exercise, generative AI was a topic that we

12   built a long-range plan for, and as part of that

13   long-range plan for generative AI, we had

14   revenue -- our, you know, revenue estimates in

15   the long term.

16            MR. STEIN:   Mark this as Exhibit 643.

17                (Whereupon, Exhibit 643 was

18            marked for identification.)

19   BY MR. STEIN:

20       Q.   Do you have Exhibit 643 in front of

21   you, Mr. Acharya?

22       A.   I do.

Page 340

1     Q.    And is this that long-range plan that

2   you just mentioned?

3     A.    This document speaks to that revenue

4   outlook -- long-range revenue outlook from GenAI

5   to Meta, yes.

6     Q.    And did you prepare this document?

7     A.    I did not prepare this document in

8   full, but I was -- I reviewed and was

9   responsible for some portions of this document.

10    Q.    Who else prepared this document with

11  you?

12    A.    So depending on the specific revenue

13  opportunity, there were different teams that

14  worked on this.  In general, this was a

15  combination of teams across finance, across

16  teams that included GenAI itself, across our

17  monetization team, with significant input from

18  other leaders across the company, including our

19  CFO, Susan Li, our chief products officer, Chris

20  Cox, and our CEO, Mark Zuckerberg.

21    Q.    Do you understand Mark Zuckerberg to

22  have reviewed this document?

Page 341

1            MR. MORTON:  Objection.  Form.

2            THE WITNESS:  Yes, I do.

3     BY MR. STEIN:

4        Q.    And how about Chris Cox?

5        A.    I do believe Chris also has reviewed

6     and reviewed this document.

7        Q.    And how about Susan Li?

8        A.    Also.

9        Q.    Could you turn the first page after the

10    metadata, which is Bates stamp 89020, please.

11       A.    Yes.

12       Q.    There's a table here that is called

13    "GenAI Wins Case" in (b).

14            Do you see that?

15       A.    Yes.

16       Q.    And what does that title mean to you?

17       A.    So that title is the name of a scenario

18    that we have laid out in this document for

19    GenAI's revenues and total returns through 2035.

20       Q.    And all the way at the bottom right

21    under the year 2035, there's a number related to

22    GenAI- driven return.

Page 342

1              Do you see that number?

2       A.    I do.

3       Q.    And what is that number?

4       A.    So in the first table, the "GenAI Wins

5  Case," that number is ██████████

6       Q.    Why is that number so far from the

7  ████████████  number that we discussed earlier?

8       A.    I was recollecting the base case rather

9  than the "GenAI Wins" case as part of my -- the

10  numbers that I shared with you.  If you look at

11  the base-case revenue numbers, that's

12  ████████████  in 2035.

13      Q.    At the time you gave your answer, did

14  you know that there was a "Wins" case that was

15  also projected?

16      A.    Yes.  I knew there were two scenarios

17  that were projected.

18      Q.    Okay.  Any reason why you didn't

19  mention the "Wins" case earlier?

20      A.    Normally when we -- when we load or

21  forecast for expenses in the context of budget,

22  we use, like, one case, which is a 50/50 case.

Page 343

1    That's typically our base case, so those are the

2    numbers that we typically share.  And when we

3    talk about things in terms of expenses.

4            But this is an optimistic case.  The

5    "GenAI Wins" case is not a 50/50 case.  It's an

6    optimistic case.  But other than that, there is

7    no specific reason that I did not mention.

8        Q.   The first paragraph here mentions that

9    this was discussed with Mark Zuckerberg -- or at

10   least the issues in this document were discussed

11   with Mark Zuckerberg on April 30 of this year;

12   is that right?

13       A.   Correct.

14       Q.   And what does it say had happened since

15   that meeting?

16       A.   It says that our base GenAI opportunity

17   has, in aggregate, increased by greater than ██

18   from ████████   of the "GenAI Wins" case to

19   ████████   currently.

20       Q.   And do you know if that increase in the

21   base scenario changed the metrics for the "Wins"

22   case scenario?

11/21/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.        Amrish Acharya, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 352

1   STATE OF CALIFORNIA          )

2   COUNTY OF LOS ANGELES        )  SS.

3

        I, AUDRA E. CRAMER, CSR No. 9901, in and for the

4   State of California, do hereby certify:

        That, prior to being examined, the witness named

5   in the foregoing deposition was by me duly sworn to

6   testify the truth, the whole truth and nothing but the

7   truth;

8       That said deposition was taken down by me in

9   shorthand at the time and place therein named, and

10  thereafter reduced to typewriting under my direction,

11  and the same is a true, correct and complete transcript

12  of said proceedings;

13      I further certify that I am not interested in the

14  event of the action.

15      Witness my hand this 21st day of November,

16  2024.

17

18

19

20          Certified Shorthand

21          Reporter for the

            State of California

22