# GHAJAR EXHIBIT 29

Case 3:23-cv-03417-VC   Document 490-28   Filed 03/24/25   Page 2 of 13

12/5/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
                              Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,        )
         Individual and        )
         Representative        )
         Plaintiffs,           )
                               )
 v.                            )   Case No.:
                               )   3:23-cv-03417-VC
META PLATFORMS, INC.,          )
         Defendant.            )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
Videotaped 30(b)(1) deposition of
NIKOLAY BASHLYKOV
Volume I

Thursday, December 5, 2024

London, England
United Kingdom

Reported stenographically by:
Leah M. Willersdorf,
RMR, CRR, FBIVR, ACR, QRR2*, CLR

_____
DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 490-28   Filed 03/24/25   Page 3 of 13

12/5/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
                       Highly Confidential - Attorneys' Eyes Only

Page 12

```
 1   working on, like, language modeling.
 2        Q.    Is that the GenAI group?
 3        A.    Correct.
 4        Q.    GenAI group within Meta?
 5        A.    Correct.
 6        Q.    So would it be fair to say that you are
 7   also employed by Meta?
 8        A.    That legal point, I -- yeah, I don't know.
 9        Q.    Okay.
10              MR. WEINSTEIN:  I think it's easier just
11   to refer to his employer as Meta rather than Facebook
12   UK, so...
13              MR. YOUNG:  Okay.
14              THE WITNESS:  Yeah.
15              MR. YOUNG:  Great.
16   BY MR. YOUNG:
17        Q.    And you testified that you are currently a
18   software engineer at Meta; is that correct?
19        A.    Correct.
20        Q.    Okay.  And how long have you been in that
21   role?
22        A.    Since August twenty twenty -- I just don't
```

Case 3:23-cv-03417-VC   Document 490-28   Filed 03/24/25   Page 4 of 13

12/5/2024                Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
                              Highly Confidential - Attorneys' Eyes Only

Page 31

1    correct?

2         A.   Yes.

3         Q.   Okay, thank you.

4              So, sir, just looking at this paragraph

5    here, it says you were a key contributor to LLaMA 2,

6    LLaMA 3 and LLaMA 3.1, right?

7         A.   Yes.

8         Q.   Okay.  So the LLaMA models, those are

9    large language models that have been developed and

10   distributed by Meta, correct?

11        A.   Correct.

12        Q.   Okay.  And the LLaMA 2 models -- the

13   LLaMA 2 series of models was released sometime in July

14   of 2023, correct?

15        A.   Yes.

16        Q.   Okay.  And the LLaMA 3 series of models

17   was released sometime in January of this year,

18   correct?

19        A.   I don't remember the exact month.

20        Q.   Okay.  But it was released sometime early

21   this year, correct?

22        A.   Correct.

Case 3:23-cv-03417-VC   Document 490-28   Filed 03/24/25   Page 5 of 13

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 45

1            As part of your responsibilities, this is
2    with respect to LLaMA 3, was it also part of your job
3    responsibilities to write scripts for LLaMA 3?
4         A.   What do you mean "scripts by LLaMA 3"?
5         Q.   As part of your responsibility for
6    LLaMA 3, did you write source code for LLaMA 3?
7         A.   For some parts, I did.
8         Q.   Okay.  Now, did you also write source code
9    or scripts that removed, for example, PII in datasets?
10        A.   I had scripts for cleaning, yes.
11        Q.   Okay.  And by PII, you understand I mean
12   to be personally identifying information, for example
13   email addresses or phone numbers?
14        A.   Some of this information.
15        Q.   Okay.  Now, you also wrote scripts to
16   detect for repetition, correct?
17        A.   In our understanding of "repetition," yes.
18        Q.   Okay, thank you.
19             Now, you also wrote scripts to detect
20   copyright -- and by "copyright," I mean what Meta
21   understood as copyright -- correct?
22             MR. WEINSTEIN:  Object to form.

Case 3:23-cv-03417-VC   Document 490-28   Filed 03/24/25   Page 6 of 13

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 46

1      THE WITNESS:  Could you repeat again
2   the question, please?
3   BY MR. YOUNG:
4      Q.  Yes.  Did you -- as part of your
5   responsibilities at LLaMA [sic], did you, sir, write
6   source code or scripts that you specifically called
7   copyright?
8      A.  The scripts were not called copyright.
9      Q.  Okay.  Were the scripts designed to detect
10  copyright material -- excuse me.
11      Were the scripts or source code that you
12  wrote designed to detect words that commonly would
13  indicate copyright and copyrighted material?
14      A.  The scripts, as far as I recollect,
15  identified "copyright" as a word and probably a few
16  other symbols.
17      Q.  Okay.  Like, for example, the C symbol
18  within the circle, was that one of the icons that you
19  identified?
20      A.  That could be, if I see the source code,
21  yes.
22      Q.  Okay.  And this script that we're talking

Case 3:23-cv-03417-VC   Document 490-28   Filed 03/24/25   Page 7 of 13

12/5/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
                         Highly Confidential - Attorneys' Eyes Only

Page 47

1  about, how it generally worked was that it would
2  search data for specific words and if it detected that
3  word, it would remove the line of the data that it
4  detected the word in, correct?
5        A.    It depends on the logic.  Either -- so the
6  logic is a bit more sophisticated than that.
7        Q.    Okay.  But forgiving my layperson's
8  understanding and description of the source code, what
9  I described is generally at a high level correct,
10 right?
11       A.    Yes.
12       Q.    Okay.  And if -- there were certain terms
13 that you would identify or that the script would
14 identify for flagging and removal, right?
15       A.    Sorry, could you repeat again?
16       Q.    Yes.  So there were certain terms that
17 the script would identify and remove the line if it
18 detected the word in it, right?
19       A.    Yes.
20       Q.    Okay.  And "copyright" being one of those
21 words, right?
22       A.    Yes.

Case 3:23-cv-03417-VC   Document 490-28   Filed 03/24/25   Page 8 of 13

12/5/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 48

1  Q. Okay. And certain symbols, for example,
2  as we discussed, right?
3  A. Yes.
4  Q. Okay. In other words, that may be
5  commonly found in the beginning or the end of certain
6  books, correct?
7        MR. WEINSTEIN: Object to form.
8        THE WITNESS: In the script, there was --
9  okay. Could you repeat the question?
10 BY MR. YOUNG:
11 Q. Yes, absolutely. Let me get a little more
12 specific.
13       So in the scripts that you wrote to detect
14 for words associated with copyright, or what Meta --
15 what you labeled as copyright, did it search a
16 particular portion in the front of the book and also
17 in the back of the book?
18 A. As far as I remember, there was some logic
19 of checking specifically in the beginning and in the
20 end of the book.
21 Q. Because in the beginning of the book is
22 typically where you see words like "ISBN" or "Table of

Case 3:23-cv-03417-VC   Document 490-28   Filed 03/24/25   Page 9 of 13

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 49

1   Contents" or "Acknowledgments," correct?
2         A.    Usually in the beginning and in the end of
3   the book there are certain headers which are
4   unrelevant for training.
5         Q.    And this information would be information
6   such as the copyright date, right?
7         A.    That's part of it, yes.
8         Q.    Okay.   Or perhaps the name of the author?
9         A.    No.   We didn't check for the name of the
10  author.
11        Q.    But you did check for the word "author,"
12  right?
13        A.    I do not remember, but if you have the
14  source code, you can check.
15        Q.    Okay.   And you also checked for the word
16  "content," right?
17        A.    Again, I can only speculate because
18  I don't remember the code that I wrote, like, almost
19  two years ago, but we could have looked into the Table
20  of Contents.
21        Q.    Okay, thank you.   Okay.
22              Now, sir, you under -- you understand,

Case 3:23-cv-03417-VC   Document 490-28   Filed 03/24/25   Page 10 of 13

12/5/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 156

1        A.   I think that is some general description.
2   It might not be 100 percent correct, so it's better to
3   refer to the script itself, if you...
4        Q.   Okay.  But this is just you reporting
5   generally, at a high level, what this script does?
6        A.   Yes.  Somewhat, yes.
7        Q.   Okay.  And then similarly, for PII data,
8   right, it says "Remove emails," right?
9        A.   Yes.
10       Q.   Okay.  So the PII script is just detecting
11  and removing email addresses from the data, correct?
12       A.   As far as I can read from here, and also
13  better to consult to the code base itself, it is only
14  this, yes.
15       Q.   Okay, great.  And then the next row talks
16  about copyright, right?
17       A.   Yes.
18       Q.   Okay.  Can you read for me that bullet
19  point, please.
20       A.   "Remove rows containing copyright in the
21  first and last 25% of the book."
22       Q.   Okay, great.  And then the next bullet

Case 3:23-cv-03417-VC   Document 490-28   Filed 03/24/25   Page 11 of 13

12/5/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 157

1  describes the words that you were actually searching
2  for -- that the script was actually searching for to
3  detect the rows to remove, correct?
4         A.   Yes.
5         Q.   Okay.  Can you read for me that bullet
6  point, please.
7         A.   "Rows containing any of these words," and
8  then in brackets 'ISBN,' 'Copyright,' symbol C, 'All
9  Rights Reserved,' 'DOI.'"
10        Q.   Okay.  Do you remember who picked these
11 words for the script?
12        A.   I think it was myself after manual
13 examination of the datasets.
14        Q.   Okay.  Did you choose these words in
15 consultation with anyone?
16        A.   No.
17        Q.   Okay.  Why did you pick these words to
18 detect and remove from the dataset?
19        A.   They commonly occurred in the books.
20 They do not, to my understanding, bring any value to
21 training and -- yeah.
22        Q.   Okay.  Why is it a problem if a word --

Case 3:23-cv-03417-VC   Document 490-28   Filed 03/24/25   Page 12 of 13

12/5/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 158

1  if these words commonly appear, and why did you feel
2  like they needed to be removed from the dataset?
3       A.   So commonly appear is not a problem.
4  A problem is that, like, it's, rather, the -- like,
5  when you do filter, you look for particular patterns
6  in the documents and you also try to -- because you
7  can't filter all the useless tokens for training from
8  all the documents, so you're usually focusing on some
9  patterns that are prevalent in many of the documents,
10 because with one script you can easily remove a lot of
11 those unused token -- like, not-used-for-training
12 tokens.
13           So that was the main kind of idea behind
14 looking into some of the most commonly words that
15 present in the documents.
16      Q.   Okay, thank you.
17           Now, did you apply this copyright script
18 to any other dataset?
19      A.   I did not.
20      Q.   Okay.  Do you know if others applied this
21 copyright script to other datasets?
22      A.   I do not know of such cases.

Case 3:23-cv-03417-VC   Document 490-28   Filed 03/24/25   Page 13 of 13

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 244

1        CERTIFICATE OF COURT REPORTER
2        I, LEAH M. WILLERSDORF, Registered Merit
3    Reporter, Certified Realtime Reporter, Fellow of the
4    British Institute of Verbatim Reporters, Qualified
5    Realtime Reporter Level 2, and Certified LiveNote
6    Reporter, do hereby certify that:
7        NIKOLAY BASHLYKOV appeared before me on
8    Thursday, December 05, 2024, was sworn by me and was
9    thereupon examined by counsel; that the testimony of
10   said witness was taken by me stenographically; that
11   the foregoing is a true and accurate record to the
12   best of my knowledge, skill and ability; that I am
13   neither a relative nor employee of any party to the
14   action in which this testimony was taken; that I am
15   neither relative nor employee of any attorney or
16   counsel employed by any party thereto; and, further,
17   I am not financially or otherwise interested in the
18   outcome of the action.
19
20
21            LEAH M. WILLERSDORF
             RMR, CRR, FBIVR, ACR, QRR2, CLR
22            (December 08, 2024)