GHAJAR
EXHIBIT 31

Case 3:23-cv-03417-VC    Document 490-30    Filed 03/24/25    Page 2 of 19

11/18/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.      Alexander Boesenberg
                          Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, ET AL.,                    )

     INDIVIDUAL AND REPRESENTATIVE  )

                 PLAINTIFFS, ) LEAD CASE NO.

          v.                      ) 3:23-cv-03417-VC

META PLATFORMS, INC.,                      )

              DEFENDANT. )

_____)


* * *  H I G H L Y   C O N F I D E N T I A L   * * *

* * *  A T T O R N E Y S '   E Y E S   O N L Y   * * *


VIDEO-RECORDED DEPOSITION OF

ALEXANDER BOESENBERG

MONDAY, NOVEMBER 18, 2024

SAN FRANCISCO, CALIFORNIA

9:04 A.M. PST

REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 10

1    is Christopher Young, and I represent the

2    Plaintiffs in this matter.  With me is Holden

3    Benon, who also represents Plaintiffs.

4           Can you please state your full name for

5    the record.

6       A.   Alexander Charles Boesenberg.

7       Q.   Thank you.

8           And what is your current home address?

███    ███    ████████████████████████████████

███  ████████████████████████████████

11      Q.   Thank you.

12          And are you presently employed?

13      A.   Yes.

14      Q.   Okay.  By whom?

15      A.   Meta Platforms, Inc.

16      Q.   And what is your current title at Meta

17   Platforms?

18      A.   AI partnerships manager.

19      Q.   And how long have you been in that role

20   at Meta Platforms?

21      A.   I started in January of 2020.

22      Q.   And have you ever had your deposition

Page 36

1            THE WITNESS:  What kind of aggregators?

2    BY MR. YOUNG:

3        Q.    So content aggregators?

4            MR. WEINSTEIN:  Same objection.

5            THE WITNESS:  I'm sorry.  I need more

6    of a better example.

7    BY MR. YOUNG:

8        Q.    It was a bit of a -- you know what?

9    Let me try something else.  I apologize.  That

10   was a bit of an inelegant series of questions.

11           So I want to turn to your time at Meta

12   right now.

13           So you are currently in business

14   development AI partnerships; would that be fair

15   to say?

16       A.    Yes.

17       Q.    And can you broadly describe for me

18   what your responsibilities are as the business

19   development AI partnerships.

20       A.    Currently?

21       Q.    Yes.

22       A.    Currently I am doing two projects.  One

Page 37

1    is I'm supporting our Meta AI groundings deals

2    with Google and Microsoft, and second is I'm

3    working on the distribution and adoption of

4    LLaMA into public sector government -- kind of

5    governments on a worldwide basis.

6        Q.    Okay.  So "Meta AI," that's meta.ai?

7        A.    Meta AI being the service that we kind

8    of include within some of our family of apps,

9    such as WhatsApp, Facebook, Instagram,

10   et cetera.

11       Q.    Okay.  And your -- so -- hold on,

12   please.

13            So you mentioned groundings deals.

14            What are those?

15       A.    So within Meta AI it uses a model -- an

16   AI model to take the user prompts and -- so we

17   get a user prompt, and then there's a -- there's

18   what we call an orchestrator that makes an

19   estimation on whether or not the model that we

20   have can answer that prompt directly or if it

21   needs additional information.

22            And so additional information could be

Page 42

1    of large language models developed and published

2    by Meta?

3         A.   Yes.

4         Q.   Okay.  And you understand today I might

5    be using the initials "LLM" for large language

6    models?

7         A.   Yes.

8         Q.   Okay.  Thank you.

9              Now, in the past did you ever, as part

10   of your responsibilities, have to license or

11   were tasked with licensing data for the

12   development of AI projects or AI models?

13        A.   Yes.

14             MR. WEINSTEIN:  Object to form.

15             MR. YOUNG:  I just wanted to make sure

16   the reporter picked up the objection.

17             THE REPORTER:  I got it.

18             MR. YOUNG:  Thank you.

19        Q.   And that included for LLaMA?

20        A.   I don't know if at the time it was

21   directly for LLaMA or not.

22        Q.   It was for large language model

Page 43

1    development?

2         A.    Yes.

3         Q.    And you also licensed data for other

4    types of AI models; correct?

5         A.    Yes.

6         Q.    For example, language translation

7    models?

8         A.    I think we worked on some projects for

9    the No Language Left Behind model.

10        Q.    Have you ever successfully negotiated a

11   licensing deal for the acquisition of data for

12   training an AI model?

13            MR. WEINSTEIN:  Object to form.

14            THE WITNESS:  Well, we have worked on

15   data training -- licensing of data for training

16   models.

17   BY MR. YOUNG:

18        Q.    Have you ever executed an agreement for

19   monetary consideration the licensing of data for

20   use as training material for an AI model?

21        A.    Yes.

22        Q.    Have you ever -- have any of those

Page 50

1    publishers with the intent of negotiating

2    licenses for the use of books as training

3    materials for large language models?

4              THE WITNESS:  Yes.

5              MR. WEINSTEIN:  Same objection.

6    BY MR. YOUNG:

7       Q.   And did that include textbook

8    publishers?

9       A.   Yes.

10      Q.   What about fiction publishers?

11      A.   Yeah.  But we had very high-level,

12   preliminary discussions.

13      Q.   Okay.  And did anyone explain to you

14   why textbooks were important for the development

15   of large language models?

16      A.   So I don't think we at the time, nor

17   now, have a very good understanding of what is

18   more important than others.  It sounds -- it's

19   just -- like, it's very hard to know, like, the

20   value of tokens and what tokens are more

21   important than others.

22              So we had some thoughts at the time --

Page 51

1        Q.    Okay.

2        A.    -- but I don't think either then or now

3    we have a really strong view on which is more

4    important than others.

5        Q.    Okay.  So would it be fair to say, even

6    though there may not be a view about which is

7    more important than the other, that they serve

8    different purposes, textbooks and fiction?

9            MR. WEINSTEIN:  Object to form.

10            THE WITNESS:  I don't -- I mean, I

11    think as a business development professional, I

12    felt like textbooks were potentially an easier

13    deal to do.

14    BY MR. YOUNG:

15        Q.    Why was that?

16        A.    There's a little bit of a finite nature

17    to it in the sense that -- in the sense that --

18    let's say, like, we wanted to understand

19    knowledge -- like, high school-level knowledge.

20    And so if you're, you know, looking for a

21    Chemistry 1 book -- and, again, this is -- I'm

22    a -- more of a technology person, not a content

Page 55

1      Q.    Thanks for your patience while we got

2    that snafu fixed, Mr. Boesenberg.

3            So would it be fair to say that when

4    you were seeking to license data for the use

5    of -- let me start that over.

6            So was one of the things Meta was

7    trying to do was to establish a benchmark price

8    for certain materials?

9            MR. WEINSTEIN:  Object to form.

10            THE WITNESS:  I don't think -- I don't

11    know what would you mean by "a benchmark price."

12    BY MR. YOUNG:

13      Q.    So, for example, was one of the

14    exercises that you would undergo was to figure

15    out what a fair deal would be for a certain

16    book?

17            MR. WEINSTEIN:  Same objection.

18            THE WITNESS:  I just don't even think

19    we got nearly that far.  We -- I mean, I think

20    one of the things that licensing is interesting

21    for us is that, you know, hopefully we can find

22    partners that, you know, can give us a feed of

Page 56

1    ongoing data.

2           But it's not just one and done.  It's

3    not just a set of content that then we use.

4    We'd like to find ways to work with people to

5    find an ongoing partnership.  So, you know,

6    again, like, not only did we not know how we

7    valued content there or they valued content.  We

8    also didn't know, you know, how we would get

9    delivery.  We also didn't know if they had the

10   appropriate license rights to even provide it

11   us.

12          So, you know, I think there was -- I

13   mean, it was so early, like, we didn't get very

14   far.

15   BY MR. YOUNG:

16      Q.   So when you mean "license rights," does

17   that include intellectual property rights?

18      A.   I just mean the right for someone to

19   provide it to us; right?  Like, I don't want to

20   speak to IP rights.  That's a legal term.

21      Q.   Okay.  But there could be a variety of

22   reasons why a publisher might not have the

Case 3:23-cv-03417-VC    Document 490-30    Filed 03/24/25    Page 12 of 19

11/18/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.    Alexander Boesenberg
                  Highly Confidential - Attorneys' Eyes Only

Page 57

1   actual ability to license materials to you;

2   right?

3              MR. WEINSTEIN:  Object to form.

4              THE WITNESS:  Again, I'm not a -- I was

5   not an expert on content licensing.  I think

6   that one of our takeaways after the project was

7   that a lot of these people that we were talking

8   to did not have the rights to license the data

9   to us, which obviously is problematic for my

10  ability to consummate a deal.

11  BY MR. YOUNG:

12      Q.   And would this be -- in your triangle

13  that you were also trying to [inaudible] --

14      A.   Uh-huh.

15      Q.   -- when you were consummating a deal,

16  this would be falling into the legal corner?

17      A.   Well, yeah, I mean -- but, like, it's,

18  you know, part of the strategic, you know, value

19  of the deal; right?

20              If they don't have the rights to

21  provide it to us -- right? -- then it's kind of

22  like it becomes a little bit of an academic

Page 58

1    discussion, academic exercise.

2        Q.    Thank you.

3        A.    And that was honestly, like, a finding

4    that I didn't know going in and became clear

5    afterwards.

6        Q.    Now -- and I'm not just talking about

7    LLMs here.

8             Have you ever negotiated a deal with

9    individual authors for the use of their data as

10   training material for an AI model?

11            MR. WEINSTEIN:  Object to form.

12            THE WITNESS:  I can't recall.

13   BY MR. YOUNG:

14       Q.    Do you recall a gentleman named

15   Mohammed Umar?

16       A.    No.

17       Q.    So when you were -- when you are

18   starting to attempt to license data for the use

19   of -- let me start that over.

20            When you were beginning to seek out

21   licensing deals for the use of -- for data as --

22   let me try that over again.  I apologize.

Page 152

1    conversations, but one was -- we had progressed

2    further than the other.

3        Q.   Okay.  Do you know if HarperCollins

4    publishes any books that any of the Plaintiffs

5    in this case have written?

6            MR. WEINSTEIN:  Object to form.  Calls

7    for speculation.

8            THE WITNESS:  I do not.

9    BY MR. YOUNG:

10       Q.   Okay.  What about Hachette?  Do you

11   know if Hachette Books had a -- publishes any

12   books that any of the Plaintiffs in this case

13   have published?

14           MR. WEINSTEIN:  Same objection.

15           THE WITNESS:  I do not.

16   BY MR. YOUNG:

17       Q.   Okay.  Now, if you go on -- right? --

18   do you see the first sub-bullet, the white one,

19   or the hollow one?

20       A.   Yes.

21       Q.   Okay.  Now, it relays concerns about --

22   certain concerns that ██████████ has about

Page 153

1    licensing its books to Meta; right?

2        A.    Yes.

3        Q.    Okay.  Can you explain to me what those

4    concerns were?

5        A.    I mean, I think that AI at the time was

6    kind of a new area that people were trying to

7    figure out, you know, if it was -- it was good

8    or bad for the publishers, and so that was the

9    press cycles.

10            Author relationship concerns, whether

11    they could license the data to Meta for

12    training, or would that risk their relationships

13    with the authors.

14            And then, you know, copyright risk for

15    the model outputs, which is, like, can the

16    model -- would the model regurgitate the actual

17    content it was trained on, or would it create a

18    new implementation.

19            So these were just some things that the

20    partner had concerns about.

21        Q.    Okay.  And these were concerns that --

22    just to confirm, these were concerns that

Page 186

1        Q.    So do you recall what this email thread

2    was generally about?

3        A.    So vaguely.  I think that the best

4    thing would be to -- so if you look at 2058, the

5    middle of that page.  So I believe this was a

6    data license for ███████████ data in unique

7    languages that we were using for No Language

8    Left Behind, which is the translation model

9    that's referred to -- well, I believe it's the

10   translation that's referred in the February 17,

11   2022, email from Semarley.

12       Q.    Okay.  Now let's -- who is Semarley

13   Jarrett?

14       A.    She's a program manager.

15       Q.    And you were referring to her

16   February 17, 2022, email; right?  This thread?

17       A.    The quote, "Additionally, we were

18   hoping to put together an external demo or

19   translation model in the near future and hoping

20   to use a copy and images from a children's

21   book."

22       Q.    Okay.  Now, can you go to the

Page 188

 1      Q.   Okay.  And they publish books in

 2   various African languages; is that correct?

 3      A.   I believe so.

 4      Q.   Okay.  Do they publish fiction?

 5      A.   I think so.  I don't completely recall.

 6           But, like, the purpose was to -- for

 7   translation services.  That's a reason:  for the

 8   translation model.

 9      Q.   As training data for the translation

10   model; correct?

11      A.   Yeah.

12      Q.   Do you recall whether or not Meta

13   actually executed a data license with the

14   ███████████████████  [sic] for this project?

15      A.   Yeah, I believe so.

16      Q.   Do you know if it was for monetary

17   consideration?

18      A.   I believe so.

19      Q.   Okay.  Do you remember how much?

20      A.   Yeah.  But -- I think it was ██████

21           But this was for noncommercial use.

22      Q.   So I want to return to Semarley's

Page 189

1    February 17, 2022, email.  Let me know when

2    you're there.

3        A.    Okay.

4        Q.    Okay.  So Semarley is talking about a

5    translation model.

6             And you said that that was for

7    something called No Language Left Behind?

8        A.    I believe so, yes.

9        Q.    Okay.  Now, what is that -- what is No

10   Language Left Behind?

11       A.    It's a model so that you can translate,

12   you know, hundreds and hopefully, over time,

13   thousands of different languages.

14       Q.    Was that -- is it an AI model?

15       A.    Yes.

16       Q.    Okay.  Is it a language model?

17       A.    I don't know.

18       Q.    But it was part of your

19   responsibilities in 2022 to negotiate licenses

20   to acquire data to train the No Language Left

21   Behind model?

22       A.    So I was working on the FAIR project

11/18/2024       Richard Kadrey, et al. v. Meta Platforms, Inc.    Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 386

1    STATE OF CALIFORNIA          )

2    COUNTY OF LOS ANGELES        )   SS.

3          I, AUDRA E. CRAMER, CSR No. 9901, in and for the

4    State of California, do hereby certify:

5          That, prior to being examined, the witness named

6    in the foregoing deposition was by me duly sworn to

7    testify the truth, the whole truth and nothing but the

8    truth;

9          That said deposition was taken down by me in

10   shorthand at the time and place therein named, and

11   thereafter reduced to typewriting under my direction,

12   and the same is a true, correct and complete transcript

13   of said proceedings;

14         I further certify that I am not interested in the

15   event of the action.

16         Witness my hand this 21 day of November,

17   2024.

18

19

20                         Certified Shorthand

21                         Reporter for the

22                         State of California