# GHAJAR EXHIBIT 32

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,        )
                               )
        Individual and         )
        Representative         )
        Plaintiffs,            )
                               )
v.                             )   Case No. 3:23-cv-03417-VC
                               )
META PLATFORMS, INC.,          )
                               )
        Defendant.             )
_____)


** HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER **

Videotaped Deposition of SY CHOUDHURY

San Francisco, California

Thursday, December 5, 2024


Reported Stenographically by
Michael P. Hensley, RDR, CSR No. 14114

_____

DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 13

```
 1    BY ATTORNEY PRITT:
 2         Q.    Thank you.
 3               Good morning.
 4         A.    Good morning.
 5         Q.    Can you please state and spell your full
 6    name.
 7         A.    Sure.  My formal name is Sayeed Choudhury,
 8    I go by Sy.  Sayeed Zaman Choudhury.  S-a-y-e-e-d
 9    Z-a-m-a-n C-h-o-u-d-h-u-r-y.
10         Q.    Thank you.  Can you please state your home
11    address.
14         Q.    Okay.  And are you presently employed?
15         A.    Yes.
16         Q.    By whom?
17         A.    Meta Platforms, Inc.
18         Q.    And what is your current title?
19         A.    My current title is director of business
20    development, AI platform -- AI partnerships.
21         Q.    And just to be clear -- so it's director
22    of business development for AI partnerships; is that
```

Page 14

1   right?
2       A.   Correct.  That's right.
3       Q.   Okay.  Have you ever testified before?
4       A.   No.
5       Q.   Have you ever been deposed before?
6       A.   No.
7       Q.   Oh.
8            Well, I'm -- I know Kathleen has talked to
9   you about what the deposition is like, and so I'm
10  sure a lot this will, you know, go over the same
11  subjects she has in terms of, you know, guidelines
12  that we try to follow during depositions just to
13  make it easier for both of us, Kathleen, and the
14  Court Reporters.
15           So the first thing I would ask is:  If you
16  find a question that I ask confusing, or you just
17  want me to restate it for any reason just please
18  ask.  I'm happy to do that.  I'll either read it
19  back, or if there was something confusing about my
20  question and you didn't understand, I can try and
21  restate the question.
22      A.   Okay.

Page 57

1      Q.   But you took the position before October
2   of last year; right?
3      A.   No.  So I was a -- he was also a director.
4   He was a senior director.
5      Q.   Oh.  So there were two directors and now
6   there's one?
7      A.   That's right.
8      Q.   Okay.
9           Can you describe your primary
10  responsibilities in your current role.
11     A.   So, I lead up -- I lead up -- I -- I
12  manage and support a set of business development
13  managers.  Our role, whether we're doing something
14  as individual contributor or as the team, is to
15  enable and -- enable all of our third-party
16  partnerships that are topically around AI, and
17  specifically the -- the product teams that focus on
18  AI, the product end technology teams that work on
19  AI.
20     Q.   So your responsibility is to enable Meta's
21  third-party partnerships around AI?
22     A.   Correct and --

Page 58

1    Q.    And what does that mean?
2    A.    It -- it -- it -- it can span anything.
3    And why I say that is because we are the business
4    and -- the business service organization, if you
5    might call it that, to help the product and
6    engineering -- product managers and the engineers to
7    do anything that has to do with outside parties.
8          Some of that is to look for new
9    information.  Some of that is to help finalize an
10   agreement.  Some of that is just to manage a
11   third-party partner.  So there's a -- there's a wide
12   variety of activities that we do, and it's really on
13   a case-by-case basis based on what that specific
14   subteam within the AI organization requires at that
15   time.
16   Q.    Hmm.
17         And do those responsibilities include
18   commercializing AI at Meta?
19   A.    We are not the product and engineering
20   team; so we don't do the product development to
21   commercialize, but if there's anything that's
22   required from a third-party, either for research --

Page 59

1  pure research or for -- for commercial use, then,
2  yes, then we're part of the cross-functional team.
3       Q.    And that would include commercialization
4  for large language models; is that right?
5       A.    That's correct.
6       Q.    And do the responsibilities include
7  monetizing AI at Meta?
8       A.    No.
9       Q.    Do the responsibilities include monetizing
10 large language models?
11      A.    No.
12      Q.    Then who does that?
13            ATTORNEY HARTNETT:  Object to the form.
14            THE WITNESS:  We -- we -- we use large
15 language models to enable a -- a variety of goods
16 and services that are further downstream, and so I'm
17 not involved in -- in that.  I'm involved in
18 supporting the product and engineering teams much
19 more upstream of whatever uses we have, whether it
20 is internal, external, monetized or not monetized.
21 BY ATTORNEY PRITT:
22      Q.    But so do you know who at Meta works on

Page 396

CERTIFICATE OF SHORTHAND REPORTER

I, Michael P. Hensley, Registered Diplomate Reporter for the State of California, CSR No. 14114, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was not requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Michael P. Hensley, CSR, RDR