# GHAJAR EXHIBIT 33

Case 3:23-cv-03417-VC   Document 490-32   Filed 03/24/25   Page 2 of 4

12/5/2024           Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
                        Highly Confidential - Subject to Protective Order

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,       )
                              )
        Individual and        )
        Representative        )
        Plaintiffs,           )
                              )
v.                            )  Case No. 3:23-cv-03417-VC
                              )
META PLATFORMS, INC.,         )
                              )
        Defendant.            )
_____)


** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

Videotaped Deposition of meta Platforms, Inc.

by and through its corporate designee

SY CHOUDHURY

San Francisco, California

Thursday, December 5, 2024


Reported Stenographically by

Michael P. Hensley, RDR, CSR No. 14114

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 490-32   Filed 03/24/25   Page 3 of 4

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
Highly Confidential - Subject to Protective Order

Page 65

1   point didn't -- they weren't that interested.  They
2   didn't follow up.
3         Q.   And were some of the partners that Meta
4   was engaging with at the time in terms of
5   negotiating licenses for acquiring text data for
6   LLM -- for its LLM still in the works at the time
7   that Meta decided to pause pursuing those licenses
8   on April 7th, 2024?
9         A.   Yes.
10        Q.   So it's fair to say at this time that
11  there was a market for licensing literary works;
12  correct?
13             ATTORNEY HARTNETT:   Object to the form.
14             THE WITNESS:   I -- I can't -- I actually
15  don't think that's the case.  There was one or two
16  publishers that had a price and they were so wildly
17  off that I would not agree -- or I -- in my view,
18  that's not at market.  But I'm not an economist; so,
19  you know, I just do deals for the company, and two
20  data points is not a market, especially when they're
21  wildly off.
22  BY ATTORNEY PRITT:

Case 3:23-cv-03417-VC   Document 490-32   Filed 03/24/25   Page 4 of 4

12/5/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
Highly Confidential - Subject to Protective Order

Page 82

1           CERTIFICATE OF SHORTHAND REPORTER

2

3        I, Michael P. Hensley, Registered Diplomate

4     Reporter for the State of California, CSR No. 14114,

5     the officer before whom the foregoing deposition was

6     taken, do hereby certify that the foregoing

7     transcript is a true and correct record of the

8     testimony given; that said testimony was taken by me

9     stenographically and thereafter reduced to

10    typewriting under my direction; that reading and

11    signing was not requested; and that I am neither

12    counsel for, related to, nor employed by any of the

13    parties to this case and have no interest, financial

14    or otherwise, in its outcome.

15

16

17

18

19                    Michael P. Hensley, CSR, RDR

20

21

22