# GHAJAR EXHIBIT 37

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 2 of 18

12/19/2024     Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____

RICHARD KADRY, et al,           )     CASE NO.
                                )     3:23-cv-03417-VC
               Plaintiff,       )
      -against-                 )
META PLATFORMS, INC.            )
               Defendant.       )
_____)

***HIGHLY CONFIDENTIAL***

***UNDER THE PROTECTIVE ORDER***

VIDEO-RECORDED DEPOSITION OF

MICHAEL CLARK 30(B)(6)

Zoom Video Conferencing

12/19/2024

3:06 p.m. (MST)

REPORTED BY:  MONIQUE CABRERA
_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 3 of 18

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 25

1   way more effective to put other mitigations in
2   place earlier in the process from a pretraining
3   perspective in how the model was trained and then
4   also to measure from an ongoing perspective
5   memorization and the likelihood that content
6   could be repeated from training data versus
7   trying to build an exact match filter list like
8   this.
9           Q.   Thank you, Mr. Clark.
10               I see a list of eight rows of eight
11  types of mitigations on this document.  You have
12  called this document on several occasions an
13  exploratory document.  So I would like to have
14  Meta tell me, which of these eight mitigations
15  were not implemented?
16          A.   Okay.  Let me read through them
17  again real quick for that.  We can go through
18  them one by one.
19               Number one, deduplication of
20  datasets was adopted as a mitigation.  And
21  there's a mitigation as a requirement from the
22  dataset review set process and before data could

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 4 of 18

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 26

1  be used for training.
2              The statement "Single pass:  We
3  train with one epoch over IP rich data" -- and
4  then in parentheses (common crawl) which has
5  shown in academic literature to reduce
6  memorization," that was adopted as a mitigation.
7              For clarity, because we were also
8  measuring the likelihood of memorization doing
9  just a single pass or single epoch either,
10 that -- that expanded over time because we were
11 able to demonstrate that it was lower numbers of
12 epochs, not just a single pass.  So it's slightly
13 modified from how this is written.
14             The basic decoding methods where "We
15 applied decoding methods (sampling, temperature)
16 which statistically reduce likelihood of
17 memorization," those are applied naturally in
18 the -- or in the response side of the model.
19 They are not identified as specific mitigations.
20             And why you would set the decoding
21 methods had more to do with prompt quality
22 response or -- or response quality as opposed to

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 5 of 18

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 27

1  IP mitigations so it's not specifically
2  identified as an IP mitigation, but we do have --
3  we do have optimized decoding methods that are
4  not at zero.
5           Sampling and temperature have to do
6  with the randomization of responses, and so we --
7  we don't want them fully random, but we don't
8  want -- we don't want them under-randomized.
9           Number 4 is purchased data.  We have
10 added our own purchased data, human annotations,
11 license data into the training mix.  This -- from
12 a IP mitigation perspective, this was not adopted
13 as an IP mitigation.
14          We do have our own annotation data
15 that we have added to models and depend on that
16 for a variety of portions of the training data.
17          License data, we don't have any
18 textual licensed data or purchased licensed data.
19          Targeted URL removal where it says
20 "We can delete business risk data sources by URL
21 from our pretraining date (i.e., ticketmaster,
22 orbitz or booking.com), this one, the way it's

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 6 of 18

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 28

1   written is fairly poorly written.

2               What this is talking about is from

3   datasets that are based on URLs, which a good

4   example would be Common Crawl where Common Crawl

5   stores the data by URL, what data came from

6   Ticketmaster or what data came from Orbitz or

7   booking.com.

8               And so in the processing of that

9   training data, it's possible to say there are

10  certain domains which we would not want to

11  process.  And so by targeted URL removal or the

12  block list that is referred to the risks and

13  blockers -- we had talked about the block list, I

14  believe prior in my testimony.  What this blocked

15  list referred to were like Ticketmaster, Orbitz

16  and booking.com specifically are all sites who --

17  who had strong enforcement around scraping of

18  their sites.

19              And this is, once again being in

20  March of '23, prior to Common Crawl being very

21  transparent about what they crawled and didn't

22  and how people could block Common Crawl from

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 7 of 18

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 29

1     crawling their data.
2              And so we filtered out sites that
3     had -- when we processed the Common Crawl data,
4     we filtered out the data from sites whose URLs
5     matched against that block list because of how
6     the data was scraped.
7              Number 6 is the hotfixed IP filter
8     list.
9              So just to clarify on 5, but 5 was
10    adopted but not in the form in which is it's
11    currently written or labeled or titled.
12             6, the hotfixed IP filter list was
13    not adopted as a mitigation.
14             7, "Generation time duplicate
15    detection:  build an n-gram index of the training
16    set to search for n-gram overlap at generation
17    time."  And "generations over a particular
18    threshold could be rejected."
19             This was not adopted as a
20    mitigation, both from a technical feasibility
21    perspective but also because we put investments
22    into sampling of the data instead and measuring

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 8 of 18

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 30

1   memorization potential of the model end to end.
2              And then finally, "Dynamic sampling:
3   based on model likelihood, reject select
4   generations with the hope that" those "are more
5   likely to match training corpus."
6              Once again, rejected because it's --
7   it's not clear that it would have made any
8   difference, and we focused on the mitigations
9   both from a pretraining perspective in addition
10  to measuring the likelihood of -- of memorization
11  from an output or from a reidentified --
12  reidentified ability perspective.
13        Q.   Thank you, Mr. Clark.
14             What copyright/IP mitigations were
15  adopted that are not on this list?
16        A.   We had deduplication.  Sorry.  I
17  have got to walk through them just to remember
18  them all.
19             Single pass, we had measurement of
20  memorization.  We had content from the block
21  list, being URLs that matched the block list for
22  datasets who are based around specific URLs.

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 9 of 18

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 31

1              And I just need a moment to
2     recollect.
3              Oh, and data that self-identified as
4     pirated or stolen was to be removed or excluded
5     from training.  A lot of these -- actually all of
6     these mitigations, except for the last one,
7     originated from doing this for privacy and
8     preventing the model from regurgitating or
9     reidentifying information about private
10    individuals.
11             And so these overlapped with that,
12    and then the measurement and memorization being
13    the final one.
14        Q.   And in terms of the memorization
15    issue, you mentioned that, you know, it's an
16    exploratory document.  And Kathleen can correct
17    me if I am mischaracterizing your testimony, but
18    I think your testimony was that Meta's current
19    position is that -- is not that you can consider
20    any memorization to be a copyright risk.
21             Is there an amount of memorization
22    that Meta does consider to be a copyright risk?

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 10 of 18

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 32

1           MS. HARNETT:  Object to form.
2           A.    Once again, "memorization" is a very
3     generic term.  Some memorization is intentional,
4     and so some data is trained to have a higher
5     likelihood of replying the information.  Is
6     Abraham Lincoln a president?  Do you expect the
7     model to be able to know that?
8                 The threshold that was put in place
9     is that Llama 2 with low levels of memorization,
10    that for future models or future training,
11    that -- that future models could not have a
12    higher level of memorization than what Llama 2
13    was.  And so Llama 2 became the -- the lowest
14    threshold for potential memorization.
15          Q.    And here in this document, there is
16    actually a definition of memorization.  Could you
17    look to that with the three bullets on the first
18    page ending in 459?
19          A.    Yes.  And so this is under the
20    definition heading that states, "On that note, we
21    define memorization as" -- and then a first
22    bullet -- "An uncommon phrase (as determined by

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 11 of 18

12/19/2024     Richard Kadrey, et al. v. Meta Platforms, Inc.     Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 33

1    perplexity)."
2              Second bullet, "At least 50 words in
3    length."  And the third bullet being "With a 90%"
4    match to the training data.
5         Q.    Does Meta agree that that's the
6    working definition of memorization?
7         A.    No.  Once again, the purpose of this
8    document was a theoretical exploration of
9    potential mitigations and potential definitions
10   by a product manager and engineers that then fed
11   into what -- what memorization could be.
12              This, once again, is kind of, like,
13   I'm defining any memorization to be a copyright
14   risk and memorization is a very generic term.
15   And so this -- this does not what was -- this is
16   not what was Meta's position, as far as
17   memorization.
18        Q.    So what is Meta's definition of
19   memorization if it's not this?
20              MS. HARNETT:   I object to the --
21        object to the form and the scope and also,
22        foundation.

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 12 of 18

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 34

1        A.    Memorization is -- memorization, as
2   defined, is not these three items where it's an
3   uncommon phrase or at least 50 words in length or
4   with a 90 percent match to training data.
5              As it was defined, memorization is,
6   once again, a broad technological concept.  And
7   so memorization is defined as the model's ability
8   to repeat what is in training data as an exact
9   match and is measured across various lengths --
10  not 50 words in length, but it's measured across
11  a variety of the different lengths of phrases and
12  random sets in order to do that testing.
13             And memorization -- memorization is
14  generically defined as that ability and then --
15  yeah, that's -- there isn't a more specific
16  definition.
17  BY MR. STEIN:
18       Q.    I just don't understand the problem
19  with this definition that's in this document.
20             What is Meta saying is incorrect
21  about this definition?
22             MS. HARNETT:   Objection to the form.

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 13 of 18

12/19/2024      Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 35

1        A.     Sure.   An uncommon phrase isn't
2    measurable.   It's not determined -- it has
3    nothing to do with -- there are many uncommon
4    phrases in training data.   And the model in
5    generating out -- outputs, both for how it's
6    instructed to do so from a certain amount of
7    randomness, but also how it is trained to do so
8    can generate an uncommon phrase.
9              And so just the way this is worded
10   is -- doesn't have anything to do with the
11   likelihood of memorization or being memorization.
12             At least 50 words in length, as I
13   stated, when we look for -- we have defined
14   memorization to be the likelihood of the model
15   outputting content that matches what is in
16   training data.  We don't just look at a specific
17   length of data.  We measure memorization across
18   shorter and longer sets of phrases, numbers of
19   words.
20             And then with the 90 percent match
21   to the training data, once again, because the
22   other two bullets here are either inaccurate or

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 14 of 18

12/19/2024            Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
                      Highly Confidential - Under the Protective Order

Page 36

1    ineffective or only, like, points in time in

2    estimation for this explorative study, the -- the

3    90 percent match to training data doesn't match

4    the model's ability to output training data

5    exactly.

6                So these -- these three criteria are

7    not part of what the application is in Meta's

8    position, which is why I state, like,

9    memorization, as defined, is the model's ability

10   to output data exactly as it was in a model.

11   BY MR. STEIN:

12        Q.    So I -- if I ask Llama to tell me

13   the first paragraph of Stephen King's book The

14   Stand, it will tell me what that first paragraph

15   is.  Is that memorization?

16              MS. HARNETT:  Objection to the form

17        and the scope.  And this is not about the

18        document.

19              MR. STEIN:  Well, we're trying to

20        understand the definition of memorization,

21        which is the document.  And he's telling me

22        that this definition isn't -- isn't Meta's

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 15 of 18

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 43

1   around broad, publicly availability data, we --
2   you know, it's -- nothing is 100 percent, but we
3   put the -- in place the mitigations to prevent as
4   much memorization as possible.
5   BY MR. STEIN:
6       Q.   Does Meta consider a removal of
7   copyright information to a part of copyright IP
8   mitigations?
9            MS. HARNETT:  Object to the form.
10     Vague and not related to the document.
11           MR. STEIN:  Is there -- just --
12           MS. HARNETT:  Can you tie that to
13     the document?
14  BY MR. STEIN:
15      Q.   The document is about copyright IP
16  mitigations.  So I'm wondering if Meta would
17  consider the removal of copyright information
18  or -- or copyright management information to be a
19  copyright IP mitigation.
20           MS. HARNETT:  Object to the form.
21     Vague and not related to the document.
22           He is not here to testify about

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 16 of 18

12/19/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 44

1      mitigations generally.  He is here to testify
2      about this document.
3              MR. STEIN:  Are you instructing him
4      to not answer this particular question?
5              MS. HARNETT:  He can answer the
6      question because we want to get the
7      deposition over, but I am just -- I am making
8      my objection for the record that you are not
9      asking questions about the document or
10     directly related to the document.
11         A.   We had discussed this prior in a
12   prior deposition, and I did not prepare or have
13   that document as a reference for all of the types
14   of information.  Copyright is as a phrase or the
15   copyright symbol or the back/N or the similar
16   things are repeatable sets of ASCII characters
17   that were not removed because they were copyright
18   material.  They were removed because of the
19   amount of times that that and other kinds of
20   things were removed from the content because of
21   how repeatable they were, how they existed in
22   spots that would interrupt tokens and break

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 17 of 18

12/19/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 45

1   tokens.

2          And without doing that cleanup from

3   a data parsing perspective, that would equal poor

4   performance in the model and not allow the model

5   to hit the industry benchmark.  So extra line

6   spaces, for instance, where somebody hits return

7   five times, those five were removed so the

8   paragraph ending is still there, but the extra

9   things are not.

10          So it removes noise and it removes

11   repeatability and it removes other things.

12   Otherwise, the model would just regurgitate the

13   things that were repeated the most.

14       Q.   And in terms of copyright/IP

15   mitigations, when Meta measures memorization,

16   does it have to call back on the training

17   datasets themselves?

18        MS. HARNETT:  Object to form and

19    beyond the scope and vague.

20       A.   The -- as we walked through in prior

21   testimony, the memorization process pulls random

22   strings of ASCII characters in various lengths

Case 3:23-cv-03417-VC   Document 490-36   Filed 03/24/25   Page 18 of 18

12/19/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Under the Protective Order

Page 58

1        CERTIFICATE OF SHORTHAND REPORTER
2                NOTARY PUBLIC
3            I, Monique Cabrera, the officer
4     before whom the foregoing deposition was
5     taken, do hereby certify that the foregoing
6     transcript is a true and correct record of
7     the testimony given; that said testimony was
8     taken by me stenographically and thereafter
9     reduced to typewriting under my direction;
10    and that I am neither counsel for, related
11    to, nor employed by any of the parties to
12    this case and have no interest, financial or
13    otherwise, in its outcome.
14            IN WITNESS WHEREOF, I have hereunto
15    set my hand this 19th day of December, 2024.
16
17
18
19    _____
      MONIQUE CABRERA
20    Notary Public in and for the State of New York
      County of Suffolk
21    My Commission No. 01CA6043156
22    Expires: 06/12/2026