# GHAJAR EXHIBIT 42

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
Richard Kadrey, et al.,          )
Individual and Representative    )
Plaintiffs,                      )          CASE NO.
                                 )          3:23-cv-03417-VC
         -against-               )
                                 )
Meta Platforms, Inc.,            )
     Defendant.                  )
_____)

*** HIGHLY CONFIDENTIAL ***
ATTORNEYS' EYES ONLY
VIDEO-RECORDED DEPOSITION OF
MELANIE KAMBADUR


Cooley, LLP
55 Hudson Yards
New York, New York  10001


09/17/2024
9:07 a.m. (EDT)


REPORTED BY:  MONIQUE CABRERA


_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 11

| | | |
|---|---|---|
| 1 | A. | Yes.  My full name is |
| 2 | | Melanie Rae Kambadur. |
| 3 | Q. | And your address was |
| 4 | | ███████████████████████ |
| 5 | A. | Yes. |
| 6 | Q. | Okay.  And where are you presently |
| 7 | | employed? |
| 8 | A. | At Meta. |
| 9 | Q. | Meta Platforms? |
| 10 | A. | Yes. |
| 11 | Q. | Okay.  And what is your current |
| 12 | | position at Meta? |
| 13 | A. | I'm a research engineering manager. |
| 14 | Q. | Is there a particular division you |
| 15 | | work for? |
| 16 | A. | I work in the gen AI org. |
| 17 | | (Reporter clarification.) |
| 18 | | THE WITNESS:  Gen AI. |
| 19 | BY MR. YOUNG: | |
| 20 | Q. | And how long have you been in that |
| 21 | | role? |
| 22 | A. | I have been a research manager at |

Page 12

1   Meta for three years in -- since March.
2   Subtracting six.  Six months.  And in the gen AI
3   organization for about the last year and a half.
4         Q.    I'm sorry.  You said you were in the
5   gen AI division for the last year and a half?
6         A.    Yes.  Approximately.
7         Q.    And what division were you in before
8   you were in the gen AI division?
9         A.    In a group called FAIR.
10        Q.    And that's Facebook AI Research?
11        A.    Yes.  I believe they changed it to
12  Fundamental AI Research at some point as well.
13        Q.    But when you were there, it was
14  Facebook AI Research?
15        A.    I don't recall exactly when they
16  flipped the name.
17        Q.    Okay.  Have you ever had your
18  deposition taken before?
19        A.    No.
20        Q.    All right.  And you may have covered
21  some of this with your counsel in preparation for
22  today.  I want to -- but I want to just go over

Page 70

1    We said he worked on pre-processing the data,
2    that is fair to say.
3         Q.   What is pre-process -- processing?
4    Excuse me.
5         A.   That means transforming the data
6    with a series of steps that make it more suitable
7    for training models.
8         Q.   Does that include removing -- strike
9    that.
10             What kind of steps would be involved
11   in pre-processing?
12        A.   Are you asking specifically for
13   Llama models or more generally?
14        Q.   Yeah, for the whole Llama models.
15        A.   I don't know all the steps.  But for
16   example, we perform various types of
17   de-duplication.  We tokenize the data, which
18   means -- yeah, we tokenize the data.  We chunk
19   the data into spans of text.
20        Q.   Let's talk about de-duplication.  So
21   if the models -- if a model is trained or
22   pre-trained on the same text over and over again,

Page 71

1    would that affect the model's performance?
2           A.    It could.
3           Q.    How could it affect the model's
4    performance?
5           A.    It could make the training less
6    efficient to repeatedly seem -- see the same
7    data.
8           Q.    So you want to limit the model's
9    exposure to common text?
10                Would that be fair to say?
11          A.    What do you mean by "common text"?
12          Q.    For example -- so de-duplication,
13   right, you would want to remove text that appears
14   frequently from the pre-training dataset.
15                Is that -- would that be fair to
16   say?
17          A.    It depends on the text.
18          Q.    So, for example, if you -- you know,
19   you -- you've read books, correct?
20          A.    Yes, I've read books.
21          Q.    Okay.  So you know in the very front
22   of the page, there is the page including all the

Page 72

1    copyright information?  For example, "published
2    by," all the have information.
3         A.    Yes.
4         Q.    Would that be the type of
5    information you would remove before processing?
6         A.    Potentially.
7         Q.    Was that information actually
8    removed for data used to pre-train the Llama
9    models?
10        A.    I don't recall.
11        Q.    Do you know -- going back to Libgen.
12              Do you know if it contained fiction
13   books?
14        A.    I believe it did.
15        Q.    How about non-fiction books?
16        A.    Yes, I believe it did.
17        Q.    Are you familiar with the Project
18   Gutenberg?
19        A.    At a very high level, yes.
20        Q.    What do you understand Project
21   Gutenberg to be?
22        A.    A -- I -- I don't know the full

Page 337

1   CERTIFICATE OF SHORTHAND REPORTER NOTARY PUBLIC

2           I, Monique Cabrera, the officer

3       before whom the foregoing deposition was

4       taken, do hereby certify that the foregoing

5       transcript is a true and correct record of

6       the testimony given; that said testimony was

7       taken by me stenographically and thereafter

8       reduced to typewriting under my direction;

9       and that I am neither counsel for, related

10      to, nor employed by any of the parties to

11      this case and have no interest, financial or

12      otherwise, in its outcome.

13              IN WITNESS WHEREOF, I have hereunto

14      set my hand this 17th day of September, 2024.

15

16

17      *[signature: Monique Cabrera]*

18

19      MONIQUE CABRERA

20      Notary Public in and for the State of New York

21      County of Suffolk

        My Commission No.

22      Expires: 06/12/2026