# GHAJAR EXHIBIT 44

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, e al.,        )
Individual and               )
Representative,              )
                             )
        Plaintiffs,          )
                             )
v.                           )   Case No. 3:23-cv-03417-VC
                             )
META PLATFORMS, INC.,        )
                             )
        Defendant.           )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Videotaped Deposition of CHAYA NAYAK

San Francisco, California

Thursday, October 31, 2024

Reported Stenographically by

Michael P. Hensley, RDR, CSR No. 14114

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 12

1      Q.   And your home address?

2      [REDACTED]

3      Q.   And are you presently employed?

4      A.   I am.

5      Q.   By whom?

6      A.   By Meta Platforms.

7      Q.   What's your current title?

8      A.   Director of product management.

9      Q.   Have you ever been deposed before?

10     A.   I have not.

11     Q.   Okay. And so I'm sure that Mr. Weinstein
12  went over all the rules of the deposition. They're
13  the same as mine, I suspect, but I just wanted to
14  reiterate that if I ask a question that you find
15  confusing, you can ask me to clarify it.
16          If you need to take a break, that's
17  absolutely fine. I'll try to do breaks pretty
18  regularly, but if there's a question pending,
19  just -- we ask that you don't try to take a break
20  during the -- during that time.
21          Is there anything that would limit your
22  ability to testify truthfully today?

Page 54

```
 1              Okay.  So we were talking about you joined
 2   the generative AI team, and is your role when you
 3   start director of PMs?
 4        A.    When I started, I was product manager.
 5        Q.    So you were a PM?
 6        A.    Correct.
 7        Q.    And then you became -- when did you become
 8   the director?
 9        A.    I became a director of product management
10   in March of this year.
11        Q.    Is there only one director?
12        A.    No.
13        Q.    Who are the other directors?
14        A.    There are probably 300 directors in the
15   org.
16        Q.    Of product management for generative AI?
17        A.    Of product management for generative AI, I
18   would say there's probably at least 15 of us.
19        Q.    Okay.
20              Okay.  And so you talked about a product
21   manager for product -- sorry, for platform.  And you
22   said that they focus on how gen A -- GenAI goes into
```

Page 55

1   other products?
2       A.   Correct.
3       Q.   And so my question for you was, is this
4   product manager looking at how Llama can be
5   incorporated into Facebook's -- or into Meta's
6   commercial products?
7       A.   That's one of their roles, yes.
8       Q.   Okay.  And how do they do that?
9       A.   They work with other product managers
10  across the company to plan roadmaps for Llama's use
11  within the products.
12      Q.   And is Llama presently incorporated into
13  Meta's commercial products?
14      A.   Yes.
15      Q.   Which ones?
16      A.   It is incorporated into Instagram,
17  Facebook, WhatsApp, Ray-Ban's Meta glasses.
18      Q.   Wait, what is that one?
19      A.   Ray-Ban's Meta.
20      Q.   Oh, the glasses?
21      A.   The smart glasses.
22      Q.   Okay.

Page 60

1  Q. What about Llama 3?
2  A. We moved over to Llama 3 once it was
3  available.
4  Q. Okay.
5     And what about Llama 4?  What stage is
6  Meta at with Llama 4, presently?
7  A. We are beginning to train it.
8  Q. Okay.  And are you responsible for driving
9  the Llama 4 plan and the data strategy?
10     ATTORNEY WEINSTEIN:  Object to form.
11     THE WITNESS:  Yes.
12  BY ATTORNEY POUEYMIROU:
13  Q. What does it mean to be responsible for
14  driving Llama 4 plan -- Llama 4 planning, excuse me?
15  A. That means that I organize and manage
16  across engineering, product management, data
17  science, and other teams --
18  Q. Mm-hmm.
19  A. -- towards the vision of Llama 4.
20  Q. What is the vision?
21  A. The vision of Llama 4 is to create a model
22  that is state of the art.

1    Q.   Does this mean to create a model that can
2    beat GPT-4?
3    A.   Ideally, it's to create a model that is
4    competitive with the rest of the industry.
5    Q.   And is GPT-4 considered best in class at
6    Meta?
7    A.   No.
8    Q.   What is?
9    A.   What is likely to be the next generation
10   of models like GPT-5.
11   Q.   Okay.
12   A.   01.
13   Q.   Do you have any sense of when Llama 4 will
14   be launching?
15   A.   Next year.
16   Q.   And will Llama 4 also be incorporated into
17   Meta's commercial products?
18   A.   We intend to, yes.
19   Q.   Do you work on policy strategies with
20   respect to the data used for Llama 4?
21   A.   Yes.
22   Q.   What does that mean to you, that question?

Page 202

1    A.    -- on how particular datasets, I think
2    maybe LibGen was one of them, improved the data
3    relative to Llama 2.
4         Q.    Okay.  And so in your work overseeing
5    data, how would you define what you're doing in this
6    point in time with respect to data?  Are you
7    overseeing the data teams?
8              ATTORNEY WEINSTEIN:  Object to form.
9              THE WITNESS:  No, not really.  Can -- can
10   you rephrase your question.
11   BY ATTORNEY POUEYMIROU:
12        Q.    So earlier on you said you -- when you
13   moved into GenAI, you were working with data.  It
14   was one of the things that you were working with.
15   And I'm just -- I'm curious what you were doing with
16   the data teams.
17        A.    My role was to help define the data
18   strategy, partner with engineering to bring clarity
19   to that strategy, and ensure that they were
20   prioritizing the right work relative to that
21   strategy.
22        Q.    Okay.  And the Llama that is being worked

Page 321

CERTIFICATE OF SHORTHAND REPORTER

I, Michael P. Hensley, Registered Diplomate Reporter for the State of California, CSR No. 14114, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was not requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

Michael P. Hensley, CSR, RDR