# GHAJAR
# EXHIBIT 46

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

IN RE MATTER OF:            )

RICHARD KADREY, et al.,    )

Plaintiff,                  )

    vs.                      ) C.A. NO.:

META PLATFORMS, INC.,      ) 3:23-cv-03417-VC

Defendant.                  )

_____)


** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **


VIDEOTAPED DEPOSITION OF JOELLE PINEAU

Montreal, Quebec, Canada

Wednesday, November 6, 2024


Stenographically Reported by:

ANGELA JANSSEN, CSR,

Commissioner of Oaths

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 9

```
 1          Q.    What is your current home

 2   address?
```

 5          MS. HARTNETT:  At this time I would just

 6          like to designate the transcript under

 7          Protective Order as Highly Confidential

 8          and will make designations accordingly,

 9          including of any personal information as

10          necessary.

11   BY MR. YOUNG

12          Q.    Great.  Thank you counsel.

13                And you are presently employed,

14   correct?

15          A.    Yes.

16          Q.    By Meta Platforms?

17          A.    Yes.

18          Q.    What is your present title at

19   Meta?

20          A.    VP AI Research.

21          Q.    VP AI Research?

22          A.    Yes.

Page 10

1          Q.     Vice-president of AI research?

2          A.     Yes.

3          MR. YOUNG:  Can we go off the record,

4          please briefly?

5          THE VIDEOGRAPHER:  Going off the record

6          at 10:09 a.m.

7  --- Whereupon short break taken

8          THE VIDEOGRAPHER:  Going back on the

9          record at 10:10 a.m.

10         MR. YOUNG:  We just had a brief

11         interruption on the record and we are

12         now proceeding.

13  BY MR. YOUNG

14         Q.     I apologize, Ms. Pineau, for the

15  interruption but I believe you were -- you just

16  testified that you were currently the VP of AI

17  research at Meta?

18         A.     Yes.

19         Q.     Okay, great.  And how long have

20  you been in that role at Meta?

21         A.     In that role specifically, two

22  and a half years.

Page 44

1          MS. HARTNETT:  Objection to the form.

2          A.     FAIR focus is on exploratory

3     research.  So that means we explore lots of

4     different hypotheses within the space of AI.

5               And so there wasn't really any

6     constraints on the set of topics as long as it

7     was relevant to AI.  So the team worked on

8     computer vision, and on optimization and on core

9     machine learning.  The team in Montreal, that is.

10    BY MR. YOUNG

11          Q.     Okay.  At some point did your

12    responsibilities include developing and training

13    large language models?

14          MS. HARTNETT:  Objection to the form.

15          A.     Over time I took on management of

16    a greater number of teams beyond Montreal.

17               Some of these teams were involved

18    in the training of large language models.

19    BY MR. YOUNG

20          Q.     Approximately when did you start

21    managing people who were responsible for

22    developing large language models?

Page 45

1          MS. HARTNETT:    Objection to the form.

2          A.      Probably around 2019, 2020.

3    BY MR. YOUNG

4          Q.      Were those individuals primarily

5    located in Paris and New York?

6          MS. HARTNETT:  Objection to the form.

7          A.      It was later that I took on

8    responsibilities for the teams in Paris and New

9    York.

10              In those early years it was

11    mostly maybe teams in Seattle or west coast.

12    Teams in New York and Paris came under my

13    responsibility probably more in 2022.

14    BY MR. YOUNG

15          Q.      Okay.

16              Do you know who Aurelian

17    Rodriguez is?

18          A.      Yes, I know Aurelian.

19          Q.      Who is he?

20          A.      Aurelian was a research manager

21    of our Paris, one of our Paris teams, yeah.

22          Q.      And was he working under your

Page 51

1          Q.      All those individuals, do you

2    remember them, were they working with LLM's at

3    Meta?

4          MS. HARTNETT:  Objection to the form.

5          A.      The specific project they were

6    working on was on theorem proving and as part of

7    that project, they were training LLM's.

8    BY MR. YOUNG

9          Q.      What is theorem proving?

10         A.      It's the ability for a computer

11   to take an AI system, to take a mathematical

12   theorem, so a statement, and to show whether the

13   statement is true or untrue using automatic AI

14   reasoning tools.

15         Q.      Why would they need to train LLMs

16   in order to do theorem proving?

17         MS. HARTNETT:  Objection to the form.

18         A.      Mathematics is a language in and

19   of itself.  It has a set of symbols.  And these

20   symbols carry meaning.

21                 So in that sense it's a language,

22   a very specialized language and to solve many,

Page 52

1    many different theorems, you need to have a

2    flexible understanding of mathematical language.

3    And so training human language models is one way

4    to learn how to train better models for theorems.

5    BY MR. YOUNG

6          Q.      Do you know if that project had a

7    name at Meta?

8          A.      It was called a theorem proving

9    project for many years and then they called the

10   model Genesis for a while.

11         Q.      Okay.  And Genesis became

12   something else later in 2023, correct?

13         MS. HARTNETT:  Objection to the form.

14         A.      Yes.  Genesis evolved into our

15   LLaMA model.

16   BY MR. YOUNG

17         Q.      And that would be LLaMA 1 right?

18         A.      Yes.

19         Q.      LLaMA 1 does a lot more than

20   theorem prove, right?

21         MS. HARTNETT:  Objection to the form.

22         A.      Yes, LLaMA 1 was more general

Page 53

1    than theorem proving.

2            Q.    LLaMA 1 is what's known as

3    foundational model?

4            A.    There's many names given to it.

5    It's a neural network that treats language.

6            Q.    What is a foundational model?

7            MS. HARTNETT:  Objection to the form.

8            A.    There's not a well agreed upon

9    definition of a foundational model.

10            Roughly speaking, it's a model

11    that's able to encode rich amounts of information

12    in a pretty general form.

13    BY MR. YOUNG

14            Q.    Such that it can be fine-tuned

15    and specialized to serve specific purposes

16    perhaps?

17            MS. HARTNETT:  Objection to the form.

18            A.    Yes.

19    BY MR. YOUNG

20            Q.    Now Genesis.  Genesis also had a

21    lot more purposes than just proving theorems,

22    correct?

Page 119

1          Q.     Is it fair to say one of the

2    goals of the Genesis project or the LLaMA project

3    was to match Chinchilla?

4          A.     I think it's fair to say that the

5    goal was to reproduce Chinchilla.  Maybe not

6    match.

7                 I think we had the ambition to

8    exceed.

9          Q.     Okay.

10         A.     But using essentially similar

11   recipe.

12         Q.     Okay.  And in your opinion, did

13   Meta succeed in reproducing Chinchilla with the

14   LLaMA 1 model?

15         A.     I'd have to look into the paper

16   which is my Exhibit 1.  We do have results that

17   compare to Chinchilla.

18                There's a number of these

19   results.  But to pick out a few with respect to

20   natural questions in Table 4, we compare the

21   results for LLaMA versus Chinchilla.  And we see

22   that we do have better results than them when

Page 405

1                    REPORTER'S CERTIFICATE

2

3              I, ANGELA JANSSEN, CSR,

4      certify;

5

6              That the foregoing proceedings were

7      taken before me at the time and place therein set

8      forth, at which time the witness was put under

9      oath by me;

10

11             That the testimony of the witness

12     and all objections made at the time of the

13     examination were recorded stenographically by me

14     and were thereafter transcribed;

15

16             That the foregoing is a true and

17     correct transcript of my shorthand notes so taken.

18

19

20     _____

21     PER: ANGELA JANSSEN, CSR

22

Page 406

1                    CERTIFICATE OF REPORTER

2

3    I, Angela Janssen, the officer before whom the

4    foregoing deposition was taken, do hereby certify

5    that the witness whose testimony appears in the

6    foregoing deposition was duly sworn by me; that

7    the Testimony of said witness was taken by me in

8    shorthand, using Computer Aided Realtime, to the

9    best of my ability and thereafter reduced to

10   written format under my direction; that I am

11   neither counsel for, related to, nor employed by

12   any of the parties to the action in which the

13   deposition was taken, and further that I am not

14   related or any employee of any attorney or counsel

15   employed by the parties thereto, nor financially

16   or otherwise interested in the outcome of the

17   action.

18           *A. Janssen*

19   _____

20   Angela Janssen, CSR

21   Chartered Shorthand Reporter

22   Commissioner of Oaths