# GHAJAR EXHIBIT 47

Case 3:23-cv-03417-VC   Document 490-45   Filed 03/24/25   Page 2 of 8

12/5/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Thomas Scialom, Ph.D.
                          Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

----------------------------------x

RICHARD KADREY, et al.,              :

         Plaintiffs,       :

 v.                                  : Case No.: 3:23-CV-03417-VC

META PLATFORMS, INC.,                :

         Defendant.        :

----------------------------------x

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

Videotaped Deposition of

THOMAS SCIALOM, Ph.D.

Thursday, December 5, 2024

9:14 a.m. GST

London, England

Reported by: Cassidy Western, RPR, CRR

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 490-45   Filed 03/24/25   Page 3 of 8

12/5/2024      Richard Kadrey, et al. v. Meta Platforms, Inc.   Thomas Scialom, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 60

 1     A     Research scientist.
 2     Q     Scientist.  I'm sorry.
 3           And how many other research scientists
 4  were there at the lab with you?
 5     A     In my team?
 6     Q     Yes.
 7     A     I was the only one.
 8     Q     Okay.  And did you work within the
 9  American team as well as -- with their research
10  scientists?
11     A     I mean, we had some interaction, some
12  brainstorming, some exchange of ideas.  But the
13  core team was in Europe, with probably less than
14  10 people, I will say.  And -- so not with
15  American people.
16     Q     Okay.  Over the years, you had to start
17  in a matter as -- today, we're talking about the
18  LLaMA program, right?  And it's different for
19  LLaMA 1, LLaMA 2, LLaMA 3.  But we're talking
20  about all that -- how do you want me to refer to
21  that?  Is that -- that's all the GenAI program?
22  Is that fair to say?

Case 3:23-cv-03417-VC   Document 490-45   Filed 03/24/25   Page 4 of 8

12/5/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.   Thomas Scialom, Ph.D.
                          Highly Confidential - Attorneys' Eyes Only

Page 61

```
 1                MR. MORTON:  Objection to form.
 2                THE WITNESS:  No, I don't think it's
 3   fair to say.  I mean, I didn't contribute to
 4   LLaMA 1, and it was much before GenAI.
 5   BY MR. BYRD:
 6        Q    Okay.
 7        A    LLaMA 2 started, actually, before GenAI
 8   as well.
 9        Q    So why don't -- so we're talking about
10   LLaMA 2 and later, as far as you're concerned,
11   today.  Right?
12        A    Yeah.
13        Q    And at some point when you -- when you
14   started working at Meta, you had to sort of
15   interact with some of the scientists in the United
16   States.  Right?
17        A    What -- what -- say again?
18        Q    You have to interact with the
19   scientists.  We see a lot of chats.  You do
20   messaging and all that back and forth from France
21   to the scientists that are working in America?
22        A    But you refer when I started at Meta or
```

Case 3:23-cv-03417-VC   Document 490-45   Filed 03/24/25   Page 5 of 8

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Thomas Scialom, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 85

1   getting -- I guess now you'll be going to grade
2   eight.  Is there a grade eight?  Because that
3   would have been in July.  Have you been promoted
4   in the middle of 2024?
5        A    No, but the first time.
6        Q    For the first time, you weren't
7   promoted?
8        A    Yes.
9        Q    Okay.  And why not?
10       A    First of all, I think, like, it's not
11  something to expect, to be promoted every six
12  months.  I mean, why not?  I'll let you ask my
13  manager, but...
14       Q    There are higher grades, though.  Right?
15       A    My manager is eight, yes.
16       Q    Okay.  All right.
17            And that's where you are today, and
18  you're a research scientist and you're grade
19  seven.  Is that right?
20            MR. MORTON:  Object to form.
21            THE WITNESS:  I'm research scientist,
22  grade seven.

Case 3:23-cv-03417-VC   Document 490-45   Filed 03/24/25   Page 6 of 8

12/5/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.   Thomas Scialom, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 160

1   more tokens?
2       A    If they are good tokens.  In the sense,
3   that was the point of Galactica, to show that it's
4   not the case and you don't need actually, to get a
5   good model, a lot of tokens, if they are good.
6       Q    Right.
7            What other data -- are you aware of
8   there being any books in LLaMA 2 or the LLaMA 3
9   pretraining?
10      A    If I'm aware of any books in the
11  pretraining?  I don't know.
12      Q    Okay.
13      A    I don't recall or -- but I don't know
14  the context -- the list of the datasets in the
15  pretraining, I don't know.
16      Q    Okay.  Have you ever done any
17  post-training work to address any type of
18  copyright violations or infringements that may be
19  at risk?
20           MR. MORTON:  Object to form.  Caution
21  the witness to the extent reveal any legal
22  communications.

Case 3:23-cv-03417-VC   Document 490-45   Filed 03/24/25   Page 7 of 8

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Thomas Scialom, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 161

1          If you can answer without --
2     BY MR. BYRD:
3          Q    Yeah.  I never want to know about your
4     attorney's legal --
5               MR. MORTON:  Yeah.
6     BY MR. BYRD:
7          Q    -- communications.
8          A    No, but let me think.  I recall, at the
9     end of LLaMA 2, some mitigation, yes.
10    (Indiscernible.)
11         Q    And what was that mitigation?
12         A    We received, basically, a list of prompt
13    and answer, just the same way I describe it for
14    safety before.  It was connected, for instance,
15    to, tell me -- write a book of ""Harry Potter"",
16    for instance.  And the answer was, I cannot answer
17    this question.
18              And so it was just a list of prompt and
19    answers that, just for safety, you want to educate
20    the model to not answer.
21         Q    And you did that.  Right?
22              MR. MORTON:  Object to form.

Case 3:23-cv-03417-VC   Document 490-45   Filed 03/24/25   Page 8 of 8

12/5/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Thomas Scialom, Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 568

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2       I, CASSIDY WESTERN, RPR, CRR, the officer

3  before whom the foregoing deposition was taken, do

4  hereby certify that the foregoing transcript is a

5  true and correct record of the testimony given;

6  that said testimony was taken by me

7  stenographically and thereafter reduced to

8  typewriting under my direction; that reading and

9  signing was requested; and that I am neither

10 counsel for, related to, nor employed by any of

11 the parties to this case and have no interest,

12 financial or otherwise, in its outcome.

13      IN WITNESS WHEREOF, I have hereunto set

14 my hand this 10th day of December, 2024.

15 My commission expires August 4, 2025.

16

17

18
                                                        12/10/24
19 _____   _____

20 Cassidy Western, RPR, CRR                              Date

21

22