# GHAJAR EXHIBIT 49

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,          )
Individual and Representative    )
Plaintiffs,                      )   CASE NO.
                                 )   3:23-cv-03417-
         -against-               )   VC
META PLATFORMS, INC.,            )
                    Defendant.   )
_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


Videotaped Deposition of Lyle Ungar
Philadelphia, Pennsylvania
Wednesday, February 26, 2025
Reported Stenographically by
Jennifer Miller, RMR, CRR, CSR No. 14652


_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 116

1    Q.   9-0.  That's right.  I'm sorry.
2         I realized I was reaching and
3    talking away from you as I was asking the
4    question.
5         So in paragraph 90 of your
6    opening report --
7    A.   Give me a second.
8    Q.   Sorry.
9    A.   Sorry.
10   Q.   I apologize.
11   A.   All good.
12        Okay.  I have found 90.
13   Q.   Yes.  So in paragraph 90 of your
14   opening report, you write that in order to
15   generate responses -- and here's where I'm
16   going to start reading [as read]:
17        "Models must be trained
18        on data that is sufficiently
19        large, diverse, and high
20        quality."
21        Right?
22   A.   Correct.
23   Q.   Okay.  So when you are discussing
24   quality, you are not opining as to quality in
25   any economic sense, right?

1       A.    Correct.
2       Q.    Meaning -- by "quality," you are not
3   providing any opinion about whether or not
4   "quality" means for something to be worth more
5   monetarily, right?
6       A.    Correct.
7       Q.    Okay.  And just to be clear, you are
8   not offering any opinion about the economic
9   value as to any of the information that may
10  have been used as training data in this case,
11  correct?
12      A.    Correct.
13      Q.    Can you please define for me what you
14  mean by "quality" when you're using it in this
15  sentence?
16      A.    Yes.  Quality is a slightly broad
17  concept here.
18            But quality data, somewhat
19  tautologically, is data that leads to better
20  large language models.  In particular, when we
21  train models, we like to throw out gibberish,
22  things that are non-human-readable.
23            The web is full of junk.
24  "Quality" often means that we want, for the
25  sort of applications that Meta or I care about,

1  things that are not pornography.
2             So often there's a huge
3  filtering of removing pornography to try and
4  get high quality.  Often try and remove
5  repetitions, duplication.
6             So good-quality data is
7  something that doesn't have the same thing over
8  and over and over again.
9             I could list ten other
10 attributes of quality.
11     Q.   So would quality depend on -- well,
12 let's take a step back here.  So I want to
13 tease out that answer a little bit.
14     A.   Uh-hum.
15     Q.   So you testified that "quality" means
16 that -- for the sort of applications that Meta
17 cares about, right -- I believe that's what you
18 said.
19             So would quality vary from LLM
20 designer to LLM designer depending on what that
21 person wants the LLM to do?
22     A.   Absolutely.  Some want to do things
23 that are good at writing software.  Some want
24 them to be good at answering facts.
25             There's a different quality of

1  data for doing software -- writing Python code
2  than there is for answering facts about world
3  quality -- world capitals.
4       Q.   Okay.  Could "quality" also mean, by
5  improving the performance of an LLM, certain
6  benchmarks?
7       A.   Yes.
8       Q.   And there are a number of
9  standardized benchmarks used by practitioners
10 in the generative AI field, correct?
11      A.   There are.
12      Q.   Okay.  And if we turn to paragraph 96
13 of your opening report, you describe some of
14 the -- some pitfalls with data that might lead
15 to information not being high quality, right?
16           And I will turn your attention
17 to the first sentence on top of page 59 -- the
18 first full sentence of the top of page 59.
19      A.   [As read]:
20           "Data with abundant
21           misspellings, toxic language,
22           or misinformation are
23           generally avoided."
24      Q.   Yes.
25      A.   Yes.  Those are all indications of

1   potential lower quality.
2        Q.   Okay.  And you are also -- I believe,
3   in your prior answer, you described for us an
4   example of pornography, right?
5        A.   Correct.  Again, depending upon the
6   application.
7        Q.   So wouldn't it actually be the case
8   that quality -- so quality does -- so I believe
9   we discussed this briefly.
10            But quality is really dependent
11  on what you want your LLM to do, right?
12                ATTORNEY MORTON:  Object to
13       form.
14                THE WITNESS:  That's correct.
15  BY ATTORNEY YOUNG:
16       Q.   Okay. So would quality, therefore,
17  be a somewhat subjective measure?
18       A.   Yes.  Although you could, if you had
19  a clear benchmark you're optimizing, put
20  something in and measure how much effect it has
21  on the benchmark.
22       Q.   All right.  For example, in your --
23  in your -- you conducted an experiment using
24  one of these benchmarks, right, MMLU?
25       A.   I did.

```
 1   didn't -- really was just -- do you know why
 2   LibGen was created, actually?
 3        A.   I do not know.  I mean, many times
 4   for things -- like, there's the -- GitHub
 5   wasn't created as a training set either but is
 6   widely used here.
 7             So a bunch of things came from
 8   different sources.
 9        Q.   By the way, do you know if GitHub is
10   one of the trainings that's in the Pile?
11        A.   I don't know.
12        Q.   Well -- okay.  So back to -- back to
13   LibGen.
14             So -- so LibGen was not designed
15   as a training data set, right?
16             I believe that's where we left
17   off.
18        A.   Correct.
19        Q.   Okay.  So in order to use LibGen
20   as -- if one were to use LibGen as training
21   data, it would then follow that one would
22   probably have to process the LibGen data?
23        A.   All these data sets are always
24   processed.  Pretty much nobody trains stuff off
25   the shelf because there's too much boilerplate
```

<mark>background and headings. So we're always
stripping out the background information.</mark>

```
 3        Q.   Do you know if that's true for Books3
 4   as well?
 5        A.   I would bet that most -- that most
 6   people, when they do it, do an extra removal of
 7   redundancy.
 8        Q.   Right.  But I think there's a step
 9   there.
10             Books3 is already processed,
11   correct, as training data?
12        A.   I think maybe we're being confused.
13   There's several different kinds of processing
14   that can happen.
15             There's PDF-to-text processing.
16   There's removal-of-boilerplate processing.
17             So when you say "processed," I'm
18   not sure which one you're referring to.
19        Q.   Okay.  So Books3 was -- is a data set
20   that is designed for training generative AI
21   products, right?
22             ATTORNEY MORTON:  Object to
23        form.
24   BY ATTORNEY YOUNG:
25        Q.   Oh, excuse me.
```

1       read, no.  That sort of common knowledge
2       of movies is almost missing from Archive.
3              So Archive is mostly technical
4       papers, as you probably know.  It's going
5       to give a very different set of things
6       from most of the MMLU-style questions of
7       the version you gave.
8  BY ATTORNEY YOUNG:
9       Q.   Okay.  But you expect, for example,
10  Archive may improve the performance of an LLM
11  to answer factual questions in certain domains
12  that may be contained in the Archive articles
13  that it's trained on, correct?
14              ATTORNEY MORTON:  Object to
15       form.
16              THE WITNESS:  Correct.  More
17       technical, chemistry or physics or
18       computer science.
19  BY ATTORNEY YOUNG:
20       Q.   So if you were to train an LLM on
21  certain textbooks, you would expect its ability
22  to answer factual questions about those domains
23  to increase, correct?
24       A.   Correct.
25       Q.   So, for example, if you were to train

Page 224

1  an LLM on a corpus of biology textbooks, you
2  would expect its knowledge of biology to
3  increase, right?
4       A.   Yes.  With the caveat you normally
5  want to throw up in a bunch of other texts too
6  to improve its strength.  Agreed.
7       Q.   Can you explain more about why you
8  would want to include other texts too?  What do
9  you mean -- well, let me start...
10           What do you mean by "improve its
11  strength" there?
12      A.   Improve the performance.  So the goal
13  of these models is not just to answer biology
14  questions, and it's not -- certainly not to
15  store facts because it doesn't actually store
16  facts in any sort of a dictionary or database
17  or encyclopedia.
18           The goal is to be able to answer
19  questions, and so -- or hold conversations,
20  respond.
21           So, for example, having seen
22  more conversations or more text, sometimes even
23  seeing computer software helps them do better.
24  On other problems, it helps them reason better.
25           So, in general, having diversity

Page 225

1  is a good thing.
2       Q.   So I understand.
3            So it's not enough for an LLM to
4  simply recall facts or store facts; it has to
5  be able to communicate semantically in a -- or
6  communicate in a semantic way, almost kind of
7  conversationally, right?
8            ATTORNEY MORTON:  Object to
9       form.
10           THE WITNESS:  Could be said more
11      precisely, but I think the gist is you're
12      moving in the right direction.
13 BY ATTORNEY YOUNG:
14      Q.   So what would -- what sort of data
15 would you expect to improve an LLM's ability to
16 respond in that more conversational-type way?
17           ATTORNEY MORTON:  Object to
18      form.
19           THE WITNESS:  Well, two things.
20           Ideally, give it some
21      conversation data.  The other piece is
22      that all of these models -- this is a
23      whole different direction and probably out
24      of scope -- are fine-tuned after the fact
25      where they say good response/bad response

Page 353

```
 1                        CERTIFICATE
 2           I HEREBY CERTIFY that the
 3      proceedings, evidence and objections are
 4      contained fully and accurately in the
 5      stenographic notes taken by me upon the
 6      deposition of Lyle Ungar, taken on
 7      2/26/25 and that this is a true and correct
 8      transcript of same.
 9
10
11
12                  _____
13                  Jennifer Miller, RMR, CCR, CRR
14                  and Notary Public
15
16
17
18
19
20
21           (The foregoing certification of
22      this transcript does not apply to any
23      reproduction of the same by any means
24      unless under the direct control and/or
25      supervision of the certifying reporter.)
```