# SINKINSON
# EXHIBIT A

# MICHAEL SINKINSON

## CURRICULUM VITAE

Kellogg School of Management,
Northwestern University
Kellogg Global Hub Suite 4213                    Michael.Sinkinson@kellogg.northwestern.edu
2211 N Campus Drive                              https://sites.google.com/view/msinkinson
Evanston, IL 60208                               Last updated: December 2024

## EMPLOYMENT

Associate Professor of Strategy (with tenure), Kellogg School of Management, July 2024 – Present

Research Associate, NBER, Sept 2024 – Present

Associate Professor of Economics, Yale School of Management, July 2022 – June 2024

Senior Economist, Council of Economic Advisers, July 2022 – July 2023

Impact Fellow, Federation of American Scientists, July 2022 – July 2023

Assistant Professor of Economics, Yale School of Management, July 2017 – June 2022

Faculty Research Fellow, NBER, April 2015 – August 2024

Assistant Professor of Business Economics and Public Policy, The Wharton School at the University of Pennsylvania, July 2012 – June 2017

## EDUCATION

**Ph.D.** Business Economics, Harvard University and Harvard Business School, Cambridge MA, May 2012
Dissertation advisors: Ariel Pakes, Guido Imbens, Bharat Anand, Gregory Lewis
Dissertation title: Essays on Industrial Organization

**A.M.** Economics, Harvard University, Cambridge MA, March 2009

**B.Com** with Honours, Commerce, Queen's University, Kingston ON, May 2004

## WORKING PAPERS

1. Doraszelski, Ulrich, Katja Seim, Michael Sinkinson, and Peichun Wang. "Ownership Concentration and Strategic Supply Reduction," 2023, NBER Working Paper 23034. Conditionally Accepted, *American Economic Review.*

2. Sinkinson, Michael. "Pricing and Entry Incentives with Exclusive Contracts: Evidence from Smartphones." Revise and Resubmit, *Quantitative Economics*

3. Backus, Matthew, Christopher Conlon and Michael Sinkinson. "Common Ownership and Competition in the Ready-To-Eat Cereal Industry," Revise & Resubmit, *Econometrica.*

4.  Backus, Matthew, Christopher Conlon and Michael Sinkinson. "Empirical Studies of the Effects of Common Ownership," Under Review.

## PUBLICATIONS

5.  Angelucci, Charles, Julia Cagé and Michael Sinkinson. "Media Competition and News Diets," *American Economic Journal: Microeconomics.* 16 (2): 62–102**.** May 2024.

6.  Backus, Matthew, Christopher Conlon and Michael Sinkinson. "Common Ownership in America: 1980-2017," *American Economic Journal: Microeconomics* Volume 13 Number 3, pp 273-308. August 2021.
    a.  Awarded Best Paper AEJ:Micro for 2023.

7.  Backus, Matthew, Christopher Conlon and Michael Sinkinson. "Theory and Measurement of Common Ownership," *American Economic Review Papers & Proceedings,* May 2020

8.  Sinkinson, Michael and Amanda Starc. "Ask Your Doctor? Direct-to-Consumer Advertising of Pharmaceuticals," *The Review of Economic Studies*, Volume 86, Issue 2, 1 March 2019, Pages 836–881.

9.  Seim, Katja and Michael Sinkinson. "Mixed Pricing in Online Marketplaces," *Quantitative Marketing and Economics*, 14 (2) 2016, pp. 129-155.

10. Gentzkow, Matthew, Jesse M. Shapiro, Nathan Petek and Michael Sinkinson. "Do newspapers serve the state? Incumbent party influence on the US press, 1869-1928," *Journal of the European Economic Association*, Vol 13 No 1 Feb 2015.

11. Gentzkow, Matthew, Jesse M. Shapiro and Michael Sinkinson. "Competition and Ideological Diversity: Historical Evidence from U.S. Newspapers," *American Economic Review,* Oct 2014.

12. Gentzkow, Matthew, Jesse M. Shapiro and Michael Sinkinson. "The Effect of Newspaper Entry and Exit on Electoral Politics," *American Economic Review,* Dec 2011.

## WORK IN PROGRESS

Promotion and Prices: Evidence from New Ads for Old Drugs (joint with Amanda Starc)

## OTHER WRITING AND MEDIA (More Media on Website)
- AP Insights: Paywalls, *January 2016*
- The Common Ownership Hypothesis: Theory and Evidence (with Matthew Backus and Christopher Conlon). *Brookings Economic Studies, January 2019.*

- Consumer Protection for Online Markets and Large Digital Platforms. Tobin Center Digital Regulation Project. May 20, 2021.
- More Competitive Search Through Regulation (2021). Tobin Center Digital Regulation Project. May 20, 2021.
- How to Make the Market for Real Estate Agents More Competitive, *PROMARKET*, *November 2021*
- *US-EU TTC Report on AI And the Workfrorce*, *2022*.
- Economic Report of the President 2023, The White House. 2023.
- America's undeniable competition problem requires a regulatory fix, The Hill, *November 2023*

## INVITED SEMINARS AND DISCUSSIONS

- 2024-2025: CSIO-TSE Workshop on Industrial Organization (discussant), American Enterprise Institute.
- 2023-2024: Congressional Budget Office, Northwestern Kellogg, NYU IO Day (discussant), FTC Microeconomics conference keynote, Queen's Workshop on Organizations and Markets.
- 2022-2023 (on National Service leave): Department of Justice
- 2021-2022: Wash U St Louis, Toulouse School of Economics. Helsinki School of Economics.
- 2020-2021: NBER IO Program meetings. Yale IO seminar internal speaker. Yale Graduate IO guest speaker.
- 2019-2020: EARIE Barcelona (Plenary), NBER Market Power, Duke University, Boston University, London School of Economics, AEA Annual Meeting, Yale School of Management, Yale Graduate Industrial Organization.
- 2018-2019: Quantitative Marketing and Economics, Searle Center Conference on Regulation, International Policy Conference (Millersville University, Keynote), Brookings Institute, Microsoft Office of the Chief Economist, Penn State, NBER Long Term Asset Pricing, Rome Junior Applied Micro (EIEF).
- 2017-2018: NBER Market Design working group, Harvard-MIT joint Industrial Organization seminar, Barcelona Media Economics Conference, NYC media economics seminar, CEPR IO 2018 at KU Leuven.
- 2016-2017: Columbia IO, Chicago Booth Econ, Sciences Po Dept Seminar, Federal Trade Commission (FTC), Berlin IO Day, UT Austin IO, Searle Center Conference (NWU Law), Bates White, Econometric Society Winter Meetings, Becker Center Media Conference (Discussant), IIOC (discussant)
- 2015-2016: Stanford GSB, Harvard IO, Yale IO, NBER IO Meetings, Federal Communications Commission (FCC), Microsoft Research Digital Economy conference, IIOC, Dartmouth IO conference, Econometric Society Meetings
- Prior: NBER IO meetings; UCLA Econ; Columbia Econ; Stanford GSB; Chicago Booth Marketing;  Harvard Economics IO; Harvard Econometrics Workshop; HBS Strategy; FTC Microeconomics Conference; Kellogg M&S; Yale SOM Marketing; Wharton BPUB; Penn Economics; Rochester Economics; Berkeley Haas Marketing, EAP, BPP;  Rochester Wallis (Discussant); MEA (discussant);

**SELECTED MEDIA COVERAGE AND MENTIONS**

Technological progress, the business model of local news, and the nationalisation of our politics, VoxEU May 2021

One-third of large newspapers cut staff in 2020, The Hill, May 2021

Are your 401(k) funds banding together to drive up the price of... breakfast cereal? (Yahoo), Feb 2021

Is Your 401(k) Colluding To Make Cereal More Expensive? (NPR), Jan 2021

Hacking The Perfect Auction (NPR), Nov 2020

Common Ownership: Back to Basics (Money & Banking), Feb 2019

Common Ownership in America: 1980-2017 (Harvard Law School Forum on Corporate Governance and Financial Regulation) Feb 2019

Index-Crazed Investors Turning S&P 500 Into One Gigantic Company (Bloomberg), Jan 2019

Sometimes CDS Is on the Wrong Company. Also Sears, venture capital and index funds. (Bloomberg Opinion), Jan 2019

Index investing is revealing the flaws in our model of shareholder capitalism, (MoneyWeek), Jan 2019

Could Drug Ads Have Positive Side Effects? (Econofact), Feb 2018

Paywalls are not the answer for every media organization (AP), Feb 2016

SiriusXM Business Radio, 11/24/15

The PC Attempts a Makeover, and a New Marketing Strategy (Popular Science) – 10/22/15

Doubts emerge on Clinton drug price plan (Washintgon Examiner) – 09/26/2015

Why words are the new numbers, *Capital Ideas, Chicago Booth*  -  03/02/2015

Watch List, *Wharton Magazine*  -  09/29/2014

SiriusXM Business Radio, 7/14/2014

The Limits of Scale, *Harvard Business Review*  -  04/01/2014

The 40 Most Outstanding B-School Profs Under 40 In The World, *Poets & Quants*  -  02/12/2014

Read all about it, *The Economist*  -  01/08/2013

Job Market Ideas That Can Be Explained In Words, *Cheap Talk*  -  01/05/2012

Liberal or Conservative, the Problem Is Ignorance, *The New York Times*  -  11/12/2011

**HONORS, AWARDS, SCHOLARSHIPS, and FELLOWSHIPS**

**2022-2023:** Impact Fellowship, Federation of American Scientists

**2021:** Faculty Marshall for MBA Graduation

**2020:** Yale School of Management Core Curriculum Teaching Award**.**

**2017:** Wharton "Iron Prof" champion; "Excellence in Teaching" award.

**2015**: MBA Core Curriculum Award and Excellence in Teaching Award; Dorinda and Mark Winkelman Distinguished Scholar; Elected Faculty Marshal by graduating MBA class; Wharton Dean's Research Fund recipient.

**2014:** "Top 40 B-School Professors Under 40", Poets & Quants; MBA Core Curriculum Teaching Award; Helen Kardon Moss Anvil Award for MBA faculty "who has exemplified outstanding teaching quality during the previous year"; Elected Faculty Marshal by graduating MBA class.

**2013:** Wharton Dean's Research Funding. MBA Core Curriculum Teaching Award; Wharton "Iron Prof" competitor.

**2012**: NET Institute Summer Research Grant

**Prior**:  Certificate of Distinction in Teaching, Derek Bok Center for Teaching and Learning, Harvard University (x3). Doctoral Associate in Research/Teaching Fellowship, Harvard Business School (2011-2012). Doctoral Fellowship, Social Sciences and Humanities Research Council of Canada (2008-2011). Harvard Graduate Student Fellowship (2007-2011).

## OTHER EMPLOYMENT

**2006-2007**: Research Assistant, University of Chicago GSB.
**2005-2006**: Analyst, Cornerstone Research, Los Angeles, CA.
**2004-2005**: Business Analyst, McKinsey & Company, Toronto, ON.

## SERVICE TO THE PROFESSION

**Referee Activity (since 2018)**: American Economic Review, Quarterly Journal of Economics, Journal of the Political Economy, Econometrica, American Economic Journal: Applied, American Economic Journal: Micro, American Economic Journal: Policy, National Science Foundation, Journal of Industrial Economics, International Economic Review, Journal of Finance, Journal of Business Economics and Statistics, Management Science, RAND Journal of Economics, American Economic Review: Insights.
**Other**: Organizer, NBER Winter IO meetings, February 2020.

## OTHER

**Nationality**: USA, Canada
**Languages**:  English (native), French (advanced), Spanish (advanced).