# NAYAK EXHIBIT B



Foundational models

Llama

Privacy Policy   Terms   Cookies

Meta © 2025