# NAYAK EXHIBIT C



Shop | Our technologies | About us | Build with us | Support

← Back to Newsroom

**Meta**

# Celebrating 1 Billion Downloads of Llama

March 18, 2025



## Takeaways

- Our open source AI model, Llama, has been downloaded more than one billion times.

- We believe open sourcing AI models is essential to ensuring people everywhere have access to the benefits of AI, and every download of Llama moves us closer to that goal.

- Among those one billion downloads are industry leader Spotify, startup Fynopsis and enterprising developer Srimoyee Mukhopadhyay.

**Topics**

Company News
Technology and Innovation
Data and Privacy
Safety and Expression
Combating Misinformation
Economic Opportunity
Election Integrity
Strengthening Communities
Diversity and Inclusion

**Featured News**



**Meta**
Testing Begins for Community Notes on Facebook, Instagram and Threads
March 13, 2025



**Meta**
How Sevilla Football Club Uses Llama and IBM watsonx to Scout Players
February 28, 2025

Llama, our open source collection of AI models, just hit 1 billion downloads. Open sourcing AI is crucial to ensuring people everywhere have access to the benefits of AI, and every download of Llama moves us closer to that goal.

Since we first launched Llama in 2023, enterprises, startups, non-profits, creators, scientists, public institutions and more have used our models and tools to explore the incredible capabilities of AI. From top tech companies to universities, people and organizations all over the world are using Llama to innovate, drive scientific advances, and unlock new economic opportunities. And what we've consistently heard from developers is that the transparency, customizability and security of open source models like Llama help reach new levels of creativity and innovation.

To celebrate this achievement, we're sharing just a few of the incredible Llama applications we've seen since launch, from industry leader Spotify, startup Fynopsis, and enterprising developer Srimoyee Mukhopadhyay.

## Personalizing Music Recommendations

Streaming service Spotify has used Llama to help deliver customized, contextualized recommendations for new songs, artists, podcasts or audiobooks. Combining Llama's broad world knowledge and versatility with Spotify's deep expertise in audio content, these explanations aim to enrich the listening experience and help drive discovery of artists and creators. Spotify also uses Llama to enrich real-time personalized commentary from their AI DJs, helping fans connect more deeply with the artists' songs they're hearing.

### Unveiling Austin's Hidden Gems

Srimoyee Mukhopadhyay, along with Minho Park and Taegang Kim, winners of the Austin Llama Impact hackathon, used Llama to build Unveil, an application that helps people discover Austin's hidden cultural gems and local businesses. Their app uses Llama for image analysis and conversational AI, processing captured or uploaded images to identify landmarks, murals, sculptures or street art, then providing descriptive insights about their historical or cultural significance. And because this app redirects foot traffic to areas that aren't typically recommended as tourist attractions, local businesses can reap the benefits.

### Helping Small Businesses Make M&A Deals

Fynopsis, a US-based startup, aims to help smaller and lower-middle market businesses get ahead by facilitating more efficient mergers and acquisitions (M&A) deals. They do this by providing an AI-based VDR (virtual data room) in which companies can store and share confidential documents as they conduct due diligence. They've used Llama 3.2's multilingual and vision capabilities to analyze user data and auto-fill government documents, helping streamline the M&A workflow and close language gaps that can impede translingual M&A deals.

These applications illustrate the immense power of open source AI, and we're excited to see what new applications emerge in the near future. If you want to be part of the next billion, download Llama and join the open source AI community.

---

Categories: Meta, Technology and Innovation

Tags: Artificial Intelligence and Machine Learning

   

**RELATED NEWS**

**Meta**

#### How Companies Are Using Meta Llama

Our open-source large language AI models are benefiting organizations across industries.

May 7, 2024



---



Follow Us

   

| Virtual reality | AI glasses | About us |
|---|---|---|
| Shop Meta Quest | Shop Ray-Ban Stories | About Meta |
| Refurbished Meta Quest 2 | Privacy information | Media gallery |
| VR for Good | Terms of service | Brand resources |
| Forums | Data policy | For investors |
| Referrals | Supported countries | |
| Blog | | **Our community** |
| Creators | **Support** | Support SMB |
| Download SDKs | Shop Help Center | Giving together |
| Developers | Order status | Social impact |
| Made for Meta partner program | Returns | Business and community growth |
| Meta Quest health & safety information | Find a product demo | VR for Good |
| Meta Quest safety center | Legal | |
| VR for work | Facebook Help Center | **Our actions** |

Messenger Help Center
Instagram Help Center
WhatsApp Help Center
Workplace Help Center
Meta Quest
Meta Verified

Data and privacy
Safety and expression
Elections
COVID-19 response
Regulations