# NAYAK
# EXHIBIT F

∞ Meta



Meta is committed to promoting safe and fair use of its tools and features, including Llama 2. If you access or use Llama 2, you agree to this Acceptable Use Policy ("Policy"). The most recent copy of this policy can be found at ai.meta.com/llama/use-policy.

Prohibited Uses

We want everyone to use Llama 2 safely and responsibly. You agree you will not use, or allow others to use, Llama 2 to:

1. Violate the law or others' rights, including to:

a. Engage in, promote, generate, contribute to, encourage, plan, incite, or further illegal or unlawful activity or content, such as:

i. Violence or terrorism

ii. Exploitation or harm to children, including the solicitation, creation, acquisition, or dissemination of child exploitative content or failure to report Child Sexual Abuse Material

b. Human trafficking, exploitation, and sexual violence

iii. The illegal distribution of information or materials to minors, including obscene materials, or failure to employ legally required age-gating in connection with such information or materials.

iv. Sexual solicitation

vi. Any other criminal activity

c. Engage in, promote, incite, or facilitate the harassment, abuse, threatening, or bullying of individuals or groups of individuals

d. Engage in, promote, incite, or facilitate discrimination or other unlawful or harmful conduct in the provision of employment, employment benefits, credit, housing, other economic benefits, or other essential goods and services

e. Engage in the unauthorized or unlicensed practice of any profession including, but not limited to, financial, legal, medical/health, or related professional practices

f. Collect, process, disclose, generate, or infer health, demographic, or other sensitive personal or private information about individuals without rights and consents required by applicable laws

g. Engage in or facilitate any action or generate any content that infringes, misappropriates, or otherwise violates any third-party rights, including the outputs or results of any products or services using the Llama 2 Materials

Meta_Kadrey_00000157

∞ Meta 

2. Engage in, promote, incite, facilitate, or assist in the planning or development of activities that present a risk of death or bodily harm to individuals, including use of Llama 2 related to the following:

a. Military, warfare, nuclear industries or applications, espionage, use for materials or activities that are subject to the International Traffic Arms Regulations (ITAR) maintained by the United States Department of State

b. Guns and illegal weapons (including weapon development)

c. Illegal drugs and regulated/controlled substances

d. Operation of critical infrastructure, transportation technologies, or heavy machinery

e. Self-harm or harm to others, including suicide, cutting, and eating disorders

f. Any content intended to incite or promote violence, abuse, or any infliction of bodily harm to an individual

3. Intentionally deceive or mislead others, including use of Llama 2 related to the following:

a. Generating, promoting, or furthering fraud or the creation or promotion of disinformation

b. Generating, promoting, or furthering defamatory content, including the creation of defamatory statements, images, or other content

c. Generating, promoting, or further distributing spam

d. Impersonating another individual without consent, authorization, or legal right

e. Representing that the use of Llama 2 or outputs are human-generated

f. Generating or facilitating false online engagement, including fake reviews and other means of fake online engagement

4. Fail to appropriately disclose to end users any known dangers of your AI system

Please report any violation of this Policy, software "bug," or other problems that could lead to a violation of this Policy through one of the following means:

- Reporting issues with the model: github.com/facebookresearch/llama
- Reporting risky content generated by the model: developers.facebook.com/llama_output_feedback
- Reporting bugs and security concerns: facebook.com/whitehat/info
- Reporting violations of the Acceptable Use Policy or unlicensed uses of Llama: LlamaUseReport@meta.com

## Search AI content

Meta_Kadrey_00000158

∞ Meta

≡

Latest Work

Our Actions

Newsletter

Privacy Policy

Meta © 2024

Terms

Cookies

   

Meta_Kadrey_00000159