# NAYAK EXHIBIT K



AI Companion Zoom Workplace AI

# Meet Zoom AI Companion, your new AI assistant! Unlock the benefits with a paid Zoom account

Boost productivity and team collaboration with Zoom AI Companion, available at no additional cost with the paid services in your Zoom user account.

8 min read

Updated on July 22, 2024
Published on September 05, 2023

## In this blog

01 Meet Zoom AI Companion
02 Our approach to AI

Preparing for that big meeting. Writing emails. Catching up on a backlog of chat messages. Repetitive tasks like these can take up 62% of your workday, not to mention sap your productivity and

03 Start using Zoom AI Companion today

Share this post



Smita Hashim
Chief Product Officer

hurt your ability to collaborate with your team. But now, you're empowered to do more using Zoom AI Companion.

We're excited to introduce you to AI Companion (formerly Zoom IQ), your new generative AI assistant across the Zoom platform. AI Companion empowers individuals by helping them be more productive, connect and collaborate with teammates, and improve their skills.

AI helps people work better, and we believe its benefits should be widely available. That's why we're including AI Companion at no additional cost with the paid services in your Zoom user account.* In line with our commitment to responsible AI, Zoom does not use any of your audio, video, chat, screen sharing, attachments, or other communications-like customer content (such as poll results, whiteboard, and reactions) to train Zoom's or third-party artificial intelligence models.

And since AI Companion is part of the simple, easy-to-use Zoom experience you know and love, you and your organization can quickly adopt and incorporate it into your workday.

## Meet Zoom AI Companion

AI Companion fits right into how you use Zoom — just look for the AI Companion ✦ icon within Zoom, such as in your Zoom Meetings controls toolbar or Zoom Team Chat window.



## Here's how Zoom AI Companion can help you throughout your day

You hop on your computer and see a bunch of chats. No problem — AI Companion will help you compose chat responses with the right tone and length based on your prompts. That time saved can help you focus on a project you need to share with your team right away.

You grab a cup of coffee and arrive at your first meeting a few minutes late. Instead of interrupting your teammates to find out what you missed, just ask AI Companion to catch you up and it will recap what's been discussed so far.



You can ask AI Companion to catch you up on what you missed during a meeting in progress.

Meta_Kadrey_00093244

You can also ask AI Companion more specific questions about the meeting content. After the meeting, AI Companion smart recordings can automatically divide cloud recordings into smart chapters for easy review, highlight important information, and create next steps for attendees to take action.

You missed a meeting yesterday because you were busy or traveling. Now, you no longer need to find someone to fill you in. You can just read the meeting summary generated by AI Companion, which tells you who said what, highlights important topics, and outlines next steps.

Pressed for time and have important emails to respond to? AI Companion can help you compose email messages with the right tone and length.

After several back-to-back calls, you have a ton of unread chats. AI Companion can summarize your chat messages instantly so you can see the big picture more easily. This fall, you'll be able to respond to those messages quickly with AI Companion suggestions to help you complete your sentences and responses.



Meta_Kadrey_00093245

Get help composing messages in Zoom Team Chat with AI Companion.

Need to brainstorm with your team and get creative about that marketing campaign? AI Companion can help you generate ideas on a digital whiteboard and organize them into categories so you can get to work faster.

In a chat channel, your teammates discuss the marketing plan for a new product but you need to clarify a few key points and want to talk through it with them. This fall, AI Companion will be able to automatically detect meeting intent in chat messages and display a scheduling button to streamline the scheduling process.

## How AI Companion will continue to evolve

In the future, you'll be able to do even more with AI Companion across the Zoom platform, helping you increase the quality of your work, improve how you collaborate, and enhance your skills.

Envision being able to interact with AI Companion through a conversational interface and ask for help on a whole range of tasks, similarly to how you would with a real assistant. You'll be able to ask it to help prepare for your upcoming meeting, get a consolidated summary of prior Zoom meetings and relevant chat threads, and even find relevant documents and tickets from connected third-party applications with your permission.

During a meeting, you'll be able to ask AI Companion to help you file a support ticket or research critical information based on issues or questions raised in real time. After a meeting, AI Companion will present the summary of the

meeting, identify the extracted action items, and prompt you to share next steps with key stakeholders in Zoom Team Chat. All in an intuitive, easy-to-use experience within the Zoom platform you know and love.

With Zoom Phone, AI Companion will be able to help you save time. You'll be able to get an AI-generated analysis of your recorded phone calls, and summaries of your SMS messages and voicemails.

You'll also be able to take your visual collaboration to the next level and bring your team's ideas to life. AI Companion will be able to generate new images based on existing content in Whiteboard.

Plus, with AI Companion as your digital coach, you can improve your communication and build your presentation skills in meetings. AI Companion will be able to give you real-time feedback on how fast and how often you're talking versus listening, so you can adjust in the moment.

With AI Companion empowering you in Zoom, you can save time, improve the quality of your work, stay more connected with teammates no matter where or when they work, and receive insightful coaching that will help you level up skills like delivering a great presentation.

## Our approach to AI

Meta_Kadrey_00093247

As you are getting started with Zoom AI Companion, you may have questions about how it works and your data privacy. Here's some helpful information about our approach to offering Zoom AI Companion:

## Committed to responsible AI

In line with our commitment to responsible AI, Zoom does not use any of your audio, video, chat, screen sharing, attachments, or other communications like customer content (such as poll results, whiteboard, and reactions) to train Zoom's or third-party artificial intelligence models. For more information about how Zoom AI Companion handles your data, visit our support page.

## Use AI capabilities how you want to

Administrators and account owners are able to enable or disable AI Companion capabilities or features for their organization. Additionally, further controls are available for meeting hosts. For example, meeting hosts will have the ability to turn AI Companion features for Zoom Meetings, like meeting summaries or in-meeting queries, on or off. Meeting participants will see in-product notices for the generative AI Companion capabilities that are in use for that meeting. See our support page for more info on how to enable AI Companion capabilities. See our support page for more info on how to enable AI Companion capabilities.

## Zoom's federated

Meta_Kadrey_00093248

## approach to AI

Zoom's unique federated approach to AI is designed to deliver high-quality results by dynamically incorporating Zoom's own large language model (LLM) in addition to Meta Llama 2, OpenAI, and Anthropic. With this approach, AI Companion can evolve and incorporate innovations in LLMs so you do not have to worry about which model to choose while getting the benefits of improved quality and performance.

# Start using Zoom AI Companion today



*AI Companion can provide a recap and identify action items from a meeting in progress.*

If you already have an eligible paid Zoom plan, get started with AI Companion today at no additional cost!

Or, upgrade to one of our paid plan options to unlock the benefits of having an AI assistant in your workday.

Stay tuned as we announce the launch of more AI Companion features in the coming weeks. Subscribe to our blog for the latest updates and visit the Zoom Learning Center to enroll in an AI Companion course!

*AI Companion may not be available for select verticals and select regional customers.

Editor's note: This blog was originally published on Sept. 5, 2023, and has been updated on July 22, 2024 to include the most up-to-date information on Zoom AI Companion.

## You might also like



**What will you do with your saved time? When AI Companion summarizes your meetings, you'll find more time in your day.**

Understand the time and cost savings meeting summaries with AI Companion can provide for you and your organization



**AI productivity series: Make the most of your time and augment your creativity with the help of AI**

Reimagine creativity with AI tools, from idea generation to project completion. Learn how AI can fuel productivity and transform your creative



3 min read

**Teach employees how to use Zoom AI Companion with the AI Companion Onboarding Center**

Visit the new resource hub where you can download and share ready-made assets to help your employees enable AI Companion in Zoom.

when you answer a few questions with our new calculator.

Read More >

process.

Read More >

Read More >



## Subscribe to the Zoom Blog

Get the latest Zoom posts directly in your email

Email *

☐ By checking this box, I'm opting to receive the latest news and updates from Zoom.

Subscribe

By entering your email, you agree to our Privacy Policy.

## Related Resources



### Meet Zoom AI Companion, your new AI assistant!

Boost productivity and team collaboration with Zoom AI Companion, available at no additional cost with eligible paid Zoom plans.

Read More >



### How to build your best hybrid work environment

If you're facing the challenges of setting up a successful hybrid workplace, here are some tips and strategies you can incorporate.

Read More >



### How to transform your CX

New study shows integrated UCaaS and contact center platforms are among top trends to transform the customer experience.

Read More >

## Our customers love us

  

## Zoom – One Platform to Connect

Request a Demo    Buy now >

### About
- Zoom Blog
- Customers
- Our Team
- Careers
- Integrations
- Partners
- Investors
- Press
- Sustainability & ESG
- Zoom Cares
- Media Kit
- How To Videos
- Developer Platform
- Zoom Ventures
- Zoom Merchandise Store

### Download
- Zoom Workplace App
- Zoom Rooms app
- Zoom Rooms Controller
- Browser Extension
- Outlook Plug-in
- iPhone/iPad App
- Android App
- Zoom Virtual Backgrounds

### Sales
- 1.888.799.9666
- Contact Sales
- Plans & Pricing
- Request a Demo
- Webinars and Events

### Support
- Test Zoom
- Account
- Support Center
- Learning Center
- Feedback
- Contact Us
- Accessibility
- Developer Support
- Privacy, Security, Legal Policies, and Modern Slavery Act Transparency Statement

### Language
English ·

### Currency
US Dollar $ ·



Copyright ©2024 Zoom Video    Terms | Privacy | Trust Center | Acceptable Use Guidelines

Meta_Kadrey_00093252

Communications, Inc. All rights reserved. | Legal & Compliance | You Privacy Choices | Cookies Settings

Meta_Kadrey_00093253