# NAYAK EXHIBIT L-2



 Back to Newsroom

**Meta**

# How Organizations Are Using Llama to Solve Industry Challenges

January 13, 2025



### Takeaways

- Organizations – from storied publications to tech start-ups – are using Llama to build tools that provide value to individuals, society and the economy, and saving time and money in the process.

- WriteSea, *The Washington Post* and Nanome are just a few examples of businesses that are using open source AI to innovate in a cost effective and agile way.

Artificial intelligence is poised to drive innovation, enhance human productivity and inject trillions of dollars into the global economy. At the forefront of this transformation are open source AI models, like Llama,

**Topics**

Company News
Technology and Innovation
Data and Privacy
Safety and Expression
Combating Misinformation
Economic Opportunity
Election Integrity
Strengthening Communities
Diversity and Inclusion

**Featured News**



**Meta**

Celebrating 1 Billion Downloads of Llama

March 18, 2025



**Meta**

Testing Begins for Community Notes on Facebook, Instagram and Threads

March 13, 2025

which empower organizations to use and build upon them for free.

These models allow businesses of all sizes to create innovative new products and tools that benefit individuals, society and the economy – saving time and money in the process. Without open source AI's cost-effective way of working, these innovations, which are poised to push the world forward in essential areas like job creation, knowledge access and drug research, might not be possible.

Here are a few examples of companies that are using Llama to save time and money.

## WriteSea

Oklahoma-based tech company WriteSea used Llama to build Job Search Genius, an AI career coach designed to enhance the job search experience and help candidates stand out. Job Search Genius provides an essential resource for candidates who need help reaching better outcomes in a competitive job market.



Using easy-to-integrate AI-powered tools, Job Search Genius helps job seekers write custom resumes, practice mock interviews and learn how to negotiate their salaries. Their interface even facilitates video-based interviews, transcribes candidates' mock interview responses and provides metrics to help candidates improve their performance in job interviews.

WriteSea's CEO, Brandon Mitchell, says the company chose Llama because it's cost effective – open source helps the company avoid API call costs and they've been able to scale rapidly to support over 100,000 users.

## The Washington Post

*The Washington Post* launched "Ask The Post," an AI tool built with Llama that helps users find answers from its published reporting, in an effort to democratize access to information and meet audiences where they are. Readers can ask the chatbot questions and receive factual responses based on information from *The Washington Post*'s article archives dating back to 2016. "Ask The Post" responds in the newspaper's voice and links to source articles, helping to ensure transparency and accountability.



Open source has been essential for *The Washington Post*. "Open source AI is helping people stay ahead, without the limitations and cost restrictions of other proprietary AI models," says Vineet Khosla, the publication's chief technology officer.

## Nanome

Nanome, a biotech software company based in San Diego, leverages Llama for Molecular Analysis and Reasoning Assistant (MARA), an AI agent that helps scientists view molecular structures in both text and 3D visual form. Powerful scientific tools are often inaccessible and expensive, slowing down the pace of

innovation in areas like biopharma research – Nanome aims to fix that with the help of open source AI.



Scientists can ask MARA questions about the structure they're viewing, and MARA provides answers and insights that can be used to further the development of new drugs and treatments.

Nanome uses Llama because of its performance and adaptability, and because it allows universities, researchers and scientists to collaborate. "Creating new medications could take years and cost billions. Our startup wants to change that," said Steve McCloskey, Nanome's Founder and CEO.

Categories:
Meta, Technology and Innovation

Tags:
Artificial Intelligence and Machine Learning, Innovation

   

RELATED NEWS

### Meta

**Encouraging Impactful Uses of AI Through Llama Impact Grants Program**

Applications are open for the Llama 3.1 Impact Grants program, designed to support the most compelling uses of our open source AI model for societal



benefit.

August 5, 2024

    

**Follow Us**

## Virtual reality
- Shop Meta Quest
- Refurbished Meta Quest 2
- VR for Good
- Forums
- Referrals
- Blog
- Creators
- Download SDKs
- Developers
- Made for Meta partner program
- Meta Quest health & safety information
- Meta Quest safety center
- VR for work

## AI glasses
- Shop Ray-Ban Stories
- Privacy information
- Terms of service
- Data policy
- Supported countries

## Support
- Shop Help Center
- Order status
- Returns
- Find a product demo
- Legal
- Facebook Help Center
- Messenger Help Center
- Instagram Help Center
- WhatsApp Help Center
- Workplace Help Center
- Meta Quest
- Meta Verified

## About us
- About Meta
- Media gallery
- Brand resources
- For investors

## Our community
- Support SMB
- Giving together
- Social impact
- Business and community growth
- VR for Good

## Our actions
- Data and privacy
- Safety and expression
- Elections
- COVID-19 response
- Regulations

© 2025 Meta | Community Standards | Data Policy | Terms | Cookie policy | United States (English)