# NAYAK EXHIBIT N







Meta_Kadrey_00093619

The Envision App and Glasses open up a world of independence, but every now and then we all need a little human help.

With hands-free video calling from your Envision Glasses, get the assistance you need from trusted friends and family members, in real-time.

Discover more



> "The first time I used Envision was to describe my own living room. Tears came to my eyes. I finally knew what my living room really looked like and I didn't hear it from somebody else. That was such an overwhelming experience. I felt it gave me back a part of me."
>
> Quote by Joy Barry

Testimonials

# Don't just take our word for it.



**Mili**

@LetsEnvision This App is amazing. From scene descriptions to text recognition - (yea, even handwriting!) This type of applications are those that really allow us to increasingly remove little by little the barrier of our disability. Keep up the excellent work!



**Vicky Cardona**

Tonight I ordered Chinese for dinner. As usual they put a bunch of sauce packets in the bag, all of which feel the same. I was able to use my Envision Glasses to identify what they were, which ones were soy sauce and which ones were duck sauce. Thanks Envision.



**Andre Luis**

Envision AI is fast and it just works. It's very easy to use, but that doesn't mean simplistic. I'm happy to say Envision does what it says on the tin and performs extremely well.

In the News

# Making headlines.







**Business Insider**

The Sight and Hearing

iF Design

Meta_Kadrey_00093620



## Our Partners

## Doing better, together.

    

