# NAYAK EXHIBIT P

https://www.llama.com/llama-impact-grants/ — March 19, 2025

∞ Meta    Documentation ⌄    Trust & Safety ⌄    Community ⌄                    Try Llama ↗    [ Download models ]    🔍

# Llama Impact Grants

Please review the program's Terms & Conditions.



⌄ Learn more about the Llama Impact Grants                                      Overview    Round 2    Round 1    Llama Impact Innovation Awards

## Overview

*The deadline for the Llama 3.1 Impact Grant applications has been extended to 11:59 PM PT on December 1, 2024.*

Recent breakthroughs in AI, and generative AI in particular, have captured the public's imagination and demonstrated they have the potential to help communities create a new era of economic and social opportunity, and provide individuals, creators, and organizations new ways to express themselves and connect with people.

Building off a legacy of open sourcing our products and tools to benefit the global community, we introduced Meta Llama 2 in July 2023 and have since introduced two updates – Llama 3, Llama 3.1, and Llama 3.2. These models demonstrate state-of-the-art performance on a wide range of industry benchmarks and offer new capabilities, including support across eight languages, lightweight 1B and 3B parameter models, and a 405B parameter version —the world's first frontier-level open source AI model.

Since Llama's release, we have continued to introduce programs intended to identify and support the use of these models for social impact, including the inaugural Llama Impact Grants in 2023 and Llama Impact Innovation Awards in 2024. These programs have solicited proposals from organizations who will use Llama to address some of the worlds' most pressing challenges, including improving education, environment, and health care outcomes, as well as those who are already using Llama to address topics such as the delivery of public services, economic development, and sustainability.

In September 2024, the winners of these programs were announced during the UN General Assembly in New York. More information on these winners can be found below and on our website.

Building upon our ongoing commitment to support impactful applications of Llama, we are excited to announce the Llama 3.1 Impact Grants.

# Llama 3.1 Impact Grants

| Learn about the tracks and their criteria | Application information | Learn more |
|---|---|---|
| - Global Events<br>- Open call for proposals | - Eligibility<br>- Selection criteria | - Webinars<br>- FAQ |

## Learn about the tracks and their criteria

Llama 3.1 Impact Grants will incorporate both an open call for proposals as well as sourcing regionally specific use-cases from a series of events around the world. Winners will be identified in both tracks.

### Global Events

At least one event will be hosted in 5 regions before the end of October. These events will include hackathons, workshops, pitch competitions, and application-based demo days where Meta technical mentors will advise developers on how to optimize for building impactful applications with Llama 3.1 or Llama 3.2.

Organizations participating in these global events will need to indicate their participation on their Llama 3.1 Impact Grant application and will be entered into an additional specialized track within the Grant program. While still eligible to receive up to $500,000 USD, at least one or more Organization per region will be selected from this track to receive up to $100,000 USD in order to continue iterating on their project. For those considering participating in these events and entering this specialized track, we encourage you to submit your application after attending the event.

| Region | Month | Location |
|---|---|---|
| Africa | September (closed) | Dakar, Senegal |
| | October (closed) | Kigali, Rwanda |
| Asia Pacific & India | October (closed) | Bangalore, India |
| | August (closed) | Bangalore, India |
| | September (closed) | Islamabad, Pakistan |
| | September (closed) | Jakarta, Indonesia |
| | September (closed) | Singapore |
| | September (closed) | Seoul, South Korea |
| | September (closed) | Sri Lanka |
| | September (closed) | Taipei, Taiwan |
| | September (closed) | Thailand (virtual) |
| | September (closed) | Tokyo, Japan |
| | October (closed) | Vietnam (virtual) |
| Europe & UK | October (closed) | Riga, Latvia |
| | November 16 - 18 | London, United Kingdom |
| | November 29 - December 1 | Rome, Italy |
| | October (closed) | Mexico City, Mexico |

| Region | Date | Location |
|---|---|---|
| Latin America | November 9 - 10 | San Paulo, Brazil |
| | November 24 - December 1 | Pan-Latin America (virtual) |
| Middle East & Turkey | October (closed) | Egypt (virtual) |
| | October (closed) | Saudi Arabia (virtual) |
| | August (closed) | Turkey (virtual) |
| | September (closed) | United Arab Emirates (virtual) |
| North America | November 22 - 24 | Austin, Texas, United States |
| | November 23 - 24 | Toronto, Canada |
| | November 8 - 10 | San Francisco, California, U.S. |

If you have questions about these events, please contact us at LlamaImpactEvent@meta.com.

## Open call for proposals

As with the first iteration of the Llama Impact Grants, we are seeking proposals from all eligible organizations with an innovative idea for how to use Llama 3.1 or Llama 3.2 to address challenges in their communities. However, applications meeting one or more of the following criteria will receive special consideration:

- Showcase the newest capabilities of Llama 3.1 or 3.2 (e.g., multilinguality)
- Lower barriers for other developers to build with Llama (e.g., enhance features such as evaluation, data preparation, or prompt engineering)
- Address one of the following topics:
  - Economic development
    - E.g., future of work; scaled business solutions; support for small businesses
  - Science and innovation
    - E.g., climate, health, accessibility, agriculture; infrastructure support
  - Public services
    - E.g., delivery of services; translation of government resources; solving challenges for policymakers; resource allocation; migration
  - Education and skills development
    - E.g., improve learning outcomes; retraining; lifelong learning

## Application Information

### Eligibility

The application window has been extended until 11:49 PM PT on December 1, 2024!

We encourage individuals affiliated with a valid business, non-profit organization, academic institution, or research institute in operation for at least one year to submit an application in keeping with the Grant program's preferred qualifications by using this link.

Please be sure to review the FAQs below and the Terms and Conditions prior to submitting, attend one of our upcoming webinars, and reach out with any additional questions.

### Selection criteria

The application will be open from August 5 - December 1st. All proposals will be evaluated using a selection criteria that assesses:

- Demonstrated utility of Llama 3.1 or Llama 3.2: Llama should be a fundamental component of the project or product, and its utility should be clearly defined. Preference will be given to those applicants who can demonstrate the utility of Llama 3.1 or Llama 3.2's new features, including multilinguality.
- Applicability: The proposed solution should measurably address social impact. Preference will be given to applicants who propose to address: economic development; science and innovation; public services; or education and skills development.
- Impact: The proposed solution should articulate a vision for how it impacts the broader problem space and provides social benefit. This might include how the solution works across geographies, addresses the needs of additional communities, or similar.
- Technical feasibility: Proposed solutions should evaluate the technical feasibility of the project, including the availability of computational resources, technical expertise, and time required for development and deployment; outline a robust plan for collecting, cleaning, and preparing the data; and detail the metrics and methods for evaluating the

- Business plan: Applicants should demonstrate an understanding of the target market, including potential users and their needs. This includes presenting data, research, or other evidence of market demand and how the fine-tuned model provides a unique value proposition or solves a specific problem better than existing solutions.

Those teams whose proposals are selected as winners will be notified by April 2025. Applicants of interest and runners up may be notified by or beyond that time. Stay tuned for program updates.

For additional information, please see the Terms and Conditions, join us for an upcoming webinar, or see the FAQ below.

## Learn more

### Webinars

Two webinars were hosted on October 2nd and 9th. FAQs were collected and updated during that event and the answers can be found below.

### FAQ

*What type of applicants are you seeking for this program?*

We are open to any business, non-profit, academic institution, and research institution with an idea for how to apply Llama 3.1 or Llama 3.2 to issues related to social impact. We have a particular interest in applications demonstrating the utility of Llama 3.1 or Llama 3.2's newest capabilities, lowering barriers for other developers to build with Llama, or addressing: economic development; science and innovation; public services; education and skills development. For specific questions regarding country eligibility and definitions of what qualify as eligible organization type, please refer to the program's Terms & Conditions.

*When are applications due?*

Applications will open August 5, 2024 at 9:00am PST and are due by 11:59 pm PST on December 1st, 2024.

*I want to attend a regional events, but the ones closest to me are full. What can I do?*

Please keep an eye on the events calendar, as we continue to add additional events throughout the year. You can also check the events in your region, even if they aren't close to you, to see if you may be eligible for virtual participation.

*What does an impactful project look like? How do I know if my proposal meets your expectations?*

We are looking for applications that 1) identify a problem area, 2) clearly explain a unique solution to address that problem, and 3) clearly explain how Llama 3.1 or Llama 3.2 is an integral component of that solution. Please see the terms and conditions and the prior Llama Impact Grant and Llama Impact Innovation Award winners for more information about what kinds of projects are eligible for the grants and for examples of past successful applications.

*Can I use Llama 3.2 in my proposal instead?*

Yes. You are welcome to use Llama 3.2 or Llama 3.1 in your proposal.

*Can two organizations partner together to submit an application?*

Yes. However only one organization can be listed as the Principal Investigator and will be the entity that will receive the payment if selected as an awardee.

*Can our organization submit an application for a product that is already using Llama?*

Applications must be for novel uses of Llama. If you have an existing application that uses Llama, you can still submit an application describing how you could build on that use in a novel way if you were selected, but applications seeking to exclusively scale existing products will not be selected.

*Are there any restrictions on applying for other grants or funding opportunities if our project is selected?*

No. There is no restriction for applying for other grants or funding opportunities.

*Does the prize award include indirect cost?*

Yes. Please reflect any overhead/indirect costs estimates in your proposal budget template and indicate how they are in line with your institutional standards.

*Can the organization that is submitting the proposal be based in the US even if the application will be primarily used in another country?*

Yes, as long as the country falls under the eligibility requirements listed in the program's terms & conditions.

*How will you determine the prize awards? Shall we submit proposals for up to $500k?*

Please submit a proposal for the funds necessary to complete your proposed project within a 12-month timeframe, and make note of where other resources would be necessary (e.g., technical mentorship). Prize amounts will be based on described need and applicability to the program.

*Can you elaborate on what it means to lower barriers for other developers?*

In addition to novel applications that directly contribute to social benefit, we are also interested in how Llama can be used to create tools that make it easier for developers to access and deploy the models. This might include contributions to Llama Stack, or open sourcing approaches for fine-tuning or other techniques that decrease compute costs for other developers.

*Can my application be submitted in my local language?*

All applications must be submitted in English. For additional information regarding submission requirements please refer to the Terms & Conditions.

*I am an AI researcher with a compelling technical application, but less familiar with the social impact problem areas. Can I still apply?*

Yes! As long as your organization qualifies as an eligible applicant as defined by the Terms & Conditions you are welcome to submit a proposal.

*What are the expectations regarding data sharing and model weights sharing from model trained/fine-tuned on non-public data?*

You are not obliged to disclose the trained model weights, or the data employed in its training.

*How many awards will be issued?*

The number of awards will vary based on the caliber of applications received. At least one award per region will be granted to organizations who have participated in a qualifying Meta event in 2024, not to exceed $100,000 USD in total prize money per region. Grand prizes for open call applicants will also be awarded, not to exceed $500,000 USD per prize. Participants in qualifying events will be automatically considered eligible for awards under both tracks.

*What kind of files should I upload to the application?*

We will not accept files uploaded to the application. You can input text or url links to external materials, including links to news articles, blogs, or other public resources describing your use of Llama 3.1.

*We have an idea, but our organization does not have AI expertise. Can we still apply?*

Yes! While technical expertise will be helpful to ensure your application contains sufficient evidence of your planned program or project, having an AI expert on staff is not required. Proposals will be evaluated using an equal weighted average between the evaluation categories listed on the program website.

*Could you provide some examples of potential applications of large-language models that may be applicable?*

For examples of other successful Llama Impact projects, read about the winners of the inaugural Llama Impact Grants and Llama Impact Innovation Awards here.

*What resources exist to assist with the development of Llama-powered applications?*

For more information about how to develop with Llama, please visit our website.

## Inaugural Llama Impact Grants

**Winners announced!**

In October 2023, we launched our Inaugural Llama Impact Grants program, looking for innovative proposals from around the world that used our open source AI models to address major challenges in education, the environment, and technological innovation. We are now excited to announce the winners of this program!

Wadhwani AI, Digital Green in partnership with One Acre Fund, and the Dana-Farber Cancer Institute will each receive $500,000 USD, and our runner-up Jacaranda Health will receive $300,000 USD to support their unique global projects.

- Wadhwani AI proposed an AI-enabled reading assessment to enhance English fluency and comprehension skills in public schools in Gujarat, India. This module will utilize Llama to generate level-appropriate paragraphs for students, allowing them to focus on and gain mastery of words that they find challenging. By fine-tuning Llama, the generated content will be culturally relevant, safe, and aligned with curriculum standards, addressing the diverse needs of students.
- Digital Green's Farmer Chat project aims to develop a multilingual AI chatbot that provides customized, on-demand agricultural advisory services to small-scale farmers in Sub-Saharan Africa. Llama will be fine-tuned on a vast repository of agricultural data to adapt the model to the specific needs and contexts of different regions. Llama's conversational capabilities will then be used to provide comprehensive and practical responses in a variety of languages including Hindi, Swahili, and Kikuyu.
- The Dana-Farber Cancer Institute (DFCI), based in the US, proposed a new open source AI platform to computationally match patients with cancer to clinical trials. They plan to use Llama 3 to summarize and comprehend unstructured clinical notes and unstructured clinical trial eligibility criteria, enabling rapid identification of appropriate trial options for individual patients. The new AI models will be integrated into DFCI's existing open source MatchMiner platform and evaluated with clinical partners.
- Runner-up Jacaranda Health aims to expand its digital health tool called PROMPTS that uses SMS behavioral nudges and an AI-enabled clinical helpdesk to empower new and expecting mothers across Kenya, Ghana, and Eswatini to seek and connect with the right care at the right time. The ultimate goal is to make PROMPTS the go-to resource for personalized maternal and newborn health support across Sub-Saharan Africa.

We're inspired by these and the many other diverse projects we've seen developers undertake around the world to positively impact their communities by building with Llama.

---

Learn about the tracks and their criteria —

### Education

Communities around the world face barriers that prevent all their members from receiving equitable access to a quality education. From supporting teachers and students with creative tooling or translation needs to personalizing and improving educational outcomes across the globe, large language models can promote opportunities that open up new troves of educational resources for those who could most benefit from them.

Applicants submitting proposals under the Education track are encouraged to consider how Llama 2 could promote the discovery of new opportunities to deliver more equitable education outcomes in their own communities. The might include (but are not limited to) the following:

- **Support for Students:** Deliver personalized content for individual students in order to convey key points in a way that they best understand. This could include personalized curriculum materials, course programs, and assessment questions that focus on areas where an individual child most needs support.
- **Support for Teachers:** Assist in grading, lesson planning, and other administrative tasks in order to allow teachers to spend more of their time teaching and supporting their students, creating a more productive teaching workforce.

### Environment

Operating sustainably and addressing environmental challenges through bold, meaningful action are paramount to our mission and essential to help the world avoid the worst effects of a dynamic environment.

Applicants submitting proposals under the Environment track are encouraged to consider how Llama 2 may be incorporated as a component of a solution to build a healthier and more sustainable world, including (but not limited to) the following:

- **Mitigation Focus:** Help us speed the discovery, testing, and scaling of new methods for reducing the levels of GHGs in the atmosphere. Applications include accelerating material science, carbon removal, NDC strategies, and just transitions.
- **Adaptation Focus:** Help us adapt to a changing environment, saving lives and protecting livelihoods. Applications include agricultural planning and management; urban resilience; and green economic development.

### Open Innovation

Environment and education are only two domains where Llama 2 could be used to positively impact society. We believe there are multiple other domains, as well as intersectional ones, where our model can have an even greater positive impact on society.

We welcome all proposals that take an innovative approach to using Llama 2 for social good, including (but not limited to) the following:

- Faster synthesis and answers from large corpuses of research, policy papers, or data sets, including deriving novel insights from unstructured text
- Improving the speed of coding new software applications that help us to understand and act quickly in a changing world
- Summarizing known side effects and anecdotal outcomes of medications to mitigate negative interactions and propose solutions to increase medication compliance
- Analysis of court records and documents to identify biases and evidentiary challenges that could reopen cases and bring about more fair judicial outcomes

# Finalists

Learn more about the 20 finalists across education, environment and open innovations below.

| Education | Environment | Open Innovation |
|---|---|---|

**Associação Nova Escola** — Nova Escola's Llama 2 is an AI-powered math teacher assistant tool that aims to enhance education quality in Brazil by providing math teachers with a tool equipped with a wide range of features. These include the tailored generation of activities and exercises aligned with the BNCC, feedback on teachers' assessment instruments, anticipation of student errors, a comprehensive resource repository, customization, and constant improvements of the tool based on teachers' feedback. The tool's conversational interface will ensure a personalized interaction, integrating with platforms like the Nova Escola website and WhatsApp for ease of use. Overall, this AI-powered assistant represents a transformative step toward more focused and effective teaching methodologies, ultimately benefiting both educators and students.

**BeneTech** — Benetech's PageAI is an AI-powered tool that aims to make STEM education more accessible for students with disabilities. By leveraging Meta Llama 2 capabilities, PageAI can generate image descriptions tailored to each neurodivergent student and provide a personalized interface within Bookshare's UI for exploring documents' text and images. With over 7 million equations already made accessible on Bookshare, PageAI has the potential to unlock countless opportunities for students with disabilities.

**Darsel** — Darsel is an education technology nonprofit that seeks to improve math learning outcomes in low- and middle-income countries through its AI-powered chatbots on WhatsApp and Facebook Messenger. Darsel aims to build a Llama 2-powered math content engine that can dynamically generate and refine learning content, manage students' learning experiences, and incorporate a reinforcement learning system for continuous improvement. This will enable Darsel to expand its content coverage and maximize its positive impact on students in resource-constrained environments.

**Kytabu** — Ummoja, meaning Unity in Swahili, is a comprehensive solution to bridge educational gaps in Kenya. By integrating Llama 2 with existing AI-powered products - Somanasi, Hodari, and Supa School - Ummoja aims to create a powerful educational ecosystem that supports teachers, students, and parents. The project addresses the digital divide by extending the benefits of technology to all learners, fostering a more equitable and inclusive education system for Kenyan communities.

**Teaching Lab** — Teaching Lab proposes to develop AI-enabled supports that merge evidence-based strategies of high quality instructional materials (HQIM) implementation with the capabilities of Llama 2, in order to create a dynamic math curriculum that is responsive to the unique needs of students while maintaining rigor. The focus will be on the middle-high school pathway from pre-algebra to algebra proficiency, and the product(s) will be piloted in New York City and other locations that have demonstrated interest in this project. Once impact has been evaluated via ongoing teacher feedback and student learning data, the product(s) will be refined and expanded to other grade levels, subject matter, and HQIM.

**Wadhwani Institute for Artificial Intelligence**

Wadhwani AI has developed Vachan Samiksha, an AI solution that conducts Oral Reading Fluency assessments using ordinary smartphones. The solution uses denoising and fine-tuned ASR models for accurate word-level analysis. Wadhwani AI aims to leverage Llama 2 to add functionalities for Oral Reading Fluency, Comprehension, and Post-assessments Remediation in English and 15 major Indian languages, impacting 200+ million students by providing personalized learning resources and efficient solutions for public schools in India.

## Challenge Structure + Timeline:

The program will be sequenced over two phases, with an interim milestone being an in-person Refinement Workshop to provide technical support to a subset of finalist proposal teams.

PHASE ONE: Open Call +

Refinement Workshop +

PHASE TWO +



  

**Documentation**
Overview
Models
Getting the Models
Running Llama
How-To Guides
Integration Guides
Community Support

**Trust & Safety**
Overview
Responsible Use Guide

**Community**
Community Stories
Open Innovation AI Research Community
Llama Impact Grants

**Resources**
AI at Meta Blog
Meta Newsroom
FAQ
Privacy Policy
Terms
Cookies