# UNGAR
# EXHIBIT A

# Lyle Ungar Curriculum Vitae

**Updated January, 2025**

Computer and Information Science Department
University of Pennsylvania
Philadelphia, PA 19104
ungar@cis.upenn.edu
(215) 898-7449
http://www.cis.upenn.edu/~ungar

## Education

| | | |
|---|---|---|
| 1979-84 | *Massachusetts Institute of Technology* | |
| | PhD in Chemical Engineering | |
| 1975-79 | *Stanford University* | |
| | BS in Chemical Engineering (with distinction) | |

## Experience

2013-24    *University of Pennsylvania* (**bold**=home department; others are secondary)
Professor of
   **Computer and Information Science**
   Bioengineering
   Genomics and Computational Biology, School of Medicine
   Operations, Information and Decisions, Wharton
   Psychology, School of Arts and Sciences

1990-2013    *University of Pennsylvania*
Associate Professor of
   **Computer and Information Science**
   Bioengineering, 2010-13
   Chemical and Biomolecular Engineering, 1990-2005
   Electrical and Systems Engineering, 1996-99
   Genomics and Computational Biology (SOM), 2002-13
   Operations and Info. Management (Wharton), 2000-13
   Psychology (School of Arts and Sciences), 2012-13

1984-90    *University of Pennsylvania*
Assistant Professor of
   **Chemical Engineering** (1984-1987)

**Computer and Information Science** (1987-90)

2007      *Google*, New York Office (on leave)

1982      *Boston Consulting Group* (summer)
                Associate: strategic business analysis

## Awards

- National Science Foundation (NSF) Graduate Fellow (1979-83)
- Presidential Young Investigator (1984-89)
- AAAS Leshner Fellow (2020-21)

## Research interests

- *Psychology:* personality, well-being, health psychology, friendship, group decision making
- *Machine learning:* deep learning, LLMs, causal and interpretable models
- *NLP and text mining:* chatbots, analysis of user-generated content, conversation analysis
- *Computer Science/Economics:* forecasting, bibliometrics, applied economics
- *Computational Biology:* genomics, proteomics, brain image analysis

## Administration at Penn (since 2000)

- Graduate Chair, *Computer and Information Science (CIS)* (2015-8)
- Associate Director, *Penn Center for Bioinformatics (PCBI)* (2004-13)
- Executive Committee, *Genomics and Computational Biology (GCB)* (2002-8)
- Admissions Committee, *Genomics and Computational Biology (GCB)* (2002-4)
- Director, *Executive Masters in Technology Management (EMTM)*, SEAS and Wharton (1996-2004)
- Director, *CIS Graduate Admissions* (2000-2)

## Public Service

**Conferences Chaired**

- IEEE International Conference on Bioinformatics and Biomedicine (BIBM), (co-chair) 2012
- ACM International Conference on Knowledge Discovery and Data Mining (SIG-KDD), 2006
- Gordon Research Conference on Statistics in Chemistry and Chemical Engineering, 1997

## Courses taught

**Undergraduate**

| | |
|---|---|
| **CIS 140/COGS 1** | **Cognitive Science** |
| ChE 231 | Thermodynamics |

| | |
|---|---|
| ChE 350 | Fluid Mechanics |
| CSE 120 | Programming Languages and Techniques |
| CSE/ChE 270 | Expert Systems |
| CSE 391 | Artificial Intelligence |
| EAS 410 | Model Building with Modern Statistics |

**Graduate**

| | |
|---|---|
| **CIS 5200** | **Machine Learning** |
| CIS 521 | Artificial Intelligence |
| **CIS 5220** | **Deep Learning** |
| CIS/GCB 535 | Introduction to Bioinformatics |
| CIS 545 | Big Data Analytics |
| CIS 620 | Machine Learning (Advanced) |
| **CIS 6220** | **Advanced Topics in Deep Learning** |
| CIS 700 | Machine Learning in Bioinformatics |
| CIS 700 | Explainable AI |
| CIS 7000 | Concepts in Deep Learning |
| **CIS 7000** | **Conversations and Conversational Bots** |
| ChE 500 | Applied Mathematics I |
| ChE 501 | Applied Mathematics II |
| ChE 640 | Fluid Dynamics |
| ChE 641 | Heat and Mass Transfer |
| ChE 700 | Bifurcation Theory |
| EMTM 554 | Data Mining |
| EMTM 605 | Advances in Artificial Intelligence |
| MGMT 560 | Management of Technology |
| MGMT 732 | Technology for Managers |

## Masters Students

| | | |
|---|---|---|
| 2022 | **Ryan Guan** | *Empathic Conversation Models for Distressful Events* |
| 2022 | **Zachary Duey** | *Revisiting Shapley values: a casual perspective* |
| 2021 | **Yiling Geng** | *Interpretation and Lexicon Creation for Predictive NLP Models* |
| 2017 | **Agrima Seth** | *Depression Analysis Using Facebook and Twitter Posts* |
| 2009 | **Paramveer Dhillon** | *Transfer Learning using Feature Selection* |
| 2003 | **Alex Vasserman** | *Identifying Chemical Names in Biomedical* |

|      |      | *Text: An Investigation of the Substring Co-occurrence Based Approaches* |
|------|------|------|
| 1988 | **Michael R. Weinstein** | *Process scheduling using artificial intelligence* |

## Doctoral Students

| | | |
|------|------|------|
| Current | **Jeffrey Cho** (CIS) | *TBD (with Sharath Guntuku)* |
| Current | **Neal Sehgal** (CIS) | *TBD (with Sharath Guntuku)* |
| Current | **Shreya Havaldar** (CIS) | *TBD (with Eric Wong)* |
| 2024 | **Tony Liu** (CIS) | *Improving Observational Causality Using Machine* |
| | Mount Holyoke College | *Learning (with Konrad Kording)* |
| 2023 | **Sal Giorgi** (CIS) | *Multi-Level Methods for Estimating* |
| *Community* | | |
| | NIH | *Language from Social Media with User and* |
| | | *Community Sociodemographics* |
| 2019 | **Joao Sedoc** (CIS) | *Building and Evaluating Conversational Agents* |
| | New York University | |
| 2016 | **Ville Satopää** (Stat) | *Partial Information Framework: Basic Theory* |
| | INSEAD | *and Applications* |
| 2014 | **Paramveer Dhillon** (CIS) | *Advances in Spectral Learning with* |
| | University of Michigan | *Applications to Text Analysis and Brain Imaging* |
| 2010 | **Perry Evans** (GCB) | *Modeling virus-host networks* |
| | Children's Hospital of Pennsylvania | |
| 2010 | **Ted Sandler** (CIS) | *Regularization and Model Selection with* |
| | Amazon | *Networks of Features* |
| 2009 | **Bill Kandylas** (CIS) | *Online clustering and citation analysis using Streemer* |
| | Microsoft | |
| 2008 | **Gary Morris** (CIS) | *Active relational learning for kinship analysis* |
| | Retired | |
| 2006 | **Jing Zhou** (ESE) | *Streaming Feature Selection* |
| | Microsoft | |
| 2005 | **Andrew Schein** (CIS) | *Active learning using A-optimality* |
| | Amaranth LLC | |
| 2004 | **Sasha Popescul** (CIS) | *Statistical Learning from Relational Databases* |
| | Google | |
| 2004 | **Panos Markopoulos** (CIS) | *The Information Gap: Understanding* |
| | University of Cyprus | *Product Information Dissemination* |
| 2003 | **Eugene Buehler** (CIS) | *Statistical Models for the analysis* |
| | NIH | *of heterogeneous biological data sets* |
| 2002 | **Roy Kwon** (ESE) | *Approximate Mechanisms and Algorithms for* |
| | University of Toronto | *Combinatorial Auctions (with G. Anandalingam)* |

| 2000 | **David Parkes** (CIS)<br>Harvard University | *Iterative Combinatorial Auctions:*<br>*Achieving Economic and Computational Efficiency* |
|------|----------------------------------------------|-----------------------------------------------------------------------------------------|
| 1999 | **Rinaldo Jose** (ChE)<br>Private practice | *On the optimal coordination of profit*<br>*maximizing divisions using auctions and price theory* |
| 1995 | **Evi Gazi** (ChE)<br>Chem. Ind. Inst.<br>Toxicology | *Verification of controllers for incompletely-*<br>*known chemical plants (with W.D. Seider)* |
| 1995 | **Jack Vinson** (ChE)<br>Pharmacia | *Automated first principles reasoning using*<br>*qualitative and quantitative models* |
| 1993 | **Bill Foster** (ChE)<br>Retired | *The significance of neuronal ionic conductances*<br>*in the cardiorespiratory nucleus of the solitary*<br>*tract of the rat and in Hodgkin-Huxley models* |
| 1993 | **Catherine Catino** (ChE)<br>Air Products | *Automated modeling of chemical plants with*<br>*application to hazard and operability studies* |
| 1993 | **Dimitris Psichogios** (ChE)<br>JP Morgan | *Process control using structured neural*<br>*networks* |
| 1990 | **Stephen Grantham** (ChE)<br>Merck | *Automated reasoning from first principles*<br>*using qualitative physics* |
| 1989 | **Charles X. Ling** (CIS)<br>U. Western Ontario | *Inductive learning and invention in domains*<br>*with primitive recursive structures* |
| 1989 | **Paul P. Durand** (ChE)<br>Exxon-Mobil | *Percolation and transport in random media*<br>*with application to high temperature*<br>*superconductors* |
| 1989 | **Thomas J. Balsano** (ChE)<br>Amoco | *Unidirectional solidification of an anisotropic*<br>*binary alloy* |
| 1989 | **Ralph Gonzales** (ESE)<br>U. Rutgers, Camden | *Learning by progressive subdivision of state*<br>*space* |
| 1988 | **Steven J. Weinstein** (ChE)<br>Kodak | *The low flow rate limit for immiscible fluid*<br>*systems in narrow gaps* |
| 1988 | **Francis X. Kelly** (ChE)<br>Exxon-Mobil | *Growth morphologies in rapid solidification* |

## Postdoctoral Fellows

| 2021-24 | **Sunny Rai** (joint with Sharath Guntuku) |
|---------|---------------------------------------------|
| 2020-22 | **Rupa Jose**<br>RAND |
| 2020-22 | **Tingting Liu** (joint with Brenda Curtis at NIH)<br>NIH |
| 2019-20 | **Rahul Ladhania**<br>University of Michigan |

| 2017-18 | **Sharath Chandra Guntuku** |
| | University of Pennsylvania |
| 2016-18 | **Kokil Jaidka** |
| | National University of Singapore |
| 2015-18 | **Anneke Buffone** (joint with Martin Seligman) |
| | Facebook |
| 2014-18 | **Daniel Preotiuc-Pietro** |
| | Bloomberg |
| 2014-16 | **Jordan Carpenter** (joint with Martin Seligman) |
| | Duke University |
| 2014-15 | **Jens Witkowski** |
| | University of Frankfurt |
| 2012-14 | **H. Andrew Schwarz** |
| | Stony Brook University |

## Publications

466. Classifying 'unstructured Text in Electronic Health Records for Mental Health Prediction Models: Large Language Model Evaluation Study. NC Cardamone, M Olfson, T Schmutte, L Ungar, T Liu, SW Cullen, NJ Williams, SC Marcus *JMIR Medical Informatics* 13 (1), e65454, 2025

465. Historical patterns of rice farming explain modern-day language use in China and Japan more than modernization and urbanization. SC Guntuku, T Talhelm, G Sherman, A Fan, S Giorgi, L Wei, LH Ungar *Humanities and Social Sciences Communications* 11 (1), 1-21, 2024

464. Large language models display human-like social desirability biases in Big Five personality surveys. A Salecha, ME Ireland, S Subrahmanya, J Sedoc, LH Ungar, JC Eichstaedt *PNAS nexus* 3 (12), page 533, 2024

463. Disparities by Race and Urbanicity in Online Health Care Facility Reviews. NKR Sehgal, AK Agarwal, L Southwick, AP Pelullo, L Ungar, ...*JAMA Network Open* 7 (11), e2446890-e2446890, 2024

462. Modeling Human Subjectivity in LLMs Using Explicit and Implicit Human Factors in Personas S Giorgi, T Liu, A Aich, K Isman, G Sherman, Z Fried, J Sedoc, L Ungar, B Curtis *Findings of the Association for Computational Linguistics: EMNLP 2024*, 7174-7188, 2024

461. Exploring a Language-Based Interest Assessment: Predicting Vocational Interests on Social Media Using Natural Language Processing. YYL Du, D Jain, YM Cho, DX Hou, SC Guntuku, L Ungar, L Tay *Journal of Career Assessment*, 10690727241289125, 2024

460. People judge others more harshly after talking to bots. KS Tey, A Mazar, G Tomaino, AL Duckworth, LH Ungar *PNAS nexus* 3 (9), page 397, 2024

459. Reply to Wang: Clarifying model performance and language markers of depression across races. S Rai, EC Stade, S Giorgi, A Francisco, AV Ganesan, LH Ungar, B Curtis, SC Guntuku *Proceedings of the National Academy of Sciences* 121 (31), e2410449121, 2024

458. Reply to De Freitas: Social media language explains less of the variance in depression of Black individuals than of White individuals. S Rai, EC Stade, S Giorgi, A Francisco, LH Ungar, B Curtis, SC Guntuku *Proceedings of the National Academy of Sciences* 121 (29), e2411458121, 2024

457. Mining for health: A comparison of word embedding methods for analysis of ehrs data. E Getzen, Y Ruan, L Ungar, Q Long *Statistics in Precision Health: Theory, Methods and Applications*, 313-338, 2024

456. Quantifying generalized trust in individuals and counties using language. S Giorgi JJ Jones A Buffone JC Eichstaedt P Crutchley DB Yaden J Elstein M Zamani J Kregor L Smith MEP Seligman ML Kern L Ungar HA Schwartz *Frontiers in Social Psychology* 2024

455. Measuring Causal Effects of Civil Communication without Randomization. T Liu, L Ungar, K Kording, M McGuire. *Proceedings of the AAAI Conference on Web and Social Media* 2024

454. Training and validation of a pandemic clinical decision support model for ventilators using collective intelligence and imitation learning. GE Weissman NS Bishop L Ungar MP Kerlin. *American Thoracic Society 2024*

453. Tapping into alcohol use during COVID: Drinking correlates among bartenders and servers, R Jose W Wang G Sherman RN Rosenthal HA Schwartz L Ungar JR McKay. *PLOS One* 2024

452. Key Language Markers of Depression on Social Media Depend on Race. S Rai, EC Stade, S Giorgi, A Francisco, LH Ungar, B Curtis, SC Guntuku. *Proceedings of the National Academy of Sciences 121 (14)*, e231983712, 2024

451. Large language models could change the future of behavioral healthcare: a proposal for responsible development and evaluation. EC Stade, SW Stirman, LH Ungar, CL Boland, HA Schwartz, DB Yaden, J Sedoc, RJ DeRubeis, RWiller, JC Eichstaedt. *NPJ Mental Health Research*
3 (1), 12, 2024

450. A cross-cultural examination of temporal orientation through everyday language on social media. XD Hou, SC Guntuku, YM Cho, G Sherman, T Zhang, M Li, L Ungar, L Tay. *PloS One 19 (3)*, e0292963, 2024

449. Language-based EMA assessments help understand problematic alcohol consumption. AH Nilsson, HA Schwartz, RN Rosenthal, JR McKay, H Vu, YM Cho, S Mahwish, AV Ganesan, L Ungar, *PloS One 19 (3)*, e0298300, 2024

448. Using Daily Language to Understand Drinking: Multi-Level Longitudinal Differential Language Analysis M Matero, H Vu, A Nilsson, S Mahwish, YM Cho, J McKay, J Eichstaedt, R Rosenthal, L Ungar, HA Schwartz, *Proceedings of the 9th Workshop on Computational Linguistics and Clinical Psychology,* 133-144, 2024

447. Differential temporal utility of passively sensed smartphone features for depression and

anxiety symptom prediction: a longitudinal cohort study. CA Stamatis, J Meyerhoff, Y Meng, ZCC Lin, YM Cho, T Liu, CJ Karr, T Liu, BL Curtis, LH Ungar, DC Mohr. *NPJ Mental Health Research* 3 (1), 1, 2024

446. Building a Multimodal Classifier of Email Behavior: Towards a Social Network Understanding of Organizational Communication. H Shah, K Jaidka, L Ungar, J Fagan, T Grosser. *Information* 14 (12), 661, 2023

445. Conditioning on Dialog Acts improves Empathy Style Transfer. R Qu, L Ungar, J Sedoc. *Findings of the Association for Computational Linguistics: EMNLP 2023*, 13254-13271, 2023

444. Smartphone sensor data estimate alcohol craving in a cohort of patients with alcohol-associated liver disease and alcohol use disorder T Wu, G Sherman, S Giorgi, P Thanneeru, LH Ungar, PS Kamath, DA Simonetto, BL Curtis, VH Shah. *Hepatology Communications* 7 (12), e0329, 2023

443. AWARE-TEXT: An Android Package for Mobile Phone Based Text Collection and On-Device Processing. S Giorgi, G Sherman, D Bellew, SC Guntuku, L Ungar, B Curtis. *Proceedings of the 3rd Workshop for Natural Language Processing Open Source Software,* 102-109, 2023

442. Specific associations of passively sensed smartphone data with future symptoms of avoidance, fear, and physiological distress in social anxiety. CA Stamatis, T Liu, J Meyerhoff, Y Meng, YM Cho, CJ Karr, BL Curtis, LH Ungar, DC Mohr, *Internet Interventions,* 34, 100683 2023

441. The online language of work-personal conflict. G Liou, J Mittal, NKR Sehgal, L Tay, L Ungar, SC Guntuku. *Scientific Reports, 13 (1)*, 21019, 2023

440. Predicting the Effect of Proton Beam Therapy Technology on Pulmonary Toxicities for Patients With Locally Advanced Lung Cancer Enrolled in the Proton Collaborative Group Prospective Clinical Trial. G Valdes, J Scholey, TF Nano, ED Gennatas, P Mohindra, N Mohammed, J Zeng, R Kotecha, LR Rosen, J Chang, HK Tsai, JJ Urbanic, CE Vargas, YY Nathan, LH Ungar, E Eaton, CB Simone. *International Journal of Radiation Oncology, Biology, Physics* 2023

439. Prospective Learning: Principled Extrapolation to the Future. A De Silva, R Ramesh, L Ungar, … and, JT Vogelstein. *Conference on Lifelong Learning Agents*, 347-357, 2023

438. A transdiagnostic, dimensional classification of anxiety shows improved parsimony and predictive noninferiority to DSM. EC Stade, RJ DeRubeis, L Ungar, AM Ruscio *Journal of Psychopathology and Clinical Science 132 (8)*, 937 2023

437. Comparison of wellbeing structures based on survey responses and social media language: A network analysis S Sametoğlu, DHM Pelt, JC Eichstaedt, LH Ungar, M Bartels *Applied Psychology: Health and Well-Being 15 (4)*, 1555-1582  2023

436. Visual Topics via Visual Vocabularies. S Havaldar, W You, L Ungar, E Wong *XAI in Action: Past, Present, and Future Applications.* NeurIPS XAIA 2023

435. Using artificial intelligence to assess personal qualities in college admissions. B Lira, M Gardner, A Quirk, C Stone, A Rao, L Ungar, S Hutt, L Hickman, SK D'Mello, A Duckworth. *Science Advances 9 (41*), eadg9405  2023

434. AI-based analysis of social media language predicts addiction treatment dropout at 90 days. B Curtis, S Giorgi, L Ungar, H Vu, D Yaden, T Liu, K Yadeta, HA Schwartz *Neuropsychopharmacology 48 (11)*, 1579-1585  2023

433. A deep learning approach to personality assessment: Generalizing across items and expanding the reach of survey-based research. S Abdurahman, H Vu, W Zou, L Ungar, S Bhatia, S Abdurahman, H Vu, W Zou, L Ungar, S Bhatia *Journal of Personality and Social Psychology*  2023

432. Fair Skill Brier Score: Evaluating Probabilistic Forecasts of One-Off Events with Different Numbers of Categorical Outcomes J Wang, B Mellers, L Ungar, V Satopää *INSEAD Working Pape*r  2023

431. Effect of integrating patient-generated digital data into mental health therapy: a randomized controlled trial. RM Merchant, L Southwick, RS Beidas, DS Mandell, SC Guntuku, A Pelullo, L Yang, N Mitra, B Curtis, L Ungar, DA Asch. *Psychiatric Services 74 (8)*, 876-879  2023

430. Depression and anxiety have distinct and overlapping language patterns: Results from a clinical interview. EC Stade, L Ungar, JC Eichstaedt, G Sherman, AM Ruscio. *Journal of Psychopathology and Clinical Science* 2023

429. Automated Detection of Interpretable Causal Inference Opportunities: Regression Discontinuity Subgroup Discovery. T Liu, P Lawlor, L Ungar, K Kording, R Ladhania *ICML 3rd Workshop on Interpretable Machine Learning in Healthcare (IMLH)* 2023

428. Automated Detection of Causal Inference Opportunities: Regression Discontinuity Subgroup Discovery T Liu, P Lawlor, L Ungar, K Kording, R Ladhania. *Transactions on Machine Learning Research*  2023

427. The value of social media language for the assessment of wellbeing: a systematic review and meta-analysis. S Sametoğlu, DHM Pelt, JC Eichstaedt, LH Ungar, M Bartels *The Journal of Positive Psychology, 1-19* 2023

426. Predicting US county opioid poisoning mortality from multi-modal social media and psychological self-report data. S Giorgi, DB Yaden, JC Eichstaedt, LH Ungar, HA Schwartz, A Kwarteng, Brenda Curtis, *Scientific reports 13 (1)*S, 9027 2023

425. Different affordances on facebook and sms text messaging do not impede generalization of language-based predictive models. T Liu, S Giorgi, X Tao, SC Guntuku, D Bellew, B Curtis, L Ungar. *Proceedings of the International AAAI Conference on Web and Social Media Volume* 17   2023

424. Analyzing text message linguistic features: Do people with depression communicate differently with their close and non-close contacts? J Meyerhoff, T Liu, CA Stamatis, T Liu, H Wang, Y Meng, B Curtis, CJ Karr, G Sherman, LH Ungar, DC Mohr,

*Behaviour Research and Therapy*, 104342   2023

423. Characterizing empathy and compassion using computational linguistic analysis. DB Yaden, S Giorgi, M Jordan, A Buffone, JC Eichstaedt, HA Schwartz, LUngar, PBloom *Emotion*   2023

422. PD-0173 Proton center variations in predicting pulmonary toxicities from proton radiotherapy of lung cancer. T Nano, G Valdes, J Scholey, A Comas-Leon, E Gennatas, W Hartsell, J Zeng, M Chuoung, M Mishra, L Rosen, J Chang, H Tsai, J Urbanic, C Vargas, L Ungar, E Eaton, C Simone. *Radiotherapy and Oncology* 182, S134   2023

421. Sa1514 Digital Phenotyping for Craving Prediction in a Cohort with Alcohol-Associated Liver Disease: A Pilot Study. T Wu, G Sherman, S Giorgi, P Thanneeru, LH Ungar, PS Kamath, D Simonetto, BL Curtis, V Shah. *Gastroenterology* 164 (6), S-1279   2023

420. OC-019 Leveraging Natural Language Processing and Artificial Intelligence to Label Unstructured Data for Risk Prediction. C Amro, A Desai, P Dattatri, T Liu, JY Hsu, RB Broach, LH Ungar, JP Fischer. *British Journal of Surgery* 110 (Supplement_2), znad080. 026 2023

419. Beyond beliefs: Multidimensional aspects of religion and spirituality in language. DB Yaden, S Giorgi, ML Kern, A Adler, LH Ungar, MEP Seligman, JC Eichstaedt *Psychology of Religion and Spirituality 15 (2)*, 272   2023

418. Detecting symptoms of depression on reddit. T Liu, D Jain, SR Rapole, B Curtis, JC Eichstaedt, LH Ungar, SC Guntuku. *Proceedings of the 15th ACM Web Science Conference 2023,* 174-183 2023

417. Insights into the accuracy of social scientists' forecasts of societal change. I Grossmann *Nature human behavior 7 (4)*, 484-501  2023

416. Author Correction: Opioid death projections with AI-based forecasts using social media language. M Matero, S Giorgi, B Curtis, LH Ungar, HA Schwartz *NPJ Digital Medicine 6 (1)*, 45 2023

415. Reddit language indicates changes associated with diet, physical activity, substance use, and smoking during COVID-19. K Wanchoo, M Abrams, RM Merchant, L Ungar, SC Guntuku *PloS one 18 (2)*, e0280337   2023

414. The trouble with talent: Semantic ambiguity in the workplace. DA Southwick, ZV Liu, C Baldwin, AL Quirk, LH Ungar, CJ Tsay, A Duckworth. *Organizational Behavior and Human Decision Processes 174*, 104223   2023

413. Current Research in Ecological and Social Psychology. S Giorgi, JC Eichstaedt, D Preotiuc-Pietro, JR Gardner, HA Schwartz, LH Ungar. *Current Research in Ecological and Social Psychology 5,* 100159  2023

412. Filling in the white space: Spatial interpolation with Gaussian processes and social media data. S Giorgi, JC Eichstaedt, D Preoţiuc-Pietro, JR Gardner, HA Schwartz, LH Ungar *Current research in ecological and social psychology 5*, 100159 2023

411. "That's Interesting!": Using Facebook Language to Predict Vocational Interests. YYL Du, D Jain,

SC Guntuku, X Hou, L Ungar, L Tay. *Academy of Management Proceedings 2023 (1)*, 10905 2023

410. Perseverative Thinking is Associated with Features of Spoken Language, EC Stade, L Ungar, S Havaldar, AM Ruscio, *Behaviour Research and Therapy*, 104307, 2023

409. Opioid Death Projections with AI-Based Forecasts Using Social Media Language, M Matero, S Giorgi, B Curtis, LH Ungar, HA Schwartz, *NPJ Digital Medicine 6 (1)*, 2023

408. Reddit Language Indicates Changes Associated with Diet, Physical Activity, Substance Use, and Smoking During COVID-19, K Wanchoo, M Abrams, RM Merchant, L Ungar, SC Guntuku, *Plos One 18 (2)*, e0280337 2023

407. Chess Lessons: Harnessing Collective Human Intelligence and Imitation Learning to Support Clinical Decisions, GE Weissman, LH Ungar, SD Halpern *Annals of Internal Medicine 176 (2)*, 274-275 2023

406. Mining for Equitable Health: Assessing the Impact of Missing Data in Electronic Health Records, E Getzen, L Ungar, D Mowery, X Jiang, Q Long, *Journal of Biomedical Informatics*, 104269 2023

405. Detecting Symptoms of Depression on Reddit, T Liu, D Jain, SR Rapole, B Curtis, JC Eichstaedt, LH Ungar, S Chandra *WebSci '23,* 2023

404. A Daily Diary Study Into the Effects on Mental Health of COVID-19 Pandemic-Related Behaviors, P Shaw, S Blizzard, G Shastri, P Kundzicz, B Curtis, L Ungar, L Koehly, *Psychological Medicine 53 (2)*, 524-532 2023

403. Effect of Integrating Patient-Generated Digital Data Into Mental Health Therapy: A Randomized Controlled Trial, RM Merchant, L Southwick, RS Beidas, DS Mandell, SC Guntuku, A Pelullo, L Yang, N Mitra, B Curtis, L Ungar, DA Asch, *Psychiatric Services*, appi. ps. 20220272 2022

402. Inducing Generalizable and Interpretable Lexica, Y Geng, Z Wu, R Santhosh, T Srivastava, L Ungar, J Sedoc *Findings of the Association for Computational Linguistics: EMNLP 2022*, 4430-4448 2022

401. Interactively Uncovering Latent Arguments in Social Media Platforms: A Case Study on the Covid-19 Vaccine Debate, ML Pacheco, T Islam, L Ungar, M Yin, D Goldwasser, *Proceedings of the Fourth Workshop on Data Science with Human-in-the-Loop (Language Advances)*, 94-111 2022

400. Prospective Associations of Text-Message-Based Sentiment With Symptoms of Depression, Generalized Anxiety, and Social Anxiety, CA Stamatis, J Meyerhoff, T Liu, G Sherman, H Wang, T Liu, B Curtis, LH Ungar, DC Mohr, *Depression and anxiety 39 (12)*, 794-804 2022

399. Life Under Stay-at-Home Orders: A Panel Study of Change in Social Interaction and Emotional Wellbeing Among Older Americans During COVID-19 Pandemic, J Lin, M Zajdel, KR Keller, FO Gilpin Macfoy, P Shaw, B Curtis, L Ungar, L Koehly, *BMC Public Health 22 (1)*, 1-13, 2022

398. Dynamics of Sadness by Race, Ethnicity, and Income Following George Floyd's Death, J Lin, P Shaw, B Curtis, L Ungar, L Koehly, *Ssm. Mental Health 2*, 100134 2022

397. Change in Social Interaction and Mental Health Among Older Americans During COVID-19 Pandemic, K Keller, J Lin, M Zajdel, FG Macfoy, P Shaw, B Curtis, L Ungar, L Koehly, *Innovation in Aging 6 (Supplement_1)*, 491-492 2022

396. Head versus heart: social media reveals differential language of loneliness from depression, T Liu, LH Ungar, B Curtis, G Sherman, K Yadeta, L Tay, JC Eichstaedt, SC Guntuku, *NPJ Mental Health Research 1 (1)*, 16 2022

395. Linguistic predictors from Facebook postings of substance use disorder treatment retention versus discontinuation, T Liu, S Giorgi, K Yadeta, HA Schwartz, LH Ungar, B Curtis, *The American Journal of Drug and Alcohol Abuse 48 (5)*, 573-585 2022

394. The development of grit and growth mindset in Chinese children, T Zhang, D Park, LH Ungar, E Tsukayama, L Luo, AL Duckworth, *Journal of Experimental Child Psychology 221*, 105450 2022

393. Evidence against risk as a motivating driver of COVID-19 preventive behaviors in the United States, MK Fullerton, N Rabb, S Mamidipaka, L Ungar, SA Sloman *Journal of Health Psychology*   *27 (9)*, 2129-2146 2022

392. Mobile Footprinting: Linking Individual Distinctiveness in Mobility Patterns to Mood, Sleep, and Brain Functional Connectivity, CH Xia, I Barnett, TM Tapera, A Adebimpe, JT Baker, DS Bassett, MA Brotman, ME Calkins, Z Cui, E Leibenluft, S Linguiti, DM Lydon-Staley, ML Martin, Moore TM, Murtha K, Piiwaa K, Pines A, Roalf DR, Rush-Goebel S, Wolf DH, Ungar LH, TD Satterthwaite, *Neuropsychopharmacology 47 (9)*, 1662-1671, 2022

391. Feasibility of Mobile Health and Social Media–Based Interventions for Young Adults With Early Psychosis and Clinical Risk for Psychosis: Survey Study OH Franco, ME Calkins, S Giorgi, LH Ungar, RE Gur, CG Kohler, SX Tang *JMIR Formative Research 6 (7)*, e30230, 2022

390. Nonsuicidal Self-Injury and Substance Use Disorders: A Shared Language of Addiction. S Giorgi, MK Himelein-Wachowiak, D Habib, L Ungar, B Curtis, *Proceedings of the Eighth Workshop on Computational Linguistics and Clinical Psychology, 177-183,* 2022

389. Data-driven exclusion criteria for instrumental variable studies T Liu, P Lawlor, L Ungar, K Kording, *Conference on Causal Learning and Reasoning,* 485-508, 2022

388. Automated Machine Learning for Risk Prediction of Incisional Hernia in Abdominal Surgery Patients, AA Talwar, AA Desai, PB McAuliffe, T Liu, V James, I Percec, RB Broach, L Ungar, JP Fischer, *Plastic and Reconstructive Surgery–Global Open 10*, 2022

387. Regional personality assessment through social media language. S Giorgi, KL Nguyen, JC Eichstaedt, ML Kern, DB Yaden, M Kosinski, MEP Seligman, LH Ungar, HA Schwartz, G Park, *Journal of Personality 90 (3*), 405-425m, 2022

386. Social Media Reveals Urban-Rural Differences in Stress across China. J Cui, T Zhang, K Jaidka, D Pang, G Sherman, V Jakhetiya, LH Ungar, SC Guntuku, *Proceedings of the International AAAI   Conference on Web and Social Media,* 16, 1, 114-124, 2022

385. Correcting Sociodemographic Selection Biases for Population Prediction from Social Media. S Giorgi, VE Lynn, K Gupta, F Ahmed, S Matz, LH Ungar, HA Schwartz, *Proceedings of the International AAAI Conference on Web and Social Media, 16*(1), 228-240, 2022

384. Using Facebook language to predict and describe excessive alcohol use. R Jose, M Matero, G Sherman, B Curtis, S Giorgi, HA Schwartz, LH Ungar *Alcoholism: Clinical and Experimental Research 46 (5)*, 836-847 2022

383. Measuring the language of self-disclosure across Corpora AK Reuel, S Peralta, J Sedoc, G Sherman, L Ungar *Findings of the Association for Computational Linguistics: ACL 2022*, 1035-1047 2022

382. An Automated Population Screening Tool to Identify Depression Among People Living with Chronic Lung Disease Using Structured and Unstructured Clinical Data. GE Weissman, TE

Kmiec, J Puhl, NS Bishop, JA Silvestri, S Sewell, A Crane-Droesch, A Summer, LH Ungar, RA Hubbard, RL Ashare, SD Halpern, and JL Hart, *C102. Using Analog or Technology Tools to Evaluate and Intervene to Improve Healthcare Delivery*, A4865-A4865 2022

381. The relationship between text message sentiment and self-reported depression. T Liu, J Meyerhoff, JC Eichstaedt, CJ Karr, SM Kaiser, KP Kording. *Journal of affective disorders 302*, 7-14 2022

380. Patient Experience and Satisfaction in Online Reviews of Obstetric Care: Observational Study. EK Seltzer, SC Guntuku, AL Lanza, C Tufts, SK Srinivas, EV Klinger. *JMIR Formative Research 6* (3), 2022

379. Getting "clean" from nonsuicidal self-injury: Experiences of addiction on the subreddit r/selfharm. MK Himelein-Wachowiak, S Giorgi, A Kwarteng, D Schriefer. *Journal of behavioral addictions 11* (1), 128-139 2022

378. A 680,000-person megastudy of nudges to encourage vaccination in pharmacies. KL Milkman, et al.. *Proceedings of the National Academy of Sciences 119* (6), e2115126119 2022

377. A Human-Centered Hierarchical Framework for Dialogue System Construction and Evaluation.    S Giorgi, F Ahmed, L Ungar, HA Schwartz 2022

376. Development and validation of a prediction model for actionable aspects of frailty in the text of clinicians' encounter notes. JA Martin, A Crane-Droesch, FC Lapite, JC Puhl, TE Kmiec, JA Silvestri. *Journal of the American Medical Informatics Association 29* (1), 109-119 2022

375. Word embeddings trained on published case reports are lightweight, effective for clinical tasks, and free of protected health information ZN Flamholz, A Crane-Droesch, LH Ungar, GE Weissman. *Journal of biomedical informatics 125*, 103971 2022

374. Megastudies improve the impact of applied behavioral science. KL Milkman et al.. *Nature* 600 (7889), 478-483 2021

373. Feasibility of Natural Language Processing in Surgery: Sensitivity and Specificity Compared to Manual Extraction. MP Morris, AN Christopher, V Patel, JA Mellia, T Liu, JY Hsu, RB Broach. LH Ungar, JP Fischer *Journal of the American College of Surgeons 233* (5), S93 2021

372. Data-driven exclusion criteria for instrumental variable studies. T Liu, P Lawlor, L Ungar, K Kording. *First Conference on Causal Learning and Reasoning* 2021

371. Effect of Posting on Social Media on Systolic Blood Pressure and Management of Hypertension: A Randomized Controlled Trial. C Mancheno, DA Asch, EV Klinger, JL Goldshear,    N Mitra, AM Buttenheim. *Journal of the American Heart Association 10* (19), e020596 2021

370. The emotional and mental health impact of the murder of George Floyd on the US population. JC Eichstaedt, GT Sherman, S Giorgi, SO Roberts, ME Reynolds. *Proceedings of the National Academy of Sciences 118* (39) 2021

369. Regional personality assessment through social media language. S Giorgi, KL Nguyen, JC Eichstaedt, ML Kern, DB Yaden, M Kosinski. *Journal of personality* 2021

368. Evaluation of changes in depression, anxiety, and social anxiety using smartphone sensor features: Longitudinal cohort study. J Meyerhoff, T Liu, KP Kording, LH Ungar, SM Kaiser, CJ Karr, DC Mohr. *Journal of medical Internet research 23* (9), e22844 2021

367. A daily diary study into the effects on mental health of COVID-19 pandemic-related behaviors. P Shaw, S Blizzard, G Shastri, P Kundzicz, B Curtis, L Ungar, L Koehly. *Psychological Medicine*, 1-9 2021

366. Characterizing Social Spambots by their Human Traits. S Giorgi, L Ungar, HA Schwartz *Findings of the Association for Computational Linguistics*: ACL-IJCNLP 2021

365. Machine learning and surgical outcomes prediction: a systematic review. O Elfanagely, Y Toyoda, S Othman, JA Mellia, M Basta, T Liu, K Kording. *Journal of Surgical Research* 264, 346-361 2021

364. Evidence against risk as a motivating driver of COVID-19 preventive behaviors in the United States. MK Fullerton, N Rabb, S Mamidipaka, L Ungar, SA Sloman. *Journal of health psychology*, 13591053211024726 2021

363. Digital Markers for Forecasting Relapse & Recovery. BL Curtis, S Giorgi, RD Ashford, HT Vu, LH Ungar, HA Schwartz. Alcoholism-Clinical and Experimental Research 45, 25A-25A 2021

362. WikiTalkEdit: A Dataset for modeling Editors' behaviors on Wikipedia. K Jaidka, A Ceolin, I Singh, N Chhaya, L Ungar. Proceedings of the 2021 Conference of the North American Chapter of the Association for Computational Linguistics: Human Language Technologies 2191-2200 2021

361. Information-seeking vs. sharing: Which explains regional health? An analysis of Google Search and Twitter trends. K Jaidka, J Eichstaedt, S Giorgi, HA Schwartz, LH Ungar *Telematics and Informatics* 59 101540 2021

360. Beyond beliefs: Multidimensional aspects of religion and spirituality in language. DB Yaden, S Giorgi, ML Kern, A Adler, LH Ungar, MEP Seligman. *Psychology of Religion and Spirituality* 2021

359. Bots and misinformation spread on social media: Implications for COVID-19. MK Himelein-Wachowiak, S Giorgi, A Devoto, M Rahman, L Ungar. *Journal of Medical Internet Research 23* (5), e26933 2021

358. Mobile footprinting: linking individual distinctiveness in mobility patterns to mood, sleep, and brain functional connectivity. CH Xia, I Barnett, T Tapera, Z Cui, T Moore, A Adebimpe, S Rush-Goebel 2021

357. (Un) happiness and voting in US presidential elections. G Ward, JE De Neve, LH Ungar, JC Eichstaedt. *Journal of personality and social psychology 120* (2), 370 2021

356. Towards Cotenable and Causal Shapley Feature Explanations. T Liu, L Ungar 2021

355. Beauty and Wellness in the Semantic Memory of the Beholder. YN Kenett, L Ungar, A Chatterjee. *Frontiers in psychology* 12 2021

354. Social media language of healthcare super-utilizers SC Guntuku, EV Klinger, HJ McCalpin, LH Ungar, DA Asch, RM Merchant *NPJ Digital Medicine* 4 (1) 1-6 2021

353. A Simulated Prospective Evaluation of a Deep Learning Model for Real-Time Prediction of Clinical Deterioration Among Ward Patients PK Shah, JC Ginestra, LH Ungar, P Junker, JRohrbach, NO Fishman, GE Weissman *Critical Care Medicine* 2021

352. Predicting Cardiovascular Risk Using Social Media Data: Performance Evaluation of Machine-Learning Models AU Andy, SC Guntuku, S Adusumalli, DA Asch, PW Groeneveld, LH Ungar, RM Merchant *JMIR cardio* 5 (1) e24473 2021

351. Well-Being Depends on Social Comparison: Hierarchical Models of Twitter Language Suggest That Richer Neighbors Make You Less Happy S Giorgi, SC Guntuku, JC Eichstaedt, C Pajot, HA Schwartz, LH Ungar *Proc. Int. AAAI Conference on Web and Social Media* (*ICWSM*) 24 2021

350. Quantifying causality in data science with quasi-experiments T Liu, L Ungar, K Kording *Nature Computational Science 1* (1) 24-32 2021

349. The rural–urban stress divide: obtaining geographical insights through Twitter K Jaidka, SC Guntuku, JH Lee, Z Luo, A Buffone, L Ungar *Computers in Human Behavior 114* 106544 2021

348. Predicting Responses to Psychological Questionnaires from Participants' Social Media Posts and Question Text Embeddings H Vu, S Abdurahman, S Bhatia, L Ungar *Proc. 2020 Conference      on Empirical Methods in Natural Language Processing: Findings* 1512-1524 2020

347. Item Response Theory for Efficient Human Evaluation of Chatbots J Sedoc, L Ungar *Proceedings of the First Workshop on Evaluation and Comparison of NLP Systems* 21-33 2020

346. Beyond Geolocation: Micro-Dialect Identification in Diglossic and Code-Switched Environments M Abdul-Mageed, C Zhang, AR Elmadany, L Ungar *Proceedings of the 2020 Conference on Empirical Methods in Natural Language Processing (EMNLP)* 5855-5876 2020

345. Studying Politeness across Cultures using English Twitter and Mandarin Weibo M Li, L Hickman, L Tay, L Ungar, SC Guntuku *Proceedings of the ACM on Human-Computer Interaction    4* (HCI) 1-15 2020

344. Studying social media language changes associated with pregnancy status, trimester, and parity from medical records SC Guntuku, JS Gaulton, EK Seltzer, DA Asch, SK Srinivas, LH Ungar, C Mancheno, EV Klinger, RM Merchant *Women's Health 16* 1745506520949392 2020

343. Tracking mental health and symptom mentions on twitter during covid-19 G Ward, JE De Neve, LH Ungar, JC Eichstaedt  *Journal of general internal medicine 35* (9) 2798-2800 2020

342. (Un) happiness and voting in US presidential elections G Ward, JE De Neve, LH Ungar, JC Eichstaedt *Journal of Personality and Social Psychology* 2020

341. Recollection versus Imagination: Exploring Human Memory and Cognition via Neural Language Models M Sap, Y Choi, NA Smith, J Pennebaker *Proceedings of the 58th Annual Meeting of the Association for Computational Linguistics* 1970-1978 2020

340. Public priorities and concerns regarding COVID-19 in an online discussion forum: longitudinal topic modeling DC Stokes, A Andy, SC Guntuku, LH Ungar, RM Merchant *Journal of general internal medicine 35* (7) 2244-2247 2020

339. Beyond Positive Emotion: Deconstructing Happy Moments Based on Writing Prompts K Jaidka, N Chhaya, S Mumick, M Killingsworth, A Halevy, L Ungar *Proceedings of the International AAAI Conference on Web and Social Media* (14) 294-302 2020

338. A Simulated Prospective Evaluation and Comparison of a Deep Learning Model for Real-Time Prediction of Adverse Outcomes from Electronic Health Record Data P Shah, JC Ginestra, LH Ungar, P Junker, JI Rohrbach, N Fishman, GE Weissman *CRITICAL CARE: HOT TOPICS FROM HEAD TO TOE* (B17) A2758-A2758 2020

337. Closed-and open-vocabulary approaches to text analysis: a review, quantitative comparison, and recommendations JC Eichstaedt, ML Kern, DB Yaden, HA Schwartz, S Giorgi, G Park, CA Hagan, V  Tobolsky, LK Smith, A Buffone, J Iwry, ME Seligman, LH Ungar *Psychological Methods* 2020

336. Linguistic analysis of empathy in medical school admission essays M Yaden, D Yaden, A Buffone, J Eichstaedt, P Crutchley, L Smith, J Cass, C Callahan, S Rosenthal, LH Ungar, A Schwartz, K Jaidka 2020

335. A report of the CL-Aff OffMyChest Shared Task: Modeling Supportiveness and Disclosure K Jaidka, I Singh, J Lu, N Chhaya, LH Ungar *Proceedings of the AAAI-20 Workshop on Affective Content Analysis, New York, USA. AAAI* 2020

334. Editorial for the 3rd AAAI-20 Workshop on Affective Content Analysis N Chhaya, K Jaidka, LH Ungar, J Healey, A Sinha 2020

333. Small steps to accuracy: Incremental belief updaters are better forecasters P Atanasov, J Witkowski, L H Ungar, B Mellers, P Tetlock *Organizational Behavior and Human Decision Processes* 160, 19-35 2020

332. Estimating geographic subjective well-being from Twitter: A comparison of dictionary and data-driven language methods K Jaidka, S Giorgi, H A Schwartz, M L Kern, L H Ungar, J C Eichstaedt *Proceedings of the National Academy of Sciences* 2020

331. Reply to Nock and Nielsen: On the work of Nock and Nielsen and its relationship to the additive tree G Valdes, J M Luna, E D Gennatas, L H Ungar, E Eaton, E S Diffenderfer, S T Jensen, C B Simone, J H Friedman, T D Solberg. *Proceedings of the National Academy of Sciences* 117 (16), 8694-8695 2020

330. Political depression? A big-data, multimethod investigation of Americans' emotional response    to the Trump presidency. A Simchon, S C Guntuku, R Simhon, L H Ungar, R R Hassin, M            Gilead *Journal of Experimental Psychology: General* 2020

329. Machine learning highlights the deficiency of conventional dosimetric constraints for prevention of high-grade radiation esophagitis in non-small cell lung cancer treated with chemoradiation, J M Luna, H H Chao, R T Shinohara, L H Ungar, K A Cengel, D A Pryma, C Chinniah, A T Berman, S I Katz, D Kontos, C B Simone, E S Diffenderfer *Clinical and Translational Radiation Oncology*, 22, 69-75 2020

328. Variability in Language used on Social Media prior to Hospital Visits S C Guntuku, H A Schwartz, A Kashyap, J S Gaulton, D C Stokes, D A Asch, L H Ungar, R M Merchant *Scientific Reports* 10 (1), 1-9 2020

327. Examining the phenomenon of quarter-life crisis through artificial intelligence and the language of Twitter S Agarwal, S C Guntuku, O C Robinson, A Dunn, L H Ungar *Frontiers in Psychology* 11, 341 2020

326. The Internet and Participation Inequality: A Multilevel Examination of 108 Countries, S Ahmed, J Cho, K Jaidka, J C Eichstaedt, L H Ungar *International Journal of Communication* 14, 22 2020

325. Exploring Substance Use Tweets of Youth in the United States: Mixed Methods Study RC Stevens, BM Brawner, E Kranzler, S Giorgi, E Lazarus, M Abera, S Huang, LH Ungar *JMIR Public Health and Surveillance* 6 (1), e16191 2020

324. Using Social Media to Track Geographic Variability in Language About Diabetes: Infodemiology Analysis H Griffis, DA Asch, HA Schwartz, LH Ungar, AM Buttenheim, FK Barg, N    Mitra, RM Merchant *JMIR diabetes* 5 (1), e14431 2020

323. Cultural Differences in Tweeting about Drinking Across the US S Giorgi, DB Yaden, JC Eichstaedt, RD Ashford, AEK Buffone, HA Schwartz, LH Ungar, B Curtis *International Journal of    Environmental Research and Public Health* 17 (4), 1125 2020

322. Young Adults With Psychotic Disorders Have Similar Access to Technology and Social Media but May be Less Active in Posting Than Clinical Risk and Psychosis-Free Peers O Franco, M Calkins, S Giorgi, L Ungar, R Gur, C Kohler, S Tang *NEUROPSYCHOPHARMACOLOGY* 44, 492-492       2019

321. Expert-augmented machine learning. E D Gennatas, J H Friedman, L H Ungar, R Pirracchio, E Eaton, L Reichman, Y Interian, C B Simone, A Auerbach, E Delgado, M J Van der Laan, T D

Solberg, and G Valdes *Proceedings of the National Academy of Sciences (PNAS)* 117 (9), 4571-4577 2020

320. Digital recovery networks: Characterizing user participation, engagement, and outcomes of a novel recovery social network smartphone application R D Ashford, S Giorgi, B Mann, C Pesce, L Sherritt, L H Ungar, B Curtis *Journal of Substance Abuse Treatment* 109, 50-55 2020

319. Machine Learning for Phone-Based Relationship Estimation: The Need to Consider Population    Heterogeneity T Liu, J Nicholas, M M Theilig, S C Guntuku, K Kording, D C Mohr, L H Ungar    *Proc. ACM on Interactive, Mobile, Wearable and Ubiquitous Computing* 2019

318. Studying expressions of loneliness in individuals using twitter: an observational study S C Guntuku, R Schneider, A Pelullo, J Young, V Wong, L H Ungar, D Polsky, K G Volpp, R Merchant    *BMJ Open* 9 (11) 2019

317. Building more accurate decision trees with the additive tree J M Luna, E D Gennatas, L H Ungar, E Eaton, E S Diffenderfer, ST Jensen, CB Simone II, JH Friedman, TD Solberg, and G Valdes *Proceedings of the National Academy of Sciences (PNAS)* 116 (40), 19887-19893 2019

316. An experimental study of recommendation algorithms for tailored health communication H S Kim, S Yang, M Kim, B Hemenway, L H Ungar, J N Cappella *Computational Communication Research* 1 (1), 103-129 2019

315. Language of ADHD in adults on social media S C Guntuku, J R Ramsay, R M Merchant, L H Ungar *Journal of attention disorders* 23 (12), 1475-1485 2019

314. The Role of Protected Class Word Lists in Bias Identification of Contextualized Word Representations J Sedoc, L Ungar *Proc. First Workshop on Gender Bias in Natural Language, ACL.* 2019

313. Unsupervised post-processing of word vectors via conceptor negation T Liu, L Ungar, J Sedoc *Proceedings of the AAAI Conference on Artificial Intelligence* 33, 6778-6785 2019

312. Studying Cultural Differences in Emoji Usage across the East and the West S C Guntuku, M Li, L Tay, L H Ungar *Proceedings of the 13th International AAAI Conference on Web and Social Media (ICWSM)*, 2019

311. What Twitter profile and posted images reveal about depression and anxiety S C Guntuku, D Preotiuc-Pietro, J C Eichstaedt, L H Ungar *Proceedings of the 13th International AAAI Conference on Web and Social Media (ICWSM)*, 2019

310. Understanding and measuring psychological stress using social media S C Guntuku, A Buffone,    K Jaidka, JC Eichstaedt, L H Ungar *Proceedings of the 13th International AAAI Conference on    Web and Social Media (ICWSM)* 2019

309. Evaluating the predictability of medical conditions from social media posts R M Merchant, D A Asch, P Crutchley, L H Ungar, S C Guntuku, J C. Eichstaedt, S Hill, K Padrez, R J Smith, H A Schwartz *PloS One* 14 (6), e0215476 2019

308. Expanding, Augmenting, and Operationalizing Ethical and Regulatory Considerations for Using   Social Media Platforms in Research and Health Care J Torous, L Ungar, I Barnett *The American    Journal of Bioethics* 19 (6), 4-6 2019

307. Chateval: A tool for chatbot evaluation J Sedoc, D Ippolito, A Kirubarajan, J Thirani, L Ungar, C Callison-Burch *Proc. 2019 North American Chapter of the ACL (NAACL)* 2019

306. Online ratings of the patient experience: emergency departments versus urgent care centers A K Agarwal, K Mahoney, A L Lanza, E V Klinger, D A Asch, N Fausti, C Tufts, L Ungar R M Merchant *Annals of emergency medicine* 73 (6), 631-638 2019

305. The language of character strengths: Predicting morally valued traits on social media D Pang, JC Eichstaedt, A Buffone, B Slaff, W Ruch, LH Ungar *Journal of Personality* 2019

304. Exploring (dis-) similarities in emoji-emotion association on twitter and weibo M Li, S Guntuku, V Jakhetiya, L Ungar *Proc. 2019 World Wide Web Conference (WWW)*, 461-467 2019

303. Paraphrase-Sense-Tagged Sentences A Cocos, C Callison-Burch *Transactions of the Association for Computational Linguistics* 7, 714-728 2019

302. Editorial for the 2nd Workshop on Affective Content Analysis (AffCon) at AAAI 2019 N Chhaya,      K Jaidka, AR Sinha, L Ungar 2019

301. Exploring (dis-)similarities in emoji-emotion association on Twitter and Weibo. M Li, SC Guntuku, V Jakhetiya, and L H Ungar. In *Proceedings of the 2nd International Workshop on Emoji Understanding and Applications in Social Media 2019*

300. (Not) Hearing happiness: Predicting fluctuations in happy mood from acoustic cues using machine learning. A C Weidman, J Sun, S Vazire, J Quoidbach, L H Ungar, and E W Dunn. *Emotion,* 2019

299. Construct validity of six sentiment analysis methods in the text of encounter notes of patients       with critical illness. G E Weissman, L H Ungar, M O Harhay, K R Courtright, and S D Halpern.       *Journal of Biomedical Informatics, 89*, 114-121, 2019.

298. The CL-aff happiness shared task: Results and key insights. K Jaidka, S Mumick, N Chhaya, and L Ungar. In *Proceedings of the 2nd Workshop on Affective Content Analysis @ AAAI (AffCon2019), 2019.*

297. Multi-attribute topic feature construction for social media-based prediction. A Morales, N Gandhi, M P S Chan, S Lohmann, T Sanchez, K A Brady, L Ungar, D Albarracin, and C Zhai. In *Proceedings of the 2018 IEEE International Conference on Big Data*, pp. 1073-1078, 2018.

296. To retweet or not to retweet: Understanding what features of cardiovascular tweets influence       their retransmission. Q Yang, C Tufts, L Ungar, S Guntuku, and R Merchant. *Journal of Health       Communication*, *23*(12), 1026-1035, 2018.

295. Fast network simulation through approximation or: How blind men can describe elephants. C W Kazer, J Sedoc, K K Ng, V Liu, and L H Ungar. *Proceedings of the 17th ACM Workshop on Hot Topics in Networks*, pp. 141-147, 2018.

294. Online ratings of the patient experience: Emergency departments versus urgent care centers.       A K Agarwal, K Mahoney, A L Lanza, E V Klinger, D A Asch, N Fausti, C Tufts, L Ungar, and R M       Merchant. *Annals of Emergency Medicine, 73*(6), 631-638, 2018.

293. The impact of actively open-minded thinking on social media communication. J Carpenter, D Preotiuc-Pietro, J Clark, L Flekova, L Smith, M L Kern, A Buffone, L Ungar, and M E P Seligman. *Judgment and Decision Making*, *13*(6), 562, 2018.

292. User-level race and ethnicity predictors from twitter text. D Preotiuc-Pietro and L Ungar. In *Proc. 27th International Conference on Computational Linguistics (ACL),* 1534-1545, 2018.

291. Cross-platform and cross-interaction study of user personality based on images on Twitter and Flickr. Z R Samani, S C Guntuku, M E Moghaddam, D Preotiuc-Pietro, and L H Ungar. *PloS One*, *13*(7), e0198660, 2018.

290. Automatic AOD relapse prediction using social media post. B L Curtis, R D Ashford, S Giorgi, C Hamilton, A Buffone, L H Ungar, and K Lynch. *Alcoholism: Clinical and Experimental Research, 42*, 280, 2018.

289. Enabling deep learning of emotion with first-person seed expressions. H Alhuzali, M Abdul-Mageed, and L Ungar. In *Proc. Second Workshop on Computational Modeling of People's Opinions, Personality, and Emotions in Social Media,* pp. 25-35, 2018.

288. Current and future psychological health prediction using language and socio-demographics of children for the CLPysch 2018 shared task. S C Guntuku, S Giorgi, and L Ungar. In *Proc. Fifth Workshop on Computational Linguistics and Clinical Psychology: From Keyboard to Clinic,* pp. 98-106, 2018.

287. ChatEval: A tool for the systematic evaluation of chatbots. J Sedoc, D Ippolito, A Kirubarajan, J Thirani, L Ungar, and C Callison-Burch. In *Proceedings of the Workshop on Intelligent Interactive Systems and Language Generation (2IS&NLG),* pp. 42-44, 2018.

286. Content analysis of metaphors about hypertension and diabetes on Twitter: Exploratory mixed-methods study. L Sinnenberg, C Mancheno, F K Barg, D A Asch, C L Rivard, E A Horst-Martz, A M Buttenheim, L Ungar, and R Merchant. *JMIR Diabetes*, *3*(4), e11177, 2018.

285. Characterizing tweet volume and content about common health conditions across Pennsylvania: Retrospective analysis. C Tufts, D Polsky, K G Volpp, P W Groeneveld, L Ungar, R M Merchant, and A P Pelullo. *JMIR Public Health and Surveillance*, *4*(4), e10834, 2018.

284. Predictive validity of multidisciplinary sentiment in the text of clinical notes of patients with critical illness. G E Weissman, L H Ungar, K R Courtright, M O Harhay, and S D Halpern. *American Journal of Respiratory and Critical Care Medicine, 197*, 2018.

283. Facebook language predicts depression in medical records. JC Eichstaedt, RJ Smith, RM Merchant, L H Ungar, P Crutchley, D Preoţiuc-Pietro, D Asch, and H A Schwartz. *Proceedings of the national Academy of Sciences (PNAS), 115*(44), 11203-11208, 2018.

282. Latent human traits in the language of social media: An open-vocabulary approach. V Kulkarni, M L Kern, D Stillwell, M Kosinski, S Matz, L Ungar, S Skiena, and H A Schwartz. *PloS One, 13*(11), e0201703, 2018.

281. Identifying locus of control in social media language. M Rouhizadeh, K Jaidka, L Smith, H A Schwartz, A Buffone, and L Ungar. In *Proceedings of the 2018 Conference on Empirical Methods in Natural Language Processing (EMNLP),* pp. 1146-1152, 2018.

280. Diachronic degradation of language models: Insights from social media. K Jaidka, N Chhaya, and L Ungar. In *Proceedings of the 56th Annual Meeting of the Association for Computational Linguistics (ACL)*, pp. 195-200, 2018.

279. Opioid discussion in the Twittersphere. R L Graves, C Tufts, Z F Meisel, D Polsky, L Ungar, and R M Merchant. *Substance Use & Misuse, 53*(13), 2132-2139, 2018.

278. Can Twitter be used to predict county excessive alcohol consumption rates? B Curtis, S Giorgi, A E Buffone, L H Ungar, R D Ashford, J Hemmons, D Summers, C Hamilton, and H A Schwartz. *PloS One, 13*(4), e0194290, 2018.

277. Inclusion of unstructured clinical text improves early prediction of death or prolonged ICU stay. G E Weissman, R A Hubbard, L H Ungar, M O Harhay, C S Greene, B E Himes, and S D Halpern. *Critical Care Medicine, 46*(7), 1125-1132, 2018.

276. Salvage HDR brachytherapy: Multiple hypothesis testing versus machine learning analysis. G Valdes, A J Chang, Y Interian, K Owen, S T Jensen, L H Ungar, A Cunha, T Solberg, and I C Hsu. *International Journal of Radiation Oncology Biology Physics, 101*(3), 694-703, 2018.

275. Patient narratives in Yelp reviews offer insight into opioid experiences and the challenges of pain management. R L Graves, J Goldshear, J Perrone, L Ungar, E Klinger, Z F Meisel, and R M Merchant. *Pain Management, 8*(2), 95-104, 2018.

274. An online risk index for the cross-sectional prediction of new HIV, chlamydia, and gonorrhea diagnoses across US counties and across years. M P S Chan, S Lohmann, A Morales, C Zhai, L Ungar, D R Holtgrave, and D Albarracín. *AIDS and Behavior, 22*(7), 2322-2333, 2018.

273. Modeling and visualizing locus of control with Facebook language. K Jaidka, A Buffone, J Eichstaedt, M Rouhizadeh, and L H Ungar. In *the Twelfth International AAAI Conference on Web and Social Media (ICWSM),* 2018.

272. Editorial for the AAAI-18 workshop on affective content analysis. N Chhaya, K Jaidka, and L H Ungar. In *Workshops at the Thirty-Second AAAI Conference on Artificial Intelligence*, 2018.

271. Facebook versus Twitter: Cross-platform differences in self-disclosure and trait prediction. K Jaidka, S C Guntuku, and L H Ungar. In *the Twelfth International AAAI Conference on Web and Social Media (ICWSM),* 2018.

270. The language of religious affiliation: Social, emotional, and cognitive differences. D B Yaden, J C Eichstaedt, M L Kern, L K Smith, A Buffone, D J Stillwell, M Kosinski, L H Ungar, M E P Seligman, and H A Schwartz. *Social Psychological and Personality Science, 9*(4), 444-452, 2018.

269. Partial information framework: Model-based aggregation of estimates from diverse information sources. V A Satopää, S T Jensen, R Pemantle, and L H Ungar. *Electronic Journal of Statistics*, *11*(2), 3781-3814, 2017.

268. Studying personality through the content of posted and liked images on Twitter. S C Guntuku, W Lin, J Carpenter, W K Ng, L H Ungar, and D Preoţiuc-Pietro. *In Proceedings of the 2017 ACM on Web Science Conference*, pp. 223-227, 2017.

267. Proper proxy scoring rules. P Witkowski, P Atanasov, L H Ungar, and A Krause. In *The Thirty-First AAAI Conference on Artificial Intelligence*, 2017.

266. Domain adaptation from user-level Facebook models to county-level twitter predictions. D Rieman, K Jaidka, H A Schwartz, and L Ungar. In *Proceedings of the Eighth International Joint Conference on Natural Language Processing, Volume 1: Long Papers*, pp. 764-773, 2017.

265. On the distribution of lexical features at multiple levels of analysis. F Almodaresi, L Ungar, V Kulkarni, M Zakeri, S Giorgi, and H A Schwartz. In *Proceedings of the 55th Annual Meeting of the Association for Computational Linguistics, Volume 2: Short Papers*, pp. 79-84, 2017.

264. Assessing objective recommendation quality through political forecasting. H A Schwartz, M Rouhizadeh, M Bishop, P Tetlock, B Mellers, and L Ungar. In *Proceedings of the 2017 Conference on Empirical Methods in Natural Language Processing*, pp. 2348-2357, 2017.

263. Personality driven differences in paraphrase preference. D Preoţiuc-Pietro, J Carpenter, and L Ungar. In *Proceedings of the Second Workshop on NLP and Computational Social Science*, pp. 17-26, 2017.

262. DLATK: Differential language analysis toolkit. H A Schwartz, S Giorgi, M Sap, P Crutchley, L Ungar, and J Eichstaedt. In *Proceedings of the 2017 Conference on Empirical Methods in Natural Language Processing: System Demonstrations*, pp. 55-60, 2017.

261. Controlling human perception of basic user traits. D Preoţiuc-Pietro, S C Guntuku, and L Ungar. In *Proceedings of the 2017 Conference on Empirical Methods in Natural Language Processing,* pp. 2335-2341, 2017.

260. Detecting depression and mental illness on social media: An integrative review. S C Guntuku, D B Yaden, M L Kern, L H Ungar, and J C Eichstaedt. *Current Opinion in Behavioral Sciences, 18*, 43-49, 2017.

259. Language of ADHD in adults on social media. S C Guntuku, J R Ramsay, R M Merchant, and L H Ungar. *Journal of Attention Disorders, 1*, 11, 2017.

258. Enhanced estimations of post-stroke aphasia severity using stacked multimodal predictions. D Pustina, H B Coslett, L Ungar, O K Faseyitan, J D Medaglia, B Avants, and M F Schwartz. *Human Brain Mapping, 38*(11), 5603-5615, 2017.

257. Personality profiles of users sharing animal-related content on social media. C Hagan, J Carpenter, L Ungar, and D Preotiuc-Pietro. *Anthrozoös, 30*(4), 671-680, 2017.

256. Towards modeling proton pencil beam scanning for accurate simulated qa: su-i-gpd-t-151. J Luna, L Ungar, J Zou, J Weimer, and E Diffenderfer. *Medical Physics, 44*(6), 2861, 2017.

255. Inclusion of unstructured text data from clinical notes improves early prediction of death or prolonged ICU stay among hospitalized patients. R Hubbard, L Ungar, C Greene, B E Himes, S D Halpern, and G E Weissman. *American Journal of Respiratory Critical Care Medicine, 195*, A1084, 2017.

254. Partial information framework: Model-based aggregation of estimates from diverse information sources. V A Satopää, S T Jensen, R Pemantle, and L H Ungar. *Electronic Journal of Statistics, 11*(2), 3781-3814, 2017.

253. Real men don't say 'cute' using automatic language analysis to isolate inaccurate aspects of stereotypes. J Carpenter, D Preotiuc-Pietro, L Flekova, S Giorgi, C Hagan, M L Kern, A E Buffone, L Ungar, and M E P Seligman. *Social Psychological and Personality Science, 8*(3), 310–322, 2017.

252. Twitter as a tool for health research: A systematic review. L Sinnenberg, A M Buttenheim, K Padrez, C Mancheno, L Ungar, and R M Merchant. *American Journal of Public Health, 107*(1),       e1–e8, 2017.

251. Variations in Facebook posting patterns across validated patient health conditions: A prospective cohort study. R J Smith, P Crutchley, H A Schwartz, L Ungar, F Shofer, K A Padrez, and R M Merchant. *Journal of Medical Internet Research, 19*(1), e7, 2017.

250. Semantic word clusters using signed spectral clustering. J Sedoc, J Gallier, D Foster, and L Ungar. In *Proceedings of the 55th Annual Meeting of the Association for Computational Linguistics, Volume 1: Long Papers,* pp. 939-949, 2017.

249. EmoNet: Fine-grained emotion detection with gated recurrent neural networks. M Abdul-Mageed and L Ungar. In *Proceedings of the 55th Annual Meeting of the Association for Computational Linguistics, Volume 1: Long Papers,* pp. 718-728, 2017.

248. Recognizing counterfactual thinking in social media texts. Y Son, A Buffone, A Janocko, A Larche, J Raso, K Zembroski, H A Schwartz, and L Ungar. In *Proceedings of the 55th Annual Meeting of the Association for Computational Linguistics, Volume 2: Short Papers,* pp. 654-658, 2017.

247. Predicting emotional word ratings using distributional representations and signed clustering. J Sedoc, D Preotiuc-Pietro, and L Ungar. In *Proceedings of the 15th Conference of the European Chapter of the Association for Computational Linguistics, Volume 2: Short Papers*, pp. 564-571, 2017.

246. Studying personality through the content of posted and liked images. S C Guntuku, W Lin, W K Ng, and L H Ungar. In *Proceedings of the 2017 ACM on Web Science Conference,* pp. 223-227, 2017.

245. Recognizing pathogenic empathy in social media. M Abdul-Mageed, A Buffone, H Peng, S Giorgi, J Eichstaedt, and L Ungar. In *the 11th International AAAI Conference on Web and Social Media (ICWSM)*, 2017.

244. Proper proxy scoring rules. J Witkowski, P Atanasov, L H Ungar, and A Krause. In *Proceedings of the 31st AAAI Conference on Artificial Intelligence* (AAAI), 2017.

243. Women are warmer but no less assertive than men: Gender and language on Facebook. G Park, D B Yaden, H A Schwartz, M L Kern, J C Eichstaedt, M Kosinski, D Stillwell, L H Ungar, and M E Seligman. *PloS One, 11*(5), e0155885, 2016.

242. Distilling the wisdom of crowds: Prediction markets vs. prediction polls. P Atanasov, P Rescober, E Stone, S A Swift, E Servan-Schreiber, P Tetlock, L Ungar, and B Mellers. *Management Science*, *63*(3), 691-706, 2016.

241. Bayesian aggregation of two forecasts in the partial information framework. P Ernst, R Pemantle, V Satopää, and L Ungar. *Statistics & Probability Letters, 119*, 170–180, 2016.

240. Action tweets linked to reduced county-level HIV prevalence in the United States: Online messages and structural determinants. M E Ireland, Q Chen, H A Schwartz, L H Ungar, and D Albarracin. *AIDS and Behavior, 20*(6), 1256–1264, 2016.

239. Gaining insights from social media language: Methodologies and challenges. M L Kern, G Park, J C Eichstaedt, H A Schwartz, M Sap, L K Smith, and L H Ungar. *Psychological Methods*, *21*(4), 507, 2016.

238. Product information websites: Are they good for consumers? P M Markopoulos, R Aron, and L H Ungar. *Journal of Management Information Systems, 33*(3), 624–651, 2016.

237. Confidence calibration in a multiyear geopolitical forecasting competition. D A Moore, S A Swift, A Minster, B Mellers, L Ungar, P Tetlock, H H Yang, and E R Tenney. *Management Science, 63*(11), 3552-3565, 2016.

236. Living in the past, present, and future: Measuring temporal orientation with language. G Park, H A Schwartz, M Sap, M L Kern, E Weingarten, J C Eichstaedt, J Berger, D J Stillwell, M Kosinski, L H Ungar, and M E P Seligman. *Journal of Personality, 85*(2), 270-280, 2016.

235. Yelp reviews of hospital care can supplement and inform traditional surveys of the patient experience of care. B L Ranard, R M Werner, T Antanavicius, H A Schwartz, R J Smith, Z F Meisel, D A Asch, L H Ungar, and R M Merchant. *Health Affairs, 35*(4), 697–705, 2016.

234. Modeling probability forecasts via information diversity. V A Satopää, R Pemantle, and L H Ungar. *Journal of the American Statistical Association, 111*(516), 1623–1633, 2016.

233. Twitter as a potential data source for cardiovascular disease research. L Sinnenberg, C L DiSilvestro, C Mancheno, K Dailey, C Tufts, A M Buttenheim, F Barg, L Ungar, H Schwartz, D Brown, D A Asch, and R M Merchant. *Jama Cardiology, 1*(9), 1032–1036, 2016.

232. Mediboost: A patient stratification tool for interpretable decision making in the era of precision medicine. G Valdes, J M Luna, E Eaton, C B Simone, L Ungar, and T Solberg. *Scientific Reports, 6*, 37854, 2016.

231. Using machine learning to predict radiation pneumonitis in patients with stage I non-small cell lung cancer treated with stereotactic body radiation therapy. G Valdes, T D Solberg, M Heskel, L Ungar, and C B Simone II. *Physics in Medicine and Biology, 61*(16), 6105, 2016.

230. Analyzing biases in human perception of user age and gender from text. L Flekova, J Carpenter, S Giorgi, L Ungar, and D Preotiuc-Pietro. In *Proceedings of the 54th Annual Meeting of the Association for Computational Linguistics (ACL)*, pp. 843–854, 2016.

229. Exploring stylistic variation with age and income on twitter. L Flekova, L Ungar, and D Preotiuc-Pietro. In *Proceedings of the 54th Annual Meeting of the Association for Computational Linguistics (ACL)*, pp. 313–319, 2016.

228. An empirical exploration of moral foundations theory in partisan news sources. D Fulgoni, J Carpenter, L Ungar, and D Preotiuc-Pietro. In *Proceedings of the Tenth International Conference on Language Resources and Evaluation (LREC 2016)*, pp. 3730-3736, 2016.

227. Analyzing personality through social media profile picture choice. L Liu, D Preotiuc-Pietro, Z R Samani, M E Moghaddam, and L Ungar. In *the Tenth International AAAI Conference on Web and Social Media* (ICWSM), 2016.

226. Studying the dark triad of personality through twitter behavior. D Preotiuc-Pietro, J Carpenter, S Giorgi, and L Ungar. In *Proceedings of the 25th ACM International on Conference on Information and Knowledge Management (CIKM)*, pp. 761–770, 2016.

225. Modelling valence and arousal in Facebook posts. D Preotiuc-Pietro, H A Schwartz, G Park, J C Eichstaedt, M Kern, L Ungar, and E P Shulman. In *Proceedings of NAACL-HLT*, pp. 9–15, 2016.

224. Discovering user attribute stylistic differences via paraphrasing. D Preotiuc-Pietro, W Xu, and L H Ungar. In *Proceedings of the Thirtieth AAAI Conference on Artificial Intelligence*, pp. 3030–3037, 2016.

223. Predicting individual well-being through the language of social media. H A Schwartz, M Sap, M L Kern, J C Eichstaedt, A Kapelner, M Agrawal, E Blanco, L Dziurzynski, G Park, D Stillwell, M Kosinski, M E P Seligman, and L Ungar. In *Biocomputing 2016: Proceedings of the Pacific Symposium,* pp. 516–527, 2016.

222. Context sensitive modeling of cancer drug sensitivity. B J Chen, O Litvin, L Ungar, and D Peer. *PloS One, 10*(8), e0133850, 2015.

221. Eigenwords: Spectral word embeddings. P S Dhillon, D P Foster, and L H Ungar. *Journal of Machine Learning Research, 16*(1), 3035–3078, 2015.

220. The mechanics of human achievement. L Duckworth, J C Eichstaedt, and L H Ungar. *Social and Personality Psychology Compass, 9*(7), 359–369, 2015.

219. Psychological language on Twitter predicts county-level heart disease mortality. J C Eichstaedt, H A Schwartz, M L Kern, G Park, D R Labarthe, R M Merchant, S Jha, M Agrawal, L A Dziurzynski, M Sap, C Weeg, E E Larson, L Ungar, and M E P Seligman. *Psychological Science, 26*(2), 159–169, 2015.

218. Future-oriented tweets predict lower county-level HIV prevalence in the United States. M E Ireland, H A Schwartz, Q Chen, L H Ungar, and D Albarracin. *Health Psychology, 34*(S), 1252, 2015.

217. Dashr: Database of small human noncoding RNA's. Y Y Leung, P P Kuksa, A Amlie-Wolf, O Valladares, L H Ungar, S Kannan, B D Gregory, and L S Wang. *Nucleic Acids Research, 44*(D1), D216-D222, 2015.

216. The psychology of intelligence analysis: Drivers of prediction accuracy in world politics. B Mellers, E Stone, P Atanasov, N Rohrbaugh, S E Metz, L Ungar, M M Bishop, M Horowitz, E Merkle, and P Tetlock. *Journal of Experimental Psychology: Applied, 21*(1), 1, 2015.

215. Identifying and cultivating superforecasters as a method of improving probabilistic predictions. B Mellers, E Stone, T Murray, A Minster, N Rohrbaugh, M Bishop, E Chen, J Baker, Y Hou, M Horowitz, L Ungar, and P Tetlock. *Perspectives on Psychological Science, 10*(3), 267–281, 2015.

214. Linking social media and medical record data: A study of adults presenting to an academic, urban emergency department. K A Padrez, L Ungar, H A Schwartz, R J Smith, S Hill, T Antanavicius, D M Brown, P Crutchley, D A Asch, and R M Merchant. *BMJ Quality & Safety*, *25*(6), 414-423, 2015.

213. Automatic personality assessment through social media language. G Park, H A Schwartz, J C Eichstaedt, M L Kern, M Kosinski, D J Stillwell, L H Ungar, and M E Seligman. *Journal of Personality and Social Psychology, 108*(6), 934, 2015.

212. Data-driven content analysis of social media: A systematic overview of automated methods. H A Schwartz and L H Ungar. *The ANNALS of the American Academy of Political and Social Science, 659*(1), 78–94, 2015.

211. Using twitter to measure public discussion of diseases: A case study. C Weeg, H A Schwartz, S Hill, R M Merchant, C Arango, and L Ungar. *JMIR Public Health and Surveillance, 1*(1), e6, 2015.

210. Twitter sentiment predicts affordable care act marketplace enrollment. C A Wong, M Sap, A Schwartz, R Town, T Baker, L Ungar, and R M Merchant. *Journal of Medical Internet Research, 17*(2), e51, 2015.

209. Crowdsourcing for NLP. C Callison-Burch, L H Ungar, and E Pavlick. In *HLT-NAACL*, pp. 2–3, 2015.

208. Analyzing crowdsourced assessment of user traits through twitter posts. L Flekova, S Giorgi, J Carpenter, L Ungar, and D Preotiuc-Pietro.  In *Third AAAI Conference on Human Computation and Crowdsourcing* (HCOMP), 2015.

207. The role of personality, age and gender in tweeting about mental illnesses. D Preotiuc-Pietro, J Eichstaedt, G Park, M Sap, L Smith, V Tobolsky, H A Schwartz, and L Ungar. In *Proceedings of the 2nd Workshop on Computational Linguistics and Clinical Psychology: From Linguistic Signal to Clinical Reality*, pp. 21-30, 2015.

206. Mental illness detection at the world well-being project for the clpsych 2015 shared task. D Preotiuc-Pietro, M Sap, H A Schwartz, and L Ungar. In *Proceedings of the 2nd Workshop on Computational Linguistics and Clinical Psychology: From Linguistic Signal to Clinical Reality,* pp. 40-45, 2015.

205. Two reasons to make aggregated probability forecasts more extreme. J Baron, B A Mellers, P E Tetlock, E Stone, and L H Ungar. *Decision Analysis, 11*(2), 133–145, 2014.

204. Characterizing the emergence of two nanotechnology topics using a contemporaneous global micro-model of science. K W Boyack, R Klavans, H Small, and L Ungar. *Journal of Engineering and Technology Management, 32*, 147–159, 2014.

203. Probability aggregation in time-series: Dynamic hierarchical modeling of sparse expert beliefs. V Satopää, S Jenson, B Mellers, P Tetlock, and L Ungar. *The Annals of Applied Statistics, 8*(2), 1256–1280, 2014.

202. Combining multiple probability predictions using a simple logit model. V Satopää, J Baron, B Mellers, P Tetlock, D Foster, and L Ungar. *International Journal of Forecasting, 30*(2), 344-356,    2014.

201. Psychological strategies for winning a geopolitical forecasting tournament. B Mellers, L Ungar, J Baron, J Ramos, B Gurcay, K Fincher, S E Scott, D Moore, P Atanasov, S A Swift, T Murray, E    Stone, and P E Tetlock. *Psychological Science, 25*(5), 1106–1115, 2014.

200. The power of neuroimaging biomarkers for screening frontotemporal dementia. C T McMillan, B B Avants, P Cook, L Ungar, J Q Trojanowski, and M Grossman. *Human Brain Mapping, 35*(9), 4827-4840, 2014

199. Classification of individual articles from all of science by research level. K W Boyack, M Patek, L H Ungar, P Yoon, and R Klavans. *Journal of Informatics, 8*(1), 1-12, 2014.

198. A behaviorally informed survey-powered market agent. J Inchauspe, P Atanasov, B Mellers, P Tetlock, and L Ungar. *Journal of Prediction Markets, 8*(2), 2014.

197. From "Sooo excited!!!" to "So proud": Using language to study development. M L Kern, J C Eichstaedt, H A Schwartz, G Park, L H Ungar, D J Stillwell, M Kosinski, L Dziurzynsk, and M E P Seligman. *Developmental Psychology 50*(1), 178, 2014.

196. Spectral learning of latent-variable pcfgs: Algorithms and sample complexity. S B Cohen, K Stratos, M Collins, D P Foster, and L H Ungar. *Journal of Machine Learning Research, 15*(1), 2399–2449, 2014.

195. Subject-specific functional parcellation via prior based eigenanatomy. P S Dhillon, D A Wolk, S R Das, L H Ungar, J C Gee, and B B Avants. *NeuroImage, 99*, 14–27, 2014.

194. The 2013 US government shutdown (# shutdown) and health: An emerging role for social media. R M Merchant, Y P Ha, C A Wong, H A Schwartz, M Sap, L H Ungar, and D A Asch. *American Journal of Public Health, 104*(12), 2248–2250, 2014.

193. A risk comparison of ordinary least squares vs ridge regression. P Dhillon, D Foster, S Kakade and L Ungar. *The Journal of Machine Learning Research, 14*(1), 1505-1511, 2013.

192. Personality, gender, and age in the language of social media: The open-vocabulary approach. H A Schwartz, J C Eichstaedt, L Dziurzynski, E Blanco, M L Kern, M Kosinski, D Stillwell, M E P Seligman, and L H Ungar. *PLoS One, 8*(9), e73791, 2013.

191. The online social self: An open vocabulary approach to personality. M L Kern, J C Eichstaedt, H A Schwartz, L Dziurzynski, L H Ungar, S M Ramones, M Agrawal, A Shah, M Kosinski, D Stillwell, and M E P Seligman. *Assessment*, 2013.

190. Using machine learning and high-throughput RNA sequencing to classify the precursors of small non-coding RNAs. P Ryvkin, Y Y Leung, L H Ungar, B D Gregory, and L S Wang. *Methods, 67*(1), 28-35, 2013.

189. Lessons learned about public health from online crowd surveillance. S Hill, R Merchant, and L Ungar. *Big Data, 1*(3), 160-167, 2013.

188. CoRAL: Predicting non-coding RNAs from small RNA-sequencing data. Y Y Leung, P Ryvkin, L H Ungar, B D Gregory, and L S Wang. *Nucleic Acids Research, 41*(14), e137, 2013.

187. Online discussion of drug side effects and discontinuation among breast cancer survivors. J J Mao, A Chung, A Benton, S Hill, L Ungar, C Leonard, S Hennessy, and J H Holmes. *Pharmacoepidemiology and Drug Safety, 22*(3), 256-262, 2013.

186. New subsampling algorithms for fast least squares regression. P Dhillon, Y Lu, D Foster, and L Ungar. In *Neural Information Processing Systems (NIPS),* pp. 360-368, 2013.

185. Faster ridge regression via the subsampled randomized hadamard transform. Y Lu, P Dhillon, D Foster, and L Ungar. In *Neural Information Processing Systems (NIPS),* pp. 369-377, 2013.

184. Using regression for spectral estimation of HMMs. J Rodu, D Foster, L Ungar, and W Wu. In *Proceedings of the First International Conference on Statistical Language and Speech Processing (SLSP)*, pp. 212-223, 2013.

183. Spectral learning of latent-variable PCFGs. S B Cohen, K Stratos, M Collins, D P Foster, and L Ungar. In *Proceedings of the Conference of the North American Chapter of the Association for Computational Linguistics: Human Language Technologies (NAACL-HLT), Volume 1*, pp. 223-231, 2013.

182. Choosing the right words: Characterizing and reducing error of the word count approach. H A Schwartz, J Eichstaedt, E Blanco, L Dziurzyski, M L Kern, S Ramones, M E P Seligman, and L Ungar. In *Proceedings of the Second Joint Conference on Lexical and Computational Semantics* (*SEM-2013), *Volume 1*, pp. 296-305, 2013.

181. Characterizing geographic variation in well-being using tweets. H A Schwartz, J Eichstaedt, R Lucas, L Dziurzynski, M L Kern, G Park, M Agrawal, S K Lakshmikanth, S Jha, M E P Seligman, and L Ungar. In *the International AAAI Conference on Weblogs and Social Media* (ICWSM), 2013.

180. Toward personality insights from language exploration in social media. H A Schwartz, J Eichstaedt, L Dziurzynski, M Kern, E Blanco, M Kosinski, D Stillwell, M E P Seligman, and L H Ungar. In *AAAI-2013 Spring Symposium: Analyzing Microtext*, 2013.

179. The Marketcast method for aggregating prediction market forecasts. P Atanasov, B Mellers, L Ungar, P Tetlock, P Rescober, and E Servan-Schreiber. In *Proceedings of the International Conference on Social Computing, Behavioral-Cultural Modeling, & Prediction* (SBP13), pp. 28-37, 2013.

178. How do infomediaries affect firms information strategies, and how do they impact buyer and social welfare? P Markopoulos, R Aron, and L Ungar. In *Proceedings of the International Conference of Information Systems (ICIS), Volume 2*, pp. 1897-1915, 2013.

177. Medpie: An information extraction package for medical message board posts. A Benton, J H Holmes, S Hill, A Chung, and L Ungar. *Bioinformatics, 20*, 2012.

176. Improving supervised sense disambiguation with web-scale selectors. H A Schwartz, F Gomez, and L H Ungar. In *Proceedings of COLing-2012: the 24th International Conference on Computational Linguistics*, pp. 2423-2440, 2012.

175. New insights from coarse word sense disambiguation in the crowd. A Kapelner, K Kaliannan, H A Schwartz, L Ungar, and D Foster. In *Proceedings of COLing-2012: the 24th International Conference on Computational Linguistics*, pp. 539-548, 2012.

174. Spectral dependency parsing with latent variables. P Dhillon, J Rodu, M Collins, D Foster, and L Ungar. In *Proceedings of the 2012 Joint Conference on Empirical Methods in Natural Language Processing and Computational Natural Language Learning*, pp. 205-213, 2012.

173. Spectral learning of latent-variable PCFGs. S Cohen, K Stratos, M Collins, D Foster, and L Ungar. In *Proceedings of the 50th Annual Meeting of the Association for Computational Linguistics, Volume 1: Long Papers*, pp. 223-231, 2012.

172. Using CCA to improve CCA: A new spectral method for estimating vector models of words. P Dhillon, D Foster, and L Ungar. In *ICML*, 2012.

171. Using word similarities to better estimate sentence similarity. S Jha, H A Schwartz, and L H Ungar. In *Proceedings of the First Joint Conference on Lexical and Computational*

*Semantics-Volume 1: Proceedings of the main conference and the shared task, and Volume 2: Proceedings of the Sixth International Workshop on Semantic Evaluation*, pp. 679-683, 2012.

170. Characterizing emergence using a detailed micromodel of science: Investigating two hot topics in nanotechnology. K W Boyack, R Klavans, H Small and L Ungar. In *Proceedings of the PICMET'12: Technology Management for Emerging Technologies*, pp. 2605-2611, 2012.

169. Partial sparse canonical correlation analysis (PSCCA) for population studies in medical imaging. P Dhillon, B Avants, L Ungar, and J Gee. In *Proceedings of the 2012 9th IEEE International Symposium on Biomedical Imaging*, pp. 1132-1135, 2012.

168. Spectral methods for estimating probabilistic language models. L Ungar, P Dhillon, J Rodu, M Collins, and D Foster. *Snowbird Learning Workshop*, 2012.

167. Online discussion of drug side effects and adherence behaviors by breast cancer survivors. J J Mao, A Chung, A Benton, S Hill, L Ungar, C Leonard, S Hennessy, and J Holmes. In *Proceedings of the Sixth Biennial Cancer Survivorship Research Conference: Translating Science to Care*, 2012.

166. Extracting templates from radiology reports using sequence alignment. S Wu, C Langlotz, P Lakhani, and L Ungar. *International Journal of Data Mining and Bioinformatics, 6*(6), 633-650, 2012.

165. The rise of H1N1 influenza and internet search for natural supplements. S Hill, J Mao, L Ungar, S Hennessy, C E Leonard, and J H Holmes. *Journal of Medical Internet Research, 13*(2), e36, 2011.

164. VIF regression: A fast regression algorithm for large data. D Lin, D P Foster, and L H Ungar. *Journal of the American Statistical Association, 106*(493), 232–247, 2011.

163. Limitations of threshold-based brain oxygen monitoring for seizure detection. S Park, A Roederer, R Mani, S Schmitt, P D LeRoux, L H Ungar, I Lee, and S E Kasner. *Neurocritical Care 15*(3), 469-476, 2011.

162. Minimum description length penalization for group and multi-task sparse learning. P S Dhillon, D Foster, and L Ungar. *Journal of Machine Learning Research, 12*, 525–564, 2011.

161. Multi-view learning of word embeddings via CCA. P Dhillon, D Foster, and L Ungar. In *Neural Information Processing Systems (NIPS),* pp. 199-207, 2011.

160. A system for de-identifying medical message board text. A Benton, S Hill, L Ungar, A Chung, C Leonard, C Freeman, and J H Holmes. *BMC Bioinformatics, 12*(3), S2, 2011.

159. Dementia induces correlated reductions in white matter integrity and cortical thickness:  A multivariate neuroimaging study with sparse canonical correlation analysis. B B Avants, P A Cook, L Ungar, J C Gee, and M Grossman. *NeuroImage 50*(3), 1004-1016, 2010.

158. Sequence alignment reveals possible MAPK docking motifs on HIV proteins. P Evans, A Sacan, L Ungar, and A Tozeren. *PLoS One, 5*(1), e8942, 2010.

157. Positioning knowledge: Schools of thought and new knowledge creation. S P Upham, L Rosenkopf, and L H Ungar. *Scientometrics, 83*(2), 555-581, 2010.

156. Innovating knowledge communities: An analysis of group collaboration and competition in science and technology. P Upham, L Rosenkopf, and L H Ungar. *Scientometrics 83*(2), 525-554, 2010.

155. Information markets for product attributes: A game theoretic, dual pricing mechanism. P M Markopoulos, R Aron, and L H Ungar. *Decision Support Systems, 49*, 187-199, 2010.

154. Analyzing knowledge communities using foreground and background clusters. V Kandylas, S Upham, and L H Ungar. *ACM Transactions on Knowledge Discovery from Data (TKDD), 4*(2), 1-35, 2010.

153. Discovery of significant emerging trends. S Goorha and L Ungar. In *Proceedings of the 16th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining,* pp. 57–64, 2010.

152. Mining internet conversations for evidence of supplement-associated adverse events. J H Holmes, A Benton, A Chung, C Freeman, S Hennessy, S Hill, C Leonard, J Mao and L Ungar. In *Proceedings of the AMIA 2010 Symposium Proceedings* (AMIA-1851-A2009), p. 1082, 2010.

151. A new approach to lexical disambiguation of arabic text. R Shah, P Dhillon, M Liberman, D Foster, M Maamouri, and L Ungar. In *Proceedings of the 2010 Conference on Empirical Methods in Natural Language Processing*, pp. 725–735, 2010.

150. Feature selection using multiple streams. P Dhillon, D Foster, and L Ungar. In *Proceedings of the Thirteenth International Conference on Artificial Intelligence and Statistics (AISTATS): Journal of Machine Learning Research - Proceedings Track 9*, pp. 153-160, 2010.

149. Prediction of HIV-1 virus-host protein interactions using virus and host sequence motifs. P Evans, W Dampier, L Ungar, and A Tozeren. *BMC Medical Genomics, 2*(27), 2009.

148. Host sequence motifs shared by HIV predict response to antiretroviral therapy. W Dampier, P Evans, L Ungar, and A Tozeren. *BMC Medical Genomics, 2*(47), 2009.

147. Multi-task feature selection using the multiple inclusion criterion (MIC). P Dhillon, B Tomasik,    D Foster and L Ungar. In *Proceedings of the ECML-PKDD (European Conference on Machine    Learning)*, pp. 276-289, 2009.

146. Transfer learning, feature selection and word sense disambiguation. P Dhillon and L Ungar. In    *Proceedings of the ACL-IJCNLP (Annual Meeting of the Association of Computational    Linguistics),* pp. 257-260, 2009.

145. Gamma-band ECoG correlates of human cognitive representations. J Jacobs, L H Ungar, and M J Kahana. Program No. 279.2. Chicago, IL: *Society for Neuroscience*, 2009.

144. Efficient clustering of web-derived data sets. L Sarmento, A Kehelenbeck, E Oliveira, and L Ungar. In *Proceedings of the International Conference on Machine Learning and Data Mining* (MLDM), pp. 393-412, 2009.

143. Transfer learning using feature selection. P S Dhillon, D P Foster, and L H Ungar. In *Proceedings of the ACL-IJCNLP 2009 Conference Short Papers*, pp. 257-260, 2009.

142. An approach to web-scale named-entity disambiguation. L Sarmento, A Kehelenbeck, E Oliveira, and L Ungar. In *Proceedings of the International Conference on Machine Learning and Data Mining* (MLDM), pp. 689-703, 2009.

141. Resolving identity uncertainty with learned random walks. T Sandler, L H Ungar, and K Crammer. In *Proceedings of the International Conference on Data Mining* (ICDM), pp. 457-465, 2009.

140. A predictive model for identifying mini-regulatory modules in the mouse genome. M Yaragatti, T Sandler, and L Ungar. *Bioinformatics, 25*(3), 353-357, 2008.

139. A model of market power and efficiency in private electronic exchanges. R Aron, L Ungar, and A Valluri. *European Journal of Operational Research (EJOR), 187*, 922-942, 2008.

138. Regularized learning with networks of features. T Sandler, J Blitzer, P P Talukdar, and L H Ungar. In *Neural Information Processing Systems (NIPS),* pp. 1401-1408, 2008.

137. Protein-protein interaction network alignment by quantitative simulation. P Evans, T Sandler,      and L Ungar. In *Proceedings of the 2008 IEEE International Conference on Bioinformatics and      Biomedicine* (BIBM '08), pp. 325-328, 2008.

136. Multiway clustering for creating biomedical term sets. V Kandylas, L Ungar, T Sandler, and S Jensen. In *Proceedings of the 2008 IEEE International Conference on Bioinformatics and Biomedicine* (BIBM '08), pp. 449-452, 2008.

135. Using text mining to analyze user forums. R Feldman, M Fresko, J Goldenberg, O Netzer, and L Ungar. In *Proceedings of the 5th IEEE ICSSSM'08*, pp. 1-5, 2008.

134. Web-scale named entity recognition. C Whitelaw, A Kehlenbeck, N Petrovic and L Ungar. In *Proceedings of the ACM 17th Conference on Information and Knowledge Management* (CIKM), pp. 123-132, 2008.

133. Using sequence classification for filtering web pages. B Rosenfeld, R Feldman, and L H Ungar. In *Proceedings of the ACM 17th Conference on Information and Knowledge Management* (CIKM), pp. 1355-1356, 2008.

132. Efficient feature selection in the presence of multiple feature classes. P S Dhillon, D Foster and L H Ungar. In *Proceedings of the IEEE International Conference on Data Mining* (ICDM), pp. 779-784, 2008.

131. Scalable methods for extracting named entities from the web. C Whitelaw, A Kehlenbeck, L Sarmento, and L Ungar, *INFORMS*, 2008 (abstract only).

130. In defense of L0. D Lin, D Foster and L Ungar. *ICML-2008 Workshop on Sparse Optimization and Variable Selection*, 2008.

129. Information theory-based feature selection. D P Foster and L H Ungar. *Fourteenth Yale Workshop on Adaptive and Learning Systems*, 2008.

128. Learning with locally linear feature regularization. T Sandler, J Blitzer, and L Ungar. *Snowbird Learning Workshop*, 2008.

127. Maximal subset feature selection for bioinformatics. D P Foster, A Goldenberg, and L H Ungar. *Snowbird Learning Workshop*, 2008.

126. Finding cohesive clusters for analyzing knowledge communities. V Kandylas, S P Upham, and L H Ungar. *Knowledge and Information Systems, 17*(3), 335-354, 2008.

125. Active learning for logistic regression: An evaluation. A I Schein and L Ungar. *Machine Learning Journal, 68*(3), 235-265, 2007.

124. MetaProm: a neural network based meta-predictor for alternative human promoter prediction. J Wang, S Hannenhalli, and L H Ungar. *BMC Genomics, 8*, 374, 2007.

123. Extracting product comparisons from discussion boards. R Feldman, M Fresko, J Goldenberg, O Netzer and L Ungar. In Proceedings of the *Seventh IEEE International Conference on Data Mining* (ICDM), pp. 469-474, 2007.

122. Innovating Knowledge Communities. P Upham, L Rosenkopf, and L Ungar, 2007. Academy of Management Meeting, Philadelphia, PA (selected for the "Best Paper Proceedings of the 2007 Academy of Management Meeting.")

121. Streaming feature selection. J Zhou, D Foster, R Stine, and L Ungar. *Journal of Machine Learning Research (JMLR), 7*(Sep), 1861–1885, 2006.

120. Identification of potential CSF biomarkers in ALS. G M Pasinetti, L H Ungar, D J Lange, S Yemul, H Deng, X Yuan, R H Brown, M E Cudknowicz, K Newhall, E Peskind, S Marcus, and L Ho. *Neurology, 66*(8), 1218-1222, 2006.

119. An empirical study of the behavior of active learning for word sense disambiguation. J Chen, A Schein, L Ungar and M Palmer. In *Proceedings of HLT-NAACL 06*, pp. 120-127, 2006.

118. Automatic term list generation for entity tagging. T Sandler, A I Schein, and L H Ungar. *Bioinformatics*, 651-657, 2005.

117. Iterative Combinatorial Auctions with Bidder-determined Combinations. R Kwon, A Anandalingam, and L Ungar. *Management Science, 51*(3), 407-418, 2005.

116. CROC: A new metric for recommender system evaluation. I Schein, A Popescul, L H Ungar, and D M Pennock. *Journal of Electronic Commerce Research 5*(1), 51-74, 2005.

115. Is online product information driven by quality or differentiation? P M Markopoulos, R Aron, and L H Ungar. In *Proceedings of the International Conference of Information Systems* (ICIS-2005), p. 66, 2005.

114. Using prior knowledge to improve genetic network reconstruction from microarray data. A Bahl, P Le, and L Ungar. *In Silico Biology, 4*(3), 335-353, 2004.

113. The CRASSS algorithm for integrating annotation data with hierarchical clustering results. E C Buehler, J R Sachs, K Shao, A Bagchi, and L Ungar. *Bioinformatics*, 1367-4803, 2004.

112. Cluster-based concept invention for statistical relational learning. A Popescul and L Ungar. In *Proceedings of the 10th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining*, pp. 665-670, 2004.

111. Genomic characterization of synaptic proteins, SynapseDB. M Bucan and L Ungar. *The Biology of Genomes* (Cold Spring Harbor May, 2004). (abstract only), 2004.

110. Integrated annotation for biomedical information extraction. S Kulick, A Bies, M Liberman, M Mandel, R McDonald, M Palmer, A Schein, and L Ungar. In *HLT/NAACL*, Boston, May, 2004.

109. Dual pricing in electronic markets. P Markopoulos, R Aron and L H Ungar. In *Proceedings of the International Conference on Information Systems (ICIS-2003),* p. 41, 2003.

108. Statistical relational learning for document mining. A Popescul, L H Ungar, S Lawrence, and K M Pennock. In *Proceedings of the International Conference on Data Mining (ICDM-2003)*, pp. 275-282, 2003.

107. Using reinforcement learning to refine autonomous robot controllers. G Grudic, V Kumar and L Ungar. In *Proceedings of the International Conference on Intelligent Robots and Systems (IROS),* pp. 406-411, 2003.

106. Mixtures of conditional maximum entropy models. D Pavlov, A Popescul, D M Pennock, and L H Ungar. In *Proceeding of the International Conference on Machine Learning (ICML)*, pp. 584-591, 2003.

105. Structural logistic regression for link prediction. A Popescul and L H Ungar. *KDD Workshop on Multi-Relational Data Mining* and a similar paper, Statistical relational learning for link prediction. A Popescul and L H Ungar, *IJCAI-03 Workshop on Relational Learning*, 2003.

104. A combinatorial auction-based method for supply chain management. R Kwon and L Ungar. *Institute for Operations Research and the Management Sciences (INFORMS)*, 2003.

103. Static and dynamic analysis of the internet's susceptibility to faults and attacks. S T Park, A Khrabrov, D M Pennock, S Lawrence, C L Giles, and L H Ungar. *IEEE Infocom, 3,* 2144-2154, 2003.

102. A generalized linear model for principal component analysis of binary data. L K Saul and L H Ungar. *Aistats, 3*(9), 10, 2003.

101. Rates of convergence of performance gradient estimates using function approximation and bias in reinforcement learning. G Grudic and L Ungar. In *Neural Information Processing Systems (NIPS),* p. 14, 2002.

100. Dual pricing and information deficit in electronic markets. P Markopoulos, R Aron, and L H Ungar. In *Proceedings of the International Conference on Information Systems*, 2003; earlier version appeared in *Workshop on Information Systems and Economics*, 2002.

99. Towards structural logistic regression: Combining relational and statistical learning. L Popescul, L H Ungar, S Lawrence, and D M Pennock. In *Proceedings of the Eighth ACM SIGKDD International Conference on Knowledge Discovery and Data Mining (Workshop on Multi-Relational Data Mining),* 2002.

98. Methods and metrics for cold-start recommendations. I Schein, A Popescul, L H Ungar, and D M Pennock. In *Proceedings of the 25ht Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pp. 253-260, August, 2002.

97. Chloroplast transit peptide prediction: A peek behind the black box. A I Schein, J C Kissinger, and L H Ungar. *Nucleic Acids Research Methods, 29*(16), e82, 2001.

96. Pricing price information in E-commerce. P M Markopoulos and L H Ungar. In *Proceedings of the ACM Conference on Electronic Commerce*, pp. 260-263, 2001.

95. Towards learning by ontological leaps. L Ungar and D Foster. In *Snowbird Learning Workshop*, 2001.

94. A primal-dual algorithm for winner determination in combinatorial auctions. R Kwon, G Anandalingam, and L H Ungar. *INFORMS,* 2001.

93. Maximum entropy methods for biological sequence modeling. E Buehler and L H Ungar. In *Proceedings of the 1st International Conference on Data Mining in Bioinformatics (BIOKDD 2001 Workshop),* pp. 60-64, 2001.

92. Generative models for cold-start recommendations. A Schein, A Popescul, L H Ungar, and D M Pennock. In *Workshop on Recommender Systems, SIGIR-2001*, 2001.

91. Exploiting multiple secondary reinforcers in policy gradient reinforcement learning. G Z Grudic and L H Ungar. *IJCAI 2001, 17*(1), 965-972, 2001.

90. Probabilistic models for unified collaborative and content-based recommendation in sparse-data environments. A Popescul, L H Ungar, D M Pennock, and S Lawrence. In *Proceedings of the Uncertainty in AI Conference*, 2001.

89. Efficient reinforcement learning for robots. G Z Grudic and L H Ungar. In *Yale Workshop on Adaptive and Learning Systems*, 2001.

88. Pricing interprocess streams using slack auctions. R A Jose and L H Ungar. *AIChE Journal*, *46*(3), 575-587, 2000.

87. Estimating monotonic functions and their bounds. H Kay and L H Ungar. *AIChE Journal*, *46*(12), 2425-2434, 2000.

86. Iterative combinatorial auctions: Theory and practice. D C Parkes and L H Ungar. In *Proceedings of the 18th National Conference on Artificial Intelligence*, pp. 74-81, 2000.

85. Preventing strategic manipulation in iterative auctions: Proxy-agents and price-adjustment. D C Parkes and L H Ungar. In *Proceedings of the 18th National Conference on Artificial Intelligence*, pp. 82-89, 2000.

84. Localizing search in reinforcement learning. G Z Grudic and L H Ungar. In *Proceedings of the 18th National Conference on Artificial Intelligence*, pp. 590-595, 2000.

83. Localizing policy gradient estimates to action transitions. G Z Grudic and L H Ungar. In *International Conference on Machine Learning*, pp. 343-350, 2000.

82. Efficient clustering of high-dimensional data sets with application to reference matching. A McCallum, K Nigam, and L Ungar. In *Proceedings of the Sixth ACM SIGKDD International Conference on Knowledge Discovery and Data Mining*, pp. 169-178, 2000.

81. Clustering and identifying temporal trends in document databases. A Popescul, G W Flake, S Lawrence, L H Ungar, and C L Giles. In *Proceedings of IEEE Advances in Digital Libraries*, pp. 173-182, 2000.

80. String edit analysis for merging databases. J J Zhu and L H Ungar. In *Proceedings of the KDD-2000 Workshop on Text Mining*, 2000.

79. Hybrid neural network models for environmental process control. R D De Veaux, R Bain, and L H Ungar. *Environmetrics, 10*(3), 225-236, 1999.

78. Accounting for cognitive costs in on-line auction design. D C Parkes, L H Ungar, and D P Foster.          In *LNAI 1571 Agent Mediated Electronic Commerce* (AMEC-98), pp. 25–40, 1999.

77. Prediction intervals for neural networks via nonlinear regression. R De Veaux, J Schumi, J Schweinsberg, D Shellington, and L H Ungar. *Technometrics, 40*(4), 273-282, 1998.

76. Clustering methods for collaborative filtering. L H Ungar and D P Foster. In *AAAI Workshop on Recommendation Systems*, 1998.

75. A formal statistical approach to collaborative filtering. L H Ungar and D P Foster. In *CONALD98*, 1998.

74. Auction-driven coordination for plantwide optimization. R A Jose and L H Ungar. In *Foundations of Computer-Aided Process Operation FOCAPO*, 1998.

73. A non-parametric monte-carlo technique for controller verification. E Gazi, W D Seider, and L H Ungar. *Automatica, 33*(5), 901-906, 1997.

72. Learning and adaption in multiagent systems. D C Parkes and L H Ungar. In *AAAI97 Workshop on MultiAgent Learning*, 1997.

71. Characterizing the generalization performance of model selection strategies. D Schuurmans, D P Foster, and L H Ungar. In *ICML*, pp. 340-348, 1997.

70. Learning and adaption in multiagent systems. D C Parkes and L H Ungar. In *AAAI97 Workshop on MultiAgent Learning*, Providence, RI, 1997.

69. Active learning for vision-based robot grasping. M Salganicoff, L H Ungar, and R Bajcsy. *Machine Learning Journal*, *23*(2-3), 251-278, 1996.

68. Verification of controllers in the presence of uncertainty: Application to styrene polymerization. E Gazi, W D Seider, and L H Ungar. *Industrial and Engineering Chemistry Research, 35*(7), 2277-2287, 1996.

67. Automatic analysis of monte-carlo simulations of dynamic chemical plants. E Gazi, L H Ungar, W D Seider and B J Kuipers. *Computer & Chemical Engineering, 20,* S987-S992, 1996.

66. Control of the physical world by intelligent agents: Putting the pieces together. B Kuipers and L H Ungar. *AI Magazine, 16*, 7-8, 1995.

65. Dynamic process monitoring and fault diagnosis with qualitative models. J M Vinson and L H Ungar. *IEEE Transactions on Man, Machines and Cybernetics, 25*(1), 181-189, 1995.

64. A model-based approach to automated hazard identification of chemical plants. C A Catino and L H Ungar. *Computers and Chemical Engineering, 41*(1), 97-109, 1995.

63. Controller verification for polymerization reactors. E Gazi, W D Seider, and L H Ungar. In *Proceedings of Intelligent Systems in Process Engineering* (ISPE '95), 1995.

62. Neural networks for process control. L H Ungar, E Hartman, and J Keeler. In *Proceedings of Intelligent Systems in Process Engineering* (ISPE '95), 1995.

61. A statistical basis for using radial basis functions for process control. L H Ungar and R D DeVeaux. In *Proceedings of the ACC, Volume 3,* pp. 1872-1876, 1995.

60. Active exploration and learning in real-valued spaces using multi-armed bandit allocation indices. M Salganicoff and L H Ungar. In *Proceedings of the 12th International Conference on Machine Learning*, pp. 480-487, 1995.

59. Comment on "Neural networks and related methods for classification." R D De Veaux, L H Ungar, and D J Darken. *Journal of the Royal Statistical Society Series B, 56*(3), 446-447, 1994.

58. SVD-Net: An algorithm which automatically selects network structure. D C Psichogios and L H Ungar. *IEEE Transactions on Neural Networks, 5*(3), 513-515, 1994.

57. Statistical approaches to fault analysis in multivariate process control. R D DeVeaux, L H Ungar, and J M Vinson. In *Proceedings of the ACC, Volume 2,* pp. 1274-1278, 1994.

56. Active exploration-based ID-3 learning for robot grasping. M Salganicoff, L G Kunin, and L H Ungar. In *Proceedings of the Workshop on Robot Learning, 11th International Conference on Machine Learning*, July, 1994.

55. Control of nonlinear processes using qualitative reasoning. E Gazi, W D Seider, and L H Ungar. *Computers & Chemical Engineering, 18,* S189-S193, 1994.

54. Controller verification using qualitative reasoning. E Gazi, L H Ungar, and W D Seider. *ADCHEM Proceedings*, pp. 27-32, 1994.

53. Stability of neural net based model predictive control. J W Eaton, J B Rawlings, and L H Ungar. In *Proceedings of the ACC*, pp. 2481-2485, 1994.

52. The role of baroreceptor resetting in habituating control of blood pressure. S R Carden, L H Ungar, W C Rose, and J S Schwaber. In *Proceedings of the ACC*, pp. 87-91, 1994.

51. Dynamic fault detection with the automatic process evaluator. J M Vinson and L H Ungar. In *CIMPRO Proceedings*, pp. 295-301, 1994.

50. Radial basis function neural networks for process control. L H Ungar, T Johnson and R D DeVeaux. In *CIMPRO Proceedings*, pp. 357-364, 1994.

49. Controller verification using qualitative reasoning. E Gazi, W D Seider and L H Ungar. In *Proceedings of 2nd IFAC workshop on Computer Software Structure Integration AI/KBS Systems in Process Control,* pp. 27-32, 1994.

48. Control of nonlinear processes using qualitative reasoning. E Gazi, W D Seider, and L H Ungar. In *Proceedings of 1993 ESCAPE in Computers and Chemical Engineering, Volume 18*, pp. S189–S193, 1994.

47. Significance of conductances in Hodgkin-Huxley models. W R Foster, L H Ungar, and J S Schwaber. *Journal of Neurophysiology, 70*(6), 2502–2518, 1993.

46. A comparison of two nonparametric estimation schemes: MARS and neural networks. R D De Veaux, D C Psichogios, and L H Ungar. *Computers and Chemical Engineering, 17*(8), 819–837, 1993.

45. The automatic process evaluator. J M Vinson and L H Ungar. In *Proceedings of the Second International Conference on FOCAPO*, ed. Rippin et al., CACHE, pp. 443-449, 1993.

44. QMIMIC: Model-based monitoring and diagnosis. J M Vinson and L H Ungar. In *Proceedings of the ACC*, pp. 1880–1884, 1993.

43. A tale of two nonparametric estimation schemes: MARS and neural networks. R D DeVeaux, D C Psichogios, and L H Ungar. In *Proceedings of the 4th International Conference on Artificial Intelligence and Statistics*, 1993.

42. A hybrid neural network - first principles approach to process modeling. D C Psichogios and L H Ungar. *AIChE Journal*, *38*(10), 1499–1512, 1992.

41. Using radial basis functions to approximate a function and its error bounds. J A Leonard, M A Kramer, and L H Ungar. *IEEE Transactions on Neural Networks, 3*(4), 624-627, 1992.

40. A neural network architecture that computes its own reliability. J A Leonard, M A Kramer, and L H Ungar. *Computers and Chemical Engineering, 16*(9), 819–837, 1992.

39. Neural network forecasting of short noisy time series. B Foster, F Collopy, and L H Ungar. *Computers and Chemical Engineering, 16*(4), 293-298, 1992.

38. Automatic rebuilding of qualitative models for diagnosis. J M Vinson, S D Grantham, and L H Ungar. *IEEE Expert*, *7*(4), 23–30, 1992.

37. Neural control and adaptation in blood pressure control. L H Ungar, J S Schwaber, and W R Foster. In *Proceedings of the Yale Workshop on Adaptive and Learning Systems*, pp. 111-115, 1992.

36. Matching neural models to experiment. W R Foster, J F R Paton, J J Hopfield, L H Ungar, and J S Schwaber. In *Proceedings of Computation and Neural Systems Meeting*, 1992.

35. Fault detection and diagnosis using qualitative modelling and interpretation. J M Vinson and L H Ungar. *IFAC Proceedings Volumes, 25*(4), 121-126.

34. Process modeling using structured neural networks. D C Psichogios and L H Ungar. In *Proceedings of the ACC*, pp. 1917-1921, 1992.

33. Nonparametric system identification:  A comparison of MARS and neural networks. D C Psichogios, R D DeVeaux, and L H Ungar. In *Proceedings of the ACC,* pp. 1436-1440, 1992.

32. Direct and indirect model based control using artificial neural networks. D C Psichogios and L H Ungar. *Industrial and Engineering Chemistry Research, 30,* 2564-2573, 1991.

31. Automatic generation of qualitative models of chemical process units. C A Catino, S D Grantham, and L H Ungar. *Computers and Chemical Engineering, 15*(8), 583-599, 1991.

30. Comparative analysis of qualitative models when the model changes. S D Grantham and L H Ungar. *AIChE Journal, 37*(6), 931-943, 1991.

29. A first principles approach to automated troubleshooting of chemical plants. S D Grantham and L H Ungar. *Computers and Chemical Engineering, 14*(7), 783-798, 1990.

28. Expert multivariable control: Part 3 - extension of EMC to three-product sidestream distillation columns. W L Luyben, V Tzouanas, C Georgakis and L H Ungar. *I & EC Research, 29*, 403-415, 1990.

27. Expert multivariable control: Part 2 - application of two-product distillation columns. W L Luyben, V Tzouanas, C Georgakis, and L H Ungar. *I & EC Research, 29*, 389-403, 1990.

26. Expert multivariable control: Part I - structure and design methodology. W L Luyben, V Tzouanas, C Georgakis, and L H Ungar. *I & EC Research, 29*, 382-388, 1990.

25. A theoretical study of two-phase flow through a narrow gap with a moving contact line: Viscous fingering in a hele-shaw cell. S J Weinstein, E B Dussan, L H Ungar, and J Fluid. *Journal of Fluid Mechanics, 221*, 53-76, 1990.

24. Adaptive networks for fault diagnosis and process control. L H Ungar, S N Kamens, and B Powell. *Computers and Chemical Engineering, 14*, 561-572, 1990.

23. A molecular dynamics investigation of solute trapping during rapid solidification of silicon. F X Kelly and L H Ungar. *Journal of Crystal Growth, 102*, 658-666, 1990.

22. Nonlinear internal model control using neural networks. D C Psichogios and L H Ungar. In *Proceedings of the IEEE Fifth International Symposium on Intelligent Control*, 1990.

21. Nonlinear internal model control using neural networks. D C Psichogios and L H Ungar. In *Proceedings of the Sixth Yale Workshop on Adaptive and Learning Systems*, 1990.

20. A bioreactor benchmark for adaptive network-based control. L H Ungar. In *Proceedings of the 1988 NSF Workshop on Neural Networks for Robotics*, pp. 387-402, 1990.

19. Prediction of decoupling in high temperature superconductors. P P Durand and L H Ungar. *Physical Review B, 41*(1), 815-818, 1990.

18. Finite element methods for unsteady solidification problems arising in prediction of morphological structure. L H Ungar, N Ramprasad, and R A Brown. *Journal of Scientific Computing, 3*(1), 77-108, 1988.

17. Expert multivariable control. V Tzouanas, C Georgakis, W L Luyben, and L H Ungar. *Computers        and Chemical Engineering, 12*(9/10), 1065-1074, 1988.

16. Percolation and transport in an assembly of anisotropic conductors. P P Durand and L H Ungar. *Physical Review A, 26*, 2487-2501, 1988.

15. Application of the boundary element method to dense dispersions. P P Durand and L H Ungar. *International Journal of Numerical Methods in Engineering, 26*, 2487-2501, 1988.

14. Nonlinear systems in chemical engineering. W D Seider and L H Ungar. *Chemical Engineering Education, 21*(4), 178-183, 1987.

13. Expert systems for engineering design and manufacturing. L H Ungar. In *Proceedings of the Fifth National Conference on University Programs in Computer-Aided Engineering, Design and Manufacturing*, pp. 114-117, 1987.

12. Towards an expert multivariable controller. V Tzouanas, L H Ungar, and C Georgakis. *IFAC Proceedings*, 1987.

11. Steady and oscillatory pattern formation in rapid solidification. F X Kelly and L H Ungar. *Physical Review, 34*, 1746-1753, 1986.

10. Cellular morphologies in directional solidification IV: The formation of deep cells. L H Ungar and R A Brown. *Physical Review B, 31*, 5931-5940, 1985.

9. Cellular morphologies in directional solidification III: The effects of heat transfer and solid diffusivity. L H Ungar, M J Bennett, and R A Brown. *Physical Review B, 31*, 5923-5930, 1985.

8. Applied mathematics in chemical engineering. D Lauffenburger, E V Dussan, and L Ungar. *Chemical Engineering Education Fall*, 160-163 and 214-215, 1984.

7. Cellular interface morphologies in directional solidification II: The effect of grain boundaries. L H Ungar and R A Brown. *Physical Review B, 30*, 3993-3999, 1984.

6. Cellular interface morphologies in directional solidification I: The one-sided model. L H Ungar and R A Brown. *Physical Review B, 29*, 1367-1380, 1984.

5. Pattern formation in directional solidification: The nonlinear evolution of cellular melt/solid interfaces. R A Brown and L H Ungar. *Aachen Workshop on Microgravity and Directional Solidification,* Ed. P. Sahm, 1984.

4.  Directional solidification from a bifurcation viewpoint. LH Ungar. *Massachusetts Institute of Technology, Department of Chemical Engineering*. 1984

3.  FINITE-AMPLITUDE ANALYSIS OF CELLULAR MELT SOLID INTERFACE MORPHOLOGIES IN DIRECTIONAL SOLIDIFICATION. LH UNGAR, RA BROWN. *JOURNAL OF METALS 35 (8), A73-A73*.   1983.

2.  The dependence of the shape and stability of captive rotating drops on multiple parameters. L H Ungar and R A Brown. *Phil. Trans. R. Soc. Lond., A306*, 347-370, 1982.

1.  A model of an artificial pancreas: Transient diffusion in a two phase composite with a glucose dependent insulin source at the interface. C K Colton and L H Ungar. In *Proceedings of the N.E. Bioengineering Conf.*, pp. 547-522, 1980.

## Book Chapters

9.  Convection, Segregation and Interface Morphology in Directional Solidification, R A Brown, L H Ungar and P M Adornato, in *Modeling of Patterns in Space and Time* ed. W. Jaeger, Springer Verlag, 1984.

8.  Nonlinear Interactions of Interface Structures at Differing Wavelength in Directional Solidification, M J Bennett, R A Brown and L H Ungar, in *The Physics of Structure Formation Springer Verlag*, ed. W Guttinger and G Dangelmeyer, 180-190, 1987.

7.  Qualitative Physics, S Grantham, and L H Ungar, in *A Sourcebook on Formal Techniques in Artificial Intelligence* ed. R. Banerji, Elsevier Press, 77-121, 1990.

6.  *Advanced Knowledge Representation*: CACHE Monograph on Artificial Intelligence for Chemical Engineering, L H Ungar and V Venkatasubramanian, AIChE, 1990.

5.  Process Control, L H Ungar, in *The Handbook of Brain Theory and Neural Networks*, ed. M A Arbib, MIT Press, 760-764, 1995.

4.  Shopbots and Pricebots in Electronic Service Markets, P M Markopoulos and L H Ungar, 2000, in *Game theory and decision theory in agent-based systems*, Kluwer Academic Publishers, 2002. An early version was presented in Game Theoretic and Decision Theoretic Agents workshop in ICMAS '2000 -The Fourth International Conference on MultiAgent Systems.

3.  Forecasting, L H Ungar, in *The Handbook of Brain Theory and Neural Networks*, ed. M A Arbib, MIT Press, 399-403, 1995, revised in second edition, 2003.

2.  Reinforcement Learning in Large, High Dimensional State Spaces, G Grudic and L Ungar, in *Learning and Approximate Dynamic Programming: Scaling Up to the Real World*, IEEE Press and John Wiley & Sons, 2004.

1.  Feature Generation and Selection in Multi-Relational Statistical Learning, A Popescul and L Ungar, in *Introduction to Statistical Relational Learning*, The MIT Press, 2007.

## Books Edited

1. Proceedings of the Twelfth ACM SIGKDD International Conference on Knowledge Discovery and Data Mining, Phildelphia, PA, USA, August 20-23, 2006 T Eliassi-Rad, LH Ungar, M Craven and D Gunopulos, ACM, 2006.

## Preprints (arXiv, MedRXiv, PsyArXiv, bioRXiv)

55. Development and External Validation of a Machine Learning Model to Predict Restriction from Spirometry. AT Moffett, A Balasubramanian, MC McCormack, J Aysola, LH Ungar, SD Halpern, GE Weissman medRxiv, 2025.01. 02.25319890 2025

54. PsychAdapter: Adapting LLM Transformers to Reflect Traits, Personality and Mental Health. H Vu, HA Nguyen, AV Ganesan, S Juhng, ONE Kjell, J Sedoc, ML Kern, RL Boyd, L Ungar, HA Schwartz, JC Eichstaedt arXiv preprint arXiv:2412.16882

53. The Illusion of Empathy: How AI Chatbots Shape Conversation Perception. T Liu, S Giorgi, A Aich, A Lahnala, B Curtis, L Ungar, J Sedoc arXiv preprint arXiv:2411.12877

52. The FIX Benchmark: Extracting Features Interpretable to eXperts H Jin, S Havaldar, C Kim, A Xue, W You, H Qu, M Gatti, DA Hashimoto, B Jain, A Madani, M Sako, L. Ungar, E Wong arXiv preprint arXiv:2409.13684 2024

51. DiverseDialogue: A Methodology for Designing Chatbots with Human-Like Diversity. X Lin, X Yu, A Aich, S Giorgi, L Ungar arXiv preprint arXiv:2409.00262

50. Explicit and Implicit Large Language Model Personas Generate Opinions but Fail to Replicate Deeper Perceptions and Biases. S Giorgi, T Liu, A Aich, K Isman, G Sherman, Z Fried, J Sedoc, LH Ungar, B Curtis arXiv preprint arXiv:2406.14462

49. Vernacular? I Barely Know Her: Challenges with Style Control and Stereotyping. A Aich, T Liu, S Giorgi, K Isman, L Ungar, B Curtis arXiv preprint arXiv:2406.12679

48. Building knowledge-guided lexica to model cultural variation. S Havaldar, S Giorgi, S Rai, YM Cho, T Talhelm, SC Guntuku, L Ungar preprint arXiv:2406.11622

47. Empical influence functions to understand the logic on fine-tuning. JK Matelsky, L Ungar, K Kording. Preprint arxiv:2406.00509 2024

46. Large Language Models Show Human-like Social desirability Biases in Survey Responses, A Salecha, ME Ireland, S Subrahmanya, J Sedoc, L Ungar, JC Eichstaedt. Preprint arXiv:2405.06058 2024

45. Clinical Decision Support Opportunities among Clinicians Caring for People Receiving Invasive Mechanical Ventilation: A Cross-sectional Survery. GE Weissman, NS Bishop, BE Schmid, V Madden, R Pirracchio, JC Jentzer, KA Riman, DC Krutsinger, B DiGiovine, L Ungar, SD Halpern, CL Auriemma, TS Valley, MP Kerlin medRXiv 2024

44. A Cross-Cultural Analysis of Social Norms in Bollywood and Hollywood Movies. S Rai, KZ Zaveri, S Havaldar, S Nema, L Ungar, SC Guntuku arXiv preprint arXiv:2402.11333 2024

43. Language-based Valence and Arousal Expressions between the United States and China: a Cross-Cultural Examination M Cho, D Pang, S Thapa, G Sherman, L Ungar, L Tay, SC Guntuku arXiv preprint arXiv:2401.05254 2024

42. Key language markers of depression depend on race. S Rai, E Stade, S Giorgi, A Francisco,

LH Ungar, B Curtis, SC Guntuku PsyArXiv  2023

41. Personalized Assignment to One of Many Treatment Arms via Regularized and Clustered Joint Assignment Forests R Ladhania, J Spiess, L Ungar, W Wu arXiv preprint arXiv:2311.00577 2023

40. An integrative survey on mental health conversational agents to bridge computer science and medical perspectives. YM Cho, S Rai, L Ungar, J Sedoc, SC Guntuku arXiv:2310.17017  2023

39. Comparing Styles across Languages. S Havaldar, M Pressimone, E  Wong, L Ungar. arXiv preprint arXiv:2310.07135  2023

38. Historical patterns of rice farming explain modern-day language use in China and Japan more than modernization and urbanization, SC Guntuku, T Talhelm, G Sherman, A Fan, S Giorgi, L Wei, LH Ungar. arXiv preprint arXiv:2308.15352  2023

37. Multilingual language models are not multicultural: A case study in emotion Havaldar, S Rai, B Singhal, LLSC Guntuku, L Ungar arXiv preprint arXiv:2307.01370 2023

36. Topex: Topic-based explanations for model comparison S Havaldar, A Stein, E Wong, L Ungar arXiv preprint arXiv:2306.00976  2023

35.  Interactive concept learning for uncovering latent themes in large text collections
 ML Pacheco, T Islam, L Ungar, M Yin, D Goldwasser. arXiv preprint arXiv:2305.05094  2023

34. Conceptor-Aided Debiasing of Contextualized Embeddings, Y Li, L Ungar, J Sedoc, *arXiv preprint arXiv:2211.11087.* 2022

33. StyLEx: Explaining Styles with Lexicon-Based Human Perception, SA Hayati, K Park, D Rajagopal, L Ungar, D Kang, *arXiv preprint arXiv:2210.07469*. 2022

32. Empathic Conversations: A Multi-level Dataset of Contextualized Conversations, D Omitaomu,      S Tafreshi, T Liu, S Buechel, C Callison-Burch, J Eichstaedt, L Ungar, J Sedoc, a*rXiv preprint                    arXiv:2205.12698*  2022

31. The Value of Social Media Language for the Assessment of Wellbeing: A Systematic Review and Meta-Analysis, S Sametoglu, D Pelt, LH Ungar, M Bartels, *PsyArXiv.* 2022

30. A Holistic Framework for Analyzing the Covid-19 Vaccine Debate, ML Pacheco, T Islam, M Mahajan, A Shor, M Yin, L Ungar, D Goldwasser. *arXiv preprint arXiv:2205.01817.* 2022

29. Evidence for feasibility of mobile health and social media-based interventions for early psychosis and clinical high risk OH Franco, ME Calkins, S Giorgi, LH Ungar, RE Gur, CG Kohler, SX Tang. *medRxiv.* 2022

28. Cross-Platform Difference in Facebook and Text Messages Language Use: Illustrated by Depression Diagnosis, T Liu, S Giorgi, X Tao, D Bellew, B Curtis, L Ungar. *arXiv preprint arXiv:2202.01802*. 2022

27. Evidence for feasibility of mobile health and social media-based interventions for early psychosis and clinical high risk, OH Franco, ME Calkins, S Giorgi, LH Ungar, RE Gur, CG Kohler, SX Tang. *medRxiv*. 2022

26. Mining for Health: A Comparison of Word Embedding Methods for Analysis of EHRs Data, E Getzen, Y Ruan, L Ungar, Q Long. *medRxiv.* 2022

25. Social Media Reveals Urban-Rural Differences in Stress across China, J Cui, T Zhang, D Pang, K Jaidka, G Sherman, V Jakhetiya, L Ungar. arXiv preprint arXiv:2110.15726. 2021

24. Does BERT Learn as Humans Perceive? Understanding Linguistic Styles through Lexica, SA

Hayati, D Kang, L Ungar. *arXiv preprint arXiv:2109.02738.* 2021

23. Toward micro-dialect identification in diaglossic and code-switched environments, M Abdul-Mageed, C Zhang, AR Elmadany, L Ungar. *arXiv preprint arXiv:2010.04900*. 2020

22. COVID-19 pandemic: every day feels like a weekday to most T Liu, J Meyerhoff, DC Mohr, LH Ungar, KP Kording *medRxiv* 2020

21. A Joint Deep Learning Model for Simultaneous Batch Effect Correction, Denoising and Clustering in Single-Cell Transcriptomics J Lakkis, D Wang, Y Zhang, G Hu, K Wang, H Pan, L Ungar, M Reilly, X Li, M Li *bioRxiv* 2020

20. Detecting Emerging Symptoms using Context-based Twitter Embeddings during COVID-19 R Santosh, SC Guntuku, H Schwartz, JC Eichstaedt, L Ungar *arXiv preprint arXiv:2011.03983* 2020

19. Generalized SHAP: Generating multiple types of explanations in machine learning D Bowen, L Ungar *arXiv preprint arXiv:2006.07155* 2020

18.        Learning Word Ratings for Empathy and Distress from Document-Level User Responses. J Sedoc, S Buechel, Y Nachmany, A Buffone, L Ungar. *arXiv preprint arXiv:1912.01079*, 2019.

17.        Correcting Sociodemographic Selection Biases for Accurate Population Prediction from Social Media. S Giorgi, V Lynn, S Matz, L Ungar, HA Schwartz. *arXiv preprint arXiv:1911.03855*, 2019.

16.        Sentence-Level BERT and Multi-Task Learning of Age and Gender in Social Media. M Abdul-Mageed, C Zhang, A Rajendran, AR Elmadany, M Przystupa, L H Ungar *arXiv preprint arXiv:1911.00637*, 2019.

15.        DiaNet: BERT and Hierarchical Attention Multi-Task Learning of Fine-Grained Dialect. M Abdul-Mageed, C Zhang, AR Elmadany, A Rajendran, L Ungar. *arXiv preprint arXiv:1910.14243*, 2019.

14.        Continual learning for sentence representations using conceptors. T Liu, L Ungar, and J Sedoc. *arXiv preprint arXiv:1904.09187*, 2019.

13.        Correcting the common discourse bias in linear representation of sentences using conceptors. T Liu, J Sedoc, and L Ungar. *arXiv preprint arXiv:1811.11002*, 2019.

12.        Learning neural emotion analysis from 100 observations: The surprising effectiveness of pre-trained word representations. S Buechel, J Sedoc, H A Schwartz, and L Ungar. *arXiv preprint arXiv:1810.10949*, 2018.

11.  Modeling empathy and distress in reaction to news stories, S Buechel, A Buffone, B Slaff, L Ungar, J Sedoc. *arXiv preprint arXiv:1808.10399*. 2018

10.        The remarkable benefit of user-level aggregation for lexical-based population-level predictions. S Giorgi, D Preotiuc-Pietro, A Buffone, D Rieman, L H Ungar, and H A Schwartz *arXiv preprint arXiv:1808.09600*. 2018.

9.    More evidence that Twitter language predicts heart disease: A response and replication. JC Eichstaedt, H A Schwartz, S Giorgi, M L Kern, G Park, M Sap, and L H Ungar, *PsyArXiv*. 2018.

8.  Tree-structured boosting: Connections between gradient boosted stumps and full decision trees. J M Luna, E Eaton, L H Ungar, E Diffenderfer, S T Jensen, E D Gennatas, M Wirth, C B Simone, T Solberg, and G Valdes. *arXiv preprint arXiv:1711.06793*. 2017.

7.  Enterprise to computer: Star trek chatbot. G Jena, M Vashisht, A Basu, L Ungar, and J Sedoc. *arXiv preprint arXiv:1708.00818*, 2017.

6. Domain aware neural dialog system. S Choudhary, P Srivastava, L Ungar, and J Sedoc. *arXiv preprint arXiv:1708.00897*, 2017.

5. Deriving verb predicates by clustering verbs with arguments. J Sedoc, D Wijaya, M Rouhizadeh, A Schwartz, and L Ungar. *arXiv preprint arXiv:1708.00416*, 2017.

4. Combining and extremizing real-valued forecasts. V Satopää and L Ungar. *arXiv preprint arXiv*: *1506.06405*, 2015.

3. Probabilistic models for unified collaborative and content-based recommendation in sparse-data environments, A Popescul, LH Ungar, DM Pennock, S Lawrence. *arXiv preprint arXiv:1301.2303*. 2013

2. Two step cca: A new spectral method for estimating vector models of words, P Dhillon, J Rodu, D Foster, L Ungar. *arXiv preprint arXiv:1206.6403*. 2012

1. Spectral dimensionality reduction for hmms, DP Foster, J Rodu, LH Ungar. *arXiv preprint arXiv*:*1203.6130*. 2012

## Patents

10. US 16/314,033 Systems and methods for generating improved decision trees. G Valdes, TD Solberg, IICB SIMONE, LH Ungar, E EATON, JM LUNA

9. US 5,335,391 Method and apparatus for pattern mapping system with self-reliability check. M A Kramer, J A Leonard and L H Ungar.

8. US 5,951,623 Lempel-Ziv data compression technique utilizing a dictionary prefilled with frequent letter combinations, words and/or phrases. J C Reynar, F Herz, J Eisner and L H Ungar.

7. US 5,835,087 System for general of object profiles for a system for customized electronic identification of desirable objects. F Herz, J Eisner and L H Ungar.

6. US 5,758,257 System and method of scheduling broadcast of and access to video program and other data using customer profiles. F Herz, L H Ungar, J Zhang, D Wachob and M Salganicoff.

5. US 5,754,939 System for generation of user profiles for a system for customized electronic identification of desirable objects. F Herz, J Eisner, L Ungar and M Marcus.

4. US 6,088,722 System and method for scheduling broadcast of and access to video programs and other data using customer profiles (divisional of the 5,835,087). F Herz, L H Ungar, J Zhang, D Wachob and M Salganicoff.

3. US 6,020,883 System and method of scheduling broadcast of and access to video program and other data using customer profiles. F Herz, L Ungar, J Zhang, D Wachob and M Salganicoff.

2. US 20,030,135,445 Stock market prediction using natural language processing. F Herz, L Ungar, J Eisner and P Labys.

1. US 20,020,184,102 Selling price information in e-commerce. P Markopoulos and L Ungar.