**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation; <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: META'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Defendant Meta Platforms, Inc. ("Meta") filed a Motion to Seal ("Sealing Motion") in Response pursuant to Civil Local Rule 79-5(c), 79-5(d), and 79-5(f), seeking leave to file under seal certain (1) exhibits accompanying Meta's Motion for Summary Judgement and Opposition to Plaintiffs' Motion for Partial Summary Judgment ("Summary Judgement Motion").

Having considered the Sealing Motion, and finding compelling reasons for the motion, the Court hereby **GRANTS** the Sealing Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| **Plaintiffs' and Third Parties' Confidential Exhibits Accompanying Meta's Summary Judgement Motion** | |
| **Meta's Summary Judgment Motion** | • Portions annotated in GREEN and/or RED boxes |
| **Sinkinson Declaration** | • Portions annotated in GREEN and/or RED boxes |
| **Ex. 1 to Ghajar Declaration ISO Meta's Summary Judgement Motion** | • Entire document |
| **Ex. 2 to Ghajar Declaration ISO Meta's Summary Judgement Motion** | • Entire document |
| **Ex. 4 to Ghajar Declaration ISO Meta's Summary Judgement Motion** | • Entire document |
| **Ex. 6 to Ghajar Declaration ISO Meta's Summary Judgement Motion** | • Entire document |
| **Ex. 7 to Ghajar Declaration ISO Meta's Summary Judgement Motion** | • Entire document |
| **Ex. 8 to Ghajar Declaration ISO Meta's Summary Judgement Motion** | • Entire document |
| **Ex. 10 to Ghajar Declaration ISO Meta's Summary Judgement Motion** | • Entire document |
| **Ex. 13 to Ghajar Declaration ISO Meta's Summary Judgement Motion** | • Entire document |
| **Ex. 14 to Ghajar Declaration ISO Meta's Summary Judgement Motion** | • Entire document |
| **Ex. 15 to Ghajar Declaration ISO Meta's Summary Judgement Motion** | • Entire document |

| | |
|---|---|
| **Ex. 16 to Ghajar Declaration ISO Meta's Summary Judgement Motion** | • Entire document |
| **Ex. 17 to Ghajar Declaration ISO Meta's Summary Judgement Motion** | • Entire document |
| **Ex. 22 to Ghajar Declaration ISO Meta's Summary Judgement Motion** | • Entire document |
| **Meta's Confidential Exhibits Accompanying Meta's Summary Judgement Motion** | |
| **Woodhouse Ex. A** – Ex. 22 to the Ghajar Declaration | • Entire Document |
| **Woodhouse Ex. B** – Ex. 26 to the Ghajar Declaration | • Portions annotated in BLUE boxes |
| **Woodhouse Ex. C** – Ex. 27 to the Ghajar Declaration | • Portions annotated in BLUE boxes |
| **Woodhouse Ex. D** – Ex. 31 to the Ghajar Declaration | • Portions annotated in BLUE boxes |
| **Woodhouse Ex. E** – Ex. 32 to the Ghajar Declaration | • Portions annotated in BLUE boxes |
| **Woodhouse Ex. F** – Ex. 35 to the Ghajar Declaration | • Portions annotated in BLUE boxes |
| **Woodhouse Ex. G** – Ex. 40 to the Ghajar Declaration | • Portions annotated in BLUE boxes |
| **Woodhouse Ex. H** – Ex. 42 to the Ghajar Declaration | • Portions annotated in BLUE boxes |
| **Woodhouse Ex. I** – Ex. 44 to the Ghajar Declaration | • Portions annotated in BLUE boxes |
| **Woodhouse Ex. J** – Ex. 46 to the Ghajar Declaration | • Portions annotated in BLUE boxes |
| **Woodhouse Ex. K** – Ex. 50 to the Ghajar Declaration | • Portions annotated in BLUE boxes |

**IT IS HEREBY ORDERED**.

Dated: _____

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE