UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 23-cv-03417-VC <br><br> **ORDER GRANTING AS MODIFIED META'S REQUEST FOR LEAVE TO FILE A REBUTTAL EXPERT REPORT** <br><br> Re: Dkt. No. 486 |

     Meta may serve a rebuttal report by Dr. Frederiksen-Cross on the plaintiffs no later than April 1. Meta must make Dr. Frederiksen-Cross available for deposition no later than April 4. The plaintiffs must make Dr. Choffnes available for deposition no later than March 29. No further expert discovery—including reply declarations from the plaintiffs' experts—will be permitted.

     **IT IS SO ORDERED.**

Dated: March 25, 2025

VINCE CHHABRIA
United States District Judge