# EXHIBIT A

**LLM Datasets Considerations**
3/31
Meta Confidential
A/C PRIV

Goals: (from Ahmad)

1) Get as much long form writing as possible in the next 4-6 weeks
   - Get Instant Articles that have already been licensed to Meta ( check Meta contract); same could be for video content uploaded
   - Books - all genres
   - Movie Scripts or transcripts via ASR
   - Magazines
2) Speed up International launches with crowd sourced human raters RLHF ( Reinforcement Learning w Human Feedback) with some rewards. Ex: launch in India.
3) Launch in Q3 and get the data within the coming weeks

Want to address goal #1 below and [Redacted - Privilege]

A: Datasets examples that will benefit the eng team if possible to use:
1. Libgen  (fictions, non-fictions, journals, magazines)
2. Simplyscripts ( scripts)
3. Internetmoviescript ( scripts)
4. https://manybooks.net/  (free books)
5. https://archiveofourown.org/  (fan work)
6. https://www.fanfiction.net/  (fan fiction)
7. https://www.fictionpress.com/ (fan fiction)
8.

**Redacted - Privilege**



Commented [1]: I am still collecting from the eng team. I may add more later. [redacted]@meta.com please add in the doc or comment. thanks!

Commented [2]: https://archiveofourown.org/
https://www.fanfiction.net/
https://www.fictionpress.com/
https://manybooks.net/

Commented [3]: Thank you, [redacted]@meta.com

Commented [4]: I suppose the framing of this doc limits to books/long-form writing.

Redacted - Privilege   Redacted - Privilege

Commented [5]: Are these launch blocking? How high is the priority?

# Redacted - Privilege

# Redacted - Privilege

Appendix:
Info gathered from initial outreach and back channels from the Media Partnership team so far.

1. Unclear that all publishers have legal rights to license books for AI training. If not, they will need to go back to the content owners to get permission which will take much longer. Please note that AI BD team has had discussions with text book publishers and some have confirmed that they do have the rights to license.

2. Have not seen OpenAI securing any rights for AI training even through back channels with publishers. Meta will have to do the work to become the first company to do these license deals.



Commented [6]: ██████@meta.com , please review this section.
_Assigned to ██████@meta.com_

```
--------------------------------------------------------------------------
Document Revisions
Total Revisions: 1
--------------------------------------------------------------------------

Author: Logan Kerr
Date: 4/6/2023 6:52:00 PM
Type: Delete
Range:
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00057873.00001

```
--------------------------------------------------------------------
Document Comments
Total Comments: 6
--------------------------------------------------------------------

Author: Alex Yu
Date: 4/1/2023 12:40:00 AM
Range: I am still collecting from the eng team. I may add more later. [REDACTED]@meta.com please add
in the doc or comment. thanks!
Scope: Datasets examples that will benefit the eng team if possible to use:

Author: Angela Fan
Date: 4/1/2023 2:08:00 AM
Range:
https://archiveofourown.org/https://www.fanfiction.net/https://www.fictionpress.com/https://manybooks.
net/
Scope: Datasets examples that will benefit the eng team if possible to use:

Author: Alex Yu
Date: 4/1/2023 2:17:00 AM
Range: Thank you, [REDACTED]@meta.com
Scope: Datasets examples that will benefit the eng team if possible to use:

Author: Melanie Kambadur
Date: 4/5/2023 9:52:00 PM
Range: I suppose the framing of this doc limits to books/long-form writing, [Redacted - Privilege]
[Redacted - Privilege]
Scope:

Author: Alex Yu
Date: 4/14/2023 9:41:00 PM
Range: Are these launch blocking? How high is the priority?
Scope:

Author: Alex Yu
Date: 4/1/2023 12:51:00 AM
Range: [REDACTED]@meta.com , please review this section._Assigned to [REDACTED]@meta.com_
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00057873.00002

Scope: Appendix:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00057873.00003