# EXHIBIT G

Case 3:23-cv-03417-VC   Document 504-8   Filed 03/28/25   Page 2 of 5

1/14/2025        Richard Kadrey, et al. v. Meta Platforms, Inc.    Sy Choudhury 30(b)(6)
                      Highly Confidential - Attorneys' Eyes Only

Page 1

```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION
_____
                              )
RICHARD KADREY, et al.,       )
                              )
        Individual and        )
        Representative        )
        Plaintiffs,           )
                              )
v.                            )   Case No. 3:23-cv-03417-VC
                              )
META PLATFORMS, INC.,         )
                              )
        Defendant.            )
_____)




   ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
          Videotaped Deposition of Meta
      by and through its corporate designee
                  SY CHOUDHURY
            San Francisco, California
           Tuesday, January 14, 2025



          Reported Stenographically by
     Michael P. Hensley, RDR, CSR No. 14114
_____
              DIGITAL EVIDENCE GROUP
           1730 M Street, NW, Suite 812
               Washington, D.C. 20036
                  (202) 232-0646
```

Case 3:23-cv-03417-VC   Document 504-8   Filed 03/28/25   Page 3 of 5

1/14/2025            Richard Kadrey, et al. v. Meta Platforms, Inc.    Sy Choudhury 30(b)(6)
                          Highly Confidential - Attorneys' Eyes Only

Page 49

```
 1              THE VIDEOGRAPHER:  We're at 58 minutes.
 2              ATTORNEY PRITT:  Should we use this one?
 3              Hmm.  All right.  I don't have any further
 4    questions.
 5              ATTORNEY HARTNETT:  I have a brief
 6    redirect.
 7                      EXAMINATION
 8    BY ATTORNEY HARTNETT:
 9         Q.   Mr. Choudhury, as a corporate
10    representative of Meta, you testified about a
11    meeting prior to your meeting that you personally
12    attended sometime during the week of April --
13    April -- or first week of April 2023; correct?
14         A.   That's correct.
15         Q.   And you spoke with opposing counsel about
16    considerations that were discussed in the meeting
17    prior to your meeting; correct?
18         A.   Correct.
19         Q.   Were there, in addition to the
20    nonprivileged reasons that you discussed today,
21    legal considerations discussed in that meeting of a
22    privileged nature?
23         A.   There was.
24              ATTORNEY HARTNETT:  That's all.
25              ATTORNEY PRITT:  Well, then I have a
```

Case 3:23-cv-03417-VC   Document 504-8   Filed 03/28/25   Page 4 of 5

1/14/2025   Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 50

```
 1   re-redirect.  I have two minutes.
 2                      EXAMINATION
 3   BY ATTORNEY PRITT:
 4        Q.   Mr. Choudhury, you didn't mention any
 5   legal considerations when I asked you what the
 6   considerations were; correct?
 7        A.   Correct.
 8        Q.   And now you're saying there are and there
 9   were legal considerations; correct?
10        A.   They -- we did ask for legal guidance
11   in -- in both the meetings.
12        Q.   Who did you ask legal guidance from?
13        A.   Mo Metanat.
14        Q.   And what was the subject, without getting
15   into what the actual legal guidance was, about?
16        A.   Should we -- whether we should pause or
17   continue the discussions, the licensing discussions.
18        Q.   Yeah.  I asked was the legal advice or
19   legal -- sorry.  What was the subject of the legal
20   advice that you asked for, not whether you should
21   pause or continue licensing?
22        A.   That's all --
23             ATTORNEY HARTNETT:  Object to the form.
24   And asked and answered.
25             THE WITNESS:  That's -- that's all we
```

Case 3:23-cv-03417-VC   Document 504-8   Filed 03/28/25   Page 5 of 5

1/14/2025              Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
                            Highly Confidential - Attorneys' Eyes Only

Page 51

 1   discussed.
 2   BY ATTORNEY PRITT:
 3        Q.   So it's your testimony that whether or not
 4   to pause or continue licensing involves legal
 5   advice?
 6        A.   Yes.
 7             ATTORNEY PRITT:  Okay.  I have no further
 8   questions.
 9             THE VIDEOGRAPHER:  Okay.  Is that it?
10             ATTORNEY HARTNETT:  Yes.  Thank you.
11             THE VIDEOGRAPHER:  Okay.  This is the end
12   of Video 1 of 1 and concludes Volume Number 2 in the
13   30(b)(6) deposition of Meta Platforms, Inc., by Sy
14   Choudhury.
15             We are now off the record.  The time is
16   11:56.
17             (Deposition concluded at 11:56 A.M.)
18
19
20
21
22
23
24
25