# EXHIBIT A

Message

**From:** Joelle Pineau [████@meta.com]
**Sent:** 10/7/2022 4:37:46 PM
**To:** Angela Fan [████@meta.com]; Antoine Bordes [████@meta.com]; Joelle Pineau [████@meta.com]
**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":5554472517976835}]

Joelle Pineau (10/07/2022 09:37:46 PDT):
>Some positive noise from Mo on libgen.  Should get more formal confirmation soon that we have green light for pure exploration work.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00235320