# EXHIBIT B

Message

**From:** Aurelien Rodriguez [████@meta.com]
**Sent:** 11/28/2022 5:28:15 PM
**To:** Melanie Kambadur [████@meta.com]; Faisal Azhar [████@meta.com]; Aurelien Rodriguez [████@meta.com]; Guillaume Lample [████@meta.com]; Susan Zhang [████@meta.com]
**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":5757200030967938}]

Melanie Kambadur (11/28/2022 08:49:05 PST):
**Redacted - Privilege**

Guillaume Lample (11/28/2022 08:53:14 PST):
Redacted - Privilege

Melanie Kambadur (11/28/2022 08:56:32 PST):
**Redacted - Privilege**

Guillaume Lample (11/28/2022 08:57:57 PST):
Redacted - Privilege

Guillaume Lample (11/28/2022 08:58:16 PST):
Redacted - Privilege

Guillaume Lample (11/28/2022 08:58:20 PST):
Redacted - Privilege

Melanie Kambadur (11/28/2022 08:58:43 PST):
Redacted

Guillaume Lample (11/28/2022 08:59:11 PST):
Redacted

Melanie Kambadur (11/28/2022 08:59:49 PST):
>did someone in legal confirm that? or are we just trying to not ask too many qs?

Guillaume Lample (11/28/2022 09:00:53 PST):
>I didn't ask questions :D

Guillaume Lample (11/28/2022 09:01:31 PST):
>but this is what OpenAI does with GPT3, what Google does with PALM, and what Deepmind does with Chinchilla

Guillaume Lample (11/28/2022 09:01:43 PST):
>so we will do it to ^^

Melanie Kambadur (11/28/2022 09:25:48 PST):
**Redacted - Privilege**

Guillaume Lample (11/28/2022 09:26:31 PST):
>i think you should !

Guillaume Lample (11/28/2022 09:26:39 PST):
>also note that we are only using a fraction of libgen

Guillaume Lample (11/28/2022 09:27:12 PST):
>there are multiple splits in libgen: sci-tech (the real libgen), fiction (mostly novels, easy to parse, what we use), and sci-mag

Guillaume Lample (11/28/2022 09:27:20 PST):
>sci-mag probably bad, just PDF publications

Guillaume Lample (11/28/2022 09:27:33 PST):
>fiction is great but ~700GB only

Guillaume Lample (11/28/2022 09:27:43 PST):
>sci-tech is the real thing, will require more time to process

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    Meta_Kadrey_00236077

Melanie Kambadur (11/28/2022 09:27:47 PST):
>yeah the fiction bit is particularly interesting right since we're not in any discussions to license fiction data right now, right?

Melanie Kambadur (11/28/2022 09:27:52 PST):
>at least AFAIK

Guillaume Lample (11/28/2022 09:28:15 PST):
>not that i know of

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00236078