# EXHIBIT G

Message
_____

**From:**       Melanie Kambadur ▮▮▮▮▮▮▮@meta.com]
**Sent:**       4/14/2023 5:43:59 PM
**To:**         Melanie Kambadur ▮▮▮▮▮▮▮@meta.com]; Todor Mihaylov ▮▮▮▮▮▮▮@meta.com]
**Subject:**    Message summary [{"otherUserFbId":100057098977361,"threadFbId":null}]
**Attachments:** 340629567_170942125473903_2396328736423344834_n.jpg


Melanie Kambadur (4/14/2023 07:04:51 PDT):
>#delay hey Todor! you should share the doc of ideas you sent me on cc filtering/ranking with the broader
workstream

Melanie Kambadur (4/14/2023 07:05:05 PDT):
>#delay it would be useful for people working on similar stuff to take a look

Melanie Kambadur (4/14/2023 09:00:02 PDT):
>hey Todor! you should share the doc of ideas you sent me on cc filtering/ranking with the broader
workstream

Melanie Kambadur (4/14/2023 09:00:02 PDT):
>it would be useful for people working on similar stuff to take a look

Todor Mihaylov (4/14/2023 09:47:21 PDT):
>I was planning to do that once I have results on pagerank but maybe it is better to do it now! Thanks!

Melanie Kambadur (4/14/2023 09:47:38 PDT):
>yeah just share multiple versions ☺

Todor Mihaylov (4/14/2023 10:04:33 PDT):
>Hi Melanie,
>
>Is libgen this

Todor Mihaylov (4/14/2023 10:04:33 PDT):

shared: 340629567_170942125473903_2396328736423344834_n.jpg

Melanie Kambadur (4/14/2023 10:12:22 PDT):
>ha yes

Melanie Kambadur (4/14/2023 10:12:57 PDT):
>we suspect that some of our competitors are using it

Melanie Kambadur (4/14/2023 10:13:21 PDT):
>and we want to understand better performance/legal tradeoffs in using it as well as alternatives we
could license

Todor Mihaylov (4/14/2023 10:27:38 PDT):
>Makes sense!

Todor Mihaylov (4/14/2023 10:43:59 PDT):
>Btw, if we are certain we want to go this way, we can find pretty much every book that exists — in
torrents ☺

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00233326