# EXHIBIT J

Message

| | |
|---|---|
| From: | Aasish Pappu [____@meta.com] |
| Sent: | 9/6/2023 4:36:29 PM |
| To: | Bo Xiong [____@meta.com]; Sinong Wang [____@meta.com]; Yashar Mehdad [____@meta.com]; Angela Fan [____@meta.com]; Aasish Pappu [____@meta.com]; Anchit Gupta [____@meta.com]; Haoran Li [____@meta.com]; Han Fang [____@meta.com]; Yixin Nie [____@meta.com]; Eryk Helenowski [____@meta.com] |
| Subject: | Message summary [{"otherUserFbId":null,"threadFbId":6213369378716056}] |

Aasish Pappu (9/06/2023 09:16:27 PDT):
>@Anchit Gupta  same question this time about libgen

Anchit Gupta (9/06/2023 09:17:20 PDT):
>i don't use it, its part of long llama

Aasish Pappu (9/06/2023 09:18:10 PDT):
>good to know thanks!

Anchit Gupta (9/06/2023 09:20:06 PDT):
>but the long llama is used as base for us and MH

Aasish Pappu (9/06/2023 09:20:21 PDT):
>yes, Karthik mentioned it

Aasish Pappu (9/06/2023 09:20:29 PDT):
>this is primarily for SFT lama

Aasish Pappu (9/06/2023 09:21:26 PDT):
>I am coordinating with Jort , who's leading the LAMA  on the 3p / 1p datasets we are using for SFT .. hence the questions

Sinong Wang (9/06/2023 09:22:01 PDT):
>libgen is used for LLAMA 2 --> LongLLAMA

Aasish Pappu (9/06/2023 09:22:18 PDT):
>also we are using pushshift version of reddit AMA right?

Aasish Pappu (9/06/2023 09:23:06 PDT):
>or is it the different version that we collected / crawled by mimicking pushshift app?

Anchit Gupta (9/06/2023 09:36:29 PDT):
>i have told Melanie the details in a/c priv thread with lawyers

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00235319