# EXHIBIT C

Case 3:23-cv-03417-VC   Document 506-3   Filed 03/28/25   Page 2 of 13

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
                        Highly Confidential - Attorneys' Eyes Only

Page 1

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-------------------------------------

RICHARD KADREY, ET AL.,              )
    Individual and Representative    )
                        Plaintiffs,  ) Lead Case No.
            v.                       ) 3:23-cv-03417-VC
META PLATFORMS, INC.,                )
                        Defendant.   )

-------------------------------------

\* \* \* HIGHLY CONFIDENTIAL \* \* \*

\* \* \* ATTORNEYS' EYES ONLY \* \* \*

VIDEO-RECORDED 30(b)(6) DEPOSITION OF

MICHAEL CLARK (torrenting)

MONDAY, MARCH 3, 2025

DENVER, COLORADO

10:20 A.M. MST


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

REPORTED BY KATHY L. DAVIS, CRR, RMR

Case 3:23-cv-03417-VC   Document 506-3   Filed 03/28/25   Page 3 of 13

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                       Highly Confidential - Attorneys' Eyes Only

Page 8

1              Document 30, was this document -- can you          10:22:15
2     tell me what this document is?                              10:22:24
3         A     This document is the VPC or the virtual           10:22:30
4     private computer configuration of the system that           10:22:36
5     David Esiobu set up for Xiaolan to use.                     10:22:41
6         Q     To use for what?                                  10:22:55
7         A     To use for downloading a portion of               10:22:56
8     Anna's Archive.                                             10:23:00
9         Q     And Xiaolan is Xiaolan Wang?                      10:23:04
10        A     That is correct.                                  10:23:07
11        Q     And when you say downloading a portion of         10:23:07
12    Anna's Archive, do you mean torrenting?                     10:23:11
13        A     Yes, I do mean torrenting.                        10:23:13
14        Q     And by VPC, what do you mean by that?             10:23:15
15        A     Virtual private computer.                         10:23:18
16              MS. POUEYMIROU:  Was this produced in             10:23:19
17    this case?                                                  10:23:21
18              MR. WEINSTEIN:  I'll represent it was,            10:23:23
19    and it was attached to Barb Frederiksen's report and        10:23:24
20    extensively discussed therein.                              10:23:27
21              MS. POUEYMIROU:  Okay.                            10:23:29
22              MR. WEINSTEIN:  It was on the source code        10:23:29
23    computer that was made available during discovery.         10:23:30
24    The path name for it is actually in Ms. Frederiksen's      10:23:33
25    report.                                                     10:23:35

Case 3:23-cv-03417-VC   Document 506-3   Filed 03/28/25   Page 4 of 13

3/3/2025     Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 15

1    Q    So, yes.
2    A    Okay.
3    Q    So, yes.
4    A    Okay.
5    Q    So I asked you, How much data -- sorry,
6  Line 14, How much data did Meta share, right?
7    A    (Deponent nodded.)
8    Q    And what did you -- what did you say
9  there?
10   A    My answer was, "He did not have any
11 details, so I do not know."
12   Q    And then I asked you, "How would we find
13 that out?"  And Ms. Hartnett objected as beyond the
14 scope; is that correct?
15   A    That is what I see in the test- -- in the
16 document.
17   Q    Okay.
18        VIDEOGRAPHER:  Excuse me.  You're
19 covering up your microphone.
20        MS. POUEYMIROU:  Oh, sorry.
21   Q    (BY MS. POUEYMIROU)  Did you speak to
22 Mr. Bashlykov in preparation for today?
23   A    I did speak to Mr. Bashlykov in
24 preparation for testimony today.
25   Q    Okay.  And so with respect to your

Case 3:23-cv-03417-VC   Document 506-3   Filed 03/28/25   Page 5 of 13

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                         Highly Confidential - Attorneys' Eyes Only

Page 16

1  testimony that during the time period Meta was
2  downloading files it was uploading or sharing the
3  data, did you follow up with Mr. Bashlykov on whether
4  there was any evidence to show how much was uploaded
5  during that time period?
6          MR. WEINSTEIN:  Object to form.  I would
7  object, outside the scope.  I think you -- you seem
8  to be asking about leeching and not seeding.
9          MS. POUEYMIROU:  I'm asking about
10 Mr. Clark's testimony on torrenting here.
11         MR. WEINSTEIN:  Sure, but . . .
12         MS. POUEYMIROU:  There's no word of
13 leeching in any of this.
14         MR. WEINSTEIN:  I -- I disagree.  I think
15 what you're getting at, you're trying to back door a
16 discussion of leeching, which I think we've -- as
17 we've explained, we think is outside the scope of the
18 topic.  So I'm just going to put a scope objection on
19 the record.  I think this is outside the scope.
20         The witness is -- he's here to testify
21 and he's prepared to testify about torrenting, the
22 facts relating to Meta's torrenting of it, and he's
23 testified that he's prepared to testify about seeding
24 specifically.  But as we've made clear, this other
25 topic of leeching is outside the scope of the

Case 3:23-cv-03417-VC   Document 506-3   Filed 03/28/25   Page 6 of 13

3/3/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 17

```
 1    preparation and the topic.
 2         Q      (BY MS. POUEYMIROU)  Mr. Clark, is
 3    leeching outside the scope of a topic that is on
 4    torrenting?
 5                MR. WEINSTEIN:  Object --
 6         Q      (BY MS. POUEYMIROU)  Leeching -- does
 7    torrenting involve leeching?
 8                MR. WEINSTEIN:  Object to form, outside
 9    the scope.
10         A      Sorry.  Can you ask that question again.
11         Q      (BY MS. POUEYMIROU)  Sure.
12         A      I got . . .
13         Q      We've just reviewed testimony --
14         A      Mm-hmm.
15         Q      -- your testimony given under oath --
16         A      Yes.
17         Q      -- that you spoke to Mr. Bashlykov and
18    that during the time period in which Meta was
19    downloading data, that was the only time period in
20    which data was being shared, but Meta took efforts to
21    minimize that.
22         A      (Deponent nodded.)
23         Q      Is that correct?
24                MR. WEINSTEIN:  Object to form.
25         A      That -- in the testimony that you're
```

Case 3:23-cv-03417-VC   Document 506-3   Filed 03/28/25   Page 7 of 13

3/3/2025    Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 18

1  having me read, that is correct.
2       Q    (BY MS. POUEYMIROU)  That is correct.
3  What I am asking you is whether this testimony that
4  we have just reviewed -- was this testimony about
5  torrenting?
6            MR. WEINSTEIN:  Object to form.
7       A    This testimony was around the facts of
8  the torrenting that had occurred, yeah.
9       Q    (BY MS. POUEYMIROU)  Okay.  Thank you.
10 And so my question here was, How much data did Meta
11 share --
12           MR. WEINSTEIN:  Object to form.  Outside
13 the scope.
14      Q    (BY MS. POUEYMIROU)  -- when
15 torrenting --
16           MR. WEINSTEIN:  Sorry.  Go ahead.
17           MS. POUEYMIROU:  It's okay.
18      Q    (BY MS. POUEYMIROU)  How much data did
19 Meta share while it was torrenting LibGen?
20           MR. WEINSTEIN:  Object to form.  Outside
21 the scope.
22      Q    (BY MS. POUEYMIROU)  And you said you
23 didn't have any details.  My question for you today
24 is, do you now have details about how much data was
25 shared while Meta was torrenting?

Case 3:23-cv-03417-VC   Document 506-3   Filed 03/28/25   Page 8 of 13

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 19

 1              MR. WEINSTEIN:  So just to be clear,
 2   your -- your question includes both seeding and
 3   leeching, correct?
 4              MS. POUEYMIROU:  My question is about
 5   torrenting.
 6              MR. WEINSTEIN:  Well, as you know,
 7   there's seeding and there's leeching.  Your question
 8   is encompassing -- presumably encompassing both.  So
 9   I would object.  Outside the scope.
10              THE DEPONENT:  Do you mind repeating back
11   the question or . . .
12              THE REPORTER:  Is that fine?
13              MS. POUEYMIROU:  Sure.
14              (The following question was read back:
15              "And you said you didn't have any
16              details.  My question for you today is,
17              do you now have details about how much
18              data was shared while Meta was
19              torrenting?")
20       A    In preparation for today and going
21   through the facts, reviewing the Python scripts, the
22   configuration for the environment, and in both the
23   conversations and the documents I reviewed, it is my
24   understanding that it is very unlikely that any data
25   was shared or that any data was seeded as part of

Case 3:23-cv-03417-VC   Document 506-3   Filed 03/28/25   Page 9 of 13

3/3/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 20

 1  torrenting that was occurring.
 2       Q    (BY MS. POUEYMIROU)  And is that an
 3  opinion about how much data was seeded?
 4            MR. WEINSTEIN:  Object to form.
 5       A    In -- in preparation I focused on
 6  seeding, and -- and, yes.  Like, the answer to that
 7  question is yes.
 8       Q    (BY MS. POUEYMIROU)  So your testimony is
 9  that it is very unlikely any data was seeded by Meta?
10       A    That is correct.
11       Q    And my question is about whether --
12  during the process of torrenting, whether you were
13  able to confirm if any data was shared during that
14  time frame.
15            MR. WEINSTEIN:  Object to form.  Again,
16  outside the scope.  And I'd just note that we did
17  have a meet and confer on Friday on this, and we did
18  inform your side that we were putting the witness up
19  on seeding and not leeching.
20            MS. POUEYMIROU:  Mr. Weinstein, is this
21  deposition about torrenting?
22            MR. WEINSTEIN:  As I have said before --
23            MS. HARTNETT:  May I answer?  I
24  apologize.  This is Ms. Hartnett.  I was on the meet
25  and confer Friday, which is why I'm here.  We've made

Case 3:23-cv-03417-VC   Document 506-3   Filed 03/28/25   Page 10 of 13

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 21

1  clear our position that the parties had been using
2  the word "torrenting" in our view to refer to
3  downloading.  That's why we had a dispute about
4  whether or not seeding was within torrenting.  We
5  disagreed.  We took that to the Court.  No one ever
6  mentioned leeching in that dispute.  We are here
7  because the Court ordered a deposition about
8  torrenting, i.e., downloading, and seeding.
9            As of Wednesday of last week, plaintiffs
10 have added an expert in the case to talk about
11 leeching.  We object to that report.  We object to
12 that being part of this topic.  Mr. Clark is not
13 prepared on that topic today, and he will not be able
14 to answer questions in his corporate capacity about
15 leeching.
16           If you ask him in terms of leeching or if
17 you ask him in terms of other language and avoid the
18 use of leeching, he's not prepared on that topic.
19 That's our position and we will take it to the Court.
20           MS. POUEYMIROU:  But in your -- just to
21 be clear, he testified extensively about sharing data
22 while downloading during torrenting.  Are you saying
23 that all of this testimony is false?
24           MS. HARTNETT:  No, I'm not.  He was there
25 to testify about torrenting, which we understood to

Case 3:23-cv-03417-VC   Document 506-3   Filed 03/28/25   Page 11 of 13

3/3/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 22

1  be and which the parties used to mean downloading
2  data via torrent.  That was what he was prepared on
3  the last time.  I objected on the record because I
4  believed that seeding was at the edge of to outside
5  the scope of that topic.  No one even mentioned
6  leeching during that deposition.  So that was
7  certainly off the table from our perspective.
8         Q    (BY MS. POUEYMIROU)  So let's turn to
9  page 350 in Volume III of your deposition to look at
10 how you defined seeding.
11            MS. HARTNETT:  And again, just for the
12 record, Mr. Clark was not prepared on seeding for
13 that deposition, which is why we had the dispute that
14 we had.  So to the extent you're suggesting he gave
15 inappropriate or false testimony, we just reject --
16            MS. POUEYMIROU:  I'm not -- I'm not
17 suggesting that.
18            MS. HARTNETT:  Okay.  I'm happy to hear
19 that for the record.  Because Mr. Clark testified
20 truthfully at the deposition.  He was not prepared on
21 seeding, which is why --
22            MS. POUEYMIROU:  Right.
23            MS. HARTNETT:  -- we have this deposition
24 today.
25            MS. POUEYMIROU:  But we -- the testimony

Case 3:23-cv-03417-VC   Document 506-3   Filed 03/28/25   Page 12 of 13

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
                         Highly Confidential - Attorneys' Eyes Only

Page 23

1   he gave about how torrenting works --
2           MS. HARTNETT:  He also was not prepared
3   on leeching because this was a concept that no one
4   had introduced into this case until last week.
5           MS. POUEYMIROU:  I'm asking for
6   verification whether you're recanting any of this
7   testimony here.  I'm merely looking at points that
8   he's raised in the previous deposition, which he gave
9   under oath.  All I'm doing is following up on a
10  discussion about torrenting in that deposition.
11          MS. HARTNETT:  I'm -- you can state the
12  record of what you are doing.  What we see you doing
13  is trying to ask him questions about leeching and --
14          MS. POUEYMIROU:  Are you telling him to
15  not answer the questions?
16          MS. HARTNETT:  Of course we're not.
17          MS. POUEYMIROU:  Okay.
18          MS. HARTNETT:  He can answer the
19  question.  But he was not asked about leeching.  He
20  was talking about downloading.  He was maybe asked on
21  the margins.  To the extent you're now saying he
22  should have been prepared on leeching, a topic you
23  didn't even introduce in that deposition we --
24          MS. POUEYMIROU:  And --
25          MS. HARTNETT:  -- object to that.

Case 3:23-cv-03417-VC   Document 506-3   Filed 03/28/25   Page 13 of 13

3/3/2025    Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 27

 1    Q    (BY MS. POUEYMIROU) -- or after a
 2  torrent file has been fully downloaded?
 3    A    Just to reiterate what I had already
 4  said, that things that I have already downloaded, I
 5  am sharing, is seeding.
 6    Q    Okay. And so when you talk about the
 7  process of sharing data while downloading or
 8  torrenting that data, that's not -- you're drawing a
 9  distinction between that and the seeding time period?
10         MR. WEINSTEIN: Object to form.
11    A    The community expectation, as I -- just
12  to reiterate -- is that things that I have already
13  downloaded I would share while I continue to download
14  on that network or participate on that network.
15    Q    (BY MS. POUEYMIROU) Okay. Is leeching a
16  part of torrenting?
17         MR. WEINSTEIN: Object to form, outside
18  the scope.
19    A    I didn't prepare on leeching as part of
20  my 30(b)(6) testimony. In my own personal
21  understanding of leeching, leeching in the community
22  of torrenting means I am downloading content but not
23  contributing back to sharing of content.
24    Q    (BY MS. POUEYMIROU) Okay. When you were
25  preparing for today what kinds of documents did you