Chris K. Ridder (SBN 218691)
Ridder, Costa & Johnstone LLP
chris@rcjlawgroup.com
440 N. Barranca Avenue, #7550
Covina, CA 91723
Tel: (650) 466-0586
Fax: 650) 466-6182

Rebecca Tushnet (No. 3043296 (N.Y.))
(pro hac vice pending)
rtushnet@law.harvard.edu
520 Hauser, Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02130
Telephone: 703-593-6759

*Attorneys for Amici Curiae*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **DECLARATION OF REBECCA TUSHNET IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** <br><br> Date: May 1, 2025 <br> Time: 10:00 a.m. <br> Dept: Courtroom 4, 17th Floor <br> Judge: Vince Chhabria <br> Trial Date: None <br> Date Action Filed: July 7, 2023 |

I, Rebecca Tushnet, hereby declare:

1. I am the Frank Stanton Professor of Law at Harvard Law School.

2. I submit this Declaration to provide the Court with a copy of the brief I propose to file as amicus curiae in support of Defendant, attached hereto as Exhibit A.

3. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2025

By: /s/ Rebecca Tushnet
Rebecca Tushnet (No. 3043296 (N.Y.))
(pro hac vice pending)
rtushnet@law.harvard.edu
520 Hauser, Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02130
Tel: 703-593-6759