1  Chris K. Ridder (SBN 218691)
   Ridder, Costa & Johnstone LLP
2  chris@rcjlawgroup.com
   440 N. Barranca Avenue, #7550
3  Covina, CA 91723
   Tel: (650) 466-0586
4  Fax: 650) 466-6182

5  Rebecca Tushnet (No. 3043296 (N.Y.))
   (pro hac vice pending)
6  rtushnet@law.harvard.edu
7  520 Hauser, Harvard Law School
   1575 Massachusetts Avenue
8  Cambridge, MA 02130
   Telephone: 703-593-6759
9
   *Attorneys for Amici Curiae*

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13                           **SAN FRANCISCO DIVISION**

14

15

16   RICHARD KADREY, *et al.*,                Case No. 3:23-cv-03417-VC-TSH

17   Individual and Representative Plaintiffs,   **[PROPOSED] ORDER GRANTING
                                                 INTELLECTUAL PROPERTY
18             v.                                LAW PROFESSORS LEAVE TO
                                                 FILE AMICUS CURIAE BRIEF**
19   META PLATFORMS, INC., a
     Delaware corporation,                      Date: May 1, 2025
20                                              Time: 10:00 a.m.
                   Defendant.                   Dept: Courtroom 4, 17th Floor
21                                              Judge: Vince Chhabria
                                                Trial Date: None
22                                              Date Action Filed: July 7, 2023

23

24

25

26

27

28

Having considered IP Law Professors' Motion For Leave To File Amicus Curiae Brief, the Court hereby rules as follows:

IP Law Professors are granted leave to appear as amicus curiae and to file their amicus curiae brief. Their brief shall be deemed filed nunc pro tunc.

**IT IS SO ORDERED.**

Dated:_____      _____
                              Vince Chhabria
                              UNITED STATES DISTRICT JUDGE