1  Chris K. Ridder (SBN 218691)
   Ridder, Costa & Johnstone LLP
2  chris@rcjlawgroup.com
   440 N. Barranca Avenue, #7550
3  Covina, CA 91723
   Tel: (650) 466-0586
4  Fax: 650) 466-6182

5  Rebecca Tushnet (No. 3043296 (N.Y.))
   (pro hac vice pending)
6  rtushnet@law.harvard.edu
7  520 Hauser, Harvard Law School
   1575 Massachusetts Avenue
8  Cambridge, MA 02130
   Telephone: 703-593-6759
9
   *Attorneys for Amici Curiae*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>[PROPOSED] **ORDER GRANTING INTELLECTUAL PROPERTY LAW PROFESSORS LEAVE TO FILE AMICUS CURIAE BRIEF**<br><br>Date: May 1, 2025<br>Time: 10:00 a.m.<br>Dept: Courtroom 4, 17th Floor<br>Judge: Vince Chhabria<br>Trial Date: None<br>Date Action Filed: July 7, 2023 |

1
2       Having considered IP Law Professors' Motion For Leave To File Amicus Curiae
3  Brief, the Court hereby rules as follows:
4       IP Law Professors are granted leave to appear as amicus curiae and to file their
5  amicus curiae brief. Their brief shall be deemed filed nunc pro tunc.
6
7  **IT IS SO ORDERED.**
8
9  Dated:  April 1, 2025              _____
                                       Vince Chhabria
10                                     UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28