**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>    *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**DECLARATION OF MATTHEW BUTTERICK IN SUPPORT OF PLAINTIFFS' SUMMARY JUDGMENT OPPOSITION AND REPLY** |

I, Matthew Butterick, declare:

1.      I am an attorney licensed to practice in California. I am co-counsel for Plaintiffs Christopher Golden, Richard Kadrey, and Sarah Silverman in this action. I have personal knowledge of the matters stated below. I can competently testify about them. I make this declaration under 28 U.S.C. § 1746 regarding exhibits I have prepared under Federal Rule of Evidence 1006 in support of Plaintiffs' Summary Judgment Opposition and Reply.

2.      **Description of Exhibit A**: On or around March 26, 2025, Meta produced documents with Bates labels Meta_Kadrey_00237772 through Meta_Kadrey_00237779. Below, I call these the **Meta Filesystem Documents**. These documents appear to comprise a listing of files contained in a filesystem directory called



3.      

4.      I have personally visited the shadow library known as Library Genesis (aka "LibGen") at the URL `https://libgen.is`. Each pirated book file hosted on LibGen is associated with a unique 32-character hexadecimal string called an *MD5 hash*. For instance, my book *Typography for Lawyers* appears on LibGen and is associated with the MD5 hash "A288E549C5A3C9B6254745151CFD1E8A". Furthermore, the main LibGen URL for my book incorporates this MD5 hash:

https://libgen.is/book/index.php?md5=A288E549C5A3C9B6254745151CFD1E8A

5. ███████████████████████████
████████████████████████████████
████████████████████████████████
█████████████

6. **Exhibit A** contains ████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████

7. **Exhibit A** contains seven columns: ████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
█████████████████████

8. Meta did not produce the underlying data files for the filenames found in the Meta Filesystem Documents. But the most reasonable inference is that ████████████████
████████████████████████████████
████████████████████████████████
██████████████████████

9.  **Explanation of Exhibit B**: During my work on this case, I reviewed the ███████████████████████████████████████████████████████

10. ████████████████████████████████████████████████████████████████████████████████████████

11. The metadata for each data record in ████████████████████████████████████████

12. I identified books in the ████████████████████████████████████████████████

13. To find ████████████████████████████████████████████████████████████

14. Furthermore, to ensure that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

15. **Exhibit B** is a true and correct copy of a table summarizing the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



I declare under penalty of perjury that the foregoing is true and correct. Executed on April 7, 2025 in Los Angeles, California.

By:   */s/ Matthew Butterick*
      Matthew Butterick