**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

(*additional counsel included below*)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>    *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: REPLY TO SUMMARY JUDGMENT AND OPPOSITION TO META'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Civil Local Rules 7-11, 79-5(f), and this Court's Standing Order on Motions to Seal, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with Plaintiffs' Reply to Motion for Partial Summary Judgment and Opposition to Meta's Motion for Partial Summary Judgment. The Motion and accompanying exhibits contain material that Defendant Meta Platforms, Inc. ("Meta"), as well as third parties HarperCollins Publishers ("HarperCollins") and Hachette Book Group ("Hachette") have designated as "Confidential," "Highly Confidential - Attorneys Eyes Only" and "Highly Confidential – Source Code" as defined in the in the parties' Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (ECF No. 90, the "Protective Order").

| PLAINTIFFS' OPPOSITION AND REPLY | | |
|---|---|---|
| Document | Portions to be Filed Under Seal | Basis for Sealing Portion of Document |
| Reply to Motion for Partial Summary Judgment and Opposition to Meta's Motion for Partial Summary Judgement | Highlighted Portions | Refers to material designated by Meta, HarperCollins, and Hachette as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 97 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 98 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 99 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 100 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 101 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 102 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |

| | | |
|---|---|---|
| Exhibit 103 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 104 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 105 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 106 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 107 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 108 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 109 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 110 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 111 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 112 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 113 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 114 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 115 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 116 | Full Document | Designated by Meta as "Confidential" |
| Exhibit 117 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 118 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 119 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |

| | | |
|---|---|---|
| Exhibit 120 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 121 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 122 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 123 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 124 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 125 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 126 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 128 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 129 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 130 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 131 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 132 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 133 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 134 | Full Document | Designated by Hachette as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 135 | Full Document | Designated by HarperCollins as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 136 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 137 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |

| | | |
|---|---|---|
| Exhibit 138 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 139 | Full Document | Designated by HarperCollins as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 140 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 141 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 142 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 143 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 144 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 146 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Source Code" |
| Exhibit 147 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" and "Highly Confidential – Source Code" |
| Exhibit 148 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 149 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 150 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 151 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 152 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 153 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 154 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |

| | | |
|---|---|---|
| Exhibit 155 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 156 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 157 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 158 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 159 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 160 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit 163 | Full Document | Designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |

| BUTTERICK DECLARATION | | |
|---|---|---|
| Document | Portions to be Filed Under Seal | Basis for Sealing Portion of Document |
| Declaration of Matthew Butterick in Support of Plaintiffs' Brief | Highlighted Portions | Refers to material designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit A | Full Document | Refers to material designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |
| Exhibit B | Full Document | Refers to material designated by Meta as "Highly Confidential – Attorneys' Eyes Only" |

Plaintiffs provisionally file the above-referenced documents under seal subject to the Designating Parties' forthcoming sealing motions. Plaintiffs assert no confidentiality of their own over these documents and are prepared to file them publicly.

Dated: April 7, 2025

By: /s/ *Maxwell V. Pritt*
      Maxwell V. Pritt

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
Reilly T. Stoler (SBN 310761)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
rstoler@lchb.com

Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013-1413
(212) 355-9500
rgeman@lchb.com

Kenneth S. Byrd (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
(615) 313-9000
kbyrd@lchb.com
bsugar@lchb.com

**JOSEPH SAVERI LAW FIRM LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class.*

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
James Ulwick (*pro hac vice*)
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

David Straite (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
dsraite@dicellolevitt.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butterickmlaw.com

**COWAN DEBAETS ABRAMS & SHEPPARD LLP**
Scott J. Sholder (*pro hac vice*)
CeCe M. Cole
60 Broad Street, 30th Floor
New York, NY 10004
(212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

---

**PLAINTIFFS' ADMIN. MTN. TO CONSIDER SEALING RE: MOTION FOR SUMMARY JUDGMENT**
CASE NO. 3:23-cv-03417-VC