Jacqueline C. Charlesworth (SBN 326742)
Ruby A. Strassman (SBN 346601)
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone:   (310) 579-9600
Facsimile:   (310) 579-9650

*Attorneys for Amicus Curiae*
*Association of American Publishers*
(*Complete listing on signature page*)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  23-cv-03417-VC<br><br>***AMICUS CURIAE* THE ASSOCIATION OF AMERICAN PUBLISHERS' CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) AND CERTIFICATION OF INTERESTED PARTIES (CIVIL L.R. 3-15)** |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for *amicus curiae* Association of American Publishers ("AAP") states as follows: There is no parent corporation of AAP; nor does any publicly held corporation own 10% or more of its stock.

# CERTIFICATION OF INTERESTED PARTIES

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for AAP certifies it is not aware of any conflict, financial or otherwise, that the presiding judge, Judge Vince Chhabria, may have with the parties to the litigation, and is not aware of any entities, other than the parties themselves, that have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED: April 11, 2025                    Respectfully submitted,

                                         FRANKFURT KURNIT KLEIN + SELZ PC


                                         By:   */s/ Jacqueline C. Charlesworth*
                                               Jacqueline C. Charlesworth
                                               Ruby A. Strassman
                                               2029 Century Park East, Suite 2500N
                                               Los Angeles, California 90067
                                               Telephone:   (310) 579-9600
                                               Facsimile:   (310) 579-9650

                                               Kristen G. Niven*
                                               28 Liberty Street, 35th Floor
                                               New York, NY 10005
                                               Telephone:   (212) 826-5566
                                               Facsimile:   (424) 372-2947

                                               *Attorneys for Amicus Curiae*
                                               *Association of American Publishers*

                                               * Not admitted in California or the U.S. District
                                               Court for the Northern District of California

AAP CORPORATE DISCLOSURE AND CERTIFICATION
CASE NO. 3:23-cv-3417

2