1  **BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
2  333 Main Street
Armonk, NY 10504
3  (914) 749-8200
dboies@bsfllp.com
4
Maxwell V. Pritt (SBN 253155)
5  Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
6  San Francisco, CA 94104
(415) 293-6800
7  mpritt@bsfllp.com
jstein@bsfllp.com
8
Jesse Panuccio (*pro hac vice*)
9  Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
10  Washington, DC 20005
(202) 237-2727
11  jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com
12
Joshua I. Schiller (SBN 330653)
13  David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
14  New York, NY 10001
(914) 749-8200
15  jischiller@bsfllp.com
dsimons@bsfllp.com
16
*Attorneys for Plaintiff Christopher Farnsworth and*
17  *Representative Plaintiffs and the Proposed Class*

18                  **UNITED STATES DISTRICT COURT**

19                  **NORTHERN DISTRICT OF CALIFORNIA**

20                  **SAN FRANCISCO DIVISION**

21  RICHARD KADREY, *et al*.,                     Case No. 3:23-cv-03417-VC

22          Individual and Representative          **DECLARATION OF JAY**
        Plaintiffs,                              **SCHUFFENHAUER IN SUPPORT OF**
23                                                **STIPULATION AND [PROPOSED]**
    v.                                            **ORDER EXTENDING DEADLINE FOR**
24                                                **THIRD-PARTY SEALING OF SUMMARY**
    META PLATFORMS, INC, a Delaware               **JUDGMENT BRIEFS**
24  corporation,
25          Defendant.

26

27

28

DECLARATION OF JAY SCHUFFENHAUER
                                                   CASE NO. 3:23-CV-03417-VC

I, Jay Schuffenhauer, hereby declare:

1. I am an Associate with the law firm Boies Schiller Flexner LLP, counsel for Plaintiffs and the Proposed Class in this matter. I submit this declaration in support of the Parties' Stipulation re Third-Party Sealing Deadline. I declare that the following is true to the best of my knowledge, information and belief, and that if called upon to testify, I could and would testify to the following:

2. On April 7, 2025, Plaintiffs filed their summary judgment opposition and reply brief. That brief contains references to information over which two third parties assert confidentiality. Plaintiffs also filed under seal three documents produced by those third parties as exhibits to the brief.

3. I have corresponded with the third parties whose materials were filed under seal and have apprised them of the procedure for submitting declarations in support of sealing. Those discussions are ongoing, continuing into this week. The third parties are aware of the April 25, 2025 deadline for submitting declarations in support of sealing exhibits filed in conjunction with the summary judgment briefs and intend to file declarations in support of sealing on that date.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of April, 2025 in Washington, DC.

By: */s/ Jay Schuffenhauer*
Jay Schuffenhauer

DECLARATION OF JAY SCHUFFENHAUER
CASE NO. 3:23-CV-03417-VC