# GHAJAR EXHIBIT 55

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

```
 1
 2                UNITED STATES DISTRICT COURT
 3              NORTHERN DISTRICT OF CALIFORNIA
 4                  SAN FRANCISCO DIVISION
 5
 6      --------------------------------------x
 7      RICHARD KADREY, et al.,
 8      Individual and Representative,
 9                      Plaintiffs,
10           v.                          Case No.
11      META PLATFORMS, INC.,     3:23-cv-03417-VC
12      a Delaware corporation,
13                      Defendant.
14      --------------------------------------x
15
16        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
17               PURSUANT TO PROTECTIVE ORDER
18
19                VIDEOTAPED DEPOSITION of
20                  DAVID CHOFFNES, Ph.D.
21                  Boston, Massachusetts
22
23
24      Reporter: Michael D. O'Connor, RMR, CRR, CRC
25      Job No. 7281431
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

```
 1
 2
 3
 4
 5
 6
 7                  Friday, March 28, 2025
 8                       9:34 a.m.
 9
10       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
11              PURSUANT TO PROTECTIVE ORDER
12
13              VIDEOTAPED DEPOSITION of DAVID
14    CHOFFNES, Ph.D., held at Cooley LLP, 50
15    Boylston Street, Boston, Massachusetts,
16    pursuant to notice, before Michael D.
17    O'Connor, Registered Merit Reporter,
18    Certified Realtime Reporter, Certified
19    Realtime Captioner.
20
21
22
23
24
25
```

Page 2

| | | |
|---|---|---|
| 1 | A. I'm there. | 11:16:34 |
| 2 | Q. Thank you, sir. In connection | 11:16:35 |
| 3 | with your report, you provide certain | 11:16:37 |
| 4 | probabilities that you believe are relevant to | 11:16:41 |
| 5 | whether or not Meta shared a piece in | 11:16:44 |
| 6 | Plaintiffs' work, correct? | 11:16:49 |
| 7 | A. Correct. | 11:16:51 |
| 8 | Q. In Table 2, one of the factors you | 11:16:51 |
| 9 | used was the "Hours Leeching," correct? | 11:16:54 |
| 10 | A. Yes, correct. | 11:16:57 |
| 11 | Q. By "leeching," we're talking about | 11:17:02 |
| 12 | the period of time when Meta was downloading | 11:17:03 |
| 13 | the torrent, correct? | 11:17:06 |
| 14 | A. Correct. | 11:17:08 |
| 15 | Q. Your probabilities, correct me if | 11:17:08 |
| 16 | I'm wrong, do not take into account a period of | 11:17:13 |
| 17 | time, if any, that Meta was seeding, correct? | 11:17:16 |
| 18 | A. Correct. | 11:17:19 |
| 19 | Q. Dr. Choffnes, the data sets at | 11:17:19 |
| 20 | issue here, you understand were Internet | 11:18:36 |
| 21 | Archive, Z-Lib and portions of Libgen, correct? | 11:18:41 |
| 22 | A. By "at issue here," what are you | 11:18:47 |
| 23 | referring? In what context are you referring? | 11:18:49 |
| 24 | Q. The data sets that you contend | 11:18:52 |
| 25 | there was some probability of uploading by | 11:18:54 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | Q. Understood. And that's spread out | 12:49:45 |
| 2 | among 13 Plaintiffs, correct? | 12:49:50 |
| 3 | A. Actually, I don't know the exact | 12:49:52 |
| 4 | number of Plaintiffs either. But again, if | 12:49:53 |
| 5 | it's helpful, we can sort of assume that for | 12:49:56 |
| 6 | now. | 12:49:58 |
| 7 | Q. Okay. Now, when you say that | 12:49:58 |
| 8 | "Meta shared at least one piece of Plaintiffs' | 12:50:07 |
| 9 | works," is there a particular work that | 12:50:10 |
| 10 | probability relates to? | 12:50:16 |
| 11 | MR. STEIN: Object as to form. | 12:50:17 |
| 12 | A. So the probability analysis | 12:50:19 |
| 13 | doesn't pinpoint which work was shared. It | 12:50:21 |
| 14 | just indicates the likelihood that at least one | 12:50:25 |
| 15 | of those works was shared. | 12:50:29 |
| 16 | Q. Understood. But you hadn't | 12:50:31 |
| 17 | provided an opinion as to the probability that | 12:50:35 |
| 18 | Meta shared at least one piece of each of the | 12:50:37 |
| 19 | Plaintiffs' works, correct? | 12:50:42 |
| 20 | MR. STEIN: Object as to form. | 12:50:46 |
| 21 | A. That wasn't the scope of my | 12:50:47 |
| 22 | analysis. The scope of my analysis was at | 12:50:48 |
| 23 | least one piece of at least one Plaintiff's | 12:50:50 |
| 24 | works. | 12:50:52 |
| 25 | Q. Understood. And then how about at | 12:50:53 |

Page 106

```
 1                    C E R T I F I C A T E
 2
 3              I, Michael O'Connor, Registered
 4    Merit Reporter/Certified Realtime Reporter,
 5    do hereby certify:
 6              That DAVID R. CHOFFNES, Ph.D., the
 7    witness whose testimony is hereinbefore set
 8    forth, was duly sworn by me and that such
 9    testimony is a true and accurate record of
10    my stenotype notes taken in the foregoing
11    matter to the best of my knowledge, skill
12    and ability.
13              IN WITNESS WHEREOF, I have hereunto
14    set my hand and Notarial Seal this 30th day
15    of March 2025.
16
17
18            [signature: Michael O'Connor]
19              MICHAEL O'CONNOR, RMR, CRR, CRC
20                      Notary Public
21
22
23    My Commission expires:
24    November 9, 2029
25
```

Page 152