# GHAJAR EXHIBIT 60

Case 3:23-cv-03417-VC   Document 543-8   Filed 04/17/25   Page 2 of 4

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,         )
            Individual and      )
            Representative      )
            Plaintiffs,         )
                                )
    v.                          )   Case No.:
                                )   3:23-cv-03417-VC
META PLATFORMS, INC.,           )
            Defendant.          )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
Videotaped 30(b)(1) deposition of
NIKOLAY BASHLYKOV
Volume I

Thursday, December 5, 2024

London, England
United Kingdom

Reported stenographically by:
Leah M. Willersdorf,
RMR, CRR, FBIVR, ACR, QRR2*, CLR

_____
DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 543-8   Filed 04/17/25   Page 3 of 4

12/5/2024     Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 60

```
 1       A.   I think it was Melanie Kambadur.
 2       Q.   Melanie Kambadur, okay.  And who
 3  supervised you in the acquisition and curation of
 4  datasets?
 5       A.   Melanie and my manager, Aurelien.
 6       Q.   Okay.  Aurelien Rodriguez?
 7       A.   Yes.
 8       Q.   Okay.  All right.
 9            MR. YOUNG:  Okay.  I am going to introduce
10  a document that was previously marked as Exhibit 26.
11            (Plaintiffs' Exhibit 26 previously
12            marked for identification.)
13  BY MR. YOUNG:
14       Q.   Why don't you take a few moments to scan
15  through the document, Mr. Bashlykov, and let me know
16  when you're ready.
17       A.   Yeah.
18       Q.   Okay.  Mr. Bashlykov, is this document
19  a document named "LibGen datasets (Lab Notebook)" that
20  was authored by you?
21       A.   Yes.
22       Q.   Okay.  And was this document originally
```

Case 3:23-cv-03417-VC   Document 543-8   Filed 04/17/25   Page 4 of 4

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov, Vol I
Highly Confidential - Attorneys' Eyes Only

Page 244

1         CERTIFICATE OF COURT REPORTER

2         I, LEAH M. WILLERSDORF, Registered Merit

3    Reporter, Certified Realtime Reporter, Fellow of the

4    British Institute of Verbatim Reporters, Qualified

5    Realtime Reporter Level 2, and Certified LiveNote

6    Reporter, do hereby certify that:

7         NIKOLAY BASHLYKOV appeared before me on

8    Thursday, December 05, 2024, was sworn by me and was

9    thereupon examined by counsel; that the testimony of

10   said witness was taken by me stenographically; that

11   the foregoing is a true and accurate record to the

12   best of my knowledge, skill and ability; that I am

13   neither a relative nor employee of any party to the

14   action in which this testimony was taken; that I am

15   neither relative nor employee of any attorney or

16   counsel employed by any party thereto; and, further,

17   I am not financially or otherwise interested in the

18   outcome of the action.

19

20

21            LEAH M. WILLERSDORF
         RMR, CRR, FBIVR, ACR, QRR2, CLR

22            (December 08, 2024)