# GHAJAR EXHIBIT 61

Case 3:23-cv-03417-VC   Document 543-9   Filed 04/17/25   Page 2 of 6

11/18/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, ET AL.,                )

    INDIVIDUAL AND REPRESENTATIVE   )

                          PLAINTIFFS, ) LEAD CASE NO.

                v.                   ) 3:23-cv-03417-VC

META PLATFORMS, INC.,                  )

                      DEFENDANT. )

_____)


\* \* \*   H I G H L Y   C O N F I D E N T I A L   \* \* \*

\* \* \*   A T T O R N E Y S '   E Y E S   O N L Y   \* \* \*


VIDEO-RECORDED DEPOSITION OF

ALEXANDER BOESENBERG

MONDAY, NOVEMBER 18, 2024

SAN FRANCISCO, CALIFORNIA

9:04 A.M. PST

REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 543-9   Filed 04/17/25   Page 3 of 6

11/18/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.    Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 83

1    Q.   Okay.  Now, ▮▮▮▮▮▮ actually gave
2    you a number for each book that -- a price temp
3    for each book to license; right?  That Meta
4    wanted to license; right?
5    A.   I mean, this looks -- that appears to
6    be the case here, but, again, you know, as I've
7    said, it's just one -- it's like -- it's a price
8    for a volume of books, but I don't know all of
9    the other important details.
10   Q.   Right.  But, you know, what was the
11   price that ▮▮▮▮▮▮ -- well, ▮▮▮▮▮▮
12   offers -- or at least from this message, offered
13   prices for two types of books; right?
14   A.   Yes.
15   Q.   All right.  What are the two types?
16   A.   Romance books and fiction books.
17   Q.   Okay.  And what was ▮▮▮▮▮▮
18   opening offer or offer at this time for
19   licensing a romance book?
20   A.   Well, I think this document implies
21   that it was $10,000 per romance book and $30,000
22   per fiction book.

Case 3:23-cv-03417-VC   Document 543-9   Filed 04/17/25   Page 4 of 6

11/18/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.     Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 154

1        ▮▮▮▮▮▮▮▮▮▮  relayed to you?
2        A.   I can't remember the conversation, but
3    I believe so.
4        Q.   Okay.
5        A.   I mean, I -- you know, I have no reason
6    to think this bullet is incorrect.
7        Q.   Okay.  Now, a deal with ▮▮▮▮▮▮▮▮▮▮
8    was never consummated; right?
9        A.   Correct.
10       Q.   Did you even negotiate an evaluation
11   including ▮▮▮▮▮▮▮▮▮▮?
12       A.   I can't remember.  I don't -- I don't
13   think we made it that far.
14       Q.   Okay.  Do you recall if ▮▮▮▮▮▮▮▮▮▮
15   was the one to say no to the deal or if Meta was
16   the one to say no to the deal?
17       A.   I think we just -- you know, I think
18   they had -- well, I don't completely recall it.
19            But when I looked at the other
20   document, there was a pricing proposal.  It
21   seemed like, from the document, that we thought
22   the pricing proposal was too high.  I don't

Case 3:23-cv-03417-VC   Document 543-9   Filed 04/17/25   Page 5 of 6

11/18/2024         Richard Kadrey, et al. v. Meta Platforms, Inc.    Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 155

1  ==remember ever countering with a new pricing==

2  ==proposal, so I imagine we just kind of went our==

3  ==separate ways after that.==

4     Q.   Okay.

5          THE WITNESS:  I'm going to need some --

6  a bite to eat soon.

7          MR. YOUNG:  Yeah, let me -- well, let's

8  just go check on lunch real quickly.

9          If we can just go off the record

10 briefly and then...

11         THE VIDEOGRAPHER:  Okay.  We are off

12 the record at 11:56.

13              (Recess taken.)

14         THE VIDEOGRAPHER:  We are now on the

15 record at 12:09.

16         MR. YOUNG:  So during the break we

17 marked as Plaintiffs' 136 a document bearing

18 Meta_Kadrey_00152934.

19              (Whereupon, Exhibit 136 was

20             marked for identification.)

21 BY MR. YOUNG:

22    Q.   Why don't you take a couple of moments

Case 3:23-cv-03417-VC   Document 543-9   Filed 04/17/25   Page 6 of 6

11/18/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Alexander Boesenberg
Highly Confidential - Attorneys' Eyes Only

Page 386

```
 1   STATE OF CALIFORNIA        )
 2   COUNTY OF LOS ANGELES      )  SS.
 3           I, AUDRA E. CRAMER, CSR No. 9901, in and for the
 4   State of California, do hereby certify:
 5           That, prior to being examined, the witness named
 6   in the foregoing deposition was by me duly sworn to
 7   testify the truth, the whole truth and nothing but the
 8   truth;
 9           That said deposition was taken down by me in
10   shorthand at the time and place therein named, and
11   thereafter reduced to typewriting under my direction,
12   and the same is a true, correct and complete transcript
13   of said proceedings;
14           I further certify that I am not interested in the
15   event of the action.
16           Witness my hand this 21 day of November,
17   2024.
18
19
20                                       _____
                                         Certified Shorthand
21                                       Reporter for the
                                         State of California
22
```