# GHAJAR EXHIBIT 62

Case 3:23-cv-03417-VC   Document 543-10   Filed 04/17/25   Page 2 of 6

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
Highly Confidential - Subject to Protective Order

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,         )
                                )
        Individual and          )
        Representative          )
        Plaintiffs,             )
                                )
v.                              )   Case No. 3:23-cv-03417-VC
                                )
META PLATFORMS, INC.,           )
                                )
        Defendant.              )
_____     )


** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

Videotaped Deposition of meta Platforms, Inc.

by and through its corporate designee

SY CHOUDHURY

San Francisco, California

Thursday, December 5, 2024


Reported Stenographically by

Michael P. Hensley, RDR, CSR No. 14114

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 543-10   Filed 04/17/25   Page 3 of 6

12/5/2024            Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
                         Highly Confidential - Subject to Protective Order

Page 20

1    provide.

2             THE WITNESS:  There's only privileged

3    information in that meeting, and so I'm not able to

4    talk further about that.

5    BY ATTORNEY PRITT:

6       Q.   Okay.  So to clarify, it's Meta's

7    testimony that there were no business reasons for

8    deciding to pause the licensing process for

9    acquiring fiction books, nonfiction books, and

10   coding data for use in Meta's LLMs in early

11   April 2023; is that correct?

12            ATTORNEY HARTNETT:  Objection to the form.

13            Misstates his testimony.

14            I -- if you can answer as to whether there

15   are business reasons that don't entail conveying

16   legal advice, you may answer.  If not, I instruct

17   you not to answer.

18            THE WITNESS:  The -- although this is not

19   comprehensive, the coding and textbook categories do

20   not -- do not apply to the one, I'll say, business

21   reason.

22            ==I'd like to point out that the -- in the==

Case 3:23-cv-03417-VC   Document 543-10   Filed 04/17/25   Page 4 of 6

12/5/2024     Richard Kadrey, et al. v. Meta Platforms, Inc.    Sy Choudhury 30(b)(6)
Highly Confidential - Subject to Protective Order

Page 21

1  fiction category, we quickly learned from the
2  business development team that most of the
3  publishers we were talking to, they themselves were
4  representing that they did not have, actually, the
5  rights to license the data to us.  And so it would
6  take a long time to engage with all their authors.
7  BY ATTORNEY PRITT:
8       Q.   So was timing and the ability to obtain
9  licenses for the use of fiction books to use as data
10 for Meta's LLMs a business reason for why Meta
11 decided to pause it's licensing efforts for those
12 books in early April 2023?
13      A.   It was one of the considerations, yes.
14      Q.   Were there any other business
15 considerations for deciding to pause licensing
16 efforts for fiction books to use as data for Meta's
17 LLMs in early April 2023?
18           ATTORNEY HARTNETT:  And you could answer
19 to the extent it doesn't reveal attorney-client
20 privileged advice.
21      A.   I would say yes in all three of the
22 categories that I've mentioned.  Another business

Case 3:23-cv-03417-VC   Document 543-10   Filed 04/17/25   Page 5 of 6

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
Highly Confidential - Subject to Protective Order

Page 22

1  reason is the very slow uptake in engagement and
2  interest from the different content partners that we
3  had reached out to or tried to reach out to, to
4  actually engage in a meaningful conversation.
5         So that was another reason, which has
6  nothing to do with speed.  It's just volume and
7  willingness to engage.
8         There were some that we, of course, had
9  good productive conversations with, but it was very
10 few.
11     Q.   And which partners that you're referring
12 to were unwilling to engage?
13     A.   We -- we send out slew of emails to --
14 slew of companies:  ▬▬▬ and -- I mean there was a
15 whole list.
16         I don't recall the entire list, but I
17 remember we had made a long list from initially
18 scouring the Internet of top publishers, et cetera,
19 and we didn't get contact and feedback from -- from
20 a lot of our cold call outreaches to try to
21 establish contact.
22         There were a few, like ▬▬▬▬, that did,

Case 3:23-cv-03417-VC   Document 543-10   Filed 04/17/25   Page 6 of 6

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
Highly Confidential - Subject to Protective Order

Page 82

1   CERTIFICATE OF SHORTHAND REPORTER

2

3      I, Michael P. Hensley, Registered Diplomate

4   Reporter for the State of California, CSR No. 14114,

5   the officer before whom the foregoing deposition was

6   taken, do hereby certify that the foregoing

7   transcript is a true and correct record of the

8   testimony given; that said testimony was taken by me

9   stenographically and thereafter reduced to

10  typewriting under my direction; that reading and

11  signing was not requested; and that I am neither

12  counsel for, related to, nor employed by any of the

13  parties to this case and have no interest, financial

14  or otherwise, in its outcome.

15

16

17

18                              [signature]

19                              Michael P. Hensley, CSR, RDR

20

21

22