# GHAJAR
# EXHIBIT 63

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., Individual and Representative Plaintiffs, -against- Meta Platforms, Inc., Defendant. | CASE NO. 3:23-cv-03417-VC |

*** HIGHLY CONFIDENTIAL ***
ATTORNEYS' EYES ONLY
VIDEO-RECORDED DEPOSITION OF
MELANIE KAMBADUR

Cooley, LLP
55 Hudson Yards
New York, New York 10001

09/17/2024
9:07 a.m. (EDT)

REPORTED BY: MONIQUE CABRERA

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

MR. WEINSTEIN: Object to form. Vague.

A. What do you mean by "important"?

BY MR. YOUNG:

Q. Have you selected training data that is fed into a model?

A. By "selected" do you mean specifically -- what -- yeah.

What do you mean by "selecting"?

Q. So does the training data used to develop a model affect how a model would perform?

A. Yes.

Q. So you wouldn't feed just any data into a model, use my data to train a model, right?

A. Someone could.

Q. But you wouldn't, right?

A. I guess it dep- -- would depend on the purpose. But generally, we do select specific data, yes.

Q. High quality data?

A. Generally, yes.

Q. What do you -- what do you understand me to mean when I say "high quality data"?

A. Actually, I'm not 100 percent sure what you mean by high quality data.

Q. Is "high quality data" a term you use in your work as AI developer?

A. Yes, we have described data as high quality levels. But I'm not sure if you have the same definition as me.

Q. Okay. What is your definition of high quality data?

A. Generally, data which at least small-scale experiments, has been shown to improve some metric that we're targeting for downstream model performance.

Q. So would high quality data generally be accurate data?

A. It could be.

Q. Free of errors, would high quality data be free of errors?

A. Probably. It depends on your goals.

training large language models?

A. Not directly. I have managed people who were doing the evaluation and I sometimes reviewed their evaluations.

Q. So by "review evaluations," do you mean someone who reported to you, would evaluate a dataset for use in training and then you would say yes, no, this would be something we would include?

A. I did not solely make the yes/no decisions. The first part of that statement, that people who report to me would run experiments and evaluate models is correct.

Q. Who else -- so you said you were not the person who solely made the decision to include certain datasets.

Who else would have input into that decision?

A. Generally, we looked at the actual perf- -- the performance of different experiments and for which -- like, are you asking about a specific model?

Q. No. Just generally.

A. Generally, members of the research team would look at the experimental outcomes.

Q. By "experimental outcomes," these are quantifiable results, right?

A. They are quantitative, but sometimes noisy metrics that give us an indication of potential performance.

Q. Are these experiments standardized?

MR. WEINSTEIN: Object to form. Vague.

You can answer.

A. I would say that we repeatedly ran similar experiments but we changed the exact experimental process from time to time.

BY MR. YOUNG:

Q. Are you familiar with the Llama models?

A. Yes.

Q. What are they?

A. They are a series of large language models that we trained at Meta.

dataset that Meta had, but had not processed yet?

A. I don't recall when we processed it.

Q. Now, do you recall testifying earlier that Libgen was used to pre-train Llama 3, Llama 3 series of models?

A. Yes. At least a subset of Libgen was used.

Q. But it wasn't used to pre-train the Llama 2 models or the Llama 1 models, right, according to your testimony today?

A. Yes, that's correct, to my knowledge.

Q. Now, do you remember if Meta had the Libgen dataset before it was processed and including in the Llama 3 models?

MR. WEINSTEIN: Object to form.

A. Of course we had to have the dataset before including it in the model, yes.

BY MR. YOUNG:

Q. So that means that there was a decision made to incorporate Libgen, process Libgen as pre-training date for Llama 3, correct?

A. Yes.
Q. Do you know who made that decision?
A. I don't think there was a singular -- there was not a singular person.
Q. But a decision was made, correct?
A. To include Libgen into Llama 3? Yes.
Q. Do you remember why that decision was made to include Libgen into Llama 3?
A. As with all of our datasets, we had run some small-scale experiments that indicated it would positively improve our benchmarks on a larger model. And we had gone through our legal and privacy review procedures.
Q. Did anyone express to you any concern with using the Libgen data source as pre-training material?
A. I recall people asking if it was approved.
Q. Did you express any concern about using the Libgen data source as pre-training material?

CERTIFICATE OF SHORTHAND REPORTER NOTARY PUBLIC

I, Monique Cabrera, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of September, 2024.

Monique Cabrera

MONIQUE CABRERA

Notary Public in and for the State of New York

County of Suffolk

My Commission No.

Expires: 06/12/2026