# GHAJAR
# EXHIBIT 64

# FILED UNDER SEAL