UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD KADREY, et al.,      ,

Plaintiff(s),

v.

META PLATFORMS, INC.      ,

Defendant(s).

Case No. 3:23-cv-03417-VC

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kevin Robert Madigan    , an active member in good standing of the bar of the State of Maryland and DC    , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Copyright Alliance    in the above-entitled action. My local co-counsel in this case is Benjamin S. Akley    , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 278506    .

1331 F Street NW, #950 Washington, DC 20004
MY ADDRESS OF RECORD

Pryor Cashman LLP, 1901 Avenue of the Stars, Suite 900 Los Angeles, California 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 470-5060
MY TELEPHONE # OF RECORD

(310) 683-6641
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

kmadigan@copyrightalliance.org
MY EMAIL ADDRESS OF RECORD

bakley@pryorcashman.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NA    .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0    times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated:  4/18/2025                                    /s/ Kevin Robert Madigan
                                                              APPLICANT

5

6

7

8                              ORDER GRANTING APPLICATION

9                        FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of  Kevin Robert Madigan        is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated:  April 21, 2025

16

17  _____

18              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Updated 11/2021                                    2