UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>   Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>   Defendant. | Case No. 3:23-cv-03417-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR THIRD-PARTY SEALING OF SUMMARY JUDGMENT BRIEFS** |

Pursuant to Civ. L.R. 6-2 and 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher Farnsworth ("Plaintiffs"); and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), by and through their respective counsel, stipulate to the following:

1. On March 12, 2025, the Court entered an order directing the parties to refile each summary judgment brief and any motions to seal excerpts of the brief within 5 days of the initial filing deadline. Dkt. 477. That order also set an April 25, 2025 deadline for publicly refiling summary judgment exhibits and motions to seal summary judgment exhibits (i.e., the Friday before the summary judgment hearing). *Id.*

2. On April 7, 2025, Plaintiffs filed a combined summary judgment opposition and reply brief. Dkt. 517. Plaintiffs' brief references information over which two third parties[1] have asserted confidentiality. Those passages are located at:

- Page 28, footnote 15;
- Page 30, lines 9-10; and
- Page 30, footnote 17.

3. Plaintiffs also filed three exhibits originally produced by these third parties, and over which the third parties have asserted confidentiality:

- Plaintiffs' Exhibit 134;
- Plaintiffs' Exhibit 135; and
- Plaintiffs' Exhibit 139.

4. Plaintiffs are coordinating with the third parties regarding the sealing declaration process for these materials, as outlined in Civ. L-R 79-5(f). Those discussions are ongoing, continuing into this week.

5. To afford sufficient time for the third parties to prepare their sealing declarations, and to reduce the burden on third parties that would result from filing two separate sealing declarations for Plaintiffs' brief and Plaintiffs' exhibits, the parties stipulate as follows:

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through Plaintiffs and Meta, as represented by their undersigned counsel and subject to the approval of the Court, that the third parties shall be afforded until April 25, 2025 to file a declaration in support of sealing the implicated passages of Plaintiffs' April 7 brief alongside their declaration in support of sealing the summary judgment exhibits. The implicated passages of Plaintiffs' April 7 brief have been refiled in redacted form pending submission of the third-party sealing declarations.

---

[1] Plaintiffs do not reference the third parties by name due to confidentiality considerations and the Court's prior sealing guidance. *See* Dkt. 498.

| | |
|---|---|
| 1   Dated: April 14, 2025 | Respectfully Submitted, |

Dated: April 14, 2025

By /s/ *Matthew Brigham*

Bobby A. Ghajar
Colette Ani Ghazarian
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: bghajar@cooley.com
cghazarian@cooley.com

Mark R. Weinstein
Matthew Brigham
Elizabeth Lee Stameshkin
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: mweinstein@cooley.com
Email: mbrigham@cooley.com
Email: lstameshkin@cooley.com

Kathleen R. Hartnett
Judd D. Lauter
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
Facsimile: (415) 693-2222
Email: khartnett@cooley.com

Angela Dunning
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com

*Attorneys for Defendant*
*META PLATFORMS, INC.*

Respectfully Submitted,

By /s/ *Jay Schuffenhauer*

BOIES SCHILLER FLEXNER LLP
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**~~PROPOSED~~ ORDER**

Pursuant to the stipulation of the Parties, **IT IS SO ORDERED.**

DATED: April 23, 2025

_____
HON. VINCE CHHABRIA
United States District Judge