```
 1  Terence W. McCormick (State Bar No. 222145)
    Mintz & Gold LLP
 2  600 Third Avenue, 25th Floor
    New York, NY 10016
 3  (212) 696-4848
 4  mccormick@mintzandgold.com
    Counsel for Non-Party HarperCollins Publishers LLC
 5
 6
 7
 8
              UNITED STATES DISTRICT COURT
 9
              NORTHERN DISTRICT OF CALIFORNIA
10
11
12  RICHARD KADREY, et al.,          Case No.:  3:23-CV-03417-VC-TSH
13     Individual and Representative Plaintiffs,   NON-PARTY HARPERCOLLINS
                                     PUBLISHERS, LLC'S
14  v.                               ADMINISTRATIVE MOTION TO
                                     FILE UNDER SEAL
15  META PLATFORMS, INC., a Delaware
16  Corporation
17                        Defendant.
18
```

19        Pursuant to Civil Local Rule 79-5(c) and 79-5(d), Non-Party HarperCollins Publishers, LLC ("HarperCollins") moves this Court for an Order allowing HarperCollins to file under seal its confidential Declaration in Support of Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise, Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher Farnsworth ("Plaintiffs") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 520) re Plaintiffs' Summary Judgment Reply and Opposition (Dkt. 517). HarperCollins respectfully submits that compelling reasons exist for the filing of its Declaration under seal.

1 | DATED: April 25, 2025

Respectfully submitted,

MINTZ & GOLD LLP
s/ Terence W. McCormick
Attorneys for Non-Party
HarperCollins Publishers, LLC