Terence W. McCormick (State Bar No. 222145)
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
(212) 696-4848
mccormick@mintzandgold.com
*Counsel for Non-Party HarperCollins Publishers L.L.C.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>  Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation<br><br>                              Defendant. | Case No.:   3:23-CV-03417-VC-TSH<br><br>**NON-PARTY HARPERCOLLINS PUBLISHERS L.L.C.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Non-Party HarperCollins Publishers, L.L.C. ("HarperCollins"), a non-governmental party, hereby certifies that News Corporation, a publicly held company, is the ultimate parent corporation of HarperCollins.

News Corporation, a publicly traded corporation, has no parent corporation, and no publicly held company owns 10% or more of News Corporation's Class B voting stock. T. Rowe Price Associates Inc. owns more than 10% of News Corporation's Class A non-voting stock.

Pursuant to 28 U.S.C. § 1332, each of News Corp and HarperCollins is a citizen of Delaware and New York.

1

|   |   |
|---|---|
| 1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no |
| 2 | conflict or interest (other than the named parties) to report. |

DATED: April 25, 2025

Respectfully submitted,

MINTZ & GOLD LLP
<u>s/ Terence W. McCormick</u>
Attorneys for Non-Party
HarperCollins Publishers L.L.C.