# EXHIBIT 3

| Author | Asserted Work | Books3 | Libgen 11 | Libgen 12 | Internet Archive | Z-Lib | Total Copies |
|---|---|---|---|---|---|---|---|
| Richard Kadrey | Aloha From Hell | 1 copy.[1] | 1 copy.[2] | 1 copy.[3] | 1 copy.[4] | 31 copies.[5] | **35** |
| | The Everything Box | 1 copy.[6] | 2 copies.[7] | 2 copies.[8] | 1 copy.[9] | 4 copies.[10] | **10** |
| | Kill the Dead | 1 copy.[11] | 2 copies.[12] | 2 copies.[13] | 1 copy.[14] | 19 copies.[15] | **25** |
| | The Perdition Score | 1 copy.[16] | 1 copy.[17] | 1 copy.[18] | 3 copies.[19] | 14 copies.[20] | **20** |
| | Sandman Slim | 1 copy.[21] | 2 copies.[22] | 2 copies.[23] | 2 copies.[24] | 28 copies.[25] | **35** |
| | The Wrong Dead Guy | 1 copy.[26] | 1 copy.[27] | 1 copy.[28] | -- | 4 copies.[29] | **7** |
| | **All Kadrey Works** | **6** | **9** | **9** | **8** | **100** | **132** |

---

[1] Lopes Opening Report ¶¶ 156–57, Appendix F Row 3
[2] Lopes Opening Report ¶¶ 156–57, Appendix F Row 3
[3] Lopes Opening Report ¶¶ 156–57, Appendix F Row 3
[4] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[5] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[6] Lopes Opening Report ¶¶ 156–57, Appendix F Row 4
[7] Lopes Opening Report ¶¶ 156–57, Appendix F Row 4
[8] Lopes Opening Report ¶¶ 156–57, Appendix F Row 4
[9] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[10] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[11] Lopes Opening Report ¶¶ 156–57, Appendix F Row 5
[12] Lopes Opening Report ¶¶ 156–57, Appendix F Row 5
[13] Lopes Opening Report ¶¶ 156–57, Appendix F Row 5
[14] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[15] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[16] Lopes Opening Report ¶¶ 156–57, Appendix F Row 6
[17] Lopes Opening Report ¶¶ 156–57, Appendix F Row 6
[18] Lopes Opening Report ¶¶ 156–57, Appendix F Row 6
[19] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[20] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[21] Lopes Opening Report ¶¶ 156–57, Appendix F Row 7
[22] Lopes Opening Report ¶¶ 156–57, Appendix F Row 7
[23] Lopes Opening Report ¶¶ 156–57, Appendix F Row 7
[24] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[25] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[26] Lopes Opening Report ¶¶ 156–57, Appendix F Row 8
[27] Lopes Opening Report ¶¶ 156–57, Appendix F Row 8
[28] Lopes Opening Report ¶¶ 156–57, Appendix F Row 8

DIRECT INFRINGEMENT

| Author | Asserted Work | Books3 | Libgen 11 | Libgen 12 | Internet Archive | Z-Lib | Total Copies |
|---|---|---|---|---|---|---|---|
| Sarah Silverman | The Bedwetter | 1 copy.[30] | 1 copy.[31] | -- | 4 copies.[32] | 10 copies.[33] | **16** |

---

[29] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[30] Lopes Opening Report ¶¶ 156–57, Appendix F Row 9
[31] Lopes Opening Report ¶¶ 156–57, Appendix F Row 9
[32] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[33] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10

DIRECT INFRINGEMENT

| Author | Asserted Work | Books3 | Libgen 11 | Libgen 12 | Internet Archive | Z-Lib | Total Copies |
|---|---|---|---|---|---|---|---|
| Junot Diaz | The Brief Wondrous Life of Oscar Wao | 2 copy.[34] | 2 copy.[35] | 2 copy.[36] | 10 copies.[37] | 43 copies.[38] | **59** |
|  | Drown | 1 copy.[39] | -- | -- | 8 copies.[40] | 3 copies.[41] | **12** |
|  | **All Diaz Works** | **3** | **2** | **2** | **18** | **46** | **71** |

---

[34] Lopes Opening Report ¶¶ 156–57, Appendix F Row 17
[35] Lopes Opening Report ¶¶ 156–57, Appendix F Row 17
[36] Lopes Opening Report ¶¶ 156–57, Appendix F Row 17
[37] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[38] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[39] Lopes Opening Report ¶¶ 156–57, Appendix F Row 18
[40] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[41] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10

DIRECT INFRINGEMENT

| Author | Asserted Work | Books3 | Libgen 11 | Libgen 12 | Internet Archive | Z-Lib | Total Copies |
|---|---|---|---|---|---|---|---|
| Andrew Sean Greer | The Confessions of Max Tivoli | 1 copy.[42] | 1 copy.[43] | 1 copy.[44] | 7 copies.[45] | 7 copies.[46] | 17 |
| | How it was for Me | 1 copy.[47] | 1 copy.[48] | -- | 1 copy.[49] | 4 copies.[50] | 7 |
| | Less | 1 copy.[51] | 1 copy.[52] | -- | 5 copies.[53] | 43 copies.[54] | 50 |
| | The Path of Minor Planets | 1 copy.[55] | 1 copy.[56] | -- | 2 copies.[57] | -- | 4 |
| | **All Greer Works** | **4** | **4** | **1** | **15** | **54** | **78** |

---

[42] Lopes Opening Report ¶¶ 156–57, Appendix F Row 19
[43] Lopes Opening Report ¶¶ 156–57, Appendix F Row 19
[44] Lopes Opening Report ¶¶ 156–57, Appendix F Row 19
[45] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[46] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[47] Lopes Opening Report ¶¶ 156–57, Appendix F Row 20
[48] Lopes Opening Report ¶¶ 156–57, Appendix F Row 20
[49] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[50] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[51] Lopes Opening Report ¶¶ 156–57, Appendix F Row 21
[52] Lopes Opening Report ¶¶ 156–57, Appendix F Row 21
[53] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[54] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[55] Lopes Opening Report ¶¶ 156–57, Appendix F Row 22
[56] Lopes Opening Report ¶¶ 156–57, Appendix F Row 22
[57] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9

DIRECT INFRINGEMENT

| Author | Asserted Work | Books3 | Libgen 11 | Libgen 12 | Internet Archive | Z-Lib | Total Copies |
|---|---|---|---|---|---|---|---|
| David Henry Hwang | Golden Child | -- | -- | -- | 2 copies.[58] | -- | 2 |
| | M. Butterfly | 1 copy.[59] | 1 copy.[60] | -- | 4 copies.[61] | 2 copies.[62] | 8 |
| | Trying to Find Chinatown | 1 copy.[63] | 1 copy.[64] | -- | 2 copies.[65] | 9 copies.[66] | 13 |
| | **All Hwang Works** | **2** | **2** | **0** | **8** | **11** | **23** |

---

[58] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[59] Lopes Opening Report ¶¶ 156–57, Appendix F Row 24
[60] Lopes Opening Report ¶¶ 156–57, Appendix F Row 24
[61] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[62] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[63] Lopes Opening Report ¶¶ 156–57, Appendix F Row 25
[64] Lopes Opening Report ¶¶ 156–57, Appendix F Row 25
[65] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[66] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10

DIRECT INFRINGEMENT

| Author | Asserted Work | Books3 | Libgen 11 | Libgen 12 | Internet Archive | Z-Lib | Total Copies |
|---|---|---|---|---|---|---|---|
| Matthew Klam | Sam, the Cat and Other Stories | 1 copy.[67] | 1 copy.[68] | -- | 1 copy.[69] | 1 copy.[70] | 4 |
| | Who is Rich? | 1 copy.[71] | 2 copies.[72] | 2 copies.[73] | 3 copies.[74] | 3 copies.[75] | 11 |
| | **All Klam Works** | **2** | **3** | **2** | **4** | **4** | **15** |

---

[67] Lopes Opening Report ¶¶ 156–57, Appendix F Row 26
[68] Lopes Opening Report ¶¶ 156–57, Appendix F Row 26
[69] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[70] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[71] Lopes Opening Report ¶¶ 156–57, Appendix F Row 27
[72] Lopes Opening Report ¶¶ 156–57, Appendix F Row 27
[73] Lopes Opening Report ¶¶ 156–57, Appendix F Row 27
[74] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[75] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10

DIRECT INFRINGEMENT

| Author | Asserted Work | Books3 | Libgen 11 | Libgen 12 | Internet Archive | Z-Lib | Total Copies |
|---|---|---|---|---|---|---|---|
| Laura Lippman | After I'm Gone | 1 copy.[76] | 1 copy.[77] | -- | 7 copies.[78] | 13 copies.[79] | 22 |
| | In a Strange City | 1 copy.[80] | 1 copy.[81] | -- | 5 copies.[82] | 11 copies.[83] | 18 |
| | Lady in the Lake | 1 copy.[84] | 1 copy.[85] | 1 copy.[86] | 4 copies.[87] | 10 copies.[88] | 17 |
| | Sunburn | 1 copy.[89] | 1 copy.[90] | 1 copy.[91] | 6 copies.[92] | 15 copies.[93] | 24 |
| | What the Dead Know | 1 copy.[94] | 1 copy.[95] | 1 copy.[96] | 12 copies.[97] | 42 copies.[98] | 57 |
| | Wilde Lake | 1 copy.[99] | 1 copy.[100] | 1 copy.[101] | 5 copies.[102] | 6 copies.[103] | 14 |
| | **All Lippman Works** | **6** | **6** | **4** | **39** | **97** | **152** |

---

[76] Lopes Opening Report ¶¶ 156–57, Appendix F Row 28
[77] Lopes Opening Report ¶¶ 156–57, Appendix F Row 28
[78] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[79] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[80] Lopes Opening Report ¶¶ 156–57, Appendix F Row 29
[81] Lopes Opening Report ¶¶ 156–57, Appendix F Row 29
[82] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[83] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[84] Lopes Opening Report ¶¶ 156–57, Appendix F Row 30
[85] Lopes Opening Report ¶¶ 156–57, Appendix F Row 30
[86] Lopes Opening Report ¶¶ 156–57, Appendix F Row 30
[87] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[88] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[89] Lopes Opening Report ¶¶ 156–57, Appendix F Row 31
[90] Lopes Opening Report ¶¶ 156–57, Appendix F Row 31
[91] Lopes Opening Report ¶¶ 156–57, Appendix F Row 31
[92] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[93] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[94] Lopes Opening Report ¶¶ 156–57, Appendix F Row 32
[95] Lopes Opening Report ¶¶ 156–57, Appendix F Row 32
[96] Lopes Opening Report ¶¶ 156–57, Appendix F Row 32
[97] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[98] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[99] Lopes Opening Report ¶¶ 156–57, Appendix F Row 33
[100] Lopes Opening Report ¶¶ 156–57, Appendix F Row 33
[101] Lopes Opening Report ¶¶ 156–57, Appendix F Row 33
[102] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[103] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10

DIRECT INFRINGEMENT

| Author | Asserted Work | Books3 | Libgen 11 | Libgen 12 | Internet Archive | Z-Lib | Total Copies |
|---|---|---|---|---|---|---|---|
| Rachel Louise Snyder | No Visible Bruises: What we Don't Know About Domestic Violence Could Kill Us | 1 copy.[104] | -- | -- | 1 copy.[105] | 3 copies.[106] | **5** |

---

[104] Lopes Opening Report ¶¶ 156–57, Appendix F Row 34  
[105] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9  
[106] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10

DIRECT INFRINGEMENT

| Author | Asserted Work | Books3 | Libgen 11 | Libgen 12 | Internet Archive | Z-Lib | Total Copies |
|---|---|---|---|---|---|---|---|
| Jacqueline Woodson | After Tupac & D Foster | 1 copy.[107] | 1 copy.[108] | 1 copy.[109] | 1 copy.[110] | 2 copies.[111] | 17 |
| | Another Brooklyn | 1 copy.[112] | 1 copy.[113] | 1 copy.[114] | 2 copies.[115] | 40 copies.[116] | 45 |
| | Behind You | 1 copy.[117] | 1 copy.[118] | 1 copy.[119] | 2 copies.[120] | 2 copies.[121] | 7 |
| | Beneath a Meth Moon | 1 copy.[122] | 1 copy.[123] | -- | 2 copies.[124] | 3 copies.[125] | 7 |
| | Brown Girl Dreaming | 1 copy.[126] | 1 copy.[127] | 1 copy.[128] | 2 copies.[129] | 7 copies.[130] | 12 |
| | Feathers | 1 copy.[131] | 1 copy.[132] | 1 copy.[133] | 3 copies.[134] | 2 copies.[135] | 8 |
| | Harbor Me | 1 copy.[136] | 1 copy.[137] | 1 copy.[138] | 2 copies.[139] | 2 copies.[140] | 7 |
| | If You Come Softly | 1 copy.[141] | 1 copy.[142] | 1 copy.[143] | 5 copies.[144] | 3 copies.[145] | 11 |
| | Miracle's Boys | 1 copy.[146] | 1 copy.[147] | 1 copy.[148] | 5 copies.[149] | 1 copy.[150] | 9 |
| | Red at the Bone | 1 copy.[151] | 1 copy.[152] | 1 copy.[153] | 7 copies.[154] | 4 copies.[155] | 14 |
| | **All Woodson Works** | **10** | **10** | **9** | **31** | **77** | **137** |

---

[107] Lopes Opening Report ¶¶ 156–57, Appendix F Row 35
[108] Lopes Opening Report ¶¶ 156–57, Appendix F Row 35
[109] Lopes Opening Report ¶¶ 156–57, Appendix F Row 35
[110] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[111] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[112] Lopes Opening Report ¶¶ 156–57, Appendix F Row 36
[113] Lopes Opening Report ¶¶ 156–57, Appendix F Row 36
[114] Lopes Opening Report ¶¶ 156–57, Appendix F Row 36
[115] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[116] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[117] Lopes Opening Report ¶¶ 156–57, Appendix F Row 37
[118] Lopes Opening Report ¶¶ 156–57, Appendix F Row 37
[119] Lopes Opening Report ¶¶ 156–57, Appendix F Row 37
[120] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[121] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[122] Lopes Opening Report ¶¶ 156–57, Appendix F Row 38
[123] Lopes Opening Report ¶¶ 156–57, Appendix F Row 38
[124] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[125] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[126] Lopes Opening Report ¶¶ 156–57, Appendix F Row 39
[127] Lopes Opening Report ¶¶ 156–57, Appendix F Row 39
[128] Lopes Opening Report ¶¶ 156–57, Appendix F Row 39
[129] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[130] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10

DIRECT INFRINGEMENT

---

[131] Lopes Opening Report ¶¶ 156–57, Appendix F Row 40
[132] Lopes Opening Report ¶¶ 156–57, Appendix F Row 40
[133] Lopes Opening Report ¶¶ 156–57, Appendix F Row 40
[134] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[135] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[136] Lopes Opening Report ¶¶ 156–57, Appendix F Row 41
[137] Lopes Opening Report ¶¶ 156–57, Appendix F Row 41
[138] Lopes Opening Report ¶¶ 156–57, Appendix F Row 41
[139] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[140] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[141] Lopes Opening Report ¶¶ 156–57, Appendix F Row 42
[142] Lopes Opening Report ¶¶ 156–57, Appendix F Row 42
[143] Lopes Opening Report ¶¶ 156–57, Appendix F Row 42
[144] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[145] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[146] Lopes Opening Report ¶¶ 156–57, Appendix F Row 43
[147] Lopes Opening Report ¶¶ 156–57, Appendix F Row 43
[148] Lopes Opening Report ¶¶ 156–57, Appendix F Row 43
[149] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[150] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[151] Lopes Opening Report ¶¶ 156–57, Appendix F Row 44
[152] Lopes Opening Report ¶¶ 156–57, Appendix F Row 44
[153] Lopes Opening Report ¶¶ 156–57, Appendix F Row 44
[154] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[155] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10

DIRECT INFRINGEMENT

| Author | Asserted Work | Books3 | Libgen 11 | Libgen 12 | Internet Archive | Z-Lib | Total Copies |
|---|---|---|---|---|---|---|---|
| Lysa TerKeurst | Embraced | 1 copy.[156] | -- | -- | -- | 1 copy.[157] | **2** |
| | Made to Crave | 1 copy.[158] | -- | -- | 4 copies.[159] | 3 copies.[160] | **8** |
| | Unglued | 1 copy.[161] | -- | -- | 3 copies.[162] | 8 copies.[163] | **12** |
| | **All TerKeurst Works** | **3** | **0** | **0** | **7** | **12** | **22** |

---

[156] Lopes Opening Report ¶¶ 156–57, Appendix F Row 45
[157] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[158] Lopes Opening Report ¶¶ 156–57, Appendix F Row 46
[159] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[160] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[161] Lopes Opening Report ¶¶ 156–57, Appendix F Row 47
[162] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[163] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10

DIRECT INFRINGEMENT

| Author | Asserted Work | Books3 | Libgen 11 | Libgen 12 | Internet Archive | Z-Lib | Total Copies |
|---|---|---|---|---|---|---|---|
| Christopher Farnsworth | The Eternal World | 1 copy.[164] | 1 copy.[165] | 1 copy.[166] | 1 copy.[167] | 1 copy.[168] | 5 |
| | Blood Oath | 1 copy.[169] | 2 copies.[170] | 2 copies.[171] | 6 copies.[172] | 4 copies.[173] | 15 |
| | Flashmob | 1 copy.[174] | 1 copy.[175] | 1 copy.[176] | 4 copies.[177] | 3 copies.[178] | 10 |
| | The President's Vampire | 1 copy.[179] | 1 copy.[180] | 1 copy.[181] | 3 copies.[182] | 5 copies.[183] | 11 |
| | **All Farnsworth Works** | **4** | **5** | **5** | **14** | **13** | **41** |

---

[164] Lopes Opening Report ¶¶ 156–57, Appendix F Row 48
[165] Lopes Opening Report ¶¶ 156–57, Appendix F Row 48
[166] Lopes Opening Report ¶¶ 156–57, Appendix F Row 48
[167] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[168] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[169] Lopes Opening Report ¶¶ 156–57, Appendix F Row 49
[170] Lopes Opening Report ¶¶ 156–57, Appendix F Row 49
[171] Lopes Opening Report ¶¶ 156–57, Appendix F Row 49
[172] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[173] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[174] Lopes Opening Report ¶¶ 156–57, Appendix F Row 50
[175] Lopes Opening Report ¶¶ 156–57, Appendix F Row 50
[176] Lopes Opening Report ¶¶ 156–57, Appendix F Row 50
[177] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[178] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10
[179] Lopes Opening Report ¶¶ 156–57, Appendix F Row 51
[180] Lopes Opening Report ¶¶ 156–57, Appendix F Row 51
[181] Lopes Opening Report ¶¶ 156–57, Appendix F Row 51
[182] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 9
[183] Frederiksen Rebuttal Report Appendix C ¶ 161 Table 10

DIRECT INFRINGEMENT

| Author | Asserted Work | Books3 | Libgen 11 | Libgen 12 | Internet Archive | Z-Lib | Total Copies |
|---|---|---|---|---|---|---|---|
| All Authors | All Asserted Works | 42 | 42 | 32 | 149 | 427 | 692 |

13