# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,        )
                               )
        Individual and         )
        Representative         )
        Plaintiffs,            )
                               )
v.                             )   Case No. 3:23-cv-03417-VC
                               )
META PLATFORMS, INC.,          )
                               )
        Defendant.             )
_____)


** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
Videotaped Deposition of ARUN RAO
San Francisco, California
Friday, December 13, 2024



Reported Stenographically by
Michael P. Hensley, RDR, CSR No. 14114

_____

DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 69

1          Reporter.)
2          THE WITNESS: I'm sorry. How would I
3    describe my role?
4    BY ATTORNEY HUTCHINSON:
5          Q.   Are you sort of, like, a founding --
6    founding member? One of many leading the charge?
7          A.   Yeah, I'd say there were -- the two or
8    three people; so I was one of the two or three
9    people that helped build out the organization and
10   the group for it.
11         Q.   So when you're referring to "Llama
12   models," what are you referring to there in your
13   LinkedIn profile?
14         A.   I was primarily working on Llama 3 and
15   then Llama 4.
16         Q.   And when you say "used in products like
17   Meta AI," you're referring to Llama being used in
18   products?
19         A.   Yes.
20         Q.   Okay. Meta -- what is Meta AI?
21         A.   Meta AI is our chat service, similar to
22   ChatGPT. Where users can talk to an LLM.

Page 70

1    Q.   Would you characterize it as a personal
2    assistant platform?
3    A.   Some people characterize it that way.
4    That's fair.
5    Q.   So you say "products like Meta AI."
6         What are the other products that Llama was
7    incorporated into?
8    A.   There was a downstream AI studio product.
9    There was the Meta Ray-Ban product.  And as far as I
10   know, there were dozens of tests across the company
11   and many different products.
12   Q.   So dozens of other products you're not
13   familiar with or you can't recall all of them?
14   A.   Yeah.  There was a long list of teams
15   testing it; so --
16   Q.   Okay.  Was that testing part of your work
17   in evaluations or someone else's work testing it?
18   A.   Most of that testing for the other teams
19   went to our platform manager, who worked with all of
20   that.  I worked with a handful of the teams, but
21   probably Meta AI the closest.
22   Q.   So you go on to write:

Page 136

 1           today.
 2      A.   Yes.
 3      Q.   And "IRL" is "in real life"?
 4      A.   Yes.
 5      Q.   Then there's a chart with the first column
 6   that states "Meta AI can be a."
 7           "Meta AI" is referring to the assistant
 8   product called Meta AI?
 9      A.   That's correct.
10      Q.   And when it says "Likely Use Cases For
11   Llama 4," is that reference to Llama 4 because Llama
12   is embedded in Meta AI?
13      A.   That's right.
14           So for a future version of Meta AI.
15      Q.   And you wrote that:
16           [As Read]  Meta AI can be a comms
17           manager.
18      A.   I did not write that, but, presumably, who
19   created the table wrote that.
20      Q.   Is all the information in this table true
21   and correct, to the best of your knowledge?
22           ATTORNEY MORTON:  Object to form.

Page 178

1   to what was finally published.
2      Q.   And where was the final model card
3   published?
4      A.   On the web.
5      Q.   Did you have any role in deciding which
6   parts of this model card were accepted and
7   published?
8      A.   I was one of the editors of both those
9   documents, yes.  I wasn't the primary author.  I'd
10  say probably Joe was the main author, and I edited
11  portions of it.
12     Q.   Do you see in the second page of the
13  document, there's a page with a chart that starts
14  "Output," then "Model Architecture" and then a chart
15  with "Llama 3 Preview" in it?
16     A.   Yes.
17     Q.   Do you see that below that there's a
18  section on "Intended Use"?
19     A.   Yes.
20     Q.   And it states:
21          [As Read]  Intended use cases:
22          Llama 3 preview is intended for commercial

Page 179

1       use.

2       A.   Yes.

3       Q.   Was it your understanding that Llama 3 was
4    intended for commercial use?

5            ATTORNEY MORTON:  Object to form.

6            THE WITNESS:  Yes.

7    BY ATTORNEY HUTCHINSON:

8       Q.   Would you agree that all of the potential
9    uses for Llama that we had looked at before with
10   regard to the Meta AI product were all commercial
11   uses?

12           ATTORNEY MORTON:  Object to form.

13           THE WITNESS:  Yes.  To the extent that
14   Meta AI is a commercial product, unlike Llama, which
15   is both a research and a commercial product.

16                         ///

17           (Exhibit 1005 was marked for
18            identification.)

19   BY ATTORNEY HUTCHINSON:

20      Q.   The court reporter has passed to you
21   what's been marked as Plaintiffs' Exhibit 1005.
22   It's a seven-page document with the title "Llama 3

Page 278

1       CERTIFICATE OF SHORTHAND REPORTER

2

3       I, Michael P. Hensley, Registered Diplomate

4    Reporter for the State of California, CSR No. 14114,

5    the officer before whom the foregoing deposition was

6    taken, do hereby certify that the foregoing

7    transcript is a true and correct record of the

8    testimony given; that said testimony was taken by me

9    stenographically and thereafter reduced to

10   typewriting under my direction; that reading and

11   signing was requested; and that I am neither counsel

12   for, related to, nor employed by any of the parties

13   to this case and have no interest, financial or

14   otherwise, in its outcome.

15

16

17

18

19            Michael P. Hensley, CSR, RDR

20

21

22