# EXHIBIT 14

# LLM Data Deep Dive

NOTE: SENSITIVE DATA — DO NOT SHARE BROADLY

Discussion: 7/5/23

Pre-read doc

Background, definitions & intuition

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Our unit of measurement is a *token*

- A piece of text, usually char < **token** < word
- Breaks down documents into machine readable chunks, e.g:

untokenized: "Breaks down documents into machine readable chunks"

tokenized: ['_Bre', 'aks', '_down', '_documents', '_into', '_machine', '_readable', '_ch', 'unks']

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Data scale intuitions: pretraining

We use O(Trillions) of unlabeled tokens for pretraining

To contextualize 1T tokens of text =

- ~12M books
- ~double all the podcast episodes ever made
- ~40B social media posts or ~160 days of FB group posts

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Data scale intuitions: pretraining vs tuning

Reasonable tuning can happen with just 1K <u>labeled</u> examples (e.g. prompt-response pairs). *Millions of times less data than pretraining.*

Our fine-tuning uses ~1M <u>labeled</u> examples. *Thousands of times less data than pretraining.*

Mix of:

- Supervised fine-tuning: O(10k - 100k) prompt<>response pairs, O(10M-100M) tokens.

- Reward model data: O(100k - 1M) prompt<>response<>ratings, O(100M-1B) tokens.

Some new behaviors can be learned well with O(10s) of SFT examples. *Hundreds of millions times less data than pretraining.*



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Meta_Kadrey_00045411

Current state: data, models and compute

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Content of our current models

## LLaMa-Anise-70B
**1.4T tokens (w/ epochs)**
**1.3T tokens (raw)**

- Common Crawl: 82.3%
- Wikipedia: 4.5%
- Code: 4.5%
- Books: 4.5%
- Arxiv: 2.4%
- Stack Exchange: 1.8%

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Content of our current models

### LLaMa-Anise-70B
**1.4T tokens (w/ epochs)**
**1.3T tokens (raw)**

- Common Crawl: 82.3%
- Wikipedia: 4.5%
- Code: 4.5%
- Books: 4.5%
- Arxiv: 2.4%
- Stack Exchange: 1.8%

### LLaMa-Cinnamon-70B
**2T tokens (w/ epochs)**
**1.8T tokens (raw)**

- Common Crawl: 82.2%
- Wikipedia: 4.8%
- Code: 5.6%
- Books: 4.4%
- Arxiv: 1.6%
- Stack Exchange: 1.2%
*[includes data mitigations]*

+0.5T new tokens of more recent
common crawl. Otherwise proportions
similar to de-risk.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Content of our current models

### LLaMa-Anise-70B
**1.4T tokens (w/ epochs)**
**1.3T tokens (raw)**

- Common Crawl: 82.3%
- Wikipedia: 4.5%
- Code: 4.5%
- Books: 4.5%
- Arxiv: 2.4%
- Stack Exchange: 1.8%

### LLaMa-Cinnamon-70B
**2T tokens (w/ epochs)**
**1.8T tokens (raw)**

- Common Crawl: 82.2%
- Wikipedia: 4.8%
- Code: 5.6%
- Books: 4.4%
- Arxiv: 1.6%
- Stack Exchange: 1.2%
*[includes data mitigations]*

### LLaMa-Dill-150B
**2.3T tokens (w/ epochs)**
**2T tokens (raw)**

- Common Crawl: 74.3%
- Code: 11.6%
- Wikipedia: 4.3%
- Books: 3.6%
- Arxiv: 2.8%
- Stack Exchange: 2.2%
- Math: 1.1%
*[includes data mitigations]*

+0.5T new tokens of more recent common crawl. Otherwise proportions similar to de-risk.

Add math, more code data

Meta_Kadrey_00045415



# How does Llama stack up?

*More data than others at same params, but less data than larger parameter size models*

Falcon (7B, 40B)
**1-1.5T tokens**

LLaMa-Anise
(7B, 13B, 30B, 65B):
**1-1.4T tokens**

PaLM-2 (340B):
**3.6T tokens**

LLaMa-Cinnamon
(7B, 13B, 33B, 70B):
**2T tokens**

LLaMa-Dill
(150B):
**2.3T tokens**

GPT-4 (8x220B? 1T?):
**15T Tokens??**
text + image

# Data sources: Competitive landscape

    

- Ranked web crawl
- Google book project
- Google docs?
- YouTube for audio/ multimodal/ transcribed speech
- Google photos

- Ranked web crawl
- Microsoft office?
- Photos?

- Instagram
- FB
- Whatsapp

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# We are significantly lagging GPT-4 and PaLM-2

| Benchmark<br>*Higher numbers are better.* | ChatGPT API<br>(est. 175B) | GPT-4<br>(8x220B?<br>1T?) | PALM (540B) | PALM-2-L<br>(est. 340B) | Llama (70B) |
|---|---|---|---|---|---|
| Knowledge: MMLU | 70.0 | **86.4** | 69.3 | 78.3 | 68.9 |
| Knowledge: TriviaQA | N/A | N/A | 81.4 | 86.1 | 71.5 |
| Knowledge: Natural Questions | N/A | N/A | 29.3 | 37.5 | 33.0 |
| Mathematical Reasoning: GSM8K | 57.1 | **92.0** | 56.5 | 80.7 | 56.8 |
| Coding: HumanEval | 48.1 | **67.0** | 26.2 | N/A | 29.9 |

Closing the gap requires training more powerful base models with more data.

Meta_Kadrey_00045418

## Compute needs per params<>tokens

| Model-Params | Tokens needed | Compute Needed** |
|---|---|---|
| Cinnamon-70B | 2T | 2K A100s for 6 weeks |
| Dill-150B | 2.3T | 4K A100s for 2 months |
| 5X Dill-250B? | 8-10T | 8K A100s for 5 months |
| GPT-4 equivalent-340B? | 12-15T?* | 16K A100s for 8 months |
| LLaMA-Next-340B? | 20T?* | 16K H100s for 6 months |

\* Probably need multimodal data as well to compete.

\*\* Not counting compute needs for ablations/evals; add ~30%

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Compute needs per params<>tokens

| Model-Params | Tokens needed | Compute Needed** |
|---|---|---|
| | | K A100s for 6 weeks |
| | | K A100s for 2 months |
| | | K A100s for 5 months |
| GPT-4 equivalent-340B? | 12-15T?* | 16K A100s for 8 months |
| LLaMA-Next-340B? | 20T?* | 16K *H*100s for 6 months |

> **Reality check:** GPT-4 finished training
> ~October 2022. 16K A100s is all of RSC, not
> likely to happen ASAP? If our big run starts in
> Nov (optimistic) on H100s, we'll "only" be ~18
> months behind GPT-4 training.

\* Probably need multimodal data as well to compete.

\** Not counting compute needs for ablations/evals; add ~30%

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Moar data

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Short-term data goal: enough data to train LLama-Next

**Old:** Llama-Dill
Size: **2.3T (2T raw)**

**Current:** Lots of new raw text data, mix of quality

Size: **~83T tokens**
>40X increase in size

**Post-processing expectation:** High quality, mixed-lingual
Size: **10-15T tokens**

**Goal:** High quality, mixed-lingual, multimodal corpus
Size: **20T tokens?**

Meta_Kadrey_00045422



Corpus content: data sources

New Text Data:
**~83T tokens**

All of common crawl
**~81T tokens**

More books, sci articles, fanfic
**~700B tokens**

Existing wiki, code, etc.: **~180B**

**+79T tokens** of web crawl

**+640B tokens** of books, articles, and creative
→ *May give us a long-context boost, but more work needed*

Meta_Kadrey_00045423

# Corpus content: quality

**Example low quality data**

Welcome to the Calthness.Org Forums.
- ## Specials Threads / Posts Last Post
- #### Forum Actions: #### Forum Statistics:
- Threads: 4
- Posts: 8
#### Last Post by 01-May-09, 16:51
- A forum for you to test out the features of the board, or discuss "how do I ...?" issues.
#### Forum Actions: #### Forum Statistics:
- Threads: 303
- Posts: 1,366
#### Last Post by 29-Aug-20, 21:18
- ## General Threads / Posts Last Post
- #### Forum Actions: #### Forum Statistics:
- Threads: 34,812
- Posts: 511,085
#### Last Post by 14-Apr-21, 13:23
- #### Forum Actions: #### Forum Statistics:
- Threads: 656
- Posts: 3,138
#### Last Post by 21-Feb-21, 21:43
- #### Forum Actions: #### Forum Statistics:

http://forum.calthness.org/index.php?s=f994e42d1fb4ecfb13756051e2790158

**Example high quality data**

# FDA 101: Dietary Supplements

Dietary supplements can help improve health but can also have risks. Get the facts on supplements and how the FDA regulates them to help keep you safe.

Multivitamins, vitamin D, echinacea, and fish oil are among the many dietary supplements lining store shelves or available online. Perhaps you already take a supplement or are thinking about using one. Dietary supplements can be beneficial to your health, but they can also involve health risks. So, it's important that you talk with a health care professional to help you decide if a supplement is right for you.

Read on to learn what dietary supplements are (and are not), what role the U.S. Food and Drug Administration has in regulating them, and how to make sure you and your family use supplements safely.

## What Are Dietary Supplements?

Dietary supplements are intended to add to or supplement the diet and are different from conventional food. Generally, to the extent a product is intended to treat,

https://www.fda.gov/consumers/consumer-updates/fda-101-dietary-supplements

Higher quality/more diverse tokens lead to the same training results faster + with less compute. We estimate ~10-15T will be "high quality", which we find by:
- Deduping, processing
- Ranking on quality signals
- Mixing in different categories, languages, context-lengths

Meta_Kadrey_00045424



# Corpus content: languages

Filtered new corpus: **~10-20T high quality tokens?**

English (46.2%) **~5-10T tokens**

We think we can use ~30% multilingual data without degrading English performance. This means practically speaking, we may only have 10-15T tokens.

Multilingual (53.8%) **~5-10T tokens**

>5%: German, Russian

>4%: Japanese, French, Spanish, Chinese

>1%: Dutch, Polish, Portuguese, Czech, Vietnamese

>0.4%: Thai + 10 other languages

Note: these are estimates from common crawl stats; we haven't analyzed all our own data fully yet.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Meta_Kadrey_00045426

**Redacted**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Future work, challenges and investment areas

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



New data sources

Audio, Video Speech -> Text:
**1-2T tokens**

Prod data (biz messages, posts, comments): **1-5T tokens**

Multimodal: **5T? Image tokens, 100sB text tokens?**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Internal data: 1-5T(?) high quality tokens

- US FB messenger contains 500M *words* per day- averaging 180B words/year
  - Initial fine-tuning experiments on small sets running now (500K threads with > 5 turns)
- FB data ingestion in progress: Public *posts* contain 1.2T words.
  - Working to implement PII mitigations. Comment ingestion currently in progress.

Words per year (only English)    Words by language

# FB MSGR fine-tuning

**Prompt**: *My mom is mad at me for not doing my homework, what should I do?*

**new_base_80pct_response**: If your mom is mad at you for not doing your homework, it's important to take responsibility for your actions and make things right. Here are some steps you can take:
1. Acknowledge your mistake: Admit that you made a mistake by not doing your homework and apologize for it.
2. Explain the reason: If there was a valid reason for not doing your homework, explain it to your mom. However, make sure you are not making excuses or blaming others.
3. Offer a solution: Suggest a plan to catch up on your homework and prevent it from happening again in the future.
4. Show willingness to learn: Express your willingness to learn from your mistake and make a effort to improve your study habits.
5. Ask for help: If you need help with your homework, ask your mom or a tutor for assistance.
6. Follow through: Make sure you follow through on your plan and complete your homework to your best ability.
Remember, it's important to be honest and take responsibility for your actions. By doing so, you can earn back your mom's trust and respect.

**new_base_p2b_1500_response**: I think you should try to explain the situation to her and let her know how you're feeling. It might help to show her that you're taking your schoolwork seriously, even if you're not doing it in the traditional way. Maybe you can work out a compromise with her?

Early fine-tuning experiment by Aasish

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Challenges

Data acquisition speed
- Takes months to acquire (new) data sources: legal slowdowns, lack of people, lack of scaleable infra
  - Examples: FoA data acquisition has been taking months; new efforts like speech/podcasts will likewise take months.
- No clear multimodal strategy

Development speed & process
- Lack of repeatable & fast data processes; code is often one-off / AWS codebase
- Data processing tooling (dedup etc.) still immature

Data insights
- Lack of data domain analysis; lack of tooling and people
  - Impacts data downselection and data acquisition goal setting

Meta_Kadrey_00045432

## Investments needed:

Acquisition [Research/eng/product leads, PXFN]
- Focus on speech to text data; reconsider more code
- Watch laws and see how we need to adjust
- More reviews for internal data

Meta_Kadrey_00045433

## Investments needed:

Acquisition [Research/eng/product leads, PXFN]
- Focus on speech to text data; reconsider more code
- Watch laws and see how we need to adjust
- More reviews for internal data

Science + Processing [Research, Foundations]
- Experiments on deduplication, data mix, data quality, data x RAI, data scale laws. [Research]
- Many of these require implementation work first [Research, Foundations]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Investments needed:

Acquisition [Research/eng/product leads, PXFN]
- Focus on speech to text data; reconsider more code
- Watch laws and see how we need to adjust
- More reviews for internal data

Science + Processing [Research, Foundations]
- Experiments on deduplication, data mix, data quality, data x RAI, data scale laws. [Research]
- Many of these require implementation work first [Research, Foundations]

Tools/Infra [Foundations, Infra, DE]
- Data processing libraries that accelerate (processing time, researcher time) processing techniques, allow for better analyses

Meta_Kadrey_00045435

# Investments needed:

Acquisition [Research/eng/product leads, PXFN]
- Focus on speech to text data; reconsider more code
- Watch laws and see how we need to adjust
- More reviews for internal data

Science + Processing [Research, Foundations]
- Experiments on deduplication, data mix, data quality, data x RAI, data scale laws. [Research]
- Many of these require implementation work first [Research, Foundations]

Tools/Infra [Foundations, Infra, DE]
- Data processing libraries that accelerate (processing time, researcher time) processing techniques, allow for better analyses

Analysis [DE, DS]
- Analytics to help us rank/filter training data, acquire new data, improve pretraining safety

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Investments needed:

Acquisition [Research/eng/product leads, PXFN]

+ Connecting acquisition, infra, processing across modalities [research, platform, infra, DE]

- Focus on speech to text data; reconsider more code
- Watch laws and see how we need to adjust
- More reviews for internal data

Science + Processing [Research, Foundations]

- Experiments on deduplication, data mix, data quality, data x RAI, data scale laws. [Research]
- Many of these require implementation work first [Research, Foundations]

Tools/Infra [Foundations, Infra, DE]

- Data processing libraries that accelerate (processing time, researcher time) processing techniques, allow for better analyses

Analysis [DE, DS]

- Analytics to help us rank/filter training data, acquire new data, improve pretraining safety

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00045437



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Responsible AI at the data layer

- Generally, do light scrubbing: high risk PII/IP sites, don't scrub toxic/biased content
  - Idea is that models that see more bad content in pretraining generalize to better safety in tuning

- In the future:
  - Explore tradeoffs/balances more: especially for adult content, memorization, PII
  - Experiment with control / source tokens and other ways to label training data for downstream tuning + explainability

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    Meta_Kadrey_00045439