# EXHIBIT 21

Case 3:23-cv-03417-VC   Document 562-6   Filed 04/25/25   Page 2 of 6

11/21/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.     Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
IN RE MATTER OF:                    )
RICHARD KADREY, et al.,             )
Plaintiff,                          )
    vs.                             ) C.A. NO.:
META PLATFORMS, INC.,               ) 3:23-cv-03417-VC
Defendant.                          )
_____)

VIDEOTAPED DEPOSITION OF YANN LeCUN, Ph.D.
Palo Alto, California
Thursday, November 21, 2024
** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **
UNDER THE PROTECTIVE ORDER

Stenographically Reported by:
HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
Realtime Systems Administrator
California CSR License #11600
Oregon CSR License #21-0005
Washington License #21009491
Nevada CCR License #980
Texas CSR License #10725

_____

DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 562-6   Filed 04/25/25   Page 3 of 6

11/21/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.      Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 49

1        THE WITNESS:  I don't know if it's true.
2        Q.   (By Ms. Geman)  You don't know if it's true
3   that there are Meta documents that say that or you
4   don't know if it's true that the book datasets, in
5   fact, are among the most valuable?
6        MR. WEINSTEIN:  Same objection.
7        THE WITNESS:  The latter.
8        Q.   (By Ms. Geman)  Okay.
9             So you do know that some -- Meta has
10  said -- Meta personnel have made that assertion;
11  correct?
12       A.   No.
13       Q.   You're saying they haven't made it or
14  you're just not aware one way or the other?
15       MR. WEINSTEIN:  Object to form.
16       THE WITNESS:  I'm not aware.
17       Q.   (By Ms. Geman)  And why is training on long
18  text important?
19       A.   So large language models have -- it's
20  called a context window which is the number of words
21  or token technically that it can use to predict the
22  next words in the text, and current models like

Case 3:23-cv-03417-VC   Document 562-6   Filed 04/25/25   Page 4 of 6

11/21/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.        Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 50

1    LLaMA 3 have a context window of 128,000 tokens

2    which is on the order of a hundred thousand words,

3    roughly.

4            And so to take full advantage of the

5    redundancy in the text, you have to have texts that

6    are at least that long.  They can be from multiple

7    authors on the same topic.

8       Q.   And why is context window important?

9       A.   Well, the context window is -- in current

10   LLMs, the context window is basically the only

11   memory the system has; working memory, I would say.

12   It has memory in the weights, but the sort of

13   working memory is the context.

14      Q.   And LLaMA cannot go beyond its pre-training

15   context window; is that correct?

16      A.   It's -- it's hard-wired in the architecture

17   so it's 128,000 --

18           (Stenographer clarification.)

19           THE WITNESS:  -- for LLaMA 3 and I believe

20   for LLaMA 1 it was 32,000, if I remember correctly.

21      Q.   (By Ms. Geman)  Is the desire to keep

22   increasing the context window?

Case 3:23-cv-03417-VC   Document 562-6   Filed 04/25/25   Page 5 of 6

11/21/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.        Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 185

1   blueprint mean training on sort of massive amounts

2   of data to -- or sort of training on bigger and

3   bigger sets of data without kind of looking more at

4   the relationship between the nodes?

5       A.   No.  The blueprint refers to the

6   autoregressive LLM architecture.

7       Q.   Okay.

8            Which aspect of the architecture?

9       A.   Well, the fact that the way an LLM is

10  trained is, you -- you build a neural network, a

11  deep-learning system, particularly -- particularly

12  architecture called a transformer, but that's

13  actually irrelevant to the point.

14           You -- you give it a piece of text and then

15  you train it to just reproduce the text on its

16  output, but it can only look at words that are to

17  the left of a particular word it's trying to

18  predict.  And so in the end, what the system can do,

19  is given a segment of text, it can produce a guess

20  as to what the next word in that text is going to

21  be.  In fact, it cannot exactly predict what word

22  comes next so it's going to produce a --

Case 3:23-cv-03417-VC   Document 562-6   Filed 04/25/25   Page 6 of 6

11/21/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 323

1          I, HEATHER J. BAUTISTA, CSR No. 11600,
2     Certified Shorthand Reporter, certify:
3          That the foregoing proceedings were taken
    before me at the time and place therein set forth,
4     at which time the witness declared under penalty of
    perjury; that the testimony of the witness and all
5     objections made at the time of the examination were
    recorded stenographically by me and were thereafter
6     transcribed under my direction and supervision; that
    the foregoing is a full, true, and correct
7     transcript of my shorthand notes so taken and of the
8     testimony so given;
9      (XX) Reading and signing was not requested/offered.
10          I further certify that I am not financially
11    interested in the action, and I am not a relative or
12    employee of any attorney of the parties, nor of any
13    of the parties.
14          I declare under penalty of perjury under the
15    laws of California that the foregoing is true and
16    correct.     Dated:    November 26, 2024
17
18
19
20
21                    _____
22                    HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR