# EXHIBIT 34

Case 3:23-cv-03417-VC   Document 562-9   Filed 04/25/25   Page 2 of 15

3/3/2025            Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                         Highly Confidential - Attorneys' Eyes Only

Page 1

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---------------------------------------

RICHARD KADREY, ET AL.,              )
   Individual and Representative )
                    Plaintiffs, ) Lead Case No.
         v.                      ) 3:23-cv-03417-VC
META PLATFORMS, INC.,                )
                   Defendant.      )

---------------------------------------

\* \* \* HIGHLY CONFIDENTIAL \* \* \*

\* \* \* ATTORNEYS' EYES ONLY \* \* \*

VIDEO-RECORDED 30(b)(6) DEPOSITION OF

MICHAEL CLARK (torrenting)

MONDAY, MARCH 3, 2025

DENVER, COLORADO

10:20 A.M. MST


REPORTED BY KATHY L. DAVIS, CRR, RMR


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 562-9   Filed 04/25/25   Page 3 of 15

3/3/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                        Highly Confidential - Attorneys' Eyes Only

```
                                                              Page 52
 1      A    Not that I am aware of.                          11:39:44
 2      Q    When did Meta's torrenting of Anna's             11:39:47
 3  Archive end?                                              11:39:49
 4      A    In conversations with Xiaolan, it was            11:39:54
 5  somewhere between April and June of 2024.  And as far     11:40:01
 6  as I know, those completed in June of 2024.               11:40:07
 7      Q    So Meta began torrenting in April and            11:40:12
 8  completed its torrenting in June?                         11:40:16
 9      A    For the work that Xiaolan was doing, yes.        11:40:20
10      Q    So it was two months of torrenting --            11:40:27
11           MR. WEINSTEIN:  Object.  Object to form.         11:40:30
12      Q    (BY MS. POUEYMIROU)  -- or thereabouts?          11:40:32
13      A    It was -- the job would be started and           11:40:34
14  then other pieces, so two months.                         11:40:39
15      Q    How many computers?                              11:40:41
16      A    There were -- I'd have to refresh my             11:40:49
17  conversation with Xiaolan.  If I'm remembering            11:40:53
18  correct, it was six VPCs that were configured, but I      11:40:57
19  believe that is also reflected in the expert report       11:41:03
20  that I can go look at as well.                            11:41:06
21      Q    So six computers running in parallel were        11:41:16
22  torrenting data from Anna's Archive?                      11:41:21
23      A    Six machines were configured in order to         11:41:27
24  be able to tur -- to torrent.  They were not always       11:41:29
25  running in parallel.                                      11:41:32
```

3/3/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 53

| | | | |
|---|---|---|---|
| 1 | Q | Okay. So it seems -- | 11:41:33 |
| 2 | A | That -- | 11:41:35 |
| 3 | Q | Would it be fair to say that if you | 11:41:36 |

4   wanted to understand Meta's torrenting from April to   11:41:38
5   June --                                                11:41:43

| | | | |
|---|---|---|---|
| 6 | A | Yes. | 11:41:45 |
| 7 | Q | -- of works encompassed by Anna's | 11:41:45 |

8   Archive, Xiaolan Wang would be the person you would    11:41:48
9   want to speak with?                                    11:41:54

10          MR. WEINSTEIN: Object to form.                 11:41:55
11     A    That is correct.                               11:41:55
12     Q    (BY MS. POUEYMIROU) Was she the head of        11:41:56
13   that project?                                         11:41:57
14          MR. WEINSTEIN: Object to form.                 11:42:00
15     A    She was the engineer that did the actual       11:42:01
16   downloading. I don't know what you mean by "the head  11:42:08
17   of that project."                                     11:42:09
18     Q    (BY MS. POUEYMIROU) Were other employees       11:42:10
19   at Meta torrenting work from Anna's Archive or was    11:42:12
20   this Xiaolan's project that she oversaw singularly?   11:42:15
21     A    That was Xiaolan's project that she was        11:42:20
22   working on.                                           11:42:23
23     Q    Who approved the use of torrenting for         11:42:26
24   Anna's Archive?                                       11:42:29
25          MR. WEINSTEIN: Object to form.                 11:42:30

Case 3:23-cv-03417-VC   Document 562-9   Filed 04/25/25   Page 5 of 15

3/3/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
                      Highly Confidential - Attorneys' Eyes Only

Page 54

```
 1      A     There is no approval or disapproval that    11:42:35
 2   I am aware of for torrenting.                        11:42:38
 3      Q     (BY MS. POUEYMIROU)  Would you call the     11:42:48
 4   creation of the 60-second script that Bashlykov made 11:42:49
 5   a copyright mitigation?                              11:42:54
 6            MR. WEINSTEIN:  Object to form.  Outside    11:42:56
 7   the scope of this part of the deposition.            11:42:58
 8            MS. POUEYMIROU:  Fair.                      11:43:05
 9      A     It was not -- and then we'll talk about     11:43:08
10   this in the other section.  But it was not a specific 11:43:11
11   mitigation that had been applied --                  11:43:14
12      Q     (BY MS. POUEYMIROU)  Okay.                  11:43:18
13      A     -- or that had been designated.             11:43:18
14      Q     Okay.  So I wanted to actually go back in   11:43:22
15   time to September/October of 2022 to a man called Gui 11:43:27
16   in our previous deposition.  Who was that; do you    11:43:36
17   recall?                                              11:43:39
18      A     Guillaume?                                  11:43:42
19      Q     And Guillaume was the first Meta            11:43:43
20   employee, as far as we know, who copied data from    11:43:46
21   LibGen; is that correct?                             11:43:51
22      A     It was understood that Guillaume had done   11:43:55
23   work with LibGen, but we have not been able to track 11:43:59
24   down any evidence of what had been downloaded or been 11:44:06
25   able to find that -- any more details.               11:44:10
```

Case 3:23-cv-03417-VC   Document 562-9   Filed 04/25/25   Page 6 of 15

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                         Highly Confidential - Attorneys' Eyes Only

Page 75

1      A      I'll have to go look.                              12:13:13
2      Q      I don't think it's actually in there.              12:13:14
3   It's okay.  We don't -- we don't need to follow that. 12:13:21
4             But your position here is that he's just   12:13:24
5   concerned about storage space and not about --       12:13:25
6      A      I'm --                                             12:13:27
7      Q      -- using a corporate laptop to --                  12:13:28
8             MR. WEINSTEIN:  Sorry.  I'm --                     12:13:30
9      A      -- saying that there wasn't enough                 12:13:31
10  context.                                                     12:13:32
11            MR. WEINSTEIN:  Yeah.  Object to form,     12:13:33
12  calls for speculation.                                       12:13:33
13     Q      (BY MS. POUEYMIROU)  Okay.                         12:13:34
14            MR. WEINSTEIN:  Let's slow down a little   12:13:34
15  bit.                                                         12:13:35
16     Q      (BY MS. POUEYMIROU)  But you didn't --     12:13:37
17  when you were preparing today for your deposition on 12:13:39
18  torrenting, did you speak with anyone about concerns 12:13:41
19  that were expressed on the legality or                       12:13:46
20  appropriateness of torrenting data?                          12:13:52
21            MR. WEINSTEIN:  Object to form.                    12:13:56
22     A      In my prior --                                     12:13:59
23            MR. WEINSTEIN:  Again, exclude any         12:14:00
24  communication with counsel, to the extent applicable. 12:14:01
25     A      In my prior preparation for prior                  12:14:04

Case 3:23-cv-03417-VC   Document 562-9   Filed 04/25/25   Page 7 of 15

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 76

```
 1   depositions, spoke to Nikolay Bashlykov and David      12:14:06
 2   Esiobu and Melanie about where concerns had been       12:14:10
 3   expressed.  None of the individuals that expressed     12:14:16
 4   those concerns were counsel.                           12:14:21
 5             And were -- those individuals were sought   12:14:25
 6   to seek advice from product counsel and follow         12:14:28
 7   instructions and guidance that came from them.         12:14:34
 8       Q     (BY MS. POUEYMIROU)  So Mr. Clark, you       12:14:36
 9   keep referring to preparation for your prior           12:14:37
10   deposition, which wasn't about torrenting.  So I just  12:14:39
11   want to make sure that we're clear.  We discussed      12:14:42
12   torrenting because it was in a document in your prior  12:14:47
13   deposition.  Did you actually speak to Meta employees  12:14:49
14   about torrenting specifically when -- in preparation   12:14:52
15   for your depositions in November?                      12:14:56
16             MR. WEINSTEIN:  Object to form.              12:14:58
17       A    We -- I spoke to -- in preparation for        12:15:03
18   being able to speak to mitigations that had been done  12:15:07
19   and -- and then the scope of the prior depositions,    12:15:10
20   there was overlap on these documents on people         12:15:18
21   expressing concern about both the use of the data for  12:15:23
22   training --                                            12:15:29
23       Q     (BY MS. POUEYMIROU)  Mm-hmm.                 12:15:30
24       A    -- and, as part of that use, method of        12:15:30
25   collection.                                            12:15:36
```

Case 3:23-cv-03417-VC   Document 562-9   Filed 04/25/25   Page 8 of 15

3/3/2025        Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                      Highly Confidential - Attorneys' Eyes Only

```
                                                                 Page 98
 1   and I -- so I don't -- employees had expressed that   01:30:13
 2   concern.  But also, we're not having conversations    01:30:23
 3   with counsel.                                         01:30:31
 4        Q    I'm sorry.  I didn't catch that part.       01:30:33
 5        A    I --                                        01:30:35
 6        Q    "But also we're not having conversations    01:30:35
 7   with counsel"?                                        01:30:39
 8        A    Do you mind asking that question again?     01:30:39
 9   I apologize.                                          01:30:41
10             MR. WEINSTEIN:  I lost it too.  May be my   01:30:42
11   fault.                                                01:30:44
12        Q    (BY MS. POUEYMIROU)  My question was,       01:30:44
13   you've confirmed that several employees expressed     01:30:46
14   concerns about torrenting LibGen?  Is that correct?   01:30:49
15        A    In the documents we've looked at, yes.      01:30:55
16        Q    And my question was whether you had         01:30:57
17   spoken to anyone in preparation today -- this is not  01:31:01
18   the question I was -- I asked, but it is the question 01:31:07
19   I am asking now -- whether you spoke to anyone in     01:31:09
20   preparation today about how Meta handled the concerns 01:31:12
21   raised by several employees about the legality of     01:31:17
22   torrenting.                                           01:31:21
23        A    We had addressed this in my prior           01:31:23
24   depositions as employees had raised concerns with --  01:31:26
25   by having conversations with counsel and identifying  01:31:35
```

Case 3:23-cv-03417-VC   Document 562-9   Filed 04/25/25   Page 9 of 15

3/3/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                       Highly Confidential - Attorneys' Eyes Only

Page 99

1  and working through what the potential risks could   01:31:41
2  be.  And so we can go back to my prior testimony for 01:31:45
3  that.                                                01:31:51
4       Q    Is it Meta's position that torrenting     01:31:55
5  pirated data from LibGen is legally permissible?     01:32:00
6            MR. WEINSTEIN:  Object to form, calls for 01:32:05
7  a legal conclusion.                                  01:32:12
8            And again, don't want to quibble here,    01:32:16
9  but you're talking about legally permissible, so I   01:32:18
10 have to caution the witness to exclude from his      01:32:20
11 answer any communications he may have had with       01:32:23
12 counsel.                                             01:32:25
13      Q    (BY MS. POUEYMIROU)  And so to clarify,   01:32:27
14 I'm not interested in communications.  I'm interested 01:32:28
15 in the guidelines that employees are working pursuant 01:32:30
16 to.  There's -- correct me if I'm wrong.  There's    01:32:35
17 block lists that say, Don't get data from these      01:32:41
18 websites; is that correct?                           01:32:43
19           MR. WEINSTEIN:  Object to form.  Outside  01:32:45
20 the scope of this part of the deposition.            01:32:47
21      A    There are block lists on where to not     01:32:51
22 scrape data from.                                    01:32:56
23      Q    (BY MS. POUEYMIROU)  And so my question   01:32:57
24 again is, is it Meta's position then that torrenting 01:33:01
25 pirated data from LibGen is permissible?             01:33:06

Case 3:23-cv-03417-VC   Document 562-9   Filed 04/25/25   Page 10 of 15

3/3/2025   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 100

1          MR. WEINSTEIN:  Same objections.              01:33:11
2     A    I cannot answer that question without         01:33:17
3  exposing guidance from counsel.                       01:33:18
4     Q    (BY MS. POUEYMIROU)  Okay.  And so to         01:33:21
5  maybe ask it differently, in -- between April and     01:33:23
6  June of 2024 did Ms. Wang torrent pirated data from   01:33:31
7  LibGen?                                               01:33:42
8          MR. WEINSTEIN:  Object to form, vague.        01:33:42
9     A    From April to June of 2024 Ms. Wang           01:33:45
10 torrented data from portions of Anna's Archive.       01:33:50
11    Q    (BY MS. POUEYMIROU)  And that included        01:33:58
12 torrenting pirated data from LibGen; is that correct? 01:34:00
13         MR. WEINSTEIN:  Object to form.               01:34:03
14    A    I will just reinforce my answer.  She         01:34:07
15 torrented data during that time period.               01:34:09
16    Q    (BY MS. POUEYMIROU)  And you're unwilling     01:34:18
17 to use the -- the term "pirated" for what reason?     01:34:19
18    A    Well, I -- I don't know the direct            01:34:24
19 provenance of that data.  And I know that Ms. Wang    01:34:27
20 torrented data during that time period.               01:34:33
21    Q    Does Ms. -- when you spoke with Ms. Wang,     01:34:38
22 is it her or Meta's belief that LibGen has a license  01:34:41
23 for all the data it has --                            01:34:45
24         MR. WEINSTEIN:  Object to form, outside       01:34:48
25 the scope.                                            01:34:48

Case 3:23-cv-03417-VC   Document 562-9   Filed 04/25/25   Page 11 of 15

3/3/2025        Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 101

1      Q    (BY MS. POUEYMIROU) -- in its library?      01:34:49
2           MR. WEINSTEIN: Object to form. It's         01:34:51
3  outside the scope, calls for speculation.            01:34:51
4      A    I do not know for Ms. Wang, but I cannot    01:35:02
5  answer that question without exposing conversations  01:35:11
6  with counsel.                                        01:35:14
7           MS. POUEYMIROU: Okay. How much time do      01:35:16
8  we have?                                             01:35:17
9           VIDEOGRAPHER: We've been on the record      01:35:18
10 2 hours, 18 minutes.                                 01:35:20
11          MS. POUEYMIROU: Okay. Why don't we take     01:35:21
12 a break, and then the next will be the end of this --01:35:22
13          THE DEPONENT: Okay.                         01:35:26
14          MS. POUEYMIROU: -- deposition and then      01:35:26
15 we'll move to the next one.                          01:35:27
16          VIDEOGRAPHER: All right. We're going        01:35:29
17 off the record at 1:36 p.m.                          01:35:30
18          (A recess was taken.)                       01:35:32
19          VIDEOGRAPHER: We are back on the record     01:49:19
20 at 1:50 p.m.                                         01:49:21
21     Q    (BY MS. POUEYMIROU) Hello, Mr. Clark.       01:49:24
22     A    (Deponent nodded.)                          01:49:26
23     Q    So before when we were talking I asked      01:49:26
24 you if it was Meta's position that torrenting pirated01:49:29
25 data is permissible and you said you can't answer    01:49:33

Case 3:23-cv-03417-VC   Document 562-9   Filed 04/25/25   Page 12 of 15

3/3/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                      Highly Confidential - Attorneys' Eyes Only

Page 102

```
 1   that question without exposing guidance from counsel.  01:49:35
 2   Do you recall?                                         01:49:38
 3        A    Yes.                                         01:49:38
 4        Q    And just to clarify, when you're -- when     01:49:39
 5   you say "counsel," you're referring to in-house        01:49:41
 6   counsel; is that right?                                01:49:43
 7        A    Correct.                                     01:49:45
 8        Q    So before --                                 01:49:46
 9        A    Product -- product counsel, in-house         01:49:47
10   counsel.                                               01:49:49
11        Q    Okay.  Who specifically?                     01:49:49
12        A    That would be across that -- which time      01:49:55
13   frame?                                                 01:49:58
14        Q    Well, the documents that we have just        01:50:00
15   been talking about were in the April/May 2024 and      01:50:02
16   then January of 2020- -- April/May 2023, January of    01:50:07
17   2024.  Would it be different counsel?                  01:50:11
18             MR. WEINSTEIN:  Object to form.              01:50:15
19        A    Some maternity leaves and such in there.     01:50:18
20   That's why I asked.  It would be Mo Metanat and --     01:50:21
21   and primarily Lauren and Ahuva on her team,            01:50:25
22   A-h-u-v-a.                                             01:50:33
23        Q    (BY MS. POUEYMIROU)  Okay.  So we were       01:50:38
24   just looking at a document where Mr. Bashlykov was     01:50:38
25   talking about the risks of seeding.                    01:50:43
```

Case 3:23-cv-03417-VC   Document 562-9   Filed 04/25/25   Page 13 of 15

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                         Highly Confidential - Attorneys' Eyes Only

```
                                                              Page 120
 1                MR. WEINSTEIN:  Object to form.              02:15:53
 2        A    The -- could you ask that -- that wasn't        02:15:58
 3   quite -- do you mind re-asking that?                      02:16:01
 4        Q    (BY MS. POUEYMIROU)  Yes.  I am                 02:16:04
 5   wondering -- you have torrented in the past, as you       02:16:05
 6   have spoken of --                                         02:16:07
 7                MR. WEINSTEIN:  You mean Meta has            02:16:10
 8   torrented in the past?                                    02:16:11
 9                MS. POUEYMIROU:  No.  Mr. Clark, excuse      02:16:12
10   me, bootlegged Pearl Jam music, if I remember             02:16:13
11   correctly.                                                02:16:17
12        Q    (BY MS. POUEYMIROU)  What is it that            02:16:19
13   you're sharing when you torrent beyond the IP address     02:16:20
14   that can be traced back to you?                           02:16:26
15        A    The IP address is one of the more obvious       02:16:34
16   ones of the originating system.                           02:16:36
17        Q    Is there anything other than the IP             02:16:38
18   address?                                                  02:16:39
19        A    I did not prepare to discuss that               02:16:42
20   further, so I don't know.                                 02:16:46
21        Q    Okay.  So as far as you know at this            02:16:48
22   point, the concern is that -- an IP address that can      02:16:50
23   be traced back to Facebook or Meta, right?  The           02:16:53
24   concern here is that a peer that Meta would be            02:16:59
25   sharing data with would be able to know it was Meta       02:17:03
```

Case 3:23-cv-03417-VC   Document 562-9   Filed 04/25/25   Page 14 of 15

3/3/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
                      Highly Confidential - Attorneys' Eyes Only

Page 121

```
 1   or Facebook?                                              02:17:07
 2        A     That's a little -- that's a misstatement       02:17:09
 3   of what I -- I -- it would be details about Meta's        02:17:10
 4   internal infrastructure and IP addresses and any          02:17:15
 5   other potential information that might be shared in       02:17:19
 6   any of the header details, not just that it's a Meta      02:17:22
 7   or Facebook IP.                                           02:17:28
 8        Q     But you're unable to identify any of the       02:17:31
 9   information beyond the Meta IP address that would be      02:17:33
10   shared?                                                   02:17:36
11        A     The internal Meta IP address --                02:17:36
12        Q     Okay.                                          02:17:39
13        A     -- and any other internal details --           02:17:40
14        Q     Okay.                                          02:17:42
15        A     -- not just the external.  Those are --        02:17:42
16   those are different.                                      02:17:45
17        Q     And so at this point in time, April 2024,      02:17:46
18   Mr. Bashlykov's scripts for seeding already exists?       02:17:49
19        A     That's correct.                                02:17:53
20              MR. WEINSTEIN:  Object to form.                02:17:55
21        Q     (BY MS. POUEYMIROU)  Right?                    02:17:56
22        A     (Deponent nodded.)                             02:17:56
23        Q     So why are they still worried about this       02:17:57
24   risk?                                                     02:18:00
25              MR. WEINSTEIN:  Object to form, calls for      02:18:04
```

Case 3:23-cv-03417-VC   Document 562-9   Filed 04/25/25   Page 15 of 15

3/3/2025   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 133

```
 1   STATE OF COLORADO     )
 2                         )ss.   REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER      )
```

4      I, Kathy L. Davis, do hereby certify that I am a
5   Registered Professional Reporter within the State of
6   Colorado; that previous to the commencement of the
7   examination, the deponent was duly sworn to testify
8   to the truth.

9      I further certify that this deposition was taken
10  in shorthand by me at the time and place herein set
11  forth, that it was thereafter reduced to typewritten
12  form, and that the foregoing constitutes a true and
13  correct transcript.

14     I further certify that I am not related to,
15  employed by, nor of counsel for any of the parties or
16  attorneys herein, nor otherwise interested in the
17  result of the within action.

18     In witness whereof, I have affixed my signature
19  this 4th day of March, 2025.

*Kathy L. Davis*
Kathy L. Davis
Certified Realtime Reporter