# EXHIBIT 55

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,                )
                                        )
Individual and Representative          ) Lead Case No.
Plaintiffs,                            )
                                        ) 3:23-cv-03417-VC
    v.                                 )
                                        )
Meta Platforms, Inc.,                  )
                                        )
Defendant.                             )
_____)


** H I G H L Y  C O N F I D E N T I A L **

30(b)(1) VIDEOTAPED DEPOSITION OF

MICHAEL PATRICK CLARK

Denver, Colorado

Wednesday, November 13, 2024


Reported stenographically by:

Michelle Kirkpatrick, RDR-CRR-CRC-CRI, FCRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 144

1   was pirated or stolen?
2       A    There was a process in place to evaluate
3   each dataset that was presented, and then counsel
4   would provide feedback on what the potential risk
5   was and what mitigations needed to be applied in
6   the -- you know, in that spring '23 time frame; and
7   then a dataset would either be approved or not
8   approved to be able to be used.  And if it was
9   approved, the mitigations needed to be applied.
10  BY MR. STEIN:
11      Q    If an employee were to mention or state
12  that a dataset was pirated or stolen, what was the
13  policy in place for handling that data?
14           MS. HARTNETT:  Object to the form.
15      A    Spring '23 time frame?
16  BY MR. STEIN:
17      Q    Yes, Mr. Clark.
18      A    Was that in a conversation, like -- I --
19  is this a hypothetical or is this an actual
20  question?
21      Q    Just answer the question that's posed to
22  you, which is:  If an employee were to state or

Page 145

1  mention that a dataset were pirated or stolen, what
2  policy was in place for responding to that statement
3  or mention?
4          MS. HARTNETT:  Objection to form.
5      A   I'm not aware of a policy that was in
6  place.  If that had happened as part of the dataset
7  review, what I would expect to happen is for that
8  employee to have a conversation with IP counsel
9  about how they have that knowledge and how -- how
10 and where and why they would define that.
11         I think Meta has taken a stance that data
12 that is publicly available on the internet is usable
13 for training in models because of fair use.  And
14 if -- you know, and so I think there would be a
15 conversation with IP counsel to evaluate that.
16 BY MR. STEIN:
17     Q   And did you ever receive any
18 correspondence or were you copied on any
19 correspondence that mentioned that a particular
20 dataset was stolen or pirated?
21         MS. HARTNETT:  Object to form.
22     A   I do not remember receiving a specific

Page 146

1  correspondence around that, but that doesn't mean
2  that I didn't.
3  BY MR. STEIN:
4      Q    Did you ever hear verbally, any employee
5  tell you or mention to you that a dataset being used
6  for training was pirated or stolen?
7           MS. HARTNETT:  Object to the form.
8      A    No, I can't think of that.  As -- I don't
9  recollect that.
10 BY MR. STEIN:
11     Q    And would you include pirated or stolen
12 data in this phrase which you just mentioned called
13 "publicly available data"?
14          MS. HARTNETT:  Objection to the form.
15     A    So the only way I would know if something
16 was pirated or stolen is if something
17 self-identified.  And that was removed.
18          And so for everything else, I -- I
19 wouldn't know -- I wouldn't know.
20     Q    If there were pirated or stolen data that
21 was being used to train Llama, would you call that
22 data publicly available using the term you just

Page 147

1  used?

2          MS. HARTNETT:  Objection to the form.

3      A   Those are two different classifications.

4  That's like talking about a tape being VHS or -- and

5  an apple being a Honeycrisp.  Like, those are

6  talking about two different types of things.

7  BY MR. STEIN:

8      Q   So am I to understand that publicly

9  available data does not include pirated or stolen

10 data?

11         MS. HARTNETT:  Objection.  Misstates his

12 testimony.

13     A   Publicly available data may include

14 pirated or stolen data.  The only pirated or stolen

15 data that we were aware of would have been things

16 that self-identified as being pirated or stolen.

17 \\\

18 BY MR. STEIN:

19     Q   But you're -- in your definition of the

20 term "publicly available data," would you include

21 pirated or stolen data?

22         MS. HARTNETT:  Object to the form.

Page 148

1       A    The way you asked that question, I would
2    not include that in the definition of what
3    third-party publicly available data is.
4    BY MR. STEIN:
5       Q    Do you still have that document labeled
6    603 in front of you?
7       A    I do.
8       Q    Could you take a look at the page ending
9    in Bates 8363, please?
10      A    8363.  Yes.
11      Q    Could you read into the record the
12   paragraph at the top which begins:  "We need to do
13   this responsibly"?
14      A    "We need to do this responsibly.  We
15   should expect new forms of behaviors and
16   interactions to emerge from HAI," or Human Agent
17   Intelligence.  "The design of these behaviors and
18   interactions should be guided by ethical
19   considerations, for example, questions about AI's
20   autonomy, bias in decision-making, and its impact on
21   societal well-being.  HAI can enrich people's lives
22   in many ways if developed responsibly."

Page 164

1   Q   And with respect to LibGen, would you --
2   using your own phrasing of "pirated or stolen
3   material," do you understand LibGen to contain
4   pirated or stolen material?
5         MS. HARTNETT:  Objection to the form.
6   A   The example that I had mentioned before,
7   where the engineers showed me they had found an
8   example that it was pirated and a title and a
9   language I can't remember, was from LibGen.
10        And so that answer would be yes.
11  BY MR. STEIN:
12  Q   And with respect to the dataset overall,
13  not just that specific example, is the answer also
14  yes, that it would -- that you understood it to
15  contain pirated and stolen material?
16        MS. HARTNETT:  Objection to the form.
17  A   That question's -- could you ask that a
18  little clearer?
19        Or -- I will answer that the whole set --
20  I don't think there's any way to know that that
21  is -- what I mentioned is I'm aware of one file that
22  was self-identified as pirated or stolen; and the

1              STENOGRAPHIC REPORTER'S CERTIFICATE

2                  I, Michelle Kirkpatrick, a Registered

3     Diplomate Reporter, Federal Certified Realtime

4     Reporter, do hereby certify that previous to the

5     commencement of the examination, the deponent was duly

6     sworn by me to testify to the truth.

7                  I further certify that this deposition

8     was taken in shorthand by me at the time and place

9     herein set forth and was thereafter reduced to

10    typewritten form, and the foregoing constitutes a true

11    and correct transcript.

12                 I further certify that I am not related

13    to, employed by, nor of counsel for any of the parties

14    or attorneys herein nor otherwise interested in the

15    outcome of this action.

16                 IN WITNESS WHEREOF, I have hereunto set

17    my hand this 18th day of November, 2024.

18

19                 _____
                   MICHELLE KIRKPATRICK

20                 RDR-CRR-CRC-CRI, FCRR

21                 Registered Diplomate Reporter

22                 Federal Certified Realtime Reporter