# **EXHIBIT 74**

Case 3:23-cv-03417-VC   Document 562-14   Filed 04/25/25   Page 2 of 5

12/6/2024         Richard Kadrey, et al. v. Meta Platforms, Inc. Nikolay Bashlykov, Vol II
                              Highly Confidential - Attorneys' Eyes Only

Page 248

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,        )
          Individual and       )
          Representative       )
          Plaintiffs,          )
                               )
  v.                           )   Case No.:
                               )   3:23-cv-03417-VC
META PLATFORMS, INC.,          )
          Defendant.           )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
Videotaped 30(b)(1) deposition of
NIKOLAY BASHLYKOV
Volume II

Friday, December 6, 2024

London, England
United Kingdom

Reported stenographically by:
Leah M. Willersdorf,
RMR, CRR, FBIVR, ACR, QRR2*, CLR

_____

DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 562-14   Filed 04/25/25   Page 3 of 5

12/6/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.  Nikolay Bashlykov, Vol II
                              Highly Confidential - Attorneys' Eyes Only

Page 286

1        Q.   Do you have an understanding that
2   torrenting or seeding from datasets from Facebook
3   servers is also a risk, sitting here today?  And
4   I would like to exclude from the answer any
5   discussions or conversations you may have had with
6   counsel.
7            MR. WEINSTEIN:  Object to form, lacks
8   foundation.
9            And with his caveat, you can answer his
10  question.  Obviously exclude from your answer any
11  communications you may have had with counsel, if any.
12           THE WITNESS:  Sorry.  Could you repeat the
13  question?
14  BY MR. YOUNG:
15       Q.   Yeah.  I am asking if, sitting here today,
16  you understand that torrenting or seeding datasets
17  from Facebook servers carries risk, and I would like
18  you to exclude from your answer any discussions or
19  conversations you may have had with counsel?
20           MR. WEINSTEIN:  Same objection --
21           THE WITNESS:  I -- sorry.  Yeah.
22           MR. WEINSTEIN:  Same objection.

Case 3:23-cv-03417-VC   Document 562-14   Filed 04/25/25   Page 4 of 5

12/6/2024    Richard Kadrey, et al. v. Meta Platforms, Inc. Nikolay Bashlykov, Vol II
Highly Confidential - Attorneys' Eyes Only

Page 287

1        And, again, don't reveal the
2   communications with counsel.  If you can answer the
3   question without revealing communications with
4   counsel, you can go ahead and do so.
5            THE WITNESS:  So yeah, my understanding at
6   this point in time, that seeding and downloading can
7   involve risk, but I don't have -- like, I can't
8   estimate it or anyhow provide details on the risk.
9   BY MR. YOUNG:
10      Q.   Okay, thank you.
11           And is that the same -- is that risk the
12  same risk that you're referring to when you were
13  saying -- do you recall yesterday we -- actually, let
14  me start that over.
15           Do you recall yesterday we saw a document
16  wherein you described torrenting LibGen as potentially
17  being legally not okay?
18      A.   I remember.
19      Q.   Okay.  Is that the same risk that you are
20  describing sitting here today?
21      A.   So that is what I was referring to right
22  now, yes.

Case 3:23-cv-03417-VC   Document 562-14   Filed 04/25/25   Page 5 of 5

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc. Nikolay Bashlykov, Vol II
Highly Confidential - Attorneys' Eyes Only

Page 335

1         CERTIFICATE OF COURT REPORTER

2         I, LEAH M. WILLERSDORF, Registered Merit

3    Reporter, Certified Realtime Reporter, Fellow of the

4    British Institute of Verbatim Reporters, Qualified

5    Realtime Reporter Level 2, and Certified LiveNote

6    Reporter, do hereby certify that:

7         NIKOLAY BASHLYKOV appeared before me on Friday,

8    December 06, 2024, was sworn by me and was thereupon

9    examined by counsel; that the testimony of said

10   witness was taken by me stenographically; that the

11   foregoing is a true and accurate record to the best of

12   my knowledge, skill and ability; that I am neither a

13   relative nor employee of any party to the action in

14   which this testimony was taken; that I am neither

15   relative nor employee of any attorney or counsel

16   employed by any party thereto; and, further, I am not

17   financially or otherwise interested in the outcome of

18   the action.

19

20                     *LM Willersdorf* (signature)

21             LEAH M. WILLERSDORF
            RMR, CRR, FBIVR, ACR, QRR2, CLR

22              (December 08, 2024)