# EXHIBIT 77

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,          )
                                 )
          Individual and         )
          Representative         )
          Plaintiffs,            )
                                 )
v.                               )   Case No. 3:23-cv-03417-VC
                                 )
META PLATFORMS, INC.,            )
                                 )
          Defendant.             )
_____)


** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Videotaped Deposition of SEAN BELL

San Francisco, California

Wednesday, December 11, 2024



Reported Stenographically by

Michael P. Hensley, RDR, CSR No. 14114


_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 93

 1  experiments on the issue, my question is whether you

 2  have an opinion on whether a collection of documents

 3  would have the same training value for long-range

 4  context modeling as books.

 5          ATTORNEY HARTNETT:  Objection to the form.

 6  Asked and answered.

 7          THE WITNESS:  The problem is how -- like,

 8  how are you using the LLM?  So that's the problem.

 9          So, for example, if my use of the LLM is

10  to do coding and what I want to do is input my code

11  repository, that tends to be a collection of little

12  files; and so in that way that means that I would

13  want to train the model to match how I'm actually

14  using it.

15          So if I were, for example, focusing

16  just -- let's say I wanted to use an LLM to write a

17  book for me; then I think in that case my intuition

18  would be that obviously I want to train on a bunch

19  of books, like a bunch of other things, and probably

20  I'd want to have a very large proportion of books.

21          You know, but what we find is people are

22  using LLMs for all kinds of things, and quite a lot

Page 304

 1                 CERTIFICATE OF SHORTHAND REPORTER

 2

 3        I, Michael P. Hensley, Registered Diplomate

 4    Reporter for the State of California, CSR No. 14114,

 5    the officer before whom the foregoing deposition was

 6    taken, do hereby certify that the foregoing

 7    transcript is a true and correct record of the

 8    testimony given; that said testimony was taken by me

 9    stenographically and thereafter reduced to

10    typewriting under my direction; that reading and

11    signing was not requested; and that I am neither

12    counsel for, related to, nor employed by any of the

13    parties to this case and have no interest, financial

14    or otherwise, in its outcome.

15

16

17

18

19            Michael P. Hensley, CSR, RDR

20

21

22