# **EXHIBIT 82**

Case 3:23-cv-03417-VC   Document 562-19   Filed 04/25/25   Page 2 of 5

11/13/2024                Richard Kadrey, et al. v. Meta Platforms, Inc.                Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                        Highly Confidential

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,            )
                                   )
Individual and Representative      )   Lead Case No.
Plaintiffs,                        )
                                   )   3:23-cv-03417-VC
    v.                             )
                                   )
Meta Platforms, Inc.,              )
                                   )
Defendant.                         )
_____)

** H I G H L Y   C O N F I D E N T I A L **

30(b)(6) VIDEOTAPED DEPOSITION OF

META PLATFORMS, INC.

BY: MICHAEL PATRICK CLARK

Denver, Colorado

VOLUMES I AND II

Wednesday, November 13, 2024

Thursday, November 14, 2024


Reported stenographically by:

Michelle Kirkpatrick, RDR-CRR-CRC-CRI, FCRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 562-19   Filed 04/25/25   Page 3 of 5

11/13/2024                    Richard Kadrey, et al. v. Meta Platforms, Inc.         Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                           Highly Confidential

Page 166

1  statement that "Our lawyers really need to look into

2  fair use claims for research."

3  BY MS. POUEYMIROU:

4       Q    And what makes you read it that way?

5       A    The next thing that Susan Zhang types --

6  it is their next contribution to this chat.

7            And up above, when they state:  "Our

8  lawyers really need to look into these fair use

9  claims," usually in talking with counsel, it's to

10 identify risks and have conversations and identify

11 mitigations.

12           And so the way I read this, this is a

13 conversation where Susan is saying, We should have

14 conversations and pull in lawyers to help us to

15 identify if these can be used under fair use or not

16 and that we should identify what the risks of doing

17 so are.

18      Q    Okay.  We then have, directly after

19 Susan's statement, "Everyone is using LibGen.

20 Startups but also Google, Open AI."

21           And Presani says:  "I mean, everyone is

22 doing a lot of things.  It doesn't mean it's the

Case 3:23-cv-03417-VC   Document 562-19   Filed 04/25/25   Page 4 of 5

11/13/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Patrick Clark 30(b)(6), Vol I & Vol II
Highly Confidential

Page 167

 1   right thing to do.  That's pirated material."

 2       A    Where was that?

 3       Q    It's just following -- I'm just working

 4   through the document with --

 5       A    Got it.  Okay.

 6       Q    Okay.  Presani doesn't make any

 7   distinctions about the material within LibGen, some

 8   of it being pirated and some of it not.

 9            Correct?

10            MS. HARTNETT:  Objection to the form.

11       A    I don't -- can you reask that question?

12   BY MS. POUEYMIROU:

13       Q    What I'm asking you is whether -- Presani

14   has characterized LibGen as a pirated website.

15            Isn't that correct?

16            MS. HARTNETT:  Object to the form.

17       A    In the prior line at 70443, they did

18   classify LibGen and Sci-Hub as illegal, pirated

19   websites in their opinion.

20   BY MS. POUEYMIROU:

21       Q    And Xavier Martinet says:  "I don't think

22   we are arguing about it, Eleonora.  We want to buy

Case 3:23-cv-03417-VC   Document 562-19   Filed 04/25/25   Page 5 of 5

11/13/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Patrick Clark 30(b)(6), Vol I & Vol II
Highly Confidential

Page 200

1     STENOGRAPHIC REPORTER'S CERTIFICATE

2              I, Michelle Kirkpatrick, a Registered

3     Diplomate Reporter, Federal Certified Realtime

4     Reporter, do hereby certify that previous to the

5     commencement of the examination, the deponent was duly

6     sworn by me to testify to the truth.

7              I further certify that this deposition

8     was taken in shorthand by me at the time and place

9     herein set forth and was thereafter reduced to

10    typewritten form, and the foregoing constitutes a true

11    and correct transcript.

12             I further certify that I am not related

13    to, employed by, nor of counsel for any of the parties

14    or attorneys herein nor otherwise interested in the

15    outcome of this action.

16             IN WITNESS WHEREOF, I have hereunto set

17    my hand this 18th day of November, 2024.

18

19

20           MICHELLE KIRKPATRICK
             RDR-CRR-CRC-CRI, FCRR
21           Registered Diplomate Reporter

22           Federal Certified Realtime Reporter