# EXHIBIT 86

## PROVIDED IN NATIVE FORMAT