# EXHIBIT 87

Case 3:23-cv-03417-VC   Document 562-22   Filed 04/25/25   Page 2 of 5

12/6/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.    Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,          )
        Individual and     )
        Representative     )
        Plaintiffs,        )
                                 )
 v.                              )   Case No.:
                                 )   3:23-cv-03417-VC
META PLATFORMS, INC.,            )
        Defendant.         )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

Videotaped 30(b)(6) deposition of Defendant
META PLATFORMS, INC.,
by and through its corporate designee
NIKOLAY BASHLYKOV
Friday, December 6, 2024

London, England
United Kingdom

Reported stenographically by:
Leah M. Willersdorf,
RMR, CRR, FBIVR, ACR, QRR2*, CLR

_____
DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 562-22   Filed 04/25/25   Page 3 of 5

12/6/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.    Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 42

 1           MR. WEINSTEIN:  Object to form, calls for
 2   speculation.
 3           THE WITNESS:  In which metric?
 4   BY MS. POUEYMIROU:
 5       Q.   Can you tell me how many books that
 6   dataset contains?
 7           MR. WEINSTEIN:  Object to form, outside
 8   the scope, calls for speculation.
 9           THE WITNESS:  I don't know.
10   BY MS. POUEYMIROU:
11       Q.   Any other datasets that were sourced from
12   LibGen?
13       A.   Next page, 3, scitech-20231126.
14       Q.   And what's the difference between that
15   file and the one you were just looking at?
16       A.   It's a different subset of LibGen called
17   sci-tech.
18       Q.   And this is all on Meta_Kadrey_Data_004;
19   is that correct?
20       A.   It is.
21       Q.   Are there any other datasets sourced from
22   LibGen on these hard drives?

Case 3:23-cv-03417-VC   Document 562-22   Filed 04/25/25   Page 4 of 5

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 43

```
 1      A.   Page 6.
 2      Q.   Okay.
 3      A.   fiction-20231120.
 4      Q.   Mmm-hmm.
 5      A.   scimag-20231120, scitech --
 6      Q.   Mmm-hmm.
 7      A.   -- scitech-20231120.
 8      Q.   What's the difference between
 9   fiction-20231120 and fiction-20231126?
10      A.   So fiction-20231126 seems to be a
11   non-English part of fiction.
12      Q.   Mmm-hmm.  And fiction-20231120 is a
13   English?
14      A.   Correct.
15      Q.   And it is fiction books written in
16   English?
17           MR. WEINSTEIN:  Object to form.
18           THE WITNESS:  Parts of it, yes.
19   BY MS. POUEYMIROU:
20      Q.   What are the other parts?
21           MR. WEINSTEIN:  Object to form, scope,
22   calls for speculation.
```

Case 3:23-cv-03417-VC   Document 562-22   Filed 04/25/25   Page 5 of 5

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 155

1 　　　　　CERTIFICATE OF COURT REPORTER

2 　　　I, LEAH M. WILLERSDORF, Registered Merit

3 　Reporter, Certified Realtime Reporter, Fellow of the

4 　British Institute of Verbatim Reporters, Qualified

5 　Realtime Reporter Level 2, and Certified LiveNote

6 　Reporter, do hereby certify that:

7 　　　NIKOLAY BASHLYKOV appeared before me on Friday,

8 　December 06, 2024, was sworn by me and was thereupon

9 　examined by counsel; that the testimony of said

10 　witness was taken by me stenographically; that the

11 　foregoing is a true and accurate record to the best of

12 　my knowledge, skill and ability; that I am neither a

13 　relative nor employee of any party to the action in

14 　which this testimony was taken; that I am neither

15 　relative nor employee of any attorney or counsel

16 　employed by any party thereto; and, further, I am not

17 　financially or otherwise interested in the outcome of

18 　the action.

19

20 　　　　　_____

21 　　　　　　　　LEAH M. WILLERSDORF

　　　　　　　RMR, CRR, FBIVR, ACR, QRR2, CLR

22 　　　　　　　　(December 08, 2024)