# EXHIBIT 91

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,           )
                                  )
        Individual and            )
        Representative            )
        Plaintiffs,               )
                                  )
v.                                )   Case No. 3:23-cv-03417-VC
                                  )
META PLATFORMS, INC.,             )
                                  )
        Defendant.                )
_____)

** HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER **

Videotaped Deposition of SY CHOUDHURY
San Francisco, California
Thursday, December 5, 2024

Reported Stenographically by
Michael P. Hensley, RDR, CSR No. 14114

_____

DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 309

1      Q.   I'm afraid you have to share it.

2      A.   I -- what's the question again?

3      Q.   The question was do you believe that Meta

4  should protect human creativity rather than exploit

5  it?

6           ATTORNEY HARTNETT:  Are you asking for his

7  personal opinion?

8           ATTORNEY PRITT:  Yes.  This is his

9  personal deposition.

10          THE WITNESS:  I don't really have an

11  opinion --

12          ATTORNEY HARTNETT:  Objection to form.

13          Go ahead.

14          THE WITNESS:  -- whether Meta should or

15  should not have that.  There are some things I have

16  an opinion on.  Some things I really don't care.

17  BY ATTORNEY PRITT:

18     Q.   Do you not care whether Meta protects

19  human creativity rather than exploits it in

20  connection with its LLMs?

21          ATTORNEY HARTNETT:  Object to the form.

22          THE WITNESS:  It's not something that I've

Page 310

1  given a lot of thought to; so my answer is I don't
2  care at this point.
3  BY ATTORNEY PRITT:
4      Q.   Did anyone other than the leaker express
5  that they cared about whether Meta protected human
6  creativity rather than exploited it in connection
7  with its LLMs?
8           ATTORNEY HARTNETT:  Object to the form.
9           THE WITNESS:  I can't recall who the other
10 two folks I would've thought were, but there must
11 have been another two because I wouldn't have
12 written three.
13 BY ATTORNEY PRITT:
14     Q.   If you look at the top of the next page,
15 Mr. Gamido says, "The agenda behind the article I
16 believe" -- do you understand him to be referring to
17 "The New York Times" article?
18     A.   I imagine so.
19     Q.          [As Read]  The agenda behind "The
20              New York Times" article is obvious, but I
21              think the data need urgency is accurately
22              reflected.  These models are very data

Page 396

1   CERTIFICATE OF SHORTHAND REPORTER

2

3        I, Michael P. Hensley, Registered Diplomate

4   Reporter for the State of California, CSR No. 14114,

5   the officer before whom the foregoing deposition was

6   taken, do hereby certify that the foregoing

7   transcript is a true and correct record of the

8   testimony given; that said testimony was taken by me

9   stenographically and thereafter reduced to

10  typewriting under my direction; that reading and

11  signing was not requested; and that I am neither

12  counsel for, related to, nor employed by any of the

13  parties to this case and have no interest, financial

14  or otherwise, in its outcome.

15

16

17

18

19

20

21           Michael P. Hensley, CSR, RDR

22