# EXHIBIT 93

## PROVIDED IN NATIVE FORMAT