# EXHIBIT 94

## PROVIDED IN NATIVE FORMAT