# EXHIBIT 95

## PROVIDED IN NATIVE FORMAT