# EXHIBIT 100

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

-----------------------------------x

RICHARD KADREY, et al.,
Individual and Representative,
Plaintiffs,
v.                                      Case No.
META PLATFORMS, INC.,          3:23-cv-03417-VC
a Delaware corporation,
Defendant.

-----------------------------------x

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION of
DAVID CHOFFNES, Ph.D.
Boston, Massachusetts

Reporter: Michael D. O'Connor, RMR, CRR, CRC
Job No. 7281431

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

Friday, March 28, 2025

9:34 a.m.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION of DAVID CHOFFNES, Ph.D., held at Cooley LLP, 50 Boylston Street, Boston, Massachusetts, pursuant to notice, before Michael D. O'Connor, Registered Merit Reporter, Certified Realtime Reporter, Certified Realtime Captioner.

Page 2

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

A P P E A R A N C E S:

ATTORNEYS FOR PLAINTIFFS:

BOIES SCHILLER & FLEXNER LLP
44 Montgomery Street
San Francisco, California 94104
(415) 293-6800
BY: JOSHUA STEIN, ESQ.
jstein@bsfllp.com

ATTORNEYS FOR DEFENDANT:

COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304
(650) 843-5000
BY: MARK WEINSTEIN, ESQ.
mweinstein@cooley.com
- and -
COOLEY LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20221
(202) 842-7800
Washington, D.C. 20004
BY: PHILLIP MORTON, ESQ.
pmorton@cooley.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

A P P E A R A N C E S (Cont'd):

Also Present: Deane Carstensen, Videographer
Kyanna Sabanoglu, Esq.,
Meta Platforms, Inc.
Michelle Woodhouse, Esq.,
Meta Platforms, Inc.

Page 4

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

I N D E X

| Deposition of: | Page |
|---|---|
| DAVID R. CHOFFNES, Ph.D. | |
| By Mr. Weinstein | 8, 142 |
| By Mr. Stein | 125 |

E X H I B I T S

| No. | | Page |
|---|---|---|
| Exhibit 1 | Rebuttal Report of David R. Choffnes, Ph.D., February 26, 2025 | 12 |
| Exhibit 2 | BEP_0055 | 53 |
| Exhibit 3 | Opening Expert Report of Dr. Jonathan L. Krein | 66 |
| Exhibit 4 | File listings | 100 |
| Exhibit 5 | Rebuttal Expert of Barbara Frederiksen-Cross | 111 |
| Exhibit 6 | Document entitled, "Meta_Kadrey_00237238" | 130 |
| Exhibit 7 | Document re: Uploaded and downloaded data | 136 |

Page 5

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

P R O C E E D I N G S

THE VIDEOGRAPHER: Good morning. We are going on the record at 9:34 a.m. on March 28, 2025. Please note that the microphones are sensitive and they may pick up whispering and private conversations. Please mute your phones at this time. Audio and video recording will continue to take place unless all parties agree to go off the record. 09:34:50 09:34:55 09:34:59 09:35:02 09:35:04 09:35:07 09:35:07 09:35:09

This is media unit one of the video recorded deposition of Dr. David Choffnes taken by counsel for Defendant in the matter of Richard Kadrey, et al. Individual and Representative Plaintiffs versus Meta Platforms, Inc., a Delaware corporation, filed in the United States District Court, Northern District of California, San Francisco Division, case number 3:23-cv-03417-VC. 09:35:10 09:35:12 09:35:15 09:35:19 09:35:23 09:35:25 09:35:28 09:35:30 09:35:31 09:35:34

The location of this deposition is Cooley LLP, 500 Boylston Street, Boston, Massachusetts. 09:35:39 09:35:41 09:35:44

My name is Deane Carstensen 09:35:46

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

representing Veritext. I'm the videographer today. I'm not authorized to administer an oath. I'm not related to any party in this action nor am I financially interested in the outcome. If there are any objections to proceeding, please state them at the time of your appearance. 09:35:47 09:35:49 09:35:51 09:35:53 09:35:55 09:35:57 09:35:58 09:35:59

Counsel and all present including remotely please now state your appearance and affiliation for the record. 09:36:00 09:36:00 09:36:04 09:36:04

MR. WEINSTEIN: This is Mark Weinstein with the law firm of Cooley LLP, here for the Defendant. I'll note on the video, Michelle Woodhouse and Kyanna Sabanoglu is here for Meta. They're also in-house lawyers. 09:36:06 09:36:08 09:36:10 09:36:13 09:36:20 09:36:21

MR. MORTON: Phillip Morton from Cooley is in person here in Boston. 09:36:24 09:36:25

MR. STEIN: Joshua Michelangelo Stein, Boies Schiller & Flexner, LLP for Plaintiffs. 09:36:28 09:36:33 09:36:38

THE VIDEOGRAPHER: Thank you everyone. Would our court reporter 09:36:38 09:36:38

please introduce himself and swear in the witness, and we may proceed. 09:36:38 09:36:38

COURT REPORTER: Michael O'Connor, the court reporter. 09:36:43 09:36:45

DAVID R. CHOFFNES, Ph.D.

having been satisfactorily identified by the production of his driver's license, and duly sworn by the Notary Public, was examined and testified as follows:

EXAMINATION BY
MR. WEINSTEIN: 09:36:54

Q. Good morning, sir. 09:36:54
A. Good morning. 09:37:08
Q. Could you state your name for the record. 09:37:08 09:37:10
A. My name is David Choffnes. 09:37:10
Q. And how do you prefer to be addressed; as Dr. Choffnes? 09:37:13 09:37:18
A. That works for me. 09:37:22
Q. Okay. And, Dr. Choffnes, you have been retained as an expert witness in this case, correct? 09:37:23 09:37:26 09:37:29

A. Correct. 09:37:30

Q. When were you first retained in this case? 09:37:30 09:37:34

A. When was I first retained? I don't have the exact date off the top of my mind. It was within the past two months, I think. 09:37:34 09:37:38 09:37:40 09:37:45

Q. Okay. When were you first contacted by anybody in connection with this case? 09:37:45 09:37:49 09:37:51

A. I'm sorry, I don't have the e-mail in front of me right now. I would have a record of that in my inbox, but again, it was -- I'm reasonably certain it's within the past three months. 09:37:51 09:37:54 09:37:55 09:38:01 09:38:04

Q. Would it have been in 2025 or late 2024? 09:38:04 09:38:08

A. I could check my e-mail, but I'd have to pull up my phone to do that. 09:38:09 09:38:12

Q. Understood. Dr. Choffnes, obviously you're aware that this is a deposition and you're under oath, correct? 09:38:13 09:38:17 09:38:18

A. Yes. 09:38:20

Q. And I gather from your report it doesn't look like you have been deposed before 09:38:20 09:38:23

in a lawsuit, correct? 09:38:25

A. Correct. This is my first time. 09:38:27

Q. Okay. So I'm going to give you the speech that you'll probably hear in every deposition you'll ever attend in your career as an expert. 09:38:29 09:38:32 09:38:34 09:38:36

This is a deposition. You're under oath. So you understand everything you say here today has the same force and effect as if it were stated in an open court, correct? 09:38:37 09:38:39 09:38:40 09:38:43

A. Correct. 09:38:45

Q. If there's a question you don't understand, you can be free to ask for a clarification. Otherwise, I have to assume you understand my question. 09:38:46 09:38:49 09:38:51 09:38:53

Make sense? 09:38:54

A. Understood. 09:38:55

Q. Are you taking any medication, Dr. Choffnes, that could affect the testimony you're giving here today? 09:38:56 09:38:58 09:39:01

A. No, I'm not. 09:39:02

Q. Is there any reason, health or otherwise, that you can come up with that you can't give your best and most accurate testimony here today? 09:39:02 09:39:04 09:39:07 09:39:09

A. No. 09:39:09
Q. Now, Dr. Choffnes, this is your 09:39:10 first deposition, but from your report, I 09:39:19 believe you indicated that you have given 09:39:22 testimony in a confidential arbitration? 09:39:24
A. That's correct. 09:39:26
Q. Other than this confidential 09:39:27 arbitration, have you given testimony in any 09:39:30 other proceeding? 09:39:32
A. No. 09:39:33
Q. And by "testimony," I'm obviously 09:39:33 talking about giving oral testimony as today, 09:39:41 correct? 09:39:45
A. Correct. 09:39:45
Q. You have, however, filed 09:39:47 declarations in civil matters, correct? 09:39:49
A. Correct. 09:39:52
Q. And those declarations were 09:39:53 affidavits under penalty of perjury, correct? 09:39:59
A. Correct. 09:40:01
Q. You say in your report you have 09:40:01 been providing consulting services to the legal 09:40:08 industry for about five years. Let me give an 09:40:10 opportunity to mark as Exhibit 1 a copy of your 09:40:13 expert report. It's entitled "Rebuttal Report 09:40:15

of David R. Choffnes, Ph.D., February 26, 09:40:19
2025," which you should have in front of you, 09:40:24
marked as Exhibit 1. 09:40:26
(Document marked as Exhibit 1 09:40:27
for identification) 09:40:27
Q. Let me know when you have that. 09:40:27
A. I have it. 09:40:29
Q. Okay. Dr. Choffnes, we're going 09:40:30
to be going through paragraphs of your report, 09:40:34
and asking you certain questions about the 09:40:37
opinions stated therein. 09:40:39
A. Okay. 09:40:41
Q. One caveat I always give is that 09:40:41
when I depose an expert, I don't preclude them 09:40:43
from looking at other parts of the report they 09:40:47
need to answer the question fully. So if you 09:40:49
need to refer to other portions of your report, 09:40:51
it's okay to do so. 09:40:53
Understood? 09:40:54
A. Okay. 09:40:54
Q. Now, in Paragraph 1 of your 09:41:02
report, Exhibit 1, you mention you have been 09:41:03
providing consulting services to the legal 09:41:09
industry for about five years, correct? 09:41:12
A. Correct. 09:41:13

Q. That's accurate, correct? 09:41:15
A. At the time I wrote it, yes. It's still five years, about five years. 09:41:16 09:41:19
Q. Thank you, sir. 09:41:22
Now, when you say the legal industry, what are you referring to by that? 09:41:24 09:41:26
A. I mean my clients are lawyers engaged in either active lawsuits or are preparing or considering to file lawsuits. 09:41:27 09:41:32 09:41:37
Q. Okay. The ambiguity was, you're not helping law firms make their computer systems more efficient, correct? 09:41:40 09:41:46 09:41:48
A. Correct. My services are in the expert capacity. 09:41:50 09:41:51
Q. Understood. Expert capacity in support of, for example, lawsuits, correct? 09:41:52 09:41:55
A. Correct. 09:41:58
Q. Other than provide consulting services in connection with lawsuits, what other consulting services do you provide to the legal industry, if any? 09:41:59 09:42:00 09:42:03 09:42:06
A. No other services. 09:42:08
Q. Okay. And I know you haven't been designated as an expert to testify in anything other than the confidential arbitration, 09:42:09 09:42:16 09:42:19

correct? 09:42:21

A. Correct. 09:42:23

Q. And then did the arbitration relate in any way to the BitTorrent protocol? 09:42:23 09:42:27

A. I did not. 09:42:31

Q. I don't want to get into any information that you may not be allowed to disclose about it, but can you give me sort of a 10,000-foot view of what the arbitration was about? 09:42:33 09:42:34 09:42:36 09:42:38 09:42:41

A. Sure. It was about information collected about patients by a hospital website and transmitted to third parties. 09:42:41 09:42:48 09:42:51

Q. Did this arbitration have anything to do with Meta? 09:42:53 09:42:55

A. Meta was not the Defendant. 09:42:58

Q. Okay. Was Meta involved in this arbitration in any way? 09:43:01 09:43:08

A. Meta was a third party. 09:43:08

Q. What was Meta accused of doing or not doing? 09:43:13 09:43:26

A. Receiving data, patient data. 09:43:26

Q. Did this arbitration come to a conclusion? 09:43:30 09:43:43

A. My client did not follow up with 09:43:44

me. 09:43:46

Q. Okay. So you don't know if it was settled or how it was resolved? 09:43:46 09:43:50

A. Correct. 09:43:52

Q. When did you provide this testimony in this confidential arbitration? 09:43:53 09:43:56

A. Last summer. 09:43:58

Q. Who was the Defendant in that case? 09:43:59 09:44:04

A. I don't think I'm at liberty to say. 09:44:04 09:44:07

Q. Was Meta accused of any wrongdoing in accordance with that suit? 09:44:07 09:44:14

A. No. 09:44:16

Q. So it was involved to the extent it was receiving patient data, but there was no allegation it did anything with that data? 09:44:16 09:44:22 09:44:24

A. I believe that's correct. The focus was on the hospital. 09:44:26 09:44:29

Q. Okay. So you have not provided any testimony prior to this case related to the BitTorrent protocol, correct? 09:44:31 09:44:43 09:44:48

A. Correct. 09:44:51

Q. In terms of the consulting services you provide to the legal industry for 09:44:52 09:45:08

the past five years, approximately how many lawsuits have you provided assistance to? 09:45:10 09:45:13

MR. STEIN: Object as to form. 09:45:18

A. I'd say if I had -- so I don't have an exact number off the top of my head, but I'd say it's approximately ten. 09:45:20 09:45:25 09:45:27

Q. Thank you, sir. When you were retained in connection with this case, did somebody from the Plaintiff reach out to you? 09:45:30 09:45:38 09:45:41

A. Josh Stein reached out to me. 09:45:43

Q. Okay. You say in your declaration that you're being compensated at a rate of $600 per hour for your work and a thousand dollars per hour for deposition testimony. 09:45:47 09:45:56 09:45:58 09:46:01

Is that still correct? 09:46:04

A. That's correct. 09:46:05

Q. Approximately how many hours would you estimate have you put into the work you've provided in this case? 09:46:05 09:46:11 09:46:13

A. I'd say at this point it's probably close to 40. 09:46:13 09:46:17

Q. And that includes the time you spent working on your report as well as preparing for the deposition here today? 09:46:19 09:46:25 09:46:27

A. Correct. 09:46:29

Q. Okay. Now, as far as the deposition today, can you describe generally what you did to prepare for that deposition? 09:46:30 09:46:32 09:46:35

A. I reviewed the documents that I disclosed that I had reviewed, focusing mainly on the reports. Also went over with my clients how a deposition would go. 09:46:38 09:46:42 09:46:46 09:46:57

Q. Understood. Now, this is not the first expert report you've submitted in connection with litigation, correct? 09:46:58 09:47:11 09:47:13

A. Correct. The arbitration also had a report. 09:47:15 09:47:21

Q. Okay. And then the other cases you submitted declarations, but do you know if you actually served a formal expert report? 09:47:22 09:47:26 09:47:29

A. To the best of my knowledge, not yet, no other reports. 09:47:35 09:47:37

Q. Understood. Dr. Choffnes, you obviously consider yourself an expert on the BitTorrent protocol, correct? 09:47:39 09:47:41 09:47:43

A. Correct. 09:47:44

Q. When is the first time that you used the BitTorrent protocol? 09:47:45 09:47:47

A. Probably 2003. 09:47:49

Q. And you obtained your Ph.D. thesis 09:47:52

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

in 2010, correct? 09:47:57
A. Correct. 09:47:58
Q. And one of the topics of your Ph.D. thesis related to implementations of BitTorrent protocol, correct? 09:47:59 09:48:01 09:48:06
A. Not exactly. 09:48:07
Q. Okay. You said in Paragraph 1, you said "building computer systems on top of BitTorrent." Is that correct? 09:48:12 09:48:16 09:48:21
A. Correct. 09:48:25
Q. Let's go back to 2003. What were the circumstances in which you were first introduced to the BitTorrent protocol? 09:48:26 09:48:29 09:48:31
A. My roommate identified it as an interesting way to download files. 09:48:32 09:48:35
Q. Now, BitTorrent was developed in the early 2000s. I gather from the time period that you weren't involved in the design of the initial BitTorrent protocol, correct? 09:48:36 09:48:46 09:48:48 09:48:50
A. Correct. 09:48:52
Q. Are there any aspects of the BitTorrent protocol as exist today that you were responsible for the design, if any? 09:48:53 09:48:54 09:48:57
A. I would say no. 09:49:01
Q. Okay. And you mentioned in 2003 09:49:02

your roommate identified as an interesting way to download files. At the time, were those music files? 09:49:09 09:49:14 09:49:16

A. Music files were likely included in that, yes. 09:49:17 09:49:19

Q. Now, when was the first time that you studied the BitTorrent protocol in connection with any of your work, including your work as a student or researcher? 09:49:20 09:49:25 09:49:27 09:49:30

A. From the research perspective, the first time was around the 2006, 2007 timeframe. 09:49:32 09:49:36

Q. And what was the context of your research in that timeframe? 09:49:42 09:49:51

A. So the research team that I worked with had identified a way to find whether Nhosts on the internet were relatively close or relatively far away. 09:49:52 09:50:00 09:50:06 09:50:09

We realized that being able to officially identify hosts that are nearby would give you an ability to find hosts that can -- you can exchange data with faster, because proximity usually leads to faster data exchanges. 09:50:11 09:50:13 09:50:16 09:50:19 09:50:22 09:50:26

That insight led to the idea to create software that extends, or in this case 09:50:29 09:50:32

modifies the default behavior of BitTorrent, to bias some of the connections that are made toward hosts that are relatively nearby to try and improve performance. 09:50:35 09:50:40 09:50:42 09:50:46

Q. In connection with that research, how did you determine whether a host was in close proximity or not? 09:50:52 09:50:54 09:50:58

A. So the technique that we came up with was the observation that content delivery networks, and specifically Akamai, sends -- when we visit websites, they send you to servers that are relatively close by, and so our observation is that if two different hosts on the internet are sent to the same servers, they're not only likely close to those servers, because that's what Akamai is trying to do, but they are also as a result probably close to each other. 09:50:59 09:51:03 09:51:08 09:51:13 09:51:16 09:51:19 09:51:22 09:51:25 09:51:27 09:51:32 09:51:34

Akamai figures this out because they do extensive network measurements, and then we leverage those measurements that they sort of reveal some part of through the servers they select to send you to. So we leverage that information to find hosts that are close to each other without having to do all the 09:51:34 09:51:36 09:51:39 09:51:42 09:51:44 09:51:47 09:51:49

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

measurements. 09:51:51

Q. Understood. Thank you, sir. 09:51:52

Did this research you did in the 09:51:56 2006, 2007 timeframe, did it result in any 09:51:58 publication of any papers? 09:52:03

A. Yes. There was the 2008 paper in 09:52:05 is in SIGCOMM, which is the flagship 09:52:08 publication in computer science for computer 09:52:10 networking. 09:52:10

Q. And that's an ACM publication? 09:52:11

A. Correct. Association of Computing 09:52:16 Machinery. 09:52:20

Q. Understood. Did that research 09:52:20 result in any changes to the BitTorrent 09:52:29 protocols that you're aware of? 09:52:33

A. I don't believe it led to changes. 09:52:33 Our software was provided as an extension. So 09:52:35 it meant that people could install it and it 09:52:39 could change the way that the default 09:52:41 BitTorrent behavior was, but it didn't actually 09:52:42 change the protocol itself. 09:52:45

Q. Is it still in use today, the 09:52:46 extension? 09:52:55

A. That is hard for me to say, 09:52:57 because I don't -- I haven't maintained it for 09:52:59

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

a number of years. I would guess that it is unlikely that it's still in use today, because simply of the fact that I have not maintained it and it's probably not compatible with many clients anymore. 09:53:01 09:53:04 09:53:08 09:53:10 09:53:12

Q. Understood. So during this time period -- so that would have been after you got your Master's and before you got your Ph.D., correct? 09:53:13 09:53:21 09:53:22 09:53:26

A. Correct. 09:53:26

Q. -- what was the next set of research that you did relating to the BitTorrent protocol? 09:53:27 09:53:29 09:53:31

A. The chronology is a little hard for me to -- there were several relevant publications that came out around the same time, so I don't know exactly when each project started. 09:53:31 09:53:41 09:53:45 09:53:47 09:53:49

But one example publication, which became my thesis work, is that by monitoring the network performance from BitTorrent clients, you can tell when network failures happen. 09:53:50 09:53:54 09:54:00 09:54:04 09:54:06

When multiple BitTorrent clients see network performance problems at the same 09:54:07 09:54:08

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

time, it's more likely to be due to a network outage or other network performance issue as opposed to just random chance. 09:54:11 09:54:14 09:54:17

Q. Understood. Do you use BitTorrent in connection with any of your research? 09:54:19 09:54:24

A. Not today. 09:54:26

Q. In the past have you? 09:54:27

A. My research on BitTorrent ended reasonably shortly after my Ph.D. At that point I switched to other topics. 09:54:30 09:54:36 09:54:39

Q. Okay. So have you been actively researching BitTorrent since 2010? 09:54:40 09:54:44

A. No. I mean, there were some publications that came later that were built on top of BitTorrent, so there was some minimal involvement, and then not any more after that. 09:54:47 09:54:51 09:54:53 09:54:56

Q. Okay. What are some of the reasons that, in your professional experience, people use the BitTorrent protocol? 09:55:00 09:55:09 09:55:12

MR. STEIN: Object as to form. 09:55:14

A. We've observed from the data that we have that people use it for files that are commonly the size of TV shows, movies, music, and the like. 09:55:15 09:55:22 09:55:26 09:55:30

Q. Understood. So I gather by your 09:55:31

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

description that it is used for the transfer of very large files? 09:55:37 09:55:39

A. It is typically used for large files, yes. 09:55:40 09:55:44

Q. Does BitTorrent have any advantages in the transfer of very large files over, for example, directly downloading files from a website? 09:55:44 09:55:48 09:55:51 09:55:54

MR. STEIN: Object as to form. 09:55:55

A. So there's a number of different reasons you might use BitTorrent over a website. So website may have limited capacity to provide bandwidth, and so that would cause slow downloads. 09:55:57 09:56:03 09:56:06 09:56:09 09:56:14

Whereas, with BitTorrent, you could potentially download from multiple different Nhosts at the same time, and that would increase your capacity. 09:56:14 09:56:16 09:56:19 09:56:22

The other reason might be that you have some data and you do not have a way to host it online on a website, in which case BitTorrent is a way to get around needing to host, because peers can share it with each other. 09:56:22 09:56:26 09:56:29 09:56:32 09:56:35 09:56:38

Q. So you talked about the website 09:56:38

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

may have limited capacity to provide bandwidth. 09:56:47
Could you expand on that a little bit more? 09:56:51
A. Sure. I've certainly seen 09:56:53
examples where a website may give you a fixed 09:56:55
amount of bandwidth. 09:57:00
Just to throw out some numbers for 09:57:02
just this example, let's say, you could get a 09:57:05
hundred kilobytes per second from a website, 09:57:09
and by comparison with a collection of peers, 09:57:12
you might be able to get a megabyte per second. 09:57:14
So that's the kind of thing that I'm talking 09:57:22
about. 09:57:24
Q. Understood. Can it also provide 09:57:26
-- withdrawn. 09:57:34
Are there any differences in terms 09:57:34
of reliability between the downloads via 09:57:36
BitTorrent versus the download from, for 09:57:39
example, a dedicated website? 09:57:41
MR. STEIN: Object as to form. 09:57:44
A. There's not a general way to speak 09:57:45
about the relative reliability of the two. 09:57:48
Q. I understand. But you would agree 09:57:50
that downloading from a website does present a 09:57:54
single point of failure, correct? 09:57:57
A. No. 09:57:59

Q. Well, if the website goes down, are you able to download the file? 09:58:01 09:58:03

A. It depends on how the website is configured. Most websites are hosted with multiple replicas these days. 09:58:04 09:58:06 09:58:09

Q. Okay. Well, if the replicas go down, obviously the ability to download the files is compromised, correct? 09:58:12 09:58:14 09:58:16

A. If all of the replicas go down, that is true. But the companies that I mentioned before, like Akamai or Cloudflare, have tens or hundreds of thousands of servers around the world in that they very rarely become fully unavailable. 09:58:18 09:58:18 09:58:18 09:58:30 09:58:30 09:58:33

Q. Okay. Dr. Choffnes, before we get into BitTorrent, I want to sort of go through a couple of terms that are mentioned in your report, and sort of get a level set of what we mean by these terms before we start introducing them. 09:58:34 09:58:40 09:58:44 09:58:46 09:58:50 09:58:52

The term "seeding" as it relates to BitTorrent, what's your understanding as to what that refers to? 09:58:52 09:59:00 09:59:03

A. Just to clarify, you said seed; is that right, s-e-e-d? 09:59:04 09:59:06

Q. S-e-e-d-i-n-g. 09:59:06

A. Yeah. The way I use "seeding" refers to a situation where a peer is connected to a torrent, has all of the data corresponding to that torrent, which is to say all the data from all of the pieces, and while participating in the swarm as a seed is uploading data to other peers exclusively. It is no longer downloading, because it doesn't need to. 09:59:09 09:59:11 09:59:13 09:59:16 09:59:19 09:59:22 09:59:26 09:59:28

Q. Understood. So the term "seed" refers to a peer that has fully downloaded a particular torrent, correct? 09:59:29 09:59:33 09:59:37

A. Correct, and is still connected to it, meaning it's still making it available. 09:59:38 09:59:40

Q. Understood. You probably can anticipate my next question. The term leeching, l-e-e-c-h-i-n-g, what does that refer to in the context of BitTorrent? 09:59:43 09:59:50 09:59:53 09:59:56

A. In BitTorrent this refers to a peer that does not have all of the pieces of the data corresponding to the torrent file. In that scenario, leechers are downloading, any piece that they are able to get that they don't yet have from another peer, and as part of the standard protocol, are also likely uploading 09:59:57 09:59:59 10:00:02 10:00:05 10:00:11 10:00:14 10:00:18

data to other peers as part of the protocol that gives them a higher chance of continuing to be able to download from that peer, if you upload to them as well. 10:00:22 10:00:26 10:00:31 10:00:35

Q. Unlike a seeder, a leecher is somebody who is still in the process of downloading the torrent, correct? 10:00:36 10:00:51 10:00:53

A. Correct. 10:00:54

Q. Now, after someone becomes a seeder, meaning they have downloaded all of the portions of a torrent, are they required to stay on the network and provide that data to other users? 10:00:55 10:00:58 10:01:02 10:01:05 10:01:07

A. No, they're not required. 10:01:15

Q. So the seeder can disconnect from the network at the point in which the download is complete, and that would prevent the data from being uploaded to other users, correct? 10:01:16 10:01:19 10:01:21 10:01:23

MR. STEIN: Object as to form. 10:01:27

A. As a seed, not speaking to the fact that they are still uploading while they are leeching, it is true that once they become a seed, if they leave the swarm, so they stop seeding, then they are no longer uploading to other peers. 10:01:28 10:01:35 10:01:38 10:01:42 10:01:46 10:01:48

Q. Understood. Then another term that is used in your report is "peer." In the context of BitTorrent, does that refer to either a seeder or a leecher? 10:01:52 10:01:54 10:01:57 10:02:00

A. Correct. 10:02:04

Q. And then I think you mentioned the word "swarm," s-w-a-r-m. What is swarm as it relates to BitTorrent? 10:02:05 10:02:08 10:02:13

A. In a BitTorrent, the swarm is the set of all peers that are connected to the torrent, which means they're actively participating in uploading and/or downloading of content corresponding to that torrent file. 10:02:15 10:02:17 10:02:19 10:02:21 10:02:24

Q. Okay. Which brings me to the next question. So a swarm in BitTorrent relates to a series of peers that are interested or uploaded or downloading a particular torrent, correct? 10:02:29 10:02:35 10:02:38 10:02:41 10:02:43

A. Correct. And I was a little loose when I mean torrent, I mean the data associated with the torrent file. The torrent file describes what that data is. 10:02:44 10:02:47 10:02:49 10:02:52

Q. Right. I was going to get to that, because there is a .torrent file that describes the data, and then there's the actual 10:02:53 10:02:55 10:02:58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

payload of the torrent, correct? 10:03:01

A. Yes. I would just clarify what the word "payload" means in this case. I don't know if you want me to do that now. 10:03:03 10:03:07 10:03:10

Q. Sure. I'm just trying to make sure that when we refer to the torrent data, we're referring to the actual portions of the torrent being downloaded and not the actual .torrent file? 10:03:12 10:03:13 10:03:16 10:03:19 10:03:26

A. Correct, yes. So the content associated with the torrent file is the data that you're aiming to download via the torrent file. We can call that the payload. 10:03:26 10:03:28 10:03:32 10:03:35

Q. Okay. And then during the torrent process for a particular torrent, does the composition of the swarm change, in your experience? 10:03:37 10:03:48 10:03:52 10:03:55

A. Could you explain what you mean by the composition of the swarm? 10:03:56 10:04:02

Q. Who is present in the swarm, how many leechers, how many seeders? 10:04:04 10:04:07

A. In general, it is true that the set of seeders and peers changes over time. 10:04:09 10:04:12

Q. How frequently do they change or does it depend on the torrent? 10:04:15 10:04:17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

A. It depends on a lot of factors. 10:04:18
It's not something I can speak generally about. 10:04:22
Q. Understood. And then another term 10:04:25
that is used in your report is the word 10:04:32
"piece," p-i-e-c-e. In the context of 10:04:37
BitTorrent, I know that the word "piece" in our 10:04:41
English has a well-understood meaning. 10:04:43
In the context of BitTorrent, what 10:04:45
is the piece? 10:04:47
A. So the way to understand the piece 10:04:47
is, first, given a payload, corresponding to a 10:04:52
torrent file, is of a certain size, typically 10:04:57
quite large. What BitTorrent does is breaks it 10:05:00
up into what it calls pieces, and those pieces 10:05:04
are smaller units of data that can be 10:05:07
downloaded separately, and when put together at 10:05:11
the end, gives you the entire payload. 10:05:14
Q. Generally speaking, does the size 10:05:17
of the piece vary from torrent to torrent? 10:05:37
A. It can. It's whoever makes the 10:05:39
torrent file can decide what the piece size it, 10:05:42
though it typically is one of a -- they're sort 10:05:46
of like somewhat standard sizes that are 10:05:51
typically chosen. 10:05:52
Q. What are those standard sizes? 10:05:53

A. On the order of single-digit megabytes historically. 10:05:55 10:05:57

Q. And if I'm trying to download a torrent, I can get pieces from a number of different peers in the swarm, correct? 10:06:00 10:06:09 10:06:13

A. Correct, subject to availability. 10:06:16

Q. Of course. Now, talking about pieces, do BitTorrent clients exchange entire pieces with each other? 10:06:22 10:06:33 10:06:42

A. They may. They may also exchange -- the exchange that leads to a piece may also be actually separate smaller subcomponents called blocks that come together to make a piece. 10:06:43 10:06:51 10:06:53 10:06:57 10:07:00

Q. Understood. That was my next question. Just so I have a complete set of terminology, in the context of BitTorrent, what is a block? 10:07:00 10:07:02 10:07:04 10:07:07

A. A block is yet another smaller subdivision of the payload, in this case, again, to allow peers to be able to download sub or smaller chunks of data, for lack of a better term, that collectively can make up a piece. 10:07:08 10:07:10 10:07:15 10:07:23 10:07:28 10:07:31

Q. Okay. So in the sort of Venn 10:07:31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

diagram, you have a complete torrent file, and then you have pieces in that torrent file, and within those pieces you have blocks, correct? 10:07:36 10:07:39 10:07:42
A. Correct. 10:07:46
Q. Is another word for block a subpiece; is that another term that's used in the BitTorrent lexicon? 10:07:46 10:07:49 10:07:51
A. I don't believe I've actually heard the subpiece terminology, but I'm familiar with blocks being used. 10:07:53 10:07:54 10:07:56
Q. Understood. What, in your experience, is the size of blocks? 10:08:04 10:08:05
A. I think it's on the order of kilobytes. 10:08:06 10:08:09
Q. Okay. And by kilobytes, you're talking about thousands of bytes, correct? 10:08:10 10:08:18
A. One kilobyte is 1,024 bites. 10:08:21
Q. Right. So, for example, is a typical size of a block 16 kilobytes? 10:08:27 10:08:30
A. I don't know what's typical anymore, but it would not be surprising to see a block of that size. 10:08:32 10:08:34 10:08:36
Q. Okay. And you said that pieces are typically single-digit megabytes, correct? 10:08:40 10:08:46
A. Correct. 10:08:51

Q. This is going to sound dumb, but a megabyte is like 1,024 kilobytes, correct? 10:08:51 10:08:54

A. That is correct. It's not dumb. 10:08:59

Q. So a megabyte would be 1,024 multiplied by 1,024, correct? 10:09:01 10:09:04

A. That's correct. Everything in computers is binary. Everything is a multiple of two. 10:09:06 10:09:07 10:09:10

Q. Right. So within a piece, there would be dozens or perhaps even hundreds of blocks, correct? 10:09:10 10:09:27 10:09:31

A. Yeah, the exact number would depend on the relative sizes of those two entities, but ballpark that seems about right. 10:09:32 10:09:35 10:09:37

Q. Okay. In connection with the research that you do, do you ever obtain data that you're working with via BitTorrent? 10:09:43 10:10:02 10:10:05

A. Yes. 10:10:08

Q. What's the type of data that -- withdrawn. 10:10:09 10:10:12

Could you give me some examples in connection with the research that you do of obtaining data via BitTorrent? 10:10:13 10:10:26 10:10:30

A. Okay. So one example is operating system software. So I will often, when I'm 10:10:32 10:10:40

getting a Linux operating system distribution, I will use BitTorrent for that. Just as an example, a Ubuntu is what I would typically use. 10:10:43 10:10:50 10:10:54 10:10:57

I've also used it for something called MACTEX, which is typesetting software. It's what a lot of what academics in computer science use to build the text of our papers into a nicely formatted document. 10:10:58 10:10:59 10:11:03 10:11:05 10:11:09

I've also used it to download the English language version of Wikipedia to then use as -- to set up a clone of Wikipedia to use as an exercise in class. 10:11:12 10:11:16 10:11:21 10:11:26

Q. And you refer to MACTEX. Is that M-A-C-T-E-X? 10:11:28 10:11:39

A. Yes. So these are open software. 10:11:42

Q. And the first example you said you would use it for is downloading Linux distributions, correct? 10:11:48 10:11:52 10:11:57

A. Correct. 10:11:57

Q. What is the reason you would use BitTorrent to download Linux as opposed to, say, downloading it from a website? 10:11:58 10:12:03 10:12:06

A. It tends to be faster over BitTorrent, to be clear. It's faster over 10:12:08 10:12:15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

BitTorrent, in case that was not clear. 10:12:17

Q. Okay. And then obviously Linux distribution can be very large, correct? 10:12:19 10:12:21

MR. STEIN: Object as to form. 10:12:23

A. Linux distributions can be on the order of single digit gigabytes. 10:12:25 10:12:30

Q. And in connection with MACTEX, how is BitTorrent employed? 10:12:33 10:12:50

A. It's, again, sort of free open source software. I believe the developer community is all volunteers, so they don't have a lot of money to pay for hosting. So one efficient way to get the data is over BitTorrent. And when you're setting it up for the first time, there's just a lot of pieces of the software that need to be downloaded. 10:12:52 10:12:59 10:13:01 10:13:03 10:13:05 10:13:08 10:13:14 10:13:16

In other words, it's on the order of -- and this is where I don't remember off the top of my head, but probably hundreds of megabytes, or again, single-digit gigabytes. 10:13:21 10:13:23 10:13:29 10:13:32

So it's something that in this case it's, again, sort of faster, more efficient to download over BitTorrent than via a website. 10:13:32 10:13:34 10:13:36 10:13:39

Q. Understood. So the data you're 10:13:40

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

downloading via MACTEX would be the software and associated data, correct? 10:13:45 10:13:46
A. Correct. 10:13:49
Q. And then the Linux distribution, the data you're downloading via BitTorrent is also the software and any associated data, correct? 10:13:49 10:13:51 10:13:54 10:13:56
A. Correct. 10:13:56
Q. And then the other thing you said you support was to download the English language version of Wikipedia, correct? 10:14:03 10:14:05 10:14:08
A. Correct. 10:14:10
Q. Is that something you could download from the Wikipedia website? 10:14:10 10:14:14
A. I don't remember off the top of my head if they even have a direct download link or if it was only if you have BitTorrent. It has been a while since I downloaded it. 10:14:18 10:14:21 10:14:25 10:14:26
Q. Understood. But the English language of BitTorrent, you're referring to the entirety of the articles in the English language? 10:14:29 10:14:33 10:14:36 10:14:40
MR. STEIN: Object as to form. 10:14:40
A. I think you misspoke, because you said the English language version of 10:14:42 10:14:44

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

BitTorrent. 10:14:46

Q. Correct. I will repeat. You're absolutely correct. I misspoke. 10:14:46 10:14:48

The English language version of Wikipedia, you're referring to the entirety of its articles in the English language? 10:14:50 10:14:52 10:14:53

A. The text -- at the time I got it, it was the entirety of the English language text, not the other media. 10:14:56 10:14:58 10:15:01

Q. Understood. The other media, would be, for example, images or perhaps sound files that may be included in the articles, correct? 10:15:04 10:15:09 10:15:12 10:15:15

A. Correct. 10:15:15

Q. How much data was the text associated with the English language in Wikipedia, if you recall? 10:15:16 10:15:18 10:15:22

A. I don't recall. It was also probably on the order of gigabytes. 10:15:22 10:15:25

Q. Okay. And then so we just covered three examples, your use of BitTorrent in your work, the Linux distribution to MACTEX, and the Wikipedia download. 10:15:28 10:15:32 10:15:34 10:15:38

Are there any other instances in which you can use BitTorrent to download data 10:15:40 10:15:42

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

in connection with your work that you can recall? 10:15:44 10:15:45

A. I think they were all similar in nature. There's been many instances of different Linux be distributions over the years that have been involved. 10:15:46 10:15:53 10:15:56 10:15:58

Q. Do any of the -- as a professor, do you oversee the work of any students? 10:15:58 10:16:11

A. Yes. Are you referring specifically to Ph.D. students or just in general students? 10:16:15 10:16:19 10:16:22

Q. Well, that's a great clarification. We'll start with Ph.D. students. 10:16:23 10:16:26 10:16:29

A. I supervise Ph.D. students. My seventh -- what's a better way to phrase this. My seventh Ph.D. student to defend just defended his dissertation earlier this week, and I have one other current student and two students that I've just admitted and will be coming in the fall. 10:16:29 10:16:32 10:16:37 10:16:39 10:16:42 10:16:45 10:16:48

Q. Do any of the Ph.D. students that you supervise, are they doing research relating to the BitTorrent protocol that you're aware of? 10:16:48 10:16:51 10:16:54 10:16:56

A. No. 10:16:56

Q. Okay. And do you know if they're using BitTorrent to obtain data in connection with any of the research? 10:16:59 10:17:02 10:17:05

A. I do not -- I'm not aware of any use of BitTorrent for research by my students. 10:17:06 10:17:11

Q. Okay. Do you teach any courses relating to BitTorrent? 10:17:14 10:17:19

A. Yes. 10:17:21

Q. Which ones? 10:17:21

A. So I teach two versions of the computer networking class; one at the undergraduate level and one at the Master's and Ph.D. level. They have -- the names of the courses have changed over time, but the Master's one is called Fundamentals of Computer Networking. The undergraduate one has Networking in the title, but sometimes also has Distributed Systems in the title. 10:17:22 10:17:25 10:17:27 10:17:31 10:17:35 10:17:37 10:17:40 10:17:44 10:17:47

Q. Is BitTorrent covered as an example of a P to P protocol? 10:17:54 10:17:57

A. Yes. 10:17:59

Q. For the record, P to P refers to peer to peer, correct? 10:17:59 10:18:03

A. That's correct. 10:18:04

Q. And BitTorrent is one example of a peer-to-peer protocol, correct? 10:18:04 10:18:07
A. Correct. 10:18:08
Q. Probably the most commonly known, correct? 10:18:10 10:18:12
MR. STEIN: Object as to form. 10:18:18
A. I actually don't know. You'd be surprised the kids these days what they do and don't know about -- I'll leave it there. 10:18:18 10:18:20 10:18:23
Q. In your report, sir, you referenced that you reviewed an expert report of a gentleman named Dr. Jonathan Krein, K-r-e-i-n. That's actually on the last page of your materials considered, Appendix B. 10:18:24 10:18:50 10:18:53 10:18:59 10:19:04
A. Mm-hmm. 10:19:11
Q. It's the very last page of your report, Exhibit 1. 10:19:12 10:19:13
A. Yes. I see it there. 10:19:14
Q. In connection with your work in this case, did you speak with Dr. Krein? 10:19:16 10:19:19
A. I did not. 10:19:21
Q. Have you ever spoken to Dr. Krein even outside the context of this case? 10:19:21 10:19:29
A. No. I had not heard of him before the case. 10:19:31 10:19:33

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

Q. Okay. Now, there are other experts that have been retained in this case on the Plaintiffs' side. I just want to go through them and confirm whether or not you've had any interaction with them. 10:19:33 10:19:34 10:19:37 10:19:39 10:19:41
Cristina Lopes, L-o-p-e-s, have you had any interaction with her? 10:19:43 10:19:46
A. No. 10:19:47
Q. Or Dr. Bender, B-e-n-d-e-r? 10:19:47
A. I don't know Dr. Bender. 10:19:51
Q. And Dr. Spulber, S-p-u-l-b-e-r? He's an economist from Northwestern. 10:19:52 10:20:00
A. No. 10:20:05
Q. So, to your knowledge, you haven't spoken to or interacted with any of the other experts that may have been retained in this case, correct? 10:20:05 10:20:07 10:20:09 10:20:10
A. Correct. 10:20:11
Q. Okay. Dr. Choffnes, the expert report marked as Exhibit 1 is dated February 26, 2025. Can you recall when you started working on that report? 10:20:11 10:20:51 10:20:53 10:20:56
A. I don't have that date off the top of my head. 10:20:56 10:21:01
Q. One of the documents you 10:21:02

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

referenced having reviewed is the rebuttal expert report of Barbara Frederiksen-Cross dated February 10, 2025. This is obviously a rebuttal report to that report, correct? 10:21:10 10:21:13 10:21:15 10:21:19

A. Correct. 10:21:21

Q. But was the work on this report started before or after you saw Ms. Frederiksen-Cross's February 10th report? 10:21:21 10:21:26 10:21:31

A. I believe it was after. 10:21:33

Q. Can you describe for me, in a real high level sense, the process of putting together the expert report you have marked as Exhibit 1? 10:21:41 10:21:43 10:21:45 10:21:47

A. The process was identifying the claims in Ms. Frederiksen-Cross's reports that I found needed responding to, and then writing up the responses to those things. 10:21:57 10:21:58 10:22:04 10:22:13

Q. Other than counsel, did you work with anyone -- 10:22:20 10:22:21

A. No. 10:22:23

Q. -- in terms of getting assistance? 10:22:23

A. Just me. 10:22:25

Q. So none of your students helped you? 10:22:26 10:22:28

A. Correct. 10:22:28

Q. Dr. Choffnes, if you could refer to Paragraph 8 of your rebuttal report, marked as Exhibit 1? 10:22:28 10:23:16 10:23:18

A. Okay. 10:23:19

Q. You recall reviewing Ms. Frederiksen-Cross's opinions relating to the network configuration used for the AWS instances that were used for the downloads, correct? 10:23:20 10:23:22 10:23:23 10:23:29 10:23:32

A. Correct. 10:23:32

Q. Let me just make sure I get some terminology out. AWS, what does that refer to? 10:23:32 10:23:35

A. Amazon Web Services. 10:23:38

Q. And what web services do they provide that are relevant to your opinions? 10:23:40 10:23:43

A. They provide the ability to set up virtual machines. Virtual machines are like computers that you might physically set up. Like you buy a computer and it runs an operating system. In this case they're virtual in the sense that it's a software representation of a computer, which in turn runs on a computer. 10:23:44 10:23:52 10:23:56 10:23:58 10:24:00 10:24:03 10:24:05 10:24:07

So it's a way that Amazon makes computing resources available to their 10:24:09 10:24:11

customers. 10:24:16

In the context of AWS for this matter, we're looking at what we call EC2 instances, elastic computes cloud, I think. I can't remember what the two Cs are. But the service that Amazon provides where customers can set up virtual machines, they get access to virtual machines and get to run whatever software they want on those machines. 10:24:17 10:24:19 10:24:20 10:24:25 10:24:28 10:24:30 10:24:34 10:24:36

Q. The term "EC2 instances," that's the code name for these virtual machines we're talking about, right? 10:24:40 10:24:45 10:24:49

A. Correct. I will sometimes also just say "instance." That's just the term of art for a virtual machine that's been instantiated and is running. 10:24:49 10:24:52 10:24:55 10:24:59

Q. Understood. And then you recall that there were certain instances that were associated with the torrent downloads by Meta in 2024, correct? 10:25:01 10:25:02 10:25:07 10:25:11

A. Correct. 10:25:12

Q. Okay. And Ms. Frederiksen-Cross provided certain opinions regarding how those network configurations were set up, correct? 10:25:12 10:25:17 10:25:20

A. Correct. 10:25:24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

Q. And one of the things she said was that the instances were set up to block any connections that were not initiated by Meta. 10:25:24 10:25:26 10:25:32

Do you recall that? 10:25:35

A. Correct, yes. 10:25:36

Q. Now, I know there's opinions in your report about what you think that was and wasn't effective, but let me just go through some basic facts. 10:25:37 10:25:40 10:25:42 10:25:45

You're not disputing that the AWS instances that were used to download the data sets in 2024 did, in fact, block any inbound connections that were not initiated by Meta, correct? 10:25:46 10:25:49 10:25:52 10:25:57 10:26:00

MR. STEIN: Object as to form. 10:26:00

A. I don't think that I agreed to that, because there may be other ways that connections could have been made by BitTorrent. This was the hole punching that I was referring to. 10:26:02 10:26:04 10:26:08 10:26:11 10:26:13

I would need to go into a whole lot more detail, I guess, to explain what I'm talking about. I'll stop there, just to offer you an opportunity to see what you want me to talk about next. 10:26:16 10:26:18 10:26:20 10:26:24 10:26:26

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Q. Okay. Well, you talk about this technique called hole punching, correct? 10:26:26 10:26:34
A. Correct. 10:26:39
Q. So first let me get out the couple of other facts. You saw in Ms. Frederiksen-Cross's report that there was a terraform or .TF file that was used to specify the configuration of the EC2 instances, correct? 10:26:40 10:26:42 10:26:45 10:26:50 10:26:53 10:26:56
A. Correct. 10:26:56
Q. And in your experience, what is a terraform file? 10:26:56 10:27:03
A. So it is a file that specifies, among other things, a network configuration, and in this case, had rules that Amazon's network infrastructure would enforce regarding what connections were allowed versus which ones would be locked by default. 10:27:05 10:27:13 10:27:16 10:27:22 10:27:26 10:27:30
Q. And did you review that terraform file in connection with your work in this case? 10:27:30 10:27:32
A. I did. 10:27:33
Q. What were the rules that were established by the terraform file? 10:27:33 10:27:36
A. Off the top of my head, they allowed incoming connections for SSH, which is 10:27:38 10:27:43

from Meta IP addresses. This allowed Meta employees to log in and then launch software, including the torrenting software. 10:27:46 10:27:49 10:27:53

There, I believe, was a rule that allowed EC2 instances to communicate with each other, and then believe there was sort of this default rule, which is, I think, what we were just discussing before, that unsolicited inbound connections would not be allowed outside of those cases I just mentioned. 10:27:56 10:28:01 10:28:04 10:28:11 10:28:14 10:28:17 10:28:19

Q. Outside the cases of either Meta or other EC2 instances, correct? 10:28:27 10:28:29

A. Or other Amazon destinations, I assume as well, because I know S3 was involved. But, yes, at a high level, communication within the Amazon infrastructure was allowed to a certain degree. SSH was only allowed only for Meta IPs for inbound connections. 10:28:31 10:28:33 10:28:37 10:28:40 10:28:44 10:28:46

Q. The Amazon infrastructure to which communication was allowed, that would be Amazon infrastructure that was controlled by Meta, correct? 10:28:48 10:28:53 10:28:57 10:28:58

A. As far as I know, yes. That's an area where I'm not as much of an expert in terms of like how the Amazon -- the details of 10:28:58 10:29:10 10:29:13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

Meta's Amazon infrastructure and how they connected to each other. 10:29:14 10:29:16

Q. In terms of the Amazon infrastructure to which communication would have been allowed with these instances, is there any reason to doubt that those other infrastructure would have been controlled by Meta? 10:29:17 10:29:19 10:29:20 10:29:22 10:29:26 10:29:29

MR. STEIN: Object as to form. 10:29:29

A. It seems likely. 10:29:30

Q. Okay. And then we talked earlier or you had mentioned in your report about hole punching. 10:29:34 10:29:40 10:29:43

A. Mm-hmm. 10:29:44

Q. Now, hole punching is a technique in which a peer can initiate a connection with another peer, and therefore, exchange communications with them, correct? 10:29:45 10:29:48 10:29:51 10:29:55

A. That's not how I would phrase it. 10:29:56

Q. Okay. If I mess it up, you're more than free to correct me. 10:30:00 10:30:04

A. Okay. I didn't want to be too forward on that. 10:30:05 10:30:09

So the way hole punching works is when there's a firewall, which is the thing 10:30:09 10:30:14

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

that blocks connections, when there's a firewall between two peers, the way to get around it is that each peer initiates a connection towards the other that will fail, because they are -- they're unsolicited inbound connections. 10:30:17 10:30:22 10:30:24 10:30:27 10:30:30 10:30:37

But by initiating the connections from both sides, the firewall thinks and doesn't know that the connection failed, so the peers can then try again using the same connection parameters that failed, because now the firewall will allow those connections to go through because of that outbound initiated connection that failed. 10:30:37 10:30:38 10:30:42 10:30:45 10:30:48 10:30:53 10:30:56 10:30:57

Q. Understood, sir. In order for a peer to -- withdrawn. 10:30:59 10:31:06

So in order for another peer to communicate with Meta's instances during the torrent process, Meta would have had to have initiated a connection with that peer, correct? 10:31:09 10:31:12 10:31:16 10:31:20

MR. STEIN: Object as to form. 10:31:22

A. Sorry, would you mind repeating the question? I just lost you midway there. 10:31:23 10:31:29

Q. Absolutely. So you're aware that during the torrent process Meta used certain 10:31:32 10:31:34

Amazon instances in order to perform the download process, correct? 10:31:37 10:31:39

A. Yes. 10:31:42

Q. And those instances use the default configuration of blocking unsolicited inbound connections, correct? 10:31:42 10:31:44 10:31:48

A. Correct. 10:31:50

Q. So in order for another peer to have downloaded from Meta, Meta would have had to have initiated a connection with that peer prior to that point in time, correct? 10:31:50 10:31:55 10:31:58 10:32:01

A. Either initiated one successfully or unsuccessfully in the case of hole punching, yes. 10:32:02 10:32:08 10:32:10

Q. But even in the hole punching example, there's still going to be a connection request from Meta to that peer in order to open up that connection, correct? 10:32:10 10:32:15 10:32:17 10:32:19

A. Correct. 10:32:19

Q. If Meta didn't initiate a connection with that peer, would that peer be able to download from Meta? 10:32:20 10:32:22 10:32:27

A. No, I don't believe it would be able to. 10:32:29 10:32:33

Q. Okay. Dr. Choffnes, we have been 10:32:33

going about an hour. I think this is probably a good time to take our first break of the day. 10:32:39 10:32:40

I just want to make sure you understand that this is not an endurance contest. So if during the deposition you need to take a break, you're entitled to ask for one. The only caveat, we typically don't take a break during the pendency of the question. 10:32:43 10:32:44 10:32:47 10:32:49 10:32:51 10:32:53

Does that make sense? 10:32:55

A. Understood. Appreciate it. 10:32:57

MR. WEINSTEIN: Is that okay with you, Mr. Stein, we'll take a break now? 10:33:00 10:33:01

MR. STEIN: Yes. Thank you, Mark. 10:33:05

THE VIDEOGRAPHER: We are now off the record. The time is 10:32 a.m. 10:33:08 10:33:10

(Recess taken at 10:32 a.m. and reconvening at 10:45 a.m.) 10:33:28 10:33:41

THE VIDEOGRAPHER: We are now back on the record. The time is 10:45. 10:45:09 10:45:14

BY MR. WEINSTEIN: 10:45:17

Q. Welcome back, Dr. Choffnes. 10:45:17

A. Thank you. 10:45:20

Q. Before the break, we were talking about some of your opinions relating to the hole-punching technique in BitTorrent. 10:45:21 10:45:23 10:45:26

MR. WEINSTEIN: I'd like to introduce as the next exhibit in order, Exhibit 2, a copy of a document cited in your report referred to as BEP_0055. It's referenced in footnote 4 of your report on the end of Paragraph 11. Let me know when you have that exhibit in front of you. 10:45:31 10:45:32 10:45:34 10:45:35 10:45:42 10:45:45 10:45:53 10:45:54

(Document marked as Exhibit 2 for identification) 10:45:55 10:46:28

A. I have it in front of me now. 10:46:28

Q. Okay. Thank you. So, Dr. Choffnes, the court reporter has handed you Exhibit 2. Do you recognize this as a copy of the BEP 55 document that's cited in your report? 10:46:30 10:46:32 10:46:34 10:46:39 10:46:41

A. Yes. 10:46:41

MR. STEIN: Objection to the extent that this is printed on March 27, 2025 at 4:12 p.m. So to that extent, if there are any differences, it cannot be the exact copy or we can't know for sure it's the exact copy he cited. 10:46:42 10:46:43 10:46:51 10:46:55 10:46:57 10:47:04

Q. Dr. Choffnes, do you see Exhibit 2, the top line says "BEP: 55"? 10:47:05 10:47:08

A. I do. 10:47:12
Q. And the fourth line down says "Last-Modified." What's the date reflected as the last date modified of this file? 10:47:13
A. February 28, 2019. 10:47:24
Q. Do you have any reason to believe that this isn't the same version of the document that was cited in your report, which was from February 26, 2025? 10:47:26
A. Not as I sit here, no. 10:47:35
Q. Okay. You refer to this in your report as the BEP 55 standard? 10:47:37
A. Yes. 10:48:10
Q. What it refers to in this document, "Standards Track." Just to be clear, what do you mean by "standard"? 10:48:10
A. In this case, it is a standard way to extend the default BitTorrent protocol to enable new functionality. 10:48:17
Q. Okay. Before your work in this case, have you studied the implementation of the hole-punch extension? 10:48:28
A. I have not -- before this, I did not study this particular hole-punch implementation. 10:48:43

Q. Understood. And then obviously you studied up on it in connection with your report, correct? 10:48:52 10:48:55 10:48:57

A. Yes. I teach hole punching in the networking classes I teach. 10:48:58 10:49:04

Q. Right. So, well, hole punching also is a term used outside the context of BitTorrent, correct? 10:49:06 10:49:10 10:49:12

A. Correct. It's a generic technique. 10:49:12 10:49:15

Q. Right. Do you teach courses on hole punching in connection with the BitTorrent protocol? 10:49:15 10:49:18 10:49:23

A. The course is not about hole punching, but hole punching is covered as part of the course as a way to get around firewall restrictions. 10:49:23 10:49:30 10:49:30 10:49:33

Q. Understood. I guess my question was, does any of your course work cover the BitTorrent hole-punch extension? 10:49:34 10:49:35 10:49:40

A. It does not. 10:49:42

Q. Okay. In this document on Page 2 there's a heading that says "Implementation Notes." 10:49:44 10:49:57 10:50:00

Do you see that? 10:50:01

A. Yes. 10:50:01
Q. It says in this document, "If the target peer does not wish to connect to the initiating peer, it SHOULD ignore the connect message silently, and MUST NOT respond to the relaying peer with an error message." 10:50:01 10:50:03 10:50:05 10:50:08 10:50:12
Do you see that? 10:50:14
A. Yes. 10:50:15
Q. What is the reason that a target peer may not wish to initiate -- withdrawn. 10:50:15 10:50:17
What's the reason a target peer may not wish to connect to an initiating peer? 10:50:20 10:50:22
MR. STEIN: Object as to form. 10:50:25
A. I guess one possibility is that if the BitTorrent peer receiving the message has filled all of its slots for connections, then it would not pursue a hole punch, because it would not be used to connect to the peer that's requesting it. 10:50:27 10:50:35 10:50:40 10:50:46 10:50:48 10:50:53
Q. Understood. Can you think of any other examples in which the target peer would not want to connect to the initiating peer? 10:50:53 10:50:56 10:50:59
A. I'm sorry, just to clarify the question, when you say would not want to or do you mean is not able to? 10:51:02 10:51:06 10:51:09

Q. The implementation is that the target peer does not wish to connect to the initiating peer. 10:51:11 10:51:13 10:51:16

A. Their terminology. I see. 10:51:18

Q. And "it SHOULD" in all caps. I was just using the language from the BEP 55 standard, so I will rephrase the question. 10:51:20 10:51:25 10:51:28

Are there reasons you can think of where the target peer would not wish to connect to the initiating peer? 10:51:30 10:51:31 10:51:35

A. I mean, you know, so the example I gave before, if all of its connections are full, "wish to," I understand, is their terminology, but I don't know off the top of my head what are some of the other reasons. There could be others. 10:51:39 10:51:45 10:51:47 10:51:53 10:51:59 10:52:01

Q. Okay. Can a target peer simply decide it doesn't want to respond to the hole-punch request? 10:52:03 10:52:06 10:52:10

A. A BitTorrent client implementation could decide to take that action. It's just it seems like the language of this standard, they're opening that opportunity, but they are not specifying the conditions under which it would happen. 10:52:12 10:52:15 10:52:18 10:52:20 10:52:23 10:52:26

Q. And are you aware of any conditions under which that would happen? 10:52:27 10:52:30

A. As I just said, if the BitTorrent client had filled all of its connection slots, I imagine that it would not respond. Even then, it still might, depending on the implementation. 10:52:33 10:52:37 10:52:42 10:52:45 10:52:47

For an example, as we talked about before, peers come and go, and so it might want to have sort of some backup connections that are available for future use. 10:52:49 10:52:51 10:52:55 10:52:58

Q. Just so we're clear, other than the situation where all the connection slots were filled, are there any other situations you can think of where the target peer may wish to not connect to the initiating peer? 10:53:00 10:53:29 10:53:30 10:53:33 10:53:36

A. Off the top of my head, I don't know for certain what those conditions would be. I could imagine that there are other ones, but sort of figuring out what they all are is sort of beyond the scope of my work so far. 10:53:40 10:53:46 10:53:49 10:53:52 10:53:54

Q. Understood. Did you run any experiments in connection with your work to determine whether or not the network configuration employed by Meta would affect the 10:53:56 10:54:22 10:54:24 10:54:27

hole punching in BitTorrent? 10:54:34

A. I ran experiments to tell whether BitTorrent would be able to upload while downloading. I did not specifically look at hole punching itself. 10:54:37 10:54:48 10:54:52 10:54:56

Q. And so did you run any experiments to determine the impact, if any, of Meta's network configuration on the ability of Meta instances to upload to other peers? 10:54:57 10:55:08 10:55:11 10:55:19

MR. STEIN: Object as to form. 10:55:20

A. So the experiments that I did run showed that BitTorrent clients running on AWS instances with nearly identical configuration as to the ones that Meta used were freely able to upload to peers that they connected to, and there was significant amount of uploading behavior while downloading, regardless of hole punching. 10:55:22 10:55:26 10:55:30 10:55:35 10:55:38 10:55:42 10:55:44 10:55:48

Q. Were you able to determine whether or not the presence of the network configuration had an impact on the amount of uploading? 10:55:55 10:55:56 10:55:57 10:55:59

A. Compared to what? 10:56:00

Q. If the network configuration did not block unsolicited inbound connections. 10:56:09 10:56:13

A. No, I did not look at that particular configuration. 10:56:21 10:56:22
Q. Now, the experiment you just mentioned, when was that run? 10:56:24 10:56:38
A. After this report. After my report was filed. 10:56:40 10:56:41
Q. Okay. So that experiment was not discussed in your report, so far as you know? 10:56:42 10:56:45
A. Correct. 10:56:47
Q. Now, if we could turn to Paragraph 14 of your report. 10:56:47 10:57:07
A. I have it in front of me. 10:57:14
Q. You cite some documents involving Meta employees, correct? 10:57:15 10:57:22
A. Correct. 10:57:23
Q. And just so we're clear, you haven't interviewed any of those Meta employees, correct? 10:57:24 10:57:30 10:57:32
A. Correct. 10:57:32
Q. And at the time you had reviewed -- withdrawn. 10:57:32 10:57:38
At the time you did this report, the only deposition transcript you had reviewed was that of Mr. Mike Clark, correct? 10:57:39 10:57:43 10:57:48
A. That's correct. 10:57:52

Q. And Mike Clark, do you have any evidence that he was actually involved in the torrent download process himself? 10:57:53 10:57:57 10:57:59

MR. STEIN: Object as to form. 10:58:02

A. I don't recall I have any evidence that he was involved in it. 10:58:03 10:58:06

Q. Okay. Now, just so I'm clear, are you providing testimony about the state of mind of Meta employees? 10:58:07 10:58:13 10:58:16

MR. STEIN: Object as to form. 10:58:19

MR. WEINSTEIN: Withdrawn. 10:58:21

Q. Are you providing expert opinions regarding the state of mind of Meta employees? 10:58:21 10:58:23

A. I'm interpreting their statements that were provided to me. 10:58:26 10:58:31

Q. But are your opinions in this matter independent of what the Meta employees said? 10:58:32 10:58:43 10:58:49

MR. STEIN: Object as to form. 10:58:49

A. Are my opinions in this matter independent of what they said? Do you mean specifically for Paragraph 14 or are you talking in general? 10:58:49 10:58:52 10:58:53 10:58:56

Q. Your technical opinions you provided in this case, do they depend in any 10:58:56 10:58:59

way by statements made by Meta employees? 10:59:04

MR. STEIN: Object as to form. 10:59:05

A. There have been documents that help explain things, like what were the nature of the EC2 instances that were being used, and those come from statements from Meta employees. 10:59:07 10:59:11 10:59:13 10:59:17

So there are situations where I would say that statements from Meta employees are being used in my report and in my findings. 10:59:19 10:59:21 10:59:24

Q. Other than the EC2 instances that are being used, what other statements of Meta employees, if any, are you relying on for your technical opinions in this case? 10:59:28 10:59:32 10:59:37 10:59:39

A. As some other examples, which files were torrented. For instance, which, Libgen, Z-Lib, when they were torrenting them, how long it was taking, how much data they needed for them. And there's other examples, I'm sure, but those are sort of the top ones that come to mind. 10:59:40 10:59:46 10:59:53 10:59:56 11:00:02 11:00:08 11:00:11

Q. The end of Paragraph 14 you make the following statement, which is, "Meta employees seemed to be quite aware that their use of BitTorrent would cause Plaintiffs' works to be reshared by Meta, in contrast to the 11:00:11 11:00:16 11:00:19 11:00:22 11:00:26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

direct download attempts they had previously tried." 11:00:29 11:00:32

I guess my question is, sir, are you relying on that statement for any of your technical opinions you give in this case? 11:00:32 11:00:36 11:00:38

MR. STEIN: Object as to form. 11:00:39

A. I'm just rereading the statement to make sure I speak clearly about it. To the extent that they were discussing how BitTorrent worked and how they were -- yeah, that part is somewhat relevant, and essentially to the question of whether they were using BitTorrent versus direct download, those were important for forming my expert opinion. 11:00:52 11:00:53 11:00:56 11:00:58 11:01:05 11:01:09 11:01:11 11:01:14

Q. In the previous sentence you say, "Such statements indicate knowledge of how BitTorrent shares content while downloading and seeding, and, relatedly, that employees seemed to know this conduct was not appropriate." 11:01:15 11:01:22 11:01:25 11:01:29 11:01:32

So let's focus on the last part of that. You have statements in Paragraph 14 where you say that based on certain statements by Meta employees they may have thought that it was inappropriate. 11:01:35 11:01:36 11:01:37 11:01:39 11:01:42

Do you see that? 11:01:43

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

A. Yes. 11:01:44

Q. My question, sir, is your view on whether or not Meta employees thought it was or wasn't appropriate to use BitTorrent in this context, are you relying on that for any of the technical opinions you're giving in this case? 11:01:44 11:01:48 11:01:49 11:01:52 11:01:55

MR. STEIN: Object as to form. 11:01:56

A. To the extent that -- their opinions of whether it was okay to use BitTorrent and how to configure it as a result were relevant to this, that was important for me to know. I'll leave it there. 11:01:58 11:02:10 11:02:11 11:02:16 11:02:18

Q. Right. Because it's important to know how it was configured, but my question was more specifically focused on whether or not Meta employees entertained doubts as to the propriety of the use of BitTorrent in this context. I'll restart the question, because the technology is not perfect, as we know. 11:02:20 11:02:24 11:02:27 11:02:30 11:02:30 11:02:50 11:02:53

My question was focused on your statements in Figure 14 about whether Meta employees had entertained doubts as to the propriety of using BitTorrent in this context. And my specific question was, that aspect of your interpretation of the Meta statements, are 11:02:54 11:02:59 11:03:02 11:03:04 11:03:07 11:03:11

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

you relying on that for any of the technical opinions you're giving in this case? 11:03:14 11:03:16

A. The part that they seemed to know the conduct was not appropriate is relevant, in my view, only in terms of how they decided to go about downloading it from a technical perspective. 11:03:17 11:03:19 11:03:24 11:03:28 11:03:30

Q. But you know how they went about downloading it from a technical perspective, regardless of whether they thought it was right or wrong, correct? 11:03:31 11:03:34 11:03:38 11:03:40

MR. STEIN: Object as to form. 11:03:41

A. I believe certain decisions were made, in part, based on how they felt about it. They might not have been made if they felt differently about how the protocol -- or the proprietariness of the protocol. 11:03:42 11:03:46 11:03:49 11:03:51 11:03:57

Q. Dr. Choffnes, you mentioned earlier that you reviewed the report of Dr. Krein, correct? 11:03:59 11:04:57 11:04:59

A. Correct. 11:05:00

MR. WEINSTEIN: I would like to introduce as Exhibit 3 a copy of the opening expert report of Dr. Jonathan Krein, dated January 10, 2025. 11:05:06 11:05:06 11:05:08 11:05:10

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

(Document marked as Exhibit 3 for identification) 11:05:19 11:05:57

A. I have it in front of me. 11:05:57

Q. Thank you. So Exhibit 3 is a copy of the Krein report, and if you could confirm that this is the report you reviewed, correct? 11:05:58 11:06:11 11:06:13

A. Yes, to the extent that one can memorize hundreds of pages, this certainly looks like the report. 11:06:14 11:06:17 11:06:20

Q. Understood. And it obviously covered other aspects that were not relating to BitTorrent, so I'll focus on only those aspects that relate to your opinions about BitTorrent. 11:06:21 11:06:23 11:06:26 11:06:28

A. Okay. 11:06:31

Q. If you could turn, sir, to Paragraph 212 of Exhibit 3, which is the Krein opening report. That's on Page 113. 11:06:31 11:06:43 11:06:46

MR. STEIN: I'm noting on the record that there's an end of reporting on Page 87, and that there's an Appendix A, and then we're turning our attention to Page 113, which is Appendix D. 11:07:01 11:07:02 11:07:07 11:07:24 11:07:26

MR. WEINSTEIN: Thank you. That is correct. 11:07:33 11:07:35

A. I have it in front of me. 11:07:36

Q. So this is Appendix D entitled "Description of Torrent Process in 'Fair Use Lib' Folder." 11:07:37 11:07:41 11:07:45

Understanding that this is a longer report, do you recall having reviewed this section of Dr. Krein's report? 11:07:49 11:07:51 11:07:52

A. I'm not sure that I looked at this in detail. I don't remember going through the appendices, but from looking at the content, I'm generally familiar with the kinds of things that are being referred to. 11:07:54 11:08:01 11:08:04 11:08:08 11:08:11

Q. Okay. On the bottom of -- withdrawn. 11:08:12 11:08:17

So you're aware that there were certain source code Python scripts that were produced in this case that were used for torrent downloads, correct? 11:08:18 11:08:20 11:08:24 11:08:27

MR. STEIN: Object as to form. 11:08:28

A. Correct. 11:08:29

Q. And some of those scripts were referred to by Dr. Krein in his report, correct? 11:08:34 11:08:36 11:08:38

A. Correct. 11:08:38

Q. And those scripts do not seem to be a focus of your report; is that correct? 11:08:38 11:08:41

MR. STEIN: Object as to form. 11:08:43

A. I suppose the focus isn't on the scripts themselves, but they were taken into account when understanding the configuration and its implications for the downloading that they did. So I did not cite additional source code material, because that was not necessary, I felt, for my scope of work. 11:08:44 11:08:51 11:08:53 11:08:54 11:08:57 11:08:59 11:09:04

Q. Okay. If you could turn to the bottom of Page 114 of the Krein report? 11:09:05 11:09:09

A. Okay. I'm there. 11:09:22

Q. And then the last sentence on Page 114 and beginning to Page 115 says, "The status of the download is checked every 60 seconds by calling the function i.s_seed. Once the function i.s_seed returns true, the BitTorrent" client "remove_torrent is called. This deletes the shadow library file from local storage, so it is no longer seeded for other peers in the network to download." 11:09:22 11:09:24 11:09:28 11:09:34 11:09:37 11:09:37 11:09:42 11:09:43 11:09:46

Do you see that? 11:09:48

A. I do. 11:09:48

Q. Are you familiar with the process that he's describing in that paragraph? 11:09:49 11:09:50

A. I'm familiar with the process and 11:09:52

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

the code. I'll leave it there. 11:09:54

Q. Do you agree with the statement that I just read from the Krein report? 11:09:59 11:10:01

A. I don't agree that the file is deleted. "Remove_torrent" means that you disconnect from the swarm, as we discussed earlier. It doesn't involve deleting the data. The data in the scripts that I've seen were later on copied somewhere else. 11:10:03 11:10:08 11:10:11 11:10:13 11:10:17 11:10:20

So the way that this is written is ambiguous from my perspective, because it doesn't -- it could be interpreted differently, that the actual payload was removed, when it wasn't. 11:10:22 11:10:24 11:10:28 11:10:31 11:10:35

Q. Okay. I will break it down in pieces. Based on the code that you looked at, do you agree that the status of the torrent download is checked every 60 seconds? 11:10:35 11:10:41 11:10:43 11:10:45

A. Yes. 11:10:48

Q. And it's checked to see if it's complete, correct? 11:10:48 11:10:50

A. Correct. 11:10:51

Q. And once it's complete, the removed torrent function is called, correct? 11:10:51 11:10:58

A. Within 60 seconds of completion, 11:11:00

because it, of course, could have completed any time between -- in that 60 seconds since the previous check. 11:11:04 11:11:06 11:11:09

Q. It could have happened 60 seconds or one second, correct? 11:11:09 11:11:14

A. Correct. 11:11:16

Q. And once the torrent download is complete, the remove_torrent function is called, correct? 11:11:16 11:11:21 11:11:27

A. Sorry, it's after that timer fires, which means the seed function is called, that could take anywhere between zero and 60 seconds from when the torrent actually completed, which is to say the payload was complete, only at that point is remove_torrent is called. 11:11:27 11:11:32 11:11:34 11:11:37 11:11:40 11:11:42 11:11:48

Q. So once the code realizes that the torrent download is complete, the remove_torrent function is called, correct? 11:11:48 11:11:51 11:11:53

A. Yes. 11:11:54

Q. And then the remove_torrent function removes the torrent from the network, correct? 11:11:56 11:11:59 11:12:02

MR. STEIN: Object as to form. 11:12:03

A. My understanding of the 11:12:09

remove_torrent method is that it disconnects from the swarm, which would terminate connections with any peers that it had at that time. 11:12:11 11:12:15 11:12:17 11:12:20

Q. Which would obviously prevent uploaded information to any peers, correct? 11:12:20 11:12:20

A. At that point, yes. 11:12:22

Q. Understood. And that -- withdrawn. 11:12:23 11:12:44

Based on your analysis, that logic was in place in the scripts used to perform the 2024 torrent downloads, correct? 11:12:45 11:12:53 11:12:56

A. Correct. 11:12:59

Q. If we could turn, Dr. Choffnes, just back to your report, Exhibit 1, Paragraph 17. You can put Exhibit 3 to the side now if you'd like. 11:12:59 11:13:33 11:13:39 11:13:43

A. Paragraph 17? 11:13:54

Q. Yes. 11:13:55

A. I have that in front of me. 11:13:56

Q. Earlier we talked about trying to get some terminology on the record to explain some of these basic concepts. 11:13:59 11:14:01 11:14:03

Can you describe for me what "unchoking" refers to in the context of 11:14:05 11:14:11

BitTorrent? 11:14:12

A. Sure. So to set the context, in BitTorrent's multiple peers are connected to each other. From the perspective of two peers connected to each other, unchoking is when one of those peers allows uploading to another peer that is interested in its content. 11:14:14 11:14:16 11:14:18 11:14:21 11:14:25 11:14:35

Q. What is an unchoke slot? 11:14:39

A. So by default in BitTorrent, there's not an unlimited number of connections that are allowed to upload all at once, because that would spread available bandwidth too line, potentially, meaning if everyone is trying to download the same thing -- sorry, upload at the same time from the same peer, that each one might get a trickle. 11:14:49 11:14:51 11:14:54 11:14:59 11:15:02 11:15:05 11:15:06 11:15:09

So instead, BitTorrent puts a limit on the number of peers that can be uploaded to at the same time from any given peer. 11:15:11 11:15:13 11:15:15 11:15:19

So an unchoke slot refers to one of those available connections that can be uploaded to. 11:15:21 11:15:25 11:15:27

Q. Sir, if you could turn to Paragraph 23 of your report. 11:15:28 11:16:32

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

A. I'm there. 11:16:34
Q. Thank you, sir. In connection with your report, you provide certain probabilities that you believe are relevant to whether or not Meta shared a piece in Plaintiffs' work, correct? 11:16:35 11:16:37 11:16:41 11:16:44 11:16:49
A. Correct. 11:16:51
Q. In Table 2, one of the factors you used was the "Hours Leeching," correct? 11:16:51 11:16:54
A. Yes, correct. 11:16:57
Q. By "leeching," we're talking about the period of time when Meta was downloading the torrent, correct? 11:17:02 11:17:03 11:17:06
A. Correct. 11:17:08
Q. Your probabilities, correct me if I'm wrong, do not take into account a period of time, if any, that Meta was seeding, correct? 11:17:08 11:17:13 11:17:16
A. Correct. 11:17:19
Q. Dr. Choffnes, the data sets at issue here, you understand were Internet Archive, Z-Lib and portions of Libgen, correct? 11:17:19 11:18:36 11:18:41
A. By "at issue here," what are you referring? In what context are you referring? 11:18:47 11:18:49
Q. The data sets that you contend there was some probability of uploading by 11:18:52 11:18:54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

Meta. 11:18:57

MR. STEIN: Object as to form. 11:18:57

A. My report relies on the data sets in Dr. Frederiksen-Cross's report, which through recent discovery we know is not the complete set. 11:18:59 11:19:05 11:19:08 11:19:10

Q. Before your work on this case, had you ever done any work with Libgen? 11:19:11 11:19:23

A. I've only barely heard of it before this matter. 11:19:24 11:19:27

Q. The same with Anna's Archive? 11:19:28

A. I had never heard of it before this. 11:19:38 11:19:40

Q. And Z-Lib, the same? 11:19:40

A. Correct. I had not heard of it beforehand. 11:19:43 11:19:45

Q. When you reviewed Ms. Frederiksen-Cross's report of February 10th to which you responded in this report, did you see any materials she provided relating to the list of downloaded files from Internet Archive, Z-Lib and Libgen? 11:19:45 11:20:28 11:20:32 11:20:38 11:20:41 11:20:47

A. I had access to whatever she provided as provided as part of her report. I did not -- as I stated in this paragraph, I did 11:20:50 11:20:55 11:20:58

not analyze -- I did not check her analysis. I relied entirely on her analysis. 11:20:59 11:21:02

Q. Okay. So as far as her analysis of what's in those files and where the Plaintiffs' works are in those files, and what percentage of those works constitute those files, you don't have any reason to doubt anything in her report, correct? 11:21:05 11:21:10 11:21:14 11:21:17 11:21:20 11:21:23

MR. STEIN: Object as to form. 11:21:24

A. I would not put it that way. I would just say that I haven't checked. 11:21:25 11:21:27

Q. Okay. 11:21:28

A. For the purpose of this report, I used her materials. I did not verify them or validate them. 11:21:31 11:21:34 11:21:37

Q. Or for purposes of this report dispute them, correct? 11:21:39 11:21:44

A. I reserve the right to revisit if they become disputed. I did not take the opportunity to dispute them in this report. 11:21:48 11:21:51 11:21:53

Q. Okay. That's fair. Now, you refer to something in the report as a Bernoulli experiment, correct? 11:21:56 11:22:14 11:22:20

A. Correct. 11:22:21

Q. And again, just because the case 11:22:21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

is going to be heard by probably a non-technical audience, can you describe what a Bernoulli experiment is? 11:22:25 11:22:28 11:22:31

A. Sure. Without getting into technical details, the idea is often reduced to, say, a coin toss experiment, and trying to understand what are probabilities of results coming out of that coin-flipping experiment in terms of what is the likelihood of, say, never having it show up heads after this many coin tosses. 11:22:32 11:22:37 11:22:41 11:22:45 11:22:48 11:22:50 11:22:53 11:22:59

It's, of course, more complicated in practice, but the theory behind the Bernoulli experiments is how to come up with a mathematical quantification of the likelihood of certain events happening from a statistical perspective. 11:23:00 11:23:02 11:23:05 11:23:08 11:23:10 11:23:12

Q. In the example of a coin toss, each of those events is independent of the other, correct? 11:23:17 11:23:20 11:23:22

A. Correct. 11:23:22

Q. So if I flip a coin one time or ten times, every single time I flip it, it's going to have a 50/50 chance of heads or tails, correct? 11:23:28 11:23:30 11:23:32 11:23:39

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

A. Correct. 11:23:39

Q. In Paragraph 24 of your report, you say, "To calculate the probability that Meta shared at least one piece of Plaintiffs' works, I focus on a Bernoulli experiment, where the probability of BitTorrent picking a piece of Plaintiffs' works is fixed and statistically independent." 11:23:40 11:23:41 11:23:47 11:23:51 11:23:55 11:23:58 11:24:00

Do you see that? 11:24:01

A. Yes. 11:24:02

Q. What do you mean by "fixed and statistically independent"? 11:24:02 11:24:04

A. So by "fixed," I mean that the probability doesn't change over time. And by "statistically independent," it's the example you just gave, where one coin toss or I think you were about to say roll of the dice is not dependent on the previous one. 11:24:06 11:24:08 11:24:12 11:24:17 11:24:21 11:24:24

These are the conditions required to use the Bernoulli experiment theory. 11:24:26 11:24:27

Q. That was my next question. Why are those conditions required to use the Bernoulli experiment? 11:24:31 11:24:34 11:24:37

A. The math changes and gets a lot more complicated if you don't. 11:24:37 11:24:39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

Q. What's an example of something where the probability is not fixed -- withdrawn. 11:24:41 11:24:47 11:24:51

So to use the Bernoulli experiment, you need both the -- withdrawn. 11:24:51 11:24:54

So the statement in Paragraph 24 says "the probability of BitTorrent picking a piece of Plaintiffs' works is fixed and statistically independent." 11:25:01 11:25:02 11:25:07 11:25:09

Just to clarify, to use the Bernoulli experiment, both of those conditions being fixed and be statistically independent is required, correct? 11:25:10 11:25:12 11:25:14 11:25:18

A. Those are the conditions under which the theory holds, yes. 11:25:18 11:25:20

Q. Okay. Have you ever used a Bernoulli experiment prior to this case to estimate the probability that data was shared using BitTorrent? 11:25:22 11:25:50 11:25:51 11:25:54

A. No. Sorry, that was a no. 11:25:55

Q. Okay. 11:25:59

A. I don't know if you heard me. It just came out quiet. 11:26:00 11:26:01

Q. No problem. Do you know if anyone else in the fields has ever used a Bernoulli 11:26:02 11:26:05

experiment to estimate the probability that data was shared using BitTorrent? 11:26:08 11:26:10

A. I'm not aware of any other situation where that came up in the literature. 11:26:13 11:26:15

Q. Do you know if there were other models that had been used in the past to estimate the probability that data was shared using BitTorrent? 11:26:18 11:26:20 11:26:22 11:26:25

A. I've looked for them. I don't believe that the academy was interested in exploring that problem. So I didn't find anything in the literature to rely on for that particular question. 11:26:26 11:26:29 11:26:32 11:26:35 11:26:37

Q. What do you mean by "academy"? 11:26:40

A. The -- sorry, finish your question. 11:26:43 11:26:46

Q. By "academy," you mean academy in general? 11:26:46 11:26:52

A. Exactly. I couldn't find anything in the scientific literature that took on this question. So as a result, I was unable to rely on, for example, peer-reviewed previous research on that topic. 11:26:52 11:26:55 11:26:56 11:26:59 11:27:01

Q. Understood. Sir, if you could go back to Paragraph 23 of your report, Exhibit 1. 11:27:02 11:28:31

A. Mm-hmm. 11:28:34

Q. In Paragraph 24 you talk about "at least one piece of Plaintiffs' works." Do you recall what the piece size was for the portion of Libgen that was downloaded via torrent in 2024? 11:28:35 11:28:48 11:28:54 11:28:56 11:29:03

A. I do not. I did not engage in the download activity, so I relied entirely on the Frederiksen-Cross report for that kind of data. 11:29:03 11:29:07 11:29:10

Q. But I'm just -- I understand that. Did you just know what the piece size was? 11:29:12 11:29:16

A. No, I don't, off the top of my head. That wasn't something that I focused on in this report. 11:29:18 11:29:20 11:29:22

Q. Okay. Same for Z-Lib and Internet Archive? 11:29:22 11:29:26

A. Correct. I would not be able to tell you what the piece size is for them. 11:29:26 11:29:28

Q. Understood. If we could turn back to Paragraph 21 of your report? 11:29:32 11:29:48

A. I'm there. 11:29:51

Q. One of the assumptions that you made for your analysis in this report was that the download of each torrent takes one hour, correct? 11:29:52 11:29:53 11:29:58 11:30:02

A. Correct. 11:30:03

Q. In connection with your report, what did you use to come up with the one hour per torrent estimate? 11:30:03 11:30:05 11:30:08

A. So the following sentence says, "Given that Meta was known to be torrenting for weeks, this seemed like a conservative estimate." 11:30:11 11:30:14 11:30:17 11:30:20

Q. I understand that. Is that so -- but in terms of like picking one hour, what was the thinking behind that? 11:30:27 11:30:30 11:30:34

A. For instance, it would seem unfair to say that each torrent was being downloaded for weeks, because I don't believe that it took multiple weeks for all of -- each individual -- I didn't believe that each individual torrent file took three weeks. So in other words, the downloading and uploading wasn't active for that long. 11:30:35 11:30:39 11:30:41 11:30:45 11:30:50 11:30:52 11:30:54 11:30:57

These were also large files, so I did not think that they would finish in minutes, small numbers of minutes. So I chose something that was substantial, but also in my view conservative, so that I would reduce the risk of overestimating probabilities. 11:30:58 11:31:01 11:31:02 11:31:04 11:31:06 11:31:10

The underlying issue here is the longer that the torrenting -- the longer the leeching is happening, the more opportunities there are to upload, and that increases the chance that Meta will share at least one of the Plaintiffs' -- piece or a block of one of the Plaintiffs' works. 11:31:14 11:31:17 11:31:20 11:31:22 11:31:23 11:31:25 11:31:29

Q. So based on your experience with BitTorrent, what are the factors that influence the amount of time it takes to download a particular torrent? 11:31:29 11:31:36 11:31:38 11:31:39

A. So of course there's a number of factors. In general, it's the bandwidth available to you for downloading from all of the other peers in the swarm, and that bandwidth may be disputed in a number of different ways, and there may be demands on that bandwidth from multiple other peers. 11:31:40 11:31:45 11:31:48 11:31:50 11:31:54 11:31:56 11:31:58

The bottom line is, it really just depends on how much bandwidth there is for downloading from other peers. It doesn't matter necessarily how long your bandwidth is, as long as -- well, you're ultimately bound by your own bandwidth as well. 11:32:02 11:32:04 11:32:09 11:32:11 11:32:14 11:32:17

In the case of Meta, I believe I 11:32:19

read it was 18 gigabits per second, which is a very fast link. So I don't think it was limited by that or there's a limited extent to which it was limited by that. 11:32:21 11:32:24 11:32:26 11:32:31

Q. You mentioned that there's a number of factors, one obviously is the bandwidth available for downloading. What are other factors, if any? 11:32:32 11:32:51 11:32:53 11:32:56

A. We have to -- so I guess when I said bandwidth available, I mean bandwidth in the sense that peers would send you data, and sending you data means either seeders in the swarm send you data, because, you know, if you're selected by them, that's the only thing they do is upload, or leechers. In that case it means that you are selected among their limited unchoke slots to receive data from them. 11:32:58 11:33:07 11:33:13 11:33:15 11:33:17 11:33:22 11:33:24 11:33:26 11:33:28 11:33:34

Q. Understood. By bandwidth, you weren't just referring to the raw input and output speed of the network connection, correct? 11:33:35 11:33:39 11:33:41 11:33:43

A. Correct. I was sort of wrapping that all together as the bandwidth available to appear from the swarm. 11:33:44 11:33:45 11:33:48

Q. Understood. So the bandwidth available to a peer depends obviously, in part, on the speed of its network connection, correct? 11:33:49 11:33:51 11:33:54 11:33:57

A. Mm-hmm. 11:33:57

Q. And the composition of the swarm, correct? 11:33:57 11:34:00

A. Yes, and the availability of peers in the swarm to be able to upload to them. 11:34:00 11:34:07

Q. And obviously the network bandwidth of the other peers is also relevant, correct? 11:34:11 11:34:21 11:34:25

A. Correct. And that was also -- I was trying to wrap that all into available bandwidth. But these are other factors that come into play to determine what that number is. 11:34:25 11:34:26 11:34:29 11:34:32 11:34:33

Q. If a swarm has only a small number of peers, could that cause a torrent to slow down or even stall out? 11:34:34 11:34:38 11:34:42

A. When you say "slow down," you mean relative to what? 11:34:44 11:34:51

Q. If it had more peers. 11:34:52

A. It really depends on their bandwidth. 11:34:55 11:34:58

Q. All things being equal, having more peers, would that generally increase the bandwidth available to a downloading peer? 11:34:58 11:35:09 11:35:11

A. If they all have the same available bandwidth to provide, and there were more of those peers, then, yes, I would expect that in that situation you would be able to download faster. 11:35:16 11:35:18 11:35:21 11:35:24 11:35:26

There are limits because of the upload slots, though. So it doesn't go on forever. There are points at which you have more peers and you do not necessarily get faster downloads. 11:35:30 11:35:31 11:35:35 11:35:36 11:35:40

Q. You also say in this paragraph that "libtorrent uses eight unchoke slots," correct?

A. Correct.

Q. And you say that "unchoke decisions are re-evaluated by the libtorrent client every 15 seconds."

Do you see that?

A. Yes.

Q. Do those decisions result in peers being -- withdrawn.

First of all, when you're in a

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

torrent or a swarm, is it always the case that all eight unchoke slots are going to be filled?

A. It is not necessarily always the case.

COURT REPORTER: I'm sorry, there's an issue here. Could we go off the record?

THE VIDEOGRAPHER: We are now going off the record. The time is 11:36.

(Luncheon recess taken at 11:36 a.m. and reconvening at 12:22 p.m.) 12:22:54

THE VIDEOGRAPHER: We are now back 12:22:54 on the record. The time is 12:22 p.m. 12:23:22

BY MR. WEINSTEIN: 12:23:27

Q. Welcome back, Dr. Choffnes. 12:23:27

A. Thank you. 12:23:29

Q. Before the break, we were talking 12:23:29 about the assumption in your report with 12:23:33 respect to the amount of time -- 12:23:39

MR. STEIN: I'm sorry, Counsel, my 12:23:40 realtime is not working at all. Do you 12:23:42 mind if we go off the record.

COURT REPORTER: You don't need to go off the record. It'll be two

seconds.

MR. WEINSTEIN: I'm getting what you just said.

MR. STEIN: Thank you. Sorry to interrupt you, Counsel.

MR. WEINSTEIN: That's perfectly okay. Can you do a little test to see if it's working? I see it. 12:24:37

Q. Welcome back, Dr. Choffnes. 12:24:37

A. Thank you. 12:24:46

Q. Before the break, we were talking about one of the assumptions in your report that underlies your probability estimate, which is that each torrent takes one hour to download. 12:24:48 12:24:49 12:24:52 12:24:55 12:24:59

Do you recall that? 12:24:59

A. Yes. 12:25:00

Q. Now, the amount of time that a torrent takes to download, you would agree that it does depend on the size of the torrent payload being downloaded, correct? 12:25:00 12:25:03 12:25:06 12:25:09

A. Yes. 12:25:11

Q. The larger the payload, all things being equal, the more time it would take, correct? 12:25:19 12:25:21 12:25:23

A. Correct. 12:25:23
Q. And the rate at which Meta would be downloading a torrent, could that change over the course of the download of that torrent? 12:25:24 12:25:27 12:25:30 12:25:33
A. Yes. 12:25:33
Q. What are the factors that would influence whether the rate would go up or down during the download of a torrent? 12:25:36 12:25:38 12:25:43
A. It goes back to that item we discussed previously, which is the bandwidth from the swarm that's available to it. 12:25:45 12:25:47 12:25:49
Q. For example, if peers enter or disappear from a swarm which Meta is downloaded into a torrent, could that affect the speed into which Meta's download proceeds? 12:25:50 12:25:56 12:25:59 12:26:02
A. It can affect the speed, yes. 12:26:05
Q. Can you give me an example that you can think of where that might happen? 12:26:06 12:26:08
A. An example where which part might happen? 12:26:10 12:26:14
Q. Where as peers enter or disappear from a swarm, in which Meta is downloaded in a torrent, that could affect the speed of Meta's download? 12:26:14 12:26:16 12:26:20 12:26:23

A. So as an example, I guess if they are connected to a peer that's offering them a lot of download bandwidth, and that peer leaves the swarm or otherwise decides to disconnect from them, then they would download more slowly. 12:26:24 12:26:32 12:26:34 12:26:38 12:26:41 12:26:45

Q. Understood. If other leechers entered the swarm who were newly starting a download, could that also affect the speed at which Meta would have continued its download? 12:26:45 12:26:48 12:26:50 12:26:52

A. By newly entering, you mean that they do not have any pieces to share? 12:26:56 12:26:59

Q. Correct. 12:27:01

A. So if new peers come in, and those peers who come in have no pieces to upload to Meta, then it should not affect Meta's ability to download or the rate at which it would download. 12:27:02 12:27:06 12:27:08 12:27:11 12:27:14

Q. Wouldn't those peers be competing with the seeders for the download? 12:27:14 12:27:18

MR. STEIN: Object to form. 12:27:20

A. So the question is how much available bandwidth there is in the swarm for those new peers and whether that changes the amount of bandwidth that any other peer is able 12:27:21 12:27:27 12:27:30 12:27:31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

to get from that swarm. 12:27:35

So new demands on the swarm does not necessarily take away from others. It really depends on the dynamics of that swarm. 12:27:37 12:27:40 12:27:43

Q. Can it take away from the others? 12:27:46

A. It's possible. 12:27:48

Q. What circumstances would lead to that, that you can recall? 12:27:50 12:27:55

A. So for a newly entered peer, who is relying on optimistic unchoking to download data, that downloading would have to come from an optimistic unchoke slot that had otherwise been allocated to the peer that was previously downloading before they entered and not replaced by a different peer that that peer was also connected to. 12:27:57 12:28:04 12:28:08 12:28:12 12:28:17 12:28:21 12:28:24 12:28:27

The thing to keep -- I'm not trying to be evasive. The reason is that peers maintain more connections than they can use at once. So when one connection becomes unavailable, they start using another one. And so it's unclear at any point in time whether the removal of one of those connections is going to impact their download speed in either a positive or negative way, because we don't 12:28:29 12:28:31 12:28:35 12:28:39 12:28:41 12:28:43 12:28:46 12:28:49 12:28:55

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

know what they switched to afterward. 12:28:58

Q. Understood. If seeds were removed from the swarm, could that affect the speed at which Meta could have continued the download of the torrent? 12:29:00 12:29:03 12:29:06 12:29:10

A. If the -- it really -- in that case, it depends on whether the seeds have data that Meta wanted, and the peers did not have that data. And also that Meta had no other data that it wanted to get from those peers. 12:29:10 12:29:15 12:29:18 12:29:23 12:29:26

So it was relying at that point in the download entirely on a seeder. 12:29:29 12:29:31

Q. Understood. Any other circumstances that you can think of in which the removal of a seeder from the swarm could have affected the rate at which Meta could have continued the download of the torrent? 12:29:33 12:29:40 12:29:42 12:29:45 12:29:48

MR. STEIN: Object as to form. 12:29:49

A. It's not something that I've thought about too carefully, but I think I was speaking in a reasonably general way in terms of how that might happen. 12:29:50 12:29:53 12:29:56 12:29:58

Q. Understood. Would you agree that the amount of time that it took Meta to download a particular torrent would likely have 12:30:00 12:30:03 12:30:06

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

varied on a torrent-by-torrent basis? 12:30:10

MR. STEIN: Object as to form. 12:30:14

A. I think it's safe to say that not every torrent takes exactly the same amount of time to download. But I think if certain evidence were available, we would, say, be able to calculate an average amount of time. 12:30:15 12:30:17 12:30:20 12:30:26 12:30:28

Q. I'm just talking about based on your experience as an expert with the BitTorrent protocol, you understand that the rate at which torrents are downloaded can vary from torrent to torrent, correct? 12:30:30 12:30:33 12:30:35 12:30:39 12:30:45

A. Sure. 12:30:50

Q. Based on, for example, the size of the torrent, correct? 12:30:51 12:30:53

A. That is a factor, yes. 12:30:54

Q. As well as the composition of the swarm as we discussed? 12:30:56 12:30:58

A. And the bandwidth that is available to them and the capacity for downloading from the peer that is trying to download. 12:30:59 12:31:01 12:31:03 12:31:07

Q. Okay. So what I just talked about was sort of of like from torrent to torrent, we talked about within an individual torrent, for 12:31:07 12:31:10 12:31:15

example. Would you agree that in a download of a particular torrent, the speed at which Meta would have been downloading could have varied during that download process? 12:31:17 12:31:19 12:31:23 12:31:27

A. Yes, in general. The download speed is not constant. 12:31:28 12:31:31

Q. Okay. And maybe it's the same factors as before, but what are the factors that would influence the rate at which Meta at any particular time is able to complete a download of a particular torrent? 12:31:32 12:31:35 12:31:37 12:31:42 12:31:44

A. It's going to depend ultimately bounded by the capacity of the network link that's available. I guess it's worth adding since we're talking about multiple torrents being downloaded in parallel at large scale, that you have to kind of divide that bandwidth among all of the different torrents that are being downloaded at the same time on the same machine. So that's going to reduce their total download bandwidth. 12:31:47 12:31:49 12:31:51 12:31:55 12:31:57 12:32:00 12:32:02 12:32:04 12:32:06 12:32:08

But whatever their fair share of that is, whatever they get access to, that's the ultimate limit. 12:32:11 12:32:12 12:32:14

And then within that capacity, it 12:32:18

depends on the bandwidth available from all of 12:32:19
the other peers in the swarm for each torrent. 12:32:22
Essentially, the bandwidth that other peers are 12:32:26
willing to give the BitTorrent client, the 12:32:29
peer. Sorry, I could just say peer to keep it 12:32:37
consistent. 12:32:45

Q. In Paragraph 21 of your report, 12:32:45
which is marked as Exhibit 1, you talk about 12:33:04
unchoke slots. 12:33:07

A. Mm-hmm. 12:33:08

Q. There being eight unchoke slots. 12:33:08
We talked earlier before the break about 12:33:11
whether it was possible during the download of 12:33:14
a torrent that not all eight unchoke slots 12:33:16
would be filled by a BitTorrent client. 12:33:19

That's true, correct? 12:33:22

A. Correct. 12:33:24

Q. What are the reasons why all eight 12:33:25
unchoke slots may not be filled in a particular 12:33:27
swarm? 12:33:37

A. That would happen if there wasn't 12:33:37
demand for uploading from that peer. So, for 12:33:44
instance, not enough connections that were 12:33:46
trying to upload from that peer. 12:33:49

Q. Now, what's the example of in the 12:33:51

real world when you would imagine that could take place? 12:33:54 12:33:56

A. I'd imagine if you there was -- if joined a swarm and there were only seeders, there would be no uploading. No one would have any demand for those unchoke slots. 12:33:57 12:34:04 12:34:07 12:34:11

Q. What if there were only a small amount of leechers, is that another example of which all eight unchoke slots may not be filled? 12:34:13 12:34:15 12:34:17 12:34:20

A. I think that's possible. I'm not sure as I sit here whether there's something in the client that would give those extra unchoke slots to those peers or if each one would still just get the one. 12:34:20 12:34:21 12:34:23 12:34:25 12:34:28

But for argument sake, we could say one assumption might be that the client would -- say if there were only three peers, it might only use three unchoke slots. 12:34:30 12:34:32 12:34:35 12:34:39

I did not check the libtorrent implementation to see if that's what they do. 12:34:41 12:34:44

Q. Understood. And then if another peer is in a particular client's unchoke slot, does that necessarily mean that the client is uploading data to that peer? 12:34:47 12:34:50 12:34:53 12:34:55

A. It does not. As I mentioned later in that paragraph, there needs to be mutual interest. And so, that's with one of the conditions under which you would see the unchoking is where each peer is interested in something the other one has so that they exchange data with each other. 12:34:57 12:35:03 12:35:06 12:35:14 12:35:16 12:35:19 12:35:21

Q. That's a great segue to the next question. Later in Paragraph 21, you assume there is a 50 percent chance that the peer connected to Meta's client has a piece that Meta wants, correct? 12:35:23 12:35:39 12:35:42 12:35:51 12:35:52

A. Yes. As I explain, this is sort of -- because this is a statistical model that's supposed to represent many different peers over time and in different changes in their downloads, I picked the value that was in the middle between zero and 100 percent, with the assumption that some of them are going to be closer to zero, some of them are going to be closer to 100 percent, and 50 percent is one way to capture the middle of that. 12:35:54 12:35:55 12:36:00 12:36:03 12:36:05 12:36:07 12:36:10 12:36:12 12:36:14 12:36:17

Q. Understood. So under your model, during the download process, you're assuming a constant 50 percent probability that Meta has a 12:36:19 12:36:23 12:36:28

piece that another peer wants during the entire download, correct? 12:36:33 12:36:36

A. Not exactly how I would phrase it. 12:36:37

Q. You can correct me. 12:36:40

A. So for each peer, at each interval that an unchoke decision is made, I'm assuming for Meta there's a 50 percent chance at that moment that it has a piece that that peer wants, and a 50 percent chance that that peer has a piece that Meta wants. 12:36:45 12:36:49 12:36:53 12:36:56 12:36:59 12:37:02

This decision is evaluated independent -- in this model, this decision is evaluated independently by each pair of peers with Meta always being one, and then a different peer being the other in each of those eight unchoke slots. 12:37:04 12:37:07 12:37:09 12:37:11 12:37:13 12:37:18

Q. So in order for the model to work, when you start the download and Meta has zero pieces at this point, the model still assumes that Meta -- it's a 50 percent chance that Meta has a piece that another peer wants, correct? 12:37:19 12:37:23 12:37:28 12:37:30 12:37:36

MR. STEIN: Object as to form. 12:37:37

A. That's not exactly how the model works, because it doesn't simulate time. It is equally representing the cases where Meta 12:37:38 12:37:41 12:37:45

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

starts at zero and right before where it has 100 percent and starts seeding. 12:37:46 12:37:49

Q. And the 50 percent statistic, what was the -- beyond it just being halfway between zero and 100, what was the process by which you came up with the 50 percent on -- which I guess is applying to both of the peers in this situation? 12:37:51 12:38:00 12:38:03 12:38:07 12:38:11 12:38:13

A. It's the same reasoning for both. I am not trying to assume much about where in the download process any given peer is, and so I know that the range of values could be between zero and 100 percent, and so I chose 50 percent as a middle ground to represent the average case between those extremes. 12:38:13 12:38:17 12:38:20 12:38:25 12:38:27 12:38:31 12:38:34

Q. What's an example in practical sense of where you would suspect that the percentage that another peer wants a piece that Meta has is 50 percent -- I messed that up. I apologize. 12:38:36 12:38:44 12:38:51 12:38:56 12:39:01

Can you give me an example of where the likelihood of a peer wanting a piece that Meta has is not 50 percent and they are in one of the unchoke slots? 12:39:02 12:39:03 12:39:10 12:39:14

MR. STEIN: Object as to form. 12:39:15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

A. Well, again, the model doesn't look at individual cases like that. The model is trying to do averages across cases. 12:39:16 12:39:20 12:39:22

But if you're switching now from the model to an individual case, then the probability of 50 percent -- sorry, are you asking when would be less than 50 percent? So that would be when -- now we're in the probability space. Now it's the actual percent. 12:39:24 12:39:26 12:39:30 12:39:33 12:39:37 12:39:41 12:39:44

So sorry, I just sort of need to go back on my answer to say when we're talking about individual cases, we're not talking about probabilities anymore. Either there is mutual interest or there isn't. 12:39:45 12:39:49 12:39:53 12:39:55 12:40:00

Q. And the unchoke slots and the mutual interest analysis that you provide, that would only applied to other leechers, correct? 12:40:02 12:40:37 12:40:40

A. Correct. Unchoke slots are not for seeders, because seeders aren't downloading from a peer. 12:40:42 12:40:48 12:40:51

Q. Because they already have a complete torrent payload, correct? 12:40:52 12:40:53

A. Correct. 12:40:55

MR. WEINSTEIN: I'd like to mark 12:41:26

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

the next exhibit in order a three-page document that is, I will represent, is an excerpt of the files that were provided with the Frederiksen-Cross report dated February 10, 2025. Let me know when you have that. 12:41:27 12:41:30 12:41:31 12:41:33 12:41:36 12:41:39

(Document marked as Exhibit 4 for identification) 12:41:40 12:42:09

MR. STEIN: While this is being marked, I'd just like to object to the extent that we don't know exactly what has been included or excluded from this, although I trust that it is an excerpt from the report. We also can't verify that without the report in front of us either. 12:42:09 12:42:10 12:42:12 12:42:14 12:42:20 12:42:23 12:42:26 12:42:28

MR. WEINSTEIN: I appreciate the objection. I'll represent that this exhibit is a three-page document. Each page is simply the first excerpt of the file that's provided. 12:42:30 12:42:31 12:42:33 12:42:36 12:42:39

The first one is from Internet Archive; the second one is from the Libgen portion; and the third one is from Z-Lib. And I believe it's the very 12:42:41 12:42:43 12:42:45 12:42:47

first files in the list. But your objection is noted for the record. 12:42:51 12:42:57

Q. I guess the question I have for the witness is, do you recognize these as the type of data that was provided with the Frederiksen-Cross report? 12:42:59 12:43:01 12:43:02 12:43:07

A. I did not spend any time looking at the files, file paths, names or anything like that in her report. 12:43:11 12:43:14 12:43:17

Q. Okay. That's fair. That's kind of all I wanted to ask. 12:43:19 12:43:21

Looking at this first one, do you recognize this as, you know, as sort of an expert who uses Linux, you recognize this as a file listing, correct? 12:43:35 12:43:36 12:43:37 12:43:42

A. This does look like a file listing, yes. 12:43:43 12:43:45

Q. And includes the date, size, and then a path name, correct? 12:43:46 12:43:47

A. It's a date, although I don't know which date. And, yes, a file size, I don't know if that's in bytes or not. And then, yes, it does look like a path to a file name. 12:43:48 12:43:53 12:43:55 12:43:57

Q. Okay. 12:44:00

A. Again, I don't know the provenance 12:44:03

of this document, so it's hard for me to verify any of this. 12:44:06 12:44:09

Q. Right. Because you didn't spend time looking at the file that was provided with the report, correct? 12:44:14 12:44:16 12:44:18

A. That, and I don't know how they were generated. We can still proceed. I just wanted to put it on the record that I'm just looking at some text that includes what looks like a date, and then there's a number that I believe for purposes of this discussion we'll say is a file size, and then it's a path to a file. 12:44:19 12:44:20 12:44:26 12:44:28 12:44:31 12:44:33 12:44:38 12:44:40

That's what I think this contains, but I don't actually have enough context to know how it was generated or under what conditions, and so forth. And this applies obviously to all three pages. 12:44:42 12:44:44 12:44:47 12:44:52 12:44:56

Q. Understood. I assumed as such. 12:44:58

A. Okay. It's a lot of text. I was just trying to take another quick look, but I'm ready for your next question whenever you're ready. 12:45:05 12:45:07 12:45:10 12:45:11

Q. You can put this document to the side for now. If you could go to Paragraph 24 12:45:37 12:45:39

of your report, which is marked as Exhibit 1. 12:46:05

A. Okay. 12:46:08

Q. You calculate what you say is a "probability that Meta shared at least one piece of Plaintiffs' works," correct? 12:46:08 12:46:11 12:46:13

A. Correct. 12:46:15

Q. We talked earlier about the fact that pieces are actually broken up into blocks, correct? 12:46:21 12:46:23 12:46:28

A. Correct. 12:46:29

Q. Is your probability that Meta uploaded every -- withdrawn. 12:46:29 12:46:33

With respect to the at least one piece of Plaintiffs' works that you contend was likely shared, is it your probability that every block within that piece was shared by Meta? 12:46:37 12:46:39 12:46:42 12:46:45 12:46:49

A. I think I would -- what's the best way to phrase this. So I know that in the declaration from Frederiksen-Cross, the most recent one, she mentions that the analysis should have been done on a block level, which I agree with, but I did not have the statistics about the percents of blocks in Plaintiffs' work, so I used pieces. And revisiting this 12:46:49 12:46:58 12:47:02 12:47:05 12:47:08 12:47:10 12:47:13 12:47:16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

with blocks would be another kind of analysis that I would be happy to do if that kind of analysis were to be accepted as an amendment to this report. 12:47:21 12:47:24 12:47:27 12:47:31

But given the information that I had available, which was from Frederiksen-Cross's report, I used pieces in this analysis, even though it would be more precisely calculated with blocks. 12:47:32 12:47:34 12:47:36 12:47:38 12:47:41

Q. Understood, sir. Were you not able to determine the blocks from the information in Frederiksen-Cross's report? 12:47:45 12:47:47 12:47:50

MR. STEIN: Object as to form. 12:47:53

A. I don't recall seeing statistics about percent of blocks in her reports, though it's possible that I missed that. 12:48:00 12:48:01 12:48:03

Q. But the block sizes in libtorrent is a known value, correct? 12:48:05 12:48:16

MR. STEIN: Object as to form. 12:48:17

A. It's not known to me. I didn't do that analysis. 12:48:18 12:48:20

Q. Okay. Understood. Let me ask this question. 12:48:28 12:48:29

As far as the analysis that was conducted for your report, you say that "Meta 12:48:30 12:48:31

shared at least one piece of Plaintiffs' works." 12:48:35 12:48:37

A. Mm-hmm. 12:48:37

Q. Is that a particular work or is that just one piece of one of the works in play? 12:48:38 12:48:43 12:48:45

MR. STEIN: Object as to form. 12:48:45

A. So I would say in my analysis, it's whether a BitTorrent piece, because that's what I focused on in this analysis, contained any portion of at least one Plaintiff's work, as calculated for the percent of pieces contained in Plaintiffs' work that I took from the Frederiksen-Cross report. 12:48:48 12:48:53 12:48:58 12:49:01 12:49:05 12:49:08 12:49:11

Q. Understood, sir. Now, as far as the works at issue, you're aware that there are something close to 50 works at issue, correct? 12:49:15 12:49:20 12:49:24

MR. STEIN: Object as to form. 12:49:28

A. I don't know the precise number, but it is not zero and it's not a million. 50 sounds like a reasonable possibility. 12:49:29 12:49:30 12:49:35

Q. I think it's around 49. But you know it's at least somewhere between 40 and 50? 12:49:37 12:49:40

A. That sounds about right. I don't have the precise number either. 12:49:42 12:49:43

Q. Understood. And that's spread out among 13 Plaintiffs, correct? 12:49:45 12:49:50
A. Actually, I don't know the exact number of Plaintiffs either. But again, if it's helpful, we can sort of assume that for now. 12:49:52 12:49:53 12:49:56 12:49:58
Q. Okay. Now, when you say that "Meta shared at least one piece of Plaintiffs' works," is there a particular work that probability relates to? 12:49:58 12:50:07 12:50:10 12:50:16
MR. STEIN: Object as to form. 12:50:17
A. So the probability analysis doesn't pinpoint which work was shared. It just indicates the likelihood that at least one of those works was shared. 12:50:19 12:50:21 12:50:25 12:50:29
Q. Understood. But you hadn't provided an opinion as to the probability that Meta shared at least one piece of each of the Plaintiffs' works, correct? 12:50:31 12:50:35 12:50:37 12:50:42
MR. STEIN: Object as to form. 12:50:46
A. That wasn't the scope of my analysis. The scope of my analysis was at least one piece of at least one Plaintiff's works. 12:50:47 12:50:48 12:50:50 12:50:52
Q. Understood. And then how about at 12:50:53

least one piece of like a handful of Plaintiffs' works, did you calculate a probability that Meta shared pieces of a handful of Plaintiffs' works with -- I may just rephrase the question, because it's getting kind of garbled. 12:51:02 12:51:05 12:51:07 12:51:13 12:51:24 12:51:26

So when you say that Meta shared at least one piece of Plaintiffs' works that's a probability you provided for all three data sets, correct? 12:51:29 12:51:31 12:51:34 12:51:36

A. Correct. I did provide those probabilities separately for the three data sets, because they had different percent of pieces containing Plaintiffs' works, so that's why I treated them separately. 12:51:36 12:51:37 12:51:40 12:51:41 12:51:44

Q. Understood. So you're not giving me the opinion about the probability that Meta shared each of the Plaintiff's works, correct? 12:51:47 12:51:48 12:51:51

A. Correct. My probability analysis does not distinguish that. 12:51:54 12:51:56

Q. Okay. And you're not giving an opinion about the probability that Meta shared more than one of the works, correct? 12:51:58 12:52:00 12:52:02

MR. STEIN: Object as to form. 12:52:04

A. The analysis here speaks only to 12:52:05

the probability of sharing at least one, because that's what makes the math easier. There is, of course, other evidence that has come to light that could change the way that that -- the outcome of that kind of analysis. 12:52:11 12:52:13 12:52:16 12:52:18 12:52:20

Q. But as far as the report goes, the probability -- 12:52:24 12:52:31

A. The report is focused on the probability of at least one piece. It could have been from any of the Plaintiff's works. 12:52:32 12:52:36 12:52:39

Q. Okay. Sir, if you could turn to Paragraph 32 of your report. 12:52:46 12:53:34

A. I'm there. 12:53:38

Q. I think this is the only reference to the Krein report in your report? 12:53:39 12:53:41

A. That sounds right. 12:53:45

Q. You mention in Paragraph 32 and 33, you mention the presence of a comment in a source code file. 12:53:46 12:53:52 12:53:59

Do you see that? 12:54:01

A. Yes. 12:54:02

Q. First of all, as a computer programmer, you do agree that a comment is not actually part of the code that's executed for the software, correct? 12:54:05 12:54:07 12:54:10 12:54:12

MR. STEIN: Object as to form. 12:54:12

A. Yes, in this case, the comments would not execute any code when that script was run. 12:54:13 12:54:21 12:54:27

Q. Right. And then in Paragraph 33 you say, "Generally speaking, programmers do not provide such specific working commands as examples unless they have tested them first, i.e., they have run the command in the comment." 12:54:27 12:54:46 12:54:48 12:54:54 12:54:56 12:54:58

Do you see that? 12:54:59

A. Yes. 12:55:00

Q. Obviously, you don't have any direct evidence that the actual command was actually run, correct? 12:55:00 12:55:08 12:55:10

MR. STEIN: Object as to form. 12:55:11

A. I have seen recently produced evidence that indicates Libgen fiction was, in fact, torrented. 12:55:12 12:55:14 12:55:17

Q. We're talking about the analysis in your report from 2024 torrenting? 12:55:18 12:55:20

A. I'm speaking about 2024 torrenting. We have recently produced evidence that Libgen fiction was included in the set of libraries that were torrented from Anna's 12:55:22 12:55:25 12:55:28 12:55:33

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

Archive, and that might explain why the comment was there. 12:55:37 12:55:40

Q. Okay. Well, let me ask you to go to Paragraph 39, then, because that may be my confusion on this. 12:55:40 12:55:44 12:55:47

A. Okay. 12:55:50

Q. Paragraph 39 you refer to Libgen download details, and you say "Libgen" -- you're quoting from a document. "'Libgen (10 TB out of 10 TB): We got almost all we want ... with a few ones pending.'" 12:55:50 12:55:55 12:55:59 12:56:04 12:56:09

Do you see that? 12:56:13

A. Yes. 12:56:15

Q. Let's focus on your report and not whatever may or may not come up after your report. What was the discrepancy that you were identifying in Paragraph 39 of your report? 12:56:15 12:56:16 12:56:18 12:56:20

A. The discrepancy is that it was my understanding that this was Libgen fiction, which the Frederiksen-Cross report indicates was not included in torrent data. 12:56:22 12:56:25 12:56:29 12:56:31

MR. WEINSTEIN: If we could mark as the next exhibit in order a copy of the Frederiksen-Cross rebuttal report, dated February 10, 2025. 12:56:51 12:56:52 12:56:55 12:56:59

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

(Document marked as Exhibit 5 for identification) 12:57:32 12:57:33

Q. In Paragraph 39 of your report, you quoted a document that refers to 10 TB of Libgen. 12:57:33 12:57:36 12:57:44

Do you see that? 12:57:45

A. Yes. 12:57:45

Q. You've also been handed a copy of the Frederiksen-Cross report as an exhibit, correct? 12:57:46 12:57:48 12:57:50

A. Yes. 12:57:51

Q. If you could turn to Page 49 of that report. 12:57:53 12:57:55

A. All right. I'm there. 12:58:03

Q. Do you see Table 3, and it refers to "Total Size of Downloaded Dataset." For Libgen.rs Non-Fiction was 10.3 TB? 12:58:06 12:58:08 12:58:16

A. I do see that. 12:58:16

Q. I'm just curious, Frederiksen-Cross reports that the amount of downloaded Libgen data was about ten terabytes. The document you cite in Paragraph 39 of your report says that it was about ten terabytes. 12:58:17 12:58:19 12:58:21 12:58:24 12:58:26

I'm just trying to understand, when you wrote your report and you said there 12:58:29 12:58:31

was a discrepancy, what was the discrepancy to which you were referring? 12:58:32 12:58:35

MR. STEIN: Object as to form. 12:58:37

A. I suppose the comment did not specify that it was nonfiction, Scitech only. So the question is whether that might have been a different data set. It was not included in the Frederiksen-Cross report. 12:58:38 12:58:44 12:58:51 12:58:53 12:59:03

Q. But the file list was created, and the file list that was associated with that downloaded data, was, in fact, included with her reports, correct? 12:59:04 12:59:05 12:59:08 12:59:12

MR. STEIN: Object as form. 12:59:13

Q. We saw a portion of that earlier. 12:59:14

A. Okay. Then, yes, I guess the file list was included with the report. 12:59:16 12:59:19

Q. Did you look at the file list to see whether or not the files that were reported pertained to Libgen fiction versus Libgen nonfiction? 12:59:21 12:59:23 12:59:29 12:59:35

A. I did not, because with the vagueness of the comments, and not knowing enough about, as I sit here, the dates when this comment was posted, versus the dates when this Libgen.rs nonfiction was downloaded, I 12:59:36 12:59:38 12:59:43 12:59:47 12:59:52

don't know if those are consistent. 12:59:55

So that explains my concern about that particular comment is that I wasn't sure what it corresponded to. I don't have -- I don't have enough information to conclude what it corresponds to. 01:00:00 01:00:02 01:00:04 01:00:13 01:00:13

So it's possible that both getting clarification from the person who made that comment, I'm reconciling that with the file list in Frederiksen-Cross's report would resolve that issue. I just don't know. That's not information -- I didn't have that kind of confirmation available to me. 01:00:15 01:00:18 01:00:20 01:00:22 01:00:26 01:00:28 01:00:31

Q. Understood. And in Paragraph 37 of your report, it's on the same page, you say "Information about when torrented data files were created, and when they were last modified, can identify the period when downloading was occurring. This information has not provided." 01:00:32 01:00:36 01:00:42 01:00:44 01:00:49 01:00:53

Again, this may have been oversight on your part. But you'd agree that the files do contain date information relating to the torrent files, correct? 01:00:56 01:00:57 01:01:00 01:01:01

MR. STEIN: Object as to form. 01:01:02

A. So what I'm asking for is both the 01:01:03

date of creation and the date of last modified. All of the file lists I've received contain one date. They cannot be the same if they were truly torrented. 01:01:08 01:01:10 01:01:14 01:01:20

So I have yet to get any clarification as to which one they are, if it's file creation time, last modified time, or even a different time, for instance, when they were copied to S3. So I cannot rely on that single date for anything related to, in this case, trying to estimate how long each torrent download took. 01:01:21 01:01:22 01:01:26 01:01:29 01:01:32 01:01:38 01:01:40 01:01:42

Q. So what would be the importance of having both the creation date and the modification date in terms of identifying the approximate time period in which a torrent download took place? 01:02:04 01:02:06 01:02:07 01:02:09 01:02:11

A. So typically when a torrent starts it creates the file that the payload goes into. That gives you the start of the download. And typically when the last piece is downloaded and added to that file, that becomes the last date on which it's modified. 01:02:14 01:02:17 01:02:21 01:02:22 01:02:24 01:02:26

So those give you bounds on the start and end time for any particular torrent 01:02:27 01:02:30

download. 01:02:32

Q. I understand, sir. But you are assuming as part of your analysis that the torrent download took about an hour, correct? 01:02:32 01:02:34 01:02:36

MR. STEIN: Object as to form. 01:02:38

A. For the sake of producing an estimate, assumed on average one hour across all torrents. This -- the point I'm making in Paragraph 37 is that I could make it more accurate. I don't know if that means that the time would go up or down, but it is an assumption that I had to make, because I had very limited information available with which to make that assumption, and this is me requesting that additional information that's available in file systems, but has not been produced to me as of this date. 01:02:40 01:02:45 01:02:48 01:02:54 01:02:55 01:02:59 01:03:02 01:03:04 01:03:07 01:03:12 01:03:13 01:03:15

Q. Dr. Choffnes, you also talked about the concept of mutual interests, correct, as it relates to -- 01:03:16 01:04:43 01:04:46

A. Yes. 01:04:48

Q. We can go to Paragraph 21 if you'd like. 01:04:48 01:04:51

A. Of my report, I assume? 01:04:52

Q. Yes, sir. You can put the other 01:04:54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

report down. 01:04:56

A. All right. I'm there. 01:05:03

Q. In Paragraph 21 you say that "the peer is unchoked due to mutual interest." Let me just make sure to set the ground as far as like in BitTorrent, what does "mutual interest" refer to? 01:05:04 01:05:07 01:05:10 01:05:13 01:05:16

A. Sure. In this case, it's referring to the fact that two leechers that are connected to each other each have pieces of the payload that the other does not have. Therefore, they're interested in each other and they are good candidates to exchange data with each other because they will both benefit from that. 01:05:16 01:05:20 01:05:23 01:05:25 01:05:27 01:05:30 01:05:34 01:05:37

Q. And in terms of unchoking, are you familiar with something called a tit for tat strategy? 01:05:37 01:05:41 01:05:43

A. Yes. 01:05:45

Q. In the context of BitTorrent, what does tit for tat mean? 01:05:45 01:05:47

A. It's been construed in a number of different ways. I will also say that from the academic literature, the way tit for tat is described by the creators of BitTorrent does 01:05:53 01:05:56 01:05:58 01:06:00

not necessarily properly capture everything that BitTorrent does. 01:06:03 01:06:04

With that preface, I will say that the idea of tit for tat is that if you upload to a peer, they will let you download from them. If you download without uploading to them, then they will retaliate by not sending you data and vice versa. That's the colloquial understanding of tit for tat. 01:06:05 01:06:08 01:06:10 01:06:13 01:06:16 01:06:20 01:06:31

BitTorrent is a dynamic system, and there's other factors at play. There's a research paper, for example, that says BitTorrent is an option, and I don't know that it's particularly relevant to this, but I just wanted to put that out there that we can talk about tit for tat, and I can tell you the simple terms about it, but there are studies of the protocol that sort of amend the basic nature of tit for tat. 01:06:31 01:06:33 01:06:33 01:06:36 01:06:39 01:06:41 01:06:43 01:06:47 01:06:52 01:06:54

Q. When a BitTorrent client is downloading pieces and blocks of pieces, is it getting -- start with the pieces. Is getting pieces from multiple different peers on the network? 01:06:55 01:07:11 01:07:19 01:07:21 01:07:24

A. It can. It doesn't have to. It 01:07:24

goes back to are there peers available that have pieces that it wants to download from. If the answer is yes, and if they are willing to upload to that client -- sorry, to that peer, then presumably they're going to be downloading from multiple peers at once. 01:07:28 01:07:32 01:07:35 01:07:37 01:07:39 01:07:45

Q. Understood. And then within pieces there are blocks, correct? 01:07:46 01:07:49

A. Correct. 01:07:50

Q. Can the client be getting multiple blocks within those peers from multiple different -- withdrawn. I messed that question up. 01:07:50 01:07:56 01:08:00 01:08:04

Can the client download multiple blocks within the piece from multiple different peers? 01:08:04 01:08:07 01:08:10

A. I think so. 01:08:11

Q. What is the -- obviously somewhat simultaneously, correct? 01:08:11 01:08:21

A. Correct. 01:08:22

Q. Now, at some point all of the blocks associated with the piece had been received by a client, correct? 01:08:23 01:08:28 01:08:30

A. Sure, assuming that happens, yes, assuming that they have already downloaded all 01:08:33 01:08:37

of those blocks and that they were available the whole time, of course there are exceptions where that might not happen, if all of a sudden all of those disappear, or something, a network breaks. 01:08:39 01:08:43 01:08:45 01:08:49 01:08:50

But I assume you want to get to the point of they have received all of the blocks of the piece. So we can start there. 01:08:53 01:08:53 01:08:54

Q. Once the client receives all the blocks of the piece, what does it do at that point? 01:08:57 01:09:00 01:09:06

A. My understanding is that piece is written to disk or wherever you've specified the file be stored. 01:09:06 01:09:08 01:09:11

Q. Before all the blocks of a piece had been received by a BitTorrent client, is the data usable to the user as far as you know? 01:09:12 01:09:15 01:09:20

A. As far as I know, if it's not yet written to disk, it's not something that the user can use at that moment. 01:09:24 01:09:32 01:09:33

Q. Okay. 01:09:35

MR. WEINSTEIN: Why don't we take like a five-minute break if that's okay with you guys. We're getting close. 01:10:03 01:10:05 01:10:07

THE VIDEOGRAPHER: We're now going 01:10:09

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

off the record. The time is 1:09 p.m. 01:10:11
(Recess taken at 1:09 p.m. and 01:10:13
reconvening at 1:22 p.m.) 01:10:16
THE VIDEOGRAPHER: We are now back 01:22:35
on the record. The time is 1:22 p.m. 01:22:44
BY MR. WEINSTEIN: 01:22:47
Q. Welcome back, Dr. Choffnes. 01:22:47
A. Thank you. 01:22:50
Q. We talked earlier today about the 01:22:51
probabilities that you present in your report 01:22:55
as to whether Meta shared at least one piece of 01:22:58
Plaintiffs' works, correct? 01:23:02
A. Correct. 01:23:03
Q. Do those probabilities assume that 01:23:03
Meta uploaded the entirety of that at least one 01:23:06
piece? 01:23:11
MR. STEIN: Objection as to form. 01:23:15
A. So in my analysis, which was based 01:23:16
on pieces, my assumption was that the unit of 01:23:20
data transfer was pieces. In reality, it's 01:23:25
blocks, and, you know, so the assumption was 01:23:29
simplified because of the -- I was using the 01:23:33
data available from Frederiksen-Cross's report. 01:23:36
If I were allowed to amend the 01:23:40
report, I would run the same statistical 01:23:42

analysis, but use the block level data that she provides in her declaration. So in that case I wouldn't have to assume that the entire piece was transferred, which instead it's blocks that are transferred. 01:23:46 01:23:48 01:23:51 01:23:53 01:23:56

Q. Could you determine -- I don't want to be argumentative here, but could you have determined the block level information before you did your report? 01:23:56 01:24:01 01:24:03 01:24:05

MR. STEIN: Objection as to form. 01:24:06

A. It may have been feasible. I did not have any -- for example, I didn't have any code that does this for me or anything like that. So I would have presumably had to find a way to generate that information myself. 01:24:08 01:24:14 01:24:16 01:24:18 01:24:22

Q. But the downloaded -- the torrent size and the block size, though -- I'm sorry, the torrent size and the piece size was known, correct? 01:24:23 01:24:31 01:24:33 01:24:38

MR. STEIN: Objection as to form. 01:24:38

A. So my analysis doesn't really depend on the torrent size or the piece size. I agree that that information could be obtained. 01:24:40 01:24:44 01:24:48 01:24:50

Q. Okay. And then to determine the 01:24:51

number of blocks, you could do some pretty simple math to figure out the block level analysis, correct? 01:24:52 01:24:55 01:24:58

MR. STEIN: Objection as to form. 01:24:58

A. That part is easy. The hard and more important part is the fraction of blocks containing Plaintiffs' work. That would require knowing all of the Plaintiffs' works and how those mapped to pieces, and then within those pieces how that maps to individual blocks, and that is not an analysis that I did, but I understand it is an analysis in the Frederiksen-Cross declaration that was recently filed after my report. 01:24:59 01:25:02 01:25:05 01:25:09 01:25:12 01:25:15 01:25:18 01:25:20 01:25:22 01:25:25

Q. Understood. Now, with respect to your one-hour assumption that you make for the probabilities, did you rely on any empirical data for that assumption? 01:25:26 01:25:30 01:25:35 01:25:37

MR. STEIN: Object as to form. 01:25:39

A. As I stated in the footnote, there was information from -- sorry, information from the produced documents at the time of my report that indicated that it was taking weeks to download. I used that as a ballpark figure to come up with a time it could have taken to 01:25:40 01:25:43 01:25:48 01:25:51 01:25:54 01:25:58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

download any individual torrent. 01:26:00
Of course since then, there's been 01:26:06
more evidence that gives us a tighter timeline, 01:26:08
including the amount of data that was 01:26:11
transferred on any given day, like how much was 01:26:13
uploaded by Meta, how much was downloaded to 01:26:15
Meta's EC2 instances, but that wasn't available 01:26:18
at the time of my report. 01:26:21
Q. Okay. The last line of questions 01:26:24
are questions that I don't like asking, but I 01:26:26
feel like I have to ask, because I'm sort of 01:26:28
the lawyer for Meta. 01:26:30
Prior to your work in this case, 01:26:31
did you harbor any negative views about Meta as 01:26:34
a company? 01:26:37
A. I am a privacy researcher. And so 01:26:37
as someone who values privacy and has seen some 01:26:42
of the claims in cases against Meta in terms of 01:26:45
the behavior related to privacy, I'm not happy 01:26:51
about that. 01:26:53
That said, of course, my view 01:26:57
about that does not implicate my analysis of 01:26:58
BitTorrent. 01:27:04
Q. I understand. But you did harbor 01:27:04
negative views about Meta before your work in 01:27:07

this case, correct? 01:27:09

MR. STEIN: Object as to form, to the extent we're talking about something like negative views, which I believe is vague. 01:27:10 01:27:12 01:27:13 01:27:17

A. Yeah, I haven't conceded that. I will also say that I know a lot of people who work at Meta who I like. So to say that I harbor negative views towards something as amalgamous of an entire company is not something that I can admit to. 01:27:17 01:27:20 01:27:22 01:27:26 01:27:30 01:27:33

MR. WEINSTEIN: I think with that, I'm going to pass the witness at this point. Subject to other questions, I want to thank you very much for appearing here today. 01:27:49 01:27:50 01:27:51 01:27:54 01:27:56

MR. MORTON: Mark, do we want to mark the transcript? 01:27:58 01:28:00

MR. WEINSTEIN: Well, there's no follow-up, as far as I can tell? 01:28:02 01:28:04

MR. STEIN: I will have a few questions. 01:28:06 01:28:07

MR. WEINSTEIN: I think we can do the designations at the end of the deposition, before we go off the record. 01:28:12 01:28:15 01:28:17

EXAMINATION BY 01:28:23
MR. STEIN: 01:28:24
Q. Dr. Choffnes, thanks for appearing 01:28:24
today. I just have a couple of questions for 01:28:26
you following up on your testimony thus far. 01:28:28
First, I want to confirm that you 01:28:33
understand you're under oath today? 01:28:38
A. I do. 01:28:39
Q. And I also want to see if with 01:28:40
respect to the report that you submitted, which 01:28:45
is Exhibit 1 in today's deposition, that today 01:28:49
you can swear that as of February 26, 2025 your 01:28:54
report is true and accurate to the best of your 01:28:59
belief under penalty of perjury? 01:29:02
A. Yes. 01:29:04
Q. And that you would confirm that 01:29:04
you would testify consistent with the report's 01:29:08
contents as of February 26, 2025 if called upon 01:29:11
to do so at trial? 01:29:14
A. Yes. 01:29:15
Q. And you'll note that I mentioned 01:29:16
the date of that report, February 26th. If 01:29:18
asked to supplement or rewrite that report, 01:29:24
would you have any grounds to do so as of 01:29:27
today? 01:29:29

A. Yes. There's been some additional evidence that came to light. So one thing, as I mentioned during the deposition -- 01:29:30 01:29:33 01:29:37

MR. WEINSTEIN: I'm going to object on scope here. I don't mean to interrupt here. I just want to make an objection to scope here. 01:29:39 01:29:40 01:29:42 01:29:44

Mr. Stein, are you asking the witness to supplement his expert report on the fly here? 01:29:46 01:29:49 01:29:51

MR. STEIN: I'm not asking him to supplement his report. The report was frequently the subject of questions today. And so with respect to scope, I think it's really important that he state for the record what his report -- how his report would be different today than it was on February 26, 2025. 01:29:51 01:29:52 01:29:55 01:29:58 01:30:01 01:30:03 01:30:07 01:30:09

MR. WEINSTEIN: So you are going to solicit additional opinions from him right now that are not in his report; is that what you're saying? 01:30:13

MR. STEIN: I'm going to ask him how his report would be corrected based on the record differences today. I

don't think that that's a supplementation to use your words. So I disagree there. But I'm asking him to clarify for the record, since the report was the subject of much of today's testimony, what he would change about that report today.

MR. STEIN: I don't think that's a difference than what you described between correcting and supplementing. I guess we'll see what the witness says.

Obviously we're going to object, that these questions are outside the scope of the examination that was performed earlier today.

MR. STEIN: Okay. I note your objection, but I'll ask the witness to answer the question pending.

A. Can I proceed?

Q. Yes, you may proceed.

A. Okay. So one thing is, as we discussed, the analysis uses piece level information. There is now block level information provided by the Frederiksen-Cross. I would update the report in that sense.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

The other thing I mentioned is we now know that more torrenting happened than was in the Frederiksen-Cross report, which my report relied on. So there would be more opportunities for Meta to have shared Plaintiffs' work, and that would be reflected.

And the last thing is that we have evidence of how much data was uploaded by Meta BitTorrent -- BitTorrenting instances, and I would update the report with those numbers, because in many ways that could even subsume any need for modeling in terms of -- well, not any need, but it would very much strengthen the modeling and the kinds of conclusions that could be drawn about how much was very likely -- how much the Plaintiffs' work was very likely to have been uploaded.

COURT REPORTER: Sorry, we have to go off the record.

THE VIDEOGRAPHER: We are now going off the record. The time is 1:32.

(Off the record at 1:32 p.m. and reconvening at 1:38 p.m.)

THE VIDEOGRAPHER: We are now back on the record. The time is 1:38 p.m. 01:38:53 01:38:54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

BY MR. STEIN: 01:39:00

Q. So one thing that -- 01:39:00

MR. WEINSTEIN: Go ahead. I didn't know if there was a question pending or not.

MR. STEIN: Honestly, Counsel, I can't remember without the realtime in front of me. I think I'm just going to start from where I think we were.

Q. You were asked today about the 01:39:21 Frederiksen-Cross report with respect to three 01:39:25 different data sets, Libgen, Internet Archive 01:39:32 and Z-Lib, and I will reference Exhibit 5, Page 01:39:36 49, listing those in her report, and you had 01:39:40 mentioned that in the Frederiksen-Cross report 01:39:46 you saw a reference to nonfiction, but that you 01:39:53 now know that Libgen fiction was also 01:39:57 torrented? 01:40:02

MR. STEIN: I wanted to introduce 01:40:04 another exhibit, which we'll mark as 01:40:06 Exhibit 6. And I will at this time 01:40:08 e-mail it to both counsel, Mr. Weinstein 01:40:14 and Mr. Morton, so they can have it in 01:40:20 front of them. I will wait for them to 01:40:22 confirm receipt electronically. 01:40:36

(Document marked as Exhibit 6 for identification) 01:41:07 01:41:09

MR. STEIN: Messrs. Weinstein and Morton, have you received that yet? 01:41:09 01:41:11

MR. WEINSTEIN: I have not yet. It just came in a second ago. Let me take a look. 01:41:12 01:41:16 01:41:18

MR. STEIN: It should be Bates number ending 237286. 01:41:19 01:41:20

MR. WEINSTEIN: I see, yes. 01:41:33

MR. MORTON: I have it. 01:41:35

Q. I just wanted to ask Dr. Choffnes if he has seen this document. 01:41:35 01:41:38

A. I have. 01:41:40

Q. Okay. And could you just testify as to the data sets here? 01:41:41 01:41:42

A. Yes. 01:41:47

MR. WEINSTEIN: Object to form. Outside the scope. You can proceed. 01:41:48 01:41:51

A. The document refers to torrent files that were already downloaded. That's what it says. And then it provides what looks like there's a directory structure, it starts with "data, aa," which is short for Anna's Archive. Then "index" and under "index, 01:41:57 01:42:00 01:42:08 01:42:09 01:42:13 01:42:13

duxiu," which is one of the Anna's Archives data, book data sets. "ia," which is Internet Archive, "Libgen_li_fic," that should be Libgen.li fiction data set. "Libgen_rs_fic" that should be the Libgen_rs_fiction data set. "Libgen_rs_non_fic," that should be the Libgen_rs nonfiction data set that is in the Frederiksen-Cross report. 01:42:22 01:42:24 01:42:27 01:42:32 01:42:37 01:42:44 01:42:45 01:42:51

"Scihub," which is not in the Frederiksen-Cross report, and "Z-Lib" which is. 01:42:53 01:42:55

I should say, just again, to clarify for the record, the only three in the Frederiksen-Cross report are IA, Internet Archive, Z-Lib, which is Z-Library, and Libgen_rs_non_fic, those are the three that are in Frederiksen-Cross's analysis and in her report, and the two Libgen fiction data sets, Scihub and Duxiu are not. And this is Chinese, translated into English, D-u-x-i-u, and I think it's pronounced Duxiu. 01:42:57 01:42:59 01:43:01 01:43:04 01:43:12 01:43:14 01:43:18 01:43:22 01:43:32 01:43:36

Q. Above that, what is the information here with respect to hosts telling us? 01:43:42 01:43:44 01:43:46

A. So under "Hosts" these are ECS instances. They are relatively high capacity 01:43:46 01:43:51

ones. I believe they were the ones that were used for downloading torrented files. 01:43:55 01:43:58

Q. Did you have information with respect to these hosts and the activity on these hosts when you provided your report on February 26, 2025? 01:44:08 01:44:09 01:44:12 01:44:14

A. I did not have information about these hosts in this level of detail at that time. 01:44:14 01:44:16 01:44:18

Q. Now, Mr. Weinstein today asked you about your Bernoulli experiment. Do you recall that? 01:44:18 01:44:20 01:44:24

A. I do. 01:44:24

Q. If asked today with the information that you have, would you have conducted that Bernoulli experiment as a means of providing your expertise on the torrenting activities of Meta? 01:44:28 01:44:30 01:44:31 01:44:34 01:44:38

A. I would have provided that experiment and supplemented it with other empirical evidence that we now have. 01:44:39 01:44:41 01:44:43

Q. And what empirical evidence would you supplement that with? 01:44:44 01:44:47

A. So as part of -- 01:44:48

MR. WEINSTEIN: Object to form. 01:44:51

Scope. Go ahead. 01:44:52

A. As part of very recent 01:44:53
disclosures, we received logs of the amount of 01:44:56
data that was transferred to the internet from 01:44:59
EC2 instances where Meta torrenting occurred, 01:45:03
and the amount of data that was downloaded from 01:45:06
the internet to those instances, the vast 01:45:08
majority of which it is safe to assume was 01:45:15
BitTorrent traffic from the archives that I 01:45:18
just mentioned before as an example. 01:45:21

Q. And did you study or compile what 01:45:23
you learned from that data? 01:45:29

A. I did. I did an analysis, which I 01:45:31
brought with in case it was needed, of how much 01:45:32
data was uploaded or downloaded from these 01:45:40
instances each day from March -- sorry, April 01:45:45
5th through June 21st of 2024. I have a few 01:45:47
copies here. 01:45:50

MR. STEIN: Okay. Can we please 01:45:51
mark one of those copies as Exhibit 7, 01:45:52
and provide another copy to counsel for 01:45:55
Meta. 01:45:57

MR. WEINSTEIN: Now you're getting 01:46:00
into a more dangerous category, Mr. 01:46:02
Stein. Before you were asking the 01:46:04

witness what he would do if he had additional information. You're now introducing new expert testimony. 01:46:05 01:46:06 01:46:08

I will cite for you docket number 499 was entered on March 25th by the Court that makes clear that no further expert testimony is going to be allowed. 01:46:10 01:46:13 01:46:17 01:46:18

So while you may wish to seek leave to submit further expert testimony, I think you're running afoul right now of the Court's order in this matter. 01:46:20 01:46:22 01:46:26 01:46:28 01:46:31

MR. STEIN: I note your objection. I cite docket 500 with respect to Meta's disclosure obligations, and also note that from what I understand will continue to ask Dr. Choffnes about this. This is merely a compilation of data that's already been provided by Meta and does not present anything new into the record at all. It's more akin to demonstrative than any sort of new evidence or expert testimony. 01:46:33 01:46:33 01:46:39 01:46:41 01:46:42 01:46:46 01:46:48 01:46:50 01:46:54 01:46:57 01:47:00

Of course you'll have opportunities to address that once you 01:47:01 01:47:03

look at it or move to strike it, and the judge can consider that. But I'm going to proceed to question the witness on it and ask that it be marked as Exhibit 7. 01:47:04 01:47:07 01:47:10 01:47:12

MR. WEINSTEIN: We'll take a look at it. Are your going to e-mail it like before? 01:47:16 01:47:18 01:47:24

MR. STEIN: We actually have to give it to Phil. We only have hard copy. If he wants to take a break to scan and send it to you, he's welcome to. 01:47:24 01:47:26 01:47:33 01:47:34 01:47:37

MR. WEINSTEIN: If you're going to mark the exhibit, again, subject to our continuing objection of this, we probably should take a break to provide that via e-mail since I'm obviously in a remote location. 01:47:41 01:47:42 01:47:44 01:47:45 01:47:48 01:47:52

MR. STEIN: Okay. We'll hang tight. We can go off the record for that to allow counsel to send that electronically. 01:47:53 01:47:56 01:47:57 01:48:00

THE VIDEOGRAPHER: We are now going off the record. The time is 1:47. 01:48:04 01:48:05

(Off the record at 1:47 p.m. and 01:48:25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

reconvening at 1:52 p.m.) 01:48:30

(Document marked as Exhibit 7 01:53:10
for identification) 01:53:13

THE VIDEOGRAPHER: We are now back 01:53:13
on the record. The time is 1:53 p.m. 01:53:24

BY MR. STEIN: 01:53:30

Q. Dr. Choffnes, you now have Exhibit 01:53:30
7 in front of you; is that correct? 01:53:32

A. Correct. 01:53:34

Q. What is that? 01:53:34

A. I took the document that was 01:53:35
recently produced with the Bates number ending 01:53:39
in 237300, which was a detailed listing of 01:53:42
Amazon Web Services charges based on how much 01:53:48
data was uploaded or downloaded from the EC2 01:53:51
instances that were involved in torrenting. 01:53:54

I took that data set and I did -- 01:53:57
I copied columns -- sorry, I did filtering to 01:54:01
focus only on traffic to and from the internet, 01:54:06
which would be the BitTorrent traffic, and then 01:54:09
I did -- I copied over the inbound traffic into 01:54:12
one column, the outbound traffic into another 01:54:14
column, both of them with date information on 01:54:17
them. 01:54:19

And then I aggregated in Excel, 01:54:20

just did the subtotals feature, that told me how much data in gigabytes was uploaded or downloaded by Meta on each day from April 5th through June 21st of 2024. 01:54:24 01:54:27 01:54:31 01:54:36

Q. And how do you know which EC2 instances were related to torrenting? 01:54:41 01:54:43

MR. WEINSTEIN: Object to form. Scope. 01:54:46 01:54:48

A. So as part of the production, we were -- my understanding was that this represents those EC2 instances that were used for torrenting. I also confirmed that the data center that this represents is the very same one where those torrenting EC2 instances were set up. 01:54:50 01:54:59 01:55:01 01:55:03 01:55:08 01:55:10 01:55:14

So the evidence provided by Meta leads me to believe that this was those very same instances. 01:55:15 01:55:18 01:55:20

Q. And what were you able to determine with respect to the amount that was downloaded? 01:55:21 01:55:24 01:55:28

MR. WEINSTEIN: Object to form. Scope. 01:55:30 01:55:32

A. So what I was able to see is a very large amount of upload traffic, that's the 01:55:32 01:55:37

second column, "Total Outbound Traffic," particularly during times that we know for sure that Meta was torrenting. 01:55:40 01:55:44 01:55:46

As an example, and not exclusive, there are other periods where torrenting was happening. But just looking at the week between April 5th and April 11th alone, Meta uploaded 28 terabytes of data and downloaded 170 terabytes of data using those EC2 instances. 01:55:48 01:55:50 01:55:52 01:55:55 01:55:58 01:56:03 01:56:06

Q. And what did you learn about the percent of data that was downloaded that was uploaded? 01:56:06 01:56:12 01:56:14

A. So on average -- 01:56:15

MR. WEINSTEIN: Objection. 01:56:17

A. On average, I see that more than 20 percent of the data that was downloaded, the amount of data that was downloaded, was subsequently uploaded, and on some days that percentage was higher. 01:56:18 01:56:24 01:56:27 01:56:30 01:56:33

Q. And what do you recall of Meta's expert testimony with respect to that percentage? 01:56:36 01:56:41 01:56:43

A. In the Frederiksen-Cross declaration that was recently entered into the 01:56:45 01:56:51

court, she mentions that up to 30 percent of what was downloaded was subsequently uploaded. 01:56:54 01:56:56

Q. And in terms of the -- did you get a grand total during this period of downloaded material? 01:57:00 01:57:06 01:57:10

MR. WEINSTEIN: Objection. 01:57:12

A. So the grand total for the period between April 5th and June 21st that was uploaded was 62 terabytes of data, just under 62 terabytes of data, and downloaded was over 270 terabytes of data. 01:57:13 01:57:18 01:57:22 01:57:28 01:57:35

Q. Now, I think there might be a typographical error in your chart. I see that it's repeated twice, "Total Downloaded." Is that second mention supposed to say "uploaded"? 01:57:36 01:57:38 01:57:43 01:57:46

A. Correct. The second one is supposed to say total uploaded during torrenting period, and that's where in parenthesis it says "about 62 terabytes of data." 01:57:49 01:57:52 01:57:56 01:57:57 01:58:00

Q. What is a terabyte? 01:58:00

A. So a terabyte is a 1,024 gigabytes, which is, in turn, 1,024 megabytes. It is a very large number. 01:58:02 01:58:06 01:58:11

Q. And if we're talking about books, 01:58:13

do you have a ballpark sense of how much data a book takes up? 01:58:15 01:58:19

MR. WEINSTEIN: Objection. 01:58:21

A. So I've seen estimates that it's a little more than 300,000 books would fit in a terabyte, e-books. And, of course, this is hundreds of terabytes, so multiply that by hundreds. 01:58:22 01:58:29 01:58:32 01:58:38 01:58:41

Q. In your years of research, have you come across this amount of data either being uploaded or downloaded via torrent before? 01:58:41 01:58:48 01:58:53 01:58:57

MR. WEINSTEIN: Object to form. 01:58:58

A. I've never seen an individual instance of an entity downloading or uploading this much data. 01:58:58 01:59:01 01:59:05

Q. And again, how long have you been working in your field? 01:59:06 01:59:10

A. I've been a computer scientist since I started my Ph.D., which was 2004. So we're going on 21 years now. 01:59:13 01:59:18 01:59:23

Q. And in terms of the data sets that you testified regarding, and I think we marked a few of those in Exhibit 6, do you know how those data sets correspond to this AWS chart in 01:59:31 01:59:37 01:59:40 01:59:49

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

the sense that -- withdraw that. 01:59:59

Are you aware whether or not this captures all of Meta's torrenting activity? 02:00:01 02:00:08

A. I do not think this captures all of Meta's torrenting activity, because I'm aware of documents that indicate there was torrenting happening outside of this period. 02:00:11 02:00:14 02:00:17 02:00:18

Q. And do you have those AWS logs or have you seen them with respect to any torrenting activity outside of this period? 02:00:23 02:00:25 02:00:28

A. I believe there's one other log that I did not include in this analysis that goes around three months further into the future, starting from, I think, June 22nd. I have not analyzed those, but it is only in 2024 that I have that data. 02:00:30 02:00:32 02:00:38 02:00:40 02:00:45 02:00:48

Q. So there could be more torrenting activity with respect to data being uploaded and downloaded by Meta than what is presented in this chart as Exhibit 7? 02:00:49 02:00:55 02:00:58 02:01:00

MR. WEINSTEIN: Objection. Calls for speculation. Scope. And leading. 02:01:03 02:01:05

A. I believe I've seen documents that indicate that there's torrenting outside of this period. So there would potentially be 02:01:07 02:01:13 02:01:15

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

more evidence to produce. 02:01:18

Q. And is it possible to download via torrent without uploading while you do so? 02:01:20 02:01:25

MR. WEINSTEIN: Object to form. Scope. 02:01:32 02:01:34

A. Yes. There are ways to configure a BitTorrent client so it does download only and does not upload. 02:01:34 02:01:36 02:01:39

Q. Have you seen any evidence in this case that that's what was done? 02:01:41 02:01:43

A. We found no evidence of that happening in the code, and have no evidence it was done based on the transfer logs. 02:01:45 02:01:47 02:01:53

MR. STEIN: I have no further questions for the witness. 02:02:10 02:02:10

MR. WEINSTEIN: Okay. Just a couple of them. 02:02:12 02:02:13

RE-EXAMINATION BY MR. WEINSTEIN: 02:02:15 02:02:16

Q. Sir, if you could turn back to Exhibit 6, which was one of the exhibits that was provided to you by Mr. Stein. 02:02:16 02:02:18 02:02:22

A. Mm-hmm. I have it. 02:02:23

Q. Now, on the last page, you can see that there are a number of path names listed 02:02:28 02:02:33

that, "ia, libgen_li_fig, libgen_rs_fig." 02:02:36
Do you see all of those? 02:02:42
A. Yes. 02:02:44
Q. Do you know if those paths actually ended up existing? 02:02:44 02:02:48
A. I have not been given access to Meta infrastructure to confirm any of the files. But what I see is a directory listing of mount of file systems, and the way that they're describing this is that it is a mount/data, and one does not typically talk about things this way unless the data is actually there. 02:02:49 02:02:51 02:02:54 02:02:56 02:03:00 02:03:09 02:03:11 02:03:13
Q. But you don't know what's in those other folders, correct, libgen_li_fig, libgen_rs_fig and Scihub, you don't actually know what's in those folders or if those folders ever had anything, correct? 02:03:14 02:03:15 02:03:18 02:03:20 02:03:22
A. The document says it is torrent files already downloaded to the data mount. So I just take that at face value. I do not have access to their machines to, for instance, do a directory listing. 02:03:24 02:03:27 02:03:30 02:03:38 02:03:42
MR. WEINSTEIN: Why don't we take a five-minute break to confer with my 02:03:53 02:03:54

colleague to make sure there's no further follow-up. 02:03:59 02:04:01

THE VIDEOGRAPHER: We're off the record. The time is 2:03 p.m. 02:04:02 02:04:04

(Recess taken at 2:03 p.m. and reconvening at 2:11 p.m.) 02:04:05 02:04:08

THE VIDEOGRAPHER: We are now back on the record. The time is 2:11 p.m. 02:11:35 02:11:37

BY MR. WEINSTEIN: 02:11:42

Q. Welcome back, Dr. Choffnes. 02:11:42

A. Thank you. 02:11:45

Q. Before when you were being asked by Mr. Stein you were asked a question of whether or not measures could have been taken to avoid or prevent upload during downloading and whether such measures had been taken. 02:11:48 02:11:50 02:11:53 02:11:55 02:12:00

Do you recall that testimony? 02:12:02

A. I do. 02:12:03

Q. Do you recall having provided an opinion on that subject in your report dated February 26, 2025? 02:12:04 02:12:05 02:12:08

A. Sorry, just to refresh my memory, which part of -- just remind me of the context again so I don't comment on the wrong thing. 02:12:10 02:12:38 02:12:41

Q. The question, sir, was before when 02:12:43

you were being asked by Mr. Stein to give an opinion, a new opinion, regarding whether it would have been possible to implement safeguards to prevent uploading during downloading and then whether you saw evidence that Meta had employed such measures. 02:12:45 02:12:48 02:12:52 02:12:54 02:12:57 02:13:01

My question to you was, did you provide opinions on that topic in your expert report dated February 26, 2025, which is Exhibit 1? 02:13:03 02:13:04 02:13:06 02:13:10

A. I'm seeing Paragraph 12 where I'm talking about the uploading mechanisms that I refer to not being tested in the EC2 networking environment where Plaintiffs' works were torrented. So that was one aspect of testing whether uploading would have occurred during the leaching phase that I commented on. 02:13:10 02:13:13 02:13:17 02:13:21 02:13:23 02:13:26 02:13:30

Q. Paragraph 12 is talking about the hole-punching issue, right? 02:13:32 02:13:39

A. Also Paragraph 10. "The BitTorrent client may initiate connections to other leechers while the download is not complete. While doing so, BitTorrent is designed to provide pieces of torrent data to those leechers (i.e., upload to them) to 02:13:41 02:13:41 02:13:44 02:13:46 02:13:47 02:13:50

increase the chances that the peer will continue to provide pieces for downloading." 02:13:51 02:13:52

Q. Okay. I'll ask the question more precisely, then. Did you provide an opinion in your opening report that measures could have been taken to prevent or reduce uploading during downloading? Let's start with that. 02:13:55 02:13:57 02:14:00 02:14:02 02:14:05

A. I comment that Frederiksen-Cross claimed Meta had taken to prevent uploading while downloading -- sorry, uploading, but not -- it was sort of in general while downloading. So hole punching is one of those techniques that would fit the category of uploading while downloading, in the sense of the unsolicited inbound connections. 02:14:09 02:14:39 02:14:41 02:14:44 02:14:46 02:14:49 02:14:51 02:14:57

Q. Anywhere else? 02:14:59

A. Yeah, I'm trying to see if there's any other things. 02:15:07 02:15:09

Q. I'm confused, because you said that you saw no evidence that Meta took any measures to prevent or reduce uploading during downloading? 02:15:13 02:15:16 02:15:18 02:15:22

A. No, you're right. This is the -- hole punching does not fit that category of uploading while downloading. So Paragraph 16, 02:15:24 02:15:27 02:15:29

quoting Frederiksen-Cross, I say -- this is quoting Frederiksen-Cross. "'In sum, Meta took steps to prevent seeding data downloaded via BitTorrent, and these steps should have prevented any distribution of Plaintiffs' works by Meta.'" 02:15:48 02:15:51 02:15:51 02:15:57 02:15:59 02:16:00

Then I was saying that that's not supported by evidence, and there I'm referring to preventing any distribution of Plaintiffs' works by Meta, which includes uploading, which includes uploading while downloading. 02:16:03 02:16:05 02:16:07 02:16:09 02:16:12

Q. Which specific statement are you relying on for the position, if you have one, that in your rebuttal report you provide an opinion that measures could have been taken to prevent upload during download that were not taken? 02:16:14 02:16:40 02:16:42 02:16:44 02:16:47 02:16:51

MR. STEIN: Objection as to form. 02:16:52

A. I'm checking to see if there's anything else in my report. I don't think I see any language specific to that question. 02:16:54 02:17:10 02:18:24

Q. Okay. And then earlier in the deposition today you testified that you had spent approximately 40 hours on this case from inception, correct? 02:18:26 02:18:30 02:18:33 02:18:35

A. Correct. 02:18:36

Q. How many of those hours were devoted when -- withdrawn. 02:18:37 02:18:40

How many of those hours were devoted in the time after the service of your expert report dated February 26th? 02:18:44 02:18:47 02:18:51

A. I don't have that off the top of my head, but I can guess. I have to do some quick math. Somewhere in the range of probably ten to 20 hours. 02:18:57 02:19:00 02:19:09 02:19:15

Q. Okay. And how many of those hours would have been in the last week and a half or last two weeks? 02:19:16 02:19:19 02:19:22

A. It has been a blur, hasn't it. Probably at least half of those hours. 02:19:23 02:19:32

MR. WEINSTEIN: I think with that, I don't have any further questions for the witness. 02:19:37 02:19:37 02:19:39

MR. STEIN: Okay. I think you're all set, Dr. Choffnes. Thank you very much. 02:19:41 02:19:43 02:19:47

MR. WEINSTEIN: Before we go off the record, I will need to designate the transcript as highly confidential attorney eyes' only pursuant to the 02:19:47 02:19:49 02:19:50 02:19:52

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

protective order with exhibits to retain 02:19:52
the designations. 02:19:56
Mr. Stein, I want to obviously put 02:19:57
our objection on the record that we 02:19:59
think the redirect examination by 02:20:00
Plaintiffs was improper, a violation of 02:20:02
the scope of the examination that we 02:20:05
conducted beyond the scope of that, as 02:20:09
well as a violation of the Court's order 02:20:11
regarding introduction of new expert 02:20:15
testimony without leave of Court. I 02:20:16
just want to make sure that objection is 02:20:18
on the record. 02:20:20
MR. STEIN: Okay. And for the 02:20:21
reasons I stated prior, I disagree with 02:20:22
that, but I appreciate you raising that 02:20:24
on the record. 02:20:26
I also want to object to the 02:20:28
designation of the entire transcript as 02:20:32
highly confidential pursuant to prior 02:20:33
statements from the Court that we should 02:20:38
be a little bit more limited and 02:20:39
conscientious with respect to how we 02:20:45
designate in this case. 02:20:47
MR. WEINSTEIN: We can go off the 02:20:48

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

record and discuss that if you like in connection with your upcoming filing. 02:20:49 02:20:50

MR. STEIN: Thank you, Counsel. 02:20:52

THE VIDEOGRAPHER: This concludes today's deposition, we're going off the record at 2:20 p.m. The total run time of media used was three hours 16 minutes and will be retained by Veritext. 02:20:53 02:20:55 02:20:56 02:20:59 02:21:01

COURT REPORTER: Counsel, your delivery schedule for the final is still Monday? 02:21:04 02:21:25 02:21:27

MR. WEINSTEIN: For us, I think so, yes. 02:21:28 02:21:30

MR. STEIN: We're okay with that as well. 02:21:31 02:21:32

MR. MORTON: Are we going to get a rough? 02:21:34 02:21:35

COURT REPORTER: Yes. 02:21:36

MR. STEIN: Yes. Would you mind sending the rough to me as well. 02:21:36 02:21:38

(Whereupon the deposition concluded at 2:20 p.m.) 02:21:41 02:21:42

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

E R R A T A

I, DAVID R. CHOFFNES, Ph.D., do hereby certify that I have read the foregoing transcript of my testimony, and further certify that it is a true and accurate record of my testimony (with the exception of the corrections listed below):

Page Line Correction

_

Signed under the pains and penalties of perjury this day of , 2024.

DAVID R. CHOFFNES, Ph.D.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER

C E R T I F I C A T E

I, Michael O'Connor, Registered Merit Reporter/Certified Realtime Reporter, do hereby certify:

That DAVID R. CHOFFNES, Ph.D., the witness whose testimony is hereinbefore set forth, was duly sworn by me and that such testimony is a true and accurate record of my stenotype notes taken in the foregoing matter to the best of my knowledge, skill and ability.

IN WITNESS WHEREOF, I have hereunto set my hand and Notarial Seal this 30th day of March 2025.

Michael O'Connor

MICHAEL O'CONNOR, RMR, CRR, CRC
Notary Public

My Commission expires:
November 9, 2029

MARK WEINSTEIN, ESQ.

mweinstein@cooley.com

March 30, 2025

RE: Kadrey, Richard Et Al v. Meta Platforms, Inc.

3/28/2025, David Choffnes, Ph.D., (#7281431).

The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext to schedule a time to review the original transcript at a Veritext office.

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure. Contact Veritext when the sealed original is required.

__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.

__ Signature Waived – Reading & Signature was waived at the time of the deposition.

__ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

_X_Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.

**&**

**&** 3:4 7:22 153:24 154:9

**0**

**00237238** 5:19
**0055** 5:12 53:4
**03417** 1:11 6:21

**1**

**1** 5:9 11:24 12:3,4,21,22 18:7 41:17 42:20 43:13 44:3 71:15 79:25 94:8 103:1 125:11 145:10 154:1
**1,024** 33:17 34:2,4,5 139:22,23
**10** 43:3 65:25 100:5 110:9,10 110:25 111:4 145:20
**10,000** 14:9
**10.3** 111:17
**100** 5:15 96:18 96:21 98:2,5 98:13
**10:32** 52:15,16
**10:45** 52:17,19
**10th** 43:8 74:18
**11** 53:6
**111** 5:17
**113** 66:17,22
**114** 68:10,13
**115** 68:13
**11th** 138:7
**12** 5:11 145:11 145:18
**125** 5:5
**1299** 3:20
**12:22** 86:12,14
**13** 106:2
**130** 5:19
**136** 5:21
**14** 60:11 61:22 62:21 63:21 64:21
**142** 5:4
**15** 85:20
**16** 33:19 146:25 150:7
**17** 71:16,18
**170** 138:9
**17393** 152:18
**18** 83:1
**1:09** 120:1,2
**1:22** 120:3,5
**1:32** 128:21,22
**1:38** 128:23,25
**1:47** 135:24,25
**1:52** 136:1
**1:53** 136:5

**2**

**2** 5:12 53:3,9 53:14,25 55:22 73:8
**20** 138:17 148:10
**20004** 3:23
**2000s** 18:17
**2003** 17:24 18:11,25
**2004** 140:20
**2006** 19:11 21:4
**2007** 19:11 21:4
**2008** 21:6
**2010** 18:1 23:12
**2019** 54:5
**202** 3:22
**20221** 3:21
**2024** 9:17 45:20 46:12 71:12 80:6 109:21,22 133:17 137:4 141:15 151:20
**2025** 2:7 5:11 6:5 9:16 12:2 42:21 43:3 53:20 54:9 65:25 100:5 110:25 125:12 125:18 126:18 132:6 144:21 145:9 152:15 153:3
**2025.520** 153:9 153:12
**2029** 152:24
**21** 80:20 94:7 96:9 115:22 116:3 140:21
**212** 66:16
**21st** 133:17 137:4 139:8
**22nd** 141:14
**23** 72:25 79:25
**237286** 130:9
**237300** 136:13
**24** 77:2 78:6 80:2 102:25
**25th** 134:5
**26** 5:11 12:1 42:21 54:9 125:12,18 126:18 132:6 144:21 145:9
**26th** 125:22 148:6
**27** 53:19
**270** 139:11
**28** 2:7 6:5 54:5 138:8
**293-6800** 3:7
**2:03** 144:4,5
**2:11** 144:6,8
**2:20** 150:6,22

**3**

**3** 5:13 65:23 66:1,4,16 71:16 111:15
**3/28/2025** 153:5

**30** 139:1 153:3 154:1
**300,000** 140:5
**30th** 152:14
**3175** 3:13
**32** 108:12,17
**33** 108:18 109:5
**37** 113:14 115:9
**39** 110:4,7,17 111:3,22
**3:23** 1:11 6:21

**4**

**4** 5:15 53:5 100:7
**40** 16:21 105:23 147:24
**415** 3:7
**44** 3:5
**49** 105:22 111:12 129:14
**499** 134:5
**4:12** 53:20

**5**

**5** 5:16 111:1 129:13
**50** 2:14 96:10 96:21,25 97:7 97:9,20 98:3,6 98:13,19,23 99:6,7 105:17 105:20,23
**50/50** 76:24
**500** 6:23 134:14
**53** 5:12
**55** 53:15,25 54:12 57:6
**5th** 133:17 137:3 138:7 139:8

**6**

**6** 5:18 129:21 130:1 140:24 142:21
**60** 68:14 69:18 69:25 70:2,4 70:12
**600** 16:12
**62** 139:9,10,19
**650** 3:15
**66** 5:14

**7**

**7** 5:20 133:20 135:4 136:2,8 141:20
**7281431** 1:25 153:5

**8**

**8** 5:4 44:2
**842-7800** 3:22
**843-5000** 3:15
**87** 66:20

**9**

**9** 152:24
**94104** 3:6
**94304** 3:14
**9:34** 2:8 6:4

**a**

**a.m.** 2:8 6:4 52:15,16,17 86:12
**aa** 130:24
**ability** 19:20 26:7 44:16 59:8 89:16 152:12
**able** 19:18 25:10 26:2 27:23 28:3 32:21 51:22,24 56:25 59:3,14 59:19 80:17 84:9 85:7 89:25 92:6 93:10 104:11 137:19,24
**above** 131:21 153:6
**absolutely** 38:3 50:24
**academic** 116:24
**academics** 35:7
**academy** 79:10 79:14,17,17
**accepted** 104:3
**access** 45:7 74:23 93:23 143:6,22
**accordance** 15:13
**account** 68:4 73:16
**accurate** 10:24 13:1 115:10 125:13 151:6 152:9
**accused** 14:20 15:12
**acm** 21:10
**action** 7:4 57:21
**active** 13:8 81:18
**actively** 23:11 29:11
**activities** 132:18
**activity** 80:8 132:4 141:3,5 141:10,18
**actual** 29:25 30:7,8 69:13 99:9 109:14
**actually** 17:15 21:20 32:12 33:8 41:7,13 61:2 70:13 102:15 103:8 106:3 108:24 109:15 135:8

143:5,13,16
**added** 114:22
**adding** 93:14
**additional** 68:6 115:15 126:1 126:20 134:2
**address** 134:25
**addressed** 8:21
**addresses** 48:1
**administer** 7:3
**admit** 124:11
**admitted** 39:20
**advantages** 24:6
**affect** 10:19 58:25 88:15,17 88:24 89:9,16 91:3
**affected** 91:16
**affidavits** 11:19
**affiliation** 7:11
**afoul** 134:10
**afterward** 91:1
**aggregated** 136:25
**ago** 130:6
**agree** 6:11 25:22 69:2,4 69:17 87:19 91:23 93:1 103:23 108:23 113:21 121:23
**agreed** 46:16
**ahead** 129:3 133:1
**aiming** 30:12
**akamai** 20:10 20:16,19 26:11
**akin** 134:21
**al** 1:7 6:15 153:4
**allegation** 15:17
**allocated** 90:13
**allow** 32:21 50:12 135:21
**allowed** 14:7 47:17,25 48:1 48:5,9,16,17,20 49:5 72:11 120:24 134:7
**allows** 72:6
**alto** 3:14
**amalgamous** 124:10
**amazon** 44:13 44:24 45:6 48:13,16,19,20 48:25 49:1,3 51:1 136:14
**amazon's** 47:15
**ambiguity** 13:10
**ambiguous** 69:11
**amend** 117:18 120:24
**amendment** 104:3
**amount** 25:5 59:16,21 82:10 86:20 87:18 89:25 91:24 92:4,7 95:8 111:20 123:4 133:3,6 137:20 137:25 138:18 140:10
**analysis** 71:10 75:1,2,3 80:23 99:17 103:21 104:1,3,8,21,24 105:8,10 106:12,22,22 107:19,25 108:5 109:20 115:3 120:18 121:1,21 122:3 122:11,12 123:22 127:22 131:16 133:13 141:12
**analyze** 75:1
**analyzed** 141:15
**anna's** 74:11 109:25 130:24 131:1
**answer** 12:16 99:12 118:3 127:18
**anticipate** 27:16
**anybody** 9:9
**anymore** 22:5 33:21 99:14
**apologize** 98:20
**appear** 83:25
**appearance** 7:8 7:11
**appearing** 124:16 125:3 153:18 154:7
**appendices** 67:9
**appendix** 41:14 66:20,22 67:1
**applied** 99:18
**applies** 102:17
**applying** 98:7
**appreciate** 52:10 100:17 149:16
**appropriate** 63:19 64:4 65:4
**approximate** 114:16
**approximately** 16:1,6,17 147:24
**april** 133:16 137:3 138:7,7 139:8
**arbitration** 11:5,8 13:25 14:3,9,14,18,23 15:6 17:11

**archive** 73:21 74:11,21 80:16 100:23 110:1 129:12 130:25 131:3,14
**archives** 131:1 133:9
**area** 48:24
**argument** 95:16
**argumentative** 121:7
**art** 45:15
**articles** 37:21 38:6,12
**asked** 125:23 129:10 132:10 132:14 144:12 144:13 145:1
**asking** 12:10 99:7 113:25 123:10 126:8 126:11 127:3 133:25
**aspect** 64:24 145:15
**aspects** 18:21 66:11,12
**assistance** 16:2 43:21
**associated** 29:20 30:11 37:2,6 38:16 45:19 112:10 118:22
**association** 21:11
**assume** 10:14 48:14 96:9 98:10 106:5 115:24 119:6 120:14 121:3 133:8
**assumed** 102:19 115:7
**assumes** 97:19
**assuming** 96:24 97:6 115:3 118:24,25
**assumption** 86:19 95:17 96:19 115:12 115:14 120:19 120:21 122:16 122:18
**assumptions** 80:22 87:12
**attempts** 63:1
**attend** 10:5
**attention** 66:21
**attorney** 148:25
**attorneys** 1:16 2:10 3:3,11
**audience** 76:2
**audio** 6:9
**authorized** 7:2
**availability** 32:6 84:8
**available** 27:14 44:25 58:11 72:12,22 82:14 83:7,10,24 84:2,14 85:3,5 88:12 89:23 92:6,20 93:14 94:1 104:6 113:13 115:13 115:16 118:1 119:1 120:23 123:7
**avenue** 3:20
**average** 92:7 98:15 115:7 138:14,16
**averages** 99:3
**avoid** 144:15
**aware** 9:21 21:15 39:24 40:5 50:24 58:1 62:23 67:14 79:3 105:16 141:2,6
**aws** 44:7,12 45:2 46:10 59:12 140:25 141:8

**b**

**b** 5:7 41:14 42:9,11 154:1
**back** 18:11 52:18,21 71:15 79:25 80:19 86:13,16 87:9 88:10 99:12 118:1 120:4,7 128:24 136:4 142:20 144:7 144:10
**backup** 58:10
**ballpark** 34:14 122:24 140:1
**bandwidth** 24:13 25:1,5 72:12 82:13,16 82:18,20,22,24 83:7,10,10,19 83:24 84:1,11 84:15,25 85:3 85:5 88:11 89:3,23,25 92:19 93:17,21 94:1,3
**barbara** 5:16 43:2
**barely** 74:9
**based** 63:22 65:14 69:16 71:10 82:8 92:8,14 120:18 126:24 136:14 142:13
**basic** 46:9 71:23 117:18
**basis** 92:1
**bates** 130:8 136:12
**beginning** 68:13

**behavior** 20:1 21:20 59:17 123:19
**belief** 125:14
**believe** 11:4 15:18 21:16 33:8 36:10 43:9 48:4,6 51:23 54:6 65:13 73:4 79:10 81:14,16 82:25 100:25 102:11 124:4 132:1 137:17 141:11,23
**bender** 42:9,10
**benefit** 116:14
**bep** 5:12 53:4 53:15,25 54:12 57:6
**bernoulli** 75:22 76:3,14 77:5 77:20,23 78:4 78:11,17,25 132:11,16
**best** 10:24 17:16 103:18 125:13 152:11
**better** 32:23 39:16
**beyond** 58:21 98:4 149:8
**bias** 20:2
**binary** 34:7
**bit** 25:2 149:22
**bites** 33:17
**bittorrent** 14:4 15:22 17:20,23 18:5,9,13,16,19 18:22 19:7 20:1 21:14,20 22:13,21,24 23:4,8,12,15,19 24:5,11,15,22 25:17 26:16,22 27:18,19 29:3 29:8,9,15 31:6 31:8,13 32:8 32:17 33:7 34:17,23 35:2 35:22,25 36:1 36:8,14,23 37:5,17,20 38:1,21,25 39:24 40:3,6,8 40:20 41:1 46:18 52:25 54:18 55:8,12 55:20 56:15 57:20 58:3 59:1,3,12 62:24 63:9,12 63:17 64:4,10 64:17,23 66:12 66:13 68:16 72:1,9,17 77:6 78:7,19 79:2,8 82:9 92:10 94:4,15 105:9 116:6,20,25 117:2,10,13,20 119:16 123:23 128:9 133:9 136:20 142:7 145:21,23 147:4
**bittorrent's** 72:3
**bittorrenting** 128:9
**block** 32:18,19 33:5,19,22 46:2,12 59:25 82:6 103:16,22 104:17 121:1,8 121:17 122:2 127:23
**blocking** 51:5
**blocks** 32:13 33:3,10,12 34:11 50:1 103:8,24 104:1 104:9,11,15 117:21 118:8 118:11,15,22 119:1,8,10,15 120:21 121:4 122:1,6,11
**blur** 148:14
**boies** 3:4 7:22
**book** 131:2 140:2
**books** 139:25 140:5,6
**boston** 1:21 2:15 6:23 7:20
**bottom** 67:12 68:10 82:19
**bound** 82:23
**bounded** 93:13
**bounds** 114:24
**boylston** 2:15 6:23
**break** 52:2,6,8 52:12,23 69:15 86:18 87:11 94:12 119:23 135:10,16 143:25
**breaks** 31:13 119:5
**brings** 29:14
**broken** 103:8
**brought** 133:14
**bsfllp.com** 3:9
**build** 35:8
**building** 18:8
**built** 23:14
**buy** 44:19
**bytes** 33:16 101:22

**c**

**c** 3:1 4:1 6:1 27:17 31:5 35:15 152:1,1
**ca** 153:9,12,21
**calculate** 77:3 92:7 103:3 107:2

**calculated** 104:9 105:12
**california** 1:3 3:6,14 6:20
**call** 30:13 45:3
**called** 32:13 35:6 40:16 47:2 68:17 69:24 70:9,11 70:16,19 116:17 125:18
**calling** 68:15
**calls** 31:14 141:21
**candidates** 116:13
**capacity** 13:14 13:15 24:12,18 25:1 92:20 93:13,25 131:25
**caps** 57:5
**captioner** 2:19
**capture** 96:22 117:1
**captures** 141:3 141:4
**career** 10:5
**carefully** 91:20
**carstensen** 4:3 6:25
**case** 1:10 6:20 8:25 9:3,10 15:9,21 16:8 16:19 19:25 24:21 30:3 32:20 36:1,22 41:20,23,25 42:2,17 44:20 47:15,20 51:13 54:17,21 61:25 62:13 63:5 64:6 65:2 67:16 74:7 75:25 78:17 82:25 83:15 86:1,4 91:7 98:15 99:5 109:2 114:10 116:8 121:2 123:13 124:1 133:14 142:10 147:24 149:24
**cases** 17:13 48:10,11 97:25 99:2,3,13 123:18
**category** 133:24 146:13 146:24
**cause** 24:13 62:24 84:19
**caveat** 12:13 52:7
**ccp** 153:9,12
**center** 137:13
**certain** 9:14 12:10 31:12 45:18,23 48:17 50:25 58:18 63:22 65:13 67:15 73:3 76:16 92:5
**certainly** 25:3 66:8
**certified** 2:18 2:18 152:4
**certify** 151:4,6 152:5
**chance** 23:3 28:2 76:24 82:5 96:10 97:7,9,20
**chances** 146:1
**change** 21:19 21:21 30:16,24 77:14 88:3 108:4 127:6
**changed** 40:15
**changes** 21:14 21:16 30:23 77:24 89:24 96:16
**charges** 136:14
**chart** 139:13 140:25 141:20
**check** 9:18 70:3 75:1 95:20
**checked** 68:14 69:18,20 75:11
**checking** 147:19
**chinese** 131:18
**choffnes** 1:20 2:14 5:3,10 6:14 8:6,19,21 8:23 9:20 10:19 11:2 12:1,8 17:18 26:15 42:19 44:1 51:25 52:21 53:13,24 65:18 71:14 73:19 86:16 87:9 115:18 120:7 125:3 130:12 134:17 136:7 144:10 148:20 151:3 151:23 152:6 153:5
**chose** 81:22 98:13
**chosen** 31:24
**chronology** 22:14
**chunks** 32:22
**circumstances** 18:12 90:7 91:14
**cite** 60:13 68:6 111:22 134:4 134:14
**cited** 53:3,15 53:23 54:8
**civil** 11:16 153:19,21
**claimed** 146:9
**claims** 43:15 123:18

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**clarification** 10:14 39:13 113:8 114:6
**clarify** 26:24 30:2 56:23 78:10 127:4 131:12
**clark** 60:24 61:1
**class** 35:13 40:12
**classes** 55:5
**clear** 35:25 36:1 54:15 58:12 60:16 61:7 134:6
**clearly** 63:8
**client** 14:25 57:20 58:4 68:17 85:20 94:4,15 95:13 95:17,24 96:11 117:20 118:4 118:10,14,23 119:9,16 142:7 145:21
**client's** 95:23
**clients** 13:7 17:6 22:5,22 22:24 32:8 59:12
**clone** 35:12
**close** 16:21 19:16 20:7,12 20:15,17,24 105:17 119:24
**closer** 96:20,21
**cloud** 45:4
**cloudflare** 26:11
**code** 45:11 67:15 68:7 69:1,16 70:17 108:19,24 109:3 121:13 142:12 153:9 153:12,19,21
**coin** 76:6,8,10 76:18,22 77:16
**colleague** 144:1
**collected** 14:12
**collection** 25:9
**collectively** 32:23
**colloquial** 117:8
**column** 136:22 136:23 138:1
**columns** 136:18
**come** 10:23 14:23 32:13 58:9 62:6,20 76:14 81:3 84:16 89:14,15 90:11 108:4 110:15 122:25 140:10
**coming** 39:21 76:8
**command** 109:9,14
**commands** 109:7
**comment** 108:18,23 109:10 110:1 112:4,24 113:3 113:9 144:24 146:8
**commented** 145:17
**comments** 109:2 112:22
**commission** 152:23
**commonly** 23:23 41:4
**communicate** 48:5 50:18
**communication** 48:15,20 49:4
**communicati...** 49:18
**community** 36:11
**companies** 26:10
**company** 123:15 124:10
**compared** 59:23
**comparison** 25:9
**compatible** 22:4
**compensated** 16:12
**competing** 89:19
**compilation** 134:18
**compile** 133:11
**complete** 28:17 32:16 33:1 69:21,23 70:8 70:15,18 74:6 93:10 99:23 145:23
**completed** 70:1 70:14 153:7,17 154:6
**completion** 69:25 154:10
**complicated** 76:12 77:25
**composition** 30:16,19 84:6 92:17
**compromised** 26:8
**computer** 13:11 18:8 21:8,8 35:7 40:12,16 44:19 44:22,23 108:22 140:19
**computers** 34:7 44:18

**[computes - continue]**

**computes** 45:4
**computing** 21:11 44:25
**conceded** 124:6
**concept** 115:19
**concepts** 71:23
**concern** 113:2
**conclude** 113:5
**concluded** 150:22
**concludes** 150:4
**conclusion** 14:24
**conclusions** 128:14
**conditions** 57:24 58:2,18 77:19,22 78:11 78:14 96:4 102:17
**conduct** 63:19 65:4
**conducted** 104:25 132:16 149:8
**confer** 143:25
**confidential** 1:16 2:10 11:5 11:7 13:25 15:6 148:24 149:20
**configuration** 44:7 47:8,14 51:5 58:25 59:8,13,21,24 60:2 68:4
**configurations** 45:24
**configure** 64:10 142:6
**configured** 26:4 64:14
**confirm** 42:4 66:5 125:6,16 129:25 143:7
**confirmation** 113:13
**confirmed** 137:12
**confused** 146:19
**confusion** 110:5
**connect** 56:3,4 56:12,18,22 57:2,9 58:16
**connected** 27:3 27:13 29:10 49:2 59:15 72:3,5 89:2 90:16 96:11 116:10
**connection** 9:9 13:19 16:8 17:10 19:8 20:5 23:5 34:15,22 36:7 39:1 40:3 41:19 47:20 49:16 50:4,9 50:11,14,20 51:10,16,18,21 55:2,12 58:4 58:13,23 73:2 81:2 83:21 84:3 90:20 150:2
**connections** 20:2 46:3,13 46:18 47:17,25 48:9,18 50:1,6 50:7,12 51:6 56:16 57:12 58:10 59:25 71:3 72:10,22 90:19,23 94:23 145:21 146:15
**conscientious** 149:23
**conservative** 81:7,24
**consider** 17:19 135:2
**considered** 41:14
**considering** 13:9
**consistent** 94:6 113:1 125:17
**constant** 93:6 96:25
**constitute** 75:6
**construed** 116:22
**consulting** 11:22 12:23 13:18,20 15:24
**cont'd** 4:1
**contact** 153:9 153:20
**contacted** 9:9
**contain** 113:22 114:2
**contained** 105:10,13
**containing** 107:14 122:7
**contains** 102:14
**contend** 73:24 103:14
**content** 20:9 29:13 30:10 63:17 67:9 72:7
**contents** 125:18
**contest** 52:5
**context** 19:12 27:18 29:3 31:5,8 32:17 41:23 45:2 55:7 64:5,18 64:23 71:25 72:2 73:23 102:15 116:20 144:23
**continue** 6:10 134:17 146:2

**continued** 89:10 91:4,17
**continuing** 28:2 135:15
**contrast** 62:25
**controlled** 48:21 49:7
**conversations** 6:8
**cooley** 2:14 3:12,19 6:23 7:14,20
**cooley.com** 3:17,25 153:2
**copied** 69:9 114:9 136:18 136:21
**copies** 133:18 133:20
**copy** 11:24 53:3,14,22,23 65:23 66:4 110:23 111:8 133:21 135:10
**corporation** 1:12 6:18
**correct** 8:25 9:1,22 10:1,2 10:10,11 11:6 11:13,14,16,17 11:19,20 12:24 12:25 13:1,12 13:13,16,17 14:1,2 15:4,18 15:22,23 16:15 16:16,25 17:10 17:11,20,21 18:1,2,5,9,10 18:19,20 21:11 22:9,10 25:24 26:8 27:12,13 28:7,8,18 29:5 29:18,19 30:1 30:10 32:5,6 33:3,4,16,24,25 34:2,3,5,6,11 35:19,20 36:3 37:2,3,7,8,11 37:12 38:2,3 38:13,14 40:24 40:25 41:2,3,5 42:17,18 43:4 43:5,25 44:9 44:10 45:13,20 45:21,24,25 46:5,14 47:2,3 47:9,10 48:12 48:22 49:18,21 50:20 51:2,6,7 51:11,18,19 55:3,8,9 60:9 60:14,15,18,19 60:24,25 65:11 65:20,21 66:6 66:24 67:17,19 67:22,23,25 69:21,22,24 70:5,6,9,19,23 71:6,12,13 73:6,7,9,10,13 73:14,15,17,18 73:21 74:15 75:8,17,23,24 76:20,21,25 77:1 78:13 80:17,25 81:1 83:22,23 84:4 84:7,12,13 85:16,17 87:21 87:25 88:1 89:13 92:12,15 94:16,17 96:12 97:2,4,21 99:18,19,23,24 101:15,19 102:5 103:5,6 103:9,10 104:18 105:17 106:2,19 107:10,11,18 107:19,23 108:25 109:15 111:10 112:12 113:23 115:4 115:19 118:8,9 118:19,20,23 120:12,13 121:19 122:3 124:1 136:8,9 139:16 143:15 143:18 147:25 148:1
**corrected** 126:24
**correcting** 127:10
**correction** 151:9
**corrections** 151:8 153:14 153:15 154:3,4
**correspond** 140:25
**corresponded** 113:4
**corresponding** 27:4,21 29:13 31:11
**corresponds** 113:6
**counsel** 6:14 7:9 43:18 86:21 87:5 129:6,22 133:21 135:21 150:3,9 153:18 153:22 154:7
**couple** 26:17 47:4 125:4 142:17
**course** 32:7 55:14,16,19 70:1 76:12 82:12 88:4 108:3 119:2 123:2,21 134:24 140:6
**courses** 40:7,15 55:11

**court** 1:2 6:19 7:25 8:3,4 10:10 53:13 86:5,24 128:18 134:6 139:1 149:11,21 150:9,18
**court's** 134:11 149:9
**cover** 55:19
**covered** 38:20 40:20 55:15 66:11
**crc** 1:24 152:19
**create** 19:25
**created** 112:9 113:17
**creates** 114:19
**creation** 114:1 114:7,14
**creators** 116:25
**cristina** 42:6
**cross** 5:17 43:2 45:22 80:9 100:4 101:6 103:20 105:14 110:20,24 111:9,20 112:8 122:13 127:24 128:3 129:11 129:15 131:8 131:10,13 138:24 146:8 147:1,2
**cross's** 43:8,15 44:6 47:6 74:4 74:18 104:7,12 113:10 120:23 131:16
**crr** 1:24 152:19
**cs** 45:5
**curious** 111:19
**current** 39:19
**customers** 45:1 45:6
**cv** 1:11 6:21

**d**

**d** 1:24 2:16 5:1 6:1 26:25 27:1 42:9 66:22 67:1 131:19
**d.c.** 3:21,23
**dangerous** 133:24
**data** 5:21 14:22 14:22 15:16,17 19:21,22 23:21 24:20 27:4,5,7 27:21 28:1,12 28:17 29:20,22 29:25 30:6,11 31:15 32:22 34:16,19,23 36:13,25 37:2 37:5,6 38:15 38:25 40:3 46:11 62:17 69:7,8 73:19 73:24 74:3 78:18 79:2,7 80:9 83:11,12 83:13,17 90:11 91:7,9,10 95:25 96:7 101:5 107:9,12 110:21 111:21 112:7,11 113:16 116:13 117:8 119:17 120:20,23 121:1 122:18 123:4 128:8 129:12 130:16 130:24 131:2,2 131:4,5,7,17 133:4,6,12,15 134:18 136:15 136:17 137:2 137:12 138:8,9 138:12,17,18 139:9,10,11,20 140:1,10,16,22 140:25 141:16 141:18 143:11 143:12,20 145:24 147:3
**dataset** 111:16
**date** 9:5 42:23 54:3,4 101:18 101:20,21 102:10 113:22 114:1,1,3,10,14 114:15,22 115:17 125:22 136:23 153:16 154:5
**dated** 42:20 43:3 65:25 100:5 110:25 144:20 145:9 148:6
**dates** 112:23,24
**david** 1:20 2:13 5:3,9 6:13 8:6 8:19 12:1 151:3,23 152:6 153:5
**day** 52:2 123:5 133:16 137:3 151:19 152:14
**days** 26:5 41:8 138:19
**deane** 4:3 6:25
**decide** 31:21 57:18,21
**decided** 65:5
**decides** 89:4
**decision** 97:6 97:11,12
**decisions** 65:13 85:19,23
**declaration** 16:11 103:20 121:2 122:13 138:25
**declarations** 11:16,18 17:14
**dedicated** 25:18

**default** 20:1 21:19 47:18 48:7 51:5 54:18 72:9
**defend** 39:17
**defendant** 1:13 3:11 6:14 7:15 14:16 15:8
**defended** 39:18
**degree** 48:17
**delaware** 1:12 6:17
**deleted** 69:5
**deletes** 68:17
**deleting** 69:7
**delivery** 20:9 150:10
**demand** 94:22 95:6
**demands** 82:17 90:2
**demonstrative** 134:22
**depend** 30:25 34:13 61:25 87:20 93:12 121:22
**dependent** 77:18
**depending** 58:6
**depends** 26:3 31:1 82:20 84:2,24 90:4 91:7 94:1
**depose** 12:14
**deposed** 9:25
**deposition** 1:19 2:13 5:2 6:13 6:22 9:22 10:5 10:7 11:3 16:14,24 17:2 17:3,7 52:5 60:23 124:25 125:11 126:3 147:23 150:5 150:21 153:19 153:23,25 154:8,10
**describe** 17:2 43:10 71:24 76:2
**described** 116:25 127:9
**describes** 29:22 29:25
**describing** 68:24 143:10
**description** 24:1 67:2
**design** 18:18,23
**designate** 148:23 149:24
**designated** 13:24
**designation** 149:19
**designations** 124:24 149:2
**designed** 145:24
**destinations** 48:13
**detail** 46:22 67:8 132:8
**detailed** 136:13
**details** 48:25 76:5 110:8
**determine** 20:6 58:24 59:7,19 84:16 104:11 121:6,25 137:20
**determined** 121:8 153:18 153:23 154:7
**developed** 18:16
**developer** 36:10
**devoted** 148:3 148:5
**diagram** 33:1
**dice** 77:17
**difference** 127:9
**differences** 25:15 53:21 126:25
**different** 20:13 24:10,17 32:5 39:5 82:17 90:15 93:18 96:15,16 97:15 107:13 112:7 114:8 116:23 117:23 118:12 118:15 126:17 129:12
**differently** 65:16 69:12
**digit** 32:1 33:24 36:6,20
**direct** 37:16 63:1,13 109:14
**directly** 24:7
**directory** 130:23 143:8 143:23
**disagree** 127:3 149:15
**disappear** 88:14,22 119:4
**disclose** 14:8
**disclosed** 17:5
**disclosure** 134:15
**disclosures** 133:3
**disconnect** 28:15 69:6 89:4
**disconnects** 71:1
**discovery** 74:5
**discrepancy** 110:16,18 112:1,1

**discuss** 150:1
**discussed** 60:8 69:6 88:11 92:18 127:22
**discussing** 48:8 63:9
**discussion** 102:11
**disk** 119:13,19
**dispute** 75:17 75:20
**disputed** 75:19 82:16
**disputing** 46:10
**dissertation** 39:18
**distinguish** 107:20
**distributed** 40:19
**distribution** 35:1 36:3 37:4 38:22 147:5,9
**distributions** 35:19 36:5 39:5
**district** 1:2,3 6:19,19
**divide** 93:17
**division** 1:4 6:20
**docket** 134:4 134:14
**document** 5:18 5:20 12:4 35:9 53:3,9,15 54:8 54:15 55:22 56:2 66:1 100:2,7,19 102:1,24 110:9 111:1,4,22 130:1,13,20 136:2,11 143:19
**documents** 17:4 42:25 60:13 62:3 122:22 141:6 141:23
**doing** 14:20,21 39:23 145:23
**dollars** 16:13
**doubt** 49:6 75:7
**doubts** 64:16 64:22
**download** 18:15 19:2 24:16 25:17 26:2,7 28:3,16 30:12 32:3,21 35:10,22 36:23 37:10,14,16 38:23,25 46:11 51:2,22 61:3 63:1,13 68:14 68:20 69:18 70:7,18 72:14 80:8,24 82:10 85:8 87:15,19 88:4,9,16,25 89:3,5,9,10,17 89:18,20 90:10 90:24 91:4,12 91:17,25 92:5 92:22 93:1,4,5 93:11,21 94:13 96:24 97:2,18 98:11 110:8 114:12,17,20 115:1,4 117:5 117:6 118:2,14 122:24 123:1 142:2,7 145:22 147:16
**downloaded** 5:21 27:11 28:10 30:8 31:16 36:16 37:18 51:9 74:21 80:5 81:13 87:21 88:14,23 92:11 93:16,19 111:16,21 112:11,25 114:21 118:25 121:16 123:6 130:21 133:6 133:15 136:15 137:3,21 138:8 138:12,17,18 139:2,4,10,14 140:11 141:19 143:20 147:3
**downloading** 24:7 25:23 27:9,22 28:7 29:12,17 35:18 35:23 37:1,5 59:4,17 63:17 65:6,9 68:5 73:12 81:18 82:14,21 83:7 85:3 88:3 90:11,14 92:21 93:3 99:20 113:18 117:21 118:5 132:2 140:15 144:15 145:5 146:2,7 146:10,11,14 146:22,25 147:11
**downloads** 24:14 25:16 44:8 45:19 67:17 71:12 85:13 96:17
**dozens** 34:10
**dr** 5:14 6:13 8:21,23 9:20 10:19 11:2 12:8 17:18 26:15 41:12,20 41:22 42:9,10 42:11,19 44:1 51:25 52:21 53:13,24 65:18 65:19,24 67:6

67:21 71:14 73:19 74:4 86:16 87:9 115:18 120:7 125:3 130:12 134:17 136:7 144:10 148:20
**drawn** 128:15
**driver's** 8:9
**due** 23:1 116:4
**duly** 8:9 152:8
**dumb** 34:1,3
**duxiu** 131:1,18 131:20
**dynamic** 117:10
**dynamics** 90:4

**e**

**e** 3:1,1 4:1,1 5:1 5:7 6:1,1 9:11 9:18 26:25,25 27:1,1,17,17 31:5,5 35:15 41:13 42:6,9,9 42:11 129:22 135:6,17 140:6 151:1 152:1,1 153:9,12 154:1
**earlier** 39:18 49:11 65:19 69:7 71:21 94:12 103:7 112:14 120:9 127:15 147:22
**early** 18:17
**easier** 108:2
**easy** 122:5
**ec2** 45:3,10 47:8 48:5,12 62:5,10 123:7 133:5 136:15 137:5,11,14 138:9 145:13
**economist** 42:12
**ecs** 131:24
**effect** 10:9
**effective** 46:8
**efficient** 13:12 36:13,23
**eight** 85:15 86:2 94:11,14 94:18 95:9 97:16
**either** 13:8 29:4 48:11 51:12 83:12 90:24 99:14 100:16 105:25 106:4 140:10
**elastic** 45:4
**electronically** 129:25 135:22
**empirical** 122:17 132:21 132:22
**employed** 36:8 58:25 145:6
**employees** 48:2 60:14,18 61:9 61:13,17 62:1 62:6,8,12,23 63:18,23 64:3 64:16,22
**enable** 54:19
**ended** 23:8 143:5
**endurance** 52:4
**enforce** 47:16
**engage** 80:7
**engaged** 13:8
**english** 31:7 35:11 37:10,19 37:21,25 38:4 38:6,8,16 131:19
**enter** 88:13,22
**entered** 89:8 90:9,14 134:5 138:25
**entering** 89:11
**entertained** 64:16,22
**entire** 31:17 32:8 97:1 121:3 124:10 149:19
**entirely** 75:2 80:8 91:12
**entirety** 37:21 38:5,8 120:15
**entities** 34:14
**entitled** 5:18 11:25 52:6 67:1
**entity** 140:15
**environment** 145:14
**equal** 85:1 87:24
**equally** 97:25
**errata** 153:14 153:16 154:3,5
**error** 56:6 139:13
**esq** 3:8,16,24 4:4,6 153:1
**essentially** 63:11 94:3
**established** 47:23
**estimate** 16:18 78:18 79:1,7 81:4,8 87:13 114:11 115:7
**estimates** 140:4
**et** 1:7 6:15 153:4
**evaluated** 85:19 97:11,13
**evasive** 90:18
**events** 76:16,19
**evidence** 61:2,5 92:6 108:3 109:14,18,23 123:3 126:2 128:8 132:21

132:22 134:23 137:16 142:1,9 142:11,12 145:5 146:20 147:8
**exact** 9:5 16:5 34:12 53:22,23 106:3
**exactly** 18:6 22:17 79:19 92:4 97:3,23 100:11
**examination** 8:13 125:1 127:14 142:18 149:5,7
**examined** 8:10
**example** 13:16 22:19 24:7 25:7,18 33:18 34:24 35:3,17 38:11 40:21 41:1 51:16 57:11 58:8 76:18 77:15 78:1 79:22 88:13,18,20 89:1 92:14 93:1 94:25 95:8 98:16,21 117:12 121:12 133:10 138:4
**examples** 25:4 34:21 38:21 56:21 62:14,18 109:8
**excel** 136:25
**exception** 151:7
**exceptions** 119:2
**excerpt** 100:3 100:13,20
**exchange** 19:21 32:8,10,11 49:17 96:7 116:13
**exchanges** 19:23
**excluded** 100:12
**exclusive** 138:4
**exclusively** 27:8
**execute** 109:3
**executed** 108:24
**exercise** 35:13
**exhibit** 5:9,12 5:13,15,16,18 5:20 11:24 12:3,4,22 41:17 42:20 43:13 44:3 53:2,3,7,9,14 53:24 65:23 66:1,4,16 71:15,16 79:25 94:8 100:1,7 100:19 103:1 110:23 111:1,9 125:11 129:13 129:20,21 130:1 133:20 135:4,14 136:2 136:7 140:24 141:20 142:21 145:10
**exhibits** 142:21 149:1
**exist** 18:22
**existing** 143:5
**expand** 25:2
**expect** 85:6
**experience** 23:18 30:17 33:12 47:11 82:8 92:9
**experiment** 60:3,7 75:23 76:3,6,8 77:5 77:20,23 78:5 78:11,17 79:1 132:11,16,20
**experiments** 58:23 59:2,6 59:11 76:14
**expert** 5:13,16 8:24 10:6 11:25 12:14 13:14,15,24 17:9,15,19 41:11 42:19 43:2,12 48:24 61:12 63:14 65:24 92:9 101:14 126:9 134:3,7,9,23 138:22 145:8 148:6 149:10
**expertise** 132:17
**experts** 42:2,16
**expires** 152:23
**explain** 30:18 46:22 62:4 71:22 96:13 110:1
**explains** 113:2
**exploring** 79:11
**extend** 54:18
**extends** 19:25
**extension** 21:17 21:23 54:22 55:20
**extensive** 20:20
**extent** 15:15 53:19,20 63:9 64:8 66:7 83:3 100:11 124:3
**extra** 95:13
**extremes** 98:15
**eyes** 1:16 2:10 148:25

**f**

**f** 152:1
**face** 143:21
**fact** 22:3 28:21 46:12 103:7

109:19 112:11 116:9
**factor** 92:16
**factors** 31:1 73:8 82:9,13 83:6,8 84:15 88:7 93:8,8 117:11
**facts** 46:9 47:5
**fail** 50:4
**failed** 50:9,11 50:14
**failure** 25:24
**failures** 22:22
**fair** 67:2 75:21 93:22 101:10
**fall** 39:21
**familiar** 33:10 67:10 68:23,25 116:17
**far** 17:1 19:17 48:23 58:21 60:8 75:3 104:24 105:15 108:6 116:5 119:17,18 124:20 125:5
**fast** 83:2
**faster** 19:21,22 35:24,25 36:22 85:8,13
**feasible** 121:11
**feature** 137:1
**february** 5:10 12:1 42:20
43:3,8 54:5,9 74:18 100:5 110:25 125:12 125:18,22 126:18 132:6 144:21 145:9 148:6
**federal** 154:1,8 154:9
**feel** 123:11
**felt** 65:14,15 68:8
**fic** 131:3,4,6,15
**fiction** 109:18 109:24 110:19 111:17 112:19 129:17 131:4,5 131:17
**field** 140:18
**fields** 78:25
**fig** 143:1,1,15 143:16
**figure** 64:21 122:2,24
**figures** 20:19
**figuring** 58:20
**file** 5:15 13:9 26:2 27:21 29:13,21,21,24 30:9,11,13 31:12,21 33:1 33:2 47:7,12 47:13,20,23 54:4 68:18 69:4 81:17
100:21 101:8 101:15,16,21 101:23 102:4 102:12,13 108:19 112:9 112:10,15,17 113:9 114:2,7 114:19,22 115:16 119:14 143:9
**filed** 6:18 11:15 60:6 122:14
**files** 18:15 19:2 19:3,4 23:22 24:2,4,6,7 26:8 38:12 62:15 74:21 75:4,5,7 81:20 100:3 101:1,8 112:18 113:16,22,23 130:21 132:2 143:8,20
**filing** 150:2
**filled** 56:16 58:4,14 86:2 94:15,19 95:10
**filtering** 136:18
**final** 150:10
**financially** 7:5
**find** 19:15,20 20:24 79:11,19 121:14
**findings** 62:9
**finish** 79:15 81:21
**fires** 70:11
**firewall** 49:25 50:2,8,12 55:16
**firm** 7:14
**firms** 13:11
**first** 9:2,4,8 10:2 11:3 17:9 17:22 18:12 19:6,11 31:11 35:17 36:15 47:4 52:2 85:25 100:20 100:22 101:1 101:12 108:22 109:8 125:6
**fit** 140:5 146:13 146:24
**five** 11:23 12:24 13:3,3 16:1 119:23 143:25
**fixed** 25:4 77:7 77:11,13 78:2 78:8,12
**flagship** 21:7
**flexner** 3:4 7:22
**flip** 76:22,23
**flipping** 76:8
**fly** 126:10
**focus** 15:19 63:20 66:12 67:25 68:2 77:5 110:14 136:19

**focused** 64:15 64:20 80:13 105:10 108:8
**focusing** 17:5
**folder** 67:3
**folders** 143:15 143:17,18
**follow** 14:25 124:20 144:2
**following** 62:22 81:5 125:5
**follows** 8:11 153:8
**foot** 14:9
**footnote** 53:5 122:20
**force** 10:9
**foregoing** 151:4 152:10
**forever** 85:11
**form** 16:3 23:20 24:9 25:19 28:19 36:4 37:23 41:6 46:15 49:9 50:21 56:13 59:10 61:4,10,19 62:2 63:6 64:7 65:12 67:18 68:1 70:24 74:2 75:9 89:21 91:18 92:2 97:22 98:25 104:13 104:19 105:7 105:18 106:11 106:20 107:24 109:1,16 112:3 112:13 113:24 115:5 120:17 121:10,20 122:4,19 124:2 130:18 132:25 137:7,22 140:13 142:4 147:18
**formal** 17:15
**formatted** 35:9
**forming** 63:14
**forth** 102:17 152:8
**forward** 49:23
**found** 43:16 142:11
**fourth** 54:2
**fraction** 122:6
**francisco** 1:4 3:6 6:20
**frcp** 154:1
**frederiksen** 5:17 43:2,8,15 44:6 45:22 47:6 74:4,18 80:9 100:4 101:6 103:20 104:7,12 105:14 110:20 110:24 111:9 111:20 112:8 113:10 120:23 122:13 127:24 128:3 129:11 129:15 131:8 131:10,13,16 138:24 146:8 147:1,2
**free** 10:13 36:9 49:21
**freely** 59:14
**frequently** 30:24 126:13
**friday** 2:7
**front** 9:12 12:2 53:8,11 60:12 66:3,25 71:20 100:15 129:8 129:24 136:8
**full** 57:13
**fully** 12:16 26:14 27:11
**function** 68:15 68:16 69:24 70:8,11,19,22
**functionality** 54:19
**fundamentals** 40:16
**further** 134:6,9 141:13 142:14 144:2 148:17 151:5
**future** 58:11 141:14

**g**

**g** 6:1 27:1,17
**garbled** 107:6
**gather** 9:24 18:17 23:25
**general** 25:20 30:22 39:11 61:23 79:18 82:13 91:21 93:5 146:11
**generally** 17:2 31:2,18 67:10 85:2 109:6
**generate** 121:15
**generated** 102:7,16
**generic** 55:9
**gentleman** 41:12
**getting** 35:1 43:21 76:4 87:2 107:5 113:7 117:22 117:22 118:10 119:24 133:23
**gigabits** 83:1
**gigabytes** 36:6 36:20 38:19 137:2 139:23
**give** 10:3,24 11:23 12:13 14:8 19:20 25:4 34:21 63:5 88:18

94:4 95:13 98:21 114:24 135:9 145:1
**given** 11:4,8 31:11 72:19 81:6 98:11 104:5 123:5 143:6
**gives** 28:2 31:17 114:20 123:3
**giving** 10:20 11:12 64:6 65:2 107:16,21
**go** 6:11 17:7 18:11 26:6,9 26:16 42:3 46:8,21 50:12 58:9 65:6 79:24 85:10 86:6,23,25 88:8 99:12 102:25 110:3 115:11,22 124:25 128:19 129:3 133:1 135:20 148:22 149:25
**goes** 26:1 88:10 108:6 114:19 118:1 141:13
**going** 6:4 10:3 12:8,9 29:23 34:1 51:16 52:1 67:8 76:1 76:24 86:2,9 90:24 93:12,20 96:19,20 118:5 119:25 124:13 126:4,19,23 127:12 128:21 129:8 134:7 135:2,6,13,24 140:21 150:5 150:16
**good** 6:3 8:15 8:16 52:2 116:13
**grand** 139:4,7
**great** 39:12 96:8
**ground** 98:14 116:5
**grounds** 125:24
**guess** 22:1 46:22 55:18 56:14 63:3 83:9 89:1 93:14 98:6 101:3 112:15 127:11 148:8
**guys** 119:24

**h**

**h** 5:7 27:17
**half** 148:12,15
**halfway** 98:4
**hand** 152:14
**handed** 53:13 111:8
**handful** 107:1 107:4
**handled** 153:8
**hang** 135:19
**hanover** 3:13
**happen** 22:23 57:25 58:2 88:19,21 91:22 94:21 119:3
**happened** 70:4 128:2
**happening** 76:16 82:3 138:6 141:7 142:12
**happens** 118:24
**happy** 104:2 123:19
**harbor** 123:14 123:24 124:9
**hard** 21:24 22:14 102:1 122:5 135:9
**head** 16:5 36:19 37:16 42:24 47:24 57:15 58:17 80:13 148:8
**heading** 55:23
**heads** 76:10,24
**health** 10:22
**hear** 10:4
**heard** 33:9 41:24 74:9,12 74:15 76:1 78:22
**held** 2:14
**help** 62:4
**helped** 43:23
**helpful** 106:5
**helping** 13:11
**hereinbefore** 152:7
**hereunto** 152:13
**high** 43:11 48:15 131:25
**higher** 28:2 138:20
**highly** 1:16 2:10 148:24 149:20
**historically** 32:2
**hmm** 41:15 49:14 80:1 84:5 94:10 105:3 142:23
**holds** 78:15
**hole** 46:19 47:2 49:12,15,24 51:13,15 52:25 54:22,24 55:4 55:6,12,14,15 55:20 56:17 57:19 59:1,5 59:17 145:19 146:12,24

**honestly** 129:6
**hospital** 14:12 15:19
**host** 20:6 24:21 24:23
**hosted** 26:4
**hosting** 36:12
**hosts** 19:19,20 20:3,13,24 131:22,24 132:4,5,8
**hour** 16:13,14 52:1 80:24 81:3,10 87:14 115:4,7 122:16
**hours** 16:17 73:9 147:24 148:2,4,10,11 148:15 150:7
**house** 7:18
**hundred** 25:8
**hundreds** 26:12 34:10 36:19 66:8 140:7,8

**i**

**i.e.** 109:9 145:25
**i.s** 68:15,16
**ia** 131:2,13 143:1
**idea** 19:24 76:5 117:4
**identical** 59:13
**identification** 12:5 53:10 66:2 100:8 111:2 130:2 136:3
**identified** 8:8 18:14 19:1,15
**identify** 19:19 113:18
**identifying** 43:14 110:17 114:15
**ignore** 56:4
**images** 38:11
**imagine** 58:5 58:19 95:1,3
**impact** 59:7,21 90:24
**implement** 145:3
**implementati...** 54:21,25 55:23 57:1,20 58:7 95:21
**implementati...** 18:4
**implicate** 123:22
**implications** 68:5
**importance** 114:13
**important** 63:13 64:11,13 122:6 126:15
**improper** 149:6
**improve** 20:4
**inappropriate** 63:24
**inbound** 46:12 48:9,18 50:5 51:6 59:25 136:21 146:15
**inbox** 9:13
**inception** 147:25
**include** 141:12
**included** 19:4 38:12 100:12 109:24 110:21 112:7,11,16 153:14 154:3
**includes** 16:22 101:18 102:9 147:10,11
**including** 7:9 19:8 48:3 123:4
**incoming** 47:25
**increase** 24:18 85:2 146:1
**increases** 82:4
**independent** 61:17,21 76:19 77:8,12,15 78:9,12 97:12
**independently** 97:13
**index** 130:25 130:25
**indicate** 63:16 141:6,24
**indicated** 11:4 122:23
**indicates** 106:14 109:18 110:20
**individual** 1:8 6:16 81:15,16 92:25 99:2,5 99:13 122:10 123:1 140:14
**industry** 11:23 12:24 13:6,21 15:25
**influence** 82:9 88:8 93:9
**information** 14:7,11 20:24 71:6 104:5,12 113:5,12,16,19 113:22 115:13 115:15 121:8 121:15,23 122:21,21 127:23,24 131:22 132:3,7 132:15 134:2 136:23
**infrastructure** 47:16 48:16,19 48:21 49:1,4,7 143:7
**initial** 18:19

**initiate** 49:16 51:20 56:10 145:21
**initiated** 46:3 46:13 50:13,20 51:10,12
**initiates** 50:3
**initiating** 50:7 56:4,12,22 57:3,10 58:16
**input** 83:20
**insight** 19:24
**install** 21:18
**instance** 45:14 62:15 81:12 94:23 114:8 140:15 143:22
**instances** 38:24 39:4 44:8 45:4 45:10,18 46:2 46:11 47:8 48:5,12 49:5 50:18 51:1,4 59:9,13 62:5 62:10 123:7 128:9 131:25 133:5,7,16 136:16 137:6 137:11,14,18 138:10
**instantiated** 45:16
**interacted** 42:15
**interaction** 42:5,7
**interest** 96:3 99:15,17 116:4 116:6
**interested** 7:5 29:16 72:7 79:10 96:5 116:12
**interesting** 18:15 19:1
**interests** 115:19
**internet** 19:16 20:14 73:20 74:21 80:15 100:22 129:12 131:2,13 133:4 133:7 136:19
**interpretation** 64:25
**interpreted** 69:12
**interpreting** 61:14
**interrupt** 87:5 126:6
**interval** 97:5
**interviewed** 60:17
**introduce** 8:1 53:2 65:23 129:19
**introduced** 18:13
**introducing** 26:19 134:3
**introduction** 149:10
**involve** 69:7
**involved** 14:17 15:15 18:18 39:6 48:14 61:2,6 136:16
**involvement** 23:16
**involving** 60:13
**ip** 48:1
**ips** 48:18
**issue** 23:2 73:20,22 82:1 86:6 105:16,17 113:11 145:19
**it'll** 86:25
**item** 88:10

**j**

**january** 65:25
**job** 1:25
**joined** 95:4
**jonathan** 5:14 41:12 65:24
**josh** 16:10
**joshua** 3:8 7:21
**jstein** 3:9
**judge** 135:2
**june** 133:17 137:4 139:8 141:14

**k**

**k** 41:13
**kadrey** 1:7 5:19 6:15 153:4
**keep** 90:17 94:5
**kids** 41:8
**kilobyte** 33:17
**kilobytes** 25:8 33:14,15,19 34:2
**kind** 25:11 80:9 93:17 101:10 104:1,2 107:6 108:5 113:12
**kinds** 67:10 128:14
**know** 12:6 13:23 15:2 17:14 22:17 30:4 31:6 33:20 40:2 41:7,9 42:10 46:6 48:14,23 50:9 53:7,22 57:11,14 58:18 60:8 63:19 64:12,14,19 65:3,8 74:5 78:22,24 79:5 80:11 83:13 91:1 98:12 100:6,11 101:13,20,22 101:25 102:6 102:16 103:19

105:19,23 106:3 113:1,11 115:10 117:13 119:17,18 120:21 124:7 128:2 129:4,17 137:5 138:2 140:24 143:4 143:14,17
**knowing** 112:22 122:8
**knowledge** 17:16 42:14 63:16 152:11
**known** 41:4 81:6 104:18,20 121:18
**krein** 5:14 41:12,20,22 65:20,25 66:5 66:16 67:21 68:10 69:3 108:15
**krein's** 67:6
**kyanna** 4:4 7:17

**l**

**l** 5:14 27:17 42:6,11
**lack** 32:22
**language** 35:11 37:11,20,22,25 38:4,6,8,16 57:6,22 147:21
**large** 24:2,3,6 31:13 36:3 81:20 93:16 137:25 139:24
**larger** 87:23
**late** 9:16
**launch** 48:2
**law** 7:14 13:11
**lawsuit** 10:1
**lawsuits** 13:8,9 13:16,19 16:2
**lawyer** 123:12
**lawyers** 7:18 13:7
**leaching** 145:17
**lead** 90:7
**leading** 141:22
**leads** 19:22 32:11 137:17
**learn** 138:11
**learned** 133:12
**leave** 28:23 41:9 64:12 69:1 134:9 149:11
**leaves** 89:3
**led** 19:24 21:16
**leecher** 28:5 29:4
**leechers** 27:22 30:21 83:15 89:7 95:8 99:18 116:9 145:22,25
**leeching** 27:17 28:22 73:9,11 82:3
**legal** 11:22 12:23 13:5,21 15:25 153:7
**level** 26:18 40:13,14 43:11 48:15 103:22 121:1,8 122:2 127:22,23 132:8
**leverage** 20:21 20:23
**lexicon** 33:7
**li** 131:3 143:1 143:15
**lib** 62:16 67:3 73:21 74:14,22 80:15 100:25 129:13 131:10 131:14
**liberty** 15:10
**libgen** 62:16 73:21 74:8,22 80:5 100:24 109:18,24 110:7,8,9,19 111:5,21 112:19,19 129:12,17 131:3,4,5,6,7 131:15,17 143:1,1,15,16
**libgen.li** 131:4
**libgen.rs** 111:17 112:25
**libraries** 109:25
**library** 68:18 131:14
**libtorrent** 85:15,19 95:20 104:17
**license** 8:9
**light** 108:4 126:2
**likelihood** 76:9 76:15 98:22 106:14
**likely** 19:4 20:15 23:1 27:25 49:10 91:25 103:15 128:15,17
**limit** 72:18 93:24
**limited** 24:12 25:1 83:3,3,4 83:17 115:13 149:22
**limits** 85:9
**line** 53:25 54:2 72:12 82:19 123:9 151:9 153:15 154:4
**link** 37:16 83:2 93:13

**linux** 35:1,18 35:22 36:2,5 37:4 38:22 39:5 101:14
**list** 74:20 101:1 112:9,10,16,17 113:10
**listed** 142:25 151:8
**listing** 101:15 101:17 129:14 136:13 143:8 143:23
**listings** 5:15
**lists** 114:2
**literature** 79:4 79:12,20 116:24
**litigation** 17:10
**little** 22:14 25:2 29:19 87:7 140:5 149:22
**llp** 2:14 3:4,12 3:19 6:23 7:15 7:22
**local** 68:18
**location** 6:22 135:18
**locked** 47:18 153:12 154:1
**log** 48:2 141:11
**logic** 71:10
**logs** 133:3 141:8 142:13
**long** 62:17 81:19 82:22,23 114:11 140:17
**longer** 27:8 28:24 67:5 68:19 82:2,2
**look** 9:25 59:4 60:1 99:2 101:16,23 102:21 112:17 130:7 135:1,5
**looked** 67:7 69:16 79:9
**looking** 12:15 45:3 67:9 101:7,12 102:4 102:9 138:6
**looks** 66:9 102:9 130:22
**loose** 29:19
**lopes** 42:6
**lost** 50:23
**lot** 31:1 35:7 36:12,15 46:22 77:24 89:3 102:20 124:7
**luncheon** 86:11

**m**

**m** 29:7 35:15
**machine** 45:15 93:20
**machinery** 21:12
**machines** 44:17 44:17 45:7,8,9 45:11 143:22
**mactex** 35:6,14 36:7 37:1 38:22
**made** 20:2 46:18 62:1 65:14,15 80:23 97:6 113:8
**mail** 9:11,18 129:22 135:6 135:17
**maintain** 90:19
**maintained** 21:25 22:3
**majority** 133:8
**make** 10:16 13:11 30:5 32:13,23 44:11 52:3,9 62:21 63:8 115:9,12 115:14 116:5 122:16 126:6 144:1 149:12 153:14 154:3
**makes** 31:20 44:24 108:2 134:6
**making** 27:14 115:8
**mapped** 122:9
**maps** 122:10
**march** 2:7 6:5 53:19 133:16 134:5 152:15 153:3
**mark** 3:16 7:13 11:24 52:13 99:25 110:22 124:17,18 129:20 133:20 135:14 153:1
**marked** 12:3,4 42:20 43:12 44:2 53:9 66:1 94:8 100:7,10 103:1 111:1 130:1 135:4 136:2 140:23
**massachusetts** 1:21 2:15 6:24
**master's** 22:8 40:13,16
**material** 68:7 139:5
**materials** 41:14 74:20 75:14
**math** 77:24 108:2 122:2 148:9
**mathematical** 76:15
**matter** 6:15 45:3 61:17,20 74:10 82:22 134:12 152:11
**matters** 11:16
**mean** 13:7 23:13 26:19 29:20,20 30:18 54:16 56:25

57:11 61:21 77:11,13 79:14 79:17 83:10 84:21 89:11 95:24 116:21 126:5
**meaning** 27:14 28:10 31:7 72:13
**means** 29:11 30:3 69:5 70:11 83:12,16 115:10 132:16
**meant** 21:18
**measurements** 20:20,21 21:1
**measures** 144:14,16 145:6 146:5,21 147:15
**mechanisms** 145:12
**media** 6:12 38:9,10 150:7
**medication** 10:18
**megabyte** 25:10 34:2,4
**megabytes** 32:2 33:24 36:20 139:23
**memorize** 66:8
**memory** 144:22
**mention** 12:22 108:17,18
139:15
**mentioned** 18:25 26:11,17 29:6 48:10 49:12 60:4 65:18 83:5 96:1 125:21 126:3 128:1 129:15 133:10
**mentions** 103:21 139:1
**merely** 134:18
**merit** 2:17 152:4
**mess** 49:20
**message** 56:5,6 56:15
**messed** 98:19 118:12
**messrs** 130:3
**meta** 1:11 4:5,7 5:19 6:17 7:17 14:15,16,17,19 14:20 15:12 45:19 46:3,13 48:1,1,11,18,21 49:8 50:19,25 51:9,9,17,20,22 58:25 59:8,14 60:14,17 61:9 61:13,17 62:1 62:6,8,11,22,25 63:23 64:3,16 64:21,25 73:5 73:12,17 74:1
77:4 81:6 82:5 82:25 88:2,14 88:23 89:10,16 91:4,8,9,16,24 93:2,9 96:12 96:25 97:7,10 97:14,18,20,20 97:25 98:19,23 103:4,11,17 104:25 106:8 106:18 107:3,7 107:17,22 120:11,15 123:6,12,14,18 123:25 124:8 128:5,8 132:18 133:5,22 134:19 137:3 137:16 138:3,7 141:19 143:7 145:6 146:9,20 147:2,6,10 153:4
**meta's** 49:1 50:18 59:7 88:16,24 89:16 96:11 123:7 134:14 138:21 141:3,5
**method** 71:1
**michael** 1:24 2:16 8:3 152:3 152:19
**michelangelo** 7:21
**michelle** 4:6 7:16
**microphones** 6:6
**middle** 96:18 96:22 98:14
**midway** 50:23
**mike** 60:24 61:1
**million** 105:20
**mind** 9:6 50:22 61:8,13 62:20 86:23 150:19
**minimal** 23:15
**minute** 119:23 143:25
**minutes** 81:22 81:22 150:7
**missed** 104:16
**misspoke** 37:24 38:3
**mm** 41:15 49:14 80:1 84:5 94:10 105:3 142:23
**model** 96:14,23 97:12,17,19,23 99:1,2,5
**modeling** 128:12,14
**models** 79:6
**modification** 114:15
**modified** 54:3,4 113:17 114:1,7

**[modified - number]**

114:23
**modifies** 20:1
**moment** 97:8 119:20
**monday** 150:11
**money** 36:12
**monitoring** 22:20
**montgomery** 3:5
**months** 9:6,15 141:13
**morning** 6:3 8:15,16
**morton** 3:24 7:19,19 124:17 129:23 130:4 130:11 150:16
**mount** 143:9,11 143:20
**move** 135:1
**movies** 23:23
**multiple** 22:24 24:16 26:5 34:7 72:3 81:15 82:18 93:15 117:23 118:6,10,11,14 118:15
**multiplied** 34:5
**multiply** 140:7
**music** 19:3,4 23:23
**mute** 6:8
**mutual** 96:2 99:14,17 115:19 116:4,6
**mweinstein** 3:17 153:2

**n**

**n** 3:1 4:1 5:1 6:1 27:1,17 41:13 42:9
**name** 6:25 8:17 8:19 45:11 101:19,23
**named** 41:12
**names** 40:14 101:8 142:25
**nature** 39:4 62:4 117:19
**nearby** 19:19 20:3
**nearly** 59:13
**necessarily** 82:22 85:12 86:3 90:3 95:24 117:1
**necessary** 68:7 153:14 154:3
**need** 12:16,17 27:9 36:16 46:21 52:5 78:5 86:24 99:11 128:12 128:13 148:23
**needed** 43:16 62:18 133:14
**needing** 24:22
**needs** 96:2
**negative** 90:25 123:14,25 124:4,9
**network** 20:20 22:21,22,25 23:1,2 28:12 28:16 44:7 45:24 47:14,16 58:24 59:8,20 59:24 68:20 70:22 83:21 84:3,10 93:13 117:24 119:4
**networking** 21:9 40:12,17 40:18 55:5 145:13
**networks** 20:10
**never** 74:12 76:9 140:14
**new** 54:19 89:14,24 90:2 134:3,20,22 145:2 149:10
**newly** 89:8,11 90:9
**nhosts** 19:16 24:17
**nicely** 35:9
**non** 76:2 111:17 131:6 131:15
**nonfiction** 112:5,20,25 129:16 131:7
**northern** 1:3 6:19
**northwestern** 42:12
**notarial** 152:14
**notary** 8:10 152:20
**notating** 153:15 154:4
**note** 6:5 7:15 125:21 127:16 134:13,15
**noted** 101:2
**notes** 55:24 152:10
**notice** 2:16
**noting** 66:18
**november** 152:24
**number** 6:21 16:5 22:1 24:10 32:4 34:12 72:10,18 82:12,16 83:6 84:16,18 102:10 105:19 105:25 106:4 116:22 122:1 130:9 134:4 136:12 139:24 142:25 153:15 154:4

**numbers** 25:6 81:22 128:10
**nw** 3:20

**o**

**o** 6:1 42:6
**o'connor** 1:24 2:17 8:3 152:3 152:19
**oath** 7:3 9:22 10:8 125:7
**object** 16:3 23:20 24:9 25:19 28:19 36:4 37:23 41:6 46:15 49:9 50:21 56:13 59:10 61:4,10,19 62:2 63:6 64:7 65:12 67:18 68:1 70:24 74:2 75:9 89:21 91:18 92:2 97:22 98:25 100:10 104:13,19 105:7,18 106:11,20 107:24 109:1 109:16 112:3 112:13 113:24 115:5 122:19 124:2 126:5 127:12 130:18 132:25 137:7 137:22 140:13 142:4 149:18
**objection** 53:18 100:18 101:2 120:17 121:10 121:20 122:4 126:7 127:17 134:13 135:15 138:15 139:6 140:3 141:21 147:18 149:4 149:12
**objections** 7:6
**obligations** 134:15
**observation** 20:9,13
**observed** 23:21
**obtain** 34:16 40:3
**obtained** 17:25 121:24
**obtaining** 34:23
**obviously** 9:21 11:11 17:19 26:7 36:2 43:3 55:1 66:10 71:5 83:6 84:2 84:10 102:18 109:13 118:18 127:12 135:17 149:3
**occurred** 133:5 145:16
**occurring** 113:19
**offer** 46:23
**offering** 89:2
**office** 153:11
**officially** 19:19
**okay** 8:23 9:8 10:3 12:8,12 12:18,20 13:10 13:23 14:17 15:2,20 16:11 17:1,13 18:7 18:25 23:11,17 26:6,15 29:14 30:14 32:25 33:15,23 34:15 34:24 36:2 38:20 40:2,7 42:1,19 44:4 45:22 47:1 49:11,20,22 51:25 52:11 53:12 54:11,20 55:22 57:17 60:7 61:7 64:9 66:14 67:12 68:9,11 69:15 75:3,12,21 78:16,21 80:15 87:7 92:23 93:7 101:10,24 102:20 103:2 104:22 106:7 107:21 108:11 110:3,6 112:15 119:21,23 121:25 123:9 127:16,21 130:15 133:19 135:19 142:16 146:3 147:22 148:11,19 149:14 150:14
**once** 28:22 68:15 69:23 70:7,17 72:11 90:20 118:6 119:9 134:25
**ones** 40:10 47:17 58:19 59:14 62:19 110:11 132:1,1
**online** 24:21
**open** 10:10 35:16 36:9 51:17
**opening** 5:13 57:23 65:24 66:17 146:5
**operating** 34:24 35:1 44:20
**opinion** 63:14 106:17 107:17 107:22 144:20 145:2,2 146:4 147:15
**opinions** 12:11 44:6,15 45:23 46:6 52:24

61:12,16,20,24 62:13 63:5 64:6,9 65:2 66:13 126:20 145:8
**opportunities** 82:3 128:5 134:25
**opportunity** 11:24 46:24 57:23 75:20
**opposed** 23:3 35:22
**optimistic** 90:10,12
**option** 117:13
**oral** 11:12
**order** 1:17 2:11 32:1 33:13 36:6,17 38:19 50:15,17 51:1 51:8,17 53:2 97:17 100:1 110:23 134:11 149:1,9
**original** 153:10 153:20,22
**outage** 23:2
**outbound** 50:13 136:22 138:1
**outcome** 7:5 108:5
**output** 83:21
**outside** 41:23 48:10,11 55:7 127:13 130:19 141:7,10,24
**overestimating** 81:25
**oversee** 39:8
**oversight** 113:21
**own** 82:24

**p**

**p** 3:1,1 4:1,1 6:1 31:5 40:21 40:21,23,23 42:6,11
**p.m.** 53:20 86:12,14 120:1 120:2,3,5 128:22,23,25 135:25 136:1,5 144:4,5,6,8 150:6,22
**page** 5:2,8 41:13,16 55:22 66:17,20,22 68:10,12,13 100:1,19,20 111:12 113:15 129:13 142:24 151:9 153:15 154:4
**pages** 66:8 102:18 153:14 153:17,17 154:3,6,6
**pains** 151:18
**pair** 97:13
**palo** 3:14
**paper** 21:6 117:12
**papers** 21:5 35:8
**paragraph** 12:21 18:7 44:2 53:6 60:10 61:22 62:21 63:21 66:16 68:24 71:15,18 72:25 74:25 77:2 78:6 79:25 80:2,20 85:14 94:7 96:2,9 102:25 108:12 108:17 109:5 110:4,7,17 111:3,22 113:14 115:9 115:22 116:3 145:11,18,20 146:25
**paragraphs** 12:9
**parallel** 93:16
**parameters** 50:11
**parenthesis** 139:19
**part** 20:22 27:24 28:1 55:15 63:10,20 65:3,14 74:24 84:2 88:20 108:24 113:21 115:3 122:5,6 132:24 133:2 137:9 144:23
**participating** 27:6 29:12
**particular** 27:12 29:17 30:15 54:24 60:2 79:13 82:11 91:25 93:2,10,11 94:19 95:23 105:4 106:9 113:3 114:25
**particularly** 117:14 138:2
**parties** 6:11 14:13
**parts** 12:15
**party** 7:4 14:19
**pass** 124:13
**past** 9:6,14 16:1 23:7 79:6
**path** 101:19,23 102:12 142:25
**paths** 101:8 143:4
**patient** 14:22 15:16
**patients** 14:12

**pay** 36:12
**payload** 30:1,3 30:13 31:11,17 32:20 69:13 70:14 87:21,23 99:23 114:19 116:11
**pdf** 153:12 154:1
**peer** 27:3,11,20 27:24 28:3 29:2 40:24,24 41:2,2 49:16 49:17 50:3,16 50:17,20 51:8 51:10,17,21,21 56:3,4,6,10,11 56:12,15,18,21 56:22 57:2,3,9 57:10,17 58:15 58:16 72:6,15 72:20 79:22 84:2 85:3 89:2 89:3,25 90:9 90:13,15,15 92:21 94:5,5 94:22,24 95:23 95:25 96:5,10 97:1,5,8,9,15 97:21 98:11,18 98:22 99:21 116:4 117:5 118:4 146:1
**peers** 24:23 25:9 27:8 28:1 28:25 29:10,16 30:23 32:5,21 50:2,10 58:9 59:9,15 68:19 71:3,6 72:3,4,6 72:18 82:15,18 82:21 83:11 84:8,11,19,23 85:2,6,12,23 88:13,22 89:14 89:15,19,24 90:18 91:8,10 94:2,3 95:14 95:18 96:16 97:13 98:7 117:23 118:1,6 118:11,16
**penalties** 151:18
**penalty** 11:19 125:14 153:16 154:5
**pendency** 52:8
**pending** 110:11 127:18 129:5
**pennsylvania** 3:20
**people** 21:18 23:19,22 124:7
**percent** 96:10 96:18,21,21,25 97:7,9,20 98:2 98:3,6,13,14,19 98:23 99:6,7 99:10 104:15 105:12 107:13 138:12,17 139:1
**percentage** 75:6 98:18 138:20,23
**percents** 103:24
**perfect** 64:19
**perfectly** 87:6
**perform** 51:1 71:11
**performance** 20:4 22:21,25 23:2
**performed** 127:15
**period** 18:17 22:7 73:12,16 113:18 114:16 139:4,7,18 141:7,10,25 153:18 154:7
**periods** 138:5
**perjury** 11:19 125:14 151:19 153:17 154:6
**person** 7:20 113:8
**perspective** 19:10 65:7,9 69:11 72:4 76:17
**pertained** 112:19
**ph.d.** 1:20 2:14 5:3,10 8:6 12:1 17:25 18:4 22:8 23:9 39:10,13,15,17 39:22 40:14 140:20 151:3 151:23 152:6 153:5
**phase** 145:17
**phil** 135:9
**phillip** 3:24 7:19
**phone** 9:19
**phones** 6:8
**phrase** 39:16 49:19 97:3 103:19
**physically** 44:18
**pick** 6:7
**picked** 96:17
**picking** 77:6 78:7 81:10
**piece** 27:23 31:5,6,9,10,19 31:21 32:11,14 32:24 34:9 73:5 77:4,6 78:8 80:3,4,11 80:18 82:6 96:11 97:1,8 97:10,21 98:18 98:22 103:5,14 103:16 105:1,5

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

105:9 106:8,18 106:23 107:1,8 108:9 114:21 118:15,22 119:8,10,12,15 120:11,16 121:3,18,22 127:22
**pieces** 27:6,20 31:14,14 32:4 32:8,9 33:2,3 33:23 36:15 69:16 89:12,15 97:19 103:8,25 104:7 105:12 107:3,14 116:10 117:21 117:21,22,23 118:2,8 120:19 120:20 122:9 122:10 145:24 146:2
**pinpoint** 106:13
**place** 6:10 71:11 95:2 114:17
**plaintiff** 16:9
**plaintiff's** 105:11 106:23 107:18 108:10
**plaintiffs** 1:9 3:3 6:16 7:23 42:3 62:24 73:6 75:5 77:4 77:7 78:8 80:3 82:6,7 103:5 103:14,24 105:1,13 106:2 106:4,8,19 107:2,4,8,14 120:12 122:7,8 128:6,16 145:14 147:5,9 149:6
**platforms** 1:11 4:5,7 6:17 153:4
**play** 84:16 105:6 117:11
**please** 6:5,8 7:7 7:10 8:1 133:19
**pmorton** 3:25
**point** 16:20 23:10 25:24 28:16 51:11 70:15 71:7 90:22 91:11 97:19 115:8 118:21 119:7 119:11 124:14
**points** 85:11
**portion** 80:4 100:24 105:11 112:14
**portions** 12:17 28:11 30:7 73:21
**position** 147:13
**positive** 90:25
**possibility** 56:14 105:21
**possible** 90:6 94:13 95:11 104:16 113:7 142:2 145:3
**posted** 112:24
**potentially** 24:16 72:13 141:25
**practical** 98:16
**practice** 76:13
**precise** 105:19 105:25
**precisely** 104:9 146:4
**preclude** 12:14
**preface** 117:3
**prefer** 8:20
**prepare** 17:3
**preparing** 13:9 16:24
**presence** 59:20 108:18
**present** 4:3 7:9 25:23 30:20 120:10 134:20
**presented** 141:19
**presumably** 118:5 121:14
**pretty** 122:1
**prevent** 28:17 71:5 144:15 145:4 146:6,9 146:21 147:3 147:16
**prevented** 147:5
**preventing** 147:9
**previous** 63:15 70:3 77:18 79:22
**previously** 63:1 88:11 90:13
**printed** 53:19
**prior** 15:21 51:11 78:17 123:13 149:15 149:20
**privacy** 123:16 123:17,19
**private** 6:7
**probabilities** 73:4,15 76:7 81:25 99:14 107:12 120:10 120:14 122:17
**probability** 73:25 77:3,6 77:14 78:2,7 78:18 79:1,7 87:13 96:25 99:6,9 103:4 103:11,15 106:10,12,17

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

107:3,9,17,19 107:22 108:1,7 108:9
**probably** 10:4 16:21 17:24 20:17 22:4 27:15 36:19 38:19 41:4 52:1 76:1 135:16 148:9 148:15
**problem** 78:24 79:11
**problems** 22:25
**procedure** 153:19,21
**proceed** 8:2 102:7 127:19 127:20 130:19 135:3
**proceeding** 7:7 11:9
**proceeds** 88:16
**process** 28:6 30:15 43:11,14 50:19,25 51:2 61:3 67:2 68:23,25 93:4 96:24 98:5,11
**produce** 142:1
**produced** 67:16 109:17 109:23 115:17 122:22 136:12
**producing** 115:6
**production** 8:9 137:9
**professional** 23:18
**professor** 39:7
**programmer** 108:23
**programmers** 109:6
**project** 22:17
**pronounced** 131:20
**properly** 117:1
**proprietariness** 65:17
**propriety** 64:17,23
**protective** 1:17 2:11 149:1
**protocol** 14:4 15:22 17:20,23 18:5,13,19,22 19:7 21:21 22:13 23:19 27:25 28:1 39:24 40:21 41:2 54:18 55:13 65:16,17 92:10 117:18
**protocols** 21:15
**provenance** 101:25
**provide** 13:18 13:20 15:5,25 24:13 25:1,13 28:12 44:15,16 73:3 85:5 99:17 107:11 109:7 133:21 135:16 145:8 145:24 146:2,4 147:14
**provided** 15:20 16:2,19 21:17 45:23 61:15,25 74:20,24,24 100:4,21 101:5 102:4 106:17 107:9 113:19 127:24 132:5 132:19 134:19 137:16 142:22 144:19 153:19 154:8
**provides** 45:6 121:2 130:22
**providing** 11:22 12:23 61:8,12 132:17
**proximity** 19:22 20:7
**public** 8:10 152:20
**publication** 21:5,8,10 22:19
**publications** 22:16 23:14
**pull** 9:19
**punch** 54:22,24 55:20 56:17 57:19
**punching** 46:19 47:2 49:13,15 49:24 51:13,15 52:25 55:4,6 55:12,15,15 59:1,5,18 145:19 146:12 146:24
**purpose** 75:13
**purposes** 75:16 102:11
**pursuant** 1:17 2:11,16 148:25 149:20
**pursue** 56:17
**put** 16:18 31:16 71:16 75:10 102:8,24 115:25 117:15 149:3
**puts** 72:17
**putting** 43:11
**python** 67:15

**q**

**quantification** 76:15
**question** 10:12 10:15 12:16 27:16 29:15

32:16 50:23 52:8 55:18 56:24 57:7 63:3,12 64:2 64:14,18,20,24 77:21 79:13,16 79:21 89:22 96:9 101:3 102:22 104:23 107:5 112:6 118:12 127:18 129:4 135:3 144:13,25 145:7 146:3 147:21
**questions** 12:10 123:9,10 124:14,22 125:4 126:13 127:13 142:15 148:17
**quick** 102:21 148:9
**quiet** 78:23
**quite** 31:13 62:23
**quoted** 111:4
**quoting** 110:9 147:1,2

**r**

**r** 3:1 4:1 5:3,9 6:1 8:6 12:1 29:7 41:13 42:9,11 151:1 151:1,3,23 152:1,6
**r&s** 154:1,9
**raising** 149:16
**ran** 59:2
**random** 23:3
**range** 98:12 148:9
**rarely** 26:13
**rate** 16:12 88:2 88:8 89:17 91:16 92:11 93:9
**raw** 83:20
**reach** 16:9
**reached** 16:10
**read** 69:3 83:1 151:4
**reading** 153:24 154:9
**ready** 102:22 102:23
**real** 43:10 95:1
**reality** 120:20
**realized** 19:18
**realizes** 70:17
**really** 82:19 84:24 90:4 91:6 121:21 126:15
**realtime** 2:18 2:19 86:22 129:7 152:4
**reason** 10:22 24:19 35:21 49:6 54:6 56:9 56:11 75:7 90:18
**reasonable** 105:21
**reasonably** 9:14 23:9 91:21
**reasoning** 98:9
**reasons** 23:18 24:11 57:8,15 94:18 149:15
**rebuttal** 5:9,16 11:25 43:1,4 44:2 110:24 147:14
**recall** 38:17,18 39:2 42:21 44:5 45:17 46:4 61:5 67:5 80:4 87:16 90:8 104:14 132:11 138:21 144:17,19
**receipt** 129:25
**receive** 83:17
**received** 114:2 118:23 119:7 119:16 130:4 133:3
**receives** 119:9
**receiving** 14:22 15:16 56:15
**recent** 74:5 103:21 133:2
**recently** 109:17 109:23 122:13 136:12 138:25
**recess** 52:16 86:11 120:2 144:5
**recognize** 53:14 101:4,13 101:14
**reconciling** 113:9
**reconvening** 52:17 86:12 120:3 128:23 136:1 144:6
**record** 6:4,11 7:12 8:18 9:13 40:23 52:15,19 66:19 71:22 86:7,9,14,23,25 101:2 102:8 120:1,5 124:25 126:16,25 127:4 128:19 128:21,22,25 131:12 134:21 135:20,24,25 136:5 144:4,8 148:23 149:4 149:13,17 150:1,6 151:7 152:9
**recorded** 6:13
**recording** 6:9

**redirect** 149:5
**reduce** 81:24 93:20 146:6,21
**reduced** 76:5
**refer** 12:17 27:17 29:3 30:6 35:14 44:1,12 54:11 75:22 110:7 116:7 145:13
**reference** 108:14 129:13 129:16
**referenced** 41:11 43:1 53:5 153:6
**referred** 53:4 67:11,21
**referring** 13:6 30:7 37:20 38:5 39:9 46:19 73:23,23 83:20 112:2 116:9 147:8
**refers** 26:23 27:3,11,19 40:23 54:14 71:25 72:21 111:4,15 130:20
**reflected** 54:3 128:6
**refresh** 144:22
**regarding** 45:23 47:16 61:13 140:23 145:2 149:10
**regardless** 59:17 65:10
**registered** 2:17 152:3
**relate** 14:4 66:13
**related** 7:3 15:21 18:4 114:10 123:19 137:6
**relatedly** 63:18
**relates** 26:21 29:8,15 106:10 115:20
**relating** 22:12 39:23 40:8 44:6 52:24 66:11 74:20 113:22
**relative** 25:21 34:13 84:22
**relatively** 19:16 19:17 20:3,12 131:25
**relaying** 56:6
**released** 153:22
**relevant** 22:15 44:15 63:11 64:11 65:4 73:4 84:11 117:14
**reliability** 25:16,21
**relied** 75:2 80:8 128:4
**relies** 74:3
**rely** 79:12,21 114:9 122:17
**relying** 62:12 63:4 64:5 65:1 90:10 91:11 147:13
**remember** 36:18 37:15 45:5 67:8 129:7
**remind** 144:23
**remote** 135:18
**remotely** 7:10
**removal** 90:23 91:15
**remove** 68:17 69:5 70:8,15 70:19,21 71:1
**removed** 69:13 69:24 91:2
**removes** 70:22
**repeat** 38:2
**repeated** 139:14
**repeating** 50:22
**rephrase** 57:7 107:5
**replaced** 90:15
**replicas** 26:5,6 26:9
**report** 5:9,13 9:24 11:3,21 11:25,25 12:9 12:15,17,22 16:23 17:9,12 17:15 26:18 29:2 31:4 41:10,11,17 42:20,22 43:2 43:4,4,6,8,12 44:2 46:7 47:6 49:12 53:4,6 53:16 54:8,12 55:3 60:5,6,8 60:11,22 62:9 65:19,24 66:5 66:6,9,17 67:5 67:6,21,25 68:10 69:3 71:15 72:25 73:3 74:3,4,18 74:19,24 75:8 75:13,16,20,22 77:2 79:25 80:9,14,20,23 81:2 86:19 87:12 94:7 100:5,14,15 101:6,9 102:5 103:1 104:4,7 104:12,25 105:14 108:6,8 108:12,15,15 109:21 110:14 110:16,17,20

110:24 111:3,9 111:13,23,25 112:8,16 113:10,15 115:24 116:1 120:10,23,25 121:9 122:14 122:22 123:8 125:10,13,22 125:23 126:9 126:12,12,16 126:17,21,24 127:4,7,25 128:3,4,10 129:11,14,15 131:8,10,13,17 132:5 144:20 145:9 146:5 147:14,20 148:6
**report's** 125:17
**reported** 112:18
**reporter** 1:24 2:17,18 7:25 8:3,4 53:13 86:5,24 128:18 150:9,18 152:4 152:4
**reporting** 66:19
**reports** 17:6,17 43:15 104:15 111:20 112:12
**represent** 96:15 98:14 100:2,18
**representation** 44:22
**representative** 1:8 6:16
**representing** 7:1 97:25
**represents** 137:11,13
**request** 51:17 57:19
**requested** 154:1,9,10
**requesting** 56:19 115:15
**require** 122:8
**required** 28:11 28:14 77:19,22 78:13 153:20
**rereading** 63:7
**research** 19:10 19:13,14 20:5 21:3,13 22:12 23:5,8 34:16 34:22 39:23 40:4,6 79:23 117:12 140:9
**researcher** 19:9 123:16
**researching** 23:12
**reserve** 75:18
**reshared** 62:25
**resolve** 113:11
**resolved** 15:3
**resources** 44:25
**respect** 86:20 103:13 122:15 125:10 126:14 129:11 131:22 132:4 134:14 137:20 138:22 141:9,18 149:23
**respond** 56:5 57:18 58:5
**responded** 74:19
**responding** 43:16
**responses** 43:17
**responsible** 18:23
**restart** 64:18
**restrictions** 55:17
**result** 20:17 21:4,14 64:10 79:21 85:23
**results** 76:7
**retain** 149:1
**retained** 8:24 9:2,4 16:8 42:2 42:16 150:8
**retaliate** 117:7
**return** 153:17 154:6
**returns** 68:16
**reveal** 20:22
**review** 47:19 153:8,10,13 154:2
**reviewed** 17:4 17:5 41:11 43:1 60:20,23 65:19 66:6 67:5 74:17 79:22
**reviewing** 44:5
**revisit** 75:18
**revisiting** 103:25
**rewrite** 125:23
**richard** 1:7 6:15 153:4
**right** 9:12 26:25 29:23 33:18 34:9,14 45:12 55:6,11 64:13 65:10 75:18 98:1 102:3 105:24 108:16 109:5 111:14 116:2 126:21 134:11 145:19 146:23
**risk** 81:25
**rmr** 1:24 152:19

**roll** 77:17
**roommate** 18:14 19:1
**rough** 150:17 150:20
**rs** 131:4,5,6,7 131:15 143:1 143:16
**rule** 48:4,7
**rules** 47:15,22 154:8
**run** 45:8 58:22 59:6,11 60:4 109:4,9,15 120:25 150:6
**running** 45:16 59:12 134:10
**runs** 44:19,23

**s**

**s** 3:1 4:1 5:7 6:1 26:25 27:1 29:7 42:6,11
**s3** 48:14 114:9
**sabanoglu** 4:4 7:17
**safe** 92:3 133:8
**safeguards** 145:4
**sake** 95:16 115:6
**san** 1:4 3:6 6:20
**satisfactorily** 8:8
**saw** 43:7 47:5 112:14 129:16 145:5 146:20
**saying** 126:22 147:7
**says** 53:25 54:2 55:23 56:2 68:13 78:7 81:5 111:23 117:12 127:11 130:22 139:19 143:19
**scale** 93:16
**scan** 135:11
**scenario** 27:22
**schedule** 150:10 153:10
**schiller** 3:4 7:22
**science** 21:8 35:8
**scientific** 79:20
**scientist** 140:19
**scihub** 131:9 131:18 143:16
**scitech** 112:5
**scope** 58:21 68:8 106:21,22 126:5,7,14 127:14 130:19 133:1 137:8,23 141:22 142:5 149:7,8
**script** 109:3
**scripts** 67:15 67:20,24 68:3 69:8 71:11
**seal** 152:14
**sealed** 153:20
**second** 25:8,10 70:5 83:1 100:23 130:6 138:1 139:15 139:16
**seconds** 68:14 69:18,25 70:2 70:4,13 85:20 87:1
**section** 67:6
**see** 22:25 33:21 41:18 46:24 53:24 55:25 56:7 57:4 63:25 68:21 69:20 74:19 77:9 85:21 87:7,8 95:21 96:4 108:20 109:11 110:12 111:6,15,18 112:18 125:9 127:11 130:10 137:24 138:16 139:13 142:24 143:2,8 146:17 147:19,21
**seed** 26:24 27:7 27:10 28:20,23 68:15,16 70:11
**seeded** 68:19
**seeder** 28:5,10 28:15 29:4 91:12,15
**seeders** 30:21 30:23 83:12 89:20 95:4 99:20,20
**seeding** 26:21 27:2 28:24 63:18 73:17 98:2 147:3
**seeds** 91:2,7
**seeing** 104:14 145:11
**seek** 134:8
**seem** 67:24 81:12
**seemed** 62:23 63:18 65:3 81:7
**seems** 34:14 49:10 57:22
**seen** 25:3 69:8 109:17 123:17 130:13 140:4 140:14 141:9 141:23 142:9
**segue** 96:8
**select** 20:23
**selected** 83:14 83:16
**send** 20:11,23 83:11,13 135:11,21
**sending** 83:12 117:7 150:20

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**sends** 20:10
**sense** 10:16 43:11 44:21 52:9 83:11 98:17 127:25 140:1 141:1 146:14
**sensitive** 6:6
**sent** 20:14
**sentence** 63:15 68:12 81:5
**separate** 32:12
**separately** 31:16 107:12 107:15
**series** 29:16
**served** 17:15
**servers** 20:12 20:14,15,22 26:12
**service** 45:6 148:5
**services** 11:22 12:23 13:13,19 13:20,22 15:25 44:13,14 136:14
**set** 22:11 26:18 29:10 30:23 32:16 35:12 44:16,18 45:7 45:24 46:2 72:2 74:6 109:24 112:7 116:5 131:4,5 131:7 136:17 137:15 148:20 152:7,14
**sets** 46:12 73:19,24 74:3 107:10,13 129:12 130:16 131:2,17 140:22,25
**setting** 36:14
**settled** 15:3
**seventh** 39:16 39:17
**several** 22:15
**shadow** 68:18
**share** 24:23 82:5 89:12 93:22
**shared** 73:5 77:4 78:18 79:2,7 103:4 103:15,16 105:1 106:8,13 106:15,18 107:3,7,18,22 120:11 128:5
**shares** 63:17
**sharing** 108:1
**short** 130:24
**shortly** 23:9
**show** 76:10
**showed** 59:12
**shows** 23:23
**side** 42:3 71:16 102:25
**sides** 50:8
**sigcomm** 21:7
**sign** 153:16 154:5
**signature** 152:18 153:22 153:24,24 154:9
**signed** 151:18
**significant** 59:16
**silently** 56:5
**similar** 39:3
**simple** 117:17 122:2
**simplified** 120:22
**simply** 22:3 57:17 100:20
**simulate** 97:24
**simultaneously** 118:19
**single** 25:24 32:1 33:24 36:6,20 76:23 114:9
**sir** 8:15 13:4 16:7 21:2 41:10 50:15 63:3 64:2 66:15 72:24 73:2 79:24 104:10 105:15 108:11 115:2 115:25 142:20 144:25
**sit** 54:10 95:12 112:23
**situation** 27:3 58:13 79:4 85:7 98:8
**situations** 58:14 62:7
**size** 23:23 31:12,18,21 33:12,19,22 80:4,11,18 87:20 92:14 101:18,21 102:12 111:16 121:17,17,18 121:18,22,22
**sizes** 31:23,25 34:13 104:17
**skill** 152:11
**slot** 72:8,21 90:12 95:23
**slots** 56:16 58:4 58:13 83:17 85:10,15 86:2 94:9,11,14,19 95:6,9,14,19 97:16 98:24 99:16,19
**slow** 24:14 84:19,21
**slowly** 89:6
**small** 81:22 84:18 95:7

**smaller** 31:15 32:12,19,22
**software** 19:25 21:17 34:25 35:6,16 36:10 36:16 37:1,6 44:21 45:9 48:2,3 108:25
**solicit** 126:20
**solutions** 153:7
**somebody** 16:9 28:6
**somewhat** 31:23 63:11 118:18
**sorry** 9:11 50:22 56:23 70:10 72:14 78:20 79:15 86:5,21 87:4 94:5 99:6,11 118:4 121:17 122:21 128:18 133:16 136:18 144:22 146:10
**sort** 14:8 20:22 26:16,18 31:22 32:25 36:9,22 48:6 58:10,20 58:21 62:19 83:23 92:24 96:13 99:11 101:13 106:5 117:18 123:11 134:22 146:11
**sound** 34:1 38:11
**sounds** 105:21 105:24 108:16
**source** 36:10 67:15 68:6 108:19
**space** 99:9
**speak** 25:20 31:2 41:20 63:8
**speaking** 28:20 31:18 91:21 109:6,22
**speaks** 107:25
**specific** 64:24 109:7 147:12 147:21
**specifically** 20:10 39:10 59:4 61:22 64:15
**specified** 119:13
**specifies** 47:13
**specify** 47:7 112:5
**specifying** 57:24
**speculation** 141:22
**speech** 10:4
**speed** 83:21 84:3 88:15,17 88:24 89:9 90:24 91:3 93:2,6
**spend** 101:7 102:3
**spent** 16:23 147:24
**spoken** 41:22 42:15
**spread** 72:12 106:1
**spulber** 42:11
**ssh** 47:25 48:17
**stall** 84:20
**standard** 27:25 31:23,25 54:12 54:16,17 57:7 57:22
**standards** 54:15
**start** 26:19 39:13 90:21 97:18 114:20 114:25 117:22 119:8 129:9 146:7
**started** 22:18 42:21 43:7 140:20
**starting** 89:8 141:14
**starts** 98:1,2 114:18 130:23
**state** 7:7,10 8:17 61:8,13 126:16 153:9 153:12
**stated** 10:10 12:11 74:25 122:20 149:15
**statement** 62:22 63:4,7 69:2 78:6 147:12
**statements** 61:14 62:1,6,8 62:11 63:16,21 63:22 64:21,25 149:21
**states** 1:2 6:18
**statistic** 98:3
**statistical** 76:16 96:14 120:25
**statistically** 77:7,12,15 78:9,12
**statistics** 103:23 104:14
**status** 68:13 69:17
**stay** 28:12
**stein** 3:8 5:5 7:21,22 16:3 16:10 23:20 24:9 25:19 28:19 36:4 37:23 41:6 46:15 49:9 50:21 52:12,13 53:18 56:13

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

59:10 61:4,10 61:19 62:2 63:6 64:7 65:12 66:18 67:18 68:1 70:24 74:2 75:9 86:21 87:4 89:21 91:18 92:2 97:22 98:25 100:9 104:13 104:19 105:7 105:18 106:11 106:20 107:24 109:1,16 112:3 112:13 113:24 115:5 120:17 121:10,20 122:4,19 124:2 124:21 125:2 126:8,11,23 127:8,16 129:1 129:6,19 130:3 130:8 133:19 133:25 134:13 135:8,19 136:6 142:14,22 144:13 145:1 147:18 148:19 149:3,14 150:3 150:14,19
**stenotype** 152:10
**steps** 147:3,4
**stipulation** 153:21
**stop** 28:23 46:23
**storage** 68:18
**stored** 119:14
**strategy** 116:18
**street** 2:15 3:5 3:13 6:23
**strengthen** 128:13
**strike** 135:1
**structure** 130:23
**student** 19:9 39:17,19
**students** 39:8 39:10,11,14,15 39:20,22 40:6 43:23
**studied** 19:7 54:21 55:2
**studies** 117:17
**study** 54:24 133:11
**sub** 32:22
**subcompone...** 32:12
**subdivision** 32:20
**subject** 32:6 124:14 126:13 127:5 135:14 144:20
**submit** 134:9
**submitted** 17:9 17:14 125:10
**subpiece** 33:6,9
**subsequently** 138:19 139:2
**substantial** 81:23
**subsume** 128:11
**subtotals** 137:1
**successfully** 51:12
**sudden** 119:3
**suit** 15:13
**sum** 147:2
**summer** 15:7
**supervise** 39:15 39:23
**supplement** 125:23 126:9 126:12 132:23
**supplementat...** 127:2
**supplemented** 132:20
**supplementing** 127:10
**support** 13:16 37:10
**supported** 147:8
**suppose** 68:2 112:4
**supposed** 96:15 139:15,17
**sure** 14:11 25:3 30:5,6 44:11 52:3 53:22 62:19 63:8 67:7 72:2 76:4 92:13 95:12 113:3 116:5,8 118:24 138:2 144:1 149:12
**surprised** 41:8
**surprising** 33:21
**suspect** 98:17
**swarm** 27:7 28:23 29:7,7,9 29:15 30:16,19 30:20 32:5 69:6 71:2 82:15 83:13,25 84:6,9,18 86:1 88:12,14,23 89:4,8,23 90:1 90:2,4 91:3,15 92:18 94:2,20 95:4
**swear** 8:1 125:12
**switched** 23:10 91:1
**switching** 99:4
**sworn** 8:10 152:8

**[system - thank]**

**system** 34:25 35:1 44:20 117:10
**systems** 13:12 18:8 40:19 115:16 143:9

**t**

**t** 5:7 35:15 151:1 152:1,1
**table** 73:8 111:15
**tails** 76:24
**take** 6:10 52:2 52:6,7,12 57:21 70:12 73:16 75:19 87:24 90:3,5 95:2 102:21 119:22 130:7 135:5,10,16 143:21,24
**taken** 6:14 52:16 68:3 86:11 120:2 122:25 144:5 144:14,16 146:6,9 147:15 147:17 152:10
**takes** 80:24 82:10 87:14,19 92:4 140:2
**talk** 46:25 47:1 80:2 94:8 117:15 143:11
**talked** 24:25 49:11 58:8 71:21 92:23,25 94:12 103:7 115:18 120:9
**talking** 11:12 25:11 32:7 33:16 45:12 46:23 52:23 61:23 73:11 86:18 87:11 92:8 93:15 99:12,13 109:20 124:3 139:25 145:12 145:18
**target** 56:3,9 56:11,21 57:2 57:9,17 58:15
**tat** 116:17,21 116:24 117:4,9 117:16,19
**tb** 110:10,10 111:4,17
**teach** 40:7,11 55:4,5,11
**team** 19:14
**technical** 61:24 62:13 63:5 64:6 65:1,6,9 76:2,5
**technique** 20:8 47:2 49:15 52:25 55:10
**techniques** 146:12
**technology** 64:19
**tell** 22:22 59:2 80:18 117:16 124:20
**telling** 131:22
**ten** 16:6 76:23 111:21,23 148:10
**tends** 35:24
**tens** 26:12
**terabyte** 139:21,22 140:6
**terabytes** 111:21,23 138:8,9 139:9 139:10,11,19 140:7
**term** 26:21 27:10,16 29:1 31:3 32:23 33:6 45:10,14 55:7
**terminate** 71:2
**terminology** 32:17 33:9 44:12 57:4,14 71:22
**terms** 15:24 25:15 26:17,19 43:21 48:25 49:3 65:5 76:9 81:10 91:21 114:15 116:16 117:17 123:18 128:12 139:3 140:22
**terraform** 47:7 47:12,19,23
**test** 87:7
**tested** 109:8 145:13
**testified** 8:11 140:23 147:23
**testify** 13:24 125:17 130:15
**testimony** 10:19,25 11:5 11:8,11,12 15:6,21 16:14 61:8 125:5 127:6 134:3,7 134:10,23 138:22 144:17 149:11 151:5,7 152:7,9
**testing** 145:15
**text** 35:8 38:7,9 38:15 102:9,20
**tf** 47:7
**thank** 7:24 13:4 16:7 21:2 52:13,22 53:12 66:4,23 73:2 86:17 87:4,10 120:8 124:15 144:11 148:20

**[thank - torrent]**

150:3
**thanks** 125:3
**theory** 76:13
77:20 78:15
**thesis** 17:25
18:4 22:20
**thing** 25:11
37:9 49:25
72:14 83:14
90:17 126:2
127:21 128:1,7
129:2 144:24
**things** 43:17
46:1 47:14
62:4 67:10
85:1 87:23
143:12 146:18
**think** 9:7 15:10
29:6 33:13
37:24 39:3
45:4 46:7,16
48:7 52:1
56:20 57:8
58:15 77:16
81:21 83:2
88:19 91:14,20
92:3,5 95:11
102:14 103:18
105:22 108:14
118:17 124:12
124:23 126:15
127:1,8 129:8
129:9 131:19
134:10 139:12
140:23 141:4

141:14 147:20
148:16,19
149:5 150:12
**thinking** 81:11
**thinks** 50:8
**third** 14:13,19
100:24
**thought** 63:23
64:3 65:10
91:20
**thousand** 16:13
**thousands**
26:12 33:16
**three** 9:15
38:21 81:17
95:18,19 100:1
100:19 102:18
107:9,12
129:11 131:12
131:15 141:13
150:7
**throw** 25:6
**tight** 135:20
**tighter** 123:3
**time** 6:9 7:8
10:2 13:2
16:22 17:22
18:17 19:2,6
19:11 22:6,17
23:1 24:17
30:23 36:15
38:7 40:15
51:11 52:2,15
52:19 60:20,22
70:2 71:4

72:15,19 73:12
73:17 76:22,23
77:14 82:10
86:9,14,20
87:18,24 90:22
91:24 92:5,7
93:10,19 96:16
97:24 101:7
102:4 114:7,7
114:8,16,25
115:11 119:2
120:1,5 122:22
122:25 123:8
128:21,25
129:21 132:9
135:24 136:5
144:4,8 148:5
150:6 153:10
153:18,25
154:7
**timeframe**
19:11,13 21:4
**timeline** 123:3
**timer** 70:10
**times** 76:23
138:2
**tit** 116:17,21,24
117:4,9,16,19
**title** 40:18,19
**today** 7:2 10:9
10:20,25 11:12
16:24 17:2
18:22 21:22
22:2 23:6
120:9 124:16

125:4,7,11,25
126:14,17,25
127:7,15
129:10 132:10
132:14 147:23
**today's** 125:11
127:5 150:5
**together** 31:16
32:13 43:12
83:24
**told** 137:1
**took** 79:20
81:14,17 91:24
105:13 114:12
114:17 115:4
136:11,17
146:20 147:2
**top** 9:5 16:5
18:8 23:15
36:19 37:15
42:23 47:24
53:25 57:14
58:17 62:19
80:12 148:7
**topic** 79:23
145:8
**topics** 18:3
23:10
**torrent** 27:4,5
27:12,21 28:7
28:11 29:11,13
29:17,20,21,21
29:24 30:1,6,8
30:9,11,12,14
30:15,25 31:12

31:19,19,21 32:4 33:1,2 45:19 50:19,25 61:3 67:2,17 68:17 69:5,17 69:24 70:7,8 70:13,15,18,19 70:21,22 71:1 71:12 73:13 80:5,24 81:4 81:13,16 82:11 84:19 86:1 87:14,19,20 88:3,5,9,15,24 91:5,17,25 92:1,1,4,12,12 92:15,24,24,25 93:2,11 94:2 94:14 99:23 110:21 113:23 114:11,16,18 114:25 115:4 121:16,18,22 123:1 130:20 140:11 142:3 143:19 145:24
**torrented** 62:15 109:19 109:25 113:16 114:4 129:18 132:2 145:15
**torrenting** 48:3 62:16 81:6 82:2 109:21,23 128:2 132:17
133:5 136:16 137:6,12,14 138:3,5 139:18 141:3,5,7,10,17 141:24
**torrents** 92:11 93:15,18 115:8
**toss** 76:6,18 77:16
**tosses** 76:11
**total** 93:20 111:16 138:1 139:4,7,14,17 150:6
**toward** 20:3
**towards** 50:4 124:9
**track** 54:15
**traffic** 133:9 136:19,20,21 136:22 137:25 138:1
**transcript** 60:23 124:18 148:24 149:19 151:5 153:6,8 153:10,13,13 153:22 154:2,2
**transfer** 24:1,6 120:20 142:13
**transferred** 121:4,5 123:5 133:4
**translated** 131:19
**transmitted** 14:13
**treated** 107:15
**trial** 125:19
**trickle** 72:16
**tried** 63:2
**true** 26:10 28:22 30:22 68:16 94:16 125:13 151:6 152:9
**truly** 114:4
**trust** 100:13
**try** 20:3 50:10
**trying** 20:16 30:5 32:3 71:21 72:13 76:6 84:14 90:18 92:21 94:24 98:10 99:3 102:21 111:24 114:11 146:17
**turn** 44:22 60:10 66:15 68:9 71:14 72:24 80:19 108:11 111:12 139:23 142:20
**turning** 66:21
**tv** 23:23
**twice** 139:14
**two** 9:6 20:13 25:21 34:8,13 39:19 40:11
45:5 50:2 72:4 86:25 116:9 131:17 148:13
**type** 34:19 101:5
**typesetting** 35:6
**typical** 33:19 33:20
**typically** 24:3 31:12,22,24 33:24 35:3 52:7 114:18,21 143:11
**typographical** 139:13

**u**

**u** 42:11 131:19 131:19
**ubuntu** 35:3
**ultimate** 93:24
**ultimately** 82:23 93:12
**unable** 79:21
**unavailable** 26:14 90:21
**unchoke** 72:8 72:21 83:17 85:15,18 86:2 90:12 94:9,11 94:14,19 95:6 95:9,13,19,23 97:6,16 98:24 99:16,19

**unchoked** 116:4
**unchoking** 71:25 72:5 90:10 96:5 116:16
**unclear** 90:22
**under** 9:22 10:8 11:19 57:24 58:2 78:14 96:4,23 102:16 125:7 125:14 130:25 131:24 139:9 151:18
**undergraduate** 40:13,17
**underlies** 87:13
**underlying** 82:1
**understand** 10:8,13,15 25:22 31:10 52:4 57:13 73:20 76:7 80:10 81:9 92:10 111:24 115:2 122:12 123:24 125:7 134:16
**understanding** 26:22 67:4 68:4 70:25 110:19 117:9 119:12 137:10
**understood** 9:20 10:17 12:19 13:15 17:8,18 21:2 21:13 22:6 23:4,25 25:13 27:10,15 29:1 31:3,7 32:15 33:11 36:25 37:19 38:10 45:17 50:15 52:10 55:1,18 56:20 58:22 66:10 71:8 79:24 80:19 83:19 84:1 89:7 91:2,13 91:23 95:22 96:23 102:19 104:10,22 105:15 106:1 106:16,25 107:16 113:14 118:7 122:15
**unfair** 81:12
**unit** 6:12 120:19
**united** 1:2 6:18
**units** 31:15
**unlimited** 72:10
**unsolicited** 48:8 50:5 51:5 59:25 146:14
**unsuccessfully** 51:13
**upcoming** 150:2
**update** 127:25 128:10
**upload** 28:4 59:3,9,15 72:11,14 82:4 83:15 84:9 85:10 89:15 94:24 117:4 118:4 137:25 142:8 144:15 145:25 147:16
**uploaded** 5:20 28:18 29:17 71:6 72:19,23 103:12 120:15 123:6 128:8,17 133:15 136:15 137:2 138:8,13 138:19 139:2,9 139:15,17 140:11 141:18
**uploading** 27:7 27:25 28:21,24 29:12 59:16,22 72:6 73:25 81:18 94:22 95:5,25 117:6 140:15 142:3 145:4,12,16 146:6,9,10,13 146:21,25 147:10,11
**usable** 119:17
**use** 21:22 22:2 23:4,19,22 24:11 27:2 35:2,4,8,12,12 35:18,21 38:21 38:25 40:6 51:4 58:11 62:24 64:4,9 64:17 67:2 77:20,22 78:4 78:10 81:3 90:19 95:19 119:20 121:1 127:2
**used** 17:23 24:1 24:3 29:2 31:4 33:6,10 35:5 35:10 44:7,8 46:11 47:7 50:25 55:7 56:18 59:14 62:5,9,11 67:16 71:11 73:9 75:14 78:16,25 79:6 103:25 104:7 122:24 132:2 137:11 150:7
**user** 119:17,20
**users** 28:13,18
**uses** 85:15 101:14 127:22

**using** 40:3 50:10 57:6 63:12 64:23 78:19 79:2,8 90:21 120:22 138:9
**usually** 19:22

**v**

**v** 1:10 153:4
**vague** 124:5
**vagueness** 112:22
**validate** 75:15
**value** 96:17 104:18 143:21
**values** 98:12 123:17
**varied** 92:1 93:3
**vary** 31:19 92:11
**vast** 133:7
**vc** 1:11 6:21
**venn** 32:25
**verify** 75:14 100:14 102:1
**veritext** 7:1 150:8 153:7,9 153:11,20
**versa** 117:8
**version** 35:11 37:11,25 38:4 54:7
**versions** 40:11
**versus** 6:17 25:17 47:17 63:13 112:19 112:24
**vice** 117:8
**video** 6:9,13 7:16
**videographer** 4:3 6:3 7:2,24 52:14,18 86:8 86:13 119:25 120:4 128:20 128:24 135:23 136:4 144:3,7 150:4
**videotaped** 1:19 2:13
**view** 14:9 64:2 65:5 81:24 123:21
**views** 123:14 123:25 124:4,9
**violation** 149:6 149:9
**virtual** 44:17 44:17,20 45:7 45:8,11,15
**visit** 20:11
**volunteers** 36:11

**w**

**w** 29:7
**wait** 129:24
**waived** 153:24 153:24
**waiving** 153:21
**want** 14:6 26:16 30:4 42:3 45:9 46:24 49:22 52:3 56:22,24 57:18 58:9 110:10 119:6 121:7 124:15 124:17 125:6,9 126:6 149:3,12 149:18
**wanted** 91:8,10 101:11 102:8 117:15 129:19 130:12
**wanting** 98:22
**wants** 96:12 97:1,9,10,21 98:18 118:2 135:10
**washington** 3:21,23
**way** 14:4,18 18:15 19:1,15 21:19 24:20,22 25:20 27:2 31:10 36:13 39:16 44:24 49:24 50:2 54:17 55:16 62:1 69:10 75:10 90:25 91:21 96:22 103:19 108:4 116:24 121:15 143:9,12
**ways** 46:17 82:17 116:23 128:11 142:6
**we've** 23:21
**web** 44:13,14 136:14
**website** 14:12 24:8,12,12,21 24:25 25:4,8 25:18,23 26:1 26:3 35:23 36:24 37:14
**websites** 20:11 26:4
**week** 39:18 138:6 148:12
**weeks** 81:7,14 81:15,17 122:23 148:13
**weinstein** 3:16 5:4 7:13,14 8:14 52:11,20 53:1 61:11 65:22 66:23 86:15 87:2,6 99:25 100:17 110:22 119:22 120:6 124:12 124:19,23 126:4,19 129:3 129:22 130:3,5 130:10,18 132:10,25

133:23 135:5 135:13 137:7 137:22 138:15 139:6 140:3,13 141:21 142:4 142:16,19 143:24 144:9 148:16,22 149:25 150:12 153:1
**welcome** 52:21 86:16 87:9 120:7 135:11 144:10
**went** 17:6 65:8
**whereof** 152:13
**whispering** 6:7
**wikipedia** 35:11,12 37:11 37:14 38:5,17 38:23
**willing** 94:4 118:3
**wish** 56:3,10,12 57:2,9,13 58:15 134:8
**withdraw** 141:1
**withdrawn** 25:14 34:20 50:16 56:10 60:21 61:11 67:13 71:9 78:3,5 85:24 103:12 118:12 148:3
**witness** 8:2,24 101:4 124:13 126:9 127:11 127:17 134:1 135:3 142:15 148:18 152:7 152:13 153:13 153:16 154:2,5
**woodhouse** 4:6 7:16
**word** 29:7 30:3 31:4,6 33:5
**words** 36:17 81:17 127:2
**work** 16:13,18 19:8,9 22:20 38:22 39:1,8 41:19 43:6,18 47:20 54:20 55:19 58:21,23 68:8 73:6 74:7 74:8 97:17 103:25 105:4 105:11,13 106:9,13 122:7 123:13,25 124:8 128:6,16
**worked** 19:14 63:10
**working** 16:23 34:17 42:22 86:22 87:8 109:7 140:18
**works** 8:22 49:24 62:24 75:5,6 77:5,7 78:8 80:3 82:7 97:24 103:5,14 105:2,5,16,17 106:9,15,19,24 107:2,4,8,14,18 107:23 108:10 120:12 122:8 145:14 147:5 147:10
**world** 26:13 95:1
**worth** 93:14
**wrap** 84:14
**wrapping** 83:23
**writing** 43:16
**written** 69:10 119:13,19
**wrong** 65:11 73:16 144:24
**wrongdoing** 15:12
**wrote** 13:2 111:25

**x**

**x** 1:6,14 5:1,7 35:15 131:19 154:9

**y**

**yeah** 27:2 34:12 63:10 124:6 146:17
**years** 11:23 12:24 13:3,3 16:1 22:1 39:5 140:9,21

**z**

**z** 62:16 73:21 74:14,22 80:15 100:25 129:13 131:10,14,14
**zero** 70:12 96:18,20 97:18 98:1,5,13 105:20

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.