# EXHIBIT 103

Case 3:23-cv-03417-VC   Document 562-29   Filed 04/25/25   Page 2 of 14

12/6/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.    Nikolay Bashlykov 30(b)(6)
                         Highly Confidential - Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
RICHARD KADREY, et al.,           )
           Individual and         )
           Representative         )
           Plaintiffs,            )
                                  )
  v.                              )   Case No.:
                                  )   3:23-cv-03417-VC
META PLATFORMS, INC.,             )
           Defendant.             )
_____)


** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **


Videotaped 30(b)(6) deposition of Defendant
META PLATFORMS, INC.,
by and through its corporate designee
NIKOLAY BASHLYKOV
Friday, December 6, 2024


London, England
United Kingdom


Reported stenographically by:
Leah M. Willersdorf,
RMR, CRR, FBIVR, ACR, QRR2*, CLR

_____
DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:23-cv-03417-VC   Document 562-29   Filed 04/25/25   Page 3 of 14

12/6/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 16

| | | | |
|---|---|---|---|
| 1 | A. | Actually, if you could remind me. | 12:40:35 |
| 2 | Q. | So the testimony you gave yesterday and | 12:40:37 |
| 3 | today, do you understand that testimony to be | | 12:40:41 |
| 4 | testimony you've given in your personal capacity in | | 12:40:44 |
| 5 | this case? | | 12:40:46 |
| 6 | A. | Yes. | 12:40:47 |
| 7 | Q. | And how do you understand your testimony | 12:40:48 |
| 8 | in the context of this deposition right now? | | 12:40:51 |
| 9 | A. | I think it relates to the company. | 12:40:56 |
| 10 | Q. | And it is on behalf of the company; do you | 12:40:58 |
| 11 | understand that testimony -- | | 12:41:00 |
| 12 | A. | Yes. | 12:41:01 |
| 13 | Q. | -- to be binding on the company? | 12:41:02 |
| 14 | A. | Correct, yes. | 12:41:05 |
| 15 | Q. | Okay. | 12:41:06 |
| 16 | | We'd like to start with authenticating the | 12:41:07 |
| 17 | hard drives that are in Topic 7 for which you | | 12:41:10 |
| 18 | have been offered to provide testimony. | | 12:41:15 |
| 19 | Meta_Kadrey_Data_001, 002, 003, 004, and 005, were | | 12:41:21 |
| 20 | these -- | | 12:41:33 |
| 21 | A. | Okay. Should I -- sorry, should I look | 12:41:34 |
| 22 | somewhere? | | 12:41:37 |

Case 3:23-cv-03417-VC   Document 562-29   Filed 04/25/25   Page 4 of 14

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 17

| | | |
|---|---|---|
| 1 | Q.  No.  These are the hard drives that are | 12:41:37 |
| 2 | listed in Topic 7 -- | 12:41:39 |
| 3 | A.  Okay. | 12:41:41 |
| 4 | Q.  -- which you can see in the deposition | 12:41:41 |
| 5 | notice for Topic 7.  Is data on these hard drives, was | 12:41:47 |
| 6 | it obtained from Meta's files? | 12:41:51 |
| 7 | A.  Yes. | 12:41:52 |
| 8 | Q.  And was this data made in the ordinary | 12:41:52 |
| 9 | course of business at Meta? | 12:41:57 |
| 10 | A.  Yes. | 12:41:58 |
| 11 | Q.  You have also been offered as the | 12:41:58 |
| 12 | corporate deponent on behalf of Meta with respect to | 12:42:03 |
| 13 | Topic 10, which concerns source code; is that correct? | 12:42:05 |
| 14 | A.  Correct. | 12:42:10 |
| 15 | Q.  And to authenticate the source code, which | 12:42:10 |
| 16 | is not here in Britain, all of that source code | 12:42:14 |
| 17 | has been made available in Cooley's Palo Alto office. | 12:42:18 |
| 18 | Is that source code also obtained from | 12:42:23 |
| 19 | Meta's files? | 12:42:26 |
| 20 | A.  Yes. | 12:42:27 |
| 21 | Q.  And was that source code made in the | 12:42:27 |
| 22 | ordinary course of business at Meta? | 12:42:30 |

Case 3:23-cv-03417-VC   Document 562-29   Filed 04/25/25   Page 5 of 14

12/6/2024                Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
                         Highly Confidential - Attorneys' Eyes Only

```
                                                                    Page 67
 1   pretraining Meta LLaMA models?                                  13:59:30

 2          A.    It was.                                            13:59:31

 3          Q.    Has Books3 Gutenberg been used in                  13:59:32

 4   post-training of Meta LLaMA models?                             13:59:36

 5          A.    Parts of it was, yes.                              13:59:38

 6          Q.    Do you know which parts?                           13:59:41

 7          A.    It's hard to say, and you can't say                13:59:49

 8   document by document, so subset of Books3 was used.             13:59:57

 9          Q.    Was Books3 Gutenberg, B3G, used for                14:00:01

10   ablation studies?                                               14:00:07

11          A.    For some of the ablation studies, parts of         14:00:11

12   Books3G documents were used.                                    14:00:19

13          Q.    And were those ablation studies in the             14:00:20

14   pretraining part of the life cycle?                             14:00:23

15          A.    Yes.                                               14:00:35

16          Q.    And were they the ablation studies in the          14:00:35

17   post-training part of the life cycle?                           14:00:39

18          A.    Yes.                                               14:00:41

19          Q.    And was B3G used for benchmarking?  Is             14:00:42

20   that the same as ablations?                                     14:00:48

21          A.    Could you clarify on the benchmarking what         14:00:56

22   do you mean?                                                    14:00:58
```

Case 3:23-cv-03417-VC   Document 562-29   Filed 04/25/25   Page 6 of 14

12/6/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 68

| | | |
|---|---|---|
| 1 | Q.   How do you define "benchmarking"?  It's a | 14:00:59 |
| 2 | term in the documents frequently. | 14:01:03 |
| 3 | A.   Mmm.  So it depends on the context, but | 14:01:08 |
| 4 | most -- I would refer it as measuring performance of | 14:01:11 |
| 5 | the model against certain benchmarks. | 14:01:16 |
| 6 | Q.   Is that like an ablation study -- | 14:01:20 |
| 7 | A.   So ablation study, part of the ablation | 14:01:24 |
| 8 | study is measuring the performance on certain | 14:01:31 |
| 9 | benchmarks, like, for specific ablations. | 14:01:34 |
| 10 | Q.   Okay.  So ablation studies and | 14:01:37 |
| 11 | benchmarking are not always synonymous? | 14:01:45 |
| 12 | A.   They are not. | 14:01:45 |
| 13 | Q.   Okay. | 14:01:46 |
| 14 | Was B3G used to test memorization? | 14:01:52 |
| 15 | MR. WEINSTEIN:  Object to form, outside | 14:01:56 |
| 16 | the scope. | 14:01:57 |
| 17 | MS. POUEYMIROU:  No.  Topic 7 that you've | 14:01:57 |
| 18 | agreed to is the uses of these datasets. | 14:02:00 |
| 19 | MR. WEINSTEIN:  In training the LLaMA | 14:02:02 |
| 20 | models. | 14:02:03 |
| 21 | MS. POUEYMIROU:  Memorization is a part of | 14:02:05 |
| 22 | training. | 14:02:07 |

Case 3:23-cv-03417-VC   Document 562-29   Filed 04/25/25   Page 7 of 14

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 69

| | | |
|---|---|---|
| 1 | MR. WEINSTEIN: I'm not sure I agree with | 14:02:07 |
| 2 | that. Again, not for here. I'll put the objection on | 14:02:08 |
| 3 | the record. The witness can answer to the best of his | 14:02:12 |
| 4 | knowledge. | 14:02:15 |
| 5 | BY MS. POUEYMIROU: | 14:02:15 |
| 6 | Q. Let me actually ask: Is -- well, we'll | 14:02:16 |
| 7 | stick with that question. Has B3G been used for | 14:02:23 |
| 8 | testing memorization? | 14:02:27 |
| 9 | MR. WEINSTEIN: Same objection; outside | 14:02:29 |
| 10 | the scope. | 14:02:40 |
| 11 | THE WITNESS: To the best of my knowledge, | 14:02:40 |
| 12 | some parts or documents of B3G could be used in | 14:02:42 |
| 13 | memorization, like the project which checks. | 14:02:58 |
| 14 | I wouldn't call that memorization and, probably, | 14:03:02 |
| 15 | I don't know, like, the full term that you -- that | 14:03:04 |
| 16 | copies it, but... | 14:03:12 |
| 17 | BY MS. POUEYMIROU: | 14:03:12 |
| 18 | Q. Like the project which checks for | 14:03:12 |
| 19 | memorization; is that what you meant? | 14:03:14 |
| 20 | A. So the -- | 14:03:16 |
| 21 | MR. WEINSTEIN: Same objection; outside | 14:03:17 |
| 22 | the scope. | 14:03:19 |

Case 3:23-cv-03417-VC   Document 562-29   Filed 04/25/25   Page 8 of 14

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 70

| | | |
|---|---|---|
| 1 | You can answer. | 14:03:20 |
| 2 | THE WITNESS: What I'm referring to | 14:03:23 |
| 3 | memorization is the project that was checking if, | 14:03:25 |
| 4 | given a small subsequence of the document, how does | 14:03:30 |
| 5 | the generation of a particular model match or does not | 14:03:34 |
| 6 | match the preceding subsequence, usually limited to | 14:03:42 |
| 7 | 50 tokens or so. | 14:03:48 |
| 8 | BY MS. POUEYMIROU: | 14:03:49 |
| 9 | Q. And to prevent memorization in the model, | 14:03:49 |
| 10 | does that involve training the model? | 14:03:52 |
| 11 | MR. WEINSTEIN: Object to form. | 14:04:01 |
| 12 | THE WITNESS: I don't really understand | 14:04:03 |
| 13 | the question. | 14:04:07 |
| 14 | BY MS. POUEYMIROU: | 14:04:07 |
| 15 | Q. My question is that in order to prevent | 14:04:08 |
| 16 | memorization, does that involve training? Is the | 14:04:11 |
| 17 | model trained to not regurgitate memorized text, or | 14:04:22 |
| 18 | does Meta achieve that in a different way? | 14:04:27 |
| 19 | MR. WEINSTEIN: Object to form, compound. | 14:04:30 |
| 20 | THE WITNESS: I would say that memorize -- | 14:04:42 |
| 21 | like, the project that I'm referring to which measures | 14:04:47 |
| 22 | a specific metric of how many tokens does the model | 14:04:49 |

Case 3:23-cv-03417-VC   Document 562-29   Filed 04/25/25   Page 9 of 14

12/6/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 73

| | | |
|---|---|---|
| 1 | to creating that smaller set? | 14:08:36 |
| 2 | A.  There should be in the code base. | 14:08:40 |
| 3 | Q.  And where would that be stored?  In which | 14:08:45 |
| 4 | source code repository would that be stored in? | 14:08:48 |
| 5 | A.  I think -- sorry.  Most likely, it | 14:08:57 |
| 6 | should be in XLFormers -- | 14:09:01 |
| 7 | Q.  Okay. | 14:09:06 |
| 8 | A.  -- but I can, yeah, check if that is | 14:09:07 |
| 9 | needed. | 14:09:10 |
| 10 | Q.  Okay.  Has LibGen been used for ablation | 14:09:10 |
| 11 | studies? | 14:09:21 |
| 12 | MR. WEINSTEIN:  Object to form. | 14:09:21 |
| 13 | BY MS. POUEYMIROU: | 14:09:21 |
| 14 | Q.  You can answer. | 14:09:22 |
| 15 | A.  Could you specify which ablation studies | 14:09:23 |
| 16 | or, like, in general? | 14:09:26 |
| 17 | Q.  For any ablation studies.  Have you used | 14:09:27 |
| 18 | LibGen for any ablation studies? | 14:09:30 |
| 19 | MR. WEINSTEIN:  Object to form, scope. | 14:09:33 |
| 20 | You can answer. | 14:09:35 |
| 21 | THE WITNESS:  For some of the ablation | 14:09:38 |
| 22 | studies, LibGen was used, yes. | 14:09:41 |

Case 3:23-cv-03417-VC   Document 562-29   Filed 04/25/25   Page 10 of 14

12/6/2024            Richard Kadrey, et al. v. Meta Platforms, Inc.            Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 74

| | | |
|---|---|---|
| 1 | BY MS. POUEYMIROU: | 14:09:43 |
| 2 | Q. And were those ablation studies in the | 14:09:43 |
| 3 | pretraining part of a life cycle? | 14:09:45 |
| 4 | A. Yes. | 14:10:00 |
| 5 | Q. And were there ablation studies using | 14:10:01 |
| 6 | LibGen in the post-training part of the life cycle? | 14:10:04 |
| 7 | A. Yes. | 14:10:08 |
| 8 | Q. Okay. And has LibGen been used for | 14:10:08 |
| 9 | benchmarking? | 14:10:11 |
| 10 | A. So, again, if you could specify what do | 14:10:12 |
| 11 | you mean under this? | 14:10:15 |
| 12 | Q. Okay. We'll look at a document. | 14:10:16 |
| 13 | Has LibGen been used to determine whether | 14:10:19 |
| 14 | to license with different content providers? | 14:10:21 |
| 15 | MR. WEINSTEIN: Object to form, outside | 14:10:25 |
| 16 | the scope. | 14:10:28 |
| 17 | MS. POUEYMIROU: It's a use of LibGen. | 14:10:28 |
| 18 | MR. WEINSTEIN: I -- hard to believe you | 14:10:31 |
| 19 | could have it with a straight face. | 14:10:34 |
| 20 | You can answer that question if you can. | 14:10:36 |
| 21 | Object to form, outside the scope. | 14:10:38 |
| 22 | THE WITNESS: I do not know how LibGen was | 14:10:47 |

Case 3:23-cv-03417-VC   Document 562-29   Filed 04/25/25   Page 11 of 14

12/6/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 80

| | | |
|---|---|---|
| 1 | definition here so it's difficult for me to assess | 14:19:47 |
| 2 | whether or not it is kind of true. | 14:19:51 |
| 3 | BY MS. POUEYMIROU: | 14:19:55 |
| 4 | Q.  Okay.  Is it fair to say that however Meta | 14:19:55 |
| 5 | defines "copyright books," it is testing memorization | 14:19:58 |
| 6 | with copyright books? | 14:20:01 |
| 7 | MR. WEINSTEIN:  Object to form, outside | 14:20:04 |
| 8 | the scope. | 14:20:09 |
| 9 | THE WITNESS:  Based on this document, | 14:20:09 |
| 10 | probably, yes. | 14:20:11 |
| 11 | MS. POUEYMIROU:  Okay.  We'll mark this | 14:20:18 |
| 12 | as 821. | 14:20:19 |
| 13 | (Plaintiffs' Exhibit 821 marked for | 14:20:24 |
| 14 | identification.) | 14:20:39 |
| 15 | BY MS. POUEYMIROU: | 14:20:39 |
| 16 | Q.  So earlier today, Mr. Bashlykov, I asked | 14:20:39 |
| 17 | you about MMLibU, which you said you didn't know what | 14:20:41 |
| 18 | I was talking about. | 14:20:45 |
| 19 | A.  Yeah. | 14:20:46 |
| 20 | Q.  What is this document called? | 14:20:46 |
| 21 | A.  "MMLibU - new eval for Datasets." | 14:20:49 |
| 22 | Q.  And who is the author? | 14:20:56 |

Case 3:23-cv-03417-VC   Document 562-29   Filed 04/25/25   Page 12 of 14

12/6/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 136

| | | |
|---|---|---|
| 1 | Q. But your testimony today is "parts of." | 16:25:20 |
| 2 | Is your testimony today that with respect to LLaMAs 1 | 16:25:24 |
| 3 | and 2, that Meta used the Books3 dataset, as opposed | 16:25:28 |
| 4 | to a part of it? | 16:25:31 |
| 5 | A. Could you repeat the question, please? | 16:25:44 |
| 6 | Q. Yes. So you said I could look at LLaMA 1, | 16:25:46 |
| 7 | the LLaMA 1 paper. | 16:25:49 |
| 8 | A. Correct. | 16:25:50 |
| 9 | Q. The LLaMA 1 paper says that LLaMA 1 was | 16:25:50 |
| 10 | trained on Books3 and it says that LLaMA 1 was trained | 16:25:53 |
| 11 | on Gutenberg. | 16:25:56 |
| 12 | My question for you is: The LLaMA 1 paper | 16:25:58 |
| 13 | does not say it was trained on parts of Books3 or | 16:26:00 |
| 14 | parts of Gutenberg. Is it your testimony on behalf of | 16:26:03 |
| 15 | Meta that LLaMA 1 was trained on all of Books3? | 16:26:07 |
| 16 | A. So I think I would answer in the following | 16:26:29 |
| 17 | way: that for LLaMA 1, LLaMA 1 was trained on the | 16:26:32 |
| 18 | dataset names Books3 and Gutenberg that Meta has | 16:26:40 |
| 19 | provided on one of the hard drives, I believe. | 16:26:47 |
| 20 | Q. Okay. And so are you saying that | 16:26:49 |
| 21 | everything in -- if we can pull that out, in fact. | 16:26:53 |
| 22 | Everything in -- so Meta_Kadrey_Data_001, Meta | 16:27:00 |

Case 3:23-cv-03417-VC   Document 562-29   Filed 04/25/25   Page 13 of 14

12/6/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 137

| | | |
|---|---|---|
| 1 | produced B3G there, and B3G is Books3, right?  Books3 | 16:27:10 |
| 2 | plus Gutenberg, correct? | 16:27:16 |
| 3 |     A.    Correct. | 16:27:17 |
| 4 |     Q.    So your testimony is that the data on this | 16:27:17 |
| 5 | hard drive, with respect to B3G, that LLaMA 1 and | 16:27:20 |
| 6 | LLaMA 2 trained on the entirety of that data? | 16:27:29 |
| 7 |     A.    As I was mentioning before, I don't think | 16:27:39 |
| 8 | there is, like, a bulletproof method to say that all | 16:27:42 |
| 9 | of the documents that were used because, as I was | 16:27:47 |
| 10 | saying, there could be -- like, when we are using | 16:27:49 |
| 11 | dataloader for the model, when we train the model with | 16:27:52 |
| 12 | the dataloader, usually it does some random sample and | 16:27:55 |
| 13 | doesn't go line by line for each file.  So it does | 16:28:00 |
| 14 | some random selection of documents to feed in the | 16:28:03 |
| 15 | model. | 16:28:09 |
| 16 |           That's why I'm saying that I can't be a | 16:28:11 |
| 17 | hundred percent sure or, like, confident that all, | 16:28:14 |
| 18 | exactly 100 percent of the documents that were | 16:28:19 |
| 19 | provided to you were used for -- during the training | 16:28:23 |
| 20 | process. | 16:28:27 |
| 21 |     Q.    So, in your experience, has the dataloader | 16:28:28 |
| 22 | missed data in a dataset? | 16:28:33 |

12/6/2024　　　Richard Kadrey, et al. v. Meta Platforms, Inc.　　　Nikolay Bashlykov 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 155

1　　CERTIFICATE OF COURT REPORTER

2　　　　I, LEAH M. WILLERSDORF, Registered Merit

3　　Reporter, Certified Realtime Reporter, Fellow of the

4　　British Institute of Verbatim Reporters, Qualified

5　　Realtime Reporter Level 2, and Certified LiveNote

6　　Reporter, do hereby certify that:

7　　　　NIKOLAY BASHLYKOV appeared before me on Friday,

8　　December 06, 2024, was sworn by me and was thereupon

9　　examined by counsel; that the testimony of said

10　witness was taken by me stenographically; that the

11　foregoing is a true and accurate record to the best of

12　my knowledge, skill and ability; that I am neither a

13　relative nor employee of any party to the action in

14　which this testimony was taken; that I am neither

15　relative nor employee of any attorney or counsel

16　employed by any party thereto; and, further, I am not

17　financially or otherwise interested in the outcome of

18　the action.

19

20

　　　　　　　　_____

21　　　　　　　　　　LEAH M. WILLERSDORF

　　　　　　　RMR, CRR, FBIVR, ACR, QRR2, CLR

22　　　　　　　　　(December 08, 2024)