# **EXHIBIT 109**

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RICHARD KADREY, AN                  :  CASE NO. 3:23-cv-03417-VC
INDIVIDUAL; SARAH SILVERMAN,        :
AN INDIVIDUAL; CHRISTOPHER          :
GOLDEN, AN INDIVIDUAL,              :
        PLAINTIFFS                  :
                                    :
VS.                                 :
                                    :
META PLATFORMS, INC., A             :
DELAWARE CORPORATION                :
        DEFENDANT                   :

***HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY***
VIDEOTAPED DEPOSITION OF CHAYA NAYAK 30(B)(6)
SAN FRANCISCO, CALIFORNIA
THURSDAY, APRIL 3, 2025

REPORTED BY:
DEBBIE LEONARD, CSR, RDR, CRR
CSR NO. 14350

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 66

1   there was another copy.
2   BY MR. SCHUFFENHAUER:
3       Q    Do you know why Meta would acquire multiple
4   copies of LibGen?
5           MR. MORTON:  Object to form.  Outside the scope.
6           THE WITNESS:  Meta is a large company, and I
7   could imagine that one researcher could have downloaded
8   it and then another researcher could have downloaded it
9   without knowing that it existed.
10  BY MR. SCHUFFENHAUER:
11      Q    Do you know which copy of LibGen was used in
12  training the Llama models?
13          MR. MORTON:  Objection.  Outside the scope.
14  Object to form.
15          THE WITNESS:  I do not know.
16  BY MR. SCHUFFENHAUER:
17      Q    Do you know if every copy of LibGen was used to
18  train a Llama model that Meta has?
19          MR. MORTON:  Object to form.  Outside the scope.
20          THE WITNESS:  I don't know.
21  BY MR. SCHUFFENHAUER:
22      Q    Would you expect it to be the case that every
23  copy of LibGen was used to train a Llama model that Meta
24  possesses?
25          MR. MORTON:  Object to form.  Outside the scope.

Page 119

1                    C E R T I F I C A T E

2

3          I, Debbie Leonard, Certified Shorthand Reporter

4    No. 14350 for the State of California, do hereby

5    certify:

6          That the foregoing deposition was taken before me

7    at the time and place therein set forth, at which time

8    the witness was put under oath by me; that the testimony

9    of the witness and all objections made at the time of the

10   examination were recorded stenographically by me, were

11   thereafter transcribed by me by means of computer; and

12   that the foregoing is a true record of same.

13         I further certify that I am neither counsel for

14   nor related to any party to said action, nor in any way

15   interested in the outcome thereof.

16         IN WITNESS WHEREOF, I have subscribed my name

17   this 3rd day of April, 2025.

18

19

20   _____

21   Debbie Leonard, CSR, RDR, CRR

22   CSR NO. 14350

23

24

25