# EXHIBIT 112

## PROVIDED DIGITALLY