# EXHIBIT 113

## PROVIDED DIGITALLY