# EXHIBIT 116

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
    _____
 4
      RICHARD KADREY, et al.,          )
 5                                     )
         Individual and                )
 6       Representative Plaintiffs,    )
                                       )  3:23-cv-03417-VC
 7       vs.                           )
                                       )
 8    META PLATFORMS, INC., a          )
      Delaware corporation,            )
 9                                     )
                  Defendant.           )
10   _____
11     VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF
12                  EMILY BENDER, Ph.D.
13               **CONFIDENTIAL TESTIMONY**
         **Page 195 Line 4 through Page 198 Line 4**
14   _____
15
16                     9:20 A.M.
17                 FEBRUARY 25, 2025
18           1215 FOURTH AVENUE, SUITE 1350
19                 SEATTLE, WASHINGTON
20
21
22
23
24   REPORTED BY:  CARLA R. WALLAT, CRR, RPR
25                 WA CCR 2578, OR CSR 16-0443, CA CSR 14423

                                              Page 1
```

|   |   |   |
|---|---|---|
| 1 | several times, "On the Dangers of Stochastic Parrots, | 11:24AM |
| 2 | Can Language Models Be Too Big." | 11:24AM |
| 3 |     A.   Yes. | 11:25AM |
| 4 |     Q.   Could you describe briefly what you mean by | 11:25AM |
| 5 | "stochastic parrots"? | 11:25AM |
| 6 |     A.   Yes.  So stochastic parrots is a phrase that I | 11:25AM |
| 7 | actually coined as we were writing that paper.  And it | 11:25AM |
| 8 | is a way to make vivid what's happening with the output | 11:25AM |
| 9 | of a large language model when it is used to synthesize | 11:25AM |
| 10 | text.  This is before I came up with the phrase | 11:25AM |
| 11 | "synthetic text extruding machines" which describes the | 11:25AM |
| 12 | same thing. | 11:25AM |
| 13 |     So "parrot" there references the English verb | 11:25AM |
| 14 | to "parrot," which we use often to refer to repeating | 11:25AM |
| 15 | something without understanding it.  But "stochastic" | 11:25AM |
| 16 | means randomly according to a probability distribution. | 11:25AM |
| 17 | And so what's coming out of a large language model is | 11:25AM |
| 18 | not necessarily directly something that was in the | 11:25AM |
| 19 | training data. | 11:25AM |
| 20 |     And at the same time, it's not new ideas, but | 11:25AM |
| 21 | it is a stochastic remix.  It's not even ideas, it's | 11:25AM |
| 22 | just collections of words that we interpret to be ideas | 11:25AM |
| 23 | and it's a stochastic remix of what was in the training | 11:25AM |
| 24 | data. | 11:25AM |
| 25 |     Q.   When text is generated by a large language | 11:26AM |

Page 76

```
 1                    REPORTER'S CERTIFICATE
 2          I, CARLA R. WALLAT, CCR, CSR, RPR, CRR, the undersigned
 3     Certified Court Reporter, authorized to administer oaths and
 4     affirmations in and for the states of Washington (2578),
 5     Oregon (16-0443), and California (14423) do hereby certify:
 6          That the sworn testimony and/or proceedings, a
 7     transcript of which is attached, was given before me at the
 8     time and place stated therein; that any and/or all witness(es)
 9     were duly sworn to testify to the truth; that the sworn
10     testimony and/or proceedings were by me stenographically
11     recorded and transcribed under my supervision.  That the
12     foregoing transcript contains a full, true, and accurate
13     record of all the sworn testimony and/or proceedings given and
14     occurring at the time and place stated in the transcript; that
15     a review of which was not requested; that I am in no way
16     related to any party to the matter, nor to any counsel, nor do
17     I have any financial interest in the event of the cause.
18          WITNESS MY HAND AND DIGITAL SIGNATURE this 6th day of
19     March 2025.
20
21
22     [signature: Carla R. Wallat]
23     CARLA R. WALLAT, RPR, CRR
       Washington CCR #2578, Expires 1/5/2026
24     Oregon CSR #16-0443, Expires 9/30/2027
       California CSR #14423, Expires 1/31/2026
25
```

Page 230