# EXHIBIT 120

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,                )
                                       )
                                       )
            Plaintiffs,                )    Case No.
                                       )
     vs.                               )    3:23-CV-03417-VC
                                       )
META PLATFORMS, INC.,                  )
                                       )
                                       )
            Defendant.                 )
                                       )
_____

VIDEOTAPED DEPOSITION OF DAVID ESIOBU
* * * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY * * *
December 13, 2024
Seattle, Washington

Reported by:
Connie Recob, CCR, RMR, CRR
Washington CCR No. 2631
Oregon CCR No. 15-0436
Utah CCR No. 1133171-7801
Idaho CCR No. SRL-1220

_____
DIGITAL EVIDENCE GROUP
1730 M. Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Page 56

| | | |
|---|---|---|
| 1 | | post training of Llama models. | 10:21 |
| 2 | | BY MR. YOUNG: | 10:21 |
| 3 | Q. | So would safety -- so would -- so I want to talk briefly | 10:21 |
| 4 | | about your responsibilities with respect to safety. | 10:21 |
| 5 | | So you have done safety work with respect to filtering | 10:21 |
| 6 | | out nonsafe work content with respect to datasets for | 10:21 |
| 7 | | training of Llama models, correct? | 10:21 |
| 8 | A. | Yes. | 10:21 |
| 9 | Q. | Okay. And would it also be fair that you have also done work | 10:21 |
| 10 | | with respect to mitigating IP or copyright leakage with | 10:22 |
| 11 | | respect to datasets in the Llama model? | 10:22 |
| 12 | | MR. WEINSTEIN: Object to form. | 10:22 |
| 13 | | THE WITNESS: Some of the work that I've | 10:22 |
| 14 | | done has the effect of mitigating regurgitation of training | 10:22 |
| 15 | | data. And, yeah, that's kind of the -- so -- so there -- | 10:22 |
| 16 | | there are things that we would do during the course of | 10:22 |
| 17 | | preparing data that is generally good for the model but also | 10:22 |
| 18 | | has the effect of mitigating regurgitation. | 10:22 |
| 19 | | BY MR. YOUNG: | 10:22 |
| 20 | Q. | So, for example, things like deduplication? | 10:22 |
| 21 | A. | Yes. | 10:22 |
| 22 | Q. | Okay. So have you, as a general -- just generally in your | 10:22 |

Page 57

| | | | |
|---|---|---|---|
| 1 | | work related to the Llama models, have you studied the Llama | 10:22 |
| 2 | | models' propensity to regurgitate its training model -- or | 10:23 |
| 3 | | training data? | 10:23 |
| 4 | A. | Yes.  My -- my evaluations were measuring the rates at which | 10:23 |
| 5 | | I could find generations that match the continuation for | 10:23 |
| 6 | | certain prompts. | 10:23 |
| 7 | Q. | That matched the training data, correct? | 10:23 |
| 8 | A. | The continuations were drawn from the training data, yeah. | 10:23 |
| 9 | Q. | And you did this for Llama-2? | 10:23 |
| 10 | A. | Yes. | 10:23 |
| 11 | Q. | Did you do this for Llama-3? | 10:23 |
| 12 | A. | Yes. | 10:23 |
| 13 | Q. | Okay.  And are you doing -- is it anticipated that you will | 10:23 |
| 14 | | do this for Llama-4? | 10:23 |
| 15 | A. | I -- I had planned to, but we're still very much early in | 10:23 |
| 16 | | the -- in the process. | 10:23 |
| 17 | Q. | Okay.  Understood. | 10:23 |
| 18 | | MR. WEINSTEIN:  Counsel, let me know when | 10:23 |
| 19 | | it's a good time to take a break. | 10:23 |
| 20 | | MR. YOUNG:  Yeah, I was just going to | 10:24 |
| 21 | | suggest once I got done with this line of questioning. | 10:24 |
| 22 | | MR. WEINSTEIN:  No problem. | 10:24 |

Page 62

| | | |
|---|---|---|
| 1 | | data. | 10:42 |
| 2 | Q. | Do you know if Meta has done any analysis of whether or not | 10:42 |
| 3 | | any material included in LibGen is regurgitated by Llama-3? | 10:42 |
| 4 | A. | So as part of the memorization analyses that I've done, I | 10:42 |
| 5 | | would have drawn samples from all of the datasets that we | 10:42 |
| 6 | | use. | 10:42 |
| 7 | Q. | Okay.  Have you yourself seen any regurgitation from the | 10:42 |
| 8 | | LibGen model -- or from the LibGen dataset from Llama-3? | 10:42 |
| 9 | A. | So whatever was -- was accepted from the original LibGen, | 10:42 |
| 10 | | whatever made it into the model, I drew samples from -- from | 10:42 |
| 11 | | that portion of the training data, and I think there -- there | 10:42 |
| 12 | | is, like, a nonzero rate across all the datasets that I | 10:43 |
| 13 | | tested. | 10:43 |
| 14 | Q. | Okay.  So would that be a yes? | 10:43 |
| 15 | A. | Yes. | 10:43 |
| 16 | Q. | Okay.  Thank you. | 10:43 |
| 17 | | Now, in the course of -- I believe you called it NSFW | 10:43 |
| 18 | | filtering.  And that's not safe for work, right? | 10:43 |
| 19 | A. | Right. | 10:43 |
| 20 | Q. | So in the course of your NSFW filtering work with LibGen | 10:43 |
| 21 | | fiction, did you examine the contents in LibGen? | 10:43 |
| 22 | A. | Yeah.  So to -- just to make sure that the filtering was | 10:43 |

Page 72

| | | | |
|---|---|---|---|
| 1 | A. | So Nikolay Bashlykov would have been the -- the point of | 10:58 |
| 2 | | contact for this dataset, and so it was likely him. | 10:58 |
| 3 | Q. | So do you have an understanding of why copyright notices and | 10:58 |
| 4 | | legal disclaimers would be removed before the -- during the | 10:58 |
| 5 | | processing of LibGen? | 10:58 |
| 6 | A. | So my concern here was kind of the repetitive nature of these | 10:58 |
| 7 | | kinds of notices.  So this is sort of like a form of | 10:58 |
| 8 | | deduplication to avoid, you know -- to -- to avoid kind of | 10:58 |
| 9 | | the model, like, regenerating text that it had seen before. | 10:58 |
| 10 | Q. | Because would you agree with the general proposition that if | 10:58 |
| 11 | | a model is trained on repetitive text multiple times, it is | 10:58 |
| 12 | | more likely to regurgitate that -- that portion of text? | 10:58 |
| 13 | A. | I would say yes.  The tests that I run suggests that | 10:58 |
| 14 | | there's -- there's, like, a strong correlation between | 10:59 |
| 15 | | repetition and -- in the training data and the rate at which | 10:59 |
| 16 | | that will be reproduced. | 10:59 |
| 17 | Q. | And that includes repetition across different files, not just | 10:59 |
| 18 | | within the same file, correct? | 10:59 |
| 19 | A. | Right. | 10:59 |
| 20 | Q. | Okay.  So, for example -- and would this also be related to | 10:59 |
| 21 | | the number of epochs a certain dataset would be run? | 10:59 |
| 22 | | MR. WEINSTEIN:  Object to form. | 10:59 |

Page 83

1        nonzero rate of regurgitation, correct?                          11:12

2   A.   It's extremely low.  I would say -- yeah, I don't -- I don't     11:12

3        remember the exact rates, but it's -- it's very close to zero   11:12

4        for -- for the fine tuned ones.                                  11:12

5   Q.   Okay.  Do you know if sci-tech or sci-mag contain academic      11:12

6        textbooks?                                                       11:12

7   A.   I -- I kind of like assumed that that kind of thing would be    11:12

8        there, but I haven't looked -- looked into that dataset in      11:12

9        any detail.                                                      11:12

10  Q.   Okay.  And because you didn't do any work related to sci-mag    11:12

11       or sci-tech?                                                     11:12

12  A.   No.                                                              11:12

13  Q.   Do you know how Meta obtained copies of LibGen?                  11:12

14                  MR. WEINSTEIN:  Object to form.                       11:13

15                  THE WITNESS:  Not in detail.  That                    11:13

16       wasn't -- that wasn't a dataset that I worked on in -- in the   11:13

17       kind of like -- I -- I wasn't sort of like -- so each -- each  11:13

18       dataset has, like, a person who's directly responsible for     11:13

19       it.  I wasn't directly responsible for that.                     11:13

20       BY MR. YOUNG:                                                    11:13

21  Q.   Okay.  So I understand you weren't responsible for it, but do   11:13

22       you have an understanding of how the dataset was obtained?       11:13

Page 101

| | | | |
|---|---|---|---|
| 1 | Q. | Okay.  And then can you read for me -- there's a reference to | 11:45 |
| 2 | | you in the next bullet point, correct? | 11:45 |
| 3 | A. | Yes. | 11:45 |
| 4 | Q. | Okay.  Can you please read that next bullet point? | 11:45 |
| 5 | A. | So this is a response to the question.  It says, "Yes, we | 11:45 |
| 6 | | will follow a memorization measurement engine approach to | 11:45 |
| 7 | | measure memorization of a 750B model of the IP sensitive | 11:45 |
| 8 | | data" in parentheses "(LibGen synching with David Esiobu)." | 11:45 |
| 9 | Q. | Okay.  So do you see the reference to LibGen's IP sensitive | 11:45 |
| 10 | | data? | 11:45 |
| 11 | A. | Yes. | 11:45 |
| 12 | Q. | Do you know why Mr. Bashlykov referred to LibGen as IP | 11:45 |
| 13 | | sensitive data? | 11:45 |
| 14 | | MR. WEINSTEIN:  Exclude from your -- | 11:45 |
| 15 | | exclude from your answer any communications you may have | 11:45 |
| 16 | | received from counsel, if applicable. | 11:45 |
| 17 | | THE WITNESS:  I don't know exactly how | 11:45 |
| 18 | | Nikolay was thinking about this dataset.  But I would | 11:45 |
| 19 | | imagine -- I think it was -- it's widely known that it | 11:46 |
| 20 | | contained books. | 11:46 |
| 21 | | BY MR. YOUNG: | 11:46 |
| 22 | Q. | Okay.  And not just books, copyrighted books, right? | 11:46 |

Page 102

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 11:46 |
| 2 | Q. | Thank you. | 11:46 |
| 3 | | Now, did you conduct memorization evaluations of the | 11:46 |
| 4 | | LibGen model -- or the LibGen dataset with the model | 11:46 |
| 5 | | consistent with what was described here? | 11:46 |
| 6 | A. | So I ended up not running the memorization evaluations for -- | 11:46 |
| 7 | | for these experiments because I had some other projects I had | 11:46 |
| 8 | | going on at the time, and so we didn't actually close on -- | 11:46 |
| 9 | | on these experiments. | 11:46 |
| 10 | Q. | Okay. Do you know if anyone actually conducted the | 11:46 |
| 11 | | memorization evaluation experiments for LibGen? | 11:46 |
| 12 | A. | If anyone followed up on these experiments in terms of the | 11:46 |
| 13 | | impact on memorization, I -- I'm not aware of anyone doing | 11:46 |
| 14 | | that. | 11:46 |
| 15 | Q. | Okay. So to your -- just to make sure I -- I understand, to | 11:46 |
| 16 | | your knowledge, you're not aware of anyone at Meta conducting | 11:47 |
| 17 | | the experiments to determine the affect of LibGen on | 11:47 |
| 18 | | memorization, correct? | 11:47 |
| 19 | | MR. WEINSTEIN: Object to form. | 11:47 |
| 20 | | THE WITNESS: I'm not aware of anyone | 11:47 |
| 21 | | evaluating the checkpoints that -- that Nikolay | 11:47 |
| 22 | | trained described here. The -- the tests I've done for | 11:47 |

Page 271

1                 REPORTER'S CERTIFICATE

2

3       I, CONNIE A. RECOB, the undersigned Certified Court

4    Reporter, authorized to administer oaths and affirmations in

5    and for the States of Washington, Oregon, Utah and Idaho, do

6    hereby certify that the sworn testimony and/or proceedings, a

7    transcript of which is attached, was given before me at the

8    time and place stated therein; that any and/or all

9    witness(es) were duly sworn to testify to the truth; that the

10   sworn testimony and/or proceedings were by me

11   stenographically recorded and transcribed under my

12   supervision, to the best of my ability; that the foregoing

transcript contains a full, true, and accurate record of all

13   the sworn testimony and/or proceedings given and occurring at

the time and place stated in the transcript; that a review of

14   which was requested; that I am in no way related to any party

to the matter, nor to any counsel, nor do I have any

15   financial interest in the event of the cause.

      WITNESS MY HAND and SIGNATURE this 18th day of

16   December, 2024.

17

18     /s/CONNIE A. RECOB, RMR, CRR

19     Washington CCR No. 2631

20     Oregon CCR No. 15-0436

21     Utah CCR No. 1133171-7801

22     Idaho CCR No. SRL-1220