# EXHIBIT 123

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,         )
Individual and Representative   )
Plaintiffs,                     )   CASE NO.
                                )   3:23-cv-03417-
        -against-               )   VC
META PLATFORMS, INC.,           )
                  Defendant.    )
_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


 Videotaped Deposition of Lyle Ungar
    Philadelphia, Pennsylvania
   Wednesday, February 26, 2025
    Reported Stenographically by
 Jennifer Miller, RMR, CRR, CSR No. 14652


_____
              DIGITAL EVIDENCE GROUP
          1730 M Street, NW, Suite 812
              Washington, D.C. 20036
                 (202) 232-0646

Page 114

| | | |
|---|---|---|
| 1 | is can you take the training data -- can you | 11:43:33 |
| 2 | take the weights in a neural net and | 11:43:37 |
| 3 | reconstruct the training data? | 11:43:39 |
| 4 | That is also definitely not | 11:43:40 |
| 5 | possible. | 11:43:43 |
| 6 | Q. Okay. | 11:43:44 |
| 7 | A. Again, modulo, minor -- you know, in | 11:43:46 |
| 8 | rare, rare occasions you may be able to | 11:43:50 |
| 9 | reproduce little pieces of it. | 11:43:53 |
| 10 | Q. Understood. | 11:43:54 |
| 11 | And you, in fact, conducted some | 11:43:54 |
| 12 | of those experiments yourself, right, in the | 11:43:58 |
| 13 | process of your expert work in this case, | 11:44:00 |
| 14 | right? | 11:44:05 |
| 15 | ATTORNEY MORTON: Object to | 11:44:06 |
| 16 | form. | 11:44:06 |
| 17 | THE WITNESS: I constructed some | 11:44:09 |
| 18 | experiments. I'm not sure what "those" | 11:44:10 |
| 19 | means there. But I conducted experiments, | 11:44:14 |
| 20 | yes. | 11:44:15 |
| 21 | BY ATTORNEY YOUNG: | 11:44:16 |
| 22 | Q. Okay. And including testing for | 11:44:16 |
| 23 | whether or not the Llama models or certain of | 11:44:17 |
| 24 | the Llama models that you tested were able to | 11:44:19 |
| 25 | continue passages of tokens from certain works | 11:44:22 |

```
                                                              Page 115
 1   that you fed into the model, correct?                    11:44:28
 2       A.   Correct.                                        11:44:36
 3       Q.   Okay.  And just to be clear, you did,           11:44:36
 4   indeed, find that it was able to continue at             11:44:37
 5   least for some token lengths, right?                     11:44:43
 6              ATTORNEY MORTON:  Object to                   11:44:45
 7       form.                                                11:44:45
 8              THE WITNESS:  What I found was                11:44:46
 9       an average for each book, one short                  11:44:46
10       passage of roughly 50 tokens could, with             11:44:52
11       some statistical probability, be                     11:44:57
12       reconstructed under these specialized                11:44:59
13       circumstances designed to make it as easy            11:45:02
14       as possible to reconstruct them.                     11:45:05
15   BY ATTORNEY YOUNG:                                       11:45:07
16       Q.   And you report averages in your                 11:45:07
17   report, right?                                           11:45:12
18       A.   I report several different averages.            11:45:14
19   I'm not quite sure what you're referring to.             11:45:17
20              Which averages?                               11:45:19
21       Q.   I'll clarify that in a bit.                     11:45:22
22              So if we were to turn -- can you              11:45:27
23   please turn to paragraph 90 of your opening              11:45:34
24   report, please?                                          11:45:37
25       A.   Sorry.  9-0?                                    11:45:38
```

Page 353

1                    CERTIFICATE

2           I HEREBY CERTIFY that the

3      proceedings, evidence and objections are

4      contained fully and accurately in the

5      stenographic notes taken by me upon the

6      deposition of Lyle Ungar, taken on

7      2/26/25 and that this is a true and correct

8      transcript of same.

9

10

11

12                  _____

13                  Jennifer Miller, RMR, CCR, CRR

14                  and Notary Public

15

16

17

18

19

20

21           (The foregoing certification of

22      this transcript does not apply to any

23      reproduction of the same by any means

24      unless under the direct control and/or

25      supervision of the certifying reporter.)