# **EXHIBIT 124**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RICHARD KADREY, et al.,

   *Individual and Representative Plaintiffs*,

  v.

META PLATFORMS, INC.,

   *Defendant.*

Case No. 3:23-cv-03417-VC

# REBUTTAL REPORT OF

# CRISTINA VIDEIRA LOPES, PhD

# FEBRUARY 03, 2025

79. However, the detailed data files show continuations much higher than Prof. Ungar included in his report, including continuations as high as 50 tokens, *i.e.*, complete verbatim completion.

### 2. ASSESSMENT

80. Being that the possible number of passages from each book is in the tens of thousands, 100 samples from each book corresponds to a confidence interval less than 70%±5—too uncertain to draw strong conclusions.[60] Such a low confidence interval is unusual in memorization experiments in contemporary practice. 100 was used in one of the earliest memorization experiments at Google [14], but from then on, the number of samples of these experiments increased considerably. Carlini et al. used 50,000 samples in one experiment and 1,000 samples in each repetition bin in another [11]. Google later used 2,000 [33] and 10,000 samples [5][51][59]. This is a technicality, but, in keeping with best practices, it is indicative that a more robust analysis of the results would be needed.

81. To make matters worse, Prof. Ungar reports only on *average* token completions.[61] It is well-known that averages are misleading especially when the data is highly skewed, as is the case here. For example, as demonstrated upon closer examination of the data, the averages conceal examples of significant completions of Plaintiff works which exceed double-digit tokens.

82. **Table 4** shows the longest length of completions for each of the 14 books, with double digits highlighted. This table was not in Prof. Ungar's reports. It was compiled by me by looking at the data files he provided as supplemental material. This table shows the longest completions that each model generated. In this case, longest completions are more meaningful than averages, because we are looking for the existence of memorization of specific works, not for general model behavior with respect to memorization. Thus, even one single occurrence of significant regurgitation of a specific book must be reported as it is proof of existence of memorization. Prof. Ungar failed to report his own results that clearly illustrate meaningful memorization by the Llama models.

---

[60] See, for example, https://www.calculator.net/sample-size-calculator.html
[61] Ungar Opening Report, pages 217-218, Tables 36 & 37.

83. Consistent with results reported in the literature [11] and in internal Meta experiments,[62] here too, the largest models (70B) show more memorization than the smaller ones. I expect the Llama 405B models to exhibit even stronger signs of memorization. Indeed, Prof. Ungar's experiments are additionally flawed because he focuses almost exclusively on the two smallest Llama models, despite the literature uniformly confirming that memorization increases with size. By opting not to run his test on the 405B model, he avoids the highly likely possibility that his experiment would show even higher levels of memorization.

| MAX | 2-7b | 2-13b | 2-70b | 3-8b | 3-70b | 3.1-8b | 3.2-1b | 3.2-3b |
|---|---|---|---|---|---|---|---|---|
| Sandman Slim | 5 | 6 | 6 | 5 | 10 | 5 | 5 | 5 |
| The Bedwetter | 8 | 5 | 42 | 4 | 11 | 4 | 4 | 4 |
| Ararat | 6 | 4 | 11 | 8 | 6 | 8 | 5 | 8 |
| The Beautiful Struggle | 5 | 5 | 5 | 8 | 38 | 8 | 4 | 8 |
| Drown | 5 | 5 | 5 | 3 | 17 | 5 | 3 | 3 |
| The Confessions of Max Tiv | 6 | 6 | 6 | 5 | 6 | 5 | 4 | 5 |
| M. Butterfly | 8 | 9 | 9 | 7 | 15 | 7 | 5 | 8 |
| Who is Rich? | 5 | 5 | 5 | 6 | 6 | 6 | 3 | 6 |
| After I'm Gone | 5 | 5 | 9 | 7 | 7 | 7 | 4 | 4 |
| No Visible Bruises: What w | 9 | 9 | 9 | 6 | 6 | 6 | 6 | 6 |
| Love and Other Impossible | 7 | 7 | 7 | 8 | 8 | 8 | 7 | 8 |
| Brown Girl Dreaming | 4 | 5 | 9 | 5 | 20 | 5 | 5 | 5 |
| Blood Oath | 5 | 6 | 5 | 5 | 26 | 3 | 4 | 5 |
| Embraced | 50 | 28 | 50 | 50 | 50 | 50 | 50 | 50 |

*Table 4. Longest completions--signs of memorization of Plaintiffs' books in Prof. Ungar's experiment*

84. Looking closer, these long completions are neither trivial nor common. **Table 5** shows some examples:

---

[62] Meta_Kadrey_00000277 (internal Meta presentation titled "Memorization in LLMs & MME [Memorization Measurement Engine]").

| The Bedwetter, Llama2-70B | | |
|---|---|---|
| Row 125 | she's going to accomplish in her life. It's mind-blowing. And she's so grown up. She's a mother. It's crazy. It's weird to think that just a few years | she's going to accomplish in her life. It's mind-blowing. And she's so grown up. She's a mother. It's crazy. It's funny to think that just a few |
| The Beautiful Struggle, Llama3-70B | | |
| Row 322 | are the walking lowest rung, and all that stands between us and beast, between us and the local zoo, is respect, the respect you take as natural as sugar and shit. We know what we are, that we walk like we are not | are the walking lowest rung, and all that stands between us and beast, between us and the local zoo, is respect, the respect you take as natural as sugar and shit. We watch your movies and we root for Rambo, because any |
| Blood Oath, Llama3-70B | | |
| Row 1286 | he can just as well get himself killed for one; in either case, tyrant or martyr, he is a monster.<br>â€" _E. M. Cioran_<br>**K** haled watched Dylan run into the night from the back of | he can just as well get himself killed for one; in either case, tyrant or martyr, he is a monster.<br>â€"E. M. CIORAN, A SHORT HISTORY OF DECAY<br>The sun had not yet risen when the plane |

Table 5. Examples of completions that are almost identical to the originals

85. An inspection of the results for *A View from the Stars* of Experiment 2 also shows signs of memorization.

| A View from the Stars, Llama2-13B (base, untrained) | | |
|---|---|---|
| Row 32 | arth enjoys unprecedented prosperity due to the infusion of Trisolaran knowledge and, with human science advancing and the Trisolarans adopting Earth culture, it seems that the two civilizations can coexist peacefully | arth enjoys unprecedented prosperity due to the infusion of Trisolaran knowledge. With human science advancing and the Trisolarans adopting Earth culture, it seems that the two civilizations will soon be able to co |
| A View from the Stars, Llama2-7B (base, untrained) | | |
| Row 12 | once in the 1950s and again in the eighties. But no clear boundary then existed between sci-fi and mainstream literature, so no legitimate fan base formed around the genre. After sci-fi came under siege | once in the 1950s and again in the 1980s. The first wave was a product of the Cultural Revolution, when the government encouraged the creation of science fiction as a way to promote science and technology. |

86. Experiment 2 had one additional methodological problem in that some of the prompts were unrelated to the content of the books, reflecting insufficient care with data cleaning—another red flag with respect to experimental soundness. As an example, the following prompt was used for *Vamp*:

32

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

The following is an excerpt from "Vamp" by "Loren Estleman". Please provide the next 50 tokens in the passage.
, organizations, and events portrayed in this novel are either products of the author's imagination or are used fictitiously.
VAMP
Copyright © 2023 by Loren D. Estleman
All rights reserved.
Cover illustration by Claudia Caranfa
Original design by Daniel Cullen, adapted by Forge Books
A Forge Book
Published by Tom Doherty Associates / Tor Publishing Group
120 Broadway
New York, NY 10271
www.tor-forge.com
Forge® is a registered trademark of Macmillan Publishing Group, LLC.
The Library of Congress Cataloging-in-Publication Data is available upon request.
ISBN 978-1-250-89247-8 (hardcover)
ISBN 978-1

87. In my opinion, any completions greater or equal than, say, 4 tokens raise red flags, because, sometimes, the generated text also offers non-verbatim similarity with the original. **Table 6** shows examples of such completions in Llama 2 7B.

| Llama2-7B | | | |
|---|---|---|---|
| Row | Original | Generated | Length |
| 171 | Obama. The Great Schlep would urge the grandchildren of Jewish geezers to get down to Florida, dispel their grandparents' misguided fears of the black man with the funny name, and convince | Obama. The Great Schlep was a campaign to send thousands of young Jews to Florida to talk to their grandparents and great-grandparents. It was a way to help the elderly Jews of Florida see their grandchildren' | 8 |
| 1040 | in a towel. "Why do you care about this, Emilia? She's just about three months. She told me that when we lost Isabel it made her realize that she wanted another child. She got pregnant right away." | in a towel. "Three months. And she's due in June. So she's about to find out if she's having a boy or a girl."<br>"Three months," I repeat. "She's three months | 6 |

*Table 6. Additional sample completions from Llama 2 7B experiments*

88. The reason why even these small completions raise red flags is that they show that the model is holding on to information about the sequences of tokens in the training data. We can see many of these in the detailed results data files.

89. In studying memorization, it is important to distinguish between the **memorization itself** and the **procedures used to expose it** [26]. The procedure used in this and other experiments for

33

measuring memorization is not good enough to extract that memory, at least from the smaller models. But that does not lead to the conclusion that the models have not memorized the Plaintiffs' works. The models may very well be capable of recalling those passages using more creative extraction approaches. Here, too, Prof. Ungar confuses absence of evidence with evidence of absence [4], and puts forward an interpretation of his experiment that is fundamentally flawed.

90. In conclusion, it is my opinion that this experiment does not prove that the Llama models don't memorize the Asserted Works. On the contrary, it shows significant signs of memorization in the 70B models, and it shows that the extraction method used here is not necessarily the best possible method of extraction. Better methods will likely emerge.

E.    **TESTS ON LLAMA3 70B SHOW SIGNIFICANT MEMORIZATION**

91. Following Prof. Ungar's findings of significant signs of memorization in the 70B models, I have been asked to try to reproduce the results recently reported online, which showed substantive memorization in the Llama models related to proprietary software code bases[63] and some of the Plaintiffs' works.[64] Counsel provided me with 73 passages drawn from a variety of books, including Asserted Works, to be used as prompts for completion using the Llama 3 8B and the Llama 3 70B models.

92. Overall, the Llama 3 70B model was able to continue all 73 passages successfully, according to multiple metrics, showing strong memorization effects. In 60% of the cases, the Llama 3 70B model was able to extend the prompt by 50 tokens that were identical to the corresponding text in the copyrighted work. In the other cases, the similarities were still substantial. In all 73 cases, Llama 3 70B outperformed Llama 3 8B model in recalling the passages. The results also show that Prof. Ungar's metric, *i.e.*, exact token sequence, underestimates the amount of similarity between the completions and the original texts.

---

[63]    https://www.linkedin.com/posts/louiswhunt_over-400-pages-of-algorithmically-generated-activity-7274952160776261632-yYlV/

[64]    https://www.linkedin.com/posts/louiswhunt_sarahksilverman-for-you-here-are-131-activity-7274512589936549892-Cyv1/

### 3. PROF. UNGAR'S METRIC UNDERESTIMATES SIMILARITY

99. In other parts of this report, I already alluded to the fact that Prof. Ungar's metric of choice, exact token sequence match, underestimates the real similarity between the completion and the original texts. The results obtained in this test clearly confirm that observation. In many cases, we see low values of the exact sequence match, meaning that the sequence was broken by a token that is not in the original text, but high values of the other metrics, meaning that the model was able to recall those additional tokens. **Table 7** shows some of these examples for Llama 3 70B. The exact examples can be found in **Appendix C**—their numbers are in the names seen here.

| **018_#866061.1.pdf** | | **025_#865738.1.pdf** | | **028_#865996.1.pdf** | | **037_#865687.1.pdf** | |
|---|---|---|---|---|---|---|---|
| Exact | *0.4815* | Exact | *0.1198* | Exact | *0.1534* | Exact | *0.2105* |
| BLEU | 0.8678 | BLEU | 0.6696 | BLEU | 0.9250 | BLEU | 0.6584 |
| Jaccard | 0.8710 | Jaccard | 0.6033 | Jaccard | 0.9438 | Jaccard | 0.6111 |
| Edit dist. | 0.8457 | Edit dist. | 0.6168 | Edit dist. | 0.9261 | Edit dist. | 0.5489 |
| **038_#865826.1.pdf** | | **051_#865941.1.pdf** | | **061_#865995.1.pdf** | | **071_#865802.1.pdf** | |
| Exact | *0.3659* | Exact | *0.4516* | Exact | *0.2710* | Exact | *0.3503* |
| BLEU | 0.7652 | BLEU | 0.9085 | BLEU | 0.9572 | BLEU | 0.8608 |
| Jaccard | 0.6379 | Jaccard | 0.8868 | Jaccard | 0.9672 | Jaccard | 0.8385 |
| Edit dist. | 0.7724 | Edit dist. | 0.8871 | Edit dist. | 0.9252 | Edit dist. | 0.8854 |

*Table 7. Exact sequence match vs. other metrics*

Respectfully Submitted,

*[signature]*

_____

Cristina ("Crista") Videira Lopes, PhD

February 3, 2025