# EXHIBIT 125

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

IN RE MATTER OF:                        )

RICHARD KADREY, et al.,                 )

Plaintiff,                              )

    vs.                                 ) C.A. NO.:

META PLATFORMS, INC.,                   ) 3:23-cv-03417-VC

Defendant.                              )

_____)


VIDEOTAPED DEPOSITION OF YANN LeCUN, Ph.D.

Palo Alto, California

Thursday, November 21, 2024

** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **

UNDER THE PROTECTIVE ORDER

Stenographically Reported by:

HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR

Realtime Systems Administrator

California CSR License #11600

Oregon CSR License #21-0005

Washington License #21009491

Nevada CCR License #980

Texas CSR License #10725

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

11/21/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 24

```
 1   If you have an understanding of the question          10:27:57

 2   independent of that, by means you can provide it.      10:28:00

 3          MS. GEMAN:   That question was plainly not       10:28:04

 4   one that would beget that admonition, so I would        10:28:05

 5   respectfully request that you keep your objections      10:28:10

 6   to form.                                                10:28:12

 7          MR. WEINSTEIN:   I -- I understand that.  I       10:28:12

 8   understand you weren't meaning to get that, but the     10:28:13

 9   scope of your question is pretty broad and --           10:28:15

10      Q.   (By Ms. Geman)  Do you need to hear the          10:28:18

11   question again?                                         10:28:19

12      A.   No.  I think there are two aspects.  The         10:28:20

13   first one is a completely practical one which is        10:28:22

14   that those systems are -- are trained -- and the        10:28:29

15   answer is different depending on which version of --    10:28:32

16          (Stenographer clarification.)                    10:28:36

17          THE WITNESS:   -- LLaMA which is the --           10:28:37

18      Q.   (By Ms. Geman)  So I will -- I can make the      10:28:39

19   question more precise.                                  10:28:40

20      A.   Yes.                                             10:28:41

21      Q.   Do you agree with Meta's decision to fail        10:28:42

22   to disclose the training sources for LLaMA 2, 3, and    10:28:43
```

11/21/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.        Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 25

```
 1   4?                                                     10:28:50

 2        A.   So 4 doesn't exist yet.                      10:28:53

 3        Q.   I understand that.                           10:28:55

 4        A.   So there's two things you can list; right?   10:28:56

 5   So you can list the -- the set of datasets that we     10:29:01

 6   used to train the system which was done for LLaMA 1.   10:29:10

 7   It was not done for LLaMA 2 and 3.                     10:29:13

 8           You can also just redistribute the data and    10:29:16

 9   that wasn't done for any of the models.  For LLaMA     10:29:19

10   1, all those sources were publicly downloadable from   10:29:24

11   the open Internet.                                     10:29:28

12           For LLaMA 3, that wouldn't be possible         10:29:30

13   because some of the data comes from -- it's internal   10:29:32

14   data essentially from users of Meta's services, and   10:29:37

15   so it cannot really be distributed, although that      10:29:44

16   content is public.  I mean only constituted of         10:29:47

17   public posts and pictures from -- from users of        10:29:52

18   Meta's platforms.  So that would not be distributed.   10:29:57

19           There's also the fact that it's not really     10:30:05

20   useful for that data to be distributed in the first    10:30:09

21   place because the reason for open source --            10:30:12

22           (Stenographer clarification.)                  10:30:20
```

Case 3:23-cv-03417-VC   Document 562-38   Filed 04/25/25   Page 5 of 11

11/21/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 26

```
 1              THE WITNESS:  -- open sourcing a foundation      10:30:22

 2    model, such as LLaMA, is -- is to allow people to         10:30:25

 3    use this model without having to train it from            10:30:30

 4    scratch which is insanely expensive.  So giving the       10:30:32

 5    data would not help people particularly.                  10:30:41

 6              And there's a lot of work that goes into        10:30:45

 7    curating a training dataset.  Basically filtering it      10:30:52

 8    in such a way that it only contains high-quality          10:30:59

 9    data, and that is not viewed as something that            10:31:03

10    should be publicly revealed for various reasons.          10:31:09

11       Q.   (By Ms. Geman)  So my question is:  Do you        10:31:13

12    agree in Meta's decision to fail to disclose the          10:31:15

13    training sources for LLaMA 2 and 3?                       10:31:18

14       A.   So that was a decision by our legal               10:31:21

15    department and I have no input.                           10:31:24

16       Q.   But you're the chief scientist and a very         10:31:28

17    well-regarded scholar and practitioner of AI, so my       10:31:30

18    question is:  Do you agree with that decision?            10:31:36

19              MR. WEINSTEIN:  Okay.                           10:31:38

20              You can state your personal opinion.  Her       10:31:38

21    question isn't asking for it, but don't reveal the        10:31:40

22    communications you had with counsel.                      10:31:43
```

Page 129

```
 1   plural or not, and so typically a token represents     12:41:44

 2   about three-quarter of a word on average.              12:41:47

 3          And then there are --                           12:41:50

 4          (Stenographer clarification.)                   12:41:55

 5          THE WITNESS:  -- agglutinative languages         12:41:55

 6   such as German where a word can be constructed by       12:41:57

 7   sticking together many words, right, so you have to     12:42:02

 8   break that word into individual components.  So         12:42:04

 9   that's what a token is, really; it's kind of a unit     12:42:08

10   of language that could be smaller than the word.        12:42:12

11      Q.   (By Ms. Geman)  So let's just say that was      12:42:16

12   the only sentence the LLM trained on it, it would       12:42:17

13   have a set of tokens for that sentence, right --        12:42:21

14      A.   Yeah.                                           12:42:23

15      Q.   -- "a sheep, a wolf and a cabbage lived on      12:42:24

16   an island."                                            12:42:28

17          Would -- if you were to give -- and every        12:42:29

18   single time it had -- every single time it trained     12:42:33

19   on that sentence, let's say, it would have that same    12:42:36

20   group of tokens; right?  Okay.                          12:42:39

21          And if you were to sort of show the LLM          12:42:43

22   that group of tokens, it could spit out that            12:42:47
```

11/21/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

```
                                                            Page 130

 1   sentence; correct?                                   12:42:51

 2          MR. WEINSTEIN:  Object to form.               12:42:54

 3          THE WITNESS:  That's a tricky -- tricky       12:42:57

 4   answer to that question.                             12:43:02

 5      Q.   (By Ms. Geman)  That sentence --             12:43:07

 6      A.   No, I can answer the question, but --        12:43:07

 7      Q.   Okay.                                        12:43:08

 8      A.   Okay.                                        12:43:10

 9      Q.   Sorry, we're noticing it was an hour and     12:43:12

10   counsel was looking at me, so that's what were       12:43:14

11   noticing.                                            12:43:15

12          But please -- please go ahead and then we     12:43:15

13   can do our lunch break.                              12:43:17

14      A.   Okay.                                        12:43:19

15          The same way that if I give you a short       12:43:19

16   poem and I keep repeating it to you multiple times,  12:43:22

17   you will learn that poem by -- by heart.  But you're 12:43:28

18   going to be able to regurgitate that poem, if that's 12:43:33

19   the only thing you hear for two days; right?         12:43:36

20          But if the space of those two days you read   12:43:39

21   two novels, you're not going to be able to           12:43:42

22   regurgitate all the words in those novels.           12:43:46
```

Page 131

1          It's exactly the same thing for LLMs.  If          12:43:48

2    you train them on a small amount of data and it's a          12:43:50

3    big LLM with a big capacity, memory capacity, and          12:43:54

4    you train it -- you train it on a small amount of          12:43:56

5    text, it's probably going to be able to regurgitate          12:43:58

6    that, the text you've been training it on, with some          12:44:02

7    degree of fidelity.          12:44:05

8          But if you train it on a lot of data, it          12:44:08

9    just does not have the memory capacity to -- to          12:44:11

10   store the content and -- and therefore it's not          12:44:14

11   going to be able to regurgitate any of those texts          12:44:17

12   to any significant extent unless within the training          12:44:21

13   set, a particular short segment of text appears          12:44:26

14   thousands of times.          12:44:30

15          So a famous quote, for example, may appear          12:44:31

16   thousands of times in a training set and the LLM          12:44:35

17   obviously would be able to regurgitate that quote          12:44:38

18   because, you know, it appears so many times and it's          12:44:41

19   probably part of common language if it appears so          12:44:44

20   many times, but it's not going to be able to          12:44:47

21   regurgitate the whole novel or even a chapter or          12:44:50

22   even a paragraph probably.          12:44:53

Page 132

1     Q.   If a large LLM trained on only one book, it    12:44:55

2    could regurgitate -- it could regurgitate that book;    12:44:59

3    isn't that true?                                         12:45:02

4     A.   The answer to that question depends on the    12:45:07

5    length of the book and the size of the LLM.  So if    12:45:09

6    you train a small language model on a single book,    12:45:13

7    it's not going to be able to regurgitate it.    12:45:16

8     Q.   LLaMA could; correct?    12:45:19

9     A.   Well, there's sizes of LLaMA.  LLaMA 3    12:45:21

10   has --    12:45:25

11          (Stenographer clarification.)    12:45:27

12          THE WITNESS:  -- several versions of    12:45:27

13   various sizes.  The smallest one is 1 billion    12:45:28

14   parameters.  And then there is a 7 billion, 70    12:45:33

15   billion and a 405 billion.    12:45:34

16    Q.   (By Ms. Geman)  Are you -- are you    12:45:36

17   disputing that LLaMA 3 could regurgitate a book if    12:45:39

18   that's all it was trained on?    12:45:44

19    A.   If it was trained on a single book, not too    12:45:45

20   long, it might be able to store the entire book in    12:45:50

21   its memory and regurgitate it relatively accurately,    12:45:55

22   but nobody would want an LLM of this type.  It would    12:46:00

11/21/2024     Richard Kadrey, et al. v. Meta Platforms, Inc.     Yann LeCun, Ph.D.
Highly Confidential - Attorneys' Eyes Only - Under the Protective Order

Page 133

1  be an extremely inefficient way of storing a book      12:46:03

2  and inaccurate and also expensive.      12:46:08

3          MS. GEMAN:  Okay.      12:46:11

4          We can take a break.      12:46:11

5          THE WITNESS:  Okay.      12:46:13

6          THE VIDEOGRAPHER:  We're going to go off      12:46:14

7  the record.  The time is 12:46 p.m.      12:46:15

8          (Lunch recess 12:46 p.m. to 1:42 p.m.)      12:46:26

9          THE VIDEOGRAPHER:  We are back on the      12:46:26

10  record.  The time is 1:42 p.m.      13:42:19

11          Please proceed.      13:42:21

12     Q.  (By Ms. Geman)  Hi, Yann.  Did you have a      13:42:25

13  good lunch?      13:42:26

14     A.  Same as yours, I'm afraid.      13:42:27

15     Q.  Okay.      13:42:34

16          I notice you didn't answer if it was a good      13:42:34

17  lunch.      13:42:37

18          What is memorization -- what is LLM      13:42:37

19  memorization?      13:42:42

20     A.  So it's something that does not really      13:42:43

21  exist in the sense that -- I think as we alluded to      13:42:44

22  earlier, when you train an LLM on a large      13:42:47

Page 323

```
 1              I, HEATHER J. BAUTISTA, CSR No. 11600,

 2    Certified Shorthand Reporter, certify:

 3         That the foregoing proceedings were taken

 4    before me at the time and place therein set forth,

      at which time the witness declared under penalty of

 5    perjury; that the testimony of the witness and all

      objections made at the time of the examination were

 6    recorded stenographically by me and were thereafter

      transcribed under my direction and supervision; that

 7    the foregoing is a full, true, and correct

      transcript of my shorthand notes so taken and of the

 8    testimony so given;

 9    (XX) Reading and signing was not requested/offered.

10         I further certify that I am not financially

11    interested in the action, and I am not a relative or

12    employee of any attorney of the parties, nor of any

13    of the parties.

14         I declare under penalty of perjury under the

15    laws of California that the foregoing is true and

16    correct.    Dated:    November 26, 2024

17

18

19

20

21

22    _____
      HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
```