# EXHIBIT 133

Case 3:23-cv-03417-VC   Document 562-39   Filed 04/25/25   Page 2 of 5

12/5/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.    Sy Choudhury 30(b)(6)
                       Highly Confidential - Subject to Protective Order

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,      )
                             )
       Individual and        )
       Representative        )
       Plaintiffs,           )
                             )
v.                           )   Case No. 3:23-cv-03417-VC
                             )
META PLATFORMS, INC.,        )
                             )
       Defendant.            )
_____)


** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **

Videotaped Deposition of meta Platforms, Inc.

by and through its corporate designee

SY CHOUDHURY

San Francisco, California

Thursday, December 5, 2024


Reported Stenographically by

Michael P. Hensley, RDR, CSR No. 14114

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 562-39   Filed 04/25/25   Page 3 of 5

12/5/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
                   Highly Confidential - Subject to Protective Order

Page 66

1     Q.   We actually saw a number of book
2  publishers among other content owners that Meta was
3  attempting to negotiate licenses with at this time,
4  not just two.
5          Are you saying that Meta was pursuing
6  licenses even though it didn't believe there was a
7  market for obtaining or licensing works from those
8  entities at this time?
9          ATTORNEY HARTNETT:  Objection to the form
10 of the question.
11         THE WITNESS:  I think we did not know --
12 unlike some of the other forms, like images, where
13 there was many more informed and, I'll say,
14 consistent within the same range and public
15 proposals, we did not have that many for nonfiction
16 or fiction books.
17 BY ATTORNEY PRITT:
18    Q.   Is it fair to say that there was a
19 potential market for licensing literary works for
20 use in Meta's LLMs at this time?
21    A.   There was a potential market --
22         ATTORNEY HARTNETT:  Objection to the form.

Case 3:23-cv-03417-VC   Document 562-39   Filed 04/25/25   Page 4 of 5

12/5/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
Highly Confidential - Subject to Protective Order

Page 67

1         THE WITNESS:  There was a potential
2    market, but I do not believe that at the time that
3    there was a informed -- or a true market.
4    BY ATTORNEY PRITT:
5        Q.   And do you also believe there was a
6    potential market for licensing literary works for
7    use as training data in Meta's LLMs at this time?
8         ATTORNEY HARTNETT:  Object to the form.
9    Calls for speculation.
10        THE WITNESS:  I can't really say.  I'm
11   just -- I -- I don't think that one or two data
12   points is -- is -- it clearly did not allow me or my
13   colleagues to build a business model to propose to
14   product and engineering; so I would say, probably,
15   "No."
16   BY ATTORNEY PRITT:
17       Q.   Did you recall anyone in the first quarter
18   of 2023 at Meta suggesting that there was not a
19   market or a potential market for licensing text data
20   for use in Meta's LLMs?
21        ATTORNEY HARTNETT:  Objection to the form.
22        THE WITNESS:  We did not have, to my

Case 3:23-cv-03417-VC   Document 562-39   Filed 04/25/25   Page 5 of 5

12/5/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Sy Choudhury 30(b)(6)
Highly Confidential - Subject to Protective Order

Page 82

1      CERTIFICATE OF SHORTHAND REPORTER

2

3      I, Michael P. Hensley, Registered Diplomate

4  Reporter for the State of California, CSR No. 14114,

5  the officer before whom the foregoing deposition was

6  taken, do hereby certify that the foregoing

7  transcript is a true and correct record of the

8  testimony given; that said testimony was taken by me

9  stenographically and thereafter reduced to

10 typewriting under my direction; that reading and

11 signing was not requested; and that I am neither

12 counsel for, related to, nor employed by any of the

13 parties to this case and have no interest, financial

14 or otherwise, in its outcome.

15

16

17

18

19           Michael P. Hensley, CSR, RDR

20

21

22