# EXHIBIT 140

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,           )

Individual and Representative )

Plaintiffs,                       )   CASE NO.

)   3:23-cv-03417-

-against-              )   VC

META PLATFORMS, INC.,             )

Defendant.   )

_____)


*** HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY***

VIDEO-RECORDED DEPOSITION OF

CHRIS BAKEWELL

Cooley LLP

55 Hudson Yards

New York, New York 10001

02/21/2025

10:11 a.m. (EST)


REPORTED BY:  AMANDA GORRONO, CLR

CLR NO. 052005-01

_____


DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 264

| | | |
|---|---|---|
| 1 | says quoted prices and active markets, this is | 16:15:45 |
| 2 | talking about stuff that's like on a stock | 16:15:48 |
| 3 | exchange. | 16:15:51 |
| 4 | Q.    But there is -- in --  in comparing | 16:15:56 |
| 5 | intellectual property assets, right, there is -- | 16:16:02 |
| 6 | it's rare that there are sort of identical | 16:16:08 |
| 7 | comparators, correct? | 16:16:13 |
| 8 | A.    Well, you got to keep the context of | 16:16:14 |
| 9 | this in mind.  As I said earlier, this -- this is | 16:16:16 |
| 10 | in the context of something being, like, quoted | 16:16:19 |
| 11 | in an active market, meaning like on a stock | 16:16:23 |
| 12 | exchange.  And no, intellectual property and | 16:16:26 |
| 13 | intangible assets generally are not traded on a | 16:16:31 |
| 14 | stock exchange.  That's what that means. | 16:16:35 |
| 15 | Q.    Right.  But I'm asking a different | 16:16:37 |
| 16 | question, which is that the -- there is rarely | 16:16:38 |
| 17 | identicality in making comparator data points for | 16:16:44 |
| 18 | pricing intellectual property, correct? | 16:16:53 |
| 19 | A.    Rarely identicality, does that show | 16:16:57 |
| 20 | up here? | 16:16:59 |
| 21 | Q.    Whether or not it shows up, I'm | 16:17:00 |
| 22 | asking you that question as someone who has a lot | 16:17:02 |

Page 265

| | | |
|---|---|---|
| 1 | of experience in licensing and valuation. | 16:17:05 |
| 2 | A.    Yeah.  I know enough to know and | 16:17:06 |
| 3 | I'll say this with respect because this is not | 16:17:08 |
| 4 | your area of expertise, but this -- your like -- | 16:17:12 |
| 5 | your question is mixing up some concepts.  And | 16:17:16 |
| 6 | this relates to assets in general and a | 16:17:19 |
| 7 | categorization for outdated accounting rules in | 16:17:23 |
| 8 | levels like observable inputs.  And this Level 1 | 16:17:28 |
| 9 | relates to things that are bought and sold on an | 16:17:33 |
| 10 | exchange like -- like prices of stock, for | 16:17:37 |
| 11 | example.  And that way using that -- those | 16:17:42 |
| 12 | dimensions, for comparison, you don't see that | 16:17:51 |
| 13 | with intangible assets. | 16:17:57 |
| 14 | Q.    So I want to come back to that in a | 16:17:59 |
| 15 | second, but the -- the books at issue here, | 16:18:04 |
| 16 | you're saying cannot be likened to -- to | 16:18:06 |
| 17 | equities, correct? | 16:18:11 |
| 18 | A.    Well, I don't know you can for what | 16:18:15 |
| 19 | purpose, but they are not -- the intangible | 16:18:17 |
| 20 | aspects are not -- they are not bought and sold | 16:18:21 |
| 21 | on an exchange.  The -- what we're talking about | 16:18:24 |
| 22 | here is an issue. | 16:18:28 |

Page 291

| | | |
|---|---|---|
| 1 | book sales? | 16:48:36 |
| 2 | A.   I don't know what you're referring | 16:48:37 |
| 3 | to. | 16:48:39 |
| 4 | Q.   Are you aware that -- | 16:48:39 |
| 5 | A.   Can you be more specific? | 16:48:40 |
| 6 | Q.   Sure. | 16:48:41 |
| 7 | Are you aware that Dr. Sinkinson | 16:48:42 |
| 8 | purported to study the effect of the release of | 16:48:44 |
| 9 | one of the Llama models on book sales? | 16:48:53 |
| 10 | A.   Yes. | 16:48:59 |
| 11 | Q.   Did you independently assess the | 16:48:59 |
| 12 | reliability of that study? | 16:49:01 |
| 13 | MR. MORTON:  Object to form. | 16:49:04 |
| 14 | A.   So he can -- he's the expert on | 16:49:07 |
| 15 | that.  That's his area of expertise.  I | 16:49:09 |
| 16 | considered what he said.  It seemed reasonable | 16:49:13 |
| 17 | from my point of view, but I'm not here to, like, | 16:49:17 |
| 18 | endorse his work. | 16:49:23 |
| 19 | BY MS. GEMAN: | 16:49:26 |
| 20 | Q.   You're not relying on his study, | 16:49:26 |
| 21 | correct, for your conclusions? | 16:49:28 |
| 22 | MR. MORTON:  Object to form. | 16:49:31 |

Page 325

1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2              I, Amanda Gorrono, the officer

3      before whom the foregoing deposition was

4      taken, do hereby certify that the foregoing

5      transcript is a true and correct record of

6      the testimony given; that said testimony was

7      taken by me stenographically and thereafter

8      reduced to typewriting under my direction;

9      and that I am neither counsel for, related

10     to, nor employed by any of the parties to

11     this case and have no interest, financial or

12     otherwise, in its outcome.

13             IN WITNESS WHEREOF, I have hereunto

14     set my hand this 21st day of February, 2025.

15

16

17

18     _____

19     AMANDA GORRONO, CLR

20     CLR NO:  052005 - 01

       Notary Public in and for the State of New York

21     County of Suffolk

       My Commission No.  01G06041701

22     Expires:  01/07/2027