# EXHIBIT 144

Case 3:23-cv-03417-VC   Document 562-42   Filed 04/25/25   Page 2 of 7

3/4/2025   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Sinkinson Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,          )
                                 )
         Plaintiffs,             )
                                 )
vs.                              )   No. 3:23-cv-03417-VC
                                 )
META PLATFORMS, INC.,            )
                                 )
         Defendant.              )
_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Video-recorded Deposition of MICHAEL SINKINSON, PH.D., taken at Cooley LLP, 110 North Wacker Drive, Chicago, Illinois, before Donna M. Kazaitis, IL-CSR, commencing at 9:37 a.m. on Tuesday, March 4, 2025.

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 562-42   Filed 04/25/25   Page 3 of 7

3/4/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Sinkinson Ph.D.
                         Highly Confidential - Attorneys' Eyes Only

Page 76

 1         A.   Just to be clear, I didn't choose just
 2    an eight-week window.  I chose a one-week, a
 3    two-week, a three-week, a four-week.  These are
 4    all cumulative.
 5         Q.   But do you go beyond eight weeks?
 6         A.   Not in this table, no.
 7         Q.   So why did you choose not to go beyond
 8    eight weeks in this table?
 9         A.   It seems like the point was made.
10         Q.   Could you elaborate on that?  What do
11    you mean by the point was made?
12         A.   Sure.  What I'm trying to say there is
13    that the coefficient estimate is stable from five
14    weeks to six weeks to seven weeks to eight weeks.
15    There doesn't seem to be any trend.
16         Q.   Do you think that any impact that
17    Llama 3 might have had on book sales would have
18    been fully observable within just those eight
19    weeks?
20         A.   It's possible there was an effect
21    later.  But, again, per my earlier comments, if
22    anything, this is showing that the books in Books3

Case 3:23-cv-03417-VC   Document 562-42   Filed 04/25/25   Page 4 of 7

3/4/2025              Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Sinkinson Ph.D.
                          Highly Confidential - Attorneys' Eyes Only

Page 77

1    slightly improved in rank.  So this seemed

2    sufficient.

3           Q.    Sufficient how, Professor?

4           A.    I felt very convinced from this.

5           Q.    From just the eight weeks?

6           A.    Again, given the coefficient is

7    stable, yes.

8           Q.    What do you mean by "the coefficient

9    was stable"?

10          A.    So what we're doing here is starting

11   at a very narrow window after the Llama 3 launch,

12   and we're adding more data in each column and

13   looking for an impact on those books on their

14   sales ranks.  As we add another week of data,

15   notice that the point estimate and the confidence

16   intervals are not moving, indicating that the

17   story is not changing as we add more data.

18          Q.    And where in this study do I see data

19   about adoption or use of Llama 3?

20          A.    I don't have access to that data.

21          Q.    Did you ask for access to that data?

22          A.    I may have.  I don't recall.  But I

Case 3:23-cv-03417-VC   Document 562-42   Filed 04/25/25   Page 5 of 7

3/4/2025            Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Sinkinson Ph.D.
                         Highly Confidential - Attorneys' Eyes Only

Page 257

```
 1   BY MR. STEIN:
 2        Q.   Did either of your reports look at the
 3   impact of piracy on book sales?
 4             MR. MORTON:  Object to form.
 5             THE WITNESS:  No.
 6   BY MR. STEIN:
 7        Q.   Did either of your reports look at the
 8   impact of the distribution aspect of torrenting on
 9   book sales?
10             MR. MORTON:  Object to form.
11             THE WITNESS:  No.
12   BY MR. STEIN:
13        Q.   Just to turn to your Curriculum Vitae
14   for a second, please, Professor.
15        A.   Sure.
16             MR. MORTON:  Could she come back in
17   now if you're asking about his CV?
18             MR. STEIN:  Yes.
19             MR. MORTON:  Thank you.
20             MR. STEIN:  Thank you.  Sorry, I can't
21   keep track of that issue.  I'm glad you are.
22
```

Case 3:23-cv-03417-VC   Document 562-42   Filed 04/25/25   Page 6 of 7

3/4/2025        Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Sinkinson Ph.D.
                        Highly Confidential - Attorneys' Eyes Only

Page 291

 1      A.   Yes.
 2      Q.   And you understand him to take a
 3 different view on whether a market exists or does
 4 not exist; is that right?
 5      A.   Can you repeat the first part of that?
 6      Q.   You understand him to take a different
 7 view than you do about the existence of a market
 8 here?
 9      A.   Correct.
10      Q.   Now, is this something about which
11 reasonable minds or reasonable economists can
12 disagree?
13           MR. MORTON:  Object to form.
14           THE WITNESS:  Is this something that
15 reasonable minds could disagree about?
16 BY MR. STEIN:
17      Q.   Uh-huh.
18      A.   I mean I've laid out my arguments for
19 why I have the opinion that I have.
20               Are you asking me to kind of
21 contrast with Professor Spulber?  I don't
22 understand the question.

Case 3:23-cv-03417-VC   Document 562-42   Filed 04/25/25   Page 7 of 7

3/4/2025    Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Sinkinson Ph.D.
Highly Confidential - Attorneys' Eyes Only

Page 331

```
 1   STATE OF ILLINOIS )
 2   COUNTY OF C O O K )
 3       I, Donna M. Kazaitis, IL-CSR No. 084-003145,
 4   do hereby certify:
 5       That the foregoing deposition of MICHAEL
     SINKINSON, PH.D., was taken before me at the time
 6   and place therein set forth, at which time the
     witness was put under oath by me;
 7       That the testimony of the witness and all
     objections made at the time of the examination
 8   were recorded stenographically by me, were
     thereafter transcribed under my direction and
 9   supervision and that the foregoing is a true
10   record of same.
11       I further certify that I am neither counsel
12   for nor related to any party to said action, nor
13   in any way interested in the outcome thereof.
14       IN WITNESS WHEREOF, I have subscribed my name
15   this 6th day of March, 2025.
16
17
18
19
20   _____
21   DONNA M. KAZAITIS, IL-CSR
22   IL-CSR License No. 084-003145
```