# EXHIBIT 150

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-----------------------------------x

RICHARD KADREY, et al.,              :

          Plaintiffs,    :

  v.                                 : Case No.: 3:23-CV-03417-VC

META PLATFORMS, INC.,                :

          Defendant.     :

-----------------------------------x


HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

Videotaped Deposition of

HUGO TOUVRON

Tuesday, December 3, 2024

10:06 a.m. GST

London, England


Reported by: Cassidy Western, RPR, CRR

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

1      Videotaped Deposition of HUGO TOUVRON, held

2   at the offices of:

3

4           Cooley LLP

5           22 Bishopsgate

6           London, UK EC2N 4BQ

7

8

9

10

11

12      Pursuant to notice, before Cassidy Western,

13   RPR, CRR, Notary Public in and for the

14   Commonwealth of Pennsylvania.

15

16

17

18

19

20

21

22

Page 403

1  post-training that I should have that.
2         MR. SIMONS: Okay. We again request for
3  the record copies of the post-training that
4  contains these templated answers as they have not
5  been produced.
6  BY MR. SIMONS:
7     Q    If you go to the bottom --
8     A    Uh-huh.
9     Q    -- of page 3, there's a question that
10 says:
11          Are you trained on Library Genesis?
12          And the answer is:
13          No, I'm not trained on Library Genesis
14 or any other sources that provide illegally
15 obtained or pirated content, including books,
16 articles or websites.
17          Do you see that?
18    A    Yeah.
19    Q    Now, as we discussed earlier --
20    A    Yeah.
21    Q    -- LLaMA 3 is, in fact, trained on
22 Library Genesis. Right?

Page 404

1    A    Yeah, it's trained on -- we refer -- I
2    don't know if it's a word in Library Genesis.  But
3    there's a dataset that we train on in Library
4    Genesis and we refer to it as LibGen.
5    Q    So this answer is not true.  Right?
6    A    I'm not 100 percent sure, but yeah, I
7    don't think it's true.
8    Q    And if it was a templated answer, do you
9    know why Meta --
10   A    But I will say it's not true for the
11   Genesis part.
12   Q    Right.  With respect to training on
13   the -- and that's a question that it seems like
14   Meta was aware of because as we were looking at
15   earlier, that was the issue that Melanie raised,
16   right, when we were looking at those messages
17   earlier is that it would say, I am, you know,
18   trained on Library Genesis.
19         So is it your understanding that someone
20   at Meta created a templated answer that provides
21   inaccurate information if someone was to ask about
22   training for Library Genesis?

Page 450

1   CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2        I, CASSIDY WESTERN, RPR, CRR, the officer

3   before whom the foregoing deposition was taken, do

4   hereby certify that the foregoing transcript is a

5   true and correct record of the testimony given;

6   that said testimony was taken by me

7   stenographically and thereafter reduced to

8   typewriting under my direction; that reading and

9   signing was requested; and that I am neither

10  counsel for, related to, nor employed by any of

11  the parties to this case and have no interest,

12  financial or otherwise, in its outcome.

13           IN WITNESS WHEREOF, I have hereunto set

14  my hand this 6th day of December, 2024.

15  My commission expires August 4, 2025.

16

17

18

19

20  _____     _____12/6/24____

21  Cassidy Western, RPR, CRR                    Date

22