# EXHIBIT 157

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, e al.,          )
Individual and                  )
Representative,                 )
                                )
         Plaintiffs,            )
                                )
v.                              )   Case No. 3:23-cv-03417-VC
                                )
META PLATFORMS, INC.,           )
                                )
         Defendant.             )
_____ )


** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **


Videotaped Deposition of CHAYA NAYAK

San Francisco, California

Thursday, October 31, 2024


Reported Stenographically by

Michael P. Hensley, RDR, CSR No. 14114

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 231

 1   pretraining, that that's a mitigation?
 2        A.   That would be how I'd interpret this based
 3   on this reading.
 4        Q.   And you don't know how that mitigation or
 5   filtering would happen?
 6        A.   I do not.
 7        Q.   Do you -- is it possible that it could
 8   happen the same way that filtering out bias happens?
 9   By feeding the model copyrighted material to train
10   it not to output it?
11             ATTORNEY WEINSTEIN:  Object to form.
12             THE WITNESS:  I'm unsure.
13   BY ATTORNEY POUEYMIROU:
14        Q.   Okay.  And then when we go to fine-tuned,
15   I take it that this is the posttraining part of the
16   pipeline, fine-tuning.  And you -- here you have
17   copyright memorization mitigations.
18             How do you interpret that?
19        A.   I just want to make it clear I did not
20   write this document.
21        Q.   I know.  I know.
22        A.   You said "you have"; that's why I was --

Page 232

1    Q.   Okay.
2    A.   Can you repeat the question.
3    Q.   Yes.
4         So in the fine-tuned section where you
5    have copyright memorization mitigations, what does
6    that refer to?
7    A.   I'm not sure based on this.
8    Q.   Okay.  And so is it fair to say that at
9    this point in time, which is just about a year and a
10   few months ago, when you joined GenAI, Meta has
11   mitigations at the pretraining level with respect to
12   how to deal with copyrighted material, and it has
13   mitigations with respect to copyright and
14   memorization at the fine-tuning level?
15        ATTORNEY WEINSTEIN:  Object to form.
16        THE WITNESS:  Based on reviewing this
17   document, I could see that interpretation, yes.
18   BY ATTORNEY POUEYMIROU:
19   Q.   And do you have any sense of how you might
20   mitigate memorization in fine-tuning?
21   A.   Yes.  I could.  I could -- I have ideas on
22   how we might do that.

Page 233

1     Q.    And how would you do it?
2     A.    Similar to other mitigations that we do in
3  fine-tuning.  We ask the model a question --
4     Q.    Mm-hmm.
5     A.    -- and we direct it towards a specific
6  response.
7           Excuse me.  I need to cough.
8           Sorry.
9     Q.    No problem.
10    A.    So we might teach the model to not
11 respond.
12    Q.    And is it fair to say that the -- Meta is
13 attempting to mitigate the model outputting
14 copyrighted work because it is trained on
15 copyrighted work?
16          ATTORNEY WEINSTEIN:  Object to form.
17          THE WITNESS:  Not necessarily.
18 BY ATTORNEY POUEYMIROU:
19    Q.    So how -- why would there be a -- an issue
20 with a -- why would a copyright mitigation exist if
21 copyrighted material didn't appear in training data?
22    A.    I'm not sure.  I -- I could imagine a

Page 321

1   CERTIFICATE OF SHORTHAND REPORTER

2

3       I, Michael P. Hensley, Registered Diplomate

4   Reporter for the State of California, CSR No. 14114,

5   the officer before whom the foregoing deposition was

6   taken, do hereby certify that the foregoing

7   transcript is a true and correct record of the

8   testimony given; that said testimony was taken by me

9   stenographically and thereafter reduced to

10  typewriting under my direction; that reading and

11  signing was not requested; and that I am neither

12  counsel for, related to, nor employed by any of the

13  parties to this case and have no interest, financial

14  or otherwise, in its outcome.

15

16

17

18

19           Michael P. Hensley, CSR, RDR

20

21

22