# EXHIBIT 159

Case 3:23-cv-03417-VC    Document 562-49    Filed 04/25/25    Page 2 of 7

11/20/2024          Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                              Highly Confidential - Attorneys' Eyes Only

Page 204

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, ET AL.,                        )

    INDIVIDUAL AND REPRESENTATIVE    )

                       PLAINTIFFS, ) LEAD CASE NO.

           v.                        ) 3:23-cv-03417-VC

META PLATFORMS, INC.,                          )

                      DEFENDANT. )

_____)


  * * *  H I G H L Y  C O N F I D E N T I A L  * * *

* * *  A T T O R N E Y S '  E Y E S  O N L Y  * * *


VIDEO-RECORDED 30(B)(6) DEPOSITION OF

MICHAEL CLARK

VOLUME III

WEDNESDAY, NOVEMBER 20, 2024

SAN FRANCISCO, CALIFORNIA

9:38 A.M. PST


REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 293

```
 1   BY MS. POUEYMIROU:

 2        Q.    So this document, this page 89800,

 3   shows Meta removing copyright information,

 4   including data publication, author, ISBN

 5   numbers, disclaimers about not selling, sharing

 6   or giving way because it is an infringement.

 7             And Meta achieved this via a script

 8   that Mr. Bashlykov created?

 9             MS. HARTNETT:  Object to the form.

10             THE WITNESS:  Mr. Bashlykov wrote a

11   script with the logic that is outlined on Bates

12   page 89798 and continues on 89799 to remove and

13   clean up text that matched this description,

14   which would include the items that you spoke

15   about.

16   BY MS. POUEYMIROU:

17        Q.    And does Meta still have this script?

18        A.    I do not know.  I walked through with

19   Mr. Bashlykov what the logic of the script was.

20   I did not look at the actual script.

21        Q.    Do you know whether this script was

22   used with Books3?
```

Page 294

```
 1            MS. HARTNETT:  Object to the form.

 2            THE WITNESS:  This script, in talking

 3    to Mr. Bashlykov, was specific to LibGen.

 4    BY MS. POUEYMIROU:

 5       Q.   Do you know whether Books3 also had its

 6    copyright information stripped from it?

 7            MS. HARTNETT:  Objection to the form of

 8    the question.

 9            THE WITNESS:  I do not know.

10    BY MS. POUEYMIROU:

11       Q.   Do you know whether Meta used this

12    script on Project Gutenberg?

13       A.   Project Gutenberg was processed at the

14    same time as Books3.  This script was written

15    specific to LibGen and to this criteria then,

16    which would postdate the processing of

17    Gutenberg.

18       Q.   And who told Mr. Bashlykov to create

19    this script?

20            MS. HARTNETT:  Object to the form.

21            THE WITNESS:  The logic in this script

22    is part of making the data usable and looking
```

11/20/2024        Richard Kadrey, et al. v. Meta Platforms, Inc. Michael Clark 30(b)(6), Vol III
                                 Highly Confidential - Attorneys' Eyes Only

Page 295

 1    for traits of the data that make the data usable

 2    for training.  And so as part of the cleanup

 3    that they were doing in the data to get ready

 4    for the data pipeline, they wrote this in order

 5    to make the data usable and not have repetitive

 6    patterns and not have extra line spaces and not

 7    have things that would decrease the quality of

 8    the model.

 9    BY MS. POUEYMIROU:

10        Q.   By removing the copyright information

11    from the training data, that means that there is

12    no concern that -- a memorization concern or a

13    regurgitation concern; is that correct?

14             MS. HARTNETT:  Objection to the form

15    and to the vagueness of "copyright information."

16             THE WITNESS:  Could you be more

17    specific?

18    BY MS. POUEYMIROU:

19        Q.   Yes.  So memorization, as we've

20    discussed, you have the regurgitation of

21    training data.

22             If you haven't trained on copyright

Page 296

```
 1   information, there's no risk of regurgitating

 2   that information; is that correct?

 3           MS. HARTNETT:  Objection to the form.

 4           THE WITNESS:  Is that a hypothetical,

 5   or is that specific --

 6   BY MS. POUEYMIROU:

 7       Q.   No.  I'm asking:  Can you regurgitate

 8   data that you have not trained on?

 9           MS. HARTNETT:  Objection to the form.

10           THE WITNESS:  Potentially.  Like, any

11   phrase could potentially be -- could you be more

12   specific?  I'm --

13   BY MS. POUEYMIROU:

14       Q.   So Meta removed files that

15   self-identified as pirated from its training

16   data; is that correct?

17       A.   As of the training time of LLaMA 2,

18   items that were self-identified as pirated or

19   stolen were removed, yes.

20       Q.   And when we discussed that last week,

21   the removal of pirated material was also

22   connected to a concern that it would be
```

Page 461

```
 1   STATE OF CALIFORNIA          )

 2   COUNTY OF LOS ANGELES        )   SS.

 3          I, AUDRA E. CRAMER, CSR No. 9901, in and for the

 4   State of California, do hereby certify:

 5          That, prior to being examined, the witness named

 6   in the foregoing deposition was by me duly sworn to

 7   testify the truth, the whole truth and nothing but the

 8   truth;

 9          That said deposition was taken down by me in

10   shorthand at the time and place therein named, and

11   thereafter reduced to typewriting under my direction,

12   and the same is a true, correct and complete transcript

13   of said proceedings;

14          I further certify that I am not interested in the

15   event of the action.

16          Witness my hand this 22 day of November,

17   2024.

18

19

20          _____
            Certified Shorthand
21          Reporter for the
            State of California
22
```