**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013-1413
(212) 355-9500
rgeman@lchb.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

(*additional counsel included below*)

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butticklaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>　　　Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC, a Delaware corporation,<br><br>　　　Defendant. | Case No. 3:23-cv-03417-VC<br><br>**DECLARATION OF BETSY SUGAR IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: EXHIBITS TO META'S MOTION IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT** |

- 1 -

3226908.1

I, Betsy Sugar declare:

1. I am an attorney in the law firm of Lieff Cabraser Heimann & Bernstein counsel for Plaintiffs in the above-captioned case. I am a member of the State Bar of Tennessee and am admitted to practice before this Court *pro hac vice*. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. The following documents contain the Plaintiffs' personal financial information and personal medical information, as well as third parties' personal information. Because such information is personally identifiable information, its disclosure would cause Plaintiffs to suffer harm. In particular, Plaintiffs and third parties face unnecessary loss of privacy if this information unrelated to the litigation were unsealed.

3. Plaintiffs thus redacted the personally identifiable information from the following documents, and filed the unredacted versions under seal (attached to this Motion):

| Document | Sealing Request |
|---|---|
| **Ghajar Ex. 6** – Meta's Brief | Farnsworth Tr. 304:8, Farnsworth Tr. 304:18, and Farnsworth Tr. 305:12 (PDF pages 5–6). |
| **Ghajar Ex. 6** – Meta's Brief | Greer Tr. 231:24–232:3; Greer Tr. 262:20–25 (PDF pages 22–23, 37). |
| **Ghajar Ex. 6** – Meta's Brief | Hwang Tr. 128:18–129:22; Hwang Tr. 149:1–2; Hwang 277:7 (PDF pages 46–47, 55, 62). |
| **Ghajar Ex. 10** – Meta's Brief | Woodson Tr. 372:5 (PDF page 55). |
| **Ghajar Ex. 17** – Meta's Brief | Golden Tr. 288:9 (PDF page 21). |
| **Ghajar Ex. 17** – Meta's Brief | Klam Tr. 314:15, 319:4, 319:9 (PDF pages 40–41). |
| **Ghajar Ex. 17** – Meta's Brief | Lippman Tr. 283:2, 283:4, 283:8, 283:10 (PDF page 46) |
| **Ghajar Ex. 17** – Meta's Brief | Snyder Tr. 198:10 (PDF page 59) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 25, 2025 in Nashville, TN.

                                            */s/ Betsy A. Sugar*
                                            Betsy A. Sugar