JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

*Attorney for Non-Party*
OPENAI OPCO, L.L.C.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

RICHARD KADREY, *et al.*,

    Individual and Representative Plaintiffs,

      v.

META PLATFORMS, INC., a Delaware corporation,

          Defendant.

Case No. 3:23-cv-03417-VC-TSH

**DECLARATION OF ALEXANDER ZBROZEK IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: META'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 544]**

1    I, Alexander Zbrozek, hereby declare as follows:

2        1.    I am Senior Counsel at OpenAI.  I submit this declaration in support of Defendant

3    Meta Platforms, Inc.'s Administrative Motion to Consider Whether Another Party's Material

4    Should Be Sealed Re: Meta's Reply in Support of Its Motion for Partial Summary Judgment, ECF

5    No. 544, pursuant to N.D. Cal. L.R. 79-5(f)(3).  I have personal knowledge of the facts set forth

6    below and, if called as a witness, could testify competently thereto.

7        2.    I have been informed that because Defendant's Motion for Partial Summary

8    Judgment relates to a potentially dispositive matter, courts generally apply a "compelling

9    reasons" standard when considering motions to seal documents.  *Kamakana v. City & Cty. of*

10    *Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)).  However, I have also been informed that courts

11    have found that "confidential business information" in the form of "license agreements, financial

12    terms, details of confidential licensing negotiations, and business strategies" satisfies the

13    "compelling reasons" standard.  *Jam Cellars, Inc. v. Wine Grp. LLC*, No. 19-CV-01878-HSG,

14    2020 WL 5576346, at *1 (N.D. Cal. Sept. 17, 2020) (citing *In re Qualcomm Litig.*, No. 3:17-cv-

15    0108-GPC-MDD, 2017 WL 5176922, at *2 (S.D. Cal. Nov. 8, 2017); *Finisar Corp. v. Nistica,*

16    *Inc.*, No. 13-cv-03345-BLF (JSC), 2015 WL 3988132, at *5 (N.D. Cal. June 30, 2015)).

17        3.    I have been informed and understand that the OpenAI confidential material

18    marked for redaction in Paragraph 9 of the Declaration of Michael Sinkinson filed in support of

19    Meta Platforms, Inc.'s Reply in Support of Its Motion for Partial Summary Judgment, ECF No.

20    543-15, has been designated by OpenAI as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES

21    ONLY" pursuant to the protective order.  I submit this declaration in support of sealing that

22    information.

23        4.    Based on my review, the green-highlighted portions of Paragraph 9 of the

24    Declaration of Michael Sinkinson, attached as an exhibit hereto, should remain redacted because

25    they contain highly confidential business information stemming from the terms of a July 2023

26    agreement between OpenAI and the Associated Press.  OpenAI treats the terms from agreements

27    with business partners as highly confidential given the highly competitive nature of the artificial

28    intelligence industry.  OpenAI generally does not publicly disclose strategic decision-making

1    deliberations concerning business relationships to prevent competitive harm to OpenAI.

2    Moreover, OpenAI and certain partners have express agreements with confidentiality provisions

3    that prevent public disclosure of confidential facts about the companies' business relationships.

4    Public disclosure of this information would cause competitive harm to OpenAI, given the highly

5    competitive nature of the artificial intelligence industry with global stakeholders, and could cause

6    violation of OpenAI's confidentiality agreements.

7         5.    OpenAI's request is narrowly tailored, as OpenAI does not seek to seal any other

8    information identified in Defendant's sealing motion.

9

10        I declare under penalty of perjury under the laws of the United States of America that the

11    foregoing is true and correct.

12        Executed on this 25th day of April, 2025, in New York, New York.

13

14                              /s/ Alexander Zbrozek
                               _____
15                              Alexander Zbrozek
                               Senior Counsel
16                              OpenAI

17

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

I, Joseph C. Gratz, am the ECF User whose ID and password are being used to file this document.  In accordance with Civil L.R. 5-1(i)(3), concurrence in and authorization of the filing of this document has been obtained from Alexander Zbrozek, declarant.


Dated: April 25, 2025                                            MORRISON & FOERSTER LLP


By:   */s/ Joseph C. Gratz*
      Joseph C. Gratz


*Attorney for Non-Party*
OPENAI OPCO, L.L.C.