JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

*Attorneys for Non-Party*
OPENAI OPCO, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California, 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on April 25, 2025, I served a copy of:

**DECLARATION OF ALEXANDER ZBROZEK IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: META'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 544]**

**[CONDITIONALLY UNDER SEAL] PROPOSED REDACTIONS TO THE DECLARATION OF MICHAEL SINKINSON [ECF NO. 543-15]**

X   **BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the email address(es) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri
Cadio R. Zirpoli
Christopher K. L. Young
Holden J. Benon
Aaron Cera
Margaux Poueymirou
Melissa Tribble
Louis Andrew Kessler
601 California St., Ste. 1505
San Francisco, CA 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
mpoueymirou@saverilawfirm.com
mtribble@saverilawfirm.com
lkessler@saverilawfirm.com
jslfservice_chatgpt@saverilawfirm.com

**MATTHEW BUTTERICK, ATTORNEY AT LAW**
Matthew Butterick
1920 Hillhurst Ave. #406
Los Angeles, CA 90027
mb@butericklaw.com

CERTIFICATE OF SERVICE
CASE NO. 3:23-CV-03417-VC-TSH                    1

| | |
|---|---|
| 1 | **CAFFERTY, CLOBES MERIWETHER & SPRENGEL LLP** |
| | Bryan L. Clobes |
| 2 | Alexander J. Sweatman |
| | Mohammed Rathur |
| 3 | 135 South LaSalle Street, Suite 3210 |
| | Chicago, IL 60603 |
| 4 | bclobes@caffertyclobes.com |
| | asweatman@caffertyclobes.com |
| 5 | mrathur@caffertyclobes.com |
| | |
| 6 | **VENTURA HERSEY & MULLER, LLP** |
| | Daniel J. Muller |
| 7 | 1506 Hamilton Avenue |
| | San Jose, CA 95125 |
| 8 | dmuller@venturahersey.com |
| | |
| 9 | **BOIES SCHILLER FLEXNER LLP** |
| | David Boies (*pro hac vice*) |
| 10 | 333 Main Street |
| | Armonk, NY 10504 |
| 11 | (914) 749-8200 |
| | dboies@bsfllp.com |
| 12 | chatgpt_cocounsel@bsfllp.com |
| | |
| 13 | David L. Simons *(pro hac vice)* |
| | 55 Hudson Yards |
| 14 | New York, NY 10001 |
| | (212) 446-2300 |
| 15 | dsimons@bsfllp.com |
| | |
| 16 | Joshua I. Schiller |
| | Maxwell V. Pritt |
| 17 | Joshua M. Stein |
| | Margaux Poueymirou |
| 18 | 44 Montgomery Street, 41st Floor |
| | San Francisco, CA 94104 |
| 19 | (415) 293-6800 |
| | jischiller@bsfllp.com |
| 20 | mpritt@bsfllp.com |
| | jstein@bsfllp.com |
| 21 | mpoueymirou@bsfllp.com |
| | |
| 22 | Jay Schuffenhauer *(pro hac vice)* |
| | Jesse Panuccio *(pro hac vice)* |
| 23 | 1401 New York Ave, NW |
| | Washington, DC 20005 |
| 24 | (202) 237-2727 |
| | jschuffenhauer@bsfllp.com |
| 25 | jpanuccio@bsfllp.com |
| | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **DICELLO LEVITT LLP** |
| | David A. Straite |
| 2 | Greg G. Gutzler |
| | 485 Lexington Avenue, Suite 1001 |
| 3 | New York, NY 10017 |
| | (646) 933-1000 |
| 4 | dstraite@dicellolevitt.com |
| | ggutzler@dicellolevitt.com |
| 5 | |
| | Madeline E. Hills *(pro hac vice)* |
| 6 | Adam J. Levitt |
| | Amy E. Keller |
| 7 | James Arthur Ulwick |
| | Nada Djordjevic *(pro hac vice)* |
| 8 | Ten North Dearborn Street, Sixth Floor |
| | Chicago, IL 60602 |
| 9 | (312) 214-7900 |
| | mhills@dicellolevitt.com |
| 10 | alevitt@dicellolevitt.com |
| | akeller@dicellolevitt.com |
| 11 | julwick@dicellolevitt.com |
| | ndjordjevic@dicellolevitt.com |
| 12 | |
| | Brian O. O'Mara |
| 13 | 4747 Executive Dr., Suite 240 |
| | San Diego, CA 92121 |
| 14 | (619) 923-3939 |
| | briano@dicellolevitt.com |
| 15 | |
| | **RMP LLP** |
| 16 | Seth Haines |
| | Timothy Hutchinson |
| 17 | 5519 Hackett Rd., Suite 300 |
| | Springdale, AR 72762 |
| 18 | (479) 443-2705 |
| | shaines@rmp.law |
| 19 | thutchinson@rmp.law |
| 20 | **LIEFF CABRASER HEIMANN AND BERNSTEIN, LLP** |
| | Betsy A. Sugar *(pro hac vice)* |
| 21 | Kenneth S. Byrd *(pro hac vice)* |
| | 222 2nd Avenue South, Suite 1640 |
| 22 | Nashville, TN 94111-3339 |
| | (615) 313-9000 |
| 23 | bsugar@lchb.com |
| | kbyrd@lchb.com |
| 24 | |
| | Daniel M. Hutchinson |
| 25 | Embarcadero Center West |
| | 275 Battery Street, 29th Floor |
| 26 | San Francisco, CA 94111-3339 |
| | (415) 956-1000 |
| 27 | dhutchinson@lchb.com |
| 28 | |

CERTIFICATE OF SERVICE                                         3
CASE NO. 3:23-CV-03417-VC-TSH

| | |
|---|---|
| 1 | Danna Z. Elmasry |
| 2 | 250 Hudson Street, Ste 8th Floor<br>New York, NY 10013 |
| 3 | (212) 355-9500<br>delmasry@lchb.com |
| 4 | *Counsel for Individual and Representative Plaintiffs* |
| 5 | |
| 6 | **COOLEY LLP**<br>Bobby A. Ghajar |
| 7 | Colette Ani Ghazarian<br>1333 2nd Street, Suite 400 |
| 8 | Santa Monica, CA 90401<br>(310) 883-6400 |
| 9 | bghajar@cooley.com<br>cghazarian@cooley.com |
| 10 | |
| 11 | Teresa Lauren Harrold Michaud<br>355 South Grand Avenue, Suite 900 |
| 12 | Los Angeles, CA 90071<br>(213) 561-3241 |
| 13 | tmichaud@cooley.com |
| 14 | Elizabeth Lee Stameshkin<br>Juan Pablo Gonzalez |
| 15 | Judd D. Lauter<br>Matthew J. Brigham |
| 16 | 3175 Hanover Street<br>Palo Alto, CA 94304 |
| 17 | (650) 843-5000<br>lstameshkin@cooley.com |
| 18 | jgonzalez@cooley.com<br>jlauter@cooley.com |
| 19 | mbrigham@cooley.com |
| 20 | Kathleen R. Hartnett<br>3 Embarcadero Center, 20th Floor |
| 21 | San Francisco, CA 94111-4004<br>(415) 693-2071 |
| 22 | khartnett@cooley.com |
| 23 | Cole Augustus Poppell<br>Phillip Edward Morton |
| 24 | 1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400 |
| 25 | (202) 776-2317<br>cpoppell@cooley.com |
| 26 | pmorton@cooley.com |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE  4
CASE NO. 3:23-CV-03417-VC-TSH

| | |
|---|---|
| 1 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>William Thomas Marks |
| 2 | Kannon K. Shanmugam (*pro hac vice*)<br>2001 K Street NW |
| 3 | Washington, DC 20006<br>(202) 223-7314 |
| 4 | wmarks@paulweiss.com<br>kshanmugam@paulweiss.com |
| 5 | |
| 6 | Anna Manchester Stapleton<br>535 Mission Street |
| 7 | San Francisco, CA 94105<br>(628) 432-5100 |
| 8 | astapleton@paulweiss.com |
| 9 | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>Angela Dunning |
| 10 | 1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304-1248 |
| 11 | (650) 815-4131<br>adunning@cgsh.com |
| 12 | *Counsel for Defendant Meta Platforms, Inc.* |

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed at San Diego, California, this 25th day of April, 2025.

                                              */s/ Courtney Deoliveira*
                                              Courtney Deoliveira