```
COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
TERESA MICHAUD (296329)
(tmichaud@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    (310) 883-6400
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone:    (650) 815-4131

PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP
KANNON K. SHANMUGAM (*pro hac vice*)
(kshanmugam@paulweiss.com)
2001 K Street, NW
Washington, DC 20006
Telephone:    (202) 223-7300
```

*[Full Listing on Signature Page]*
*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**PUBLIC REFILING OF MATERIALS PROVISIONALLY FILED UNDER SEAL IN CONNECTION WITH META'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKTS. 497, 544] PURSUANT TO ORDER OF MARCH 12, 2025 [DKT. 477]** |

COOLEY LLP
ATTORNEYS AT LAW

PUBLIC REFILING OF MATERIAL
RE MOTS. TO SEAL [DKTS. 497, 544]
3:23-CV-03417-VC-TSH

Pursuant to the Court's March 12, 2025 Order (Dkt. 477), Meta Platforms, Inc. ("Meta") publicly refiles the following materials that were provisionally filed under seal in connection with Meta's Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (Dkts. 497, 544) regarding documents filed in support of (1) Meta's Motion for Partial Summary Judgment and Opposition to Plaintiffs' Motion for Partial Summary Judgment (Dkt. 489) ("Meta's MSJ") and (2) Meta's Reply in Support of its Motion for Partial Summary Judgment (Dkt. 543) ("Meta's Reply").

| Document |
| --- |
| **Ex. A** – Ghajar Ex. 1 *(Dkt. 490-1)* |
| **Ex. B** – Ghajar Ex. 2 *(Dkt. 490-2)* |
| **Ex. C** – Ghajar Ex. 4 *(Dkt. 490-4)* |
| **Ex. D** – Ghajar Ex. 7 *(Dkt. 490-7)* |
| **Ex. E** – Ghajar Ex. 8 *(Dkt. 490-8)* |
| **Ex. F** – Ghajar Ex. 13 *(Dkt. 490-13)* |
| **Ex. G** – Ghajar Ex. 14 *(Dkt. 490-14)* |
| **Ex. H** – Ghajar Ex. 15 *(Dkt. 490-15)* |
| **Ex. I** – Ghajar Ex. 16 *(Dkt. 490-16)* |
| **Ex. J** – Ghajar Ex. 22 *(Dkt. 490-22)* |
| **Ex. K** – Declaration of Professor Michael Sinkinson, PhD. In Support of Meta's Motion for Summary Judgment *(Dkt. 544-9)* |
| **Ex. L** – Ghajar Ex. 54 *(Dkt. 544-7)* |

Meta maintains redactions to the narrowly tailored portions of **Exhibit J** that contain Meta's confidential information, as explained in Meta's Administrative Motion to File Under Seal (Dkt. 497) and accompanying Declaration of Michelle Woodhouse (Dkt. 497-1).

Meta maintains redactions to **Exhibit K** that contains third-party confidential information for which the third party is a non-party to this litigation. Meta takes no position on the confidentiality of the redacted information as stated in Meta's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, (Dkt. 544).

| | | |
|---|---|---|
| 1 | Dated: April 25, 2025 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ *Juan Pablo Gonzalez* |
| | | Bobby Ghajar |
| 4 | | Mark Weinstein |
| | | Kathleen Hartnett |
| 5 | | Teresa Michaud |
| | | Phillip Morton |
| 6 | | Judd Lauter |
| | | Liz Stameshkin |
| 7 | | Matthew Brigham |
| | | Colette Ghazarian |
| 8 | | Juan Pablo Gonzalez |
| | | Cole A. Poppell |
| 9 | | |
| | *Full Counsel List* | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 10 | | Angela L. Dunning |
| | COOLEY LLP | |
| 11 | PHILLIP MORTON *(pro hac vice)* | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | (pmorton@cooley.com) | |
| 12 | COLE A. POPPELL *(pro hac vice)* | Kannon K. Shanmugam |
| | (cpoppell@cooley.com) | William T. Marks |
| 13 | 1299 Pennsylvania Avenue, NW, Suite 700 | Anna Stapleton |
| | Washington, DC 20004-2400 | |
| 14 | Telephone:   (202) 842-7800 | Attorneys for Defendant |
| | | META PLATFORMS, INC. |
| 15 | COOLEY LLP | |
| | MATTHEW BRIGHAM (191428) | |
| 16 | (mbrigham@cooley.com) | |
| | JUAN PABLO GONZALEZ (334470) | |
| 17 | (jgonzalez@cooley.com) | |
| | 3175 Hanover Street | |
| 18 | Palo Alto, CA  94304-1130 | |
| | Telephone:   (650) 843-5000 | |
| 19 | | |
| 20 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | |
| | WILLIAM T. MARKS *(pro hac vice)* | |
| 21 | (wmarks@paulweiss.com) | |
| | 2001 K Street, NW | |
| 22 | Washington, DC 20006 | |
| | Telephone:   (202) 223-7300 | |
| 23 | | |
| 24 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | |
| | ANNA STAPLETON (337686) | |
| 25 | 535 Mission Street, 25th Floor | |
| | San Francisco, CA 94105 | |
| 26 | Telephone:   (415) 432-5000 | |
| 27 | | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW