# EXHIBIT A

1        HIGHLY CONFIDENTIAL PURSUANT TO PO
2            UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
3              SAN FRANCISCO DIVISION
             CASE NO. 3:23-cv-03417-VC
4

     RICHARD KADREY, et al.,              :
5        Individual and Representative :
         Plaintiff,                       :
6                                         :
                      v.                  :
7                                         :
     META PLATFORMS, INC., a Delaware :
8    Corporation,                         :
         Defendant.                       :
9    ------------------------------- x
10
11           VIDEOTAPE DEPOSITION OF:
12               TA-NEHSI COATES
13             NEW YORK, NEW YORK
14          THURSDAY, NOVEMBER 21, 2024
15
16
17
18
19
20
21
22
23
24    REPORTED BY:
      SILVIA P. WAGE, CCR, CRR, RPR
25    JOB NO. 6985779

                                    Page 1

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO

 2            Q.    Have you ever asked somebody      10:16:15

 3      else to use one of Meta's AI tools to,        10:16:17

 4      you know, generate something about or         10:16:22

 5      with your books?                              10:16:25

 6            A.    I'm pretty sure I have not.        10:16:27

 7            Q.    You'd remember if you asked        10:16:31

 8      someone else to do that?                      10:16:32

 9            A.    I might.  I mean, you know,        10:16:33

10      it's human memories, though.  But I don't     10:16:35

11      think I did.                                  10:16:37

12            Q.    Has anybody shown you -- do        10:16:38

13      you know what "output" is from AI, "AI        10:16:43

14      output"?                                      10:16:45

15            A.    I assume you put the thing in      10:16:45

16      and whatever comes out, yes.                  10:16:48

17            Q.    Whatever comes out?                10:16:48

18            A.    Yes.                               10:16:49

19            Q.    So, if I use "output," you'll      10:16:49

20      understand that's what I mean?                10:16:52

21            A.    Yes.                               10:16:52

22            Q.    Have you personally created        10:16:53

23      or witnessed someone create output from       10:16:57

24      Meta's AI model that that replicates your     10:17:00

25      books?                                        10:17:07
```

Page 52

1        HIGHLY CONFIDENTIAL PURSUANT TO PO

2        A.    Not that I recall.              10:17:10

3        Q.    Have you personally created     10:17:11

4    or witness someone create output from     10:17:14

5    ChatGPT that replicates your books?       10:17:17

6        A.    Not that I recall.              10:17:21

7        Q.    Have you personally created     10:17:22

8    or witnessed someone create output from   10:17:26

9    Meta's AI model that regurgitates portions 10:17:29

10   of your books?                            10:17:35

11       A.    Not that I recall.              10:17:38

12       Q.    Same question regarding         10:17:39

13   ChatGPT.                                  10:17:41

14       A.    Not that I recall.              10:17:41

15       Q.    When AI first came out -- and   10:17:45

16   if you take yourself back to late 2022     10:17:47

17   and 2023, were you concerned that AI       10:17:51

18   could displace you or others like you,     10:17:56

19   others who write?                          10:18:04

20           MR. RATHUR:  Objection to         10:18:07

21      form.                                  10:18:08

22           You can answer.                   10:18:08

23       A.    No, not that I recall.  There   10:18:10

24   was -- I know that there was a great deal  10:18:13

25   of concern among writers.  I know that     10:18:15

Page 53

HIGHLY CONFIDENTIAL

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO
 2            CERTIFICATE OF REPORTER
 3        I, SILVIA P. WAGE, CSR, CRR, RPR,
      herby certify that the witness in the
 4    foregoing deposition was by me duly sworn
      to tell the whole truth, nothing but the
 5    truth; said deposition was taken down in
      shorthand by me, a disinterested person,
 6    at the time and place therein stated.  The
      testimony of said witness was thereafter
 7    reduced to typewriting by computer under
      my direction and supervision.  Before
 8    completion of the deposition, review of
      the transcript [X] was [ ] was not
 9    requested.  If requested, any changes
      made by the deponent (and provided to
10    the reporter) during the period allowed
      are appended hereto.

11
         I further certify that I am not of
12    counsel or attorney for either or any
      of the parties to the said deposition,
13    nor in any way interested in the event
      of this cause, and that I am not
14    related to any of the parties thereto.
15
16
17
18
19
20    SIGNED:
21    dated: December 5, 2024
22
23
24
25


                              Page 400
```

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4

 5

 6   *******************************

 7   RICHARD KADREY, ET AL.,

 8                   Individual and

                     Representative Plaintiffs

 9

     vs.                  CA NO. 3:23-CV-03417-VC

10

     META PLATFORMS, INC., a

11   Delaware corporation,

12                   Defendant

13   *******************************

14

15

16            VIDEOTAPED DEPOSITION OF:

17                  JUNOT DIAZ

18                  COOLEY LLP

19              500 Boylston Street

20              Boston, Massachusetts

21           November 20, 2024      9:06 a.m.

22

23

24         Darlene M. Coppola, RPR, RMR, CRR
```

Page 1

| | | |
|---|---|---|
| 1 | another developer of a large language model | 10:11:33 |
| 2 | had purchased copies of your books and then | 10:11:36 |
| 3 | used those copies of the books to train or | 10:11:41 |
| 4 | teach the large language model English or how | 10:11:45 |
| 5 | to write, do you have an opinion on whether | 10:11:51 |
| 6 | that is fair use or not? | 10:11:52 |
| 7 | MR. RATHUR:  Objection.  Calls | 10:11:55 |
| 8 | for speculation. | 10:11:55 |
| 9 | A.  Yeah, I'm -- again, I think that, for | 10:11:55 |
| 10 | me, it's always if you're going to use the | 10:11:58 |
| 11 | book in a certain way, then you negotiate with | 10:12:01 |
| 12 | the people of how you're using the book.  If | 10:12:04 |
| 13 | someone wants to quote Chapter 4 of a novel, | 10:12:08 |
| 14 | they have to come to my agent and editor for | 10:12:14 |
| 15 | that.  So I assume if you're going to do | 10:12:17 |
| 16 | something spectacular, like train a massive | 10:12:19 |
| 17 | large language system, I would assume that | 10:12:25 |
| 18 | there would be a negotiation involved other | 10:12:28 |
| 19 | than I just happened to buy it.  But, again, I | 10:12:30 |
| 20 | have lawyers and agents and publishers who I | 10:12:32 |
| 21 | think it would be useful to deepening my | 10:12:35 |
| 22 | understanding of that. | 10:12:41 |
| 23 | Q.  Are you aware of any evidence that | 10:12:42 |
| 24 | Meta's large language models are able to | 10:12:51 |

Page 67

| | | |
|---|---|---|
| 1 | reproduce your books? | 10:12:54 |
| 2 | A.   I think this -- this matter must show. | 10:13:01 |
| 3 | In other words, I think that this is what | 10:13:05 |
| 4 | we're, I think, in this process for.   I'm | 10:13:07 |
| 5 | assuming that things will be revealed and | 10:13:12 |
| 6 | things will be learned. | 10:13:14 |
| 7 | So at this moment, I know that the -- | 10:13:15 |
| 8 | that the -- what they're capable of doing is | 10:13:18 |
| 9 | outside of my understanding until some sort of | 10:13:22 |
| 10 | real experts get in there. | 10:13:28 |
| 11 | Q.   What I'm asking you, are you | 10:13:31 |
| 12 | personally aware or has anybody told you that | 10:13:33 |
| 13 | they -- that Meta's large language models are | 10:13:36 |
| 14 | able and have reproduced your works? | 10:13:40 |
| 15 | A.   I have a student -- a former student | 10:13:44 |
| 16 | who said that, Hey, I put in a prompt to write | 10:13:48 |
| 17 | like you, and it made a credible example.   I | 10:13:51 |
| 18 | mean, beyond that kind of discussion -- | 10:13:55 |
| 19 | Q.   Right. | 10:13:58 |
| 20 | A.   -- which was alarming. | 10:13:58 |
| 21 | Q.   Was that student talking about | 10:14:00 |
| 22 | ChatGPT? | 10:14:02 |
| 23 | A.   They didn't reveal which one it was. | 10:14:04 |
| 24 | Q.   Did the student say that they were | 10:14:05 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1    talking about Meta's LLAMA model?                    10:14:06

2         A.   Again, they did not reveal which --        10:14:09

3         Q.   So you don't know?  You don't know if      10:14:12

4    they were talking about --                           10:14:13

5         A.   Absolutely not.  I know that they were     10:14:14

6    just talking about them.  They could have            10:14:15

7    been.                                                10:14:17

8         Q.   But you don't know?                         10:14:17

9         A.   As I said, I don't, but they could        10:14:18

10   have been.                                           10:14:19

11        Q.   And when did that student --               10:14:23

12        A.   It was in the fall of -- of the end --     10:14:26

13   the end of the year 2023.                            10:14:29

14        Q.   Have you used ChatGPT or LLAMA or any      10:14:32

15   generative AI tool yourself?                         10:14:37

16        A.   No, other than to -- at the beginning      10:14:40

17   of the whole students can generate                   10:14:41

18   assignments, I recall jumping on to one and          10:14:49

19   seeing if it could duplicate one of my               10:14:55

20   assignments, and I think that's the extent of        10:14:57

21   my usage of it.                                      10:15:00

22        Q.   I don't follow.  Can you explain what      10:15:03

23   you mean by that.                                    10:15:04

24        A.   In other words, there was a bunch          10:15:05
```

Page 69

```
 1        historically has been that most people don't          17:55:03

 2        kill each other over a painting or a                  17:55:06

 3        photograph, but people get real worked up when        17:55:10

 4        you start reproducing four or five images.            17:55:12

 5              So, yeah, I think one could say one             17:55:16

 6        piece, one -- there could be an argument made         17:55:17

 7        for one photograph being equal to an entire           17:55:20

 8        novel.  And I would be sensitive to that if           17:55:25

 9        somebody said to me, No, don't do it.  It             17:55:26

10        would probably alter my conceptualization of          17:55:29

11        this.  But because I haven't seen that happen         17:55:32

12        in all my years of dealing with people in the         17:55:36

13        visual arts and universities using images and         17:55:41

14        sort of journalistic enterprises citing an            17:55:45

15        image and not paying for it, it seems to be           17:55:49

16        standard, but I could be wrong, and I would be        17:55:52

17        happy to adjust my operational procedure, no          17:55:54

18        problem.                                              17:55:58

19           Q.   Are you aware of Meta reproducing your        17:56:05

20        book "Drown"?                                         17:56:10

21           A.   I have no -- you asked that before, I         17:56:13

22        think, and I remember saying no, I think.             17:56:15

23           Q.   And are you aware of Meta reproducing         17:56:17

24        your book "Oscar Wao"?                                17:56:19
```

Page 376

1        A.   Again, I'm not aware of it.                    17:56:22

2                  MR. GHAJAR:  No further                   17:56:24

3        questions.                                          17:56:24

4                  THE WITNESS:  All right.                  17:56:25

5                  MR. GHAJAR:  Go off the record.           17:56:25

6                  THE VIDEOGRAPHER:  The time is            17:56:28

7        5:56.  We're off the record.                        17:56:30

8                  MR. GHAJAR:  I'll take a                  17:57:02

9        rough.                                              17:57:02

10                 MR. RATHUR:  I'll take a rough            17:57:02

11       as well.                                            17:57:02

12

13

14           (Deposition concluded at 5:56 p.m.)

15

16

17

18

19

20

21

22

23

24

                                                        Page 377

1

CERTIFICATION

2          I, DARLENE M. COPPOLA, a Notary Public, do hereby

3      certify that JUNOT DIAZ, after having satisfactorily

4      identifying himself, came before me on the 20th day of

5      November, 2024, in Boston, Massachusetts, and was by

6      me duly sworn to testify to the truth and nothing but

7      the truth as to his knowledge touching and concerning

8      the matters in controversy in this cause; that he was

9      thereupon examined upon his oath and said examination

10     reduced to writing by me; and that the statement is a

11     true record of the testimony given by the witness, to

12     the best of my knowledge and ability.

13          I further certify that I am not a relative or

14     employee of counsel/attorney for any of the parties,

15     nor a relative or employee of such parties, nor am I

16     financially interested in the outcome of the action.

17          WITNESS MY HAND THIS 5th day of December, 2024.

18

19     *Darlene M. Coppola*

20

21     DARLENE M. COPPOLA              My commission expires:

22     NOTARY PUBLIC                   November 2, 2029

23     REGISTERED MERIT REPORTER

24     CERTIFIED REALTIME REPORTER

                                       Page 378

1              UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                     ---oOo---

4

5    RICHARD KADREY, ET AL.,

6                    Individual and Representative

     Plaintiffs,

7

        vs.                  CASE NO. 3:23-CV-03417-VC

8

     META PLATFORMS, INC., A

9    DELAWARE CORPORATION;

10                   Defendants.

     _____

11

12      ***HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY***

13

14   VIDEO-RECORDED DEPOSITION OF CHRISTOPHER FARNSWORTH

15                Santa Monica, California

16               Wednesday, December 4, 2024

17

18

19

20

21

22

23   Stenographically Reported by:  Ashley Soevyn,

     CALIFORNIA CSR No. 12019

24   Job No. 7051779

25   Pages 1 - 394

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1        Q    -- on the Books3 database.  I'm asking if    10:13:56
2    you know if any of the generative AI tools, such as
3    ChatGPT or Meta AI, allow users to read one of your
4    books using their LLMs?
5            MR. HUTCHINSON:  Same objection.            10:14:10
6            THE WITNESS:  What I understand is that
7    the LLMs can, in fact, regurgitate chunks of my
8    books in response to prompts.
9    BY MR. GHAJAR:
10       Q    I'm asking a slightly different question,    10:14:20
11   but I will get to that --
12       A    Okay.
13       Q    -- in a moment.
14            Are you aware of any generative AI tool
15   that allows users to read one of your books?        10:14:30
16       A    Oh, no.
17            MR. HUTCHINSON:  Same objections.
18            THE WITNESS:  No.  I am not aware of any
19   generative AI tool that enables a user to directly
20   read one of my books.                               10:14:42
21   BY MR. GHAJAR:
22       Q    How about to indirectly read one of your
23   books?
24            MR. HUTCHINSON:  Same objection.
25            THE WITNESS:  That, I would go back to    10:14:49
```

                                                Page 51

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    meant when -- in paragraph 69[sic] by saying that          11:32:49

2    Meta distributed:

3             (As read):

4             "Works owned by plaintiff."

5             MR. HUTCHINSON:  Objection as to form.          11:32:57

6             THE WITNESS:  From what I understand, the

7    use and distribution of the large-language models is

8    in order to create it, it requires the distribution

9    of the works as well.  And the use of the models

10   requires the distribution of the ancillary product     11:33:11

11   or the model that was trained on my books and on the

12   data.

13   BY MR. GHAJAR:

14        Q    Is it your understanding that Meta has

15   distributed copies or portions of your books          11:33:25

16   publicly?

17             MR. HUTCHINSON:  Objection as to form.

18             THE WITNESS:  No.

19   BY MR. GHAJAR:

20        Q    Are you aware of any instance in which       11:33:30

21   Meta has distributed copies of your books or

22   portions of your books publicly?

23             MR. HUTCHINSON:  Objection as to form.

24             THE WITNESS:  No.

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          REPORTER'S CERTIFICATE

2          I, ASHLEY SOEVYN, a Certified Shorthand

3   Reporter of the State of California, do hereby

4   certify:

5          That the foregoing proceedings were taken

6   before me at the time and place herein set forth;

7   at which time the witness was put under oath by me;

8          That the testimony of the witness, the

9   questions propounded, and all objections and

10  statements made at the time of the examination were

11  recorded stenographically by me and were thereafter

12  transcribed;

13         That a review of the transcript by the

14  deponent was requested;

15         That the foregoing is a true and correct

16  transcript of my shorthand notes so taken.

17         I further certify that I am not a relative

18  or employee of any attorney of the parties, nor

19  financially interested in the action.

20         I declare under penalty of perjury under

21  the laws of California that the foregoing is true

22  and correct.  Dated this 18th day of December, 2024.

23

24

    ASHLEY SOEVYN

25  CSR No. 12019

                                    Page 391

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION

4

5     --------------------------------x

6     RICHARD KADREY, et al.,

7              Individual and

8              Representative Plaintiffs,

9         vs.                         Case No.

10    META PLATFORMS, INC., a         3:23-cv-03417-VC

11    Delaware corporation,

12              Defendant.

13    --------------------------------x

14

15           C O N F I D E N T I A L

16

17         VIDEOTAPED DEPOSITION OF

18            CHRISTOPHER GOLDEN

19           Boston, Massachusetts

20

21    Reported by:

22    MaryJo O'Connor, RDR, RMR

23    Job No:  6917590

24

25    PAGES 1 - 407

                                        Page  1

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.    Sure.  Have you ever used -- let's | 12:06:02 |
| 2 | start with you.  Have you ever used generative | 12:06:05 |
| 3 | AI and had it reproduce one of your novels? | 12:06:07 |
| 4 | A.    No. | 12:06:10 |
| 5 | Q.    Have you ever heard of somebody | 12:06:10 |
| 6 | using generative AI and being able to | 12:06:14 |
| 7 | successfully reproduce one of your novels? | 12:06:18 |
| 8 | A.    Specifically to your question, no. | 12:06:20 |
| 9 | Q.    Okay.  Are you aware of somebody | 12:06:25 |
| 10 | that's been able to use Meta's generative AI | 12:06:27 |
| 11 | tools and regurgitate chapters from the books | 12:06:30 |
| 12 | at issue in this case? | 12:06:36 |
| 13 | A.    No. | 12:06:38 |
| 14 | Q.    Are you aware of any use of Meta's | 12:06:42 |
| 15 | generative AI tools that is able to generate | 12:06:48 |
| 16 | chapters of or language from any of your other | 12:06:51 |
| 17 | books? | 12:06:55 |
| 18 | MR. ZIRPOLI:  Object to the form | 12:06:55 |
| 19 | of the question. | 12:06:56 |
| 20 | A.    Could you break that down a little | 12:06:56 |
| 21 | bit in. | 12:06:59 |
| 22 | Q.    Sure.  Are you aware of any use | 12:06:59 |
| 23 | of -- strike that. | 12:07:03 |
| 24 | Are you aware of anybody who has | 12:07:04 |
| 25 | been able to use Meta's generative AI tools to | 12:07:06 |

Page 177

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | generate chapters of your books other than the | 12:07:09 |
| 2 | books at issue in this case? | 12:07:13 |
| 3 | A.    Not that I'm aware of. | 12:07:15 |
| 4 | Q.    Have you ever asked somebody on | 12:07:16 |
| 5 | your behalf to use generative AI and run some | 12:07:20 |
| 6 | prompts to see what kind of answers it would | 12:07:24 |
| 7 | give? | 12:07:26 |
| 8 | A.    I've never asked anyone to do | 12:07:26 |
| 9 | that. | 12:07:28 |
| 10 | Q.    Has someone done so and then | 12:07:29 |
| 11 | brought the results to your attention? | 12:07:31 |
| 12 | A.    A friend of mine, prior to my | 12:07:32 |
| 13 | getting involved in any of this, using I | 12:07:37 |
| 14 | believe a different platform, asked the | 12:07:42 |
| 15 | platform, asked the AI to write a one-page | 12:07:50 |
| 16 | short story in the style of Christopher Golden. | 12:07:53 |
| 17 | She, in some fashion, which I | 12:07:58 |
| 18 | don't remember the details of, shared that with | 12:08:01 |
| 19 | me.  Yeah. | 12:08:08 |
| 20 | Q.    Did you produce that in discovery? | 12:08:09 |
| 21 | A.    If I had it, I produced it. | 12:08:12 |
| 22 | Q.    Do you recall whether you still -- | 12:08:14 |
| 23 | do you recall whether you still have that? | 12:08:17 |
| 24 | A.    I do not recall. | 12:08:18 |
| 25 | Q.    And who is your friend? | 12:08:19 |

Page 178

CONFIDENTIAL

1                C E R T I F I C A T E

2

3            I, MaryJo O'Connor, a Notary Public

4      in and for the Commonwealth of

5      Massachusetts, do hereby certify:

6                That CHRISTOPHER GOLDEN, the

7      witness whose testimony is hereinbefore set

8      forth, was duly sworn by me and that such

9      testimony is a true and accurate record of

10     my stenotype notes taken in the foregoing

11     matter to the best of my knowledge, skill

12     and ability.

13                IN WITNESS WHEREOF, I have hereunto

14     set my hand and Notarial Seal this 30th day

15     of September 2024.

16

17

18            *Maryjo O'Connor*

19

20            MARYJO O'CONNOR, RDR/RMR

21            Notary Public

22

23

24     My Commission expires:

25     September 12, 2025

                                    Page 403

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5    RICHARD KADREY, et al.,         )
                                      )
 6         Individual and            )
           Representative Plaintiffs, )
 7                                    )
               vs.                    ) Case No.
 8                                    ) 3:23-cv-03417-VC
      META PLATFORMS, INC., a         )
 9    Delaware corporation,           )
                                      )
10            Defendant.              )
      _____ )
11
12      VIDEO-RECORDED DEPOSITION OF ANDREW SEAN GREER
13
                  Tuesday, September 24, 2024
14
                   San Francisco, California
15
16
17
18
19
20
21
22
23    Stenographically Reported By:
24    Hanna Kim, CLR, CSR No. 13083
25    Job No. 6928896
```

Page 1

1    the book is then stored inside the model?

2        A.   I don't know.

3        Q.   Is it your understanding that if your

4    books were included in training data that was used

5    to train a Meta large language model, that the books    01:53:29

6    can be replicated by that large language model?

7        A.   I don't know.

8        Q.   Is it your understanding that portions of

9    the books could be replicated in that scenario?

10       A.   I don't know.                                   01:53:42

11       Q.   Are you aware of any instance in which a

12   Meta large language model has been used to generate

13   a work that contains text from one of your books?

14       A.   The question was whether I'm aware of

15   that?                                                     01:54:09

16       Q.   Correct.

17       A.   No.

18       Q.   Is it your understanding that if your

19   books were included in training data for a Meta

20   large language model, that the large language model      01:54:24

21   could replicate the style of your writing?

22           MR. CLOBES:  Objection to form.

23           THE WITNESS:  I don't know.

24   BY MR. LAUTER:

25       Q.   You have no idea?                               01:54:34

                                                Page 167

```
1              CERTIFICATE OF REPORTER
2         I, Hanna Kim, a Certified Shorthand
3    Reporter, do hereby certify:
4         That prior to being examined, the witness
5    in the foregoing proceedings was by me duly sworn to
6    testify to the truth, the whole truth, and nothing
7    but the truth;
8         That said proceedings were taken before me
9    at the time and place therein set forth and were
10   taken down by me in shorthand and thereafter
11   transcribed into typewriting under my direction and
12   supervision;
13        I further certify that I am neither
14   counsel for, nor related to, any party to said
15   proceedings, not in anywise interested in the
16   outcome thereof.
17        Further, that if the foregoing pertains to
18   the original transcript of a deposition in a federal
19   case, before completion of the proceedings, review
20   of the transcript [X] was [ ] was not requested.
21        In witness whereof, I have hereunto
22   subscribed my name.
23   Dated: 10/1/24
24
                    Hanna Kim
25                  CLR, CSR No. 13083
```

Page 340

1       UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
2       SAN FRANCISCO DIVISION
        Case No. 3:23-cv-03417-VC
3       ----------------------------------------x
        RICHARD KADREY, et al., Individual and
4       Representative,
5                           Plaintiffs,
6               - against -
7       META PLATFORMS, INC., a Delaware
        corporation,
8
9                           Defendant.
        ----------------------------------------x
10
                          September 16, 2024
11                        9:05 a.m.
12
13
14          VIDEOTAPED DEPOSITION  of DAVID HENRY
15      HWANG, held at the offices of COOLEY LLP,
16      located at 55 Hudson Yards, New York, New
17      York 10001, before Anthony Giarro, a
18      Registered Professional Reporter, a
19      Certified Realtime Reporter and a Notary
20      Public of the State of New York.
21
22
23
24
25

                                        Page 1

1       Q       That's what you've read?

2       A       I don't know.

3       Q       Are you aware of any time

4    that a Meta Generative AI tool has been

5    used to generate a work that contains

6    text from either Golden Child, M.

7    Butterfly or Trying to Find Chinatown and

8    Bondage?

9       A       No, I am not.

10      Q       Which lawsuit did you file

11   first?  The one against Meta or OpenAI?

12      A       I don't know.

13      Q       Take me back to the moment

14   when you decided you were going to become

15   a plaintiff in this litigation.

16              How did that come about?

17      A       I was contacted by

18   Ms. Waldman, who asked if I wanted to

19   speak to some lawyers.  I then met with

20   Mr. Clobes and subsequently decided to

21   become a co-plaintiff.

22      Q       And how did Ms. Waldman

23   reach out to you?  Was it via text at

24   first or via a phone call or some other

25   means?

```
 1                 C E R T I F I C A T I O N

 2

 3

 4        I, ANTHONY GIARRO, a Shorthand

 5   Reporter and a Notary Public, do hereby

 6   certify that the foregoing witness, DAVID

 7   HENRY HWANG, was duly sworn on the date

 8   indicated, and that the foregoing, to the

 9   best of my ability, is a true and accurate

10   transcription of my stenographic notes.

11        I further certify that I am not

12   employed by nor related to any party to

13   this action.

14

15

16

17                 ANTHONY GIARRO

18

19

20

21

22

23

24

25

                                        Page 382
```

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5              CASE NO. 3:23-CV-03417-VC
 6
 7    RICHARD KADREY, ET AL            )
                                       )
 8          Individual and            )
            Representative Plaintiffs, )
 9                                     )
            VS.                        )
10                                     )
      META PLATFORMS, INC., A DELAWARE )
11    CORPORATION                      )
                                       )
12              Defendant.             )
      _____/
13
14           DEPOSITION OF RICHARD KADREY
                       VIDEOTAPED
15
16       DEPOSITION taken before me, Brenda J. Brink, a
17    Notary Public, within and for the Commonwealth of
18    Pennsylvania, beginning at 9:35 a.m. on September 25,
19    2024, at the offices of Regus - Foster Plaza
20    Pittsburgh, 651 Holiday Drive, Plaza 5, Suite 400,
21    Pittsburgh, Pennsylvania, 15220, to be used pursuant
22    to all applicable rules in the aforesaid cause of
23    action, pending in the United States District Court,
24    Northern District of California, San Francisco
25    Division.
```

                                                    Page 1

1          A.  Yes, if Llama is using anybody's
2     pirated work, I would object to that.
3          Q.  Do you have an understanding of
4     whether Llama, in response to queries,
5     would expel portions of your works in full
6     text?
7                MR. ZIRPOLI:  Object to the form
8     of the question.
9          A.  Can you say the question again?
10         Q.  Do you have an understanding
11    whether Llama in response to a query would
12    expel portions of your work in full text?
13               MR. ZIRPOLI:  Object to the form
14    of the question.
15         A.  It is my understanding that that's
16    possible. Again, I have never seen it.
17         Q.  And if it were the case that Meta's
18    Llama model does not either reproduce in
19    full your works or replicate in substantial
20    part any of your works, would that change
21    your view about Llama?
22               MR. ZIRPOLI:  Object to the form
23    of the question.
24         A.  No, because, again, Llama is built
25    on Books3, which is a site of pirated work,

Page 121

1    COMMONWEALTH OF PENNSYLVANIA       )

                                       )    CERTIFICATE

2    COUNTY OF ALLEGHENY               )    SS:

3

4         I, Brenda J. Brink, RPR and Notary Public in and

5    for the Commonwealth of Pennsylvania, do hereby

6    certify that the witness, Richard Kadrey, was by me

7    first duly sworn to testify to the truth; that the

8    foregoing deposition was taken at the time and place

9    stated herein; and that the said deposition was

10   recorded stenographically by me and then reduced to

11   printing under my direction, and constitutes a true

12   record of the testimony given by said witness.

13        I further certify that the inspection, reading

14   and signing of said deposition were NOT waived by

15   counsel for the respective parties and by the

16   witness.

17        I further certify that I am not a relative or

18   employee of any of the parties, or a relative or

19   employee of either counsel, and that I am in no way

20   interested directly or indirectly in this action.

21        IN WITNESS WHEREOF, I have hereunto set my hand

22   and affixed my seal of office this 11th day of

23   October, 2024.

24   _____

25                         Notary Public

                                              Page 226

```
 1            UNITED STATES DISTRICT COURT

 2          NORTHERN DISTRICT OF CALIFORNIA

 3              SAN FRANCISCO DIVISION

 4     -----------------------------:

 5     RICHARD KADREY, et al.,       :

 6         Individual and           :

 7       Representative Plaintiffs,:

 8            vs.                    : Case No.:

 9     META PLATFORMS, INC.,         : 3:23-cv-03417-VC

10     a Delaware corporation;      :

11              Defendant.          :

12     -----------------------------:

13       VIDEOTAPED DEPOSITION OF MATTHEW C. KLAM

14        Cleary Gottlieb Steen & Hamilton, LLP

15            Tuesday, December 10, 2024

16                  9:40 a.m.

17

18     Reported by:

19     Robert M. Jakupciak, RPR

20     JOB No. SF-7030273

21

22     PAGES 1 - 381
```

Page 1

```
1    love with her or whatever.  I asked it to          15:23:07

2    imitate me and I felt that I was reading a bad     15:23:10

3    imitation of my work.                              15:23:13

4         Q.    Okay.  I hear you saying that.  I'm     15:23:15

5    really trying to ask a very targeted question.     15:23:19

6         A.    Yes.                                    15:23:22

7         Q.    Have you seen any sentence you've       15:23:22

8    written be reproduced by an AI model in            15:23:24

9    response to a prompt?                              15:23:28

10        A.    I wasn't reading that carefully, so     15:23:30

11   I would have to say I'm not sure.  Why don't we    15:23:32

12   just throw it up on a screen here and start        15:23:34

13   running some tests?                                15:23:38

14        Q.    As you sit here today, can you          15:23:39

15   identify any sentence you've ever written that     15:23:40

16   has been reproduced by an AI model in response     15:23:44

17   to a prompt?                                       15:23:47

18        A.    I didn't retain that level of           15:23:48

19   specificity about looking at what it was           15:23:51

20   capable of doing.                                  15:23:54

21        Q.    Can you identify any language           15:23:59

22   you've written in one of your books that has       15:24:01
```

Page 238

| | | |
|---|---|---|
| 1 | been reproduced in the output of an AI model? | 15:24:04 |
| 2 | A.    No. | 15:24:08 |
| 3 | Q.    And is your answer the same for | 15:24:11 |
| 4 | both Meta AI and ChatGPT? | 15:24:13 |
| 5 | A.    Yeah.  I guess so. | 15:24:18 |
| 6 | Q.    Do you believe that use of your | 15:24:29 |
| 7 | books to train a large language model damages | 15:24:35 |
| 8 | the market for your books? | 15:24:41 |
| 9 | MR. RATHUR:  Objection to the | 15:24:45 |
| 10 | extent it calls for speculation. | 15:24:45 |
| 11 | A.    So as I was explaining earlier, I | 15:24:49 |
| 12 | have these, you know, in the last 30 years I've | 15:24:54 |
| 13 | published 12 stories in The New Yorker.  That's | 15:24:59 |
| 14 | on average one every less than three years or | 15:25:01 |
| 15 | whatever. | 15:25:05 |
| 16 | I, when I publish a story in The | 15:25:06 |
| 17 | New Yorker, I have an experience which is sort | 15:25:09 |
| 18 | of unlike my normal life.  I'm not a famous | 15:25:11 |
| 19 | writer, but suddenly hundreds of thousands or | 15:25:14 |
| 20 | maybe a million people suddenly see my work, | 15:25:15 |
| 21 | and if they have a positive response, they | 15:25:19 |
| 22 | might go and LLM my website, which a bunch of | 15:25:24 |

Page 239

```
 1                REPORTER'S CERTIFICATE

 2

 3          I, ROBERT M. JAKUPCIAK, an RPR and

 4    Notary Public within and for the District of

 5    Columbia do hereby certify:

 6          That the witness whose deposition is

 7    hereinbefore set forth, was duly sworn and that

 8    the within transcript is a true record of the

 9    testimony given by such witness.

10          I further certify that I am not

11    related to any of these parties to this action

12    by blood or marriage and that I am in no way

13    interested in the outcome of this matter.

14          IN WITNESS WHEREOF, I have hereunto

15    set my hand this 20th day of December, 2024.

16

17

18          ROBERT M. JAKUPCIAK, an RPR and

19          Notary Public

20

21    My Commission Expires:

22    February 28, 2029
```

Page 377

```
1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4    RICHARD KADREY, ET AL  )

5        Plaintiffs         )Case No.: 3:23-cv-03417-VC

6              Vs.           )

7    META PLATFORMS, INC.,  )

8    A Delaware Corporation )

9        Defendant          )

10               --------------------

11

12             Deposition of LAURA LIPPMAN, was taken

13   via videotape on Tuesday, September 17, 2024,

14   commencing at 9:32 a.m., at Kramon & Graham, P.A.,

15   750 East Pratt Street, Suite 1100, Baltimore,

16   Maryland, before MICHELE D. LAMBIE, Notary Public.

17               --------------------

18

19

20   Reported By:

21             Michele D. Lambie, CSR-RPR
```

Page 1

```
 1   person has read text generated by a Meta LLM as a      05:44:04

 2   substitute for reading one of your six at-issue        05:44:10

 3   books?                                                 05:44:14

 4           MR. SWEATMAN:  Object to form.                 05:44:15

 5           THE WITNESS:  At this point in time, that      05:44:15

 6   is true.                                               05:44:17

 7   BY MS. DUNNING:                                        05:44:18

 8      Q.   True or false, you are personally unaware      05:44:18

 9   of any text generated by any Meta LLM that contains    05:44:28

10   text from one of your six books?                       05:44:37

11           MR. SWEATMAN:  Object to form.                 05:44:39

12           THE WITNESS:  At this point in time, that      05:44:40

13   is true.                                               05:44:43

14   BY MS. DUNNING:                                        05:44:44

15      Q.   True or false, at this time, you are           05:44:44

16   personally unaware of any text generated by any        05:44:52

17   Meta LLM that infringes the copyright in any of        05:44:57

18   your six at-issue books?                               05:45:01

19           MR. SWEATMAN:  Object to form.                 05:45:03

20           THE WITNESS:  Could you repeat that one?       05:45:05

21   BY MS. DUNNING:                                        05:45:09
```

Page 322

1      Q.   True or false, at this time, you are          05:45:09

2   personally unaware of any text generated by any        05:45:12

3   Meta LLM that infringes your copyright in any of       05:45:16

4   your six at-issue books?                               05:45:21

5           MR. SWEATMAN:  Objection to form.              05:45:24

6           THE WITNESS:  At this point in time, that      05:45:25

7   is true.                                               05:45:27

8   BY MS. DUNNING:                                        05:45:27

9      Q.   Other than your use of the AI-Pro tool,        05:45:27

10  does it -- is it the case that you have not            05:45:45

11  personally used any of the ChatGPT large language      05:45:51

12  models?                                                05:45:59

13          MR. SWEATMAN:  Object to form.                 05:46:00

14          THE WITNESS:  As far as I know, I have         05:46:02

15  not had anything to do with ChatGPT.                   05:46:03

16  BY MS. DUNNING:                                        05:46:06

17     Q.   You are not alleging in this case that         05:46:06

18  Meta used any unpublished work of yours to train       05:46:22

19  any LLM, correct?                                      05:46:27

20          MR. SWEATMAN:  Object to form.                 05:46:31

21          THE WITNESS:  There is no unpublished          05:46:33

Page 323

```
 1   State of Maryland

 2   County of Baltimore, to wit:

 3           I, Michele D. Lambie, a Notary Public of

 4   the State of Maryland, County of Baltimore, do

 5   hereby certify that the within-named witness

 6   personally appeared before me at the time and place

 7   herein set out, and after having been duly sworn by

 8   me, according to law, was examined by counsel.

 9           I further certify that the examination

10   was recorded stenographically by me and this

11   transcript is a true record of the proceedings.

12           I further certify that I am not of

13   counsel to any of the parties, nor related to any

14   of the parties, nor in any way interested in the

15   outcome of this action.

16           As witness my hand and notarial seal this

17   2nd day of October 2024.

18

19           Michele D Lambie

20

21
```

Page 344

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4

5    RICHARD KADREY, et al.,              )

6              Individual and             )

7              Representative Plaintiffs,)

8         vs.                            )Case No.

9    META PLATFORMS, INC., a             )3:23-cv-03417-VC

10   Delaware corporation,               )

11             Defendant.                )

12   _____)

13

14          C O N F I D E N T I A L

15

16      VIDEOTAPED DEPOSITION OF SARAH SILVERMAN

17             Los Angeles, California

18            Thursday, October 10, 2024

19                  VOLUME I

20

21   Stenographically Reported by:

22   RENEE D. ZEPEZAUER, RPR, CRR, CSR No. 6275

23   JOB No. 6944934

24

25   PAGES 1 - 330

                                      Page 1

CONFIDENTIAL

```
 1    doesn't matter what he does with it or what output comes    02:20:01

 2    from it.  It's not right.  Anyone who is not a

 3    billionaire or anyone -- poor people steal and they go

 4    to jail.

 5    BY MS. DUNNING:                                             02:20:19

 6        Q    My question was:  Are you aware of any place

 7    someone could go to access your book --

 8        A    Word for word?

 9        Q    -- on Meta?  We'll start with the whole book.

10    Is there any place somebody can access your whole book    02:20:31

11    on any Meta tool or platform?

12             MR. ZIRPOLI:  Object to the form of the

13    question.

14             THE WITNESS:  Not that I know of.

15    BY MS. DUNNING:                                            02:20:37

16        Q    Is there any place someone could go on any Meta

17    tool or platform to access any text from your book?

18             MR. ZIRPOLI:  Object to the form of the

19    question.

20             THE WITNESS:  My answer would be probably some    02:20:46

21    countries.

22    BY MS. DUNNING:

23        Q    Okay.  Let me ask it this way.  Are you aware

24    of any instance in which text from your book has been

25    accessible through any Meta AI tool?                       02:20:55
```

Page 157

CONFIDENTIAL

1       A    I'm unaware.                                    02:20:58

2       Q    Okay.  You mentioned LLaMA early on.  Do you

3   have an understanding of how many versions of LLaMA have

4   been put out?

5       A    No idea.                                        02:21:20

6       Q    Do you understand or have any knowledge of how

7   LLaMA was released to be used?

8       A    No.

9       Q    Do you have any understanding of how LLaMA is

10  being used by people?                                    02:21:33

11          MR. ZIRPOLI:  Object to the form of the

12  question.

13          THE WITNESS:  No, not per se.

14  BY MS. DUNNING:

15      Q    Are you aware -- have you heard the term "large  02:21:41

16  language model"?

17      A    That's what LLaMA stands -- that's what LLaMA

18  is; right?

19      Q    Yeah.  A large language model is a model that

20  produces -- that is trained on text.  And there are      02:21:53

21  image models that might be trained on images.  But if I

22  use the term LLM or large language model, will you

23  understand I'm referring to AI model that's trained on

24  text?

25      A    Why don't you just say "LLaMA"?                 02:22:10

Page 158

CONFIDENTIAL

```
 1    your assertion that your book was used to train either    02:31:56
 2    ChatGPT or LLaMA?
 3              MR. ZIRPOLI:  Object to the form of the
 4    question.
 5              THE WITNESS:  It's just a fact.              02:32:08
 6    BY MS. DUNNING:
 7        Q    I'm just asking why you -- what the evidence is
 8    for that assertion.
 9        A    This is conversations I had with my counsel as
10    well as I looked online.                              02:32:21
11        Q    On THE ATLANTIC link?
12        A    Yes.  I have no reason to believe it isn't
13    true.  And certainly if it wasn't true, we wouldn't be
14    here.
15        Q    Are you aware of any instance in which a large  02:32:36
16    language model developed by Meta was used to generate
17    content that was substantially similar to your book?
18        A    I'm not aware.
19        Q    Are you aware of any time that a Meta large
20    language model was used to generate content that has any  02:32:56
21    language from your book?
22              MR. ZIRPOLI:  Object to the form of the
23    question.
24              THE WITNESS:  I mean, you could -- I'm sure I
25    could paste together words from my book.  No.  I'm not   02:33:07
```

Page 168

1   aware.                                                    02:33:12

2   BY MS. DUNNING:

3       Q    Are you aware of any time that any large

4   language model developed by Meta was used to generate

5   content that you think sounds like your voice?          02:33:22

6            MR. ZIRPOLI:  Object to the form of the

7   question.

8            THE WITNESS:  I'd offer that as beyond

9   irrelevant because the issue is that they stole.  I

10  don't care what they do or don't do with the material.  02:33:36

11  They stole it.  And they stole it for a reason.

12  BY MS. DUNNING:

13      Q    So the answer is you are not aware of any time

14  a Meta large language model has been used to generate

15  content that you believe is in your voice?              02:33:52

16           MR. ZIRPOLI:  Object to the form of the

17  question.

18           THE WITNESS:  I thought you were reiterating my

19  answer.

20  BY MS. DUNNING:                                         02:34:05

21      Q    No.  I'm just trying to get a clean question

22  and answer.

23           Are you aware of any instance in which a Meta

24  large language model was used to create content that you

25  consider to be in your voice?                           02:34:13

                                                    Page 169

CONFIDENTIAL

```
1              I, the undersigned, a Certified Shorthand
2     Reporter of the State of California, do hereby certify:
3              That the foregoing proceedings were taken
4     before me at the time and place herein set forth; that any
5     witnesses in the foregoing proceedings, prior to
6     testifying, were administered an oath; that a record of
7     the proceedings was made by me using machine shorthand
8     which was thereafter transcribed under my direction; that
9     the foregoing transcript is a true record of the testimony
10    given; that if the foregoing proceedings were reported
11    stenographically remote from the witness and parties, the
12    transcript of the proceedings reflects the record that I
13    could hear and understand to the best of my ability.
14              Further, that if the foregoing pertains to
15    the original transcript of a deposition in a Federal
16    Case, before completion of the proceedings, review of
17    the transcript [ X ] was [  ] was not requested.
18              I further certify I am neither financially
19    interested in the action nor a relative or employee of any
20    attorney or any party to this action.
21              IN WITNESS WHEREOF, I have this date
22    subscribed my name this 24th day of October, 2024.
23
24         RENEE DiMENNO ZEPEZAUER
25         CSR #6275, RPR, CRR
```

Page 326

CONFIDENTIAL

1       I, SARAH SILVERMAN, do hereby declare under penalty

2   of perjury that I have read the foregoing transcript; that

3   I have made any corrections as appear noted, in ink,

4   initialed by me; that my testimony as contained herein, as

5   corrected, is true and correct.

6       EXECUTED this __19__ day of _November_

7   2024, at _Los Angeles_ , _California_.

8             (City)           (State)

9

10

11

12

13                           _____

14                SARAH SILVERMAN

15                 VOLUME I

16

17

18

19

20

21

22

23

24

25

Page 329

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4     - - - - - - - - - - - - - - -+

 5     RICHARD KADREY, et al,       |

 6              Plaintiffs,         | Case Number:

 7       vs.                        | 3:23-cv-03417-VC

 8     META PLATFORMS, INC., a      |

 9     Delaware corporation,        |

10              Defendant.          |

11     - - - - - - - - - - - - - - -+

12

13

14          Confidential Videotaped Deposition of

15                  RACHEL LOUISE SNYDER

16             Wednesday, December 11, 2024

17                     at 9:42 a.m.

18                 in Washington, D.C.

19

20

21     Reported by:

22     Laurie Donovan, RPR, CRR, CLR

23     JOB 7030288

24

25     PAGES 1 - 285
```

Page 1

1    take a word.  It didn't take the word "Helsinki" and

2    say, oh, we're going to learn how to spell Helsinki

3    this way by using this writer who has spelled Helsinki

4    for us.

5             We're talking about 100,000 words in just

6    one book of mine, right, or maybe it's 90,000.  I

7    don't know how many words.  We're talking about the

8    structure of individual sentences as they make meaning

9    in the whole.  It didn't just take an individual word.

10        Q    Have you, have you ever used Meta AI?

11        A    Have I ever used Meta?  No.

12        Q    Have you ever used any of Meta's Llama

13   models?

14        A    No.  I don't even know how to.

15        Q    You don't know how to access Llama?

16        A    I do not.

17        Q    Have you used ChatGPT?

18        A    No.

19        Q    Okay.  So have you -- I want to distinguish

20   between ChatGPT, which is a product of Open AI, and

21   Meta AI, which is an available, user-available version

22   of Meta's AI models, okay?  Table setting.  We're only

23   here with respect to your claims against Meta.

24             Have you ever seen any output generated by a

25   Meta AI model that copies any language of yours?

                                          Page 42

```
 1        A     I don't think so.

 2        Q     Has anyone ever told you that they have seen

 3   something you wrote come out of Meta's AI tool?

 4             MR. RATHUR:  Objection to form to the extent

 5        it reveals the substance of communication with

 6        counsel.

 7             THE WITNESS:  Yes.  My attorney.

 8   BY MS. DUNNING:

 9        Q    I don't want to ask about what you discussed

10   with your attorneys, but I'd love to know what the

11   output is that you saw that were -- you haven't seen

12   any output from the models that duplicates your work?

13        A    I've talked -- I've been shown things from

14   my attorney.

15        Q     Okay.  What did you see?

16        A     Am I allowed to answer that?

17             MR. RATHUR:  I'm going to instruct you not

18        to answer.

19             MS. DUNNING:  You're instructing her not to

20        answer as to the fact of output from Meta's

21        model?

22             MR. RATHUR:  I'm instructing her to not

23        answer about anything that her counsel has shown

24        her in relation to this specific lawsuit.

25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
 1              to that specific question.  I misheard it.
 2                   THE WITNESS:  I, I don't think so.
 3                   MR. RATHUR:  Sorry.
 4       BY MS. DUNNING:
 5            Q    Has -- excluding conversations with your
 6       lawyers, has anyone ever told you that they saw
 7       something generated using a Meta AI tool that looks
 8       like your work?
 9            A    Oh, just in -- no, I don't -- no, I have not
10       talked to anybody specifically about my . . .
11            Q    Okay.
12                   THE REPORTER:  About my?
13                   THE WITNESS:  Yeah, about my work and --
14            yeah.
15       BY MS. DUNNING:
16            Q    Were you involved in the decision to file
17       this lawsuit initially?
18            A    Yes.
19            Q    How did you learn about the prospect of a
20       lawsuit?
21                   MR. RATHUR:  Objection to the extent it
22            reveals privileged communication between counsel,
23            but you can answer.
24                   THE WITNESS:  I talked to Bryan Clobes.
25
```

Page 57

CONFIDENTIAL

```
 1         A      Mm-hmm.
 2         Q      You're not aware of anybody having used any
 3   product or service of Meta to generate a copy of your
 4   book, right?
 5         A      Mm-hmm.
 6         Q      I've got to do it over, because we did
 7   "mm-hmm."
 8                In the hypothetical you just gave, the
 9   furniture theft, you have a chair, somebody steals
10   your chair, and you don't have the chair anymore.
11                In our scenario, you are still selling your
12   book, correct?
13         A      Yes.
14         Q      You are still speaking about your book and
15   earning money from it, correct?
16         A      Yes.
17         Q      You're not aware of anybody having used any
18   product or service of Meta to generate a copy of your
19   book, right?
20         A      I don't know.  I don't know.
21         Q      Okay, but as you sit here today, you are not
22   aware of that happening?
23         A      I don't know.  Somebody could be out on the
24   sidewalk right now stealing my book on AI.
25         Q      You're saying --
```

Page 137

1        A    I have no idea.

2        Q    You're saying that's possible and you have

3    no idea.  I'm just asking:  Are you actually aware of

4    any instance in which that has happened?

5        A    I'm neither aware nor unaware.

6        Q    Are you aware of any instance in which

7    somebody has decided not to buy your book because they

8    could get alternative content from a Meta AI tool?

9        A    Not specifically a Meta AI tool, but I will

10   say this.  I have a Google Alert with my name on it.

11   I have several Google Alerts in different

12   configurations of words, my name, my name with

13   domestic violence, et cetera, and I get a fair number

14   of alerts that take me to the book being distributed

15   illegally, and then I send forward those emails to my

16   publisher, and that, that's been the case.

17            I don't know that it was case with my very

18   first book.  That book was a piece of shit anyway, but

19   it's certain, certainly been the case with my last

20   three books that I get Google Alerts, and I say, hey,

21   you know, there's some PDF library that is claiming

22   that they can -- you can get this book for free, and I

23   send it to my publisher, and then they try -- I think

24   they try to shut down that website.

25            So whether those come from Meta or somewhere

Page 138

CONFIDENTIAL

1    could they agree?

2        Q    Are you aware of any writers who have

3    offered to allow their works to be trained by AI for a

4    fee?

5        A    No.

6        Q    Are you aware of any writers who have agreed

7    to allow their works to be trained by AI for free?

8        A    No.

9        Q    And you're not aware of any instance where

10   someone has read text generated by one of Meta's AI

11   models as a substitute for reading your book, No

12   Visible Bruises, correct?

13       A    No.  That's correct.

14       Q    And you're not personally aware of any text

15   generated by any Meta AI model that copies or

16   reproduces content from No Visible Bruises, correct?

17       A    Correct.

18       Q    And you testified you have never used,

19   yourself, any Meta AI model, right?

20       A    No, not that I'm aware of.

21       Q    Each -- well, let me strike that.

22            At the time you assert Meta used your book,

23   No Visible Bruises, to train its AI models, that book

24   had already been published, right?

25       A    Correct.

Page 273

CONFIDENTIAL

```
1    CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

2

3         I, Laurie Donovan, Registered Professional

4    Reporter, Certified Realtime Reporter, and notary

5    public for the District of Columbia, the officer

6    before whom the foregoing deposition was taken,

7    do hereby certify that the foregoing transcript

8    is a true and correct record of the testimony

9    given; that said testimony was taken by me

10   stenographically and thereafter reduced to

11   typewriting under my supervision; and that I am

12   neither counsel for, related to, nor employed by

13   any of the parties to this case and have no

14   interest, financial or otherwise, in its outcome.

15        IN WITNESS WHEREOF, I have hereunto set my

16   hand and affixed my notarial seal this 24th day

17   of December 2024.

18

19   My commission expires:  July 14, 2027

20

21

22

23        LAURIE DONOVAN

24        NOTARY PUBLIC IN AND FOR

25        THE DISTRICT OF COLUMBIA
```

Page 281

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
2                  SAN FRANCISCO DIVISION
3
4    RICHARD KADREY, et al.,              )
                                          )
5            Plaintiffs,                  )
                                          )
6    v.                                   )
                                          )
7    META PLATFORMS, INC., a Delaware     )
     corporation,                         )
8                                         )
             Defendant.                   )
9    _____   )
10
11           CONFIDENTIAL ATTORNEYS' EYES ONLY
12
13       Videotaped Deposition of LYSA TERKEURST
14            Charlotte, North Carolina
15              September 23, 2024
16              9:51 a.m. Eastern
17
18
19
20
21
22
23   Reported by:  Karen K. Kidwell, RMR, CRR
24   Job No. 6922752
25
                                          Page 1
```

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1   BY MS. HARTNETT:
 2        Q.   So as you -- we discussed that Meta is a      05:10:35
 3   generative AI tool, correct?                           05:10:38
 4        A.   Yes.                                          05:10:41
 5        Q.   And it generates texts to prompts; is that   05:10:41
 6   correct?                                               05:10:44
 7        A.   Yes.                                          05:10:45
 8        Q.   Are you aware of any text generated by any   05:10:45
 9   of Meta's LLaMA models that infringes your asserted    05:10:47
10   works?                                                 05:10:51
11             MR. ULWICK:  Same objection.                 05:10:51
12             THE WITNESS:  I know that LLaMA used         05:10:53
13        Books3 in its training.  So it would be a         05:10:58
14        reasonable conclusion that LLaMA is using my      05:11:03
15        word patterns without my permission.  And        05:11:10
16        because they have access to my entire manuscript  05:11:15
17        without my permission, yes, I do think that       05:11:19
18        LLaMA has infringed on my copyright.              05:11:22
19   BY MS. HARTNETT:
20        Q.   Let me ask it this way:  Are you aware of    05:11:26
21   any text generated by any of Meta's LLaMA models that  05:11:27
22   is substantially similar to your text in your works,   05:11:31
23   your asserted works?                                   05:11:36
24             MR. ULWICK:  Object to form.                 05:11:38
25             THE WITNESS:  No.                            05:11:41
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    BY MS. HARTNETT:

2         Q.    And are you aware of any text generated by          05:11:41

3    any of Meta's LLaMA models that is substantially              05:11:44

4    similar to not just your asserted works, but any of           05:11:47

5    your published copyrighted works?                             05:11:51

6              MR. ULWICK:    Same objection.                      05:11:55

7              THE WITNESS:    I would have to use LLaMA to         05:11:56

8         know the answers to these questions, and I don't         05:11:57

9         use it, so no.                                           05:12:00

10   BY MS. HARTNETT:

11        Q.    Were you aware there was a claim in this           05:12:01

12   case earlier that Meta's LLaMA models create --               05:12:02

13   strike that.                                                  05:12:12

14             So you have no basis, sitting here today,           05:12:14

15   to claim that text has been generated by any of               05:12:15

16   Meta's LLaMA models at any time that is substantially         05:12:19

17   similar to the text of your copyrighted works?                05:12:23

18             MR. ULWICK:    Object to form.                      05:12:27

19             THE WITNESS:    I don't know if it did or it        05:12:32

20        didn't.    I -- I wouldn't be able to know that.         05:12:33

21   BY MS. HARTNETT:

22        Q.    Yeah, but my question was, do you have a           05:12:36

23   basis?    And so that's what I'd like you to try to           05:12:38

24   answer.                                                       05:12:41

25             Do you have any basis, sitting here today,          05:12:41

                                                            Page 227

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | works are in the Books3 database that was partially | 05:14:26 |
| 2 | used to train LLaMA.  Is that what you're saying? | 05:14:30 |
| 3 | A.   I'm saying I would have no way of knowing | 05:14:34 |
| 4 | that. | 05:14:36 |
| 5 | Q.   So you do not have a basis, sitting here | 05:14:37 |
| 6 | today, to claim that text has been generated by any | 05:14:39 |
| 7 | of Meta's LLaMA models that is substantially similar | 05:14:43 |
| 8 | to the text of any of your copyrighted works, | 05:14:46 |
| 9 | correct? | 05:14:49 |
| 10 | MR. ULWICK:  Object to form. | 05:14:50 |
| 11 | THE WITNESS:  I don't have any proof of | 05:14:55 |
| 12 | that, sitting here today, no. | 05:14:56 |
| 13 | BY MS. HARTNETT: | |
| 14 | Q.   I know we talked earlier about your works | 05:15:03 |
| 15 | at times quoting from the Bible and then attributing | 05:15:06 |
| 16 | that within your works, correct? | 05:15:11 |
| 17 | A.   Yes. | 05:15:12 |
| 18 | Q.   Do you -- other than the Bible, have you | 05:15:13 |
| 19 | ever quoted from any other author's works in your own | 05:15:15 |
| 20 | work? | 05:15:20 |
| 21 | A.   Yes. | 05:15:21 |
| 22 | Q.   Who are some of those authors? | 05:15:22 |
| 23 | A.   I would have to open up my books and look | 05:15:23 |
| 24 | at the citations to tell you that. | 05:15:26 |
| 25 | Q.   Is that some something you do frequently | 05:15:29 |

Page 229

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    STATE OF NORTH CAROLINA

     COUNTY OF MECKLENBURG

2

3            I, Karen K. Kidwell, RMR, CRR, in and for

4    the State of North Carolina, do hereby certify that

5    there came before me on Monday, September 23, 2024, the

6    person hereinbefore named, who was by me duly sworn to

7    testify to the truth and nothing but the truth of her

8    knowledge concerning the matters in controversy in this

9    cause; that the witness was thereupon examined under

10   oath, the examination was stenographically reported and

11   reduced to typewriting under my direction, and the

12   deposition is a true record of the testimony given by

13   the witness.

14           I further certify that I am neither attorney

15   or counsel for, nor related to or employed by, any

16   attorney or counsel employed by the parties hereto or

17   financially interested in the action.

18           This the 24th day of September, 2024.

19

20           *Karen K. Kidwell*

21

             Karen K. Kidwell, RMR, CRR

22           Notary Public #19971050142

23

24

25

                                        Page 247

```
 1            UNITED STATES DISTRICT COURT

 2          NORTHERN DISTRICT OF CALIFORNIA

 3             SAN FRANCISCO DIVISION

 4

 5    ---------------------------------x

 6    RICHARD KADREY, et al.,

 7    Individual and Representative,

 8                     Plaintiffs,    Case No.

 9             v.                 3:23-cv-03417-VC

10    META PLATFORMS, INC., a

11    Delaware Corporation;

12                     Defendant.

13    ---------------------------------x

14

15

16        VIDEOTAPED DEPOSITION of JACQUELINE A.

17        WOODSON, held at 55 Hudson Yards, New

18        York, New York, commencing at 9:39 a.m.,

19        September 30, 2024, before Erica Ruggieri,

20        a Certified Shorthand Reporter and Notary

21        Public of the State of New York.

22

23

24    JOB No. 6931571

25    PAGES 1 - 412
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1                      W O O D S O N

 2           Q.    So just the search

 3      reflected in Exhibit 318?

 4           A.    Yes.

 5           Q.    Okay.

 6           A.    And then Ayelet's call.

 7      Ayelet's email.

 8           Q.    Do you know what Books3 is?

 9             MR. SWEATMAN:  Objection to

10       form.

11           A.    Is it a holding space?  I

12      don't.

13           Q.    Have you heard of the Pile?

14           A.    I have, but I can't

15      remember what it is.

16           Q.    Are you aware of any time

17      that a Meta LLM has been used to

18      generate a work that contains text

19      from any of your books?

20             MR. SWEATMAN:   Objection to

21       form.

22           A.    I don't know that it would

23      contain the text exactly as it

24      exists.  What my understanding is,

25      is it's trying to teach people to
```

Page 299

```
 1                    WOODSON
 2      write in the voice of Jacqueline
 3      Woodson.
 4           Q.    Okay.  Are you aware of any
 5      time that a Meta LLM has been used
 6      to generate a work in the voice of
 7      Jacqueline Woodson?
 8           MR. SWEATMAN:  Objection to
 9       form.
10           A.    I am not aware of it, no.
11      But I wouldn't know because I'm not
12      searching for it.
13           Q.    Your Instagram post in
14      Exhibit 318 says:  "Years and years
15      of writing, revising, reading drafts
16      out loud until my throat was sore
17      and then rewriting some more for my
18      work to be stolen this way, this is
19      a list of my books that were scraped
20      so AI could copy my writing style."
21           Do you see that language?
22           A.    Yes.
23           Q.    And you wrote that?
24           A.    Yes.
25           Q.    When you said "...for my
```

Page 300

```
 1                      WOODSON
 2          A.    No, not to my knowledge.  I
 3     would remember that I guess.
 4          Q.    Okay.  Now, you are a
 5     plaintiff in this case against Meta,
 6     right?
 7          A.    Yes.
 8          Q.    Are you also plaintiff in a
 9     lawsuit against OpenAI?
10          A.    Yes.
11          Q.    Are you aware of any
12     instances in which any AI tool
13     developed by OpenAI has been used to
14     generate content that replicates the
15     text of any of your at issue books?
16          MR. SWEATMAN:   Objection to
17      form.
18          A.    Not yet.
19          Q.    Are you aware of any
20     instances in which an AI tool
21     developed by OpenAI has been used to
22     generate content that emulates your
23     voice?
24          MR. SWEATMAN:  Objection to
25      form.
```

Page 305

```
 1              REPORTER'S CERTIFICATE

 2

 3         I, ERICA L. RUGGIERI, RPR and a

 4    Notary Public within and for the State

 5    of New York, do hereby certify:

 6         That I reported the proceedings

 7    in the within-entitled matter, and

 8    that the within transcript is a true

 9    record of such proceedings.

10         I further certify that I am not

11    related by blood or marriage, to any

12    of the parties in this matter and

13    that I am in no way interested in the

14    outcome of this matter.

15         IN WITNESS WHEREOF, I have

16    hereunto set my hand this 20th day of

17    October, 2024.

18

19

20

21

22

23    ERICA L. RUGGIERI, RPR, CSR, CLR

24

25
```

Page 402