# EXHIBIT B

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO
 2          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
 3            SAN FRANCISCO DIVISION
           CASE NO. 3:23-cv-03417-VC
 4

       RICHARD KADREY, et al.,          :
 5        Individual and Representative :
          Plaintiff,                     :
 6                                       :
                        v.               :
 7                                       :
       META PLATFORMS, INC., a Delaware :
 8     Corporation,                      :
          Defendant.                     :
 9     ------------------------------- x
10
11          VIDEOTAPE DEPOSITION OF:
12              TA-NESHI COATES
13           NEW YORK, NEW YORK
14         THURSDAY, NOVEMBER 21, 2024
15
16
17
18
19
20
21
22
23
24     REPORTED BY:
       SILVIA P. WAGE, CCR, CRR, RPR
25     JOB NO. 6985779
```

Page 1

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO

 2        A.    Not that I recall.            10:17:10

 3        Q.    Have you personally created   10:17:11

 4   or witness someone create output from    10:17:14

 5   ChatGPT that replicates your books?      10:17:17

 6        A.    Not that I recall.            10:17:21

 7        Q.    Have you personally created   10:17:22

 8   or witnessed someone create output from  10:17:26

 9   Meta's AI model that regurgitates portions 10:17:29

10   of your books?                           10:17:35

11        A.    Not that I recall.            10:17:38

12        Q.    Same question regarding       10:17:39

13   ChatGPT.                                 10:17:41

14        A.    Not that I recall.            10:17:41

15        Q.    When AI first came out -- and 10:17:45

16   if you take yourself back to late 2022   10:17:47

17   and 2023, were you concerned that AI     10:17:51

18   could displace you or others like you,   10:17:56

19   others who write?                        10:18:04

20             MR. RATHUR:  Objection to      10:18:07

21        form.                               10:18:08

22             You can answer.                10:18:08

23        A.    No, not that I recall.  There 10:18:10

24   was -- I know that there was a great deal 10:18:13

25   of concern among writers.  I know that   10:18:15
```

Page 53

| | | |
|---|---|---|
| 1 | HIGHLY CONFIDENTIAL PURSUANT TO PO | |
| 2 | was a complaint. | 10:18:17 |
| 3 | But I didn't -- and I have, | 10:18:18 |
| 4 | generally, not thought that -- I don't | 10:18:21 |
| 5 | want to sound rude, but that it was | 10:18:22 |
| 6 | capable of doing what I do. | 10:18:24 |
| 7 | Q.    That was never a concern of | 10:18:26 |
| 8 | yours? | 10:18:28 |
| 9 | A.    No. | 10:18:28 |
| 10 | Q.    I took a detour with you.  I | 10:18:41 |
| 11 | want to get back to some questions about | 10:18:44 |
| 12 | the Complaint. | 10:18:47 |
| 13 | But before I do, we were talking | 10:18:48 |
| 14 | about your understanding of your claims | 10:18:51 |
| 15 | against Meta.  We were talking about how | 10:18:55 |
| 16 | you learned about Meta's use of a data | 10:18:57 |
| 17 | set.  We talked about the use -- what | 10:19:02 |
| 18 | that data set looks like. | 10:19:04 |
| 19 | Have you gone online to see whether | 10:19:08 |
| 20 | your books are available for free to be | 10:19:13 |
| 21 | read online? | 10:19:18 |
| 22 | A.    In any capacity? | 10:19:19 |
| 23 | Q.    Yes. | 10:19:20 |
| 24 | A.    No, I don't think I have. | 10:19:21 |
| 25 | Q.    Do you have somebody who works | 10:19:23 |

Page 54

| | | |
|---|---|---|
| 1 | HIGHLY CONFIDENTIAL PURSUANT TO PO | |
| 2 | occurs, English words that are in a | 12:42:46 |
| 3 | compilation of books are transformed into | 12:42:49 |
| 4 | another set of English words? | 12:42:52 |
| 5 | A.   At some point, yes.  In | 12:42:54 |
| 6 | output, I would imagine, for instance. | 12:42:57 |
| 7 | Q.   How about in the learning, do | 12:42:58 |
| 8 | you have any understanding one way or the | 12:43:00 |
| 9 | other? | 12:43:02 |
| 10 | A.   I don't know. | 12:43:02 |
| 11 | Q.   Are you aware whether Meta's | 12:43:12 |
| 12 | LLaMA models mimic your writing style? | 12:43:16 |
| 13 | A.   "Mimic my writing style"?  I | 12:43:21 |
| 14 | don't know.  I imagine they're capable of | 12:43:24 |
| 15 | doing it, but I don't know. | 12:43:26 |
| 16 | Q.   You don't allege in this | 12:43:29 |
| 17 | lawsuit that Meta's LLaMA's models are | 12:43:30 |
| 18 | capable of mimicking your writing style, | 12:43:33 |
| 19 | are you? | 12:43:37 |
| 20 | A.   I don't think so. | 12:43:37 |
| 21 | Q.   I want to go back to something | 12:43:40 |
| 22 | that we talked about a little earlier, | 12:43:42 |
| 23 | Mr. Coates. | 12:43:45 |
| 24 | The company BCP Literary, we know | 12:43:45 |
| 25 | that two of the three books at issue in | 12:43:48 |

Page 176

HIGHLY CONFIDENTIAL

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO
 2            CERTIFICATE OF REPORTER
 3        I, SILVIA P. WAGE, CSR, CRR, RPR,
      herby certify that the witness in the
      foregoing deposition was by me duly sworn
 4    to tell the whole truth, nothing but the
      truth; said deposition was taken down in
 5    shorthand by me, a disinterested person,
      at the time and place therein stated.  The
 6    testimony of said witness was thereafter
      reduced to typewriting by computer under
 7    my direction and supervision.  Before
      completion of the deposition, review of
 8    the transcript [X] was [ ] was not
      requested.  If requested, any changes
 9    made by the deponent (and provided to
      the reporter) during the period allowed
10    are appended hereto.

11
          I further certify that I am not of
12    counsel or attorney for either or any
      of the parties to the said deposition,
13    nor in any way interested in the event
      of this cause, and that I am not
14    related to any of the parties thereto.
15
16
17
18
19
20    SIGNED:
21    dated: December 5, 2024
22
23
24
25

                                    Page 400
```

1               UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION

4

5

6    *******************************

7    RICHARD KADREY, ET AL.,

8                    Individual and

                     Representative Plaintiffs

9

     vs.                    CA NO. 3:23-CV-03417-VC

10

     META PLATFORMS, INC., a

11   Delaware corporation,

12                   Defendant

13   *******************************

14

15

16             VIDEOTAPED DEPOSITION OF:

17                  JUNOT DIAZ

18                  COOLEY LLP

19              500 Boylston Street

20              Boston, Massachusetts

21           November 20, 2024       9:06 a.m.

22

23

24          Darlene M. Coppola, RPR, RMR, CRR

                                        Page 1

```
1        for speculation.                              17:05:40

2            A.   I don't know.                        17:05:41

3        BY MR. GHAJAR:                                 17:05:41

4            Q.   Are you aware of anybody who has      17:05:41

5        declined to buy your book because of a         17:05:43

6        generative AI tool such as LLAMA?              17:05:46

7            A.   No.                                   17:05:48

8                       MR. RATHUR:  Objection.  Calls  17:05:49

9        for speculation.                               17:05:49

10           A.   I don't know.  I'm not aware of       17:05:49

11       anyone.                                        17:05:51

12       BY MR. GHAJAR:                                 17:05:52

13           Q.   I'm asking for your awareness.        17:05:52

14           A.   I'm not aware of it.                  17:05:55

15           Q.   Are you aware of anybody that has used 17:05:56

16       LLAMA, Meta's AI model, to generate a book     17:05:58

17       that is a substitute for "Drown"?              17:06:03

18           A.   I'm not aware.                        17:06:06

19           Q.   Are you aware of anybody that has used 17:06:08

20       Meta's AI model LLAMA to generate a book that  17:06:10

21       is a substitute for "Oscar Wao"?               17:06:14

22           A.   I'm not aware.                        17:06:20

23           Q.   Are you aware of any licensing        17:06:23

24       opportunity that you lost because of Meta's    17:06:26
```

Page 338

1

CERTIFICATION

2      I, DARLENE M. COPPOLA, a Notary Public, do hereby

3      certify that JUNOT DIAZ, after having satisfactorily

4      identifying himself, came before me on the 20th day of

5      November, 2024, in Boston, Massachusetts, and was by

6      me duly sworn to testify to the truth and nothing but

7      the truth as to his knowledge touching and concerning

8      the matters in controversy in this cause; that he was

9      thereupon examined upon his oath and said examination

10     reduced to writing by me; and that the statement is a

11     true record of the testimony given by the witness, to

12     the best of my knowledge and ability.

13          I further certify that I am not a relative or

14     employee of counsel/attorney for any of the parties,

15     nor a relative or employee of such parties, nor am I

16     financially interested in the outcome of the action.

17          WITNESS MY HAND THIS 5th day of December, 2024.

18

19     *Darlene M. Coppola*

20

21     DARLENE M. COPPOLA              My commission expires:

22     NOTARY PUBLIC                   November 2, 2029

23     REGISTERED MERIT REPORTER

24     CERTIFIED REALTIME REPORTER

Page 378

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                       ---oOo---

4

5    RICHARD KADREY, ET AL.,

6                    Individual and Representative
     Plaintiffs,

7

        vs.                   CASE NO. 3:23-CV-03417-VC

8

     META PLATFORMS, INC., A

9    DELAWARE CORPORATION;

10                   Defendants.

     _____

11

12      ***HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY***

13

14   VIDEO-RECORDED DEPOSITION OF CHRISTOPHER FARNSWORTH

15                Santa Monica, California

16              Wednesday, December 4, 2024

17

18

19

20

21

22

23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019

24   Job No. 7051779

25   Pages 1 - 394

                                          Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          MR. HUTCHINSON:  Objection as to form.     12:43:14

2     Calls for a legal conclusion.

3          THE WITNESS:  Among other things, it

4     would be the lost opportunity to license or use the

5     work for the ancillary purposes.  The ancillary     12:43:20

6     rights that have been taken and used already by

7     Meta, but also the -- it would be the lost

8     opportunity of anyone who uses the LLM to create

9     substantially similar works of mine.

10    BY MR. GHAJAR:                                      12:43:46

11         Q    Let's break that down.

12              Are you aware of anybody using any LLM to

13    create a work that is substantially similar to one

14    of your books?

15         A    No, not at this time.                     12:43:56

16         Q    Then that's not part of the claims in the

17    lawsuit, is it?

18         A    No.

19              MR. HUTCHINSON:  Objection as to form.

20    Calls for a legal conclusion.                       12:44:01

21    BY MR. GHAJAR:

22         Q    And you talked about lost opportunity.

23    Meaning the lost opportunity to license the work for

24    ancillary purposes.  Now ancillary purposes in the

25    context of this answer means license a book for AI    12:44:14

                                        Page 155

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1                    REPORTER'S CERTIFICATE

2              I, ASHLEY SOEVYN, a Certified Shorthand

3    Reporter of the State of California, do hereby

4    certify:

5              That the foregoing proceedings were taken

6    before me at the time and place herein set forth;

7    at which time the witness was put under oath by me;

8              That the testimony of the witness, the

9    questions propounded, and all objections and

10   statements made at the time of the examination were

11   recorded stenographically by me and were thereafter

12   transcribed;

13             That a review of the transcript by the

14   deponent was requested;

15             That the foregoing is a true and correct

16   transcript of my shorthand notes so taken.

17             I further certify that I am not a relative

18   or employee of any attorney of the parties, nor

19   financially interested in the action.

20             I declare under penalty of perjury under

21   the laws of California that the foregoing is true

22   and correct.  Dated this 18th day of December, 2024.

23

24

     ASHLEY SOEVYN

25   CSR No. 12019

                                        Page 391

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4

 5    --------------------------------x

 6    RICHARD KADREY, et al.,

 7              Individual and

 8              Representative Plaintiffs,

 9       vs.                          Case No.

10    META PLATFORMS, INC., a         3:23-cv-03417-VC

11    Delaware corporation,

12              Defendant.

13    --------------------------------x

14

15          C O N F I D E N T I A L

16

17        VIDEOTAPED DEPOSITION OF

18           CHRISTOPHER GOLDEN

19          Boston, Massachusetts

20

21    Reported by:

22    MaryJo O'Connor, RDR, RMR

23    Job No:  6917590

24

25    PAGES 1 - 407
```

                                        Page 1

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.    I'm fairly certain it was ChatGPT, | 02:25:16 |
| 2 | but I don't know for sure. | 02:25:18 |
| 3 | Q.    And, again, we talked about this | 02:25:19 |
| 4 | earlier, but can you think of any instances in | 02:25:24 |
| 5 | which you, or somebody you know, has been able | 02:25:26 |
| 6 | to use one of LLaMA's generative AI tools to | 02:25:29 |
| 7 | create a work that substantially mimics one of | 02:25:35 |
| 8 | your works? | 02:25:37 |
| 9 | A.    No. | 02:25:37 |
| 10 | Q.    Going back to May of 2023, was it | 02:25:39 |
| 11 | your understanding that the generative AI tools | 02:25:43 |
| 12 | could create output that acts as a substitute | 02:25:47 |
| 13 | for the original material? | 02:25:51 |
| 14 | MR. ZIRPOLI:  Object to the form | 02:25:52 |
| 15 | of the question. | 02:25:56 |
| 16 | A.    Could you read it again? | 02:25:56 |
| 17 | Q.    Sure. | 02:25:58 |
| 18 | Back in May of 2023, the time that | 02:25:59 |
| 19 | you exchanged these e-mail with Ms. Schulz, was | 02:26:03 |
| 20 | it your understanding that the generative AI | 02:26:06 |
| 21 | tools could create output that acts as a | 02:26:09 |
| 22 | substitute for the original material? | 02:26:12 |
| 23 | MR. ZIRPOLI:  Object to the form | 02:26:15 |
| 24 | of the question. | 02:26:16 |
| 25 | A.    Yes. | 02:26:16 |

Page 251

CONFIDENTIAL

```
 1              C E R T I F I C A T E

 2

 3              I, MaryJo O'Connor, a Notary Public

 4     in and for the Commonwealth of

 5     Massachusetts, do hereby certify:

 6              That CHRISTOPHER GOLDEN, the

 7     witness whose testimony is hereinbefore set

 8     forth, was duly sworn by me and that such

 9     testimony is a true and accurate record of

10     my stenotype notes taken in the foregoing

11     matter to the best of my knowledge, skill

12     and ability.

13              IN WITNESS WHEREOF, I have hereunto

14     set my hand and Notarial Seal this 30th day

15     of September 2024.

16

17

18

19

20          MARYJO O'CONNOR, RDR/RMR

21          Notary Public

22

23

24     My Commission expires:

25     September 12, 2025
```

Page 403

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   RICHARD KADREY, et al.,        )
                                    )
 6       Individual and            )
         Representative Plaintiffs, )
 7                                  )
             vs.                    ) Case No.
 8                                  ) 3:23-cv-03417-VC
     META PLATFORMS, INC., a        )
 9   Delaware corporation,          )
                                    )
10           Defendant.             )
     _____)
11
12      VIDEO-RECORDED DEPOSITION OF ANDREW SEAN GREER
13
                Tuesday, September 24, 2024
14
                 San Francisco, California
15
16
17
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 6928896
```

                                              Page 1

```
1          A.    Most authors meet each other every four
2    years or so at festivals when we have books.
3          Q.    And have you talked to Curtis about
4    generating works using AI?
5          A.    No.                                    11:24:43
6          Q.    You just read the article she wrote?
7          A.    Yes.
8          Q.    And you said that was in the New York
9    Times?
10         A.    I think so.  I did say that, yes.      11:24:52
11         Q.    Are you aware of any AI generated books
12   that are written in your style?
13         A.    No.
14         Q.    Are you aware of any media that was
15   created using AI, whether a book or other medium,  11:25:12
16   that's in your voice or distinctive style?
17         A.    No.
18         Q.    So it's not the case that AI, having
19   trained on your books, has resulted in your
20   distinctive style and voice appearing in AI books  11:25:30
21   and media everywhere?
22             MR. CLOBES:  Objection to form.
23             THE WITNESS:  Not yet, but that's not what
24   we're talking about here.  We're talking about
25   training on my distinctive voice and style developed  11:25:41
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    over 30 years.

2    BY MR. LAUTER:

3        Q.   But specifically as to your distinctive

4    voice and style appearing in AI books and media

5    everywhere, that hasn't occurred?                      11:25:55

6            MR. CLOBES:  Objection to form.

7            THE WITNESS:  It has not occurred.  But

8    this is not the legal complaint.

9    BY MR. LAUTER:

10       Q.   I'm handing you a document to be marked as    11:26:17

11    Exhibit 182.

12           (Greer Deposition Exhibit 182 was marked

13           for identification.)

14    BY MR. LAUTER:

15       Q.   Have you seen this before?                    11:26:39

16       A.   Yes.

17       Q.   What is it?

18       A.   This is a post.  In fact, it's a capture

19    of a video, I think, from Instagram.

20       Q.   And do you recall, is the text in the post    11:26:49

21    what you spoke in the video?

22       A.   I don't recall.  It seems certain that it

23    is, yes.

24       Q.   And can you read that first sentence to

25    me.                                                   11:27:08

Page 87

```
 1                  THE WITNESS:  Hmm.  I don't know.
 2    BY MR. LAUTER:
 3        Q.   Do you believe that anybody has decided
 4    not to buy one of the four books that you've
 5    asserted have been infringed by Meta and have          06:15:10
 6    instead used Llama to generate a book?
 7                  MR. CLOBES:  Objection to form.
 8                  THE WITNESS:  I don't know.
 9    BY MR. LAUTER:
10        Q.   Do you believe that anybody has used one     06:15:28
11    of Meta's large language models as a substitute for
12    reading one of the four books that you've alleged
13    are infringed in the Complaint?
14        A.   I don't know.
15                  MR. CLOBES:  Objection.                  06:15:42
16    BY MR. LAUTER:
17        Q.   Do you have any basis to believe that
18    that's occurred?
19                  MR. CLOBES:  Objection.
20                  THE WITNESS:  No.                        06:15:46
21    BY MR. LAUTER:
22        Q.   Do you believe that you have lost any
23    licensing opportunities as a result of the conduct
24    that you've alleged in the Complaint in this case?
25        A.   I don't know.                                 06:16:03
```

Page 332

CERTIFICATE OF REPORTER

1

2          I, Hanna Kim, a Certified Shorthand

3   Reporter, do hereby certify:

4          That prior to being examined, the witness

5   in the foregoing proceedings was by me duly sworn to

6   testify to the truth, the whole truth, and nothing

7   but the truth;

8          That said proceedings were taken before me

9   at the time and place therein set forth and were

10  taken down by me in shorthand and thereafter

11  transcribed into typewriting under my direction and

12  supervision;

13         I further certify that I am neither

14  counsel for, nor related to, any party to said

15  proceedings, not in anywise interested in the

16  outcome thereof.

17         Further, that if the foregoing pertains to

18  the original transcript of a deposition in a federal

19  case, before completion of the proceedings, review

20  of the transcript [X] was [ ] was not requested.

21         In witness whereof, I have hereunto

22  subscribed my name.

23  Dated: 10/1/24

24

                Hanna Kim

25              CLR, CSR No. 13083

                                    Page 340

```
1       UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
2       SAN FRANCISCO DIVISION
        Case No. 3:23-cv-03417-VC
3       ---------------------------------------x
        RICHARD KADREY, et al., Individual and
4       Representative,
5                            Plaintiffs,
6               - against -
7       META PLATFORMS, INC., a Delaware
        corporation,
8
9                            Defendant.
        ---------------------------------------x
10
                            September 16, 2024
11                          9:05 a.m.
12
13
14       VIDEOTAPED DEPOSITION  of DAVID HENRY
15      HWANG, held at the offices of COOLEY LLP,
16      located at 55 Hudson Yards, New York, New
17      York 10001, before Anthony Giarro, a
18      Registered Professional Reporter, a
19      Certified Realtime Reporter and a Notary
20      Public of the State of New York.
21
22
23
24
25
                                        Page 1
```

1          Q          But you haven't tried since
2     before the pandemic?
3          A          Correct.
4          Q          So maybe there's an
5     opportunity?
6          A          Maybe.
7          Q          I believe we covered this.
8     But I'm going to do a little bit of
9     closeout as we wrap up for the day.
10         A          Okay.
11         Q          Do you have any evidence
12    that anybody decided not to buy one of
13    your plays and instead used Meta's Gen AI
14    tools to generate a substitute play?
15                    MR. CLOBES:  Objection to
16         form.
17         A          I have no evidence to that
18    effect.
19         Q          Did you believe at the time
20    you joined the lawsuit that the OpenAI
21    ChatGPT tool and the Meta LLaMA tool was
22    capable of reproducing one of your plays?
23                    MR. CLOBES:  Objection to
24         form.
25         A          I did not believe it was

                                    Page 362

```
 1                C E R T I F I C A T I O N

 2

 3

 4          I, ANTHONY GIARRO, a Shorthand

 5     Reporter and a Notary Public, do hereby

 6     certify that the foregoing witness, DAVID

 7     HENRY HWANG, was duly sworn on the date

 8     indicated, and that the foregoing, to the

 9     best of my ability, is a true and accurate

10     transcription of my stenographic notes.

11          I further certify that I am not

12     employed by nor related to any party to

13     this action.

14

15

16

17                        ANTHONY GIARRO

18

19

20

21

22

23

24

25

                                         Page 382
```

```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4     -----------------------------:

 5     RICHARD KADREY, et al.,        :

 6         Individual and            :

 7       Representative Plaintiffs,:

 8              vs.                   : Case No.:

 9     META PLATFORMS, INC.,         : 3:23-cv-03417-VC

10     a Delaware corporation;       :

11                Defendant.         :

12     -----------------------------:

13       VIDEOTAPED DEPOSITION OF MATTHEW C. KLAM

14        Cleary Gottlieb Steen & Hamilton, LLP

15              Tuesday, December 10, 2024

16                    9:40 a.m.

17

18     Reported by:

19     Robert M. Jakupciak, RPR

20     JOB No. SF-7030273

21

22     PAGES 1 - 381
```

Page 1

| | | |
|---|---|---|
| 1 | the other stuff that is a benefit to me when I | 10:30:08 |
| 2 | finally publish something. | 10:30:10 |
| 3 | Q.    Are you aware of any instance in | 10:30:14 |
| 4 | which somebody has used a Meta AI model to | 10:30:17 |
| 5 | generate work in your style as a substitute for | 10:30:24 |
| 6 | reading or buying your work? | 10:30:31 |
| 7 | A.    Well, I just described to you what | 10:30:35 |
| 8 | I thought to be a scenario that seems pretty | 10:30:37 |
| 9 | likely to me. | 10:30:40 |
| 10 | Q.    Are you aware of any instance in | 10:30:42 |
| 11 | which that scenario has actually occurred? | 10:30:44 |
| 12 | A.    So I think what you are asking me | 10:30:47 |
| 13 | is has someone turned up either in my social | 10:30:48 |
| 14 | media or an email or in the marketplace saying | 10:30:52 |
| 15 | I have an AI story that's written by Matthew | 10:30:56 |
| 16 | Klam or written in the style of Matthew Klam | 10:31:01 |
| 17 | and it's just as good as Matthew Klam's and you | 10:31:04 |
| 18 | should buy this instead of buying Matt's work? | 10:31:06 |
| 19 | I think that's what you are saying, and no, I | 10:31:09 |
| 20 | haven't. | 10:31:12 |
| 21 | Although, I think that if people | 10:31:12 |
| 22 | created, you know, sort of bastardized versions | 10:31:16 |

Page 53

| | | |
|---|---|---|
| 1 | of my work and tried to sell it, I might | 10:31:21 |
| 2 | eventually hear about it. | 10:31:23 |
| 3 | I'm kind of small potatoes.  I'm a | 10:31:24 |
| 4 | literary writer who has had a very modest sort | 10:31:27 |
| 5 | of commercial career.  Although, I've won | 10:31:30 |
| 6 | prestigious awards and published in the best | 10:31:33 |
| 7 | magazines in the world and been a finalist for | 10:31:35 |
| 8 | a prestigious award or two and won fancy | 10:31:38 |
| 9 | scholarships at the Guggenheim, I don't have a | 10:31:43 |
| 10 | huge connection with the public the way Junot | 10:31:46 |
| 11 | or Ta-Nehisi or Jacki Woodson does. | 10:31:50 |
| 12 | So I'm not going to hear that stuff | 10:31:55 |
| 13 | probably.  You are talking to somebody who is a | 10:31:56 |
| 14 | much smaller fish. | 10:31:58 |
| 15 | Q.    Okay.  So I just want to make sure | 10:32:00 |
| 16 | I have your answer.  You are not aware of any | 10:32:03 |
| 17 | instance in which somebody has foregone | 10:32:07 |
| 18 | purchasing your work because they could use an | 10:32:13 |
| 19 | AI model instead.  Is that a true statement? | 10:32:16 |
| 20 | A.    Yeah. | 10:32:22 |
| 21 | Q.    Okay.  You said your wife and | 10:32:22 |
| 22 | daughter have also played around with AI tools | 10:32:25 |

Page 54

```
 1    right?                                          17:30:32
 2        A.    That's right.                         17:30:33
 3        Q.    Do you have any evidence that sales    17:31:17
 4    of your books have declined as a result of any  17:31:21
 5    conduct by Meta?                                17:31:27
 6        A.    No.                                   17:31:29
 7        Q.    You assert that both OpenAI in        17:31:39
 8    training ChatGPT and Meta in training its AI    17:31:46
 9    models infringed the copyright in Sam the Cat   17:31:49
10    and Who is Rich; right?                         17:31:54
11        A.    Yes.                                  17:31:57
12        Q.    Do you have any way of separating     17:32:02
13    out the harm you think you've suffered as a     17:32:06
14    result of OpenAI's conduct versus the harm you  17:32:11
15    think you've suffered as a result of Meta's     17:32:14
16    alleged conduct?                                17:32:18
17            MR. RATHUR:  Objection to form.         17:32:20
18        A.    No.                                   17:32:24
19        Q.    You are not aware of any instance     17:32:49
20    in which a person has read text generated by a  17:32:52
21    Meta AI model as a substitute for reading one   17:32:57
22    of your books; right?                           17:33:04
```

Page 338

| | | |
|---|---|---|
| 1 | A.     I don't know of any. | 17:33:08 |
| 2 | Q.     You are not aware of any text | 17:33:17 |
| 3 | generated by any Meta AI model that reproduces | 17:33:20 |
| 4 | the text from your books; right? | 17:33:27 |
| 5 | A.     That's right. | 17:33:31 |
| 6 | Q.     And how many times do you believe | 17:33:34 |
| 7 | you used Meta AI? | 17:33:44 |
| 8 | A.     A dozen. | 17:33:51 |
| 9 | Q.     You recited some of the prompts you | 17:33:57 |
| 10 | entered, but maybe I'll just ask you to tell me | 17:34:00 |
| 11 | each of the prompts you remember now. | 17:34:03 |
| 12 | A.     I think I asked it to write a story | 17:34:16 |
| 13 | in the style of Alice Munro.  And then I think | 17:34:19 |
| 14 | I asked it whether it, this work was | 17:34:29 |
| 15 | transformative or derivative and it said that | 17:34:37 |
| 16 | it was not transformative.  And then I asked if | 17:34:41 |
| 17 | it could try again and it said no. | 17:34:49 |
| 18 | And then I think I asked it to | 17:34:51 |
| 19 | summarize my book three different times, and at | 17:34:54 |
| 20 | the end it was hallucinating and | 17:34:59 |
| 21 | misrepresenting my book. | 17:35:03 |
| 22 | And now, I'm sorry, it's late in | 17:35:06 |

Page 339

```
1              REPORTER'S CERTIFICATE

2

3         I, ROBERT M. JAKUPCIAK, an RPR and

4    Notary Public within and for the District of

5    Columbia do hereby certify:

6         That the witness whose deposition is

7    hereinbefore set forth, was duly sworn and that

8    the within transcript is a true record of the

9    testimony given by such witness.

10        I further certify that I am not

11   related to any of these parties to this action

12   by blood or marriage and that I am in no way

13   interested in the outcome of this matter.

14        IN WITNESS WHEREOF, I have hereunto

15   set my hand this 20th day of December, 2024.

16

17

18        ROBERT M. JAKUPCIAK, an RPR and

19             Notary Public

20

21   My Commission Expires:

22   February 28, 2029
```

Page 377

```
 1            IN THE UNITED STATES DISTRICT COURT

 2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4   RICHARD KADREY, ET AL  )

 5      Plaintiffs          )Case No.: 3:23-cv-03417-VC

 6           Vs.            )

 7   META PLATFORMS, INC.,  )

 8   A Delaware Corporation )

 9      Defendant           )

10            --------------------

11

12            Deposition of LAURA LIPPMAN, was taken

13   via videotape on Tuesday, September 17, 2024,

14   commencing at 9:32 a.m., at Kramon & Graham, P.A.,

15   750 East Pratt Street, Suite 1100, Baltimore,

16   Maryland, before MICHELE D. LAMBIE, Notary Public.

17            --------------------

18

19

20   Reported By:

21            Michele D. Lambie, CSR-RPR
```

Page 1

| | | |
|---|---|---|
| 1 | THE WITNESS:  I -- I am not aware. | 05:42:20 |
| 2 | BY MS. DUNNING: | 05:42:22 |
| 3 | Q.   In what ways, if any, do you contend you | 05:42:22 |
| 4 | have been injured by Meta's conduct alleged in the | 05:42:49 |
| 5 | Complaint? | 05:42:53 |
| 6 | MR. SWEATMAN:  Object to form. | 05:42:54 |
| 7 | THE WITNESS:  At this point, I have no | 05:42:55 |
| 8 | specific examples of injury to me. | 05:42:59 |
| 9 | BY MS. DUNNING: | 05:43:03 |
| 10 | Q.   Is it -- I'll represent to you that | 05:43:03 |
| 11 | you -- well, let me just ask the question. | 05:43:18 |
| 12 | True or false, you are personally unaware | 05:43:22 |
| 13 | of any instance in which a person read text | 05:43:29 |
| 14 | generated by any of Meta's LLMs as a substitute for | 05:43:34 |
| 15 | reading one of your six at-issue books? | 05:43:42 |
| 16 | MR. SWEATMAN:  Object to form. | 05:43:48 |
| 17 | THE WITNESS:  At this moment in time, | 05:43:49 |
| 18 | that is true. | 05:43:51 |
| 19 | BY MS. DUNNING: | 05:43:52 |
| 20 | Q.   True or false, you are personally unaware | 05:43:52 |
| 21 | of any documentary evidence demonstrating that any | 05:43:59 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    person has read text generated by a Meta LLM as a          05:44:04

2    substitute for reading one of your six at-issue            05:44:10

3    books?                                                     05:44:14

4              MR. SWEATMAN:  Object to form.                   05:44:15

5              THE WITNESS:  At this point in time, that        05:44:15

6    is true.                                                   05:44:17

7    BY MS. DUNNING:                                            05:44:18

8        Q.   True or false, you are personally unaware         05:44:18

9    of any text generated by any Meta LLM that contains        05:44:28

10   text from one of your six books?                           05:44:37

11             MR. SWEATMAN:  Object to form.                   05:44:39

12             THE WITNESS:  At this point in time, that        05:44:40

13   is true.                                                   05:44:43

14   BY MS. DUNNING:                                            05:44:44

15       Q.   True or false, at this time, you are              05:44:44

16   personally unaware of any text generated by any            05:44:52

17   Meta LLM that infringes the copyright in any of            05:44:57

18   your six at-issue books?                                   05:45:01

19             MR. SWEATMAN:  Object to form.                   05:45:03

20             THE WITNESS:  Could you repeat that one?         05:45:05

21   BY MS. DUNNING:                                            05:45:09

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  State of Maryland

2  County of Baltimore, to wit:

3        I, Michele D. Lambie, a Notary Public of

4  the State of Maryland, County of Baltimore, do

5  hereby certify that the within-named witness

6  personally appeared before me at the time and place

7  herein set out, and after having been duly sworn by

8  me, according to law, was examined by counsel.

9        I further certify that the examination

10  was recorded stenographically by me and this

11  transcript is a true record of the proceedings.

12        I further certify that I am not of

13  counsel to any of the parties, nor related to any

14  of the parties, nor in any way interested in the

15  outcome of this action.

16        As witness my hand and notarial seal this

17  2nd day of October 2024.

18

19  *Michele D Lambie*

20

21

Page  344

CONFIDENTIAL

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4

5     RICHARD KADREY, et al.,              )

6                Individual and            )

7                Representative Plaintiffs,)

8              vs.                         )Case No.

9     META PLATFORMS, INC., a              )3:23-cv-03417-VC

10    Delaware corporation,                )

11                Defendant.               )

12    _____)

13

14              C O N F I D E N T I A L

15

16       VIDEOTAPED DEPOSITION OF SARAH SILVERMAN

17              Los Angeles, California

18             Thursday, October 10, 2024

19                  VOLUME I

20

21    Stenographically Reported by:

22    RENEE D. ZEPEZAUER, RPR, CRR, CSR No. 6275

23    JOB No. 6944934

24

25    PAGES 1 - 330

                                          Page 1

```
1    your assertion that your book was used to train either    02:31:56

2    ChatGPT or LLaMA?

3              MR. ZIRPOLI:  Object to the form of the

4    question.

5              THE WITNESS:  It's just a fact.              02:32:08

6    BY MS. DUNNING:

7        Q    I'm just asking why you -- what the evidence is

8    for that assertion.

9        A    This is conversations I had with my counsel as

10   well as I looked online.                                02:32:21

11       Q    On THE ATLANTIC link?

12       A    Yes.  I have no reason to believe it isn't

13   true.  And certainly if it wasn't true, we wouldn't be

14   here.

15       Q    Are you aware of any instance in which a large  02:32:36

16   language model developed by Meta was used to generate

17   content that was substantially similar to your book?

18       A    I'm not aware.

19       Q    Are you aware of any time that a Meta large

20   language model was used to generate content that has any  02:32:56

21   language from your book?

22             MR. ZIRPOLI:  Object to the form of the

23   question.

24             THE WITNESS:  I mean, you could -- I'm sure I

25   could paste together words from my book.  No.  I'm not    02:33:07
```

                                                              Page 168

CONFIDENTIAL

```
1    aware.                                                    02:33:12

2    BY MS. DUNNING:

3        Q    Are you aware of any time that any large

4    language model developed by Meta was used to generate

5    content that you think sounds like your voice?           02:33:22

6            MR. ZIRPOLI:  Object to the form of the

7    question.

8            THE WITNESS:  I'd offer that as beyond

9    irrelevant because the issue is that they stole.  I

10   don't care what they do or don't do with the material.   02:33:36

11   They stole it.  And they stole it for a reason.

12   BY MS. DUNNING:

13       Q    So the answer is you are not aware of any time

14   a Meta large language model has been used to generate

15   content that you believe is in your voice?               02:33:52

16           MR. ZIRPOLI:  Object to the form of the

17   question.

18           THE WITNESS:  I thought you were reiterating my

19   answer.

20   BY MS. DUNNING:                                          02:34:05

21       Q    No.  I'm just trying to get a clean question

22   and answer.

23           Are you aware of any instance in which a Meta

24   large language model was used to create content that you

25   consider to be in your voice?                            02:34:13
```

                                                       Page 169

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. ZIRPOLI:  Object to the question.  It's | 02:34:14 |
| 2 | been asked and answered twice now. | |
| 3 | THE WITNESS:  Not aware.  Never looked. | |
| 4 | BY MS. DUNNING: | |
| 5 | Q    Are there -- are you aware of any instance in | 02:34:20 |
| 6 | which a Meta large language model has been used to | |
| 7 | generate a summary of your book? | |
| 8 | A    That was something that -- that I went over | |
| 9 | with counsel. | |
| 10 | Q    Okay.  I don't want to -- I do not want to hear | 02:34:41 |
| 11 | about any conversations you had with counsel.  Have you | |
| 12 | seen any output from a Meta large language model | |
| 13 | constituting a summary of your book? | |
| 14 | MR. ZIRPOLI:  Aside from what you may or may | |
| 15 | not have done with your counsel. | 02:34:59 |
| 16 | THE WITNESS:  Then no. | |
| 17 | BY MS. DUNNING: | |
| 18 | Q    If a document exists, I'm allowed to ask about | |
| 19 | it, irrespective of any -- I'm not asking about the | |
| 20 | substance of communications, but if there is a document | 02:35:10 |
| 21 | that exists that constitutes a summary of your book that | |
| 22 | you have seen, I'm entitled to a yes-or-no answer. | |
| 23 | A    I have not seen that, no. | |
| 24 | Q    How did you meet Matthew Butterick? | |
| 25 | A    High school. | 02:35:46 |

Page 170

CONFIDENTIAL

```
 1              MR. ZIRPOLI:  Object to the form of the      03:21:09

 2     question.

 3              THE WITNESS:  I would venture to guess that I

 4     lost the licensing opportunity for training various AIs.

 5     BY MS. DUNNING:                                        03:21:21

 6        Q    Okay.  Apart from licensing for training AIs

 7     which I understand is part of your assertion, I want to

 8     put that aside.  I'm trying to figure out if there's

 9     anything else.

10        A    There's no way to compute that in terms of     03:21:34

11     someone not buying a book.

12        Q    Are you aware of any time somebody decided not

13     to buy your book because they could generate a summary

14     on a Meta AI tool?

15        A    There's no way to calculate that.  I'd have to  03:21:52

16     be in someone's head.

17        Q    Are you aware of any evidence to suggest that

18     ever happened?

19        A    No, I'm not.

20        Q    Are you aware of any instance in which somebody  03:22:01

21     wanted to pay to license use of your work but chose not

22     to because of something Meta did?

23        A    Meta itself and ChatGPT.

24        Q    Apart from Meta and OpenAI, are you aware of

25     any instance in which another person decided not to seek  03:22:24
```

                                                    Page 204

CONFIDENTIAL

```
 1    BY MS. DUNNING:                                    05:59:48

 2        Q    Do you have any evidence that any seller of

 3    your book such as bookstores or online book sellers or

 4    wholesalers or resellers have sold fewer of your books

 5    because of anything Meta did?                       06:00:01

 6            MR. ZIRPOLI:  Object to the form.  Asked and

 7    answered five times now.

 8            THE WITNESS:  I would have no idea, once again.

 9    BY MS. DUNNING:

10        Q    Okay.                                      06:00:08

11        A    Where is the big stuff?  I always figured that

12    comes at the end like Columbo.

13            MR. ZIRPOLI:  How much time do we have left?

14            THE VIDEOGRAPHER:  On the record total, it's

15    six hours and 25 minutes.                           06:00:20

16            MR. ZIRPOLI:  Okay.

17    BY MS. DUNNING:

18        Q    How do you claim -- let me come back to that.

19            Are you aware of any instance in which any

20    person has read text generated by any of Meta's AI     06:00:32

21    models as a substitute for reading your book?

22            MR. ZIRPOLI:  Objection.

23            THE WITNESS:  There's no possible way I could

24    know that.

25    //
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MS. DUNNING: | 06:00:44 |
| 2 | Q    You have no evidence of that happening? | |
| 3 | MR. ZIRPOLI:   Objection.   Asked and answered. | |
| 4 | THE WITNESS:   The onus is not on me. | |
| 5 | BY MS. DUNNING: | 06:00:52 |
| 6 | Q    Are you aware of any content that has ever come | |
| 7 | out of a Meta AI model that you contend infringes your | |
| 8 | book? | |
| 9 | MR. ZIRPOLI:   Objection.   Asked and answered. | |
| 10 | THE WITNESS:   No way I could know that. | 06:01:03 |
| 11 | BY MS. DUNNING: | |
| 12 | Q    Your book THE BEDWETTER had already been | |
| 13 | published at the time you allege Meta used it; correct? | |
| 14 | A    Yeah.   When this was published -- | |
| 15 | MR. ZIRPOLI:   Sarah, let's wait for a question | 06:01:28 |
| 16 | to be asked. | |
| 17 | BY MS. DUNNING: | |
| 18 | Q    None of your claims in this case are based on | |
| 19 | works that are unpublished; right? | |
| 20 | A    Right. | 06:01:36 |
| 21 | Q    And none of your claims in this case are based | |
| 22 | on anything you've ever written apart from THE BEDWETTER | |
| 23 | book; right? | |
| 24 | A    Yeah.   Correct. | |
| 25 | Q    You said -- I don't remember what your exact | 06:01:56 |

Page 306

CONFIDENTIAL

1          I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3          That the foregoing proceedings were taken

4    before me at the time and place herein set forth; that any

5    witnesses in the foregoing proceedings, prior to

6    testifying, were administered an oath; that a record of

7    the proceedings was made by me using machine shorthand

8    which was thereafter transcribed under my direction; that

9    the foregoing transcript is a true record of the testimony

10   given; that if the foregoing proceedings were reported

11   stenographically remote from the witness and parties, the

12   transcript of the proceedings reflects the record that I

13   could hear and understand to the best of my ability.

14          Further, that if the foregoing pertains to

15   the original transcript of a deposition in a Federal

16   Case, before completion of the proceedings, review of

17   the transcript [ X ] was [  ] was not requested.

18          I further certify I am neither financially

19   interested in the action nor a relative or employee of any

20   attorney or any party to this action.

21          IN WITNESS WHEREOF, I have this date

22   subscribed my name this 24th day of October, 2024.

23

24        RENEE DiMENNO ZEPEZAUER

25        CSR #6275, RPR, CRR

                                        Page  326

CONFIDENTIAL

```
 1            IN THE UNITED STATES DISTRICT COURT

 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4    - - - - - - - - - - - - - - -+

 5    RICHARD KADREY, et al,       |

 6              Plaintiffs,        | Case Number:

 7      vs.                        | 3:23-cv-03417-VC

 8    META PLATFORMS, INC., a      |

 9    Delaware corporation,        |

10              Defendant.         |

11    - - - - - - - - - - - - - - -+

12

13

14         Confidential Videotaped Deposition of

15                RACHEL LOUISE SNYDER

16             Wednesday, December 11, 2024

17                   at 9:42 a.m.

18               in Washington, D.C.

19

20

21    Reported by:

22    Laurie Donovan, RPR, CRR, CLR

23    JOB 7030288

24

25    PAGES 1 - 285
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

1  could they agree?

2      Q    Are you aware of any writers who have

3  offered to allow their works to be trained by AI for a

4  fee?

5      A    No.

6      Q    Are you aware of any writers who have agreed

7  to allow their works to be trained by AI for free?

8      A    No.

9      Q    And you're not aware of any instance where

10  someone has read text generated by one of Meta's AI

11  models as a substitute for reading your book, No

12  Visible Bruises, correct?

13      A    No.  That's correct.

14      Q    And you're not personally aware of any text

15  generated by any Meta AI model that copies or

16  reproduces content from No Visible Bruises, correct?

17      A    Correct.

18      Q    And you testified you have never used,

19  yourself, any Meta AI model, right?

20      A    No, not that I'm aware of.

21      Q    Each -- well, let me strike that.

22          At the time you assert Meta used your book,

23  No Visible Bruises, to train its AI models, that book

24  had already been published, right?

25      A    Correct.

Page  273

1    CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

2

3        I, Laurie Donovan, Registered Professional

4    Reporter, Certified Realtime Reporter, and notary

5    public for the District of Columbia, the officer

6    before whom the foregoing deposition was taken,

7    do hereby certify that the foregoing transcript

8    is a true and correct record of the testimony

9    given; that said testimony was taken by me

10   stenographically and thereafter reduced to

11   typewriting under my supervision; and that I am

12   neither counsel for, related to, nor employed by

13   any of the parties to this case and have no

14   interest, financial or otherwise, in its outcome.

15       IN WITNESS WHEREOF, I have hereunto set my

16   hand and affixed my notarial seal this 24th day

17   of December 2024.

18

19   My commission expires:  July 14, 2027

20

21

22   _____

23       LAURIE DONOVAN

24       NOTARY PUBLIC IN AND FOR

25       THE DISTRICT OF COLUMBIA

Page 281

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION

 3

 4   RICHARD KADREY, et al.,            )
                                        )
 5          Plaintiffs,                 )
                                        )
 6   v.                                 )
                                        )
 7   META PLATFORMS, INC., a Delaware   )
     corporation,                       )
 8                                      )
            Defendant.                  )
 9   _____   )

10

11          CONFIDENTIAL ATTORNEYS' EYES ONLY

12

13      Videotaped Deposition of LYSA TERKEURST

14            Charlotte, North Carolina

15              September 23, 2024

16              9:51 a.m. Eastern

17

18

19

20

21

22

23   Reported by:  Karen K. Kidwell, RMR, CRR

24   Job No. 6922752

25
```

                                        Page 1

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | you were three works, and there were actually | 03:41:20 |
| 2 | millions of other works also used to train it? | 03:41:23 |
| 3 | MR. ULWICK:  Object to form.  Foundation. | 03:41:26 |
| 4 | THE WITNESS:  I think any author that had | 03:41:31 |
| 5 | their copyright infringed upon, I think we | 03:41:36 |
| 6 | should all be entitled to compensation. | 03:41:40 |
| 7 | BY MS. HARTNETT: | |
| 8 | Q.   Are you alleging that you've lost any | 03:41:46 |
| 9 | money that you otherwise would have made, other than | 03:41:48 |
| 10 | potentially a licensing fee, by the actions that | 03:41:51 |
| 11 | you're complaining about in this case by Meta? | 03:41:55 |
| 12 | MR. ULWICK:  Object to form. | 03:41:57 |
| 13 | THE WITNESS:  I believe that I have been. | 03:41:58 |
| 14 | And I think that's a very complicated answer, | 03:42:16 |
| 15 | because -- how would I know how -- all the many | 03:42:21 |
| 16 | ways that it's affected these books? | 03:42:30 |
| 17 | BY MS. HARTNETT: | |
| 18 | Q.   Well, have you heard of anybody saying | 03:42:38 |
| 19 | that they didn't buy your book because they were able | 03:42:40 |
| 20 | to somehow get the information they needed about it | 03:42:43 |
| 21 | from LLaMA? | 03:42:45 |
| 22 | MR. ULWICK:  Objection. | 03:42:47 |
| 23 | THE WITNESS:  No one's ever said -- I'm | 03:42:47 |
| 24 | sorry. | 03:42:48 |
| 25 | MR. ULWICK:  Object to form. | 03:42:50 |

Page 179

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            THE WITNESS:  No one's ever said that to      03:42:50

 2      me.  But I will tell you that my passion for        03:42:52

 3      helping train other authors in how to write         03:42:58

 4      books, I believe that's greatly harmed by AI.       03:43:02

 5   BY MS. HARTNETT:

 6      Q.   Do you believe you've lost money in this       03:43:15

 7   in some way by being kept from training other authors  03:43:19

 8   due to Meta's AI?                                       03:43:27

 9      A.   Yes.                                            03:43:28

10      Q.   How much?                                       03:43:29

11      A.   I would love the opportunity to figure         03:43:31

12   that out.                                               03:43:33

13      Q.   How would you figure that out?                 03:43:36

14      A.   Great question.  I would have to get           03:43:37

15   experts to help me figure that out.                    03:43:39

16      Q.   And so you believe you'll -- if you had        03:43:44

17   the right experts, you would be able to calculate      03:43:46

18   some harm to you from people that didn't seek out      03:43:49

19   your services to help them write because they were     03:43:52

20   deterred from writing by AI?                           03:43:55

21            MR. ULWICK:  Object to form.                  03:43:59

22            THE WITNESS:  Yes.                            03:44:03

23   BY MS. HARTNETT:

24      Q.   And do you think also you probably were        03:44:12

25   harmed in some way by people that -- from being able   03:44:16
```

Page 180

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | to recruit people to teach how to write by the fact | 03:44:24 |
| 2 | that people make study guides off of your materials, | 03:44:27 |
| 3 | without permission, and put them up on Amazon? | 03:44:30 |
| 4 | MR. ULWICK:  Object to form. | 03:44:33 |
| 5 | THE WITNESS:  I'm sorry.  Repeat that | 03:44:34 |
| 6 | question. | 03:44:35 |
| 7 | BY MS. HARTNETT: | |
| 8 | Q.   Well, you mentioned before that some of | 03:44:36 |
| 9 | your -- you have a recurring issue with your | 03:44:38 |
| 10 | materials being used as an inspiration and having | 03:44:39 |
| 11 | your name put on products you haven't authorized and | 03:44:43 |
| 12 | putting them up on Amazon.  Do you recall that? | 03:44:47 |
| 13 | A.   Yes. | 03:44:50 |
| 14 | Q.   Do you believe you've been likewise harmed | 03:44:51 |
| 15 | in the sense that some aspiring writers who would see | 03:44:54 |
| 16 | that kind of behavior wouldn't want to write if they | 03:44:58 |
| 17 | had to face that kind of piracy? | 03:45:01 |
| 18 | MR. ULWICK:  Objection. | 03:45:05 |
| 19 | THE WITNESS:  I don't know.  I would need | 03:45:10 |
| 20 | to think -- I haven't thought of that before, so | 03:45:11 |
| 21 | I would need to think through that. | 03:45:13 |
| 22 | I think piracy in any form is wrong. | 03:45:15 |
| 23 | BY MS. HARTNETT: | |
| 24 | Q.   I know I asked you before about LLaMA in | 03:45:27 |
| 25 | particular, but I want to ask more generally:  Are | 03:45:29 |

Page 181

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    you aware of anyone having not purchased some work of      03:45:32

 2    yours -- any work; not just the three in this case --      03:45:36

 3    because of being able to get the information about it       03:45:39

 4    on AI instead?                                             03:45:41

 5         A.   No one has communicated that to me               03:45:45

 6    specifically, but -- and yes, I know we're focused on      03:45:47

 7    the three works here.  But as I look at the overall        03:45:54

 8    issue with AI generating books, I think it is a great      03:46:02

 9    threat to human authors.  Because if publishers can        03:46:14

10    get books generated by AI, and if that were to become      03:46:25

11    the norm, then what would motivate them to continue        03:46:31

12    to let the human voice be heard?  What -- what would       03:46:37

13    motivate them?                                             03:46:42

14              And I think it is an extreme threat to not       03:46:44

15    just my future but every aspiring author.  And also,       03:46:56

16    when you talk about education, I think it's the human      03:47:04

17    voice that needs to be heard.  I think it's the human      03:47:12

18    voice that can properly educate.  I don't think you        03:47:16

19    should replace the human voice with a computer.            03:47:21

20         Q.   Have you read any text that's been               03:47:28

21    generated by an AI tool, ever?                            03:47:30

22         A.   I don't know.                                    03:47:33

23         Q.   Did you talk to any of your friends or          03:47:36

24    family about joining this lawsuit before you did it?       03:47:39

25              MR. ULWICK:  Object to form.                     03:47:43
```

Page 182

CONFIDENTIAL ATTORNEYS' EYES ONLY

1   STATE OF NORTH CAROLINA

    COUNTY OF MECKLENBURG

2

3            I, Karen K. Kidwell, RMR, CRR, in and for

4   the State of North Carolina, do hereby certify that

5   there came before me on Monday, September 23, 2024, the

6   person hereinbefore named, who was by me duly sworn to

7   testify to the truth and nothing but the truth of her

8   knowledge concerning the matters in controversy in this

9   cause; that the witness was thereupon examined under

10  oath, the examination was stenographically reported and

11  reduced to typewriting under my direction, and the

12  deposition is a true record of the testimony given by

13  the witness.

14           I further certify that I am neither attorney

15  or counsel for, nor related to or employed by, any

16  attorney or counsel employed by the parties hereto or

17  financially interested in the action.

18           This the 24th day of September, 2024.

19

20           *Karen K. Kidwell*

21

             Karen K. Kidwell, RMR, CRR

22           Notary Public #19971050142

23

24

25

                                      Page  247

```
 1            UNITED STATES DISTRICT COURT

 2          NORTHERN DISTRICT OF CALIFORNIA

 3             SAN FRANCISCO DIVISION

 4

 5     ---------------------------------x

 6     RICHARD KADREY, et al.,

 7     Individual and Representative,

 8                    Plaintiffs,    Case No.

 9              v.                 3:23-cv-03417-VC

10     META PLATFORMS, INC., a

11     Delaware Corporation;

12                    Defendant.

13     ---------------------------------x

14

15

16         VIDEOTAPED DEPOSITION of JACQUELINE A.

17         WOODSON, held at 55 Hudson Yards, New

18         York, New York, commencing at 9:39 a.m.,

19         September 30, 2024, before Erica Ruggieri,

20         a Certified Shorthand Reporter and Notary

21         Public of the State of New York.

22

23

24     JOB No. 6931571

25     PAGES 1 - 412
```

Page 1

```
 1                        WOODSON
 2       write in the voice of Jacqueline
 3       Woodson.
 4           Q.    Okay.   Are you aware of any
 5       time that a Meta LLM has been used
 6       to generate a work in the voice of
 7       Jacqueline Woodson?
 8               MR. SWEATMAN:   Objection to
 9         form.
10           A.    I am not aware of it, no.
11       But I wouldn't know because I'm not
12       searching for it.
13           Q.    Your Instagram post in
14       Exhibit 318 says:   "Years and years
15       of writing, revising, reading drafts
16       out loud until my throat was sore
17       and then rewriting some more for my
18       work to be stolen this way, this is
19       a list of my books that were scraped
20       so AI could copy my writing style."
21               Do you see that language?
22           A.    Yes.
23           Q.    And you wrote that?
24           A.    Yes.
25           Q.    When you said "...for my
```

Page 300

```
 1                    WOODSON
 2        A.   It was one -- it wasn't my
 3    writing style, it was my voice, you
 4    know, the way -- it was Jacqueline
 5    Woodson.  And it wasn't -- and that
 6    wasn't the only reason.
 7        Q.   Okay.  What were the other
 8    reasons?
 9        A.   Like I said earlier, to
10    open that list and see all of these
11    writers, not just Jacqueline Woodson
12    but so many other writers, so many
13    other books that were also being
14    used.
15        Q.   Okay.  And are you aware of
16    any time that a Meta LLM has been
17    used to generate a work that you
18    would consider to be in your style?
19         MR. SWEATMAN:   Objection to
20     form.
21        A.   Not yet.
22        Q.   And are you aware of any
23    instance in which a Meta LLM has
24    been used to generate a work in what
25    you would consider to be the voice
```

Page 302

```
1                         WOODSON
2        of Jacqueline Woodson?
3              MR. SWEATMAN:  Objection to
4         form.
5            A.    Not yet.
6            Q.   How do you think an LLM
7        would teach others how to copy your
8        style or voice?
9              MR. SWEATMAN:  Objection to
10        form.
11           A.   I don't see it as teaching.
12        I see it as doing it for them so --
13        and that's my concern.  If someone
14        can put in write me a book in the
15        style of Jacqueline Woodson and AI
16        shoots one out, that's terrifying to
17        me.
18           Q.   Well, I asked you earlier
19        if you could identify your style.
20           A.   Um-hmm.
21           Q.   And I think said you wrote
22        in lots of different styles.
23           A.   Um-hmm.  Um-hmm.
24             MR. SWEATMAN:  Object to form.
25           Q.   Is that right?
```

Page 303

```
 1                    WOODSON
 2        A.   No, not to my knowledge.  I
 3   would remember that I guess.
 4        Q.   Okay.  Now, you are a
 5   plaintiff in this case against Meta,
 6   right?
 7        A.   Yes.
 8        Q.   Are you also plaintiff in a
 9   lawsuit against OpenAI?
10        A.   Yes.
11        Q.   Are you aware of any
12   instances in which any AI tool
13   developed by OpenAI has been used to
14   generate content that replicates the
15   text of any of your at issue books?
16        MR. SWEATMAN:  Objection to
17    form.
18        A.   Not yet.
19        Q.   Are you aware of any
20   instances in which an AI tool
21   developed by OpenAI has been used to
22   generate content that emulates your
23   voice?
24        MR. SWEATMAN:  Objection to
25    form.
```

Page 305

```
 1                    WOODSON
 2        A.    Not that I know of yet.
 3        Q.    Are you aware of any
 4   instance in which an AI tool
 5   developed by OpenAI has been used to
 6   generate content but emulates your
 7   writing style?
 8            MR. SWEATMAN:  Objection to
 9     form.
10        A.    Styles.  I don't know.
11        Q.    Are you aware of any
12   instance in which an AI tool
13   developed by any AI developer has
14   been used to generate content that
15   emulates any of your writing styles?
16            MR. SWEATMAN:  Objection to
17     form.
18        A.    You know, I just, I don't
19   know what that will look like yet.
20   It's all so new to me.  So it's a
21   hard question to answer because I
22   don't yet know what this looks like.
23        Q.    So as you sit here today,
24   have you seen any example of work
25   that's come out of an AI tool that
```

Page 306

```
 1                    WOODSON
 2      you think reflects any of your
 3      writing styles?
 4            MR. SWEATMAN:  Objection to
 5       form.
 6            A.   I haven't been looking for
 7      it.  I don't even know where to
 8      begin looking for it.  You know, I
 9      don't know even how to use ChatGPT
10      or GPTChat.  Like, I don't know.
11            Q.   So I'm sorry, the answer is
12      no, as you sit here today, you
13      haven't seen an example of any work
14      that you think reflects your writing
15      styles that was generated by an AI
16      tool?
17            MR. SWEATMAN:  Objection to
18       form.
19            A.   Not that I know of.
20            Q.   And as you sit here today,
21      you are not aware of any example of
22      content generated by an AI tool that
23      you believe reflects the voice of
24      Jacqueline Woodson?
25            MR. SWEATMAN:  Objection to
```

Page 307

```
 1                    WOODSON
 2          Do you see it?
 3          A.    Yes.
 4          Q.    And is that the writer in
 5     residence program you mentioned
 6     earlier?
 7          A.    Yes.  Yes.
 8          Q.    How soon after you received
 9     Ms. Waldman's email on September 15,
10     2023 did you retain -- did you join
11     the lawsuit?
12          A.    I emailed them right away.
13          Q.    Are you aware of any
14     instances where an LLM has generated
15     content that was substantially
16     similar in its text to any of your
17     at issue books?
18          MR. SWEATMAN:  Objection to
19      form.
20          A.    Not yet.
21          Q.    Do you contend that using
22     your books to train in the AI model
23     damages the market for your work?
24          MR. SWEATMAN:  Objection to
25      form.
```

                              Page 317

```
1              REPORTER'S CERTIFICATE

2

3              I, ERICA L. RUGGIERI, RPR and a

4       Notary Public within and for the State

5       of New York, do hereby certify:

6              That I reported the proceedings

7       in the within-entitled matter, and

8       that the within transcript is a true

9       record of such proceedings.

10             I further certify that I am not

11      related by blood or marriage, to any

12      of the parties in this matter and

13      that I am in no way interested in the

14      outcome of this matter.

15             IN WITNESS WHEREOF, I have

16      hereunto set my hand this 20th day of

17      October, 2024.

18

19

20

21

22

23        ERICA L. RUGGIERI, RPR, CSR, CLR

24

25
```

Page 402