# EXHIBIT C

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4    ------------------------------:
 5    RICHARD KADREY, et al.,       :
 6        Individual and            :
 7      Representative Plaintiffs,  :
 8            vs.                   : Case No.:
 9    META PLATFORMS, INC.,         : 3:23-cv-03417-VC
10    a Delaware corporation;       :
11              Defendant.          :
      ------------------------------:
12
13      VIDEOTAPED DEPOSITION OF MATTHEW C. KLAM
14         Cleary Gottlieb Steen & Hamilton, LLP
15              Tuesday, December 10, 2024
16                    9:40 a.m.
17
18    Reported by:
19    Robert M. Jakupciak, RPR
20    JOB No. SF-7030273
21
22    PAGES 1 - 381
```

Page 1

```
 1   You mean direct quotes?                              10:13:43
 2        Q.    Yes.                                      10:13:45
 3        A.    No.                                       10:13:45
 4        Q.    Let me ask the question again so we       10:13:46
 5   can get a clear record.                              10:13:47
 6        A.    Yeah.                                     10:13:49
 7        Q.    Are you aware of any instance in          10:13:49
 8   which any Meta AI tool has output verbatim text      10:13:52
 9   from any of your works?                              10:13:58
10        A.    No.  I got an answer when I asked         10:13:59
11   for it to reproduce and it said that that would     10:14:03
12   be a copyright infringement.                         10:14:07
13        Q.    Okay.  So you also prompted Meta AI       10:14:09
14   in particular to output texts from your work?        10:14:14
15        A.    I think yeah.  I think I did.             10:14:20
16        Q.    And it refused to do that?                10:14:22
17        A.    Uh-huh.                                   10:14:24
18        Q.    Sorry.  Is that a yes?                    10:14:25
19        A.    Yeah.  Sorry.  Drinking water.            10:14:27
20        Q.    What do you want out of this              10:14:42
21   lawsuit?                                             10:14:45
22              MR. RATHUR:  Objection to form.           10:14:46
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              REPORTER'S CERTIFICATE
 2
 3              I, ROBERT M. JAKUPCIAK, an RPR and
 4    Notary Public within and for the District of
 5    Columbia do hereby certify:
 6              That the witness whose deposition is
 7    hereinbefore set forth, was duly sworn and that
 8    the within transcript is a true record of the
 9    testimony given by such witness.
10              I further certify that I am not
11    related to any of these parties to this action
12    by blood or marriage and that I am in no way
13    interested in the outcome of this matter.
14              IN WITNESS WHEREOF, I have hereunto
15    set my hand this 20th day of December, 2024.
16
17
18              ROBERT M. JAKUPCIAK, an RPR and
19              Notary Public
20
21    My Commission Expires:
22    February 28, 2029
```