# EXHIBIT E

1          HIGHLY CONFIDENTIAL PURSUANT TO PO
2            UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
3              SAN FRANCISCO DIVISION
             CASE NO. 3:23-cv-03417-VC
4

     RICHARD KADREY, et al.,              :
5        Individual and Representative    :
         Plaintiff,                       :
6                                         :
                      v.                  :
7                                         :
     META PLATFORMS, INC., a Delaware     :
8    Corporation,                         :
         Defendant.                       :
9    -------------------------------- x
10
11         VIDEOTAPE DEPOSITION OF:
12             TA-NESHI COATES
13          NEW YORK, NEW YORK
14        THURSDAY, NOVEMBER 21, 2024
15
16
17
18
19
20
21
22
23
24   REPORTED BY:
     SILVIA P. WAGE, CCR, CRR, RPR
25   JOB NO. 6985779

                                    Page 1

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO
 2        A.    Hmm.                            11:40:36
 3        Q.    Now, you testified earlier      11:40:46
 4   that --                                    11:40:47
 5             MR. RATHUR:  Sorry.  Could       11:40:48
 6        I have a copy?                         11:40:49
 7             MR. GHAJAR:  Oh, I'm sorry.       11:40:50
 8             MR. RATHUR:  No problem.          11:40:53
 9             Thank you.                        11:41:10
10        Q.    You testified earlier that      11:41:15
11   before any discovery responses were        11:41:17
12   submitted on your behalf, you reviewed     11:41:19
13   them, correct?                             11:41:21
14        A.    Yes.                            11:41:23
15        Q.    Alright.  So do you remember    11:41:24
16   receiving and responding to these first    11:41:26
17   sets of requests for admission?            11:41:32
18        A.    I do, yes.                      11:41:33
19        Q.    Can you point to any lost       11:41:41
20   sales of books that are attributable to    11:41:45
21   Meta's LLaMA models?                       11:41:48
22        A.    No.                             11:41:51
23             MR. RATHUR:  Objection, to       11:41:51
24        the extent that it calls for          11:41:52
25        speculation.                          11:41:54
```

Page 123

HIGHLY CONFIDENTIAL

```
  1        HIGHLY CONFIDENTIAL PURSUANT TO PO
  2                 Go ahead.                          11:41:54
  3        A.    No.  But that's not the only          11:41:55
  4   way that I profit from my work.                  11:42:00
  5        Q.    Right.                                 11:42:03
  6        A.    From the ownership of my              11:42:04
  7   work.  It's not strictly through book           11:42:05
  8   sales.                                           11:42:07
  9        Q.    So the answer to that                 11:42:09
 10   question was, no?                                11:42:10
 11        A.    No, no.  The answer is, no.           11:42:10
 12        Q.    Thank you.                             11:42:14
 13        Have any of your agents or your             11:42:15
 14   publisher informed you that your book           11:42:21
 15   sales are down because of Meta's Large           11:42:23
 16   Language Model?                                  11:42:27
 17        A.    No.                                    11:42:27
 18        Q.    Have any of your agents or            11:42:31
 19   publishers advised you that you had the         11:42:35
 20   opportunity to license your book for some       11:42:38
 21   purpose but were unable to because of           11:42:42
 22   Meta's Large Language Models?                    11:42:46
 23        A.    No.                                    11:42:49
 24        Q.    Have any of your agents or            11:42:53
 25   publishers advised you that because of          11:42:58
```

Page 124

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | HIGHLY CONFIDENTIAL PURSUANT TO PO | |
| 2 | Meta's Large Language Model, you lost a | 11:42:59 |
| 3 | particular licensing deal? | 11:43:02 |
| 4 | A.    No. | 11:43:03 |
| 5 | Q.    Have Meta's Large Language | 11:43:09 |
| 6 | Models caused you, Mr. Coates, to not want | 11:43:13 |
| 7 | to continue writing books? | 11:43:15 |
| 8 | A.    No. | 11:43:17 |
| 9 | MR. RATHUR:  Objection to | 11:43:18 |
| 10 | form. | 11:43:19 |
| 11 | Go ahead. | 11:43:19 |
| 12 | A.    No. | 11:43:20 |
| 13 | Q.    Are you aware of any documents | 11:43:22 |
| 14 | that support -- strike that. | 11:43:28 |
| 15 | Are you aware of any documents that | 11:43:33 |
| 16 | show that you have lost sales of your | 11:43:36 |
| 17 | books due to Meta's training of its Large | 11:43:40 |
| 18 | Language Models? | 11:43:46 |
| 19 | A.    No. | 11:43:46 |
| 20 | Q.    Are you aware of any documents | 11:43:50 |
| 21 | showing that you lost a specific licensing | 11:43:53 |
| 22 | opportunity for one of your three books | 11:43:57 |
| 23 | because of Meta's training of its Large | 11:44:01 |
| 24 | Language Models? | 11:44:04 |
| 25 | A.    No. | 11:44:04 |

Page 125

HIGHLY CONFIDENTIAL

```
1          HIGHLY CONFIDENTIAL PURSUANT TO PO
2               CERTIFICATE OF REPORTER
3          I, SILVIA P. WAGE, CSR, CRR, RPR,
      herby certify that the witness in the
      foregoing deposition was by me duly sworn
4     to tell the whole truth, nothing but the
      truth; said deposition was taken down in
5     shorthand by me, a disinterested person,
      at the time and place therein stated.  The
6     testimony of said witness was thereafter
      reduced to typewriting by computer under
7     my direction and supervision.  Before
      completion of the deposition, review of
8     the transcript [X] was [ ] was not
      requested.  If requested, any changes
9     made by the deponent (and provided to
      the reporter) during the period allowed
10    are appended hereto.

11
          I further certify that I am not of
12    counsel or attorney for either or any
      of the parties to the said deposition,
13    nor in any way interested in the event
      of this cause, and that I am not
14    related to any of the parties thereto.
15
16
17
18
19
20    SIGNED:
21    dated: December 5, 2024
22
23
24
25
```

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5
 6   *******************************
 7   RICHARD KADREY, ET AL.,
 8                    Individual and
                     Representative Plaintiffs
 9
     vs.                    CA NO. 3:23-CV-03417-VC
10
     META PLATFORMS, INC., a
11   Delaware corporation,
12                    Defendant
13   *******************************
14
15
16             VIDEOTAPED DEPOSITION OF:
17                   JUNOT DIAZ
18                   COOLEY LLP
19              500 Boylston Street
20              Boston, Massachusetts
21           November 20, 2024     9:06 a.m.
22
23
24         Darlene M. Coppola, RPR, RMR, CRR
```

Page 1

| | | |
|---|---|---|
| 1 | it a play? | 17:04:23 |
| 2 | A.  Make it a play. | 17:04:24 |
| 3 | Q.  Is there a cap on the number of shows | 17:04:28 |
| 4 | they can do within that year? | 17:04:29 |
| 5 | A.  Yeah, I think so.  My agent hammered | 17:04:31 |
| 6 | out some formula. | 17:04:33 |
| 7 | Q.  Have you ever licensed your books for | 17:04:38 |
| 8 | use in a movie? | 17:04:40 |
| 9 | A.  Yes.  Many years ago, I can remember | 17:04:42 |
| 10 | clearly the Scott Rudin deal was another one | 17:04:46 |
| 11 | of those ones where we did a -- we did a | 17:04:48 |
| 12 | contract for it, was paid in advance, and it | 17:04:52 |
| 13 | never went anywhere.  And Walter Salles, a | 17:04:55 |
| 14 | Brazilian director-producer, I think very, | 17:04:58 |
| 15 | very early on, licensed something from | 17:05:01 |
| 16 | "Drown," and again went nowhere. | 17:05:03 |
| 17 | Q.  Musical? | 17:05:10 |
| 18 | A.  No. | 17:05:11 |
| 19 | Q.  And TV show, it was just the Anonymous | 17:05:14 |
| 20 | Content deal? | 17:05:19 |
| 21 | A.  Yes. | 17:05:20 |
| 22 | Q.  Do you believe that anyone has decided | 17:05:28 |
| 23 | not to buy your books because of GenAI tools? | 17:05:30 |
| 24 | MR. RATHUR:  Objection.  Calls | 17:05:40 |

Page 337

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1      for speculation.                                   17:05:40

 2           A.   I don't know.                            17:05:41

 3      BY MR. GHAJAR:                                     17:05:41

 4           Q.   Are you aware of anybody who has         17:05:41

 5      declined to buy your book because of a             17:05:43

 6      generative AI tool such as LLAMA?                  17:05:46

 7           A.   No.                                      17:05:48

 8                     MR. RATHUR:   Objection.   Calls    17:05:49

 9      for speculation.                                   17:05:49

10           A.   I don't know.  I'm not aware of          17:05:49

11      anyone.                                            17:05:51

12      BY MR. GHAJAR:                                     17:05:52

13           Q.   I'm asking for your awareness.           17:05:52

14           A.   I'm not aware of it.                     17:05:55

15           Q.   Are you aware of anybody that has used   17:05:56

16      LLAMA, Meta's AI model, to generate a book         17:05:58

17      that is a substitute for "Drown"?                  17:06:03

18           A.   I'm not aware.                           17:06:06

19           Q.   Are you aware of anybody that has used   17:06:08

20      Meta's AI model LLAMA to generate a book that      17:06:10

21      is a substitute for "Oscar Wao"?                   17:06:14

22           A.   I'm not aware.                           17:06:20

23           Q.   Are you aware of any licensing           17:06:23

24      opportunity that you lost because of Meta's        17:06:26
```

Page 338

| | | |
|---|---|---|
| 1 | LLAMA? | 17:06:30 |
| 2 | A.   I'm not aware. | 17:06:36 |
| 3 | Q.   Are you aware of any decrease in the | 17:06:37 |
| 4 | sales of your books that are attributable to | 17:06:38 |
| 5 | the release of Meta's LLAMA? | 17:06:41 |
| 6 | A.   I'm not aware. | 17:06:46 |
| 7 | Q.   We talked about a dataset that you | 17:06:47 |
| 8 | read about in "The Atlantic" article called | 17:06:49 |
| 9 | Books3. | 17:06:53 |
| 10 | Do you remember that? | 17:06:53 |
| 11 | A.   I do. | 17:06:54 |
| 12 | Q.   You're aware that a third party | 17:06:54 |
| 13 | compiled that dataset, not Meta, correct? | 17:06:56 |
| 14 | A.   I am aware. | 17:06:58 |
| 15 | Q.   Are you aware of any other companies | 17:07:00 |
| 16 | or institutions that have trained AI models | 17:07:03 |
| 17 | using Books3? | 17:07:10 |
| 18 | A.   I'm sure I've read about it, but I | 17:07:11 |
| 19 | don't have any memory of it anymore. | 17:07:14 |
| 20 | Q.   Would it be troubling if you learned | 17:07:15 |
| 21 | that researchers at MIT were using Books3 to | 17:07:17 |
| 22 | train large language models? | 17:07:20 |
| 23 | MR. RATHUR:  Objection to | 17:07:24 |
| 24 | form. | 17:07:24 |

Page 339

```
 1          A.   At least -- yeah, I would          17:07:25

 2     definitely -- we would have a chat with them.    17:07:27

 3     BY MR. GHAJAR:                                    17:07:32

 4          Q.   Have you investigated to see whether    17:07:32

 5     they have?                                        17:07:34

 6          A.   No, I have not.                         17:07:35

 7          Q.   You're not alleging that LLAMA has      17:07:42

 8     caused you a monetary loss in this case, are      17:07:45

 9     you?                                              17:07:50

10               MR. RATHUR:  Objection to              17:07:50

11     form.                                             17:07:51

12          A.   I have -- this is something we'll soon  17:07:53

13     discover.  That's my take, so I'm not -- yeah,    17:07:55

14     I mean, my sense is that we're alleging that      17:08:04

15     my rights were infringed upon.  And so if         17:08:07

16     there's monetary value to those rights, then      17:08:17

17     one assumes that there's some harm, but I'm       17:08:20

18     alleging that -- yeah, I'm not sure.  I'd have     17:08:22

19     to consult with my lawyers.                       17:08:24

20     BY MR. GHAJAR:                                    17:08:28

21          Q.   Your -- can you point to any metric     17:08:28

22     that shows that you lost money that is            17:08:31

23     directly attributable to Meta's LLAMA models      17:08:36

24     or the way they were trained?                     17:08:39
```

Page 340

| | | |
|---|---|---|
| 1 | A.    No, I can't. | 17:08:42 |
| 2 | Q.    Are you aware of any monetary harm | 17:09:02 |
| 3 | that you have suffered due to OpenAI's use of | 17:09:06 |
| 4 | your books to train its ChatGPT models? | 17:09:11 |
| 5 | MR. RATHUR:   Objection to form. | 17:09:16 |
| 6 | A.    Yeah, I don't know the whole field, | 17:09:18 |
| 7 | but as of the moment, I have no concrete | 17:09:20 |
| 8 | knowledge. | 17:09:24 |
| 9 | BY MR. GHAJAR: | 17:09:27 |
| 10 | Q.    And so we covered this, but are you | 17:09:27 |
| 11 | aware of any monetary harm that you've | 17:09:31 |
| 12 | suffered due to Meta's use of your books to | 17:09:33 |
| 13 | train its LLAMA models? | 17:09:37 |
| 14 | A.    Yeah, I don't know the whole panorama, | 17:09:39 |
| 15 | but at the moment, I don't have any concrete | 17:09:41 |
| 16 | information, not any awareness. | 17:09:43 |
| 17 | Q.    Do you, in your mind, draw a | 17:09:46 |
| 18 | distinction between the ChatGPT's use of your | 17:09:48 |
| 19 | books to train its model and Meta's alleged | 17:09:53 |
| 20 | use of your books to train its LLAMA models? | 17:09:56 |
| 21 | A.    In the sense that... | 17:09:59 |
| 22 | Q.    Two different companies with two | 17:10:02 |
| 23 | different products allegedly using your books, | 17:10:03 |
| 24 | do you draw a distinction between the two | 17:10:07 |

Page 341

1

CERTIFICATION

2          I, DARLENE M. COPPOLA, a Notary Public, do hereby

3     certify that JUNOT DIAZ, after having satisfactorily

4     identifying himself, came before me on the 20th day of

5     November, 2024, in Boston, Massachusetts, and was by

6     me duly sworn to testify to the truth and nothing but

7     the truth as to his knowledge touching and concerning

8     the matters in controversy in this cause; that he was

9     thereupon examined upon his oath and said examination

10    reduced to writing by me; and that the statement is a

11    true record of the testimony given by the witness, to

12    the best of my knowledge and ability.

13          I further certify that I am not a relative or

14    employee of counsel/attorney for any of the parties,

15    nor a relative or employee of such parties, nor am I

16    financially interested in the outcome of the action.

17          WITNESS MY HAND THIS 5th day of December, 2024.

18

19

20    *Darlene M. Coppola*

21    DARLENE M. COPPOLA              My commission expires:

22    NOTARY PUBLIC                  November 2, 2029

23    REGISTERED MERIT REPORTER

24    CERTIFIED REALTIME REPORTER

                                        Page 378

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                    ---oOo---

4

5   RICHARD KADREY, ET AL.,

6                  Individual and Representative

    Plaintiffs,

7

       vs.                  CASE NO. 3:23-CV-03417-VC

8

    META PLATFORMS, INC., A

9   DELAWARE CORPORATION;

10                 Defendants.

    _____

11

12     ***HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY***

13

14   VIDEO-RECORDED DEPOSITION OF CHRISTOPHER FARNSWORTH

15               Santa Monica, California

16             Wednesday, December 4, 2024

17

18

19

20

21

22

23   Stenographically Reported by:  Ashley Soevyn,

    CALIFORNIA CSR No. 12019

24   Job No. 7051779

25   Pages 1 - 394

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    licensing opportunities?                            11:25:20

 2              MR. HUTCHINSON:  Same objection.

 3              THE WITNESS:  By this -- by the use of --

 4    by the use of LLMs?

 5    BY MR. GHAJAR:                                       11:25:26

 6         Q    Correct.

 7         A    No.

 8         Q    And more specifically, by any conduct by

 9    Meta?

10         A    Not that I'm aware of.  Speaking          11:25:31

11    specifically of licensing for ancillary works like

12    screenplays or audio books, things like that.

13         Q    Are you aware of any licensing

14    opportunities for derivative works, ancillary works,

15    adaptation, sequels, prequels, or translations that  11:25:48

16    you've been deprived of because of Meta's alleged

17    use of your books to train an LLM?

18              MR. HUTCHINSON:  Objection as to form.

19              THE WITNESS:  I'm not aware, no.

20    BY MR. GHAJAR:                                       11:26:16

21         Q    I'm going to have you turn to page 13 of

22    your complaint.  Paragraph 66.  And I'm going focus

23    on you, and not the language regarding the proposed

24    class.  Okay?

25              It reads, in paragraph 66:                 11:26:37
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    training?                                          12:44:18

2         A    Yes.

3         Q    It doesn't mean license the book for a

4    derivative work or a screenplay or a TV show, does

5    it?                                                12:44:27

6         A    I -- when I was answering that question,

7    I actually do mean all of the above.  All ancillary

8    rights is what I was talking about in that answer.

9         Q    Are you able to point us to any specific

10   lost opportunity that you have suffered due to      12:44:44

11   Meta's release of Llama?

12        A    I am not.

13             MR. HUTCHINSON:  Objections to form.

14   Calls for a legal conclusion.

15   BY MR. GHAJAR:                                      12:44:58

16        Q    Are you able to point to any specific

17   lost opportunity that you have suffered in the

18   nature of a lost licensing deal for an adaptation of

19   one of your books due to Meta's release of its Llama

20   models?                                             12:45:14

21             MR. HUTCHINSON:  Objection as to form.

22   Calls for a legal conclusion.

23             THE WITNESS:  No.

24   BY MR. GHAJAR:

25        Q    And earlier, we discussed that you are    12:45:17
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1         Q    So the more press coverage you get,          06:18:27

2     that's a positive factor in terms of your book

3     sales?

4         A    The more people who know about my books,

5     the more they are like -- the more likely they are    06:18:38

6     to buy one.

7         Q    And the more that people know about you,

8     they're more -- the more likely they are to know

9     about your books; fair to say?

10        A    I would say that's a fair statement, yes.     06:18:48

11        Q    So the press that you receive is a factor

12    in -- a positive factor in driving sales of your

13    books?

14        A    Overall, yes.

15        Q    Do you have any evidence that people's        06:19:03

16    ability to use ChatGPT affects your book sales?

17             MR. HUTCHINSON:  Objection as to form.

18             THE WITNESS:  I have no personal

19    evidence, no.

20    BY MR. GHAJAR:                                          06:19:15

21        Q    Any evidence that people's ability to use

22    Meta's large language models affects your book

23    sales?

24             MR. HUTCHINSON:  Objection as to form.

25             THE WITNESS:  I have no personal              06:19:25
```

Page 372

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    knowledge.                                           06:19:26

2    BY MR. GHAJAR:

3        Q    Are you happy -- it's a general question,

4    you can answer it anyway you want.

5             Are you happy with the way that your        06:19:34

6    publishers for -- we know the names -- are you happy

7    with the way that Putnam and HarperCollins have

8    treated you with respect to the publication of Blood

9    Oath, The Eternal World, Flashmob and The

10   President's Vampire?                                  06:19:50

11            MR. HUTCHINSON:   Objection as to form.

12            THE WITNESS:   I think writers can always

13   find something to complain about.   But overall, I

14   would say I'm very happy with how I've been

15   treatment by the publishers and the effort that      06:20:02

16   they've put into promoting the books.

17   BY MR. GHAJAR:

18       Q    Are you satisfied with the number of

19   books that you've sold?

20       A    I think every author wants to sell more     06:20:15

21   books.   But overall, I would say that I've -- that

22   I've done very well and I've been very lucky to have

23   found a -- a large enough audience and a loyal

24   enough audience to keep people coming back for my

25   books.                                               06:20:38

                                          Page 373

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              REPORTER'S CERTIFICATE
 2              I, ASHLEY SOEVYN, a Certified Shorthand
 3    Reporter of the State of California, do hereby
 4    certify:
 5              That the foregoing proceedings were taken
 6    before me at the time and place herein set forth;
 7    at which time the witness was put under oath by me;
 8              That the testimony of the witness, the
 9    questions propounded, and all objections and
10    statements made at the time of the examination were
11    recorded stenographically by me and were thereafter
12    transcribed;
13              That a review of the transcript by the
14    deponent was requested;
15              That the foregoing is a true and correct
16    transcript of my shorthand notes so taken.
17              I further certify that I am not a relative
18    or employee of any attorney of the parties, nor
19    financially interested in the action.
20              I declare under penalty of perjury under
21    the laws of California that the foregoing is true
22    and correct.  Dated this 18th day of December, 2024.
23
24
      ASHLEY SOEVYN
25    CSR No. 12019
```

Page 391

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   RICHARD KADREY, et al.,          )
                                      )
 6        Individual and             )
          Representative Plaintiffs,  )
 7                                    )
              vs.                     ) Case No.
 8                                    ) 3:23-cv-03417-VC
     META PLATFORMS, INC., a         )
 9   Delaware corporation,           )
                                      )
10            Defendant.             )
     _____ )
11
12      VIDEO-RECORDED DEPOSITION OF ANDREW SEAN GREER
13
                  Tuesday, September 24, 2024
14
                   San Francisco, California
15
16
17
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 6928896
```

                                              Page 1

1   BY MR. LAUTER:

2        Q.   Have you lost any book sales as a result

3   of the damage alleged -- strike that.

4             Have you lost any book sales as a result

5   of the infringement alleged in the Complaint?        12:02:41

6        A.   I don't know.

7        Q.   Have you lost any licensing opportunities

8   as a result of the infringement alleged in the

9   Complaint?

10       A.   I don't know.                              12:02:54

11       Q.   Do you think it's possible that your book

12  sales have increased as a result of being a

13  participant in this Complaint?

14            MR. CLOBES:   Objection to form.

15            THE WITNESS:   I don't know.               12:03:13

16  BY MR. LAUTER:

17       Q.   It's possible that you have?

18            MR. CLOBES:   Objection to form.

19            THE WITNESS:   I don't know.

20  BY MR. LAUTER:                                       12:03:17

21       Q.   We discussed earlier that you're also a

22  Plaintiff in a case against OpenAI?

23       A.   Yes.

24       Q.   And why did you agree to participate in

25  that lawsuit?                                        12:03:35

Page 121

```
 1              THE WITNESS:  Hmm.  I don't know.

 2    BY MR. LAUTER:

 3         Q.   Do you believe that anybody has decided

 4    not to buy one of the four books that you've

 5    asserted have been infringed by Meta and have        06:15:10

 6    instead used Llama to generate a book?

 7              MR. CLOBES:  Objection to form.

 8              THE WITNESS:  I don't know.

 9    BY MR. LAUTER:

10         Q.   Do you believe that anybody has used one   06:15:28

11    of Meta's large language models as a substitute for

12    reading one of the four books that you've alleged

13    are infringed in the Complaint?

14         A.   I don't know.

15              MR. CLOBES:  Objection.                     06:15:42

16    BY MR. LAUTER:

17         Q.   Do you have any basis to believe that

18    that's occurred?

19              MR. CLOBES:  Objection.

20              THE WITNESS:  No.                           06:15:46

21    BY MR. LAUTER:

22         Q.   Do you believe that you have lost any

23    licensing opportunities as a result of the conduct

24    that you've alleged in the Complaint in this case?

25         A.   I don't know.                               06:16:03
```

                                        Page 332

1          Q.    Do you have any basis to believe that

2     you've lost any licensing opportunities as a result

3     of that conduct?

4          A.    No.

5          Q.    Do you know how much you would charge to      06:16:11

6     buy a copy of Less?

7          A.    Repeat it.

8          Q.    Do you know how much you would charge

9     to -- strike that.

10              How much would you charge to buy a copy of    06:16:30

11     your book, Less?

12              MR. CLOBES:  Objection to form.

13              THE WITNESS:  To sell a copy?  I'm --

14     BY MR. LAUTER:

15          Q.    Yeah.  If I wanted to buy a copy of Less,    06:16:38

16     how much would you charge me?

17              MR. CLOBES:  Objection to form.

18              THE WITNESS:  I don't sell books.

19     BY MR. LAUTER:

20          Q.    Do you know how much Less retails for?       06:16:46

21          A.    I don't.

22          Q.    Do you know approximately how much Less

23     retails for?

24              MR. CLOBES:  Objection.

25              THE WITNESS:  For -- in paperback?            06:16:56

                                                    Page 333

```
 1              CERTIFICATE OF REPORTER
 2         I, Hanna Kim, a Certified Shorthand
 3    Reporter, do hereby certify:
 4         That prior to being examined, the witness
 5    in the foregoing proceedings was by me duly sworn to
 6    testify to the truth, the whole truth, and nothing
 7    but the truth;
 8         That said proceedings were taken before me
 9    at the time and place therein set forth and were
10    taken down by me in shorthand and thereafter
11    transcribed into typewriting under my direction and
12    supervision;
13         I further certify that I am neither
14    counsel for, nor related to, any party to said
15    proceedings, not in anywise interested in the
16    outcome thereof.
17         Further, that if the foregoing pertains to
18    the original transcript of a deposition in a federal
19    case, before completion of the proceedings, review
20    of the transcript [X] was [ ] was not requested.
21         In witness whereof, I have hereunto
22    subscribed my name.
23    Dated: 10/1/24
24
                   Hanna Kim
25                 CLR, CSR No. 13083
```

Page 340

1    UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
2    SAN FRANCISCO DIVISION
     Case No. 3:23-cv-03417-VC
3    ----------------------------------------x
     RICHARD KADREY, et al., Individual and
4    Representative,
5                        Plaintiffs,
6             - against -
7    META PLATFORMS, INC., a Delaware
     corporation,
8
9                        Defendant.
     ----------------------------------------x
10
                         September 16, 2024
11                       9:05 a.m.
12
13
14       VIDEOTAPED DEPOSITION  of DAVID HENRY
15   HWANG, held at the offices of COOLEY LLP,
16   located at 55 Hudson Yards, New York, New
17   York 10001, before Anthony Giarro, a
18   Registered Professional Reporter, a
19   Certified Realtime Reporter and a Notary
20   Public of the State of New York.
21
22
23
24
25

                                      Page 1

```
 1                   MR. CLOBES:  Objection to
 2        form.
 3        A         My work was used without my
 4   permission.  I was not asked for consent.
 5   And I have not been compensated.
 6        Q         Understood.
 7                   Have you experienced any
 8   loss, financial loss as a result of
 9   Meta's Generative AI tools and how they
10   were trained?
11                   MR. CLOBES:  Objection to
12        form.
13        A         I don't know.
14        Q         Have you been unable to
15   successfully write plays because of
16   Meta's Generative AI tools training?
17        A         No.  I have not been unable
18   to write plays.
19        Q         Have you been unable to sell
20   books as a result of the existence of
21   Meta's Generative AI tools and the way
22   they were trained?
23                   MR. CLOBES:  Objection to
24        form.
25        A         I don't know.
```

Page 254

```
 1          Q          I need an answer.
 2                     Have you been unable to sell
 3     books because of Meta's Generative AI
 4     tool and the way that the models were
 5     trained?
 6          A          I have not been unable to
 7     sell books.
 8          Q          So you've been able to sell
 9     books?
10                     MR. CLOBES:   Objection to
11        form.
12          A          Correct.
13          Q          Do you plan to file any
14     other lawsuits against companies that use
15     or make Generative AI tools?
16                     MR. CLOBES:   Objection to
17        form.
18          A          I don't know.
19          Q          As to the lawsuit against
20     OpenAI, was that filed first --
21                     MR. CLOBES:   Objection to
22        form.
23          Q          -- before the suit against
24     Meta?
25          A          I don't remember.
```

Page 255

1     for Billion Dollar Whale.
2          Q         Thank you very much.
3                    Go to Exhibit 27 which we
4     looked at a little bit earlier.
5                    These are amended responses
6     to requests for admissions; correct?
7          A         Correct.
8          Q         We've covered a lot of this
9     today.
10                   But just to be thorough, in
11    No. 12, I'm going to ask you whether
12    you're aware that you have lost any sales
13    of your three works due to the
14    infringement alleged in the complaint.
15                   Can you identify any lost
16    sales?
17         A         No.
18                   MR. CLOBES:  Objection,
19         form.
20         Q         And nobody's ever paid you
21    or offered to pay you for the use of any
22    of your literary works for the purposes
23    of training a large language model; is
24    that correct?
25                   MR. CLOBES:  Objection to

                                        Page 290

```
 1            form.
 2            A        That's correct.
 3            Q        I'm going to split that up.
 4                     Has anybody ever paid you
 5     for the use of any of your literary works
 6     for purposes of training an AI large
 7     language model?
 8            A        No.
 9            Q        Has anyone ever offered to
10     pay you for the use of any of your
11     literary works for the purposes of
12     training an AI large language model?
13            A        No.
14            Q        Are you aware of an
15     organization like ASCAP that represents
16     book authors for the purposes of securing
17     licenses to use works for AI training?
18                     MR. CLOBES:  Objection to
19        form.
20            A        I am not aware of any such
21     organization.
22            Q        And you are not alleging in
23     your case that because of Meta's AI tool
24     or ChatGPT that you have sold fewer
25     copies of your works, are you?
```

Page 291

1                    MR. CLOBES:   Objection to
2        form.
3        A        I am not alleging that, to
4    my knowledge.
5        Q        For M. Butterfly, does the M
6    stand for Madame?
7        A        The M is ambiguous.
8        Q        There is a pre-existing play
9    called Madame Butterfly; correct?
10       A        There is a pre-existing
11   opera.
12       Q        Your play has nothing to do
13   with that opera?
14       A        My play references that
15   opera.
16       Q        And that opera, is it an old
17   opera?
18       A        Yes.
19       Q        As in a century old or
20   decades old?
21       A        Century old.
22       Q        And you wrote M. Butterfly
23   yourself?
24       A        Yes.
25       Q        Any coauthors?

                                    Page 292

```
 1      are available through the Google books
 2      service?
 3                      MR. CLOBES:  Objection to
 4          form.
 5          A       Not to my knowledge.
 6          Q       In your opinion, is the
 7      number of books you sell in a given year
 8      affected by people's ability to ask
 9      questions online about your books; for
10      example, on Google or ChatGPT or Meta's
11      AI?
12                      MR. CLOBES:  Objection to
13          form.
14          A       I don't know.
15          Q       Do you have any proof that
16      the number of books you sell in a given
17      year is affected by the ability of people
18      to ask questions about your books through
19      online tools or Generative AI tools?
20          A       I do not have any evidence
21      to that effect.
22          Q       In your opinion, is the
23      number of books you sell in a given year
24      affected by how much promotion you do on
25      social media?
```

Page 355

1              C E R T I F I C A T I O N

2

3

4         I, ANTHONY GIARRO, a Shorthand

5    Reporter and a Notary Public, do hereby

6    certify that the foregoing witness, DAVID

7    HENRY HWANG, was duly sworn on the date

8    indicated, and that the foregoing, to the

9    best of my ability, is a true and accurate

10   transcription of my stenographic notes.

11        I further certify that I am not

12   employed by nor related to any party to

13   this action.

14

15

16

17                    ANTHONY GIARRO

18

19

20

21

22

23

24

25

                                        Page 382

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5                CASE NO. 3:23-CV-03417-VC
 6
 7    RICHARD KADREY, ET AL              )
                                         )
 8          Individual and              )
            Representative Plaintiffs,   )
 9                                       )
            VS.                          )
10                                       )
      META PLATFORMS, INC., A DELAWARE   )
11    CORPORATION                        )
                                         )
12                  Defendant.           )
      _____/
13
14             DEPOSITION OF RICHARD KADREY
                       VIDEOTAPED
15
16        DEPOSITION taken before me, Brenda J. Brink, a
17    Notary Public, within and for the Commonwealth of
18    Pennsylvania, beginning at 9:35 a.m. on September 25,
19    2024, at the offices of Regus - Foster Plaza
20    Pittsburgh, 651 Holiday Drive, Plaza 5, Suite 400,
21    Pittsburgh, Pennsylvania, 15220, to be used pursuant
22    to all applicable rules in the aforesaid cause of
23    action, pending in the United States District Court,
24    Northern District of California, San Francisco
25    Division.
```

                                                    Page 1

1            A.   I'm not doing it anymore.  It was

2      just a little project I did for a while and

3      got bored with.

4            Q.   When did you do this project?

5            A.   Oh, my God, five, six years ago.

6            Q.   Are you aware of any lost sales of

7      any of your asserted works due to Meta's

8      training of its Llama models?

9            A.   I am not.

10           Q.   Are you aware of any specific

11     licensing opportunity that you lost, other

12     than that you wish Meta had allowed you the

13     opportunity to license your content for its

14     AI, due to Meta's training of its Llama

15     models?

16                MR. ZIRPOLI:   Object to form.

17           A.   I do not know.

18           Q.   You're not aware of any

19     opportunity?

20           A.   I'm not aware of any opportunities.

21           Q.   Have you ever been offered by

22     anyone compensation to use your works, any

23     works, to train an AI model?

24                MR. ZIRPOLI:  I'm sorry.  I

25     didn't hear the question.

                                    Page 222

1          Q.  Have you ever been offered

2     compensation by anyone to use your works,

3     your copyrighted works, to train an AI

4     model?

5          A.  No.

6          Q.  Has anyone other than you wrote any

7     portion of your asserted works?

8          A.  No.

9          Q.  You have not used Llama; correct?

10         A.  I have not used Llama.

11         Q.  Have you ever offered to license or

12    sell any of your asserted works for

13    training large language models?

14         A.  No.

15         Q.  Have you ever suffered from any

16    injury as a result of Meta's training of

17    Llama, other than not compensating you to

18    train on data that included your works?

19              MR. ZIRPOLI:  Object to the form

20    of the question.

21         A.  I don't know.  I don't have enough

22    information to answer that.

23         Q.  So sitting here today, you don't

24    know of any injury other than not receiving

25    compensation for the use of your works?

                                    Page 223

1          A.   Correct.
2               MR. ZIRPOLI:   Object to the form
3     of the question.
4          A.   Correct.
5               MS. HARTNETT:  I'd like to take
6     a short break.
7               MR. ZIRPOLI:  How long would
8     that be?
9               MS. HARTNETT:  Five minutes.
10              MR. RETHAGE:  We'll be going off
11    the record.  Time is now 2:44. (A recess
12    was taken)
13              MR. RETHAGE:  Back on record.
14    The time is now 2:55.
15         Q.   Hello again.
16         A.   Hello again.
17         Q.   I have one follow-up question
18    regarding your copyright registrations?
19         A.   Yes.
20         Q.   I believe you said your publisher
21    handled that; correct?
22         A.   Yes.
23         Q.   In terms of the copy of your work
24    that has to be deposited with the copyright
25    office, did you have anything to do with

Page 224

1    COMMONWEALTH OF PENNSYLVANIA     )

                                     )     CERTIFICATE

2    COUNTY OF ALLEGHENY             )     SS:

3

4        I, Brenda J. Brink, RPR and Notary Public in and

5    for the Commonwealth of Pennsylvania, do hereby

6    certify that the witness, Richard Kadrey, was by me

7    first duly sworn to testify to the truth; that the

8    foregoing deposition was taken at the time and place

9    stated herein; and that the said deposition was

10   recorded stenographically by me and then reduced to

11   printing under my direction, and constitutes a true

12   record of the testimony given by said witness.

13       I further certify that the inspection, reading

14   and signing of said deposition were NOT waived by

15   counsel for the respective parties and by the

16   witness.

17       I further certify that I am not a relative or

18   employee of any of the parties, or a relative or

19   employee of either counsel, and that I am in no way

20   interested directly or indirectly in this action.

21       IN WITNESS WHEREOF, I have hereunto set my hand

22   and affixed my seal of office this 11th day of

23   October, 2024.

24   _____

25                          Notary Public

                                                    Page 226

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4     ----------------------------:

 5     RICHARD KADREY, et al.,        :

 6          Individual and           :

 7        Representative Plaintiffs,:

 8              vs.                  : Case No.:

 9     META PLATFORMS, INC.,          : 3:23-cv-03417-VC

10     a Delaware corporation;        :

11                Defendant.         :

12     ----------------------------:

13       VIDEOTAPED DEPOSITION OF MATTHEW C. KLAM

14        Cleary Gottlieb Steen & Hamilton, LLP

15             Tuesday, December 10, 2024

16                   9:40 a.m.

17

18     Reported by:

19     Robert M. Jakupciak, RPR

20     JOB No. SF-7030273

21

22     PAGES 1 - 381
```

                                        Page  1

```
1    prompt Meta AI to create work in your style?        17:23:25
2        A.    No.                                        17:23:29
3        Q.    So you had expressed that concern          17:23:30
4    about how somebody could be turned off by an         17:23:38
5    output.  Putting that aside, I think I want to       17:23:41
6    make sure I have a clean answer.  You are not        17:23:46
7    aware of any instance in which you lost a sale       17:23:52
8    of one of your books due to Meta's conduct           17:23:57
9    alleged in the Complaint; correct?                   17:24:01
10       A.    Correct.                                    17:24:03
11       Q.    And you do not have any documents           17:24:04
12   that would show you have lost a sale of either       17:24:07
13   of your books due to the conduct of Meta            17:24:11
14   alleged in the Complaint; correct?                   17:24:15
15       A.    That's right.                               17:24:18
16       Q.    Have you discussed with anyone the          17:24:22
17   prospect of licensing Sam the Cat or Who is          17:24:29
18   Rich for AI training?                                17:24:33
19            MR. RATHUR:  Objection.  To the             17:24:35
20   extent you reveal the substance of                   17:24:36
21   communications with counsel, I would caution         17:24:38
22   you not to.  But you can answer.                      17:24:40
```

Page 333

```
 1   training?                                      17:26:09

 2        A.    No.                                 17:26:10

 3        Q.     You are not aware of any specific  17:26:17

 4   licensing opportunity that you lost due to     17:26:22

 5   Meta's conduct alleged in the Complaint;       17:26:27

 6   correct?                                       17:26:29

 7        A.     I feel like that's a kind of       17:26:43

 8   hypothetical.                                  17:26:45

 9        Q.     Are you aware of any instance in   17:26:53

10   which someone chose not to take a license from 17:26:54

11   you for AI training because of something Meta  17:27:00

12   did?                                           17:27:05

13        A.     I'm not sure where we are at here. 17:27:12

14   No one has offered to license any of my work   17:27:15

15   for AI training.                               17:27:19

16        Q.     Okay.                              17:27:21

17        A.     That's why we are suing you guys.  17:27:22

18        Q.     And so I'm just asking you if you  17:27:24

19   have any information to suggest someone was     17:27:27

20   considering licensing your work for AI         17:27:30

21   training, but chose not to because of something 17:27:32

22   Meta did?                                      17:27:36
```

Page 335

```
 1          A.      Oh, no.   I don't know.              17:27:39
 2          Q.      Has anybody offered you              17:27:44
 3     compensation of any kind to use Sam the Cat or    17:27:46
 4     Who is Rich to train an artificial intelligence   17:27:50
 5     model?                                            17:27:55
 6          A.      No.  But see, this is the problem.   17:27:55
 7     The problem is you guys are like a household      17:27:57
 8     name.  You are so pervasive, enormous and         17:28:00
 9     trusted.  And what you have done is set an        17:28:06
10     example for everyone and the example is steal     17:28:08
11     it.  That's what you've done.  You have set       17:28:12
12     that as the standard and you've said now come     17:28:16
13     sue us, good luck.                                17:28:19
14              So I would imagine that the rest of      17:28:22
15     the industry has learned that behavior from       17:28:24
16     your egregious behavior, and so I can't imagine   17:28:26
17     that other smaller players in the AI world        17:28:33
18     would be persuaded to offer licenses to artists   17:28:36
19     in this kind of environment that's created in     17:28:42
20     part by this massive player, which is your        17:28:45
21     boss.                                             17:28:48
22          Q.      Okay.  So I guess I'll reserve the   17:28:49
```

Page 336

| | | |
|---|---|---|
| 1 | right? | 17:30:32 |
| 2 | A.    That's right. | 17:30:33 |
| 3 | Q.    Do you have any evidence that sales | 17:31:17 |
| 4 | of your books have declined as a result of any | 17:31:21 |
| 5 | conduct by Meta? | 17:31:27 |
| 6 | A.    No. | 17:31:29 |
| 7 | Q.    You assert that both OpenAI in | 17:31:39 |
| 8 | training ChatGPT and Meta in training its AI | 17:31:46 |
| 9 | models infringed the copyright in Sam the Cat | 17:31:49 |
| 10 | and Who is Rich; right? | 17:31:54 |
| 11 | A.    Yes. | 17:31:57 |
| 12 | Q.    Do you have any way of separating | 17:32:02 |
| 13 | out the harm you think you've suffered as a | 17:32:06 |
| 14 | result of OpenAI's conduct versus the harm you | 17:32:11 |
| 15 | think you've suffered as a result of Meta's | 17:32:14 |
| 16 | alleged conduct? | 17:32:18 |
| 17 | MR. RATHUR:  Objection to form. | 17:32:20 |
| 18 | A.    No. | 17:32:24 |
| 19 | Q.    You are not aware of any instance | 17:32:49 |
| 20 | in which a person has read text generated by a | 17:32:52 |
| 21 | Meta AI model as a substitute for reading one | 17:32:57 |
| 22 | of your books; right? | 17:33:04 |

Page 338

```
 1                REPORTER'S CERTIFICATE

 2

 3          I, ROBERT M. JAKUPCIAK, an RPR and

 4    Notary Public within and for the District of

 5    Columbia do hereby certify:

 6          That the witness whose deposition is

 7    hereinbefore set forth, was duly sworn and that

 8    the within transcript is a true record of the

 9    testimony given by such witness.

10          I further certify that I am not

11    related to any of these parties to this action

12    by blood or marriage and that I am in no way

13    interested in the outcome of this matter.

14          IN WITNESS WHEREOF, I have hereunto

15    set my hand this 20th day of December, 2024.

16

17

18          ROBERT M. JAKUPCIAK, an RPR and

19          Notary Public

20

21    My Commission Expires:

22    February 28, 2029
```

Page 377

```
 1            IN THE UNITED STATES DISTRICT COURT

 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4    RICHARD KADREY, ET AL  )

 5       Plaintiffs          )Case No.: 3:23-cv-03417-VC

 6            Vs.            )

 7    META PLATFORMS, INC.,  )

 8    A Delaware Corporation )

 9       Defendant           )

10             --------------------

11

12            Deposition of LAURA LIPPMAN, was taken

13    via videotape on Tuesday, September 17, 2024,

14    commencing at 9:32 a.m., at Kramon & Graham, P.A.,

15    750 East Pratt Street, Suite 1100, Baltimore,

16    Maryland, before MICHELE D. LAMBIE, Notary Public.

17             --------------------

18

19

20    Reported By:

21            Michele D. Lambie, CSR-RPR
```

Page 1

```
 1              THE WITNESS:  -- because I don't Google    04:33:41

 2    myself.                                              04:33:43

 3    BY MS. DUNNING:                                      04:33:43

 4        Q.   Okay.  I take it if there are summaries     04:33:43

 5    of your books on Wikipedia, you did not authorize    04:33:49

 6    those?                                               04:33:51

 7              MR. SWEATMAN:  Objection to form.          04:33:52

 8              THE WITNESS:  I mean, I thought you        04:33:52

 9    couldn't write your own Wickies, so -- but at any    04:33:57

10    rate, no, I -- I haven't authorized anything on      04:34:01

11    Wikipedia.  I don't think one can.                   04:34:06

12    BY MS. DUNNING:                                      04:34:08

13        Q.   Are you aware of any effect on sales of     04:34:08

14    your books from use of ChatGPT?                      04:34:20

15              MR. SWEATMAN:  Objection to form.          04:34:28

16              THE WITNESS:  I have no information about   04:34:29

17    that.                                                04:34:32

18    BY MS. DUNNING:                                      04:34:33

19        Q.   Are you aware of any effect on sales of     04:34:33

20    your books from use of any Meta LLM?                 04:34:36

21              MR. SWEATMAN:  Objection to form.          04:34:40
```

Page 268

1          THE WITNESS:   I simply don't have the      04:34:40

2     information.                                      04:34:42

3     BY MS. DUNNING:                                   04:34:43

4          Q.   Do you think sales of your books may be  04:34:43

5     affected by your personal popularity, --          04:34:52

6               MR. SWEATMAN:   Objection.              04:34:56

7     BY MS. DUNNING:                                   04:34:56

8          Q.   -- whether people like you?            04:34:56

9               MR. SWEATMAN:   Objection to form.      04:34:58

10               THE WITNESS:   I have never stopped to   04:35:01

11     contemplate that.                                 04:35:05

12     BY MS. DUNNING:                                   04:35:07

13          Q.   Do you think that press coverage could  04:35:07

14     affect sales of your books?                       04:35:18

15               MR. SWEATMAN:   Objection to form.      04:35:19

16               THE WITNESS:   I do believe a certain kind  04:35:20

17     of press coverage can affect sales of one's books.   04:35:25

18     BY MS. DUNNING:                                   04:35:28

19          Q.   What kind?                             04:35:28

20          A.   Some reviews are more high profile than  04:35:29

21     others.   Some reviewers are more likely to       04:35:37

Page 269

```
 1    any information to suggest that any person decided    05:03:25

 2    not to buy one of your six books because of a Meta    05:03:34

 3    LLM?                                                  05:03:43

 4            MR. SWEATMAN:  Object to form.               05:03:44

 5            THE WITNESS:  If that has happened, it       05:03:45

 6    has not been brought to my attention.                05:03:49

 7    BY MS. DUNNING:                                       05:03:51

 8       Q.   Do you believe that you have lost any        05:03:51

 9    licensing opportunity relating to any of your six    05:03:59

10    books as a result of any conduct by Meta?            05:04:02

11            MR. SWEATMAN:  Objection to form.            05:04:07

12            THE WITNESS:  I'll go back to the old        05:04:08

13    reporter maxim, that you can't prove a negative.  I  05:04:13

14    don't know how I would be able to prove that.        05:04:16

15    BY MS. DUNNING:                                       05:04:18

16       Q.   Do you have any evidence that you have       05:04:18

17    lost a licensing opportunity because of any conduct  05:04:21

18    by Meta?                                             05:04:25

19            MR. SWEATMAN:  Objection to form.            05:04:27

20            THE WITNESS:  I don't have any evidence.     05:04:28

21    BY MS. DUNNING:                                       05:04:31
```

Page 293

```
1         Q.    Do you have any information or evidence          05:04:31
2    to suggest that you have lost any licensing              05:04:37
3    opportunity as a result of the release of Meta's          05:04:43
4    LLaMA models?                                             05:04:51
5              MR. SWEATMAN:   Objection.   Form.              05:04:52
6              THE WITNESS:   I don't have any                 05:04:53
7    information pertaining to that.                           05:04:55
8    BY MS. DUNNING:                                           05:04:56
9         Q.    Do you have any information or evidence         05:04:56
10   to show that you have lost any licensing                 05:05:04
11   opportunity as a result of Meta's release of Meta        05:05:07
12   AI?                                                       05:05:14
13             MR. SWEATMAN:   Objection to form.             05:05:14
14             THE WITNESS:   I don't have any                 05:05:15
15   information or evidence pertaining to that.              05:05:17
16   BY MS. DUNNING:                                          05:05:19
17        Q.    Do you have any information or evidence        05:05:19
18   that you have lost any licensing opportunity as a        05:05:26
19   result of how Meta trained its large language            05:05:31
20   models?                                                  05:05:36
21             MR. SWEATMAN:   Objection to form.             05:05:37
```

Page 294

1           THE WITNESS:  I don't have any          05:05:38

2     information or evidence pertaining to that.     05:05:40

3     BY MS. DUNNING:                                 05:05:42

4          Q.   Do you have any understanding or evidence   05:05:42

5     of whether Meta obtained a copy of any of your six   05:05:55

6     books?                                          05:06:06

7               MR. SWEATMAN:  Objection to form.    05:06:07

8               THE WITNESS:  I don't have direct     05:06:08

9     knowledge of that.                              05:06:10

10    BY MS. DUNNING:                                 05:06:11

11         Q.   Your lawsuit alleges that Meta copied   05:06:11

12    your six books for purposes of training its large   05:06:34

13    language models, right?                         05:06:40

14         A.   That is my understanding.            05:06:42

15         Q.   Apart from what you have been told by   05:06:45

16    your attorneys, what is that based on?          05:06:48

17              MR. SWEATMAN:  Objection to form.    05:06:54

18              THE WITNESS:  It all goes back to the   05:06:56

19    original Atlantic article and the -- and the search   05:06:57

20    tool.                                           05:07:01

21    BY MS. DUNNING:                                 05:07:01

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    BY MS. DUNNING:                                  05:10:46

 2         Q.   You're not seeking money in this lawsuit?  05:10:46

 3              MR. SWEATMAN:  Objection to form.         05:10:50

 4              THE WITNESS:  I defer to my lawyers who,   05:10:50

 5    I believe, are the ones who are best situated to    05:10:55

 6    determine how damages work and what would be the    05:11:01

 7    ideal outcome here.                                 05:11:05

 8    BY MS. DUNNING:                                     05:11:09

 9         Q.   Do you believe that you have been         05:11:09

10    financially harmed by anything Meta has             05:11:13

11    done --                                             05:11:16

12              MR. SWEATMAN:  Objection to form.         05:11:16

13    BY MS. DUNNING:                                     05:11:18

14         Q.   -- with respect to AI training?           05:11:18

15              MR. SWEATMAN:  Objection to form.         05:11:20

16              THE WITNESS:  I believe it's possible     05:11:21

17    that there's been harm that I'm not yet aware of.   05:11:24

18    BY MS. DUNNING:                                     05:11:26

19         Q.   Do you believe you've suffered financial  05:11:26

20    harm as a result of training -- AI training         05:11:30

21    performed by OpenAI?                                05:11:38
```

Page 299

```
 1              MR. SWEATMAN:  Objection to form.      05:11:41

 2              THE WITNESS:  I believe it's possible.  05:11:42

 3    BY MS. DUNNING:                                   05:11:44

 4        Q.   If other AI developers trained their    05:11:44

 5    large language models on your books, do you believe  05:11:52

 6    that training has caused you financial harm?      05:11:55

 7              MR. SWEATMAN:  Objection to form.      05:11:59

 8              THE WITNESS:  I don't have a way of     05:12:00

 9    making distinctions among the various AI models and  05:12:08

10    who runs them.  I don't know enough to know if    05:12:16

11    there are differences among them.  It is my belief  05:12:21

12    that they all have the potential for harm.        05:12:25

13    BY MS. DUNNING:                                   05:12:28

14        Q.   Okay.  But at this time, you're not aware  05:12:28

15    of any financial harm you've suffered as a result  05:12:31

16    of any AI training performed by Meta?             05:12:36

17        A.   I --                                     05:12:40

18              MR. SWEATMAN:  Objection to form.      05:12:41

19              THE WITNESS:  I don't have any evidence  05:12:42

20    that I have been harmed.                          05:12:47

21    BY MS. DUNNING:                                   05:12:47
```

Page 300

```
 1              MR. SWEATMAN:  Object to form.        05:40:52

 2              THE WITNESS:  I -- I think that's true.  05:40:53

 3   BY MS. DUNNING:                                  05:40:54

 4       Q.   True or false, you are unaware of anyone  05:40:54

 5   else giving consent to use your six works for     05:41:00

 6   artificial intelligence training?                05:41:05

 7              MR. SWEATMAN:  Object to form.        05:41:07

 8              THE WITNESS:  That is true, I am unaware.  05:41:08

 9   BY MS. DUNNING:                                  05:41:11

10       Q.   Are you aware of any specific licensing  05:41:11

11   opportunity that you have lost due to the conduct  05:41:46

12   of Meta alleged in the Complaint?                05:41:53

13              MR. SWEATMAN:  Object to form.        05:41:55

14              THE WITNESS:  I'm not aware of any such  05:41:57

15   lost opportunity.                                05:42:00

16   BY MS. DUNNING:                                  05:42:02

17       Q.   Are you aware of any documentary evidence  05:42:02

18   that you have lost a specific licensing opportunity  05:42:11

19   due to any of Meta's conduct alleged in the      05:42:15

20   Complaint?                                       05:42:18

21              MR. SWEATMAN:  Object to form.        05:42:19
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | THE WITNESS:  I -- I am not aware. | 05:42:20 |
| 2 | BY MS. DUNNING: | 05:42:22 |
| 3 |     Q.   In what ways, if any, do you contend you | 05:42:22 |
| 4 | have been injured by Meta's conduct alleged in the | 05:42:49 |
| 5 | Complaint? | 05:42:53 |
| 6 |         MR. SWEATMAN:  Object to form. | 05:42:54 |
| 7 |         THE WITNESS:  At this point, I have no | 05:42:55 |
| 8 | specific examples of injury to me. | 05:42:59 |
| 9 | BY MS. DUNNING: | 05:43:03 |
| 10 |     Q.   Is it -- I'll represent to you that | 05:43:03 |
| 11 | you -- well, let me just ask the question. | 05:43:18 |
| 12 |         True or false, you are personally unaware | 05:43:22 |
| 13 | of any instance in which a person read text | 05:43:29 |
| 14 | generated by any of Meta's LLMs as a substitute for | 05:43:34 |
| 15 | reading one of your six at-issue books? | 05:43:42 |
| 16 |         MR. SWEATMAN:  Object to form. | 05:43:48 |
| 17 |         THE WITNESS:  At this moment in time, | 05:43:49 |
| 18 | that is true. | 05:43:51 |
| 19 | BY MS. DUNNING: | 05:43:52 |
| 20 |     Q.   True or false, you are personally unaware | 05:43:52 |
| 21 | of any documentary evidence demonstrating that any | 05:43:59 |

Page 321

| | | |
|---|---|---|
| 1 | might do. | 06:06:13 |
| 2 | BY MS. DUNNING: | 06:06:14 |
| 3 | Q.    Okay.    As you sit here today, you are not | 06:06:14 |
| 4 | aware of any specific financial harm that you have | 06:06:24 |
| 5 | suffered as a result of conduct by Meta alleged in | 06:06:41 |
| 6 | the Complaint? | 06:06:46 |
| 7 | MR. SWEATMAN:   Object to form. | 06:06:48 |
| 8 | THE WITNESS:   As I sit here today, I am | 06:06:49 |
| 9 | not aware of any financial harm that has been done | 06:06:54 |
| 10 | to me yet. | 06:06:57 |
| 11 | BY MS. DUNNING: | 06:06:58 |
| 12 | Q.    Okay. | 06:06:58 |
| 13 | MS. DUNNING:   Let's go off the record.  I | 06:07:00 |
| 14 | think I may be done. | 06:07:01 |
| 15 | THE VIDEOGRAPHER:   We are going off the | 06:07:08 |
| 16 | record.  The time is 6:07 p.m. | 06:07:09 |
| 17 | (Recess taken -- 6:07 p.m.) | 06:07:11 |
| 18 | (After recess -- 6:09 p.m.) | 06:08:32 |
| 19 | THE VIDEOGRAPHER:   We are back on the | 06:08:34 |
| 20 | record.  The time is 6:09 p.m. | 06:08:40 |
| 21 | BY MS. DUNNING: | 06:08:43 |

Page 339

```
 1    State of Maryland

 2    County of Baltimore, to wit:

 3              I, Michele D. Lambie, a Notary Public of

 4    the State of Maryland, County of Baltimore, do

 5    hereby certify that the within-named witness

 6    personally appeared before me at the time and place

 7    herein set out, and after having been duly sworn by

 8    me, according to law, was examined by counsel.

 9              I further certify that the examination

10    was recorded stenographically by me and this

11    transcript is a true record of the proceedings.

12              I further certify that I am not of

13    counsel to any of the parties, nor related to any

14    of the parties, nor in any way interested in the

15    outcome of this action.

16              As witness my hand and notarial seal this

17    2nd day of October 2024.

18

19    Michele D Lambie

20

21
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

1               UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5    RICHARD KADREY, et al.,              )

6               Individual and            )

7            Representative Plaintiffs,)

8          vs.                        )Case No.

9    META PLATFORMS, INC., a            )3:23-cv-03417-VC

10   Delaware corporation,              )

11              Defendant.              )

12   _____)

13

14          C O N F I D E N T I A L

15

16      VIDEOTAPED DEPOSITION OF SARAH SILVERMAN

17            Los Angeles, California

18           Thursday, October 10, 2024

19                 VOLUME I

20

21   Stenographically Reported by:

22   RENEE D. ZEPEZAUER, RPR, CRR, CSR No. 6275

23   JOB No. 6944934

24

25   PAGES 1 - 330

                                        Page 1

CONFIDENTIAL

```
 1              MR. ZIRPOLI:  Object to the form of the        03:21:09

 2    question.

 3              THE WITNESS:  I would venture to guess that I

 4    lost the licensing opportunity for training various AIs.

 5    BY MS. DUNNING:                                          03:21:21

 6        Q    Okay.  Apart from licensing for training AIs

 7    which I understand is part of your assertion, I want to

 8    put that aside.  I'm trying to figure out if there's

 9    anything else.

10        A    There's no way to compute that in terms of     03:21:34

11    someone not buying a book.

12        Q    Are you aware of any time somebody decided not

13    to buy your book because they could generate a summary

14    on a Meta AI tool?

15        A    There's no way to calculate that.  I'd have to  03:21:52

16    be in someone's head.

17        Q    Are you aware of any evidence to suggest that

18    ever happened?

19        A    No, I'm not.

20        Q    Are you aware of any instance in which somebody  03:22:01

21    wanted to pay to license use of your work but chose not

22    to because of something Meta did?

23        A    Meta itself and ChatGPT.

24        Q    Apart from Meta and OpenAI, are you aware of

25    any instance in which another person decided not to seek  03:22:24
```

Page 204

CONFIDENTIAL

```
 1    a license to use your work because of something Meta      03:22:31
 2    did?
 3         A    No.
 4              MR. ZIRPOLI:   Object to the form of the
 5    question.                                                03:22:38
 6              THE WITNESS:   Besides those two, I'm not aware
 7    of more.
 8    BY MS. DUNNING:
 9         Q    Do you have any evidence to suggest that sales
10    of your book have gone down because of anything Meta     03:22:50
11    did?
12         A    I don't know.
13         Q    Do you have any evidence to suggest that sales
14    of your book have gone up because people can find out
15    information about it on AI tools?                        03:23:02
16         A    I can't imagine.   I don't know.
17         Q    Turning back to Exhibit 412.  Did you
18    participate in any strikes as part of either the Writers
19    strike or the Screen Actors Guild strike?
20         A    Both.                                          03:23:33
21         Q    Do you -- are you a member of SAG-AFTRA?
22         A    Yes.
23         Q    Are you a member of the Writers Guild of
24    America?
25         A    Yes.                                           03:23:42
```

Page 205

```
 1    BY MS. DUNNING:                                        03:57:51
 2        Q    Okay.  So the answer is no, you don't have any
 3    evidence that Meta's alleged use of your book to
 4    train -- train its large language models has damaged the
 5    market for your book?                                   03:58:02
 6        A    That's correct.
 7            MR. ZIRPOLI:  Object to the form of the
 8    question.  Asked and answered three times.
 9            THE WITNESS:  Just the stealing.
10    BY MS. DUNNING:                                         03:58:11
11        Q    Who is Erik Noyes?
12        A    It's a friend of mine.
13        Q    How do you know him?
14        A    From high school.
15            (Exhibit 413 was marked for identification by   03:58:32
16    the court reporter and is attached hereto.)
17    BY MS. DUNNING:
18        Q    I've just handed you what's been marked as
19    Exhibit 413.  It's a one-page text exchange Bates
20    SILVERMAN000099.  Is this a text string that you        03:58:49
21    exchanged with Erik Noyes?
22        A    Yeah.
23        Q    And this text exchange took place in October of
24    2023; correct?  Not -- just earlier this month?
25        A    Right.  Correct.                               03:59:19
```

Page 224

CONFIDENTIAL

```
1    question we've asked three times?  It's getting late.    05:50:30

2    This question has been asked and answered.

3            MS. DUNNING:  Mr. Zirpoli, your objections

4    particularly after your colleagues have repeatedly asked

5    us to keep our objections strictly as to form are really  05:50:40

6    inappropriate.  You're coaching --

7            MR. ZIRPOLI:  I'm not coaching.

8            MS. DUNNING:  You're coaching --

9            MR. ZIRPOLI:  I'm not coaching.  Objection to

10   form.  Asked and answered.                                05:50:48

11           MS. DUNNING:  You're wasting my time, and I'd

12   appreciate it if you'd let me answer my question -- ask

13   my question.

14           THE WITNESS:  He is.  What did he say?

15           MS. DUNNING:  I get seven hours.                  05:50:54

16           MR. ZIRPOLI:  Object to the form.  Asked and

17   answered.

18   BY MS. DUNNING:

19       Q    Are you aware of any lost sales of your book

20   THE BEDWETTER due to any conduct of Meta alleged in the   05:51:00

21   Complaint?

22           MR. ZIRPOLI:  Objection to form.  Asked and

23   answered.

24           THE WITNESS:  No, I'm not aware of any sales at

25   all.  I don't keep track of that stuff.                   05:51:12
```

Page 295

CONFIDENTIAL

```
 1    BY MS. DUNNING:                                    05:51:13

 2        Q    Are you aware of any documents supporting any

 3    contention that you have lost sales of your book due to

 4    conduct by Meta alleged in the Complaint?

 5             MR. ZIRPOLI:  Object to form.  Asked and        05:51:24

 6    answered.

 7             THE WITNESS:  Oh, my God.  That's so many

 8    words.  Am I aware of any documents --

 9    BY MS. DUNNING:

10        Q    Do you have any documents to show that you lost  05:51:29

11    sales because of something Meta did?

12        A    No, you know I don't.

13        Q    Okay.  Do you -- can you identify any specific

14    licensing opportunity you claim you lost because of

15    conduct by Meta?                                      05:51:42

16             MR. ZIRPOLI:  Objection to form.

17             THE WITNESS:  The conduct that they stole my

18    copyright without me knowing, without making a written

19    license, without licensing my material, without my

20    consent, no, I don't know.                            05:51:54

21    BY MS. DUNNING:

22        Q    Okay.  Are you -- do you have any evidence to

23    show that you lost a specific licensing opportunity due

24    to anything Meta did?

25             MR. ZIRPOLI:  Object to form.                05:52:05
```

Page 296

CONFIDENTIAL

1              THE WITNESS:  I don't, but that has nothing to      05:52:06

2       do with stealing.

3       BY MS. DUNNING:

4           Q    Has any person or company offered you money to

5       use your book as training material for an artificial      05:52:14

6       intelligence model?

7                MR. ZIRPOLI:  I'm going to instruct the witness

8       not to answer anything that would divulge

9       attorney-client privilege with respect to this or any

10      other case.                                               05:52:28

11               THE WITNESS:  No.  That's exactly why we're

12      here because no one approached me about licensing my

13      book.  They just took it.  That's stealing.

14      BY MS. DUNNING:

15          Q    Okay.                                            05:52:38

16          A    It's not legal.

17          Q    So let me ask the question again just so I get

18      the answer.

19               Has anybody offered you money to use your book

20      to train an AI model?                                     05:52:51

21               MR. ZIRPOLI:  I'm going to object --

22               THE WITNESS:  You mean like ChatGPt or Meta?

23      BY MS. DUNNING:

24          Q    Has any --

25          A    No.                                              05:53:00

                                                       Page 297

CONFIDENTIAL

```
 1    BY MS. DUNNING:                                   05:59:48
 2        Q    Do you have any evidence that any seller of
 3    your book such as bookstores or online book sellers or
 4    wholesalers or resellers have sold fewer of your books
 5    because of anything Meta did?                     06:00:01
 6             MR. ZIRPOLI:  Object to the form.  Asked and
 7    answered five times now.
 8             THE WITNESS:  I would have no idea, once again.
 9    BY MS. DUNNING:
10        Q    Okay.                                     06:00:08
11        A    Where is the big stuff?  I always figured that
12    comes at the end like Columbo.
13             MR. ZIRPOLI:  How much time do we have left?
14             THE VIDEOGRAPHER:  On the record total, it's
15    six hours and 25 minutes.                          06:00:20
16             MR. ZIRPOLI:  Okay.
17    BY MS. DUNNING:
18        Q    How do you claim -- let me come back to that.
19             Are you aware of any instance in which any
20    person has read text generated by any of Meta's AI    06:00:32
21    models as a substitute for reading your book?
22             MR. ZIRPOLI:  Objection.
23             THE WITNESS:  There's no possible way I could
24    know that.
25    //
```

Page 305

CONFIDENTIAL

1              I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3              That the foregoing proceedings were taken

4    before me at the time and place herein set forth; that any

5    witnesses in the foregoing proceedings, prior to

6    testifying, were administered an oath; that a record of

7    the proceedings was made by me using machine shorthand

8    which was thereafter transcribed under my direction; that

9    the foregoing transcript is a true record of the testimony

10   given; that if the foregoing proceedings were reported

11   stenographically remote from the witness and parties, the

12   transcript of the proceedings reflects the record that I

13   could hear and understand to the best of my ability.

14              Further, that if the foregoing pertains to

15   the original transcript of a deposition in a Federal

16   Case, before completion of the proceedings, review of

17   the transcript [ X ] was [  ] was not requested.

18              I further certify I am neither financially

19   interested in the action nor a relative or employee of any

20   attorney or any party to this action.

21              IN WITNESS WHEREOF, I have this date

22   subscribed my name this 24th day of October, 2024.

23

24        RENEE DiMENNO ZEPEZAUER

25        CSR #6275, RPR, CRR

                                        Page 326

CONFIDENTIAL

1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION

4     - - - - - - - - - - - - - - -+

5     RICHARD KADREY, et al,        |

6              Plaintiffs,          | Case Number:

7        vs.                        | 3:23-cv-03417-VC

8     META PLATFORMS, INC., a       |

9     Delaware corporation,         |

10             Defendant.           |

11    - - - - - - - - - - - - - - -+

12

13

14          Confidential Videotaped Deposition of

15                RACHEL LOUISE SNYDER

16           Wednesday, December 11, 2024

17                  at 9:42 a.m.

18               in Washington, D.C.

19

20

21    Reported by:

22    Laurie Donovan, RPR, CRR, CLR

23    JOB 7030288

24

25    PAGES 1 - 285

                                          Page 1

CONFIDENTIAL

```
 1    you out of here.
 2            You are not aware of having lost any sale of
 3    your book, No Visible Bruises, due to conduct alleged
 4    in the complaint against Meta, right?
 5        A    I wouldn't know.
 6        Q    So as you sit here today, you're not aware
 7    of any lost sale?
 8        A    Yeah, I wouldn't know.
 9        Q    Do you have any documentary evidence to
10    support a contention that you have lost sales of your
11    book, No Visible Bruises, due to the complaint by
12    Meta -- due to conduct by Meta alleged in the
13    complaint?
14        A    No.
15        Q    Is there any licensing opportunity you
16    believe you've lost as a result of Meta's conduct
17    alleged in the complaint?
18        A    Potentially.
19        Q    What is that licensing opportunity?
20        A    I mean maybe for use in classrooms or
21    universities.  I don't know.
22        Q    Do you have any evidence that you've lost a
23    specific licensing opportunity due to conduct by Meta
24    alleged in the complaint?
25        A    No.  What I do have is lots of licensing
```

Page 269

CONFIDENTIAL

```
1    contracts from other places that asked before they
2    took my work.
3         Q    I'll move to strike after "no."
4              Has anyone offered you money to use No
5    Visible Bruises to train an AI model?
6         A    No.
7         Q    Are you aware of anyone offering your
8    publisher money to use No Visible Bruises to train an
9    AI model?
10        A    No.
11        Q    You have never licensed use of No Visible
12   Bruises -- sorry.  Let me ask you it again.
13             You have never licensed No Visible Bruises
14   for use as training data for artificial intelligence,
15   correct?
16        A    Correct.
17        Q    To your knowledge, No Visible Bruises has
18   never been licensed for use as training data for
19   artificial intelligence, correct?
20        A    Correct.
21        Q    You have never consented to use of No
22   Visible Bruises as training data for artificial
23   intelligence, correct?
24        A    Correct.
25        Q    To your knowledge, no one has ever given
```

Page 270

CONFIDENTIAL

1    consent to use No Visible Bruises as training data for

2    artificial intelligence, correct?

3         A    Correct.

4         Q    No one has paid you to use No Visible

5    Bruises as training data for an AI model, right?

6         A    Correct.

7         Q    Sales of your book, No Visible Bruises, have

8    not decreased as a result of any conduct by Meta

9    alleged in the complaint, correct?

10             MR. RATHUR:   Objection to form to the extent

11         it calls for speculation.

12             You can answer.

13             THE WITNESS:   Yeah, I don't know.

14    BY MS. DUNNING:

15         Q    Do you have any evidence that you've lost

16    sales of any -- let me ask again.

17             Do you have any evidence that sales of your

18    book, No Visible Bruises, have declined as a result of

19    conduct by Meta alleged in the complaint?

20         A    Yeah, I don't know.   No.

21         Q    As you sit here today, can you identify any

22    injury that you believe was caused by Meta's conduct

23    alleged in the complaint?

24             Let me ask that again.

25             As you sit here today, can you identify any

Page 271

CONFIDENTIAL

```
1              MR. RATHUR:  She conditioned her question.

2              THE WITNESS:  Are we at seven hours yet?

3    BY MS. DUNNING:

4       Q    We're just about done.

5              THE VIDEOGRAPHER:  We're at six hours and 47

6         minutes.

7              THE WITNESS:  Come on.  You're controlling

8         time down there.  You're doing something.

9    BY MS. DUNNING:

10      Q    Have you, have you -- do you contend that

11   you've lost money or property as a result of any

12   conduct by Meta alleged in the complaint?

13      A    Money, yes; property, no.

14      Q    With respect to your contention that you've

15   lost money, do you have any documentary evidence that

16   you've lost money as a result of any conduct by Meta

17   alleged in the complaint?

18      A    No.

19             MS. DUNNING:  That's it.

20             THE WITNESS:  Really?  Wow.  Just right

21        under the wire.

22             MR. RATHUR:  Off the record.

23             THE VIDEOGRAPHER:  This marks the end of the

24        deposition of Rachel Louise Snyder.  We're going

25        off the record at 18:10.
```

Page 279

CONFIDENTIAL

1    CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

2

3        I, Laurie Donovan, Registered Professional

4    Reporter, Certified Realtime Reporter, and notary

5    public for the District of Columbia, the officer

6    before whom the foregoing deposition was taken,

7    do hereby certify that the foregoing transcript

8    is a true and correct record of the testimony

9    given; that said testimony was taken by me

10   stenographically and thereafter reduced to

11   typewriting under my supervision; and that I am

12   neither counsel for, related to, nor employed by

13   any of the parties to this case and have no

14   interest, financial or otherwise, in its outcome.

15       IN WITNESS WHEREOF, I have hereunto set my

16   hand and affixed my notarial seal this 24th day

17   of December 2024.

18

19   My commission expires:  July 14, 2027

20

21

22

23       LAURIE DONOVAN

24       NOTARY PUBLIC IN AND FOR

25       THE DISTRICT OF COLUMBIA

                                        Page 281

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2                 SAN FRANCISCO DIVISION
3
4    RICHARD KADREY, et al.,            )
                                        )
5              Plaintiffs,              )
                                        )
6    v.                                 )
                                        )
7    META PLATFORMS, INC., a Delaware   )
     corporation,                       )
8                                       )
               Defendant.               )
9    _____  )
10
11            CONFIDENTIAL ATTORNEYS' EYES ONLY
12
13        Videotaped Deposition of LYSA TERKEURST
14              Charlotte, North Carolina
15                September 23, 2024
16                9:51 a.m. Eastern
17
18
19
20
21
22
23   Reported by:  Karen K. Kidwell, RMR, CRR
24   Job No. 6922752
25
```

                                              Page 1

| | | |
|---|---|---|
| 1 | authors who had their work pirated. | 04:57:24 |
| 2 | Q.   And when you say "pirated," you mean used | 04:57:28 |
| 3 | as part of the data that was used to train the LLaMA | 04:57:31 |
| 4 | models? | 04:57:35 |
| 5 | A.   Yes. | 04:57:35 |
| 6 | Q.   Without your consent? | 04:57:36 |
| 7 | A.   Yes. | 04:57:37 |
| 8 | MS. HARTNETT:  Why don't we take a break. | 04:58:18 |
| 9 | Pretty close. | 04:58:19 |
| 10 | VIDEOGRAPHER:  Time on the monitor is | 04:58:21 |
| 11 | 4:58 p.m.  We're off the record. | 04:58:22 |
| 12 | (A recess transpired from 4:58 p.m. until | |
| 13 | 5:09 p.m.) | |
| 14 | VIDEOGRAPHER:  The time on the monitor is | 05:08:59 |
| 15 | 5:09 p.m.  We are back on the record. | 05:09:01 |
| 16 | BY MS. HARTNETT: | |
| 17 | Q.   Ms. TerKeurst, is it fair to say you are | 05:09:08 |
| 18 | not aware of any lost sales of your asserted works in | 05:09:13 |
| 19 | this case due to Meta's alleged conduct? | 05:09:17 |
| 20 | MR. ULWICK:  Objection.  Form. | 05:09:21 |
| 21 | THE WITNESS:  Again, I would have to hire | 05:09:25 |
| 22 | experts to help me determine that. | 05:09:27 |
| 23 | BY MS. HARTNETT: | |
| 24 | Q.   My question is, today, sitting here, are | 05:09:28 |
| 25 | you aware of any lost sales of your asserted works | 05:09:31 |

Page 224

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1      due to Meta's alleged conduct?                   05:09:35

 2          A.   No.                                     05:09:38

 3          Q.   Has anyone offered you compensation to use   05:09:38

 4      your asserted works to train an AI model?        05:09:41

 5              MR. ULWICK:  Object to foundation.        05:09:45

 6              THE WITNESS:  No.                          05:09:47

 7      BY MS. HARTNETT:

 8          Q.   Have you ever had anyone ghost-write any   05:09:48

 9      portion of any of your publications?             05:09:51

10          A.   No.                                     05:09:55

11          Q.   Have you had anyone ghost-write anything   05:09:57

12      you've made public that may not be a published book?   05:10:01

13              MR. ULWICK:  Object to form.              05:10:06

14              THE WITNESS:  No.                          05:10:07

15      BY MS. HARTNETT:

16          Q.   Are you aware of any text generated by any   05:10:12

17      of LLaMA's -- of any of Meta's LLaMA's -- let me try   05:10:16

18      that again.                                      05:10:20

19              Are you aware of any text generated by any   05:10:21

20      of Meta's LLaMA models that infringes your asserted   05:10:23

21      works?                                           05:10:27

22              MR. ULWICK:  Objection.  Form.            05:10:28

23              THE WITNESS:  I'm not sure I understand   05:10:33

24         the question.                                 05:10:34

25
```

Page 225

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    BY MS. HARTNETT:
 2            Q.   So you're not aware of any opportunities        05:29:02
 3    for licensing your books to train generative AI that        05:29:05
 4    you've lost because of Meta's alleged use of Books3         05:29:09
 5    to train LLaMA.  Correct?                                    05:29:11
 6            MR. ULWICK:  Object to form.                          05:29:13
 7            THE WITNESS:  No.                                     05:29:15
 8    BY MS. HARTNETT:
 9            Q.   If Meta had purchased a copy of your book       05:29:24
10    and used it to train its AI, would you have a               05:29:27
11    different view of its conduct in this case?                 05:29:29
12            MR. ULWICK:  Object to form.                          05:29:35
13            THE WITNESS:  If Meta would have sought               05:29:36
14        permission and asked if I would like to exercise        05:29:38
15        my copyright, or not, before using my entire           05:29:41
16        manuscript, then I would have considered their         05:29:46
17        request.                                                05:29:52
18    BY MS. HARTNETT:
19            Q.   Do you know whether Meta knew what             05:30:03
20    books were in Books3 when it allegedly used it to           05:30:04
21    train its AI?                                                05:30:09
22            MR. ULWICK:  Object to form.                          05:30:11
23            THE WITNESS:  I have no idea what Meta               05:30:12
24        knew or didn't know.                                    05:30:14
25
```

Page 241

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    STATE OF NORTH CAROLINA

     COUNTY OF MECKLENBURG

2

3            I, Karen K. Kidwell, RMR, CRR, in and for

4    the State of North Carolina, do hereby certify that

5    there came before me on Monday, September 23, 2024, the

6    person hereinbefore named, who was by me duly sworn to

7    testify to the truth and nothing but the truth of her

8    knowledge concerning the matters in controversy in this

9    cause; that the witness was thereupon examined under

10   oath, the examination was stenographically reported and

11   reduced to typewriting under my direction, and the

12   deposition is a true record of the testimony given by

13   the witness.

14           I further certify that I am neither attorney

15   or counsel for, nor related to or employed by, any

16   attorney or counsel employed by the parties hereto or

17   financially interested in the action.

18           This the 24th day of September, 2024.

19

20           *Karen K. Kidwell*

21

             Karen K. Kidwell, RMR, CRR

22           Notary Public #19971050142

23

24

25

                                            Page  247

1            UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4

5      ---------------------------------x

6      RICHARD KADREY, et al.,

7      Individual and Representative,

8                        Plaintiffs,    Case No.

9                 v.                    3:23-cv-03417-VC

10     META PLATFORMS, INC., a

11     Delaware Corporation;

12                        Defendant.

13     ---------------------------------x

14

15

16         VIDEOTAPED DEPOSITION of JACQUELINE A.

17         WOODSON, held at 55 Hudson Yards, New

18         York, New York, commencing at 9:39 a.m.,

19         September 30, 2024, before Erica Ruggieri,

20         a Certified Shorthand Reporter and Notary

21         Public of the State of New York.

22

23

24     JOB No. 6931571

25     PAGES 1 - 412

                                        Page 1

1

2          Q.   Do you have any reason to
3     believe any of the information in
4     Exhibit 340 is inaccurate?
5          A.   I don't know why it would
6     be, but I do want to take a closer
7     look at this.
8          Q.   Okay.  Have you lost any
9     sales of any of your asserted works
10    due to the conduct of Meta alleged
11    in the complaint?
12          MR. SWEATMAN:  Object to form.
13          A.   I don't know.
14          Q.   Do you have any documentary
15    evidence to show that you have lost
16    sales of any of your at issue books
17    due to the conduct of Meta alleged
18    in the complaint?
19          MR. SWEATMAN:  Object to form.
20          A.   I don't.
21          Q.   Has anyone offered you
22    compensation to use any of your at
23    issue books to train an artificial
24    intelligence model?
25          MR. SWEATMAN:  Object to form.

Page 383

1
2          A.   I don't know.  I mean
3     that's not -- no.  I don't know what
4     would make them more successful.
5          Q.   Okay.  Do you believe that
6     anyone has decided not to buy one of
7     your at issue books because they
8     could use a Meta LLM to generate a
9     different book instead?
10          MR. SWEATMAN:  Objection to
11      form.
12          A.   I don't know.  Again, I
13     don't know what's out there.
14          Q.   Are you aware of any
15     licensing opportunities you have
16     lost as a result of Meta's conduct
17     alleged in the complaint?
18          MR. SWEATMAN:   Objection to
19      form.
20          A.   Not yet, no.
21          Q.   Do you attribute the loss
22     of any income to any conduct of Meta
23     alleged in the complaint?
24          MR. SWEATMAN:  Objection to
25      form.

                              Page 387

```
1              REPORTER'S CERTIFICATE
2
3              I, ERICA L. RUGGIERI, RPR and a
4       Notary Public within and for the State
5       of New York, do hereby certify:
6              That I reported the proceedings
7       in the within-entitled matter, and
8       that the within transcript is a true
9       record of such proceedings.
10             I further certify that I am not
11      related by blood or marriage, to any
12      of the parties in this matter and
13      that I am in no way interested in the
14      outcome of this matter.
15             IN WITNESS WHEREOF, I have
16      hereunto set my hand this 20th day of
17      October, 2024.
18
19
20
21
22
23        ERICA L. RUGGIERI, RPR, CSR, CLR
24
25
```

Page 402