# EXHIBIT F

HIGHLY CONFIDENTIAL

```
 1          HIGHLY CONFIDENTIAL PURSUANT TO PO
 2             UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
               CASE NO. 3:23-cv-03417-VC
 4
       RICHARD KADREY, et al.,              :
 5        Individual and Representative     :
          Plaintiff,                        :
 6                                          :
                       v.                   :
 7                                          :
       META PLATFORMS, INC., a Delaware     :
 8     Corporation,                         :
          Defendant.                        :
 9     -------------------------------- x
10
11            VIDEOTAPE DEPOSITION OF:
12                 TA-NEHSI COATES
13               NEW YORK, NEW YORK
14          THURSDAY, NOVEMBER 21, 2024
15
16
17
18
19
20
21
22
23
24     REPORTED BY:
       SILVIA P. WAGE, CCR, CRR, RPR
25     JOB NO. 6985779
```

Page 1

```
1         HIGHLY CONFIDENTIAL PURSUANT TO PO
2     Meta's Large Language Model, you lost a      11:42:59
3     particular licensing deal?                    11:43:02
4          A.   No.                                 11:43:03
5          Q.   Have Meta's Large Language          11:43:09
6     Models caused you, Mr. Coates, to not want    11:43:13
7     to continue writing books?                    11:43:15
8          A.   No.                                 11:43:17
9               MR. RATHUR:  Objection to           11:43:18
10    form.                                          11:43:19
11              Go ahead.                           11:43:19
12         A.   No.                                 11:43:20
13         Q.   Are you aware of any documents      11:43:22
14    that support -- strike that.                  11:43:28
15         Are you aware of any documents that      11:43:33
16    show that you have lost sales of your         11:43:36
17    books due to Meta's training of its Large     11:43:40
18    Language Models?                              11:43:46
19         A.   No.                                 11:43:46
20         Q.   Are you aware of any documents      11:43:50
21    showing that you lost a specific licensing    11:43:53
22    opportunity for one of your three books       11:43:57
23    because of Meta's training of its Large       11:44:01
24    Language Models?                              11:44:04
25         A.   No.                                 11:44:04
```

Page 125

```
 1         HIGHLY CONFIDENTIAL PURSUANT TO PO
 2               CERTIFICATE OF REPORTER
 3         I, SILVIA P. WAGE, CSR, CRR, RPR,
    herby certify that the witness in the
 4  foregoing deposition was by me duly sworn
    to tell the whole truth, nothing but the
 5  truth; said deposition was taken down in
    shorthand by me, a disinterested person,
 6  at the time and place therein stated.  The
    testimony of said witness was thereafter
 7  reduced to typewriting by computer under
    my direction and supervision.  Before
 8  completion of the deposition, review of
    the transcript [X] was [ ] was not
 9  requested.  If requested, any changes
    made by the deponent (and provided to
10  the reporter) during the period allowed
    are appended hereto.
11
          I further certify that I am not of
12  counsel or attorney for either or any
    of the parties to the said deposition,
13  nor in any way interested in the event
    of this cause, and that I am not
14  related to any of the parties thereto.
15
16
17
18
19
20  SIGNED:  [signature]
21  dated: December 5, 2024
22
23
24
25
```

```
 1               UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   RICHARD KADREY, et al.,          )
                                      )
 6       Individual and               )
         Representative Plaintiffs,   )
 7                                    )
             vs.                      ) Case No.
 8                                    ) 3:23-cv-03417-VC
     META PLATFORMS, INC., a          )
 9   Delaware corporation,            )
                                      )
10            Defendant.              )
     _____)
11
12      VIDEO-RECORDED DEPOSITION OF ANDREW SEAN GREER
13
                 Tuesday, September 24, 2024
14
                   San Francisco, California
15
16
17
18
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 6928896


                                                   Page 1
```

1       A.    No.

2       Q.    Why not?

3             MR. CLOBES:    Objection to form.

4             THE WITNESS:    Because it seems important.

5  BY MR. LAUTER:                                          11:05:32

6       Q.    Why does it seem important?

7       A.    Because being a writer is really

8  difficult.  It involves a huge amount of life

9  sacrifice.  And the value of it is getting to make

10 something that has never before existed in the world   11:05:56

11 and to put your name on it and to know that no one

12 but you could have made it.  And I've spent my life

13 on that path.  And to see that someone would take

14 from me the one value, the -- possibly the purpose

15 of my life, it seemed important to take a stand       11:06:16

16 against that, not just for me, but for all the other

17 artists who have made those sacrifices and have

18 created those things that no one else could have

19 created.

20      Q.    And is it your position that Meta is         11:06:32

21 preventing you from creating books?

22      A.    My position is that Meta did not contact

23 me or get permission or give credit or compensation

24 for my copyrighted books that they used in their

25 entirety to train their large language model.          11:06:55

Page 70

1   Q.   But Meta hasn't stopped you from writing
2   books?
3   A.   No.
4   Q.   And Meta hasn't stopped other people from
5   reading your books?                                  11:07:05
6        MR. CLOBES:  Objection to form.
7        THE WITNESS:  I have not thought about
8   that, but that doesn't seem to be what we're talking
9   about today.
10  BY MR. LAUTER:                                       11:07:15
11  Q.   Okay.  To your knowledge, has Meta stopped
12  others from reading your books?
13  A.   No.
14  Q.   I'm going to hand you a document to be
15  marked as Exhibit 181.                               11:07:30
16       (Greer Deposition Exhibit 181 was marked
17        for identification.)
18  BY MR. LAUTER:
19  Q.   Earlier you said that it seemed important
20  to you to bring this case because Meta had taken     11:08:33
21  from you the one value, possibly the purpose of your
22  life.  Is that a fair characterization?
23  A.   Yes.
24       MR. CLOBES:  Objection to form.
25       THE WITNESS:  Sorry.  I keep not pausing.       11:08:49

Page 71

```
 1                CERTIFICATE OF REPORTER
 2            I, Hanna Kim, a Certified Shorthand
 3    Reporter, do hereby certify:
 4            That prior to being examined, the witness
 5    in the foregoing proceedings was by me duly sworn to
 6    testify to the truth, the whole truth, and nothing
 7    but the truth;
 8            That said proceedings were taken before me
 9    at the time and place therein set forth and were
10    taken down by me in shorthand and thereafter
11    transcribed into typewriting under my direction and
12    supervision;
13            I further certify that I am neither
14    counsel for, nor related to, any party to said
15    proceedings, not in anywise interested in the
16    outcome thereof.
17            Further, that if the foregoing pertains to
18    the original transcript of a deposition in a federal
19    case, before completion of the proceedings, review
20    of the transcript [X] was [ ] was not requested.
21            In witness whereof, I have hereunto
22    subscribed my name.
23    Dated: 10/1/24
24
                              Hanna Kim
25                            CLR, CSR No. 13083
```

Page 340

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4   RICHARD KADREY, ET AL  )
 5      Plaintiffs          )Case No.: 3:23-cv-03417-VC
 6            Vs.           )
 7   META PLATFORMS, INC.,  )
 8   A Delaware Corporation )
 9      Defendant           )
10               --------------------
11
12            Deposition of LAURA LIPPMAN, was taken
13   via videotape on Tuesday, September 17, 2024,
14   commencing at 9:32 a.m., at Kramon & Graham, P.A.,
15   750 East Pratt Street, Suite 1100, Baltimore,
16   Maryland, before MICHELE D. LAMBIE, Notary Public.
17               --------------------
18
19
20   Reported By:
21             Michele D. Lambie, CSR-RPR
```

Page 1

```
 1   to form.                                              03:18:41
 2           THE WITNESS:  The fact of the matter is       03:18:41
 3   I'm pretty sui generis, which is not necessarily      03:18:48
 4   the best thing commercially, but the only             03:18:56
 5   comparisons that I've heard that makes sense to me    03:19:02
 6   are with the writer Megan Abbott, who's a good        03:19:07
 7   friend, and the writer Kate Atkinson, who's one of    03:19:14
 8   the best, and happened to be two women with whom I    03:19:17
 9   tied for prizes with.                                 03:19:21
10   BY MS. DUNNING:                                       03:19:24
11       Q.   Do their books inspire you as a writer?      03:19:24
12            MR. SWEATMAN:  Objection to form.            03:19:33
13            THE WITNESS:  Everything inspires me as a    03:19:33
14   writer.                                               03:19:41
15   BY MS. DUNNING:                                       03:19:43
16       Q.   Okay.  Do you plan to keep writing books?    03:19:43
17       A.   I do.                                        03:19:52
18       Q.   Do you have any books memorized?             03:19:52
19            MR. SWEATMAN:  Objection.  Form.             03:20:10
20            THE WITNESS:  I can't -- I'll tell you       03:20:12
21   that I can't even memorize a poem.  My memory just    03:20:19
```

Page 217

```
 1  State of Maryland
 2  County of Baltimore, to wit:
 3           I, Michele D. Lambie, a Notary Public of
 4  the State of Maryland, County of Baltimore, do
 5  hereby certify that the within-named witness
 6  personally appeared before me at the time and place
 7  herein set out, and after having been duly sworn by
 8  me, according to law, was examined by counsel.
 9           I further certify that the examination
10  was recorded stenographically by me and this
11  transcript is a true record of the proceedings.
12           I further certify that I am not of
13  counsel to any of the parties, nor related to any
14  of the parties, nor in any way interested in the
15  outcome of this action.
16           As witness my hand and notarial seal this
17  2nd day of October 2024.
18
19  [signature: Michele D Lambie]
20
21
```

Page 344

CONFIDENTIAL

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4    - - - - - - - - - - - - - - -+
 5    RICHARD KADREY, et al,        |
 6              Plaintiffs,         | Case Number:
 7       vs.                        | 3:23-cv-03417-VC
 8    META PLATFORMS, INC., a       |
 9    Delaware corporation,         |
10              Defendant.          |
11    - - - - - - - - - - - - - - -+
12
13
14          Confidential Videotaped Deposition of
15                  RACHEL LOUISE SNYDER
16             Wednesday, December 11, 2024
17                     at 9:42 a.m.
18                 in Washington, D.C.
19
20
21    Reported by:
22    Laurie Donovan, RPR, CRR, CLR
23    JOB 7030288
24
25    PAGES 1 - 285

                                              Page 1
```

```
 1        A    Yes.  I think that's very true.  I mean I
 2   think, I think the billionaires of the world are
 3   trying to dispose with regulatory measures for that
 4   very reason, yes.  I mean science fiction has power
 5   because it is so predictive.
 6        Q    Do you intend to keep writing?
 7        A    Do I intend to keep writing?  I'm sorry.  It
 8   just sounded so insulting the way you put that.
 9        Q    I'm sorry.  I certainly didn't mean that.  I
10   don't know why you thought that, but I'll try to ask
11   it a different way.
12        A    Yeah.
13        Q    I'm really asking -- I mean your intention
14   is to keep being a writer, right?
15        A    Is your intention to keep being an attorney?
16   Yes.  Like yes.  That's what I do as a profession,
17   yes, but I don't know that I -- I don't know that it's
18   going to be a scenario in which one can make a living
19   in years to come.
20        Q    No matter what AI is generating, do you
21   believe you have something to offer in terms of your
22   insight, your experience, your skill as a writer?
23        A    It's not what I believe; it's what the world
24   sees as valuable and worth purchasing, and that's the
25   piece of it that I'm worried about.  Will I continue
```

Page 154

```
1    CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC
2
3         I, Laurie Donovan, Registered Professional
4    Reporter, Certified Realtime Reporter, and notary
5    public for the District of Columbia, the officer
6    before whom the foregoing deposition was taken,
7    do hereby certify that the foregoing transcript
8    is a true and correct record of the testimony
9    given; that said testimony was taken by me
10   stenographically and thereafter reduced to
11   typewriting under my supervision; and that I am
12   neither counsel for, related to, nor employed by
13   any of the parties to this case and have no
14   interest, financial or otherwise, in its outcome.
15        IN WITNESS WHEREOF, I have hereunto set my
16   hand and affixed my notarial seal this 24th day
17   of December 2024.
18
19   My commission expires:  July 14, 2027
20
21
22   _____
23        LAURIE DONOVAN
24        NOTARY PUBLIC IN AND FOR
25        THE DISTRICT OF COLUMBIA
```

Page 281

```
 1           UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4
 5    ----------------------------------x
 6    RICHARD KADREY, et al.,
 7    Individual and Representative,
 8                    Plaintiffs,     Case No.
 9              v.                    3:23-cv-03417-VC
10    META PLATFORMS, INC., a
11    Delaware Corporation;
12                    Defendant.
13    ----------------------------------x
14
15
16       VIDEOTAPED DEPOSITION of JACQUELINE A.
17       WOODSON, held at 55 Hudson Yards, New
18       York, New York, commencing at 9:39 a.m.,
19       September 30, 2024, before Erica Ruggieri,
20       a Certified Shorthand Reporter and Notary
21       Public of the State of New York.
22
23
24    JOB No. 6931571
25    PAGES 1 - 412
```

Page 1

```
 1                      WOODSON
 2          A.   Yes.
 3          Q.   You'd agree with me that
 4     there can be multiple different
 5     works about the same basic story
 6     line?
 7          MR. SWEATMAN:   Objection,
 8      form.
 9          Q.   It can all be entitled to
10     their own copyright?
11          MR. SWEATMAN:   Objection to
12      form.
13          A.   If you are saying, for
14     example, multiple stories about
15     love, yes.
16          Q.   Star crossed lovers for
17     instance, everyone is free to write
18     a story about star crossed lovers,
19     right?
20          MR. SWEATMAN:   Objection to
21      form.
22          A.   Yes.
23          Q.   Is it your plan to keep
24     writing books?
25          A.   Yes.
```

Page 337

```
 1                        WOODSON
 2           Q.   Why is that?
 3           A.   I love writing.
 4           Q.   Do you have any books or --
 5      let me back up.
 6                Do you have any works
 7      memorized?
 8           A.   Yes.
 9           Q.   You have poems memorized?
10           A.   Yes.
11           Q.   Song lyrics memorized?
12           A.   Yes.
13           Q.   Do you have any books
14      memorized?
15           A.   Of my own, yes.
16           Q.   You are a mom.  Could you
17      recite a good chunk of Goodnight
18      Moon if asked to?
19           A.   No.
20           Q.   What about The Very Hungry
21      Caterpillar?
22           A.   No.
23           Q.   You would agree with me you
24      could have a work memorized because
25      you know it well but not have that
```

Page 338

```
 1            REPORTER'S CERTIFICATE
 2
 3           I, ERICA L. RUGGIERI, RPR and a
 4    Notary Public within and for the State
 5    of New York, do hereby certify:
 6           That I reported the proceedings
 7    in the within-entitled matter, and
 8    that the within transcript is a true
 9    record of such proceedings.
10           I further certify that I am not
11    related by blood or marriage, to any
12    of the parties in this matter and
13    that I am in no way interested in the
14    outcome of this matter.
15           IN WITNESS WHEREOF, I have
16    hereunto set my hand this 20th day of
17    October, 2024.
18
19
20
21
22    [signature: Erica Ruggieri]
23       ERICA L. RUGGIERI, RPR, CSR, CLR
24
25
```

Page 402