# EXHIBIT G

CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5   ---------------------------------x
 6   RICHARD KADREY, et al.,
 7           Individual and
 8           Representative Plaintiffs,
 9       vs.                              Case No.
10   META PLATFORMS, INC., a              3:23-cv-03417-VC
11   Delaware corporation,
12           Defendant.
13   ---------------------------------x
14
15          C O N F I D E N T I A L
16
17          VIDEOTAPED DEPOSITION OF
18             CHRISTOPHER GOLDEN
19            Boston, Massachusetts
20
21   Reported by:
22   MaryJo O'Connor, RDR, RMR
23   Job No:  6917590
24
25   PAGES 1 - 407
```

Page 1

```
 1   concept of your art having an impact on              11:15:14
 2   society.  Where does that rank for you in terms      11:15:16
 3   of importance?                                       11:15:20
 4             MR. ZIRPOLI:  Object to the form           11:15:22
 5        of the question.                                11:15:23
 6        A.   I take seriously the concepts of           11:15:23
 7   good and evil.  And to that end, I want to           11:15:43
 8   entertain people, but hopefully do it in a way       11:15:50
 9   that is communicating the ideas of what good         11:15:54
10   and evil are.                                        11:15:59
11        Q.   Do you believe that your writings          11:16:00
12   espouse that view; that you want to write about      11:16:05
13   concepts of good and evil?                           11:16:10
14        A.   I would think so.                          11:16:12
15        Q.   Do you believe that in so doing,           11:16:13
16   you are impacting society?                           11:16:16
17        A.   I have no idea.                            11:16:18
18        Q.   When you wrote Snowblind, Ararat,          11:16:20
19   Dead Ringers and The Pandora Room, did you           11:16:29
20   think that any of them would be used to teach        11:16:33
21   language to an AI Large Language Model?              11:16:36
22        A.   Certainly not.                             11:16:40
23        Q.   Didn't cross your mind?                    11:16:40
24        A.   No.                                        11:16:43
25        Q.   That certainly wasn't a motivation         11:16:43
```

Page 129

```
1    for you writing the books?                         11:16:45
2         A.    Certainly not.                          11:16:46
3         Q.    I didn't ask you this.  Are any of      11:16:48
4    the books that you've published adaptations of    11:16:53
5    earlier books?                                     11:16:59
6         A.    No.  But I had the basic concept       11:17:00
7    of The Pandora Room was developed at a time       11:17:10
8    when I was going to do it as a Hellboy novel.     11:17:13
9    Hellboy, being a comic book series created and    11:17:17
10   own by my friend and collaborator Mike Mignola.   11:17:22
11   Didn't end up writing it that way.                11:17:26
12            Eventually I was asked to do a           11:17:30
13   short story for an anthology called, I think,    11:17:32
14   The Library of the Dead.  And I wrote a short    11:17:37
15   story with my friend Tim Levin called Fault      11:17:41
16   Lines that does include the same concept of the  11:17:45
17   two jars.  I think that's what we did.           11:17:50
18            When it came time to do The             11:17:56
19   Pandora Room, I relied on my original pitch for  11:17:57
20   the idea that I was going to originally do as a  11:18:02
21   Hellboy novel.  And that's the story of that.    11:18:05
22        Q.    Had you assigned your rights to        11:18:12
23   the earlier treatment that involved the two      11:18:14
24   jars to anybody else?                             11:18:17
25        A.    No.                                    11:18:18
```

Page 130

```
 1                  C E R T I F I C A T E
 2
 3             I, MaryJo O'Connor, a Notary Public
 4      in and for the Commonwealth of
 5      Massachusetts, do hereby certify:
 6             That CHRISTOPHER GOLDEN, the
 7      witness whose testimony is hereinbefore set
 8      forth, was duly sworn by me and that such
 9      testimony is a true and accurate record of
10      my stenotype notes taken in the foregoing
11      matter to the best of my knowledge, skill
12      and ability.
13             IN WITNESS WHEREOF, I have hereunto
14      set my hand and Notarial Seal this 30th day
15      of September 2024.
16
17
18             [signature: MaryJo O'Connor]
19
20      MARYJO O'CONNOR, RDR/RMR
21      Notary Public
22
23
24      My Commission expires:
25      September 12, 2025
```

Page 403

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4    RICHARD KADREY, ET AL   )
 5       Plaintiffs           )Case No.: 3:23-cv-03417-VC
 6            Vs.             )
 7    META PLATFORMS, INC.,   )
 8    A Delaware Corporation  )
 9       Defendant            )
10                -------------------
11
12            Deposition of LAURA LIPPMAN, was taken
13    via videotape on Tuesday, September 17, 2024,
14    commencing at 9:32 a.m., at Kramon & Graham, P.A.,
15    750 East Pratt Street, Suite 1100, Baltimore,
16    Maryland, before MICHELE D. LAMBIE, Notary Public.
17                -------------------
18
19
20    Reported By:
21            Michele D. Lambie, CSR-RPR
```

Page 1

| | | |
|---|---|---|
| 1 | that has yet to be established, because when | 05:59:53 |
| 2 | copyrighted work is taken without permission or | 05:59:58 |
| 3 | compensation, we don't know yet what the market is. | 06:00:01 |
| 4 | I mean ... | 06:00:06 |
| 5 | BY MS. DUNNING: | 06:00:09 |
| 6 |     Q.   When you wrote your six books, did you | 06:00:09 |
| 7 | have any intention of licensing those books to | 06:00:15 |
| 8 | anyone for AI training? | 06:00:20 |
| 9 |         MR. SWEATMAN:  Object to form. | 06:00:22 |
| 10 |         THE WITNESS:  The six books in the class | 06:00:23 |
| 11 | were written before I knew that AI training | 06:00:30 |
| 12 | existed. | 06:00:32 |
| 13 | BY MS. DUNNING: | 06:00:33 |
| 14 |     Q.   Okay.  And so when you wrote those books, | 06:00:33 |
| 15 | was one of the purposes in writing them so that | 06:00:37 |
| 16 | they could be used to train a generative artificial | 06:00:41 |
| 17 | intelligence model? | 06:00:45 |
| 18 |     A.   I don't -- | 06:00:47 |
| 19 |         MR. SWEATMAN:  Object to form. | 06:00:47 |
| 20 |         THE WITNESS:  I don't see how I could | 06:00:47 |
| 21 | have the intention to do something that wasn't yet | 06:00:49 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1    possible according to my knowledge.                  06:00:51
2    BY MS. DUNNING:                                      06:00:53
3        Q.   Okay.  So you did not have that intention   06:00:53
4    at the time you wrote the books?                     06:00:55
5             MR. SWEATMAN:  Object to form.              06:00:58
6             THE WITNESS:  That was not my intention.    06:00:58
7    BY MS. DUNNING:                                      06:01:01
8        Q.   And it was not your purpose in              06:01:01
9    writing -- let me ask it again.                      06:01:06
10            It wasn't a purpose in your writing those   06:01:08
11   six books that they be used to train an AI model,    06:01:13
12   right?                                               06:01:18
13            MR. SWEATMAN:  Object to form.              06:01:18
14            THE WITNESS:  That was not my intent or     06:01:19
15   my purpose.                                          06:01:22
16   BY MS. DUNNING:                                      06:01:22
17       Q.   You've already testified that you           06:01:22
18   personally, to the best of your knowledge, have not  06:01:34
19   used any Meta LLM, correct?                          06:01:37
20       A.   To the best of my knowledge, I have not.    06:01:41
21            MR. SWEATMAN:  Object to form.              06:01:44
```

Page 335

```
 1   State of Maryland
 2   County of Baltimore, to wit:
 3            I, Michele D. Lambie, a Notary Public of
 4   the State of Maryland, County of Baltimore, do
 5   hereby certify that the within-named witness
 6   personally appeared before me at the time and place
 7   herein set out, and after having been duly sworn by
 8   me, according to law, was examined by counsel.
 9            I further certify that the examination
10   was recorded stenographically by me and this
11   transcript is a true record of the proceedings.
12            I further certify that I am not of
13   counsel to any of the parties, nor related to any
14   of the parties, nor in any way interested in the
15   outcome of this action.
16            As witness my hand and notarial seal this
17   2nd day of October 2024.
18
19   *Michele D Lambie* (signature)
20
21
```

Page 344

CONFIDENTIAL

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4    - - - - - - - - - - - - - -+
 5   RICHARD KADREY, et al,       |
 6             Plaintiffs,        | Case Number:
 7      vs.                       | 3:23-cv-03417-VC
 8   META PLATFORMS, INC., a      |
 9   Delaware corporation,        |
10             Defendant.         |
11    - - - - - - - - - - - - - -+
12
13
14          Confidential Videotaped Deposition of
15                 RACHEL LOUISE SNYDER
16             Wednesday, December 11, 2024
17                    at 9:42 a.m.
18                 in Washington, D.C.
19
20
21   Reported by:
22   Laurie Donovan, RPR, CRR, CLR
23   JOB 7030288
24
25   PAGES 1 - 285

                                                  Page 1
```

```
 1    it was designed to be helpful, is, is that not a, a
 2    purpose and use case that could support the learning
 3    and development that you try to foster in your
 4    students?
 5         A    That scenario that you described is so far
 6    from the realm of any high school student that I know,
 7    like they're not going, oh, AI, okay, thank you, this
 8    is a really good introduction.  I'm going to go walk
 9    and do my research now.  Like they don't do that.
10              What they do is they say, hey, you know
11    what?  I want to go to the Taylor Swift concert.  I
12    got to get this paper off my desk as soon as possible,
13    and they, you know, they have the lowest input, even
14    the really good students.  Like I'm not just talking
15    about the losers like I was in high school.
16              I mean students who are getting As and Bs
17    and mostly As are using AI, and they're using it
18    across the board.  They're not using it as like a step
19    into deeper research.  Like maybe grad students do
20    that, maybe, but even grad students, I would bet, who
21    are like under the gun or under pressure are -- you
22    know, they're just -- it's just tempting to take a
23    shortcut, and easy.
24         Q    When you wrote No Visible Bruises, did you
25    ever think it would be used to teach language to an AI
```

Page 158

```
 1    model?
 2         A    AI hadn't even been invented, so far as I'm
 3    aware.  No.  I certainly never thought that, no.
 4         Q    So write -- you did not write No Visible
 5    Bruises so that it could be used to teach an AI model,
 6    right?
 7         A    No.
 8         Q    That wasn't any part of the motivation for
 9    you to write your book?
10         A    No.
11         Q    Would you say you have a loyal fan base?
12         A    No.
13         Q    Are there people, given your journalism over
14    the years, that you believe, you know, trust and
15    respect your writing as a source of, you know,
16    well-researched, you know, truth?
17         A    I hope so.  I mean maybe.  I don't know.
18              MS. DUNNING:  We've been going about an
19         hour.  Should we take just a five-minute break?
20              MR. RATHUR:  I'm okay to keep going, but
21         I'll defer to Rachel.
22              MS. DUNNING:  I want to make sure our court
23         reporter doesn't need a break.
24              THE REPORTER:  I need a little break.
25              MR. RATHUR:  We can go off the record.
```

```
 1     CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC
 2
 3          I, Laurie Donovan, Registered Professional
 4     Reporter, Certified Realtime Reporter, and notary
 5     public for the District of Columbia, the officer
 6     before whom the foregoing deposition was taken,
 7     do hereby certify that the foregoing transcript
 8     is a true and correct record of the testimony
 9     given; that said testimony was taken by me
10     stenographically and thereafter reduced to
11     typewriting under my supervision; and that I am
12     neither counsel for, related to, nor employed by
13     any of the parties to this case and have no
14     interest, financial or otherwise, in its outcome.
15          IN WITNESS WHEREOF, I have hereunto set my
16     hand and affixed my notarial seal this 24th day
17     of December 2024.
18
19     My commission expires:  July 14, 2027
20
21
22     _____
23        LAURIE DONOVAN
24        NOTARY PUBLIC IN AND FOR
25        THE DISTRICT OF COLUMBIA
```