# EXHIBIT H

```
 1           IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4    RICHARD KADREY, ET AL   )
 5        Plaintiffs          )Case No.: 3:23-cv-03417-VC
 6            Vs.             )
 7    META PLATFORMS, INC.,   )
 8    A Delaware Corporation  )
 9        Defendant           )
10               --------------------
11
12           Deposition of LAURA LIPPMAN, was taken
13    via videotape on Tuesday, September 17, 2024,
14    commencing at 9:32 a.m., at Kramon & Graham, P.A.,
15    750 East Pratt Street, Suite 1100, Baltimore,
16    Maryland, before MICHELE D. LAMBIE, Notary Public.
17               --------------------
18
19
20    Reported By:
21             Michele D. Lambie, CSR-RPR
```

Page 1

| | | |
|---|---|---|
| 1 | offered my work for AI training. | 05:49:09 |
| 2 | BY MS. DUNNING: | 05:49:11 |
| 3 |     Q.   To the best of your understanding, does | 05:49:11 |
| 4 | your publisher have the authority on your behalf to | 05:49:15 |
| 5 | license any of your six books to third parties for | 05:49:22 |
| 6 | AI training? | 05:49:26 |
| 7 |         MR. SWEATMAN:  Object to form. | 05:49:27 |
| 8 |         THE WITNESS:  It is my belief, to the | 05:49:28 |
| 9 | best of my knowledge, they don't have the right to | 05:49:32 |
| 10 | do that. | 05:49:33 |
| 11 | BY MS. DUNNING: | 05:49:35 |
| 12 |     Q.   Is it your understanding that your | 05:49:35 |
| 13 | publisher, HarperCollins, has the authority on your | 05:49:40 |
| 14 | behalf to license your six at-issue works to third | 05:49:44 |
| 15 | parties for any other use? | 05:49:51 |
| 16 |         MR. SWEATMAN:  Objection to form. | 05:49:52 |
| 17 |         THE WITNESS:  I don't think they do. | 05:49:54 |
| 18 | BY MS. DUNNING: | 05:49:58 |
| 19 |     Q.   ==Are you willing to allow a third party to== | 05:49:58 |
| 20 | ==use any of your six at-issue books for the purpose== | 05:50:10 |
| 21 | ==of training an AI large language model for a fee?== | 05:50:15 |

Page 326

| | | |
|---|---|---|
| 1 | MR. SWEATMAN: Objection to form. | 05:50:21 |
| 2 | THE WITNESS: At this moment in time, I | 05:50:22 |
| 3 | don't have enough information to answer that. | 05:50:26 |
| 4 | BY MS. DUNNING: | 05:50:27 |
| 5 | Q. Is there any dollar amount you would | 05:50:27 |
| 6 | accept for allowing an AI developer to make a copy | 05:50:41 |
| 7 | of one of your at-issue books for training an AI | 05:50:48 |
| 8 | model? | 05:50:52 |
| 9 | MR. SWEATMAN: Object to form. | 05:50:53 |
| 10 | THE WITNESS: There's so much I still | 05:50:53 |
| 11 | don't know about AI and where it's headed and what | 05:50:59 |
| 12 | the outcomes might be that I can't think about | 05:51:04 |
| 13 | dollar amounts at this moment in time. I need to | 05:51:10 |
| 14 | know more about AI. | 05:51:12 |
| 15 | BY MS. DUNNING: | 05:51:13 |
| 16 | Q. Can you describe any scenario in which | 05:51:13 |
| 17 | you'd be willing to allow an AI developer to train | 05:51:17 |
| 18 | on one of your six at-issue books? | 05:51:22 |
| 19 | MR. SWEATMAN: Objection to form. | 05:51:25 |
| 20 | THE WITNESS: At this point in time, I | 05:51:26 |
| 21 | cannot. | 05:51:28 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1  State of Maryland
 2  County of Baltimore, to wit:
 3          I, Michele D. Lambie, a Notary Public of
 4  the State of Maryland, County of Baltimore, do
 5  hereby certify that the within-named witness
 6  personally appeared before me at the time and place
 7  herein set out, and after having been duly sworn by
 8  me, according to law, was examined by counsel.
 9          I further certify that the examination
10  was recorded stenographically by me and this
11  transcript is a true record of the proceedings.
12          I further certify that I am not of
13  counsel to any of the parties, nor related to any
14  of the parties, nor in any way interested in the
15  outcome of this action.
16          As witness my hand and notarial seal this
17  2nd day of October 2024.
18
19  [signature: Michele D Lambie]
20
21
```

Page 344

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5    RICHARD KADREY, et al.,                 )
 6              Individual and                )
 7           Representative Plaintiffs,)
 8            vs.                             )Case No.
 9    META PLATFORMS, INC., a                 )3:23-cv-03417-VC
10    Delaware corporation,                   )
11              Defendant.                    )
12    _____)
13
14              C O N F I D E N T I A L
15
16       VIDEOTAPED DEPOSITION OF SARAH SILVERMAN
17                Los Angeles, California
18              Thursday, October 10, 2024
19                      VOLUME I
20
21    Stenographically Reported by:
22    RENEE D. ZEPEZAUER, RPR, CRR, CSR No. 6275
23    JOB No. 6944934
24
25    PAGES 1 - 330
```

Page 1

```
 1   BY MS. DUNNING:                                          05:56:33
 2       Q    Under what circumstances would you agree to
 3   license your book to be used as AI training material?
 4            MR. ZIRPOLI:  Object to the form of the
 5   question.                                                05:56:42
 6            THE WITNESS:  I don't know.  But it would have
 7   to be legal, and it would have to be money and it would
 8   have to be a deal.  It would have to be properly
 9   licensed and negotiated, and I'm not throwing out what
10   that would be.  That's for the person who wants to       05:56:58
11   license it to do.
12   BY MS. DUNNING:
13       Q    Can you identify any terms as you sit here
14   today on which you'd be willing to license your book to
15   be used by Meta for training material?                   05:57:12
16            MR. ZIRPOLI:  Object to the form of the
17   question.
18            THE WITNESS:  I would imagine a giant sum of
19   money.
20   BY MS. DUNNING:                                          05:57:22
21       Q    As far as you're aware, nobody acting on your
22   behalf has given permission to use THE BEDWETTER book
23   for AI training material; right?
24       A    That's correct.
25       Q    Okay.                                           05:57:37
```

Page 302

```
 1              I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby certify:
 3              That the foregoing proceedings were taken
 4    before me at the time and place herein set forth; that any
 5    witnesses in the foregoing proceedings, prior to
 6    testifying, were administered an oath; that a record of
 7    the proceedings was made by me using machine shorthand
 8    which was thereafter transcribed under my direction; that
 9    the foregoing transcript is a true record of the testimony
10    given; that if the foregoing proceedings were reported
11    stenographically remote from the witness and parties, the
12    transcript of the proceedings reflects the record that I
13    could hear and understand to the best of my ability.
14              Further, that if the foregoing pertains to
15    the original transcript of a deposition in a Federal
16    Case, before completion of the proceedings, review of
17    the transcript [ X ] was [  ] was not requested.
18              I further certify I am neither financially
19    interested in the action nor a relative or employee of any
20    attorney or any party to this action.
21              IN WITNESS WHEREOF, I have this date
22    subscribed my name this 24th day of October, 2024.
23
                    _____
24                  RENEE DiMENNO ZEPEZAUER
25                  CSR #6275, RPR, CRR
```

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
 3
 4   RICHARD KADREY, et al.,              )
                                          )
 5          Plaintiffs,                   )
                                          )
 6   v.                                   )
                                          )
 7   META PLATFORMS, INC., a Delaware     )
     corporation,                         )
 8                                        )
              Defendant.                  )
 9   _____)
10
11          CONFIDENTIAL ATTORNEYS' EYES ONLY
12
13      Videotaped Deposition of LYSA TERKEURST
14             Charlotte, North Carolina
15                September 23, 2024
16                 9:51 a.m. Eastern
17
18
19
20
21
22
23   Reported by:  Karen K. Kidwell, RMR, CRR
24   Job No. 6922752
25
```

Page 1

CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A. I would like for them to get permission | 05:32:02 |
| 2 | for books and allow the -- if books are going to be | 05:32:07 |
| 3 | used to train LLaMA, then I would like for them to | 05:32:14 |
| 4 | give the authors a choice to exercise their copyright | 05:32:16 |
| 5 | or not. I would like for them to go about it | 05:32:20 |
| 6 | properly and give authors a choice to license or not | 05:32:23 |
| 7 | license. I would like for them to give authors a | 05:32:28 |
| 8 | choice about compensation. I would just -- I | 05:32:35 |
| 9 | would -- I would like to know that copyrights are | 05:32:41 |
| 10 | being respected. | 05:32:48 |
| 11 | Q. Given your view about the threat that | 05:32:51 |
| 12 | generative AI poses to authors, what's the likelihood | 05:32:53 |
| 13 | you would agree to have your works be part of a | 05:33:03 |
| 14 | training set, even with consent and payment? | 05:33:06 |
| 15 | MR. ULWICK: Object to form. | 05:33:09 |
| 16 | THE WITNESS: Again, I would like to be | 05:33:19 |
| 17 | given the choice. I would like to know the | 05:33:20 |
| 18 | context of everything. But at this very moment, | 05:33:22 |
| 19 | I would not like my books to be used. | 05:33:24 |
| 20 | BY MS. HARTNETT: | |
| 21 | Q. Just a minute. | 05:33:34 |
| 22 | Just one more follow-up on the copyright | 05:34:01 |
| 23 | registration issue: Do you know what a deposit copy | 05:34:03 |
| 24 | is of a copyrighted work? | 05:34:06 |
| 25 | A. No. | 05:34:08 |

Page 243

```
1   STATE OF NORTH CAROLINA
    COUNTY OF MECKLENBURG
2
3              I, Karen K. Kidwell, RMR, CRR, in and for
4   the State of North Carolina, do hereby certify that
5   there came before me on Monday, September 23, 2024, the
6   person hereinbefore named, who was by me duly sworn to
7   testify to the truth and nothing but the truth of her
8   knowledge concerning the matters in controversy in this
9   cause; that the witness was thereupon examined under
10  oath, the examination was stenographically reported and
11  reduced to typewriting under my direction, and the
12  deposition is a true record of the testimony given by
13  the witness.
14             I further certify that I am neither attorney
15  or counsel for, nor related to or employed by, any
16  attorney or counsel employed by the parties hereto or
17  financially interested in the action.
18             This the 24th day of September, 2024.
19
20             [Signature: Karen K. Kidwell]
21
                         Karen K. Kidwell, RMR, CRR
22                       Notary Public #19971050142
23
24
25
```