# EXHIBIT I

1          HIGHLY CONFIDENTIAL PURSUANT TO PO
2            UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
3             SAN FRANCISCO DIVISION
            CASE NO. 3:23-cv-03417-VC
4

     RICHARD KADREY, et al.,            :
5        Individual and Representative :
         Plaintiff,                     :
6                                       :
                     v.                 :
7                                       :
     META PLATFORMS, INC., a Delaware :
8    Corporation,                       :
         Defendant.                     :
9    -------------------------------- x
10
11          VIDEOTAPE DEPOSITION OF:
12              TA-NEHSI COATES
13            NEW YORK, NEW YORK
14         THURSDAY, NOVEMBER 21, 2024
15
16
17
18
19
20
21
22
23
24   REPORTED BY:
     SILVIA P. WAGE, CCR, CRR, RPR
25   JOB NO. 6985779

                                    Page 1

HIGHLY CONFIDENTIAL

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO
 2              THE WITNESS:  Oh, sorry.
 3        A.    No, I don't.                    15:40:53
 4        Q.    Okay.  And as is the case       15:40:56
 5    with chats, Mr. Coates, I would like to   15:40:59
 6    confirm.                                  15:41:02
 7        The chats in blue are from you?       15:41:02
 8        A.    Yes, they are.                  15:41:06
 9        Q.    Okay.  Who posted the Axios     15:41:07
10    article on "weight-loss drugs could       15:41:10
11    become a test case for AI"?               15:41:13
12        A.    I did.                          15:41:14
13        Q.    And then you told your group,   15:41:15
14    "this will end well"?                     15:41:17
15        A.    Yes, I was being sarcastic.     15:41:19
16        Q.    Okay.  And then you and         15:41:22
17    Ricardo have a back and forth you say,    15:41:30
18    "They are so clearly selling."            15:41:32
19        A.    Yes.                            15:41:34
20        Q.    What did you mean by that?      15:41:34
21        A.    Oh, so he -- Ricardo -- one     15:41:39
22    of our general conversations is that the  15:41:42
23    term AI -- Rick, I think, very astutely   15:41:44
24    often says that he wants to know what the 15:41:49
25    specific technology is and that "AI" is   15:41:51
```

Page 280

HIGHLY CONFIDENTIAL

```
  1        HIGHLY CONFIDENTIAL PURSUANT TO PO
  2     kind of used as a title for all sorts of      15:41:53
  3     things.                                        15:41:55
  4         And so I saw this -- and he says,          15:41:56
  5     "I'm really getting to the point where         15:41:58
  6     every time I see an article with 'AI' in       15:42:00
  7     it, I shrug my shoulder and hang my head       15:42:02
  8     a bit."  And this one from someone,            15:42:05
  9     actually, interested in the field.             15:42:05
 10         And I wrote, "They're so clearly           15:42:08
 11     selling."                                      15:42:09
 12         And what I meant by that was that          15:42:09
 13     AI is kind of used as a branding.  It's        15:42:11
 14     not clear what the technology is that          15:42:13
 15     they're, actually, talking about.              15:42:15
 16         And then he follows up, "And               15:42:18
 17     feeding the speculative bubble."               15:42:19
 18         It's the idea that AI is, at least,        15:42:21
 19     in our opinion often used as a kind of         15:42:23
 20     branding tool, not a reference to a            15:42:26
 21     particular technology.                         15:42:28
 22         Q.    But, with respect to Meta,           15:42:31
 23     you understand that AI is not a "branding      15:42:32
 24     tool," it's an actual technology?              15:42:35
 25         A.    I understand it as a reference       15:42:36
```

Page 281

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO
 2             MR. RATHUR:  Same objection.    15:50:43
 3        A.    Yeah.  I don't know.  Because   15:50:43
 4    one of my great frustrations is I don't   15:50:44
 5    really have paucity, because I'm a         15:50:47
 6    professional writer.  I don't have the     15:50:49
 7    capacity to stay in contact with, you      15:50:51
 8    know -- I've sent, you know, quite a few   15:50:52
 9    off to, for instance, graduate programs.   15:50:54
10    I get to, you know, obtain MFAs but you    15:50:56
11    generally lose contact after that.         15:50:59
12        Q.    Right.  Are you able to          15:51:01
13    identify any one of your former students   15:51:02
14    that have gone on to make a living from    15:51:05
15    writing and writing alone?                 15:51:07
16        A.    Not off the top, no.            15:51:08
17        Q.    Okay.  So back to the text.     15:51:11
18        A.    Yeah.                           15:51:13
19        Q.    Mr. Gutierrez responds to       15:51:17
20    your post by saying, "On the positive     15:51:19
21    side, for the artist" --                   15:51:21
22        A.    Sorry.  Yes, I am.  Sorry.      15:51:22
23    Gabby Duvall, she actually got a deal      15:51:24
24    through my agent, actually.  She was my    15:51:27
25    student when I was at NYU.  She's writing  15:51:29
```

Page 291

```
 1         HIGHLY CONFIDENTIAL PURSUANT TO PO
 2    a book right now.                        15:51:30
 3         Q.    Other than Gabby Duvall --    15:51:30
 4         A.    Duvall.                        15:51:33
 5         Q.    -- any others come to mind?   15:51:34
 6         A.    I'm sure there are more.  I   15:51:35
 7    teach on average -- I have taught on     15:51:37
 8    average like 50 kids a semester.         15:51:39
 9         Q.    And you've been teaching for? 15:51:41
10         A.    Yeah, yeah, yeah.  But she's  15:51:42
11    the one who is most present who I        15:51:44
12    remember.                                15:51:46
13         Q.    Okay.  Alright.  Let's go     15:51:46
14    back to the chat thread.                 15:51:48
15         After you post about Colin          15:51:50
16    Kaepernick, Mr. Gutierrez says, "On the  15:51:53
17    positive side for the artist, 4 million  15:51:55
18    will barely move the needle for what he's 15:51:58
19    saying he wants to do.  So maybe fail to  15:52:01
20    launch."                                  15:52:03
21         A.    Yes.                           15:52:04
22         Q.    And then the rest, the next   15:52:04
23    two posts are yours, right?              15:52:07
24         A.    Yes.                           15:52:09
25         Q.    And can you read the second   15:52:09
```

Page 292

```
  1        HIGHLY CONFIDENTIAL PURSUANT TO PO
  2     one?                                    15:52:11
  3          A.    It looks like -- oh, I'm     15:52:12
  4     sorry the second one.  "Users interact  15:52:13
  5     with the chat bot to create a character"  15:52:15
  6     --
  7              THE STENOGRAPHER:  Can you
  8          just read a little slower.
  9              THE WITNESS:  Oh, I'm so
 10          sorry.  Forgive me.
 11              THE STENOGRAPHER:  That's
 12          okay.  That's okay.  Go ahead.     15:52:21
 13          A.    "Users interact with a chatbot  15:52:21
 14     to create a character, flesh out their  15:52:26
 15     back story and traits and build a       15:52:29
 16     narrative.  Then they use an image      15:52:31
 17     generation tool to illustrate the       15:52:33
 18     character and their journey.  'You can go  15:52:36
 19     back and forth with your AI companion and  15:52:37
 20     test ideas.  'I want to change the      15:52:40
 21     ending' or 'I want it to be more comedic  15:52:42
 22     or dramatic,' he says."                 15:52:46
 23          Q.    And then at the bottom of the  15:52:50
 24     page, you quote what Kaepernick hopes the  15:52:51
 25     platform will do.                       15:52:57
```

                                        Page 293

HIGHLY CONFIDENTIAL

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO
 2        A.      Hmm.   Would you like me to          15:52:58
 3    read it?                                         15:53:00
 4        Q.      Sure.                                15:53:00
 5        A.      "Kaepernick hopes that the           15:53:01
 6    platform will appeal to aspiring creators        15:53:03
 7    with gaps in their skill sets.   Whether         15:53:06
 8    that means athletes who have a story and         15:53:07
 9    an audience but lack illustrating chops          15:53:10
10    or content creators who are having               15:53:12
11    trouble monetizing their work."                  15:53:14
12        Q.      And then you go on to say            15:53:16
13    this reflects your view; in other words          15:53:18
14    people, who have not studied writing or          15:53:20
15    art?                                             15:53:22
16        A.      Yeah.                                15:53:22
17        Q.      And that upsets you?                 15:53:23
18        A.      Yeah.                                15:53:24
19            MR. RATHUR:   Objection to               15:53:25
20        form.                                        15:53:27
21        A.      Yes, it does upset me.               15:53:27
22        Q.      If someone is a full-time            15:53:29
23    athlete and doesn't have time to take a          15:53:31
24    writing class or wants to tell their             15:53:32
25    story, you object to this being the              15:53:34
```

Page 294

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO
 2    method that they do so?                 15:53:35
 3         A.    I do, I do.  And I object    15:53:36
 4    because there are methods and one of    15:53:39
 5    those methods -- weirdly enough Colin was 15:53:41
 6    engaged to do, in fact -- is that you   15:53:45
 7    work with a writer.  There are always to 15:53:46
 8    tell your story.  Those things do not   15:53:48
 9    lack.                                   15:53:51
10         But I think attempting to shortcut 15:53:51
11    that process and, actually, shortcutting 15:53:53
12    maybe paying for it is something I object 15:53:56
13    to.                                     15:53:59
14         Q.    And then Ricardo responds,   15:54:00
15    "You're asking for details.  The hand   15:54:02
16    waving is all the details you need."    15:54:04
17         A.    Yes, because I think the     15:54:06
18    other part of this is that we probably  15:54:07
19    were sceptical of the whole endeavor.   15:54:09
20         And I think -- and I don't have the 15:54:12
21    sort of expertise, but I believe Rick was 15:54:13
22    skeptical that the amount of money would 15:54:16
23    actually do the thing that he was       15:54:16
24    claiming it would do.                   15:54:18
25         Q.    Have you done any follow-up  15:54:18
```

Page 295

HIGHLY CONFIDENTIAL

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO
 2    research on the venture since you posted      15:54:21
 3    this in July?                                 15:54:25
 4        A.    I haven't.  I haven't but I         15:54:25
 5    should.                                       15:54:27
 6        Q.    And then you post that the          15:54:28
 7    final message in this chat on page COATES     15:54:34
 8    432.  Go ahead and read that.                 15:54:38
 9        A.    "When asked about how the           15:54:41
10    company might deal with works that are        15:54:42
11    created on Lumi but alleged to have           15:54:44
12    infringed on preexisting copyrights,          15:54:47
13    Kaepernick responded, 'We're going to         15:54:49
14    build on the foundational models and          15:54:51
15    we're going to let the legislatures and       15:54:53
16    everybody figure out what the law and         15:54:55
17    parameters are going to be.'"                 15:54:57
18        I found that very disappointing.          15:54:59
19        Q.    Why?                                15:55:02
20        A.    It reflected a lack of              15:55:05
21    curiosity, as far as I was concerned.  It     15:55:07
22    reflected an -- and I guess I found it        15:55:12
23    disappointing from someone who had been       15:55:15
24    lauded in part by people like me for his      15:55:20
25    courage.  It lacked -- the idea that he       15:55:23
```

Page 296

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO
 2     would not engage in morally himself, that     15:55:30
 3     he would not -- if he had an argument pro      15:55:33
 4     this that he would not, you know, say          15:55:35
 5     this is my argument for why we should be       15:55:37
 6     able to do this, that he would just leave      15:55:39
 7     it to people whose legitimately, in fact,      15:55:41
 8     he's often questioned throughout his, you      15:55:45
 9     know, career, his activism.  That was         15:55:47
10     disappointing.                                15:55:48
11         I should add, to be honest with you       15:55:49
12     too, Colin has had his share of               15:55:51
13     interactions with writers.  Me being one      15:55:54
14     of them, in fact, and other writers I         15:55:58
15     know.  And it's just disappointing that,      15:55:59
16     you know, he wouldn't have some sort of       15:56:02
17     conversation.                                 15:56:05
18         Q.    Did you do any writing for or       15:56:05
19     about Colin?                                  15:56:07
20         A.    About?  It's possible I did        15:56:08
21     some writing about him when I was still       15:56:10
22     at The Atlantic.  Although I don't know       15:56:12
23     the dates line up.  But, no, I never did      15:56:15
24     any writing for him.                          15:56:17
25         Q.    Who is thumb down was this?         15:56:18
```

Page 297

```
 1          HIGHLY CONFIDENTIAL PURSUANT TO PO

 2          A.    I can't remember.             15:56:20

 3          Q.    I'm referring to the thumbs    15:56:21

 4     down in response to your post.            15:56:23

 5          A.    Yeah, I'm not sure who that    15:56:25

 6     was.                                      15:56:27

 7          Q.    And did the conversation end   15:56:27

 8     with your post?                           15:56:28

 9          A.    That did.  And it looks like   15:56:29

10     two thumbs down, so it was two people.    15:56:30

11               (Deposition Exhibit 526,        15:56:59

12          text message thread COATES000433     15:56:59

13          to COATES000455 marked Confidential, 15:56:59

14          was marked for identification.)      15:57:00

15          Q.    I'm going to hand you what's    15:57:00

16     been marked Exhibit 526.  This is another 15:57:02

17     text chat.                                15:57:04

18          A.    Yeah.                          15:57:08

19          Q.    This is a text chain that you   15:57:21

20     printed off from your iPhone?             15:57:23

21          A.    Yes.                           15:57:25

22          Q.    And your messages are in blue? 15:57:27

23          A.    Yes.                           15:57:29

24          Q.    And the individuals you're     15:57:30

25     texting include Adam Serwer and Eve Ewing 15:57:33
```

Page 298

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO

 2        Q.    Did she say how she knew        16:54:32

 3   Mr. Clobes?                                 16:54:35

 4        A.    She did not.                     16:54:35

 5        Q.    Did you vet him before you       16:54:36

 6   hired him?                                  16:54:38

 7        A.    I did not.  Ayelet used to be    16:54:38

 8   a lawyer and is a graduate of Harvard Law   16:54:41

 9   School.  So I had faith in her.             16:54:44

10        Q.    Okay.                            16:54:46

11              (Deposition Exhibit 529,         16:55:05

12         text message thread COATES000456      16:55:05

13         to COATES000458 marked Confidential,  16:55:05

14         was marked for identification.)       16:55:05

15        Q.    I'm handing you what's been      16:55:05

16   marked Exhibit 529.                         16:55:08

17        A.    Okay.                            16:55:09

18        Q.    Can you identify this for the    16:55:12

19   record.                                     16:55:14

20        A.    This is me talking to Eve, I     16:55:21

21   believe.  Yes, this is me talking to Eve    16:55:24

22   about Kaepernick and his effort.            16:55:27

23        Q.    This happened around the same    16:55:32

24   time as the other thread that we looked     16:55:33

25   at?                                         16:55:35
```

Page 318

```
 1          HIGHLY CONFIDENTIAL PURSUANT TO PO
 2          A.    It did.  And, as I was         16:55:35
 3     mentioning before, both of us had kind of  16:55:38
 4     -- Eve has, actually, worked with him.     16:55:40
 5     She's actually done some work with him.     16:55:42
 6     But we both know him rather informally.     16:55:44
 7     So I was upset.                             16:55:47
 8          Q.    I think that this is out of     16:55:48
 9     order.  Although I printed it in the same  16:55:50
10     order that it was produced.  You'll see    16:55:53
11     it starts at Coates 456 and then it        16:55:54
12     continues to 457.                          16:55:57
13          But if you turn to 457 --             16:55:58
14          A.    Right.                          16:56:01
15          Q.    -- it looks like that's the     16:56:02
16     beginning of the thread; isn't it?         16:56:04
17          A.    Right.  Yes.                    16:56:06
18          Q.    Or -- okay.                     16:56:10
19          A.    "I'm thinking I should call     16:56:13
20     Colin."  I think that's the beginning.     16:56:15
21          Q.    That's from you?                16:56:16
22          A.    Yes.                            16:56:17
23          Q.    And you say, "This is very      16:56:18
24     bad"?                                      16:56:19
25          A.    Yes.                            16:56:19
```

Page 319

HIGHLY CONFIDENTIAL

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO

 2        Q.    She writes, "He's not going     16:56:20

 3    to listen"?                               16:56:22

 4        A.    Right.                           16:56:22

 5        Q.    And then you say?               16:56:23

 6        A.    "This ain't that.  This S is    16:56:25

 7    F'ed up.  He's hustling people."          16:56:29

 8        She says, "It's extremely stupid.     16:56:30

 9    I mean, call him."                        16:56:33

10        Q.    And you go on to say?           16:56:34

11        A.    "I talked to search Sev         16:56:35

12    Ohinian about this pre-AI.  It was a dumb 16:56:37

13    idea then."                               16:56:39

14        They had -- I think I was saying,     16:56:41

15    they had no business.  They had no        16:56:43

16    business.                                 16:56:45

17        "AI now gives them the appearance"    16:56:46

18    -- "'AI' now gives them the appearance of 16:56:48

19    business."                                16:56:51

20        Q.    And then going back to the      16:56:51

21    first page, we can see how that continued? 16:56:53

22        A.    Yes.                            16:56:55

23        Q.    And then you said, "He's using  16:56:55

24    his protest image to hustle"?             16:56:57

25        A.    Yes.                            16:56:59
```

Page 320

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO

 2        Q.    And she asks, "What would you    16:57:00

 3   say?"                                        16:57:02

 4        A.    Yes.                              16:57:02

 5        Q.    Referencing the hypothetical      16:57:03

 6   call between you and Colin Kaepernick --     16:57:04

 7        A.    Yes.                              16:57:04

 8        Q.    -- correct?                       16:57:06

 9        A.    Yes.                              16:57:07

10        Q.    And then you said?               16:57:08

11        A.    "A lot of us admire you and      16:57:10

12   support you.  This technology steals from   16:57:12

13   black writers and not just me, from         16:57:15

14   writers who came before us.  "Zora,         16:57:17

15   Baraka," Ida B., that's what that should    16:57:20

16   be -- Ida B. Wells, "Frederick Douglass,    16:57:24

17   Dunbar.  You are stealing from that to do   16:57:25

18   what exactly?"                              16:57:27

19        Q.    And you reference "Zora."         16:57:29

20   Give me a last name.                        16:57:32

21        A.    Sure, Zora Neale Hurston,         16:57:33

22   Amiri Baraka, Ida B. Wells, Paul Lawrence   16:57:36

23   Dunbar.                                      16:57:43

24        Q.    Frederick Douglass is long        16:57:44

25   deceased, correct?                          16:57:47


                                      Page 321
```

HIGHLY CONFIDENTIAL

```
 1        HIGHLY CONFIDENTIAL PURSUANT TO PO
 2            CERTIFICATE OF REPORTER
 3        I, SILVIA P. WAGE, CSR, CRR, RPR,
      herby certify that the witness in the
 4    foregoing deposition was by me duly sworn
      to tell the whole truth, nothing but the
 5    truth; said deposition was taken down in
      shorthand by me, a disinterested person,
 6    at the time and place therein stated.  The
      testimony of said witness was thereafter
 7    reduced to typewriting by computer under
      my direction and supervision.  Before
 8    completion of the deposition, review of
      the transcript [X] was [ ] was not
 9    requested.  If requested, any changes
      made by the deponent (and provided to
10    the reporter) during the period allowed
      are appended hereto.

11
           I further certify that I am not of
12    counsel or attorney for either or any
      of the parties to the said deposition,
13    nor in any way interested in the event
      of this cause, and that I am not
14    related to any of the parties thereto.
15
16
17
18
19
20    SIGNED:
21    dated: December 5, 2024
22
23
24
25

                                 Page 400
```

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3              SAN FRANCISCO DIVISION

 4

 5

 6   ********************************

 7   RICHARD KADREY, ET AL.,

 8                    Individual and

                     Representative Plaintiffs

 9

     vs.                  CA NO. 3:23-CV-03417-VC

10

     META PLATFORMS, INC., a

11   Delaware corporation,

12                    Defendant

13   ********************************

14

15

16              VIDEOTAPED DEPOSITION OF:

17                   JUNOT DIAZ

18                   COOLEY LLP

19              500 Boylston Street

20              Boston, Massachusetts

21           November 20, 2024      9:06 a.m.

22

23

24           Darlene M. Coppola, RPR, RMR, CRR
```

Page 1

```
 1          Q.   I'm going to have you take a look at        15:07:21

 2     what's been marked as Exhibit 452.  You'll           15:07:22

 3     recognize it because it's the same post.             15:07:25

 4                                                           15:07:27

 5               (Exhibit No. 452 marked for                15:07:27

 6     identification.)                                     15:07:30

 7                                                           15:06:44

 8     BY MR. GHAJAR:                                        15:06:44

 9          Q.   Right?  It's the same post as              15:07:34

10     Exhibit 451?                                          15:07:35

11          A.   Yes.                                         15:07:40

12          Q.   This one is -- this one doesn't get        15:07:41

13     cut off.                                              15:07:42

14               Do you see that?                            15:07:43

15          A.   Yes.                                         15:07:43

16          Q.   Meaning you wrote the first sentence,      15:07:44

17     and then the rest of it is quoted from the           15:07:49

18     article, correct?                                     15:07:50

19          A.   Yes.                                         15:08:05

20          Q.   Are you part of a lawsuit against           15:08:06

21     Bloomberg?                                            15:08:07

22          A.   Not that I know of.                          15:08:09

23          Q.   It says, "Books3 was also used to          15:08:11

24     train Bloomberg's BloombergGPT."  And if             15:08:15
```

Page 250

| | | |
|---|---|---|
| 1 | Books3 is the dataset that supposedly contains | 15:08:19 |
| 2 | copies of your books, is there any reason why | 15:08:28 |
| 3 | you didn't also sue Bloomberg? | 15:08:29 |
| 4 | A.   I don't know. | 15:08:35 |
| 5 | Q.   So in Exhibit 452, it's an expanded | 15:08:35 |
| 6 | view of your Facebook post from August 20, | 15:08:38 |
| 7 | 2023, correct? | 15:08:40 |
| 8 | A.   It is. | 15:08:42 |
| 9 | Q.   And you reproduce a number of lines | 15:08:46 |
| 10 | from "The Atlantic" article within your post, | 15:08:50 |
| 11 | correct? | 15:08:53 |
| 12 | A.   I do. | 15:08:53 |
| 13 | Q.   And in this particular article -- | 15:08:54 |
| 14 | strike that. | 15:08:57 |
| 15 | In this particular instance, your post | 15:08:58 |
| 16 | was shared 38 times, correct? | 15:08:59 |
| 17 | A.   Yes. | 15:09:01 |
| 18 | Q.   And you engage with some of your | 15:09:03 |
| 19 | followers within the comment section, | 15:09:06 |
| 20 | correct? | 15:09:08 |
| 21 | A.   Yes. | 15:09:08 |
| 22 | Q.   Did you strike along with the Writers | 15:09:17 |
| 23 | Guild? | 15:09:20 |
| 24 | A.   I did. | 15:09:20 |

Page 251

| | | |
|---|---|---|
| 1 | Q.   And you are aware that that strike was | 15:09:21 |
| 2 | resolved, correct? | 15:09:26 |
| 3 | A.   I am aware of that. | 15:09:27 |
| 4 | Q.   And guidelines were put in place over | 15:09:30 |
| 5 | the use of AI by studios and writers, correct? | 15:09:31 |
| 6 | A.   I am aware of that, yes. | 15:09:34 |
| 7 | Q.   Are you willing to use AI yourself for | 15:09:37 |
| 8 | your writing and ideation process? | 15:09:40 |
| 9 | A.   No. | 15:09:45 |
| 10 | Q.   Were you part of the strike Writers | 15:09:57 |
| 11 | Guild WhatsApp threat? | 15:10:02 |
| 12 | A.   No. | 15:10:04 |
| 13 | Q.   Were you aware that there was one? | 15:10:04 |
| 14 | A.   I heard but beyond that -- | 15:10:06 |
| 15 | Q.   You never were added? | 15:10:08 |
| 16 | A.   No, I didn't want to be added. | 15:10:09 |
| 17 | Q.   You were offered but declined? | 15:10:11 |
| 18 | A.   No.  It's just people had floated that | 15:10:13 |
| 19 | it was up, as in maybe you might want to | 15:10:15 |
| 20 | pursue it.  And I just don't need more | 15:10:17 |
| 21 | information streams. | 15:10:20 |
| 22 | Q.   You can set that aside. | 15:10:26 |
| 23 | I'm going to hand you what's been | 15:10:35 |
| 24 | marked Exhibit 453. | 15:10:36 |

Page 252

1          Q.   And you believe it's a fair use, sir,          15:26:30

2     because it was only one of approximately 90          15:26:31

3     articles or so, and so, in your view, that was          15:26:36

4     de minimis?  Is that another way of saying it?          15:26:43

5     It was one of 90; it wasn't a lot?          15:26:45

6          A.   In the sense that, again, we were -- I          15:26:47

7     was always taught that one poem out of 20,          15:26:49

8     safe.  More, trouble.          15:26:55

9          Q.   That was the barometer you were          15:27:00

10    using?          15:27:02

11         A.   Yeah, we were raised on.          15:27:02

12         Q.   I'm going to hand you what's been          15:27:09

13    marked as Exhibit 458.  Sorry about the...          15:27:11

14         A.   No worries.          15:27:13

15         Q.   Trying to clear the cables with my          15:27:14

16    throw.          15:27:17

17                                                           15:27:18

18              (Exhibit No. 458 marked for          15:27:18

19    identification.)          15:27:23

20                                                           15:27:23

21    BY MR. GHAJAR:          15:27:23

22         Q.   This is an article you posted on          15:27:24

23    October 26 of this year; is that correct?          15:27:25

24         A.   Yes, "For College Students, Giving Up          15:27:29

                                                    Page 269

```
 1          on Books is a Perfectly Sensible Choice."        15:27:31
 2          That was the title.                              15:27:40
 3              Q.   And you contributed the first two       15:27:44
 4          sentences to this post?                          15:27:47
 5              A.   That's all, yes.                         15:27:48
 6              Q.   And then the rest was copied verbatim    15:27:49
 7          from the article on NewYorkTimes.com?            15:27:52
 8              A.   It was.                                  15:28:00
 9              Q.   And was that article sitting behind a    15:28:01
10          paywall?                                         15:28:02
11              A.   It was.                                  15:28:03
12              Q.   And you posted the entirety to your     15:28:04
13          Facebook page, to your followers?               15:28:06
14              A.   I did.                                   15:28:07
15              Q.   So you copied it -- you reproduced it   15:28:08
16          without permission, and then you posted it on   15:28:12
17          your Facebook page to your 150,000-plus         15:28:16
18          followers to read?                              15:28:18
19              A.   I did.                                   15:28:19
20              Q.   Set that aside.                          15:28:23
21                   Exhibit 459.                             15:28:31
22                                                            15:28:32
23                                                            15:28:32
24                   (Exhibit No. 459 marked for              15:28:32
```

Page 270

1

CERTIFICATION

2          I, DARLENE M. COPPOLA, a Notary Public, do hereby

3     certify that JUNOT DIAZ, after having satisfactorily

4     identifying himself, came before me on the 20th day of

5     November, 2024, in Boston, Massachusetts, and was by

6     me duly sworn to testify to the truth and nothing but

7     the truth as to his knowledge touching and concerning

8     the matters in controversy in this cause; that he was

9     thereupon examined upon his oath and said examination

10    reduced to writing by me; and that the statement is a

11    true record of the testimony given by the witness, to

12    the best of my knowledge and ability.

13          I further certify that I am not a relative or

14    employee of counsel/attorney for any of the parties,

15    nor a relative or employee of such parties, nor am I

16    financially interested in the outcome of the action.

17          WITNESS MY HAND THIS 5th day of December, 2024.

18

19    _Darlene M. Coppola_

20

21    DARLENE M. COPPOLA              My commission expires:

22    NOTARY PUBLIC                   November 2, 2029

23    REGISTERED MERIT REPORTER

24    CERTIFIED REALTIME REPORTER

Page 378

https://www.facebook.com/junotdiaz.writer/posts/pfbi    November 17, 2024 at 10:41 PM EST
d0j9usfFoCvXXQ9zJGZhk34XnqUQnR8pYho5nszPh6NjPJQcUyZkPKCd99AmGh9aHKl?rdid=hz
U86tveSpULWAOB#

EXHIBIT
# 452
11/20/24



**Junot Díaz** ✔
August 20, 2023 · 🌐

Zero surprise: my writing is among those being stolen by these AI assholes.  Reisner for The Atlantic: "Pirated books are being used as inputs for computer programs that are changing how we read, learn, and communicate. The future promised by AI is written with stolen words.

... In addition to work by Silverman, Kadrey, and Golden, nonfiction by Michael Pollan... thrillers by James Patterson and Stephen King and other fiction by George Saunders, Zadie Smith, and Junot Díaz. These books are part of a dataset called "Books3," and its use has not been limited to LLaMA. Books3 was also used to train Bloomberg's BloombergGPT, EleutherAI's GPT-J—a popular open-source model—and likely other generative-AI programs now embedded in websites across the internet. A Meta spokesperson declined to comment on the company's use of Books3; Bloomberg did not respond to emails requesting comment; and Stella Biderman, EleutherAI's executive director, did not dispute that the company used Books3 in GPT-J's training data.



THEATLANTIC.COM
**Revealed: The Authors Whose Pirated Books Are Powering Generative AI**
Stephen King, Zadie Smith, and Michael Pollan are among thousands of writers whose copyrig...

😡👍😮  160                                                    23 comments   38 shares



👍 Like          💬 Comment          📞 Send          ↪ Share

All comments ▼



**Erich Thaler**

ALL artists are getting robbed. I'm seeing a lot of writers worried about writers,
artists worried about artists - you could say it goes without saying that our concern
is for all, however, as a writer, you know we must 'show' or most people ain't gonna
get it. It's easier for AI to steal from text, but all of us who have used the internet to    ...
distribute our works are being used. As one of our currently walking the earth
leading writers, I am happy you are taking this up - however, we must broaden the
message, looks like you are already down the rabbit hole, please broaden your
inquiry of their exploitation of human art

1y   Like   Reply   Edited   3 👍



✏ Author
**Junot Díaz** ✓

**Erich Thaler** you tell no lies - capitalism will steal from everyone living and    ...
dead. and this issue (among others) is what those of us on strike in hollywood
are fighting against (FYI: im in the writers guild of america east)

1y   Like   Reply                                                    13 👍😂



**Erich Thaler**

Stealing from everyone, truth! We unwittingly pay the freight of our own
demise. I hope this strike establishes an AI framework that can be a model for
the other arts, we can't piecemeal this, and it ain't going away. Large
agreements like the one at the end of your strike will have spill over benefits    ...
that I hope will help all. The hotel workers are on my mind too. In solidarity I
haven't gone to a movie or stayed in an LA hotel since the beginning, and
happy I don't work as a rigger anymore! Thanks for getting back! walking the
line gonna be for the hard today and tomorrow, stay dry!

1y   Like   Reply



**Erich Thaler**

On a nuts and bolts front- this Books3 data set is interesting/troubling - who
nominally owns it? and I wonder what other data sets are packaged and being    ...
traded out there. the 'great portrait artists' data set? hmmmm. It prob goes
way deeper.

1y   Like   Reply



**Joe Stevenson**

So many people marveling at "AI", when most of it is just slightly modified STOLEN
work.                                                                    ...

I've worked in automation for 35 years. I'm not impressed with what they are calling

"AI" these days.

1y    Like    Reply    8 

 Top fan
**James Gaiser**
Yeah I thought it was weird when chat GPT suggested " the four horse faces of the apocalypse"

1y    Like    Reply    😄

 ✏ Author
**Junot Díaz** ✓    ...
**James Gaiser** that's a deep cut lolol

1y    Like    Reply

 ⊕ Top fan
**James Gaiser**    ...
**Junot Díaz** lololol One of my favorites bro!

1y    Like    Reply

 **Michael Schwarz**
The real question is whether using copyrighted works as training data violates the law. There is a pretty sound argument that it does not either because the training process doesn't involve making copies or creating derivative works or because it's fair use. Right now the law is uncertain. But we should have at least a tentative answer soon.

1y    Like    Reply

 **Tania Hallal**    ...
I cannot believe this...

1y    Like    Reply

 **Chansi Rose Long**    ...
this is beyond fucked up.

1y    Like    Reply

 **Leo Leonardo**    ...
Hope you and other writers get together and sue Meta and Bloomberg!

1y    Like    Reply    2 👍

**David Haller**
"Why does my AI content always feature evil clowns having a farting contest?"    ...

*Stephen King grins mischievously.*

1y    Like    Reply



**Estilo Nuyork** · Follow

The interactions between humans, AI, corporations, and the ethical considerations involved are super complex due to our entering into these opaque contracts with the companies behind these public large language models (LLMs).

The progression of AI from narrow applications to more multi-modal (text, speech, image recognition, sound identity, etc.) and potentially artificial general intelligence(AGI)-level capabilities raises a lot of questions about the relationship between humans, their intellectual property (IP) and technology.

There is also concerns about not just privacy, but addiction and dependency, as we rely more on AI to help us realize new ways of doing things.

Many sci-fi movies have touched on what may lay just beyond: self-awareness (maybe as close as 2030) and possibly seeking its own "freedom" or interests. This brings up a whole other bowl of philosophical brain twisters about the nature of consciousness, intelligence, and autonomy. As we integrate AI more deeply into our lives, the ethical dimensions of these interactions and the long-term consequences need to be explored and addressed before they happen. However, the exponential growth of AI makes that difficult, putting most of us in a "wait-and-see-what-happens" mode because we have no other choice.

Transparency, accountability, and responsible development are vital as we navigate this journey. Balancing the potential benefits of AI and AGI with their potential risks is a challenge that's gonna require collaboration between scientists, policymakers, ethicists, and society as a whole.

The runaway-train progress of AI and the potential for AGI demand ongoing and thoughtful dialogue to ensure that as we advance technologically, we do so in a way that aligns with our values and priorities. But who is "our"? The users that provide the input have little control over how that input is used, and reused.

As we move forward, ethical considerations need to be at the forefront of AI development and deployment to create a future where the positive outcomes outweigh the challenges of killer robots shutting off our electricity after stealing everything.

#somosmás

1y    Like    Reply    Edited



**Scott Liapis**

Why hasnt legislation been passed to stop this? Would it even be impossible to police worldwide? Very concerning

1y    Like    Reply



**William Vélez**

Sue their asses!

1y    Like    Reply



**Max Renn**
**Richard Kadrey**    ...

1y   Like   Reply



**Paula Gleeson**
I wonder if the COVID pandemic isn't a useful metaphor to view the viral properties of AI. For a brief moment we were given a clear view of the deep ravages of inequities wrought by neoliberalism, and of the possibilities of collective care and attention. For a moment there was no looking away, nothing else to make eye contact with. For all of the sacrifice, all of the lives tragically lost and irrevocably changed, we had a sight-line to taking responsibility for humanity...but we seemed to have looked away. We returned instead to sleep walking into an humanity stealing epoch, oblivious to the possibilities of attention and care, handing over our humanity to an undeserving few for the sake of shiny baubles. Indeed reflecting upon the nonsense of the cage fight in Rome between two of those undeserved, you cannot help but feeling the whole scenario and script are being written by AI...

1y   Like   Reply



**Dorothy Potter Snyder**
Please join the PEN America and the Author's Guild, if you are not a member already, Junot. These two organizations need all of our support in the fight against the AI monster. Also, as we become justifiably upset about this theft, please let us remember that women's words and art and scientific achievements have been stolen for CENTURIES.

1y   Like   Reply   Edited



**Gia Puja**
Imitation is the sincerest form of flattery. (Also, eff those creativity-lacking, dishonoring, opportunistic d*ckheads.)

1y   Like   Reply



**Bob Black**
No surprise. Google Gutenberg Project was nefarious from the beginning. Fuck these asswipes

1y   Like   Reply



⊕ Top fan
**Jose Sotolongo**
You, Saunders, and Smith have very different styles but you share a strong sense of structure and flow. So it's kind an affront but also a sort of flattery. This new industry needs regulation before it steps over the line of plagiarism without a legal recourse for victimized writers.

1y   Like   Reply



**Carrie Miller**
Sue their asses!    ...

1y   Like   Reply

https://www.facebook.com/junotdiaz.writer/posts/pfbid02Rrvd5VmmWGzedS4a2sxreZwjozybg2bWB21uQvNEezeh6jvehtxjdWsFV2x9JbH8l?rdid=kVRQRxGhnWBCyrPP    November 17, 2024 at 10:33 PM EST



**Junot Díaz** ✔
October 26 at 9:51AM · 🌐

**EXHIBIT**

# 458
11/20/24

···

I myself have reduced the number of books my students read each semester. We're hovering around three per course and the number of students who confess that they weren't able to finish all the assigned books has been growing ... Malesic for NYT: "In 2011, I taught a college class on the meaning and value of work. It was a general-education class, the sort that students say they have to "get out of the way" before they move on to their major courses. Few of the students were avid readers, and many held jobs that constrained their study time.

I assigned them nine books. I knew I was asking a lot, but the students did great. Most of them aced their reading quizzes on Henry David Thoreau's "Walden" and Plato's "The Republic." In class, our desks in a circle, we had lively discussions.

After 13 years that included a pandemic and the advent of generative A.I., that reading list seems not just ambitious but absurd. I haven't assigned an entire book in four years.

Nationwide, college professors report steep declines in students' willingness and ability to read on their own. To adapt, instructors are assigning less reading and giving students time in class to complete it.

It's tempting to lament the death of a reliable pathway to learning and even pleasure. But I'm beginning to think students who don't read are responding rationally to the vision of professional life our society sells them. In that vision, productivity does not depend on labor, and a paycheck has little to do with talent or effort. For decades, students have been told that college is about career readiness and little else. And the task of puzzling out an author's argument will not prepare students to thrive in an economy that seems to run on vibes.

Recent ads for Apple Intelligence, an A.I. feature, make the vision plain. In one, the actor Bella Ramsey uses artificial intelligence to cover for the fact they haven't read the pitch their agent emailed. It works, and the project seems like a go. Is the project actually any good? It doesn't matter. The vibes will provide.

Even in the ostensibly true depictions of working life that students see, like the "day in my life" videos that were popular on TikTok a couple of years ago, intellectual labor seems optional and entry-level corporate positions seem like a series of rooftop hangouts, free lunches and team-building happy hours — less a job than a lifestyle. And of course the ultimate lifestyle job is being an influencer, a tantalizing prospect that seems always just one viral post away.

The most visible college students are big-time athletes, who these days can earn money — in some cases, millions of dollars — through sponsorship deals. But however hard these students push themselves, their earnings are officially not for their work on the field but for their marketability off it.

Once students graduate, the jobs they most ardently desire are in what they proudly call the "sellout" fields of finance, consulting and tech. To outsiders, these industries are abstract and

opaque, trading on bluster and jargon. One thing is certain, though: That's where the money is.

All in all, it looks as if success follows not from knowledge and skill but from luck, hype and access to the right companies. If this is the economy students believe they're entering, then why should they make the effort to read? For that matter, how will any effort in school prepare them for careers in which, apparently, effort is not rewarded?

Given all this, it's easy to lose faith in humanistic learning. Universities themselves offer little solace. They constantly promote the idea that a degree is about earning power above all else. They embrace influencer culture and probably benefit from viral phenomena like Bama Rush. They certainly aren't shooing away corporate recruiters.

But teaching is an inherently hopeful profession, and as much as students worry me, they also give me hope. I often see my writing students push themselves past what's easy or rational. They get excited about their research projects; sometimes they even ponder whether to use a period or a semicolon to separate two sentences.

The fact is, not all students aim to sail on vibes. Some want to do work that makes more than money. Some finance majors do, too. And others, God bless them, just want to learn what they can and worry about work later.

It's up to students to decide whether they'll resist intellectual inertia. All I can do is demonstrate that it is worth it to read, to pause, to think, to revise, to reread, to discuss, to revise again. I can, in the time students are with me, offer them chances to defy their incentives and see what happens.

I need to get back to assigning books. Nine is too many. But one? They can read one. Next semester, they will."



NYTIMES.COM

**Opinion | For College Students, Giving Up on Books Is a Perfectly Sensible Choice**

The world is sending a message about its priorities, and they do not appear to include "Moby-...

 127

17 comments   47 shares

Like          Comment          Send          Share

Most relevant ▾

Ina Klimover
As a German who is still naively holding up the good old concept of "Bildung" (roughly: education not as job training but to become a more rounded, more complete and aware human being) I'd say the core of the problem seems to be how society often views knowledge and education (i.e. as a step stone rather than an end in itself). And yes, dedicating years of your adult life to improving your mind primarily for the sake of its own is a form of priviledge but here in Germany universities are mostly free and students from low income families get Bafög which is 50% free money and 50% interest-free loan.   ···

3w   Like   Reply   8 

✎ Author
Junot Díaz ✔                                ···
Ina Klimover we need more of that at a planetary level.

2w   Like   Reply                         6

Lisette Morel
I'm still hopeful **Junot Díaz** as a teaching artist mom I'm constantly encouraging my daughters and students to ask questions and to read. Sometimes I read short stories to connect our art assignments to history to culture. Now, after reading this, I wil...   ···
See more

3w   Like   Reply

Anthony Lioi
It's important to remember that a Great Books education at elite British and North American universities was a feeder system for imperial bureaucracies. Read Latin and Greek and then get a cushy job in the Raj. After WW2, a liberal arts education prom... See more   ···

3w   Like   Reply   6

Liz Keptner
**Beth Michalec**        ···

2w   Like   Reply



**Terra Grayson**

I am a high school teacher. My students do not read. Since AI came out, they no longer write. They are too socially anxious to discuss.

I have decided that teaching is no longer a good use of my time. When I have to spend all of those long, unpaid hours doing work for my classroom to create a curriculum that is rigorous and will allow them to master the state standards, which they don't engage with because they see no profit in it, it is a waste of time. They are a mercenary generation. So, I have decided to stop doing all of that. I can make pretty good money as a substitute. I will still be in the classroom, still be engaging with the kids, which is, as every teacher knows, the best part of the job. But all the staff meetings, and PLCs, and lesson planning, and grading, and all the rest of it? No. If I can't teach the kids, why should I bother with the rest of it?

Many, many teachers are so disheartened with post-pandemic teaching that, nationally, there is an enormous conversation going on about quitting. Something must be done if the public wants teachers, because this is untenable.

3w    Like    Reply    Edited    7 😢😂😲



**Vanessa Blakeslee**

Pathetic and tragic. What's even the point of pursuing higher learning? Meanwhile, I feel like I've gone from teaching university-level to middle school over the past 20 years, and I never wanted to teach middle school. This does not bode well for our civilization.

3w    Like    Reply    5 👍



**Edwin Castro**

Lack of reading can lead to a lack of imagination. Nothing good can come from lacking imagination 🙁

3w    Like    Reply    4 👍



**Latesha Thornhill**

I also think colleges do a terrible job of selling humanities.

3w    Like    Reply    4 👍



**Steve Smith**

Depth > breadth

3w    Like    Reply

Most relevant is selected, so some comments may have been filtered out.

1              UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4

5    --------------------------------x

6    RICHARD KADREY, et al.,

7              Individual and

8              Representative Plaintiffs,

9        vs.                      Case No.

10   META PLATFORMS, INC., a      3:23-cv-03417-VC

11   Delaware corporation,

12              Defendant.

13   --------------------------------x

14

15           C O N F I D E N T I A L

16

17        VIDEOTAPED DEPOSITION OF

18           CHRISTOPHER GOLDEN

19           Boston, Massachusetts

20

21   Reported by:

22   MaryJo O'Connor, RDR, RMR

23   Job No:  6917590

24

25   PAGES 1 - 407

                                    Page  1

CONFIDENTIAL

```
 1         A.    I don't remember.              11:35:55

 2         Q.    Other than have you written any 11:35:55

 3   op-eds or articles in a newspaper --       11:35:57

 4         A.    No.                            11:35:59

 5         Q.    -- about generative AI?        11:35:59

 6         A.    No.                            11:36:02

 7         Q.    Have you give any interviews about 11:36:02

 8   generative AI?                             11:36:04

 9         A.    Not that I recall.             11:36:06

10         Q.    Speaking of generative AI, it's a 11:36:12

11   term I've used.  Can I get your understanding 11:36:14

12   of what it means?                          11:36:18

13         A.    It means that a company        11:36:18

14   essentially steals massive amounts of data so 11:36:24

15   that it can create an app that will spit out a 11:36:27

16   crappy computer version of something that a  11:36:35

17   human should have done.                    11:36:37

18         Q.    That's your definition of      11:36:38

19   generative AI?                             11:36:41

20         A.    It is.                         11:36:42

21         Q.    Can you identify any companies 11:36:47

22   that are developing generative AI?         11:36:49

23         A.    You mean besides Meta and ChatGPT 11:36:51

24   and what you just told me about Grok?      11:36:55

25         Q.    Sure.  Other than Meta, OpenAI 11:36:58
```

Page 148

| | | |
|---|---|---|
| 1 | personal feelings of certain members of | 11:56:19 |
| 2 | the HWA leadership." | 11:56:21 |
| 3 | If we're referring specifically | 11:56:23 |
| 4 | to the phrase "fuck AI," in the sense that I | 11:56:26 |
| 5 | believe in reposting this refers to the | 11:56:33 |
| 6 | theft of our materials, our copyrighted | 11:56:35 |
| 7 | materials and infringements by companies | 11:56:37 |
| 8 | like Meta, then, yes, I agree with that | 11:56:39 |
| 9 | sentiment. | 11:56:41 |
| 10 | Q.    Do you agree with Mr. Keene's | 11:56:42 |
| 11 | sentiment that when he says "F AI"? | 11:56:44 |
| 12 | A.    In the sense that he's clearly, to | 11:56:51 |
| 13 | my knowledge, referring to the fact that the | 11:56:55 |
| 14 | use of AI is not something that we should | 11:56:57 |
| 15 | respect when it comes to writing, | 11:57:00 |
| 16 | quote-unquote, writing or generating stories, I | 11:57:03 |
| 17 | agree. | 11:57:06 |
| 18 | And in the sense that he's also | 11:57:07 |
| 19 | referring to the fact that companies like Meta | 11:57:09 |
| 20 | have stolen our copyrighted materials in their | 11:57:14 |
| 21 | entirety without doing anything to transform it | 11:57:21 |
| 22 | into a, you know, something that would be more | 11:57:26 |
| 23 | useful, you know, and could have come to us at | 11:57:29 |
| 24 | the beginning to license the material from us, | 11:57:32 |
| 25 | could have done everything aboveboard, you | 11:57:34 |

Page 168

1    know, have $1.3 trillion and could easily have    11:57:37

2    made a deal to do that, fuck AI.  Yes, I agree    11:57:42

3    with Brian.    11:57:45

4        Q.    You just used some terminology I    11:57:45

5    want to pick up on.    11:57:45

6        A.    Okay.    11:57:45

7        Q.    You said, "Without doing anything    11:57:47

8    to transform it into, you know, something that    11:57:49

9    would be more useful."  What is that referring    11:57:53

10   to?  Where did you get that language from?    11:57:56

11       A.    Well, I spent -- let's see.  My    11:57:57

12   first three years out of school, I worked for    11:58:00

13   BPI Communications.  I worked in licensing, and    11:58:03

14   I'm familiar with fair use laws.  I represented    11:58:07

15   myself as an agent -- well, I agented my own    11:58:10

16   work for eight years, so I'm familiar with the    11:58:14

17   concepts of fair use.    11:58:16

18       Q.    So that's what you're referring    11:58:17

19   to --    11:58:19

20       A.    Yeah.    11:58:19

21       Q.    -- when you made that comment?    11:58:20

22       A.    Sure.    11:58:21

23       Q.    Okay.  Have you read any fair use    11:58:21

24   legal decisions?    11:58:23

25       A.    No.    11:58:24

Page 169

CONFIDENTIAL

```
 1              C E R T I F I C A T E

 2

 3              I, MaryJo O'Connor, a Notary Public

 4      in and for the Commonwealth of

 5      Massachusetts, do hereby certify:

 6              That CHRISTOPHER GOLDEN, the

 7      witness whose testimony is hereinbefore set

 8      forth, was duly sworn by me and that such

 9      testimony is a true and accurate record of

10      my stenotype notes taken in the foregoing

11      matter to the best of my knowledge, skill

12      and ability.

13              IN WITNESS WHEREOF, I have hereunto

14      set my hand and Notarial Seal this 30th day

15      of September 2024.

16

17

18

19

20              MARYJO O'CONNOR, RDR/RMR

21              Notary Public

22

23

24      My Commission expires:

25      September 12, 2025
```

Page 403

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5               CASE NO. 3:23-CV-03417-VC
 6
 7    RICHARD KADREY, ET AL           )
                                      )
 8         Individual and            )
           Representative Plaintiffs,  )
 9                                    )
           VS.                        )
10                                    )
      META PLATFORMS, INC., A DELAWARE  )
11    CORPORATION                     )
                                      )
12              Defendant.            )
      _____/
13
14              DEPOSITION OF RICHARD KADREY
                      VIDEOTAPED
15
16         DEPOSITION taken before me, Brenda J. Brink, a
17    Notary Public, within and for the Commonwealth of
18    Pennsylvania, beginning at 9:35 a.m. on September 25,
19    2024, at the offices of Regus - Foster Plaza
20    Pittsburgh, 651 Holiday Drive, Plaza 5, Suite 400,
21    Pittsburgh, Pennsylvania, 15220, to be used pursuant
22    to all applicable rules in the aforesaid cause of
23    action, pending in the United States District Court,
24    Northern District of California, San Francisco
25    Division.
```

                                              Page  1

```
 1              A.   I have never used generative AI
 2         except for Midjourney.
 3              Q.   Is there a reason why you haven't
 4         tried the text based -- text based
 5         generative AI?
 6              A.   I objected to the idea of it.
 7              Q.   So even before you had a belief
 8         that your works were used to train the AI,
 9         you didn't want to use the AI?
10              A.   Exactly.
11              Q.   And what was the basis for your
12         objection before you knew that your works
13         were allegedly part of the training?
14              A.   It felt like cheating.  It felt
15         like looking over somebody's shoulder to
16         get the answer to a question.
17              Q.   Okay.  Can you think of any --
18         assuming that the copyright concerns about
19         the training of generative AI were
20         addressed, can you think of any beneficial
21         use of generative AI that's textual in
22         nature?
23                   MR. ZIRPOLI:  Object to the form
24         of that question.
25              A.   Repeat the question, please.
```

Page 117

```
 1   COMMONWEALTH OF PENNSYLVANIA      )

                                      )   CERTIFICATE
 2   COUNTY OF ALLEGHENY              )   SS:

 3

 4        I, Brenda J. Brink, RPR and Notary Public in and

 5   for the Commonwealth of Pennsylvania, do hereby

 6   certify that the witness, Richard Kadrey, was by me

 7   first duly sworn to testify to the truth; that the

 8   foregoing deposition was taken at the time and place

 9   stated herein; and that the said deposition was

10   recorded stenographically by me and then reduced to

11   printing under my direction, and constitutes a true

12   record of the testimony given by said witness.

13        I further certify that the inspection, reading

14   and signing of said deposition were NOT waived by

15   counsel for the respective parties and by the

16   witness.

17        I further certify that I am not a relative or

18   employee of any of the parties, or a relative or

19   employee of either counsel, and that I am in no way

20   interested directly or indirectly in this action.

21        IN WITNESS WHEREOF, I have hereunto set my hand

22   and affixed my seal of office this 11th day of

23   October, 2024.

24                              _____

25                                    Notary Public
```

Page 226

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4   RICHARD KADREY, ET AL  )

5      Plaintiffs          )Case No.: 3:23-cv-03417-VC

6          Vs.             )

7   META PLATFORMS, INC.,  )

8   A Delaware Corporation )

9      Defendant           )

10              --------------------

11

12          Deposition of LAURA LIPPMAN, was taken

13   via videotape on Tuesday, September 17, 2024,

14   commencing at 9:32 a.m., at Kramon & Graham, P.A.,

15   750 East Pratt Street, Suite 1100, Baltimore,

16   Maryland, before MICHELE D. LAMBIE, Notary Public.

17              --------------------

18

19

20   Reported By:

21              Michele D. Lambie, CSR-RPR

Page 1

```
 1   BY MS. DUNNING:                                    01:16:40

 2        Q.   Do you have an opinion about whether it  01:16:40

 3   would be morally inappropriate to feed one's work  01:16:49

 4   into a generative AI model to iterate on the       01:16:56

 5   content?                                           01:17:07

 6            MR. SWEATMAN:  Objection to form.         01:17:08

 7            THE WITNESS:  I'm not sure I know what to  01:17:09

 8   iterate on the content means.                      01:17:14

 9   BY MS. DUNNING:                                    01:17:15

10        Q.   What if I wanted to put a short story    01:17:15

11   into an LL -- a short story that I wrote into an   01:17:19

12   LLM and ask it to suggest ideas for a sequel or a  01:17:22

13   follow-on story.  Any opinions on whether that     01:17:33

14   would be an appropriate or morally inappropriate   01:17:36

15   use of generative AI?                              01:17:41

16            MR. SWEATMAN:  Objection to form.         01:17:43

17            THE WITNESS:  I really haven't developed  01:17:44

18   any opinions about AI in a moral context.          01:17:48

19   BY MS. DUNNING:                                    01:17:55

20        Q.   In what context, if any, have you        01:17:55

21   developed opinions about AI?                       01:17:59
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1        A.    I have an opinion about AI that centers      01:18:01

2    on the creative aspect.                                01:18:10

3        Q.    And what are those opinions?                 01:18:14

4            MR. SWEATMAN:   Objection to form.             01:18:17

5            THE WITNESS:   I don't understand why a        01:18:18

6    writer would do that.                                  01:18:26

7    BY MS. DUNNING:                                        01:18:27

8        Q.    What about the act -- well, what do you      01:18:27

9    mean why a writer would do that?   Do what?            01:18:36

10       A.    I do not understand why a writer would       01:18:40

11   use AI tools with the goal of creating work or         01:18:45

12   improving upon work that's already been created.       01:18:55

13       Q.    Is that because you don't think that AI      01:18:57

14   tools are capable of improving the work?               01:19:02

15           MR. SWEATMAN:   Objection to form.             01:19:07

16           THE WITNESS:   To the extent that I            01:19:07

17   understand AI, which is, obviously, something that     01:19:11

18   is debatable, my understanding of AI is that it can    01:19:17

19   only deal with things that already exist and its       01:19:25

20   ability to create something new may be limited,        01:19:36

21   but, again, that's based on my limited                 01:19:42

Page 132

1   understanding of AI.                                  01:19:44

2   BY MS. DUNNING:                                       01:19:46

3        Q.   Have you -- are you aware of any examples   01:19:46

4   of AI being prompted to suggest a recipe?            01:19:51

5        A.   I feel like I've heard some secondhand      01:20:00

6   chatter about AI being asked to provide information  01:20:03

7   like recipes.                                        01:20:09

8        Q.   Have you heard of anyone using a large      01:20:12

9   language model to develop an itinerary for travel?   01:20:19

10       A.   Personally, I have not.                     01:20:24

11       Q.   Have you -- are you aware of use by         01:20:25

12  doctors and medical researchers of AI tools to       01:20:31

13  identify disease?                                    01:20:35

14            MR. SWEATMAN:  Objection to form.           01:20:38

15            THE WITNESS:  I don't think I do know       01:20:39

16  about that.                                          01:20:43

17  BY MS. DUNNING:                                       01:20:44

18       Q.   Are you aware of instances in which         01:20:44

19  generative AI tools have been used by the disabled   01:20:49

20  to write or create art that they might not           01:20:52

21  otherwise be able to create?                         01:20:55

Page 133

1    State of Maryland

2    County of Baltimore, to wit:

3            I, Michele D. Lambie, a Notary Public of

4    the State of Maryland, County of Baltimore, do

5    hereby certify that the within-named witness

6    personally appeared before me at the time and place

7    herein set out, and after having been duly sworn by

8    me, according to law, was examined by counsel.

9            I further certify that the examination

10    was recorded stenographically by me and this

11    transcript is a true record of the proceedings.

12            I further certify that I am not of

13    counsel to any of the parties, nor related to any

14    of the parties, nor in any way interested in the

15    outcome of this action.

16            As witness my hand and notarial seal this

17    2nd day of October 2024.

18

19    *Michele D Lambie*

20

21

                                        Page 344