| | |
|---|---|
| 1 | COOLEY LLP |
| | BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com) |
| | TERESA MICHAUD (296329) |
| 3 | (tmichaud@cooley.com) |
| | COLETTE GHAZARIAN (322235) |
| 4 | (cghazarian@cooley.com) |
| | 1333 2nd Street, Suite 400 |
| 5 | Santa Monica, California 90401 |
| | Telephone:     (310) 883-6400 |
| 6 | |
| | MARK WEINSTEIN (193043) |
| 7 | (mweinstein@cooley.com) |
| | KATHLEEN HARTNETT (314267) |
| 8 | (khartnett@cooley.com) |
| | JUDD LAUTER (290945) |
| 9 | (jlauter@cooley.com) |
| | ELIZABETH L. STAMESHKIN (260865) |
| 10 | (lstameshkin@cooley.com) |
| | 3175 Hanover Street |
| 11 | Palo Alto, CA  94304-1130 |
| | Telephone:     (650) 843-5000 |
| 12 | |
| | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 13 | ANGELA L. DUNNING (212047) |
| | (adunning@cgsh.com) |
| 14 | 1841 Page Mill Road, Suite 250 |
| | Palo Alto, CA 94304 |
| 15 | Telephone:     (650) 815-4131 |
| | |
| 16 | PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP |
| | KANNON K. SHANMUGAM (*pro hac vice*) |
| 17 | (kshanmugam@paulweiss.com) |
| | 2001 K Street, NW |
| 18 | Washington, DC 20006 |
| | Telephone:     (202) 223-7300 |
| 19 | |
| | *Counsel for Defendant Meta Platforms, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, | Case No. 3:23-cv-03417-VC-TSH |
| Individual and Representative Plaintiffs, | **ADDITIONAL EXHIBITS TO WOODHOUSE DECLARATION** |
| v. | |
| META PLATFORMS, INC., a Delaware corporation, | |
| Defendant. | |