COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:   (310) 883-6400

KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:   (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone:   (650) 815-4131

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
KANNON K. SHANMUGAM (*pro hac vice*)
(kshanmugam@paulweiss.com)
2001 K Street, NW
Washington, DC 20006
Telephone:   (202) 223-7300

*[Full Listing on Signature Page]*
*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **DEFENDANT META PLATFORMS, INC.'S MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' OBJECTIONS TO META'S REPLY EVIDENCE (DKT. 552)** <br><br> Judge: Vince Chhabria |

## I. STATEMENT OF RELIEF SOUGHT

Pursuant to Civil Local Rules 7-3(d) and 7-11, and for the reasons set forth herein and in the accompanying Declaration of Judd Lauter ("Lauter Decl."), Defendant Meta Platforms, Inc. ("Meta") respectfully requests leave to file a response to Plaintiffs' Objections to Meta's Reply Evidence, dated April 24, 2025. Dkt. 552 (the "Objections"). Meta's proposed response is attached as **Exhibit A** to the Lauter Declaration.

## II. COMPLIANCE WITH CIVIL LOCAL RULE 7-11(a)

Meta conferred with Plaintiffs' counsel as required by Civil Local Rule 7-11(a), and Plaintiffs have represented that they do not stipulate to this motion. Lauter Decl. ¶ 3.

## III. ARGUMENT

Plaintiffs seek to strike four declarations submitted by Meta in support of its Reply in Support of Summary Judgment or, in the alternative, reopen discovery to permit depositions of the declarants. Plaintiffs also improperly use the Objections to respond to Meta's criticisms of the Butterick Declaration (Dkt. 519). Meta seeks leave of Court to file a short response to the Objections because they misstate the record and misapply applicable law.

As a matter of fairness, and given the extent to which Plaintiffs seek to materially change the record by way of their Objections, Meta should be allowed the opportunity to briefly respond.

## IV. CONCLUSION

For the reasons set forth above, Meta respectfully requests leave to file the proposed response attached as Exhibit A to the Lauter Declaration.

| | | |
|---|---|---|
| 1 | Dated: April 29, 2025 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ *Judd Lauter* |
| | | Judd Lauter |
| 4 | | COOLEY LLP |
| 5 | | BOBBY GHAJAR (198719) |
| | | (bghajar@cooley.com) |
| 6 | | TERESA MICHAUD (296329) |
| | | (tmichaud@cooley.com) |
| 7 | | COLETTE GHAZARIAN (322235) |
| | | (cghazarian@cooley.com) |
| 8 | | 1333 2nd Street, Suite 400 |
| | | Santa Monica, CA 90401 |
| 9 | | Telephone:   (310) 883-6400 |

COOLEY LLP
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
MATTHEW BRIGHAM (191428)
(mbrigham@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
JUAN PABLO GONZÁLEZ (334470)
(jgonzalez@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:   (650) 843-5000

COOLEY LLP
PHILLIP MORTON *(pro hac vice)*
(pmorton@cooley.com)
COLE A. POPPELL *(pro hac vice)*
(cpoppell@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
 Telephone:   (202) 842-7800

2

MOT. FOR LEAVE TO RESPOND TO
EVIDENTIARY OBJECTIONS
3:23-CV-03417-VC