COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:    (310) 883-6400

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone:    (650) 815-4131

PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP
KANNON K. SHANMUGAM (*pro hac vice*)
(kshanmugam@paulweiss.com)
2001 K Street, NW
Washington, DC 20006
Telephone:    (202) 223-7300

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY *et al.*,<br><br>Individual and Representative Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>                                        Defendant. | Case No. 3:23-cv-03417-VC<br><br>**DECLARATION OF JUDD LAUTER IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' OBJECTIONS TO META'S REPLY EVIDENCE** |

I, Judd Lauter, hereby declare:

1. I am a Special Counsel at Cooley LLP and a member in good standing of the state bar of California. I am outside counsel for Defendant Meta Platforms, Inc. ("Meta") in this litigation. Unless otherwise stated, the contents of this Declaration are based on my personal knowledge of the relevant facts and, if called to testify as a witness, I could and would testify competently thereto.

2. Pursuant to Civil Local Rules 7-3 and 7-11, I submit this declaration in support of Defendant Meta Platforms, Inc.'s Motion for Leave to File a Response to Plaintiffs' Objections to Meta's Reply Evidence (Dkt. 552).

3. On Monday evening, April 28, 2025, I informed Plaintiffs' counsel that Meta would be filing this motion for leave and asked Plaintiffs to provide Meta with their position on the motion. Counsel for Plaintiffs responded on April 29, 2025 that Plaintiffs do not stipulate to the motion.

4. Attached hereto as **Exhibit A** is Meta's proposed response to Plaintiffs' Objections to Meta's Reply Evidence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Berkeley, California on this 29th day of April, 2025.

*/s/ Judd Lauter*
Judd Lauter