UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No.  23-cv-03417-VC<br><br>**ORDER ON SEALING REQUESTS**<br>Re: Dkt. Nos. 483, 538, 556, 559 |

The requests to redact portions of the summary judgment briefs are granted with respect to the names of entities with which Meta was partnering or negotiating, but denied as to Meta's spending on generative AI development or its estimates of generative AI-related revenue. They are also granted as to the names of other parties engaged in licensing deals, but denied as to the descriptions of those deals. Therefore, with respect to the plaintiffs' opening brief, the request to seal is denied as to all but the first redaction on page 4 and all but the last redaction on page 8. With respect to the plaintiffs' second brief, the requests to seal are denied as to both redactions on page 15 and with respect to the second redaction on page 30 (except the portions of that redaction that cover the names of the entities involved). With respect to Meta's second brief, the request to seal is denied as to the statement highlighted in blue on page 23 (for which it does not appear any statement in support of sealing was filed) and as to all redactions on page 24 and 25 (except the portions of those redactions that cover the names of the entities involved). The parties are ordered to refile their briefs in accordance with this order by 5pm tomorrow, Wednesday April 30.

        **IT IS SO ORDERED.**

Dated: April 29, 2025

VINCE CHHABRIA
United States District Judge