# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY *et al.*,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS INC.'S MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' OBJECTIONS TO META'S REPLY EVIDENCE |

1  Defendant Meta Platforms, Inc. ("Meta") filed a Motion for Leave to File a Response to
2  Plaintiffs' Objections to Meta's Reply Evidence, per Civil L.R. 7-11.
3  Having considered the motion and the record, and finding good cause for the motion, the
4  Court hereby **GRANTS** Meta's motion.  Meta shall file the response attached as Exhibit A to the
5  Lauter Declaration within one business day of this order.

**IT IS SO ORDERED.**

Dated:  April 30, 2025

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE