**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice* )
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br> *Individual and Representative Plaintiffs*,<br><br> v.<br><br>META PLATFORMS, INC.,<br><br>        *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO META'S REPLY EVIDENCE** |

I, Maxwell V. Pritt, declare as follows:

I am an attorney duly licensed to practice in the State of California. I am a partner in the San Francisco, California office of Boies Schiller Flexner, LLP ("BSF"), counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Objections to Meta's Reply Evidence.

1. Attached as **Exhibit A** is a true and correct copy of excerpts of the transcript of the deposition of Melanie Kambadur, which took place on September 17, 2024.

2. Attached as **Exhibit B** is a true and correct copy of excerpts of the transcript of the deposition of Joelle Pineau, which took place on November 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of April 2025 in San Francisco, California.

By:     */s/ Maxwell V. Pritt*
            Maxwell V. Pritt