# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

Richard Kadrey, et al.,          )

Individual and Representative )

Plaintiffs,                                   )          CASE NO.

                                                   )          3:23-cv-03417-VC

          -against-                       )

                                                   )

Meta Platforms, Inc.,               )

     Defendant.                          )

_____)

*** HIGHLY CONFIDENTIAL ***

ATTORNEYS' EYES ONLY

VIDEO-RECORDED DEPOSITION OF

MELANIE KAMBADUR

Cooley, LLP

55 Hudson Yards

New York, New York  10001

09/17/2024

9:07 a.m. (EDT)

REPORTED BY:  MONIQUE CABRERA

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 34

```
 1            Q.    Would books be considered a high

 2    quality data?

 3                  MR. WEINSTEIN:  Object to form.

 4            A.    It's possible that some books are

 5    high quality data.

 6    BY MR. YOUNG:

 7            Q.    When you say "some books," what do

 8    you mean?

 9            A.    I mean that it's likely that not all

10    books would improve performance metrics.

11            Q.    Would traditionally published books

12    be considered high quality?

13                  MR. WEINSTEIN:  Object to form.

14        Vague.

15                  You can answer.

16            A.    I would say it depends on the book

17    and it depends on the model.

18    BY MR. YOUNG:

19            Q.    Would you say it's now part of your

20    responsibility -- strike that.

21                  At some point, was it part of your

22    responsibility to evaluate datasets for use in
```

Page 35

1    training large language models?

2          A.    Not directly.  I have managed people

3    who were doing the evaluation and I sometimes

4    reviewed their evaluations.

5          Q.    So by "review evaluations," do you

6    mean someone who reported to you, would evaluate

7    a dataset for use in training and then you would

8    say yes, no, this would be something we would

9    include?

10         A.    I did not solely make the yes/no

11   decisions.  The first part of that statement,

12   that people who report to me would run

13   experiments and evaluate models is correct.

14         Q.    Who else -- so you said you were not

15   the person who solely made the decision to

16   include certain datasets.

17               Who else would have input into that

18   decision?

19         A.    Generally, we looked at the actual

20   perf- -- the performance of different experiments

21   and for which -- like, are you asking about a

22   specific model?

Page 118

```
 1              A.    Yes.

 2              Q.    Do you know who made that decision?

 3              A.    I don't think there was a

 4      singular -- there was not a singular person.

 5              Q.    But a decision was made, correct?

 6              A.    To include Libgen into Llama 3?

 7      Yes.

 8              Q.    Do you remember why that decision

 9      was made to include Libgen into Llama 3?

10              A.    As with all of our datasets, we had

11      run some small-scale experiments that indicated

12      it would positively improve our benchmarks on a

13      larger model.  And we had gone through our legal

14      and privacy review procedures.

15              Q.    Did anyone express to you any

16      concern with using the Libgen data source as

17      pre-training material?

18              A.    I recall people asking if it was

19      approved.

20              Q.    Did you express any concern about

21      using the Libgen data source as pre-training

22      material?
```

Page 274

1          Q.    Can you turn to the bottommost

2     e-mail, the first in time e-mail.

3                Is that the e-mail sent by

4     Mr. Rodriguez on December 16, 2022, at time stamp

5     12:54 a.m.?

6          A.    Yes, I see that e-mail.

7          Q.    Could us remind me who

8     Aurelien Rodriguez is?

9          A.    He was a research manager at Meta.

10         Q.    So a research manager.  So as of

11    this e-mail, was he equal in seniority to you?

12         A.    I am trying to -- I think I may have

13    been a level higher than him, but we were equal

14    in the reporting chain.

15         Q.    Okay.  Now, Aurelien begins his

16    e-mail -- Mr. Rodriguez begins his e-mail.  It

17    says:  We conducted the ablations on the impact

18    on proprietary data on LLMs.

19                What does -- what does ablation mean

20    in a generative AI context?

21         A.    In this context, it means a

22    controlled experiment.

Page 275

1          Q.    So what -- a controlled experiment

2     how?

3          A.    Sorry.  I don't understand the

4     question.

5          Q.    Can -- can ablation mean including

6     certain data?

7          A.    An ablation is more just a general

8     term for a controlled experiment.  So you could

9     change the data as one of the variables that you

10    choose to change.

11         Q.    So, for example, which datasets are

12    included or are not included in the experiment?

13         A.    Yes, that could be an example

14    experiment.

15         Q.    What about like weighting a certain

16    dataset?

17         A.    That could also be an example

18    experiment, yes.

19         Q.    Okay.  So based on this first

20    sentence, he is describing an experiment on the

21    impact of proprietary data on LLMs, right?

22                    Do you understand that to mean he is

Page 276

1    describing an experiment on some -- some category

2    of data on large language models?

3         A.    The -- I understand that there were

4    experiments on some category of data.

5         Q.    Proprietary data, right?

6         A.    As Aurelien defines it, yes.  As

7    Aurelien defines, yes.

8         Q.    And he starts with his conclusion of

9    his experiment first, right?

10              He says:  Our conclusion is that the

11   impact is limited.

12              Do you see that?

13        A.    Yes, I see that line.

14        Q.    So do you interpret that sentence to

15   mean Aurelien's conclusion is that the impact of

16   proprietary data is limited on large language

17   models?

18        A.    That is how I would interpret those

19   two sentences, yes.

20        Q.    What's the date on this e-mail?

21        A.    December 16th, 2022.

22        Q.    So this was before the release of

Page 277

1     the Llama 2 models, correct?

2          A.    Correct.

3          Q.    Now, do you see how Aurelien signs

4     off his e-mail.

5                It says:  Cheers, the Genesis team.

6                Right?

7          A.    Yes.

8          Q.    And do you recall earlier telling us

9     that "Genesis" was another name for the Llama

10    models?

11         A.    In this context, it's -- they're

12    also referring to it as a team, but it has -- we

13    had internal versions of the model named Genesis

14    that were the initial basis for Llama models.

15         Q.    So Aurelien is reporting on the

16    results or his interpretation of the experiments

17    on behalf of Genesis team, right?

18         A.    That's what it appears in this

19    e-mail.

20         Q.    Do you know if the Genesis team

21    eventually became the Llama team?

22         A.    Not precisely.  Well, some members

Page 278

1    of the Genesis team joined -- or what I think he

2    is referring as the Genesis team.  I am not sure

3    this was, like, an official organization.  But

4    some members of the group I think he is referring

5    to joined a larger group which then worked on

6    Llama.

7              Q.    So do you see the sentence in bold?

8    He says:  We are confident that we can reproduce

9    Chinchilla with OSS data.

10             Do you see that sentence -- or that

11   clause?  Excuse me?

12             A.    Yes.

13             Q.    Is Chinchilla a model that was

14   produced by Google?

15             A.    Yes.

16             Q.    So Aurelien is saying that -- based

17   on this sentence here, do you understand Aurelien

18   to be attempting or the Genesis team to be

19   attempting to reproduce Chinchilla?

20             MR. WEINSTEIN:  Object to form.

21             A.    Yes, I understand that this was a

22   goal of the Genesis model to reproduce some

Page 279

1    metrics that were similar to Chinchilla.

2    BY MR. YOUNG:

3            Q.    So when you -- what do you

4    understand the word "reproduce" to mean in this

5    context?

6            A.    Based on a broader context I have

7    from this e-mail, I understand it to mean using

8    relatively similar model size scales to achieve

9    similar benchmark performance.

10           Q.    Do you know what OSS data means?

11           A.    We use OSS sometimes as a shorthand

12   for open source, so that would be my presumption,

13   but I don't know what precisely Aurelien means.

14           Q.    Is open source data synonymous with

15   publicly available data?

16                 MR. WEINSTEIN:   Object to form.

17           A.    I don't know what Aurelien means in

18   his reference.

19   BY MR. YOUNG:

20           Q.    Do you have an understanding of what

21   open source data is?

22           A.    A high level understanding.

Page 280

1          Q.    What is your understanding of what

2     open source data is?

3          A.    Data which has been permissibly

4     licensed.

5          Q.    Can you explain what "permissibly

6     licensed" means?

7          A.    I don't have a precise definition,

8     but which has a license attached that gives

9     others permission to use that artifact.

10         Q.    So Aurelien says:  And we will train

11    our model only on data compatible with open

12    source.

13              Do you see that?

14         A.    Yes, I see that.

15         Q.    Do you see the next sentence?  He

16    goes:  We are excited that this allows us to

17    align Genesis current milestone of reproducing

18    Chinchilla with our FRESCO value.

19              Do you know what FRESCO value means?

20         A.    I believe FRESCO was an acronym used

21    for some kind of mission or mission statement or

22    something like that in FAIR.

Page 281

1          Q.    Do you have a recollection of what

2     that acronym stood for?

3          A.    I don't recall for sure.

4          Q.    Do you recall what some of the

5     letters stood for?

6          A.    I believe O stands for open.  That's

7     the only one I'm remembering off the top of my

8     head, and I am not even 100 percent sure on that

9     one.

10         Q.    Okay.  Do you see how further on in

11    that paragraph Aurelien talks about RAI?

12         A.    Yes.

13         Q.    Is RAI Responsible AI?

14         A.    I believe that he is using it as a

15    synonym -- as a abbreviation for Responsible AI,

16    yes.

17         Q.    Is that a division at Meta?

18         A.    At some point, we had an

19    organization called RAI.  I am not sure if that's

20    what Meta -- or if that is what is Aurelien is

21    referring to here.

22         Q.    Do you know if that organization

Page 282

1    still exists?

2          A.    There are still members of that

3    organization, but there have been an

4    organizational changes since then.

5          Q.    Do you know who was in the RAI

6    organization as of this e-mail?

7          A.    No.

8          Q.    Do you know who is in the RAI

9    organization now?

10         A.    The -- the -- there is not to my

11   knowledge an organization called RAI.

12         Q.    Is there an organization -- so what

13   do you understand the role of the Responsible AI

14   organization to have been?

15         A.    I don't have that broad of context

16   to understand their complete role at Meta.

17         Q.    So then Aurelien continues.  He

18   makes at -- Luke Zettlemoyer.  Do you know who

19   Luke Zettlemoyer is?

20         A.    Yes.

21         Q.    Who is Luke Zettlemoyer?

22         A.    He's a research director at FAIR.

Page 283

1          Q.    Is he a full-time employee of Meta?

2          A.    I am not sure if he is full-time or

3    not.  He is co-listed as a professor.

4          Q.    So it goes on:  Your experience with

5    open source at OPT will be greatly appreciated

6    here.

7                What is OPT?

8          A.    OPT is another model that we trained

9    on Meta.

10         Q.    What type of model was that?

11         A.    Also a language large model.

12         Q.    Was that model ever released to the

13   public?

14         A.    Yes.

15         Q.    What was the name?

16         A.    OPT.

17         Q.    Thank you for that.  I realized that

18   was a silly question after I asked it.

19                So if you go down to -- after -- do

20   you see the line after the Genesis team, the

21   sign-off?

22         A.    Yes.

Page 284

1          Q.    It says:  Details of the experiment.

2                Do you see that section?

3          A.    I see that section.

4          Q.    Do you see the reference to the XL

5     Former's team?

6          A.    Yes.

7          Q.    Do you know what that is?

8          A.    I know that XL Former is the name of

9     a library.  I am not sure who he is referring to

10    when he says XL Former's team.

11         Q.    Now, before we go into this, can we

12    go back to the final paragraph right before the

13    cheers, Aurelien signed off.

14                So the first sentence of that final

15    paragraph, do you see that sentence begins:  Once

16    our final training is done?

17         A.    Yes.

18         Q.    So he says:  Once our final training

19    is done, we will reinvestigate where license data

20    could be useful to further inform our future

21    investments in this area.

22                Do you see that?

Page 285

1          A.     Yes.

2          Q.     Do you understand him to understand

3     license data to be different than open source

4     data?

5          A.     From that sentence, it's hard to

6     tell what his understanding was.

7          Q.     So that first sentence underneath

8     details of experiment, does the XL Former's team

9     ransom parallel training incorporating are not

10    licensed data coming from GitHub or Libgen.

11               Do you see that?

12         A.     Yes, I see that.

13         Q.     Okay.  Do you understand him to be

14    -- now to be referring to licensed data as data

15    coming from GitHub and Libgen?

16         A.     I would understand that he is

17    referring in this sentence to a subset of GitHub

18    and Libgen.  I don't know where he got his

19    information on the license status or if he

20    consulted any lawyers at Meta.

21         Q.     And do you understand that to be

22    distinct from the OSS data he was referring to

Page 286

1    earlier?

2          A.    It appears to be distinct based on

3    his text, but from the text, my understanding is

4    he also doesn't have a precise understanding of

5    the meaning of those terms.

6          Q.    When he is -- based on the context

7    of this e-mail, it seems pretty clear that when

8    he's talking about open source data, he is

9    referring to data that is neither from GitHub or

10   Libgen, correct?

11         A.    Perhaps, based on the context of

12   this e-mail, but there -- I have an additional --

13   yeah, can you rephrase that little bit because I

14   am -- actually I'm unclear.

15         Q.    Aurelien in that bold statement

16   says:  We can reproduce Chinchilla with OSS data

17   and we will train our models only on dates

18   compatible with open source.

19              Is that correct?

20         A.    Yes, he says that.

21         Q.    So if he's -- there's an

22   understanding he has of what OSS data is,

Page 287

1    correct?

2         A.    He has made some definition of open

3    source data.

4         Q.    And then if we look at the paragraph

5    at bottom of the page where he is describing the

6    experiment, he's saying that the -- do you see

7    the sentence where he says:  This experiment was

8    -- that last clause that begins "as," right?

9              As purely exploratory projects whose

10   goal was to determine whether we should buy

11   licenses to use this data.

12             Do you understand that that data

13   meant GitHub or Libgen?

14        A.    I understand he's referring to

15   GitHub or Libgen.  I don't think we can assume

16   from the sentence that it's all GitHub or Libgen

17   data.

18        Q.    But he -- but you can assume from

19   this sentence that the license data he is

20   referring to was distinct from the OSS data he

21   was referring to in that bolded sentence above,

22   correct?

Page 288

1          A.    It seems so.

2          Q.    Do you have an understanding of what

3    he meant by the -- determining whether we should

4    by licenses to use this data?

5                MR. WEINSTEIN:  Object to form.

6          A.    I don't really understand what he

7    meant partially because even open source data, to

8    my understanding, has licenses or can a have a

9    license.

10   BY MR. YOUNG:

11         Q.    Can you sometime buy licenses to use

12   data?

13               MR. WEINSTEIN:  Object to form.

14         A.    The wording is a little confusing to

15   me.  Like, it can -- I am not sure exactly how

16   the -- how the legal purchasing of the license

17   worked, but I know that you can purchase data.

18   BY MR. YOUNG:

19         Q.    Can you purchase licenses to, for

20   example, use certain media?

21               MR. WEINSTEIN:  Object to form.

22         A.    Can someone purchase a license to

Page 289

1    utilize media?  I think so, but I am not an

2    expert.

3    BY MR. YOUNG:

4         Q.    For example, have you ever -- rent a

5    streaming video?

6         A.    Yes, I have rented streaming videos.

7         Q.    Do you understand that to be

8    purchasing a license to that video?

9              MR. WEINSTEIN:  Object to form.

10        A.    I have never thought about it that

11   way.  I don't -- I have never seen a specific

12   license attached.

13   BY MR. YOUNG:

14        Q.    Okay.  So continuing on to the next

15   page, so Aurelien continues to describe this

16   experiment.

17              You -- so what is WinoGrande,

18   HellaSwag, BooIQ, SIQA, and PIQA?

19        A.    These are the names of academic

20   benchmarks that we use to assess model

21   performance.

22        Q.    And there's a number of -- there's a

Page 290

1    chart describing how the model performed under

2    each of those benchmarks, correct?

3              A.    How this -- how the experiment --

4    experimental model performed, yes.

5              Q.    And there generally are higher

6    numbers mean -- do higher numbers mean the

7    performance is better or worse?

8              A.    For these benchmarks, higher

9    performance is better, but there are also large

10   variances on these.  So we -- there's a lot of

11   noise in the results, and we don't take a

12   strictly higher number to always mean strictly

13   better.

14             Q.    So it's kind of like when you're

15   examining -- statistics, when you're examining

16   statistical significance, for example?  Would

17   that be fair?

18             A.    There is variance on the benchmarks,

19   if that's what you mean.

20             Q.    Okay.  So before we examined that,

21   he is -- Aurelien is discussing -- it says that

22   these are model versions of Genesis, right?

Page 291

1                    Do you see at that?  Right -- right

2       before the table?

3             A.    Yes, I see that.

4             Q.    Do you understand that to also mean

5       model versions of what become Llama?

6             A.    I understand that to mean similar

7       architectural settings as Llama, as what would

8       become the future Llama 1.

9             Q.    Okay.  So each of the rows describe

10      data that was either included or not included in

11      each of the experiments.  Would that be fair?

12            A.    That's what it looks like.

13            Q.    And top row, minus the headings is

14      baseline includes GitHub and Libgen, right?

15            A.    Yes.

16            Q.    Do you understand that to mean there

17      is a base model and also GitHub and Libgen data

18      included as pre-training?  That was the first

19      topmost experiment?

20            A.    That's what I would assume.

21            Q.    And the next one down is fiction

22      novels removed, GitHub open license owned.

9/17/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Melanie Kambadur
                        Highly Confidential - Attorneys' Eyes Only

Page 292

1                    Do you see that?

2          A.    Yes, I see that line.

3          Q.    What do you understand "fiction

4    novels removed" to mean?

5          A.    I would guess this means that there

6    was some fiction books not present in this

7    training experiment.

8          Q.    And the last one is Libgen and

9    GitHub excluded.  So would you understand this to

10   just be the baseline model?

11         A.    I am not sure what you mean by

12   "baseline" in particular because there's already

13   another line labeled "baseline."

14         Q.    So the very top one says baseline

15   includes GitHub and Libgen, correct?

16         A.    Yes.

17         Q.    And the very bottom one, it just

18   says Libgen and GitHub excluded, right?

19         A.    Yes.

20         Q.    So would that bottom experiment

21   likely just be the baseline model without Libgen

22   and GitHub included?

Page 293

1              A.    I would assume that it's similar to

2       the top row but without Libgen and GitHub.

3              Q.    So looking at those results, each

4       column represents the performance of each of

5       those experiments for each of these -- each of

6       these academic benchmarks, right?

7              A.    Yes.

8              Q.    So for BIQ, the experiment modeled

9       -- the experiment's model that includes GitHub

10      and Libgen scored the highest, right?

11             A.    Yes.

12             Q.    For PIQA, the experiment model that

13      included GitHub and Libgen scored the lowest,

14      correct?

15             A.    According to this table, yes.

16             Q.    And SIQA, the model that included

17      GitHub and Libgen scored the highest but only by

18      a tenth, correct?

19             A.    It got -- yes, a .1 higher score on

20      this benchmark for this point in the training.

21             Q.    Under the HellaSwag, the baseline

22      that included GitHub and Libgen scored the lowest

Page 294

1    again, right?

2         A.    Yes.

3         Q.    And then WinoGrande, it scored the

4    lowest again, right?

5         A.    Yes.

6         Q.    So does this table support

7    Aurelien's original conclusion that the impact,

8    assuming that he was measuring the impact of

9    GitHub and Libgen, was limited?

10        A.    Given -- are you asking if I agree

11   with his conclusion?

12        Q.    Yes.

13        A.    I would say there's not really

14   enough information to make that kind of

15   conclusion here.

16        Q.    Based on this e-mail, the Genesis

17   team made that conclusion, right?

18        A.    At least Aurelien as -- on behalf of

19   -- who represented himself on behalf of Genesis

20   team.

21        Q.    Libgen, you testified earlier that

22   Libgen was not used as pre-training material for

Page 295

1    either the Llama 1 series and Llama 2 series of

2    models, correct?

3            A.    To best of my understanding, that it

4    was not used.

5            Q.    But you -- but it was used or at

6    least some version or some set of Libgen was used

7    to train the Llama 3 and up, correct?

8            A.    Yes.

9            Q.    So at some point, the decision was

10   made to include Libgen in pre-training the

11   Llama 3 models, right?

12           A.    Yes.

13           Q.    So can you turn back to the first

14   page, the very bottom e-mail from Joelle Pineau.

15                 Do you know who Joelle Pineau is?

16           A.    Yes.

17           Q.    Who is she?

18           A.    I don't know her title at the time

19   of this e-mail, but she is currently VP of FAIR.

20           Q.    Then she sends an e-mail on

21   December 16th, 2022 at 8:43 a.m., right?

22           A.    Yes.

Page 296

1          Q.     She adds you, right, to the e-mail

2    thread?

3          A.     Yes.

4          Q.     And Mary, right?

5          A.     Yes.

6          Q.     And Mary is Mary Williamson?

7          A.     It appears so.

8          Q.     Is Mary Williamson a member of FAIR

9    at this time?

10         A.     Yes.

11         Q.     So Joelle Pineau says:  Thanks for

12   the meeting.  Great to have this analysis help

13   guide our investments.

14                Do you see that?

15         A.     Yes.

16         Q.     Do you have an understanding of what

17   Ms. Pineau meant by "investments"?

18         A.     I couldn't be certain.  It could

19   mean the model training investments.

20         Q.     What about purchasing or licensing

21   data?

22         A.     It could also refer to that.  I am

Page 297

1    not certain.

2            Q.    And for pre-training models?

3            A.    It's hard to speculate from the

4    limited context here.

5            Q.    Okay.

6            A.    It could also mean whether we should

7    open source this model.  There's a lot of

8    interpretations here.

9            Q.    You can set that document aside.

10           MR. YOUNG:  So I am going to mark as

11       Plaintiffs' 19 --  20.  Apologize -- a

12       document bearing Bates label Meta Kadrey

13       0054898.

14           (Whereupon, Kambadur Exhibit 20,

15       Workplace Chat Bates Number Meta Kadrey

16       0054898, was marked for identification.)

17   BY MR. YOUNG:

18           Q.    Why don't you take a moment to

19   review the document and let me know when you are

20   ready.

21           A.    I reviewed it.

22           Q.    Great.

9/17/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Melanie Kambadur
Highly Confidential - Attorneys' Eyes Only

Page 337

1     CERTIFICATE OF SHORTHAND REPORTER NOTARY PUBLIC

2                    I, Monique Cabrera, the officer

3          before whom the foregoing deposition was

4          taken, do hereby certify that the foregoing

5          transcript is a true and correct record of

6          the testimony given; that said testimony was

7          taken by me stenographically and thereafter

8          reduced to typewriting under my direction;

9          and that I am neither counsel for, related

10         to, nor employed by any of the parties to

11         this case and have no interest, financial or

12         otherwise, in its outcome.

13                    IN WITNESS WHEREOF, I have hereunto

14         set my hand this 17th day of September, 2024.

15

16

17         _Monique Cabrera_

18

19         MONIQUE CABRERA

20         Notary Public in and for the State of New York

21         County of Suffolk

           My Commission No.

22         Expires:  06/12/2026