# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

IN RE MATTER OF:              )

RICHARD KADREY, et al.,       )

Plaintiff,                    )

    vs.                       ) C.A. NO.:

META PLATFORMS, INC.,         ) 3:23-cv-03417-VC

Defendant.                    )

_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **

VIDEOTAPED DEPOSITION OF JOELLE PINEAU

Montreal, Quebec, Canada

Wednesday, November 6, 2024

Stenographically Reported by:

ANGELA JANSSEN, CSR,

Commissioner of Oaths

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 55

1    individuals.

2              Q.    Did you have any responsibility

3    over the datasets that those individuals used to

4    train either the theorem proving project?

5              MS. HARTNETT:  Objection to form.

6              A.    I was responsible from a

7    strategic point of view and not necessarily

8    responsible for direct approvals while they were

9    not under my management chain.  And then when

10   they became in my management chain, then I had

11   more oversight.

12   BY MR. YOUNG

13             Q.    Do you recall approximately when

14   in 2022 they became under your management chain?

15             A.    September or October, that time

16   frame.

17             Q.    After September, October 2022,

18   would it be fair to say that any datasets that

19   were to be used to train any of the models at

20   FAIR -- strike that.

21                   Would it be fair to say after

22   September or October 2022 when those individuals

Page 56

1    entered your management chain, that you would

2    have the ability to either approve or disapprove

3    of datasets they were considering using for

4    training AI models?

5              MS. HARTNETT:  Objection to form.

6              A.    The approval process for datasets

7    is a little more complicated than that.  It's a

8    shared responsibility between research and

9    privacy team and our legal team.

10   BY MR. YOUNG

11             Q.    But you would have input on

12   whether or not a certain dataset would be

13   approved or disapproved?

14             MS. HARTNETT:  Objection to form.

15             A.    So usually the research director

16   has a point of view on the content of the

17   research project; so whoever is the first line

18   research director is the approver on the research

19   plan.  And the datasets are specified as part of

20   that plan.

21                   And so we have a, you know

22   essentially a voice into the approval process,

Page 57

1    but all the deciders need to align so it's not a

2    singular approval.

3    BY MR. YOUNG

4              Q.      Have there been any examples of

5    any datasets that you have expressed concerns

6    about using for AI training during your time at

7    Meta?

8              MS. HARTNETT:  Objection to form.

9              A.      I have definitely asked questions

10   about a number of datasets over time and

11   discussed this with my legal and privacy

12   partners.

13   BY MR. YOUNG

14             Q.      Have you expressed concerns over

15   the use of certain datasets over any of the

16   research scientists or research managers working

17   under your direction at FAIR?

18             MS. HARTNETT:  Objection to form and

19             without saying whether you've had any

20             legal discussions, if there's any

21             conversations involving legal

22             attorney-client communications, please

Page 58

1              exclude them from your answer.

2              A.    It's a regular part of our job to

3      discuss the choice of datasets for the projects.

4      I do it on a weekly basis with several research

5      teams.  Most of these discussions centre around

6      whether the dataset is the right one to prove our

7      scientific hypothesis.

8                  My role is to uphold the bar in

9      terms of the quality of the research.

10     BY MR. YOUNG

11             Q.    Has anyone expressed concerns to

12     you about use of certain datasets for AI

13     training?

14             MS. HARTNETT:  Objection to form.  And

15             also exclude any attorney-client

16             discussions if there were any.

17             A.    What kind of concern?  I mean,

18     yes.  This is something we discuss on a regular

19     basis.

20     BY MR. YOUNG

21             Q.    As anyone ever expressed concerns

22     to you, who's not a lawyer, about using certain

Page 71

    1          A.     LLaMA is just a better name.

    2          Q.     Not everyone at Meta agreed with

    3     you though?

    4          A.     I'm well aware.

    5          Q.     Now, when LLaMA 1 was released,

    6     it was released -- well, before we get to that.

    7                 Do you recall when this lawsuit

    8     was first filed against Meta?

    9          MS. HARTNETT:  Objection to form.

   10          A.     You mentioned it earlier, but I

   11     don't remember exactly.  Summer of 2023?

   12     BY MR. YOUNG

   13          Q.     Do you know what the term "shadow

   14     library" means?

   15          A.     No.

   16          Q.     Have you ever heard of dataset

   17     known as Library Genesis or LibGen?

   18          A.     LibGen rings a bell, but I don't

   19     know the specifics.

   20          Q.     What about Sci-Hub?  Have you

   21     heard of a dataset known as Sci-Hub?

   22          A.     Sci-Hub, no.

11/6/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Joelle Pineau
Highly Confidential - Attorneys' Eyes Only

Page 135

1    strong characterization in terms of

2    de-duplication; what's the impact on it or not.

3    BY MR. YOUNG

4              Q.    Okay.

5              A.    It's more that I don't know

6    what's contained in LibGen.

7              Q.    Yeah, okay.

8                    Mr. Rodriguez appears to be

9    reporting about certain experiments using data

10   from GitHub or LibGen, right?

11             A.    Yeah.

12             Q.    And he tells you what the goal of

13   this project was, right?

14             A.    Yes.

15             Q.    Okay.

16             A.    Where does he tell me about the

17   goal of the project?  Like, in terms of the

18   specific evaluation in the table?

19             Q.    That's right.

20             A.    Yeah, that's like a goal of a

21   specific experiment.

22             Q.    Yes.  And he said the goal was:

11/6/2024          Richard Kadrey, et al. v. Meta Platforms, Inc.          Joelle Pineau
                   Highly Confidential - Attorneys' Eyes Only

Page 136

1                         "Whether we should buy

2                          licenses to use this data,"

3                          correct?

4          A.     Yes.   That's what he says.

5          Q.     Yeah.   He's referring to the data

6    in GitHub and LibGen, right?

7          MS. HARTNETT:   Objection to the form.

8          A.     That is definitely what he's

9    referring to.   I think we should, you know, take

10   his use of those terms with a grain of salt.

11                         He speaking as a researcher so he

12   wouldn't necessarily be the one either

13   determining how we need to or how it's done.

14   BY MR. YOUNG

15         Q.     But as a researcher he can report

16   on the experiments that will guide the decision

17   makers choice whether or not to actually buy

18   licenses, right?

19         MS. HARTNETT:   Objection to the form.

20         A.     You definitely have a strong

21   voice in advising on what data you wish to use.

22                         But as an example, I don't know

Page 137

1    what is the actual license and whether he had a

2    deep understanding of that.  I don't know whether

3    we had run the analysis.  That's what I mean.

4    BY MR. YOUNG

5            Q.    That's right.  And the next, the

6    table, right, you see the page with the table

7    bearing Bates label 63691?

8            A.    Yes.

9            Q.    Now, WinoGrande, HellaSwag,

10   BooIq, SIQA or PIQA, these are all benchmarks,

11   right?

12           A.    Yes.

13           Q.    This is like MMLU we were talking

14   about earlier?

15           A.    Exactly.

16           Q.    Okay.  He is measuring how long

17   the -- let's back up.

18                 So the experiment he ran appears

19   to be training parallel models, parallel

20   trainings, right?

21           A.    Yeah.

22           Q.    So parallel trainings, do you

Page 138

1    understand that to mean he trained two versions

2    of the model?

3              A.     In fact, three, yeah.

4              Q.     That's right.  So three, three

5    versions of the model with or without certain

6    information included, right?

7              A.     Exactly.

8              Q.     So the top one is baseline

9    includes GitHub and LibGen, right?

10             A.     Yeah.

11             Q.     And next one is fiction novels

12   removed, GitHub open license only?

13             A.     Yeah.

14             Q.     Do you understand that to be

15   GitHub only and not LibGen?

16             MS. HARTNETT:  Objection to form.

17             A.     Again, so the third line excludes

18   all of LibGen and all of GitHub.

19                    The line in the middle, I take

20   this to mean we excluded a portion of LibGen and

21   a portion of GitHub.

22   BY MR. YOUNG

Page 139

1          Q.     Specifically fiction novels,

2     right?

3          MS. HARTNETT:  Objection to the form.

4          A.     Yeah.

5     BY MR. YOUNG

6          Q.     Why would Aurelian exclude

7     fiction novels specifically?

8          MS. HARTNETT:  Objection to the form.

9          A.     That would be speculation on my

10    part at this point.

11    BY MR. YOUNG

12         Q.     Do fiction novels and non-fiction

13    novels have different uses for training large

14    language models?

15         MS. HARTNETT:  Objection to the form.

16         A.     That depends on what you want

17    your model to do.  So I think they both can or

18    can be included or not, depending on what your

19    goal is.

20    BY MR. YOUNG

21         Q.     It's fair to say that fiction and

22    non-fiction have different utilities for training

Page 145

1    because I think it's just too nuanced.

2    BY MR. YOUNG

3          Q.      Now, he says:

4                  "We will train our models

5                  only on data compatible with

6                  open-sourcing," right?

7          A.      Yeah.

8          Q.      Okay.

9          A.      That's what he says.

10         Q.      Okay.  Do you have an

11   understanding of what data compatible with open

12   sourcing means?

13         MS. HARTNETT:  Objection to the form.

14         A.      Well, the decision to open

15   source, as I explained earlier, was taken jointly

16   from the research oversight, the privacy and the

17   legal oversight.

18                 So, you know, in my books, data

19   compatible with open sourcing is data that meets

20   the requirement from these three types of

21   expertise.

22   BY MR. YOUNG

Page 146

1          Q.     Okay.

2          A.     And I don't know that at that

3   point in the project that we had run that

4   analysis.  So it wouldn't be on a researcher to

5   determine whether data is compatible with open

6   sources or not.

7          Q.     But from the context of this

8   email, at least Aurelien seems to believe the

9   GitHub or LibGen is data that would not be

10  compatible open sourcing, correct?

11         MS. HARTNETT:  Objection to the form.

12         A.     I don't know for sure.  He

13  seems -- this document suggests that some parts

14  of those datasets he thinks are not compatible

15  with open sourcing.

16  BY MR. YOUNG

17         Q.     Do you know why he thought LibGen

18  was not compatible with open sourcing?

19         MS. HARTNETT:  Objection to the form.

20         A.     I don't know.  You'd have to ask

21  him.

22  BY MR. YOUNG

Page 147

1           Q.     Okay.  You respond to him, right?

2           A.     I do, yes.

3           Q.     You add two people to the

4     conversation, right?

5           A.     Who did I add?  Melanie and Mary,

6     yes.

7           Q.     Ms. Kambadur and Ms. Williamson?

8           A.     Yes.

9           Q.     Who are at this time members of

10    FAIR, right?

11          A.     Yes.

12          Q.     You thank Aurelian and then you

13    say:

14                 "Great to have this analysis

15                  to help guide or

16                  investments", right?

17          A.     Yes.

18          Q.     So you are appreciative of his

19    analysis whether or not you can train data models

20    and data compatible with open sourcing, right?

21          A.     I'm appreciative of his analysis

22    to look at the direct impact of including certain

Page 148

1    data on the performance of the models.

2          Q.    Right.  You don't disagree with

3    him whether or not GitHub or LibGen are

4    compatible with open sourcing, right?

5          MS. HARTNETT:  Objection to the form.

6          A.    That wouldn't be my role to make

7    that determination.

8    BY MR. YOUNG

9          Q.    Okay.

10         A.    So at that point the question for

11   the research team is what's the research impact

12   of using certain data.

13         Q.    Now, you refer to investments in

14   this message, right?

15         A.    Yeah.

16         Q.    Can you tell me what you meant by

17   the word "investments"?

18         A.    It's hard to recall.  This is

19   almost two years ago.

20               So investments could be at the

21   time there was a question of which project should

22   we invest in between the OPT successor and the

Page 149

1    Genesis project.

2                    There's a question of compute

3    resource.  There's a question of data resource.

4    And so, and then there's a question of whether we

5    need to license or not.

6                    So all of these are part of the

7    strategy, the research strategy essentially.

8            Q.    So based on the context of this

9    email, were you likely referring to investment in

10   acquiring datasets for use at Meta?

11           MS. HARTNETT:  Objection to the form.

12           A.    I don't know that would be part

13   of the conversation, but the question is do we

14   need the data?  Do we need the storage for the

15   data?

16                    Do we need -- I don't know at

17   this point if we had done the analysis on the

18   license or not.  So it's even a question of,

19   like, do we ask people to run that analysis?

20   BY MR. YOUNG

21           Q.    Well, would it be fair to say if

22   the data does not improve performance of the

Page 150

1    model, then why would you need to invest in

2    licensing?

3              MS. HARTNETT:  Objection to the form of

4              the question.

5              A.    I think it even, dialing it back,

6    I would say if the data doesn't show improvement

7    to the model, we're not even going to look into

8    whether or not this is worth considering.

9                   And so license comes with certain

10   use cases.  And so I think the question was

11   whether our use of it was compatible with a

12   license of it and I think the -- I don't know if

13   it's written in here likely the conclusion is

14   doesn't impact the model, therefore let's not run

15   the analysis.

16   BY MR. YOUNG

17             Q.    Okay.  And let's not buy the

18   license, right?

19             MS. HARTNETT:  Objection to the form.

20             A.    Again, I mean, that would depend

21   on what's the use case.

22   BY MR. YOUNG

Page 151

1             Q.    Okay.  Now you continue, right,

2    you ask him, Mr. Rodriguez, if he can comment on

3    whether or not the dataset would be useful to

4    other projects at FAIR, right?

5             A.    Yes.

6             Q.    And that dataset is the dataset

7    that he was conducting the experiments on, right?

8             MS. HARTNETT:  Objection to the form.

9             A.    Yeah, and specifically I think

10   the key part is:  Do you have any thoughts on

11   what we can generalize from your results to those

12   of other cases?

13   BY MR. YOUNG

14            Q.    And this is what you were talking

15   about earlier, right?

16                  You were asking him about the

17   generalized use cases of this data to see whether

18   or not it would be worth the investment for Meta

19   to continue using this dataset, right?

20            MS. HARTNETT:  Objection; vague.

21            A.    I think it's fair to say at that

22   time I was interested to know whether those

Page 152

1    datasets were useful to training our models.

2    BY MR. YOUNG

3          Q.    Because of course if they were

4    not useful, why bother examining them or

5    acquiring them in the first place?

6          MS. HARTNETT:  Objection to the form of

7          the question.

8          A.    If they're not useful, then we

9    shouldn't be using them.  We shouldn't storing

10   them.  We shouldn't be analyzing the licensing

11   properties and the business strategy around them.

12   BY MR. YOUNG

13         Q.    Okay.  Thank you.

14               Can you go to the very top email

15   or the last in time email from Aurelian?

16         A.    Yes.

17         Q.    Your first would again as

18   proprietary dataset, do you see?

19         A.    Yeah.

20         Q.    Oh, I'm sorry, do you know who

21   Luke Zettlemoyer is?

22         A.    He's a researcher in FAIR.

Page 153

1           Q.    Does he still work for FAIR?

2           A.    He does.

3           Q.    And he's also an academic at the

4    same time as his work at Meta, right?

5           A.    Yeah.

6           Q.    So he sends an email responding

7    to you, right?

8           A.    Yes.

9           Q.    Okay.  Do you see that sentence

10   he says:

11                "I don't think there's a lot

12                of strong evidence for

13                needing more long docs,"

14                right?

15          A.    In Luke's email?

16          Q.    Yes.

17          MS. HARTNETT:  Objection; document

18          speaks for itself.

19          A.    Yes.  I see that.

20   BY MR. YOUNG

21          Q.    Okay.

22                Does LibGen contain long form

Page 154

1   documents?

2          MS. HARTNETT:  Objection to the form.

3          A.    I don't know.  You'd have to look

4   at it.

5   BY MR. YOUNG

6          Q.    Well, Mr. Zettlemoyer is

7   responding to your question about the data,

8   right?

9          MS. HARTNETT:  Objection to the form.

10         A.    Yes, he's -- I mean, I'm

11  inferring that he's responding to specifically to

12  my question of whether that data would be useful

13  for other projects and Luke leads some of these

14  other projects.  So he responds he doesn't think

15  there's strong evidence of needing long docs sos

16  I assume that's in the context of the work that

17  he's doing.

18  BY MR. YOUNG

19         Q.    Do you know if LibGen contains

20  long form documents?

21         A.    I don't.

22         Q.    Do you know if Meta has now

Page 155

1    decided to use LibGen to train its LLaMA models?

2          A.    You mean models LLaMA 3?

3          Q.    Yes.

4          A.    I don't know.

5          Q.    Okay.  You can set this document

6    aside.

7                I'm going to start a new

8    document.  I don't recall how long we've been

9    going.

10         MS. HARTNETT:  We've been going for

11         about 23 minutes.

12         MR. YOUNG:  Okay.  I can do a short

13         document.

14   BY MR. YOUNG

15         Q.    I'm going to mark as Plaintiffs'

16   504?  505, I apologize.

17         (Stenographer clarifies)

18         MS. HARTNETT:  You had 503 and 503A.

19         MR. YOUNG:  Yes, so 504.  Madam court

20         reporter?

21         THE REPORTER:  Yes.

22         MR. YOUNG:  Mark as Plaintiffs' 504

Page 367

1    discuss Generative AI models with members of

2    FAIR?

3              MS. HARTNETT:  Objection to the form.

4              A.    I don't tend to communicate with

5    any members of FAIR through WhatsApp.

6    BY MR. YOUNG

7              Q.    Okay.

8                    So I want to, I'm going to mark

9    as Plaintiffs' 516 document bears Bates label

10   Meta_Kadrey_00101512.

11              (Plaintiffs' Exhibit 516:

12              Meta_Kadrey_00101512)

13   BY MR. YOUNG

14             Q.    Let me know when you've had a

15   chance to look at the document?

16             A.    Yeah.  I'm good.

17             Q.    Okay.  You ready?

18             A.    Yes.

19             Q.    Okay.  Do you recognize the

20   document that's been marked as Plaintiffs' 516?

21             A.    Yes.

22             Q.    Does this document appear to be a

Page 371

1    right data.

2                     Same with LLaMA 5.  So that was

3    really my concern to diversifying sources of data

4    in order to be able to learn the capabilities

5    that we wanted to learn.

6    BY MR. YOUNG

7            Q.     Right.  So data would be a block

8    for future developments of LLaMAs, right?

9            MS. HARTNETT:  Objection to the form.

10           A.     I mean, data is an accelerator

11   when you have the right data.

12   BY MR. YOUNG

13           Q.     Right.  And you say something

14   similar, right at 1:24:09 right?

15           MS. HARTNETT:  Objection to the form.

16           A.     Here I list different ways to go

17   about having access to data.  Each of which takes

18   some effort and time to write.

19   BY MR. YOUNG

20           Q.     So specifically, you list

21   collecting, curating and licensing data, right?

22           A.     Yes.

Page 372

1              Q.     So can you describe generally for

2      me what you mean by license or collecting data?

3              A.     Collecting means going about and

4      essentially, like, recording data.  It can take

5      various forms.

6                     We did a lot of efforts of data

7      collection, for example, with some early

8      prototypes of Meta glasses which allows us, for

9      example, our Ego40 dataset.  That gives us

10     multimodal data.

11                    So there a way to collect data.

12     Sometimes we hire annotators to do machine

13     translations between languages so that is the

14     collecting piece.

15             Q.     What about curating data?  What

16     do you mean by curating data?

17             A.     Curating is from a set of data,

18     essentially, like, selecting the subset that has

19     the highest value of data.

20                    So, for example, in some cases,

21     we may have a dataset and we may not need all of

22     that data.  So we need to figure out which part

Page 373

1    is valuable or not depending on the capabilities

2    that we want.

3                  So an example of that may be the

4    strategy that we have for SpiderMate.  We may not

5    want to blindly just collect tons of stuff but

6    you want to take some time to consider what data

7    is going to be valuable to the capabilities of

8    the model you're trying to build.

9          Q.     Right because there may also be

10   risk with indiscriminately using data?

11         MS. HARTNETT:  Objection to the form.

12         A.     Well, the performance of the

13   model is going to be impacted by the data that is

14   used for training.

15   BY MR. YOUNG

16         Q.     What do you mean by licensing

17   data?

18         A.     I mean in some cases if you want

19   to enter into a license agreement with an

20   organization that has data, then it takes time to

21   figure out what are the right terms for that

22   agreement.

Page 374

1          Q.    To negotiate the license terms,

2    right?

3          A.    Yeah.

4          Q.    Why do you refer to Katie

5    Millican here?

6          A.    Katie Millican was someone that

7    we were trying to hire to lead the data strategy

8    for LLaMA.

9          Q.    And Ms. Millican at the time work

10   for Google, right?

11         A.    Yes.

12         Q.    Okay.  You can set that document

13   aside.  Thank you.

14               So I'm going to mark at

15   Plaintiffs' 517 a document produced in native

16   form as Meta_Kadrey_00064715.

17               (Plaintiffs' Exhibit 517:

18               native form

19               Meta_Kadrey_00064715)

20         THE WITNESS:  Thank you.

21   BY MR. YOUNG

22         Q.    Let's take a couple of moments to

Page 405

1                    REPORTER'S CERTIFICATE

2

3              I, ANGELA JANSSEN, CSR,

4    certify;

5

6              That the foregoing proceedings were

7    taken before me at the time and place therein set

8    forth, at which time the witness was put under

9    oath by me;

10

11             That the testimony of the witness

12   and all objections made at the time of the

13   examination were recorded stenographically by me

14   and were thereafter transcribed;

15

16             That the foregoing is a true and

17   correct transcript of my shorthand notes so taken.

18

19

20   _____

21   PER: ANGELA JANSSEN, CSR

22

Page 406

1                   CERTIFICATE OF REPORTER

2

3    I, Angela Janssen, the officer before whom the

4    foregoing deposition was taken, do hereby certify

5    that the witness whose testimony appears in the

6    foregoing deposition was duly sworn by me; that

7    the Testimony of said witness was taken by me in

8    shorthand, using Computer Aided Realtime, to the

9    best of my ability and thereafter reduced to

10   written format under my direction; that I am

11   neither counsel for, related to, nor employed by

12   any of the parties to the action in which the

13   deposition was taken, and further that I am not

14   related or any employee of any attorney or counsel

15   employed by the parties thereto, nor financially

16   or otherwise interested in the outcome of the

17   action.

18        *A. Janssen*

19   _____

20   Angela Janssen, CSR

21   Chartered Shorthand Reporter

22   Commissioner of Oaths