May 7, 2025

*E-Filed*

The Honorable Vince Chhabria
450 Golden Gate Avenue
17th Floor, Courtroom 4
San Francisco, CA 94102

      Re: *Kadrey, et al. v. Meta Platforms, Inc.*, Case No. 23-cv-03417

Dear Judge Chhabria,

      Pursuant to the Court's instruction, Plaintiffs respectfully file the two slide decks provided to the Court and to Meta's counsel at the May 1, 2025 summary judgment hearing. **Appendix A** is Plaintiffs' slide deck addressing issues of copyright infringement and fair use, and **Appendix B** contains Plaintiffs' slide deck addressing issues involving the Digital Millennium Copyright Act ("DMCA").

      The slide decks are identical to the hard copies provided to the Court and to Meta's counsel at the hearing. **Appendix A** contains redactions of select information over which parties may assert confidentiality.

                                                                            */s/ Maxwell V. Pritt*
                                                                           Maxwell V. Pritt
                                                                           Boies Schiller Flexner LLP
                                                                          *Interim Lead Counsel for Plaintiffs*