Terence W. McCormick (State Bar No. 222145)
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
(212) 696-4848
mccormick@mintzandgold.com
*Counsel for Non-Party HarperCollins Publishers LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>  Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                                        Defendant. | Case No.:   3:23-CV-03417-VC-TSH<br><br>**NON-PARTY HARPERCOLLINS PUBLISHERS, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rule 79-5(c) and 79-5(d), Non-Party HarperCollins Publishers, LLC ("HarperCollins") moves this Court for an Order allowing HarperCollins to file under seal its confidential Declaration in Support of Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise, Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher Farnsworth ("Plaintiffs") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 589) re the power-point presentation filed (Dkt. 588-1) in connection with Plaintiffs' Summary Judgment Reply and Opposition (Dkt. 517). HarperCollins respectfully submits that compelling reasons exist for the filing of its Declaration under seal.

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | DATED: May 14, 2025 | Respectfully submitted, |
| 3 |   | MINTZ & GOLD LLP |
| 4 |   | s/ Terence W. McCormick |
|   |   | Attorneys for Non-Party |
| 5 |   | HarperCollins Publishers, LLC |