Terence W. McCormick (State Bar No. 222145)
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
(212) 696-4848
mccormick@mintzandgold.com
*Counsel for Non-Party HarperCollins Publishers LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>   Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                                    Defendant. | Case No.:   3:23-CV-03417-VC-TSH<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY HARPERCOLLINS PUBLISHERS, LLC'S ADMINSTRATIVE MOTION TO SEAL** |

     Before this Court is Non-Party HarperCollins Publishers, LLC's ("HarperCollins") Administrative Motion to Seal our Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 589) Re the power-point presentation filed (Dkt. 588-1) in connection with Plaintiffs' Summary Judgment Reply and Opposition (Dkt. 517). The Court finds HarperCollins's Declaration is extremely sensitive and includes confidential information or items, the disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means other than filing under seal. Having considered the parties' arguments and all papers filed herein, the Court hereby GRANTS the Motion to seal HarperCollins's Declaration in support.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. VINCE CHHABRIA
United States District Judge