Bryan L. Clobes (pro hac vice)
Mohammed A. Rathur (pro hac vice)
**CAFFERTY CLOBES MERIWETHER**
  **& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>　　　　Defendant. | Case No. 3:23-cv-03417-VC<br><br>**NOTICE OF WITHDRAWAL OF ALEXANDER J. SWEATMAN AS COUNSEL OF RECORD** |

　　　PLEASE TAKE NOTICE that Plaintiffs hereby respectfully move this Court for an Order permitting the withdrawal of the appearance of Alexander J. Sweatman in the above-captioned action. Mr. Sweatman is no longer associated with the law firm of Cafferty Clobes Meriwether & Sprengel LLP and attorneys at Cafferty Clobes Meriwether & Sprengel LLP continue to be counsel of record for Plaintiffs. This withdrawal will not affect any deadlines or cause any delay in this matter.

　　　Accordingly, Plaintiffs request that Alexander J. Sweatman be withdrawn as counsel of record and removed from this action's electronic case filing (ECF) service list.

Dated: June 19, 2025

*/s/ Bryan L. Clobes*
Bryan L. Clobes (pro hac vice)
Mohammed A. Rathur (pro hac vice)
CAFFERTY CLOBES MERIWETHER
  & SPRENGEL LLP

135 South LaSalle Street, Suite 3210  
Chicago, IL 60603  
Tel: 312-782-4880  
bclobes@caffertyclobes.com  
mrathur@caffertyclobes.com