COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:   (310) 883-6400

KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:   (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone:   (650) 815-4131

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
KANNON K. SHANMUGAM (*pro hac vice*)
(kshanmugam@paulweiss.com)
2001 K Street, NW
Washington, DC 20006
Telephone:   (202) 223-7300

*[Full Listing on Signature Page]*
*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY *et al.*,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>                                                    Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**RESPONSE TO ORDER RE OUTSTANDING SEALING MOTIONS [ECF NO. 600]**<br><br>Judge: Vince Chhabria |

Pursuant to the Court's Order [ECF No. 600], ordering the parties to jointly file a table summarizing the outstanding motions to seal, the parties have conferred and the chart describing the active motions to seal is attached hereto as **Exhibit A**.

| | | |
|---|---|---|
| 1 | Dated: July 3, 2025 | COOLEY LLP |
| 2 | | By: */s/ Matthew J. Brigham* |
| 3 | | Matthew J. Brigham |
| | | COOLEY LLP |
| 4 | | BOBBY GHAJAR (198719) |
| | | (bghajar@cooley.com) |
| 5 | | TERESA MICHAUD (296329) |
| | | (tmichaud@cooley.com) |
| 6 | | COLETTE GHAZARIAN (322235) |
| | | (cghazarian@cooley.com) |
| 7 | | 1333 2nd Street, Suite 400 |
| | | Santa Monica, CA 90401 |
| 8 | | Telephone:    (310) 883-6400 |

COOLEY LLP
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
MATTHEW BRIGHAM (191428)
(mbrigham@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
JUAN PABLO GONZÁLEZ (334470)
(jgonzalez@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 843-5000

COOLEY LLP
PHILLIP MORTON *(pro hac vice)*
(pmorton@cooley.com)
COLE A. POPPELL *(pro hac vice)*
(cpoppell@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone:    (650) 815-4131

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
KANNON K. SHANMUGAM *(pro hac vice)*
(kshanmugam@paulweiss.com)
2001 K Street, NW
Washington, DC 20006
Telephone:    (202) 223-7300

2                                   **RESPONSE TO ORDER RE SEALING MOTIONS**
                                    **3:23-CV-03417-VC**