# EXHIBIT A

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

Cross-referenced summary of motion(s) to seal

I.    **Documents filed by Plaintiffs relating to Dkts. 262, 472, 517, 588**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| M. Kambadur Deposition Transcript (September 17, 2024) | 331-2 | 260-6 | 282 | Defendant | Partial | Contains discussion of Meta's highly sensitive business strategies; contains technical information regarding Meta's AI model development. | |
| Meta's Amended Non-Email Privilege Log | 331-3 | 260-7 | 282 | Defendant | Partial | Contains significant discussion and description of Meta's highly confidential internal communications. | |
| Meta's Amended Email Privilege Log | 331-4 | 260-8 | 282 | Defendant | Partial | Contains significant discussion and description of Meta's highly confidential internal communications, including personal identifying information, such as employee email addresses. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Declaration of Matthew Butterick ISO Plaintiffs' Reply | 567-1 | 523-1 | 567 | Defendant | Partial | Contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |
| Exhibit A to Declaration of Matthew Butterick ISO Plaintiffs' Reply | 567-2 | 523-2 | 567 | Defendant | Partial | Contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta's Supplemental Interrogatory Response to Plaintiff's Interrogatory No. 1 (December 13, 2024) | 567-3 | 473-5 | 567 | Defendant | Partial | Contains Meta's nonpublic and highly confidential financial information and internal considerations, including information concerning Meta's budgets, costs, estimated revenues, and other financial forecasts; contains third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships); contains Meta's highly sensitive, confidential, technical, and trade secret information, such as details about computational resources and hardware configurations. | |

**Richard Kadrey** *et al.* **v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Spreadsheet on Billing Data | N/A | 473-6 | 567 | Defendant | Full | Contains billing data between Meta and a third-party that discloses pricing information which would reveal the monetary terms of an agreement with a third-party vendor. | |
| Meta Internal GenAI Opportunities Documentation | N/A | 473-7 | 567 | Defendant | Full | Contains Meta's internal highly confidential and competitively sensitive long range planning and financial modeling, including information concerning Meta's ongoing and future monetization efforts. Information is interwoven throughout the exhibit making redactions inadequate. | |
| Meta Internal GenAI Research Overview Documentation | 567-4 | 473-8 | 567 | Defendant | Partial | Contains Meta's highly sensitive, confidential, technical, and trade secret information, for example, details about computational resources and hardware configurations. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Llama Branding and Launch Requirements Documentation | 567-5 | 473-9 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal GenAI Initiative Documentation | N/A | 473-11 | 567 | Defendant | Full | Contains Meta's internal and competitively sensitive financial metrics for 2025, such as budget line items and key drivers associated with specific projects or ventures. This nonpublic and highly confidential financial information and internal strategic considerations include information concerning ongoing and future initiatives, as well as Meta's prioritization of these initiatives. Information is interwoven throughout the exhibit making redactions inadequate. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-6 | 473-12 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal LLM Dataset Considerations Documentation | 567-7 | 473-14 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |
| Meta Internal Chat Thread | 567-8 | 473-15 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-9 | 473-16 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-10 | 473-17 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-11 | 473-18 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| E. Nho Deposition Transcript (December 6, 2024) | 567-12 | 473-19 | 567 | Defendant | Partial | Contains third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal LLM Training Documentation | 567-13 | 473-21 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains Meta's highly sensitive, confidential, technical, and trade secret information such as details about Meta's proprietary datamix. | |
| Meta Internal Long Context LLM Documentation | 567-14 | 473-22 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-15 | 473-23 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |
| Meta Internal Chat Thread | 567-16 | 473-24 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-17 | 473-25 | 567 | Defendant | Partial | Contains Meta's staffing and personnel related information, namely, highly sensitive discussions about an individual's workplace performance. | |
| Opening Expert Report of C. Lopes (January 10, 2025) | 567-18 | 473-26 | 567 | Defendant | Partial | Contains third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships); contains Meta's highly sensitive, confidential, technical, and trade secret information such as details about Meta's proprietary datamix. | |
| Meta Internal Chat Thread | 567-19 | 473-29 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII). | |

**Richard Kadrey** *et al.* **v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-20 | 473-30 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII). | |
| Meta Internal Chat Thread | 567-21 | 473-31 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-22 | 473-32 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |
| Meta Internal Fair LLM Check-In Documentation | 567-23 | 473-34 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |
| Meta Internal Email Thread | 567-24 | 473-35 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII). | |

17

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-25 | 473-36 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII). | |
| Meta Internal Chat Thread | 567-26 | 473-37 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |
| D. Esiobu Deposition Transcript (December 13, 2024) | 567-27 | 473-38 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-28 | 473-39 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-29 | 473-40 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Email Chain with Third Party | 567-30 | 473-41 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII); contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |
| Email Thread with Third Party | N/A | 473-42 | 567 | Defendant | Full | Contains communications with third parties concerning potential partnerships and licensing ventures. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Generative AI BD Pipeline Documentation | 567-31 | 473-43 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Email Thread with Third Party | N/A | 474-1 | 567 | Defendant | Full | Contains communications with third parties concerning potential partnerships and licensing ventures. | |
| License Agreement with Third Party | N/A | 474-2 | 567 | Defendant | Full | Contains draft and finalized confidential agreements exchanged and entered into with third parties. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-32 | 474-3 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information; contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Meta Internal Chat Thread | 567-33 | 474-4 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains Meta's nonpublic and highly confidential financial information and internal considerations, including information concerning Meta's budgets, costs, estimated revenues, and other financial forecasts; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding | |
|---|---|---|---|---|---|---|---|

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | | | possible strategic partnerships). | |

| Meta Internal Chat Thread | 567-34 | 474-5 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains Meta's nonpublic and highly confidential financial information and internal considerations, including information concerning Meta's budgets, costs, estimated revenues, and other financial forecasts; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | | | possible strategic partnerships). | |
| A. Boesenberg Deposition Transcript (November 18, 2024) | 567-35 | 474-6 | 567 | Defendant | Partial | Contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |
| Meta Internal Chat Thread | 567-36 | 474-7 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-37 | 474-8 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-38 | 474-9 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII); contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |
| Meta Internal Email Thread | 567-39 | 474-10 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Dataset Documentation | 567-40 | 474-12 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-41 | 474-13 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-42 | 474-14 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| M. Sinkinson Deposition Transcript (March 4, 2025) | 567-43 | 474-15 | 567 | Defendant | Partial | Contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |
| Meta Internal Chat Thread | 567-44 | 474-16 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Email Thread | 567-45 | 474-17 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |
| Meta Internal Chat Thread | 567-46 | 474-18 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII). | |
| Meta Internal Chat Thread | 567-47 | 474-19 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII). | |
| Meta Internal Chat Thread | 567-48 | 474-20 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information (PII). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-49 | 474-21 | 567 | Defendant | Partial | Contains Meta's employees' personal identifiable information; contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-50 | 474-24 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 567-51 | 474-25 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |
| Meta Internal Chat Thread | 568-1 | 474-26 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Rebuttal Expert Report of Barbara Frederickson-Cross (February 10, 2025) | 568-2 | 474-28 | 567 | Defendant | Partial | Contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains Meta's highly sensitive, confidential, technical, and trade secret information, including source code commands and/or narrative descriptions of such commands. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 568-3 | 474-29 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |
| Meta Internal Spreadsheet | 568-4 | 474-31 | 567 | Defendant | Partial | Contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Email Thread | 568-5 | 474-36 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII). | |
| Meta Internal Chat Thread | 568-6 | 474-37 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |
| Meta Internal Chat Thread | 568-7 | 474-40 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 568-8 | 474-41 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 568-9 | 475-3 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains Meta's highly sensitive, confidential, technical, and trade secret information, including source code commands and/or narrative descriptions of such commands. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Opening Expert Report of Dr. Jonathan L. Krein (January 10, 2025) | 568-10 | 475-4 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |
| Meta Internal Chat Thread | 568-11 | 475-5 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Meta Internal Chat Thread | 568-12 | 475-7 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships); contains Meta's highly sensitive, confidential, technical, and trade secret information, including details about computational resources and hardware configurations. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Dataset Documentation | 568-13 | 520-3 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 568-14 | 520-5 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Dataset Documentation | 568-15 | 520-7 | 567 | Defendant | Partial | Contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains Meta's highly sensitive, confidential, technical, and trade secret information, including source code commands and/or narrative descriptions of such commands and detailed evaluation results such as numeric metrics. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| N. Bashlykov 30(b)(1) Deposition Transcript (December 5, 2024) | 568-16 | 520-8 | 567 | Defendant | Partial | Contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |
| Meta Internal Chat Thread | 568-17 | 520-10 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII). | |
| Meta Internal Chat Thread | 568-18 | 520-11 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 568-19 | 520-12 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 568-20 | 520-13 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 568-21 | 520-14 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey** *et al.* **v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Dataset Documentation | 568-22 | 520-16 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 568-23 | 520-17 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains Meta's highly sensitive, confidential, technical, and trade secret information, including detailed evaluation results such as numeric metrics. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Translation of Meta Internal Chat Thread | 568-24 | 520-20 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains Meta's highly sensitive, confidential, technical, and trade secret information, including source code commands and/or narrative descriptions of such commands. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Meta Internal Dataset Documentation | 568-25 | 520-23 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains Meta's highly sensitive, confidential, technical, and trade secret information, including highly detailed technical information about datasets used internally at Meta in connection with its Llama models, including for training and conducting research and experiments; this information includes details about the compositions of particular datasets including token counts or volumes and data mixes, internal experiments conducted and results obtained using such | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | | | datasets, and information about the processing of these datasets. | |
| Meta Internal Chat Thread | 568-26 | 520-24 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |
| Meta Presentation on Memorization in LLMs | 568-27 | 520-25 | 567 | Defendant | Partial | Contains Meta's highly sensitive, confidential, technical, and trade secret information, including detailed evaluation results such as numeric metrics. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Memorization Documentation | 568-28 | 520-27 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains Meta's highly sensitive, confidential, technical, and trade secret information, including Meta's data extraction methodology, results, and prompt sampling approaches. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Generative AI Roadmap Documentation | 568-29 | 520-28 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships); contains Meta's highly sensitive, confidential, technical, and trade secret information, including details about computational resources and hardware configurations. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Expert Report of Daniel F. Spulber (January 10, 2025) | 568-30 | 520-32 | 567 | Defendant | Partial | Contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |
| License Agreement with Third Party | N/A | 520-33 | 567 | Defendant | Full | Contains a draft confidential agreement exchanged with a third party. | |
| License Agreement with Third Party | N/A | 520-34 | 567 | Defendant | Full | Contains a draft confidential agreement exchanged with a third party. | |
| License Agreement with Third Party | N/A | 521-1 | 567 | Defendant | Full | Contains a draft confidential agreement exchanged with a third party. | |
| License Agreement with Third Party | N/A | 521-2 | 567 | Defendant | Full | Contains a draft confidential agreement exchanged with a third party. | |

**Richard Kadrey** *et al.* **v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| License Agreement with Third Party | N/A | 521-3 | 567 | Defendant | Full | Contains a finalized confidential agreement exchanged and entered into with a third party. | |
| License Agreement with Third Party | N/A | 521-5 | 567 | Defendant | Full | Contains a draft confidential agreement exchanged with a third party. | |
| License Agreement with Third Party | N/A | 521-6 | 567 | Defendant | Full | Contains a draft confidential agreement exchanged with a third party. | |
| Meta Internal Chat Thread | 568-31 | 521-7 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII). | |
| Meta Internal Dataset Documentation | 568-32 | 521-8 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Licensing Strategy Documentation | 568-33 | 521-9 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Email Thread with Third Party | N/A | 522-3 | 567 | Defendant | Full | Contains communications with third parties concerning potential partnerships and licensing ventures. | |
| Meta Internal Dataset Documentation | 568-34 | 522-5 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains Meta's nonpublic and highly confidential financial information and internal considerations, including information concerning Meta's budgets, costs, estimated revenues, and other financial forecasts; contains information about Meta's proprietary data acquisition techniques. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Opening Expert Report of Jonathan L. Krein (January 10, 2025) | 568-35 | 522-7 | 567 | Defendant | Partial | Contains Meta's hyperlinks, file paths, and certain file names (e.g., links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains Meta's highly sensitive, confidential, technical, and trade secret information, including source code commands and/or narrative descriptions of such commands. | |
| Meta Internal Email Thread | 568-36 | 522-9 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Chat Thread | 568-37 | 522-10 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |
| Meta Internal GenAI Weekly Team Meeting Notes | N/A | 522-13 | 567 | Defendant | Full | Contains highly confidential internal weekly meeting notes of a Meta engineering team over a six-month period, which contain non-public granular technical information and references to third parties and potential partners. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Llama Documentation | 568-38 | 522-15 | 567 | Defendant | Partial | Contains Meta's nonpublic and highly confidential financial information and internal considerations, including information concerning Meta's internal pricing considerations, budgets, costs, estimated revenues, and other financial forecasts; contains confidential third-party identities and agreement terms subject to nondisclosure obligations, as well as sensitive and nonpublic information concerning Meta's business strategies and negotiations vis-à-vis third parties (including Meta's internal considerations regarding possible strategic partnerships). | |
| Meta Internal Chat Thread | 568-39 | 522-17 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta Internal Dataset Documentation | 568-40 | 522-19 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII); contains Meta's highly sensitive, confidential, technical, and trade secret information, including details about Meta's proprietary datamix. | |
| Meta Internal Chat Thread | 568-41 | 522-21 | 567 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII). | |
| Plaintiffs Slide Decks Presented at the May 1, 2025 Motion for Summary Judgment Hearing | 588-1; 595-1 | 589-1 | 592; 593; 594; 595 | Defendant and Third Party | Partial | Contains confidential third party information. | |
| Pritt Ex. 139 | 518-43 | 522-1 | 558 | Third Party | Full | Contains confidential business and proprietary information of a third party. | |

**Richard Kadrey** *et al.* **v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

II.    Documents filed by Defendant relating to Dkts. 247, 489, 543

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Letter from Plaintiffs Regarding Meta's Privilege Logs | 330-1 | 246-14 | 246 and 246-1 | Defendant | Partial | Contains significant discussions of Meta's confidential privilege log descriptions and associated communications. | |
| Ghajar Ex. 6 (Farnsworth Tr.) | 490-6 | 497-8 | 563 | Plaintiff | Partial | Contains Plaintiff's personal financial information and a third party's personally identifiable information (PII). | |
| Ghajar Ex. 6 (Greer Tr.) | 490-6 | 497-8 | 563 | Plaintiff | Partial | Contains Plaintiff's personal medical information. | |
| Ghajar Ex. 6 (Hwang Tr.) | 490-6 | 497-8 | 563 | Plaintiff | Partial | Contains Plaintiff's personal financial and medical information. | |
| Ghajar Ex. 10 (Woodson Tr.) | 490-10 | 497-11 | 563 | Plaintiff | Partial | Contains Plaintiff's personal financial information. | |
| Ghajar Ex. 17 (Golden Tr.) | 490-17 | 497-16 | 563 | Plaintiff | Partial | Contains Plaintiff's personal financial information. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Ghajar Ex. 17 (Klam Tr.) | 490-17 | 497-16 | 563 | Plaintiff | Partial | Contains Plaintiff's personal financial information. | |
| Ghajar Ex. 17 (Lippman Tr.) | 490-17 | 497-16 | 563 | Plaintiff | Partial | Contains Plaintiff's personal financial information. | |
| Ghajar Ex. 17 (Snyder Tr.) | 490-17 | 497-16 | 563 | Plaintiff | Partial | Contains Plaintiff's personal financial information. | |
| Opening Expert Report of Dr. Jonathan L. Krein (Jan. 10, 2025) | N/A[1] | 497-18 | 497-1 | Defendant | Partial | Contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems. | |

[1] Defendant's partial redactions annotated in blue boxes in Dkt. 497-18.  Document was filed entirely under seal to the extent plaintiff claimed confidentiality over remaining portions.  *See* Dkt. 497-1 at ¶ 4.

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| A. Acharya Deposition Transcript (November 21, 2024) | 490-26 | 497-19 | 497-1 | Defendant | Partial | Contains Meta employees' personal identifiable information (the home address of an employee); contains Meta's non-public and highly confidential financial information, such as nonpublic forecasts of revenues and allocation of costs associated with specific projects or ventures. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Exhibit 643 to the Acharya Deposition | 490-27 | 497-20 | 497-1 | Defendant | Partial | Contains Meta's non-public competitively sensitive financial information, such as nonpublic forecasts of revenues and costs associated with specific projects or ventures, as well as budget line items and key drivers.  This nonpublic and highly confidential financial information and internal strategic considerations include information concerning ongoing and future initiatives, as well as Meta's prioritization of these initiatives. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| A. Boesenberg Deposition Transcript (November 18, 2024) | 490-30 | 497-21 | 497-1 | Defendant | Partial | Contains Meta employees' personal identifiable information (the home address of an employee); contains the monetary terms of an agreement with a third party, which is subject to confidentiality and non-disclosure obligations and agreements, and the identity of said third party. | |
| S. Choudhury Deposition Transcript (December 5, 2024) | 490-31 | 497-22 | 497-1 | Defendant | Partial | Contains Meta employees' personal identifiable information (the home address of an employee). | |
| M. Clark Deposition Transcript (November 13, 2024) | 490-34 | 497-23 | 497-1 | Defendant | Partial | Contains Meta employees' personal identifiable information (the home address of an employee). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| S. Edunov Deposition Transcript (November 6, 2024) | 490-38 | 497-24 | 497-1 | Defendant | Partial | Contains Meta employees' personal identifiable information (the home address of an employee). | |
| M. Kambadur Deposition Transcript (September 17, 2024) | 490-40 | 497-25 | 497-1 | Defendant | Partial | Contains Meta employees' personal identifiable information (the home address of an employee). | |
| N. Chayak Deposition Transcript (October 31, 2024) | 490-42 | 497-26 | 497-1 | Defendant | Partial | Contains Meta employees' personal identifiable information (the home address of an employee). | |
| J. Pineau Deposition Transcript (November 6, 2024) | 490-44 | 497-27 | 497-1 | Defendant | Partial | Contains Meta employees' personal identifiable information (the home address of an employee). | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Meta's Supplemental Interrogatory Response to Plaintiff's Interrogatory No. 1 (December 13, 2024) | 490-48 | 497-28 | 497-1 | Defendant | Partial | Contains confidential information related to the identification of datasets used to train Llama models (datasets which are not alleged to contain Plaintiffs' works or otherwise at issue), which is competitively sensitive. | |
| Rebuttal Expert Report of Barbara Frederikson-Cross (February 10, 2025) | 543-6 | 544-4 | 544-1 | Defendant | Partial | Contains hyperlinks and file paths (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains highly confidential technical information, including source code, and descriptions and summaries of source code. | |

**Richard Kadrey *et al.* v. Meta Platforms, Inc.**
**Case No.: 3:23-cv-03417-VC-TSH**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| A. Boesenberg Deposition Transcript (November 18, 2024) | 543-9 | 544-5 | 544-1 | Defendant | Partial | Contains the identity of third parties (who are not parties to this lawsuit), where Meta has entered into and are subject to confidentiality and non-disclosure obligations and agreements, where these third parties obtained promises of confidentiality from Meta. | |
| S. Choudhury Deposition Transcript (December 5, 2024) | 543-10 | 544-6 | 544-1 | Defendant | Partial | Contains the identity of third parties (who are not parties to this lawsuit), where Meta has entered into and are subject to confidentiality and non-disclosure obligations and agreements, where these third parties obtained promises of confidentiality from Meta. | |
| M. Sinkinson Declaration (April 17, 2025) | 543-15 | 544-9; 564-1 | 564 | Third Party | Partial | Contains confidential third party information. | |