1  BOIES SCHILLER FLEXNER LLP
   David Boies (*pro hac vice*)
2  333 Main Street
   Armonk, NY 10504
3  (914) 749-8200
   dboies@bsfllp.com
4
   Maxwell V. Pritt (SBN 253155)
5  Joshua M. Stein (SBN 298856)
   Margaux Poueymirou (SBN 356000)
6  44 Montgomery Street, 41st Floor
   San Francisco, CA  94104
7  (415) 293-6800
   mpritt@bsfllp.com
8  jstein@bsfllp.com
   mpoueymirou@bsfllp.com
9
   Jesse Panuccio (*pro hac vice*)
10 Jay Schuffenhauer (*pro hac vice*)
   1401 New York Ave, NW
11 Washington, DC  20005
   (202) 237-2727
12 jpanuccio@bsfllp.com
   jschuffenhauer@bsfllp.com
13
   Joshua I. Schiller (SBN 330653)
14 David L. Simons (*pro hac vice*)
   55 Hudson Yards, 20th Floor
15 New York, NY 10001
   (914) 749-8200
16 jischiller@bsfllp.com
   dsimons@bsfllp.com
17
   *Attorneys for Individual and Representative*
18 *Plaintiffs and the Proposed Class*

19                    **UNITED STATES DISTRICT COURT**

20                    **NORTHERN DISTRICT OF CALIFORNIA**

21                        **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 22  RICHARD KADREY, *et al.*, | Case No. 3:23-cv-03417-VC |
| 23       Individual and Representative Plaintiffs, | **DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR CASE MANAGEMENT STATEMENT** |
| 24  v. | |
| 25  META PLATFORMS, INC, a Delaware corporation, | |
| 26       Defendant. | |

27

28

I, Maxwell V. Pritt, hereby declare:

I am a Partner with the law firm Boies Schiller Flexner LLP, counsel for Plaintiffs and the Proposed Class in this matter. I submit this declaration in support of the Parties' Stipulation Enlarging Time for Case Management Statement. I declare that the following is true to the best of my knowledge, information and belief, and that if called upon to testify, I could and would testify to the following:

On July 3, 2025, I met and conferred with lead counsel for Meta, where we discussed the Parties' respective proposals on how to proceed in light of the Court's summary judgment orders. The Parties have continued discussing their proposals via email since that meeting.

On July 7, 2025, the Parties exchanged a draft of the Case Management Statement. After reviewing the draft, the Parties agreed that further discussion to clarify the issues would be productive, and agreed to stipulate to a one-day enlargement of time to submit the Case Management Statement.

The requested enlargement of time will not affect any subsequent dates in the case schedule, including the forthcoming July 11, 2025 Case Management Conference.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of July, 2025 at Kentfield, CA.

By: /s/ Maxwell V. Pritt
    Maxwell V. Pritt