UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 3:23-cv-03417-VC<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR CASE MANAGEMENT STATEMENT** |

    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher Farnsworth (collectively, the "Plaintiffs"); and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties"), by and through their respective counsel, stipulate to the following:

1. The Court scheduled a Further Case Management Conference for July 11, 2025, to discuss how to proceed following the Court's recent summary judgment orders. *See* Dkt. No. 598 at 40; Dkt. No. 599.

1  2. Pursuant to the Court's scheduling order, the Parties were directed to submit a Joint Case Management Statement by July 7, 2025. Dkt. No. 599.

3. The Parties met and conferred on July 3, 2025 regarding Plaintiffs' remaining allegations and how to proceed at this time, and the Parties have exchanged a draft of a Case Management Statement. In light of the Parties' discussions and the intervening July 4th holiday, however, the Parties request a brief enlargement of time to continue conferring prior to the submission of the Case Management Statement and thus stipulate to the following relief:

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through Plaintiffs and Meta, as represented by their undersigned counsel and subject to the approval of the Court, that the Parties shall be afforded until July 8, 2025, to file their Joint Case Management Statement.

| | | |
|---|---|---|
| 1 | Dated: July 7, 2025 | Respectfully Submitted, |
| 2 | | |
| 3 | By: /s/ *Mark Weinstein* | By: /s/ *Maxwell V. Pritt* |
| 4 | Bobby A. Ghajar<br>Colette Ani Ghazarian<br>COOLEY LLP | BOIES SCHILLER FLEXNER LLP<br>David Boies (*pro hac vice*)<br>333 Main Street |
| 5 | 1333 2nd Street, Suite 400<br>Santa Monica, CA 90401 | Armonk, NY 10504<br>(914) 749-8200 |
| 6 | Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500 | dboies@bsfllp.com |
| 7 | Email: bghajar@cooley.com<br>cghazarian@cooley.com | Maxwell V. Pritt (SBN 253155)<br>Joshua M. Stein (SBN 298856) |
| 8 | | Margaux Poueymirou (SBN 356000)<br>44 Montgomery Street, 41st Floor |
| 9 | Mark R. Weinstein<br>Matthew Brigham | San Francisco, CA 94104<br>(415) 293-6800 |
| 10 | Elizabeth Lee Stameshkin<br>COOLEY LLP | mpritt@bsfllp.com<br>jstein@bsfllp.com |
| 11 | 3175 Hanover Street<br>Palo Alto, CA 94304 | mpoueymirou@bsfllp.com |
| 12 | Telephone: 650-843-5000<br>Facsimile: 650-849-7400 | Jesse Panuccio (*pro hac vice*) |
| 13 | Email: mweinstein@cooley.com<br>Email: mbrigham@cooley.com | Jay Schuffenhauer (*pro hac vice*)<br>1401 New York Ave, NW |
| 14 | Email: lstameshkin@cooley.com | Washington, DC 20005<br>(202) 237-2727 |
| 15 | Kathleen R. Hartnett<br>Judd D. Lauter | jpanuccio@bsfllp.com<br>jschuffenhauer@bsfllp.com |
| 16 | COOLEY LLP<br>3 Embarcadero Center, 20th Floor | Joshua I. Schiller (SBN 330653) |
| 17 | San Francisco, CA 94111-4004<br>Telephone: (415) 693-2071 | David L. Simons (*pro hac vice*)<br>55 Hudson Yards, 20th Floor |
| 18 | Facsimile: (415) 693-2222<br>Email: khartnett@cooley.com | New York, NY 10001<br>(914) 749-8200 |
| 19 | Angela Dunning | jischiller@bsfllp.com<br>dsimons@bsfllp.com |
| 20 | CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP | *Counsel for Individual and Representative* |
| 21 | 1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304-1248 | *Plaintiffs and the Proposed Class* |
| 22 | Telephone: (650) 815-4131<br>Email: adunning@cgsh.com | |
| 23 | *Attorneys for Defendant*<br>META PLATFORMS, INC. | |

**~~PROPOSED~~ ORDER**

Pursuant to the stipulation of the Parties, **IT IS SO ORDERED.**

DATED: July 8, 2025

HON. VINCE CHHABRIA
United States District Judge