COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:    (310) 883-6400

KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone:    (650) 815-4131

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
KANNON K. SHANMUGAM (*pro hac vice*)
(kshanmugam@paulweiss.com)
2001 K Street, NW
Washington, DC 20006
Telephone:    (202) 223-7300

*[Full Listing on Signature Page]*
*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:23-cv-03417-VC-TSH <br><br> **NOTICE OF COMPLIANCE AND RESPONSE TO ORDER REGARDING ALL OUTSTANDING SEALING MOTIONS (DKT. 606)** |

Pursuant to this Court's Order Regarding All Outstanding Sealing Motions (Dkt. 606) ("Order"), Defendant Meta Platforms, Inc. ("Meta") respectfully submits this Notice of Compliance and Response to the Order ("Notice and Response"). Meta hereby attaches as exhibits to this Notice and Response public, redacted copies of the "emails with third parties regarding licensing" identified in this Court's Order. Dkt. 606. The table below cross-references these exhibits with the originally filed documents.

| Document | Sealing |
| --- | --- |
| Ex. 1 - Exhibit 42 to Plaintiffs' MSJ (Dkt. 473-41) | Redacted |
| Ex. 2 - Exhibit 43 to Plaintiffs' MSJ (Dkt. 473-42) | Redacted |
| Ex. 3 - Exhibit 45 to Plaintiffs' MSJ (Dkt. 474-1) | Redacted |
| Ex. 4 - Exhibit 141 to Plaintiffs' Reply (Dkt. 522-3) | Redacted |

Pursuant to the Order, Meta has redacted information necessary to prevent the disclosure of the identity of third-parties. Meta has also redacted information necessary to prevent the disclosure of Meta employee's personal identifiable information (PII), namely, the email addresses and phone numbers of Meta's individual employees. Meta has previously requested to seal documents based on the same personal identifiable information, (e.g., Dkt. 391-1 ¶ 5; Dkt. 409-1 ¶¶ 3, 7–8, 10; Dkt. 567), which this Court has granted, (e.g., Dkt. 393; Dkt. 414; Dkt. 606).

Dated: July 17, 2025

COOLEY LLP

By: /s/ Matthew J. Brigham
      Matthew J. Brigham

COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
TERESA MICHAUD (296329)
(tmichaud@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:    (310) 883-6400

COOLEY LLP
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
MATTHEW BRIGHAM (191428)
(mbrigham@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
JUAN PABLO GONZÁLEZ (334470)
(jgonzalez@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone:    (650) 843-5000

COOLEY LLP
PHILLIP MORTON (*pro hac vice*)
(pmorton@cooley.com)
COLE A. POPPELL (*pro hac vice*)
(cpoppell@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842-7800

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone:    (650) 815-4131

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
KANNON K. SHANMUGAM (*pro hac vice*)
(kshanmugam@paulweiss.com)
2001 K Street, NW
Washington, DC 20006
Telephone:    (202) 223-7300