# EXHIBIT 1

# EXHIBIT 42

**Message**

**From:**
**Sent:** 4/13/2023 8:20:10 PM
**To:** Alex Boesenberg [@meta.com]
**CC:** Elisa Garcia Anzano [@meta.com]
**Subject:** RE: Digital Books for AI

**This Message Is From an External Sender**

Hi Alex,
Just following up on this to see if is still of interest to get together.

Looking forward,



**From:**
**Sent:** Friday, March 31, 2023 4:50 PM
**To:** Alex Boesenberg <@meta.com>
**Cc:** Elisa Garcia Anzano <@meta.com>
**Subject:** RE: Digital Books for AI

Thank you     moving you to BCC to spare some inbox.

Hi Alex, nice to connect. Besides Head of M&A, I work closely with our CEO and our Head of Strategy on partnerships and other ventures. Also, I have particular interest in data and tech - started my career in Cloud at IBM in Spain c. 2005 -. Would love to connect, and as you can imagine this is an area with a lot of friction with copyrights and author derivative content. So, happy to learn how do you want to address all that.

Can you send a few time slots in the coming couple of weeks? We are based in NYC.

Have a great weekend,

**From:**
**Sent:** Friday, March 31, 2023 4:02 PM
**To:** Alex Boesenberg <@meta.com>;

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                Meta_Kadrey_00140688

**Cc:** Elisa Garcia Anzano ▮@meta.com>
**Subject:** RE: Digital Books for AI

> CAUTION: This email originated from outside of ▮. Please be extra cautious when opening file attachments or clicking on links.

Hey Alex,

I hope you're doing well.
I'd like to introduce you to ▮ at ▮ He would be best placed to take a look at your inquiry.

I'll let you guys take it from here!

Best,

▮

---

**From:** Alex Boesenberg <▮@meta.com>
**Sent:** Tuesday, March 21, 2023 2:31 PM
**To:** ▮
**Cc:** Elisa Garcia Anzano ▮@meta.com>
**Subject:** Re: Digital Books for AI

Hi ▮

Thank you for call yesterday. We would be most appreciative if you could help connect us to the right contact at ▮.

As Mark Zuckerberg stated on the last earnings call, and recently in the press (here), Meta is accelerating its efforts in the generative AI space. As part of this project, Meta AI BD is currently in market for multiple paid licensing deals to license fiction and textbook content for the training of AI models.

Our process is to enter evaluation agreements (we have a four-page legal form) whereby we can test xml fiction and textbook content in our models for qualification prior to entering fully paid licensing discussions. License structure for paid agreements is that ▮ would own the licensed content, and Meta would own the resulting models and associated outputs. These deals are non-exclusive for both parties.

Thank you,

Alex

---

**From:** ▮
**Date:** Wednesday, March 15, 2023 at 10:56 AM
**To:** Alex Boesenberg ▮@meta.com>
**Subject:** RE: Digital Books for AI

> This Message Is From an External Sender

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00140689

Hey,

Does Monday 3.30pm work for you?

Best,

▮

**From:** Alex Boesenberg ▮@meta.com>
**Sent:** Tuesday, March 14, 2023 6:48 PM
**To:** ▮
**Subject:** Re: Digital Books for AI

Hi ▮

Thank you for the email. Unfortunately, I am tied up on Friday.

Do you have any availability tomorrow (Wednesday or Thursday)? Otherwise how about Monday?

Thanks,

Alex

--

∞ Meta

**Alex Boesenberg**
AI Business Development | Meta Business Group
▮@meta.com
Meta | Mobile ▮

**From:** ▮
**Date:** Tuesday, March 14, 2023 at 3:28 PM
**To:** Alex Boesenberg ▮@meta.com>
**Subject:** Digital Books for AI

> **This Message Is From an External Sender**

Hey Alex,

Just saw your LinkedIn message. You probably need to speak with someone at ▮, but let's hop on a quick call to see how I can best direct you.
Does 2pm this Friday work?

Best,

▮

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00140690

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00140691