EXHIBIT 2

# EXHIBIT 43

Message

**From:** ███████████████████████
**Sent:** 4/25/2023 12:55:32 PM
**To:** Alex Boesenberg [███████████@meta.com]
**Subject:** FW: Meta AI Follow-up

**This Message Is From an External Sender**

Alex,

███████ is traveling this week so I wanted to touch base and see where this is in the process.  Is Meta interested in pursuing?

Best,

███████

**From:** ████████████████████████
**Sent:** Monday, April 17, 2023 7:25 PM
**To:** Alex Boesenberg <███████@meta.com>
**Cc:** ████████████████████
**Subject:** Re: Meta AI Follow-up

Hi Alex
Any news for us? I am traveling but ████ can follow up with you
Kr
███████

Sent from my iPad

On Apr 1, 2023, at 6:29 PM, Alex Boesenberg ███████@meta.com> wrote:

Hi ███████

I am still working on the counter proposal.

One question that came up internally.  Does ███████ currently have the rights to license the books to Meta for AI training?  Or do you need to seek new rights from your authors?

I wanted to clarify, as on one of our calls you talked about your intention to reach out to authors about this once we align on pricing. Was that more from a partner management perspective?  Or would ███████ need additional rights from such authors to license to Meta for AI training.

Thanks

Alex

--



**Alex Boesenberg**
AI Business Development | Meta Business Group
███████@meta.com
Meta | Mobile ██████████

---

**From:** ████████████████████████████████
**Date:** Sunday, March 26, 2023 at 7:43 PM
**To:** Alex Boesenberg ██████████@meta.com>
**Cc:** ██████████████████████████████
**Subject:** RE: Meta AI Follow-up

Hi Alex
As per below, the availability of the catalog will depend on the approvals and the financials, but we have at least 500 in series and the same for the single titles. This would obviously exceed the min commitment.

Kr
████████

---

**From:** Alex Boesenberg ██████████@meta.com>
**Sent:** Saturday, March 25, 2023 8:34 PM
**To:** ████████████████████████████████
**Cc:** ████████████████████████████████
**Subject:** Re: Meta AI Follow-up

Thanks ████ Nice to meet you ████

One more question, how many books are available for license in each category (series romance, and fiction)?

Thanks,

Alex

---

**From:** ████████████████████████████████
**Date:** Saturday, March 25, 2023 at 3:51 PM
**To:** Alex Boesenberg ██████████@meta.com>
**Cc:** ████████████████████████████████
**Subject:** RE: Meta AI Follow-up

Hi Alex
Here is the information as per your request and in line with our pricing proposal you correctly recapped below.

1.    Number of words per books:
For series romance : about 60000
For fiction: about 75000-100000 – children may be less

1.    We can have a very broad catalog but let us work on the basis of the min US$ commitment
2.    You can evaluate 100 per category and we would also offer up an additional category for Children, and potentially another one for non fiction (which may be less than 100 though)
3.    The minimum commitment is US$ 20m
4.    And yes we would have exclusivity over the title for the English language in the US market. For the series title we would have global English language exclusivity and the same for the children because we are thinking of IP content.

I am putting ▆▆▆▆▆▆▆▆ on copy who works with me on digital business development because this way we will hopefully be able to move faster than just having me as your point contact.
Kr
▆▆▆▆▆▆▆

.

**From:** Alex Boesenberg ▆▆▆▆▆▆▆ @meta.com>
**Sent:** Monday, March 20, 2023 4:30 PM
**To:** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
**Subject:** Meta AI Followup

Hi ▆▆▆▆

Thank you for the call.  On our call, we discussed your pricing proposal of $10K per series romance book and $30K per fiction book.

To enable us to respond to your proposal, it would be great to get the following:
1.    Average number of words per book
2.    A catalog of all potential books we could license.
3.    Confirmation on if we can evaluate up to 100 books per category.
4.    Minimum $USD commitment you are looking for in a license agreement

One other question – does ▆▆▆▆▆▆▆ have exclusivity on each of their titles (relative to other publishers)?  I am just trying to understand potential overlap (if any) with other publishers.

Thank you,

Alex

--
<image001.gif>
**Alex Boesenberg**
AI Business Development | Meta Business Group
▆▆▆▆▆▆ @meta.com
Meta | Mobile ▆▆▆▆▆▆▆

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidentiality Notice: This E-Mail is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute and delete the original message. Please notify the sender by E-Mail at the address shown. Thank you for your compliance.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY