# EXHIBIT 3

# EXHIBIT 45

Message

| | |
|---|---|
| From: | Semarley Jarrett [▮@fb.com] |
| Sent: | 4/19/2022 3:38:44 PM |
| To: | ▮ |
| CC: | Alex Boesenberg [▮@fb.com]; Rodrick Shepard [▮@fb.com]; Amanda Kallet [▮@fb.com] |
| Subject: | Re: ▮ - Licensing agreement |
| Attachments: | Outlook-signature_.gif; Outlook-signature_.gif; Outlook-signature_.gif; ▮-Meta-Inbound-Data-License-Initial-Meta-Distro-Draft-4-15-22 (1).docx |

Hi ▮

My apologies, I just realized that this contract only included the fees for the demo. I've updated the total to $21k USD. $14k to license the demo and an additional $7k to license the data for the AI model.

This contract is meant to cover everything - both using 2 books for the demo, and all 3 books to train the model.

Hope this helps to clarify! Apologies for the confusion.

Cheers,
Semarley

∞ Meta

**Semarley Jarrett** (she/her)
Meta ▮ @fb.com

---

**From:** ▮
**Sent:** Tuesday, April 19, 2022 10:47 AM
**To:** Semarley Jarrett ▮ @fb.com>
**Cc:** Alex Boesenberg ▮ @fb.com>; Rodrick Shepard ▮ @fb.com>; Amanda Kallet ▮ @fb.com>
**Subject:** Re: ▮ - Licensing agreement

Hi Semarley,

Thanks for your message.

One more question. Is the additional payment of $7,000.00 for all the languages ring-fenced on the excel sheet or is it specifically for permission to be used as training data for the language mode on the demo platform?

Are we going to sign a separate agreement for the languages chosen and listed on the Excel sheet? In other words, is this the only agreement that covers everything with META?

Thanks

On Tuesday, 19 April 2022, 14:54:33 BST, Semarley Jarrett ▮ @fb.com> wrote:

Hi ▮

Great to hear from you! I've answered your questions below. Happy to also hop on a call to discuss if that's better for you.

1. Great to hear that you're on board with a 1 year term!
2. 
3. This agreement is for 2 different things. $14k to license the texts and images from 2 books for the external-facing demo (▮ and ▮). Then there is an additional $7k to license the text to be used as training data for the language mode. We'll be using text from ▮, ▮ and ▮ for this.
4. 
5. We won't be selling the books on the demo website. There will be a link on the demo site to your website where folks can purchase the books directly from your site.

Hope this helps to clarify. Happy to answer any other questions you may have.

Cheers,
Semarley

∞ Meta

**Semarley Jarrett** (she/her)
Meta ▮@fb.com

---

**From:** ▮
**Sent:** Tuesday, April 19, 2022 5:39 AM
**To:** Semarley Jarrett ▮@fb.com>
**Cc:** Alex Boesenberg ▮@fb.com>; Rodrick Shepard ▮@fb.com>; Amanda Kallet ▮@fb.com>
**Subject:** Re: ▮ - Licensing agreement

Hi Semarley,

Thank you very much for your message. I am very happy with the progress so far.

I have read the agreement and I think I understand most of the clauses. I'll read it again and if I come across anything that needs clarification, I'll surely flag it up.

THREE THINGS:

1) I have no problem with the term being ONE YEAR if that is what works best for you. I understand that being a new platform you'll probably need a whole year to have a better picture of how things are going.

2) I do have a question though regarding the number of books you want to license. In an email dated 28 March 2022, you wrote: "*Wanted to follow up and let you know that I've confirmed with the team that we'll be able to pay $14,000 USD to license the text and images in* ▮ *and* ▮ *for the demo. Please let me know if that works*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY         Meta_Kadrey_00146969

*for you."* However, in the draft agreement Order Form No 1, it appears Meta wants data for THREE books, namely ▇▇▇▇, ▇▇▇▇ and ▇▇▇▇.

My question is this: are you acquiring three books for the price of two? Please clarify!

3) Would I be able to have access to something like a dashboard where I can see the performance of the books? Any weekly/monthly sales report? How do I know how the books are performing?

That's all I have for the time being.

Looking forward to hearing from you soon.

With warm regards,

▇▇▇▇

On Friday, 15 April 2022, 23:41:08 BST, Semarley Jarrett ▇▇▇@fb.com> wrote:

Hi ▇▇▇▇,

Thank you so much for your patience throughout this process. So happy to hear that you were able to make some connections at the book fair and the opportunity to translate the zoo story in Braile! I've attached a draft of the licensing contract to this email for you to review, comment, and ask questions.

Key points:

1. This contract is for a 1-year term from the day it is signed, but we are amenable to a shorter timeline if that is your preference. We'll want to host the content on the demo website for at least 6 months.

2. The total dollar amount that will be paid out to you for both the demo books and licensing the text for our translation model is $14,000 USD.

Please let us know if you have any questions or concerns.

Cheers,
Semarley


∞ Meta

**Semarley Jarrett** (she/her)
Meta   ▇▇▇@fb.com