| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br>    Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation, <br><br>    Defendant. | Case No. 3:23-cv-03417-VC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING COMPETING CASE SCHEDULE PROPOSALS** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

    Pursuant to Civil Local Rule 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher Farnsworth (collectively, the "Plaintiffs"); and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties"), by and through their respective counsel, stipulate to the following:

1. The Parties participated in a Case Management Conference before the Presiding Judge on July 11, 2025.
2. At that Conference, the Parties and the Court discussed presenting discovery disputes to Magistrate Judge Hixson that originate from the Court's prior orders on additional discovery

(Dkt. 470; *see also* Dkt. 500) before proceeding with supplemental expert reports and summary judgment briefing.

3. On July 17, the Parties filed a stipulation and proposed order setting forth a joint discovery letter briefing schedule to Judge Hixson on discovery disputes, which was approved by the Court on July 28, 2025. (Doc. No. 614)

4. On August 1, 2025, Judge Hixson ruled on the discovery disputes. Neither party filed objections under Rule 72 to Judge Hixson's order, which were due no later than August 15, 2025.

5. Meta expects to produce documents pursuant to Judge Hixson's order and a corresponding privilege log the week of August 25, 2025.

6. The Parties have met and conferred about the schedule and have reached agreement on the expert deadlines and sealing procedures for the summary judgment briefing, but were not able to reach agreement on the briefing deadlines.

7. The Parties have discussed and agree to a schedule for the expert reports and depositions authorized at the July 11, 2025 Case Management Conference, as set forth below.

8. For the sealing procedures, the parties agree to follow a procedure similar to what the Court ordered for the first set of summary judgment briefing (Doc. No. 477), as set forth below.

9. With respect to the briefing deadlines, the Parties submit their proposed schedules below, along with a brief explanation of their respective positions.

10. **Plaintiffs' Proposed Briefing Schedule and Brief Explanation:**

| Event | Date |
|---|---|
| Plaintiffs' Motion for Summary Judgment | November 21, 2025 |
| Meta's Opposition to Plaintiffs' Motion for Summary Judgment, Meta's Motion for Summary Judgment, and its Motions to Exclude | December 8, 2025 |
| Plaintiffs' Reply in support of their Motion for Summary Judgment, Opposition to Meta's Motion for Summary Judgment, Oppositions to Meta's Motions to Exclude, and Plaintiffs' Motions to Exclude | December 23, 2025 |

| | |
|---|---|
| Meta's Reply in support of its Motion for Summary Judgment and its Oppositions to Plaintiffs' Motions to Exclude | January 8, 2026 |
| Hearing | January 22, 2026 or at the Court's preference |

Plaintiffs' proposed schedule is driven by a desire to progress this case swiftly, while ensuring that holiday schedules are affected as little as possible. Plaintiffs' proposed schedule accommodates Meta's request for four weeks to serve its Rebuttal Report, and also grants Meta with three additional days to respond. At the same time, Plaintiffs' proposed schedule aims to provide a balanced approach to briefing and filing over Thanksgiving, Christmas, and New Year's Day by ensuring that filings largely occur well in advance of holidays. For example, while Plaintiffs' proposed schedule requires Plaintiffs to file their Opposition and other motions two days before Christmas, Meta's proposed schedule includes an initial filing for Plaintiffs the day before Thanksgiving, as well as a December 23 filing. Plaintiffs believe this schedule is appropriate given the importance of the issues and the posture of the case: the factual and legal issues relevant to this round of summary judgment briefing are narrower than the last round—including the discovery and expert reports on which the parties will rely. Plaintiffs' proposal also complies with the Court's Standing Order by allowing 14 days between submission of the final brief and the hearing date and avoids an unnecessarily protracted briefing schedule, opening up the possibility of a January hearing on issues of national importance.

**Meta's Proposed Briefing Schedule and Brief Explanation:**

| Event | Date |
|---|---|
| Plaintiffs' Motion for Summary Judgment | November 26, 2025 |
| Meta's Opposition to Plaintiffs' Motion for Summary Judgment, Meta's Motion for Summary Judgment, and its Motions to Exclude | December 23, 2025 |
| Plaintiffs' Reply in support of their Motion for Summary Judgment, Opposition to Meta's Motion for Summary Judgment, Oppositions to Meta's Motions to Exclude, and Plaintiffs' Motions to Exclude | January 22, 2026 |
| Meta's Reply in support of its Motion for Summary Judgment and its Oppositions to | February 5, 2026 |

| Plaintiffs' Motions to Exclude | |
|---|---|
| Hearing | February 19, 2026 or at the Court's preference |

Meta has proposed a briefing schedule that is consistent with the schedule discussed at the July 11, 2025 Case Management Conference, but that also recognizes that much of this briefing will fall over the Thanksgiving and end of year holidays, and as such shares that burden of briefing over holidays equally between the parties.  At the July 11 CMC, Meta proposed that Plaintiffs would file its brief "several weeks" after the expert discovery was completed, and that the "second brief" filed by Meta would be filed "[a] month later," which the Court expressed agreement with.  2025-07-11 Tr. At 20:7-16 ("THE COURT: Yes. I mean, all of that sounds fine to me.").  Consistent with the Court's guidance, Meta's proposal allows both sides approximately one month to prepare their respective second and third briefs.  Meta's proposal also puts Meta's second brief over the Thanksgiving holiday and Plaintiffs' third brief over the Christmas and New Year's holidays, sharing the burden among both sides of briefing over the holidays.  In contrast, Plaintiffs' schedule would require Meta to prepare briefing over both the Thanksgiving holiday and the Christmas and New Years' holidays.  Plaintiffs state that they want the briefing completed to have the possibility of a January summary judgment hearing, without explaining any particular need for that date or the burdensome schedule they propose to meet it.  Particularly troubling is Plaintiffs' proposal for Meta's fourth brief, as Plaintiffs would serve their third brief the day before Christmas Eve and it would be due during the first full week after the New Year's holiday.  Many Meta personnel will be out and unavailable during this time period, substantially interfering with counsel's ability to coordinate with Meta on this filing. Meta's schedule avoids jamming either party in this manner, while completing the briefing only one month later than Plaintiffs, allowing for a hearing in February.  Meta is also amenable to further extending its proposed dates for the third and fourth briefs by another week, if Plaintiffs would prefer additional time for their third brief, so as not to impose any undue burden over the holidays.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through Plaintiffs and Meta, as represented by their undersigned counsel and subject to the approval of the Court, that:

1. The Parties shall adhere to the following schedule for the expert reports and depositions authorized at the July 11, 2025 Case Management Conference:

| Event | Agreed Deadline |
|---|---|
| Plaintiffs' Expert Report | September 30, 2025 |
| Meta Rebuttal to Plaintiffs' Expert Report | October 30, 2025 |
| Deadline to Complete Expert Depositions | November 10, 2025 |

2. The parties shall adhere to the following procedures for sealing materials related to the summary judgment briefing authorized by this Order under Local Rule 79-5(f):

- The parties shall confer no later than five business days after the filing of each summary judgment brief to decide what, if anything, should be left redacted in that brief. The parties must file new versions of the briefs (as well as a new request to seal anything left redacted) within three business days of conferring.

- With respect to exhibits, the parties shall confer and ultimately file unredacted or less redacted versions of any exhibits no fewer than three business days before the summary judgment hearing. At this time, the parties shall also file a table summarizing all outstanding motions to seal.

3. For the summary judgment briefing authorized by the Court at the July 11, 2025 Case Management Conference, the Parties shall adhere to:

_____ Plaintiffs' Proposed Schedule

_____ Meta's Proposed Schedule.

| | | |
|---|---|---|
|1| Dated: August 22, 2025 | Respectfully Submitted, |
|2| | |
|3| By: /s/ Elizabeth L. Stameshkin | By: /s/ Maxwell V. Pritt |
|4| Bobby A. Ghajar<br>Colette Ani Ghazarian<br>COOLEY LLP | BOIES SCHILLER FLEXNER LLP<br>David Boies (*pro hac vice*)<br>333 Main Street |

1   Dated: August 22, 2025                    Respectfully Submitted,

3   By: /s/ Elizabeth L. Stameshkin           By: /s/ Maxwell V. Pritt

4   Bobby A. Ghajar                           BOIES SCHILLER FLEXNER LLP
    Colette Ani Ghazarian                     David Boies (*pro hac vice*)
5   COOLEY LLP                                333 Main Street
    1333 2nd Street, Suite 400                Armonk, NY 10504
6   Santa Monica, CA 90401                    (914) 749-8200
    Telephone: (310) 883-6400                 dboies@bsfllp.com
7   Facsimile: (310) 883-6500
    Email: bghajar@cooley.com                 Maxwell V. Pritt (SBN 253155)
8         cghazarian@cooley.com               Joshua M. Stein (SBN 298856)
                                              Margaux Poueymirou (SBN 356000)
9   Mark R. Weinstein                         44 Montgomery Street, 41st Floor
    Matthew Brigham                           San Francisco, CA 94104
10  Elizabeth Lee Stameshkin                  (415) 293-6800
    COOLEY LLP                                mpritt@bsfllp.com
11  3175 Hanover Street                       jstein@bsfllp.com
    Palo Alto, CA 94304                       mpoueymirou@bsfllp.com
12  Telephone: 650-843-5000
    Facsimile: 650-849-7400                   Jesse Panuccio (*pro hac vice*)
13  Email: mweinstein@cooley.com              Jay Schuffenhauer (*pro hac vice*)
    Email: mbrigham@cooley.com                1401 New York Ave, NW
14  Email: lstameshkin@cooley.com             Washington, DC 20005
                                              (202) 237-2727
15  Kathleen R. Hartnett                      jpanuccio@bsfllp.com
    Judd D. Lauter                            jschuffenhauer@bsfllp.com
16  COOLEY LLP
    3 Embarcadero Center, 20th Floor          Joshua I. Schiller (SBN 330653)
17  San Francisco, CA 94111-4004              David L. Simons (*pro hac vice*)
    Telephone: (415) 693-2071                 55 Hudson Yards, 20th Floor
18  Facsimile: (415) 693-2222                 New York, NY 10001
    Email: khartnett@cooley.com               (914) 749-8200
                                              jischiller@bsfllp.com
19  Angela Dunning                            dsimons@bsfllp.com
    CLEARY GOTTLIEB STEEN &
20  HAMILTON LLP                              *Counsel for Individual and Representative*
    1841 Page Mill Road, Suite 250            *Plaintiffs and the Proposed Class*
21  Palo Alto, CA 94304-1248
    Telephone: (650) 815-4131
22  Email: adunning@cgsh.com

23  *Attorneys for Defendant*
    *META PLATFORMS, INC.*

# **PROPOSED ORDER**

Pursuant to the stipulation of the Parties, **IT IS SO ORDERED.**

DATED:_____      _____
                                                              HON. VINCE CHHABRIA
                                                              United States District Judge

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs concurs in the filing of this document.

/s/ Elizabeth L. Stameshkin