# EXHIBIT A

| Kadrey v. Meta Platforms, Inc. | | | Meta Platforms, Inc. | | | | | | | | | | Highly Confidential |
| Case No. 3:23-cv-03417-VC | | | Seventh Privilege Log - August 29, 2025 | | | | | | | | | | Attorneys' Eyes Only |

| Priv Log No. | Bates No. | Beg Attach | Custodians | Author/From | To | CC | BCC | Whats App Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | EmailSubject | Filename | Withhold/Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Meta_Kadrey_00238287 | Meta_Kadrey_00238287 | Meta Platforms, Inc | | | | | | 7/31/2025 | Document seeking and containing legal advice concerning copyright and data privacy issues | Attorney Client | Alisa Hall; Fatima Jafri; Lucas Dahlin | | AIDC - Anna's Archive_Compliance.pdf | Privileged - Redact | ML Hub | StandAlone Document |