# EXHIBIT B

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 2 of 16

3/3/2025     Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 1

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-------------------------------------

RICHARD KADREY, ET AL.,              )
    Individual and Representative    )
                    Plaintiffs,      ) Lead Case No.
            v.                       ) 3:23-cv-03417-VC
META PLATFORMS, INC.,                )
                    Defendant.       )

-------------------------------------

* * * HIGHLY CONFIDENTIAL * * *

* * * ATTORNEYS' EYES ONLY * * *

VIDEO-RECORDED 30(b)(6) DEPOSITION OF

MICHAEL CLARK (torrenting)

MONDAY, MARCH 3, 2025

DENVER, COLORADO

10:20 A.M. MST


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

REPORTED BY KATHY L. DAVIS, CRR, RMR

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 3 of 16

3/3/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 37

 1              The FAIR cluster, which is where this is,
 2   was one of the places that that team would do work
 3   from.  And for expediency used AWS for torrenting
 4   from.
 5         Q    Did Meta use AWS when it did direct
 6   downloads of LibGen?
 7              MR. WEINSTEIN:  Object to form, outside
 8   the scope.
 9         A    Could you be more specific of when?
10         Q    (BY MS. POUEYMIROU)  I'll strike that.
11              Okay.  So did you speak with Guillaume
12   Lample?
13         A    Guillaume?
14         Q    Mm-hmm.
15         A    I did not.
16         Q    Okay.
17         A    Guillaume is no longer with the company.
18         Q    Okay.  Were you personally involved in
19   approving the decision to torrent data from LibGen?
20         A    The -- to go back to my prior testimony
21   about -- there was a process in place to evaluate
22   datasets to determine if they could be used as part
23   of training.  That process approved the portions of
24   LibGen to be able to be used for training.  That
25   specific review process did not approve or nor

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 4 of 16

3/3/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 38

1   disapprove the -- how that data was collected.
2        Q    To -- so are you saying that the decision
3   to torrent the data rather than directly download the
4   data was not a consideration for approving the use of
5   the dataset?
6             MR. WEINSTEIN:  Object to form.
7        A    I apologize.  Could you repeat that
8   or . . .
9        Q    (BY MS. POUEYMIROU)  My question is, for
10  the data approval process --
11       A    Yes.  The dataset approval process?
12       Q    -- yes, for LibGen, was torrenting noted
13  in that approval process and approved by Meta?
14            MR. WEINSTEIN:  Object to form.  And I
15  don't know to the extent applicable, but if it
16  implicates any attorney-client communications or
17  substantive communications with counsel, I would ask
18  you to exclude those from your response.
19       A    The approval was for the use of the
20  training data.  The approval did not include --
21  neither approved nor disapproved of the mechanism by
22  which the data was collected.
23       Q    (BY MS. POUEYMIROU)  Before you received
24  the deposition notice and were told that you were
25  going to testify today on behalf of Meta for

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 5 of 16

3/3/2025        Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 52

1     A     Not that I am aware of.
2     Q     When did Meta's torrenting of Anna's
3  Archive end?
4     A     In conversations with Xiaolan, it was
5  somewhere between April and June of 2024.  And as far
6  as I know, those completed in June of 2024.
7     Q     So Meta began torrenting in April and
8  completed its torrenting in June?
9     A     For the work that Xiaolan was doing, yes.
10    Q     So it was two months of torrenting --
11          MR. WEINSTEIN:  Object.  Object to form.
12    Q     (BY MS. POUEYMIROU)  -- or thereabouts?
13    A     It was -- the job would be started and
14  then other pieces, so two months.
15    Q     How many computers?
16    A     There were -- I'd have to refresh my
17  conversation with Xiaolan.  If I'm remembering
18  correct, it was six VPCs that were configured, but I
19  believe that is also reflected in the expert report
20  that I can go look at as well.
21    Q     So six computers running in parallel were
22  torrenting data from Anna's Archive?
23    A     Six machines were configured in order to
24  be able to tur -- to torrent.  They were not always
25  running in parallel.

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 6 of 16

3/3/2025        Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
                         Highly Confidential - Attorneys' Eyes Only

Page 53

1    Q    Okay.  So it seems --
2    A    That --
3    Q    Would it be fair to say that if you
4  wanted to understand Meta's torrenting from April to
5  June --
6    A    Yes.
7    Q    -- of works encompassed by Anna's
8  Archive, Xiaolan Wang would be the person you would
9  want to speak with?
10        MR. WEINSTEIN:  Object to form.
11   A    That is correct.
12   Q    (BY MS. POUEYMIROU)  Was she the head of
13  that project?
14        MR. WEINSTEIN:  Object to form.
15   A    She was the engineer that did the actual
16  downloading.  I don't know what you mean by "the head
17  of that project."
18   Q    (BY MS. POUEYMIROU)  Were other employees
19  at Meta torrenting work from Anna's Archive or was
20  this Xiaolan's project that she oversaw singularly?
21   A    That was Xiaolan's project that she was
22  working on.
23   Q    Who approved the use of torrenting for
24  Anna's Archive?
25        MR. WEINSTEIN:  Object to form.

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 7 of 16

3/3/2025        Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 54

1     A     There is no approval or disapproval that
2     I am aware of for torrenting.
3     Q     (BY MS. POUEYMIROU)  Would you call the
4     creation of the 60-second script that Bashlykov made
5     a copyright mitigation?
6           MR. WEINSTEIN:  Object to form.  Outside
7     the scope of this part of the deposition.
8           MS. POUEYMIROU:  Fair.
9     A     It was not -- and then we'll talk about
10    this in the other section.  But it was not a specific
11    mitigation that had been applied --
12    Q     (BY MS. POUEYMIROU)  Okay.
13    A     -- or that had been designated.
14    Q     Okay.  So I wanted to actually go back in
15    time to September/October of 2022 to a man called Gui
16    in our previous deposition.  Who was that; do you
17    recall?
18    A     Guillaume?
19    Q     And Guillaume was the first Meta
20    employee, as far as we know, who copied data from
21    LibGen; is that correct?
22    A     It was understood that Guillaume had done
23    work with LibGen, but we have not been able to track
24    down any evidence of what had been downloaded or been
25    able to find that -- any more details.

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 8 of 16

3/3/2025     Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 68

1           MR. WEINSTEIN:  Object to form.
2      A    The factual statement was AWS not
3  allowing torrenting, and AWS does not block
4  torrenting was what I was representing.  I didn't
5  make any statement otherwise.
6      Q    (BY MS. POUEYMIROU)  It's possible to
7  torrent data that is not pirated, correct?
8           MR. WEINSTEIN:  Object to form.
9      A    Torrenting is used for a broad use of
10 applications from downloading large patches or
11 operating systems to sharing other kinds of files.
12     Q    (BY MS. POUEYMIROU)  And was there any
13 policy at Meta about torrenting data, as you've just
14 described, versus torrenting data known to come from
15 pirated online databases?
16          MR. WEINSTEIN:  Object to form.
17     A    To be specific, I am not aware of any
18 policy that Meta has around torrenting.
19     Q    (BY MS. POUEYMIROU)  Okay.
20          MS. POUEYMIROU:  Can we pull out --
21     Q    (BY MS. POUEYMIROU)  And to be clear,
22 when I asked you about conversations about torrenting
23 and you spoke about counsel, that was in-house
24 counsel; is that correct?
25     A    That was correct.

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 9 of 16

3/3/2025    Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 69

1          MS. POUEYMIROU:  Okay.  Can we pull out
2     Tab 8, please.
3              (Clark Exhibit 5, marked for
4              identification.)
5          MS. POUEYMIROU:  And this is Exhibit --
6     Clark Exhibit 5.
7     Q    (BY MS. POUEYMIROU)  Clark Exhibit 5 is
8     Meta underscore Kadrey underscore 00204223.  What is
9     this document?
10    A    It appears to be a Work Chat conversation
11    between Nikolay and David Esiobu.
12    Q    Did you talk to Mr. Bashlykov about this
13    document?
14         MR. WEINSTEIN:  Object to form.
15    A    We had talked about this document for my
16    prior preparation, not specifically for this one.
17    Q    (BY MS. POUEYMIROU)  Okay.  You
18    previously testified that Meta didn't have a policy
19    on torrenting; is that correct?
20    A    I am not aware of a policy on torrenting.
21    Q    So why didn't Meta -- why didn't
22    Bashlykov just torrent fiction, scientific textbooks,
23    and scimag in April of 2023?  Why only scimag?
24         MR. WEINSTEIN:  Object to form.
25    Q    (BY MS. POUEYMIROU)  You said torrenting

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 10 of 16

3/3/2025    Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 87

```
 1   I know of in that group --
 2        Q    Okay.
 3        A    -- but I can't say for certain.
 4        Q    Why is Meta concerned about seeding files
 5   outside through torrenting -- when torrenting?
 6             MR. WEINSTEIN:  Object to form.
 7             Again, I don't know if it's applicable,
 8   but exclude any communications with counsel from your
 9   response.
10        A    That would have been on direction and
11   guidance from counsel.
12        Q    (BY MS. POUEYMIROU)   And when you say
13   that, do you mean in-house counsel?
14        A    Yes.
15        Q    So you're saying that when he says, "I am
16   not" -- "this way I am not seeding...any of the files
17   outside," you're saying that the concern about
18   seeding was something counsel had told him to be
19   concerned about?
20             MR. WEINSTEIN:  Object to form, calls for
21   speculation.
22        A    Counsel had provided guidance.  I don't
23   know the specifics of that nor could speak to that
24   specific guidance.
25        Q    (BY MS. POUEYMIROU)   And when you say
```

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 11 of 16

3/3/2025     Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 88

 1   counsel provided guidance, you're saying counsel
 2   provided guidance on best practices for torrenting?
 3              MR. WEINSTEIN:  Object to form, calls for
 4   speculation.
 5              And also, again, as phrased, I don't
 6   think the witness can answer that question on the
 7   grounds of attorney-client privilege.
 8        A    I would not be able to share without
 9   exposing attorney-client privilege with in-house
10   counsel.
11        Q    (BY MS. POUEYMIROU)  Okay.  So does Meta
12   have a policy about not seeding torrented data?
13        A    Not that I am aware of.
14        Q    So why did Bashlykov write script that
15   we've been discussing?
16              MR. WEINSTEIN:  Object to form.
17        A    He wrote the script to perform the
18   download functions via torrenting, as far as writing
19   the overall script.
20        Q    (BY MS. POUEYMIROU)  The script that
21   stopped seeding every 60 seconds?
22        A    (Deponent nodded.)
23        Q    If seeding was not risky --
24        A    Yeah.
25        Q    -- why did Mr. Bashlykov write a script

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 12 of 16

3/3/2025      Richard Kadrey, et al. v. Meta Platforms, Inc.     Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 89

```
 1   to stop it?
 2             MR. WEINSTEIN:  Object to form, calls for
 3   speculation.
 4        A    I can't speak specifically to what
 5   guidance he may have received from counsel.
 6        Q    (BY MS. POUEYMIROU)  So counsel directed
 7   him to write that script?
 8             MR. WEINSTEIN:  Object to form, misstates
 9   testimony, calls for speculation.
10             Again, I don't know if it's applicable or
11   not, but you cannot reveal the substance of
12   communications from counsel, whether directed to you
13   or to someone else.
14        A    How you phrased that question misstates
15   what I had said.  Would you like to repeat the
16   question?
17        Q    (BY MS. POUEYMIROU)  Sure.  Why did
18   Mr. Bashlykov write that script that stopped seeding
19   every 60 seconds?
20             MR. WEINSTEIN:  Object to form.
21        A    I do not know specifically why he created
22   that.
23        Q    (BY MS. POUEYMIROU)  In this particular
24   Workplace Chat he's seeking guidelines on what to do.
25   You said that Meta has no policy on torrenting; is
```

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 13 of 16

3/3/2025      Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 90

 1   that correct?
 2           MR. WEINSTEIN:  Object to form.  Asked
 3   and answered.
 4       A   I am not aware of any policy on
 5   torrenting.
 6       Q   (BY MS. POUEYMIROU)  Does Meta have a
 7   policy on seeding --
 8           MR. WEINSTEIN:  Object to form.
 9       Q   (BY MS. POUEYMIROU)  -- data?
10           MR. WEINSTEIN:  Object to form.
11           Object to form.
12       A   I am not aware of any policy on seeding
13   of data.
14       Q   (BY MS. POUEYMIROU)  So you don't know
15   why this script would have been created?  Rather,
16   this script was not made pursuant to a policy at
17   Meta's?
18           MR. WEINSTEIN:  Object to form, calls for
19   speculation.
20       A   Not that I'm aware of.
21       Q   (BY MS. POUEYMIROU)  Okay.  And he asks
22   for, "Do you [sic] have any guidelines on that?"
23   I've been using the word "policy."  Are there any
24   guidelines that exist?
25           MR. WEINSTEIN:  Object to form, calls for

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 14 of 16

3/3/2025      Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 91

1   speculation.
2        A    I am not aware of any guidelines.  And
3   the way I read this, it's broad to -- broad to the
4   whole topic of "loading library/how it was parsed/
5   ablation results" in the context of the whole
6   sentence and conversation.  But I don't have any
7   specific details.
8        Q    (BY MS. POUEYMIROU)  He says that
9   torrenting would make the data acquisition faster; is
10  that correct?
11            MR. WEINSTEIN:  Object to form.
12       A    The way that I am reading the sentence,
13  that some of the servers that he is trying to load
14  from or some of the connections are throttled, and
15  therefore it is his hypothesis that torrenting would
16  be faster.
17       Q    (BY MS. POUEYMIROU)  Is torrenting a
18  faster way to acquire data?
19            MR. WEINSTEIN:  Object to form, calls for
20  expert testimony.
21       A    Not in all cases.  It depends on -- it's
22  situational.
23       Q    (BY MS. POUEYMIROU)  Why did Meta decide
24  to torrent all of the data from Anna's Archive that
25  it torrented, as opposed to directly download?

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 15 of 16

3/3/2025           Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                             Highly Confidential - Attorneys' Eyes Only

Page 92

1      A      So Meta only did a portion of Anna's
2   Archive, and it torrented those portions.  Some of
3   the other pieces had been gotten through direct
4   download.  And so it's combination of.
5      Q      But what I am asking is, the 200
6   terabytes of data that Ms. Frederiksen-Cross
7   references in her report was data that was torrented,
8   correct?
9      A      Those were the torrented portions of
10  Anna's Archive.
11     Q      And my question is, when you have this
12  concern about seeding, why not just directly download
13  that data?
14            MR. WEINSTEIN:  Object to form.
15     A      As Mr. Bashlykov identified in his work,
16  he was not able to directly download all of that
17  content.  And I -- I don't have specific answers as
18  to why torrenting was chosen versus not on these
19  three cases, if they had tried to do direct downloads
20  or if those were even available.
21     Q      (BY MS. POUEYMIROU)  Did you ask Xiaolan
22  Wang?
23     A      I did not ask that specific question.
24            MS. POUEYMIROU:  Okay.  Can we turn to
25  Tab 23.

Case 3:23-cv-03417-VC   Document 624-2   Filed 09/16/25   Page 16 of 16

3/3/2025   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 133

```
 1   STATE OF COLORADO     )
 2                         )ss.   REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER      )
 4        I, Kathy L. Davis, do hereby certify that I am a
 5   Registered Professional Reporter within the State of
 6   Colorado; that previous to the commencement of the
 7   examination, the deponent was duly sworn to testify
 8   to the truth.
 9        I further certify that this deposition was taken
10   in shorthand by me at the time and place herein set
11   forth, that it was thereafter reduced to typewritten
12   form, and that the foregoing constitutes a true and
13   correct transcript.
14        I further certify that I am not related to,
15   employed by, nor of counsel for any of the parties or
16   attorneys herein, nor otherwise interested in the
17   result of the within action.
18        In witness whereof, I have affixed my signature
19   this 4th day of March, 2025.
20
21
22
23
24                    [Signature: Kathy L. Davis]
                      Kathy L. Davis
25                    Certified Realtime Reporter
```