# EXHIBIT D

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,　　　　　　)
　　　　　　　　　　　　　　　　　　)
Individual and Representative　　 ) Lead Case No.
Plaintiffs,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　) 3:23-cv-03417-VC
　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
Meta Platforms, Inc.,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
Defendant.　　　　　　　　　　　　　)
_____)

** H I G H L Y　C O N F I D E N T I A L **

30(b)(1) VIDEOTAPED DEPOSITION OF

MICHAEL PATRICK CLARK

Denver, Colorado

Wednesday, November 13, 2024


Reported stenographically by:

Michelle Kirkpatrick, RDR-CRR-CRC-CRI, FCRR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 288

1  allowed.  Whereas, in the prior example, there isn't

2  a PXFN section in the prior table.  Or prior photo.

3          MR. STEIN:  Court reporter, could you

4  please read the question as posed to Mr. Clark.

5          THE STENOGRAPHER:  Yes.  One moment,

6  please.

7          (Requested portion of the record read back

8  by the stenographer:)

9          "Q    And when it refers to a dataset, is

10     that a dataset that's used for training,

11     whether pre-training or post-training, or in

12     some other fashion for Llama?"

13     A    AIDC is where you register a dataset that

14  you want to be able to use for AI training.  One of

15  those examples could be using that for Llama model.

16  BY MR. STEIN:

17     Q    And is this the current form for getting

18  approval to use a dataset for training Llama?

19     A    It is -- I do not know if the exact form

20  matches what is in production.

21          AIDC is the tool by which you enter

22  details about a dataset if you want to be able to

Page 289

1  get approval so that you can use and evaluate if
2  that one will make sense from a training perspective
3  and to be able to use it in training.
4      Q    And who reviews the submissions to that
5  tool?
6      A    There is, in the privacy review
7  organization -- Brooks Cutter is an individual that
8  reviews -- reviews these datasets that come in
9  through AIDC.
10     Q    And is that an attorney?
11     A    No.  Brooks is a privacy reviewer.
12     Q    And can you point me to somewhere in that
13 form that -- where you would be able to highlight
14 that a dataset contains copyrighted material?
15     A    The only examples that I see in here,
16 because the nature of this document is datasets that
17 require PXFN review, are -- are datasets that are
18 first-party user data, which is reflected in the
19 design examples on the last two pages of the
20 document.
21          And so I -- I do not see any more than
22 that in here.

Page 344

1  STENOGRAPHIC REPORTER'S CERTIFICATE

2           I, Michelle Kirkpatrick, a Registered

3  Diplomate Reporter, Federal Certified Realtime

4  Reporter, do hereby certify that previous to the

5  commencement of the examination, the deponent was duly

6  sworn by me to testify to the truth.

7           I further certify that this deposition

8  was taken in shorthand by me at the time and place

9  herein set forth and was thereafter reduced to

10 typewritten form, and the foregoing constitutes a true

11 and correct transcript.

12          I further certify that I am not related

13 to, employed by, nor of counsel for any of the parties

14 or attorneys herein nor otherwise interested in the

15 outcome of this action.

16          IN WITNESS WHEREOF, I have hereunto set

17 my hand this 18th day of November, 2024.

18

19          _____
            MICHELLE KIRKPATRICK

20          RDR-CRR-CRC-CRI, FCRR

21          Registered Diplomate Reporter

22          Federal Certified Realtime Reporter