UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-03417-VC   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 624 |

The parties have a dispute concerning a claw back that Meta made. ECF No. 624. Plaintiffs say that Meta originally produced the document in redacted form, then clawed back a line of text. Plaintiffs now challenge all of Meta's redactions to the document. The Court **ORDERS** Meta to provide the document to the Court for *in camera* review in a way that makes clear what the original redactions were and what the clawed back redaction is. The Court **ORDERS** Meta to email the document to tshpo@cand.uscourts.gov no later than September 18, 2025.

**IT IS SO ORDERED.**

Dated: September 17, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge