UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware corporation<br><br>    Defendant. | Case No. 3:23-cv-03417-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>Hon. Vince Chhabria |

Pursuant to N.D. Cal. Civil Local Rule 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher Farnsworth (collectively, the "Plaintiffs"); and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties"), by and through their respective counsel, stipulate to the following:

1.     On July 31, 2025, the Parties submitted a joint letter brief regarding outstanding discovery disputes. ECF No. 615. The disputes raised by Plaintiffs concerned Meta's productions in response to the Court's "baseball arbitration" discovery order. ECF Nos 470; 467; *see* 07/11/2025 Case Management Conference Hr'g Tr. at 19:13-14 ("if there is a dispute about further discovery, it can go before Judge Hixson").

2.      On August 1, 2025, Judge Hixson granted Plaintiffs' motion to compel compliance in part and denied it in part. ECF No. 616. Pursuant to that Order, Meta produced additional responsive documents on August 30.

3.      On September 2, 2025, the Court issued an Order setting a Case Schedule for expert discovery and summary judgment briefing for the remaining claims in this case. ECF No. 623 (the "Scheduling Order").

4.      In the process responding to questions from Plaintiffs, Meta discovered additional responsive information (the "New Evidence"). Meta made Plaintiffs aware of this new evidence on September 12, 2025, and it made a production that day. Meta made another production on September 17. Meta continues to investigate and may make additional productions.

5.      Plaintiffs assert that the New Evidence is relevant to Plaintiffs' expert analysis and report, which is currently due on September 30, 2025. The Parties therefore respectfully seek to modify the Scheduling Order to allow Meta to complete its investigation while also affording Plaintiffs' expert sufficient time to analyze and incorporate the New Evidence into his report.

6.      In light of this New Evidence, Plaintiffs contend that they are entitled to additional, torrenting-focused fact and Rule 30(b)(6) depositions, and potentially written discovery, and the parties are meeting and conferring regarding those issues.

7.      In view of the additional time Plaintiffs request for their expert analysis and report related to the New Evidence, and to allow sufficient time for any further discovery that may be warranted, and to brief and resolve existing and potential disputes concerning the scope of any further discovery, the Parties jointly propose an extension of approximately 50 days to the current expert report deadlines in the Schedule Order, and approximately 60 days for the expert deposition and summary judgment briefing deadlines, as follows:

| Event | Current Scheduling Order (ECF Nos. 623 and 622) | Proposed Deadline |
|---|---|---|
| Plaintiffs' Expert Report | Tuesday, September 30, 2025 | Friday, November 14, 2025 |
| Meta Rebuttal to Plaintiffs' Expert Report | Thursday, October 30, 2025 | Friday, December 12, 2025 |
| Deadline to Complete Expert Depositions | Monday, November 10, 2025 | Wednesday, December 31, 2025 |
| Summary Judgment Brief 1 | Friday, November 21, 2025 | Friday, January 9, 2026 |
| Summary Judgment Brief 2 | Friday, December 19, 2025 | Friday, February 6, 2026 |
| Summary Judgment Brief 3 | Thursday, January 15, 2026 | Thursday, March 5, 2026 |
| Summary Judgment Brief 4 | Thursday, January 29, 2026 | Thursday, March 19, 2026 |
| Summary Judgment Hearing | Thursday, February 12, 2026 | Thursday, April 2, 2026 |

| | | |
|---|---|---|
| 1 | Dated: September 23, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | By: /s/ *Phillip Morton* | By: /s/ *Maxwell V. Pritt* |
| 4 | Bobby A. Ghajar<br>Colette Ani Ghazarian | BOIES SCHILLER FLEXNER LLP<br>David Boies (*pro hac vice*) |
| 5 | COOLEY LLP<br>1333 2nd Street, Suite 400 | 333 Main Street<br>Armonk, NY 10504 |
| 6 | Santa Monica, CA 90401<br>Telephone: (310) 883-6400 | (914) 749-8200<br>dboies@bsfllp.com |
| 7 | Facsimile: (310) 883-6500<br>Email: bghajar@cooley.com | Maxwell V. Pritt (SBN 253155) |
| 8 | cghazarian@cooley.com | Joshua M. Stein (SBN 298856)<br>Margaux Poueymirou (SBN 356000) |
| 9 | Mark R. Weinstein<br>Matthew Brigham | 44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104 |
| 10 | Elizabeth Lee Stameshkin<br>COOLEY LLP | (415) 293-6800<br>mpritt@bsfllp.com |
| 11 | 3175 Hanover Street<br>Palo Alto, CA 94304 | jstein@bsfllp.com<br>mpoueymirou@bsfllp.com |
| 12 | Telephone: 650-843-5000<br>Facsimile: 650-849-7400 | Jesse Panuccio (*pro hac vice*) |
| 13 | Email: mweinstein@cooley.com<br>Email: mbrigham@cooley.com | Jay Schuffenhauer (*pro hac vice*)<br>1401 New York Ave, NW |
| 14 | Email: lstameshkin@cooley.com | Washington, DC 20005<br>(202) 237-2727 |
| 15 | Kathleen R. Hartnett<br>Judd D. Lauter | jpanuccio@bsfllp.com<br>jschuffenhauer@bsfllp.com |
| 16 | COOLEY LLP<br>3 Embarcadero Center, 20th Floor | Joshua I. Schiller (SBN 330653) |
| 17 | San Francisco, CA 94111-4004<br>Telephone: (415) 693-2071 | David L. Simons (*pro hac vice*)<br>55 Hudson Yards, 20th Floor |
| 18 | Facsimile: (415) 693-2222<br>Email: khartnett@cooley.com | New York, NY 10001<br>(914) 749-8200 |
| 19 | Phillip Morton | jischiller@bsfllp.com<br>dsimons@bsfllp.com |
| 20 | COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700 | *Counsel for Individual and Representative* |
| 21 | Washington, DC 20004<br>Telephone: (202) 842-7800 | *Plaintiffs and the Proposed Class* |
| 22 | Facsimile: (202) 842-7899<br>Email: pmorton@cooley.com | |
| 23 | Angela Dunning | |
| 24 | CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP | |
| 25 | 1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304-1248 | |
| 26 | Telephone: (650) 815-4131<br>Email: adunning@cgsh.com | |
| 27 | *Attorneys for Defendant* | |
| 28 | *META PLATFORMS, INC.* | |

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Meta concurs in the filing of this document.

/s/ *Maxwell V. Pritt*
Maxwell V. Pritt

**PROPOSED ORDER**

Pursuant to the stipulation of the Parties, the Court grants the Parties' request to amend the Case Schedule.

**IT IS SO ORDERED**.

DATED: _____    _____
                                                                            HON. VINCE CHHABRIA
                                                                            United States District Judge