UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al., <br> *Individual and Representative Plaintiffs*, <br> v. <br> META PLATFORMS, INC., <br> *Defendant*. | Case No. 3:23-cv-03417-VC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Before this Court is Plaintiffs' Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge. Having considered the parties' arguments and all papers filed herein, the Court hereby GRANTS the motion as follows:

**IT IS SO ORDERED**, on this date _____.

_____

The Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE