Terence W. McCormick (State Bar No. 222145)
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
(212) 696-4848
mccormick@mintzandgold.com

*Counsel for Non-Party HarperCollins Publishers, L.L.C.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>  Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>                                                  Defendant. | Case No.:  3:23-CV-03417-VC-TSH<br><br>**Motion to Withdraw as Attorney**<br><br>**Hon. Vince Chhabria** |

**TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that I, Terence W. McCormick, respectfully move this Court for leave to withdraw my appearance as attorney of record for Non-Party HarperCollins Publishers, L.L.C. ("HarperCollins"), in the above-captioned action. The undersigned will no longer be an attorney at the firm of Mintz & Gold LLP after October 10, 2025.

My firm was engaged for the limited and sole purpose of making certain Administrative Motions to File Under Seal (ECF No. 559, 594) relating to internal HarperCollins documents evidencing extremely sensitive and confidential information or

items, which has since been accomplished. My firm has advised in-house counsel at HarperCollins of my departure and it is not currently anticipated that HarperCollins will need to seek further relief from this Court in the action or that any further proceedings involving HarperCollins will require my continued appearance as counsel. HarperCollins consents to my withdrawal.

DATED: October 9, 2025                    Respectfully submitted,

**MINTZ & GOLD LLP**

s/ Terence W. McCormick
mccormick@mintzandgold.com

Attorneys for Non-Party
HarperCollins Publishers, L.L.C.