# EXHIBIT 1

Case 3:23-cv-03417-VC   Document 637-2   Filed 11/03/25   Page 2 of 9

11/13/2024                Richard Kadrey, et al. v. Meta Platforms, Inc.                Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                       Highly Confidential

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____

RICHARD KADREY, et al.,           )
                                  )
Individual and Representative     )   Lead Case No.
Plaintiffs,                       )
                                  )   3:23-cv-03417-VC
    v.                            )
                                  )
Meta Platforms, Inc.,             )
                                  )
Defendant.                        )
_____)

** H I G H L Y   C O N F I D E N T I A L **

30(b)(6) VIDEOTAPED DEPOSITION OF
META PLATFORMS, INC.
BY: MICHAEL PATRICK CLARK
Denver, Colorado
VOLUMES I AND II
Wednesday, November 13, 2024
Thursday, November 14, 2024

Reported stenographically by:
Michelle Kirkpatrick, RDR-CRR-CRC-CRI, FCRR
_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

11/13/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Patrick Clark 30(b)(6), Vol I & Vol II
Highly Confidential

Page 2

1        PURSUANT TO WRITTEN NOTICE AND FED. R.

2   CIV. P. 30(b)(6) TO META PLATFORMS, INC., & 30(b)(1)

3   TO MICHAEL CLARK, the 30(b(6) videotaped deposition

4   of META PLATFORMS, INC., BY: MICHAEL PATRICK CLARK,

5   called by the Plaintiffs, was taken commencing at

6   7:12 p.m. on Wednesday, November 13, 2024, and

7   continued to Thursday, November 14, 2024, at

8   1144 15th Street, Suite 2300, Denver, Colorado

9   80202, before Michelle Kirkpatrick, RDR-CRR-CRC-CRI,

10  FCRR, Registered Diplomate Reporter and Federal

11  Certified Realtime Reporter.

12

13

14

15

16

17

18

19

20

21

22

Case 3:23-cv-03417-VC   Document 637-2   Filed 11/03/25   Page 4 of 9

11/13/2024                    Richard Kadrey, et al. v. Meta Platforms, Inc.                    Michael Patrick Clark 30(b)(6), Vol I & Vol II
                                                Highly Confidential

```
                                                                        Page 3
 1   APPEARANCES:
     For the Individual and Representative Plaintiffs:
 2        JOSHUA M. STEIN, ESQ.
          PEDRO N. MILLÁN, ESQ.
 3        Boies Schiller Flexner LLP
          44 Montgomery Street, 41st Floor
 4        San Francisco, California 91404
          Phone:  415.293.6813
 5        Email:  jstein@bsfllp.com
                  pmillan@bsfllp.com
 6

          KENNETH S. BYRD, ESQ.
 7        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP, ESQ.
          150 4th Avenue North Suite 1650
 8        Nashville, Tennessee 37219
          Phone:  615.313.9000
 9        Email:  kbyrd@lchb.com
10        MARGAUX POUEYMIROU, ESQ.
          Joseph Saveri Law Firm, LLP
11        601 California Street, Suite 1000
          San Francisco, California 94108
12        Phone:  415.500.6800
          Email:  mpoueymirou@saverilawfirm.com
13
     For the Defendant and the witness:
14        KATHLEEN R. HARTNETT, ESQ.
          COOLEY LLP
15        3 Embarcadero Center, 20th Floor
          San Francisco, California 94111-4004
16        Phone:  415.693.2071
17        Email:  khartnett@cooley.com
18
19   Also Present:  NIKKI VO, ESQ.
20                      Meta In-house Counsel
21                  SCOTT HATCH, CLVS
22                      Videographer
```

Case 3:23-cv-03417-VC   Document 637-2   Filed 11/03/25   Page 5 of 9

11/13/2024        Richard Kadrey, et al. v. Meta Platforms, Inc.        Michael Patrick Clark 30(b)(6), Vol I & Vol II
Highly Confidential

Page 193

1  were being used for that processing.

2  BY MS. POUEYMIROU:

3      Q    Do you have an idea of the time period in

4  which -- do you have any idea of a time period when

5  Books3 would be going through the data approval

6  process for Llama 2, which I believe launched in

7  July of 2023?

8      A    As I stated, Llama -- or Books3 was part

9  of Llama 1, and that approval was used -- inherited

10 in its use in Llama 2.

11     Q    Oh.  So it didn't go through --

12     A    It didn't go through a new approval --

13     Q    I see.

14     A    -- but the mitigations were given for the

15 data pipelines to the engineers that were working on

16 them.

17     Q    Okay.  And then for Llama 3 -- because

18 I've seen old sets -- and we're going to look at

19 one -- going through a reapproval, a 3P dataset

20 approval, sent to you, in fact, for Llama 3.

21          Did Books3 go through another -- go

22 through a reapproval process?  Or is it just that it

Case 3:23-cv-03417-VC   Document 637-2   Filed 11/03/25   Page 6 of 9

11/13/2024   Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Patrick Clark 30(b)(6), Vol I & Vol II
Highly Confidential

Page 194

1   inherited it?

2   A   So between the transition from Llama being
3   built in FAIR to Llama being built in the
4   Generative AI organization, that is when the gen AI
5   private group was built in Privacy, which is where
6   the data review process occurred.

7           That process remained the same through
8   part of the beginning of Llama 3, which would have
9   been the summer of '23.

10   Q   Uh-huh.

11   A   Or beginning, actually, in the spring
12   of '23.

13   Q   February of '23.

14   A   There's --

15   Q   It's okay.  Yeah.

16   A   Spring of 2023.

17   Q   Okay.

18   A   That process, using the tracker that was
19   in a spreadsheet, remained the same through until
20   about November of 2023, where a person that was
21   formally part of privacy review, Sara Chugh, took
22   over dataset reviews and started tracking them in

Case 3:23-cv-03417-VC   Document 637-2   Filed 11/03/25   Page 7 of 9

11/13/2024     Richard Kadrey, et al. v. Meta Platforms, Inc.     Michael Patrick Clark 30(b)(6), Vol I & Vol II
Highly Confidential

Page 195

1   new ways.

2           Sara did that through spring of '24, when
3   another individual, Brooks Cutter, took over that
4   process.

5           At that point, the dataset review process
6   went from the tracker into a tool called AIDC.

7           Where there was documentation of the
8   review that was -- that was done by counsel, that
9   was moved over.  And where there weren't, or where
10  it was in the tracker where it was an intermediary
11  spot, had gone through-- well, Sara had it --some of
12  those went into the LaMa tool.  Some of those got
13  reviewed so that there was a record of mitigation
14  and the decision.

15          And so there is a -- there is a mix.  And
16  so if you have something for me to look at, I would
17  be happy to look at that and --

18      Q   Okay.  I know we have two minutes, but I
19  just want to make sure I understand.

20          So Books3 for Llama 1 goes through an SRT
21  process.

22      A   That is correct.

Case 3:23-cv-03417-VC   Document 637-2   Filed 11/03/25   Page 8 of 9

11/13/2024    Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Patrick Clark 30(b)(6), Vol I & Vol II
Highly Confidential

Page 199

1   custody of Ms. Hartnett.

2            MR. BYRD:  Yeah.

3            MS. HARTNETT:  Yes.

4            (Clark 30(b)(6) deposition adjourned at

5   1:05 p.m.)

6            (Clark 30(b)(6) Deposition Exhibits 613

7   through 618 not attached to this transcript and are

8   in the custody of Ms. Harnett per agreement of

9   counsel.)

10

11

12

13

14

15

16

17

18

19

20

21

22

Case 3:23-cv-03417-VC   Document 637-2   Filed 11/03/25   Page 9 of 9

11/13/2024     Richard Kadrey, et al. v. Meta Platforms, Inc.     Michael Patrick Clark 30(b)(6), Vol I & Vol II
Highly Confidential

Page 200

1  STENOGRAPHIC REPORTER'S CERTIFICATE

2            I, Michelle Kirkpatrick, a Registered

3  Diplomate Reporter, Federal Certified Realtime

4  Reporter, do hereby certify that previous to the

5  commencement of the examination, the deponent was duly

6  sworn by me to testify to the truth.

7            I further certify that this deposition

8  was taken in shorthand by me at the time and place

9  herein set forth and was thereafter reduced to

10  typewritten form, and the foregoing constitutes a true

11  and correct transcript.

12            I further certify that I am not related

13  to, employed by, nor of counsel for any of the parties

14  or attorneys herein nor otherwise interested in the

15  outcome of this action.

16            IN WITNESS WHEREOF, I have hereunto set

17  my hand this 18th day of November, 2024.

18

19            _____

20            MICHELLE KIRKPATRICK
              RDR-CRR-CRC-CRI, FCRR

21            Registered Diplomate Reporter

22            Federal Certified Realtime Reporter