1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11
12

RICHARD KADREY, *et al.*,

13

Individual and Representative Plaintiffs,

14

v.

15

META PLATFORMS, INC., a Delaware corporation

16
17

Defendant.

Case No. 3:23-cv-03417-VC

**STIPULATION AND [PROPOSED] ORDER REGARDING THE CASE MANAGEMENT SCHEDULE**

Hon. Vince Chhabria

18
19

Pursuant to N.D. Cal. Civil Local Rule 7-12, Plaintiffs Richard Kadrey, Sarah Silverman,

20

Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry

21

Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher

22

Farnsworth (collectively, the "Plaintiffs"); and Defendant Meta Platforms, Inc. ("Meta") (together, the

23

"Parties"), by and through their respective counsel, stipulate to the following:

24

1.     The Court issued an Order regarding the Case Schedule on September 30, 2025, (ECF No.

25

628, the "Current Scheduling Order"), which granted the Parties' Stipulation concerning case management

26

deadlines (ECF No. 626 at 3) including expert discovery and summary judgment briefing.

27

2.     Since the Court entered its Current Scheduling Order, Meta discovered additional evidence

28

of torrenting from Anna's Archive and Library Genesis (the "New Evidence"). Meta informed Plaintiffs of

this New Evidence on October 27, 2025. Meta's production of this New Evidence is forthcoming. Meta continues to investigate requests from Plaintiffs and may make additional productions.

3.      The Parties agree the New Evidence may be relevant to their experts' analysis and reports, which currently are due on November 14 and December 12, 2025, respectively. The Parties thus respectfully seek to modify the Scheduling Order so Meta can complete its production while also affording the Plaintiffs' expert time to analyze and incorporate the New Evidence into his report.

4.      The Parties jointly propose the following extensions of existing deadlines that ultimately results in only a four-week extension of the currently scheduled summary judgment hearing:

| Event | Current Scheduling Order (ECF Nos. 628 and 626) | Proposed Deadline |
|---|---|---|
| Plaintiffs' Expert Report | Friday, November 14, 2025 | Friday, December 19, 2025 |
| Meta Rebuttal to Plaintiffs' Expert Report | Friday, December 12, 2025 | Thursday, January 22, 2026 |
| Deadline to Complete Expert Depositions | Wednesday, December 31, 2025 | Friday, February 6, 2026 |
| Summary Judgment Brief 1 | Friday, January 9, 2026 | Thursday, February 12, 2026 |
| Summary Judgment Brief 2 | Friday, February 6, 2026 | Thursday, March 12, 2026 |
| Summary Judgment Brief 3 | Thursday, March 5, 2026 | Thursday, April 2, 2026 |
| Summary Judgment Brief 4 | Thursday, March 19, 2026 | Thursday, April 16, 2026 |
| Summary Judgment Hearing | Thursday, April 2, 2026 | Thursday, April 30, 2026 |

Dated:  November 5, 2025

By:  */s/ Phillip Morton*

Bobby A. Ghajar
Colette Ani Ghazarian
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: bghajar@cooley.com
cghazarian@cooley.com

Mark R. Weinstein
Matthew Brigham
Elizabeth Lee Stameshkin
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: mweinstein@cooley.com
Email: mbrigham@cooley.com
Email: lstameshkin@cooley.com

Kathleen R. Hartnett
Judd D. Lauter
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
Facsimile: (415) 693-2222
Email: khartnett@cooley.com

Phillip Morton
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: pmorton@cooley.com

Angela Dunning
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com

*Attorneys for Defendant*
*META PLATFORMS, INC.*

Respectfully submitted,

By:  */s/ Maxwell V. Pritt*

BOIES SCHILLER FLEXNER LLP
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*

## **ECF ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Meta concurs in the filing of this document.

/s/ *Maxwell V. Pritt*
Maxwell V. Pritt

## **PROPOSED ORDER**

Pursuant to the stipulation of the Parties, the Court grants the Parties' request to amend the Case Schedule.

**IT IS SO ORDERED**.

DATED: _____        _____

HON. VINCE CHHABRIA
United States District Judge