# WOODHOUSE EXHIBIT 2

# EXHIBIT C

Draft | Work in Progress | Review | **Published**

# AI Data Catalog 2024H1 Roadmap



Part of 2024H1 planning for [ HYPERLINK "https://docs.google.com/document/d/███████████████████████████████edit" \l "heading=h.kf98c991lcvi" \h ] and [ HYPERLINK "https://docs.google.com/document/d/███████████████████████████████edit" \l "heading=h.87so7gpd6f5m" \h ]
Docs: [ HYPERLINK "https://docs.google.com/document/d/███████████████████████████████edit" \h ], [ HYPERLINK "https://docs.google.com/document/d/███████████████████████████████edit" \l "heading=h.t6rlu5nbxv2y" \h ]
WP groups: [ HYPERLINK "https://fb.workplace.com/groups/██████████" \h ], [ HYPERLINK "https://fb.workplace.com/groups/██████████" \h ]

People: [ HYPERLINK "mailto:████@meta.com" \h ] (Planning STO),[ HYPERLINK "mailto:████@meta.com" \h ], [ HYPERLINK "mailto:████@meta.com" \h ], [ HYPERLINK "mailto:████@meta.com" \h ]

## Vision – the purpose of the AI Data Catalog

The AI Data Catalog provides a unified experience for all data used in AI workflows: sourcing datasets, training data, evals and flywheels, covering 1st and 3rd party data, as well as synthetic data. It serves as the single source of truth for data discovery, sourcing, management, evaluation and governance.
It enables responsible and compliant use of data, through Privacy Review integration and by keeping track of and enforcing lineage, data mitigation and curation metadata, privacy and legal policies.
Integrating data insights, visualizations, eval results, model shortcomings and sourcing in a unified experience speeds up data decisions, augmentation and curation, and therefore speeds up model performance improvements.
The AI Data Catalog integrates with systems throughout the entire AI Workflow execution, from authoring (Dataswarm Operators, Bento) to data transformation (DPS) to training (Genie) to evaluation (Halo), ensuring each step has an out-of-the-box or programmatic way of registering metadata and enforcing policies.

## How Success Looks Like

1. It's easy to understand **what data was used** to train which model and which mitigations have been applied to the datasets so **PXFN approval** is a lightweight process
2. The data catalog is the default **place of choice** for researchers looking for datasets for new ML tasks.
3. Dataset owners can spend more time on improving datasets or creating new ones instead of handling routine dataset **lifecycle tasks** which are now **automated** and centrally managed.

## OKRs

| OKRs | H1'24 target (p50) |
|---|---|
| **Objective1: Improve datasets compliance** | |
| AIDC1.1 % of datasets registered in AIDC | 100% of GenAI (includi... |
| AIDC1.2 % of datasets with lineage to models | 100% of GenAI dataset... |
| AIDC1.3 % of existing Hive training datasets with dataset to features lineage | X% (for datasets that contain features) |
| **Objective2: Reduce the overhead of datasets privacy reviews** | |
| AIDC2.1 % of AIDC datasets with PXFN enabling metadata | [ HYPERLINK "mailto:____@meta.com" \h ] |
| AIDC2.2 % of existing mitigations (priv reqs) and approvals available in AIDC | TBD [ HYPERLINK "mailto:____@meta.com" \h ] |
| AIDC2.3 # of LaMas with pre-approved datasets | [ HYPERLINK "mailto:____@meta.com" \h ] |
| **Objective3 Help dataset owners manage their datasets** | |
| AIDC3.1 MAU of GenAI AIDC users | 50 |
| AIDC3.2 Monthly retention rate of GenAI dataset owners | 45% |
| **Objective4 Help researchers improve models with better data** | |
| AIDC4.1 MAU of GenAI AIDC users | 50 (dup of 3.1) |
| AIDC4.2 Monthly retention rate of GenAI researchers | 45% |
| AIDC4.3 # data sets registered through AIDC for HALO | Pending alignment w Halo [ HYPERLINK "mailto:____@meta.com" |
| AIDC4.4 % of Genie data configs is generated by AIDC | Pending alignment w Genie [ HYPERLINK "mailto:____@meta.com" |
| AIDC4.5 # of Dataswarm pipelines using AIDC datasets annotations | Pending Alignment with Xuchao [ HYPERLINK "mailto:____@meta |
| AIDC4.6 # of LLM researchers consuming datasets Insights in AIDC | 20 (10 P90) |
| **Objective5 Supports the required reliability requirements to support inline training jobs** | |
| AIDC5.1 AIDC SLA is 99.9% | 99.9% |
| AIDC5.2 AIDC and Damit Unified UI visualization strategy | Design Doc |

> **Commented [1]:** Pre-training: Llama datasets
> Fine tuning + flywheel: Genie
> Eval: TBD

> **Commented [2]:** @____@meta.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Projects

Priorities  <mark>P0: Must-have</mark> · <mark>P1: Want-to-have</mark> · <mark>P2: Nice-to-have</mark>.
T-Shirt Size: S: < 2 weeks · M: 2~4 weeks · L: 4~8 weeks · XL : > 8 weeks

| Priority | OKR | Project | Description | Owning Team | Partner Teams | T-S |
|---|---|---|---|---|---|---|
| P0 | 3.1, 4.1 | [ HYPERLINK "https://docs.google.com/document/d/██████████████" edit" \h ] | Separate datasource access control from metadata access control and allow dataset owners to manage the access | Damit | Damit<br>DI Privacy | |
| P0 | 1.1 | Datasets [ HYPERLINK "https://docs.google.com/document/d/██████████████" edit" \l "heading=h.t6rlu5nbxv2y" \h ] | Onboard remaining teams and datasets: Speech, Audio/Music, Video, etc... | AIDC | | |
| P0 | 2.1, 2.2 | PXFN Support - [ HYPERLINK "https://docs.google.com/document/d/██████████████" edit" \l "heading=h.p2t5dehvrwpo" \h ] | Simplify facts gathering process for PR by allowing datasets owners to store facts in a structured way. Integrate with PR2.0 | AIDC | PR2.0<br>DI Privacy<br>FAIR<br>Capella | |
| P0 | 1.1 | [ HYPERLINK "https://docs.google.com/document/d/██████████████" edit" \h ] | Support composite datasets (LLM next) management, privacy and visualization | AIDC | LLM Pre-Training | |
| P0 | 4.4, 5.1 | [ HYPERLINK "https://docs.google.com/document/d/██████████████" edit" \h ] | Integrate with the Genie training platform as the dataset management solution (configuration, discovery, resolve latest version, etc.) | AIDC | Genie | |
| P0 | 4.3 | [ HYPERLINK "https://docs.google.com/document/d/██" | Halo datasets creation discovery and lineage. | AIDC | Halo | |

| | | | | | |
|---|---|---|---|---|---|
| | | ▉edit" \l "heading=h.1rhahvrssxn5" \h ] | | | |
| P0 | 1.2 | [ HYPERLINK "https://docs.google.com/document/u/0/d/1-▉▉/edit" \h ] | Support lineage display and automatic fetching of non ds partitioned based datasets + define how to propagate metadata | AIDC | CU |
| P0 | 1.1 | Automated lineage for datasets in AirStore/RSC/EAG | LLM3 models are trained on RSC & EAG would like to be able to automatically sur▉ lineage for assets outside of prod | | |
| P0 | 4.1, 4.2 | [ HYPERLINK "https://docs.google.com/document/u/0/d/▉▉/edit" \h ] | Enable configuration for visualization required pre-processing in AIDC (Data schematization, algorithm selection) | AIDC | Visualization, Evaluation and data insights |
| P0 | 2.2 | Fetching [ HYPERLINK "http://mitigations" \h ] and [ HYPERLINK "https://docs.google.com/document/d/▉/edit" \h ] | Enabling presentations of as many existing mitigations and approval related to each dataset/datasource as possible, including annotations from GDA | AIDC | DI Privacy PR2.0 FAIR |
| P0 | 1.1 | Python API | Enabling users to register datasets using python (i.e in Bento notebooks, scripts) | AIDC | LLM Flywheel |
| P1 | 1.1, 1.2 | [ HYPERLINK "https://docs.google.com/document/d/▉/edit" \h ] | Unified configurable lineage view to display both datasets to datasets, datasets to model snapshots and model checkpoints to reuse across AI and DI | AIDC | AIM |
| P1 | 4.5 | [ HYPERLINK "https://docs.google.com/document/ | Register datasets directly into AIDC from tool like Dataswarm (P0), Daiquery and Bento | AIDC | DxI Dataswarm |

Commented [3]: @▉@meta.com Do not have access to the one pager, commenting here. We should have a mode where automation is turned off for a dataset, to enable programmatic control of dataset versioning / lineage. This will be needed for the truly custom management.
_Assigned to ▉@meta.com_

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    Meta_Kadrey_00160926

| | | | | | |
|---|---|---|---|---|---|
| | | d/ ▇▇▇▇▇▇▇▇ /edit" \h ] | | | |
| P1 | 3.1, 3.2 | [ HYPERLINK "https://docs.google.com/document/d/ ▇▇▇▇▇▇▇ edit" \l "heading=h.gkoow11g2neo" \h ] | Life cycle management including deletion syncing, dataset regeneration, retention alerting, AIDC Bot etc. | AIDC | DI Privacy Metastore Gaid |
| P1 | 4.1 | [ HYPERLINK "https://docs.google.com/document/d/ ▇▇▇▇▇▇▇ edit" \h ] | | AIDC | CU |
| P1 | * | Innovation bucket | Based on existing [ HYPERLINK "https://docs.google.com/spreadsheets/d/▇▇▇▇ edit" \l "gid=1587878533" \h ] and emerging pain points and opportunities | AIDC | |
| P2 | 4.1, 4.2 | Search and Discovery | Extend search and discovery to additional fields and federated metadata, add sorting and datasets count. | AIDC | |
| P2 | 1.1 | Support auto-registered dataset | Currently we register datasets automatically for lineage purposes. These datasets have no metadata, we'd like to define propagation policies and let users control auto registered datasets | AIDC | |
| P2 | 5.1 | AIDC types search scraper & bulk indexers | Improve search reliability by introducing daily scraping of AIDC assets | AIDC | |
| P2 | 5.1 | Damit search unification | Unify AIDC & Damit search stack | AIDC | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   Meta_Kadrey_00160927

## Dependencies We Have on Others

| Partner | Level | Description | AIDC KRs | AIDC POC |
|---|---|---|---|---|
| DI AIM | High | [ HYPERLINK "https://docs.google.com/document/d/▇▇/edit" \h ]: KR 3.1: Extend AIM support to the EAG to register all EAG trained models and training pipeline to AIM [ HYPERLINK "https://docs.google.com/document/d/▇▇edit" \h ] | | [ HYPERLINK "mailto:▇▇@meta.com" |
| ULP/HALO | High | [ HYPERLINK "https://docs.google.com/document/d/▇▇edit" \l "heading=h.zajqawcvdu2y" \h ]: Integrate with AIDC: X data sets registered through AIDC for HALO [ HYPERLINK "https://docs.google.com/document/d/▇▇/edit" \l "heading=h.1rhahvrssxn5" \h ] | | [ HYPERLINK "mailto:▇▇@meta.com" |
| DAMIT | High | ACL v2. Critical path reliability | | [ HYPERLINK "mailto:▇▇@meta.com" |
| DI Eval & Insights | High | Consumption of insights in AIDC[ HYPERLINK "https://docs.google.com/document/d/▇▇/edit" \l "heading=h.biesry7lmmn2" \h ] | 4.1 | [ HYPERLINK "mailto:▇▇@meta.com" |
| Central Privacy | Med | PR2.0 | | [ HYPERLINK "mailto:▇▇@meta.com" HYPERLINK "mailto:▇▇@meta.com" \h |
| Privacy GDA | Med | | | [ HYPERLINK "mailto:▇▇@meta.com" HYPERLINK "mailto:▇▇@meta.com" \h |
| MLHub | Low | [ HYPERLINK "https://docs.google.com/document/d/▇▇/edit" \l "heading=h.qtk6ug8ecdfo" \h ] | | [ HYPERLINK "mailto:▇▇@meta.com" |
| DI Bento/Daiquery | Low | | 1.1 | [ HYPERLINK "mailto:▇▇@meta.c |
| DI Datawarm | Low | | 4.5 | [ HYPERLINK "mailto:▇▇@meta.com |

**Commented [4]:** @▇▇@meta.com, should we also add DAI for GenAI Privacy here for each reference by considering it has multiple AIDC dependencies: https://docs.google.com/document/d/▇▇edit?
cc: @▇▇@meta.com
_Assigned to ▇▇@meta.com_

## Dependencies Others Have on Us

| Partner | KR |
|---|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| GenAI Platform [ HYPERLINK "https://docs.google.com/document/d/███ edit" \h ] | **3.1:** 100% of production models with full lineage tracked in system | 1.2 |
| | **3.3:** 50%+ of new production models using catalog | 1.1 |
| GenAI Platform Privacy and Safety [ HYPERLINK "https://docs.google.com/document/d/███ edit" \l "heading=h.yc79vsiqsz30" \h ], [ HYPERLINK "https://docs.google.com/spreadsheets/d/███ edit" \l "gid=675807207" \h ] | **Purpose limitation 2.1:** GenAI models have known end-to-end lineage coverage for fine-tuning and pre-training, with [25%] done via automated coverage | 1.1, 1.2 |
| | **Privacy 3.3:** Ad hoc dataset reviews take less than one week and approved datasets are registered and labeled in AIDC | 2.1, 2.2, 2.3 |
| | **Privacy 4.1:** Make PXFN reviews for generative AI products on the platform more efficient cutting review time by 50% | 2.1, 2.2, 2.3 |
| | **IP 3.3:** Ad hoc dataset reviews take less than one week and approved datasets are available in AIDC | 2.1, 2.2, 2.3 |
| ULP/Halo [ HYPERLINK "https://docs.google.com/document/d/███ edit" \l "heading=h.zajqawcvdu2y" \h ] | **Platform Growth and Maturity:** X data sets registered through AIDC for HALO | 4.3 |
| GenAI Platform Genie Model Hub [ HYPERLINK "https://docs.google.com/document/d/███ edit" \h ], [ HYPERLINK "https://docs.google.com/document/d/███ edit" \h ] | **KR2.1.1:** % of Genie configs with datasets registered in AIDC<br>**KR2.1.2:** % of Genie data configs is generated by AIDC | 4.4 |
| FAIR [ HYPERLINK "https://docs.google.com/document/d/███ edit" \h ], [ HYPERLINK "https://docs.google.com/spreadsheets/d/███ edit" \l "gid=0" \h ] | **4.1** Import 100% of FAIR datasets from the canonical spreadsheet and existing data sources to the dedicated Data Catalog (Q1) | 1.1 |
| | **4.2** Achieve near-zero dedicated review for top tier CV and S&A datasets, through integration of Data Catalog with Privacy Review pilot stored decisions | 2.1, 2.2, 2.3 |
| | **4.3** Reduce the time of fact gathering during PXFN reviews for CV and S&A datasets by x% | 2.1, 2.2 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| AIM [ HYPERLINK "https://docs.google.com/document/d/edit" \h ] | Depend on AIDC API to auto curate AIDC dataset when AIM capture the physical dataset, and build the lineage from model to AIDC dataset | 1.1, 1.2 |
| DPS [ HYPERLINK "https://fb.workplace.com/notes/?notif_id=1704311018108105&notif_t=work_garden_note_mention&ref=notif" \h ] | Ingest into DPS via AIDC, with Amnesia 2.0 support. Make sure data is registered with AIDC. Generate profiling reports through AIDC, both automatic and manual options are available. | 4.4 |

## Open Decisions

| | Status | Next steps/Decision |
|---|---|---|
| DAMIT and what is our approach to new customers onboarding such as FAIR? | Resolved | DAMIT and AIDC are on a convergence path, we AIDC and vice versa. Both teams desire to work t |
| GenAI roadmap? | Resolved | Rationalize the diff GenAI Platform roadmaps and edit" |
| ners and MLEs? | In progress | |

## Risks

| isk | Level | Description | Mitigation |
|---|---|---|---|
| rivacy in Flux | High | Privacy requirements are in flux and keep changing. e.g . The fact gathering and meta data store for mitigations and evidence | |
| lany dependencies on external ams | High | Need to bring together multiple teams, agree on priorities, tech strategy and sync on roadmap items | Create transparency and document each dependency Communicate frequently and publicly Establish dedicated WP chats/groups |
| ataset Metadata Completeness | Med | Define the process changes that are required to register datasets and the associated metadata and mitigations | |
| romoting the AI Dataset concept | Med | How to ensure the definition and adoption of the AI dataset primitive across different systems and configurations so we're on top of our compliance requirements from day 1 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00160930