UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation <br><br> Defendant. | Case No. 3:23-cv-03417-VC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE CASE MANAGEMENT SCHEDULE** <br><br> Hon. Vince Chhabria |

Pursuant to N.D. Cal. Civil Local Rule 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher Farnsworth (collectively, the "Plaintiffs"); and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties"), by and through their respective counsel, stipulate to the following:

1. The Court issued an Order regarding the Case Schedule on September 30, 2025, (ECF No. 628, the "Current Scheduling Order"), which granted the Parties' Stipulation concerning case management deadlines (ECF No. 626 at 3) including expert discovery and summary judgment briefing.

2. Since the Court entered its Current Scheduling Order, Meta discovered additional evidence of torrenting from Anna's Archive and Library Genesis (the "New Evidence"). Meta informed Plaintiffs of

this New Evidence on October 27, 2025. Meta's production of this New Evidence is forthcoming. Meta continues to investigate requests from Plaintiffs and may make additional productions.

3. The Parties agree the New Evidence may be relevant to their experts' analysis and reports, which currently are due on November 14 and December 12, 2025, respectively. The Parties thus respectfully seek to modify the Scheduling Order so Meta can complete its production while also affording the Plaintiffs' expert time to analyze and incorporate the New Evidence into his report.

4. The Parties jointly propose the following extensions of existing deadlines that ultimately results in only a four-week extension of the currently scheduled summary judgment hearing:

| Event | Current Scheduling Order (ECF Nos. 628 and 626) | Proposed Deadline |
|---|---|---|
| Plaintiffs' Expert Report | Friday, November 14, 2025 | Friday, December 19, 2025 |
| Meta Rebuttal to Plaintiffs' Expert Report | Friday, December 12, 2025 | Thursday, January 22, 2026 |
| Deadline to Complete Expert Depositions | Wednesday, December 31, 2025 | Friday, February 6, 2026 |
| Summary Judgment Brief 1 | Friday, January 9, 2026 | Thursday, February 12, 2026 |
| Summary Judgment Brief 2 | Friday, February 6, 2026 | Thursday, March 12, 2026 |
| Summary Judgment Brief 3 | Thursday, March 5, 2026 | Thursday, April 2, 2026 |
| Summary Judgment Brief 4 | Thursday, March 19, 2026 | Thursday, April 16, 2026 |
| Summary Judgment Hearing | Thursday, April 2, 2026 | Thursday, April 30, 2026 |

| | | |
|---|---|---|
| 1 | Dated:  November 5, 2025 | Respectfully submitted, |
| 2 | By:  /s/ *Phillip Morton* | By:  /s/ *Maxwell V. Pritt* |

3   Bobby A. Ghajar
    Colette Ani Ghazarian
4   COOLEY LLP
    1333 2nd Street, Suite 400
5   Santa Monica, CA 90401
    Telephone: (310) 883-6400
6   Facsimile: (310) 883-6500
    Email: bghajar@cooley.com
7   cghazarian@cooley.com

8   Mark R. Weinstein
    Matthew Brigham
9   Elizabeth Lee Stameshkin
    COOLEY LLP
10  3175 Hanover Street
    Palo Alto, CA 94304
11  Telephone: 650-843-5000
    Facsimile: 650-849-7400
12  Email: mweinstein@cooley.com
    Email: mbrigham@cooley.com
13  Email: lstameshkin@cooley.com

14  Kathleen R. Hartnett
    Judd D. Lauter
15  COOLEY LLP
    3 Embarcadero Center, 20th Floor
16  San Francisco, CA 94111-4004
    Telephone: (415) 693-2071
17  Facsimile: (415) 693-2222
    Email: khartnett@cooley.com
18
    Phillip Morton
19  COOLEY LLP
    1299 Pennsylvania Avenue, NW, Suite 700
20  Washington, DC 20004
    Telephone: (202) 842-7800
21  Facsimile: (202) 842-7899
    Email: pmorton@cooley.com
22
    Angela Dunning
23  CLEARY GOTTLIEB STEEN &
    HAMILTON LLP
24  1841 Page Mill Road, Suite 250
    Palo Alto, CA 94304-1248
25  Telephone: (650) 815-4131
    Email: adunning@cgsh.com
26
    *Attorneys for Defendant*
27  *META PLATFORMS, INC.*

28

Right column:

BOIES SCHILLER FLEXNER LLP
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Meta concurs in the filing of this document.

/s/ *Maxwell V. Pritt*
Maxwell V. Pritt

**~~PROPOSED~~ ORDER**

Pursuant to the stipulation of the Parties, the Court grants the Parties' request to amend the Case Schedule.

**IT IS SO ORDERED**.

DATED:   November 6, 2025

_____
HON. VINCE CHHABRIA
United States District Judge