# EXHIBIT 1

| | |
|---|---|
| **From:** | Stameshkin, Liz |
| **To:** | Joshua Stein |
| **Cc:** | Llama C-Counsel; z/Meta-Kadrey; Karen Dunn; Kyle Smith; John Paredes; Angela L. Dunning |
| **Subject:** | Meta/Kadrey - source code file production |
| **Date:** | Monday, November 10, 2025 9:51:14 PM |
| **Attachments:** | 2025-11-10 Cover letter source code to J. Stein.pdf |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Counsel,

We have collected a small number of additional source code files from Ms. Wang's computer, which we have placed onto the review computer. We have also printed and Bates labeled 3 copies of these files, and they should be arriving, addressed to Josh Stein at Boies' San Francisco office. Please see the attached cover letter.

Best,

Liz

**Elizabeth L. Stameshkin**
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5121 office
+1 650 849 7400 fax
+1 626 644 7586 mobile
lstameshkin@cooley.com
Pronouns: she, her, hers

Cooley is committed to racial justice

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.



Rich A. Nieva                                                                                                                                 VIA FedEx
+1 650 843 5618
rnieva@cooley.com


November 10, 2025

Joshua Stein
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

**Re: *Kadrey, et al. v. Meta Platforms, Inc.,* Case No. 3:23-cv-03417-VC**

Counsel:

Enclosed please find three copies of source code documents bearing bates numbers META-KADREY-SC-001012 – 001034. The production contains documents that are designated "HIGHLY CONFIDENTIAL – SOURCE CODE" pursuant to the Protective Order in this matter.

Should you have any questions, please feel free to contact us.


Sincerely,

*Rich Nieva*

Rich Nieva
Paralegal Specialist


Enclosures