UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No.  23-cv-03417-VC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ADDITIONAL DISCOVERY; ORDER RE SEALING**<br><br>Re: Dkt. No. 635, 636 |

The plaintiffs' motion to conduct additional discovery is granted. The plaintiffs may pursue the discovery described on Pages 4–5 and Exhibits I and P of their motion. *See* Dkt. No. 635. If Meta prefers to have the plaintiffs' expert inspect the relevant directories and computer backups in lieu of running the requested searches itself, it can do so.

The plaintiffs' motion to consider whether another party's materials should be sealed (Dkt. No. 636) is granted as to the narrowed redactions described in Meta's supporting declaration (Dkt. No. 639). The plaintiffs are ordered to refile the materials at Dkt. No. 635, with only the limited redactions described in Meta's declaration, within 7 days of this Order.

**IT IS SO ORDERED.**

Dated: November 13, 2025

VINCE CHHABRIA
United States District Judge