| | |
|---|---|
| HUESTON HENNIGAN LLP | NEWMEYER & DILLION LLP |
| Moez M. Kaba (#257456) | Michael B. McClellan (#241570) |
| mkaba@hueston.com | Michael.McClellan@ndlf.com |
| Michael M. Purpura (#338216) | Benjamin P. Pugh (#202025) |
| mpurpura@hueston.com | benjamin.pugh@ndlf.com |
| Lee Linderman (#280743) | Jason L. Morris (#295271) |
| llinderman@hueston.com | Jason.Morris@ndlf.com |
| Brittnee Bui (#333372) | Harlye S. Carlton (#261641) |
| bbui@hueston.com | Harlye.Carlton@ndlf.com |
| 523 West 6th Street, Suite 400 | 895 Dove Street, Second Floor |
| Los Angeles, CA 90014 | Newport Beach, California 92660 |
| Telephone: (213) 788-4340 | (949) 854-7000; (949) 854-7099 (Fax) |

Attorneys for Plaintiff
Entrepreneur Media, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., | Case No.: 23-CV-3417-VC |
| Plaintiff, | **ENTREPRENEUR MEDIA, LLC'S CORRECTED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| v. | |
| Meta Platforms, Inc., | |
| Defendant. | |

This corrected filing substitutes the accurate case number – 3:25-cv-09579-BLF – for the Entrepreneur action. The prior version inadvertently listed the number as 3:25-cv-03579-BLF. No other changes have been made.

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rules 3-12 and 7-11 of the Northern District of California, Plaintiff Entrepreneur Media, LLC ("Entrepreneur") files this administrative motion to consider whether *Entrepreneur Media, LLC v. Meta Platforms, LLC*, 5:25-CV-9579-BLF should be related to *Kadrey,* et al. *v. Meta Platforms, Inc.*, 23-CV-3417-VC. Counsel for Meta Platforms, Inc. ("Meta") has informed Entrepreneur that Meta does not oppose this administrative motion. *See* Declaration of Moez M. Kaba ¶ 4.

Civil Local Rule 3-12(b) provides: "Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should Be Related." Civ. L.R. 3-12(b).  Actions are related to another when "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civ. L.R. 3-12(a).

Entrepreneur now files this motion in the lower-numbered action.  Entrepreneur does not seek to consolidate the two actions under FRCP 42, as Entrepreneur is situated differently than *Kadrey* plaintiffs as a corporate published of book and periodicals, rather than individual authors, and because of the differences between the respective parties' potential damages theories. However, Entrepreneur has reason to believe *Entrepreneur Media, LLC v. Meta Platforms, LLC*, 5:25-CV-9579-BLF is related to the *Kadrey* matter before Judge Chhabria.  The two matters involve the same defendant and arise from the same events: (1) Meta's illegal download of copyrighted works contained in shadow libraries, and (2) Meta's use of those works to train large language models.  Because Judge Chhabria has familiarized himself with Meta's alleged

misconduct, including by resolving dispositive motions addressing the same alleged misconduct, conducting this case before a different judge would likely create an unduly burdensome duplication of labor.

Accordingly, Entrepreneur respectfully requests that the Court related *Entrepreneur Media, LLC v. Meta Platforms, LLC*, 5:25-CV-9579-BLF and *Kadrey, et al. v. Meta Platforms, Inc.*, 23-CV-3417-VC.

Dated:  November 18, 2025

HUESTON HENNIGAN LLP

By: _____
Moez M. Kaba
Michael M. Purpura
Lee Linderman
Brittnee Bui

NEWMEYER & DILLION LLP
Michael B. McClellan
Benjamin P. Pugh
Jason L. Morris
Harlye S. Carlton

*Attorneys for Plaintiff*
ENTREPRENEUR MEDIA, LLC