# APPENDIX A

## Timeline of Meta Productions *After* Fact Discovery Cut-Off

| Event / Deadline | Date | Size | Notes |
|---|---|---|---|
| **Close of Fact Discovery** | **December 13, 2024** | | |
| Document Production | December 13, 2024 | 2,404 Documents | Meta produces key documents, including:<br>• Documents discussing torrenting Anna's Archive from non-Meta IP;<br>• Internal memo showing LibGen was approved by Mark Zuckerberg despite Meta knowing it was a website that trafficked in pirated works; and<br>• Documents discussing the incompatibility of licensing and fair use. |
| Service of First Rebuttal Report of Meta Expert Barbara Frederiksen-Cross | February 10, 2025 | | Frederiksen-Cross relied on informal interviews with Meta employees, none of which Meta identified in its Initial Disclosures and some of whom were not deposed. The report also revealed, for the first time, the contents of Meta's torrenting, although Meta's recent productions have confirmed it was incomplete. |

| Event / Deadline | Date | Size | Notes |
|---|---|---|---|
| Document Production | February 10-12, 2025 | 1,348 Total Documents | After disclosing there were 18,000 records it sequestered during the discovery period, Meta produces 1,348 files, including key documents such as:<br><br>• The first statements showing knowledge of the heightened legal risk of torrenting relative to direct download from shadow libraries;<br>• Explicit mention of seeding in connection with Meta's peer-to-peer files sharing of copyrighted works;<br>• Discussion of the "legal tradeoffs" of torrenting LibGen as opposed to licensing books; and<br>• Evidence of halting licensing efforts due to torrenting LibGen. |
| **Close of Expert Discovery** | **March 7, 2025** | | Originally scheduled for February 26, 2025, and later extended by stipulation. |
| Document Production | March 19-April 1, 2025 | 282 Documents | In response to Plaintiffs' baseball arbitration RFP after Meta's production of sequestered documents, Meta produces 282 documents limited to four new custodians but none of the original ones. |

| Event / Deadline | Date | Size | Notes |
|---|---|---|---|
| Minute Order, Dkt. 500 | March 26, 2025 | | The Court declines "at this late stage" to address the parties' discovery dispute over the baseball arbitration discovery (the production of additional AWS records and Meta's failure to run Plaintiffs' search string against the original Meta custodians' files) but says Plaintiffs can raise the issue if applicable in summary judgment briefing. The Court also states: "Given the magnitude of this case, Meta is urged to take a 'when it doubt, produce it' approach." |
| Service of Second Rebuttal Report of Meta Expert Barbara Frederiksen-Cross | April 1, 2025 | | Identifies the first affirmative evidence of Meta uploading to other Internet users via torrenting or peer-to-peer file sharing. Frederiksen-Cross calculated that Meta uploaded 40.42 Terabytes of shadow library data to other users in the course of its 2024 torrenting of Anna's Archive. |

| Event / Deadline | Date | Size | Notes |
|---|---|---|---|
| Fed. R. Civ. P. 30(b)(6) Deposition of Meta Corporate Representative Christopher King and Production of Prep Binder with Torrenting Timeline and Samples of New Logs | April 2, 2025 | | Meta produced a summary document prepared by counsel and used to educate Mr. King as a corporate witness – that document showed the technical infrastructure Meta used to conduct its 2022, 2023, and 2024 torrenting episodes, though Meta's recent productions confirm it was incomplete.<br><br>Mr. King identifies that he, like Ms. Frederiksen-Cross, informally interviewed Xiaolan Wang regarding "torrent downloads," and identifies a previously unidentified Meta employee named Tim Eberhard that Mr. King interviewed about "existence of logs: (1) forward proxy (2) devserver shell history; 1 year in hive for each."[1]  Meta also produces with Mr. King's prep binders "samples" of file lists and log files associated with Mr. Lample's 2022 torrenting. |

---

[1] Exhibit T.

| Event / Deadline | Date | Size | Notes |
|---|---|---|---|
| Deposition of Meta Expert Barbara Frederiksen-Cross | April 4, 2025 | | Frederiksen-Cross testified she did not "look at Meta's torrenting activity from the year 2022" and she was "not specifically aware of any" "downloading in 2022" by Meta.[2]<br><br>She also testified that, with respect to whether Meta torrented LibGen Fiction, she would "want to examine the contents of those datasets," which she had not done[3] |
| Document Production | April 29, 2025 | 79,212 Files | Meta produces what it represents were all of the logs of Guillaume Lample's 2022 torrenting of LibGen Fiction and Non-Fiction. |
| **First Summary Judgment Hearing** | **May 1, 2025** | | |
| **Case Management Conference** | **July 11, 2025** | | The Court permits Plaintiffs to brief the prior, unresolved discovery dispute over the baseball arbitration discovery—additional AWS records and running Plaintiffs' search string against Meta's original custodians' files. *See* Dkt. 500. |

---

[2] Exhibit U at 219:16-20, 223:12-14.
[3] Exhibit U at 238:1-239:4.

| Event / Deadline | Date | Size | Notes |
|---|---|---|---|
| **Discovery Order** | **August 1, 2025** | | Judge Hixson grants Plaintiffs' request in part (*see* prior row) and orders Meta to run Plaintiffs' baseball arbitration search string against Meta's 15 original custodians. |
| Document Production | August 30, 2025 | 67 Documents | Meta produces key documents, including a heavily redacted dashboard for Anna's Archive from a previously undisclosed non-custodial source called ML Hub, which contains a repository called Meta's AI Data Catalog ("AIDC"). |
| Document Production | September 4, 2025 | 2 Files | Meta produces additional logs from Guillaume Lample's LibGen torrenting in 2022. |
| Document Production | September 12, 2025 | 5 Files/Documents | Meta produces the contents of the Xiaolan Wang's S3 repository, which includes evidence of torrenting from LibGen Fiction in 2024. Meta also discloses additional virtual computers it used to torrent from Anna's Archive in 2024 and produces more AWS billing data. |

| Event / Deadline | Date | Size | Notes |
|---|---|---|---|
| Joint Letter Brief re Meta Clawback and Privilege Claims over Meta's AIDC - Anna's Archive Dashboard | September 16, 2025 | | Plaintiffs challenge Meta's clawback of redactions to non-attorney entries in the AIDC – Anna's Archive dashboard that revealed for the first time that Meta initially blocked acquiring Anna's Archive data via torrent. Plaintiffs also challenge the other redactions to dashboard entries under the crime-fraud doctrine. |
| Document Production | September 24, 2025 | 2 Documents | Meta produces more AWS billing data. |
| **Discovery Order** | **September 24, 2025** | | Judge Hixson grants in part Plaintiffs' request and order Meta to produce unredacted the non-attorney entries in the AIDC – Anna's Archive dashboard but hold the crime-fraud doctrine does not apply because the entries in the dashboard were ostensibly made after Meta's torrenting from Anna's Archive ended. |
| Document Production | October 8, 2025 | 2 Documents | Meta reproduces two AIDC dashboards – including the Anna's Archive dashboard – pursuant to Judge Hixson's order. |

| Event / Deadline | Date | Size | Notes |
|---|---|---|---|
| Document Production | October 14, 2025 | 16 Documents | Meta produces more screen captures of the AIDC – Anna's Archive dashboard and–for the first time–produces AIDC dashboard screen captures for LibGen and a new dataset called LibGen – Anna Archive. |
| Forthcoming Document Productions | October 17-24, 2025 | | Meta states it will produce additional files relating to its 2022 LibGen downloading and security alerts relating to Meta's 2024 torrenting. Meta also confirms it has located additional computer logs that contain more than 80 TB of data relating to Meta's torrenting. Plaintiffs ask Meta to produce the files immediately. Meta responds it is "creating . . . file lists" of certain logs and will produce those lists "shortly." |
| Additional Forthcoming Document Productions | October 27, 2025 | | Meta states it has located evidence of additional torrenting of LibGen Non-fiction (Scitech) between May 29 and June 2, 2024. Meta says it will produce a list of LibGen Non-Fiction files that were downloaded, as well as parquet files generated from the download. Both parties agree LibGen Non-Fiction contains copies of Plaintiffs' Asserted Works. |