# APPENDIX C

**Proposed Search Terms for Meta To Run Through ML Hub and Mr. Lample's Custodial Files**

- (anna! w/1 ar!) OR annas-archive!
- libgen! OR lib-gen! OR (lib! w/1 gen!)
- book! OR b0 OR b3! OR audiobook!
- z-lib! OR zlib! OR "z lib!" OR b-ok
- duxiu
- internet w/1 ar!
- (IA OR AA) /s lending
- pilimi OR "pirate lib!"
- bibliotik
- "the pile"
- "the eye" OR "the-eye"
- copyright!
- torrent! OR torent! OR !torrent OR !torent
- upload!
- seed!
- pirat!
- "notorious market!"
- "IP infring!"
- legal! OR illegal!