# EXHIBIT A

Case 3:23-cv-03417-VC   Document 654-6   Filed 11/20/25   Page 2 of 8

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                        Highly Confidential - Attorneys' Eyes Only

Page 1

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---------------------------------------

RICHARD KADREY, ET AL.,              )
    Individual and Representative )
                    Plaintiffs, ) Lead Case No.
          v.                     ) 3:23-cv-03417-VC
META PLATFORMS, INC.,                )
                    Defendant.   )

---------------------------------------

\* \* \* HIGHLY CONFIDENTIAL \* \* \*

\* \* \* ATTORNEYS' EYES ONLY \* \* \*

VIDEO-RECORDED 30(b)(6) DEPOSITION OF

MICHAEL CLARK (torrenting)

MONDAY, MARCH 3, 2025

DENVER, COLORADO

10:20 A.M. MST


REPORTED BY KATHY L. DAVIS, CRR, RMR


_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 654-6   Filed 11/20/25   Page 3 of 8

3/3/2025     Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 52

| | | | |
|---|---|---|---|
| 1 | A | Not that I am aware of. | 11:39:44 |
| 2 | Q | When did Meta's torrenting of Anna's | 11:39:47 |
| 3 | | Archive end? | 11:39:49 |
| 4 | A | In conversations with Xiaolan, it was | 11:39:54 |
| 5 | | somewhere between April and June of 2024. And as far | 11:40:01 |
| 6 | | as I know, those completed in June of 2024. | 11:40:07 |
| 7 | Q | So Meta began torrenting in April and | 11:40:12 |
| 8 | | completed its torrenting in June? | 11:40:16 |
| 9 | A | For the work that Xiaolan was doing, yes. | 11:40:20 |
| 10 | Q | So it was two months of torrenting -- | 11:40:27 |
| 11 | | MR. WEINSTEIN: Object. Object to form. | 11:40:30 |
| 12 | Q | (BY MS. POUEYMIROU) -- or thereabouts? | 11:40:32 |
| 13 | A | It was -- the job would be started and | 11:40:34 |
| 14 | | then other pieces, so two months. | 11:40:39 |
| 15 | Q | How many computers? | 11:40:41 |
| 16 | A | There were -- I'd have to refresh my | 11:40:49 |
| 17 | | conversation with Xiaolan. If I'm remembering | 11:40:53 |
| 18 | | correct, it was six VPCs that were configured, but I | 11:40:57 |
| 19 | | believe that is also reflected in the expert report | 11:41:03 |
| 20 | | that I can go look at as well. | 11:41:06 |
| 21 | Q | So six computers running in parallel were | 11:41:16 |
| 22 | | torrenting data from Anna's Archive? | 11:41:21 |
| 23 | A | Six machines were configured in order to | 11:41:27 |
| 24 | | be able to tur -- to torrent. They were not always | 11:41:29 |
| 25 | | running in parallel. | 11:41:32 |

Case 3:23-cv-03417-VC   Document 654-6   Filed 11/20/25   Page 4 of 8

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.    Michael Clark 30(b)(6)
                        Highly Confidential - Attorneys' Eyes Only

Page 53

```
 1      Q    Okay.  So it seems --                        11:41:33
 2      A    That --                                      11:41:35
 3      Q    Would it be fair to say that if you          11:41:36
 4   wanted to understand Meta's torrenting from April to 11:41:38
 5   June --                                              11:41:43
 6      A    Yes.                                         11:41:45
 7      Q    -- of works encompassed by Anna's            11:41:45
 8   Archive, Xiaolan Wang would be the person you would  11:41:48
 9   want to speak with?                                  11:41:54
10           MR. WEINSTEIN:  Object to form.              11:41:55
11      A    That is correct.                             11:41:55
12      Q    (BY MS. POUEYMIROU)  Was she the head of     11:41:56
13   that project?                                        11:41:57
14           MR. WEINSTEIN:  Object to form.              11:42:00
15      A    She was the engineer that did the actual     11:42:01
16   downloading.  I don't know what you mean by "the head 11:42:08
17   of that project."                                    11:42:09
18      Q    (BY MS. POUEYMIROU)  Were other employees    11:42:10
19   at Meta torrenting work from Anna's Archive or was   11:42:12
20   this Xiaolan's project that she oversaw singularly?  11:42:15
21      A    That was Xiaolan's project that she was      11:42:20
22   working on.                                          11:42:23
23      Q    Who approved the use of torrenting for       11:42:26
24   Anna's Archive?                                      11:42:29
25           MR. WEINSTEIN:  Object to form.              11:42:30
```

Case 3:23-cv-03417-VC   Document 654-6   Filed 11/20/25   Page 5 of 8

3/3/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                    Highly Confidential - Attorneys' Eyes Only

Page 54

1      A      There is no approval or disapproval that      11:42:35
2   I am aware of for torrenting.                            11:42:38
3      Q      (BY MS. POUEYMIROU)  Would you call the       11:42:48
4   creation of the 60-second script that Bashlykov made    11:42:49
5   a copyright mitigation?                                  11:42:54
6             MR. WEINSTEIN:  Object to form.  Outside     11:42:56
7   the scope of this part of the deposition.               11:42:58
8             MS. POUEYMIROU:  Fair.                        11:43:05
9      A      It was not -- and then we'll talk about      11:43:08
10  this in the other section.  But it was not a specific  11:43:11
11  mitigation that had been applied --                     11:43:14
12     Q      (BY MS. POUEYMIROU)  Okay.                    11:43:18
13     A      -- or that had been designated.               11:43:18
14     Q      Okay.  So I wanted to actually go back in    11:43:22
15  time to September/October of 2022 to a man called Gui  11:43:27
16  in our previous deposition.  Who was that; do you      11:43:36
17  recall?                                                  11:43:39
18     A      Guillaume?                                    11:43:42
19     Q      And Guillaume was the first Meta             11:43:43
20  employee, as far as we know, who copied data from      11:43:46
21  LibGen; is that correct?                                 11:43:51
22     A      It was understood that Guillaume had done   11:43:55
23  work with LibGen, but we have not been able to track   11:43:59
24  down any evidence of what had been downloaded or been  11:44:06
25  able to find that -- any more details.                  11:44:10

Case 3:23-cv-03417-VC   Document 654-6   Filed 11/20/25   Page 6 of 8

3/3/2025     Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 55

| | | | |
|---|---|---|---|
| 1 | Q | Did you speak to him? | 11:44:14 |
| 2 | A | I did not. | 11:44:15 |
| 3 | Q | So what did you do to try to figure out | 11:44:16 |

4   whether that LibGen also was obtained through         11:44:21
5   torrenting?                                            11:44:26
6       A    We had -- this is in preparation for         11:44:34
7   prior depositions -- had spoken to Nicolay, who had   11:44:39
8   tried to get details from Guillaume, had spoken to    11:44:46
9   Melanie Kambadur, and had spoken to other individuals 11:44:50
10  that had tried to get information or find any details 11:44:58
11  about or find the actual download, and nobody was     11:45:04
12  able to.                                              11:45:08
13      Q    Why is that?                                 11:45:13
14           MR. WEINSTEIN:  Object to form.  Calls       11:45:14
15  for speculation.                                      11:45:15
16      A    I -- I wouldn't know.                        11:45:16
17      Q    (BY MS. POUEYMIROU)  When data is            11:45:19
18  typically downloaded was it stored on Meta's servers  11:45:20
19  or on AWS?                                            11:45:27
20      A    As nobody was able to find evidence of       11:45:31
21  him doing it or a copy of it, wouldn't know whether   11:45:33
22  it -- where it had occurred.                          11:45:39
23      Q    Do you -- do you recall that                 11:45:42
24  Ms. Frederiksen-Cross noted in her conversation with  11:45:43
25  Mr. Bashlykov that he thought it was possible that    11:45:46

Case 3:23-cv-03417-VC   Document 654-6   Filed 11/20/25   Page 7 of 8

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
                    Highly Confidential - Attorneys' Eyes Only

Page 68

| | | |
|---|---|---|
| 1 | MR. WEINSTEIN: Object to form. | 12:02:14 |
| 2 | A   The factual statement was AWS not | 12:02:15 |
| 3 | allowing torrenting, and AWS does not block | 12:02:17 |
| 4 | torrenting was what I was representing.  I didn't | 12:02:22 |
| 5 | make any statement otherwise. | 12:02:26 |
| 6 | Q   (BY MS. POUEYMIROU)  It's possible to | 12:02:27 |
| 7 | torrent data that is not pirated, correct? | 12:02:28 |
| 8 | MR. WEINSTEIN: Object to form. | 12:02:33 |
| 9 | A   Torrenting is used for a broad use of | 12:02:36 |
| 10 | applications from downloading large patches or | 12:02:39 |
| 11 | operating systems to sharing other kinds of files. | 12:02:45 |
| 12 | Q   (BY MS. POUEYMIROU)  And was there any | 12:02:49 |
| 13 | policy at Meta about torrenting data, as you've just | 12:02:52 |
| 14 | described, versus torrenting data known to come from | 12:02:57 |
| 15 | pirated online databases? | 12:03:01 |
| 16 | MR. WEINSTEIN: Object to form. | 12:03:04 |
| 17 | A   To be specific, I am not aware of any | 12:03:06 |
| 18 | policy that Meta has around torrenting. | 12:03:09 |
| 19 | Q   (BY MS. POUEYMIROU)  Okay. | 12:03:11 |
| 20 | MS. POUEYMIROU: Can we pull out -- | 12:03:14 |
| 21 | Q   (BY MS. POUEYMIROU)  And to be clear, | 12:03:17 |
| 22 | when I asked you about conversations about torrenting | 12:03:18 |
| 23 | and you spoke about counsel, that was in-house | 12:03:21 |
| 24 | counsel; is that correct? | 12:03:24 |
| 25 | A   That was correct. | 12:03:25 |

Case 3:23-cv-03417-VC   Document 654-6   Filed 11/20/25   Page 8 of 8

3/3/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.   Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 133

```
1    STATE OF COLORADO    )
2                         )ss.    REPORTER'S CERTIFICATE
3    COUNTY OF DENVER     )
```

4    I, Kathy L. Davis, do hereby certify that I am a
5    Registered Professional Reporter within the State of
6    Colorado; that previous to the commencement of the
7    examination, the deponent was duly sworn to testify
8    to the truth.

9    I further certify that this deposition was taken
10   in shorthand by me at the time and place herein set
11   forth, that it was thereafter reduced to typewritten
12   form, and that the foregoing constitutes a true and
13   correct transcript.

14   I further certify that I am not related to,
15   employed by, nor of counsel for any of the parties or
16   attorneys herein, nor otherwise interested in the
17   result of the within action.

18   In witness whereof, I have affixed my signature
19   this 4th day of March, 2025.

*Kathy L. Davis*
Kathy L. Davis
Certified Realtime Reporter