# EXHIBIT B



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Select license types

License Notes ⓘ

Insert license notes

**Construction Information**

Construction Methods ⓘ

Select construction methods

Data Origin Source ⓘ

Insert data origin source

Domain Blocklist ⓘ

Insert domain blocklist here

TV Shows, Movies, Stock Photos ⓘ

Insert included media here

Construction Notes ⓘ

Insert construction notes

**If Crawled**

Meta or 3P Crawled ⓘ

Insert meta or 3P crawl here

Login Required? ⓘ

Insert login required here

Does Robots.txt Restrict Access? ⓘ

Insert robot restrict access here

Content or IDs/URLs? ⓘ

Insert crawl content type here

**If Crawled or Combined from Existing:**

Full Curation / Annotation? ⓘ

---

⊘ Prohibition of CSAM: I will ensure no child sexual abuse material (CSAM) is used for training models.    ⓘ    🗑

⊘ Data Retention Limit: I will not retain data for longer than 1095 days.    ⓘ    🗑

⊘ Handling of 1PD in 3PD Dataset: If I detect first-party data (1PD) in the 3PD dataset, I will cease its use and consult the Dataset Review Team.    ⓘ    🗑

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00238288

Insert full curation or annotation here

**Content Fully from Trusted Sources?** ⓘ

Insert is trusted source here

**If Annotated / Derived / Combined from Existing:**

Source Dataset(s) ⓘ

Insert source datasets

**If Production:**

Does this 3P dataset contain 1PD? ⓘ

Insert contains 1PD here

**If Synthetic:**

Does dataset contain synthetic data? ⓘ

Insert is contains synthetic data here

## Dataset Access Information

Access Method ⓘ

Insert access method here

Access Notes ⓘ

Insert access notes

## Youth

Contains Youth data (u18)? ⓘ

Choose Yes/No

Is Youth (u18) data the focus or incidental?                    ⓘ

Insert data presence here

## Text Content Information

Contains Text? ⓘ

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        Meta_Kadrey_00238289

Choose Yes/No

Is there PII present in the dataset? ⓘ

Choose Yes/No

If PII is present, is it incidental or the focus
of the dataset? ⓘ

Insert data presence here

Is News content present in the dataset? ⓘ

Choose Yes/No

If News content is present, is it incidental
or the focus of the dataset? ⓘ

Insert data presence here

Text Content Notes ⓘ

Insert text content notes

**Visual Content Information**

Contains Images or Video? ⓘ

Choose Yes/No

Contains People in Images or Video? ⓘ

Insert contains people here

Do we know provenance of images or
video? ⓘ

Insert provenance image or video here

IL/TX for People in Images or Video? ⓘ

Insert image and video IL/TX here

Image or Video Annotations? ⓘ

Insert images or videos annotation here

Visual Annotation Type(s) ⓘ

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

AIDC - Anna's Archive_Compliance

Select visual annotation types

Image or Video Annotations Involve
Humans?     ⓘ

Insert annotation involve human here

Visual Content Notes ⓘ

Insert visual content notes

**Audio Content Information**

Contains Audio? ⓘ

Choose Yes/No

Contains Music? ⓘ

Insert contains music here

Contains Music Lyrics? (text) ⓘ

Insert contains music lyrics here

Audio Annotations? ⓘ

Insert contains audio annotations here

Audio Annotations Type ⓘ

Insert audio annotations type here

Human Voices Present Within Audio? ⓘ

Insert human voices presented here

IL/TX for Speaking People? ⓘ

Insert is there IL/TX for Speaking People here

Audio Content Notes ⓘ

Insert audio content notes

**YouTube Analysis**

Publisher Y/N ⓘ

Insert youtube publisher

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00238291

# Citations ⓘ

Insert number of citations

Citations Link ⓘ

Insert citations link

Top 15 Citation(s) ⓘ

Insert top 15 citations

Citations ⓘ

Insert is citations

Info ⓘ

Insert google info

Is Google Crawled ⓘ

Insert is google crawled

Industry Standard Final Determination ⓘ

Insert industry standard final determination here

Industry Standard? ⓘ

Insert industry standard

Chinese Origin? ⓘ

Choose Yes/No

**If Chinese Origin:**

Government Suppliers ⓘ

Insert government suppliers here

Surveillance Data ⓘ

Insert surveillance data here

Sensitive Topics and Subject Matter Domains                    ⓘ

Insert sensitive topics and subject matter domains here

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00238292



Is Present on EU/US Notorious Markets List or Piracy Lists ⓘ

Choose Yes/No

File names include 'Pirated' or 'Stolen' ⓘ

Choose Yes/No

Reputation for hosting or providing Pirated material ⓘ

Choose Yes/No

Restricted Data Present ⓘ

Insert restricted data presence here

CBRNE Content Present ⓘ

Insert CBRNE content presence here

**Other**

Other notes ⓘ

Insert other notes

## Activity & Comments

Type a comment

Morphing Framework Bot added source: https://annas-archive.org/

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00238293

7/30/25, 6:58 PM
AIDC - Anna's Archive_Compliance

February 17, 10:36 AM · Like

✎ **Morphing Framework Bot** updated modalities to [text, image]
January 8, 6:36 AM · Like

✓ **Morphing Framework Bot** created this AIDC Dataset.
December 9, 2024 · Like

☰ **Morphing Framework Bot** made several changes
December 9, 2024 · Hide updates

🏷 added the tag genai.

🏷 added the tag aidc_bespoke.

⊘ **TDM Processor** Completed the stage Requirements
September 16, 2024 · Like

✎ **Christian Montez** updated the "Final Decision" to "PASSED"
July 31, 2024 · Like

☰ **Luc Dahlin** made several changes
July 31, 2024 · Hide updates

✎ updated the "Ip Legal Notes" to                          **Redacted - Privilege**

# Redacted - Privilege

✎ updated the "Ip Legal Approval Status" to          **Redacted - Privilege**

☰ **Alisa Hall** made several changes
July 29, 2024 · Hide updates

✎ updated the "Product Counsel Approval Status" to      **Redacted - Privilege**
✎ updated the "Product Counsel Notes" to          **Redacted - Privilege**

https://www.internalfb.com/mlhub/datasets/aidc/info?activeTab=Compliance&silicaToken=aidc.dataset%2F1148099793070896

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00238294

**Christian Montez** made several changes

July 29, 2024 · Hide updates

✎ updated the "Privacy Risk Level" to "High"

✎ updated the "Privacy Notes" to "High risk dataset - new use cases / usage in new models requires additional review and director level approval"

✎ updated the "Privacy Approval Status" to "Approved"

✎ updated the "Other" to "IP Policy Analysis:

As IP Policy has previously noted with respect to GenAI training on content from sites such as LibGen that contain pirated content, policymakers will take a negative view of such sites and their use (irrespective of any legal concerns), and such concerns may contribute to spurring future regulatory efforts and/or complicate our efforts to build goodwill with governments on AI regulation, especially in the US & Europe. In addition to these previously-flagged policy risks, several recent developments heighten the policy risks:

In June, OpenAI made public a statement (https://www.copyright.gov/policy/artificial-intelligence/ex-parte-communications/letters/OpenAI-June-4-2024.pdf) that it avoids crawling "sites that are known to engage in IP infringement, such as the 'notorious markets' identified annually by the Office of the U.S. Trade Representative."
Mark has recently been engaging with high-level U.S. government officials on LLaMA and our AI strategy, including Sec. Raimondo and NSA Jake Sullivan, and because of OpenAI's statement, this is now a question that could arise in such engagements (indeed, Commerce in particular, takes strong stands on IP piracy matters).
In a hearing last December, Rep. Deborah Ross (D-NC) questioned Matt Schruers , the head of our trade association CCIA about his members' use of pirate web sites, including Sci-Hub, for training AI.
The growing popularity of transparency obligations, from the EU AI Act to bills introduced in Congress and elsewhere, suggests that what we train on will be public sooner rather than later.
The fact that we train on pirated sites such as Anna's Archive is likely to be viewed negatively by policymakers, rightsholders, and other stakeholders.

POLICY VIEW AND RECOMMENDATION:
On balance, Policy doesn't view these developments as categorically changing the risks flagged earlier, and thus at this time, we are not seeking to reopen the prior decision w.r.t the content from Anna's archive.
To mitigate these emerging policy risks, however, we recommend that we commit to not training on other "notorious sites (https://ustr.gov/sites/default/files/2023_Review_of_Notorious_Markets_for_Counterfeiting_and_Piracy_Notorious_Markets_List_final.pdf)" besides Anna's archive.
"

**Ramakant Shankar** made several changes

July 23, 2024 · Hide updates

▦ changed the description. · View Changes

🏷 added the tag aidc_bespoke.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Christian Montez** made several changes

<span>July 11, 2024 · Hide updates</span>

✎ updated the "Review Status" to "COMPLETED"

✎ updated the "Final Decision" to "BLOCKED_DUE_TO_ESCALATION"

**Fatima Jafri** made several changes

July 11, 2024 · Hide updates

✎ updated the "Product Counsel ___ | Redacted - Privilege |

✎ updated the "Product Counsel Approval Status" to | Redacted - Privilege |

✎ updated the "Product Counsel Notes" to | Redacted - Privilege |

✎ **Tyler Robbins** updated the "Ip Legal Approval Status" to | Redacted - Privilege |

July 5, 2024 · Like

**Luc Dahlin** made several changes

July 5, 2024 · Hide updates

✎ updated the "Ip Legal | Redacted - Privilege |

✎ updated the "Ip Legal Approval Status" to | Redacted - Privilege |

✎ updated the "Ip Legal Notes" to "Note for product counsel: | Redacted - Privilege |

# Redacted - Privilege

"

✎ updated the "Ip Legal Approval Status" to | Redacted - Privilege |

✎ updated the "Ip Legal | Redacted - Privilege |

✎ updated the "Ip Legal Notes" to | Redacted - Privilege |

## Redacted - Privilege

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00238296

# Redacted - Privilege

**David McAneny** made several changes

June 28, 2024 · Hide updates

   updated the "Review Status" to "LEGAL_REVIEW"

   updated the "Download Considerations" to "Full datasets require download via torrent
Can also search one off books, articles, etc on the website that can be dowloaded"

   updated the "Type Of Pii" to "full names, emails."

   updated the "Pii Present Text" to "Each dataset is hundreds of GB or TB of data, unable to download due to extreme size of datasets, in addition, full downloadable datasets are accessible via torrent, which is blocked
Looking at sample metadata on the website indicates that it is possible for full names, and emails to be contained at least"

   updated the "Pii Present Flag" to "true"

   updated the "Login Required For Download Flag" to "false"

   updated the "Login Required For Download Text" to ""

   updated the "Scraping Prohibited In Tos Flag" to "false"

   updated the "Scraping Prohibited In Tos Text" to "Claims all code and data is open source
Unsure of copyright requirements/obligations for each book, paper, etc. hosted on the website"

   updated the "Robots Txt Disallow Flag" to "true"

   updated the "Robots Txt Disallow Text" to "User-agent: *
Crawl-delay: 10
Disallow: /db
Disallow: /slow_download
Disallow: /fast_download
Disallow: /torrents
Disallow: /search
Disallow: /scidb"

   updated the "Attributes Required Flag" to "false"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

    updated the "Attributes Required Text" to "Don't need to credit anna's archive, however unsure of copyright or attribution requirements/obligations for each book, paper, etc. hosted on the website"

    updated the "Contain 1pd Flag" to "false"

    updated the "Contain 1pd Text" to "Each downloadable dataset is hundreds of GB or TB of data, unable to download due to extreme size of datasets. Did not observe 1PD in the observable data"

    updated the "Human Characterization Flag" to "true"

    updated the "Human Characterization Text" to ""

    updated the "Download Considerations" to "Each downloadable dataset is hundreds of GB or TB of data, unable to download due to extreme size of datasets, as a result unable to determine full scope.

    Searching on the website shows that there are human faces associated with full names"

    updated the "Scraping Notes" to "Previously reviewed in #D625 in spreadsheet. If you are interested in mirroring this dataset for archival or LLM training purposes, please contact us.

    Claims all code and data is open source. Sample metadata indicates that links from various news sources like NYTimes is contained"

    updated the "Review Status" to "IN_PROGRESS"

    updated the "Scraping Notes" to "Previously reviewed in #D625 in spreadsheet."

**Xiaolan Wang** created this dataset

June 27, 2024 · Like

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00238298