# EXHIBIT I

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com
jischiller@bsfllp.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel included below]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Kadrey, et al., | Case No. 3:23-cv-03417-VC |
| *Individual and Representative Plaintiffs*, | |
| v. | **PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT META PLATFORMS, INC.** |
| Meta Platforms, Inc., | |
| *Defendant*. | |

Case No. 3:23-cv-03417-VC

PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT META PLATFORMS, INC.

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned attorneys, hereby request that Defendant Meta admit or deny, separately and in writing under oath, each of the matters set forth in this Third Set of Requests for Admissions within fourteen (14) days of service hereof, in accordance with the following definitions and instructions.

## DEFINITIONS

As used herein, the following words, terms, and phrases—whether singular or plural, or in an alternate verb tense—shall have the meanings ascribed below. Defined terms may not be capitalized or made uppercase. The given definitions apply even if a term in question is not capitalized or made uppercase. No waiver of a definition is implied by the use of a defined term in a non-capitalized or lowercase form:

1. "All," "Or," and "And" should be understood to include and encompass "any"; "or" should be understood to include and encompass "and"; and "and" should be understood to include and encompass "or."

2. "Acsm Collection" means the portion of the Internet Archive Dataset identified by torrent files with "acsm" in the torrent file name, or any part of it.

3. Amazon S3 refers to Amazon Simple Storage Service.

4. Amazon S3 Bucket refers to a storage location on Amazon S3.

5. "Anna's Archive" means the means the Dataset of textual works of that name available at https://annas-archive-org, or any part of it, including LibGen, Sci-Hub, Z-Library, the Internet Archive, Duxiu, and HathiTrust.

6. "AWS" means Amazon Web Services and the platform, software, servers and technical services it provides or has provided to Meta.

7. "AWS Virtual Computers" means cloud-computing EC2 instances that Meta used for Torrenting Datasets or Copying Datasets to Amazon S3.

8. "BitTorrent" means the peer-to-peer file sharing protocol of the same name, as originally specified in https://bittorrent.org/beps/bep_0003.html, and implemented by LibTorrent.

9. "Communications" means oral or written communications of any kind, communicated directly or indirectly, including, without limitation inquiries, complaints, discussions, conversations,

negotiations, agreements, meetings, interviews, telephone conversations, letters, correspondences, memoranda, notes, telegrams, facsimiles, electronic mail (e-mail) messages and attachments, instant or direct messages (including but not limited to SMS messages, text messages, Apple iMessages, Slack messages, Teams messages), memoranda, documents, writings, or other forms of communications. The term "Communications" Includes instances where one party disseminates information that the other party receives but does not respond to.

10.    "Complaint" refers to the operative complaint at the time documents are produced in response to these requests. At the time of service, the currently operative Complaint is Plaintiffs' Third Amended Consolidated Complaint. ECF No. 407.

11.    "Concerning," whether capitalized or not, refers to and includes "constituting," "evidencing," "supporting," "regarding," "mentioning," "reflecting," "concerning," "relating to," "referring to," "pertaining to," "alluding to," "responding to," "proving," "discussing," "assessing," "disproving," "connected with," "commenting on," "about," "showing," "describing," and/or logically or factually dealing with the matter described in the request in which the term appears.

12.    "Data" means content, files, information, metadata, software, or any other digital material including Documents.

13.    "Dataset(s)" means data Downloaded from Shadow Libraries.

14.    "Default configuration" means the setting values adopted by the LibTorrent when the developer does not include code to change such values.

15.    "Destroyed" means deleted, overwritten, or otherwise not retained or preserved.

16.    "Document" is used in its broadest sense allowed by Rule 34(a) of the Federal Rules of Civil Procedure and includes, but is not limited to, any writings, drawings, graphs, handwriting, typewriting, printing, photostatting, photographing, photocopying, transmitting by electronic mail, instant message, text message, or facsimile, and every other means of recording upon any tangible thing, any form of communication or representation, including letters, words, pictures, sounds, or symbols, or combinations thereof, and any record thereby created, regardless of the manner in which the record has been stored. This Includes:

PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT META PLATFORMS, INC.

a. The originals, drafts, and all non-identical copies thereof, whether different from the original by reason of any notation made on such copies or otherwise;

b. Booklets, brochures, pamphlets, circulars, notices, periodicals, papers, contracts, agreements, photographs, minutes, memoranda, messages, instant messages, text messages, appraisals, analyses, reports, financial calculations and representations, invoices, accounting and diary entries, inventory sheets, diaries, appointment books or calendars, teletypes, telefaxes, thermafaxes, ledgers, trial balances, correspondence, telegrams, press releases, advertisements, notes, working papers, drawings, schedules, tabulations, projections, information or programs stored in a computer (whether or not ever printed out or displayed), and all drafts, alterations, modifications, changes or amendments of any of the foregoing;

c. Graphic or aural representations of any kind, including, without limitation, photographs, microfiche, microfilm, videotapes, recordings, drawings, charts and motion pictures;

d. All letters, words, pictures, sounds, or symbols, or combinations thereof stored in or on any electronic, mechanical, magnetic, or optical device including, but not limited to: (i) computer data storage devices (servers, laptops hard-drives, flash drives, discs, magnetic cards, and the like), (ii) the internet or "the Cloud" (such as e-mail, web posts, social media posts, internet pages, etc.), and (iii) information stored on cell phones.

17. "Download" and its variations means to acquire files by digital transfer to a location under a user's control, and includes torrenting (*i.e.*, using software implementing the BitTorrent protocol to acquire files). When in reference to a .torrent file, Downloading a Torrent means acquiring the Torrent Payload for the .torrent file.

18. "File(s)" means one or more pieces of data.

19. The "Fourteen Torrent Files Missing Corresponding Parquets" means the following files: annas_archive_data__aacid__ia2_acsmpdf_files__20231008T203648Z--20231008T203649Z.torrent; annas_archive_data__aacid__ia2_acsmpdf_files__20231008T234052Z--20231008T234053Z.torrent;

annas_archive_data__aacid__ia2_acsmpdf_files__20231008T234134Z--20231008T234135Z.torrent;

annas_archive_data__aacid__ia2_acsmpdf_files__20231008T234141Z--20231008T234142Z.torrent;

annas_archive_data__aacid__ia2_acsmpdf_files__20231008T234149Z--20231008T234150Z.torrent;

annas_archive_data__aacid__ia2_acsmpdf_files__20231009T010136Z--20231009T010137Z.torrent;

annas_archive_data__aacid__ia2_acsmpdf_files__20231009T020926Z--20231009T020927Z.torrent;

annas_archive_data__aacid__ia2_acsmpdf_files__20231009T022118Z--20231009T022119Z.torrent;

annas_archive_data__aacid__ia2_acsmpdf_files__20231009T022632Z--20231009T022633Z.torrent;

annas_archive_data__aacid__ia2_acsmpdf_files__20231009T023816Z--20231009T023817Z.torrent;

annas_archive_data__aacid__ia2_acsmpdf_files__20231009T025443Z--20231009T025444Z.torrent;

annas_archive_data__aacid__ia2_acsmpdf_files__20231009T033545Z--20231009T033546Z.torrent;

annas_archive_data__aacid__ia2_acsmpdf_files__20231009T034121Z--20231009T034122Z.torrent;

annas_archive_data__aacid__ia2_acsmpdf_files__20231009T034647Z--20231009T034648Z.torrent.

20. The "Fifteen ZLib2 Torrent Files" means the following files:

pilimi-zlib2-17470000-17599999.torrent;

pilimi-zlib2-18130000-18209999.torrent;

pilimi-zlib2-18210000-18319999.torrent;

pilimi-zlib2-18320000-18399999.torrent;

pilimi-zlib2-18610000-18699999.torrent;

pilimi-zlib2-18810000-19019999.torrent;

pilimi-zlib2-21080000-21179999.torrent;

pilimi-zlib2-21320000-21399999.torrent;

pilimi-zlib2-21590000-21689999.torrent;

pilimi-zlib2-21800000-21839999.torrent;

pilimi-zlib2-22020000-22049999.torrent;

pilimi-zlib2-22050000-22069999.torrent;

pilimi-zlib2-22070000-22099999.torrent;

pilimi-zlib2-22100000-22119999.torrent;

1  pilimi-zlib2-22200000-22299999.torrent

2      21.    The "113 IA2 and ZLib3 Files" means the following files:

3  annas_archive_data__aacid__ia2_acsmpdf_files__20231008T234032Z--20231008T234033Z.torrent;

4  annas_archive_data__aacid__ia2_acsmpdf_files__20231008T234103Z--20231008T234104Z.torrent;

5  annas_archive_data__aacid__ia2_acsmpdf_files__20231008T234230Z--20231008T234231Z.torrent;

6  annas_archive_data__aacid__ia2_acsmpdf_files__20231008T234244Z--20231008T234245Z.torrent;

7  annas_archive_data__aacid__ia2_acsmpdf_files__20231008T234315Z--20231008T234316Z.torrent;

8  annas_archive_data__aacid__ia2_acsmpdf_files__20231008T234332Z--20231008T234333Z.torrent;

9  annas_archive_data__aacid__ia2_acsmpdf_files__20231009T031205Z--20231009T031206Z.torrent;

10  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082259Z--20240126T082300Z.torrent;

11  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082309Z--20240126T082310Z.torrent;

12  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082313Z--20240126T082314Z.torrent;

13  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082320Z--20240126T082321Z.torrent;

14  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082328Z--20240126T082329Z.torrent;

15  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082336Z--20240126T082337Z.torrent;

16  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082345Z--20240126T082346Z.torrent;

17  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082355Z--20240126T082356Z.torrent;

18  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082419Z--20240126T082420Z.torrent;

19  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082425Z--20240126T082426Z.torrent;

20  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082432Z--20240126T082433Z.torrent;

21  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082437Z--20240126T082438Z.torrent;

22  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082443Z--20240126T082444Z.torrent;

23  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082448Z--20240126T082449Z.torrent;

24  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082453Z--20240126T082454Z.torrent;

25  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082459Z--20240126T082500Z.torrent;

26  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082503Z--20240126T082504Z.torrent;

27  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082509Z--20240126T082510Z.torrent;

28

1    annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082518Z--20240126T082519Z.torrent;

2    annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082525Z--20240126T082526Z.torrent;

3    annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082531Z--20240126T082532Z.torrent;

4    annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082538Z--20240126T082539Z.torrent;

5    annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082548Z--20240126T082549Z.torrent;

6    annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082556Z--20240126T082557Z.torrent;

7    annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082607Z--20240126T082608Z.torrent;

8    annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082620Z--20240126T082621Z.torrent;

9    annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082638Z--20240126T082639Z.torrent;

10   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082647Z--20240126T082648Z.torrent;

11   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082658Z--20240126T082659Z.torrent;

12   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082707Z--20240126T082708Z.torrent;

13   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082727Z--20240126T082728Z.torrent;

14   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082737Z--20240126T082738Z.torrent;

15   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082749Z--20240126T082750Z.torrent;

16   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082802Z--20240126T082803Z.torrent;

17   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082809Z--20240126T082810Z.torrent;

18   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082817Z--20240126T082818Z.torrent;

19   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082826Z--20240126T082827Z.torrent;

20   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082834Z--20240126T082835Z.torrent;

21   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082841Z--20240126T082842Z.torrent;

22   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082848Z--20240126T082849Z.torrent;

23   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082856Z--20240126T082857Z.torrent;

24   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082903Z--20240126T082904Z.torrent;

25   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082910Z--20240126T082911Z.torrent;

26   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082917Z--20240126T082918Z.torrent;

27   annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082925Z--20240126T082926Z.torrent;

28

1  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082933Z--20240126T082934Z.torrent;

2  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082941Z--20240126T082942Z.torrent;

3  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082950Z--20240126T082951Z.torrent;

4  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T082958Z--20240126T082959Z.torrent;

5  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083006Z--20240126T083007Z.torrent;

6  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083016Z--20240126T083017Z.torrent;

7  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083023Z--20240126T083024Z.torrent;

8  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083032Z--20240126T083033Z.torrent;

9  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083040Z--20240126T083041Z.torrent;

10  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083048Z--20240126T083049Z.torrent;

11  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083056Z--20240126T083057Z.torrent;

12  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083104Z--20240126T083105Z.torrent;

13  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083112Z--20240126T083113Z.torrent;

14  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083120Z--20240126T083121Z.torrent;

15  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083129Z--20240126T083130Z.torrent;

16  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083138Z--20240126T083139Z.torrent;

17  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083147Z--20240126T083148Z.torrent;

18  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083156Z--20240126T083157Z.torrent;

19  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083205Z--20240126T083206Z.torrent;

20  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083215Z--20240126T083216Z.torrent;

21  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083222Z--20240126T083223Z.torrent;

22  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083228Z--20240126T083229Z.torrent;

23  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083233Z--20240126T083234Z.torrent;

24  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083239Z--20240126T083240Z.torrent;

25  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083245Z--20240126T083246Z.torrent;

26  annas_archive_data__aacid__ia2_acsmpdf_files__20240126T083250Z--20240126T083251Z.torrent;

27  annas_archive_data__aacid__zlib3_files__20240402T035120Z--20240402T035121Z.torrent;

28

Case No. 3:23-cv-03417-VC                7

PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT META PLATFORMS, INC.

1   annas_archive_data__aacid__zlib3_files__20240402T035215Z--20240402T035216Z.torrent;

2   annas_archive_data__aacid__zlib3_files__20240402T035253Z--20240402T035254Z.torrent;

3   annas_archive_data__aacid__zlib3_files__20240402T035338Z--20240402T035339Z.torrent;

4   annas_archive_data__aacid__zlib3_files__20240402T035415Z--20240402T035416Z.torrent;

5   annas_archive_data__aacid__zlib3_files__20240402T035506Z--20240402T035507Z.torrent;

6   annas_archive_data__aacid__zlib3_files__20240402T035622Z--20240402T035623Z.torrent;

7   annas_archive_data__aacid__zlib3_files__20240402T035757Z--20240402T035758Z.torrent;

8   annas_archive_data__aacid__zlib3_files__20240402T035945Z--20240402T035946Z.torrent;

9   annas_archive_data__aacid__zlib3_files__20240402T040206Z--20240402T040207Z.torrent;

10   annas_archive_data__aacid__zlib3_files__20240402T043246Z--20240402T043247Z.torrent;

11   annas_archive_data__aacid__zlib3_files__20240402T043615Z--20240402T043616Z.torrent;

12   annas_archive_data__aacid__zlib3_files__20240402T043935Z--20240402T043936Z.torrent;

13   annas_archive_data__aacid__zlib3_files__20240402T044309Z--20240402T044310Z.torrent;

14   annas_archive_data__aacid__zlib3_files__20240402T044655Z--20240402T044656Z.torrent;

15   annas_archive_data__aacid__zlib3_files__20240402T045049Z--20240402T045050Z.torrent;

16   annas_archive_data__aacid__zlib3_files__20240402T051710Z--20240402T051711Z.torrent;

17   annas_archive_data__aacid__zlib3_files__20240402T051758Z--20240402T051759Z.torrent;

18   annas_archive_data__aacid__zlib3_files__20240402T051840Z--20240402T051841Z.torrent;

19   annas_archive_data__aacid__zlib3_files__20240402T051953Z--20240402T051954Z.torrent;

20   annas_archive_data__aacid__zlib3_files__20240402T052138Z--20240402T052139Z.torrent;

21   annas_archive_data__aacid__zlib3_files__20240402T052344Z--20240402T052345Z.torrent;

22   annas_archive_data__aacid__zlib3_files__20240402T052815Z--20240402T052816Z.torrent;

23   annas_archive_data__aacid__zlib3_files__20240402T053135Z--20240402T053136Z.torrent;

24   annas_archive_data__aacid__zlib3_files__20240402T053504Z--20240402T053505Z.torrent;

25   annas_archive_data__aacid__zlib3_files__20240402T053851Z--20240402T053852Z.torrent;

26   annas_archive_data__aacid__zlib3_files__20240402T054426Z--20240402T054427Z.torrent;

27   annas_archive_data__aacid__zlib3_files__20240402T054900Z--20240402T054901Z.torrent;

28

annas_archive_data__aacid__zlib3_files__20240402T055406Z--20240402T055407Z.torrent;

annas_archive_data__aacid__zlib3_files__20240402T182240Z--20240402T182241Z.torrent;

annas_archive_data__aacid__zlib3_files__20240402T182759Z--20240402T182800Z.torrent;

annas_archive_data__aacid__zlib3_files__20240402T182849Z--20240402T182850Z.torrent;

annas_archive_data__aacid__zlib3_files__20240402T182936Z--20240402T182937Z.torrent;

annas_archive_data__aacid__zlib3_files__20240402T183014Z--20240402T183015Z.torrent;

annas_archive_data__aacid__zlib3_files__20240402T183036Z--20240402T183037Z.torrent;

22. "Identify" (and variations thereof) means:

a. With respect to a natural person, provide the person's: (i) full name; (ii) current or last known home address; (iii) current or last known business address; (iv) current or last known email address; (v) current or last known occupation, employer and business position or title; and (vi) current or last known telephone number.

b. With respect to an entity which is not a natural person, provide: (i) the full name of the entity; (ii) the type of entity (e.g., corporation, partnership, sole proprietorship, association); (iii) the name, address and telephone number of its principal place of business; (iv) all names under which it is doing, or has ever done, business; (v) the names of the contact person; and (vi) the date or interval when such entity stood in the capacity referenced by the request.

c. With respect to an event or action, (i) provide the date of the event or action; (ii) state the person(s) present or involved; (iii) state the place or places where the event or action took place.

d. With respect to a Document, (i) state the originator, author, addressee, recipient; (ii) describe the contents; (iii) state the date of the document; and (iv) identify all Persons with knowledge of any of the foregoing.

e. With respect to a fact, means to (i) describe the fact; (ii) state when it became known to Meta; (iii) identify the source from which Meta learned the fact; and (iv) identify the Documents that record, show or refer to the fact.

23. "Including" and "includes," whether capitalized or not, are used to provide examples of certain types of information and should not be construed as limiting a request or definition in any way. The terms "including" and "includes" shall be construed as if followed by the phrase "but not limited to."

24. "IA2" means the incremental new releases of Internet Archive Digital Lending books hosted by Anna's Archive that use the Anna's Archive Containers (AAC) format.

25. "Internet Archive" means the Dataset of textual works of that name, which is also referred to as "IA Controlled Digital Lending", or any part of it.

26. "lcpdf Collection" means the portion of the Internet Archive Dataset identified by torrent files with "lcpdf" in the torrent file name, or any part of it.

27. "LibTorrent" means the peer-to-peer file-sharing implementation of BitTorrent of that name.

28. "LibGen" means the Dataset of textual works known as Library Genesis or LibGen, or any part of it, from the libgen.rs collection, libgen.li collection, or any other collection identified as LibGen.

29. "LibGen Fiction" means the Dataset of textual works of that name, or any part of it.

30. "LibGen SciTech" means the Dataset of textual works known as LibGen SciTech or LibGen Non-Fiction, or any part of it.

31. "LibGen SciMag" means the Dataset of textual works of that name, or any part of it.

32. "Meta" means Meta Platforms, Inc., and its employees, agents, attorneys, accountants, representatives, predecessors or successors-in-interest, any corporation or partnership under its direction, or any other person or entity acting on its behalf or under its control.

33. "Person" means any natural person or any business, legal, or governmental entity or association.

34. "PiLiMi" means the Dataset of textual works known as "Pirate Library Mirror" or "PiLiMi," or any part of it.

35. "PySpark" means the application programming interface of that name.

36. "PySpark Cluster" means the collection of AWS servers, physical or virtual, where Meta engineers ran their torrenting code that used PySpark.

37.    "Relevant Period" includes and encompasses all times relevant to the acts and failures to act which are relevant to the Complaint.

38.    "Shadow Library" means any textual Dataset, or any part of a textual Dataset, available for Download on the Internet that includes copyrighted works, including Anna's Archive, Duxiu, the Internet Archive, LibGen, LibGen Fiction, LibGen SciTech, LibGen SciMag, PiLiMi, Sci-Hub, or Z-Library.

39.    "Dedicated AWS Virtual Computers" means the six dedicated cloud-computing EC2 instances You used to Download any part of Anna's Archive in 2024.

40.    "Train" or "Training" refers to any process or method used to develop, improve, or refine a machine-learning model. This includes, but is not limited to, feeding data into the model, adjusting algorithms, optimizing parameters, and testing, validating, and updating models. It also includes the selection, preparation, and use of Datasets, the execution of supervised, unsupervised, or reinforcement learning techniques, and any pre-processing steps, model tuning, cross-validation, and performance evaluations.

41.    "Sci-Hub" means the Dataset of textual works of that name, or any part of it.

42.    "Torrent" and its variations means peer-to-peer file sharing in which users download/upload pieces of digital files from/to multiple different users (peers) in a network simultaneously.

43.    "Torrented Data" means data acquired via torrenting of Shadow Libraries in 2024.

44.    "Torrent Payload" means data acquired via torrenting using a specific .torrent file.

45.    "Upload" and its variations, in the context of torrenting, means transferring file data from Meta-controlled servers to peer-to-peer network users.

46.    "You", "Your", and "Meta Platforms" shall mean Defendants Meta Platforms, Inc., its subsidiaries, affiliates, divisions, predecessors in interest, successors, or assignees, and their respective officers, directors, employees, consultants, representatives, and agents.

47.    "Z-Library" means any or all of the Z-Library collections collaboratively managed by Anna's Archive, including all releases of ZLib, ZLib2, or ZLib3.

48.    "ZLib" means the Dataset of textual works identified by the name "zlib," "Pirate Library Mirror," or "pilimi," or any part of it.

49.    "ZLib2" means the Dataset of textual works identified by the name "zlib2", or any part of it.

50.    "ZLib3" means the Dataset of textual works identified by the name "zlib2", or any part of it.

## **INSTRUCTIONS**

1.    Wherever used herein: the singular shall include the plural and vice versa; verb tenses shall be interpreted to include past, present, and future tenses; the word "all" includes the word "any" and vice versa; and the terms "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these requests any Documents or information that might otherwise be construed to be outside their scope.

2.    Wherever used herein, the term "including" shall be construed as including, but not limited to, the referenced item(s), matter(s), or subject(s).

3.    Plaintiffs request that You admit or deny the truth of each statement or fact, application of law to fact, or opinions about either, set forth in the requests below.

4.    To the extent that You do not respond with either an unqualified admission or an objection (the reasons for which must be stated), You shall specifically deny the matter and set forth in detail the reasons why You cannot truthfully admit the matter. Any such denial shall fairly meet the substance of the request, and when good faith requires that You qualify an answer or deny only a part of the matter in which any admission is requested, You shall specify so much of it as is true and qualify or deny the remainder.

5.    If, in responding to these requests, You encounter any ambiguities when construing a request, instruction, or definition, You shall set forth in Your response the matter deemed ambiguous, and the construction used in responding.

6.    You may not give lack of information or knowledge as the reason for failure to admit or deny unless You state that You have made reasonable inquiry and that the information known or readily obtainable by You is insufficient to enable You to admit or deny.

7.    The fact that a request covers a matter which You believe presents a genuine issue for trial may not, on that ground alone, provide the basis for an objection.

8.      Any request set forth below to which there has not been an adequate and timely response may be deemed admitted and, therefore, conclusively established for purposes of this action.

## REQUESTS FOR ADMISSIONS

### REQUEST FOR ADMISSION NO. 99

Admit that You used LibTorrent in 2024 to Download one or more files from Anna's Archive.

### REQUEST FOR ADMISSION NO. 100

Admit that You used LibTorrent in 2024 to Download one or more files from LibGen.

### REQUEST FOR ADMISSION NO. 101

Admit that You used LibTorrent in 2024 to Download one or more files from LibGen Fiction.

### REQUEST FOR ADMISSION NO. 102

Admit that You used LibTorrent in 2024 to Download one or more files from LibGen SciTech.

### REQUEST FOR ADMISSION NO. 103

Admit that You used LibTorrent in 2024 to Download one or more files from LibGen SciMag.

### REQUEST FOR ADMISSION NO. 104

Admit that You used LibTorrent in 2024 to Download one or more files from the Internet Archive's "ia" collection.

### REQUEST FOR ADMISSION NO. 105

Admit that You used LibTorrent in 2024 to Download one or more files from the Internet Archive's "ia2" collection.

### REQUEST FOR ADMISSION NO. 106

Admit that You used LibTorrent in 2024 to Download one or more files from the Internet Archive in "acsm" format."

### REQUEST FOR ADMISSION NO. 107

Admit that You used LibTorrent in 2024 to Download one or more files from the Internet Archive in "lcpdf" format."

### REQUEST FOR ADMISSION NO. 108

Admit that You used LibTorrent in 2024 to Download one or more files from ZLib.

**REQUEST FOR ADMISSION NO. 109**

Admit that You used LibTorrent in 2024 to Download one or more files from ZLib2.

**REQUEST FOR ADMISSION NO. 110**

Admit that You used LibTorrent in 2024 to Download one or more files from ZLib3.

**REQUEST FOR ADMISSION NO. 111**

Admit that You did not change the default configurations of LibTorrent that control automatic uploading of data to interested peers while Torrenting when you used LibTorrent to Download one or more files from Shadow Libraries in 2024.

**REQUEST FOR ADMISSION NO. 112**

Admit that, in every instance when you used LibTorrent to Download one or more files from Shadow Libraries in 2024, You did not change the default network configurations of LibTorrent that control automatic uploading of data to interested peers while Torrenting.

**REQUEST FOR ADMISSION NO. 113**

Admit that, after Downloading Torrented Data in 2024, You copied all Torrented Data to an Amazon S3 directory in the s3://fairspark-data Amazon S3 Bucket.

**REQUEST FOR ADMISSION NO. 114**

Admit that You Downloaded all Torrented Data in 2024 using AWS Virtual Computers.

**REQUEST FOR ADMISSION NO. 115**

Admit that all Internet Archive data You Downloaded from Anna's Archive in 2024 was Downloaded between April and June 2024, inclusive.

**REQUEST FOR ADMISSION NO. 116**

Admit that You used Dedicated AWS Virtual Computers to Download all of the Internet Archive data You torrented in 2024.

**REQUEST FOR ADMISSION NO. 117**

Admit that You copied the corresponding ".tar" files for the Anna's Archive data You Downloaded in 2024 to the Amazon S3 path s3://fairspark-data/data/annas_archive/internet_archive/data.

1

**REQUEST FOR ADMISSION NO. 118**

2

Admit that the corresponding ".tar" files for the Anna's Archive data You Downloaded in 2024 were

3

untarred in April and June 2024.

4

**REQUEST FOR ADMISSION NO. 119**

5

Admit that You stored the corresponding digital book files for the Anna's Archive data You

6

Downloaded in 2024 in subdirectories of the Amazon S3 path s3://fairspark-data/

7

data/annas_archive/internet_archive/data/.

8

**REQUEST FOR ADMISSION NO. 120**

9

Admit that You used the PySpark Cluster to Download all LibGen SciTech files You Downloaded

10

in April 2024.

11

**REQUEST FOR ADMISSION NO. 121**

12

Admit that You stored all Libgen SciTech files You Downloaded in April 2024 at the Amazon S3

13

path s3://fairspark-data/data/annas_archive/libgen/data/.

14

**REQUEST FOR ADMISSION NO. 122**

15

Admit that You used the PySpark Cluster to Download all LibGen Fiction files You Downloaded

16

in April 2024.

17

**REQUEST FOR ADMISSION NO. 123**

18

Admit that You stored all LibGen Fiction files You Downloaded in April 2024 at the Amazon S3

19

path s3://fairspark-data/xiaolan/libgen_rs_fic/.

20

**REQUEST FOR ADMISSION NO. 124**

21

Admit that the files in the Amazon S3 directory s3://fairspark-data/xiaolan/libgen_rs_fic/ directory

22

are copies of books in one or more digital formats.

23

**REQUEST FOR ADMISSION NO. 125**

24

Admit that You used the PySpark Cluster to Download all Z-Library files You Downloaded with

25

Torrent Payloads smaller than 800 GB in April 2024.

26

27

28

1

**REQUEST FOR ADMISSION NO. 126**

2

3

Admit that You stored all Z-Library files You Downloaded in April 2024 at the Amazon S3 path s3://fairspark-data/data/annas_archive/zlib/data/.

4

**REQUEST FOR ADMISSION NO. 127**

5

6

Admit that the files in the Amazon S3 directory s3://fairspark-data/data/annas_archive/zlib/data/ are copies of books in various digital formats or else are .tar files.

7

**REQUEST FOR ADMISSION NO. 128**

8

9

10

Admit that the individual book files in the Amazon S3 directory s3://fairspark-data/data/annas_archive/zlib/data/ are data You Downloaded from Z-Library in .tar format, which You untarred.

11

**REQUEST FOR ADMISSION NO. 129**

12

Admit that all existing logs and metadata pertaining to the Torrented Data have been produced.

13

**REQUEST FOR ADMISSION NO. 130**

14

15

Admit that if any logs or metadata pertaining to Downloading the Torrented Data have not been produced, it is because the logs or metadata were Destroyed.

16

**REQUEST FOR ADMISSION NO. 131**

17

18

Admit that all of the approximately 27,000 instances included in the AWS usage logs produced on September 12, 2025, correspond to the PySpark Cluster.

19

**REQUEST FOR ADMISSION NO. 132**

20

21

Admit that all of the approximately 27,000 instances included in the AWS usage logs produced on September 12, 2025, were used for Torrenting.

22

**REQUEST FOR ADMISSION NO. 133**

23

24

Admit that, all PySpark Cluster instances for Torrenting were included in the AWS usage logs produced on September 12, 2025.

25

**REQUEST FOR ADMISSION NO. 134**

26

27

Admit that Meta did not preserve records indicating which instances in the AWS usage logs produced on September 12, 2025 were used for Torrenting.

28

**REQUEST FOR ADMISSION NO. 135**

Admit that the Dedicated AWS Virtual Computers for which usage logs were produced in March 2025 were not part of the PySpark Cluster.

**REQUEST FOR ADMISSION NO. 136**

Admit that You used the PySpark Cluster to Download one or more files from LibGen.

**REQUEST FOR ADMISSION NO. 137**

Admit that You used the PySpark Cluster to Download one or more files from Internet Archive.

**REQUEST FOR ADMISSION NO. 138**

Admit that You used the PySpark Cluster to Download one or more files from Z-Library.

**REQUEST FOR ADMISSION NO. 139**

Admit that You began Downloading one or more files from Shadow Libraries via the PySpark Cluster on April 5, 2024.

**REQUEST FOR ADMISSION NO. 140**

Admit that You stopped Downloading files from Shadow Libraries via the PySpark Cluster on April 19, 2024.

**REQUEST FOR ADMISSION NO. 141**

Admit that the "individual nodes downloading" mentioned in Meta_Kadrey_00237186 at -279 corresponds to the Downloading on Dedicated AWS Virtual Computers for which AWS usage logs were produced in March 2025.

**REQUEST FOR ADMISSION NO. 142**

Admit that You used the Dedicated AWS Virtual Computers to Download the Torrented Data identified in the 38 rows listed in Meta_Kadrey_00161474 at Sheet1.

**REQUEST FOR ADMISSION NO. 143**

Admit that You started Downloading the Torrented Data identified in the 38 rows listed in Meta_Kadrey_00161474 at Sheet1 on April 5, 2024.

**REQUEST FOR ADMISSION NO. 144**

Admit that You manually copied to Amazon S3 the ".tar" files You Downloaded as Torrented Data identified in the 38 rows listed in Meta_Kadrey_00161474 at Sheet1.

**REQUEST FOR ADMISSION NO. 145**

Admit that You used code to copy to Amazon S3 the ".tar" files You Downloaded as Torrented Data identified in the 38 rows listed in Meta_Kadrey_00161474 at Sheet1.

**REQUEST FOR ADMISSION NO. 146**

Admit that line 35 of Meta_Kadrey_00161474 ("annas-archive-ia-acsm-t.tar.torrent") was intended to refer to "annas-archive-ia-lcpdf-o.tar.torrent".

**REQUEST FOR ADMISSION NO. 147**

Admit that You did not Download the entirety of the Torrent Payload for "annas-archive-ia-lcpdf-a.tar.torrent" referenced at line 14 of Meta_Kadrey_00161474.

**REQUEST FOR ADMISSION NO. 148**

Admit that You did not extract the .tar file for the file "annas-archive-ia-lcpdf-a.tar.torrent".

**REQUEST FOR ADMISSION NO. 149**

Admit that when You extracted the .tar files for the file "annas-archive-ia-acsm-[letter].tar.torrent", the files were placed into corresponding Amazon S3 paths named s3://fairspark-data/data/annas_archive/internet_archive/data/[same letter as in the .tar.torrent file name].

**REQUEST FOR ADMISSION NO. 150**

Admit that when You extracted the .tar files for the file "annas-archive-ia-lcpdf-[letter].tar.torrent", the files were placed into the Amazon S3 path s3://fairspark-data/data/annas_archive/internet_archive/data/[same letter as in the .tar.torrent file name].

**REQUEST FOR ADMISSION NO. 151**

Admit that You Downloaded the Fourteen Torrent Files Missing Corresponding Parquets.

**REQUEST FOR ADMISSION NO. 152**

Admit that You started Downloading the Fourteen Torrent Files Missing Corresponding Parquets on April 5, 2024.

**REQUEST FOR ADMISSION NO. 153**

Admit that You Downloaded the Fourteen Torrent Files Missing Corresponding Parquets using the same code You used to Download other data on the PySpark Cluster.

**REQUEST FOR ADMISSION NO. 154**

Admit that the Fourteen Torrent Files Missing Corresponding Parquets totaled approximately 3.7 TB.

**REQUEST FOR ADMISSION NO. 155**

Admit that Your Downloading of the Fourteen Torrent Files Missing Corresponding Parquets generated .parquet files associated with the Downloading.

**REQUEST FOR ADMISSION NO. 156**

Admit that the .parquet files associated with Your Downloading of the Fourteen Torrent Files Missing Corresponding Parquets are not in Your possession, custody, or control.

**REQUEST FOR ADMISSION NO. 157**

Admit that the .parquet files associated with Your Downloading of the Fourteen Torrent Files Missing Corresponding Parquets are not in Your possession, custody, or control because they were deleted.

**REQUEST FOR ADMISSION NO. 158**

Admit that You started Downloading the Fifteen ZLib2 Torrent Files on May 14, 2024.

**REQUEST FOR ADMISSION NO. 159**

Admit that You completed Downloading the Fifteen ZLib2 Torrent Files on May 30, 2024.

**REQUEST FOR ADMISSION NO. 160**

Admit that the Fifteen ZLib2 Torrent Files totaled approximately 7.3 TB.

**REQUEST FOR ADMISSION NO. 161**

Admit that You Downloaded the Fifteen ZLib2 Torrent Files using the Dedicated AWS Virtual Computers.

1   **REQUEST FOR ADMISSION NO. 162**

2   Admit that the .tar files associated with Your Downloading of the Fifteen ZLib2 Torrent Files are

3   not in Meta's possession, custody, or control.

4   **REQUEST FOR ADMISSION NO. 163**

5   Admit that the .tar files associated with Your Downloading of the Fifteen ZLib2 Torrent Files are

6   not in Meta's possession, custody, or control because they were deleted.

7   **REQUEST FOR ADMISSION NO. 164**

8   Admit that You named the 113 IA2 and ZLib3 Files using the format "pilimi-zlib2-[number]-

9   [number].torrent", where "[number]-[number]" corresponds to a numeric range in the torrent file name

10  (e.g., "22200000-22299999").

11  **REQUEST FOR ADMISSION NO. 165**

12  Admit that You started Downloading the 113 IA2 and ZLib3 Files on June 10, 2024.

13  **REQUEST FOR ADMISSION NO. 166**

14  Admit that You completed Downloading the 113 IA2 and ZLib3 files on June 15, 2024.

15  **REQUEST FOR ADMISSION NO. 167**

16  Admit that the 113 IA2 and ZLib3 Files totaled approximately 29.2 TB.

17  **REQUEST FOR ADMISSION NO. 168**

18  Admit that You Downloaded the 113 IA2 and ZLib3 Files using the Dedicated AWS Virtual

19  Computers.

20  **REQUEST FOR ADMISSION NO. 169**

21  Admit that You used LibTorrent in 2024 to Download one or more files from Duxiu.

22  **REQUEST FOR ADMISSION NO. 170**

23  Admit that You used LibTorrent to Download one or more files from Anna's Archive after July

24  31, 2024.

25

26

27

28

Dated: October 29, 2025

By: _____/s/ Maxwell V. Pritt_____
Maxwell V. Pritt

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com

Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
(212) 355-9500
rgeman@lchb.com

Kenneth S. Byrd (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
(615) 313-9000
kbyrd@lchb.com
bsugar@lchb.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)

601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800

jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butBericklaw.com

**CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
James Ulwick (*pro hac vice*)
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

David Straite (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
dsraite@dicellolevitt.com

**COWAN DEBAETS ABRAHAMS &
SHEPPARD LLP**
Scott J. Sholder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
60 Broad Street, 30th Floor
New York, NY 10004
(212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, the undersigned, am employed by Boies Schiller Flexner, LLP. My business address is 1401 New York Avenue NW, Washington, DC 20005. I am over the age of eighteen and not a party to this action.

On October 29, 2025, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT META PLATFORMS, INC.**

I declare under penalty of perjury that the foregoing is true and correct. Executed October 29, 2025.

*/s/ Jay Schuffenhauer*
Jay Schuffenhauer

1

## SERVICE LIST

2

3
Bobby A. Ghajar
Colette Ghazarian
**COOLEY LLP**
4
1333 2nd Street, Suite 400
Santa Monica, CA 90401
5
Email: bghajar@cooley.com
            cghazarian@cooley.com
6

7
Kathleen R. Hartnett
Judd D. Lauter
8
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
9
San Francisco, CA 94111
Email: khartnett@cooley.com
10
            jlauter@cooley.com

11
Mark R. Weinstein
12
Matthew Brigham
Elizabeth Lee Stameshkin
13
**COOLEY LLP**
3175 Hanover Street
14
Palo Alto, CA 94304
Email: mweinstein@cooley.com
15
            mbrigham@cooley.com
            lstameshkin@cooley.com
16

17
Phillip Edward Morton
**COOLEY LLP**
18
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
19
(202) 776-2317
Fax: (202) 842-7899
20
Email: pmorton@cooley.com

21

22
Angela L. Dunning
**CLEARY GOTTLIEB STEEN &**
23
**HAMILTON LLP**
1841 Page Mill Road
24
Palo Alto, CA 94304
Email: adunning@cgsh.com
25

26
*Counsel for Defendant Meta Platforms, Inc.*

27

28

Karen Leah Dunn
Kyle N. Smith
**DUNN ISAACSON RHEE LLP**
401 9th Street, NW
Washington, DC 20004
Email: kdunn@dirllp.com
            ksmith@dirllp.com

Kannon K. Shanmugam
William T. Marks
**PAUL, WEISS, RIFKIN, WHARTON &**
**GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Email: kshanmugam@paulweiss.com
            wmarks@paulweiss.com

Anna Stapleton
**PAUL, WEISS, RIFKIN, WHARTON &**
**GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Email: astapleton@paulweiss.com

*Counsel for Defendant Meta Platforms, Inc.*