# EXHIBIT K



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY · Meta_Kadrey_00238363

| | | | |
|---|---|---|---|
| License Types ⓘ | Select license types | ✓ Data Retention Limit: I will not retain data for longer than 1095 days. | ⓘ 🗑 |
| License Notes ⓘ | Insert license notes | ✓ Handling of 1PD in 3PD Dataset: If I detect first-party data (1PD) in the 3PD dataset, I will cease its use and consult the Dataset Review Team. | ⓘ 🗑 |

**Construction Information**

| | |
|---|---|
| Construction Methods ⓘ | Select construction methods |
| Data Origin Source ⓘ | Insert data origin source |
| Domain Blocklist ⓘ | Insert domain blocklist here |
| TV Shows, Movies, Stock Photos ⓘ | Insert included media here |
| Construction Notes ⓘ | Insert construction notes |

**If Crawled**

| | |
|---|---|
| Meta or 3P Crawled ⓘ | Insert meta or 3P crawl here |
| Login Required? ⓘ | Insert login required here |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00238364

| | |
|---|---|
| Does Robots.txt Restrict Access? | Insert robot restrict access here |
| Content or IDs/URLs? | Insert crawl content type here |

**If Crawled or Combined from Existing:**

| | |
|---|---|
| Full Curation / Annotation? | Insert full curation or annotation here |
| Content Fully from Trusted Sources? | Insert is trusted source here |

**If Annotated / Derived / Combined from Existing:**

| | |
|---|---|
| Source Dataset(s) | Insert source datasets |

**If Production:**

| | |
|---|---|
| Does this 3P dataset contain 1PD? | Insert contains 1PD here |

**If Synthetic:**

| | |
|---|---|
| Does dataset contain synthetic data? | Insert is contains synthetic data here |

**Dataset Access Information**

| | |
|---|---|
| Access Method | Insert access |

| | |
|---|---|
| | method here |
| Access Notes ⓘ | Insert access notes |

### Youth

| | |
|---|---|
| Contains Youth data (u18)? ⓘ | Choose Yes/No |
| Is Youth (u18) data the focus or incidental? ⓘ | Insert data presence here |

### Text Content Information

| | |
|---|---|
| Contains Text? ⓘ | Choose Yes/No |
| Is there PII present in the dataset? ⓘ | Choose Yes/No |
| If PII is present, is it incidental or the focus of the dataset? ⓘ | Insert data presence here |
| Is News content present in the dataset? ⓘ | Choose Yes/No |
| If News content is present, is it incidental or the focus of the dataset? ⓘ | Insert data presence here |
| Text Content Notes ⓘ | Insert text content notes |

### Visual Content Information

| | |
|---|---|
| Contains Images or Video? ⓘ | Choose Yes/No |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY	Meta_Kadrey_00238366

| | | |
|---|---|---|
| Contains People in Images or Video? ⓘ | | Insert contains people here |
| Do we know provenance of images or video? | ⓘ | Insert provenance image or video here |
| IL/TX for People in Images or Video? ⓘ | | Insert image and video IL/TX here |
| Image or Video Annotations? ⓘ | | Insert images or videos annotation here |
| Visual Annotation Type(s) ⓘ | | Select visual annotation types |
| Image or Video Annotations Involve Humans? | ⓘ | Insert annotation involve human here |
| Visual Content Notes ⓘ | | Insert visual content notes |

**Audio Content Information**

| | |
|---|---|
| Contains Audio? ⓘ | Choose Yes/No |

| | | |
|---|---|---|
| | Contains Music? ⓘ | Insert contains music here |
| | Contains Music Lyrics? (text) ⓘ | Insert contains music lyrics here |
| | Audio Annotations? ⓘ | Insert contains audio annotations here |
| | Audio Annotations Type ⓘ | Insert audio annotations type here |
| | Human Voices Present Within Audio? ⓘ | Insert human voices presented here |
| | IL/TX for Speaking People? ⓘ | Insert is there IL/TX for Speaking People here |
| | Audio Content Notes ⓘ | Insert audio content notes |
| **YouTube Analysis** | | |
| | Publisher Y/N ⓘ | Insert youtube |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                      Meta_Kadrey_00238368

| | |
|---|---|
| | publisher |
| # Citations ⓘ | Insert number of citations |
| Citations Link ⓘ | Insert citations link |
| Top 15 Citation(s) ⓘ | Insert top 15 citations |
| Citations ⓘ | Insert is citations |
| Info ⓘ | Insert google info |
| Is Google Crawled ⓘ | Insert is google crawled |
| Industry Standard Final Determination ⓘ | Insert industry standard final determination here |
| Industry Standard? ⓘ | Insert industry standard |
| Chinese Origin? ⓘ | Choose Yes/No |
| **If Chinese Origin:** | |
| Government Suppliers ⓘ | Insert government |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    Meta_Kadrey_00238369

| | | |
|---|---|---|
| | | suppliers here |
| Surveillance Data ⓘ | | Insert surveillance data here |
| Sensitive Topics and Subject Matter Domains | ⓘ | Insert sensitive topics and subject matter domains here |
| Is Present on EU/US Notorious Markets List or Piracy Lists | ⓘ | Choose Yes/No |
| File names include 'Pirated' or 'Stolen' ⓘ | | Choose Yes/No |
| Reputation for hosting or providing Pirated material | ⓘ | Choose Yes/No |
| Restricted Data Present ⓘ | | Insert restricted data presence here |
| CBRNE Content Present ⓘ | | Insert CBRNE content presence here |

**Other**

| | |
|---|---|
| Other notes ⓘ | Insert other notes |

## Activity & Comments

Type a comment

**Morphing Framework Bot** added source: https://libgen.is/
February 17, 10:36 AM · Like

**Morphing Framework Bot** updated modalities to [text, image]
January 8, 6:42 AM · Like

**Morphing Framework Bot** created this AIDC Dataset.
December 12, 2024 · Like

**Morphing Framework Bot** made several changes
December 12, 2024 · Hide updates

- added the tag aidc_bespoke.
- added the tag genai.
- added the tag llama3_pretraining_data.
- added the tag wave 3.

**Eyal Hochman** Set the table 'scitech_en_union_train' from namespace 'gen_ai' as a seed
September 19, 2024 · Like

**Lilach Mor** made several changes

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                  Meta_Kadrey_00238371

September 19, 2024 · Hide updates

- updated the "Model Family" to "LLAMA3, LLAMA4"
- updated the "Used Modality" to "Text"
- added the tag llama3_pretraining_data.

**TDM Processor** Completed the stage Requirements

September 16, 2024 · Like

**Ramakant Shankar** made several changes

July 23, 2024 · Hide updates

- added the tag aidc_bespoke.
- changed the description. · View Changes

**Yoni Goyhman** made several changes

June 16, 2024 · Hide updates

- updated the "Usages" to "Training"
- created this dataset