# EXHIBIT L



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                      Meta_Kadrey_00238382

| | | |
|---|---|---|
| License Types ⓘ | Select license types | |
| License Notes ⓘ | Insert license notes | |

**Construction Information**

| | |
|---|---|
| Construction Methods ⓘ | Select construction methods |
| Data Origin Source ⓘ | Insert data origin source |
| Domain Blocklist ⓘ | Insert domain blocklist here |
| TV Shows, Movies, Stock Photos ⓘ | Insert included media here |
| Construction Notes ⓘ | Insert construction notes |

**If Crawled**

| | |
|---|---|
| Meta or 3P Crawled ⓘ | Insert meta or 3P crawl here |
| Login Required? ⓘ | Insert login required here |

Data Retention Limit: I will not retain data for longer than 1095 days.

Handling of 1PD in 3PD Dataset: If I detect first-party data (1PD) in the 3PD dataset, I will cease its use and consult the Dataset Review Team.

| | |
|---|---|
| Does Robots.txt Restrict Access? ⓘ | Insert robot restrict access here |
| Content or IDs/URLs? ⓘ | Insert crawl content type here |

**If Crawled or Combined from Existing:**

| | |
|---|---|
| Full Curation / Annotation? ⓘ | Insert full curation or annotation here |
| Content Fully from Trusted Sources? ⓘ | Insert is trusted source here |

**If Annotated / Derived / Combined from Existing:**

| | |
|---|---|
| Source Dataset(s) ⓘ | Insert source datasets |

**If Production:**

| | |
|---|---|
| Does this 3P dataset contain 1PD? ⓘ | Insert contains 1PD here |

**If Synthetic:**

| | |
|---|---|
| Does dataset contain synthetic data? ⓘ | Insert is contains synthetic data here |

**Dataset Access Information**

| | |
|---|---|
| Access Method ⓘ | Insert access |

| | |
|---|---|
| | method here |
| Access Notes ⓘ | Insert access notes |

**Youth**

| | |
|---|---|
| Contains Youth data (u18)? ⓘ | Choose Yes/No |
| Is Youth (u18) data the focus or incidental? ⓘ | Insert data presence here |

**Text Content Information**

| | |
|---|---|
| Contains Text? ⓘ | Choose Yes/No |
| Is there PII present in the dataset? ⓘ | Choose Yes/No |
| If PII is present, is it incidental or the focus of the dataset? ⓘ | Insert data presence here |
| Is News content present in the dataset? ⓘ | Choose Yes/No |
| If News content is present, is it incidental or the focus of the dataset? ⓘ | Insert data presence here |
| Text Content Notes ⓘ | Insert text content notes |

**Visual Content Information**

| | |
|---|---|
| Contains Images or Video? ⓘ | Choose Yes/No |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Meta_Kadrey_00238385

| | | |
|---|---|---|
| Contains People in Images or Video? ⓘ | | Insert contains people here |
| Do we know provenance of images or video? | ⓘ | Insert provenance image or video here |
| IL/TX for People in Images or Video? ⓘ | | Insert image and video IL/TX here |
| Image or Video Annotations? ⓘ | | Insert images or videos annotation here |
| Visual Annotation Type(s) ⓘ | | Select visual annotation types |
| Image or Video Annotations Involve Humans? | ⓘ | Insert annotation involve human here |
| Visual Content Notes ⓘ | | Insert visual content notes |

## Audio Content Information

| | |
|---|---|
| Contains Audio? ⓘ | Choose Yes/No |

| | | |
|---|---|---|
| | Contains Music? ⓘ | Insert contains music here |
| | Contains Music Lyrics? (text) ⓘ | Insert contains music lyrics here |
| | Audio Annotations? ⓘ | Insert contains audio annotations here |
| | Audio Annotations Type ⓘ | Insert audio annotations type here |
| | Human Voices Present Within Audio? ⓘ | Insert human voices presented here |
| | IL/TX for Speaking People? ⓘ | Insert is there IL/TX for Speaking People here |
| | Audio Content Notes ⓘ | Insert audio content notes |
| | **YouTube Analysis** | |
| | Publisher Y/N ⓘ | Insert youtube |

| Field | Value |
|---|---|
| | publisher |
| # Citations | Insert number of citations |
| Citations Link | Insert citations link |
| Top 15 Citation(s) | Insert top 15 citations |
| Citations | Insert is citations |
| Info | Insert google info |
| Is Google Crawled | Insert is google crawled |
| Industry Standard Final Determination | Insert industry standard final determination here |
| Industry Standard? | Insert industry standard |
| Chinese Origin? | Choose Yes/No |

**If Chinese Origin:**

| | |
|---|---|
| Government Suppliers | Insert government |

| | | |
|---|---|---|
| | | suppliers here |
| Surveillance Data ⓘ | | Insert surveillance data here |
| Sensitive Topics and Subject Matter Domains | ⓘ | Insert sensitive topics and subject matter domains here |
| Is Present on EU/US Notorious Markets List or Piracy Lists | ⓘ | Choose Yes/No |
| File names include 'Pirated' or 'Stolen' ⓘ | | Choose Yes/No |
| Reputation for hosting or providing Pirated material | ⓘ | Choose Yes/No |
| Restricted Data Present ⓘ | | Insert restricted data presence here |
| CBRNE Content Present ⓘ | | Insert CBRNE content presence here |

**Other**

| | |
|---|---|
| Other notes ⓘ | Insert other notes |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                                             Meta_Kadrey_00238389



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                                                                   Meta_Kadrey_00238390

🖉 updated the "Product Counsel Notes" to **Redacted - Privilege**

☰ **Christian Montez** made several changes
July 29, 2024 · Hide updates

🖉 updated the "Privacy Notes" to "High risk dataset - new use cases / usage in new models requires additional review and director level approval"

🖉 updated the "Privacy Risk Level" to "High"

🖉 updated the "Privacy Approval Status" to "Approved"

🖉 updated the "Other" to "IP Policy Analysis:

As IP Policy has previously noted with respect to GenAI training on content from sites such as LibGen that contain pirated content, policymakers will take a negative view of such sites and their use (irrespective of any legal concerns), and such concerns may contribute to spurring future regulatory efforts and/or complicate our efforts to build goodwill with governments on AI regulation, especially in the US & Europe. In addition to these previously-flagged policy risks, several recent developments heighten the policy risks:

In June, OpenAI made public a statement (https://www.copyright.gov/policy/artificial-intelligence/ex-parte-communications/letters/OpenAI-June-4-2024.pdf) that it avoids crawling "sites that are known to engage in IP infringement, such as the 'notorious markets' identified annually by the Office of the U.S. Trade Representative."
Mark has recently been engaging with high-level U.S. government officials on LLaMA and our AI strategy, including Sec. Raimondo and NSA Jake Sullivan, and because of OpenAI's statement, this is now a question that could arise in such engagements (indeed, Commerce in particular, takes strong stands on IP piracy matters).
In a hearing last December, Rep. Deborah Ross (D-NC) questioned Matt Schruers , the head of our trade association CCIA about his members' use of pirate web sites, including Sci-Hub, for training AI.
The growing popularity of transparency obligations, from the EU AI Act to bills introduced in Congress and elsewhere, suggests that what we train on will be public sooner rather than later. The fact that we train on pirated sites such as Anna's Archive is likely to be viewed negatively by policymakers, rightsholders, and other stakeholders.

POLICY VIEW AND RECOMMENDATION:
On balance, Policy doesn't view these developments as categorically changing the risks flagged earlier, and thus at this time, we are not seeking to reopen the prior decision w.r.t the content from Anna's archive.
To mitigate these emerging policy risks, however, we recommend that we commit to not training on other "notorious sites (https://ustr.gov/sites/default/files/2023_Review_of_Notorious_Markets_for_Counterfeiting_and_Piracy_Notorious_Markets_List_final.pdf)" besides Anna's archive.
"

☰ **Luc Dahlin** made several changes
July 24, 2024 · Hide updates

🖉 updated the "Ip Legal **Redacted - Privilege**

- updated the "Ip Legal" **Redacted - Privilege**
- updated the "Ip Legal Approval Status" to **Redacted - Privilege**
- updated the "Ip Legal Notes" to **Redacted - Privilege**

# Redacted - Privilege

☰ **Christian Montez** made several changes
July 12, 2024 · Hide updates

- updated the "Final Decision" to "BLOCKED_DUE_TO_ESCALATION"
- updated the "Review Status" to "COMPLETED"

☰ **Fatima Jafri** made several changes
July 12, 2024 · Hide updates

- updated the "Product Counsel" **Redacted - Privilege**
- updated the "Product Counsel Notes" to **Redacted - Privilege**
- updated the "Product Counsel Approval Status" to **Redacted - Privilege**

✎ **Tyler Robbins** updated the "Ip Legal Approval Status" to **Redacted - Privilege**
July 5, 2024 · Like

✎ **Luc Dahlin** updated the "Ip Legal Notes" to "Note for product counsel: **Redacted - Privilege**

# Redacted - Privilege

July 5, 2024 · Like

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    Meta_Kadrey_00238392

**Tyler Robbins** made several changes
June 27, 2024 · Hide updates

updated the "Ip Legal Notes" to  Redacted - Privilege

Redacted - Privilege

updated the "Ip Legal  Redacted - Privilege

updated the "Ip Legal Notes" to "[TYLER]  Redacted - Privilege

Redacted - Privilege

updated the "Ip Legal Approval Status" to  Redacted - Privilege

**David McAneny** made several changes
June 11, 2024 · Hide updates

updated the "Review Status" to "LEGAL_REVIEW"

updated the "Login Required For Download Text" to "Full datasets require download via torrent
Can also search one off books, articles, etc on the website that can be dowloaded"

updated the "Login Required For Download Flag" to "false"

updated the "Type Of Pii" to "Full names, email"

updated the "Pii Present Flag" to "true"

updated the "Pii Present Text" to "Each dataset is hundreds of GB or TB of data, unable to download due to extreme size of datasets, in addition, full downloadable datasets are accessible via torrent, which is blocked
Looking at sample metadata on the website indicates that it is possible for full names, and emails to be contained at least"

updated the "Scraping Prohibited In Tos Text" to "Claims all code and data is open source
Unsure of copyright requirements/obligations for each book, paper, etc. hosted on the website"

updated the "Scraping Prohibited In Tos Flag" to "false"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY	Meta_Kadrey_00238393

- updated the "Robots Txt Disallow Flag" to "true"
- updated the "Robots Txt Disallow Text" to "User-agent: *
  Crawl-delay: 10
  Disallow: /db
  Disallow: /slow_download
  Disallow: /fast_download
  Disallow: /torrents
  Disallow: /search
  Disallow: /scidb"
- updated the "Attributes Required Text" to "If you are interested in mirroring this dataset for archival or LLM training purposes, please contact us.

  Claims all code and data is open source.

  Don't need to credit anna's archive, however unsure of copyright or attribution requirements/obligations for each book, paper, etc. hosted on the website"
- updated the "Contain 1pd Text" to "Each downloadable dataset is hundreds of GB or TB of data, unable to download due to extreme size of datasets. Did not observe 1PD in the observable data"
- updated the "Contain 1pd Flag" to "false"
- updated the "Human Characterization Text" to "Each downloadable dataset is hundreds of GB or TB of data, unable to download due to extreme size of datasets, as a result unable to determine full scope.

  Searching on the website shows that there are human faces associated with full names"
- updated the "Human Characterization Flag" to "true"
- updated the "Attributes Required Flag" to "true"
- updated the "Attributes Required Text" to "If you are interested in mirroring this dataset for archival or LLM training purposes, please contact us.

  Claims all code and data is open source"
- updated the "Scraping Notes" to "Sample metadata indicates that links from various news sources like NYTimes is contained"
- updated the "Review Status" to "IN_PROGRESS"

**Praveen Krishnan** added the tag *genai*.
May 29, 2024 · Like

**Praveen Krishnan** changed the oncall to *gaid*

May 29, 2024 · Like

**Praveen Krishnan** changed the owner to **Praveen Krishnan**.
May 29, 2024 · Like

**Praveen Krishnan** set ACL to Gen_AI
May 29, 2024 · Like

**Praveen Krishnan** changed the title to "Libgen - Anna Archive ".
May 29, 2024 · Like

**Praveen Krishnan** created this Dataset Catalog Dataset Custom Fields.
May 29, 2024 · Hide updates

- updated the "Used Modality" to "Image, Text"
- updated the "Approved Usages" to "Training"
- updated the "Review Status" to "SUBMITTED"
- updated the "Llama4 Review Task" to "375210415523490"
- updated the "Model Family" to "LLAMA4"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      Meta_Kadrey_00238395