# EXHIBIT M

| | |
|---|---|
| **From:** | Stameshkin, Liz <lstameshkin@cooley.com> |
| **Sent:** | Thursday, September 19, 2024 9:01 PM |
| **To:** | Holden Benon; Ghazarian, Colette A; Lauter, Judd; Ghajar, Bobby A.; adunning@cgsh.com; Kathleen Hartnett; Biksa, Liene; Alvarez, Jessica; mlemley@lex-lumina.com |
| **Cc:** | Joe Saveri; Cadio Zirpoli; Christopher Young; Aaron Cera; James Ulwick; Amy Keller; Ruby Ponce; Margaux Poueymirou; Elissa A. Buchanan; Aaron Cera; Ashleigh Jensen; Heaven Haile; Rya Fishman; Matthew Butterick; Bryan Clobes; Alex Sweatman; Mohammed Rathur; dmuller@venturahersey.com; Nada Djordjevic; David Straite |
| **Subject:** | RE: Kadrey v. Meta: Disclosure of Data Sources |

External (lstameshkin@cooley.com)

Report This Email  FAQ  Skout Email Protection

Counsel,

Further to Plaintiffs' request, Meta identifies the following data sources within its possession, custody or control that have been searched and/or collected from to identify potentially responsive or relevant documents or ESI:

- Email
- Workplace Chat
- Contracts
- Google Suite
- Workplace Groups
- Workplace Posts
- Workplace Notes
- Cooley LLP email
- Clearly Gottlieb email
- Public Meta websites (e.g., research.facebook.com, ai.meta.com)
- Research Reviews
- Single Review Tool (SRT)
- GitHub
- Research Super Cluster (RSC)
- S3 (AWS servers)

Best,

Liz

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.