# EXHIBIT P

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>*Defendant*. | Case No. 3:23-cv-03417-VC<br><br>**NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO META PLATFORMS, INC.**<br><br>Date:     November 14, 2025<br>Time:     9:30 a.m., Local Time<br>Location: Boies Schiller Flexner LLP<br>              44 Montgomery Street, Floor 41<br>              San Francisco, CA 94104 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Meta Platforms, Inc. ("Meta") is hereby directed to designate one or more officers, directors, managing agents, or other persons who consent to testify and are most knowledgeable and competent to testify regarding the following topics and related or supporting facts occurring between January 1, 2016 and the present (the "Relevant Period"):

**Topic 1:** Meta's uploading, distribution, and/or making available of copyrighted works via its torrenting of the same.

**Topic 2**: The document beginning with the Bates stamp Meta-Kadrey-SC-000932, including but not limited to file paths "/private/home/nikbash/data/libgen_tst" and "/private/home/nikbash/data/libgen_all," and any testimony or representations by Meta that may be impacted by Meta-Kadrey-SC-000932 or the content stored at those file paths.

**Topic 3**: Meta's blocking and un-blocking/approvals in connection with Library Genesis and/or Anna's Archive, including approval for Anna's Archive and torrenting of content from Library Genesis, Z-Library, Internet Archive, and Duxiu.  *See, e.g.*, Meta_Kadrey_00238411, Meta_Kadrey_0023896.

**Topic 4**: Meta's IP Policy Analysis and Recommendation and "the prior decision w.r.t the content from Anna's Archive," as reflected in Meta_Kadrey_00238411, Meta_Kadrey_0023896.

**Topic 5**: All "mirroring" of datasets related to Library Genesis, Anna's Archive, Z-Library, Internet Archive or Duxiu, including "for archival or LLM purposes." *See* Meta_Kadrey_00238411, Meta_Kadrey_0023896.

**Topic 6**: All "approved usages" or "usages" related to Library Genesis, Anna's Archive, Z-Library, Internet Archive or Duxiu.  *See, e.g.*, Meta_Kadrey_00238411, Meta_Kadrey_0023896, Meta_Kadrey_0023873.

**Topic 7**: The origin and timing of updates, changes, and content in Meta_Kadrey_00238411 and all other AIDC dashboards related to Library Genesis, Anna's Archive, Z-Library, Internet Archive, or Duxiu.

**Topic 8:** The terms, fields, and content of the AIDC dashboards for any and all AIDC dashboards related to Library Genesis, Anna's Archive, Z-Library, Internet Archive, and Duxiu.

This deposition will be taken before an officer qualified to administer oaths. The deposition will be recorded by stenographic and audiovisual means.

Dated: October 29, 2025　　　　　　　　By:　　_/s/ Maxwell V. Pritt_
　　　　　　　　　　　　　　　　　　　　　　　Maxwell V. Pritt

| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Elizabeth J. Cabraser (SBN 083151)<br>Daniel M. Hutchinson (SBN 239458)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>(415) 956-1000<br>ecabraser@lchb.com<br>dhutchinson@lchb.com<br><br>Rachel Geman (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>(212) 355-9500<br>rgeman@lchb.com<br><br>Kenneth S. Byrd (*pro hac vice*)<br>Betsy A. Sugar (*pro hac vice*)<br>222 2nd Avenue South, Suite 1640<br>Nashville, TN 37201<br>(615) 313-9000<br>kbyrd@lchb.com<br>bsugar@lchb.com<br><br>**JOSEPH SAVERI LAW FIRM, LLP**<br>Joseph R. Saveri (SBN 130064)<br>Cadio Zirpoli (SBN 179108)<br>Christopher K.L. Young (SBN 318371)<br>Holden Benon (SBN 325847)<br>Aaron Cera (SBN 351163)<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>(415) 500-6800<br>jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>hbenon@saverilawfirm.com<br>acera@saverilawfirm.com | **BOIES SCHILLER FLEXNER LLP**<br>David Boies (*pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200<br>dboies@bsfllp.com<br><br>Maxwell V. Pritt (SBN 253155)<br>Joshua M. Stein (SBN 298856)<br>Margaux Poueymirou (SBN 356000)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>(415) 293-6800<br>mpritt@bsfllp.com<br>jstein@bsfllp.com<br>mpoueymirou@bsfllp.com<br><br>Jesse Panuccio (*pro hac vice*)<br>Jay Schuffenhauer (*pro hac vice*)<br>1401 New York Ave, NW<br>Washington, DC 20005<br>(202) 237-2727<br>jpanuccio@bsfllp.com<br>jschuffenhauer@bsfllp.com<br><br>Joshua I. Schiller (SBN 330653)<br>David L. Simons (*pro hac vice*)<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>(914) 749-8200<br>jischiller@bsfllp.com<br>dsimons@bsfllp.com<br><br>*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class* |

| | |
|---|---|
| 1 | Matthew Butterick (SBN 250953) |
| 2 | 1920 Hillhurst Avenue, #406 |
|   | Los Angeles, CA 90027 |
| 3 | (323) 968-2632 |
|   | mb@butericklaw.com |
| 4 | **CAFFERTY CLOBES MERIWETHER &** |
| 5 | **SPRENGEL LLP** |
|   | Bryan L. Clobes (*pro hac vice*) |
| 6 | 135 S. LaSalle Street, Suite 3210 |
|   | Chicago, IL 60603 |
| 7 | (312) 782-4880 |
|   | bclobes@caffertyclobes.com |
| 8 | |
| 9 | **DICELLO LEVITT LLP** |
|   | Amy Keller (*pro hac vice*) |
| 10 | Nada Djordjevic (*pro hac vice*) |
|    | James Ulwick (*pro hac vice*) |
| 11 | 10 North Dearborn Street, Sixth Floor |
|    | Chicago, Illinois 60602 |
| 12 | (312) 214-7900 |
|    | akeller@dicellolevitt.com |
| 13 | ndjordjevic@dicellolevitt.com |
| 14 | julwick@dicellolevitt.com |
| 15 | David Straite (*pro hac vice*) |
|    | 485 Lexington Avenue, Suite 1001 |
| 16 | New York, New York 10017 |
| 17 | (646) 933-1000 |
|    | dstraite@dicellolevitt.com |
| 18 | |
|    | **COWAN DEBAETS ABRAHAMS &** |
| 19 | **SHEPPARD LLP** |
|    | Scott J. Sholder (*pro hac vice*) |
| 20 | CeCe M. Cole (*pro hac vice*) |
| 21 | 60 Broad Street, 30th Floor |
|    | New York, NY 10004 |
| 22 | (212) 974-7474 |
|    | ssholder@cdas.com |
| 23 | ccole@cdas.com |
| 24 | *Counsel for Individual and Representative* |
| 25 | *Plaintiffs and the Proposed Class* |

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed by Boies Schiller Flexner LLP. My business address is 1401 New York Avenue, Washington, DC 20005. I am over the age of eighteen and not a party to this action.

On October 29, 2025, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO META PLATFORMS, INC.**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 29, 2025.

*/s/ Jay Schuffenhauer*
Jay Schuffenhauer

# SERVICE LIST

| | |
|---|---|
| Bobby A. Ghajar<br>Colette Ghazarian<br>**COOLEY LLP**<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>Email: bghajar@cooley.com<br>        cghazarian@cooley.com | Karen Leah Dunn<br>Kyle N. Smith<br>**DUNN ISAACSON RHEE LLP**<br>401 9th Street, NW<br>Washington, DC 20004<br>Email: kdunn@dirllp.com<br>        ksmith@dirllp.com |
| Kathleen R. Hartnett<br>Judd D. Lauter<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Email: khartnett@cooley.com<br>        jlauter@cooley.com | Kannon K. Shanmugam<br>William T. Marks<br>**PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP**<br>2001 K Street, NW<br>Washington, DC 20006<br>Email: kshanmugam@paulweiss.com<br>        wmarks@paulweiss.com |
| Mark R. Weinstein<br>Matthew Brigham<br>Elizabeth Lee Stameshkin<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Email: mweinstein@cooley.com<br>        mbrigham@cooley.com<br>        lstameshkin@cooley.com | Anna Stapleton<br>**PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP**<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Email: astapleton@paulweiss.com<br><br>*Counsel for Defendant Meta Platforms, Inc.* |
| Phillip Edward Morton<br>**COOLEY LLP**<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004<br>(202) 776-2317<br>Fax: (202) 842-7899<br>Email: pmorton@cooley.com | |
| Angela L. Dunning<br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>Email: adunning@cgsh.com<br><br>*Counsel for Defendant Meta Platforms, Inc.* | |

Case No. 3:23-cv-03417-VC         5
NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6) TO META PLATFORMS, INC.