# EXHIBIT T

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

**King Exhibit 1**

WWW.DIGITALEVIDENCEGROUP.COM

**2022:**

| | |
|---|---|
| Who: | Guillaume Lample (left company in 2023) |
| When: | Download took place beginning ~10/22 |
| What: | Data from LibGen Fiction, LibGen Scitech (File lists produced at Meta_Kadrey_00237775, sample of file lists provided under binder Tab 5A) |
| How: | Torrent download; believed to have used a version of the download.py script (produced at Meta_Kadrey_00238129 and provided under Tab 8), downloaded to Meta H2 cluster |
| Records: | Torrent log files created by a version of the download.py script (log files produced at Meta_Kadrey_00238128, sample provided under Tabs 6A, 6B) |

**2023:**

| | |
|---|---|
| Who: | Nikolay Bashlykov |
| When: | Beginning in ~Spring 2023 |
| What: | Data from LibGen SciMag.  Other portions direct downloaded. |
| How: | Torrent download, to Meta Devserver |
| Records: | No logs or other information located |

**2024:**

| | |
|---|---|
| Who: | Xiaolan Wang (downloaded), David Esiobu (set up AWS instances and downloaded .torrent files for Ms. Wang) |
| When: | ~April-June 2024 (data from Anna's Archive, i.e., data from IA, Z/Lib, and portions of LibGen Scitech (non-fiction)), ~September-October 2024 (data from DuXiu) |
| What: | Data from Internet Archive (IA) Digital Lending Library, Z/Library, portions from LibGen Scitech (nonfic), DuXiu |
| How: | Torrent download, used AWS EC2 instances, identified at Meta_Kadrey_00237286 under Tabs 9 |
| Upload?: | AWS cost and usage for AWS instances Meta_Kadrey_00237299 at Tab 1A (Cost and usage for April-July 2024, not de-duplicated, obtained from query to internal DB) Meta_Kadrey_00237297 at Tab 2A (Cost and usage for August-October 2024, not de-duplicated, obtained from query to internal DB) |

Meta_Kadrey_00238140 at Tab 3A (Cost and usage for April-July 2024, de-duplicated, obtained from queries to AWS)
Meta_Kadrey_00238141 at Tab 4A (Cost and usage for August-October 2024, de-duplicated, obtained from queries to AWS)

**Interviews**:

Tim Eberhard – existence of logs: (1) forward proxy (2) devserver shell history; 1 year in hive for each
David Esiobu – AWS setup for Xiaolan; directory structure with .torrent files
Xavier Martinet – colleague of Mr. Lample, attempted to facilitate contact
Nikki Vo – Attempted to contact Mr. Lample; no response
Xiaolan Wang – torrent downloads; examined samples of torrent downloads; decompressed, scp'd to laptop; no more than 100 files, avg size 120MB