# EXHIBIT U

Case 3:23-cv-03417-VC   Document 654-26   Filed 11/20/25   Page 2 of 11

4/4/2025   Richard Kadrey, et al. v. Meta Platforms, Inc.   Barbara Frederiksen-Cross
Highly Confidential - Attorneys' Eyes Only

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

IN RE MATTER OF:                    )
RICHARD KADREY, et al.,             )
Plaintiff,                          )
       vs.                          ) C.A. NO.:
META PLATFORMS, INC.,               ) 3:23-cv-03417-VC
Defendant.                          )
_____)

** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **

VIDEOTAPED DEPOSITION OF BARBARA FREDERIKSEN-CROSS

Palo Alto, California

Friday, April 4, 2025


Stenographically Reported by:

HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR

Realtime Systems Administrator

California CSR License #11600

Oregon CSR License #21-0005

Washington License #21009491

Nevada CCR License #980

Texas CSR License #10725

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 654-26   Filed 11/20/25   Page 3 of 11

4/4/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.     Barbara Frederiksen-Cross
                       Highly Confidential - Attorneys' Eyes Only

Page 219

1      Q.   And I'll represent on the record that this
2    was a discussion of logs related to torrenting
3    activity as well.
4      A.   So these were logs that were actually
5    created and stored on disc related to some
6    torrenting activity?
7      Q.   Correct.
8      A.   Okay.  Thank you.
9           MR. WEINSTEIN:  Just to put in context.
10          (Stenographer clarification.)
11          MR. WEINSTEIN:  Page 119, referring to
12   spring of 2023, I just want to make sure the context
13   is there.
14          MR. STEIN:  Okay.  Thank you, Counsel.
15          THE WITNESS:  Okay.
16     Q.   (By Mr. Stein)  Ms. Frederiksen-Cross, I
17   just wanted to confirm a couple of things.
18          Did you look at Meta's torrenting activity
19   from the year 2022?
20     A.   No.
21     Q.   Did you look at Meta's torrenting activity
22   from the year 2024?

Case 3:23-cv-03417-VC   Document 654-26   Filed 11/20/25   Page 4 of 11

4/4/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.       Barbara Frederiksen-Cross
                      Highly Confidential - Attorneys' Eyes Only

Page 220

1    A.   With respect to the materials that we've
2    discussed throughout the day, yes.
3    Q.   And did you look at Meta's torrenting
4    activity in 2023?
5    A.   I think that the 2023 SciTech download was
6    represented, for instance, in the list of materials
7    downloaded and would have been therefore considered
8    as a part of my analysis, yes.
9    Q.   And is that the only torrenting activity
10   that you looked at in 2023?
11   A.   Well, I -- you know, I looked at that
12   summary of the files on the --
13        (Stenographer clarification.)
14        THE WITNESS:  -- on the S3.  It's an Amazon
15   storage area that were the downloaded files.  I was
16   provided a list of those.  And as best I recall, the
17   SciTech materials were included in there.  I could
18   double-check that on a break, but --
19   Q.   (By Mr. Stein)  Okay.
20        But did any other datasets besides SciTech
21   appear in your study of Meta torrenting activity
22   from 2023?

Case 3:23-cv-03417-VC   Document 654-26   Filed 11/20/25   Page 5 of 11

4/4/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.   Barbara Frederiksen-Cross
                         Highly Confidential - Attorneys' Eyes Only

Page 221

1    A.   I believe that one of the torrent scripts I
2    comment on was in the 2023 time period.  The
3    download -- download_trnts as opposed to the
4    download spark one, so some of the source code
5    associated as well.
6    Q.   And -- and what was torrented as part of
7    that script that you looked at?
8    A.   That was the one that torrented portion of
9    LibGen from SciTech.
10   Q.   Okay.
11        I'm sorry.  I was asking you besides
12   SciTech.
13   A.   Oh.  Oh.  I'm sorry.  I'm sorry.
14   Q.   Did you review any other torrenting
15   activity from that year?
16   A.   Not that I specifically reviewed in the
17   context of knowing it was for that year necessarily.
18   Q.   Okay.
19        And did you review any local -- I'm sorry.
20        You already confirmed and you can confirm
21   again that you did not review any local instances
22   from Amazon EC2 that were used by Meta in the

Case 3:23-cv-03417-VC   Document 654-26   Filed 11/20/25   Page 6 of 11

4/4/2025            Richard Kadrey, et al. v. Meta Platforms, Inc.            Barbara Frederiksen-Cross
Highly Confidential - Attorneys' Eyes Only

Page 222

 1    torrenting activity that you examined?
 2        A.   The actual ones that were used, to the best
 3    of my knowledge, not unless they -- unless what they
 4    gave me was access to one, but I was just asking
 5    generically to see how they were set up, so I'm
 6    assuming it was not one.
 7        Q.   So you did not review the command history
 8    associated with those downloads; is that correct?
 9        A.   I'm not aware of any command history having
10    been produced; so, no, I have not reviewed command
11    history associated with any of the downloads.
12        Q.   And with respect to the year 2022, did you
13    review any billing or usage data associated with
14    torrenting?
15             MR. WEINSTEIN:  Object to form.
16             THE WITNESS:  I do not recall that any of
17    the data I reviewed went back that far.
18        Q.   (By Mr. Stein)  And did you review any
19    command history from the year 2022?
20        A.   Again, I'm not aware that any command
21    history from 2022 has been produced, so I have not.
22        Q.   And it's true that the billing and usage

Case 3:23-cv-03417-VC   Document 654-26   Filed 11/20/25   Page 7 of 11

4/4/2025        Richard Kadrey, et al. v. Meta Platforms, Inc.        Barbara Frederiksen-Cross
                       Highly Confidential - Attorneys' Eyes Only

Page 223

1  data for -- from Amazon allowed you to determine
2  upload and download analysis; isn't that correct?
3     A.   It allowed me to determine the upload and
4  download amounts; not the specific content, but the
5  gross number of bytes, if you will, or megabytes for
6  the time periods from which it was produced.
7     Q.   And if that were missing for 2022, would
8  that make it difficult to ascertain amounts
9  downloaded and uploaded?
10         MR. WEINSTEIN:  Object to form.  Calls for
11 speculation.
12         THE WITNESS:  So you're saying assuming
13 that there was downloading in 2022.  Again, I'm not
14 specifically aware of any.
15    Q.   (By Mr. Stein)  Understood.
16    A.   But assuming that there was, if there were
17 no billing records for it -- ask your question
18 again.  Just make sure I'm in the same ballpark
19 here.
20         Are you asking would that mean the billing
21 records were incomplete or -- I just lost the tail
22 end of your question.

Case 3:23-cv-03417-VC   Document 654-26   Filed 11/20/25   Page 8 of 11

4/4/2025         Richard Kadrey, et al. v. Meta Platforms, Inc.      Barbara Frederiksen-Cross
                       Highly Confidential - Attorneys' Eyes Only

Page 238

1    Q.    Okay.

2          And if you'll see a couple lines down,

3    we're talking about the year 2022, although I

4    understand you don't have a complete record in front

5    of you.

6          If I pose the question to you that based on

7    the premise that Meta did torrent LibGen fiction in

8    2022, how would that impact your analysis about the

9    probability of Plaintiffs' works being subject to

10   uploading via torrent?

11         MR. WEINSTEIN:  Object to form.

12         THE WITNESS:  First of all, I would have to

13   understand with respect to the actual S3 data if it

14   was included or not included in the totals and

15   counts that Dr. Choffnes and I did from the S3 data.

16         And then I would also want to characterize

17   and quantify how much data that was and see how

18   that -- how or whether that is reflected in the

19   billing records.

20         I would also want to examine the contents

21   of those datasets, as I did with other datasets via

22   download of Anna's Archive indexes, to understand

Case 3:23-cv-03417-VC   Document 654-26   Filed 11/20/25   Page 9 of 11

4/4/2025     Richard Kadrey, et al. v. Meta Platforms, Inc.    Barbara Frederiksen-Cross
Highly Confidential - Attorneys' Eyes Only

Page 239

1    whether or not this material contained the
2    works-in-suit, and if so, how many copies, and
3    et cetera, and redo the appropriate portions of my
4    analysis to account for the new evidence, of course.
5        Q.   (By Mr. Stein)  And just to note something
6    for the record, you referenced the S3 data.  If you
7    turn to Page 51 of that same exhibit, starting at
8    Page 4, you'll see -- well, I'll give you a second
9    to review that.
10       A.   I think you meant Line 4.
11       Q.   Yes, you're right.  I'm sorry.
12            So, Ms. Frederiksen-Cross, I just want to
13   give you a chance to see the testimony from Meta
14   regarding which GPU cluster was used and to see that
15   it was not Amazon.
16            Do you see that?
17       A.   Right, it's -- appears to be GPU cluster
18   located in Salt Lake City and operated by Penguin
19   Computing, referred to as an H2 cluster.
20       Q.   And were you given any data about the
21   activity of the H2 cluster in this case?
22       A.   Not that I am specifically aware of, you

Case 3:23-cv-03417-VC   Document 654-26   Filed 11/20/25   Page 10 of 11

4/4/2025           Richard Kadrey, et al. v. Meta Platforms, Inc.   Barbara Frederiksen-Cross
                          Highly Confidential - Attorneys' Eyes Only

Page 240

1   know, and I don't know if this data that was

2   included here was ultimately copied to the S3 data

3   that I was -- you know, that I have listings for or

4   not.  So I -- I'm not aware of having been given

5   data that was directly related to H2, and I'm not

6   sure if I have data that was derived from the data

7   that was on this H2 cluster.

8       Q.   And were you aware of Penguin Computing

9   before now, and their role in this case?

10      A.   Not in this case.  I have the vague sense I

11  may have heard their name before in some other

12  context, but not in this case at all.

13      Q.   Okay.

14           Do you know whether Plaintiffs' works are

15  fiction or non-fiction?

16           MR. WEINSTEIN:  Object to form.

17           THE WITNESS:  I believe that some of

18  Plaintiffs' works are fiction.  I do not

19  specifically -- I have to confess, I haven't read

20  all of them, and so I haven't -- as I sit here, I'm

21  not aware of what other categories they fall into

22  aside from their presence or absence in some of the

Case 3:23-cv-03417-VC   Document 654-26   Filed 11/20/25   Page 11 of 11

4/4/2025   Richard Kadrey, et al. v. Meta Platforms, Inc.   Barbara Frederiksen-Cross
Highly Confidential - Attorneys' Eyes Only

Page 293

1      I, HEATHER J. BAUTISTA, CSR No. 11600,
2   Certified Shorthand Reporter, certify:
3      That the foregoing proceedings were taken
4   before me at the time and place therein set forth,
5   at which time the witness declared under penalty of
6   perjury; that the testimony of the witness and all
7   objections made at the time of the examination were
8   recorded stenographically by me and were thereafter
9   transcribed under my direction and supervision; that
10  the foregoing is a full, true, and correct
11  transcript of my shorthand notes so taken and of the
12  testimony so given;
13  (XX) Reading and signing was not requested/offered.
14      I further certify that I am not financially
15  interested in the action, and I am not a relative or
16  employee of any attorney of the parties, nor of any
17  of the parties.
18      I declare under penalty of perjury under the
    laws of California that the foregoing is true and
19  correct.   Dated:   April 6, 2025
20
21
22
    HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR