UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>   Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation<br><br>   Defendant. | Case No. 3:23-cv-03417-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>Hon. Vince Chhabria |

Pursuant to N.D. Cal. Civil Local Rule 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher Farnsworth (collectively, the "Plaintiffs"); and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties"), by and through their respective counsel, stipulate to the following:

1. On November 6, 2025, the Court issued an Order setting a Case Schedule for expert discovery and summary judgment briefing for the remaining claims in this case. Dkt. 641 (the "Scheduling Order").

2. On November 13, 2025, the Court granted Plaintiffs' Administrative Motion for Leave to Obtain Limited Additional Discovery. Dkt. 647 (the "Additional Discovery Order").

3. Pursuant to the Additional Discovery Order and further discovery requests by Plaintiffs and agreed upon by Meta, Meta expects to produce additional responsive documents over the coming weeks. Plaintiffs then expect to depose several fact witnesses.

4. The Parties agree this additional fact discovery ultimately agreed to and/or ordered may be relevant to their experts' analysis and reports, which currently are due on December 19, 2025 and January 22, 2026, respectively. The Parties thus respectfully seek to modify the Scheduling Order so the Parties may complete this discovery, while also affording the Parties' experts time to analyze and incorporate the results of this Further Discovery into their reports.

5. Plaintiffs have also filed a Motion to Amend their Complaint ("Motion to Amend") (ECF Nos. 658, 659), which Meta opposes. In the event the Motion to Amend is granted over Meta's opposition, Meta reserves all rights to assert that further extensions of this schedule will be necessary to enable Meta to take necessary discovery directed to the new claim and plaintiffs and/or address other issues implicated by the amended complaint. However, the proposed extensions below will also provide sufficient time to brief and hear this Motion to Amend. Plaintiffs do not agree any additional fact discovery is needed as a result of their proposed amendments, and even if Meta identifies any non-duplicative discovery the Court finds is warranted, no further extension of the case schedule would be needed.

6. The Parties have also conferred regarding the Court's Order at ECF No. 634, regarding Plaintiffs' Motion for Relief (ECF No. 630) and requesting the Parties submit a stipulation regarding adjudication of the Motion for Relief. The Parties agree that further briefing on the Motion for Relief should be held in abeyance pending an additional update from the Parties.

7. In view of the additional time necessary for the Parties' expert analyses, and to allow sufficient time for any further discovery that is ultimately agreed to by the Parties and/or ordered by the Court, and to brief and resolve existing and potential disputes concerning the scope of any further discovery, the Parties jointly propose an extension to the current expert report deadlines, expert deposition and summary judgment briefing deadlines, as follows:

| Event | Current Scheduling Order (Dkt. 641) | Proposed Deadline |
|---|---|---|
| Opening Expert Reports | Friday, December 19, 2025 | Friday, February 27, 2026 |
| Rebuttal Expert Reports | Thursday, January 22, 2026 | Friday, April 3, 2026 |
| Deadline to Complete Expert Depositions | Friday, February 6, 2026 | Thursday, April 23, 2026 |
| Summary Judgment Brief 1 | Thursday, February 12, 2026 | Thursday, April 30, 2026 |
| Summary Judgment Brief 2 | Thursday, March 12, 2026 | Thursday, May 28, 2026 |
| Summary Judgment Brief 3 | Thursday, April 2, 2026 | Thursday, June 18, 2026 |
| Summary Judgment Brief 4 | Thursday, April 16, 2026 | Thursday, July 2, 2026 |
| Summary Judgment Hearing | Thursday, April 30, 2026 | Thursday, July 16, 2026 |

| | | |
|---|---|---|
| 1 | Dated: December 12, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | By: /s/ *Phillip E. Morton* | By: /s/ *Maxwell V. Pritt* |
| 4 | DUNN ISAACSON RHEE LLP<br>KAREN L. DUNN (*pro hac vice*) | BOIES SCHILLER FLEXNER LLP<br>David Boies (*pro hac vice*) |

Dated: December 12, 2025

By: /s/ *Phillip E. Morton*

DUNN ISAACSON RHEE LLP
KAREN L. DUNN (*pro hac vice*)
(kdunn@dirllp.com)
KYLE N. SMITH (pro hac vice)
(ksmith@dirllp.com)
401 9th Street, NW
Washington, DC 20004
Telephone:  (202) 240-2900

COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:  (310) 883-6400

COOLEY LLP
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:  (650) 843-5000

COOLEY LLP
PHILLIP MORTON (*pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, Ca 94304
Telephone:  (650) 815-4131

Respectfully submitted,

By: /s/ *Maxwell V. Pritt*

BOIES SCHILLER FLEXNER LLP
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

STIP. AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 3:23-cv-03417-VC

4

1  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
2  KANNON K. SHANMUGAM (*pro hac vice*)
   (kshanmugam@paulweiss.com)
3  2001 K Street, NW
   Washington, Dc 20006
4  Telephone:    (202) 223-7300

5  *Counsel For Defendant*
   META PLATFORMS, INC.

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs concurs in the filing of this document.

/s/ *Phillip E. Morton*
Phillip E. Morton

**PROPOSED ORDER**

Pursuant to the stipulation of the Parties, the Court grants the Parties' request to amend the Case Schedule.

**IT IS SO ORDERED**.

DATED: _____  _____
   HON. VINCE CHHABRIA
   United States District Judge