1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation <br><br> Defendant. | Case No. 3:23-cv-03417-VC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR ECF NO. 658** <br><br> Hon. Vince Chhabria |

Pursuant to N.D. Cal. Civil Local Rule 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst and Christopher Farnsworth (collectively, the "Plaintiffs"); and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties"), by and through their respective counsel, stipulate to the following:

1. On December 11, 2025, Plaintiffs filed their Motion for Leave to File Fourth Amended Consolidated Complaint ("Motion for Leave"). (ECF No. 658, 659.)

2. Under Local Rule 7-3(a), Meta's opposition to the Motion for Leave is due December 26, 2025.

3.  In view of the holidays, Meta has asked for, and Plaintiffs do not oppose, an extension of time for Meta to respond to the Motion to Amend to January 2, 2026. The Parties agree that Plaintiffs' reply brief would be due January 9, 2026.

4.  The Parties will be prepared to proceed with the originally noticed hearing date of January 15, 2026.

5.  In view of the above, the Parties jointly propose an extension to the current deadlines for briefing regarding the Motion for Leave as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opposition Brief | Friday, December 26, 2025 | Friday, January 2, 2026 |
| Reply Brief | Friday, January 2, 2026 | Friday, January 9, 2026 |
| Hearing | Thursday, January 15, 2026 | Thursday, January 15, 2026 |

| | |
|---|---|
| Dated: December 18, 2025 | Respectfully submitted, |
| By: /s/Phillip E. Morton | By: /s/ Maxwell V. Pritt |
| DUNN ISAACSON RHEE LLP<br>KAREN L. DUNN (*pro hac vice*)<br>(kdunn@dirllp.com)<br>KYLE N. SMITH (pro hac vice)<br>(ksmith@dirllp.com)<br>401 9th Street, NW<br>Washington, DC 20004<br>Telephone:     (202) 240-2900 | BOIES SCHILLER FLEXNER LLP<br>David Boies (*pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200<br>dboies@bsfllp.com<br><br>Maxwell V. Pritt (SBN 253155)<br>Joshua M. Stein (SBN 298856)<br>Margaux Poueymirou (SBN 356000)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>(415) 293-6800<br>mpritt@bsfllp.com<br>jstein@bsfllp.com<br>mpoueymirou@bsfllp.com |
| COOLEY LLP<br>BOBBY GHAJAR (198719)<br>(bghajar@cooley.com)<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>Telephone:     (310) 883-6400 | |
| COOLEY LLP<br>MARK WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>KATHLEEN HARTNETT (314267)<br>(khartnett@cooley.com)<br>JUDD LAUTER (290945)<br>(jlauter@cooley.com)<br>ELIZABETH L. STAMESHKIN (260865)<br>(lstameshkin@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone:     (650) 843-5000 | Jesse Panuccio (*pro hac vice*)<br>Jay Schuffenhauer (*pro hac vice*)<br>1401 New York Ave, NW<br>Washington, DC 20005<br>(202) 237-2727<br>jpanuccio@bsfllp.com<br>jschuffenhauer@bsfllp.com<br><br>Joshua I. Schiller (SBN 330653)<br>David L. Simons (*pro hac vice*)<br>55 Hudson Yards, 20th Floor<br>New York, NY 10001<br>(914) 749-8200<br>jischiller@bsfllp.com<br>dsimons@bsfllp.com |
| COOLEY LLP<br>PHILLIP MORTON (*pro hac vice*)<br>(pmorton@cooley.com)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:     (202) 842-7800 | *Counsel for Individual and Representative Plaintiffs and the Proposed Class* |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ANGELA L. DUNNING (212047)<br>(adunning@cgsh.com)<br>1841 Page Mill Road, Suite 250<br>Palo Alto, Ca 94304<br>Telephone:     (650) 815-4131 | |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>KANNON K. SHANMUGAM (*pro hac vice*)<br>(kshanmugam@paulweiss.com)<br>2001 K Street, NW<br>Washington, Dc 20006<br>Telephone:     (202) 223-7300 | |
| *Counsel For Defendant*<br>*META PLATFORMS, INC.* | |

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs concurs in the filing of this document.

/s/ *Phillip E. Morton*
Phillip E. Morton

## PROPOSED ORDER

Pursuant to the stipulation of the Parties, the Court grants the Parties' request to amend the Case Schedule.

**IT IS SO ORDERED**.

DATED: _____      _____
                                                                   HON. VINCE CHHABRIA
                                                                   United States District Judge