# WOODHOUSE EXHIBIT G

# EXHIBIT 10

Message

| | |
|---|---|
| **From:** | Stephen Roller [████@meta.com] |
| **Sent:** | 10/24/2022 2:21:22 PM |
| **To:** | Stephen Roller [████@meta.com]; Guillaume Lample [████@meta.com] |
| **Subject:** | Message summary [{"otherUserFbId":100013719061763,"threadFbId":null}] |

Stephen Roller (10/24/2022 06:38:52 PDT):
>I'm still downloading but when I did a small sample I saw mostly epubs

Stephen Roller (10/24/2022 07:20:39 PDT):
>i'm finding a very long tail of stragglers who aren't finishing their torrenting

Stephen Roller (10/24/2022 07:20:54 PDT):
>it's been a week and only 2000/3400 are finished

Stephen Roller (10/24/2022 07:21:22 PDT):
>tho it's already 32 TB lmao

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00238564