# WOODHOUSE EXHIBIT J

# EXHIBIT 15

# Libgen Torrents Test Code

Visible to All Users

| | |
|---|---|
| **Author** | |
| **Created** | Thu May 4, 2023 7:24am |
| **Subscribers** | None |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_002383347

Meta_Kadrey_00238348

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

