UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>*Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR CLASS DISCOVERY AND CLASS CERTIFICATION BRIEFING SCHEDULE** |

Before this Court is Plaintiffs' Administrative Motion for Class Discovery and Class Certification Briefing Schedule ("Motion"). The current case schedule is as follows, Dkts. 660, 666:

| Event | Deadline |
|---|---|
| Opening Expert Reports | Friday, February 27, 2026 |
| Rebuttal Expert Reports | Friday, April 3, 2026 |
| Deadline to Complete Expert Depositions | Thursday, April 23, 2026 |
| Summary Judgment Brief 1 | Thursday, April 30, 2026 |
| Summary Judgment Brief 2 | Thursday, May 28, 2026 |
| Summary Judgment Brief 3 | Thursday, June 18, 2026 |
| Summary Judgment Brief 4 | Thursday, July 2, 2026 |
| Summary Judgment Hearing | Thursday, July 16, 2026 |

Having considered the parties' briefing and arguments on the Motion, and all papers filed herein, the Court hereby GRANTS Plaintiffs' Motion and ORDERS the following amended case schedule:

[PROPOSED] ORDER GRANTING PLTFS.' ADMIN. MOTION FOR CLASS DISCOVERY AND CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. 3:23-cv-03417-VC

1

| Event | Deadline |
|---|---|
| Opening Fact Expert Reports | Friday, March 13, 2026 |
| Rebuttal Fact Expert Reports | Friday, April 10, 2026 |
| Deadline to Complete Fact Expert Depositions | Thursday, April 23, 2026 |
| Plaintiffs' Summary Judgment Brief 1 | Thursday, April 30, 2026 |
| Meta's Summary Judgment Brief 2 & Plaintiffs' Motion for Class Certification | Thursday, May 28, 2026 |
| Plaintiffs' Summary Judgment Brief 3 & Meta's Opposition to Motion for Class Certification (and any Rule 702 Motion re Plaintiffs' Class Cert Experts)*<br><br>*Depositions of Plaintiffs' class cert experts to be completed within two weeks of filing class cert motion | Thursday, June 18, 2026 |
| Meta's Summary Judgment Brief 4 (and Opposition to any Rule 702 Motion re Class Cert Experts) & Plaintiffs' Reply to Motion for Class Certification (and any Rule 702 Motion re Meta's Class Cert Experts and Opposition to Meta Rule 702 Motion re Plaintiffs' Class Cert Experts)<br><br>*Depositions of Meta's class cert experts to be completed within two weeks of filing of class cert opposition | Thursday, July 2, 2026 |
| Meta's Opposition to any Rule 702 Motion re Class Cert Experts | Thursday, July 9, 2026 |
| Summary Judgment & Class Certification Hearing | Thursday, July 16, 2026 |

**IT IS SO ORDERED**, on this date _____.

_____
The Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE