**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and*
*Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al., | Case No. 3:23-cv-03417-VC |
| *Individual and Representative Plaintiffs,* | |
| v. | **DECLARATION OF MARGAUX POUEYMIROU IN SUPPORT OF PLAINTIFFS' REPLY TO MOTION FOR LEAVE TO AMEND COMPLAINT AND OPPOSITION TO META'S MOTION TO STAY** |
| META PLATFORMS, INC., | |
| *Defendant.* | |

I, Margaux Poueymirou, declare as follows:

1.      I am an attorney duly licensed to practice in the State of California.  I am a partner in the San Francisco, California office of Boies Schiller Flexner, LLP ("BSF"), counsel for Plaintiffs in the above-captioned action.  I have personal knowledge of the matters stated herein and if called upon, I can competently testify thereto.  I make this declaration pursuant to 28 U.S.C. Section 1746 and Local Rule 6-3 in support of Plaintiffs' Reply to Motion for Leave to Amend the Complaint and Opposition to Meta's Motion to Stay.

2.      My team and I have conferred with Entrepreneur Media's counsel regarding Meta's Motion to Stay. Entrepreneur Media's counsel represented that Entrepreneur Media does not support Meta's Motion to Stay.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of January 2025 in San Francisco, California.

By:           /s/ Margaux Poueymirou
              Margaux Poueymirou

**DECLARATION OF MARGAUX POUEYMIROU**
CASE NO. 3:23-cv-03417-VC