# CHOFFNES REPLY DECLARATION

## FILED UNDER SEAL