# APPENDIX C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RICHARD KADREY, et al., | Case No. 3:23-cv-03417-VC |
|---|---|
| *Individual and Representative Plaintiffs*, v. META PLATFORMS, INC., *Defendant*. | [PROPOSED] ORDER RE: CASE MANAGEMENT SCHEDULE |

The Court sets the following schedule for completion of fact and expert discovery, briefing on motions for summary judgment and class certification, and motions to exclude expert opinion:

| Event | Deadline |
|---|---|
| Fact Discovery Cutoff for Summary Judgment (discovery to be coordinated with *Entrepreneur Media* on overlapping claims) | Friday, May 15, 2026 |
| Opening Expert Reports for Summary Judgment | Friday, May 29, 2026 |
| Rebuttal Expert Reports for Summary Judgment | Friday, June 19, 2026 |
| Reply Expert Reports for Summary Judgment | Friday, July 3, 2026 |
| Close of Expert Discovery for Summary Judgment | Friday, July 17, 2026 |
| Plaintiffs' Summary Judgment Brief 1 | Friday, July 24, 2026 |
| Meta's Summary Judgment Brief 2 (opposition to Plaintiffs' summary judgment motion, Meta's own summary judgment motion, and motions to exclude, in one brief) | Friday, August 21, 2026 |
| Plaintiffs' Summary Judgment Brief 3 (reply in support of summary judgment motion, opposition to Meta's summary judgment motion and motions to exclude, and Plaintiffs' own motions to exclude, in one brief) | Friday, September 11, 2026 |
| Meta's Summary Judgment Brief 4 (reply in support of summary judgment motion and oppositions to Plaintiffs' motions to exclude, in one brief) | Friday, September 25, 2026 |

There will be no replies in support of motions to exclude. The first and fourth briefs are limited to 30 pages, and the second and third briefs are limited to 40 pages. Meta's opposition to Plaintiffs'

Rule 702 motions is limited to 10 pages. The Court will set a status conference after ruling on summary judgment to set a further Case Management Schedule, as appropriate, to address, among other things, any dates for supplementing fact and expert disclosures under Rule 26(e). The *Kadrey* and *Entrepreneur Media* parties shall coordinate further discovery on the cases' overlapping claims. To facilitate coordination of discovery on overlapping claims between the cases, the parties in both actions may exchange material designated under each actions' respective protective order.

**IT IS SO ORDERED**.

Dated:

_____
VINCE CHHABRIA
United Stated District Judge