**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Individual and Representative Plaintiffs*
*and the Proposed Class. (additional counsel included below)*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>                                   *Defendant.* | CASE NO. 3:23-cv-03417-VC<br><br>**DECLARATION OF JESSE PANUCCIO IN SUPPORT OF PLAINTIFFS' LETTER TO THE COURT** |

I, Jesse Panuccio, declare as follows:

1. I am an attorney duly licensed to practice in the District of Columbia. I am a partner in the Washington, District of Columbia office of Boies Schiller Flexner, LLP ("BSF"), counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 and Local Rule 6-3 in support of Plaintiffs' Letter to the Court.

2. Attached as Exhibit A is a true and correct copy of Meta's Second Further Supplemental and Amended Responses and Objections to Plaintiffs' Second Set of Interrogatories, served by Meta to Plaintiffs on February 27, 2026.

3. Attached as Exhibit B is a true and correct copy of a transcript excerpt of the April 4, 2025 deposition of Meta's torrenting expert, Barbara Frederiksen-Cross.

4. Attached as Exhibit C is a true and correct copy of a transcript excerpt of the March 3, 2025 deposition of Meta's 30(b)(6) designee, Michael Clark.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of March 2026 in Palm Beach County, Florida.

By:     /s/ *Jesse Panuccio*
          Jesse Panuccio