# APPENDIX A

Meta Platforms, Inc
Ninth Privilege Log - February 27, 2026

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodian(s) | Author/From | To | CC | BCC | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/ Redact / Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 148 | Meta_Kadrey_00255013 | Meta_Kadrey_00255013 | Van-der-Linde, Jelmer | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F2811F88BBF648979E1559DAE1F7229E-BD345D90-BE | | | | 2/12/2024 8 17 | Chat seeking legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | | | Privileged - Redact | EMAIL | StandAlone Document |
| 150 | Meta_Kadrey_00255016 | Meta_Kadrey_00255016 | Heafield, Kenneth;Van-der-Linde, Jelmer | ▉▉▉ @meta com | Jelmer Van Der Linde ▉▉▉ @meta com>; Kenneth Heafield ▉▉▉ @meta com> | | | 1/4/2024 23 26 | Chat requesting information for the purpose of facilitating legal advice and containing legal advice concerning copyright issues | Attorney Client | MPI In-House Legal Counsel | Message summary [{"otherUserFbId" 10005938 9875242,"threadFbId" null}] | Message summary [{"otherUserFbId" 10005938 9875242,"threadFbId" null}] | Privileged - Redact | WP Chats | StandAlone Document |

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc.
Amended and Supplemental Fifth Privilege Log - February 12, 2025

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | Beg Attach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/ Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 197 | | | Bashlykov, Nikolay;Kambadur, Melanie | ▇@meta.com | Melanie Kambadur <▇@meta.com>; Nikolay Bashlykov <▇@meta.com>; Jelmer Van Der Linde ▇@meta.com>; Luc Dahlin <▇@meta.com>; Jort Gemmeke <▇@meta.com>; Ahuva Goldstand ▇@meta.com>; Sara Chugh <▇@meta.com> | | | | 1/5/2024 | Chat seeking and reflecting legal advice concerning copyright and contract issues | Attorney Client | Ahuva Goldstand; Lucas Dahlin | Message summary [{"otherUserFbId": null,"threadFbId":6 92352530773057 7}] | Message summary [{"otherUserFbId": null,"threadFbId":6 92352530773057 7}] | Privileged - Withhold | WP Chats | StandAlone Document |
| 254 | | | Bashlykov, Nikolay;Kambadur, Melanie | ▇@meta.com | Melanie Kambadur <▇@meta.com>; Nikolay Bashlykov <▇@meta.com>; Jelmer Van Der Linde <▇@meta.com>; Luc Dahlin <▇@meta.com>; Jort Gemmeke <▇@meta.com>; Ahuva Goldstand <▇@meta.com>; Sara Chugh <▇@meta.com> | | | | 1/5/2024 | Chat seeking and containing legal advice concerning copyright and contract issues | Attorney Client | Ahuva Goldstand; Lucas Dahlin | Message summary [{"otherUserFbId": null,"threadFbId":6 92352530773057 7}] | Message summary [{"otherUserFbId": null,"threadFbId":6 92352530773057 7}] | Privileged - Withhold | WP Chats | StandAlone Document |
| 257 | | | Bashlykov, Nikolay;Edunov, Sergey;Kambadur, Melanie | ▇@meta.com | Melanie Kambadur <▇@meta.com>; Sergey Edunov <▇@meta.com>; Nikolay Bashlykov <▇@meta.com>; Jelmer Van Der Linde <▇@meta.com>; Luc Dahlin <▇@meta.com>; Jort Gemmeke <▇@meta.com>; Sneha Joshi <▇@meta.com>; Ahuva Goldstand <▇@meta.com>; Sara Chugh <▇@meta.com>; Viktor Kerkez <▇@meta.com> | | | | 1/9/2024 | Chat seeking and containing legal advice concerning product development, copyright, and data privacy issues | Attorney Client | Ahuva Goldstand; Lucas Dahlin | Message summary [{"otherUserFbId": null,"threadFbId":6 92352530773057 7}] | Message summary [{"otherUserFbId": null,"threadFbId":6 92352530773057 7}] | Privileged - Withhold | WP Chats | StandAlone Document |

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc.
Third Privilege Log (email) - December 13, 2024

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | BegAttach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1256 | Meta_Kadrey_00204235 | Meta_Kadrey_00204235 | Bashlykov, Nikolay | ████ @meta.com | Nikolay Bashlykov <nikbash@meta.com>; Jelmer Van Der Linde ████ @meta.com> | | | | 1/5/2024 16:54 | Chat reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | Message summary [{"otherUserFbId":10008 3037918592,"threadFbId ":null}] | Message summary [{"otherUserFbId":10008 3037918592,"threadFbId ":null}] | Privileged - Redact | WP Chats | StandAlone Document |
| 1373 | Meta_Kadrey_00211852 | Meta_Kadrey_00211852 | Kambadur, Melanie | ████ @meta.com | Melanie Kambadur ████ @meta.com>; Jelmer Van Der Linde ████ @meta.com> | | | | 1/5/2024 15:16 | Chat reflecting legal advice concerning product development | Attorney Client | MPI In-House Legal Counsel | Message summary [{"otherUserFbId":61553 896645943,"threadFbId": null}] | Message summary [{"otherUserFbId":61553 896645943,"threadFbId": null}] | Privileged - Redact | WP Chats | StandAlone Document |