# EXHIBIT B

**Sent**:    1/5/2024 10:15:31 AM
**Subject**:Hey Melanie, I'm feeling quite uncomfortable with this task. In the libgen case, did legal [ Redacted ]
[ **Redacted** ]


Hey Melanie, I'm feeling quite uncomfortable with this task. In the libgen case, did legal [ Redacted ]
[ **Redacted** ]

Or put more directly, [ **Redacted** ]

[ # **Redacted** ]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        Meta_Kadrey_00255013