# EXHIBIT C

Message
_____

**From:** Jelmer Van Der Linde [████████@meta.com]
**Sent:** 1/5/2024 4:54:57 PM
**To:** Nikolay Bashlykov [████████@meta.com]; Jelmer Van Der Linde [████████@meta.com]
**Subject:** Message summary [{"otherUserFbId":100083037918592,"threadFbId":null}]


Jelmer Van Der Linde (1/05/2024 03:08:06 PST):
>I'm a bit confused about what happened with libgen. [Redacted]
[Redacted]
https://docs.google.com/document/d/████████████████-
2UxLfhHrM8/edit#heading=h.wf1pvet75omi

Jelmer Van Der Linde (1/05/2024 03:08:06 PST):
>But code seems to suggest you at least tried torrenting after implementing the direct download:
https://github.com/fairinternal/████████████████████/fair_use_lib/download/download_trn
ts.py

Jelmer Van Der Linde (1/05/2024 03:09:27 PST):
>melanie came back to me saying we should use the same approach as done with libgen. However, I can't say
I'm particularly comfortable with it from a legal or ethical point of view right now

Jelmer Van Der Linde (1/05/2024 03:10:19 PST):
>(which I also expressed to her, since she assigned me this task)

Nikolay Bashlykov (1/05/2024 03:11:00 PST):
>hey! I used direct link uploading for most of the datasets. But for the scimag (scientific articles and
magazines) I had to fallback to torrenting since the volume was too large.

Nikolay Bashlykov (1/05/2024 03:13:59 PST):
>I think we can try direct link uploading using the index from the library database (same approach as I
used for libgen).
>Let's see if there are hosts that do not require captcha solving (for libgen there were 2 or 3 hosts
without captchas)

Jelmer Van Der Linde (1/05/2024 03:18:13 PST):
>Hmm. The "slow downloads" links I found were all hidden behind cloudflare, and used bandwidth limiting
tactics (if they were still up, some of them were just plain ad farms, some even got blocked by
Facebook's firewall)

Nikolay Bashlykov (1/05/2024 03:22:00 PST):
>yeah, there are quite a few of them as well. I found a few mirrors like this, probably worth testing
them:
>http://library.lol/main/{md5}
>https://ipfs.io/ipfs/{ipfs_cid}
>https://cloudflare-ipfs.com/ipfs/{ipfs_cid}
>https://sci-hub.ru/{doi}
>http://library.lol/scimag/{doi}
>
>that's from this script
>https://github.com/fairinternal/████████████████████/fair_use_lib/download/download_li
bgen_direct.py

Nikolay Bashlykov (1/05/2024 04:04:43 PST):
>maybe let's catchup later today to see different options how to download?

Jelmer Van Der Linde (1/05/2024 04:08:44 PST):
>Let's do that. I'm still on the train, but should be in a quiet and stable internet place around 15:30 -
16:00 ish your time!

Nikolay Bashlykov (1/05/2024 04:09:45 PST):
>ah! no worries, let's catchup around 5pm if that works better? or next week then?

Jelmer Van Der Linde (1/05/2024 04:13:06 PST):
>16:00 GMT is fine with me (17:00 for me) and honestly I'd rather try to figure this out sooner rather
than later ☺

Nikolay Bashlykov (1/05/2024 04:13:35 PST):
>great, I'll drop a meeting!

Jelmer Van Der Linde (1/05/2024 08:08:25 PST):
>e56cefa456465c30c5322320003c4c8a

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00204235

Jelmer Van Der Linde (1/05/2024 08:10:25 PST):
>https://annas-archive.org/db/aarecord/md5:e56cefa456465c30c5322320003c4c8a.json

Nikolay Bashlykov (1/05/2024 08:24:43 PST):
> **Redacted**

Nikolay Bashlykov (1/05/2024 08:34:04 PST):
>here is the GenAI AWS Cluster onboarding doc:
>https://www.internalfb.com/████████████████████████/High_Performance_Computing_as_a_Servic
e/Legacy/User_Guide/MetaHPC_GEN_AI/
>
>and here is the group if smth doesn't work:
>https://fb.workplace.com/groups/████████████/
>
>you need to ask Melanie to add you here:
>https://www.internalfb.com/amp/group/████████████

Jelmer Van Der Linde (1/05/2024 08:54:57 PST):
>I'm pretty surprised by this. **Redacted**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00204236