# EXHIBIT E

Message

From:       Kenneth Heafield [████████@meta.com]
Sent:       1/8/2024 6:48:12 PM
To:         Jelmer Van Der Linde [████████@meta.com]; Kenneth Heafield [████████@meta.com]
Subject:    Message summary [{"otherUserFbId":61553896645943,"threadFbId":null}]

Kenneth Heafield (1/08/2024 06:52:46 PST):
>Did you get an ok response?

Jelmer Van Der Linde (1/08/2024 07:22:34 PST):
>We asked legal. They said ┊                    Redacted                    ┊
┊                               Redacted                                     ┊

Kenneth Heafield (1/08/2024 07:25:11 PST):
>You know Microsoft trained an LM on the pile and documented that.  Somebody at Microsoft of all places had to approve downloading a bunch of pirated books.

Jelmer Van Der Linde (1/08/2024 07:26:19 PST):
>They've already done it here as well. They did this assessment when they downloaded libgen.li

Kenneth Heafield (1/08/2024 07:28:46 PST):
>Also are you on date then or some inference too?  Trying to figure out both if you've been told something and whether to include you in inference stuff.

Kenneth Heafield (1/08/2024 07:29:41 PST):
>And also which way you want me to fight if applicable

Jelmer Van Der Linde (1/08/2024 07:30:26 PST):
>You're the only one pulling me into inference. Melanie has been trying to capture me for data (or particularly this task) and I've got two other people from that team trying to onboard me.

Jelmer Van Der Linde (1/08/2024 07:30:46 PST):
>But if this is the things they want me to do on the data side, plz get me on inference because I do not agree with any of this

Kenneth Heafield (1/08/2024 07:32:12 PST):
>I mean Melanie manages data, it's kind of her job to rope good people into her domain

Jelmer Van Der Linde (1/08/2024 07:33:21 PST):
>Oh no I don't mind working on data. But I don't like the lets-use-data-that-should-not-be-public-so-we-don't-have-to-pay-for-it approach.

Kenneth Heafield (1/08/2024 07:35:14 PST):
>Melanie just chatted she is ok with splitting your time or figuring out where you fit the most

Kenneth Heafield (1/08/2024 07:36:04 PST):
>Added you to a chat on block sparsity that will probably not go anywhere to keep you in the loop

Kenneth Heafield (1/08/2024 08:12:45 PST):
>Thus far all I've done on inference is run the code which was harder than it should have been

Kenneth Heafield (1/08/2024 10:11:09 PST):
>Realignment accomplished?

Jelmer Van Der Linde (1/08/2024 10:11:42 PST):
>The situation has significantly improved yes

Kenneth Heafield (1/08/2024 10:13:25 PST):
>Politically it's better to say X and Y are a good fit for you rather than start by staying Z sucks

Kenneth Heafield (1/08/2024 10:14:05 PST):
>But you were honest ;-)

Jelmer Van Der Linde (1/08/2024 10:48:12 PST):
>This was me being political, I could have gone into why I don't want to work on it and why I think it shouldn't been worked on or should have been worked on differently

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00255015