# EXHIBIT G

DUNN ISAACSON RHEE LLP
KAREN L. DUNN (*pro hac vice*)
(kdunn@dirllp.com)
JESSICA PHILLIPS (*pro hac vice*)
(jphillips@dirllp.com)
KYLE N. SMITH (*pro hac vice*)
(ksmith@dirllp.com)
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 240-2900

COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:     (310) 883-6400

KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone:     (650) 815-4131

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>    Individual and Representative Plaintiffs,<br><br>        v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                        Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DECLARATION OF MELANIE KAMBADUR** |

I, Melanie Kambadur, hereby declare:

1.      I am a Research Director at Meta Platforms, Inc. ("Meta").  I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2.      I have worked at Meta since March of 2021.  I started in the Facebook AI Research ("FAIR") group and transitioned to a role on the Generative AI team in approximately March of 2023, which I held until August 2025. I currently serve as a Director of AI Research in the FAIR group.

3.      My employment at Meta has included research and development of Meta's machine learning and large language model (LLM) technologies, including the Llama LLMs.  Beginning in 2023, I have been one of the managers overseeing model development. My responsibilities have included supporting researchers and engineers on the Llama team.  As part of that support role, I have regularly acted and continue to act as one of the points of contact (or "POC") between the Meta In-House Legal Team and researchers and engineers on the FAIR and Generative AI teams.

4.      For example, in some situations when members of the FAIR or Generative AI teams would approach me with a question requiring legal advice or guidance from the In-House Legal team, I was responsible for locating and contacting the appropriate attorney or attorneys on Meta's In-House Legal Team to present the question, and then relaying the legal advice provided by the In-House Legal Team back to the FAIR or Generative AI team so that they could implement it or take any necessary actions in response.  I have reviewed communications from January 2024 that I understand are the subject of a dispute between the parties to this case, in which I was communicating with Jelmer van der Linde and Kenneth Heafield.  These are examples of communications in which I was acting as a POC with the Meta In-House Legal Team.

5.      Utilizing POCs in this way helps to provide efficiencies within Meta, including for example, avoiding having multiple team members directly contacting the Meta In-House Legal Team, and streamlining the process of identifying the right attorney to provide legal advice on the questions raised.  Many engineers and researchers in the FAIR and Generative AI teams do not regularly interact directly with the Meta In-House Legal Team.  Utilizing POCs assists in refining

questions before they reach the Meta In-House Legal Team and allows legal advice to be communicated back to the FAIR and Generative AI teams in a coordinated and consistent way.

6.    It is common practice and part of the culture at Meta to refer to teams by their group name, rather than by individuals.  For example, the Generative AI team would often refer to "Legal" when referencing a conversation with someone on Meta's In-House Legal Team rather than naming any one lawyer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York on this 19th day of March 2026.

_____
Melanie Kambadur

COOLEY LLP
ATTORNEYS AT LAW

3                    DECLARATION OF MELANIE KAMBADUR
                     CASE NO. 3:23-CV-03417-VC-TSH