# EXHIBIT I

| From: | Maxwell Pritt |
|---|---|
| To: | z/Meta-Kadrey; Karen Dunn; Kyle Smith; John Paredes; Jessica Phillips; Christine Ray; Dunning, Angela L.; Stapleton, Anna |
| Cc: | Llama C-Counsel |
| Subject: | Kadrey v. Meta - Newly-Produced Meta Documents & Redactions |
| Date: | Wednesday, March 11, 2026 11:37:25 PM |

Counsel,

Meta's new production reveals for the first time that the issue of uploading while torrenting from shadow libraries was discussed by Meta employees and raised with in-house counsel in at least early January 2024. For example, Meta_Kadrey_00255016 reveals that Jelmer Van Der Linde was concerned about the legality of accessing pirated copyrighted works and the legality of torrenting—and thus "re-uploading"—such pirated content.  Meta_Kadrey_00211852 shows that on the following day, Mr. Van Der Linde raised his concern with Ms. Kambadur, who in turn raised the issue with at least in-house counsel Ahuva Goldstand and non-attorney Jort Gemmeke in a separate "thread with our legal team." That thread does not appear to have been produced or logged. Please immediately produce or log it and all associated documents and communications.  Please also identify by log entry all withheld or redacted documents on Meta's logs that concern the issue of uploading/distribution (at any point during or after torrenting, e.g., leeching or seeding) in connection with shadow libraries.

In addition, please confirm that Meta will produce Meta_Kadrey_00255016, 00211852, 00204235, and 00255013 without redaction.  None of these documents are attorney-client communications, and a non-attorney asking another non-attorney about potential legal issues is not privileged.  It is also unclear whether 00211852 and 00255013 contain the same initial two messages and if they have inconsistent redactions.  It is also unclear whether Meta previously, and improperly, fully withheld a version of 00255013 at Log 1375.  Moreover, the metadata produced with 00255013 makes clear that Meta's redactions are improper as the metadata reveals substance that Meta apparently redacted in the document but that clearly does not contain any request for or provision of legal advice.  It is also clear from these documents and the issues raised herein that the descriptions in Meta's logs for these documents are inaccurate.

Based on these new productions, Plaintiffs reiterate their request that Meta run the "Appendix C" search terms (as amended) on Mr. Heafield's custodial files, especially in light of his newly-disclosed involvement in discussions about the legality of torrenting and uploading from Anna's Archive. In addition, we ask that Meta add Melanie Kambadur, Jort Gemmeke, Sergey Edunov, and Sean Bell to the list of Appendix C custodians.  With respect to Mr. Edunov, it is now clear based on newly produced documents that he "signed off on using Libgen" in 2023.  And with respect to Mr. Bell, he apparently was involved in obtaining re-approval for Anna's Archive in mid-2024.

If Meta refuses Plaintiffs' requests above, please let us know when you are next available this week to meet and confer.  Thank you.

Best,
Max