DUNN ISAACSON RHEE LLP
KAREN L. DUNN (*pro hac vice*)
kdunn@dirllp.com
JESSICA E. PHILLIPS (*pro hac vice*)
jphillips@dirllp.com
KYLE N. SMITH (*pro hac vice*)
ksmith@dirllp.com
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900


CLEARY GOTTLIEB STEEN &
HAMILTON LLP
ANGELA L. DUNNING (212047)
adunning@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131


*Counsel for Defendant Meta Platforms, Inc.*

COOLEY LLP
KATHLEEN R. HARTNETT
(314267)
khartnett@cooley.com
BOBBY A. GHAJAR (198719)
bghajar@cooley.com
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

MARK R. WEINSTEIN (193043)
mweinstein@cooley.com
ELIZABETH L. STAMESHKIN
(260865) lstameshkin@cooley.com
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000

PHILLIP MORTON (*pro hac vice*)
pmorton@cooley.com
1299 Pennsylvania Avenue NW, Suite
700
Washington, DC 20004
Telephone: (202) 842-7800

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>    Individual and Representative Plaintiffs,<br><br>        v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DECLARATION OF MICHELLE WOODHOUSE IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO SEAL** |

I, Michelle Woodhouse, hereby declare:

1.      I am a Director and Associate General Counsel for Defendant, Meta Platforms, Inc. ("Meta").  I provide this Declaration based on my personal knowledge and/or after a reasonable investigation of the relevant facts.  If called to testify as a witness, I could and would testify competently thereto.

2.      Pursuant to Civil L.R. 79-5(f)(3), I make this Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 636) ("Motion").

3.      For the reasons detailed herein, Meta seeks leave to file under seal portions of certain documents filed by Plaintiffs in support of Plaintiffs' Motion.

| Document | Sealing Request |
| --- | --- |
| Woodhouse Exhibit 1 – Ex. A to Joint Letter Brief | Redacted portions |
| Woodhouse Exhibit 2 – Ex. C to Joint Letter Brief | Redacted portions |
| Woodhouse Exhibit 3 – Ex. D to Joint Letter Brief | Redacted portions |
| Woodhouse Exhibit 4 – Ex. E to Joint Letter Brief | Redacted portions |
| Woodhouse Exhibit 5 – Appendix A to Joint Letter Brief | Redacted portions |

4.      Meta seeks the Court's permission to file under seal discrete portions of the following exhibits, as further explained below.

5.      **Meta Employee PII**. Meta respectfully requests the Court's permission to redact limited portions of **Woodhouse Exhibits 1, 2, 3, 4, and 5** that reflect employees' personal identifiable information (PII), namely, the email addresses for Meta's individual employees, who are not parties to the case. Such information has been redacted to protect employee privacy and to avoid the risk of third parties' unauthorized and/or illicit use of the information, such as for automated or unwanted solicitation or contact. Meta has previously requested to seal documents based on the same personal identifiable information, (*e.g.*, Dkt. 391-1 ¶ 5; Dkt. 409-1 ¶¶ 3, 7–8, 10), which this Court has granted, (*e.g.*, Dkt. 393; Dkt. 414).

WOODHOUSE DECL. ISO MOT. TO SEAL
3:23-CV-03417-VC-TSH

6.    **Meta's Cybersecurity Information**. Meta respectfully requests the Court's permission to redact limited portions of **Woodhouse Exhibits 1, 2, 3, and 4,** that reflect hyperlinks, file paths, and certain file names (*e.g.*, links to access Meta's internally stored documents and data), which point to Meta's confidential and proprietary information and sensitive features of its internal systems. These materials are maintained with restricted access in the ordinary course of Meta's business and are not generally known to the public or Meta's competitors. Disclosure of this confidential and proprietary information about Meta's infrastructure may increase the risk of cybersecurity threats or breaches as third parties may seek to gain access to and use the information to compromise and intrude upon Meta's internal systems and other confidential information. Accordingly, hyperlinks, file paths, and file names have been sufficiently redacted to mitigate these risks. Meta previously requested to seal documents based on the same concerns regarding network security, (*e.g.*, Dkt. 391-1 ¶ 9), which this Court has granted, (*e.g.*, Dkt. 393).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Jose, California on this 20th day of March, 2026.

Michelle Woodhouse

WOODHOUSE DECL. ISO MOT. TO SEAL
3:23-CV-03417-VC-TSH