UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD KADREY, et al.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No.  23-cv-03417-VC   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 695

In ECF No. 695, Meta says that Exhibit B redacts the same text as in Exhibit D, but that's not true in the versions filed with the Court.  Footnote 7 indicates that Meta is producing a revised Exhibit D that matches the redactions in Exhibit B.  The Court **ORDERS** Meta to file the revised Exhibit D.

**IT IS SO ORDERED.**

Dated: March 23, 2026

THOMAS S. HIXSON
United States Magistrate Judge