# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Defendant Meta Platforms, Inc. ("Meta") filed a Motion to Seal ("Sealing Motion") in Response pursuant to Civil Local Rule 79-5(c), 79-5(d), and 79-5(f), seeking leave to file under seal portions of an amended exhibit ("Amended Ex. D") that was originally attached as Exhibit D to the Joint Letter Brief regarding Plaintiffs' challenges to Meta's claims of attorney-client privilege filed concurrently on March 20, 2026 ("Joint Letter Brief").

Having considered the Sealing Motion, and finding compelling reasons for the motion, the Court hereby **GRANTS** the Sealing Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| **Plaintiffs' and Third Parties' Confidential Exhibits Accompanying Meta's Summary Judgement Motion** | |
| **Woodhouse Exhibit 1 –** Amended Exhibit D to the Joint Letter Brief | • Portions annotated in HIGHLIGHTED boxes |

**IT IS HEREBY ORDERED**.

Dated: _____

_____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE