UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD KADREY, et al.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No.  23-cv-03417-VC   (TSH)

**DISCOVERY ORDER**

The Court has conducted an *in camera* review of Exhibit A (which Meta redacted), as well as of privilege log entries 197, 254 and 257 (which Meta withheld in full).  *See* ECF No. 701.  The Court **SUSTAINS** Meta's claims of attorney-client privilege with respect to these documents.

**IT IS SO ORDERED.**

Dated: April 6, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California