# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

RICHARD KADREY, *et al.*,

   Individual and Representative Plaintiffs,

     v.

META PLATFORMS, INC., a Delaware corporation;

          Defendant.

Case No. 3:23-cv-03417-VC-TSH

[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Defendant Meta Platforms, Inc. ("Meta") filed a Motion to Seal ("Sealing Motion") in Response pursuant to Civil Local Rule 79-5(c), 79-5(d), and 79-5(f), seeking leave to file under seal portions of certain exhibits attached to the Joint Letter Brief regarding Plaintiffs' challenges to Meta's claims of attorney-client privilege filed concurrently on March 20, 2026 ("Joint Letter Brief").

Having considered the Sealing Motion, and finding compelling reasons for the motion, the Court hereby **GRANTS** the Sealing Motion and Orders **SEALED** the following:

| Document | Sealing Request |
|---|---|
| **Plaintiffs' and Third Parties' Confidential Exhibits Accompanying Meta's Summary Judgement Motion** | |
| **Woodhouse Exhibit 1 - Exhibit A** | • Portions HIGHLIGHTED |
| **Woodhouse Exhibit 2 - Exhibit C** | • Portions HIGHLIGHTED |
| **Woodhouse Exhibit 3 - Exhibit D** | • Portions HIGHLIGHTED |
| **Woodhouse Exhibit 4 - Exhibit E** | • Portions HIGHLIGHTED |
| **Woodhouse Exhibit 5 - Appendix A** | • Portions HIGHLIGHTED |

**IT IS HEREBY ORDERED**.

Dated: April 6, 2026

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING
ADMIN MTN TO FILE UNDER SEAL
3:23-CV-03417-VC-TSH