**Kadrey et al v. Meta Platforms, Inc.**
**Case No. 3:23-cv-03417-VC-TSH**

# EXHIBIT A

**Kadrey et al v. Meta Platforms, Inc.**
**Case No. 3:23-cv-03417-VC-TSH**

**Cross-referenced summary of motion(s) to seal**

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Stein Ex. 1 – excerpts from Meta_Kadrey_00238140. | 663-1 | 659-3 | 663 | Defendant | Partial | Contains account numbers and specific Amazon Web Services EC2 instance identification numbers; contains pricing information subject to non-disclosure obligations that would put certain third parties and Meta's confidential information at risk and pose a competitive disadvantage to Meta and third parties who obtained promises of confidentiality from Meta and who | |

1

**Kadrey et al v. Meta Platforms, Inc.**
**Case No. 3:23-cv-03417-VC-TSH**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | are not parties to this lawsuit. | |
| Stein Ex. 2 – excerpts from Meta_Kadrey_00238141. | 663-2 | 659-4 | 663 | Defendant | Partial | Contains account numbers and specific Amazon Web Services EC2 instance identification numbers; contains pricing information subject to non-disclosure obligations that would put certain third parties and Meta's confidential information at risk and pose a competitive disadvantage to Meta and third parties who obtained promises of confidentiality from Meta and who are not parties to this lawsuit. | |
| Stein Ex. 3 – excerpts from Meta_Kadrey_00238356. | 663-3 | 659-5 | 663 | Defendant | Partial | Contains account numbers and specific Amazon Web Services EC2 instance | |

**Kadrey et al v. Meta Platforms, Inc.**
**Case No. 3:23-cv-03417-VC-TSH**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | identification numbers; contains pricing information subject to non-disclosure obligations that would put certain third parties and Meta's confidential information at risk and pose a competitive disadvantage to Meta and third parties who obtained promises of confidentiality from Meta and who are not parties to this lawsuit. | |
| Stein Ex. 4 – excerpts from Meta_Kadrey_00238357. | 663-4 | 659-6 | 663 | Defendant | Partial | Contains account numbers and specific Amazon Web Services EC2 instance identification numbers; contains pricing information subject to non-disclosure obligations that would put certain | |

3

**Kadrey et al v. Meta Platforms, Inc.**
**Case No. 3:23-cv-03417-VC-TSH**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | third parties and Meta's confidential information at risk and pose a competitive disadvantage to Meta and third parties who obtained promises of confidentiality from Meta and who are not parties to this lawsuit. | |
| Stein Ex. 9 – Meta_Kadrey_00237932. | 663-5 | 659-8 | 663 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII), namely, the email addresses of Meta employees; contains hyperlinks, file paths, and certain file names (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and | |

4

**Kadrey et al v. Meta Platforms, Inc.**
**Case No. 3:23-cv-03417-VC-TSH**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | sensitive features of its internal systems. | |
| Stein Ex. 10 – Meta_Kadrey_00238564. | 663-6 | 659-9 | 663 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII), namely, the email addresses of Meta employees. | |
| Stein Ex. 11 – Meta_Kadrey_00089791.[1] | 663-7 | 659-10 | 663 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII), namely, the email addresses of Meta employees; contains hyperlinks, file paths, and certain file names (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems; | |

---

[1] Meta notes that it has previously sought to file Meta_Kadrey_00089791 with the same redactions proposed here, (ECF 391-1 ¶¶ 3-6, ECF 391-8), which the Court granted (ECF 393).

**Kadrey et al v. Meta Platforms, Inc.**
**Case No. 3:23-cv-03417-VC-TSH**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | contains confidential third-party identities subject to nondisclosure obligations. | |
| Stein Ex. 12 – Meta_Kadrey_00238128.[2] | | | 663 | Defendant | Full | Contains hyperlinks, file paths, and certain file names (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems. This particular document is a 5-gigabyte native .tar file that contains over 80,000 individual log files that include numerous file paths, filenames, and hostnames for | |

---

[2] This document has not been filed.  It was submitted to the Court by Plaintiff on a flash drive.

6

**Kadrey et al v. Meta Platforms, Inc.**
**Case No. 3:23-cv-03417-VC-TSH**

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | internal Meta systems. |  |
| Stein Ex. 13 – Meta_Kadrey_00238347. | 663-8 | 659-12 | 663 | Defendant | Partial | Contains Meta employees' personal identifiable information (PII), namely, the email addresses of Meta employees; contains hyperlinks, file paths, and certain file names (*e.g.*, links to access Meta's internally stored documents and data) that point to Meta's confidential and proprietary information and sensitive features of its internal systems; contains Meta's highly sensitive, confidential, technical information, including non-public source code. |  |

7