# EXHIBIT 5

| | |
|---|---|
| **From:** | Stameshkin, Liz |
| **To:** | Llama C-Counsel |
| **Cc:** | z/Meta-Kadrey; Karen Dunn; Kyle Smith; John Paredes; Angela L. Dunning |
| **Subject:** | Meta/Kadrey - Document Production |
| **Date:** | Friday, November 21, 2025 4:27:44 PM |

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Counsel,

As discussed on our call earlier today, below is a LiquidFiles link for the set of EMR logs that we believe, based on our investigation, reflect the 2024 Anna's Archive torrenting activity of Ms. Wang on the fairspark cluster.

We are making the larger set of fairspark EMR logs for this time frame available for inspection at our Palo Alto office.  Please let us know if you plan to come inspect.

https://liquidfiles.cooley.com/link/JVzbfiIy31DTDyBJafEvqU

Password will follow.

Best,

Liz

Elizabeth L. Stameshkin
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
+1 650 843 5121 office
+1 650 849 7400 fax
+1 626 644 7586 mobile
lstameshkin@cooley.com
Pronouns: she, her, hers

Cooley is committed to racial justice

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.