[*Counsel on signature page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>*Individual and Representative Plaintiffs,*<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO MAY 15, 2026**<br><br>Case No. 3:23-cv-3417-VC<br>Judge: Hon. Vince Chhabria<br>Trial Date: None<br>Action Filed: July 7, 2023<br>Current CMC Date: May 1, 2026 |
| ENTREPRENEUR MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:25-cv-09579-VC<br>Judge: Hon. Vince Chhabria<br>Trial Date: None<br>Action Filed: November 6, 2025<br>Current CMC Date: May 1, 2026 |
| CHICKEN SOUP FOR THE SOUL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-02333-VC<br>Judge: Hon. Vince Chhabria<br>Trial Date: None<br>Action Filed: March 17, 2026<br>Current CMC Date: May 1, 2026 |

Pursuant to Civil L.R. 7-11 and Paragraph 16 of the Court's Standing Order, Richard Kadrey, Sarah Silverman, Eleven Eleven O'Clock Corporation, Christopher Golden, Daring Greatly Corporation, Ta-Nehisi Coates, BCP Literary, Inc., Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Jacqueline Woodson, Lysa TerKeurst, and Christopher Farnsworth ("Kadrey Plaintiffs"), Plaintiff Entrepreneur Media, LLC ("Entrepreneur Media"), Plaintiff Chicken Soup for the Soul, LLC ("Chicken Soup"), and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), submit this Stipulation ("Stipulation") to continue the Case Management Conference ("CMC"), currently scheduled for May 1, 2026 to May 15, 2026, to permit one of Meta's lead counsel, who has a scheduling conflict on May 1 due to international travel which had been scheduled prior to the setting of the May 1 conference, to attend. Good cause exists to grant this Stipulation, as discussed below:

WHEREAS, on July 7, 2023, Kadrey Plaintiffs filed their initial Complaint against Meta, Case No. 3:23-cv-03417-VC, Dkt. No. 1;

WHEREAS, on November 6, 2025, Plaintiff Entrepreneur Media filed its Complaint against Meta, Case No. 3:25-cv-09579-VC, Dkt. No. 1;

WHEREAS, Plaintiff Chicken Soup filed its Complaint against Meta, Anthropic PBC, Google LLC, OpenAI, Inc., OpenAI OPCO LLC, OpenAI GP LLC, OpenAI Global LLC, OAI Corporation LLC, OpenAI Holdings LLC, XAI Corporation, Perplexity AI, Inc., Apple, Inc., and NVIDIA Corporation on March 17, 2026, Case No. 3:26-cv-02333-VC, Dkt. No. 1;

WHEREAS, on April 10, 2026, the Court, *sua sponte*, severed (and ordered dismissed) all defendants other than Meta from Chicken Soup's action, Case No. 3:26-cv-02333-VC, Dkt. No. 32;

WHEREAS, on April 10, 2026, the Court scheduled a Case Management Conference in all three of the above-described matters, *Kadrey et al. v. Meta Platforms, Inc.*, Case No. 3:23-cv-03417-VC, *Entrepreneur Media, LLC v. Meta Platforms, Inc.*, Case No. 3:25-cv-09579-VC, *and Chicken Soup for the Soul, LLC, v. Meta Platforms, Inc.*, Case No. 3:26-cv-02333-VC, for May 1, 2026 at 10 a.m. by Videoconference, and directed the parties to submit a Joint Case Management Statement by April 24, 2026;

WHEREAS, Paragraph 16 of the Court's Standing Order provides that "[i]f the parties wish to continue a case management conference, they must file a stipulation or motion – separate from their joint case management statement – at least 72 hours prior to the conference";

WHEREAS, Meta has requested, and Plaintiffs have consented to, a continuance of the Case Management Conference from May 1, 2026 to May 15, 2026 to permit one of Meta's lead counsel, who has a scheduling conflict on May 1, 2026 due to international travel which had been scheduled prior to the setting of the May 1 conference, to attend;

WHEREAS, good cause exists for this request, as moving the Case Management Conference will allow the Case Management Conference to proceed with Meta's lead counsel in attendance, and no party will be prejudiced by the requested continuance;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE and request an Order continuing the Case Management Conference currently scheduled for May 1, 2026 at 10 a.m. to May 15, 2026 at 10 a.m. (with the Conference to be conducted over Videoconference) and continuing the deadline for submission of a Case Management Statement from April 24, 2026 to May 8, 2026.

**IT IS SO STIPULATED.**

DATED: April 20, 2026

/s/ Karen L. Dunn

**DUNN ISAACSON RHEE LLP**
Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Kyle N. Smith (*pro hac vice*)
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com

**COOLEY LLP**
Bobby A. Ghajar (198719)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: bghajar@cooley.com
cghazarian@cooley.com

Mark R. Weinstein (193043)
Elizabeth Lee Stameshkin (260865)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: mweinstein@cooley.com
lstameshkin@cooley.com

Kathleen R. Hartnett (314267)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
Facsimile: (415) 693-2222
Email: khartnett@cooley.com
jlauter@cooley.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Angela L. Dunning (212047)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131
Email: adunning@cgsh.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Anna Stapleton (337686)
535 Mission Street
San Francisco, CA 94105
Telephone: (628) 432-5188
Email: astapleton@paulweiss.com

*Counsel for Defendant Meta Platforms, Inc.*

DATED: April 20, 2026

/s/ Elizabeth Brannen

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice forthcoming*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice forthcoming*)
vel@fnf.law
Kyle Roche (*pro hac vice forthcoming*)
kroche@fnf.law
Alex Potter (*pro hac vice forthcoming*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiff Chicken Soup for the Soul, LLC*

DATED: April 20, 2026

/s/ Maxwell V. Pritt

**BOISE SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
Jay Schuffenhauer (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com
jschuffenhauer@bsfllp.com

Joshua I. Schiller (SBN 330653)
David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
Jallé H. Dafa (SBN 290637)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
jdafa@lchb.com
Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013-1413
(212) 355-9500
rgeman@lchb.com
Kenneth S. Byrd (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
(615) 313-9000
kbyrd@lchb.com
bsugar@lchb.com

**SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Louis Andrew Kessler (SBN 243703)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
550 California Street, Suite 910
San Francisco, California 94104
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
lkessler@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butoricklaw.com

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
Case No. 3:23-cv-03417-VC; Case No. 3:25-cv-09579-VC; Case No. 3:26-cv-02333-VC
7

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com

David Straite (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
dstraite@dicellolevitt.com

**COWAN DEBAETS ABRAMS & SHEPPARD LLP**
Scott J. Sholder (*pro hac vice*)
60 Broad Street, 30th Floor
New York, NY 10004
(212) 974-7474
ssholder@cdas.com

*Counsel for Kadrey Plaintiffs*

DATED: April 20, 2026

/s/ Lee Linderman

**HUESTON HENNIGAN LLP**
Moez M. Kaba (#257456)
mkaba@hueston.com
Michael M. Purpura (#338216)
mpurpura@hueston.com
Lee Linderman (#280743)
llinderman@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

**NEWMEYER & DILLION LLP**
Michael B. McClellan (#241570)
Michael.McClellan@ndlf.com
Benjamin P. Pugh (#202025)
benjamin.pugh@ndlf.com
Jason L. Morris (#295271)
Jason.Morris@ndlf.com
Harlye S. Carlton (#261641)
Harlye.Carlton@ndlf.com
895 Dove Street, Second Floor
Newport Beach, California 92660
(949) 854-7000
(949) 854-7099 (Fax)

*Counsel for Entrepreneur Media, LLC*

## L.R. 5-1 SIGNATURE ATTESTATION

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: April 20, 2026

/s/ Karen L. Dunn
Karen L. Dunn
Attorney for Defendant, *Meta Platforms, Inc.*