# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | **[PROPOSED ORDER] GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO MAY 15, 2026**<br><br>Case No. 3:23-cv-3417-VC |
| ENTREPRENEUR MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:25-cv-09579-VC |
| CHICKEN SOUP FOR THE SOUL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-02333-VC |

[PROPOSED] ORDER GRANTING JOINT STIP. TO CONTINUE CMC
CASE NO. 3:23-CV-03417-VC; CASE NO. 3:25-CV-09579-VC; CASE NO. 3:26-CV-02333-VC

**PURSUANT TO THE STIPULATION**:

The Case Management Conference, currently scheduled for May 1, 2026 at 10:00 a.m., is hereby continued to May 15, 2026 at 10:00 a.m.; and

Any deadline associated with the Parties' obligations to submit a Joint Case Management Statement is continued until May 8, 2026.

**IT IS SO ORDERED.**

Dated: _____          By:_____

                                                        THE HON. VINCE CHHABRIA

                                                             United States District Judge