# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

IN RE MATTER OF:                        )

RICHARD KADREY, et al.,                 )

Plaintiff,                              )

    vs.                                 ) C.A. NO.:

META PLATFORMS, INC.,                   ) 3:23-cv-03417-VC

Defendant.                              )

_____)

  ** HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY **

 VIDEOTAPED DEPOSITION OF BARBARA FREDERIKSEN-CROSS

Palo Alto, California

Friday, April 4, 2025


Stenographically Reported by:

HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR

Realtime Systems Administrator

California CSR License #11600

Oregon CSR License #21-0005

Washington License #21009491

Nevada CCR License #980

Texas CSR License #10725

_____

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

VIDEOTAPED DEPOSITION of BARBARA FREDERIKSEN-CROSS, taken before Heather J. Bautista, CSR No. 11600, a Certified Shorthand Reporter for the state of California, with principal office in the county of Santa Clara, commencing on Friday, April 4, 2025, 9:48 a.m., at 3175 Hanover Street, Palo Alto, California 94304.

4/4/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.      Barbara Frederiksen-Cross
Highly Confidential - Attorneys' Eyes Only

Page 84

Q.   (By Mr. Stein)  Given your expertise in BitTorrent, could an expert in BitTorrent have configured the BitTorrent settings that Meta used to prevent 40.42 terabytes of data from being uploaded to the Internet?

MR. WEINSTEIN:  Object to form.

THE WITNESS:  I believe that would be possible for a person who was skilled enough in BitTorrent software, yes.

Q.   (By Mr. Stein)  Have you seen any evidence that Meta did that here?  And, again, we're talking about the leeching phase.

A.   That they made those necessary changes?  Or that the changes that I would suspect would need to be made to be necessary; at least I have not seen evidence of that.

Q.   And are you familiar with the libtorrent library configuration, something called alert logging?

A.   Yes.

Q.   Okay.

And what would alert logging tell you?

4/4/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.     Barbara Frederiksen-Cross
Highly Confidential - Attorneys' Eyes Only

Page 85

A.   Alert logging allows you to turn on various log options, if you will.  So there's a great variety of different things that alert logging can tell you depending on what you -- which particular alerts you activate to be captured.  And you -- you would need to activate them so that the alerts were being generated and then you would have to direct them to some place to be stored so that you could collect them and review them, presumably.

Q.   And have you seen alert-log information in this case?

A.   They were -- you're asking has Meta produced any or has any --

Q.   Or have you seen any?

A.   Let me think about that.

We -- in the -- the simplistic initial BitTorrent hole-punch tests, we turned on alert logging and reviewed those -- those logs as they were scrolling by.

Q.   Those are your tests though, not Meta's?

A.   That's -- that's why I was asking for clarification about did you mean that Meta had

Page 293

I, HEATHER J. BAUTISTA, CSR No. 11600, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness declared under penalty of perjury; that the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed under my direction and supervision; that the foregoing is a full, true, and correct transcript of my shorthand notes so taken and of the testimony so given;

(XX) Reading and signing was not requested/offered.

I further certify that I am not financially interested in the action, and I am not a relative or employee of any attorney of the parties, nor of any of the parties.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.   Dated:   April 6, 2025

HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR