# EXHIBIT C

Page 1

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-------------------------------------

RICHARD KADREY, ET AL.,                )

    Individual and Representative )

                   Plaintiffs,  ) Lead Case No.

          v.                   ) 3:23-cv-03417-VC

META PLATFORMS, INC.,                  )

               Defendant.   )

-------------------------------------

* * * HIGHLY CONFIDENTIAL * * *

* * * ATTORNEYS' EYES ONLY * * *

VIDEO-RECORDED 30(b)(6) DEPOSITION OF

MICHAEL CLARK (torrenting)

MONDAY, MARCH 3, 2025

DENVER, COLORADO

10:20 A.M. MST

REPORTED BY KATHY L. DAVIS, CRR, RMR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 53

Q    Okay.  So it seems --                    11:41:33

A    That --                                   11:41:35

Q    Would it be fair to say that if you      11:41:36
wanted to understand Meta's torrenting from April to 11:41:38
June --                                            11:41:43

A    Yes.                                      11:41:45

Q    -- of works encompassed by Anna's        11:41:45
Archive, Xiaolan Wang would be the person you would  11:41:48
want to speak with?                                11:41:54

          MR. WEINSTEIN:  Object to form.      11:41:55

A    That is correct.                          11:41:55

Q    (BY MS. POUEYMIROU)  Was she the head of  11:41:56
that project?                                      11:41:57

          MR. WEINSTEIN:  Object to form.      11:42:00

A    She was the engineer that did the actual  11:42:01
downloading.  I don't know what you mean by "the head 11:42:08
of that project."                                  11:42:09

Q    (BY MS. POUEYMIROU)  Were other employees 11:42:10
at Meta torrenting work from Anna's Archive or was  11:42:12
this Xiaolan's project that she oversaw singularly?  11:42:15

A    That was Xiaolan's project that she was   11:42:20
working on.                                        11:42:23

Q    Who approved the use of torrenting for    11:42:26
Anna's Archive?                                    11:42:29

          MR. WEINSTEIN:  Object to form.      11:42:30

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.     Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 54

A    There is no approval or disapproval that 11:42:35
I am aware of for torrenting.                        11:42:38

Q    (BY MS. POUEYMIROU)  Would you call the  11:42:48
creation of the 60-second script that Bashlykov made 11:42:49
a copyright mitigation?                              11:42:54

MR. WEINSTEIN:  Object to form.  Outside 11:42:56
the scope of this part of the deposition.            11:42:58

MS. POUEYMIROU:  Fair.                    11:43:05

A    It was not -- and then we'll talk about  11:43:08
this in the other section.  But it was not a specific 11:43:11
mitigation that had been applied --                  11:43:14

Q    (BY MS. POUEYMIROU)  Okay.               11:43:18

A    -- or that had been designated.          11:43:18

Q    Okay.  So I wanted to actually go back in 11:43:22
time to September/October of 2022 to a man called Gui 11:43:27
in our previous deposition.  Who was that; do you    11:43:36
recall?                                              11:43:39

A    Guillaume?                               11:43:42

Q    And Guillaume was the first Meta          11:43:43
employee, as far as we know, who copied data from    11:43:46
LibGen; is that correct?                             11:43:51

A    It was understood that Guillaume had done 11:43:55
work with LibGen, but we have not been able to track 11:43:59
down any evidence of what had been downloaded or been 11:44:06
able to find that -- any more details.               11:44:10

Page 68

MR. WEINSTEIN:  Object to form.                    12:02:14

A     The factual statement was AWS not              12:02:15
allowing torrenting, and AWS does not block          12:02:17
torrenting was what I was representing.  I didn't     12:02:22
make any statement otherwise.                         12:02:26

Q     (BY MS. POUEYMIROU)  It's possible to          12:02:27
torrent data that is not pirated, correct?           12:02:28

MR. WEINSTEIN:  Object to form.                    12:02:33

A     Torrenting is used for a broad use of          12:02:36
applications from downloading large patches or       12:02:39
operating systems to sharing other kinds of files.   12:02:45

Q     (BY MS. POUEYMIROU)  And was there any         12:02:49
policy at Meta about torrenting data, as you've just 12:02:52
described, versus torrenting data known to come from 12:02:57
pirated online databases?                            12:03:01

MR. WEINSTEIN:  Object to form.                    12:03:04

A     To be specific, I am not aware of any          12:03:06
policy that Meta has around torrenting.              12:03:09

Q     (BY MS. POUEYMIROU)  Okay.                     12:03:11

MS. POUEYMIROU:  Can we pull out --               12:03:14

Q     (BY MS. POUEYMIROU)  And to be clear,          12:03:17
when I asked you about conversations about torrenting12:03:18
and you spoke about counsel, that was in-house       12:03:21
counsel; is that correct?                            12:03:24

A     That was correct.                              12:03:25

Page 133

STATE OF COLORADO      )

                       )ss.    REPORTER'S CERTIFICATE

COUNTY OF DENVER       )

I, Kathy L. Davis, do hereby certify that I am a Registered Professional Reporter within the State of Colorado; that previous to the commencement of the examination, the deponent was duly sworn to testify to the truth.

I further certify that this deposition was taken in shorthand by me at the time and place herein set forth, that it was thereafter reduced to typewritten form, and that the foregoing constitutes a true and correct transcript.

I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the result of the within action.

In witness whereof, I have affixed my signature this 4th day of March, 2025.

_Kathy L. Davis_

Kathy L. Davis
Certified Realtime Reporter