**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>    *Individual and Representative Plaintiffs*,<br><br>      v.<br><br>META PLATFORMS, INC.,<br><br>      Defendant. | **[PROPOSED ORDER] GRANTING AS MODIFIED JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO MAY 15, 2026**<br><br>Case No. 3:23-cv-3417-VC |
| ENTREPRENEUR MEDIA, LLC,<br><br>    Plaintiff,<br><br>      v.<br><br>META PLATFORMS, INC.,<br><br>      Defendant. | Case No. 3:25-cv-09579-VC |
| CHICKEN SOUP FOR THE SOUL, LLC,<br><br>    Plaintiff,<br><br>      v.<br><br>META PLATFORMS, INC.,<br><br>      Defendant. | Case No. 3:26-cv-02333-VC |

**PURSUANT TO THE STIPULATION**:

The Case Management Conference, currently scheduled for May 1, 2026 at 10:00 a.m., is hereby continued to May 22, 2026 at 10:00 a.m.; and

Any deadline associated with the Parties' obligations to submit a Joint Case Management Statement is continued until May 15, 2026.

**IT IS SO ORDERED.**

Dated:    April 21, 2026        By:_____

THE HON. VINCE CHHABRIA

United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Vince Chhabria