# APPENDIX A

Kadrey v. Meta Platforms, Inc.
Case No. 3:23-cv-03417-VC

Meta Platforms, Inc.
Amended and Supplemental Fifth Privilege Log - February 12, 2025

Highly Confidential
Attorneys' Eyes Only

| Priv Log No. | Bates No. | Beg Attach | Custodians | Author/From | To | CC | BCC | WhatsApp Chat Participants | Date | Privilege Description | Privilege Type | Legal Source | Email Subject | Filename | Withhold/ Redact/ Not Privileged | Data Type | Family Relationship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 197 | | | Bashlykov, Nikolay;Kambadur, Melanie | ▮ @meta.com | Melanie Kambadur <▮ @meta.com>; Nikolay Bashlykov <▮ @meta.com>; Jelmer Van Der Linde <▮ @meta.com>; Luc Dahlin <▮ @meta.com>; Jort Gemmeke <▮ @meta.com>; Sara Chugh <▮ @meta.com> | | | | 1/5/2024 | Chat seeking and reflecting legal advice concerning copyright and contract issues | Attorney Client | Ahuva Goldstand; Lucas Dahlin | Message summary [{"otherUserFbId": null,"threadFbId":6 92352530773057 7}] | Message summary [{"otherUserFbId": null,"threadFbId":6 92352530773057 7}] | Privileged - Withhold | WP Chats | StandAlone Document |
| 254 | | | Bashlykov, Nikolay;Kambadur, Melanie | ▮ @meta.com | Melanie Kambadur <▮ @meta.com>; Nikolay Bashlykov <▮ @meta.com>; Jelmer Van Der Linde <▮ @meta.com>; Luc Dahlin <▮ @meta.com>; Jort Gemmeke <▮ @meta.com>; Ahuva Goldstand <▮ @meta.com>; Sara Chugh <▮ @meta.com> | | | | 1/5/2024 | Chat seeking and containing legal advice concerning copyright and contract issues | Attorney Client | Ahuva Goldstand; Lucas Dahlin | Message summary [{"otherUserFbId": null,"threadFbId":6 92352530773057 7}] | Message summary [{"otherUserFbId": null,"threadFbId":6 92352530773057 7}] | Privileged - Withhold | WP Chats | StandAlone Document |
| 257 | | | Bashlykov, Nikolay;Edunov, Sergey;Kambadur, Melanie | ▮ @meta.com | Melanie Kambadur <▮ @meta.com>; Sergey Edunov <▮ @meta.com>; Nikolay Bashlykov <▮ @meta.com>; Jelmer Van Der Linde <▮ @meta.com>; Luc Dahlin <▮ @meta.com>; Jort Gemmeke <▮ @meta.com>; Sneha Joshi <▮ @meta.com>; Ahuva Goldstand <▮ @meta.com>; Sara Chugh <▮ @meta.com>; Viktor Kerkez <▮ @meta.com> | | | | 1/9/2024 | Chat seeking and containing legal advice concerning product development, copyright, and data privacy issues | Attorney Client | Ahuva Goldstand; Lucas Dahlin | Message summary [{"otherUserFbId": null,"threadFbId":6 92352530773057 7}] | Message summary [{"otherUserFbId": null,"threadFbId":6 92352530773057 7}] | Privileged - Withhold | WP Chats | StandAlone Document |