# EXHIBIT A

Message

---

**From:**    Jelmer Van Der Linde [████████@meta.com]
**Sent:**    1/4/2024 11:26:16 PM
**To:**      Jelmer Van Der Linde [████████@meta.com]; Kenneth Heafield [████████@meta.com]
**Subject:** Message summary [{"otherUserFbId":100059389875242,"threadFbId":null}]

Jelmer Van Der Linde (1/04/2024 14:17:20 PST):
>Hey Kenneth, I'm already a little stuck with my work and not sure whether I'm overreacting, and would like to know your opinion before complaining to Sergey about my very first task on my first week of actual work.

Jelmer Van Der Linde (1/04/2024 14:17:36 PST):
>I've been given a nice first easy task to get started with: scrape Anna's archive (annas-archive.org). The problem is that 1) this is a website that exists just to mirror websites that get legally taken down for hosting vast amounts copyrighted material. 2) has put in a lot of effort not to get scraped, but can be torrented. 3) torrenting (which I'm assuming will mean seeding while download is in progress) copyrighted material is not very legal either.

Jelmer Van Der Linde (1/04/2024 14:18:28 PST):
>I know that ParaCrawl was in a similar ballpark, but this is specifically targeting copyrighted material. And while we're not re-uploading it (aside from the torrenting bit), using it is as is is very very dark grey area. Legally, ethically...

Jelmer Van Der Linde (1/04/2024 14:18:57 PST):
>And then there's stuff like this in the pipeline that we run here on it. Like, yes, I understand you don't want your model to produce "Copyright New York Times 2022" but how is this not the same as removing watermarks from stockphotos you didn't pay for?
https://github.com/fairinternal/████████████████████████fair_data/projects/fair_use_lib/postprocess/postprocess.py#L104-L109

Kenneth Heafield (1/04/2024 15:17:31 PST):
>Hi, Melanie did say they [████████ Redacted ████████] but this does seem further than what I've seen. For example, they had legal [████████ Redacted ████████] and that took a bit. Do you know how this came to be assigned to you i.e. was there a list of ideas for sites and they handed one to you?

Kenneth Heafield (1/04/2024 15:18:07 PST):
>I don't think legal would approve of seeding the torrent.

Kenneth Heafield (1/04/2024 15:20:11 PST):
>I don't really have a problem with removing text that's systematically repeated from training data though, including copyright statements, provided that it's for machine consumption that won't understand it anyway.

Kenneth Heafield (1/04/2024 15:26:16 PST):
>My suggestion is approach it as asking who to talk to about the legal [████ Redacted ████] [████ Redacted ████]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00255016