# EXHIBIT D

Message

---

**From:**   Melanie Kambadur ████████ @meta.com]
**Sent:**   1/5/2024 3:16:05 PM
**To:**   Melanie Kambadur ████████ @meta.com]; Jelmer Van Der Linde ████████ @meta.com]
**Subject:**   Message summary [{"otherUserFbId":61553896645943,"threadFbId":null}]

Jelmer Van Der Linde (1/05/2024 02:22:08 PST):

## Redacted - Privilege

Jelmer Van Der Linde (1/05/2024 02:22:31 PST):

# Redacted - Privilege

Jelmer Van Der Linde (1/05/2024 03:06:10 PST):
>According to https://docs.google.com/document/d/████████
2UxLfhHrM8/edit#heading=h.wf1pvet75omi libgen didn't use torrents in the end. It does talk about the legality of it.

Jelmer Van Der Linde (1/05/2024 03:06:48 PST):
>On the other hand, code references using torrents for libgen and the torrent related code is newer than the direct download one. So that to me does indicate Nikolay did torrent it in the end:
https://github.com/fairinternal/fair_data/blob/main/████████ download/download_trn
ts.py

Jelmer Van Der Linde (1/05/2024 03:15:52 PST):
>nikolay clarified that it was mostly direct download, only the scimag data was torrented

Melanie Kambadur (1/05/2024 06:21:33 PST):
>Let's start a thread with our legal team?

Melanie Kambadur (1/05/2024 06:43:58 PST):
>started a thread, let's give Ahuva and Jort a little time to weigh in, but also feel free to share any more context there you think is helpful

Jelmer Van Der Linde (1/05/2024 07:16:05 PST):
>Thanks, will do!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00211852