# EXHIBIT F

Message
_____

**From:**     Melanie Kambadur [ ███████ @meta.com]
**Sent:**     1/16/2024 5:58:20 PM
**To:**       Melanie Kambadur [ ███████ @meta.com]; Jelmer Van Der Linde [ ███████ @meta.com]
**Subject:**  Message summary [{"otherUserFbId":61553896645943,"threadFbId":null}]


Jelmer Van Der Linde (1/16/2024 09:52:53 PST):
>Hey hey, just to clarify, are you okay with me trying to wiggle my way into multilingual and/or PII and staying away from the anna's archive stuff? I'm also figuring out actual concrete tasks to do on the inference side, but seems a waste to just fixate on that while there are so many data needs

Melanie Kambadur (1/16/2024 09:56:46 PST):
>yes, absolutely makes sense to me

Melanie Kambadur (1/16/2024 09:56:56 PST):
>viktor is picking up the anna's archive work

Jelmer Van Der Linde (1/16/2024 09:57:15 PST):
>Okay! Thanks!

Melanie Kambadur (1/16/2024 09:57:37 PST):
>multilingual is important to accelerate next half (and you have good context) [Redacted] [Redacted] so both high priority/impact

Melanie Kambadur (1/16/2024 09:57:53 PST):
>just let me or frank know if you aren't getting concrete tasks to do and need help with that

Melanie Kambadur (1/16/2024 09:58:20 PST):
>generally we expect everyone to unblock themselves, but part of that is asking TLs for things to do if you run out of work!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00211854