# EXHIBIT G

Meta_Kadrey_00237186



Feb 18, 2025
Progress:
Results: N66

Final candidates are highlighted:

- Duxiu non-en 11B: llama_bespoke_duxiu_stem_batch_1

| Dataset | Hive | Volume | Result TLDR | Results CF<br>Target: MMLU, GPQA, MATH |
|---|---|---|---|---|
| | | English | | |
| Duxiu EN | | 2000 documents | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237187

Meta_Kadrey_00237188

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Outliers in Mathpix (PDF) parsing results

Feb 12, 2025
Prompts to get metadata from PDFs:

Meta_Kadrey_00237189



Feb 14, 2025

Metadata extraction:

- Old non-mathpix data (https://fb.workplace.com/groups/ permalink/16246436248111116/)
  - llama_bespoke_scitech_2023_2024_epub_en
  - llama_bespoke_scitech_2023_2024_epub_non_en
  - annas_archive_zlib_epub_dedup_mitigated_en
  - annas_archive_zlib_epub_dedup_mitigated_non_en

Classification:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 3:23-cv-03417-VC    Document 721-8    Filed 05/01/26    Page 6 of 36

- Scitech en (f6957███)
- AA en (f696██  f696███)
- Duxiu en (f696██  f69601██)
- Scitech non-en (f6964██)
- AA non en (f696██  f6964██)
- ~~Duxiu non-en (f6964██  f6964██)~~

Other TODO:
- Curate filtered web dataset
- ~~Curate filtered core dataset~~

Feb 10, 2025
Web PDFs categorization:
- PDF QA: further filter on those with solutions. For those who do not have answers, put them in holdout set for other workstreams.
- PDF paper: further filter on structure and get all paper like PDFs. Extract metadata for these PDFs.
- PDF others: for those that do not fall into the above categories, put them into others bucket and treated as Knowledge-Web.

Launched runs:

[1] ~~Duxiu rerun (T2148██~~ ☑

Scientific papers:
- Baseline: scimag, arxiv (https://www.internalfb.com/intern/anp/██████████)
  - ~~[2] Scimag non-en 100% run~~
  - [4] Scimag en (T2151██)
  - [5] Scimag non-en (T2151██)
- New:
  - ████████████████████████████████████
  - ████████████████████████████████████

Web PDFs:
- [6] 100% on old web PDF T2153██
- [7] 100% on new web PDF T2153██
- [8] 100% on bespoke PDF (with basic quality filtering)

Feb 5, 2025
More PDF data:

| Dataset name | Volume | Status |
| --- | --- | --- |
| Duxiu | 11B raw \| 10B after filtering | Evaluation<br>Duxiu Experiment Review Card |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237190

Commented [1]: how similar is this compared to scimag?

Commented [2]: what is the difference between this one and the previous 790B one?

Commented [3]: This is the netnew addition (extended ds).

Commented [4]: is this an expansion of https://fb.workplace.com/groups/ /permalink/1320106562320736/?

Commented [5]: Yes, but before apply aggressive quality filter in mid-training run.

Jan 28, 2025
Duxiu Experiment Review Card

Jan 14, 2025
- Revisit duxiu
    - 1.3M documents
- Revisit Chinese PDFs
    - 300M pages
    -

Dec 23, 2024
Global dedup order
1. Libgen-s (done)
    a. EN: 831,990 vs. 948,292 (12% reduction)
        i. Mostly removed due to internal dedup (manual inspection confirmed that they are correctly removed)
    b. Non-EN: 1,141,989 vs. 1,214,355 (6% reduction)

2. Libgen-scimag
    a. EN: 46,328,720 vs. 46,484,393 (0.3% reduction)
    b. Non-EN: 8,216,345 vs. 8,245,818 (0.3% reduction)

| source | q / | col1 / |
|---|---|---|
| any | | 7 |
| scitech_2024-06-14 | | 25,610 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3. Anna's Archive STEM (11% reduction, more than 80% reduction caused by global dedup)
   a. EN: 246,789 (239,239 + 7,550) vs. (277,323)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237192



7. Anna's Archive Non-STEM
   a. EN 1,571,956 vs. 1,595,975 (1.5% reduction)
   b. Non-EN 739,193 vs. 740,811 (0.2% reduction)

Final table curation

| Scitech en |
|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237194



Scitech non-en

Scimag en

Scimag non-en

AA stem

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237195



Dec 4, 2024
**Heuristic filters**
Hash filter
Adjust 0.05(default) to 0.1 (removal of 0.00006 tokens)

False positives:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Git checkout 5b0

Aug 2, 2024 Dedup llama_bespoke_zlib_ia_stem against scitech

Token count (1% removal): 78,989,491,706 -> 78,113,467,300

D606

Airstore ingestion:
- Pre-dedup: llama_bespoke_zlib_ia_stem_no_user_data_eag
- Post-dedup: llama_bespoke_zlib_ia_stem_minhash_deduped
  - llama_bespoke_zlib_ia_stem_minhash_deduped_no_user_data_pci
  - llama_bespoke_zlib_ia_stem_minhash_deduped_no_user_data_eag

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237261

Aug 1, 2024 Knowledge & Language distribution of books

## Zlib, Internet Archive and Libgen-Scitech

■ Zlib   ■ Internet Archive   ■ Libgen-Scitech

Zlib

Internet Archive

**Commented [49]:** Great analysis. Several interesting findings:
1. From the numbers IA have much more books. But IA+Zlib STEM books only has 78B tokens compared to 500+B for scitech. Is it due to the PDF parsing hasn't finish?

2. I remembered there're other taxonomy like worldcat. comparing to the knowledge classifier, do you recommend using that?

**Commented [50]:** 1. I only count English books in the analysis, for Scitech, there are 300B english tokens across all categories. Around 40% books in Scitech are actually STEM related. Thus, in Scitech, there are 120B STEM tokens. Besides, we also conduct dedup against scitech books as well as themselves when we did the parsing, making the total book count from 0.5M -> 0.27M (nearly half reduction).

2. For worldcat, they have a lower coverage + noisy labels, so I didn't directly use it here. I think it would be good to provide signals for us to train classifiers, but the original label are not canonicalized.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237262

Meta_Kadrey_00237263

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Commented [51]:** Curious about that given our current books collection, what's the distribution of topics and subjects? e.g. how many are in Math, Physics, Chemistry and Biology. I guess this metadata should be able to tell us?

**Commented [52]:** Included the distribution. Overall knowledge in scitech is more evenly distributed than zlib/a. Meanwhile, there are also many non-math STEM books in IA.

STEM Books

STEM (before cross dedup)

Everything except Art & Ent, OR Others

Tables:
Metadata:
scitech_zlib_ia_metadata

Parsed data:
mathpix_pdf_zlib_ia_stem_snapshot_2024_07_16 (join book_id)
mathpix_pdf_scitech_batched_text_merged (join book_id with md5)

Jul 31, 2024 Add Zlib IA STEM Books

- frankz 24H2

SL Eval



Jul 24, 2024

GPQA regression diagnosis for zlib/IA stem 80B

As shown below, the zlib/IA stem 80B has shown strong performance on MMLU/MATH, but strange large regression on GPQA. The issue was correctly identified:

- It was actually due to incorrect loading of the benchmark file

Root cause:

https://github.com/fairinternal/evals/blob/main/evals▮▮▮▮▮▮▮▮▮▮▮▮▮

By default, it loads ▮▮▮▮▮▮/fair_ilm_v2/

However, this file does *NOT* contain the "cot" field, which was used for generating the k-shot instructions. Therefore, by default, the eval on GPQA runs as "zero-shot" instead of "5-shot". The eval script for Dec13 baseline was correctly loaded. As a result, we are comparing dec13 5-shot with Zlib/IA zero shot.

Example prompts for zlib/IA:

▮▮▮-wsf/outputs/xiaolan/mathpix_zlib_ia_stem_gp▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮w_results/gpqa.jsonl

P1493▮▮▮

Example prompts for dec13 baseline:

▮▮▮-wsf/outputs/bwchu/dec13/7b_1764k_ar▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮jsonl

P149▮▮▮

After manually replace the file to "gpqa_main_with_exp.jsonl" in gpqa, we have the updated performance, which shows that the Zlib/IA stem books also boost performance on GPQA.

▮▮▮-wsf/outputs/xiaolan/mathpix_zlib_ia_stem_▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Commented [53]:** great find!

Which eval branch/commit are you using? is this something we need to fix and merge into the llama4_data_ablation evals branch or even the evals main branch?

**Commented [54]:** Just checked the code, the current logic from both the main branch and the llama4_data_ablation will load the file without "cot" field. I feel this is more likely due to benchmark jsonl file update instead of code update

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237264

Jul 22, 2024
Zlib/IA English stem books (80B)
Takeaway:
- Significant improvement on MMLU, Math but also significant regression on GPQA.

Commented [55]: qq: is this already deduped against our existing books collection including Scitech, AA and existing Zlib

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237265

Jul 19, 2024
- Remove validation from tables
  - Scitech_nonen
    - MD5 match: 14 matches

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237266

- Metadata: 14 matches
- Exact match: 16 matches
  - Scitech_en
    - MD5 match: 37 matches
    - Metadata: 38 matches
    - Exact match: 20 matches (17 are reprocessed by mathpix with different parsing results).

| Table | in_llama3? | # of docs | # of tokens | Note |
|---|---|---|---|---|
| scitech_en_union_train:gen_ai | Yes | 794,311 | 115,244,603,798 | |
| | No | 948,292 | 192,254,222,826 | Removed 39 documents with MD5 match, they are not exactly the same with parsed result in validation set. |
| scitech_nonen_union_train:gen_ai | Yes | 117,386 | 18,008,524,699 | Removed 16 books from the list. |
| | No | 1,214,355 | 226,203,052,764 | |

- Airstore ingestion

Jul 10, 2024
Scitech final tables

| Table | in_llama3? | # of docs | # of tokens | Note |
|---|---|---|---|---|
| scitech_en_union:gen_ai | Yes | 794,311 | 115,244,603,798 | |
| | No | 948,311 | 192,259,360,080 | Only kept Mathpix result of overlap documents |
| scitech_nonen_union:gen_ai | Yes | 117,402 | 226,203,052,764 | |
| | No | 1,214,355 | 18,010,483,599 | |

Commented [56]: thanks for putting this together! one more thing i forgot to mention, we need to carve out validation samples from the books dataset, since small amount of books from scitech en and non-en are reserved as validation set. See N5491900

Commented [57]: So we didn't reparse all the scitech books from Llama3? IIRC there were 186B from Llama3

Commented [58]: No, we prioritized books that were not parsed before and only selected books with high image density to get the interleaved result (which are also more likely to be STEM).

Commented [59]: ah makes sense. if budget and mathpix capacity freed up, it would be great to reparse everything so we get more accurate formulas

Jul 1, 2024
Annealing result on Mathpix Multilingual data:
- Mathpix_new (330B): only contains the non-overlapping documents compared to LibGen2023, mostly multilingual
  - 32% English
  - Top-10 non-english languages include (https://www.internalfb.com/intern/presto/████████████████55623_hvyun#sql):

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Language | num_docs | num_toks |
|---|---|---|
| rus_Cyrl | 584,338 | 78,896,528,228 |
| deu_Latn | 241,827 | 61,382,180,917 |
| spa_Latn | 70,048 | 13,769,878,341 |
| zho_Hans | 46,316 | 11,251,650,665 |
| fra_Latn | 40,814 | 7,977,125,870 |
| ita_Latn | 33,348 | 7,510,274,810 |
| tur_Latn | 31,727 | 6,414,680,797 |
| pol_Latn | 30,370 | 6,307,502,510 |
| ukr_Cyrl | 20,100 | 3,221,797,651 |
| ben_Beng | 8,447 | 2,838,406,492 |

Meta_Kadrey_00237268

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237269

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237270



Jun 27, 2024

Annealing result on Mathpix data:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

May 30, 2024 Annealing results

Take Away
- Libgen non-fiction has similar quality to existing Libgen Scitech
- Z-library turned out to be mostly fiction, and experimentally proved that the quality is roughly ~ Libgen fiction. So at this point treating all Zlib as fiction in datamix

AA Scitech v.s. Libgen Scitech



Take Away

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- AA Scitech is better compared to Libgen Scitech on MMLU, BBH, AGI
- Code is neutral
- Slightly worse on Math compared to Libgen Scitech on GSM8k, MATH and MGSM. But both are still better than the baseline datamix
- Worse than baseline on ARC-C is unexpected but that's the only task

Zlib Fiction EN

Take Away

- Zlib Fiction English is overall better than Libgen Fiction, for example on MMLU, BBH and AGI Eval

- Code and Math are neutral
- But Fiction from both Zlib and Libgen are worse than the baseline datamix, notably on DROP
- The current set of evals probably cannot measure the value provided by fiction, lacking tasks like creative writing

Zlib Fiction Non-EN

Take Away

- Zlib Fiction Non-English is overall better than Libgen Fiction especially on MMLU, both English and Non-English. This is probably due to the fiction / non-fiction classification done on Zlib is not accurate
- Zlib Fiction Non-English is worse on AGI English compared to Libgen Fiction
- Other task are neutral comparing Zlib and Libgen Fiction
- Non-English Fiction from both Zlib and Libgen are worse than the baseline datamix on English tasks, or wiki-QA tasks

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237273

Meta_Kadrey_00237274

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Zlib Scitech EN

Meta_Kadrey_00237275



Take Away

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- The Zlib Fiction / Non-Fiction split is not accurate. The distribution is similar. At this point we should treat them as both Fiction
- Zlib Non-Fiction Non-English performs better on mMMLU and MGSM

May 13, 2024

**Progress update:**

Anna's Archive Epub

TL;DR: We obtained LibGen non-fiction with timestamps beyond March 2023 and Z-library from Anna's Archive. In total, we obtained nearly 239B new high quality tokens from Epubs.

| Dataset Name | # Raw Files | Dedup – Minhash | Dedup – LibGen™ (On title & author) | Global Minhash Dedup | Title & author Dedup | Resources |
|---|---|---|---|---|---|---|
| LibGen non-fiction | 109,152 docs | 106,247 docs 14B tokens | 90,556 docs 12B tokens | 78,797 docs 10.4B | 69,966 docs 9.4B | Hive (after dedup): annas_archive_scitech_2023_2024_epub_dedup<br><br>S3: s3://fairspark-data█████████n/epub_jsonl<br><br>██████████████_archive/libgen_2024 |
| Z-library* | 3,826,312 docs | 2,014,829 docs 274B tokens | 1,742,110 docs 237B tokens | 1,819,451 docs 253B | 1,644,470 docs 229B | Hive (after local minhash): Annas_archive_zlib_epub<br><br>S3: s3://fairspark-data█████████epub_jsonl<br><br>████████████s_archive/zlib_2024 |

\* We only got around 65% of the data, we are still downloading the remaining ones.
\* Global e-book minhash dedup: we combined all data sources, including LibGen 2023, Libgen non-fiction 2024, z-library all together for minhash deduplication.

**Data splits:**

- For Libgen, we only downloaded the non-fiction, so no need for further split.
- For z-library, the data does not include meta-information to split fiction and non-fiction. We made the split by referring to the worldcat metadata (annas_archive_meta__aacid__worldcat), we mark a book as a fiction if:
  - Rule 1 Author matching: The book is authored by someone who wrote a fiction in worldcat; OR
  - Rule 2 Title matching: The book shares the common first 30 characters with a fiction book in worldcat.
  - NOTE: This method will introduce false positives, especially by Rule 1 author matching.

| | # of docs | # of tokens | ██████ |
|---|---|---|---|
| Libgen-EN | 56,470 | 6.65B | fair_llm_v3████████████ gen_non_finction_en |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Commented [60]: 346K PDF

| Libgen-non-EN | 13,496 | 2.71B | fair_llm_v3 [redacted] gen_non_finction_non_en |
| Zlib-EN | 613,144 | 63B | fair_llm_v3/ [redacted] b_fiction_en fair_llm_v3/ [redacted] b_non_fiction_en |
| Zlib-non-EN | 1,031,326 | 165B | fair_llm_v3 [redacted] b_fiction_non_en fair_llm_v3 [redacted] b_non_fiction_non_en |

**Other tables:**
- Metadata tables:
  - libgen_fiction_metadata
  - scitech_metadata
  - annas_archive_meta__aacid__zlib3_records
- Parsed data tables:
  - annas_archive_scitech_2023_2024_epub_dedup
  - annas_archive_zlib_epub_dedup
- Statistic tables (token counts)
  - annas_archive_libgen_epub_2023_2024_token_stats
  - annas_archive_zlib_epub_token_stats
- Knowledge classifier:
  - annas_archive_libgen_epub_2023_2024_knowledge_labels
  - annas_archive_zlib_epub_knowledge_labels

**Langage distribution**

| LibGen non-fiction new | | | Z-library | | |
| pred_lang | num_docs | num_tokens | pred_lang | num_docs | num_tokens |
|---|---|---|---|---|---|
| __label__en | 83,460 | 9,835,807,899 | __label__en | 862,006 | 89,969,349,146 |
| __label__de | 3,944 | 1,272,381,182 | __label__zh | 157,698 | 50,927,625,359 |
| __label__zh | 3,660 | 669,447,608 | __label__fr | 254,296 | 33,200,383,925 |
| __label__it | 4,831 | 660,166,753 | __label__es | 193,057 | 24,092,143,345 |
| __label__nl | 3,624 | 501,344,314 | __label__de | 184,910 | 23,609,375,766 |
| __label__fr | 1,892 | 298,488,198 | __label__it | 124,207 | 17,963,615,024 |
| __label__es | 2,231 | 255,316,123 | __label__nl | 46,886 | 6,389,619,450 |
| __label__pt | 764 | 161,712,291 | __label__pt | 39,217 | 6,170,344,473 |
| __label__ru | 669 | 92,136,444 | __label__ru | 30,825 | 4,102,860,899 |
| __label__ar | 246 | 60,350,786 | __label__bg | 20,855 | 2,956,504,001 |
| __label__it | 143 | 31,006,591 | __label__ko | 23,422 | 2,605,085,822 |
| __label__pl | 120 | 28,192,300 | __label__ro | 10,741 | 1,780,205,546 |
| __label__hu | 98 | 14,978,843 | __label__pl | 7,477 | 1,700,992,467 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| __label__ko | 150 | 12,571,640 | __label__hu | 5,302 | 1,238,410,445 |
| __label__gu | 19 | 11,673,065 | __label__fi | 5,118 | 1,176,550,366 |
| __label__cs | 55 | 5,912,644 | __label__ja | 18,208 | 819,616,885 |
| __label__ro | 23 | 5,673,854 | __label__tr | 4,875 | 809,573,225 |
| __label__tr | 27 | 5,232,565 | __label__he | 1,867 | 722,047,197 |
| __label__mr | 23 | 4,715,012 | __label__ca | 3,880 | 528,082,550 |
| __label__hi | 30 | 4,323,859 | __label__af | 4,118 | 466,153,740 |

**Knowledge distribution**

| LibGen non-fiction new | | | Z-library | | | Scitech (reference) | | |
|---|---|---|---|---|---|---|---|---|
| knowledge_label | doc_count | token_count | knowledge_label | doc_count | token_count | knowledge_label | doc_count | token_count |
| Arts & Entertainment | 32,921 | 3,756,886,171 | Other | 912,447 | 128,916,506,536 | Arts & Entertainment | 196,073 | 20,992,588,395 |
| Other | 18,396 | 3,327,938,712 | Arts & Entertainment | 862,649 | 114,771,467,081 | Social & Behavioral Sciences | 153,797 | 20,328,162,146 |
| Social & Behavioral Sciences | 10,234 | 1,140,185,955 | Philosophy | 43,022 | 5,624,567,120 | History | 143,536 | 21,978,437,394 |
| History | 9,489 | 1,463,997,738 | History | 32,879 | 5,477,589,240 | Medicine & Health | 108,789 | 20,948,489,934 |
| Philosophy | 6,149 | 891,266,659 | Social & Behavioral Sciences | 21,396 | 2,152,681,978 | Computer Science | 98,819 | 15,585,045,353 |
| Medicine & Health | 5,436 | 670,546,684 | Medicine & Health | 20,400 | 2,308,366,913 | Philosophy | 98,051 | 12,951,158,154 |
| Economics & Business | 4,829 | 472,068,195 | Economics & Business | 15,588 | 1,471,707,647 | Economics & Business | 85,462 | 10,844,856,113 |
| Computer Science | 4,013 | 530,948,842 | Computer Science | 14,947 | 1,802,405,347 | Politics | 65,106 | 8,763,556,423 |
| Food | 3,953 | 206,034,017 | unclassified | 14,210 | 2,357,125,127 | Physics | 61,111 | 11,660,717,867 |
| Politics | 3,180 | 437,447,524 | Food | 12,308 | 796,188,918 | Mathematics | 57,238 | 12,228,151,579 |
| unclassified | 2,406 | 332,162,664 | Politics | 10,612 | 1,471,198,996 | unclassified | 43,494 | 6,435,847,320 |
| Geography | 1,449 | 157,044,144 | Law | 7,457 | 970,185,720 | Biology | 42,074 | 8,391,842,531 |
| Biology | 1,434 | 176,627,680 | Physics | 6,203 | 744,617,427 | Chemistry | 32,773 | 7,171,848,422 |
| Law | 1,165 | 175,896,859 | Geography | 4,959 | 642,825,128 | Food | 26,568 | 2,059,049,889 |
| Physics | 1,112 | 157,676,027 | Biology | 3,441 | 395,933,698 | Law | 22,083 | 3,917,373,592 |
| Chemistry | 801 | 130,086,691 | Mathematics | 1,399 | 194,090,248 | Geography | 21,197 | 3,242,703,725 |
| Mathematics | 629 | 120,014,739 | Architecture | 853 | 84,877,058 | Architecture | 11,402 | 1,448,501,925 |
| Architecture | 324 | 35,075,186 | Chemistry | 761 | 120,336,273 | Other | 2,314 | 368,003,787 |

Apr 16, 2024

Data processing

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237278

- Done processing Libgen epub. results stored under: s3://fairspark-data/data/annas_archive/libgen/libgen_epub.parquet
- [Ongoing] Perform initial scan of Libgen PDFs

Metadata processing
- Worldcat: annas_archive_meta__aacid__worldcat
- Zlib: annas_archive_meta__aacid__zlib3_records
- Libgen: scitech_metadata (imported by Todor)
- IA: aa_ia_metadata

Apr 4, 2024
- Pyspark torrents downloading script is ready.
  - Libgenli_comics: torrents are downloaded, but doesn't seem to be downloadable (around 2500 torrent files, 0 downloading speed).
    - s3://fairspark-data/data/annas_archive/libgenli_comics/
  - Libgen_rs_non_fic: obtaining all torrent seed after 2023-03-01 (around 500 torrent files)
    - s3://fairspark-data/data/annas_archive/libgen/
    - http://ip-10-0-1-5.us-east-2.compute████████████████████021602_9893/
    - Progress (10TiB):
      - Apr 5, 2024 5.6 TiB
      - Apr 6, 2024 9.3 TiB
      - Apr 8, 2024 9.7 TiB
      - Apr 9, 2024 9.99 TiB
      - Apr 10, 2024 10.00 TiB
  - IA:
    - http://ip-10-0-1-5.us-east-2.compute████████████████████021602_9916/
    - Progress (38TiB in total)
      - Apr 5, 2024 426.5 GiB
      - Apr 6, 2024 6.7 TiB
      - Apr 8, 2024 11.4 TiB
      - Apr 9, 2024 13.9 TiB
      - Apr 10, 2024 16.2 TiB (job hangs, need to resume failed ones)
  - Z-lib:
    - s3://fairspark-data/data/annas_archive/zlib/
    - http://ip-10-0-1-5.us-east-2.compute████████████████████021602_9915/
    - Progress (54TiB):
      - Apr 5, 2024 2.8 TiB
      - Apr 6, 2024 10.7 TiB
      - Apr 8, 2024 16.7 TiB
      - Apr 9, 2024 20.3 TiB
      - Apr 10, 2024 23.1 TiB
      - Apr 11, 2024 25.7 TiB
      - Apr 16, 2024 31.7 TiB
- Individual nodes downloading:
  - Download Infra
  - IA downloading tracker
    - Progress (88 TiB):
      - Apr 8, 2024 8.6 TiB / 34.6 TiB
      - Apr 9, 2024 17.0 TiB / 46.5 TiB

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237279

- Apr 10, 2024 25.8 TiB / 52.2 TiB
- Apr 11, 2024 30.2 TiB / 57.2 TiB

Apr 2, 2024

List of torrents:
- Use pyspark + torrents for libgen downloading
  - Libgenli_comics: https://libgen.li/torrents/comics/
  - Libgen_rs_fic: https://libgen.li/torrents/fiction/ [Timestamps are before April 2023]
  - Libgen_rs_non_fic: https://libgen.li/torrents/libgen/
  - Scihub(scimag): https://libgen.li/torrents/scimag/ [Timestamps are before April 2023]
- Use multi-processes + multi-threading for z-library, IA downloads
  - IA: https://libgen.li/torrents/internet_archive/
  - Z-lib: https://libgen.li/torrents/pilimi-zlib-alt/
- Hold DuXiu for now and prioritize buck torrents downloads
- Need clarify which AWS nodes we can use for the download

Apr 1, 2024

https://github.com/fairinternal███████████████████download.py
https://github.com/fairinternal███████████████████████████fair_use_lib/download/download_trnts.py

Mar 28, 2024

Data source:
- https://annas-archive.org/datasets
  - Target: Internet Archive Controlled Digital Lending, DuXiu 读秀
  - Download
  - Dedup

References:
- LibGen dataset [lab notebook]
- https://fb.workplace.com/notes████████
- Fair-Use Lib 2███████
- Download script https://github.com/fairinternal████████████████████use_lib/download/download_trnts.py#L38

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237280

_.docx

| Main document changes and comments | | |
|---|---|---|
| **Page 6: Commented [1]** | **Frank Zhang** | **2/8/2025 2:58:00 AM** |

how similar is this compared to scimag?

| **Page 6: Commented [2]** | **Frank Zhang** | **2/8/2025 2:57:00 AM** |
|---|---|---|

what is the difference between this one and the previous 790B one?

| **Page 6: Commented [3]** | **Xiaolan Wang** | **2/8/2025 6:32:00 AM** |
|---|---|---|

This is the netnew addition (extended ds).

| **Page 6: Commented [4]** | **Frank Zhang** | **2/8/2025 2:58:00 AM** |
|---|---|---|

is this an expansion
of https://fb.workplace.com/groups/█████████████████2320736/?

| **Page 6: Commented [5]** | **Xiaolan Wang** | **2/8/2025 6:33:00 AM** |
|---|---|---|

Yes, but before apply aggressive quality filter in mid-training run.

| **Page 17: Commented [6]** | **Xiaolan Wang** | **12/9/2024 7:59:00 PM** |
|---|---|---|

@████@meta.com  Got the results back up to 3e21. Both experiments are improving the baseline (60T 1128 LCTEnWeb). Thought the CF of AA is higher than EnWebPDF, the actual performance of EnWebPDF on 3e21 scale is better than AA.

| **Page 17: Commented [7]** | **Frank Zhang** | **12/9/2024 8:56:00 PM** |
|---|---|---|

Thanks. Results LGTM! I am running an experiment 60T 1208 up-to 1E22 combining these two changes. Trying to promote that to the next datamix version
1 total reaction
Xiaolan Wang reacted with    at 2024-12-09 13:02 PM

| **Page 19: Commented [8]** | **Frank Zhang** | **12/2/2024 4:51:00 PM** |
|---|---|---|

qq: have you applied heuristic filtering on these new datasets?

| **Page 19: Commented [9]** | **Xiaolan Wang** | **12/2/2024 5:43:00 PM** |
|---|---|---|

For English, it is Lama based quality classifier (same as Web but retrained) on AA sections, and then aggregate to AA documents (removing the lowest 20%).
1 total reaction
Frank Zhang reacted with    at 2024-12-02 11:04 AM

| **Page 19: Commented [10]** | **Frank Zhang** | **12/2/2024 4:56:00 PM** |
|---|---|---|

could you elaborate on this? is this the Chemistry book example shown below?

| **Page 19: Commented [11]** | **Xiaolan Wang** | **12/2/2024 5:47:00 PM** |
|---|---|---|

This is done by removing documents with LID that is not supported by Mathpix. These documents typically has lower quality, so I removed them completely. However, there are counter examples as I showed below (Chemistry book) and we need to bring them back.
1 total reaction
Frank Zhang reacted with    at 2024-12-02 11:04 AM

| **Page 19: Commented [12]** | **Frank Zhang** | **12/2/2024 7:04:00 PM** |
|---|---|---|

> we need to bring them back
Curious about how do you plan to achieve this?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Page 24: Commented [13] | Frank Zhang | 12/2/2024 4:54:00 PM |
|---|---|---|

what will be the ETA of this?

| Page 25: Commented [14] | Frank Zhang | 12/2/2024 4:56:00 PM |
|---|---|---|

This book looks pretty cool. How did you handle it eventually?

| Page 25: Commented [15] | Frank Zhang | 12/2/2024 4:57:00 PM |
|---|---|---|

Did you handle this differently?

| Page 26: Commented [16] | Todor Mihaylov | 11/15/2024 8:50:00 PM |
|---|---|---|

This is amazing! These are net new, right? Are these also filtered?
1 total reaction
Anastasiia Razdaibiedina reacted with    at 2024-11-18 16:33 PM

| Page 26: Commented [17] | Xiaolan Wang | 11/15/2024 11:40:00 PM |
|---|---|---|

Net new, but not filtered. This is the baseline experiments, we would like to push further with the quality classifier @▮▮▮▮@meta.com is trying to build
1 total reaction
Anastasiia Razdaibiedina reacted with ♥ at 2024-11-18 16:33 PM

| Page 26: Commented [18] | Jacob Xu | 11/15/2024 9:11:00 PM |
|---|---|---|

what large means here? the large file partition? what about the "regular" partition?

| Page 26: Commented [19] | Xiaolan Wang | 11/15/2024 11:39:00 PM |
|---|---|---|

file size large than 1MB. We recrawled everything >1MB since they were corrupted in original download.

| Page 26: Commented [20] | Jacob Xu | 11/16/2024 12:46:00 AM |
|---|---|---|

did we parse the pdfs less than 1MB?

| Page 26: Commented [21] | Xiaolan Wang | 11/16/2024 12:54:00 AM |
|---|---|---|

Yes, already part of flash datamix.

| Page 31: Commented [22] | Frank Zhang | 12/2/2024 5:07:00 PM |
|---|---|---|

what is aggregated score?

| Page 31: Commented [23] | Anastasiia Razdaibiedina | 11/26/2024 1:18:00 AM |
|---|---|---|

I am somehow getting 172,662,387 rows?..

| Page 31: Commented [24] | Hanwen Zha | 11/12/2024 8:08:00 PM |
|---|---|---|

Are these new books? from 100% run, the performance seems very promising.

| Page 31: Commented [25] | Xiaolan Wang | 11/12/2024 8:30:00 PM |
|---|---|---|

Yes. They are all net new.
1 total reaction
Hanwen Zha reacted with    at 2024-11-12 12:31 PM

| Page 32: Commented [26] | Xiaolan Wang | 11/8/2024 11:29:00 PM |
|---|---|---|

@▮▮▮▮@meta.com got experiment results back for Anna's Archive non-stem, non-fiction portion (En only). Overall neutral on aggregated benchmarks (gain on gsm8k, regression on code editing). Clear gain on MMLU social science and humanities.

| Page 32: Commented [27] | Frank Zhang | 12/2/2024 5:09:00 PM |
|---|---|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

which quality model are you using here?

| Page 32: Commented [28] | Frank Zhang | 12/2/2024 5:08:00 PM |
|---|---|---|

these aren't necessarily bad? do you have some examples?

| Page 32: Commented [29] | Frank Zhang | 12/2/2024 5:09:00 PM |
|---|---|---|

do you have some examples on what are these?

| Page 35: Commented [30] | Frank Zhang | 12/2/2024 4:04:00 PM |
|---|---|---|

access

| Page 47: Commented [31] | Frank Zhang | 9/16/2024 10:14:00 PM |
|---|---|---|

I believe this is non-stem and non-fiction?

wondering what's your conclusion here

also, what's the difference between SW_SL_aa_mardown .v.s SW_SL_aa_en_mardown?

| Page 48: Commented [32] | Frank Zhang | 9/16/2024 10:17:00 PM |
|---|---|---|

should we compare these with English Web and Reasoning?

maybe you can reuse the latest L1 category 100% runs here: https://docs.google.com/document/d/███████████████████BICsj67HCgs1vPp5 4/edit#heading=h.in5n22b2broi

| Page 49: Commented [33] | Frank Zhang | 9/16/2024 10:11:00 PM |
|---|---|---|

Nice catch on the shuffling!

The v2 Llama4 Arxiv LGTM and will include in the datamix

| Page 58: Commented [34] | | 9/11/2024 11:46:00 PM |
|---|---|---|

1 total reaction
Frank Zhang reacted with   at 2024-09-11 16:46 PM

| Page 58: Commented [35] | Xiaolan Wang | 9/6/2024 10:55:00 PM |
|---|---|---|

No latex version, not overlap with the rest

| Page 59: Commented [36] | Xiaolan Wang | 9/7/2024 8:03:00 AM |
|---|---|---|

Small difference between these numbers are due to Mathpix conversion pipeline.

| Page 59: Commented [37] | Xiaolan Wang | 9/7/2024 8:03:00 AM |
|---|---|---|

Small difference between these numbers are due to Mathpix conversion pipeline.

| Page 59: Commented [38] | Xiaolan Wang | 9/7/2024 12:41:00 AM |
|---|---|---|

10B additional, proof_pile_2_deduped_arxiv_train was heavily duplicated with llama3_arxiv (87% items also present in llama3_arxiv).

| Page 59: Commented [39] | Frank Zhang | 9/7/2024 8:21:00 PM |
|---|---|---|

does this dataset include the `proof_pile_2_deduped_arxiv_train` or not?

| Page 59: Commented [40] | Xiaolan Wang | 9/9/2024 4:13:00 AM |
|---|---|---|

Yes, it includes all existing arxiv with validation removed. Here s the distribution: https://fburl.com/daiquery/████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 total reaction
Frank Zhang reacted with ☐ at 2024-09-09 20:44 PM

| Page 62: Commented [41] | Frank Zhang | 9/3/2024 10:47:00 PM |
|---|---|---|

curious about how the cleaning was done?

| Page 62: Commented [42] | Xiaolan Wang | 9/3/2024 11:02:00 PM |
|---|---|---|

D621 ███████ Major components:
1. Remove acknowledgement and reference;
2. Remove footnotes;
3. Remove author;
4. Remove copyright and emails.
statistics table:https://fburl.com/daiquery/███████

Further combined with quality classifier result: P1565████

| Page 62: Commented [43] | Frank Zhang | 9/3/2024 10:49:00 PM |
|---|---|---|

same here, do you mind sharing how this selection was done?

| Page 62: Commented [44] | Xiaolan Wang | 9/3/2024 11:03:00 PM |
|---|---|---|

From the table above, further filter by content that contains equations by latex tags: P1565████

| Page 62: Commented [45] | Frank Zhang | 9/3/2024 10:51:00 PM |
|---|---|---|

is this the 317B version or 173B version

| Page 62: Commented [46] | Xiaolan Wang | 9/3/2024 10:54:00 PM |
|---|---|---|

317B version.

| Page 71: Commented [47] | Frank Zhang | 9/3/2024 10:39:00 PM |
|---|---|---|

is this 173B a subset of the 491B scimag_en?

| Page 71: Commented [48] | Xiaolan Wang | 9/3/2024 10:55:00 PM |
|---|---|---|

Yes, it is part of the 491B scimag_en.

| Page 77: Commented [49] | Frank Zhang | 8/1/2024 10:19:00 PM |
|---|---|---|

Great analysis. Several interesting findings:
1. From the numbers IA have much more books. But IA+Zlib STEM books only has 78B tokens compared to 500+B for scitech. Is it due to the PDF parsing hasn't finish?

2. I remembered there're other taxonomy like worldcat. comparing to the knowledge classifier, do you recommend using that?

| Page 77: Commented [50] | Xiaolan Wang | 8/1/2024 10:47:00 PM |
|---|---|---|

1. I only count English books in the analysis, for Scitech, there are 300B english tokens across all categories. Around 40% books in Scitech are actually STEM related. Thus, in Scitech, there are 120B STEM tokens. Besides, we also conduct dedup against scitech books as well as themselves when we did the parsing, making the total book count from 0.5M -> 0.27M (nearly half reduction).

2. For worldcat, they have a lower coverage + noisy labels, so I didn't directly use it here. I think it would be good to provide signals for us to train classifiers, but the original label are not canonicalized.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237284

| Page 78: Commented [51] | Frank Zhang | 8/1/2024 3:04:00 AM |
|---|---|---|

Curious about that given our current books collection, what's the distribution of topics and subjects? e.g. how many are in Math, Physics, Chemistry and Biology. I guess this metadata should be able to tell us?

| Page 78: Commented [52] | Xiaolan Wang | 8/1/2024 10:02:00 PM |
|---|---|---|

Included the distribution. Overall, knowledge in scitech is more evenly distributed than zlib/ia. Meanwhile, there are also many non-math STEM books in IA.

| Page 79: Commented [53] | Frank Zhang | 7/25/2024 2:32:00 PM |
|---|---|---|

great find!

Which eval branch/commit are you using? is this something we need to fix and merge into the llama4_data_ablation evals branch or even the evals main branch?

| Page 79: Commented [54] | Xiaolan Wang | 7/25/2024 5:06:00 PM |
|---|---|---|

Just checked the code, the current logic from both the main branch and the llama4_data_ablation will load the file without "cot" field. I feel this is more likely due to benchmark .jsonl file update instead of code update.

| Page 80: Commented [55] | Frank Zhang | 7/25/2024 3:26:00 PM |
|---|---|---|

qq: is this already deduped against our existing books collection including Scitech, AA and existing Zlib

| Page 82: Commented [56] | Frank Zhang | 7/12/2024 1:49:00 AM |
|---|---|---|

thanks for putting this together! one more thing I forgot to mention, we need to carve out validation samples from the books dataset, since small amount of books from scitech en and non-en are reserved as validation set. See N54▮▮▮

| Page 82: Commented [57] | Frank Zhang | 7/12/2024 1:45:00 AM |
|---|---|---|

So we didn't reparse all the scitech books from Llama3? IIRC there were 186B from Llama3

| Page 82: Commented [58] | Xiaolan Wang | 7/12/2024 5:27:00 AM |
|---|---|---|

No, we prioritized books that were not parsed before and only selected books with high image density to get the interleaved result (which are also more likely to be STEM).

| Page 82: Commented [59] | Frank Zhang | 7/12/2024 5:33:00 AM |
|---|---|---|

ah makes sense. if budget and mathpix capacity freed up, it would be great to reparse everything so we get more accurate formulas

| Page 91: Commented [60] | Xiaolan Wang | 5/3/2024 7:25:00 PM |
|---|---|---|

346K PDF

Header and footer changes

Text Box changes

Header and footer text box changes

Footnote changes

Endnote changes

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00237285