# EXHIBIT K

Message
_____

**From:**       Emily Dinan [████ @meta.com]
**Sent:**       11/29/2023 4:35:43 AM
**To:**         Melanie Kambadur [████ @meta.com]; Naman Goyal [████ @meta.com]; Shruti Bhosale [████ @meta.com];
                Emily Dinan [████ @meta.com]; Mike Lewis [████ @meta.com]; Vedanuj Goswami [████ @meta.com];
                Sharan Narang [████ @meta.com]
**Subject:**    Message summary [{"otherUserFbId":null,"threadFbId":24443476841934198}]
**Attachments:** 405354052_727743245870055_6662160736837135629_n.png;
                367356987_763706812215451_4247460387263875985_n.png;
                400041938_317389387809772_2677065361030363324_n.png

Emily Dinan (11/28/2023 06:08:36 PST):
>@silent I'm late, but amazing results Shruti! Very excited about a 7B 12T run....

Melanie Kambadur (11/28/2023 07:13:46 PST):
>re 7B/12T data mix: are we going to keep in the c4 or move to only new CC? also, will you add refreshed wikipedia, galactica papers, fanfic, and any multilingual? cc @Shruti Bhosale

Naman Goyal (11/28/2023 07:14:40 PST):
>sorry dumb q, whats the original source of galactica papers?

Melanie Kambadur (11/28/2023 07:14:54 PST):
>https://docs.google.com/spreadsheets/d ████ ngUrNkISpXBEbPo/edit#gid= ████

Naman Goyal (11/28/2023 07:17:57 PST):
>I will let Shruti answer when its her working hours but looks like run 11 that does well, seems to have galactica papers (maybe you are saying we need to refresh it?)

Melanie Kambadur (11/28/2023 07:18:44 PST):

shared: 405354052_727743245870055_6662160736837135629_n.png

Melanie Kambadur (11/28/2023 07:18:48 PST):
>I thought this meant it does not?

Naman Goyal (11/28/2023 07:19:12 PST):
>uggg sorry I cant read, I will shut up

Vedanuj Goswami (11/28/2023 07:22:07 PST):
>sorry just curious .. which sheet is this?

Melanie Kambadur (11/28/2023 07:22:28 PST):
>https://docs.google.com/spreadsheets/d/ ████ zE09xN411hU/edit#gid= ████
data mixes that shruti has been testing out

Naman Goyal (11/28/2023 07:54:35 PST):
>btw dill vs 360B (latest)
>
>unfortunately dont know what conclusion to make if it is "good convergence" or not

Naman Goyal (11/28/2023 07:54:36 PST):

shared: 367356987_763706812215451_4247460387263875985_n.png

Emily Dinan (11/28/2023 07:56:26 PST):
>How long are you planning to keep the 360B run going?

Mike Lewis (11/28/2023 07:57:22 PST):
>Are these both on Dill data mix?

Naman Goyal (11/28/2023 07:57:36 PST):
>earlier plan was till 20k updates and then try out things like batch size warmup and maybe more resources for fp8 debugging
>
>but looks like by 20k we might not have enough evidence

Naman Goyal (11/28/2023 07:58:39 PST):
>everything is same, same batch size, data mix, num_gpus,
>
>only differences:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    Meta_Kadrey_00054289

>1) bigger model
>2) 4k warmup instead of 2k
>3) zloss multiplier 1e-04 and qk_norm

Emily Dinan (11/28/2023 08:00:31 PST):
>It's slightly hard to tell if it's "spikier" since the runs seem to have different log frequencies

Mike Lewis (11/28/2023 08:01:04 PST):
>One way to approach this would be to repro Dill with 4k warmup,  then try some intermediate size models (say 250b), to give a better sense for what to expect for 350b

Naman Goyal (11/28/2023 08:04:32 PST):
>okay if there are no other high pri things, I can try this once the current run gets to 20k-25k updates

Mike Lewis (11/28/2023 08:05:17 PST):
>Figuring this out seems like the highest priority thing for Llama3 to me!

Naman Goyal (11/28/2023 08:29:49 PST):
>for fun, I plugged in chinchilla's loss prediction formula in spread sheet
(https://docs.google.com/spreadsheets/d/▮▮▮▮▮▮▮▮▮▮vhRnuO/edit#gid=0)
>
>note this is based on fitting curve based on both model params and num_tokens, so it even theirs could be very noisy.
>
>but there are some interesting takeaways there, like:
>
>1) 7B@7T > cinnamon 13B ( 13B @2T)
>2) 13b@12T > cinnamon 70B (70B @ 2T)
>
>(feel free to play around and edit that sheet )

Naman Goyal (11/28/2023 08:35:04 PST):
>again huge grain of salt, but as per that even 25B param model can reach dill loss (so I personally wont be surprised that chatgpt / gpt3.5 is nothing fancy but just a 20-30B model trained for very very long)

Vedanuj Goswami (11/28/2023 08:38:22 PST):
>was just discussing with Naman ...
>
>150b@2T          1.50E+11       2.00E+12          1.90208016
>
>360b@2T          3.60E+11       2.00E+12          1.885493138
>
>difference is just 0.02 even though we more than 2x the model params. so not sure if we should expect a huge drop in loss compared to Dill in our above exp.

Vedanuj Goswami (11/28/2023 08:39:28 PST):
>this kind of scares me though .. our scaling law predictions at higher computes might be too off?

Vedanuj Goswami (11/28/2023 08:40:12 PST):
>as in makes me more biased towards the data heavy predictions rather than model heavy ones

Naman Goyal (11/28/2023 08:42:11 PST):
>I think this approach is much more noisy than the other two, so I am not too worried.
>
>I'd rely more on Niadri's prediction of loss based on ideal model size for compute. (i.e. when you only fit one variable)

Sharan Narang (11/28/2023 10:40:49 PST):
>@Shruti Bhosale - I saw the evaluation results on BIG-Bench hard as well where there is a decent gain. I'm optimistic that scaling this mix up to 12T tokens will result in a model that's better than Mistral 7B. Really nice work!!

Naman Goyal (11/28/2023 11:34:20 PST):
>btw @Mike Lewis and everyone,
>
>I will try empirically but want to make sure first I understand this with you.
>
>It doesn't make sense to initialize embeddings with `1 / sqrt(fan_in)` right, which is what xlformers does? cause embeddings are selected as one hot and with this init, `fan_in=vocab_size`, so as we increase vocab size, we will init with smaller values.
>
>1) Palm initializes with std_dev = 1
>2) the paper Mike shared (https://arxiv.org/pdf/2309.14322.pdf) uses 1/ sqrt(model_dim), which seems a bit weird to me
>3) muP paper (https://www.microsoft.com/en-us/research/uploads/prod/2021/11/TP5.pdf) also claims on page 23 that init'ing them with 1 is more natural.

Emily Dinan (11/28/2023 11:39:05 PST):

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00054290

>When I was working w/ Sho earlier this year he also suggested word embeddings should be initialized w/ stddev=1 (we only tested at small scale here w/ other changes as well https://arxiv.org/pdf/2304.02034.pdf)

Mike Lewis (11/28/2023 11:40:26 PST):
>Agreed that 1/fan_in isn't a principled choice here, but I'm not super up to date on what people recommend these days. I can take a look!

Mike Lewis (11/28/2023 11:40:44 PST):
>Are we tying input/output embeddings btw?

Naman Goyal (11/28/2023 11:42:01 PST):
>I will kick off a 7B, 128k vocab tokenizer, baseline vs std_dev=1
>
>unfortunately the large run I am running is with 32k vocab, so I wont have easy chance to do apples to apples comparison at larger scale

Naman Goyal (11/28/2023 11:42:18 PST):
>no, which makes life a bit easier for std_dev=1 for embeddings

Mike Lewis (11/28/2023 14:45:55 PST):
>Chaya is asking me what model we'd train if we were given 8k or 10k (!) GPUs for the big run. We would have to either increase the batch size (risking less good convergence) or the model size (risking greater instability). We could also decide if we want to increase the data (do we have any more?) or try to complete the run faster. Any thoughts?
>
>Here's the range of model/data sizes recommended by Niladri's scaling laws

Mike Lewis (11/28/2023 14:45:55 PST):

shared: 400041938_317389387809772_2677065361030363324_n.png

Melanie Kambadur (11/28/2023 14:47:49 PST):
>so the other thing is reserving some GPUs for the smaller runs alongside like Vedanuj mentioned

Melanie Kambadur (11/28/2023 14:48:06 PST):
>like 8K GPUs for the 360B + 1-2K for smaller runs

Melanie Kambadur (11/28/2023 14:49:16 PST):
>on data to me one open question is about repetition — e.g. we already found 3T repeated 2X is better than our top 6T right? I wonder how far we can push this..

Melanie Kambadur (11/28/2023 14:51:53 PST):
>We did get official approval for anna's arxiv (bigger libgen) which probably won't be massive tokens but still good category (books, sci articles), and we can refresh github, could try to start with the transcribing speech data sooner but that's probably still 1-2 months away regardless. very early red pajama results haven't panned out as better than our current cc yet, but I think there's still some hope to use it once we clean up / figure out how to mix (e.g. their math parsing is weak, so we keep our cc for math).

Melanie Kambadur (11/28/2023 14:52:32 PST):
>on common crawl that is.

Melanie Kambadur (11/28/2023 14:53:16 PST):
>we also have a bunch of odds and ends data we could add if it pans out well, like ███████████████

Emily Dinan (11/28/2023 14:59:17 PST):
>Training on more GPUs will increase bsz regardless right? So we will just have to fight that battle no matter what

Emily Dinan (11/28/2023 15:01:31 PST):
>Re: more data vs. completing the run faster -- I sort of think that's a question for leadership? I'm not sure what their expectations are for how quickly we should be delivering the model in the first place. Thoughts?

Melanie Kambadur (11/28/2023 15:02:04 PST):
>i think we heard before from ahmad that he'd rather have a good model later than a weak model sooner. but i'm not sure how far that goes

Shruti Bhosale (11/28/2023 15:03:15 PST):
>+1 to smaller runs - I think we do want ~70B scale runs to be ongoing to detect poor performance on evals or other issues sooner

Mike Lewis (11/28/2023 15:04:08 PST):
>Not saying this is a good idea, but we could in theory keep the batch size constant, and do a 550B model for 12T tokens

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00054291

Sharan Narang (11/28/2023 15:04:38 PST):
>Agree with this. And lets also save a small silver to run ongoing evals for the largest model. I'm too scarred to run a model without evaluating it as well.

Mike Lewis (11/28/2023 15:05:01 PST):
>One option would be to start out on say 8k, train a 70b in parallel on 2k, then use the extra 2k to increase batch size when the 70b is done?

Emily Dinan (11/28/2023 15:08:29 PST):
>I like this plan!

Sharan Narang (11/28/2023 15:09:10 PST):
>I think it's probably fine to increase batch size after the first 20k steps or so. Atleast for PaLM, we didn't see any change in the slope of the training curve when we changed the batch size (which was around 50k steps actually).
>
>There can be a lot more instability at 500B scale (Naman can attest to this). So, I'd probably prefer a 350B - 400B model with a larger batch with whatever data we're confident about.

Sharan Narang (11/28/2023 15:10:15 PST):
>(Assuming that the scaling laws indicate that 350B - 400B on the data mix will allow us to be competitive with GPT-4)

Mike Lewis (11/28/2023 15:37:48 PST):
>Yeah I think the best option for a step change in data quantity right now is to test a ▮ epoch on CC?

Shruti Bhosale (11/28/2023 15:42:42 PST):
>also running some topic classifiers on our RPv2 CC and trying to strategically include more of scitech, code, world knowledge somehow - but this is more a ~1-1.5 month effort

Shruti Bhosale (11/28/2023 15:43:46 PST):
>I do think it should not be terrible to run a ▮ epoch of CC. But for the other datasets like libgen, code etc, those we will end up repeated more like ▮ times instead of ▮ times approximately

Shruti Bhosale (11/28/2023 15:44:32 PST):
>It would be nice to be able to get additional data in approximately ▮ ratio of scitech+books : code+math : general_cc

Mike Lewis (11/28/2023 15:45:17 PST):
>I was imagining we just increase the percentage of CC, so something like ▮ epochs CC, ▮ epochs other stuff.

Shruti Bhosale (11/28/2023 15:46:22 PST):
>oh this would cause degradation on some of our metrics based on the data mix weight ablations I did

Shruti Bhosale (11/28/2023 15:47:04 PST):
>unless we find some curriculum like - for first 50% of training, increase % of CC in data mix, and for last 50%, decrease it to upsample libgen, code etc more.

Shruti Bhosale (11/28/2023 15:48:59 PST):
>@Melanie also curious how much of a bad thing would it be to memorize various parts of our training data? if we can manage to not memorize books, then is that good enough? Also "memorization" is unfortunately an open research problem and vague at the moment.

Mike Lewis (11/28/2023 15:49:58 PST):
>I'm sure it's less good for a fixed amount of data, but it's also probably better to just train on 15T instead of 12T

Shruti Bhosale (11/28/2023 15:50:56 PST):
>yes I agree, but we will have to be strategic about upsampling libgen,code towards the last X% to get the most general ability we can

Shruti Bhosale (11/28/2023 15:51:24 PST):
>It would add some more wins on top of increasing % of CC and training for longer

Shruti Bhosale (11/28/2023 16:10:55 PST):
>n00b question - are we going with 2.5e25 or 3.7e25 or 1e26 flops?  and how does #flops relate to 8k vs 10k gpus x K months of training?

Mike Lewis (11/28/2023 16:17:44 PST):
>Good question... Someone correct me, but I think roughly 2.5e25=6k*5 months, 4.1e25=10k*5 months. So the FLOPs will depend on how many GPUs we get.

Mike Lewis (11/28/2023 16:18:11 PST):
>Leadership basically want us to give them some options for what the extra GPUs will buy them.

Shruti Bhosale (11/28/2023 16:24:49 PST):
>okay thanks, great to know as I read the scaling laws results

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00054292

Vedanuj Goswami (11/28/2023 16:27:32 PST):
>The math is roughly this :
>
>3.75e25 / (450e12 * 8192 (#gpus) * 20 * 3600 * 30) , considering 15% infra downtime every day
>
>which comes to be 4.7 months

Vedanuj Goswami (11/28/2023 16:32:55 PST):
>to reach 4e25 it is about 5 months on 8k.
>
>Usually it is better to have power of 2 for #gpus, which gives us good configs for 3d parallel. Also scaling and startup time and almost everything becomes faste. So if we have 10k, I would vote for using 8k for the large job and 2k for smaller jobs to compare.

Vedanuj Goswami (11/28/2023 16:35:23 PST):
>have we ablated top 4Tx2? That would also take us to 14T or so?

Vedanuj Goswami (11/28/2023 16:35:47 PST):
>sorry my math may be wrong

Naman Goyal (11/28/2023 18:40:40 PST):
>sorry just catching up, agree 8k for large model and 2k for smaller models in parallel.

Naman Goyal (11/28/2023 18:42:26 PST):
>also when you get chance Shruti, can you please share current best guess for 12T tokens as the string that xlformers yaml expects?
>
>we are planning to try convergence tests on real data only

Naman Goyal (11/28/2023 18:45:51 PST):
>and we are finalizing `~wsf/████████████████████128k ` tokenizer for now right?
>(unless some strong evidence from Nikolay's tests right?)

Shruti Bhosale (11/28/2023 18:46:23 PST):
>you can use this for now
https://github.com/fairinternal/xlformers/blob/████████████████████7b_llama2_run16.yaml
>I am preparing a new config now but this one is pretty good already #silent

Naman Goyal (11/28/2023 18:47:55 PST):
>would this require changes for 12e12 tokens? sorry, asking cause I can set steps based on that

Shruti Bhosale (11/28/2023 18:53:46 PST):
>Do you want to test the data loading times too?

Shruti Bhosale (11/28/2023 18:54:37 PST):
>If yes, this dataset has exactly 3T tokens and not a subsample for 2T datamix
>
>~/eag-
wsf/fair_llm_v3/exp2023/████████████████████lddp_thrs6_v6_205B_llama2_prompt02_205B_cl128ktkn__shard_*

Naman Goyal (11/28/2023 18:55:05 PST):
>naah,
>mainly thinking what #steps to set for the convergence tests starting tomorrow. possibly I can just set it based on 12e12 and keep data string above as anyways these will only run till few hundred billion tokens

Naman Goyal (11/28/2023 18:55:33 PST):
>(and end steps determine LR trajectory which can change convergence behavior)

Shruti Bhosale (11/28/2023 18:57:53 PST):
>yes I think that would be enough for your use-case.

Naman Goyal (11/28/2023 19:34:40 PST):
>btw I was thinking given data loader changes could be complicated and also resharding checkpoint for more num gpus culd be complicated and not yet fully tested.
>
>we can just start with 8k gpus and whatever batch size we want at start (2M / 4M), it'd be very inefficient but if its only for 4-5 days, maybe not worth the engineering hours and added risk

Sharan Narang (11/28/2023 19:56:45 PST):
>I thought Punit was quite close to completing the resharding logic. I can check with him.
>
>It's totally fine to be inefficient for a few days.

Shruti Bhosale (11/28/2023 20:35:43 PST):

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00054293

>Punit was going to reach out to you Naman, for double checking his approach to making the resharding work.
>
>He first prioritized doing the simpler tasks of supporting (i) adding a dataset from the datamix (ii) removing a dataset from the datamix (iii) double checking that changing weights per dataset works out of the box as expected (iv) logging keys of which training documents have been seen during training
>#silent

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00054294