# EXHIBIT L

# Jelmer Onboarding Notes

Welcome to the GenAI LLM research team!

**People to meet:**
- [ HYPERLINK "mailto█████████@meta.com" \h ] (Lon) who will be your onboarding buddy and can help you with technical questions and startup tasks. He will be here through Dec 15, and then after that you can rely on other people in the data workstream mentioned below.
- [ HYPERLINK "mailto:█████@meta.com" \h ] (Lon) who has worked across data and pretraining
- [ HYPERLINK "mailto█████@meta.com" \h ] (Lon) who helps with a lot of XLformers libraries work and can give you code pointers
- [ HYPERLINK "mailto:█████@meta.com" \h ] (NYC) who is our data workstream TL

Some of our team is on PTO in December, but you should also get to know the other regular contributors in the data workstream like [ HYPERLINK "mailto:█████@meta.com" \h ][ HYPERLINK "mailto█████████@meta.com" \h ][ HYPERLINK "mailto:█████@meta.com" \h ][ HYPERLINK "mailto:andrewpoulton@meta.com" \h ][ HYPERLINK "mailto:█████@meta.com" \h ][ HYPERLINK "mailto█████@meta.com" \h ]

**Relevant docs/links:**
- NextGen H2 Plans: [ HYPERLINK "https://docs.google.com/document/d/█████████████████SZKO6LRJevqhUwj3g8/edit" \h ]
  - Also see the linked docs within that one for the different workstreams.
- [ HYPERLINK "https://www.internalfb.com/█████████" \h ]
- People portal has answers to most of the HR/benefits/travel questions you might have: [ HYPERLINK "https://www.internalfb.com/█████████" \h ] I recommend starting any searches from the search bar on this page, because the company's general search tools aren't always very good for finding "official" information.
- [ HYPERLINK "https://docs.google.com/document/d/█████████████████d7GFKG8RLblz1eJcftw/edit" \l "heading=h.snjoqccj1zgq" \h ]

**Workplace Groups:**
- [ HYPERLINK "https://fb.workplace.com/groups/█████████" \h ] Our main research team group, for Sergey's org++
- [ HYPERLINK "https://fb.workplace.com/groups/█████████" \h ]: Our v-team group with members of Sergey's/ Devi's org for working on multimodal foundational models
- [ HYPERLINK "https://fb.workplace.com/groups█████████" \h ] A bigger group that includes applied researchers and product teams also working on LLMs in GenAI org.

- [ HYPERLINK "https://fb.workplace.com/groups ██████████ " \h ] Our main group for communicating within the data workstream
- All the genAI groups mentioned at the bottom of this page (most you should get auto-added to) [ HYPERLINK "https://www.internalfb.com/██████████" \h ]
- Ask someone local to add you to the office social groups.

**Meetings:**
- We have a team meeting weekly on Thursdays: [ HYPERLINK "https://fburl.com/meeting██████" \h ]
- We have a weekly data meeting weekly on Mondays: [ HYPERLINK "https://fburl.com/meeting/██████" \h ].

**Environment Setup:**
- See setup notes here: [ HYPERLINK "https://docs.google.com/document/d/██████████BgNmYW9zEFk5q_67frb5 dN3Ics/edit" \l "heading=h.f8mloq6wm8u8" \h ]; note we are moving off of RSC in early 2024, so you may not need to follow these setup steps.
- Onboard to the Spark clusters: [ HYPERLINK "https://docs.google.com/document/d/██████████ tMHUWQoTFUGSBPXRwTUC1g/edit" \l "heading=h.k34wmwj68qhw" \h ]
- Set up access to wandb: [ HYPERLINK "https://www.internalfb.com/intern/wiki/████████████████Onboar ding_Guide/Weights_and_Biases/" \h ]
- You'll need to link a github account since our team primarily uses github over internal infra: [ HYPERLINK "https://www.internalfb.com/intern/wiki/████████████████████Li nking_Your_GitHub_Account/" \h ]

**Code bases:**
- XLFormers is our main codebase for LLM training and tuning research: [ HYPERLINK "https://github.com/fairinternal/██████████docs" \h ]
- We also have an eval library: [ HYPERLINK "https://github.com.██████████" \h ]
- And an inference library: [ HYPERLINK "https://github.com/██████████" \h ]
- And a data library: [ HYPERLINK "https://github.com/██████████" \h ]
- The other teams in GenAI use prod versions of these libraries (see [ HYPERLINK "https://www.internalfb.com/intern/██████████_Ramp-up/" \h ]), but you probably don't need to work with these.

**Starter Tasks:**
- (Viktor will help you with more details here)
  - Help us download Anna's arxiv, using our updated [ HYPERLINK "https://docs.google.com/document/d/██████████ UM7IndeJVA0k/edit" \l "heading=h.ld06bh7oc1q9" \h ]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Meta_Kadrey_00160271

- Some of this data is already available in our existing books/articles dataset so you can skip those bits (and use that code as a reference: [ HYPERLINK "https://github.com/fairinternal/███████████████████fair_use_lib" \h ])
  - See some details about that dataset here: [ HYPERLINK "https://docs.google.com/document/d/██████████████ dbrNOdR-2UxLfhHrM8/edit" \h ]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY