# EXHIBIT N

3/3/2025        Richard Kadrey, et al. v. Meta Platforms, Inc.     Michael Clark 30(b)(6)
                Highly Confidential - Attorneys' Eyes Only

Page 1

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-------------------------------------

RICHARD KADREY, ET AL.,              )

   Individual and Representative )

                Plaintiffs,  ) Lead Case No.

        v.                  ) 3:23-cv-03417-VC

META PLATFORMS, INC.,                )

              Defendant.   )

-------------------------------------

* * * HIGHLY CONFIDENTIAL * * *

* * * ATTORNEYS' EYES ONLY * * *

VIDEO-RECORDED 30(b)(6) DEPOSITION OF

MICHAEL CLARK (torrenting)

MONDAY, MARCH 3, 2025

DENVER, COLORADO

10:20 A.M. MST

REPORTED BY KATHY L. DAVIS, CRR, RMR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 3:23-cv-03417-VC   Document 721-15   Filed 05/01/26   Page 3 of 8

3/3/2025          Richard Kadrey, et al. v. Meta Platforms, Inc.     Michael Clark 30(b)(6)
Highly Confidential - Attorneys' Eyes Only

Page 86

further investigation beyond that -- or beyond what   01:13:12

had already been done prior to the last deposition.   01:13:16

    Q    (BY MS. POUEYMIROU)   Okay.  And when you   01:13:19

saw -- did you review Ms. Frederiksen-Cross's notes   01:13:21

in this case --                                        01:13:28

        MR. WEINSTEIN:  Object to form.   01:13:29

    Q    (BY MS. POUEYMIROU)  -- not just her   01:13:29

report?                                                01:13:30

    A    I only reviewed the report.   01:13:32

    Q    Okay.  Okay.  So if we return to this   01:13:39

document, which is Exhibit 6, why was Meta concerned   01:13:41

about seeding files outside?                           01:13:54

    A    Oh, I'm sorry.  We're on --   01:13:58

    Q    Sorry.   01:14:00

    A    -- 6?   01:14:00

    Q    Yeah, Exhibit 6.   01:14:02

    A    Okay.   01:14:03

    Q    And just one clarification.  He refers to 01:14:07

"Angela" before that, "also discussing...with Angela   01:14:09

later today."  Is that Angela Fan?                     01:14:14

        MR. WEINSTEIN:  Object to form.  Calls   01:14:17

for speculation.                                       01:14:18

    Q    (BY MS. POUEYMIROU)  It's in the middle   01:14:21

part where you read.                                   01:14:22

    A    Yeah.  I believe.  That's the only Angela 01:14:30

Page 87

I know of in that group --   01:14:32

Q    Okay.   01:14:33

A    -- but I can't say for certain.   01:14:34

Q    Why is Meta concerned about seeding files   01:14:44
outside through torrenting -- when torrenting?   01:14:48

MR. WEINSTEIN:  Object to form.   01:14:51

Again, I don't know if it's applicable,   01:14:54
but exclude any communications with counsel from your   01:14:56
response.   01:14:58

A    That would have been on direction and   01:15:01
guidance from counsel.   01:15:04

Q    (BY MS. POUEYMIROU)  And when you say   01:15:06
that, do you mean in-house counsel?   01:15:07

A    Yes.   01:15:09

Q    So you're saying that when he says, "I am   01:15:10
not" -- "this way I am not seeding...any of the files   01:15:13
outside," you're saying that the concern about   01:15:18
seeding was something counsel had told him to be   01:15:21
concerned about?   01:15:23

MR. WEINSTEIN:  Object to form, calls for   01:15:24
speculation.   01:15:25

A    Counsel had provided guidance.  I don't   01:15:28
know the specifics of that nor could speak to that   01:15:29
specific guidance.   01:15:33

Q    (BY MS. POUEYMIROU)  And when you say   01:15:34

Page 88

counsel provided guidance, you're saying counsel   01:15:35

provided guidance on best practices for torrenting?  01:15:37

      MR. WEINSTEIN:  Object to form, calls for 01:15:41

speculation.   01:15:41

      And also, again, as phrased, I don't   01:15:42

think the witness can answer that question on the   01:15:45

grounds of attorney-client privilege.   01:15:46

    A   I would not be able to share without   01:15:49

exposing attorney-client privilege with in-house   01:15:51

counsel.   01:15:55

    Q   (BY MS. POUEYMIROU)  Okay.  So does Meta 01:15:56

have a policy about not seeding torrented data?   01:16:03

    A   Not that I am aware of.   01:16:07

    Q   So why did Bashlykov write script that   01:16:09

we've been discussing?   01:16:13

      MR. WEINSTEIN:  Object to form.   01:16:14

    A   He wrote the script to perform the   01:16:20

download functions via torrenting, as far as writing 01:16:24

the overall script.   01:16:29

    Q   (BY MS. POUEYMIROU)  The script that   01:16:34

stopped seeding every 60 seconds?   01:16:35

    A   (Deponent nodded.)   01:16:38

    Q   If seeding was not risky --   01:16:38

    A   Yeah.   01:16:42

    Q   -- why did Mr. Bashlykov write a script  01:16:42

Page 89

to stop it?                                          01:16:45

MR. WEINSTEIN:  Object to form, calls for 01:16:47
speculation.                                         01:16:47

A    I can't speak specifically to what      01:16:49
guidance he may have received from counsel.          01:16:51

Q    (BY MS. POUEYMIROU)  So counsel directed 01:16:55
him to write that script?                            01:16:57

MR. WEINSTEIN:  Object to form, misstates 01:16:59
testimony, calls for speculation.                    01:17:00

Again, I don't know if it's applicable or 01:17:02
not, but you cannot reveal the substance of          01:17:04
communications from counsel, whether directed to you 01:17:06
or to someone else.                                  01:17:08

A    How you phrased that question misstates  01:17:11
what I had said.  Would you like to repeat the       01:17:13
question?                                            01:17:19

Q    (BY MS. POUEYMIROU)  Sure.  Why did      01:17:20
Mr. Bashlykov write that script that stopped seeding 01:17:21
every 60 seconds?                                    01:17:25

MR. WEINSTEIN:  Object to form.           01:17:34

A    I do not know specifically why he created 01:17:34
that.                                                01:17:37

Q    (BY MS. POUEYMIROU)  In this particular  01:17:37
Workplace Chat he's seeking guidelines on what to do. 01:17:47
You said that Meta has no policy on torrenting; is   01:17:52

Page 90

that correct?                                             01:17:55

          MR. WEINSTEIN:  Object to form.  Asked          01:17:58
and answered.                                             01:17:59

     A    I am not aware of any policy on                 01:18:00
torrenting.                                               01:18:01

     Q    (BY MS. POUEYMIROU)  Does Meta have a           01:18:02
policy on seeding --                                      01:18:04

          MR. WEINSTEIN:  Object to form.                 01:18:05

     Q    (BY MS. POUEYMIROU)  -- data?                   01:18:05

          MR. WEINSTEIN:  Object to form.                 01:18:08

          Object to form.                                 01:18:12

     A    I am not aware of any policy on seeding 01:18:12
of data.                                                  01:18:16

     Q    (BY MS. POUEYMIROU)  So you don't know          01:18:16
why this script would have been created?  Rather,         01:18:17
this script was not made pursuant to a policy at          01:18:20
Meta's?                                                   01:18:24

          MR. WEINSTEIN:  Object to form, calls for01:18:25
speculation.                                              01:18:26

     A    Not that I'm aware of.                          01:18:27

     Q    (BY MS. POUEYMIROU)  Okay.  And he asks  01:18:29
for, "Do you [sic] have any guidelines on that?"          01:18:32
I've been using the word "policy."  Are there any         01:18:36
guidelines that exist?                                    01:18:39

          MR. WEINSTEIN:  Object to form, calls for01:18:41

Page 133

STATE OF COLORADO      )

                       )ss.    REPORTER'S CERTIFICATE

COUNTY OF DENVER       )

I, Kathy L. Davis, do hereby certify that I am a Registered Professional Reporter within the State of Colorado; that previous to the commencement of the examination, the deponent was duly sworn to testify to the truth.

I further certify that this deposition was taken in shorthand by me at the time and place herein set forth, that it was thereafter reduced to typewritten form, and that the foregoing constitutes a true and correct transcript.

I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the result of the within action.

In witness whereof, I have affixed my signature this 4th day of March, 2025.

Kathy L. Davis
Certified Realtime Reporter