DUNN ISAACSON RHEE LLP
KAREN L. DUNN (*pro hac vice*)
kdunn@dirllp.com
JESSICA E. PHILLIPS (*pro hac vice*)
jphillips@dirllp.com
KYLE N. SMITH (*pro hac vice*)
ksmith@dirllp.com
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone:      (650) 815-4131

COOLEY LLP
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:      (650) 843-5000

PHILLIP MORTON (*pro hac vice*)
pmorton@cooley.com
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>    Individual and Representative Plaintiffs,<br><br>        v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>                Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DECLARATION OF KYANNA SABANOGLU IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO SEAL** |

I, Kyanna Sabanoglu, hereby declare:

1.      I am an Associate General Counsel for Defendant, Meta Platforms, Inc. ("Meta").  I provide this Declaration based on my personal knowledge and/or after a reasonable investigation of the relevant facts.  If called to testify as a witness, I could and would testify competently thereto.

2.      Pursuant to Civil L.R. 79-5, I make this Declaration in support of Meta's Administrative Motion to Seal.

3.      For the reasons detailed herein, Meta seeks leave to file under seal portions of certain documents attached to the Joint Letter Brief regarding Plaintiffs' challenges to Meta's claims of attorney-client privilege filed on May 1, 2026 ("Joint Letter Brief").

4.      Meta seeks the Court's permission to file under seal discrete portions of the following exhibit, as set forth below:

| Document | Sealing Request |
|---|---|
| Sabanoglu Exhibit 1 – Appendix A to Joint Letter Brief | Redacted portions highlighted in blue |
| Sabanoglu Exhibit 2 – Exhibit A to Joint Letter Brief | Redacted portions highlighted in blue |
| Sabanoglu Exhibit 3 – Exhibit C to Joint Letter Brief | Redacted portions highlighted in blue |
| Sabanoglu Exhibit 4 – Exhibit D to Joint Letter Brief | Redacted portions highlighted in blue |
| Sabanoglu Exhibit 5 - Exhibit E to Joint Letter Brief | Redacted portions highlighted in blue |
| Sabanoglu Exhibit 6 - Exhibit F to Joint Letter Brief | Redacted portions highlighted in blue |
| Sabanoglu Exhibit 7 - Exhibit G to Joint Letter Brief | Redacted portions highlighted in blue |
| Sabanoglu Exhibit 8 - Exhibit H to Joint Letter Brief | Redacted portions highlighted in blue |
| Sabanoglu Exhibit 9 - Exhibit I to Joint Letter Brief | Redacted portions highlighted in blue |

COOLEY LLP
ATTORNEYS AT LAW

1

| Document | Sealing Request |
|---|---|
| Sabanoglu Exhibit 10 - Exhibit K to Joint Letter Brief | Redacted portions highlighted in blue |
| Sabangolu Exhibit 11 - Exhibit L to Joint Letter Brief | Redacted portions highlighted in blue |
| Sabanoglu Exhibit 12 - Exhibit M to Joint Letter Brief | Redacted portions highlighted in blue |

5.    **Meta Employee PII**. Meta respectfully requests the Court's permission to redact limited portions of **Sabanoglu Exhibits 1-7, and 10-12** that reflect employees' personal identifiable information (PII), namely, the email addresses for Meta's individual employees, who are not parties to the case. Such information has been redacted to protect employee privacy and to avoid the risk of third parties' unauthorized and/or illicit use of the information, such as for automated or unwanted solicitation or contact. Meta has previously requested to seal documents based on the same personal identifiable information, (*e.g.*, Dkt. 391-1 ¶ 5; Dkt. 409-1 ¶¶ 3, 7–8, 10), which this Court has granted, (*e.g.*, Dkt. 393; Dkt. 414).

6.    **Meta's Cybersecurity Information**. Meta respectfully requests the Court's permission to redact limited portions of **Sabanoglu Exhibits 2, 3, 4, and 7-12,** that reflect hyperlinks (*e.g.*, links to access Meta's internally stored documents and data) or similar file paths or unique digits that can be used to create links, which point to Meta's confidential and proprietary information and sensitive features of its internal systems. These materials are maintained with restricted access in the ordinary course of Meta's business and are not generally known to the public or Meta's competitors. Disclosure of this confidential and proprietary information about Meta's infrastructure may increase the risk of cybersecurity threats or breaches as third parties may seek to gain access to and use the information to compromise and intrude upon Meta's internal systems and other confidential information. Accordingly, hyperlinks have been sufficiently redacted to mitigate these risks. Meta previously requested to seal documents based on the same concerns regarding network security, (*e.g.*, Dkt. 391-19), which this Court has granted, (*e.g.*, Dkt. 393).

7.      **Meta's Highly Sensitive Technical Information.**  Meta respectfully requests the Court's permission to redact limited portions of **Sabanoglu Exhibit 7** that contains Meta's highly sensitive, non-public technical information regarding the use of datasets not at issue in this litigation, specific evaluations and results conducted on datasets that could reveal the methodology of Meta's evaluations of datasets, and excerpts of commands and source code references that are highly confidential, non-public information.  **Sabanoglu Exhibit 8** also contains a reference to a non-public dataset.  **Sabanoglu Exhibit 10** also contains information regarding Meta's trade secret data recipe, including references to non-public datasets and the number of epochs run for specific datasets.  Public disclosure of this information regarding the datasets used and tested by Meta that are not at issue in this litigation, specific regarding Meta's data recipe including non-public datasets, as well as methodologies and test results disclosed in these documents, would expose Meta to competitive harm. Accordingly, maintaining the confidentiality of this highly sensitive information is critical to Meta's business and Meta treats this information as highly confidential. Meta has previously requested to seal documents based on similar technical information, and trade secret information pertaining to its generative AI offerings, (e.g., Dkt. 266-1 ¶6), which this Court has granted, (e.g., Dkt. 317 (granting Dkt. 266)).

In addition, Plaintiffs cite to **Sabanoglu Exhibit 7** to support the following statement: "Following his refusal, Meta assigned the task to torrent Anna's Archive to . . . Xiaolan Wang, who *distributed over 70 terabytes* of copyrighted material while torrenting millions of books."  (Joint Letter Brief at 3.)  Based on my review, **Sabanoglu Exhibit 7** does not disclose any information regarding distribution of copyrighted materials while torrenting, and the sole portions relating to the remainder of this statement remain unredacted, at pages Bates labeled Meta_Kadrey_00237276-237279.  I understand that counsel for Meta requested that Plaintiffs limit this exhibit to only those pages relied upon, and counsel for Plaintiffs instead requested to include 35 pages (10 of which are not cited in Plaintiffs brief, and an additional 21 of which do not appear necessary or relevant to Plaintiffs' statement for which **Sabanoglu Exhibit 7** is cited).

COOLEY LLP
ATTORNEYS AT LAW

3

SABANOGLU DECL. ISO MOT. TO SEAL
3:23-CV-03417-VC-TSH

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in  Brooklyn  , New York on this 1st day of May, 2026.


_____
Kyanna Sabanoglu