# EXHIBIT A-1

## Stameshkin, Liz

| | |
|---|---|
| **From:** | Stameshkin, Liz |
| **Sent:** | Friday, May 1, 2026 11:33 AM |
| **To:** | Maxwell Pritt; Annabel Weinbach; Morton, Phillip; Jake Glendenning; z/Meta-Kadrey; Dunning, Angela L.; Karen Dunn; Kyle Smith; John Paredes; Jessica Phillips; Christine Ray; Stapleton, Anna |
| **Cc:** | Llama C-Counsel |
| **Subject:** | RE: Kadrey v. Meta - Joint Letter Brief |

Hi Max,

Given Plaintiffs' position, it does not appear that more back and forth on this issue will be productive.  We will proceed to seek to seal portions of this document Meta deems necessary in view of Plaintiffs' representations.

Best,

Liz

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Friday, May 1, 2026 11:27 AM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Annabel Weinbach <aweinbach@bsfllp.com>; Morton, Phillip <pmorton@cooley.com>; Jake Glendenning <jglendenning@bsfllp.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Cc:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Subject:** RE: Kadrey v. Meta - Joint Letter Brief

> **CAUTION: This Message Is From an External Sender**
> This message came from outside your organization.

Liz, as we've stated and also shown by the inadvertently omitted cite added back in the draft Annabel sent earlier, we are citing the RFAs in their entirety in response to Meta's arguments in its responsive portion of the brief including that its torrenting and uploading of copyrighted material from online piracy markets is only "alleged" and that Meta "fiercely contest[s]" it engaged in distribution.  So we do not agree to excerpt Exhibit I.  And we're not sure why any of the RFAs would be subject to sealing, so that's why we asked if there was a sealing concern as to any specific parts.

Best,
Max

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Friday, May 1, 2026 10:56 AM
**To:** Annabel Weinbach <aweinbach@bsfllp.com>; Maxwell Pritt <mpritt@BSFLLP.com>; Morton, Phillip <pmorton@cooley.com>; Jake Glendenning <jglendenning@bsfllp.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John

1

Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Cc:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Subject:** RE: Kadrey v. Meta - Joint Letter Brief

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Annabel,

Are Plaintiffs relying on all of the RFAs, or are Plaintiffs relying just on the one specific RFA cited yesterday?  If the former, your offer to excerpt does not appear to be consistent.

To eliminate the sealing issues, you can excerpt out RFAs 99-111 and 113-170, as we requested yesterday, given they are not related to the statement in your letter brief and were not deemed necessary for citation in your original reply briefing.

Best,

Liz

**From:** Annabel Weinbach <aweinbach@bsfllp.com>
**Sent:** Friday, May 1, 2026 9:58 AM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Maxwell Pritt <mpritt@BSFLLP.com>; Morton, Phillip <pmorton@cooley.com>; Jake Glendenning <jglendenning@bsfllp.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Cc:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Subject:** RE: Kadrey v. Meta - Joint Letter Brief

Hi Liz,

We do not agree to your proposal because many of the admissions are relevant to the issues and provide relevant context for the cited RFA. We actually inadvertently omitted a cite to the entirety of the Ex. I along with our cite to Meta's answer. We have added it in the attached version.

 If there are specific RFAs we can excerpt out to eliminate sealing issues, please do let us know so we can consider whether those specific RFAs are necessary.

Best,
Annabel

**Annabel Weinbach**
Associate
**BOIES SCHILLER FLEXNER** LLP
(t) +1 202 274 1124
(m) +1 786 281 0570

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Thursday, April 30, 2026 9:19 PM
**To:** Maxwell Pritt <mpritt@BSFLLP.com>; Annabel Weinbach <aweinbach@bsfllp.com>; Morton, Phillip <pmorton@cooley.com>; Jake Glendenning <jglendenning@bsfllp.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Cc:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Subject:** RE: Kadrey v. Meta - Joint Letter Brief

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Max,

You cite to 3 pages – pages 13-15 – in your brief, and thus we proposed the below excerpt (which would not need to be sealed).  It would be unfortunate if we have to seal this document, and burden the Court with additional requests, because of your insistence on attaching 70 RFA responses when you cite to a single one.  We would ask you to reconsider your proposal below, in consideration of the Court's time and effort.

Best,

Liz

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Thursday, April 30, 2026 5:14 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Annabel Weinbach <aweinbach@bsfllp.com>; Morton, Phillip <pmorton@cooley.com>; Jake Glendenning <jglendenning@bsfllp.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Cc:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Subject:** Re: Kadrey v. Meta - Joint Letter Brief

Hi Liz,

We are not inclined to excerpt Exhibit I as the admissions are relevant to the issues discussed in the brief.  If there are specific limited pages you would like us to consider excerpting out, however, please identify them.

Thank you.

Best,
Max

3

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Thursday, April 30, 2026 5:04:39 PM
**To:** Annabel Weinbach <aweinbach@bsfllp.com>; Morton, Phillip <pmorton@cooley.com>; Jake Glendenning <jglendenning@bsfllp.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Cc:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Subject:** RE: Kadrey v. Meta - Joint Letter Brief


**CAUTION**: **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Hi Annabel,

On Exhibit I, for similar reasons to Exhibit G, we would request that Plaintiffs limit this exhibit to the cover sheet, pages 1-5 (pleading page and objections), 13-15 (cited portion), and 48-51 (signature/service pages).

Please let us know if you agree to this.

Best,

Liz

**From:** Annabel Weinbach <aweinbach@bsfllp.com>
**Sent:** Thursday, April 30, 2026 10:54 AM
**To:** Morton, Phillip <pmorton@cooley.com>; Jake Glendenning <jglendenning@bsfllp.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Cc:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Subject:** RE: Kadrey v. Meta - Joint Letter Brief

Counsel,

The joint letter brief, including Plaintiffs' Reply, and the accompanying exhibits are attached. We have excerpted Exhibit G as discussed.

We made one formatting change to make the spacing consistent across the parties' portions, but let us know if you'd prefer we change it back. We also fixed one nit in our opening portion to a date in a citation, changing Ap. to Apr.

We have also attached a draft stipulation and proposed order regarding the page enlargement, which we intend to file concurrently with the letter brief. Please let us know if you have any changes to the stipulation and let us know who the signatory will be for Meta.

Please provide your sealing papers as soon as possible.

Best,
Annabel

**Annabel Weinbach**
Associate

BOIES SCHILLER FLEXNER LLP
(t) +1 202 274 1124
(m) +1 786 281 0570

---

**From:** Morton, Phillip <pmorton@cooley.com>
**Sent:** Tuesday, April 28, 2026 8:00 PM
**To:** Jake Glendenning <jglendenning@bsfllp.com>; z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Cc:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Subject:** RE: Kadrey v. Meta - Joint Letter Brief

**CAUTION:** **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Counsel-

Meta's portion of the joint letter brief is attached.

Thanks,
Phil

---

**From:** Jake Glendenning <jglendenning@bsfllp.com>
**Sent:** Tuesday, April 21, 2026 11:22 PM
**To:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Cc:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Subject:** RE: Kadrey v. Meta - Joint Letter Brief

Counsel,

Please use the attached version of the document instead of the one sent at 4:59 pm PT today. We made one non-substantive edit by deleting the prior footnote 3, which discussed footnote cross-references.

I have re-attached the accompanying zip folder containing exhibits for convenience. It is identical to the one previously circulated.

Best,

5

**Jake Glendenning**
Associate

## BOIES SCHILLER FLEXNER LLP

44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(t)   +1 415 293 6801
(m) +1 949 307 2440
jglendenning@bsfllp.com
www.bsfllp.com

**From:** Jake Glendenning
**Sent:** Tuesday, April 21, 2026 4:59 PM
**To:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Cc:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Subject:** Kadrey v. Meta - Joint Letter Brief

Counsel,

Please find attached Plaintiffs' portion of the joint letter brief, and accompanying exhibits.

Best regards,

**Jake Glendenning**
Associate

## BOIES SCHILLER FLEXNER LLP

44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(t)   +1 415 293 6801
(m) +1 949 307 2440
jglendenning@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use,

disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]