**BOIES SCHILLER FLEXNER LLP**

David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**

Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013-1413
(212) 355-9500
rgeman@lchb.com

**CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP**

Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

*(additional counsel included below)*

**JOSEPH SAVERI LAW FIRM, LLP**

Joseph R. Saveri (SBN 130064)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com

**DICELLO LEVITT LLP**

Amy Keller (*pro hac vice*)
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue #406
Los Angeles, CA 90027
(323) 968-2632
mb@butbericklaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al., <br><br> *Individual and Representative Plaintiffs*, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> *Defendant.* | Case No. 3:23-cv-03417-VC <br><br> **PLAINTIFFS' PARTIAL OPPOSITION TO META'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 722)** |

Plaintiffs oppose Meta's motion to seal portions of **Exhibit H** (Sabanoglu Ex. 8) and **Exhibit I** (Sabanoglu Ex. 9) to the parties' joint letter brief. Dkt. 722 at 3; Dkt. 722 at 1. With respect to Exhibit I, Meta seeks to redact file paths that were already publicly disclosed (without a sealing motion by Meta) when Plaintiffs previously filed their Requests for Admission. *See* Dkt. 654-14. The same is true for Meta's redactions to Exhibit H; the information Meta now seeks to redact is already public. *See* Dkt. 654-15 (containing an unredacted version of Ex. H). As this Court has held, "[n]o good cause exists to seal documents that are publicly available elsewhere." *L.S. v. Henderson*, 2021 WL 5149067, at \*1 (N.D. Cal. Nov. 5, 2021) (Chhabria, J.); *see, e.g., Ehret v. Uber Tech.*, Inc., 2015 WL 12977024, at \*3 (N.D. Cal. Dec. 2, 2015) (there "is little privacy interest [where a party] has already publicly filed exhibits").

Plaintiffs take no position on Meta's remaining sealing requests, but respond briefly to two of Meta's substantive arguments about the nature of the Exhibits and thus the appropriate excerpts to include.

*First*, as to **Exhibit I** (Sabanoglu Ex. 9), Plaintiffs repeatedly asked Meta to identify the information it sought to seal, but Meta declined to do so. Further, Meta's assertion that "much of what is found in" Exhibit I "lack[s] relevance to the specific dispute" (*id*. at 5) is incorrect; the entirety of the RFAs concern admissions regarding Meta's torrenting, which included distribution, of copyrighted works from Anna's Archive. *See* Dkt. 654 at 6.

*Second*, as to **Exhibit G** (Sabanoglu Ex. 7), contrary to Meta's assertion, Plaintiffs agreed to excerpt the portions that did not discuss the sources and extent of Meta's torrenting from online piracy markets between 2024 and 2025 (but instead discussed only ablations or tests Meta ran on copyrighted works it torrented). However, Plaintiffs disagree with Meta's assertion that Exhibit G "does not discuss distribution of copyrighted material, and the vast majority of the excerpted pages have no bearing on the statement for which they are cited," and that Exhibit G "does not disclose any information regarding distribution of copyrighted materials while torrenting[.]" Dkt. 722 at 5; Dkt. 722-1. Exhibit G details the sources and extent of Meta's torrenting of millions of copyrighted

works from Anna's Archive between 2024 and 2025, a fact that Meta admits in its Answer and RFAs, and to which its own expert testified. *See* Plaintiffs' Reply in Dkt. 721 at 8 (citing Ex. J; Dkt. 543-7 ¶ 60, 28-29  & n.56); *see also* Dkt. 721 at 3 (citing Dkt. 659-2, Choffnes Decl. ¶¶ 5-6). Further, Exhibit G shows that, because Meta did not change default torrent settings while it was engaged in this torrenting, it was uploading copyrighted material at the same time it was downloading the copyrighted works. In other words, the information in Exhibit G concerning the extent of Meta's unauthorized torrenting of copyrighted works necessarily discloses information about its distribution of that material and supports Plaintiffs' claims regarding Meta's torrenting and distribution.

Dated: May 4, 2026

By:  */s/ Maxwell V. Pritt*
Maxwell V. Pritt

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Elizabeth J. Cabraser (State Bar No. 083151)
Daniel M. Hutchinson (State Bar No. 239458)
Jallé H. Dafa (SBN 290637)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com
jdafa@lchb.com

Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013-1413
(212) 355-9500
rgeman@lchb.com

Kenneth S. Byrd (pro hac vice)
Betsy A. Sugar (pro hac vice)
222 2nd Avenue South, Suite 1640
Nashville, TN 37201

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

PLS' PARTIAL OPP. TO ADMIN. MOT. TO SEAL
CASE NO. 3:23-cv-03417-VC

(615) 313-9000
kbyrd@lchb.com
bsugar@lchb.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Louis Andrew Kessler (SBN 243703)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
lkessler@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butticklaw.com

**CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
James Ulwick (*pro hac vice*)
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and
Representative Plaintiffs and the Proposed
Class*

julwick@dicellolevitt.com

David Straite (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
dstraite@dicellolevitt.com

**COWAN DEBAETS ABRAMS &
SHEPPARD LLP**
Scott J. Sholder (*pro hac vice*)
60 Broad Street, 30th Floor
New York, NY 10004
(212) 974-7474
ssholder@cdas.com