**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>    Individual and Representative Plaintiffs,<br><br>        v.<br><br>META PLATFORMS, INC., a Delaware corporation;<br><br>                    Defendant. | Case No. 3:23-cv-03417-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE FILING OF ENLARGED DISCOVERY LETTER BRIEF** |

Pursuant to Civil Local Rule 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Jacqueline Woodson, Andrew Sean Greer, Rachel Louise Snyder, David Henry Hwang, Ta-Nehisi Coates, Laura Lippman, Matthew Klam, Junot Díaz, Lysa Terkeurst, Christopher Farnsworth, Eleven Eleven O' Clock Corporation, BCP Literary, Inc., and Daring Greatly Corporation (collectively, "Plaintiffs"); and Defendant Meta Platforms, Inc. ("Defendant") (together with Plaintiffs, the "Parties") by and through their respective counsel stipulate to the following:

WHEREAS, the Parties have reached impasse on Plaintiffs' challenge to two redacted documents and three related privilege log entries under the crime-fraud exception to the attorney-client privilege;

WHEREAS, given the nature of the challenge and the issues raised therein, the parties respectfully request a three-page enlargement of the Court's discovery letter brief page limits to address these issues;

IT IS HEREBY STIPULATED AND REQUESTED, by and through Plaintiffs and Defendant, that the parties file one eight-page discovery letter brief, with accompanying exhibits, on May 1, 2026.

STIP. AND [PROP] ORDER RE
DISCOVERY LETTER BRIEF
CASE NO. 3:23-CV-03417-VC

Dated:  May 1, 2026                          Respectfully submitted,


By:  /s/ *Phillip Morton*                     By:  /s/ *Maxwell V. Pritt*

Bobby A. Ghajar                              BOIES SCHILLER FLEXNER LLP
Colette Ani Ghazarian                        David Boies (*pro hac vice*)
COOLEY LLP                                   333 Main Street
1333 2nd Street, Suite 400                   Armonk, NY 10504
Santa Monica, CA 90401                       (914) 749-8200
Telephone: (310) 883-6400                    dboies@bsfllp.com
Facsimile: (310) 883-6500
Email: bghajar@cooley.com                    Maxwell V. Pritt (SBN 253155)
cghazarian@cooley.com                        Joshua M. Stein (SBN 298856)
                                             Margaux Poueymirou (SBN 356000)
Mark R. Weinstein                            44 Montgomery Street, 41st Floor
Matthew Brigham                              San Francisco, CA  94104
Elizabeth Lee Stameshkin                     (415) 293-6800
COOLEY LLP                                   mpritt@bsfllp.com
3175 Hanover Street                          jstein@bsfllp.com
Palo Alto, CA 94304                          mpoueymirou@bsfllp.com
Telephone: 650-843-5000
Facsimile: 650-849-7400                      Jesse Panuccio (*pro hac vice*)
Email: mweinstein@cooley.com                 1401 New York Ave, NW
Email: mbrigham@cooley.com                   Washington, DC  20005
Email: lstameshkin@cooley.com                (202) 237-2727
                                             jpanuccio@bsfllp.com
Kathleen R. Hartnett
Judd D. Lauter                               *Counsel for Individual and Representative*
COOLEY LLP                                   *Plaintiffs and the Proposed Class*
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
Facsimile: (415) 693-2222
Email: khartnett@cooley.com


Phillip Morton
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite
700 Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: pmorton@cooley.com


Angela Dunning
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com


*Attorneys for Defendant*
*META PLATFORMS, INC.*

STIP. AND [PROP] ORDER RE
DISCOVERY LETTER BRIEF
CASE NO. 3:23-CV-03417-VC

**[PROPOSED] ORDER**

Pursuant to stipulation of the Parties, **IT IS SO ORDERED.**


DATED: May 4, 2026_

HON. THOMAS S. HIXSON
United States Magistrate Judge

STIP. AND [PROP] ORDER RE
DISCOVERY LETTER BRIEF
CASE NO. 3:23-CV-03417-VC