DUNN ISAACSON RHEE LLP
KAREN L. DUNN (*pro hac vice*)
kdunn@dirllp.com
JESSICA E. PHILLIPS (*pro hac vice*)
jphillips@dirllp.com
KYLE N. SMITH (*pro hac vice*)
ksmith@dirllp.com
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
ANGELA L. DUNNING (212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone:    (650) 815-4131

COOLEY LLP
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

MARK WEINSTEIN (193043)
(mweinstein@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 843-5000

PHILLIP MORTON (*pro hac vice*)
pmorton@cooley.com
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>                            Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>**DEFENDANT META PLATFORMS, INC.'S NOTICE OF PARTIAL WITHDRAWAL OF ITS ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

On May 1, 2026, Meta filed an Administrative Motion to File Under Seal ("Motion to Seal") certain exhibits accompanying the Letter Brief regarding Plaintiffs' challenges to Meta's claims of attorney-client privilege filed on May 1, 2026 ("Joint Letter Brief").  ECF Nos. 721 (Joint Letter Brief), 722 (Motion to Seal).  On May 4, 2026, Plaintiffs filed an opposition to the Motion to Seal, opposing Meta's request to seal Sabanoglu Exhibit 8 (Exhibit H to Joint Letter Brief) and Sabanoglu Exhibit 9 (Exhibit I to Joint Letter Brief).  ECF No. 723.

Meta hereby withdraws its request to seal Sabanoglu Exhibit 8 (Exhibit H to Joint Letter Brief) and Sabanoglu Exhibit 9 (Exhibit I to Joint Letter Brief).  Meta maintains its request to seal Sabanoglu Exhibits 1-7 and 10-12, as set forth in its Motion to Seal.  ECF No. 722.

COOLEY LLP
ATTORNEYS AT LAW

1

META PLATFORMS, INC.
NOTICE OF PARTIAL WITHDRAWAL
3:23-CV-03417-VC-TSH

Dated: May 4, 2026

COOLEY LLP

By: */s/ Elizabeth L. Stameshkin*
Elizabeth L. Stameshkin

Karen L. Dunn (pro hac vice)
Jessica E. Phillips (pro hac vice)
Kyle N. Smith (pro hac vice)
DUNN ISAACSON RHEE LLP
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com

Kathleen R. Hartnett
Bobby A. Ghajar
COOLEY LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
Telephone: 415-693-2000
Email: khartnett@cooley.com
bghajar@cooley.com

Mark R. Weinstein
Elizabeth Lee Stameshkin
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: mweinstein@cooley.com
lstameshkin@cooley.com

Phillip Morton (pro hac vice)
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Email: pmorton@cooley.com

Angela L. Dunning
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131
Email: adunning@cgsh.com

Kannon K. Shanmugam (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, Dc 20006
Telephone:    (202) 223-7300
Email: kshanmugam@paulweiss.com