DUNN ISAACSON RHEE LLP
KAREN L. DUNN (*pro hac vice*)
kdunn@dirllp.com
JESSICA E. PHILLIPS (*pro hac vice*)
jphillips@dirllp.com
KYLE N. SMITH (*pro hac vice*)
ksmith@dirllp.com
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900


CLEARY GOTTLIEB STEEN &
HAMILTON LLP
ANGELA L. DUNNING (212047)
adunning@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

*Attorneys for Defendant Meta Platforms, Inc.*
*[Full Listing on Signature Page]*

COOLEY LLP
KATHLEEN R. HARTNETT (314267)
khartnett@cooley.com
MARK R. WEINSTEIN (193043)
mweinstein@cooley.com
ELIZABETH L. STAMESHKIN (260865)
lstameshkin@cooley.com
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
BOBBY A. GHAJAR (198719)
bghajar@cooley.com
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
PHILLIP MORTON (*pro hac vice*)
pmorton@cooley.com
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:23-cv-03417-VC-TSH<br><br>Related Cases:<br><br>No. 3:25-cv-09579-VC-TSH (*already related*)<br><br>No. 3:26-cv-02333-VC<br><br>No. 5:26-cv-03725-PCP<br><br>**NOTICE OF RELATED CASES; DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L.R. 3-12, 7-11)**<br><br>Judge:  Hon. Vince Chhabria |

Pursuant to Civil Local Rules 3-12(b) and 7-11, Defendant Meta Platforms, Inc. ("Meta") files this motion for consideration of whether two recently-filed actions—*Chicken Soup for the Soul, LLC v. Meta Platforms Inc.*, No. 3:26-cv-02333-VC (N.D. Cal.) ("*Chicken Soup*") and *Cambronne v. Meta Platforms, Inc.*, No. 5:26-cv-03725-PCP (N.D. Cal.) ("*Cambronne*")—should be related to the above-captioned case, *Kadrey v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC-TSH (N.D. Cal.) ("*Kadrey*") and its related case *Entrepreneur Media, LLC v. Meta Platforms, Inc.*, No. 3:25-cv-09579-VC-TSH (N.D. Cal.) ("*Entrepreneur*").

In *sua sponte* severing the cases against the separate defendants that were originally improperly joined in *Chicken Soup*, this Court ordered that "[t]he defendant that will remain in this case is Meta, because the claims against Meta appear related to *Kadrey v. Meta* (23-cv-3417) and *Entrepreneur Media v. Meta* (25-cv-9579), which are already before the undersigned judge." *Chicken Soup* Dkt. 32. The *Cambronne* case, filed by the same counsel as *Chicken Soup* to assert substantively the same copyright infringement claim, is pending before Judge Pitts.[1] *Cambronne* and *Chicken Soup* are related to *Kadrey* and *Entrepreneur* under Civil Local Rule 3-12(a) because 1) "[t]he actions concern substantially the same parties, property, transaction, or event;" and 2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

All four cases concern substantially the same events because each plaintiff's claims arise from Meta's alleged unauthorized use of copyrighted works to train its large language models. *See, e.g.*, *Kadrey* Dkt. 702 ¶¶ 9, 38, 49, 98; *Entrepreneur* Dkt. 1 ¶¶ 1, 4, 25-33; *Chicken Soup* Dkt. 1 ¶¶ 5, 149-159 (citing *Kadrey* filings); *Cambronne* Dkt. 119 ¶¶ 9, 150-160 (same). In other words, the *Entrepreneur*, *Chicken Soup*, and *Cambronne* plaintiffs are essentially preemptive opt outs from *Kadrey*'s putative class action. Furthermore, *Kadrey*, *Entrepreneur*, and *Chicken Soup* are already pending before this Court, and *Cambronne*, now severed, is eligible to be related to those three actions. Relation of all the cases to the same judge will avoid unnecessary duplication of judicial resources and the risk of conflicting results on overlapping legal issues.

---

[1] Pursuant to agreement of the parties following this Court's order in *Chicken Soup*, Judge Pitts so-ordered severance of the claim against Meta in *Cambronne* on April 28, 2026.

The *Cambronne* and *Chicken Soup* plaintiffs consent to the relation of these cases. *See* Declaration of Jessica Phillips in Support of Meta's Administrative Motion ¶ 10. The *Kadrey* and *Entrepreneur* plaintiffs take no position. *Id.*

For these reasons, Meta respectfully requests that the Court enter an order relating *Chicken Soup* and *Cambronne* to *Kadrey* and *Entrepreneur*.

Dated: May 5, 2026

Respectfully Submitted,

By: */s/ Karen L. Dunn*

DUNN ISAACSON RHEE LLP
KAREN L. DUNN (*pro hac vice*)
(kdunn@dirllp.com)
JESSICA E. PHILLIPS (*pro hac vice*)
(jphillips@dirllp.com)
KYLE N. SMITH (*pro hac vice*)
(ksmith@dirllp.com)
401 9th Street, NW
Washington, DC 20004
Telephone: (202) 240-2900

COOLEY LLP
BOBBY GHAJAR (SBN 198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883 6400
KATHLEEN R. HARTNETT (SBN 314267)
(khartnett@cooley.com)
MARK R. WEINSTEIN (SBN 193043)
(mweinstein@cooley.com)
ELIZABETH L. STAMESHKIN (SBN 260865)
(lstameshkin@cooley.com)
JUDD LAUTER (290945)
(jlauter@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
PHILLIP E. MORTON (*pro hac vice*)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800

CLEARY GOTTLEIB STEEN & HAMILTON LLP
ANGELA L. DUNNING (SBN 212047)
(adunning@cgsh.com)
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ANNA M. STAPLETON (SBN 337686)
535 Mission Street
San Francisco, CA 94105
Telephone: (628) 432-5188

Attorneys for Defendant
*Meta Platforms, Inc.*