**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013-1413
(212) 355-9500
rgeman@lchb.com

**CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@butericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

*(additional counsel included below)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>    *Individual and Representative Plaintiffs*,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>                       *Defendant.* | Case No. 3:23-cv-03417-VC<br><br>**DECLARATION OF DAVID R. CHOFFNES, PH.D., IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED CONSOLIDATED COMPLAINT** |

I, David R. Choffnes, Ph.D., declare as follows:

1.        I have been tasked with analyzing evidence produced by Meta with respect to its torrenting of Plaintiffs' copyrighted works at issue in this case (the "Asserted Works") between 2022 and 2024. A central question for my analysis is how much of the Asserted Works was downloaded, made available, and distributed to others by Meta while torrenting. During the course of my analysis, Meta has produced different tranches of evidence at different times. The following paragraphs explain what evidence is needed to perform my analysis, and how only some of Meta's most recent productions have allowed me to assemble the puzzle pieces for assessing the amount of downloaded torrents containing Asserted Works that Meta distributed (i.e., uploaded) to third parties.

2.        **Evidence documenting distribution.** By default, BitTorrent software does not create or maintain a record of what content BitTorrent users distribute. While BitTorrent users like Meta can write code to record what content they distribute to other BitTorrent users, Meta did not do so for its disclosed torrenting sessions. Thus, to assess Meta's distribution of the Asserted Works, I must turn to other contemporaneous records to identify what Meta distributed while torrenting.

3.        Because Meta did not record which works it distributed to other BitTorrent users, the best available alternative is to understand the portion of data in each torrent, containing many gigabytes or terabytes of works, that Meta distributed. This requires knowing *when each of Meta's torrent sessions started and ended*, and *how much data Meta uploaded* (i.e., distributed) during that torrent session.[1] The amount of data Meta uploaded each day while downloading torrents tells us how much data Meta distributed, but not which content was distributed on that day. The start and end times for each torrenting session indicate the content (i.e., works) associated with daily downloads and uploads. Combining these two elements (when content was torrented and how

---

[1] Recently produced evidence shows Meta downloaded torrents multiple times for a subset of shadow library content.

much was distributed during that time period) allows me to assess how much content (i.e., torrents containing Asserted Works) was distributed.

4.      Meta has now produced such evidence for nearly all of its disclosed 2024 torrenting activity from Anna's Archive and for a small fraction of its disclosed 2022 torrenting from Library Genesis ("LibGen"). In the following paragraphs, I describe when Meta produced this evidence and how the combination of the recent September and November productions is essential to assess what Meta distributed.

5.      **Timeline for Meta's 2024 torrenting productions.** The following table describes the evidence needed to piece together Meta's 2024 torrenting from Anna's Archive. Before its recent productions, Meta produced data transfer logs (containing the quantity of data Meta uploaded while downloading torrents) for only six out of hundreds of virtual computers that it used for torrenting in 2024.[2] In September 2025, Meta produced data transfer logs for more than 12,000[3] virtual computers used at the time of Meta's 2024 torrenting. These logs covered a period where Meta downloaded thousands of torrents not covered by prior data transfer logs. With this new evidence, I could assess the portion of torrented data that Meta distributed to BitTorrent peers, but I still did not have the start and end time for each torrenting session. Thus, my assessment could not yet concretely associate Meta's distribution with specific torrents (and their corresponding works). In November 2025, Meta produced EMR logs that indicated torrent download progress (i.e., how much of a torrent download had completed) for each minute of the download. These download progress entries identify exactly when each torrenting session started and ended. Combined with the data-transfer logs, these new EMR logs allowed me to calculate the average amount    of    data    uploaded    by    Meta    for    each    torrent    it    downloaded.

---

[2] I discuss the pre-September 2025 records Meta produced for its 2022 torrenting later in this declaration.

[3] It is not yet clear how many of these servers Meta used for its torrenting, but the number is likely more than 300.

| Evidence type | Date of production | Details |
|---|---|---|
| Data uploaded (distributed) by Meta while downloading book torrents from Anna's Archive | April, 2025 | AWS usage logs for "dedicated servers" show daily upload and download amounts.[4] These servers were used for torrent payloads larger than 800 GB. |
| Data uploaded (distributed) by Meta while downloading book torrents from Anna's Archive | September, 2025 | AWS usage logs for "Fairspark servers" show daily upload and download amounts. These servers were used to torrent thousands of shadow libraries with payloads smaller than 800 GB.[5] |
| Start and end time of Anna's Archive torrenting sessions | November, 2025 | EMR logs from Meta torrenting indicate start time, end time, and how much was downloaded each minute.[6] |

6.      Meta produced information about how much data it uploaded and downloaded from Anna's Archive in two productions, with a production in April 2025 covering 134 TB of downloaded data (and 40 TB uploaded), and a production in September 2025 covering an additional 161 TB of downloaded data (and 29 TB uploaded). To date, the above data transfer and EMR logs indicate that Meta downloaded at least 236 TB of book data[7] that include multiple copies of all the Asserted Works, and that Meta made all of that data available for other BitTorrent users to download in the process. The data was made available by Meta due to the default behavior

---

[4] *See* Stein Decl., Ex. 1, Meta_Kadrey_00238140; Stein Decl., Ex. 2, Meta_Kadrey_00238141.
[5] *See* Stein Decl., Ex. 3, Meta_Kadrey_00238356; Stein Decl., Ex. 4, Meta_Kadrey_00238357.
[6] No Bates number was provided for this production. The documents were provided to me as a directory called "2025-11-22 Meta EMR Logs". Stein Decl. Ex. 5.
[7] Note that the data transfer totals (134 TB + 161 TB = 295 TB) is larger than the book data total (236 TB). This is in part because Meta downloaded some content more than once.

**DECLARATION OF DAVID R. CHOFFNES**
CASE NO. 3:23-cv-03417-VC

of the BitTorrent software that it chose to use, which advertised to each connected peer the set of all the torrent data Meta had completed downloading and could upload to that peer.[8] BitTorrent peers, in turn, could select and then download that data from Meta. The logs also indicate Meta uploaded at least 69 TB of data, the vast majority of which is highly likely to be book data.

7.      Torrenting activity at the scale described above is enough to significantly offset the costs of the operators of websites such as Library Genesis and Anna's Archive. Websites like Anna's Archive that host large data files incur large data storage and transfer costs associated with this data hosting. Downloaders of the pirated content hosted by these websites who use BitTorrent software reduce these costs for the operators of the websites. This is because the users who are downloading pirated content can themselves reshare the content with other users, thereby incurring the data transfer costs associated with the file sharing instead of the operators of the websites who would incur those expenses in the event of a direct download.

8.      Note that Meta has produced other evidence of its torrenting of literary works between 2022 and 2024, such as file listings for works it torrented and subsequently stored in Amazon S3 repositories. However, these file listings only provide an approximation of when some of Meta's torrenting sessions *ended*. They provide no information about when those torrenting sessions *started*. As a result, this evidence of Meta's distribution of the Asserted Works was incomplete.[9]

9.      **Timeline for Meta's 2022 torrenting productions**. As described in my prior Declaration in Support of Plaintiffs' Administrative Motion Requesting Leave to Obtain Limited Additional Discovery, Dkt. 654-1, in April, 2025, Meta produced tens of thousands of log files from Guillaume Lample's LibGen torrenting in 2022 and 2023.[10] Many of these logs are irrelevant to torrenting and represented other tasks for processing torrented data.

---

[8] At a low level, Meta advertised which *pieces* it had completely downloaded and made available for uploading.

[9] These file listings are nonetheless important for confirming which Asserted Works were in each torrent.

[10] *See* Stein Decl. Ex. 11, Meta_Kadrey_00238128.

10. The logs that are relevant to torrenting indicate, for each second, how much of a torrent has been downloaded and how many bytes were uploaded and downloaded during that second. These logs meet the criteria for describing torrent start and end times, and how much content was distributed during each session.

11. However, these logs remain incomplete. Of the more than 70 TB of data[11] I understand Meta to have torrented in this 2022 time period, the logs cover only 3.9 TB. A recent letter from Meta's outside counsel to the Court indicates that another Meta employee, Stephen Roller, torrented content from LibGen Non-Fiction (which Meta refers to as "SciTech") during this period. Accompanying contemporaneous work chats produced by Meta indicate that Mr. Roller initiated at least 3,400 torrenting sessions, and that he downloaded at least 32 TB of data in October, 2022.[12]

12. This incomplete data set makes it difficult to draw meaningful conclusions about the Meta's 2022 torrenting. Should Meta locate the logs for these torrenting sessions, and should they resemble those from Mr. Lample, I should have sufficient evidence to complete my distribution analysis for these sessions as well.

13. **Meta's mid-2023 torrenting**. Meta has produced neither start nor end times for its torrenting sessions in mid-2023, nor data transfer logs for those sessions. Much of what we know about Meta's mid-2023 torrenting is derived from a Google Doc produced by Meta that documented roughly weekly activities that Meta engineer Nikolay Bashlykov (and his Meta colleague, Lukas Blecher) undertook to acquire LibGen Fiction, Non-Fiction, and SciMag collections of pirated works.[13] Contemporaneous source code[14] indicates that at least some content from LibGen Non-Fiction was potentially torrented during this period.

---

[11] *See* Stein Decl. Ex. 8, Meta_Kadrey_00237932.
[12] *See* Stein Decl. Ex. 9, Meta_Kadrey_00238564.
[13] Stein Decl. Ex. 10, Meta_Kadrey_00089791.
[14] Stein Decl, Ex. 12, Meta_Kadrey_00238347.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 11th day of December, 2025 in Needham, Massachusetts.

By: ___*/s/ David R. Choffnes*___
    David R. Choffnes

---