Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice* forthcoming)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice* forthcoming)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Kyle Roche (*pro hac vice* forthcoming)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice* forthcoming)
vel@fnf.law
Alex Potter (*pro hac vice* forthcoming)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiff Cognella, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al., | Case No. 3:23-cv-03417-VC-TSH |
| Individual and Representative Plaintiffs, | Related Cases: |
| v. | No. 3:25-cv-09579-VC-TSH (*already related*) |
| META PLATFORMS, INC., | No. 3:26-cv-02333-VC (*pending motion to relate*) |
| Defendant. | No. 5:26-cv-03725-PCP (*pending motion to relate*) |
| | No. 3:26-cv-04053-JST |
| | **NOTICE OF RELATED CASES; PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that a related case, *Cognella, Inc. v. Meta Platforms, Inc.*, Case No. 3:26-cv-04053-JST, was filed on May 4, 2026, in the United States District Court of the Northern District of California. Pursuant to Local Rule 3-12(b) and 7-11 of the United States District Court for the Northern District of California, Plaintiff Cognella, Inc. submits this Administrative Motion because Case No. 3:26-cv-04053-JST is related, as defined by Local Rule 3-12(a), to *Kadrey v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC-TSH ("*Kadrey*"), *Entrepreneur Media, LLC v. Meta Platforms, Inc.*, No. 3:25-cv-09579-VC-TSH ("*Entrepreneur Media*"), *Chicken Soup for the Soul, LLC v. Meta Platforms, Inc.*, No. 3:26-cv-02333-VC ("*Chicken Soup*"), and *Cambronne et al. v. Meta Platforms, Inc.*, No. 5:26-cv-03725-PCP ("*Cambronne*").

**I.    Applicable Standard Under Civil L.R. 3-12**

Under Civil Local Rule 3-12, an action is related to another when:

1.    The actions concern substantially the same parties, property, transaction, event, or question of law; and

2.    It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. Civil L.R. 3-12(a).

An Administrative Motion to Consider Whether Cases Should be Related must contain: "(1) The title and case number of each apparently related case; (2) A brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(a)."

**II.    Related Cases**

The cases are related in each of the following respects:

1.    The Defendant is common in all of the above-noted cases.

2.    Plaintiffs in the *Chicken Soup*, *Cambronne*, and *Cognella* cases are represented by the same attorneys.

3.    By and large, the factual allegations and legal claims in all of the above-noted cases are overlapping. Plaintiffs in these cases allege that Defendant, a developer of commercial large language models ("LLMs"), downloaded and used Plaintiffs' copyrighted works, without consent or authorization, in the development, training, fine-tuning, and deployment of its LLMs. Plaintiffs

1

in these cases allege that Defendant relied on pirate libraries and pirated datasets in its scheme to use Plaintiffs' copyrighted works without authorization.

Accordingly, given the overlapping nature of these cases (including defendant, factual allegations, and causes of action), an assignment to a single judge is likely to conserve judicial resources and promote the most efficient determination of the actions.

Meta, Defendant in all of the above-noted cases, consents to the relation of these cases. Plaintiffs in the *Kadrey* and *Entrepreneur Media* actions take no position on relating *Cognella* to the existing actions.

### III.    Conclusion

For the reasons set forth above, Cognella, Inc. respectfully requests that the Court enter an order relating *Cognella, Inc. v. Meta Platforms, Inc.*, No. 3:26-cv-04053-JST, to *Kadrey v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC-TSH, *Entrepreneur Media, LLC v. Meta Platforms, Inc.*, No. 3:25-cv-09579-VC-TSH, *Chicken Soup for the Soul, LLC v. Meta Platforms, Inc.*, No. 3:26-cv-02333-VC, and *Cambronne et al. v. Meta Platforms, Inc.*, No. 5:26-cv-03725-PCP.

NOTICE OF RELATED CASES; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Dated:  May 7, 2026

Respectfully submitted,

*/s/ Christopher M. Rigali*
**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice* forthcoming)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice* forthcoming)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Kyle Roche (*pro hac vice* forthcoming)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice* forthcoming)
vel@fnf.law
Alex Potter (*pro hac vice* forthcoming)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiff Cognella, Inc.*

3                    Case No. 3:23-cv-03417-VC-TSH

NOTICE OF RELATED CASES; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED