UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD KADREY, et al.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No.  23-cv-03417-VC   (TSH)

**DISCOVERY ORDER**

Re: Dkt. Nos. 721, 722, 723

The parties' filings at ECF Nos. 721, 722 and 723 contain many exhibits and numerous references to other docket entries.  Having everything in one place will make it easier for the Court to review the parties' submissions.  Accordingly, the Court **ORDERS** the parties to lodge hard copy versions of ECF Nos. 721, 722 and 723 in one or more binders, tabbed and labeled.  The binders shall also contain a hard copy version of every docket entry cited by the parties, tabbed and labeled.  Each tab shall state which ECF entry it contains (e.g., "ECF No. 722-4").  The binders shall be delivered to the Clerk's Office no later than June 5, 2026.

Separately, the Court **ORDERS** Meta to submit a binder to the Clerk's Office for *in camera* review of all the documents whose privileged status is the subject of the current challenge. The documents shall be contained in a binder and shall be labeled in a way that makes it obvious which label corresponds to which reference in the joint discovery letter brief.  This binder is also due no later than June 5, 2026.

**IT IS SO ORDERED.**

Dated: June 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge