UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD KADREY, et al.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No.  23-cv-03417-VC   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 721

The Court has conducted an *in camera* review of partially redacted Exhibits A and E and fully withheld privilege log entries 197, 254 and 257.  The Court finds that the crime-fraud exception to the attorney-client privilege does not apply to these documents and therefore **SUSTAINS** Meta's claims of attorney-client privilege.

**IT IS SO ORDERED.**

Dated: June 12, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California