UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD KADREY, et al.,

           Plaintiffs,

     v.

META PLATFORMS, INC.,

           Defendant.

Case No.  23-cv-03417-VC   (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 722

With respect to Meta's motion to seal at ECF No. 722, the Court **GRANTS** the motion as to Sabanoglu Exhibits 1-7 and 10-12 but **DENIES** it as to Sabanoglu Exhibits 8 and 9 because those documents were previously filed in the public record without redaction.  ECF Nos. 654-14 & -15.  The Court **ORDERS** Meta to file Sabanoglu Exhibits 8 and 9 unredacted in the public record within five days.

     **IT IS SO ORDERED.**

Dated: June 12, 2026

THOMAS S. HIXSON
United States Magistrate Judge