# SABANOGLU
# DECLARATION EXHIBIT 9

# EXHIBIT I

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

DUNN ISAACSON RHEE LLP
KAREN L. DUNN (*pro hac vice*)
kdunn@dirllp.com
JESSICA E. PHILLIPS (*pro hac vice*)
jphillips@dirllp.com
KYLE N. SMITH (*pro hac vice*)
ksmith@dirllp.com
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900


CLEARY GOTTLIEB STEEN &
HAMILTON LLP
ANGELA L. DUNNING (212047)
adunning@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4131


*Counsel for Defendant Meta Platforms, Inc.*

COOLEY LLP
KATHLEEN R. HARTNETT
(314267)
khartnett@cooley.com
BOBBY A. GHAJAR (198719)
bghajar@cooley.com
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

MARK R. WEINSTEIN (193043)
mweinstein@cooley.com
ELIZABETH L. STAMESHKIN
(260865) lstameshkin@cooley.com
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000

PHILLIP MORTON (*pro hac vice*)
pmorton@cooley.com
1299 Pennsylvania Avenue NW, Suite
700
Washington, DC 20004
Telephone: (202) 842-7800


# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION


| | |
|---|---|
| RICHARD KADREY, *et al*., <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:23-cv-03417-VC <br><br> **DEFENDANT META PLATFORMS, INC.'S SECOND AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSION** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**PROPOUNDING PARTY:**    **PLAINTIFFS RICHARD KADREY, SARAH SILVERMAN, CHRISTOPHER GOLDEN, TA-NEHISI COATES, JUNOT DÍAZ, ANDREW SEAN GREER, DAVID HENRY HWANG, MATTHEW KLAM, LAURA LIPPMAN, RACHEL LOUISE SNYDER, JACQUELINE WOODSON, LYSA TERKEURST, AND CHRISTOPHER FARNSWORTH**

**RESPONDING PARTY:**    **DEFENDANT META PLATFORMS, INC.**

**SET NUMBER:**    **THIRD**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure ("Rules"), Defendant Meta Platforms, Inc. ("Meta") responds as follows to Plaintiffs Richard Kadrey, Sarah Silverman, Christopher Golden, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Jacqueline Woodson, Lysa TerKeurst, and Christopher Farnsworth's Third Set of Requests for Admission ("Requests").

## I.    OBJECTIONS AND RESPONSES TO ALL REQUESTS

1.    Meta's responses to the Requests are made to the best of Meta's present knowledge, information, and belief. Said responses are at all times subject to such additional or different information that discovery or further investigation may disclose, and Meta reserves the right to amend, revise, correct, supplement, or clarify the responses and objections propounded herein.

2.    To the extent a Request seeks information that Meta deems to embody material that is private, business confidential, proprietary, trade secret, or otherwise protected from disclosure pursuant to Rule 26(c) and/or Federal Rule of Evidence 501, Meta will only provide such information subject to, and in accordance with, the parties' stipulated protective order (ECF No. 90, the "Protective Order").

3.    The provision of a response to any of these Requests does not constitute a waiver of any objection regarding the use of said response in these proceedings. Meta reserves all objections or other questions as to the competency, relevance, materiality, privilege or admissibility as evidence in any subsequent proceeding in or trial of this or any other action for any purpose whatsoever of this response and any document or thing produced in response to the Requests.

4.    Meta reserves the right to object on any ground at any time to such other or supplemental requests for admission that Plaintiffs may propound involving or relating to the

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

subject matter of these Requests.

## II.    OBJECTIONS TO INSTRUCTIONS AND DEFINITIONS

Whether or not separately set forth in response to each Request, Meta makes these objections to the following Instructions and Definitions.

**1.**    Meta objects to the definition of "Complaint," to the extent it refers to the production of documents in response to Plaintiffs' Requests.  Meta will construe "Complaint" to refer to Plaintiffs' Third Consolidated Amended Complaint (Dkt. 407).

**2.**    Meta objects to the definition of "You," "Your," "Meta," and "Meta Platforms" as overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent that it purports to require Meta to produce documents outside of its possession, custody, or control.  Meta construes "Meta" or "You" to mean Meta Platforms, Inc.

**3.**    Meta objects to Instruction No. 4 to the extent it purports to require more of Meta than any obligation imposed by law, and to the extent it purports to require Meta to disclose information protected by attorney-client privilege and/or the attorney work product doctrine.

**4.**    Meta objects to Instruction No. 5 as overbroad and unduly burdensome to the extent that they purport to require more of Meta than any obligation imposed by law.

**5.**    Meta objects to Instruction No. 8 to the extent it provides that any Request will be deemed admitted as a result of an undefined "inadequate" response, without requiring Plaintiffs to bring a motion regarding the sufficiency of an answer or objection, as required under Fed. R. Civ. P. 36(a)(6).

**6.**    Meta objects to the definitions of any terms not used in any request or definition.

**7.**    Meta objects to the definition of "Anna's Archive" as vague and confusing, as it cites an inaccurate web address (https://annas-archive-org), and because the term appears to be used by Plaintiffs in these requests in disparate ways, including to refer to a website location where datasets may be accessed, to an entity or group of individuals that collaboratively manage data collections, and/or to the underlying datasets referenced on the Anna's Archive website.  For purposes of these responses, Meta will construe "Anna's Archive" to mean the website located at https://annas-archive.org.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**8.**  Meta objects to the definition of "Dataset(s)" as vague and ambiguous, as the term is used frequently in the Requests to refer to data and information that has not actually been "Downloaded." Meta construes this term to mean "a set of Data."

**9.**  Meta objects to the definition of "Default configuration" as vague and ambiguous as to time and as to which "settings" and which "values" are being referred. Meta construes this term to mean the initial set of settings, parameters and behaviors that the LibTorrent library would exhibit without any customization or alteration of any such settings, parameters, and behaviors, though manual human intervention or through the software that invokes the LibTorrent library.

**10.**  Meta objects to the definition of "Destroyed" as vague and ambiguous, and overly broad. Meta construes the term "Destroyed" to mean purposeful destruction.

**11.**  Meta objects to the definition of "Download" as overly broad, to the extent it implies that the definition and use of the word "Download" could also encompass the upload of information. Meta also objects to the purported definition that "with respect to a .torrent file, Downloading a Torrent means acquiring the Torrent Payload for the .torrent file," as vague and ambiguous as to whether Downloading a .torrent file is intended to also mean acquiring the Torrent Payload for the .torrent file, and if that is intended, that such a definition is confusing and inaccurate from a technological perspective. Meta construes the term "Download" as to a .torrent file to mean downloading the .torrent file itself.

**12.**  Meta objects to the definition of "IA2" as vague and ambiguous as to time and as to what "incremental new releases" are meant to be included therein. Meta further objects to the definition of "IA2" as vague and ambiguous with respect to its implication Anna's Archive "host[s]" data  Meta will construe the term "IA2" as it relates to .torrent files as "files that contain IA2 in their name."

**13.**  Meta objects to the definition of "Internet Archive" as vague and ambiguous. Meta will construe "Internet Archive" as used in these responses to mean the set of data that may be downloaded via .torrent files that are labeled as associated with "Internet Archive", which are further associated with the website Anna's Archive, as construed by Meta above.

14.	Meta objects to the definition of "PySpark Cluster" as vague and ambiguous.  Meta will construe "PySpark Cluster" to mean "Fairspark Cluster" and will incorporate this clarification into responses to Requests which reference "PySpark Cluster."

15.	Meta objects to the definition of "Shadow Library" as vague and ambiguous, and overly broad as applied to this case to the extent it is not limited to books, e.g., the inclusion of LibGen SciMag and Sci-Hub.  Meta further objects to the definition's inclusion of "the Internet Archive" as confusing in view of the definition of "Internet Archive," and will construe "the Internet Archive" to refer to the defined term "Internet Archive."

16.	Meta objects to the definition of "Torrent" to the extent it suggests that uploading necessarily occurred with respect to any particular file or portion of time during the torrenting process.  Meta also objects to the definition as inaccurate, as downloading may occur from both peers and from seeders in a network.

17.	Meta objects to the definition of "Torrented Data" as vague and overbroad to the extent it is not limited to torrenting by Meta and would include torrenting activity by third parties or individuals, and to the extent it seeks information regarding torrenting of data that was not for the purposes of AI research, development, or training relating to Llama models.

18.	Meta objects to the definition of "Z-Library" as vague and ambiguous, as "Anna's Archive" was previously defined to be a "Dataset," but is referenced in this defined term as "collaboratively manag[ing]" the Z-Library collections.  Meta will construe the terms "Z-Library" as used in these responses to mean the set of data that may be downloaded via .torrent files that are labeled as associated with "Z-Library", which are further associated with the website Anna's Archive, as construed by Meta above.

**III.	OBJECTIONS AND RESPONSES TO INDIVIDUAL DOCUMENT REQUESTS**

**REQUEST FOR ADMISSION NO. 99:**

Admit that You used LibTorrent in 2024 to Download one or more files from Anna's Archive.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**RESPONSE TO REQUEST FOR ADMISSION NO. 99:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects to the Request as vague and ambiguous as to the download of files "*from* Anna's Archive," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with Anna's Archive, or through torrents that are identified by .torrent files accessible via Anna's Archive (in which downloading is from peers and seeders on a torrent network).  Meta further objects to this request due to its use of the terms "Anna's Archive" and "Download," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used LibTorrent in 2024 to download files from torrents associated with Anna's Archive, as defined herein.

**REQUEST FOR ADMISSION NO. 100:**

Admit that You used LibTorrent in 2024 to Download one or more files from LibGen.

**RESPONSE TO REQUEST FOR ADMISSION NO. 100:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects to the Request as vague and ambiguous as to the download of files "from LibGen," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with LibGen, or through torrents that are identified by .torrent files (in which downloading is from peers and seeders on a torrent network).  Meta further objects to this request due to its use of the term "Download," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used LibTorrent in 2024 to download files from torrents associated with LibGen, as defined herein.

**REQUEST FOR ADMISSION NO. 101:**

Admit that You used LibTorrent in 2024 to Download one or more files from LibGen Fiction.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**RESPONSE TO REQUEST FOR ADMISSION NO. 101:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "*from* LibGen Fiction," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with LibGen Fiction, or through torrents that are identified by .torrent files (in which downloading is from peers and seeders on a torrent network). Meta further objects to this request due to its use of the term "Download," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used LibTorrent in 2024 to download files from torrents associated with LibGen Fiction, as defined herein.

**REQUEST FOR ADMISSION NO. 102:**

Admit that You used LibTorrent in 2024 to Download one or more files from LibGen SciTech.

**RESPONSE TO REQUEST FOR ADMISSION NO. 102:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "*from* LibGen SciTech," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with LibGen SciTech, or through torrents that are identified by .torrent files (in which downloading is from peers and seeders on a torrent network). Meta further objects to this request due to its use of the term "Download," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used LibTorrent in 2024 to download files from torrents associated with LibGen SciTech, as defined herein.

**REQUEST FOR ADMISSION NO. 103:**

Admit that You used LibTorrent in 2024 to Download one or more files from LibGen SciMag.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**RESPONSE TO REQUEST FOR ADMISSION NO. 103:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "*from* LibGen SciMag," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with LibGen SciMag, or through torrents that are identified by .torrent files (in which downloading is from peers and seeders on a torrent network). Meta further objects to this request due to its use of the term "Download," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta denies this Request for Admission.

**REQUEST FOR ADMISSION NO. 104:**

Admit that You used LibTorrent in 2024 to Download one or more files from the Internet Archive's "ia" collection.

**RESPONSE TO REQUEST FOR ADMISSION NO. 104:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "*from* the Internet Archive's 'ia' collection," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with Internet Archive, or through torrents that are identified by .torrent files (in which downloading is from peers and seeders on a torrent network). Meta further objects to this request due to its use of the terms "Internet Archive" and "Download," as set forth in its Objections to Definitions, above. In addition, the request suggests that "the Internet Archive" has an "ia collection," which is vague and ambiguous as to whether "the Internet Archive" refers to "Internet Archive" as defined herein, and as to the undefined term "ia collection."

Subject to and without waiving the foregoing objections, Meta responds as follows:

Meta is unable to admit or deny this request as worded, as it requires the understanding of an undefined term: the Internet Archive's "ia" collection. Based on its investigation to date, Meta admits that it used LibTorrent in 2024 to download files from torrents associated with Internet

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Archive, as defined herein, that include "ia2" in their names.

**REQUEST FOR ADMISSION NO. 105:**

Admit that You used LibTorrent in 2024 to Download one or more files from the Internet Archive's "ia2" collection.

**RESPONSE TO REQUEST FOR ADMISSION NO. 105:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "*from* the Internet Archive's 'ia2' collection," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with Internet Archive, or through torrents that are identified by .torrent files (in which downloading is from peers and seeders on a torrent network). Meta further objects to this request due to its use of the terms "Internet Archive" and "Download," as set forth in its Objections to Definitions, above. In addition, the request suggests that "the Internet Archive" has an "ia2 collection," which is vague and ambiguous as to whether "the Internet Archive" refers to "Internet Archive" as defined herein, and as to the undefined term "ia2 collection." Meta construes "the Internet Archive's 'ia2' collection" to mean "IA2," as defined in these requests and objected to by Meta above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used LibTorrent in 2024 to download files from torrents associated with Internet Archive, that include "ia2" in their names.

**REQUEST FOR ADMISSION NO. 106:**

Admit that You used LibTorrent in 2024 to Download one or more files from the Internet Archive in "acsm" format.

**RESPONSE TO REQUEST FOR ADMISSION NO. 106:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "*from* the Internet Archive in 'acsm' format," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with Internet Archive, or through torrents that are identified by .torrent files (in which downloading is from peers and seeders

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

on a torrent network). Meta further objects to this request due to its use of the terms "Internet Archive" and "Download," as set forth in its Objections to Definitions, above. In addition, the request suggests that "the Internet Archive" has files in "acsm" format" [sic], which is vague and ambiguous as to whether "the Internet Archive" refers to "Internet Archive" as defined herein, and as to the undefined term "acsm" format" [sic]. Meta construes "in 'acsm' format' [sic]" to mean downloading data from torrents associated with Internet Archive that include "acsm" in their name.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used LibTorrent in 2024 to download files from torrents associated with Internet Archive, that include "acsm" in their names.

**REQUEST FOR ADMISSION NO. 107:**

Admit that You used LibTorrent in 2024 to Download one or more files from the Internet Archive in "lcpdf" format.

**RESPONSE TO REQUEST FOR ADMISSION NO. 107:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "*from* the Internet Archive in 'lcpdf' format," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with Internet Archive, or through torrents that are identified by .torrent files (in which downloading is from peers and seeders on a torrent network). Meta further objects to this request due to its use of the terms "Internet Archive" and "Download," as set forth in its Objections to Definitions, above. In addition, the request suggests that "the Internet Archive" has files in "lcpdf" format" [sic], which is vague and ambiguous as to whether "the Internet Archive" refers to "Internet Archive" as defined herein, and as to the undefined term "lcpdf" format" [sic]. Meta construes "in 'lcpdf' format'" [sic] to mean downloading data from torrents associated with Internet Archive that include "lcpdf" in their name.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used LibTorrent in 2024 to download files from torrents associated with Internet Archive, that include "lcpdf" in their names.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REQUEST FOR ADMISSION NO. 108:**

Admit that You used LibTorrent in 2024 to Download one or more files from ZLib.

**RESPONSE TO REQUEST FOR ADMISSION NO. 108:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "*from* ZLib," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with ZLib, or through torrents that are identified by .torrent files (in which downloading is from peers and seeders on a torrent network). Meta further objects to this request due to its use of the term "Download," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used LibTorrent in 2024 to download files from torrents associated with ZLib, as defined herein.

**REQUEST FOR ADMISSION NO. 109:**

Admit that You used LibTorrent in 2024 to Download one or more files from ZLib2.

**RESPONSE TO REQUEST FOR ADMISSION NO. 109:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "*from* ZLib2," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with "ZLib2", or through torrents that are identified by .torrent files (in which downloading is from peers and seeders on a torrent network). Meta further objects to this request due to its use of the term "Download," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used Libtorrent in 2024 to download files from torrents associated with ZLib2, as defined herein.

**REQUEST FOR ADMISSION NO. 110:**

Admit that You used LibTorrent in 2024 to Download one or more files from ZLib3.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**RESPONSE TO REQUEST FOR ADMISSION NO. 110:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects to the Request as vague and ambiguous as to the download of files "*from* ZLib3," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with "ZLib3", or through torrents that are identified by .torrent files (in which downloading is from peers and seeders on a torrent network).  Meta further objects to this request due to its use of the term "Download," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used LibTorrent in 2024 to download files from torrents associated with ZLib3, as defined herein.

**REQUEST FOR ADMISSION NO. 111:**

Admit that You did not change the default configurations of LibTorrent that control automatic uploading of data to interested peers while Torrenting when you used LibTorrent to Download one or more files from Shadow Libraries in 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 111:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta objects to this Request as vague and ambiguous as to the phrase "default configurations of LibTorrent that control automatic uploading of data to interested peers while Torrenting," as failing to specify the configurations at issue.  Consistent with its objection to "Default configuration" set forth in its Objections to Definitions, above, Meta will construe this phrase to mean "the initial set of settings, parameters and behaviors that the LibTorrent library would exhibit without any customization or alteration of any such settings, parameters, and behaviors, through manual human intervention or through the software that invokes the LibTorrent library," as it relates to any uploading of data to peers during the Torrenting process.  Meta further objects to this request due to its use of the terms "Download," "Torrent," and "Shadow Libraries," as set forth in its Objections to Definitions, above.  Meta further objects to this Request on the ground that the phrase "automatic uploading of data to interested peers while Torrenting" is vague

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

and confusing and appears to presume incorrectly that uploading of data occurs "automatically" or at all while Torrenting.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta denies this request; for example, the software scripts used to invoke LibTorrent were designed to prevent the automatic seeding of torrents that would otherwise occur after completion of their download from the BitTorrent network.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 111:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the LibTorrent library provides settings that govern the extent to which a BitTorrent peer can, before it has fully downloaded a torrent, transmit (upload) pieces of data from that torrent to other peers, and Meta further admits that it did not affirmatively change the default values for those settings.  Meta otherwise denies this request; for example, the software scripts used to invoke LibTorrent were designed to prevent the automatic seeding of a torrent that would otherwise occur after completion of its download from the BitTorrent network. Meta denies this request; for example, the software scripts used to invoke LibTorrent were designed to prevent the automatic seeding of torrents that would otherwise occur after completion of their download from the BitTorrent network.

**SECOND AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 111:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the LibTorrent library provides settings that govern the extent to which a BitTorrent peer can, before it has fully downloaded a torrent, transmit (upload) pieces of data from that torrent to other peers, and Meta further admits that it did not affirmatively change the default values for those settings.  Meta otherwise denies this request; for example, the software scripts used to invoke LibTorrent were designed to prevent the automatic seeding of a torrent that would otherwise occur after completion of its download from the BitTorrent network.

COOLEY LLP
ATTORNEYS AT LAW

13

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REQUEST FOR ADMISSION NO. 112:**

Admit that, in every instance when you used LibTorrent to Download one or more files from Shadow Libraries in 2024, You did not change the default network configurations of LibTorrent that control automatic uploading of data to interested peers while Torrenting.

**RESPONSE TO REQUEST FOR ADMISSION NO. 112:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta objects to this Request as vague and ambiguous as to the phrase "default configurations of LibTorrent that control automatic uploading of data to interested peers while Torrenting," as failing to specify the configurations at issue. Consistent with its objection to "Default configuration" set forth in its Objections to Definitions, above, Meta will construe this phrase to mean "the initial set of settings, parameters and behaviors that the LibTorrent library would exhibit without any customization or alteration of any such settings, parameters, and behaviors, though manual human intervention or through the software that invokes the LibTorrent library," as it relates to any uploading of data to peers during the Torrenting process. Meta further objects to this request due to its use of the terms "Download," "Torrent," and "Shadow Libraries," as set forth in its Objections to Definitions, above. Meta further objects to this Request on the ground that the phrase "automatic uploading of data to interested peers while Torrenting" is vague and confusing and appears to presume incorrectly that uploading of data occurs "automatically" or at all while Torrenting.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta denies this request; for example, the software scripts used to invoke LibTorrent were designed to prevent the automatic seeding of torrents that would otherwise occur after completion of their download from the BitTorrent network.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 112:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the LibTorrent library provides settings that govern the extent to which a BitTorrent peer can, before it has fully downloaded a torrent, transmit pieces of data from that torrent to other peers, and Meta further admits that it did not

COOLEY LLP
ATTORNEYS AT LAW

**META'S 2ND AMENDED OBJ & RESPS TO
PLTF'S THIRD SET OF RFA'S
3:23-CV-03417-VC**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

affirmatively change the default values for those settings. Meta otherwise denies this request; for example, the software scripts used to invoke LibTorrent were designed to prevent the automatic seeding of a torrent that would otherwise occur after completion of its download from the BitTorrent network.

**REQUEST FOR ADMISSION NO. 113:**

Admit that, after Downloading Torrented Data in 2024, You copied all Torrented Data to an Amazon S3 directory in the s3://fairspark-data Amazon S3 Bucket.

**RESPONSE TO REQUEST FOR ADMISSION NO. 113:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the terms "Download" and "Torrent," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that after downloading torrented data in 2024 in connection with the Anna's Archive download by Xiaolan Wang, torrented data as to which downloads completed was copied to an Amazon S3 directory in the s3://fairspark-data Amazon S3 Bucket.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 113:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that after downloading torrented data in 2024 in connection with the Anna's Archive download, torrented data as to which downloads completed was copied to an Amazon S3 directory in the s3://fairspark-data Amazon S3 Bucket.

**REQUEST FOR ADMISSION NO. 114:**

Admit that You Downloaded all Torrented Data in 2024 using AWS Virtual Computers.

**RESPONSE TO REQUEST FOR ADMISSION NO. 114:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the terms "Download" and "Torrent," as set forth in its Objections to Definitions, above. Meta further objects to this request on the ground that the term "all Torrented Data" is vague and overbroad and renders

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

the Request ambiguous and grammatically non-sensical. Meta interprets this Request to ask whether Meta used AWS Virtual Computers to perform all of the downloading of Torrented Data it performed in 2024. Meta further objects to this Request to the extent it suggests that the data download was performed using only AWS Virtual Computers, as for example, source code relating to the downloading process may have been written on other computers or commands may have been executed from other computers.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the Anna's Archive data torrented by Xiaolan Wang  in 2024 was done using AWS Virtual Computers.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 114:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the Anna's Archive data torrented in 2024 was done using AWS Virtual Computers.

**REQUEST FOR ADMISSION NO. 115:**

Admit that all Internet Archive data You Downloaded from Anna's Archive in 2024 was Downloaded between April and June 2024, inclusive.

**RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "*from* Anna's Archive," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with Anna's Archive, or through torrents that are identified by .torrent files accessible via Anna's Archive (in which downloading is from peers and seeders on a torrent network). Meta further objects to this request due to its use of the terms "Internet Archive," "Anna's Archive," and "Download," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the torrent downloads of files associated with Internet Archive performed by Xiaolan Wang occurred between April and June 2024,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

inclusive.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the torrent downloads of files associated with Internet Archive occurred between April and June 2024, inclusive.

**REQUEST FOR ADMISSION NO. 116:**

Admit that You used Dedicated AWS Virtual Computers to Download all of the Internet Archive data You torrented in 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 116:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the terms "Internet Archive" and "Download," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used the Dedicated AWS Virtual Computers to download certain files associated with Internet Archive in 2024 by Xiaolan Wang. Meta otherwise denies this request, as additional files associated with Internet Archive were downloaded using the Fairspark Cluster.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 116:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used the Dedicated AWS Virtual Computers to download certain files associated with Internet Archive in 2024. Meta otherwise denies this request, as additional files associated with Internet Archive were downloaded using the Fairspark Cluster.

**REQUEST FOR ADMISSION NO. 117:**

Admit that You copied the corresponding ".tar" files for the Anna's Archive data You Downloaded in 2024 to the Amazon S3 path s3://fairspark-data/data/annas_archive/internet_archive/data.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**RESPONSE TO REQUEST FOR ADMISSION NO. 117:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the term "corresponding" as vague and ambiguous as the Request does not specify the other data to which the .tar files correspond. Meta further objects to this request due to its use of the terms "Anna's Archive" and "Download," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the ".tar" files for data associated with Internet Archive downloaded in 2024 by Xiaolan Wang, from torrents associated with Anna's Archive, were copied to the Amazon S3 path s3://fairspark-data/data/annas_archive/internet_archive/data/.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 117:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the ".tar" files for data associated with Internet Archive downloaded in 2024, from torrents associated with Anna's Archive, were copied to the Amazon S3 path s3://fairspark-data/data/annas_archive/internet_archive/data/.

**REQUEST FOR ADMISSION NO. 118:**

Admit that the corresponding ".tar" files for the Anna's Archive data You Downloaded in 2024 were untarred in April and June 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 118:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the term "corresponding" as vague and ambiguous as the Request does not specify the other data to which the .tar files correspond, and it is also unclear if these "corresponding '.tar' files" are intended to refer to the same set of Internet Archive .tar files referenced in Request No. 117 above. Meta further objects to this request due to its use of the terms "Anna's Archive" and "Download," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Based on its investigation to date, Meta admits that the ".tar" files for data associated with Internet Archive downloaded in 2024 by Xiaolan Wang, from torrents associated with Anna's Archive, were untarred between April and June 2024.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 118:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the ".tar" files for data associated with Internet Archive downloaded in 2024, from torrents associated with Anna's Archive, were untarred between April and June 2024.

**REQUEST FOR ADMISSION NO. 119:**

Admit that You stored the corresponding digital book files for the Anna's Archive data You Downloaded in 2024 in subdirectories of the Amazon S3 path s3://fairspark-data/data/annas_archive/internet_archive/data/.

**RESPONSE TO REQUEST FOR ADMISSION NO. 119:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the term "corresponding" as vague and ambiguous as the Request does not specify the other data to which the .tar files correspond. Meta further objects to the undefined term "digital book files" as vague and ambiguous. Meta further objects to this request due to its use of the terms "Anna's Archive" and "Download," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that digital book files associated with Internet Archive downloaded by Xiaolan Wangin 2024 from torrents associated with Anna's Archive were stored in subdirectories of the Amazon S3 path s3://fairspark-data/data/annas_archive/internet_archive/data/.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 119:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that digital book files associated with Internet Archive downloaded in 2024 from torrents associated with Anna's Archive were stored in

COOLEY LLP
ATTORNEYS AT LAW

META'S 2ND AMENDED OBJ & RESPS TO
PLTF'S THIRD SET OF RFA'S
3:23-CV-03417-VC

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

subdirectories of the Amazon S3 path s3://fairspark-data/data/annas_archive/internet_archive/data/.

**REQUEST FOR ADMISSION NO. 120:**

Admit that You used the PySpark Cluster to Download all LibGen SciTech files You Downloaded in April 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 120:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta also objects to the term "PySpark Cluster" for the reasons stated in its Objections stated above, and will interpret this term to refer to the Fairspark Cluster. Meta further objects to this request due to its use of the terms "Download" and "LibGen SciTech," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used the Fairspark Cluster to download certain files associated with Libgen SciTech in April 2024. Meta otherwise denies this request, as additional LibGen SciTech files were downloaded using the Fairspark Cluster after April 2024.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 120:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that, for all of the files it downloaded associated with Libgen Scitech in April 2024, it used the Fairspark Cluster to download these files.

**REQUEST FOR ADMISSION NO. 121:**

Admit that You stored all Libgen SciTech files You Downloaded in April 2024 at the Amazon S3 path s3://fairspark-data/data/annas_archive/libgen/data/.

**RESPONSE TO REQUEST FOR ADMISSION NO. 121:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the terms "Download" and "LibGen SciTech," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, admitted.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REQUEST FOR ADMISSION NO. 122:**

Admit that You used the PySpark Cluster to Download all LibGen Fiction files You Downloaded in April 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 122:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta also objects to the term "PySpark Cluster" for the reasons stated in its Objections stated above, and will interpret this term to refer to the Fairspark Cluster. Meta further objects to this request due to its use of the terms "Download" and "LibGen Fiction," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used the Fairspark Cluster to download all of the files associated with Libgen Fiction that it downloaded in April 2024, which are found at the Amazon S3 path s3://fairspark-data/xiaolan/libgen_rs_fic/.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 122:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used the Fairspark Cluster to download all of the files associated with Libgen Fiction that it downloaded in April 2024.

**REQUEST FOR ADMISSION NO. 123:**

Admit that You stored all LibGen Fiction files You Downloaded in April 2024 at the Amazon S3 path s3://fairspark-data/xiaolan/libgen_rs_fic/.

**RESPONSE TO REQUEST FOR ADMISSION NO. 123:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the terms "Download" and "LibGen Fiction," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, admitted.

**REQUEST FOR ADMISSION NO. 124:**

Admit that the files in the Amazon S3 directory s3://fairspark-data/xiaolan/libgen_rs_fic/ directory are copies of books in one or more digital formats.

**RESPONSE TO REQUEST FOR ADMISSION NO. 124:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the undefined term "one or more digital formats" as vague and ambiguous. Meta further objects to this Request as overbroad and unduly burdensome, to the extent it would require Meta to investigate the contents of all files within the referenced directory.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that some files in the Amazon S3 directory s3://fairspark-data/xiaolan/libgen_rs_fic/ directory are copies of books in one or more digital formats typically associated with digital books. Meta otherwise denies this Request, as certain files in this Amazon S3 directory are in other formats such as .pdb, .html, .zip, .rar, and .sit. Meta has not specifically analyzed each individual file with such other formats, and thus lacks information or knowledge sufficient to admit or deny this Request as to each and every file within the directory.

**REQUEST FOR ADMISSION NO. 125:**

Admit that You used the PySpark Cluster to Download all Z-Library files You Downloaded with Torrent Payloads smaller than 800 GB in April 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 125:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta also objects to the term "PySpark Cluster" for the reasons stated in its Objections stated above, and will interpret this term to refer to the Fairspark Cluster. Meta further objects to this request due to its use of the terms "Download" and "Z-Library," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta denies this request.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REQUEST FOR ADMISSION NO. 126:**

Admit that You stored all Z-Library files You Downloaded in April 2024 at the Amazon S3 path s3://fairspark-data/data/annas_archive/zlib/data/.

**RESPONSE TO REQUEST FOR ADMISSION NO. 126:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the terms "Download" and "Z-Library," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, admitted.

**REQUEST FOR ADMISSION NO. 127:**

Admit that the files in the Amazon S3 directory s3://fairspark-data/data/annas_archive/zlib/data/ are copies of books in various digital formats or else are .tar files.

**RESPONSE TO REQUEST FOR ADMISSION NO. 127:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the undefined term "various digital formats" as vague and ambiguous. Meta further objects to this Request as overbroad and unduly burdensome, to the extent it would require Meta to investigate the contents of all files within the referenced directory.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that some files in the Amazon S3 directory s3://fairspark-data/data/annas_archive/zlib/data/ are copies of books in various digital formats typically associated with digital books or .tar files. Meta otherwise denies this Request, as certain files in this Amazon S3 directory have other filename extensions such as csv.gz, .sql, and sql.gz. Meta has not specifically analyzed each individual file with such other formats, and thus lacks information or knowledge sufficient to admit or deny this Request as to each and every file within the directory.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REQUEST FOR ADMISSION NO. 128:**

Admit that the individual book files in the Amazon S3 directory s3://fairsparkdata/data/annas_archive/zlib/data/ are data You Downloaded from Z-Library in .tar format, which You untarred.

**RESPONSE TO REQUEST FOR ADMISSION NO. 128:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects to this request due to its use of the terms "Download" and "Z-Library," as set forth in its Objections to Definitions, above. Meta further objects to the Request as vague and ambiguous as to the download of files "from Z-Library," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with Z-Library, or through torrents that are identified by .torrent files (in which downloading is from peers and seeders on a torrent network).  Meta further objects to this Request as compound.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that some, but not all, individual book files in the Amazon S3 directory s3://fairsparkdata/data/annas_archive/zlib/data/ are data associated with Z-Library that was downloaded in .tar format, which it untarred.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 128:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that some, but not all, individual book files in the Amazon S3 directory s3://fairsparkdata/data/annas_archive/zlib/data/ are data associated with Z-Library that was downloaded in .tar format, which it untarred.  For those files that are data associated with Z-Library that were downloaded in .tar format, any books that were untarred were untarred into the directory s3://fairsparkdata/data/annas_archive/zlib/data/.

**REQUEST FOR ADMISSION NO. 129:**

Admit that all existing logs and metadata pertaining to the Torrented Data have been produced.

Cooley LLP
Attorneys at Law

24

Meta's 2nd Amended Obj & Resps to
Pltf's Third Set of RFA's
3:23-cv-03417-VC

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**RESPONSE TO REQUEST FOR ADMISSION NO. 129:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request, including its objections to the term "Torrented Data." Meta further objects to the term "pertaining" as vague and ambiguous as to what connection any such "logs and metadata" would need to have to "Torrented Data" in order to fall within the scope of this Request. Meta further objects to the term "existing logs and metadata" as vague and ambiguous, and to the extent it seeks to imply an obligation to produce all "logs and metadata," which is beyond the scope of the baseball arbitration request for production and any other request or order in this case.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta lacks information or knowledge sufficient to admit or deny this request as it encompasses data and information beyond that called for by any discovery request, including metadata and logs that are not responsive to Request for Production No. 137 and which have no bearing on any claim or defense at issue in this case. Meta has not investigated each and every "existing lo[g] and metadata" that "pertain[s]" to Torrented Data downloaded by Meta, nor is Meta under any obligation to complete such an investigation.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 129:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it has produced logs and metadata responsive to Plaintiffs' Request for Production No. 137 that it has been able to locate after a reasonable search. Meta otherwise lacks information or knowledge sufficient to admit or deny this request as it encompasses data and information beyond that called for by any discovery request, including metadata and logs that are not responsive to Request for Production No. 137 and which have no bearing on any claim or defense at issue in this case. Meta has not investigated each and every "existing lo[g] and metadata" that "pertain[s]" to Torrented Data downloaded by Meta, nor is Meta under any obligation to complete such an investigation.

**REQUEST FOR ADMISSION NO. 130:**

Admit that if any logs or metadata pertaining to Downloading the Torrented Data have not been produced, it is because the logs or metadata were Destroyed.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**RESPONSE TO REQUEST FOR ADMISSION NO. 130:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request, , including its objections to the term "Torrented Data."  Meta further objects to the term "pertaining" as vague and ambiguous as to what connection any such "logs and metadata" would need to have to "Downloading" the "Torrented Data" in order to fall within the scope of this Request.  Meta further objects to the term "existing logs and metadata" as vague and ambiguous, and to the extent it seeks to imply an obligation to produce all "logs and metadata," which is beyond the scope of the baseball arbitration request for production.  Meta further objects to this request due to its use of the terms "Download" and "Destroyed," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta denies this request.

**REQUEST FOR ADMISSION NO. 131:**

Admit that all of the approximately 27,000 instances included in the AWS usage logs produced on September 12, 2025, correspond to the PySpark Cluster.

**RESPONSE TO REQUEST FOR ADMISSION NO. 131:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects to this Request as vague with respect to "instances" as it is unclear if this refers to AWS EC2 instances, or unique values in "line_item_resource_id" field in the AWS usage information produced on September 12, 2025.  For purposes of this Response, Meta will interpret "instances" as referring to the unique values in "line_item_resource_id" field in the AWS usage information produced on September 12, 2025, Meta_Kadrey_00238357 and Meta_Kadrey_00238356.  Meta also objects to the term "PySpark Cluster" for the reasons stated in its Objections stated above, and will interpret this term to refer to the Fairspark Cluster.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the unique values in "line_item_resource_id" field appearing in the AWS usage data produced on September 12, 2025

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

correspond to instances of the Fairspark Cluster.

**REQUEST FOR ADMISSION NO. 132:**

Admit that all of the approximately 27,000 instances included in the AWS usage logs produced on September 12, 2025, were used for Torrenting.

**RESPONSE TO REQUEST FOR ADMISSION NO. 132:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this Request as vague with respect to "instances" as it is unclear if this refers to AWS EC2 instances, or unique values in "line_item_resource_id" field in the AWS usage information produced on September 12, 2025. For purposes of this Response, Meta will interpret "instances" as referring to the unique values in "line_item_resource_id" field in the AWS usage information produced on September 12, 2025, Meta_Kadrey_00238357 and Meta_Kadrey_00238356.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta denies this request.

**REQUEST FOR ADMISSION NO. 133:**

Admit that all PySpark Cluster instances for Torrenting were included in the AWS usage logs produced on September 12, 2025.

**RESPONSE TO REQUEST FOR ADMISSION NO. 133:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this Request as vague with respect to "instances" as it is unclear if this refers to AWS EC2 instances, or unique values in "line_item_resource_id" field in the AWS usage information produced on September 12, 2025. For purposes of this Response, Meta will interpret "instances" as referring to the unique values in "line_item_resource_id" field in the AWS usage information produced on September 12, 2025, Meta_Kadrey_00238357 and Meta_Kadrey_00238356. Meta also objects to the phrase "PySpark Cluster" for the reasons stated in its Objections, and will interpret this phrase as referring to the Fairspark Cluster. Meta also objects to the phrase "PySpark Cluster instances for Torrenting," which implies that there were "instances for Torrenting" specifically.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the AWS usage data produced on September 12, 2025 includes usage activity between February 29, 2024 and November 1, 2024 for the Fairspark Cluster, including any usage activity for Torrenting.

**REQUEST FOR ADMISSION NO. 134:**

Admit that Meta did not preserve records indicating which instances in the AWS usage logs produced on September 12, 2025 were used for Torrenting.

**RESPONSE TO REQUEST FOR ADMISSION NO. 134:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects to this Request as vague with respect to "instances" as it is unclear if this refers to AWS EC2 instances, or unique values in "line_item_resource_id" field in the AWS usage information produced on September 12, 2025.  For purposes of this Response, Meta will interpret "instances" as referring to the unique values in "line_item_resource_id" field in the AWS usage information produced on September 12, 2025, Meta_Kadrey_00238357.  Meta further objects to this Request as it appears to inaccurately assume that records existed that would show, with certainty, which "instances"  identified in the AWS usage information produced on September 12, 2025 were used in some manner for torrenting activity.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta denies this request.

**REQUEST FOR ADMISSION NO. 135:**

Admit that the Dedicated AWS Virtual Computers for which usage logs were produced in March 2025 were not part of the PySpark Cluster.

**RESPONSE TO REQUEST FOR ADMISSION NO. 135:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta also objects to the phrase "PySpark Cluster" for the reasons stated in its Objections, and will interpret this phrase as referring to the Fairspark Cluster.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the Dedicated AWS Virtual Computers were separate from the AWS Virtual Computers used by the Fairspark Cluster; however, the Dedicated AWS Virtual Computers were associated with the Fairspark AWS account.

**REQUEST FOR ADMISSION NO. 136:**

Admit that You used the PySpark Cluster to Download one or more files from LibGen.

**RESPONSE TO REQUEST FOR ADMISSION NO. 136:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "*from* LibGen," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with LibGen, or through torrents that are identified by .torrent files associated with LibGen (in which downloading is from peers and seeders on a torrent network). Meta also objects to the phrase "PySpark Cluster" for the reasons stated in its Objections, and will interpret this phrase as referring to the Fairspark Cluster. Meta further objects to this request due to its use of the terms "Download" and "LibGen," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used the Fairspark Cluster to download one or more files from torrents associated with LibGen.

**REQUEST FOR ADMISSION NO. 137:**

Admit that You used the PySpark Cluster to Download one or more files from Internet Archive.

**RESPONSE TO REQUEST FOR ADMISSION NO. 137:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "*from* Internet Archive," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with Internet Archive, or through torrents that are identified by .torrent files associated with the Internet Archive dataset (in which

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

downloading is from peers and seeders on a torrent network).  Meta also objects to the phrase "PySpark Cluster" for the reasons stated in its Objections, and will interpret this phrase as referring to the Fairspark Cluster.  Meta further objects to this request due to its use of the terms "Download" and "Internet Archive," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used the Fairspark Cluster to download one or more files from torrents associated with Internet Archive.

**REQUEST FOR ADMISSION NO. 138:**

Admit that You used the PySpark Cluster to Download one or more files from Z-Library.

**RESPONSE TO REQUEST FOR ADMISSION NO. 138:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects to the Request as vague and ambiguous as to the download of files "*from* Z-Library," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with Z-Library, or through torrents that are identified by .torrent files associated with the Z-Library dataset (in which downloading is from peers and seeders on a torrent network).  Meta also objects to the phrase "PySpark Cluster" for the reasons stated in its Objections, and will interpret this phrase as referring to the Fairspark Cluster.  Meta further objects to this request due to its use of the terms "Download" and "Z-Library," as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used the Fairspark Cluster to download one or more files from torrents associated with Z-Library.

**REQUEST FOR ADMISSION NO. 139:**

Admit that You began Downloading one or more files from Shadow Libraries via the PySpark Cluster on April 5, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 139:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects to the Request as vague and ambiguous as to the

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

download of files "from Shadow Libraries," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with one or more Shadow Libraries, or through torrents that are identified by .torrent files associated with such libraries (in which downloading is from peers and seeders on a torrent network). Meta also objects to the phrase "PySpark Cluster" for the reasons stated in its Objections, and will interpret this phrase as referring to the Fairspark Cluster. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the torrenting of at least one or more files from torrents associated with LibGen and Anna's Archive began on April 5, 2024; however, the download of some files began on April 4, 2024.

**REQUEST FOR ADMISSION NO. 140:**

Admit that You stopped Downloading files from Shadow Libraries via the PySpark Cluster on April 19, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 140:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta also objects to the phrase "PySpark Cluster" for the reasons stated in its Objections, and will interpret this phrase as referring to the Fairspark Cluster. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta denies this request, as Meta's current understanding is that this downloading completed on April 18, 2024.

**REQUEST FOR ADMISSION NO. 141:**

Admit that the "individual nodes downloading" mentioned in Meta_Kadrey_00237186 at -279 corresponds to the Downloading on Dedicated AWS Virtual Computers for which AWS usage logs were produced in March 2025.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**RESPONSE TO REQUEST FOR ADMISSION NO. 141:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, admitted.

**REQUEST FOR ADMISSION NO. 142:**

Admit that You used the Dedicated AWS Virtual Computers to Download the Torrented Data identified in the 38 rows listed in Meta_Kadrey_00161474 at Sheet1.

**RESPONSE TO REQUEST FOR ADMISSION NO. 142:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it attempted to download data associated with the .torrent files listed in column A, rows 2-39, of Meta_Kadrey_00161474 at Sheet 1, using the Dedicated AWS Virtual Computers..

**REQUEST FOR ADMISSION NO. 143:**

Admit that You started Downloading the Torrented Data identified in the 38 rows listed in Meta_Kadrey_00161474 at Sheet1 on April 5, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 143:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it began downloading at least some of the data associated with the .torrent files listed in column A, rows 2-39, of Meta_Kadrey_00161474 at Sheet 1, on April 5, 2024.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REQUEST FOR ADMISSION NO. 144:**

Admit that You manually copied to Amazon S3 the ".tar" files You Downloaded as Torrented Data identified in the 38 rows listed in Meta_Kadrey_00161474 at Sheet1.

**RESPONSE TO REQUEST FOR ADMISSION NO. 144:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above. Meta further objects to the use of the term "manually copied" as vague and ambiguous, as it is unclear the amount of "manual" activity that would be required to meet the scope of this Request.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta is unable to admit or deny this request as written, as it refers to .tar files that were downloaded, but the files listed in Meta_Kadrey_00161474 are .torrent files, not .tar files. Meta admits that the process of copying the .tar files associated with the .torrent files listed in column A, rows 2-39, of Meta_Kadrey_00161474 at Sheet 1 that were successfully downloaded using the Dedicated AWS Virtual Computers to Amazon S3 involved some manual activity by a human.

**REQUEST FOR ADMISSION NO. 145:**

Admit that You used code to copy to Amazon S3 the ".tar" files You Downloaded as Torrented Data identified in the 38 rows listed in Meta_Kadrey_00161474 at Sheet1.

**RESPONSE TO REQUEST FOR ADMISSION NO. 145:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above. Meta further objects to the use of the term "used code" as vague and ambiguous, as it is unclear what actions would need to be performed "us[ing] code" activity that would be required to meet the scope of this Request.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta is unable to admit or deny this request as written, as it refers to .tar files that were downloaded, but the files listed in Meta_Kadrey_00161474 are

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

.torrent files, not .tar files.  Meta admits that the process of copying the .tar files associated with the .torrent files listed in column A, rows 2-39, of Meta_Kadrey_00161474 at Sheet 1 which were successfully downloaded using the Dedicated AWS Virtual Computers to Amazon S3 involved execution of code.

**REQUEST FOR ADMISSION NO. 146:**

Admit that line 35 of Meta_Kadrey_00161474 ("annas-archive-ia-acsm-t.tar.torrent") was intended to refer to "annas-archive-ia-lcpdf-o.tar.torrent".

**RESPONSE TO REQUEST FOR ADMISSION NO. 146:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, admitted.

**REQUEST FOR ADMISSION NO. 147:**

Admit that You did not Download the entirety of the Torrent Payload for "annas-archive-ia-lcpdf-a.tar.torrent" referenced at line 14 of Meta_Kadrey_00161474.

**RESPONSE TO REQUEST FOR ADMISSION NO. 147:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, admitted.

**REQUEST FOR ADMISSION NO. 148:**

Admit that You did not extract the .tar file for the file "annas-archive-ia-lcpdf-a.tar.torrent".

**RESPONSE TO REQUEST FOR ADMISSION NO. 148:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, admitted.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REQUEST FOR ADMISSION NO. 149:**

Admit that when You extracted the .tar files for the file "annas-archive-ia-acsm-[letter].tar.torrent", the files were placed into corresponding Amazon S3 paths named s3://fairsparkdata/data/annas_archive/internet_archive/data/[same letter as in the .tar.torrent file name].

**RESPONSE TO REQUEST FOR ADMISSION NO. 149:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, admitted.

**REQUEST FOR ADMISSION NO. 150:**

Admit that when You extracted the .tar files for the file "annas-archive-ia-lcpdf-[letter].tar.torrent", the files were placed into the Amazon S3 path s3://fairsparkdata/data/annas_archive/internet_archive/data/[same letter as in the .tar.torrent file name].

**RESPONSE TO REQUEST FOR ADMISSION NO. 150:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, admitted.

**REQUEST FOR ADMISSION NO. 151:**

Admit that You Downloaded the Fourteen Torrent Files Missing Corresponding Parquets.

**RESPONSE TO REQUEST FOR ADMISSION NO. 151:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above. Meta further objects as the "Fourteen Torrent Files Missing Corresponding Parquets" correspond to .torrent files; Meta's response refers to the Torrented Payload associated with these .torrent files.

COOLEY LLP
ATTORNEYS AT LAW

35

META'S 2ND AMENDED OBJ & RESPS TO
PLTF'S THIRD SET OF RFA'S
3:23-CV-03417-VC

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits it downloaded the Torrented Payload associated with the Fourteen Torrent Files Missing Corresponding Parquets.

**REQUEST FOR ADMISSION NO. 152:**

Admit that You started Downloading the Fourteen Torrent Files Missing Corresponding Parquets on April 5, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 152:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above. Meta further objects as the "Fourteen Torrent Files Missing Corresponding Parquets" correspond to .torrent files; Meta's response refers to the Torrented Payload associated with these .torrent files.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta denies this request.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 152:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits this Request as to the Torrented Payload associated with ten of the Fourteen Torrent Files Missing Corresponding Parquets; Meta lacks information or knowledge sufficient to admit or deny this request with respect to the files:

- annas_archive_data__aacid__ia2_acsmpdf_files__20231009T033545Z--20231009T033546Z.torrent
- annas_archive_data__aacid__ia2_acsmpdf_files__20231008T234141Z--20231008T234142Z.torrent
- annas_archive_data__aacid__ia2_acsmpdf_files__20231009T022632Z--20231009T022633Z.torrent
- annas_archive_data__aacid__ia2_acsmpdf_files__20231009T034121Z--20231009T034122Z.torrent

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REQUEST FOR ADMISSION NO. 153:**

Admit that You Downloaded the Fourteen Torrent Files Missing Corresponding Parquets using the same code You used to Download other data on the PySpark Cluster.

**RESPONSE TO REQUEST FOR ADMISSION NO. 153:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta also objects to the phrase "PySpark Cluster" for the reasons stated in its Objections, and will interpret this phrase as referring to the Fairspark Cluster. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above. Meta further objects as the "Fourteen Torrent Files Missing Corresponding Parquets" correspond to .torrent files; Meta's response refers to the Torrented Payload associated with these .torrent files.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it downloaded the Torrented Payload associated with the Fourteen Torrent Files Missing Corresponding Parquets using the same code it used to Download other data on the Fairspark Cluster that was downloaded via torrenting.

**REQUEST FOR ADMISSION NO. 154:**

Admit that the Fourteen Torrent Files Missing Corresponding Parquets totaled approximately 3.7 TB.

**RESPONSE TO REQUEST FOR ADMISSION NO. 154:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects as the "Fourteen Torrent Files Missing Corresponding Parquets" correspond to .torrent files; Meta's response refers to the size of the Torrented Payload associated with these .torrent files.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the Torrented Payload associated with the Fourteen Torrent Files Missing Corresponding Parquets totaled approximately 3.7 TB of data.

COOLEY LLP
ATTORNEYS AT LAW

META'S 2ND AMENDED OBJ & RESPS TO
PLTF'S THIRD SET OF RFA'S
3:23-CV-03417-VC

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REQUEST FOR ADMISSION NO. 155:**

Admit that Your Downloading of the Fourteen Torrent Files Missing Corresponding Parquets generated .parquet files associated with the Downloading.

**RESPONSE TO REQUEST FOR ADMISSION NO. 155:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above. Meta further objects as the "Fourteen Torrent Files Missing Corresponding Parquets" correspond to .torrent files; Meta's response refers to the size of the Torrented Payload associated with these .torrent files.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta lacks information or knowledge sufficient to admit or deny this request, as Meta has not been able to determine the reason .parquet files associated with downloads of the Torrented Payload associated with the "Fourteen Torrent Files Missing Corresponding Parquets" have not been located, to the extent such files exist.

**REQUEST FOR ADMISSION NO. 156:**

Admit that the .parquet files associated with Your Downloading of the Fourteen Torrent Files Missing Corresponding Parquets are not in Your possession, custody, or control.

**RESPONSE TO REQUEST FOR ADMISSION NO. 156:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above. Meta further objects as the "Fourteen Torrent Files Missing Corresponding Parquets" correspond to .torrent files; Meta's response refers to the size of the Torrented Payload associated with these .torrent files. Meta further objects to the extent that it assumes .parquet files affirmatively existed.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it has conducted a reasonable search and has not been able to locate .parquet files associated with downloads of the Torrented Payload associated with the Fourteen Torrent Files Missing Corresponding Parquets.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REQUEST FOR ADMISSION NO. 157:**

Admit that the .parquet files associated with Your Downloading of the Fourteen Torrent Files Missing Corresponding Parquets are not in Your possession, custody, or control because they were deleted.

**RESPONSE TO REQUEST FOR ADMISSION NO. 157:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects to this request due to its use of the term "Download" and "Deleted," as set forth in its Objections to Definitions, above. Meta further objects as the "Fourteen Torrent Files Missing Corresponding Parquets" correspond to .torrent files; Meta's response refers to the size of the Torrented Payload associated with these .torrent files.  Meta further objects to the extent that it assumes .parquet files affirmatively existed.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta lacks information or knowledge sufficient to admit or deny this request, as Meta has not been able to determine the reason .parquet files associated with downloads of the Torrented Payload associated with the "Fourteen Torrent Files Missing Corresponding Parquets" have not been located, to the extent they exist.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 157:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it has not been able to locate .parquet files associated with downloads of the Torrented Payload associated with the "Fourteen Torrent Files Missing Corresponding Parquets" after a reasonable search, and thus, based on this investigation, Meta has not located these files in its possession, custody or control.  Meta otherwise lacks information or knowledge sufficient to admit or deny this Request, as Meta has not been able to determine the reason .parquet files associated with downloads of the Torrented Payload associated with the "Fourteen Torrent Files Missing Corresponding Parquets" have not been located, to the extent they exist.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**REQUEST FOR ADMISSION NO. 158:**

Admit that You started Downloading the Fifteen ZLib2 Torrent Files on May 14, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 158:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above. Meta further objects as the "Fifteen ZLib2 Torrent Files" correspond to .torrent files; Meta's response refers to the size of the Torrented Payload associated with these .torrent files.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta lacks information or knowledge sufficient to admit or deny this request, as Meta has not been able to determine the precise date that it started downloading the Torrented Payload associated with the Fifteen ZLib2 Torrent Files.

**REQUEST FOR ADMISSION NO. 159:**

Admit that You completed Downloading the Fifteen ZLib2 Torrent Files on May 30, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 159:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above. Meta further objects as the "Fifteen ZLib2 Torrent Files" correspond to .torrent files; Meta's response refers to the size of the Torrented Payload associated with these .torrent files.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta lacks information or knowledge sufficient to admit or deny this request, as Meta has not been able to determine the precise date that it completed downloading the Torrented Payload associated with the Fifteen ZLib2 Torrent Files.

**REQUEST FOR ADMISSION NO. 160:**

Admit that the Fifteen ZLib2 Torrent Files totaled approximately 7.3 TB.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**RESPONSE TO REQUEST FOR ADMISSION NO. 160:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects as the "Fifteen ZLib2 Torrent Files" correspond to .torrent files; Meta's response refers to the size of the Torrented Payload associated with these .torrent files.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the Torrented Payload corresponding to the Fifteen ZLib2 Torrent Files totaled approximately 7.3 TB.

**REQUEST FOR ADMISSION NO. 161:**

Admit that You Downloaded the Fifteen ZLib2 Torrent Files using the Dedicated AWS Virtual Computers.

**RESPONSE TO REQUEST FOR ADMISSION NO. 161:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above. Meta further objects as the "Fifteen ZLib2 Torrent Files" correspond to .torrent files; Meta's response refers to the Torrented Payload associated with these .torrent files.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that its current understanding is that it downloaded the Torrented Payload associated with the Fifteen ZLib2 Torrent Files using the Dedicated AWS Virtual Computers; however, there were previous attempts to download the Torrented Payload associated with some of the Fifteen ZLib2 Torrent Files using the Fairspark Cluster.

**REQUEST FOR ADMISSION NO. 162:**

Admit that the .tar files associated with Your Downloading of the Fifteen ZLib2 Torrent Files are not in Meta's possession, custody, or control.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**RESPONSE TO REQUEST FOR ADMISSION NO. 162:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above.  Meta further objects as the "Fifteen ZLib2 Torrent Files" correspond to .torrent files; Meta's response refers to the Torrented Payload associated with these .torrent files.  Meta further objects to the extent that it assumes these .tar files affirmatively existed.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it has conducted a reasonable search and has not been able to locate any .tar files associated with the downloading of the Torrented Payload associated with the Fifteen ZLib2 Torrent Files, to the extent they exist.

**REQUEST FOR ADMISSION NO. 163:**

Admit that the .tar files associated with Your Downloading of the Fifteen ZLib2 Torrent Files are not in Meta's possession, custody, or control because they were deleted.

**RESPONSE TO REQUEST FOR ADMISSION NO. 163:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects to this request due to its use of the term "Download" and "Deleted" as set forth in its Objections to Definitions, above.  Meta further objects as the "Fifteen ZLib2 Torrent Files" correspond to .torrent files; Meta's response refers to the Torrented Payload associated with these .torrent files.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta lacks information or knowledge sufficient to admit or deny this request, as after a reasonable investigation, Meta has not been able to determine why .tar files associated with the downloading of the Torrented Payload associated with the Fifteen ZLib2 Torrent Files have not been located.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 163:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it has not been able to locate .tar files

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

associated with downloads of the Torrented Payload associated with the "Fifteen ZLib2 Torrent Files" after a reasonable search, and thus, based on this investigation, Meta has not located these files in its possession, custody or control.  Meta otherwise lacks information or knowledge sufficient to admit or deny this Request, as after a reasonable investigation, Meta has not been able to determine why .tar files associated with the downloading of the Torrented Payload associated with the Fifteen ZLib2 Torrent Files have not been located.

**CORRECTED REQUEST FOR ADMISSION NO. 164:**

Admit that You named the 113 IA2 and ZLib3 Files using the formats "annas_archive _data__aacid__ia2_acsmpdf_files__[number]T[number]Z--[number]T[number] Z.torrent" and "annas_archive_data__aacid__zlib3_files__[number]T[number]Z--[number]T[number]Z.torrent," respectively, where "[number]T[number]Z" corresponds to a timestamp in the torrent file name (e.g., "20240126T083139Z").

**RESPONSE TO CORRECTED REQUEST FOR ADMISSION NO. 164:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects as the "113 IA2 and ZLib3 Files" correspond to .torrent files; Meta's response refers to the Torrented Payload associated with these .torrent files.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that, for the Torrented Payload files associated with the 113 IA2 and ZLib3 Files, the files associated with Internet Archive have names in the format "annas_archive _data__aacid__ia2_acsmpdf_files__[number]T[number]Z--[number]T[number] Z.torrent" and the files associated with Z-Library have names in the format "annas_archive_data__aacid__zlib3_files__[number]T[number]Z--[number]T[number]Z.torrent."

**REQUEST FOR ADMISSION NO. 165:**

Admit that You started Downloading the 113 IA2 and ZLib3 Files on June 10, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 165:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects as the "113 IA2 and ZLib3 Files" correspond to .torrent files; Meta's response refers to the Torrented Payload associated with these .torrent files.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta lacks information or knowledge sufficient to admit or deny this request, as Meta has not been able to determine the precise date that it started downloading the Torrented Payload associated with the 113 IA2 and ZLib3 Files.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 165:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that, according to Meta_Kadrey_00243618 at 243645-243646, contemporaneous notes appear to indicate that it began downloading of the Torrented Payload associated with 35 torrent files associated with "zlib" beginning on June 10, 2024.  Meta denies this Request as to the 113 IA2 and ZLib3 Files associated with Internet Archive, as contemporaneous notes appear to indicate that it began downloading of the Torrented Payload associated with 79 torrent files associated with "ia" on June 11, 2024.

**REQUEST FOR ADMISSION NO. 166:**

Admit that You completed Downloading the 113 IA2 and ZLib3 files on June 15, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 166:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request.  Meta further objects as the "113 IA2 and ZLib3 Files" correspond to .torrent files; Meta's response refers to the Torrented Payload associated with these .torrent files. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta lacks information or knowledge sufficient to admit or deny this request, as Meta has not been able to determine the precise date that it completed downloading the Torrented Payload associated with the 113 IA2 and ZLib3 Files.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 166:**

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta denies this Request. According to Meta_Kadrey_00243618 at 243645-243646, contemporaneous notes appear to indicate that it completed downloading of the Torrented Payload associated with 35 torrent files associated with "zlib" on June 21, 2024, and that it completed downloading of the Torrented Payload associated with 79 torrent files associated with "ia" on June 20, 2024.

**REQUEST FOR ADMISSION NO. 167:**

Admit that the 113 IA2 and ZLib3 Files totaled approximately 29.2 TB.

**RESPONSE TO REQUEST FOR ADMISSION NO. 167:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects as the "113 IA2 and ZLib3 Files" correspond to .torrent files; Meta's response refers to the size of the Torrented Payload associated with these .torrent files.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that the Torrented Payload corresponding to the 113 IA2 and ZLib3 Files totaled approximately 29.2 TB.

**REQUEST FOR ADMISSION NO. 168:**

Admit that You Downloaded the 113 IA2 and ZLib3 Files using the Dedicated AWS Virtual Computers.

**RESPONSE TO REQUEST FOR ADMISSION NO. 168:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects as the "113 IA2 and ZLib3 Files" correspond to .torrent files; Meta's response refers to the size of the Torrented Payload associated with these .torrent files. Meta further objects to this request due to its use of the term "Download" as set forth in its Objections to Definitions, above.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that its current understanding is that it

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

downloaded the Torrented Payload associated with the 113 IA2 and ZLib3 Files using the Dedicated AWS Virtual Computers; however, at least two of these had previously attempted downloads via the Fairspark Cluster.

**REQUEST FOR ADMISSION NO. 169:**

Admit that You used LibTorrent in 2024 to Download one or more files from Duxiu.

**RESPONSE TO REQUEST FOR ADMISSION NO. 169:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "*from* Duxiu," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with Duxiu, or through torrents that are identified by .torrent files (in which downloading is from peers and seeders on a torrent network). Meta further objects to this request due to its use of the term "Download," as set forth in its Objections to Definitions, above. Meta further objects to this Request as seeking information not relevant to any claim or defense in this case.

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, Meta admits that it used LibTorrent in 2024 to download files from torrents associated with Duxiu.

**REQUEST FOR ADMISSION NO. 170:**

Admit that You used LibTorrent to Download one or more files from Anna's Archive after July 31, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 170:**

Meta incorporates by reference its Objections to Instructions and Definitions, which are applicable to this Request. Meta further objects to the Request as vague and ambiguous as to the download of files "from Anna's Archive," as it is unclear whether Plaintiffs are referring to downloading files from a website or location affiliated with Anna's Archive, or through torrents that are identified by .torrent files (in which downloading is from peers and seeders on a torrent network). Meta further objects to this request due to its use of the term "Download," as set forth in its Objections to Definitions, above.

COOLEY LLP
ATTORNEYS AT LAW

46

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Subject to and without waiving the foregoing objections, Meta responds as follows:

Based on its investigation to date, with respect to activity relating to its acquisition of data for AI research, development, and training related to Llama, Meta admits that it used LibTorrent to download files from torrents associated with Duxiu, which are associated with Anna's Archive, after July 31, 2024.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Dated: April 24, 2026                    COOLEY LLP


                                         By:  /s/ Phillip E. Morton
                                             Phillip E. Morton

                                         Karen L. Dunn (pro hac vice)
                                         Jessica E. Phillips (pro hac vice)
                                         Kyle N. Smith (pro hac vice)
                                         DUNN ISAACSON RHEE LLP
                                         401 9th Street NW
                                         Washington, DC 20004
                                         Telephone: (202) 240-2900
                                         Email: kdunn@dirllp.com
                                         jphillips@dirllp.com
                                         ksmith@dirllp.com

                                         Kathleen R. Hartnett
                                         Bobby A. Ghajar
                                         COOLEY LLP
                                         3 Embarcadero Center 20th Floor
                                         San Francisco, CA 94111
                                         Telephone: 415-693-2000
                                         Email:  khartnett@cooley.com
                                         bghajar@cooley.com

                                         Mark R. Weinstein
                                         Elizabeth Lee Stameshkin
                                         COOLEY LLP
                                         3175 Hanover Street
                                         Palo Alto, CA 94304
                                         Telephone: 650-843-5000
                                         Facsimile: 650-849-7400
                                         Email: mweinstein@cooley.com
                                         lstameshkin@cooley.com

                                         Phillip Morton (pro hac vice)
                                         COOLEY LLP
                                         1299 Pennsylvania Avenue NW, Suite 700
                                         Washington, DC 20004
                                         Telephone: (202) 842-7800
                                         Email: pmorton@cooley.com

                                         Angela L. Dunning
                                         CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                         1841 Page Mill Road, Suite 250
                                         Palo Alto, CA 94304
                                         Telephone: (650) 815-4131
                                         Email: adunning@cgsh.com

                                             Attorneys for Defendant
                                             META PLATFORMS, INC.

COOLEY LLP
ATTORNEYS AT LAW

META'S 2ND AMENDED OBJ & RESPS TO
PLTF'S THIRD SET OF RFA'S
3:23-CV-03417-VC

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3175 Hanover Street, Palo Alto, CA 94304. On the date set forth below I served the documents described below in the manner described below:

**DEFENDANT META PLATFORMS, INC.'S SECOND AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFFS' THIRD SET OF REQUESTS FOR ADMISSION**

☒    (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

*Service list on next page.*

Executed on April 24, 2026, at Pacifica, California.

*/s/ Elizabeth L. Stameshkin*
Elizabeth L. Stameshkin

COOLEY LLP
ATTORNEYS AT LAW

CERTIFICATE OF SERVICE
3:23-CV-03417-VC

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

<u>**SERVICE LIST**</u>

Joseph R. Saveri
Cadio Zirpoli
Christopher K.L. Young
Holden Benon
Louis Andrew Kessler
Aaron Cera
Margaux Poueymirou
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Email: jsaveri@saverilawfirm.com
    czirpoli@saverilawfirm.com
    cyoung@saverilawfirm.com
    hbenon@saverilawfirm.com
    lkessler@saverilawfirm.com
    acera@saverilawfirm.com
    mpoueymirou@saverilawfirm.com
Matthew Butterick
**MATTHEW BUTTERICK,
ATTORNEY AT LAW**
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Email: mb@butterticklaw.com
*Attorneys for Individual and Representative
Plaintiffs and the Proposed Class*
Bryan L. Clobes (admitted *pro hac vice*)
Alexander J. Sweatman (admitted *pro hac
vice*)
Mohammed Rathur (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Email: bclobes@caffertyclobes.com
    asweatman@caffertyclobes.com
    mrathur@caffertyclobes.com

*Attorneys for Individual and Representative
Plaintiffs and the Proposed Class*

Joshua I. Schiller, Esq.
Maxwell Vaughn Pritt, Esq.
**BOIES SCHILLER FLEXNER**
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Email: jischiller@bsfllp.com
    mpritt@bsfllp.com

David Boies, Esq. (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER**
333 Main Street
Armonk, NY  10504
Email: dboies@bsfllp.com
Jesse Panuccio (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER**
1401 New York Ave. NW
Washington, DC  20005
Email: jpanuccio@bsfllp.com
*Attorneys for Individual and Representative
Plaintiffs and the Proposed Class*
Brian O'Mara
**DiCELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, CA 92121
Email: BrianO@dicellolevitt.com

Amy Keller (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
Nada Djordjevic (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
10 North Dearborn St., Sixth Floor
Chicago, IL 60602
Email: akeller@dicellolevitt.com
    julwick@dicellolevitt.com
    ndjordjevic@dicellolevitt.com

David A. Straite (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
Elizabeth J. Cabraser, Esq.
Daniel M. Hutchinson, Esq.
Reilly T. Stoler, Esq.

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Email: ecabraser@lchb.com
    dhutchinson@lchb.com
    rstoler@lchb.com

Rachel Geman
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

New York, New York 10013-1413
Telephone: (212) 355-9500
Email: rgeman@lchb.com

Attorneys for Plaintiff *Christopher Farnsworth and Representative Plaintiffs and the Proposed Class*

485 Lexington Avenue, Suite 1001
New York, NY 10017
Email: dstraite@dicellolevitt.com

*Attorneys for Plaintiff Lysa TerKeurst*

Nancy Evelyn Wolff
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
9454 Wilshire Boulevard, Suite 901
Beverly Hills, CA 90212
Telephone: (310) 340-6334
Fax: (310) 492-4394
Email: NWolff@cdas.com

Scott J. Sholder
CeCe M. Cole
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10004
Telephone: (212) 974-7474
Email: ssholder@cdas.com
ccole@cdas.com

Attorneys for Plaintiff *Christopher Farnsworth and Representative Plaintiffs and the Proposed Class*

COOLEY LLP
ATTORNEYS AT LAW

CERTIFICATE OF SERVICE
3:23-CV-03417-VC