# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, *et al.*, | Case No. 3:23-cv-03417-VC |
|    Individual and Representative Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME RE DKT. 743** |
|    v. | |
| META PLATFORMS, INC., a Delaware corporation | Hon. Vince Chhabria |
|    Defendant. | |

Pursuant to N.D. Cal. Civil Local Rule 7-12, Plaintiffs Richard Kadrey, Sarah Silverman, Eleven Eleven O' Clock Corporation, Christopher Golden, Daring Greatly Corporation, Ta-Nehisi Coates, BCP Literary, Inc., Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Jacqueline Woodson, Lysa TerKeurst, and Christopher Farnsworth (collectively, "Plaintiffs"); and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties"), by and through their respective counsel, stipulate to the following:

1. On June 12, 2026, Magistrate Judge Hixson issued an order regarding Plaintiffs' motion regarding privilege issues. Dkt. 743.

2. The current deadline to file a Motion for Relief from the Nondispositive Pretrial Order of a Magistrate Judge ("Motion for Relief") under Local Rule 72-2 is Friday, June 26, 2026.

3.      Additional time is requested by Plaintiffs, and agreed by Meta, to allow further consideration by Plaintiffs of whether to file any Motion for Relief under Local Rule 72-2 as to Dkt. 743, as well as to Dkt. 627 per the Parties' stipulation at Dkt. 629 and the Court's order at Dkt. 634, and to allow the Parties to meet and confer regarding whether any Motions for Relief should be combined into a single Motion.

4.      The Parties agree that the deadline for Plaintiffs to raise any motion under Local Rule 72-2 shall be extended by 30 days, such that any Motion for Relief from the order at Dkt. 743 shall be due on July 26, 2026.

Dated: June 25, 2026                    Respectfully submitted,

By: */s/ Phillip Morton*                By: */s/ Maxwell V. Pritt*

**DUNN ISAACSON RHEE LLP**               **BOIES SCHILLER FLEXNER LLP**
Karen L. Dunn (pro hac vice)            David Boies (*pro hac vice*)
Jessica E. Phillips (pro hac vice)      333 Main Street
Kyle N. Smith (pro hac vice)            Armonk, NY 10504
401 9th Street NW Washington, DC        (914) 749-8200
20004 Telephone: (202) 240-2900         dboies@bsfllp.com
Email: kdunn@dirllp.com
jphillips@dirllp.com                    Maxwell V. Pritt (SBN 253155)
ksmith@dirllp.com                       Joshua M. Stein (SBN 298856)
                                        Margaux Poueymirou (SBN 356000)
**COOLEY LLP**                           44 Montgomery Street, 41st Floor
Bobby A. Ghajar (198719)                San Francisco, CA  94104
1333 2nd Street, Suite 400              (415) 293-6800
Santa Monica, CA 90401                  mpritt@bsfllp.com
Telephone: (310) 883-6400               jstein@bsfllp.com
Facsimile: (310) 883-6500               mpoueymirou@bsfllp.com
Email: bghajar@cooley.com
cghazarian@cooley.com                   Jesse Panuccio (*pro hac vice*)
                                        1401 New York Ave, NW
Mark R. Weinstein (193043)              Washington, DC  20005
Elizabeth Lee Stameshkin (260865)       (202) 237-2727
3175 Hanover Street                     jpanuccio@bsfllp.com
Palo Alto, CA 94304
Telephone: 650-843-5000                 David L. Simons (*pro hac vice*)
Facsimile: 650-849-7400                 55 Hudson Yards, 20th Floor
Email: mweinstein@cooley.com            New York, NY 10001
lstameshkin@cooley.com                  (914) 749-8200
                                        jischiller@bsfllp.com

STIP. AND [PROPOSED] ORDER REGARDING DKT. 743
CASE NO. 3:23-cv-03417-VC

dsimons@bsfllp.com

Kathleen R. Hartnett (314267)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
Facsimile: (415) 693-2222
Email: khartnett@cooley.com

*Interim Lead Counsel for Individual
and Representative Plaintiffs and the Proposed Class*

Phillip E. Morton (pro hac vice)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 728-7055
pmorton@cooley.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Angela Dunning
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com

*Attorneys for Defendant
META PLATFORMS, INC.*

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Meta concurs in the filing of this document.

/s/ *Maxwell V. Pritt*
Maxwell V. Pritt

## **PROPOSED ORDER**

Pursuant to the stipulation of the Parties, the Court grants the Parties' request to extend the deadline for Plaintiffs' Motion for Relief from the order at Dkt. 743 by 30 days.

**IT IS SO ORDERED**.

DATED: _____          _____

HON. VINCE CHHABRIA
United States District Judge