[counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, *et al.*, | Case No. 3:23-cv-03417-VC-TSH |
| Individual and Representative Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND STIPULATED PROTECTIVE ORDER** |
| v. | |
| META PLATFORMS, INC., a Delaware corporation, | Judge:  Hon. Vince Chhabria |
| Defendant. | |

Pursuant to N.D. Cal. Civil Local Rule 7-12 and Federal Rule of Evidence 502(d), Plaintiffs Richard Kadrey, Sarah Silverman, Eleven Eleven O' Clock Corporation, Christopher Golden, Daring Greatly Corporation, Ta-Nehisi Coates, BCP Literary, Inc., Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Jacqueline Woodson, Lysa TerKeurst, and Christopher Farnsworth (collectively, "Plaintiffs"); and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties"), by and through their respective counsel, stipulate to the following:

WHEREAS on January 25, 2024, the Court entered a Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (FRCP 26(c)(1)(G), L.R. 7-1) (Dkt. 90) (the "Current Protective Order") to govern discovery in this matter;

WHEREAS Section 13 of the Current Protective Order provides: "The Parties and Court expect to

enter a separate Order under Fed. R. Evid. 502(d) that governs the production of documents protected from discovery.";

WHEREAS the Parties have not yet entered such a separate order and now wish to amend the Current Protective Order to include protections pursuant to Fed. R. Evid. 502(d) for documents produced on or after the date this Order is entered;

WHEREAS the Parties have amended Section 13 of the Current Protective Order in the stipulated amended protective order attached hereto as Exhibit A to provide: "Pursuant to Federal Rule of Evidence 502(d), the production of attorney-client privileged or attorney work-product protected documents, electronically stored information or information (collectively "Protected Documents"), whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). The provisions of Rule 502(b) do not apply," and to provide a process for resolving the inadvertent production of Protected Documents;

WHEREAS the Court previously approved language almost identical to the above-quoted language for inclusion in the protective order for the related case of *Entrepreneur Media LLC v. Meta Platforms Inc.*, No. 3:25-cv-09579-VC, Dkt. 49;

THE PARTIES HEREBY STIPULATE AND AGREE that the stipulated amended protective order attached hereto as Exhibit A shall be entered.

Dated: July 27, 2026

Respectfully submitted,

By: /s/ Karen L. Dunn
**DUNN ISAACSON RHEE LLP**
Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Kyle N. Smith (*pro hac vice*)
401 9th Street NW
Washington, DC 20004
Telephone: (202) 240-2900
Email: kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com

**COOLEY LLP**
Bobby A. Ghajar (SBN 198719)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: bghajar@cooley.com

Mark R. Weinstein (SBN 193043)
Elizabeth Lee Stameshkin (SBN 260865)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: mweinstein@cooley.com
lstameshkin@cooley.com

Kathleen R. Hartnett (SBN 314267)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
Email: khartnett@cooley.com

Phillip E. Morton (*pro hac vice*)
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 728-7055
Email: pmorton@cooley.com

By: /s/ Maxwell V. Pritt
**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC  20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
jischiller@bsfllp.com
dsimons@bsfllp.com

*Interim Lead Counsel for Individual
and Representative Plaintiffs and the
Proposed Class*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Angela Dunning
151 University Avenue
Palo Alto, CA 94301-1632
Telephone: (650) 815-4131
Email: adunning@cgsh.com

*Attorneys for Defendant*
*Meta Platforms, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____     _____

HON. THOMAS S. HIXSON
United States Magistrate Judge

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs concurs in the filing of this document.

/s/ Karen L. Dunn
Karen L. Dunn

*Counsel for Defendant*