UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KADREY, et al., | **DISCOVERY ORDER** |
| Plaintiffs, | Case No.  23-cv-03417-VC   (TSH) |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | |
| ENTREPRENEUR MEDIA, LLC, et al., | Case No.  25-cv-09579-VC   (TSH) |
| Plaintiffs, | |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | |
| CHICKEN SOUP FOR THE SOUL, LLC, | Case No.  26-cv-02333-VC   (TSH) |
| Plaintiff, | |
| v. | |
| META PLATFORMS INC., | |
| Defendant. | |
| JOHN CARREYROU, et al., | Case No.  26-cv-03725-VC   (TSH) |
| Plaintiffs, | |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | |
| COGNELLA, INC., | Case No.  26-cv-04053-VC   (TSH) |
| Plaintiff, | |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | |

United States District Court
Northern District of California

The Court **SCHEDULES** a discovery status hearing for August 5, 2026 at 1:00 p.m. by Zoom videoconference.  The instructions for joining the hearing can be found here: https://cand.uscourts.gov/judges/tsh/hixson-thomas-s.  The Court **ORDERS** the parties to file a discovery status report no later than noon on August 4, 2026.  The status report shall generally update the Court on the status of discovery in these cases.  In addition, the parties should identify and explain any discovery disputes that the Court should address at the hearing.  For any disputes that involve written discovery, the requests and responses should be attached as exhibits to the status report.

**IT IS SO ORDERED.**

Dated: July 28, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California