UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Richard Kadrey, et al. _____,

Plaintiff,

v.

Meta Platforms, Inc. _____,

Defendant.

Case No. __3:23-cv-03417-VC-TSH__

**MOTION TO SUBSTITUTE
LAW FIRM; PROPOSED ORDER**

On behalf of (party name) __Meta Platforms, Inc._____, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Anna M. Stapleton / Cooley LLP

Name(s) of counsel withdrawing from representation and firm name:

Anna M. Stapleton / Paul, Weiss, Rifkind, Wharton & Garrison LLP

Date: _7/28/2026_____

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____     _____
                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California