# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.*,*<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>META PLATFORMS, INC.,<br>*Defendant.* | Case No. 3:23-cv-03417-VC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION RE: ROLLER DEPOSITION |

Before this Court is Plaintiffs' Administrative Motion Re: Roller Deposition. Having considered the parties' arguments and all papers filed herein, the Court hereby GRANTS the Motion and GRANTS Plaintiffs' request for leave to cross-notice the depositions of Stephen Roller.

**IT IS SO ORDERED**, on this date ___August 4, 2026_____.

_____

The Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE