[Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

RICHARD KADREY, *et al.*,

    Individual and Representative Plaintiffs,

      v.

META PLATFORMS, INC., a Delaware corporation;

                 Defendant.

Case No. 3:23-cv-03417-VC

**JOINT CASE MANAGEMENT STATEMENT**

Pursuant to Civ. L.R. 16-9(a) and Dkt. 711, Plaintiffs Richard Kadrey, Sarah Silverman, Eleven Eleven O' Clock Corporation, Christopher Golden, Daring Greatly Corporation, Ta-Nehisi Coates, BCP Literary, Inc., Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Jacqueline Woodson, Lysa TerKeurst, and Christopher Farnsworth (collectively, "Plaintiffs"); and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties"), by and through their respective counsel, hereby submit this Joint Case Management Statement in advance of the Case Management Conference scheduled in this Court for August 14, 2026.

The Parties incorporate by reference their statements from their last three Case Management Statements concerning Jurisdiction, Facts and Legal Issues, Anticipated Motions, Amendments to Pleadings, Initial Disclosures, Relief, Settlement and ADR, Other References, Narrowing of Issues, Scheduling, Trial, Disclosure of Non-Party Interested Entities or Persons, and Professional Conduct. *See* Dkts. 749, 768, 783.

**A. Discovery**

*Outstanding Discovery.* The Parties continue to meet and confer regarding some discovery issues, but have no updates or issues to raise with the court at this time.

Dated: August 12, 2026                          Respectfully submitted,

By: */s/ Phillip Morton*                          By: */s/ Maxwell V. Pritt*

**DUNN ISAACSON RHEE LLP**          **BOIES SCHILLER FLEXNER LLP**
Karen L. Dunn (pro hac vice)                  David Boies (*pro hac vice*)
Jessica E. Phillips (pro hac vice)             333 Main Street
Kyle N. Smith (pro hac vice)                   Armonk, NY 10504
401 9th Street NW Washington, DC        (914) 749-8200
20004 Telephone: (202) 240-2900          dboies@bsfllp.com
Email: kdunn@dirllp.com
jphillips@dirllp.com                               Maxwell V. Pritt (SBN 253155)
ksmith@dirllp.com                               Joshua M. Stein (SBN 298856)
                                                          Margaux Poueymirou (SBN 356000)

1                    **JOINT CASE MANAGEMENT STATEMENT**
                    **CASE NO. 3:23-CV-03417-VC**

**COOLEY LLP**
Bobby A. Ghajar (198719)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: bghajar@cooley.com
cghazarian@cooley.com

Mark R. Weinstein (193043)
Elizabeth Lee Stameshkin (260865)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: 650-843-5000
Facsimile: 650-849-7400
Email: mweinstein@cooley.com
lstameshkin@cooley.com

Kathleen R. Hartnett (314267)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2071
Facsimile: (415) 693-2222
Email: khartnett@cooley.com

Phillip E. Morton (pro hac vice)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 728-7055
pmorton@cooley.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Angela Dunning
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304-1248
Telephone: (650) 815-4131
Email: adunning@cgsh.com

*Attorneys for Defendant*
*META PLATFORMS, INC.*

44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

*Interim Lead Counsel for Individual*
*and Representative Plaintiffs and the Proposed Class*

2

ECF ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Meta concurs in the filing of this document.


/s/ *Maxwell V. Pritt*

**JOINT CASE MANAGEMENT STATEMENT**
**CASE NO. 3:23-CV-03417-VC**