# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---------------------------------------X

IN RE MATTER OF:

RICHARD KADREY, et al., C.A. NO. :

Plaintiffs, 3:23-cv-03417-VC

v.

META PLATFORMS, INC.,

Defendant.

---------------------------------------

** HIGH CONFIDENTIAL -

ATTORNEYS' EYES ONLY **

** VIDEOTAPED DEPOSITION**

STEPHEN ROLLER

Wednesday, December 18, 2024

Reported by:

Angela M. Shaw-Crockett, CCR, CRR, RMR, CSR

---

DIGITAL EVIDENCE GROUP

1730 M. Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Thursday, December 18, 2024

10:17 a.m.

VIDEOTAPED deposition OF Stephen Roller, held at Boies Schiller Flexner, LLP, 55 Hudson Yards, New York, New York, before Angela (Angie) M. Shaw-Crockett, a Certified Court Reporter, Certified Realtime Reporter, Registered Merit Reporter and Notary Public of the States of New York, New Jersey, and Connecticut.

instruct the witness not to answer.
A. I believe that's attorney-client privilege with the contents of things I looked at.
BY MR. BYRD:
Q. Sitting here right now, today, you recall that you and Melanie discussed Libgen back when you worked at Meta, right?
MS. GEMAN: Objection, form.
A. I -- I recall Libgen was a discussion point with Melanie at some point.
BY MR. BYRD:
Q. Okay. While you were working at Meta, right?
A. Yes, while I was at Meta.
Q. And you understand that Libgen, it's your understanding that Libgen is -- is a website and it has the torrent that can -- where you can download the books that are in Libgen, correct?
MS. GEMAN: Objection, form.
A. I understand Libgen is a website with torrents where you can download data. Some of that data contains books.

BY MR. BYRD:
Q. And you did that while you were at Meta, right, you downloaded that material?
A. I don't recall.
Q. So let's talk about your prep with your lawyers.
How long have you spent talking with lawyers to prepare for your deposition today?
A. A few hours.
Q. And was that all this morning, or when did you have meetings with your lawyers?
A. I met with my lawyers a few weeks back. I don't recall exactly the date, but a few weeks back sometime after I learned about the subpoena.
And I met with my lawyers on Monday of this week, and I met with my lawyers this morning.
Q. Okay. And when you met with them a few weeks back, was that in person or by Zoom?
A. When I met with my lawyers a few weeks back, it was a Zoom call.
Q. And how many lawyers were on that Zoom?
A. I don't know who is a lawyer.

A. So I was not part of this conversation, the original conversation is French. From the document in front of me, I can speculate that Hugo was referring to a 7 billion-parameter model that they intended to train and that he felt that this would be a distinguishing factor between the two models, the performance of these models.

Q. Okay. Hugo goes on to say "Ignore them." Guillaume says "bad news" and then shares some file or photo.

And then it says:

"This order from hell has been hanging since yesterday."

Do you know what order from hell he might be referencing back in October 17, 2022?

A. I don't know.

Q. Do you have any idea whatsoever?

A. No.

Q. It says "so the 10MB's transfer hasn't started."

Do you know what that refers to?

A. No.

Q. Is that Libgen?
A. I don't know.
Q. Could it be?
MS. MICHAUD: Objection, form.
BY MR. BYRD:
Q. The transfer of Libgen?
MS. MICHAUD: Objection, form.
A. I don't know what the -- I don't know what Guillaume is referring to in this conversation with "10MB transfer."
BY MR. BYRD:
Q. Do you know who downloaded Libgen at Meta around this time in October 2022?
MS. MICHAUD: Objection, form.
A. I don't recall -- I don't recall anyone downloading Libgen at Meta during that time.
BY MR. BYRD:
Q. However they retrieved the Libgen, do you know how it was done or who did it?
A. I don't recall anyone retrieving Libgen at Meta at that time.
Q. Do you recall whether you did it?

A. I don't recall doing that.

Q. You could have; you just don't remember?

A. I don't recall doing that.

Q. You could have done it; you just don't recall; is that fair to say?

A. I don't recall downloading Libgen during my time at Meta.

Q. Is it possible that you did is my question?

A. Yes, it is possible that I downloaded Libgen during my time at Meta.

Q. Have you ever downloaded it since you left Meta?

A. I don't want to discuss things that have or have not happened at my multiple employers since I left Meta.

Q. Okay. That's fine.

Let's look at 38. The next one is -- those are all 1260, so I'm is going to do 1261.

(Exhibit 1261 was received and marked for identification, as of this date.)

BY MR. BYRD:

Q. Okay. Now this is English. It's between you and Melanie.

Again, this is messaging that occurred between you and Melanie on or about October 17, 2022 in the normal course -- in the ordinary course of business, correct?

A. This looks like normal Work Chat messages between me and Melanie during the normal course of business.

Q. Okay. It starts with you at October 17, 952:28 Pacific Time. You say: "Well, I think it went alright." Melanie said: "Yes, you did a nice job."

And you replied: "Apparently well enough for a green light."

Did I read that correctly?

A. You are quoting correctly.

Q. What were you getting a green light for, Mr. Roller?

A. I was getting a green light to launch the Zucchini model, if I recall correctly.

Q. You recall that or -- is that something

sitting here today, all of a sudden, you can recall, or -- is that what you're talking about there; you remember that?

A. I don't remember specifically this conversation. I remember around that time I had a very important presentation that was an internal FAIR meeting with a "go" or "no go" on launching the training run of a big, large language model run.

Q. Zucchini model?

A. Yes. We had a meeting that was a go/no go meeting on launching the training of Zucchini.

Q. So let me ask you this about a go/no go type of meeting at Meta.

You don't launch something like that without getting a green light, right?

A. The Zucchini model was a very large model. It was going to be an extremely large resource or resource expenditure. And so I recall that we set it up intentionally to have it structured so that it was bought in explicitly from many parties across FAIR so that we could say it was a lab investment.

Q. Who was the person who decides go or

no-go?

Who decides that?

A. My recollection is that it was a committee decision.

Q. The FAIR committee?

A. It was this committee of people that were chosen to be part of this go/no go decision.

Q. Just for this large language model or did they also approve any large language model?

A. No. This was an ad hoc committee of interested parties across the lab.

Q. And who appointed them to be on the ad hoc committee to do this?

A. As I recall, Joelle, the director of the lab, appointed some people, and other people were requested by the Zetta team to be members of the committee.

Q. Were you on the team? Were you on the committee?

A. No. I was presenting to the committee. The committee was deciding whether the project I was working on would be funded for its next stage.

Q. Let me -- all right. Let me back up for a second. Let's go back to OPT-175, okay?

A. Okay. Let's talk about OPT-175.

Q. We'll go back to there.

When you trained -- when you did the pretraining material for that, you had to get some type of approval before you could choose which data you'd train on, right?

MS. MICHAUD: Objection, form.

BY MR. BYRD:

Q. Let me be more clear.

A. Yes, please.

Q. OPT-175 didn't just launch without some approvals, correct?

A. There were definitely various parties bought into the launch of OPT-175B.

Q. It had to be approved by someone before you just launched it, right?

MS. MICHAUD: Objection, form.

A. I recall decisions about funding the overall project to have been approved for the specific act of launching the training model,

launching the training of the model. We did not require a specific approval to launch the run.

BY MR. BYRD:

Q. Where, for example, you said you used Gutenberg -- Project Gutenberg, right, in OPT-175?

A. We used Project Gutenberg in OPT-175B.

Q. Where did you get approval for that, for example? How do you get approval for that?

MS. MICHAUD: Objection, form.

A. You don't -- I don't recall getting approval for datasets. I do recall that we would have attorney-client privileged meetings with lawyers looking at datasets before training runs.

BY MR. BYRD:

Q. Okay. Turn back to this email now, this text chain that we were just looking at.

A. 1261?

Q. Yes.

You say: "I left a good luck charm on your desk," to Melanie.

Did I read that correct?

A. Yes.

Q. Do you know what the good luck charm was?
A. Yes.
Q. What was it?
A. It was a little figure of a -- of a Zucchini. I got one for the entire team.
Q. That's nice. Okay.
How many zucchinis did you have to buy for the team?
A. I bought the entire Etsy shop out, and I think a couple of people didn't get one.
Q. Okay. All right. And then you say "All right."
Can you read what you wrote on October 17, 2022, at 12:04 Pacific Time to Melanie, right after that, please, to the jury?
A. It says: "I went and downloaded" --
Q. No, before that. The one before that.
A. "All right. Libgen does not seem to be" -- excuse me.
"All right. Libgen does seem to be exactly the missing data."
Q. That what's you wrote, right, on

October 17, 2022, right?
A. This document shows that I wrote that.
Q. And that's what you believed, right, that Libgen was exactly the missing data that you-all needed, right?
MS. MICHAUD: Objection, form.
A. No. I think in this conversation, I am speculating about where the Anthropic data would come from.
BY MR. BYRD:
Q. Okay. And then you say something after that.
Can you read what you wrote in the very next text?
A. "I went and downloaded 0.03 percent to get an idea of it."
Q. You did download part of Libgen, right; yes?
A. From this document, it appears that I downloaded 0.03 percent of Libgen to get an idea of it.
Q. Did you not review this document before

your deposition?
MS. MICHAUD: Objection.
(To the witness) To the extent it calls for attorney-client privilege or work product information, don't answer the question.
A. I reviewed documents before this deposition.
BY MR. BYRD:
Q. Was this one of them?
MS. MICHAUD: Objection. As it calls for work product, I'll instruct the witness not to answer.
MR. BYRD: You think it does? Okay.
MS. MICHAUD: The documents that were selected for --
MR. BYRD: What he said about it was, "I disagree with the document," but --
A. I reviewed documents with counsel before this deposition.
MR. BYRD: Okay. And you're instructing him not to answer? I just need a clear record.
MS. MICHAUD: I've made a clear record.

I'm instructing him not to answer. The documents selected for the preparation of a witness by his attorneys constitutes work product.

MR. BYRD: Okay. That's fine.

You're instructing him not to answer, and I preserve that, if I want to challenge that.

MS. MICHAUD: I believe we just made a record. Do I need to say it again?

MR. BYRD: No, I think we're good.

BY MR. BYRD:

Q. Reading this, sitting here today, I mean, you wouldn't have lied to Melanie about that; would you?

A. No, I don't think I would have lied to Melanie.

Q. Okay. So fair to say you did download a portion of Libgen on October 17 or on or around October 17, 2022, right?

A. I think, from this chat, it's fair to conclude that I downloaded 0.03 percent of Libgen on or around October 17, 2022.

CERTIFICATE

STATE OF NEW YORK )
: ss

I, Angela M. Shaw-Crockett, a Certified Court Reporter, Registered Merit Reporter and Notary Public within and for the States of New York, New Jersey and Connecticut, do hereby certify:

That STEPHEN ROLLER, the witness whose deposition is herein before set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

In witness whereof, I have hereunto set my hand this 23rd day of December, 2024.

\-----------------------------------------

ANGELA M. SHAW-CROCKETT, CCR, CRR, RMR, CSR
LICENSE NO. XI00218400