# EXHIBIT D

Message

**From:** Stephen Roller [redacted]neta.com]
**Sent:** 10/24/2022 2:21:22 PM
**To:** Stephen Roller [redacted]neta.com]; Guillaume Lample [redacted]neta.com]
**Subject:** Message summary [{"otherUserFbId":100013719061763,"threadFbId":null}]

Stephen Roller (10/24/2022 06:38:52 PDT):
>I'm still downloading but when I did a small sample I saw mostly epubs

Stephen Roller (10/24/2022 07:20:39 PDT):
>i'm finding a very long tail of stragglers who aren't finishing their torrenting

Stephen Roller (10/24/2022 07:20:54 PDT):
>it's been a week and only 2000/3400 are finished

Stephen Roller (10/24/2022 07:21:22 PDT):
>tho it's already 32 TB lmao