# EXHIBIT G

| | |
|---|---|
| **From:** | Morton, Phillip |
| **To:** | Maxwell Pritt; Llama C-Counsel |
| **Cc:** | z/Meta-Kadrey; Dunning, Angela L.; Anna Stapleton; Karen Dunn; Kyle Smith |
| **Subject:** | RE: Kadrey v. Meta - Letter to Court, Production and M&C - a/c priv |
| **Date:** | Wednesday, November 26, 2025 4:11:59 PM |

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Hi Max-

Given the newly identified information related to Mr. Roller, Meta does not object to the concept of another deposition of Mr. Roller, subject to any objections that Meta may have to matters such as privilege or the scope, timing or length of the deposition. To be clear, this is Meta's position only as we do not yet know Mr. Roller's position on the deposition. We assume you will be sending the subpoena to us in the first instance, but please confirm.

Thanks,
Phil

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Tuesday, November 25, 2025 9:41 PM
**To:** Morton, Phillip <pmorton@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Anna Stapleton <astapleton@paulweiss.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>
**Subject:** RE: Kadrey v. Meta - Letter to Court, Production and M&C - a/c priv

Does that mean Meta does not object? We will prepare and send the subpoena.

Thanks,
Max

**From:** Morton, Phillip <pmorton@cooley.com>
**Sent:** Tuesday, November 25, 2025 6:26 PM
**To:** Maxwell Pritt <mpritt@BSFLLP.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Anna Stapleton <astapleton@paulweiss.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>
**Subject:** Re: Kadrey v. Meta - Letter to Court, Production and M&C - a/c priv

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hi Max-

We have not yet communicated with Mr. Roller about Plaintiffs' request for an additional deposition of him. Please send us a copy of the subpoena so that we may confer with Mr. Roller and let you know if we are authorized to accept service of the subpoena on his behalf.

We are looking into your inquiries about the EMR logs.

Thanks,
Phil

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Tuesday, November 25, 2025 2:00 PM
**To:** Morton, Phillip <pmorton@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Anna Stapleton <astapleton@paulweiss.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>
**Subject:** RE: Kadrey v. Meta - Letter to Court, Production and M&C - a/c priv

Thank you, Phil. Please do let us know the status sometime today (so I don't keep pestering you).

In addition, we've now had a chance to review the EMR log production and have identified 345 torrents for which EMR logs were not produced (even though the S3 logs show that Meta downloaded the torrents). The attached file lists both the torrent name and the Bates number for the file listing from S3. Please confirm Meta will produce the EMR logs for these torrents. Can you also let us know what Bates number(s) we should use for the produced EMR logs? We did not see any in the production email or the production itself.

Best,

Max

---

**From:** Morton, Phillip <pmorton@cooley.com>
**Sent:** Monday, November 24, 2025 8:50 PM
**To:** Maxwell Pritt <mpritt@BSFLLP.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Anna Stapleton <astapleton@paulweiss.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>
**Subject:** Re: Kadrey v. Meta - Letter to Court, Production and M&C - a/c priv

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hi Max-

We are in receipt of your email below. We have a number of people traveling this week but will try to get back to you soon, hopefully tomorrow.

Thanks,
Phil

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Monday, November 24, 2025 3:16 PM
**To:** Morton, Phillip <pmorton@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Anna Stapleton <astapleton@paulweiss.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>
**Subject:** Re: Kadrey v. Meta - Letter to Court, Production and M&C - a/c priv

Hi Phil,

Thank you for the call on Friday. We will follow-up later with some information we owe you,

but in the meantime, can you please let us know whether Meta will object to Plaintiffs' issuance of a deposition subpoena to Mr. Roller, which you said Friday Meta was still considering. And if Meta will not object, will Cooley accept service of said subpoena if Cooley is still representing Mr. Roller? We would like to get this matter before the Court expeditiously if Meta does decide to object.

Thank you.

Best,

Max

---

**From:** Morton, Phillip <pmorton@cooley.com>
**Sent:** Thursday, November 20, 2025 7:24:21 PM
**To:** Maxwell Pritt <mpritt@BSFLLP.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Anna Stapleton <astapleton@paulweiss.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>
**Subject:** Re: Kadrey v. Meta - Letter to Court, Production and M&C - a/c priv

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hi Max -

Thanks for your emails - we are considering your additional requests. We can talk tomorrow at 2pm PT.

Thanks,

Phil

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Thursday, November 20, 2025 9:10 PM

**To:** Morton, Phillip <pmorton@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Anna Stapleton <astapleton@paulweiss.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>
**Subject:** RE: Kadrey v. Meta - Letter to Court, Production and M&C - a/c priv

Phil, can you please provide a time to talk tomorrow for any response or update on the issues and requests we've raised? We can do 8-8:30am PT, 11:30am-12:30pm PT and after 2pm PT.

Also, on our last M&C, you asked for our French translations of Appendix C (as we've proposed amending) search terms. Many of the search terms do not require translations, but the ones we ask Meta run—in addition to running the English words and any French translations that Meta decides to run based on its investigation—are:

- "l'oeil" OR "l'œil"
- "copyrightés"
- ("droit! AND auteur!") OR ("droit! AND d'auteur!")
- "télécharg!"
- "marché notoire"
- "violation de la propriété intellectuelle"
- "légal!" OR "illéga!"

Please confirm whether Meta will agree to run these French translations. Thank you.

Best,

Max

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Thursday, November 20, 2025 1:11 PM
**To:** Morton, Phillip <pmorton@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Anna Stapleton <astapleton@paulweiss.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith

<ksmith@dirllp.com>
**Subject:** RE: Kadrey v. Meta - Letter to Court, Production and M&C - a/c priv

Phil, please also let us know if Meta will object to Plaintiffs issuing a deposition subpoena to Mr. Roller in light of this new disclosure.

And in addition to the requests below, please also let us know what spark cluster Mr. Roller references in Meta_Kadrey_00238562 and ran for over a week (-564)—was it AWS or H2, or somewhere else, and where were the torrented files stored?

Further, in light of the new disclosure and now that we know torrenting was not in fact limited to Ms. Wang, Mr. Bashlykov, and Mr. Lample, Plaintiffs request that Meta also apply the search terms in Appendix C (and as Plaintiffs have requested to be amended) to Peter Albert (*see* Meta_Kadrey_00238152), Viktor Kerkez (*see* Meta_Kadrey_00204707, Meta_Kadrey_00088099), and Jelmer Van Der Linde (*see* Meta_Kadrey_00160270).

Please let us know Meta's positions on Plaintiffs' outstanding requests as soon as possible so we can raise any impasse with the Court in light of the current case schedule.

Thank you.

Best,

Max

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Thursday, November 20, 2025 10:07 AM
**To:** Morton, Phillip <pmorton@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Anna Stapleton <astapleton@paulweiss.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>
**Subject:** Re: Kadrey v. Meta - Letter to Court, Production and M&C - a/c priv

Good morning, Phil. In light of the workchats, Plaintiffs also request that Meta add "epub!" to Appendix C with the additional couple of search terms we've requested Meta add. Please let us know Meta's position on these terms.

Thanks,

Max

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Wednesday, November 19, 2025 8:47:22 PM
**To:** Morton, Phillip <pmorton@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Anna Stapleton <astapleton@paulweiss.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>
**Subject:** RE: Kadrey v. Meta - Letter to Court, Production and M&C - a/c priv

Thank you, Phil. The letter states that Mr. Roller "may have torrented the entirety of Libgen-SciTech." Have you located those files yet? Based on this disclosure, we request that Meta add Mr. Roller as a custodian for the search terms in Appendix C, as amended per our request to add the few additional terms in our emails and as discussed on today's meet and confer. We reserve the right re: additional follow-up as we consider this disclosure further and review the associated productions. But please do let us know whether Meta will agree to this requested search, along with the few additional search terms and using those terms against Mr. Bashlykov's and Ms. Wang's files too. We would like to brief this issue expeditiously if the parties are at an impasse.

Best,

Max

---

**From:** Morton, Phillip <pmorton@cooley.com>
**Sent:** Wednesday, November 19, 2025 8:40 PM
**To:** Maxwell Pritt <mpritt@BSFLLP.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Dunning, Angela L. <adunning@cgsh.com>; Anna Stapleton <astapleton@paulweiss.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>
**Subject:** Kadrey v. Meta - Letter to Court, Production and M&C - a/c priv

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hi Max -

Thank you for the productive meet and confer today. As discussed, attached is a copy of the letter for Plaintiffs and the Court regarding the new information we learned about a potential download by Mr. Stephen Roller (filed as Dkt. 653 this evening). Concurrently, you should receive an email to download the referenced production of three Workchat messages.

As noted on the call, we are available to continue a meet and confer about the letter after you have had an opportunity to review. Please let us know some days and times you are available to discuss.

Thanks,
Phil

Phillip E. Morton

Cooley LLP

pmorton@cooley.com

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic

message from your computer. [v.1 08201831BSF]

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.