# EXHIBIT H

**From:** Morton, Phillip
**To:** Maxwell Pritt; Stameshkin, Liz
**Cc:** z/Meta-Kadrey; Karen Dunn; Kyle Smith; John Paredes; Jessica Phillips; Christine Ray; Llama C-Counsel; Dunning, Angela L.; Stapleton, Anna
**Subject:** Re: Meta/Kadrey - Document Production
**Date:** Friday, March 20, 2026 7:35:32 PM

---

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hi Max-

Thanks for your email. Here are a few responses on issues you raise below and in other emails:

- **Request for Stipulation re AWS and Discovery Letter Brief at Dkt. 615** - Meta declines to enter into a stipulation regarding Meta's prior statements in Dkt. 615 for the reasons previously stated in our email on Friday, March 6.
- **Subpoenas to Roller, Lample, Benedetti, Hu and Han** - Meta declines to stipulate to the issuance of subpoenas to each of these individuals. Please share your proposed motions and the proposed subpoenas for Benedetti, Hu, and Han (we have what you provided us for Roller and Lample) and we will provide our position on whether we oppose any of the applications for relief you intend to make to the Court with respect to those particular subpoenas. With respect to Mr. Roller, Meta maintains the position it provided on November 26th: "Meta does not object to the concept of another deposition of Mr. Roller, subject to any objections that Meta may have to matters such as privilege or the scope, timing or length of the deposition."
- **Revisiting AIDC Privilege Ruling (Dkt. 624)** - Could you please explain more about what issues and/or evidence you intend to bring to Judge Hixson? Are you intending to bring different issues and/or evidence than you offered in your Rule 72 objections to Judge Chhabria (Dkt. 627)? It would help if we had more clarity on that so we can have sufficient information to determine and convey Meta's position.
- **"wikibooks" and "BFG" Search Terms** - Meta declines to run additional search terms with these search terms, including on the group of 8 custodians you identified on March 16th.
- **Document Production Update** - We will have an additional document production

within the next 1-2 business days with materials from the file lists you provided on February 2nd and 23rd.

- **Frederiksen-Cross Notes** - We can put a Bates label on her notes as you request.

We are continuing to look into the matters raised in your other emails and will send responses as we have additional updates.

Have a nice weekend.

Thanks,
Phil

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Friday, March 20, 2026 1:11 PM
**To:** Morton, Phillip <pmorton@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** RE: Meta/Kadrey - Document Production

Hello Phil, counsel: Can we please get a response to any of the issues we've raised, such as the stip and proposed order re AWS briefing and records so we can set a briefing schedule a dispute remains?

Best,
Max

---

**From:** Morton, Phillip <pmorton@cooley.com>
**Sent:** Wednesday, March 18, 2026 5:04 PM
**To:** Maxwell Pritt <mpritt@BSFLLP.com>; Stameshkin, Liz <lstameshkin@cooley.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** Re: Meta/Kadrey - Document Production

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hi Max-

We are looking into the matters addressed in each of your emails and will respond when we have additional information to report.

Thanks,
Phil

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Wednesday, March 18, 2026 1:27 PM
**To:** Morton, Phillip <pmorton@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** RE: Meta/Kadrey - Document Production

Good morning, please respond to our meet and confer email from Sunday below and the attached ones from Monday morning.

Thank you.

Best,
Max

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Sunday, March 15, 2026 11:09 AM
**To:** Morton, Phillip <pmorton@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** Re: Meta/Kadrey - Document Production

Counsel,

Meta's latest production reveals for the first time that Lample (and/or his team) was

again torrenting LibGen in March 2023. See Meta_Kadrey_00243549 (downloading at 700 MB/s). Please provide the following as soon as possible:

1. Produce the code referenced in Meta_Kadrey_00243549, identify where the downloaded works were stored, and whether those files were preserved and have been produced.
2. Please provide the code that Lample used to download these works, and the logs produced by the code.
3. Please identify which platform Lample used to download these works.
4. Please produce all usage logs from Azure and AWS been for this time period, mad any other provider where Lample may have downloaded the works.
5. Please produce all EMR logs associated with this downloading.

Thank you.

Best,
Max

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Tuesday, March 10, 2026 2:31:32 PM
**To:** Morton, Phillip <pmorton@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** RE: Meta/Kadrey - Document Production

Per our call:

**From:** Weitzman, Avi <aviweitzman@paulhastings.com>
**Sent:** Friday, January 23, 2026 8:19:45 AM
**To:** Joshua Stein <jstein@bsfllp.com>
**Cc:** Howell, Alex <alexhowell@paulhastings.com>
**Subject:** RE: Guillaume Lample

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Josh – On our call, you had suggested that the parties had stipulated and agreed that Plaintiff could take a deposition of my client and that the Court had seemingly authorized one. I am told that Defendants don't see it that way. Has there been a stipulation or court order authorizing a deposition of my client?

Happy to discuss further.

Best,
Avi

---

**From:** Maxwell Pritt
**Sent:** Tuesday, March 10, 2026 12:48 PM
**To:** Morton, Phillip <pmorton@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** RE: Meta/Kadrey - Document Production

Thank you, Phil. We look forward to discussing on our call today. Regarding Mr. Lample, we previously explained that the subpoena was the same as the one for Mr. Roller and thought we already sent it over. It's attached again. We note that Mr. Lample's counsel represented that Meta's counsel told him Plaintiffs could not enforce their subpoena because there was no stipulation or court order. We would like to discuss that interference with our subpoena and request that Meta agree to a stipulation and proposed order authorizing our subpoena, as well as the one Meta said it did not oppose to Mr. Roller. Also, regarding PXFN, Meta-Kadrey_00239944 has nothing to do with Meta's web crawling but rather the files torrented from AA and LibGen.

Best,
Max

---

**From:** Morton, Phillip <pmorton@cooley.com>
**Sent:** Tuesday, March 10, 2026 11:55 AM
**To:** Maxwell Pritt <mpritt@BSFLLP.com>; Stameshkin, Liz <lstameshkin@cooley.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** Re: Meta/Kadrey - Document Production

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Max-

Thanks for your responses below. We have responded where appropriate in line below in purple text.

We can discuss on the meet and confer we have scheduled this afternoon.

Thanks,
Phil

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Saturday, February 28, 2026 5:50 PM
**To:** Morton, Phillip <pmorton@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** RE: Meta/Kadrey - Document Production

Hi Phil,

Replies inline in blue font below. Please let us know your availability to meet and confer on these issues. Thank you.

Best,
Max

---

**From:** Morton, Phillip <pmorton@cooley.com>
**Sent:** Friday, February 27, 2026 9:38 PM
**To:** Maxwell Pritt <mpritt@BSFLLP.com>; Stameshkin, Liz <lstameshkin@cooley.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** Re: Meta/Kadrey - Document Production

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Max:

Responses to each of your inquiries in your February 23 letter are provided in red text below.

- Plaintiffs have been waiting months for Meta to serve revised RFA responses as Meta agreed to do. This continued delay is impacting Plaintiffs' expert work and deposition preparation. If Meta is unable to serve revised responses this week, please confirm by COB Wednesday when Plaintiffs can expect service of these responses.

Meta Response: Meta expects to serve supplemental/amended responses to Plaintiffs' RFAs today. To be clear about timing, Plaintiffs did not even identify all of their requests for revisions to the RFA responses until Thursday, January 29th, less than a month ago.

Reply: Your statement about timing is incorrect, as we met and conferred on all of Meta's RFA objections and responses back in December and identified all of our requests for revisions back then. The 1/29 email was written follow-up on the last few.

- Please confirm Meta has added "wikibooks" and "BFG" to the App'x C search terms and that Meta will produce the "code in ZeroD." See M. Pritt 2/4 Email. Please also confirm whether Meta will run <anna! /w arxi>, <"AnnaArchivist"> and <"Anna" /1 "Archivist"> across the previously collected custodial files of the custodians in this case. See M. Pritt 1/23 Email. Further, please confirm whether Meta will run the App'x C terms across Mr. Haefield's files based on our agreement to drop our request to run the terms across Mr. Martinet's files at this time.

Meta Response: Meta will produce responsive, non-privileged documents for the <anna! /w arxi>, <"AnnaArchivist"> and <"Anna" /1 "Archivist"> search terms run across the previously collected custodial files of the custodians in this case. Other than those search terms, Meta declines to add additional search terms or custodians at this time. Meta voluntarily added searches on 6 custodians and 11 custodial search terms beyond what the Court allowed the Plaintiffs to pursue in Dkt. 647. With respect to "ZeroD", Meta produced the full "ZeroD" folder from Mr. Lample's H2 personal folder on April 1, 2025, which included source code.

Reply: Please identify the bates number(s) of production of the ZeroD folder, including source code, you reference above. Please also confirm Meta ran the three other search terms in this email against new custodians, not just prior ones. It appears the parties have a ripe dispute regarding the search terms "wikibooks" and "BFG," and searching Haefield and Martinent.

Further Meta Response: The ZeroD directory was produced at Meta_Kadrey_00238129. We did run the <anna! /w arxiv>, <"AnnaArchivist"> and <"Anna" /1 "Archivist"> search terms on all custodial document custodians (including the custodians in original fact discovery period and custodians added by Court order or voluntarily by Meta after the original fact discovery period) and will produce any responsive, non-privileged

documents hitting on those terms. We do not agree to add the new custodians Plaintiffs are requesting. Can Plaintiffs please explain how the "wikibooks" and "BFG" search terms are relevant to the remaining distribution claim?

- Please confirm Meta will search for and produce all documents and data concerning the deletion of LibGen files identified in Phil's 1/31 letter. We also reiterate our request to depose Mr. Bashlykov—please confirm whether Meta will agree.

Meta Response: Meta has searched for and produced additional documents, including an internal group post discussing the request to free up disk space and the related task, which provides information about purpose and timing of the request. We do not agree to another deposition of Mr. Bashlykov.

Reply: It appears the parties have a ripe dispute regarding the request for all documents and communications regarding the deletion of LibGen files and a further deposition of Mr. Bashlykov.

Further Meta Response: We have provided sufficient documentation to provide context regarding the request to free up space, including messages from a month earlier discussing the need to free up space, an internal post about the need to free up space, and the specific request to free the space up. We do not know what else you are requesting to be searched for and produced regarding this event. Meta previously advised that it does not agree to another deposition of Mr. Bashlykov; that position has not changed.

- Please confirm \ Meta will search for and produce all documents and communications concerning PXFN's attempt to block Anna's Archive and LibGen, particularly given that this is a noticed topic in the forthcoming 30(b)(6).

Meta Response: We have produced non-privileged communications that are related to this topic based on search terms and custodians that Plaintiffs specifically requested. We are not inclined to agree to further searching on this topic.

Reply: It appears the parties have a ripe dispute regarding the request for all documents and communications re: the attempted blocking of acquiring pirated copyrighted works from Anna's Archive and LibGen, and the overruling of that attempt.

Further Meta Response: Your demands appear to be based on a misinterpretation of the document and are not tied to any discovery the Court allowed Plaintiffs to pursue in Dkt. 647. Indeed, the document was produced pursuant to a voluntary search and production by Meta. The "blocking" being discussed in that document appears to relate to the web crawler's "blocklist," about which you already have conducted extensive discovery during the original fact discovery period. If you think the document is

discussing something different, please provide an explanation, and we can confer with you about the issue further.

- Please explain why Mr. Lample's counsel advised us that Meta's counsel informed him he need not comply with Plaintiffs' subpoena.

Meta Response: We are not aware of Mr. Lample's counsel making any such statement outside of the generalized assertion you made on a call a few weeks ago. Moreover, the premise of your question is incorrect, as Meta's counsel made no such statement to Mr. Lample's counsel. Indeed, no subpoena to Mr. Lample has been authorized by the Court or been provided to Meta's counsel by Plaintiffs.

Reply: We would like to discuss. Also, is Meta no longer agreeing not to object to Plaintiffs subpoenaing Mr. Lample?

Further Meta Response: Meta has not changed its position on this issue; it did not make an agreement "not to object to Plaintiffs subpoenaing Mr. Lample." You have never provided a copy of the subpoena and a copy of the motion that you would file seeking authorization to pursue Mr. Lample's deposition (given he is in France, we understand you will need the cooperation of French authorities to take his deposition there), or a basis for your failure to seek his deposition previously. If you provide us the proposed subpoena and your motion papers (including any request for leave to take additional discovery), we will review and then can confer with you, and provide you Meta's position on the motion.

- In connection with my 2/2 email and our subsequent meet and confer, please confirm whether Meta has produced the file lists requested in the Excel file attached to my 2/2 email and the file listing for the gaid/tree/document_data/annas_archive directory. Please also confirm whether Yonghi Hu and/or Eric Han downloaded or torrented shadow library files, and if Meta will produce the performance review(s) related to Meta_Kadrey_00239962. In addition to the files requested in the 2/2 Excel, please produce the files in the attached two Excel spreadsheets that Plaintiffs identified in connection with Meta's recent productions. When producing these files, please identify the corresponding Bates numbers for each requested file in the Excels.

Meta Response: We are in the process of collecting the files requested in the 2/2 email request, with some limited exceptions for files that appear to be irrelevant to the remaining claims in the case (e.g., scimag zip files) or that would be disproportionate and unduly burdensome to collect due to, for example, their size. Given Plaintiffs' extensive new requests for thousands of additional files, Meta will evaluate the request and revert back. We have not

identified any further information that would indicate whether Mr. Hu or Mr. Han were involved in any alleged torrenting activities. If that changes, we will let you know. Meta declines to produce the requested performance review(s).

Reply: Please identify all files Meta asserts are irrelevant and/or burdensome/disproportionate, and please explain why "scimag zip files" would be irrelevant when they're associated with class works. Plaintiffs note that Judge Chhabria's order does not permit Meta to object belated to the discovery requested by Plaintiffs and ordered by the Court, including on grounds of relevance or burden/proportionality. In addition, please confirm whether Meta inquired with Messrs. Hu and Han regarding whether they torrented (it's unclear why you say "alleged"—is Meta disputing it torrented now?). It appears we have a ripe dispute regarding the performance review—but in order for Plaintiffs to make that assessment, can Meta confirm whether statements in Meta_Kadrey_00239962 are also in the final performance review?

Further Meta Response: With respect to SciMag, we understand that none of the named plaintiffs asserted works are in that dataset. If you contend otherwise, please advise the basis of that contention, so that we can consider whether it affects Meta's stance and confer with you about the issue, if needed. Whether purported "class works" are in SciMag is not pertinent at this point, because class discovery is not open. We will provide a list of files Meta does not collect and produce for reasons of irrelevance, burden or lack of proportionality. Please identify the language in Judge Chhabria's order (Dkt. 647) you are referring to that "does not permit Meta to object belated [sic] to the discovery requested by Plaintiffs and ordered by the Court, including on grounds of relevance or burden/proportionality." Mr. Hu and Mr. Han are not currently employed by Meta, so we have not inquired of them. As stated previously, Meta declines to produce the requested performance review.

- Please confirm whether Meta will oppose Plaintiffs' issuance of a document and deposition subpoena to Mr. Benedetti.

Meta Response: Meta does not believe any subpoena of Mr. Benedetti is appropriate or necessary in view of the information already provided about his activities. To allow us to fully evaluate your request, please send us a copy of what you intend to serve on Mr. Benedetti if the subpoena is authorized by the Court.

Reply: It appears the parties have a ripe dispute as you condition any non-objection on specific authorization by the Court.

Further Meta Response: Similar to Mr. Lample, please provide a copy of the subpoena and the motion you intend to file with the Court seeking his deposition. We understand you would need the Court's authorization to issue a subpoena to a third party given that, other than the limited activities authorized by the Court or that Meta voluntarily provided, fact discovery has been closed in this case since December 2024. Meta will review any proposed subpoena and proposed motion you provide, and confer with you

to advise of its position on the application.

- You have represented that EMR logs do not exist for Wang's late May 2024 torrenting from LibGen Non-Fiction. But S3 file listings show that torrented data was copied to S3 during a period for which no logs have been produced. Given the hundreds of gigabytes of other contemporaneous logs relating to torrenting, we do not understand why these logs would be missing. Please explain why these logs have not been located or no longer exist.

Meta Response: Your statements are not accurate, as we have produced many EMR logs for Ms. Wang's late May 2024 work relating to LibGen Non-Fiction. Moreover, your email is unclear as to what "torrented data" you are referring to that was copied to S3 or what timeframe you are talking about. Separately, we have also identified some additional EMR logs that do not directly relate to the downloads of individual torrents but that relate to activity by Ms. Wang from April-June 2024 that we intend to produce this week.

Reply: We do not understand your confusion as we have been quite clear on this issue. S3 listings that Meta produced (Meta_Kadrey_00238483) show torrented works in late May / early June 2024, yet Meta has not produced corresponding EMR logs showing the torrenting code output. The details for the corresponding torrent file names are attached. All of Meta's other FairSpark torrent sessions appear to have corresponding EMR logs—since Meta has not found or produced EMR logs for the missing files specified in the attached CSVs, please identify when they were overwritten or deleted, and why.

Further Meta Response: Thank you for providing some more specificity in your latest response. We will continue to look into this and let you know if we have any further questions or updates.

- You previously indicated Meta has now located EMR logs from Roller's 2022 torrenting—please confirm when they will be produced. Please also confirm Meta will search for and produce all related torrenting code/data and work chats.

Meta Response: We are producing these logs this week. We have searched Mr. Roller's computer, individual directories that resided on servers, and his email and workchats with the search terms Plaintiffs requested. We do not believe further searching is warranted.

- Please confirm that Meta has searched all of the following server directories and backups of them associated with Lample's 2022 and 2023 torrenting for additional logs and data related to torrenting: /fsx/guismay/ on AWS, /shared/home/guismay/ on Azure, and /private/home/guismay and /large_experiments/theorem/guismay/ on H2.

Meta Response: We have searched Mr. Lample's individual directories that resided on servers using the terms requested by Plaintiffs across his personal folders for H2, AWS, and Azure. The directory at /large_experiments/theorem/guismay does not appear to exist. We

note that previously produced logs associated with Mr. Lample were located at /large_experiments/fair_llm/data_v2/datasets/books/lg_old.

Reply: Please confirm when the original directory containing Lample's torrenting activities ("/large_experiments/theorem/guismay") was deleted. Please also confirm whether any backups of that directory, or other partial backups in addition to "/large_experiments/fair_llm/data_v2/datasets/books/lg_old," still exist. Further, please confirm if Meta has produced the full file listings for "/large_experiments/fair_llm/data_v2/datasets/," and if so, the bates #.

Further Meta Response: We haven't found the directory "/large_experiments/theorem/guismay", but that does not mean it has been "deleted." As we explained in our prior response, materials related to Mr. Lample were located at the directory /large_experiments/fair_llm/data_v2/datasets/books/lg_old, which we have provided you extensive information about. We are looking into your request for additional file lists and will circle back.

? You previously stated Penguin Computing did not have relevant records—please confirm you specifically asked and Penguin denied having any billing records relating to Meta's bandwidth consumption during the torrenting periods. If they no longer have such records, please ask them to confirm when such records were overwritten or otherwise deleted.

Meta Response: Penguin told us they do not have billing records from that time period relating to Meta's bandwidth consumption. Meta declines to inquire further with Penguin about their record retention practices.

Reply: It is unclear why Meta continues to refer only to "billing records" when Plaintiffs have requests any records of Meta's bandwidth usage from the relevant time frame. If Meta will not inquire and produce such records, then please confirm whether Meta will object to Plaintiffs issuance of a subpoena to Penguin Computing. Otherwise, this is a ripe dispute.

Further Meta Response: Your question above was about "billing records relating to Meta's bandwidth consumption," so we answered that question. If you are asking more broadly, we confirm that Meta asked Penguin if it would look for other types of records (i.e., usage records) that would contain information about data uploaded and downloaded to the Penguin FAIR cluster during September to December 2022, and they represented to us that they do not have such records.

- Please confirm Meta will produce the IP addressed associated with EC2 fairspark instances used for torrenting shadow library files.

Meta Response: Meta previously produced the IP addresses associated with the EC2 instances. After substantial effort, Meta has collected the fairspark instances' public IP addresses for the time period 3/1/2024 to 9/1/2024. To be clear, Meta's provision of the fairspark IP addresses is not an admission that any particular IP address or instance was

utilized in any alleged torrenting activity.

Reply: Does Meta's response mean that Meta has not and cannot narrow down which fairspark instances were used for torrenting?

Further Meta Response: As we have communicated previously, the fairspark cluster was used for a number of different activities, so based on currently identified information we cannot definitively state which instances were used for any particular activity.

- Please also explain the provenance of Meta_Kadrey_00243080 and Meta_Kadrey_00243081. It is unclear what these files represent.

Meta Response: We understand that these documents are lists of jobs on Azure related to Mr. Lample's user name.

- Please confirm when Meta will produce its privilege logs. Meta's failure to do so despite your advising us Meta is withholding responsive documents is highly prejudicial as it is delaying our ability to assess Meta's claims and raise any challenges.

Meta Response: Meta is producing privilege logs today.

Reply: Plaintiffs will follow-up separately regarding Meta's privilege assertions once we have had an opportunity to review them.

Thanks,

Phil

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Monday, February 23, 2026 6:38 PM
**To:** Morton, Phillip <pmorton@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** RE: Meta/Kadrey - Document Production

Counsel,

Plaintiffs continue to await responses on many issues, some long outstanding, arising out of Meta's recent productions and the Court's 11/2025 order:

- Plaintiffs have been waiting months for Meta to serve revised RFA responses as Meta agreed to do. This continued delay is impacting Plaintiffs' expert work and deposition preparation. If Meta is unable to serve revised responses this week, please confirm by COB Wednesday when Plaintiffs can expect service of these responses.

- Please confirm Meta has added "wikibooks" and "BFG" to the App'x C search terms and that Meta will produce the "code in ZeroD." See M. Pritt 2/4 Email. Please also confirm whether Meta will run <anna! /w arxi>, <"AnnaArchivist"> and <"Anna" /1 "Archivist"> across the previously collected custodial files of the custodians in this case. See M. Pritt 1/23 Email. Further, please confirm whether Meta will run the App'x C terms across Mr. Haefield's files based on our agreement to drop our request to run the terms across Mr. Martinet's files at this time.

- Please confirm Meta will search for and produce all documents and data concerning the deletion of LibGen files identified in Phil's 1/31 letter. We also reiterate our request to depose Mr. Bashlykov—please confirm whether Meta will agree.

- Please confirm \ Meta will search for and produce all documents and communications concerning PXFN's attempt to block Anna's Archive and LibGen, particularly given that this is a noticed topic in the forthcoming 30(b)(6).

- Please explain why Mr. Lample's counsel advised us that Meta's counsel informed him he need not comply with Plaintiffs' subpoena.

- In connection with my 2/2 email and our subsequent meet and confer, please confirm whether Meta has produced the file lists requested in the Excel file attached to my 2/2 email and the file listing for the gaid/tree/document_data/annas_archive directory. Please also confirm whether Yonghi Hu and/or Eric Han downloaded or torrented shadow library files, and if Meta will produce the performance review(s) related to Meta_Kadrey_00239962. In addition to the files requested in the 2/2 Excel, please produce the files in the attached two Excel spreadsheets that Plaintiffs identified in connection with Meta's recent productions. When producing these files, please identify the corresponding Bates numbers for each requested file in the Excels.

- Please confirm whether Meta will oppose Plaintiffs' issuance of a document and deposition subpoena to Mr. Benedetti.

- You have represented that EMR logs do not exist for Wang's late May 2024 torrenting from LibGen Non-Fiction. But S3 file listings show that torrented data was copied to S3 during a period for which no logs have been produced. Given the hundreds of gigabytes of other contemporaneous logs relating to torrenting, we do not understand why these logs would be missing. Please explain why these logs have not been located or no longer exist.

- You previously indicated Meta has now located EMR logs from Roller's 2022 torrenting—please confirm when they will be produced. Please also confirm Meta will search for and produce all related torrenting code/data and work chats.

- Please confirm that Meta has searched all of the following server directories and backups of them associated with Lample's 2022 and 2023 torrenting for additional logs and data related to torrenting: /fsx/guismay/ on AWS, /shared/home/guismay/ on Azure, and /private/home/guismay and /large_experiments/theorem/guismay/ on H2.

- You previously stated Penguin Computing did not have relevant records—please confirm you specifically asked and Penguin denied having any billing records relating to Meta's bandwidth consumption during the torrenting periods. If they no longer have such records, please ask them to confirm when such records were overwritten or otherwise deleted.

- Please confirm Meta will produce the IP addressed associated with EC2 fairspark instances used for torrenting shadow library files.

- Please also explain the provenance of Meta_Kadrey_00243080 and Meta_Kadrey_00243081. It is unclear what these files represent.

- Please confirm when Meta will produce its privilege logs. Meta's failure to do so despite your advising us Meta is withholding responsive documents is highly prejudicial as it is delaying our ability to assess Meta's claims and raise any challenges.

Thank you.

Best,

Max

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Wednesday, February 4, 2026 10:36 AM
**To:** Morton, Phillip <pmorton@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** RE: Meta/Kadrey - Document Production

Phil, Liz:

In addition to our discussion re: Mr. Lample's use of the name "wikibooks" to refer to libgen content, he also uses the acronym "BFG" as an internal source that includes libgen fiction. See Meta_Kadrey_00239136. So we request that Meta include both "BFG" and "wikibooks" in the Appendix C searches. Based on our discussion yesterday, we will withdraw our request to also add "genesis" (as opposed to the existing terms that include that word) and "maverick" at this time.

Please also let us know if you have produced or made available for inspection the "code in ZeroD" for libgen identified in Meta_Kadrey_00238837.

Thank you.

Best,

Max

---

**From:** Maxwell Pritt
**Sent:** Wednesday, February 4, 2026 9:57 AM
**To:** Morton, Phillip <pmorton@cooley.com>; Stameshkin, Liz <lstameshkin@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** RE: Meta/Kadrey - Document Production

Hi Phil and Liz,

On yesterday's M&C, you asked where we see approximately 70 TB downloaded by Mr. Roller. We're looking at the total amount downloaded during the time period for which you (Meta) produced AWS logs consistent with Mr. Roller's torrenting.
*See* Meta_Kadrey_00239273. For example, if you look just at the spike starting on 10/17/22 and ending on 10/27/22, there's 41.2 TB downloaded. But there's also earlier spikes (in mid-late September 2022) and other downloading in early- to mid-September.

Best,

Max

---

**From:** Morton, Phillip <pmorton@cooley.com>
**Sent:** Monday, February 2, 2026 8:05 PM
**To:** Maxwell Pritt <mpritt@BSFLLP.com>; Stameshkin, Liz <lstameshkin@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** Re: Meta/Kadrey - Document Production

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hi Max-

We're available to discuss on Tuesday between 2-330pm PT.

Thanks,
Phil

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Monday, February 2, 2026 5:51 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** RE: Meta/Kadrey - Document Production

Counsel,

Please respond with your availability tomorrow afternoon and Wednesday pacific so we can find a time that works for both sides.

Also, we have now had a chance to go through the keyword results that Meta produced in Productions 55 and 56—please produce the files in the directory listings identified in the attached Excel. Each block of lines is preceded by a line containing the Bates number that the lines come from. Each request for a directory is recursive—in other words, Plaintiffs request all files/data in the directory even if not all the files matched. For example, the "/Users/nikbash/Projects/fair_data/fair_data" directory and all its contents are responsive because they contain code for processing Libgen books (and other collections of torrented books). Similarly, the "guismay/genesis_llm" directory likely contains code related to Libgen, since we now know that Lample referred to Libgen as "genesis" (as well as "maverick," and to LibGen Fiction as "wikibooks"). Please confirm Meta will add "genesis," "maverick," and "wikibooks!" to the Appx. C search term list and produce any additional responsive documents.

In addition, Meta_Kadrey_00239946 identifies a new directory containing shadow library content: gaid/tree/document_data/annas_archive. Please confirm Meta will produce a file listing for this directory.

Meta_Kadrey_00238806 also says Lample downloaded scitech on his MacBook and had libgen files on a Jupyter notebook. Please confirm whether or not Meta has these devices and/or backups and, if so, whether Meta has searched them and produced these files.

We also note that documents recently produced identify Eric Han as someone who was looking into LibGen in 2022. See Meta_Kadrey_00239225, 00239284, 0023982. Please confirm whether or not Mr. Han downloaded/torrented any files from Libgen.

Meta_Kadrey_00239296 (at -301) also refers to "emea" removing libgen. Please identify what "emea" is—was it a team at Meta—and confirm whether Meta has produced documents and communications concerning that removal (and acquisition) of libgen files.

Further, Meta_Kadrey_00239962 appears to be a performance review—please confirm Meta will produce the final version of this review, and confirm that Meta will produce similar performance reviews for each Meta employee involved in torrenting from shadow libraries.

Moreover, Meta's Production 56 for the first time reveals that PXFN sought to block Anna's Archive and LibGen. See Meta_Kadrey_00239954. Please identify the individual involved in this effort so that the parties can meet and confer on the appropriate custodians and searches to conduct to obtain documents concerning the effort to block shadow libraries.

Thank you.

Best,

Max

---

**From:** Maxwell Pritt
**Sent:** Monday, February 2, 2026 8:35 AM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** RE: Meta/Kadrey - Document Production

Phil, please let us know when you are available to meet and confer on the issues below/your letter, the issues in our emails last week, and the several outstanding issues from our last meet and confer.

Thank you.

Best,

Max

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Saturday, January 31, 2026 3:40 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** Re: Meta/Kadrey - Document Production

Phil,

It is unclear from your statements at the end of this letter whether Meta is now refusing to respond to the issues we raised this week—please advise so we can brief if necessary. Please also confirm Meta will make Mr. Bashlykov available for a further deposition in light of your disclosure for the first time that he apparently deleted files Meta torrented from shadow libraries. Please also confirm that Meta will provide its amended RFA objections and responses this week. Plaintiffs will provide a further response once we have had additional time to consider the disclosures in your letter. Thank you.

Best,

Max

---

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Saturday, January 31, 2026 2:54 PM

**To:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/Meta-Kadrey <zmetakadrey@cooley.com>; Karen Dunn <kdunn@dirllp.com>; Kyle Smith <ksmith@dirllp.com>; John Paredes <jparedes@dirllp.com>; Jessica Phillips <jphillips@dirllp.com>; Christine Ray <cray@dirllp.com>; Dunning, Angela L. <adunning@cgsh.com>; Stapleton, Anna <astapleton@paulweiss.com>
**Subject:** RE: Meta/Kadrey - Document Production

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Counsel,

At the link below, please find Meta's document production, Vol. Meta_Kadrey_057. In addition, attached is a letter from Phil Morton.

**LINK**: https://liquidfiles.cooley.com/link/UavN5qz7I1fRZYTme4KbB7

Password will follow.

Best,

Liz

Elizabeth L. Stameshkin

Cooley LLP

3175 Hanover Street

Palo Alto, CA 94304-1130

+1 650 843 5121 office

+1 650 849 7400 fax

+1 626 644 7586 mobile

lstameshkin@cooley.com
Pronouns: she, her, hers

Cooley is committed to racial justice

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.