**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

RICHARD KADREY, *et al.*,

Individual and Representative Plaintiffs,

v.

META PLATFORMS, INC., a Delaware corporation,

Defendant.

Case No. 3:23-cv-03417-VC-TSH

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: JOINT LETTER BRIEF**

Pursuant to Civil Local Rule 79-5, Defendant Meta Platforms, Inc. ("Meta") filed a Motion to Seal and an Administrative Motion to File Under Seal ("Sealing Motion") in connection with the Joint Letter Brief and accompanying materials. The Sealing Motion seeks leave to file under seal certain exhibits attached to the Joint Letter Brief.

Having considered the Sealing Motion, and finding compelling reasons for the motion, the Court hereby **GRANTS** the Sealing Motion and Orders **SEALED** the following:

| Document | Sealing Request |
| --- | --- |
| **Sabanoglu Ex. 1 –** Ex. A to the Joint Letter Brief | **Entirety** |
| **Sabanoglu Ex. 2 –** Ex. B to the Joint Letter Brief | **Portions Highlighted in BLUE** |

**IT IS HEREBY ORDERED**.

Dated: September 11, 2026__

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE