[*counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

RICHARD KADREY, *et al.*,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:23-cv-03417-VC

**NOTICE OF TRANSFER ORDER**

Judge: Hon. Vince Chhabria

ENTREPRENEUR MEDIA, LLC,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:25-cv-09579-VC

**NOTICE OF TRANSFER ORDER**

Judge: Hon. Vince Chhabria

COGNELLA, INC.,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-04053-VC

**NOTICE OF TRANSFER ORDER**

Judge: Hon. Vince Chhabria

CAMBRONNE, INC. et al.,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-03725-VC

**NOTICE OF TRANSFER ORDER**

Judge: Hon. Vince Chhabria

| | |
|---|---|
| CHICKEN SOUP FOR THE SOUL, LLC,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 3:26-cv-02333-VC<br>**NOTICE OF TRANSFER ORDER**<br>Judge: Hon. Vince Chhabria |
| MICHAEL SULLIVAN, *et al.*,<br>Plaintiffs,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 3:26-cv-06793-VC<br>**NOTICE OF TRANSFER ORDER**<br>Judge: Hon. Vince Chhabria |

Defendant Meta Platforms, Inc. ("Meta") respectfully submits this notice to inform the Court that on September 25, 2026, the Honorable Judge Castel of the Southern District of New York granted Meta's motion to transfer the case *Elsevier Inc. v. Meta Platforms, Inc.* to the Northern District of California. *See Elsevier Inc. v. Meta Platforms, Inc.*, No. 1:26-cv-03689-PKC, ECF No. 101 (Sept. 25, 2026). A copy of the Order is attached as Exhibit A.

Dated: September 25, 2026

By: /s/ Kyle N. Smith

Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Kyle N. Smith (*pro hac vice*)
DUNN ISAACSON RHEE LLP
401 9th Street NW
Washington, DC 20004
Email: kdunn@dirllp.com
jphillips@dirllp.com
ksmith@dirllp.com

Mark R. Weinstein
Elizabeth Lee Stameshkin
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
mweinstein@cooley.com
lstameshkin@cooley.com

Bobby A. Ghajar
COOLEY LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Email: bghajar@cooley.com

Phillip E. Morton (*pro hac vice pending*)
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Email: pmorton@cooley.com

Angela L. Dunning
CLEARY GOTTLIEB STEEN & HAMILTON LLP
151 University Avenue
Palo Alto, CA 94301-1632
Telephone: (650) 815-4131
Email: adunning@cgsh.com

*Counsel for Defendant Meta Platforms, Inc.*