United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD KADREY, et al.,
Plaintiffs,

v.

META PLATFORMS, INC.,
Defendant.

Case No. 23-cv-03417-VC (TSH)

**DISCOVERY ORDER**

Re: Dkt. Nos. 823, 840

In the parties' status report at ECF No. 840, they state "Plaintiffs' request in the parties' September 1 Discovery Status Report (Dkt. 823) concerning Meta's 30(b)(6) objections and additional deposition time remains at issue. The parties can submit a joint letter brief if that would be helpful to the Court." That would be helpful. Accordingly, the Court **ORDERS** the parties to file a joint discovery letter brief no later than October 6, 2026 concerning that dispute. If the parties believe that more than five pages is needed to brief that issue, that shall submit a stipulation and proposed order for more pages. The Court also **ORDERS** the parties to file a further discovery status report no later than October 6, 2026, indicating whether there are any other outstanding discovery disputes for the Court to resolve and also giving a status report concerning any unresolved discovery disputes the parties are still meeting and conferring about and have not yet raised with the Court. Essentially, the Court wants to know what is left in this case in terms of discovery.

**IT IS SO ORDERED.**

Dated: September 29, 2026

THOMAS S. HIXSON
United States Magistrate Judge