HUESTON HENNIGAN LLP
Moez M. Kaba (257456)
mkaba@hueston.com
Michael M. Purpura (338216)
mpurpura@hueston.com
Lee Linderman (280743)
llinderman@hueston.com
Stephanie Xiao (340141)
sxiao@hueston.com
Taiyee Chien (pro hac vice)
tchien@hueston.com
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

NEWMEYER & DILLION LLP
Michael B. McClellan (241570)
Michael.McClellan@ndlf.com
Benjamin P. Pugh (202025)
Benjamin.Pugh@ndlf.com
Jason L. Morris (295271)
Jason.Morris@ndlf.com
Harlye S. Carlton (261641)
Harlye.Carlton@ndlf.com
Manoosh Shakib (228609)
Manoosh.Shakib@ndlf.com
895 Dove Street, Second Floor
Newport Beach, California 92660
Telephone: (949) 854-7000
Facsimile: (949) 854-7099

Attorneys for Plaintiff
Entrepreneur Media, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ENTREPRENEUR MEDIA, LLC,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:25-cv-09579-VC

**PLAINTIFF ENTREPRENEUR MEDIA, LLC'S JOINDER IN KADREY PLAINTIFFS AND DEFENDANT META PLATFORMS, INC.'S JOINT DISCOVERY LETTER BRIEF RE AIDC REDACTIONS**

Plaintiff Entrepreneur Media, LLC ("EM") joins in the Kadrey Plaintiffs' request that the Court review *in camera* certain AI Data Catalog ("AIDC") documents at issue in the joint letter brief filed by the Kadrey Plaintiffs and Defendant Meta Platforms, Inc. ("Meta") on September 29, 2026, in *Kadrey v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC-TSH, Dkt. No. 847, and overrule Meta's attorney-client privilege assertions over the redacted content of those documents.

Meta produced the same redacted documents, bearing the same Bates numbers, to EM in this action. EM requests that any order resolving the Kadrey Plaintiffs' request also apply in this action.

This joinder is without prejudice to any additional challenges EM may make to Meta's privilege assertions over documents other than those at issue in *Kadrey*, Dkt. No. 847, on the schedule the Court has set for privilege-log disputes. (Dkt. No. 159.)

Dated: September 30, 2026

Respectfully submitted,

By: ______________________
Lee Linderman

**HUESTON HENNIGAN LLP**
Moez M. Kaba (257456)
Michael M. Purpura (338216)
Lee Linderman (280743)
Stephanie Xiao (340141)
Taiyee Chien (pro hac vice)

**NEWMEYER & DILLION LLP**
Michael B. McClellan (241570)
Benjamin P. Pugh (202025)
Jason L. Morris (295271)
Harlye S. Carlton (261641)
Manoosh Shakib (228609)

Attorneys for Plaintiff ENTREPRENEUR MEDIA, LLC