# EXHIBIT A

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, et al.,<br>*Individual and Representative Plaintiffs*,<br>v.<br>META PLATFORMS, INC.,<br>*Defendant*. | Case No. 3:23-cv-03417-VC<br>**NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO META PLATFORMS, INC.**<br>Date: August 28, 2026<br>Time: 9:00 a.m., Local Time<br>Location: Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, in accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Meta Platforms, Inc. ("Meta") is hereby directed to designate one or more officers, directors, managing agents, or other persons who consent to testify and are most knowledgeable and competent to testify regarding the following topics and related or supporting facts occurring between January 1, 2016 and the present (the "Relevant Period"):

**Topic 1:** Meta's uploading, distribution, and/or making available of copyrighted works via its torrenting of the same.

**Topic 2**: The document beginning with the Bates stamp Meta-Kadrey-SC-000932, including but not limited to file paths "/private/home/nikbash/data/libgen_tst" and "/private/home/nikbash/data/libgen_all," and any testimony or representations by Meta that may be impacted by Meta-Kadrey-SC-000932 or the content stored at those file paths.

**Topic 3**: Meta's blocking and un-blocking/approvals in connection with Library Genesis and/or Anna's Archive, including approval for Anna's Archive and torrenting of content from Library Genesis, Z-Library, Internet Archive, and Duxiu. *See, e.g.*, Meta_Kadrey_00238408, Meta_Kadrey_00238396.

**Topic 4**: Meta's IP Policy Analysis and Recommendation and "the prior decision w.r.t the content from Anna's Archive," as reflected in Meta_Kadrey_00238408, Meta_Kadrey_00238396.

**Topic 5**: All "mirroring" of datasets related to Library Genesis, Anna's Archive, Z-Library, Internet Archive or Duxiu, including "for archival or LLM purposes." *See* Meta_Kadrey_00238408, Meta_Kadrey_00238396.

**Topic 6**: All "approved usages" or "usages" related to Library Genesis, Anna's Archive, Z-Library, Internet Archive or Duxiu. *See, e.g.,* Meta_Kadrey_00238408, Meta_Kadrey_00238396., Meta_Kadrey_00238373.

**Topic 7**: The origin and timing of updates, changes, and content in Meta_Kadrey_00238408 and all other AIDC dashboards related to Library Genesis, Anna's Archive, Z-Library, Internet Archive, or Duxiu.

**Topic 8:** The terms, fields, and content of the AIDC dashboards for any and all AIDC dashboards related to Library Genesis, Anna's Archive, Z-Library, Internet Archive, and Duxiu.

This deposition will be taken before an officer qualified to administer oaths. The deposition will be recorded by stenographic and audiovisual means.

Dated: August 24, 2026

By: */s/ Maxwell V. Pritt*
Maxwell V. Pritt

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Elizabeth J. Cabraser (SBN 083151)
Daniel M. Hutchinson (SBN 239458)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
ecabraser@lchb.com
dhutchinson@lchb.com

Rachel Geman (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
(212) 355-9500
rgeman@lchb.com

Kenneth S. Byrd (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
(615) 313-9000
kbyrd@lchb.com
bsugar@lchb.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K.L. Young (SBN 318371)
Holden Benon (SBN 325847)
Aaron Cera (SBN 351163)
601 California Street, Suite 1505
San Francisco, California 94108
(415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

David L. Simons (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, NY 10001
(914) 749-8200
dsimons@bsfllp.com

*Interim Lead Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
(323) 968-2632
mb@buttericklaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603
(312) 782-4880
bclobes@caffertyclobes.com

**DICELLO LEVITT LLP**
Amy Keller (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
James Ulwick (*pro hac vice*)
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

David Straite (*pro hac vice*)
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
dstraite@dicellolevitt.com

**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
Scott J. Sholder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
60 Broad Street, 30th Floor
New York, NY 10004
(212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed by Boies Schiller Flexner LLP. My business address is 1401 New York Avenue, Washington, DC 20005. I am over the age of eighteen and not a party to this action.

On August 24, 2026, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6) TO META PLATFORMS, INC.**

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2026.

*/s/ Annabel Weinbach*
Annabel Weinbach

**SERVICE LIST**

Bobby A. Ghajar
Colette Ghazarian
**COOLEY LLP**
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Email: bghajar@cooley.com
cghazarian@cooley.com

Kathleen R. Hartnett
Judd D. Lauter
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Email: khartnett@cooley.com
jlauter@cooley.com

Mark R. Weinstein
Matthew Brigham
Elizabeth Lee Stameshkin
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Email: mweinstein@cooley.com
mbrigham@cooley.com
lstameshkin@cooley.com

Phillip Edward Morton
**COOLEY LLP**
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
(202) 776-2317
Fax: (202) 842-7899
Email: pmorton@cooley.com

Angela L. Dunning
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road
Palo Alto, CA 94304
Email: adunning@cgsh.com

*Counsel for Defendant Meta Platforms, Inc.*

Karen Leah Dunn
Kyle N. Smith
**DUNN ISAACSON RHEE LLP**
401 9th Street, NW
Washington, DC 20004
Email: kdunn@dirllp.com
ksmith@dirllp.com

Kannon K. Shanmugam
William T. Marks
**PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Email: kshanmugam@paulweiss.com
wmarks@paulweiss.com

Anna Stapleton
**PAUL, WEISS, RIFKIN, WHARTON & GARRISON LLP**
535 Mission Street, 25th Floor
San Francisco, CA 94105
Email: astapleton@paulweiss.com

*Counsel for Defendant Meta Platforms, Inc.*