# EXHIBIT B

1. **Topic 1**

   a. **Stephen Roller's** torrenting from shadow libraries, including (1) approval for his torrenting; (2) the servers he used for torrenting; (3) his decision to use and use of ctorrent for torrenting, including the version of this software he used, and any modifications he made to the default configuration settings of this software, including the settings pertaining to uploading, seeding, bandwidth limits, upload-slot or unchoke-slot limits, share-ratio limits, PEX, and DHT; (3) any attempts he made to minimize uploading data while torrenting data (i.e., uploading during the "leeching" phase); (4) any attempts he made to minimize seeding torrented data (i.e., uploading data during the "seeding" phase of torrenting; (4) any attempts he made to torrent non-duplicate copies of copyrighted books; (5) any logging he did of his torrenting, including efforts to track the actual data he sent to third parties and the identities of those third parties; (6) the amount of total torrented data he uploaded, distributed, and made available to third parties and the associated evidence of such data transfers; (7) his knowledge of the identities of the third parties with whom he distributed data torrented from shadow libraries; (8) any documentation that Roller made about his torrenting work for any data tracking systems at Meta, including where such data was stored.

   b. **Guillaume Lample's** torrenting from shadow libraries, including (1) approval for his torrenting; (2) the servers he used for torrenting; (3) his decision to use and use of libtorrent for torrenting, including the version of this software he used, and any modifications he made to the default configuration settings of this software, including the settings pertaining to uploading, seeding, bandwidth limits, upload-slot or unchoke-slot limits, share-ratio limits, PEX, and DHT; (3) any attempts he made to minimize uploading data while torrenting data (i.e., uploading during the "leeching" phase); (4) any attempts he made to minimize seeding torrented data (i.e., uploading data during the "seeding" phase of torrenting); (6) any attempts he made to torrent non-duplicate copies of copyrighted books; (6) any logging he did of his torrenting, including efforts to track the actual data he sent to third parties and the identities of those third parties; (7) the amount of total torrented data he uploaded, distributed, and made available to third parties and the associated evidence of such data transfers; (8) his knowledge of the identities of the third parties with whom he distributed data torrented from shadow libraries; (9) any documentation that Lample made about his torrenting work for any data tracking systems at Meta, including where such data was stored; (10 the decision to delete files torrented by Lample, including but not limited to the 9 terabytes of data that Meta deleted on or after July 13, 2023, from /large_experiments/fair_llm/data_vz/datasets/books/data/.

   c. **Nikolay Bashlykov's** torrenting from shadow libraries, including (1) approval for his torrenting; (2) the servers he used for torrenting; (3) his decision to use and use of libtorrent for torrenting, including the version of this software he used, and any modifications he made to the default configuration settings of this software, including the settings pertaining to uploading, seeding, bandwidth limits, upload-slot or unchoke-slot limits, share-ratio limits, PEX, and DHT; (3) any attempts he made to minimize uploading data while torrenting data (i.e., uploading during the

"leeching" phase); (4) any attempts he made to minimize seeding torrented data (i.e., uploading data during the "seeding" phase of torrenting); (5) any attempts he made to torrent non-duplicate copies of copyrighted books; (6) any logging he did of his torrenting, including efforts to track the actual data he sent to third parties and the identities of those third parties; (7) the amount of total torrented data he uploaded, distributed, and made available to third parties and the associated evidence of such data transfers; (8) his knowledge of the identities of the third parties with whom he distributed data torrented from shadow libraries; (9) any documentation that Bashlykov made about his torrenting work for any data tracking systems at Meta, including where such data was stored.

d. **Xiaolan Wang's** torrenting from shadow libraries, including (1) approval for her torrenting; (2) the servers she used for torrenting; (3) her decision to use and use of libtorrent for torrenting, including the version of this software she used, and any modifications she made to the default configuration settings of this software, including the settings pertaining to uploading, seeding, bandwidth limits, upload-slot or unchoke-slot limits, share-ratio limits, PEX, and DHT; (3) any attempts she made to minimize uploading data while torrenting data (i.e., uploading during the "leeching" phase); (4) any attempts she made to minimize seeding torrented data (i.e., uploading data during the "seeding" phase of torrenting); (5) any attempts she made to torrent non-duplicate copies of copyrighted books; (6) any logging she did of her torrenting, including efforts to track the actual data she sent to third parties and the identities of those third parties; (7) the amount of total torrented data she uploaded, distributed, and made available to third parties and the associated evidence of such data transfers; (8) her knowledge of the identities of the third parties with whom she distributed data torrented from shadow libraries; (9) any documentation that she made about her torrenting work for any data tracking systems at Meta, including where such data was stored.

e. Any additional episodes of torrenting of copyrighted works by Meta employees, including but not limited to:

    i. **Victor Kerkez**, as referenced in Meta_Kadrey_00107964 and Meta_Kadrey_00204707 and as evident from the following file paths:

        1. /Users/viktorkerkez/Desktop/projects/anna;

        2. /mobius/datasets/anna/torrent.py

    ii. Yonghi Hu

    iii. Peter Albert

    iv. Eric Han

    v. Arrigo Benedetti

f. The number of duplicate copies of Plaintiffs' works that Meta torrented between 2022-2024, and the de-duplication of those works.

g. The storage and retention of data or files obtained from Library Genesis and Anna's Archive.

h. Employees who expressed concern about Meta's torrenting, including risk(s) of uploading copyrighted content, and Meta's response to those employees' concerns.

i. Any Meta policies and/or procedures concerning torrenting, including any mitigations.

**b. Topics 5-8**

a. The number of copies made by Meta of raw files downloaded and/or torrented from Library Genesis, Anna's Archive, Z-Library, Internet Archive, or Duxiu; the use(s) of those copies, including the identity of any third parties who received copies from Meta and the number and identity (including job titles/roles) of employees (including independent contractors and interns) who could access and did access copies or datasets created using copies; and the location where copies are/were stored, including the identity and location of datasets created with any copies.

b. All requests submitted for downloading datasets with any file(s) from Library Genesis, Anna's Archive, Z-Library, Internet Archive and/or Duxiu, including but not limited to the number of requests made and for which datasets, who submitted each request, whether and to what extent each request was approved or denied, the use(s) of each downloaded dataset, and the storage and retention of each downloaded dataset and its files.