# EXHIBIT F

# Libgen

Oncall Katie Millican (genai_llm_pretraining_data) · Modality T... Im... · Category G...

Add to Colle... | Hive Del... | Activity ...

Overview | Compliance | Lineage | Explore | Model Snapshots

## Privacy Review Status

Dataset Review Status: Completed | Review Required By: No update time info | Priority: None | Final Decision: Passed

## Privacy & Crawling

This card should be filled by a **fact gathering specialist** only!

Old Dataset Facts

| | |
|---|---|
| Data type | 3P / Publicly Available (non-Spidermate) |
| PII Present * | No. |
| Type of PII | Types of Personally Identifiable Information |
| Human characterization * | No. |
| Attribution required * | No. |
| Robots.txt disallow * | No. |
| Contains 1PD * | No. |
| Login required for download * | No. |

## Final Decision

| | |
|---|---|
| Final Decision | Passed |
| Approved Usages | Training |

Complete Final Decision | Send Back

## Requirements

- Face Anonymization: I will blur all faces in the dataset unless verified that no individuals from Illinois or Texas are included.
- Access Control: I will use appropriate Access Control Lists (ACLs) to restrict data access to those with a legitimate business need.
- Crawling Compliance: If using automation to download the dataset, I will filter URLs based on the blocklist and adhere to directives in Robots.txt and "No AI" tags.
- Prohibition of CSAM: I will ensure no child sexual abuse material (CSAM) is used for training models.

| | |
|---|---|
| Scraping prohibited in TOS * | No. |
| Scraping notes * | Add any additional notes |
| Download considerations * | Please specify |
| Contract or TPA number | No contract or TPA number |

Data Retention Limit: I will not retain data for longer than 1095 days.

Handling of 1PD in 3PD Dataset: If I detect first-party data (1PD) in the 3PD dataset, I will cease its use and consult the Dataset Review Team.

## Activity & Comments

Type a comment

**Morphing Framework Bot** added source: https://libgen.is/
February 17, 10:36 AM · Like

**Morphing Framework Bot** updated modalities to [text, image]
January 8, 6:42 AM · Like

**Morphing Framework Bot** created this AIDC Dataset.
December 12, 2024 · Like

**Morphing Framework Bot** made several changes
December 12, 2024 · Hide updates

added the tag aidc_bespoke.

added the tag genai.

added the tag llama3_pretraining_data.

added the tag wave 3.

**Eyal Hochman** Set the table 'scitech_en_union_train' from namespace 'gen_ai' as a seed
September 19, 2024 · Like

**Lilach Mor** made several changes
September 19, 2024 · Hide updates

updated the "Model Family" to "LLAMA3, LLAMA4"

updated the "Used Modality" to "Text"

added the tag llama3_pretraining_data.

**TDM Processor** Completed the stage Requirements
September 16, 2024 · Like

**Ramakant Shankar** made several changes
July 23, 2024 · Hide updates

added the tag aidc_bespoke.

changed the description. · View Changes

**Yoni Goyhman** made several changes
June 16, 2024 · Hide updates

updated the "Usages" to "Training"

created this dataset