# EXHIBIT G

# Libgen - Anna Archive

Oncall Vladan Petrovic (gaid) · Modality Text Image · Category GenAI

Add to Collection | Hive Deletion | Activity Log

Overview | Compliance | Lineage | Explore | Model Snapshots

## Privacy Review Status

Dataset Review Status: Completed | Review Required By: No update time info | Priority: None | Final Decision: Passed

## Privacy & Crawling

This card should be filled by a **fact gathering specialist** only!

Old Dataset Facts

| | |
|---|---|
| Data type | 3P / Publicly Available (non-Spidermate) |
| PII Present * | Yes.<br>Each dataset is hundreds of GB or TB of data, unable to download due to extreme size of datasets, in addition, full downloadable datasets are accessible via torrent, which is blocked<br>Looking at sample metadata on the website indicates that it is possible for full names, and emails to be contained at least |
| Type of PII | Full names, email |
| Human characterization * | Yes.<br>Each downloadable dataset is hundreds of GB or TB of data, unable to download due to extreme size of datasets, as a result unable to determine full scope.<br><br>Searching on the website shows that there are human faces associated with full names |

## Final Decision

| | |
|---|---|
| Final Decision | Passed |
| Approved Usages | Training |

Complete Final Decision | Send Back

## Requirements

- Face Anonymization: I will blur all faces in the dataset unless verified that no individuals from Illinois or Texas are included.
- Access Control: I will use appropriate Access Control Lists (ACLs) to restrict data access to those with a legitimate business need.
- Crawling Compliance: If using automation to download the dataset, I will filter URLs based on the blocklist and adhere to directives in Robots.txt and "No AI" tags.
- Prohibition of CSAM: I will ensure no child sexual abuse material (CSAM) is used for training models.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY Meta_Kadrey_00238396

| | |
|---|---|
| Attribution required * | Yes.<br>If you are interested in mirroring this dataset for archival or LLM training purposes, please contact us.<br><br>Claims all code and data is open source.<br><br>Don't need to credit anna's archive, however unsure of copyright or attribution requirements/obligations for each book, paper, etc. hosted on the website |
| Robots.txt disallow * | Yes.<br>User-agent: *<br>Crawl-delay: 10<br>Disallow: /db<br>Disallow: /slow_download<br>Disallow: /fast_download<br>Disallow: /torrents<br>Disallow: /search<br>Disallow: /scidb |
| Contains 1PD * | No.<br>Each downloadable dataset is hundreds of GB or TB of data, unable to download due to extreme size of datasets.<br>Did not observe 1PD in the observable data |
| Login required for download * | No.<br>Full datasets require download via torrent<br>Can also search one off books, articles, etc on the website that can be dowloaded |
| Scraping prohibited in TOS * | No.<br>Claims all code and data is open source<br>Unsure of copyright requirements/obligations for each book, paper, etc. hosted on the website |
| Scraping notes * | Sample metadata indicates that links from various news sources like NYTimes is contained |

Data Retention Limit: I will not retain data for longer than 1095 days.

Handling of 1PD in 3PD Dataset: If I detect first-party data (1PD) in the 3PD dataset, I will cease its use and consult the Dataset Review Team.

| | |
|---|---|
| Download considerations | Please specify |
| Contract or TPA number | No contract or TPA number |

## Activity & Comments

Type a comment

**Morphing Framework Bot** added source: https://annas-archive.org/datasets/libgen_rs
February 16, 10:34 AM · Like

**Morphing Framework Bot** updated modalities to [text, image]
January 8, 12:47 PM · Like

**Morphing Framework Bot** created this AIDC Dataset.
December 12, 2024 · Hide updates

added the tag genai.

created this AIDC Dataset.

**TDM Processor** Completed the stage Requirements
September 16, 2024 · Like

**Christian Montez** updated the "Final Decision" to "PASSED"
July 30, 2024 · Like

**Alisa Hall** made several changes
July 29, 2024 · Hide updates

- updated the "Product Counsel Approval Status" to **Redacted - Privilege**
- updated the "Product Counsel Notes" to **Redacted - Privilege**

**Christian Montez** made several changes
July 29, 2024 · Hide updates

- updated the "Privacy Notes" to "High risk dataset - new use cases / usage in new models requires additional review and director level approval"
- updated the "Privacy Risk Level" to "High"
- updated the "Privacy Approval Status" to "Approved"
- updated the "Other" to "IP Policy Analysis:

As IP Policy has previously noted with respect to GenAI training on content from sites such as LibGen that contain pirated content, policymakers will take a negative view of such sites and their use (irrespective of any legal concerns), and such concerns may contribute to spurring future regulatory efforts and/or complicate our efforts to build goodwill with governments on AI regulation, especially in the US & Europe. In addition to these previously-flagged policy risks, several recent developments heighten the policy risks:

In June, OpenAI made public a statement (https://www.copyright.gov/policy/artificial-intelligence/ex-parte-communications/letters/OpenAI-June-4-2024.pdf) that it avoids crawling “sites that are known to engage in IP infringement, such as the ‘notorious markets’ identified annually by the Office of the U.S. Trade Representative.”
Mark has recently been engaging with high-level U.S. government officials on LLaMA and our AI strategy, including Sec. Raimondo and NSA Jake Sullivan, and because of OpenAI’s statement, this is now a question that could arise in such engagements (indeed, Commerce in particular, takes strong stands on IP piracy matters).
In a hearing last December, Rep. Deborah Ross (D-NC) questioned Matt Schruers , the head of our trade association CCIA about his members’ use of pirate web sites, including Sci-Hub, for training AI.
The growing popularity of transparency obligations, from the EU AI Act to bills introduced in Congress and elsewhere, suggests that what we train on will be public sooner rather than later. The fact that we train on pirated sites such as Anna’s Archive is likely to be viewed negatively by policymakers, rightsholders, and other stakeholders.

POLICY VIEW AND RECOMMENDATION:
On balance, Policy doesn’t view these developments as categorically changing the risks flagged earlier, and thus at this time, we are not seeking to reopen the prior decision w.r.t the content from Anna’s archive.
To mitigate these emerging policy risks, however, we recommend that we commit to not training on other “notorious sites (https://ustr.gov/sites/default/files/2023_Review_of_Notorious_Markets_for_Counterfeiting_and_Piracy_Notorious_Markets_List_final.pdf)” besides Anna’s archive.
"



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY 

**Luc Dahlin** made several changes
July 24, 2024 · Hide updates

- updated the "Ip Legal Redacted - Privilege
- updated the "Ip Legal
- updated the "Ip Legal Approval Status" to Redacted - Privilege
- updated the "Ip Legal Notes" to Redacted - Privilege

Redacted - Privilege

**Christian Montez** made several changes
July 12, 2024 · Hide updates

- updated the "Final Decision" to "BLOCKED_DUE_TO_ESCALATION"
- updated the "Review Status" to "COMPLETED"

**Fatima Jafri** made several changes
July 12, 2024 · Hide updates

- updated the "Product Counsel Redacted - Privilege
- updated the "Product Counsel Notes" to " Redacted - Privilege
- updated the "Product Counsel Approval Status" to Redacted - Privilege

**Tyler Robbins** updated the "Ip Legal Approval Status" to Redacted - Privilege
July 5, 2024 · Like

**Luc Dahlin** updated the "Ip Legal Notes" to "Note for product counsel: Redacted - Privilege

Redacted - Privilege

Redacted - Privilege

July 5, 2024 · Like

**Tyler Robbins** made several changes
June 27, 2024 · Hide updates

- updated the "Ip Legal Notes" to Redacted - Privilege

Redacted - Privilege

- updated the "Ip Legal Redacted - Privilege
- updated the "Ip Legal Notes" to "[TYLER] Redacted - Privilege

Redacted - Privilege

- updated the "Ip Legal Approval Status" to Redacted - Privilege

**David McAneny** made several changes
June 11, 2024 · Hide updates

- updated the "Review Status" to "LEGAL_REVIEW"
- updated the "Login Required For Download Text" to "Full datasets require download via torrent
  Can also search one off books, articles, etc on the website that can be dowloaded"
- updated the "Login Required For Download Flag" to "false"
- updated the "Type Of Pii" to "Full names, email"
- updated the "Pii Present Flag" to "true"
- updated the "Pii Present Text" to "Each dataset is hundreds of GB or TB of data, unable to download due to extreme size of datasets, in addition, full downloadable datasets are accessible via torrent, which is blocked

Looking at sample metadata on the website indicates that it is possible for full names, and emails to be contained at least"

updated the "Scraping Prohibited In Tos Text" to "Claims all code and data is open source
Unsure of copyright requirements/obligations for each book, paper, etc. hosted on the website"

updated the "Scraping Prohibited In Tos Flag" to "false"

updated the "Robots Txt Disallow Flag" to "true"

updated the "Robots Txt Disallow Text" to "User-agent: *
Crawl-delay: 10
Disallow: /db
Disallow: /slow_download
Disallow: /fast_download
Disallow: /torrents
Disallow: /search
Disallow: /scidb"

updated the "Attributes Required Text" to "If you are interested in mirroring this dataset for archival or LLM training purposes, please contact us.

Claims all code and data is open source.

Don't need to credit anna's archive, however unsure of copyright or attribution requirements/obligations for each book, paper, etc. hosted on the website"

updated the "Contain 1pd Text" to "Each downloadable dataset is hundreds of GB or TB of data, unable to download due to extreme size of datasets. Did not observe 1PD in the observable data"

updated the "Contain 1pd Flag" to "false"

updated the "Human Characterization Text" to "Each downloadable dataset is hundreds of GB or TB of data, unable to download due to extreme size of datasets, as a result unable to determine full scope.

Searching on the website shows that there are human faces associated with full names"

updated the "Human Characterization Flag" to "true"

updated the "Attributes Required Flag" to "true"

updated the "Attributes Required Text" to "If you are interested in mirroring this dataset for archival or LLM training purposes, please contact us.

Claims all code and data is open source"

updated the "Scraping Notes" to "Sample metadata indicates that links from various news sources like NYTimes is contained"

updated the "Review Status" to "IN_PROGRESS"



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY Meta_Kadrey_00238402

**Praveen Krishnan** added the tag genai.
May 29, 2024 · Like

**Praveen Krishnan** changed the oncall to gaid
May 29, 2024 · Like

**Praveen Krishnan** changed the owner to Praveen Krishnan.
May 29, 2024 · Like

**Praveen Krishnan** set ACL to Gen_AI
May 29, 2024 · Like

**Praveen Krishnan** changed the title to "Libgen - Anna Archive ".
May 29, 2024 · Like

**Praveen Krishnan** created this Dataset Catalog Dataset Custom Fields.
May 29, 2024 · Hide updates

updated the "Used Modality" to "Image, Text"
updated the "Approved Usages" to "Training"
updated the "Review Status" to "SUBMITTED"
updated the "Llama4 Review Task" to "375210415523490"
updated the "Model Family" to "LLAMA4"