**From:** Maxwell Pritt
**To:** Morton, Phillip; Annabel Weinbach; Stameshkin, Liz; Llama C-Counsel
**Cc:** Christopher M. Rigali; Elizabeth Brannen; Kyle Roche; Alex Potter; Jacqueline Sahlberg; Luciano Alvarado; Andrew Atsalis; Lauren E Martin; AI_Copyright_Team@fnf.law; z/MetaCounselGenAIService; Lee Linderman; Moez M. Kaba; Michael M. Purpura; Jonathan Kuang; "Lorna E. Ovady"; Benjamin P. Pugh; Harlye S. Carlton; Michael McClellan; Jason L. Morris; Lea Garcia
**Subject:** RE: Meta/Kadrey - Production of META_KADREY_DATA_013
**Date:** Tuesday, October 6, 2026 1:57:39 PM

---

Hi Phil,

You say below that you have already produced command history files in prior searches of "the computers and backups" of Wang, Lample, and Roller. But Meta_Kadrey_067 was just .zsh files from Mac laptops used by Lample, Roller, and Wang. Are you nonetheless saying that was the only command history files on *all* of their computers *and backups*? Please confirm, and that you are searching all of Bashlykov's computers and backups as well. Please also advise the same re: Albert and Kerkez.

Thank you.

Best,
Max

---

**From:** Morton, Phillip <pmorton@cooley.com>
**Sent:** Monday, October 5, 2026 8:42 PM
**To:** Annabel Weinbach <aweinbach@bsfllp.com>; Stameshkin, Liz <lstameshkin@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** Christopher M. Rigali <crigali@stris.com>; Elizabeth Brannen <EBrannen@stris.com>; Kyle Roche <kroche@fnf.law>; Alex Potter <apotter@fnf.law>; Jacqueline Sahlberg <jsahlberg@stris.com>; Luciano Alvarado <lalvarado@stris.com>; Andrew Atsalis <aatsalis@stris.com>; Lauren E Martin <lmartin@stris.com>; AI_Copyright_Team@fnf.law; z/MetaCounselGenAIService <MetaCounselGenAIService@cooley.com>; Lee Linderman <llinderman@hueston.com>; Moez M. Kaba <mkaba@hueston.com>; Michael M. Purpura <mpurpura@hueston.com>; Jonathan Kuang <jkuang@hueston.com>; 'Lorna E. Ovady' <lorna.ovady@ndlf.com>; Benjamin P. Pugh <Benjamin.Pugh@ndlf.com>; Harlye S. Carlton <Harlye.Carlton@ndlf.com>; Michael McClellan <michael.mcclellan@ndlf.com>; Jason L. Morris <Jason.Morris@ndlf.com>; Lea Garcia <lgarcia@hueston.com>
**Subject:** Re: Meta/Kadrey - Production of META_KADREY_DATA_013

Annabel-

The files Meta produced at META_KADREY_DATA_013 contain command line invocations, the same type of information that would be contained in so-called command history files. We viewed these files as potentially responsive to the Court's order so we promptly produced

them upon discovery.

Additionally, we have already produced command history files in prior searches of the computers and backups of Ms. Wang, Mr. Lample and Mr. Roller. We have collected similar files for Mr. Bashlykov and will produce those shortly. We believe that will address the production of command history files from the computers of persons directly involved in torrenting activities.

Meta is continuing to search for any such files subject to the Court's order that may have been created and exist on server systems that are reasonably accessible. Meta will produce them on a rolling basis if they are identified.

Thanks,
Phil

---

**From:** Annabel Weinbach <aweinbach@bsfllp.com>
**Sent:** Monday, October 5, 2026 7:14 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** Christopher M. Rigali <crigali@stris.com>; Elizabeth Brannen <EBrannen@stris.com>; Kyle Roche <kroche@fnf.law>; Alex Potter <apotter@fnf.law>; Jacqueline Sahlberg <jsahlberg@stris.com>; Luciano Alvarado <lalvarado@stris.com>; Andrew Atsalis <aatsalis@stris.com>; Lauren E Martin <lmartin@stris.com>; AI_Copyright_Team@fnf.law <AI_Copyright_Team@fnf.law>; z/MetaCounselGenAIService <MetaCounselGenAIService@cooley.com>; Lee Linderman <llinderman@hueston.com>; Moez M. Kaba <mkaba@hueston.com>; Michael M. Purpura <mpurpura@hueston.com>; Jonathan Kuang <jkuang@hueston.com>; 'Lorna E. Ovady' <lorna.ovady@ndlf.com>; Benjamin P. Pugh <Benjamin.Pugh@ndlf.com>; Harlye S. Carlton <Harlye.Carlton@ndlf.com>; Michael McClellan <michael.mcclellan@ndlf.com>; Jason L. Morris <Jason.Morris@ndlf.com>; Lea Garcia <lgarcia@hueston.com>
**Subject:** RE: Meta/Kadrey - Production of META_KADREY_DATA_013

Counsel,

META_KADREY_DATA_013 appears to contain AWS instance-state logs for Roller and Wang, not the command history files we asked for (*see, e.g.*, attached) and that were ordered by Judge Hixson at Dkt. 831. Please advise immediately when Meta will produce all of the requested command history files (for all relevant individuals) so that we can include an update on Meta’s compliance in tomorrow’s status report.

Best,
Annabel

**Annabel Weinbach**
Associate
BOIES SCHILLER FLEXNER LLP
(t) +1 202 274 1124
(m) +1 786 281 0570

---

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Wednesday, September 30, 2026 10:41 PM
**To:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** Christopher M. Rigali <crigali@stris.com>; Elizabeth Brannen <EBrannen@stris.com>; Kyle Roche <kroche@fnf.law>; Alex Potter <apotter@fnf.law>; Jacqueline Sahlberg <jsahlberg@stris.com>; Luciano Alvarado <lalvarado@stris.com>; Andrew Atsalis <aatsalis@stris.com>; Lauren E Martin <lmartin@stris.com>; AI_Copyright_Team@fnf.law; z/MetaCounselGenAIService <MetaCounselGenAIService@cooley.com>; Lee Linderman <llinderman@hueston.com>; Moez M. Kaba <mkaba@hueston.com>; Michael M. Purpura <mpurpura@hueston.com>; Jonathan Kuang <jkuang@hueston.com>; 'Lorna E. Ovady' <lorna.ovady@ndlf.com>; Benjamin P. Pugh <Benjamin.Pugh@ndlf.com>; Harlye S. Carlton <Harlye.Carlton@ndlf.com>; Michael McClellan <michael.mcclellan@ndlf.com>; Jason L. Morris <Jason.Morris@ndlf.com>; Lea Garcia <lgarcia@hueston.com>
**Subject:** Meta/Kadrey - Production of META_KADREY_DATA_013

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Counsel,

Please see the attached letter and link below. Password will follow for the zip file.

Link: https://liquidfiles.cooley.com/link/TcE6SkOcBjzy3AkK55OiU1

Best,

Liz

Elizabeth L. Stameshkin
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
+1 650 843 5121 office
+1 650 849 7400 fax
+1 626 644 7586 mobile
lstameshkin@cooley.com
Pronouns: she, her, hers

Cooley is committed to racial justice

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.