**From:** Maxwell Pritt
**To:** Stameshkin, Liz
**Cc:** z/MetaCounselGenAIService; Llama C-Counsel
**Subject:** RE: Meta/Kadrey - Production of Documents
**Date:** Monday, June 29, 2026 1:24:56 PM

Thanks, Liz. When will Meta be producing the other command history? This production of .zsh files appears to be just command history files from Mac laptops used by Lample, Roller, and Wang (zsh is the default command line shell on Macs). It does not include any history files from Meta servers (or VMs) used for torrenting or making copies of torrented data, which likely would have different names, such as ".bash_history" (since bash is usually the default on Linux servers). And of course some programmers use different non-default shells. In case it's helpful, here is a list of history file names for a reasonable set of popular command-line shells, along with the context that should be searched for this information:

| Shell name | History file name | OS | Typical location |
|---|---|---|---|
| Bash | .bash_history | Linux | /home/[username]/ |
| Bash | .bash_history | MacOS | /Users/[username]/ |
| Bash | [long string].history | MacOS | /Users/[username]/.bash_sessions/ |
| Bash | [long string].historynew | MacOS | /Users/[username]/.bash_sessions/ |
| Zsh | .zsh_history | Linux | /home/[username]/ |
| Zsh | .histfile | Linux | /home/[username]/ |
| Zsh | [long string].history | MacOS | /Users/[username]/.zsh_sessions/ |
| Fish | fish_history | Linux | /home/[username]/ |
| Ksh | .sh_history | Linux | /home/[username]/ |
| Tcsh/csh | .history | Linux | /home/[username]/ |

In terms of the names of servers to be searched, we previously sent names based on the one history file that Meta produced previously when it hit on the Appendic C search term "b0." *See, e.g.*, 4/18/26, 5/13/26 & 5/14/26 M. Pritt Emails to P. Morton & L. Stameshkin. The files that Meta produced on Friday show the following additional servers/VMs to be searched for history files, in addition to the ones we identified from the prior .zsh file that Meta produced:

100470.od
1748.od
22322.od
4887.od
77182.od
83864.od
devgpu001.pci5
devgpu005.eag5
devgpu011.pci5
devvm20591.prn0

devvm2334.eag0.facebook.com
ec2-18-117-230-157.us-east-2.compute.amazonaws.com
ec2-18-190-239-237.us-east-2.compute.amazonaws.com
ec2-18-217-93-1.us-east-2.compute.amazonaws.com
ec2-3-137-212-211.us-east-2.compute.amazonaws.com
ec2-3-145-16-27.us-east-2.compute.amazonaws.com
ec2-3-145-8-133.us-east-2.compute.amazonaws.com
spark

Note that most of these server names are aliases (e.g., “spark”, “1748.od”, etc.), so we expect that Meta will need to check the `/etc/hosts` file on Wang’s laptop to retrieve full hostname (and thus corresponding server) that corresponds to each alias.

For Lample and Roller, please confirm whether their accounts have been deleted or deactivated (and, if so, when that occurred). If they have been deleted or cannot be activated, please confirm Meta will search its backups of servers–including, but not limited to Azure, AWS, and H2–for command history files using the filenames listed above. Note that according to Meta_Kadrey_00238305 at -11, these should be located at s3://fairusersglobal in users/$USER/, /private/home/$USER, /checkpoint/$USER, /private/home/$USER, and /checkpoint/$USER, where $USER is the account name for Lample (guismay) and Roller (roller).

Best,
Max

---

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Friday, June 26, 2026 6:08 PM
**To:** Maxwell Pritt <mpritt@BSFLLP.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/MetaCounselGenAIService <MetaCounselGenAIService@cooley.com>
**Subject:** RE: Meta/Kadrey - Production of Documents

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Hi Max,

This includes .zsh files from requested custodians’ files.

Best,

Liz

---

**From:** Maxwell Pritt <mpritt@BSFLLP.com>
**Sent:** Friday, June 26, 2026 5:15 PM
**To:** Stameshkin, Liz <lstameshkin@cooley.com>; Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/MetaCounselGenAIService <MetaCounselGenAIService@cooley.com>
**Subject:** Re: Meta/Kadrey - Production of Documents

Thanks, Liz. Can you please advise what this production encompasses?

Best,
Max

---

**From:** Stameshkin, Liz <lstameshkin@cooley.com>
**Sent:** Friday, 26 June 2026 17:04:55
**To:** Llama C-Counsel <llama_cocounsel@bsfllp.com>
**Cc:** z/MetaCounselGenAIService <MetaCounselGenAIService@cooley.com>
**Subject:** Meta/Kadrey - Production of Documents

**CAUTION: External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Counsel,

At the links below please find Meta's production of documents Volume Meta_Kadrey_067.

**LINK:** https://liquidfiles.cooley.com/link/1jNPvXacLHEoMi4buirMn4

Password will follow under separate cover.

Best,

Liz

Elizabeth L. Stameshkin
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
+1 650 843 5121 office
+1 650 849 7400 fax
+1 626 644 7586 mobile
lstameshkin@cooley.com
Pronouns: she, her, hers

Cooley is committed to racial justice

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.