**From:** Morton, Phillip
**To:** Margaux Poueymirou; Maxwell Pritt; Annabel Weinbach; Llama C-Counsel
**Cc:** z/MetaCounselGenAIService
**Subject:** Kadrey v. Meta - ML Hub Inspection
**Date:** Tuesday, October 6, 2026 1:16:26 PM

---

Hi Margaux-

Following up on our discussion about ML Hub last week, I write to provide more details on the Zoom inspection. As I explained, we are offering a Zoom inspection because (1) it will allow Meta to appropriately protect privilege, as necessary, during the review, (2) it will ensure that the review remains limited to ML Hub, and (3) it will reduce the need for counsel and experts to travel, allowing the inspection to take place more efficiently and expeditiously.

Meta will offer an initial inspection to be conducted at a mutually agreeable 2 hour time period, which will be limited to two Kadrey outside counsel and one Kadrey expert. If an additional session or sessions are reasonably necessary to conduct the inspection, the parties will schedule a follow-up session or sessions.

During the Zoom, Meta's outside counsel will screen share a computer that has access to ML Hub. Meta's outside counsel will control the computer that has access to ML Hub and will navigate to pages on ML Hub as requested by Kadrey's counsel and/or expert. As discussed below, if requested by Kadrey's counsel and/or expert, Meta will conduct reasonable searching in the native search capability, if available, offered on specific ML Hub tools.

If Meta's counsel believes that a portion of ML Hub may contain privileged information, Meta's counsel will turn off the screen share and assess the issue during the inspection. If the inspection cannot proceed for a particular portion of ML Hub due to privilege issues, the parties will move on to continue the review of other portions of ML Hub, reserving any further discussion for a meet and confer following the inspection. If privileged material is inadvertently displayed during the inspection (e.g., because a page viewed unexpectedly included privileged material), the parties agree that it would not constitute a waiver of privilege pursuant to the parties' 502(d) stipulation.

Kadrey's counsel and expert would not be permitted to take screen shots of the Zoom inspection and no part of the Zoom or its audio may be recorded or transcribed.

If there is information identified during the inspection that Kadrey requests that Meta produce, Kadrey’s counsel will send an email following the inspection specifying the specific pages, which the parties will meet and confer about following the inspection.

If during the inspection Kadrey's counsel and expert wish to discuss anything privately, they can either go on mute and discuss or Meta will facilitate a breakout room on the Zoom where Kadrey's counsel and expert can speak privately (which Meta agrees not to monitor or record).

The inspection will be limited to ML Hub. The inspection will not include Meta internal tools or websites that are not hosted on the ML Hub website. AIDC will not be part of the inspection as that is hosted outside of ML Hub, has already been searched pursuant to the Court's order, and contains information that Meta maintains is privileged.

Kadrey may request that a reasonable number of search terms be run in the native search capability, if available, of specific ML Hub tools. Kadrey may not request searches that would query information outside of the native search tools offered on specific ML Hub tools. No generative AI tools may be used to query information during the inspection.

While the account that will be used to access ML Hub should be able to access most if not all of the ML Hub tools, there may be circumstances where access may be unexpectedly restricted and the inspection cannot proceed on certain pages or for certain queries. The parties will meet and confer if any circumstances arise where a tool cannot be accessed, and if appropriate, schedule a follow up inspection after the access issues are resolved.

——

Following confirmation of the inspection parameters above, Meta expects to be able to offer the first two-hour inspection during the week of October 12th. Please provide several options of two-hour blocks that work for Kadrey's counsel and expert.

If you would like to discuss further, we can schedule a call.

Thanks,
Phil

Phillip E. Morton
Cooley LLP
+1 202 728 7055 office
+1 703 298 2746 mobile
pmorton@cooley.com

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any

unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.