**Declaration of Susan Shelton Vigon**

I, Susan Shelton Vigon, declare as follows:

1. I serve as General Counsel of Technology, AI & Privacy at Fox Corporation. I joined Fox in 2011 and have worked at the company for over fifteen years in a variety of roles. In my present role, I am responsible for legal, regulatory and privacy-related issues relating to Fox's technology and artificial intelligence initiatives, including the negotiation of agreements governing the use of Fox content in connection with artificial intelligence models. I have negotiated numerous commercial transactions and licensing agreements for Fox. I have personal knowledge of the facts set forth in this declaration, and, if called to testify, could and would competently testify to them.

2. Fox and Meta Platforms, Inc. are parties to a Collaboration and Data Service Agreement dated December 4, 2025 ("License Agreement"). I am familiar with the License Agreement from having negotiated it. Under the License Agreement, Fox agreed to provide Meta a license to use certain of its multimedia content for training Meta's AI models. The licensed material does not involve or include books, book manuscripts, or similar long-form literary works.

3. The License Agreement is confidential by its terms, and requires a party in receipt of a legal demand for the other party's confidential information to provide the other with reasonable notice to allow the other party to seek a protective order.

4. The License Agreement's terms and the Fox-Meta negotiations that reflect those terms are highly competitively sensitive and present an acute risk of competitive harm if disclosed. This is especially true with respect to the amount of the fee paid and the scope and specific nature of the content licensed. The license fee reflects the particular package of content and rights negotiated in this transaction. Fox is actively negotiating other license agreements, and the disclosure of the License Agreement terms and prior negotiations of those terms, inadvertent or otherwise, would threaten significant harm to Fox's ability to negotiate terms

tailored to those and other future transactions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of October, 2026, at Los Angeles, CA.

Signed by:
Susan Shelton Vigon
C5D7EC4ED463415...

Susan Shelton Vigon