October 14, 2026

***E-Filed***

The Honorable Thomas S. Hixson
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom E – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Kadrey, et al v. Meta Platforms, Inc.*; Case No. 3:23-cv-03417-VC

Dear Judge Hixson:

Appendix A to the parties' Joint Discovery Letter Brief re: Rule 30(b)(6) Deposition (Dkt. 852-1) contained an inadvertent typographical error in the pincite to Question 12. The as-filed Appendix A inadvertently cited James Beldock's Rule 30(b)(6) deposition transcript at 96:21-25. The correct pincite for the cited question and objection is 68:21-25. A corrected Appendix A is attached hereto. No other changes have been made.

Respectfully submitted,

*/s/ Annabel Weinbach*
Annabel Weinbach
BOIES SCHILLER FLEXNER LLP
*Counsel for Plaintiffs*