**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD KADREY, *et al.*,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:23-cv-03417-VC (TSH)<br><br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STRIKE EXHIBIT D ATTACHED TO THE PARTIES' JOINT DISCOVERY LETTER BRIEF (DKT. 852-5)** |

Before this Court is Defendant's Unopposed Motion to Strike Exhibit D attached to the Parties' Joint Discovery Letter Brief [Dkt. 852-5]. Having considered the parties' arguments and all papers filed herein, the Court GRANTS the Unopposed Motion and GRANTS that Exhibit D is STRICKEN to the Parties Joint Discovery Letter Brief [Dkt. 852-5].

**IT IS SO ORDERED**.

Dated: October 15, 2026

Thomas S. Hixson
United States Magistrate Judge