**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

RICHARD KADREY, *et al.*,

Individual and Representative Plaintiffs,

v.

META PLATFORMS, INC., a Delaware corporation;

Defendant.

Case No. 3:23-cv-03417-VC-TSH

**~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL SUPPORTING EVIDENCE SUBMITTED WITH THE AIDC JOINT LETTER BRIEF**

An Administrative Motion to Seal Supporting Evidence Submitted with the AIDC Joint Letter Brief has been filed by Meta per Local Rule 79-5. Having considered the Administrative Motion, and finding good cause for the motion, the Court hereby **GRANTS** the Administrative Motion and Orders **SEALED** the following:

| Document | Sealing Request |
| --- | --- |
| Sabanoglu Ex. 1 – Exhibit B to the AIDC Joint Letter Brief | Redacted Highlighted Portions |
| Sabanoglu Ex. 2 – Exhibit E to the AIDC Joint Letter Brief | Redacted Highlighted Portions |
| Sabanoglu Ex. 3 – Exhibit K to the AIDC Joint Letter Brief | Redacted Highlighted Portions |
| Sabanoglu Ex. 4 – Exhibit L to the AIDC Joint Letter Brief | Redacted Highlighted Portions |
| Sabanoglu Ex. 5 – Exhibit M to the AIDC Joint Letter Brief | Redacted Highlighted Portions |
| Sabanoglu Ex. 6 – Exhibit N to the AIDC Joint Letter Brief | Redacted Highlighted Portions |

**IT IS HEREBY ORDERED.**

Dated: October 16, 2026

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE