INSCORE LAW CORPORATION
Daniel Z. Inscore (SBN 325203)
761 Gardenview Ct, Ste 201
Encinitas, CA 92024
Telephone: (858) 898-4844
eservice@inscore.law

David Stone (*pro hac vice motion forthcoming*)
STONE & MAGNANINI LLP
400 Connell Drive, Suite 6200
Berkeley Heights, New Jersey 07922
Tel: (973) 218-1111
Fax: (973) 218-1106
dstone@smcomplex.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KADREY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | No. 3:23-cv-03417-VC<br><br>Related Cases:<br>No. 3:25-cv-09579-VC<br>No. 3:26-cv-02333-VC<br>No. 3:26-cv-03725-VC<br>No. 3:26-cv-04053-VC<br>No. 3:26-cv-06793-VC<br><br>**DECLARATION OF DAVID STONE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Vince Chhabria |

I, David Stone, declare as follows in accordance with 28 U.S.C. § 1746:

1. I am a partner at Stone & Magnanini, LLP and my application to appear *pro hac vice* is forthcoming. I make this declaration on the basis of personal knowledge, and, if required to do so, could and would testify competently thereto.

2. Counsel for the Defendants in *Hobbs et. al. v. Meta Platforms, Inc.*, No. 3:26-

cv-11420-PHK ("*Hobbs*"), have informed me that Defendants in *Hobbs* agree that *Hobbs* and this action are related under Civil Local Rule 3-12(a).

3. Attached for this Court's convenience as Exhibit 1 is a true and correct copy of the First Amended Complaint in *Hobbs*, filed originally on September 16, 2026 in the U.S. District Court for the Southern District of New York, and subsequently transferred to this Court on October 5, 2026. *See* Stipulation and Order Transferring Venue, Hobbs, No. 3:26-cv-11420-PHK (Dkt. Nos. 26, 36 and 37).

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 21, 2026 in Berkeley Heights, New Jersey.

By: /s/ *David S. Stone*
David S. Stone

**ATTESTATION OF FILER**

I, Daniel Z. Inscore, am the ECF user whose identification and password are being used to file this Declaration of David Stone in Support of Administrative Motion to Consider Whether Cases Should Be Related. Pursuant to Civil L.R. 5-1, I attest that concurrence in the filing of this document has been obtained from its signatory, David S. Stone.

Dated: October 21, 2026

/s/ Daniel Z. Inscore
Daniel Z. Inscore