United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SHEARD, et al.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 26-cv-12126-AMO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *Kadrey et al. v. Meta Platforms, Inc.*, Case No. 3:23-cv-03417-VC.

**IT IS SO ORDERED.**

Dated: October 23, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**